# DETAIL SPECIFICATION

# DS 5500 ATCA

## 30 SEPTEMBER 1977

# MODEL DC-10 ATCA



## SPECIFICATION
## FOR
## ADVANCED TANKER
## CARGO AIRCRAFT

### SERIES 30F WITH
### GENERAL ELECTRIC CF6-50C1 ENGINES

McDonnell Douglas Corporation proprietary rights are included in the information disclosed herein. Recipient by accepting this document agrees that neither this document nor the information disclosed herein nor any part thereof shall be reproduced or transferred to other documents or used or disclosed to others for manufacturing or for any other purpose except as specifically authorized in writing by McDonnell Douglas Corporation.

*DOUGLAS AIRCRAFT COMPANY*

*MCDONNELL DOUGLAS*

*CORPORATION*

Ex.: 20; p.: 959

PREFACE

This Detail Specification, DS 5500 ATCA, dated 30 September 1977, describes the McDonnell Douglas Model DC-10 Advanced Tanker Cargo Aircraft.

Those paragraphs in this specification that differ from DS 5500-30H are identified by an asterisk (*) between the paragraph number and the paragraph text.

Refer to APPENDIX A, to DS 5500 ATCA, dated 30 September 1977, submitted under separate cover, for Alternates that are applicable to this specification, when purchased.

DS 5500 ATCA          09-30-77          iii

Ex.: 20; p.: 960

# TABLE OF CONTENTS

| PARAGRAPH NUMBER | TITLE | PAGE |
|---|---|---|
| 01-00 | GENERAL DESCRIPTION. | 1 |
| 01-10 | MODEL. | 1 |
| 01-11 | PURPOSE. | 1 |
| 01-12 | NUMBER AND TYPE OF ENGINES. | 1 |
| 01-20 | GENERAL ARRANGEMENT. | 1 |
| 01-21 | CREW ACCOMMODATIONS. | 2 |
| 01-22 | ADDITIONAL CREW ACCOMMODATIONS. | 2 |
| 01-23 | SUPPORT PERSONNEL ACCOMMODATIONS. | 2 |
| 01-24 | ADDITIONAL SUPPORT PERSONNEL ACCOMMODATIONS. | 2 |
| 01-30 | CARGO CAPACITY. | 3 |
| 01-40 | MAJOR AIRCRAFT DIMENSIONS AND AREAS. | 3 |
| 02-00 | GENERAL REQUIREMENTS. | 5 |
| 02-10 | CERTIFICATION. | 5 |
| 02-11 | TAKEOFF AND LANDING ALTITUDE LIMITS. | 5 |
| 02-12 | MAXIMUM OPERATING ALTITUDE. | 6 |
| 02-13 | ENVIRONMENTAL CONDITIONS. | 6 |
| 02-14 | ADDITIONAL CERTIFICATION ITEMS. | 6 |
| 02-15 | ALL WEATHER LANDING CAPABILITY. | 8 |
| 02-20 | APPLICABLE DOCUMENTS. | 8 |
| 02-21 | STANDARD OF WEIGHTS AND MEASURES. | 8 |
| 02-30 | RECONCILIATION WITH OTHER PUBLICATIONS. | 9 |
| 02-31 | RECONCILIATION WITH PROV. OF PURCHASE AGREEMENT. | 9 |
| 02-32 | RECONCILIATION WITH PROV. OF SUPPLEMENTAL SPECS. | 9 |
| 02-50 | DEFINITIONS. | 9 |
| 02-51 | COMPLETE PROVISIONS. | 9 |
| 02-52 | PARTIAL PROVISIONS. | 9 |
| 02-53 | STRUCTURAL PROVISIONS. | 9 |
| 02-54 | SPACE PROVISIONS. | 9 |
| 02-55 | POWER PROVISIONS. | 10 |
| 02-60 | DESIGN OBJECTIVES. | 10 |
| 02-70 | TERMINOLOGY. | 10 |
| 03-00 | STRUCTURAL DESIGN REQUIREMENTS. | 11 |
| 03-10 | GENERAL CONSIDERATIONS. | 11 |
| 03-20 | DESIGN GROSS WEIGHTS. | 11 |
| 03-21 | TAXI WEIGHT. | 11 |
| 03-22 | TAKEOFF WEIGHT. | 11 |
| 03-23 | LANDING WEIGHT. | 11 |
| 03-24 | ZERO FUEL WEIGHT. | 11 |
| 03-25 | MAXIMUM IN-FLIGHT WEIGHT. | 11 |
| 03-30 | DESIGN LOAD FACTORS. | 11 |
| 03-31 | LIMIT FLIGHT LOAD FACTORS. | 11 |
| 03-32 | FLAPS UP MANEUVER. | 11 |
| 03-33 | FLAPS UP GUST. | 11 |
| 03-34 | FLAPS DOWN MANEUVER. | 12 |
| 03-35 | FLAPS DOWN GUST. | 12 |
| 03-36 | LIMIT LANDING LOAD FACTORS. | 12 |
| 03-37 | JACKING POINTS. | 12 |
| 03-38 | CREW/PERSONNEL SEAT LOADS. | 12 |

Ex.: 20; p.: 961

## TABLE OF CONTENTS

| PARAGRAPH NUMBER | TITLE | PAGE |
|---|---|---|
| 03-39 | TOWING. | 12 |
| 03-40 | DESIGN SPEEDS. | 13 |
| 03-41 | DESIGN LEVEL FLIGHT SPEED. | 13 |
| 03-42 | DESIGN LIVING SPEED. | 13 |
| 03-43 | DESIGN ROUGH AIR SPEED. | 13 |
| 03-44 | FLAPS DOWN SPEEDS. | 13 |
| 03-45 | GEAR DOWN SPEEDS. | 14 |
| 03-46 | SLAT OPERATING SPEED. | 14 |
| 03-47 | LANDING SPEED. | 14 |
| 03-48 | BOOM REFUELING SPEED. | 14 |
| 03-49 | DROGUE REFUELING SPEED. | 14 |
| 03-50 | DITCHING CRITERIA. | 15 |
| 03-60 | FUEL DENSITY. | 15 |
| 03-70 | DESIGN BALANCE CRITERIA. | 15 |
| 03-71 | CENTER OF GRAVITY LIMITS. | 15 |
| 03-72 | BALLAST PROVISIONS. | 15 |
| 03-80 | ARB DESIGN REQUIREMENTS. | 16 |
| 04-00 | AIRCRAFT PERFORMANCE GUARANTEES. | 19 |
| 04-10 | PERFORMANCE DATA GUARANTEES. | 19 |
| 04-11 | SPEED. | 19 |
| 04-12 | RANGE. | 19 |
| 04-16 | TAKEOFF RUNWAY LENGTH. | 19 |
| 04-17 | LANDING FIELD LENGTH. | 20 |
| 04-18 | AERIAL REFUELING. | 20 |
| 04-20 | PERFORMANCE CONDITIONS. | 20 |
| 04-21 | RANGE AND SPEED. | 20 |
| 04-22 | TAKEOFF AND LANDING. | 21 |
| 06-00 | DIMENSIONS AND AREAS. | 22 |
| 07-00 | LIFTING AND SHORING. | 23 |
| 08-00 | LEVELING AND WEIGHING. | 24 |
| 09-00 | TOWING AND TAXIING. | 25 |
| 10-00 | PARKING. | 26 |
| 11-00 | REQUIRED PLACARDS. | 27 |
| 12-00 | SERVICING. | 28 |
| 12-11 | SERVICE CONNECTIONS. | 28 |
| 13-00 | ESTIMATED WEIGHT DATA. | 30 |
| 13-10 | MANUFACTURER'S ESTIMATED WEIGHT EMPTY. | 30 |
| 13-20 | LOADING SUMMARY. | 31 |
| 14-00 | INTERCHANGEABILITY. | 32 |
| 14-10 | INTERCHANGEABILITY WITHOUT ALTERATION. | 32 |
| 15-00 | MAINTAINABILITY. | 35 |

Ex.: 20; p.: 962

**TABLE OF CONTENTS**

| PARAGRAPH NUMBER | TITLE | PAGE |
|---|---|---|
| 15-10 | AERIAL REFUELING BOOM. | 35 |
| 16-00 | SOUND LEVEL ESTIMATES. | 36 |
| 16-10 | INTERNAL SOUND LEVELS. | 36 |
| 16-11 | MEASUREMENT CONDITIONS AND CRITERIA. | 36 |
| 16-12 | CERTIFICATION NOISE LEVELS. | 36 |
| 16-20 | EXTERNAL SOUND LEVELS (APU). | 37 |
| 20-00 | STANDARD PRACTICES - AIRFRAME SYSTEMS. | 38 |
| 21-00 | AIR CONDITIONING. | 39 |
| 21-01 | DESIGN CRITERIA. | 39 |
| 21-04 | TEMPERATURE SENSORS. | 39 |
| 21-06 | VALVES. | 39 |
| 21-07 | ELECTRIC HEATERS. | 40 |
| 21-08 | FILTERS. | 40 |
| 21-09 | DISTRIBUTION SYSTEM. | 40 |
| 21-10 | SYSTEM CAPABILITY. | 40 |
| 21-11 | GROUND OPERATION - STEADY STATE. | 40 |
| 21-12 | GROUND OPERATION - COOLING/HEATING PULL DOWN. | 40 |
| 21-13 | GROUND PNEUMATIC REQUIREMENTS. | 41 |
| 21-14 | FLIGHT OPERATION-NORMAL CONDITIONS. | 41 |
| 21-15 | FLIGHT OPERATION-FAILURE CONDITIONS. | 41 |
| 21-20 | DISTRIBUTION/VENTILATION. | 41 |
| 21-21 | MAIN CABIN CARGO COMPARTMENT VENTILATION. | 42 |
| 21-22 | ARO COMPARTMENT VENTILATION. | 42 |
| 21-23 | CREW/PERSONNEL COMPARTMENT VENTILATION. | 42 |
| 21-25 | FLIGHT COMPARTMENT VENTILATION. | 42 |
| 21-26 | ODOR CONTROL. | 43 |
| 21-27 | ELECTRICAL/ELECTRONICS RACK COOLING SYSTEM. | 43 |
| 21-30 | CABIN AIR PRESSURE CONTROL. | 44 |
| 21-31 | CABIN PRESSURIZATION. | 44 |
| 21-32 | PRESSURE RELIEF. | 45 |
| 21-33 | CABIN AIR PRESSURE INSTRUMENTATION. | 46 |
| 21-40 | HEAT EXCHANGERS. | 46 |
| 21-50 | COOLING. | 46 |
| 21-51 | REFRIGERATION UNITS. | 46 |
| 21-52 | WATER SEPARATION. | 46 |
| 21-53 | CONTROLS AND INDICATION. | 47 |
| 21-60 | TEMPERATURE CONTROL. | 47 |
| 21-63 | CONTROLS AND INDICATION. | 48 |
| 21-64 | INDUCED SURFACE HEAT. | 49 |
| 21-80 | GROUND AIR CONDITIONING. | 49 |
| 21-90 | RAM AIR INLET. | 49 |
| 22-00 | AUTOMATIC FLIGHT CONTROLS. | 53 |
| 22-10 | AUTOMATIC PILOT. | 53 |
| 22-11 | PROFILE MODES. | 55 |
| 22-12 | DIRECTIONAL CONTROL. | 57 |
| 22-13 | AUTOMATIC PILOT FLIGHT DIRECTOR CONTROL PANEL. | 58 |
| 22-20 | STABILITY AUGMENTATION. | 58 |

Ex.: 20; p.: 963

## TABLE OF CONTENTS

| PARAGRAPH NUMBER | TITLE | PAGE |
|---|---|---|
| 22-21 | YAW DAMPER. | 58 |
| 22-30 | AUTOMATIC THROTTLE CONTROL SYSTEM. | 58 |
| 22-40 | PERFORMANCE AND FAILURE ASSESSMENT MONITOR. | 59 |
| 23-00 | COMMUNICATION SYSTEMS. | 60 |
| 23-10 | HF COMMUNICATION SYSTEMS. | 60 |
| 23-20 | VHF COMMUNICATION SYSTEMS. | 60 |
| 23-21 | VHF TRANSCEIVERS. | 60 |
| 23-25 | UHF COMMUNICATION SYSTEMS. | 61 |
| 23-26 | SECURE VOICE SYSTEM. | 62 |
| 23-27 | UHF SATELLITE COMMUNICATION. | 62 |
| 23-30 | PASSENGER ADDRESS (PA). | 63 |
| 23-31 | PA SYSTEM. | 63 |
| 23-40 | FLIGHT INTERPHONE STATIONS. | 64 |
| 23-41 | AUDIO SELECTOR PANELS. | 64 |
| 23-43 | RADIO-INTERPHONE SWITCHES. | 65 |
| 23-44 | FLIGHT INTERPHONE SYSTEM. | 65 |
| 23-45 | FLIGHT INTERPHONE CALL SYSTEM. | 66 |
| 23-50 | SERVICE INTERPHONE. | 67 |
| 23-51 | SERVICE INTERPHONE JACK OUTLETS. | 67 |
| 23-55 | ARO STATION INTERPHONE. | 68 |
| 23-56 | ARO STATION AUDIO SELECTOR PANELS. | 68 |
| 23-57 | ARO RADIO-INTERPHONE SWITCHES. | 69 |
| 23-60 | STATIC DISCHARGERS. | 69 |
| 23-70 | COCKPIT VOICE RECORDER. | 69 |
| 23-90 | CRASH POSITION EQUIPMENT. | 70 |
| 23-91 | CRASH POSITION INDICATOR (CPI). | 70 |
| 24-00 | ELECTRICAL POWER. | 73 |
| 24-01 | WIRING. | 73 |
| 24-02 | CONDUIT. | 76 |
| 24-03 | CONNECTIONS. | 76 |
| 24-04 | TERMINAL STRIPS. | 77 |
| 24-05 | CONTAMINATION PROTECTION. | 77 |
| 24-06 | BONDING AND SHIELDING. | 77 |
| 24-10 | CONSTANT SPEED DRIVE. | 77 |
| 24-20 | A-C GENERATION. | 79 |
| 24-21 | PRIMARY A-C POWER SOURCE. | 79 |
| 24-22 | EXTERNAL POWER. | 79 |
| 24-23 | A-C DISTRIBUTION SYSTEM. | 80 |
| 24-25 | AIR DRIVEN EMERGENCY POWER. | 81 |
| 24-30 | D-C GENERATION. | 81 |
| 24-31 | D-C POWER PRIMARY SOURCE. | 81 |
| 24-32 | BATTERY POWER. | 82 |
| 24-33 | D-C DISTRIBUTION SYSTEM. | 84 |
| 24-40 | GROUND SERVICE A-C DISTRIBUTION SYSTEM. | 84 |
| 24-41 | GROUND SERVICE D-C DISTRIBUTION SYSTEM. | 85 |
| 24-50 | EMERGENCY FLIGHT DISTRIBUTION SYSTEM. | 86 |
| 24-60 | ELECTRICAL SYSTEM PROTECTION. | 87 |
| 24-70 | ELECTRICAL OUTLETS. | 88 |
| 25-00 | FURNISHINGS AND EQUIPMENT. | 90 |

Ex.: 20; p.: 964

## TABLE OF CONTENTS

| PARAGRAPH NUMBER | TITLE | PAGE |
|---|---|---|
| 25-10 | FLIGHT COMPARTMENT. | 90 |
| 25-11 | PILOTS' STATIONS. | 90 |
| 25-12 | FLIGHT ENGINEER'S STATION. | 92 |
| 25-13 | OBSERVERS' STATIONS. | 93 |
| 25-14 | FLIGHT COMPARTMENT MISCELLANEOUS EQUIPMENT. | 94 |
| 25-15 | CREW MISCELLANEOUS EQUIPMENT. | 95 |
| 25-16 | FLOOR COVERING. | 95 |
| 25-20 | CREW/PERSONNEL COMPARTMENT. | 95 |
| 25-22 | CREW/PERSONNEL FACILITIES. | 95 |
| 25-26 | CABIN FLOOR. | 98 |
| 25-27 | CEILING, SIDEWALL LINING AND FLOOR FINISH. | 99 |
| 25-30 | GALLEYS. | 99 |
| 25-35 | GALLEY POWER. | 100 |
| 25-40 | LAVATORIES. | 100 |
| 25-41 | WASHBASIN ASSEMBLIES. | 100 |
| 25-42 | TOILET ASSEMBLIES. | 101 |
| 25-43 | MISCELLANEOUS ASSEMBLIES. | 101 |
| 25-44 | LINING AND FLOOR COVERING. | 102 |
| 25-50 | CARGO AND ACCESSORY COMPARTMENTS. | 102 |
| 25-53 | ARO COMPARTMENT. | 103 |
| 25-58 | ELECTRICAL/ELECTRONICS COMPARTMENT. | 104 |
| 25-59 | MAIN CABIN CARGO HANDLING SYSTEM. | 104 |
| 25-60 | EMERGENCY EQUIPMENT. | 107 |
| 25-61 | FIRST AID KITS. | 107 |
| 25-62 | EVACUATION SLIDE-RAFTS. | 107 |
| 25-63 | ESCAPE LINES. | 108 |
| 25-64 | FLASHLIGHTS. | 108 |
| 25-65 | LIFE VEST STOWAGE. | 108 |
| 25-66 | EXPOSURE SUITS. | 109 |
| 25-69 | ARO COMPARTMENT ALARM BELL. | 109 |
| 25-90 | ARO COMPARTMENT FURNISHINGS. | 109 |
| 26-00 | FIRE PROTECTION. | 118 |
| 26-10 | FIRE DETECTION SYSTEM. | 118 |
| 26-21 | ENGINE FIXED FIRE EXTINGUISHING SYSTEM. | 119 |
| 26-22 | INDICATION AND INSPECTION. | 119 |
| 26-23 | HAND FIRE EXTINGUISHERS. | 120 |
| 26-24 | AXES. | 120 |
| 26-25 | SMOKE DETECTION SYSTEM, MAIN CABIN. | 120 |
| 27-00 | FLIGHT CONTROLS. | 122 |
| 27-10 | AILERONS AND CONTROL. | 125 |
| 27-20 | RUDDER AND CONTROL. | 126 |
| 27-30 | ELEVATOR AND CONTROL. | 127 |
| 27-40 | HORIZONTAL STABILIZER. | 127 |
| 27-50 | FLAPS. | 128 |
| 27-60 | SPOILERS. | 129 |
| 27-70 | GROUND GUST PROTECTION. | 130 |
| 27-80 | LIFT AUGMENTING - WING LEADING EDGE SLATS. | 130 |
| 27-90 | AERIAL REFUELING BOOM. | 131 |
| 28-00 | FUEL SYSTEM. | 139 |

Ex.: 20; p.: 965

## TABLE OF CONTENTS

| PARAGRAPH NUMBER | TITLE | PAGE |
|---|---|---|
| 28-10 | TANKS. | 139 |
| 28-11 | WING TANKS VENT SYSTEM. | 141 |
| 28-12 | FUSELAGE TANKS VENT SYSTEM. | 142 |
| 28-20 | FUEL DISTRIBUTION. | 142 |
| 28-21 | PUMPS. | 142 |
| 28-22 | FUEL LINES. | 144 |
| 28-23 | ENGINE FUEL SHUTOFF. | 145 |
| 28-24 | GROUND REFUELING. | 145 |
| 28-25 | GROUND DEFUELING. | 147 |
| 28-30 | FUEL DUMPING SYSTEM. | 147 |
| 28-40 | FUEL INDICATING. | 148 |
| 28-41 | CAPACITANCE TYPE FUEL QUANTITY INDICATING. | 148 |
| 28-42 | SECONDARY FUEL QUANTITY MEASURING. | 150 |
| 28-43 | FUEL TEMPERATURE INDICATING. | 150 |
| 28-50 | AERIAL REFUELING SYSTEM. | 150 |
| 28-51 | UARRSI SYSTEM. | 151 |
| 28-52 | AERIAL REFUELING BOOM SYSTEM. | 152 |
| 28-53 | FUSELAGE-MOUNTED HOSE REEL SYSTEM. | 156 |
| 28-54 | ARO STATION. | 157 |
| 28-55 | FUEL SYSTEM CONTROLS. | 159 |
| 29-00 | HYDRAULIC POWER. | 165 |
| 29-10 | GENERAL. | 165 |
| 29-11 | HYDRAULIC FLUID. | 165 |
| 29-12 | HOSES. | 165 |
| 29-13 | PACKING AND SEALS. | 166 |
| 29-14 | LINES AND FITTINGS. | 166 |
| 29-15 | INSPECTION AND MAINTENANCE. | 167 |
| 29-16 | RESERVOIRS. | 167 |
| 29-17 | PUMPS. | 168 |
| 29-18 | MAIN SYSTEM VALVES. | 170 |
| 29-20 | MISCELLANEOUS EQUIPMENT. | 170 |
| 29-30 | INDICATING. | 171 |
| 29-31 | PRESSURE GAUGES. | 171 |
| 29-32 | FLUID QUANTITY GAUGES. | 172 |
| 29-33 | HYDRAULIC OVER-TEMPERATURE CAUTION. | 172 |
| 29-34 | HYDRAULIC LOW PRESSURE CAUTION. | 172 |
| 29-40 | SUMMARY OF ACTUATED SUBSYSTEMS. | 172 |
| 29-50 | GROUND SERVICING CONNECTIONS. | 172 |
| 30-00 | ICE AND RAIN PROTECTION. | 175 |
| 30-10 | AIRFOIL. | 175 |
| 30-11 | WING ICE PROTECTION. | 175 |
| 30-20 | ENGINE INLET ICE PROTECTION. | 175 |
| 30-30 | PITOT AND STATIC. | 175 |
| 30-40 | WINDOWS AND WINDSHIELDS. | 176 |
| 30-41 | ARO COMPARTMENT WINDOWS. | 177 |
| 30-50 | VHF-1 ANTENNA. | 177 |
| 30-60 | UHF SATCOM ANTENNA. | 177 |
| 31-00 | INSTRUMENTS. | 178 |

Ex.: 20; p.: 966

TABLE OF CONTENTS

| PARAGRAPH NUMBER | TITLE | PAGE |
|---|---|---|
| 31-10 | PANELS. | 178 |
| 31-11 | APO COMPARTMENT PANELS. | 179 |
| 31-20 | INDEPENDENT INSTRUMENTS. | 179 |
| 31-21 | MASTER WARNING AND CAUTION SYSTEMS. | 179 |
| 31-22 | TAKEOFF AURAL WARNING SIGNAL. | 180 |
| 31-23 | FLIGHT RECORDER. | 180 |
| 31-24 | CLOCKS. | 181 |
| 31-25 | AIRCRAFT INTEGRATED DATA SYSTEM. | 182 |
| 31-26 | LEVELING. | 182 |
| 31-50 | CENTRAL AURAL WARNING SYSTEM. | 182 |
| 31-51 | GROUND PROXIMITY WARNING SYSTEM. | 183 |
| | | |
| 32-00 | LANDING GEAR. | 190 |
| 32-01 | SERVICING, MAINTENANCE AND REPAIR. | 190 |
| 32-02 | JACK PADS. | 192 |
| 32-10 | MAIN LANDING GEAR AND DOORS. | 192 |
| 32-11 | MAIN LANDING GEAR ASSEMBLY. | 193 |
| 32-12 | CENTERLINE LANDING GEAR AND DOORS. | 193 |
| 32-13 | CENTERLINE LANDING GEAR ASSEMBLY. | 194 |
| 32-20 | NOSE LANDING GEAR AND DOORS. | 194 |
| 32-21 | NOSE LANDING GEAR ASSEMBLY. | 194 |
| 32-30 | EXTENSION AND RETRACTION. | 194 |
| 32-40 | WHEELS AND BRAKES. | 195 |
| 32-41 | MAIN AND CENTERLINE WHEELS AND TIRES. | 195 |
| 32-42 | NOSE WHEELS AND TIRES. | 196 |
| 32-43 | BRAKE ACTUATING SYSTEM. | 196 |
| 32-44 | BRAKE CONTROL. | 196 |
| 32-45 | ANTISKID SYSTEM. | 197 |
| 32-47 | BRAKE PERFORMANCE AND ENERGY CAPACITY. | 197 |
| 32-50 | STEERING AND CENTERING. | 198 |
| 32-60 | WARNING AND INDICATING SYSTEMS. | 199 |
| 32-70 | SHOCK/VIBRATION ATTENUATION. | 200 |
| | | |
| 33-00 | LIGHTING. | 202 |
| 33-10 | FLIGHT COMPARTMENT LIGHTING. | 202 |
| 33-11 | INSTRUMENT AND CONTROL PANEL LIGHTING. | 202 |
| 33-12 | HIGH INTENSITY LIGHTING. | 203 |
| 33-13 | GENERAL ILLUMINATION. | 203 |
| 33-14 | MISCELLANEOUS WORK AREA LIGHTING. | 203 |
| 33-15 | SPARE LAMPS STOWAGE. | 204 |
| 33-20 | CREW/PERSONNEL COMPARTMENT. | 204 |
| 33-21 | GENERAL ILLUMINATION. | 205 |
| 33-22 | CREW ENTRY DOOR LIGHTING. | 205 |
| 33-24 | LAVATORY LIGHTING. | 206 |
| 33-26 | AISLE LIGHTING. | 206 |
| 33-27 | CREW/PERSONNEL SIGNS. | 206 |
| 33-28 | CABIN STANDBY LIGHTING. | 207 |
| 33-30 | SERVICE AND LOWER COMPARTMENT LIGHTING. | 207 |
| 33-32 | WHEELWELL LIGHTING. | 207 |
| 33-33 | EQUIPMENT COMPARTMENT LIGHTING. | 207 |
| 33-34 | SERVICE AREA LIGHTING. | 208 |

Ex.: 20; p.: 967

TABLE OF CONTENTS

| PARAGRAPH NUMBER | TITLE | PAGE |
|---|---|---|
| 33-39 | ARO COMPARTMENT LIGHTING. | 208 |
| 33-40 | EXTERIOR LIGHTING. | 209 |
| 33-41 | LANDING LIGHTS - FUSELAGE. | 209 |
| 33-42 | LANDING LIGHTS - NOSE GEAR. | 210 |
| 33-43 | TAXI AND RUNWAY TURNOFF LIGHTS - GROUND FLOOD. | 210 |
| 33-44 | POSITION LIGHTING SYSTEM. | 210 |
| 33-45 | ANTICOLLISION/RENDEZVOUS LIGHTING. | 211 |
| 33-46 | WING AND ENGINE SCAN LIGHTING. | 211 |
| 33-47 | SUPPLEMENTAL RECOGNITION LIGHTING. | 212 |
| 33-48 | FORMATION AIDS AND AERIAL REFUELING LIGHTING. | 212 |
| 33-49 | LOGO LIGHTING. | 216 |
| 33-50 | EMERGENCY LIGHTING. | 216 |
| 33-51 | EMERGENCY LIGHTING POWER. | 217 |
| 33-52 | EMERGENCY LIGHTING ELECTRICAL DISTRIBUTION SYSTEM. | 217 |
| 34-00 | NAVIGATION. | 219 |
| 34-10 | FLIGHT ENVIRONMENT DATA. | 219 |
| 34-11 | PITOT-STATIC SYSTEM. | 219 |
| 34-12 | PRIMARY PITOT-STATIC INSTRUMENTS. | 221 |
| 34-13 | OVERSPEED WARNING. | 222 |
| 34-14 | DIGITAL AIR DATA COMPUTER. | 222 |
| 34-15 | TRUE AIRSPEED/STATIC AIR TEMPERATURE INDICATOR. | 222 |
| 34-16 | STALL WARNING. | 222 |
| 34-17 | SPEED CONTROL SYSTEM. | 223 |
| 34-18 | TOTAL AIR TEMPERATURE INDICATING SYSTEM. | 223 |
| 34-19 | ALTITUDE ADVISORY SYSTEM. | 223 |
| 34-20 | ATTITUDE AND DIRECTION. | 224 |
| 34-21 | GYRO COMPASS SYSTEMS. | 224 |
| 34-22 | STANDBY COMPASS (MAGNETIC). | 225 |
| 34-23 | HORIZONTAL SITUATION INDICATOR (HSI). | 225 |
| 34-24 | HORIZON SYSTEMS. | 226 |
| 34-25 | FLIGHT DIRECTOR COMMAND SYSTEM. | 227 |
| 34-26 | MODE ANNUNCIATION. | 227 |
| 34-30 | RADIO NAVIGATION SYSTEMS. | 227 |
| 34-31 | VHF (VOR/ILS) NAVIGATION SYSTEMS. | 228 |
| 34-32 | MARKER BEACON SYSTEM. | 228 |
| 34-33 | ADF SYSTEM. | 229 |
| 34-37 | INERTIAL NAVIGATION SYSTEM (INS). | 230 |
| 34-40 | RADAR NAVIGATION SYSTEM. | 231 |
| 34-43 | WEATHER RADAR. | 231 |
| 34-44 | RADIO ALTIMETER SYSTEMS. | 231 |
| 34-54 | IFF SYSTEMS. | 232 |
| 34-56 | TACAN SYSTEMS. | 233 |
| 34-59 | BEACON TRANSPONDER SYSTEMS. | 234 |
| 35-00 | OXYGEN SYSTEMS. | 238 |
| 35-10 | FLIGHT CREW/ADDITIONAL CREW OXYGEN SYSTEM. | 238 |
| 35-11 | OXYGEN SUPPLY. | 238 |
| 35-12 | REGULATOR. | 238 |
| 35-13 | MASKS. | 239 |
| 35-14 | SMOKE GOGGLES. | 239 |

Ex.: 20; p.: 968

# TABLE OF CONTENTS

| PARAGRAPH NUMBER | TITLE | PAGE |
|---|---|---|
| 35-20 | SUPPORT PERSONNEL/LAVATORY OXYGEN SYSTEM. | 240 |
| 35-21 | CHEMICAL OXYGEN SYSTEM. | 240 |
| 35-22 | EMERGENCY OXYGEN. | 240 |
| 35-23 | OXYGEN OUTLETS, MASKS, AND MASK STOWAGE. | 240 |
| 35-30 | PORTABLE OXYGEN. | 241 |
| 35-31 | FLIGHT CREW PORTABLE OXYGEN CYLINDER. | 241 |
| 35-32 | ADDITIONAL CREW PORTABLE OXYGEN CYLINDERS. | 241 |
| 35-33 | LAVATORY PORTABLE OXYGEN CYLINDER. | 241 |
| 35-34 | ARO COMPARTMENT PORTABLE OXYGEN CYLINDERS. | 242 |
| 35-60 | OXYGEN SERVICE. | 242 |
| 36-00 | PNEUMATIC - BLEED AIR. | 243 |
| 36-10 | ENGINE SUPPLY. | 243 |
| 36-11 | PRESSURE REGULATION. | 243 |
| 36-12 | TEMPERATURE REGULATION. | 243 |
| 36-13 | FLOW LIMITERS. | 243 |
| 36-14 | MANIFOLD ISOLATION. | 244 |
| 36-15 | DESIGN CRITERIA. | 244 |
| 36-16 | GROUND SUPPLY. | 245 |
| 36-20 | INDICATING AND CONTROLS. | 246 |
| 38-00 | WATER/WASTE. | 248 |
| 38-10 | POTABLE WATER. | 248 |
| 38-12 | DISTRIBUTION. | 249 |
| 38-13 | WATER TEMPERATURE CONTROL SYSTEM. | 249 |
| 38-15 | WATER SUPPLY SYSTEM DRAINAGE. | 250 |
| 38-20 | WATER SUPPLY SERVICING. | 250 |
| 38-30 | WASTE DISPOSAL. | 251 |
| 38-31 | TOILET. | 251 |
| 38-32 | WASTE SYSTEM SERVICING. | 252 |
| 38-35 | COMPLETE PROVISIONS FOR REMOVABLE LAVATORY. | 253 |
| 39-00 | FINISH. | 255 |
| 39-10 | SPECIFICATIONS. | 255 |
| 39-20 | BASIC FINISH. | 255 |
| 39-21 | SURFACE TREATMENT. | 255 |
| 39-22 | INTERIOR PAINT. | 256 |
| 39-23 | EXTERIOR PAINT. | 256 |
| 49-00 | AIRBORNE AUXILIARY POWER. | 257 |
| 49-10 | POWER PLANT. | 257 |
| 49-20 | ENGINE. | 258 |
| 49-30 | ENGINE FUEL AND CONTROL. | 258 |
| 49-40 | IGNITION/STARTING. | 258 |
| 49-50 | AIR. | 259 |
| 49-60 | ENGINE CONTROLS. | 259 |
| 49-70 | INDICATING. | 259 |
| 49-90 | OIL. | 260 |
| 51-00 | STRUCTURES. | 261 |
| 51-10 | GENERAL. | 261 |

Ex.: 20; p.: 969

.TABLE OF CONTENTS

| PARAGRAPH NUMBER | TITLE | PAGE |
|---|---|---|
| 51-40 | VENTILATION, DAMS AND DRAINS. | 264 |
| 51-50 | EXPLODING TIRE PROTECTION. | 264 |
| | | |
| 52-00 | DOORS. | 265 |
| 52-10 | CREW ENTRY, GROUND EMERGENCY AND CARGO DOORS. | 266 |
| 52-11 | CREW ENTRY AND GROUND EMERGENCY DOORS. | 266 |
| 52-12 | CREW DOOR. | 267 |
| 52-40 | ARO SIGHTING DOOR. | 267 |
| 52-50 | FIXED INTERIOR DOORS. | 267 |
| 52-51 | LAVATORY DOOR. | 267 |
| 52-52 | ELECTRONICS COMPARTMENT DOORS. | 268 |
| 52-54 | FUEL TANK ACCESS DOORS. | 268 |
| 52-60 | MAIN CABIN CARGO DOOR. | 268 |
| 52-70 | ENTRANCE STAIRS/LADDERS. | 269 |
| 52-71 | GROUND ENTRY/EXIT LADDER. | 269 |
| 52-80 | LANDING GEAR DOORS. | 269 |
| | | |
| 53-00 | FUSELAGE. | 271 |
| 53-01 | AFT BODY. | 272 |
| 53-02 | TAIL CONE. | 272 |
| 53-20 | FLOORS. | 272 |
| 53-21 | FLIGHT COMPARTMENT FLOORS. | 272 |
| 53-22 | MAIN CABIN COMPARTMENT FLOORS. | 272 |
| 53-30 | PLATES/SKIN. | 273 |
| 53-40 | ATTACH FITTINGS. | 273 |
| 53-50 | AERODYNAMIC FAIRING. | 274 |
| 53-51 | RADOME. | 274 |
| | | |
| 54-00 | NACELLES/PYLONS. | 275 |
| 54-10 | COMPARTMENTATION. | 275 |
| 54-11 | HOISTING STRUCTURE. | 275 |
| | | |
| 55-00 | TAIL GROUP. | 276 |
| 55-10 | HORIZONTAL STABILIZER. | 276 |
| 55-20 | ELEVATORS. | 276 |
| 55-30 | VERTICAL STABILIZER. | 277 |
| 55-40 | RUDDER. | 277 |
| | | |
| 56-00 | WINDOWS. | 279 |
| 56-10 | FLIGHT COMPARTMENT. | 279 |
| 56-30 | MAIN CABIN SIGHTING DEVICES. | 280 |
| 56-31 | ENGINE AND WING FLAPS. | 280 |
| 56-40 | ARO COMPARTMENT SIGHTING DEVICES. | 280 |
| 56-41 | ARO VIEWING WINDOW. | 280 |
| 56-42 | SIDE VIEWING PERISCOPE. | 281 |
| 56-43 | AFT VIEWING PERISCOPE. | 281 |
| | | |
| 57-00 | WING. | 282 |
| 57-10 | MAIN STRUCTURAL BOX. | 282 |
| 57-20 | AUXILIARY STRUCTURE. | 283 |
| 57-40 | FITTINGS. | 283 |

Ex.: 20; p.: 970

TABLE OF CONTENTS

| PARAGRAPH NUMBER | TITLE | PAGE |
|---|---|---|
| 57-50 | FLIGHT SURFACES. | 283 |
| 57-51 | AILERONS. | 283 |
| 57-53 | FLAPS. | 284 |
| 57-54 | FLAP VANES. | 284 |
| 57-55 | SPOILERS. | 284 |
| 57-56 | LEADING EDGE SLATS. | 285 |
| 70-00 | STANDARD PRACTICES - POWER PLANT. | 286 |
| 71-00 | POWER PLANT. | 287 |
| 71-10 | COWLING. | 288 |
| 71-20 | MOUNTS. | 289 |
| 71-30 | ENGINE NOISE SUPPRESSION. | 289 |
| 71-50 | ELECTRICAL HARNESS. | 289 |
| 72-00 | ENGINE. | 291 |
| 72-10 | ENGINE SPECIFICATION. | 291 |
| 73-00 | ENGINE FUEL AND CONTROL. | 292 |
| 73-30 | INDICATING. | 292 |
| 73-31 | FUEL FLOW INDICATION. | 292 |
| 73-32 | PRESSURE AND TEMPERATURE INDICATION. | 292 |
| 73-40 | FUEL HEAT. | 292 |
| 73-50 | FUEL DRAINAGE. | 292 |
| 74-00 | IGNITION, GENERAL. | 293 |
| 74-30 | SWITCHING. | 293 |
| 75-00 | AIR. | 294 |
| 75-20 | ACCESSORY COOLING. | 294 |
| 76-00 | ENGINE CONTROLS, GENERAL. | 295 |
| 76-10 | POWER CONTROLS. | 295 |
| 76-11 | THROTTLE CONTROLS. | 295 |
| 76-12 | FUEL CONTROL SHUTOFF CONTROLS. | 295 |
| 76-20 | EMERGENCY SHUTDOWN. | 296 |
| 77-00 | ENGINE INDICATING. | 297 |
| 77-10 | POWER. | 297 |
| 77-20 | TEMPERATURE. | 297 |
| 77-30 | ANALYZERS. | 297 |
| 78-00 | EXHAUST. | 298 |
| 78-10 | PRIMARY EXHAUST. | 298 |
| 78-30 | THRUST REVERSER. | 298 |
| 79-00 | OIL. | 300 |
| 79-30 | INDICATION. | 300 |
| 80-00 | STARTING. | 301 |
| 80-10 | STARTING SYSTEM. | 301 |

Ex.: 20; p.: 971

TABLE OF CONTENTS

| PARAGRAPH NUMBER | TITLE | PAGE |
|---|---|---|
| 99-00 | DELIVERY LOAD. | 303 |
| 99-25 | MAIN CABIN CARGO HANDLING EQUIPMENT. | 303 |
| 99-90 | MISCELLANEOUS EQUIPMENT. | 303 |
| | APPENDIX I – EQUIPMENT | 1 |
| | QUALITY ASSURANCE APPENDIX | 1 |

DS 5500 ATCA          09-30-77          xvi

Ex.: 20; p.: 972

## LIST OF ILLUSTRATIONS

| FIGURE NO. | TITLE | PAGE |
|---|---|---|
| 01-00 | THREE VIEW. | 4 |
| 03-25 | STRUCTURALLY LIMITED INFLIGHT WEIGHT. | 17 |
| 03-71 | DESIGN CENTER OF GRAVITY ENVELOPE. | 18 |
| 12-11 | SERVICE CONNECTIONS. | 29 |
| 21-00 | AIR CONDITIONING SYSTEM SCHEMATIC. | 50 |
| 21-30 | AIRCRAFT PRESSURE SCHEDULE. | 51 |
| 21-31 | DETERMINATION OF EAR DRUM DIFFERENTIAL PRESSURE. | 52 |
| 23-00 | ANTENNA ARRANGEMENT. | 71 |
| 23-10 | COMMUNICATIONS SYSTEM. | 72 |
| 24-00 | ELECTRICAL POWER SYSTEM. | 89 |
| 25-00 | INTERIOR ARRANGEMENT - TANKER DELIVERY CONFIG. | 111 |
| 25-01 | MIXED PERSONNEL/CARGO CONFIGURATIONS. | 112 |
| 25-01A | MIXED 80-PERSONNEL/CARGO ALTERNATE CONFIGURATION. | 113 |
| 25-26 | STRUCTURAL LOADING LIMITS. | 114 |
| 25-50 | ALL CARGO CONFIGURATIONS. | 115 |
| 25-51 | PAYLOAD CAPABILITY. | 116 |
| 25-52 | PALLET CONTOURS AND AISLE CONFIGURATIONS. | 117 |
| 27-00 | FLIGHT CONTROL SYSTEM. | 135 |
| 27-01 | FLIGHT CONTROL SURFACES. | 136 |
| 27-90-1 | BOOM FREE-FLIGHT CONTROL RESPONSE REQUIREMENTS FOR PITCH AND ROLL AXES. | 137 |
| 27-90-2 | STABILITY MARGIN REQUIREMENTS. | 138 |
| 28-20 | FUEL SYSTEM SCHEMATIC. | 161 |
| 28-51 | UARRSI MARKING DIAGRAM. | 162 |
| 28-52 | ARB MINIMUM OPERATING ENVELOPE. | 163 |
| 28-54 | MINIMUM FIELD OF VISION. | 164 |
| 29-00 | HYDRAULIC SYSTEM. | 174 |
| 31-10A | MAIN INSTRUMENT PANEL. | 185 |
| 31-10B | FLIGHT ENGINEER'S PANEL. | 186 |
| 31-10C | OVERHEAD SWITCH PANEL. | 187 |
| 31-10D | PEDESTAL CONTROL PANEL. | 188 |
| 31-25 | STANDARD AIDS WIRING PROVISIONS. | 189 |
| 32-50 | TURNING RADII. | 201 |

Ex.: 20; p.: 973

LIST OF ILLUSTRATIONS (CONTD)

| FIGURE NO. | TITLE | PAGE |
|---|---|---|
| 33-40 | EXTERIOR LIGHTING. | 218 |
| 34-01 | NAVIGATION SYSTEM. | 236 |
| 34-11 | PITOT STATIC SYSTEM. | 237 |
| 36-00 | PNEUMATIC AND ICE PROTECTION SYSTEMS. | 247 |
| 38-20 | WATER/WASTE SYSTEM. | 254 |
| 52-00 | MAIN CABIN CARGO DOOR HYDRAULIC SYSTEM. | 270 |

Ex.: 20; p.: 974

01-00.00.00        GENERAL DESCRIPTION.

01-00.01.00        See Three-view Figure 01-00.

01-10.00.00        MODEL.

01-10.01.00 *      The aircraft shall be a Douglas Model DC-10 ATCA.

01-11.00.00        PURPOSE.

01-11.01.00 *      The aircraft shall be suitable for aerial re-
                   fueling of military aircraft and transportation
                   of cargo and support personnel in either an all-
                   cargo configuration or a mixed configuration.
                   The aircraft shall operate on JP-4, JP-5, JP-7
                   and JP-8 type fuel and on JET-A, JET A-1 and
                   JET B type fuel.

01-11.01.01 *      The aircraft shall be equipped with fuel tankage,
                   fuel systems, an operator's station, and aerial
                   refueling equipment to enable both boom and hose/
                   drogue refueling of military receiver aircraft.
                   The engine configuration shall not be affected
                   by the fuel system and aerial refueling equipment.
                   The aircraft shall be capable of being refueled
                   from a KC-135 or another ATCA.

01-12.00.00        NUMBER AND TYPE OF ENGINES.

01-12.01.00        The aircraft shall be powered by three General
                   Electric CF6-50C1 engines.

01-12.01.01 *      A fan thrust reverser system shall be installed
                   for each engine.  The engines shall employ neither
                   water injection nor turbine thrust reversers.

01-12.01.02 *      The oil capacity for each engine shall be suffi-
                   cient for a mission flight of 28 hours.

01-20.00.00        GENERAL ARRANGEMENT.

01-20.01.00 *      The interior delivery configuration of the air-
                   craft shall be the tanker mode as shown in
                   Figure 25-00.

01-20.02.00 *      Alternate mixed personnel/cargo configurations
                   are shown in Figure 25-01.

01-20.03.00 *      Alternate all-cargo configurations are shown in
                   Figure 25-50.

01-20.04.00 *      The expanded 80-personnel alternate configuration
                   shall be as shown in Figure 25-00.

Ex.: 20; p.: 975

01-21.00.00          CREW ACCOMMODATIONS.

01-21.01.00 *        The aircraft shall provide crew accommodations
                     in the flight compartment for a pilot, a co-
                     pilot, a flight engineer and two observers or
                     two additional crew members.

01-21.02.00 *        The aircraft shall provide crew accommodations
                     in the air refueling operator (ARO) compartment
                     for an operator, an instructor and an observer-
                     trainee.

01-22.00.00 *        ADDITIONAL CREW ACCOMMODATIONS.

01-22.01.00 *        The aircraft shall provide accommodations for six
                     additional crew members located immediately aft of
                     the flight compartment.  The aerial refueling opera-
                     tor, instructor and observer-trainee shall occupy
                     three of these seats during takeoff, landing and
                     cruise.  These seats shall be removable.

01-23.00.00 *        SUPPORT PERSONNEL ACCOMMODATIONS.

01-23.01.00 *        The aircraft shall provide accommodations for 14
                     support personnel immediately aft of the flight
                     compartment in addition to the crew accommoda-
                     tions described in 01-22.01.00.  These seats
                     shall be removable.  The aircraft shall be cer-
                     tified for this arrangement and an alternate
                     all-cargo configuration.

01-24.00.00 *        ADDITIONAL SUPPORT PERSONNEL ACCOMMODATIONS.

01-24.01.00 *        The aircraft shall have complete provisions instal-
                     led in the delivery configuration to accommodate 55
                     additional support personnel over and above the
                     personnel described in 01-22.01.00 and 01-23.01.00.
                     These provisions shall include, as a minimum, insul-
                     ation, linings, air conditioning supply and ventil-
                     ation, lighting, emergency oxygen, lavatory water
                     supply and drain, lavatory electrical connections,
                     lavatory air conditioning and ventilation connect-
                     tions, and an additional cargo barrier attachment
                     point.  The personnel compartment shall extend aft
                     to approximately station 873 and the provisions des-
                     cribed above installed therein.  The arrangement for
                     transporting a total of 80 personnel including crew,
                     additional crew and all support personnel shall be
                     certificated.

Ex.: 20; p.: 976

01-30.00.00          CARGO CAPACITY.

01-30.01.00 *        In the mixed additional crew and support per-
                     sonnel/cargo configuration, the aircraft shall
                     be capable of accommodating twenty-three 463L
                     pallets, with corresponding volume capacity as
                     shown in Figure 25-01, configuration A.

01-30.02.00 *        In the mixed additional crew, support personnel
                     and additional support personnel/cargo configu-
                     ration, the aircraft shall be capable of accom-
                     modating seventeen 463L pallets with the cor-
                     responding volume capacity as shown in Figure
                     25-01A.

01-30.03.00 *        In the mixed additional crew only/cargo configura-
                     tions, the aircraft shall be capable of accommodat-
                     ing twenty-five 463L pallets, with corresponding
                     volume capacities, shown in Figure 25-01, configu-
                     ration B.

01-30.04.00 *        In the all-cargo configurations the aircraft shall
                     be capable of accommodating twenty-five or twenty-
                     seven 463L pallets, with corresponding volume ca-
                     pacities, as shown in Figure 25-50, configurations
                     A and B respectively.

01-40.00.00          MAJOR AIRCRAFT DIMENSIONS AND AREAS.

01-40.01.00          Major aircraft dimensions and areas are shown in
                     Figure 01-00.

Ex.: 20; p.: 977



FIGURE 01-00 THREE VIEW

Ex.: 20; p.: 978

02-00.00.00    GENERAL REQUIREMENTS.

02-10.00.00    CERTIFICATION.

02-10.00.01    Unless otherwise specified herein, certification
               requirements apply to U.S. FAA certification only.

02-10.01.00 *  The aircraft shall be designed under the require-
               ments of Federal Aviation Regulations Part 25,
               effective 1 February 1965, including Amendments 1
               through 22 to the extent that Part 25 and said
               amendments thereto apply to turbofan powered
               transport aircraft, FAR Part 25.471 of Amendment
               23, FAR 36, Special Conditions No. 25-18-WE-7
               dated 7 Jan 70 and Amendment No. 1 dated 9 Jul 71
               thereto, and No. 25-46-WE-14 dated 26 Oct 72.
               The aircraft shall also comply with the ditching
               provisions of FAR 25.801 and the ice protection
               provisions of FAR 25.1419.

02-10.01.01 *  The aircraft model to be modified shall have been
               certified by the FAA as of 8 November 1976.

02-10.02.00    The criteria of 02-10.01.00 shall be used in the
               load and stress analysis submitted to the FAA by the
               Seller.

02-10.03.00 *  The aircraft shall be type certificated for the
               maximum number of crew and personnel in the del-
               ivery configuration, the 80-personnel alternate
               configuration and for the maximum all-cargo load
               based on the applicable regulatory limiting
               factor.

02-10.03.01 *  Basic structure, air and electrical capacity
               shall be provided for the maximum crew/personnel
               configuration and for the maximum all-cargo con-
               figuration.

02-10.03.02 *  Emergency exits incorporating automatic inflatable
               evacuation slide-rafts shall be provided to accom-
               modate emergency evacuation of a maximum of 80
               personnel which includes the crew, additional crew
               and support personnel.  This arrangement shall be
               certified upon procurement of the kit for increased
               accommodations to accommodate 55 additional support
               personnel.

02-11.00.00    TAKEOFF AND LANDING ALTITUDE LIMITS.

02-11.01.00    The aircraft shall be certificated for takeoff and
               landing at airport pressure altitudes between -1,000
               and +8,500 feet above sea level.

Ex. 20; p. 979

02-12.00.00    MAXIMUM OPERATING ALTITUDE.

02-12.01.00    The certificated maximum operating altitude shall be
               42,000 feet.

02-13.00.00    ENVIRONMENTAL CONDITIONS.

02-13.01.00    The aircraft shall be certificated for operation
               under the following conditions:

02-13.01.01    - daytime and nighttime operation

02-13.01.02    - in icing conditions

02-13.01.03    - under IFR and VFR conditions.

02-13.02.00    The aircraft as a whole, including aeronautical
               equipment, shall be so constructed that it will
               function satisfactorily in any or all temperature
               conditions that will be encountered during operation,
               except that fuel temperature and viscosity must be
               within the engine and APU manufacturer's limits.

02-13.03.00    The aircraft shall function satisfactorily, including
               the starting of the APU, after being ground-soaked
               at temperatures in the -40°F to +120°F range, pro-
               vided that the temperature of the battery required
               for aircraft functions remains above 0°F.

02-14.00.00    ADDITIONAL CERTIFICATION ITEMS.

02-14.00.01    Combinations of "Additional Certification Items"
               shall be subject to separate negotiations.

02-14.01.00    It shall be possible to dispatch the aircraft with
               the brake antiskid system inoperative.

02-14.01.01    It shall be possible to dispatch the aircraft with
               the antiskid system (centerline or main landing
               gear) partially inoperative.

02-14.02.00    It shall be possible to dispatch the aircraft for
               flight with one electrical generator inoperative
               without a reduction in electrical loads.

02-14.03.00    It shall be possible to dispatch the aircraft with
               one air conditioning pack inoperative.

02-14.04.00    The aircraft shall be certificated for two engine
               ferry operation.

02-14.05.00    It shall be possible to operate the aircraft with
               automatic ground spoilers inoperative.

02-14.06.00    It shall be possible to operate with the aircraft
               unpressurized.

Ex.: 20; p.: 980

02-14.07.00 *     It shall be possible to dispatch the aircraft for flight with the auxiliary power unit inoperative.

02-14.09.00     It shall be possible to dispatch the aircraft with primary flight control surface position indicating systems inoperative, provided adequate ground inspection is performed.

02-14.11.00     It shall be possible to dispatch the aircraft with the electrical/electronics rack cooling fan inoperative.

02-14.12.00     It shall be possible to dispatch the aircraft for ferry operations with wing leading-edge slats inoperative and in the closed position.

02-14.13.00     It shall be possible to dispatch the aircraft with any one thrust reverser inoperative.

02-14.14.00     The design shall be such that it is possible to dispatch the aircraft into non-icing conditions with the wing and engine inlet anti-icing systems inoperative.

02-14.15.00 *     It shall be possible to dispatch the aircraft with asymmetrical fuel loadings as follows:

02-14.15.01 *     In the non-cargo mode, it shall be possible to dispatch the aircraft with lateral fuel unbalance up to 4,000 pounds indicated discrepancy. In the cargo mode, at takeoff weights below 565,000 pounds, the allowable 4,000 pounds of lateral fuel unbalance shall be decreased by 100 pounds for each 10,000 pounds of main deck cargo up to the maximum payload. At takeoff weights above 565,000 pounds, the allowable 4,000 pounds of lateral fuel unbalance shall be decreased by 100 pounds for each 10,000 pounds of main deck cargo, up to 100,000 pounds. Above 100,000 pounds of main deck cargo, the allowable lateral fuel unbalance shall be further decreased by 216 pounds for each additional 10,000 pounds.

02-14.16.00     The aircraft shall be certificated for takeoff with control wheel steering.

02-14.18.00     The aircraft shall be certificated for a complete range of useful takeoff flap settings up to approximately 25 degrees.

02-14.18.01     The takeoff flap setting shall be restricted to a maximum of 20° when operating above 565,000 lb MTOGW.

Ex.: 20; p.: 981

02-14.18.02     The aircraft shall be certificated for one normal and one alternate landing flap setting. Certification with the alternate landing flap setting will not be provided for items 02-14.01.00, 02-14.05.00 and 02-14.12.00.

02-14.19.00     The aircraft shall be certificated with the minimum number of static dischargers installed.

02-14.20.00     The aircraft shall be designed to dispatch with one transformer-rectifier (TR) inoperative in the electrical system.

02-14.31.00     The aircraft shall be certificated for takeoff with engine bleed off. Under this operating condition, it shall be possible to use bleed air from the APU for operation of the environmental control system.

02-14.32.00     It shall be possible to dispatch the aircraft for flight with one brake hydraulic system within any one wheel inoperative.

02-15.00.00     ALL WEATHER LANDING CAPABILITY.

02-15.01.00     The aircraft shall be certificated for Category II flight director (manual) and automatic coupled approach performance as defined by FAA Advisory Circular No. 120-29, dated 25 Sep 70.

02-15.02.00 *     The aircraft shall have the inherent capability of certification for Category II automatic landing as defined by FAA Advisory Circulars No. 120-29, dated 25 Sep 70, and No. 20-57A, dated 12 Jan 71. Certification can be performed subject to further negotiation at the discretion of the Customer.

02-15.03.00 *     The aircraft shall have the inherent capability of certification for Category IIIa automatic landing as defined by FAA Advisory Circular No. 120-28A, dated 14 Dec 71, and No. 20-57A, dated 12 Jan 71. Certification can be performed subject to further negotiation at the discretion of the Customer.

02-20.00.00     APPLICABLE DOCUMENTS.

02-20.10.00 *     The specific issues of the documents referenced herein form a part of this specification to the extent specified.

02-21.00.00     STANDARD OF WEIGHTS AND MEASURES.

02-21.01.00     Unless otherwise noted, all units of measurement, volume, capacity and weight set forth herein shall be in accordance with the United States standard system of weights and measures.

DS 5500 ATCA     09-30-77       PAGE   8    CHAPTER   02

02-30.00.00    RECONCILIATION WITH OTHER PUBLICATIONS.

02-31.00.00    RECONCILIATION WITH PROV. OF PURCHASE AGREEMENT.

02-31.01.00 *  In the event of discrepancy between this speci-
               fication and other documentation, the order of
               precedence shall be resolved as defined in the
               contract.

02-32.00.00    RECONCILIATION WITH PROV. OF SUPPLEMENTAL SPECS.

02-32.01.00    In case of discrepancy between the requirements of
               this specification and other specifications referred
               to in this specification, except as noted in Chapter
               39, the requirements of this specification shall
               govern.

02-50.00.00    DEFINITIONS.

02-51.00.00    COMPLETE PROVISIONS.

02-51.01.00    Complete provisions for a specific item of equipment
               shall be that all supports, brackets, tubes and fit-
               tings, electrical wiring, hydraulic lines, etc.,
               shall be installed and adequate space allocated so
               that the equipment can be installed without alter-
               ation to the specified equipment or the aircraft.

02-52.00.00    PARTIAL PROVISIONS.

02-52.01.00    Partial provisions for a specific item of equipment
               shall be less than complete provisions and shall be
               defined in detail wherever partial provisions are
               specified.

02-53.00.00    STRUCTURAL PROVISIONS.

02-53.01.00    Structural provisions for an installation shall mean
               that the attaching structure shall be adequate for
               the installation, but that attaching brackets, bolt
               holes, electrical wiring, hydraulic lines, etc.,
               shall not be provided.

02-54.00.00    SPACE PROVISIONS.

02-54.01.00    Space provisions for an installation shall mean that
               space shall be allocated for the installation, but
               that bolt holes, electrical wiring, hydraulic lines,
               etc., shall not be provided; space provisions do
               not include adequate attaching structure unless
               otherwise stated.

Ex.: 20; p.: 983

02-55.00.00       POWER PROVISIONS.

02-55.01.00       Power provisions for an installation shall mean that
                  primary electrical, hydraulic, and/or pneumatic power
                  and distribution systems shall be of sufficient capa-
                  city to permit later incorporation of the specific
                  equipment without modification to the primary power
                  and distribution system.

02-55.01.01       This capacity shall be in addition to any specified
                  excess capacity provided for growth in the load
                  demand.

02-55.01.02       Power provisions shall not include electrical wiring,
                  hydraulic or pneumatic lines, brackets, bolt holes,
                  etc.

02-60.00.00       DESIGN OBJECTIVES.

02-60.01.00       As to any portion of this Detail Specification which
                  is prefaced as or stated to be a Design Objective,
                  Seller shall exert reasonable efforts to consider
                  and implement, at its discretion, such Design Ob-
                  jectives.  Seller shall have no obligation to meet
                  nor liability for failure to meet any such Design
                  Objective.

02-70.00.00 *     TERMINOLOGY.

02-70.01.00 *     Variations in terminology may appear within or
                  between chapters or sections of this sepcifica-
                  tion.  To avoid confusion or misunderstanding
                  of intent, the following words, terms or phrases
                  shall be considered synonymous:

02-70.01.01 *     - flight compartment

                  - cockpit

02-70.01.02 *     - avionics compartment

                  - electrical/electronics compartment

                  - electronics compartment

02-70.01.03 *     - Advanced Aerial Refueling Boom (AARB)

                  - Aerial Refueling Boom (ARB)

Ex.: 20; p.: 984

03-00.00.00 *     STRUCTURAL DESIGN REQUIREMENTS.

03-10.00.00       GENERAL CONSIDERATIONS.

03-10.01.00 *     All ATCA shall meet the structural requirements
                  of Chapter 03 and these requirements shall be
                  used in the stress analysis for the aircraft as
                  submitted to the FAA by the Seller.

03-20.00.00       DESIGN GROSS WEIGHTS.

03-20.01.00       The design operating gross weights of the aircraft
                  shall be as follows:

03-21.00.00       TAXI WEIGHT.

03-21.01.00       Design Maximum          593,000 lb.

03-22.00.00       TAKEOFF WEIGHT.

03-22.01.00       Design Maximum          590,000 lb.

03-23.00.00       LANDING WEIGHT.

03-23.01.00       Design Maximum          436,000 lb.

03-24.00.00       ZERO FUEL WEIGHT.

03-24.01.00       Design Maximum          414,000 lb.

03-25.00.00 *     MAXIMUM IN-FLIGHT WEIGHT.

03-25.01.00 *     The maximum in-flight weight shall not exceed the
                  values shown in Figure 03-25.

03-30.00.00       DESIGN LOAD FACTORS.

03-31.00.00       LIMIT FLIGHT LOAD FACTORS.

03-31.01.00 *     The aircraft, including the Aerial Refueling
                  Boom, shall be designed to either gust or ma-
                  neuver load factors, whichever is more critical
                  at any particular gross weight.

03-32.00.00       FLAPS UP MANEUVER.

03-32.01.00 *     The positive limit maneuvering load factor for
                  any speed up to the dive speed (VD) shall be 2.5.
                  The negative limit maneuvering load factor shall
                  be -1.0 at speeds up to VC and shall vary linearly
                  with speed from the value at VC to zero at VD.

03-33.00.00       FLAPS UP GUST.

03-33.01.00       The aircraft shall be designed to limit gust load
                  factors in flaps up condition.

| | |
|---|---|
| 03-34.00.00 | FLAPS DOWN MANEUVER. |
| 03-34.01.00 | The aircraft shall be designed to a limit maneuver load factor of 2.0 in the flaps down configuration as follows: |
| 03-34.01.01 | - in the landing configuration at all gross weights up to and including the maximum design landing gross weight |
| 03-34.01.02 | - in the takeoff configuration at all gross weights up to and including the maximum design takeoff gross weight. |
| 03-35.00.00 | FLAPS DOWN GUST. |
| 03-35.01.00 | The aircraft shall be designed for limit gust loads for flaps in takeoff, approach, and landing configurations. |
| 03-36.00.00 | LIMIT LANDING LOAD FACTORS. |
| 03-36.01.00 | At the maximum design landing weight, the aircraft shall be designed for the load factors resulting from ground contact at a vertical descent velocity of ten feet per second. |
| 03-36.02.00 | At the maximum design takeoff weight, the aircraft shall be designed for the load factors resulting from ground contact at a vertical descent velocity of six feet per second. |
| 03-37.00.00 | JACKING POINTS. |
| 03-37.01.00 | All jacking points shall be designed to an ultimate vertical load factor of 2.0. |
| 03-37.02.00 | The aircraft design weight for gear jacking shall be the maximum taxi weight. |
| 03-37.03.00 | The aircraft design weight for jacking on the wing and fuselage shall be 508,000 pounds. |
| 03-38.00.00 * | CREW/PERSONNEL SEAT LOADS. |
| 03-38.01.00 * | Crew/personnel seats and retention structure shall be designed for 3.5 g ultimate up load and 6.5 g ultimate down load, in addition to standard FAR Part 25 requirements. |
| 03-39.00.00 | TOWING. |
| 03-39.01.00 | The aircraft gross weight for towing shall be the maximum design taxi weight. |

Ex.: 20; p.: 986

| 03-40.00.00 | DESIGN SPEEDS. | | |
|---|---|---|---|
| 03-41.00.00 | DESIGN LEVEL FLIGHT SPEED. | | |
| 03-41.01.00 | The design level flight speed shall be as tabulated: | | |
| 03-41.02.00 | ALTITUDE | $V_c$ (KEAS) | |
| 03-41.03.00 | Sea Level | 350 | with linear |
| 03-41.04.00 | 10,000 ft | 370 | variations |
| 03-41.05.00 | 24,800 ft | 356 | between tabulated |
| 03-41.06.00 | Above 24,800 ft | $M_c = .88$ | values |
| 03-42.00.00 | DESIGN DIVING SPEED. | | |
| 03-42.01.00 | The design diving speed shall be that required for certification. | | |
| 03-43.00.00 | DESIGN ROUGH AIR SPEED. | | |
| 03-43.01.00 | The design rough air speed shall be as tabulated: | | |
| 03-43.02.00 | ALTITUDE | $V_b$ (KEAS) | |
| 03-43.03.00 | Sea Level | 304 | with linear |
| 03-43.04.00 | 31,800 ft | 304 | variations between |
| 03-43.05.00 | Above 31,800 ft. | $M = .88$ | tabulated values |
| 03-44.00.00 | FLAPS DOWN SPEEDS. | | |
| 03-44.01.00 | The aircraft structure shall be designed for the flaps to be used during takeoff, approach, and landing for the following combinations of flap angle and speed: | | |
| 03-44.02.00 | Flap Angle | Airspeed, not to exceed | |
| 03-44.03.00 | 0° to 5° | 270 Knots CAS or $M = .55$ | |
| 03-44.04.00 | 5° to 15° | 255 Knots CAS or $M = .51$ | |
| 03-44.05.00 | 15° to 25° | 222 Knots CAS or $M = .51$ | |
| 03-44.06.00 | 25° to 30° | 206 Knots CAS or $M = .51$ | |
| 03-44.07.00 | 30° to 35° | 194 Knots CAS or $M = .51$ | |
| 03-44.08.00 | 35° to 50° | 178 Knots CAS or $M = .51$ | |

Ex.: 20; p.: 987

| | |
|---|---|
| 03-45.00.00 | GEAR DOWN SPEEDS. |
| 03-45.01.00 | Maximum speed with gear extended shall be 300 Knots CAS or M = .70. |
| 03-45.02.00 | Maximum speed for gear extension shall be 260 Knots CAS or M = .70. |
| 03-45.03.00 | Maximum speed for gear retraction shall be 230 Knots CAS or M = .70. |
| 03-46.00.00 | SLAT OPERATING SPEED. |
| 03-46.01.00 | The slats shall be designed to loads encountered at 270 knots CAS or M = .55 when they are extended. |
| 03-47.00.00 | LANDING SPEED. |
| 03-47.01.00 | The design landing speed of the aircraft shall be 1.25 $V_{so}$ up to 8,500 feet altitude. |
| 03-48.00.00 * | BOOM REFUELING SPEED. |
| 03-48.01.00 * | The aerial refueling operational airspeed/altitude envelope for boom refueling shall be as follows: |

- minimum: 200 KEAS from zero MSL to 20,000 ft. MSL
- maximum: 350 KEAS or M = 0.88, whichever is lower, up to a maximum altitude of 37,000 ft. MSL.

| | |
|---|---|
| 03-49.00.00 * | DROGUE REFUELING SPEED. |
| 03-49.01.00 * | The aerial refueling operational airspeed/altitude envelope for hose/drogue refueling shall be as follows: |

- minimum: 230 KEAS from zero MSL to 20,000 ft. MSL
- maximum: 300 KEAS or M = 0.88, whichever is lower, up to a maximum altitude of 35,000 ft. MSL.

| | |
|---|---|
| 03-49.02.00 * | As a design objective, the aerial refueling operational airspeed/altitude envelope for hose/drogue refueling shall be as follows: |

- minimum: 200 KEAS from zero MSL to 35,000 ft. MSL
- maximum: 325 KEAS or M = 0.88, whichever is lower, up to a maximum altitude of 37,000 ft. MSL.

03-50.00.00        DITCHING CRITERIA.

03-50.01.00        The aircraft shall be designed for ditching in
                   accordance with applicable Federal Aviation Regu-
                   lations.

03-60.00.00        FUEL DENSITY.

03-60.01.00        The aircraft shall be certificated to operate with
                   full fuel tanks with fuel densities from 6.5 to
                   7.1 pounds per gallon.

03-70.00.00        DESIGN BALANCE CRITERIA.

03-71.00.00        CENTER OF GRAVITY LIMITS.

03-71.01.00        The design center of gravity limits in percentage
                   of the Mean Aerodynamic Chord (MAC) for all items
                   except fuel shall be as shown in Figure 03-71.

03-72.00.00 *      BALLAST PROVISIONS.

03-72.01.00 *      Complete provisions shall be added to the air-
                   craft to incorporate sufficient ballast to give
                   the capability of moving the delivery operational
                   empty weight center of gravity forward and aft by
                   one percent (1%) of the mean aerodynamic chord.

Ex.: 20; p.: 989

03-80.00.00 *  ARB DESIGN REQUIREMENTS.

03-80.01.00 *  The AFB structure shall be designed to meet
the requirements of the Federal Aviation Regu-
lations defined in paragraph 02-10.01.00. De-
sign speeds are defined in paragraph 03-40.00.00
through 03-48.01.00. The boom and aircraft sup-
porting structure shall also be designed to
withstand axial loads as follows:

| Configuration | | Load Type | Pounds Ultimate |
|---|---|---|---|
| (a) | Telescopic tube fully extended | Tension | 20,000 |
| (b) | Same as (a) | Compression | 5,000 |
| (c) | Telescopic tube fully retracted | Compression | 20,000 |

The ARB system shall perform satisfactorily with-
in the envelope of maximum loads at the design
dive speed for boom coupled flight (receiver
aircraft is assumed to uncouple 3 seconds after
initiation of upset). The design loads shall be
based on the combinations of critical control
inputs within the control limits, inertia and
aerodynamic loads, hoist cable loads, control
surface loads, and telescopic tube position.
The structural life shall be at least 30,000
flying hours, based on mission profiles in SOW
Appendix II. The nozzle assembly shall with-
stand the maximum limit loads within the mech-
anical limits (Figure 28-52). A structural
fuse shall be incorporated within the nozzle
assembly and shall be designed to fail without
exceeding boom yield strength and such that the
separated portion of the nozzle assembly is re-
tained in the receiver aircraft aerial refuel-
ing receptacle without damage to the receiver
aircraft or ejection of failed parts, and the
boom assembly can be stowed without resulting
in an unsafe condition.

03-80.02.00 *  The boom shall be restrained in the stowed and
latched position to prevent excessive vertical
or lateral movement. The boom restraint device
shall provide for the boom impacting the fuse-
lage during stowage without damage from response
to a 30-feet per second gust.

Ex.: 20; p.: 990



**FIGURE 03-25 STRUCTURALLY LIMITED INFLIGHT WEIGHT**

Ex.: 20; p.: 991



**FIGURE 03-71 DESIGN CENTER OF GRAVITY ENVELOPE**

Ex.: 20; p.: 992

04-00.00.00 *      AIRCRAFT PERFORMANCE REQUIREMENTS.

04-10.00.00 *      PERFORMANCE REQUIREMENTS.

04-10.01.00 *      All ATCA shall meet the following aircraft
                   performance requirements.

04-11.00.00        SPEED.

04-11.01.00        Level flight airspeed at 520,000 pounds      505 Kts.
                   gross weight at a pressure altitude of       TAS
                   31,000 feet using maximum cruise thrust.

04-11.02.00 *      Level flight airspeed data are for the
                   1962 U.S. Standard Atmosphere, Standard
                   Day

04-12.00.00        RANGE.

04-12.01.00 *      Still air range with 190,000 pounds of       5,430
                   cruise fuel starting at an initial gross     N. Mi.
                   weight of 530,000 pounds and a pressure
                   altitude of 31,000 feet with one step
                   and ending at a pressure altitude of
                   35,000 feet, at long range cruise speed.

04-12.02.00 *      Range performance data are for the 1962
                   U.S. Standard Atmosphere, Standard Day.

04-16.00.00 *      TAKEOFF RUNWAY LENGTH.

04-16.01.00 *      Critical field length and all-engine ground roll
                   shall be based on the Airfield Performance Cri-
                   teria defined in Section IVB of the Advanced
                   Tanker/Cargo Aircraft Conceptual Phase Planning
                   Guidelines, June 1974, as revised by ASD/XRA
                   "Advanced Tanker/Cargo Aircraft, Comments to
                   Questions/Interpretations Received to the Plan-
                   ning Guidelines", 6 Sep 74.

04-16.02.00 *      Critical field length, at a sea level         Not
                   airport without obstacles, with flaps         Greater
                   in the takeoff position and a brake           Than
                   release weight of 590,000 pounds.             11,000 Ft.

04-16.03.00 *      All engine takeoff ground roll, at a sea      Not
                   level airport without obstacles, with         Greater
                   flaps in the takeoff position and a           Than
                   brake release weight of 590,000 pounds.       9,000 Ft.

04-16.04.00 *      Takeoff runway data are for the 1962
                   U. S. Standard Atmosphere, Standard +31°F
                   Day.

04-17.00.00 *    LANDING FIELD LENGTH.

04-17.01.00 *    Landing field length shall be based on the
                 Airfield Performance Criteria defined in
                 Section IVB of the Advanced Tanker/Cargo
                 Aircraft Conceptual Phase Planning Guide-
                 lines, June 1974, as revised by ASD/XRA
                 "Advanced Tanker/Cargo Aircraft Comments to
                 Questions/Interpretations Received to the
                 Planning Guidelines", 6 Sep 74, except that
                 in paragraph 6b(3), the landing speed shall
                 reflect the landing configuration rather
                 than the takeoff configuration.

04-17.02.00 *    Landing field length, at a sea level        4,400 Ft.
                 airport without obstacles, with flaps
                 in the primary landing position and a
                 weight of 436,000 pounds.

04-17.03.00 *    Landing data are for the 1962 U.S.
                 Standard Atmosphere, Standard Day.

04-18.00.00 *    AERIAL REFUELING.

04-18.01.00 *    The ATCA airspeed/altitude envelope for opera-
                 tional aerial refueling shall be in accordance
                 with paragraphs 03-48.01.00 and 03-49.01.00.

04-18.02.00 *    The ATCA, while receiving fuel from another tanker,
                 shall be air refueled in level flight to a gross
                 weight of 550,000 pounds at an altitude of 30,000
                 feet and an airspeed of 0.80 Mach number with
                 power transients not exceeding climb thrust and
                 with average power not exceeding maximum continuous
                 thrust.  This capability must be satisfied when
                 refueling from a DC-10 ATCA tanker having an
                 initial gross weight of 554,000 pounds and off
                 loading 70,000 pounds of fuel.

04-18.03.00 *    Air refueling data are for the 1962 U.S. Standard
                 Atmosphere, Standard Day.

04-20.00.00      PERFORMANCE CONDITIONS.

04-20.02.00      The performance data are based upon the General
                 Electric CF6-50C1 engine data as defined by General
                 Electric.

04-21.00.00      RANGE AND SPEED.

04-21.10.00      Range and level flight airspeed includes allowances
                 for normal bleed and power extraction.

04-21.11.00      Normal bleed and power extraction is defined as
                 that required to satisfy the requirements of
                 Chapter 21.

DS 5500 ATCA        09-30-77                    PAGE    20    CHAPTER    04

Ex.: 20; p.: 994

04-21.20.00        No allowances are made for warmup, taxi, takeoff,
                   maneuver, climb, wind, ice protection, descent or
                   reserves.

04-22.00.00        TAKEOFF AND LANDING.

04-22.10.00        All takeoff and landing distances are based on
                   operation from hard surfaced, level, dry runways
                   with no wind.

04-22.11.00        An allowance is made for normal bleed and power
                   extraction as defined in this Specification,
                   except that the engines will not be supplying
                   bleed air for cabin air conditioning during take-
                   off.  Automatic spoiler extension for landing and
                   antiskid braking are utilized.

Ex.: 20; p.: 995

06-00.00.00          DIMENSIONS AND AREAS.

06-00.01.00          See Figure 01-00.

EX. 20, p.: 996

07-00.00.00          LIFTING AND SHORING.

07-00.01.00          For jacking points refer to 32-02.00.00, 32-11.02.00,
                     32-21.03.00, 53-00.07.00 and 57-40.01.00.

Ex.: 20; p.: 997

08-00.00.00        LEVELING AND WEIGHING.

08-00.01.00        Refer to 31-26.00.00.

Ex.: 20; p.: 998

09-00.00.00          TOWING AND TAXIING.

09-00.01.00          Refer to 32-11.03.00 and 32-21.02.00.

Ex.: 20; p.: 999

10-00.00.00      PARKING.

10-00.01.00      Refer to 32-44.03.00.

| | |
|---|---|
| 11-00.00.00 | REQUIRED PLACARDS. |
| 11-00.01.00 | Operating or installation instructions; directional movement; servicing instructions; part or position identification; rescue and escape instructions; and safety precautions shall be called out on placards, name plates, stencils, or markings. |
| 11-00.02.00 | All placards, signs, nameplates, stencils, instructions, etc., shall be in English with United States units, unless otherwise specified. Instruction placards, signs and stencils required for operation or maintenance of the aircraft shall be readily visible. Wherever practical, identification nameplates shall be visible without removal of equipment. |

| | |
|---|---|
| 12-00.00.00 | SERVICING. |
| 12-11.00.00 | SERVICE CONNECTIONS. |
| 12-11.01.00 | See Figure 12-11 for location of service connections. |

Ex.: 20; p.: 1002



FIGURE 12-11 SERVICE CONNECTIONS

Ex.: 20; p.: 1003

| 13-00.00.00 | ESTIMATED WEIGHT DATA. | |
|---|---|---|
| 13-10.00.00 | MANUFACTURER'S ESTIMATED WEIGHT EMPTY. | |
| 13-10.01.00 | For Manufacturer's Estimated Weight Empty refer to paragraph 13-20.04.00. | |
| 13-10.02.00 | The following assumed weights are incorporated in the Manufacturer's Estimated Weight Empty. Since the Seller has only a limited control over these weights, variation between actual weight of the items and the assumed weight shown shall be cause for adjustment to the weight of the aircraft. | |
| 13-10.03.00 | Component | Assumed Wt. Lb/Ea Unit |
| 13-10.03.01 | General Electric turbofan engine CF6-50C1 including optional equipment, fan thrust reverser system, and fixed primary exhaust nozzle. | |
| | a. Wing Engine | 10,859 |
| | b. Tail Engine | 10,886 |
| 13-10.03.02 | Constant Speed Drive | 95 |
| 13-10.03.03 | Wheel, Main Gear | 210 |
| 13-10.03.04 | Wheel, Nose Gear | 94 |
| 13-10.03.05 | Tire, MLG, Tubeless | 287 |
| 13-10.03.06 | Tire, NLG, Tubeless | 141 |
| 13-10.03.07 | Brake Assembly, MLG | 460 |
| 13-10.03.08 | Generator | 104 |
| 13-10.03.09 | Auxiliary Power Plant | 625 |
| 13-10.03.10 | Brake Assembly, CLG | 460 |
| 13-10.03.11 | Tire, CLG, Tubeless | 287 |
| 13-10.03.12 | Wheel, Centerline Gear | 210 |
| 13-10.06.00 | The following weight allowances for items listed are included in the weight shown in paragraph 13-20.04.00. Variations of the actual weight of these items from the weight shown below will be cause for adjustment of the manufacturer's estimated weight empty. | |
| 13-10.06.01 | Item            Material | Weight (Pounds) |
| 13-10.06.40 * | Paint, Exterior | 561 |

Ex.: 20; p.: 1004

| | | |
|---|---|---|
| 13-10.06.50 * | Demountable ARB | 2,155 |
| 13-20.00.00 | LOADING SUMMARY. | |
| 13-20.01.00 | The following is a typical loading summary for the aircraft: | |
| | | Pounds |
| 13-20.02.00 * | Operational Items . . . . . . . . . . . . . . | 4,269 |
| 13-20.02.01 * | Crew (5) . . . . . . . . . . . . . . . 1,000 | |
| 13-20.02.03 * | Crew Baggage . . . . . . . . . . . . . 100 | |
| 13-20.02.05 | Oil including Engine, Constant Speed Drive, APU and System Oil . . 264 | |
| 13-20.02.06 * | Unusable Fuel . . . . . . . . . . . 1,358 | |
| 13-20.02.07 * | Food and Galley Service Equipment. . . 55 | |
| 13-20.02.09 * | Potable Water . . . . . . . . . . . 84 | |
| 13-20.02.10 * | Lavatory Fluids . . . . . . . . . . 25 | |
| 13-20.02.11 * | Escape Slide/Rafts . . . . . . . . . 286 | |
| 13-20.02.12 * | Seats (Additional Crew) . . . . . . 198 | |
| 13-20.02.13 * | Seats (Support Personnel) . . . . . 456 | |
| 13-20.02.14 * | Life Vests (Additional Crew and Support Personnel) . . . . . . . . 30 | |
| 13-20.02.15 * | Bunks . . . . . . . . . . . . . . . 224 | |
| 13-20.02.16 * | GFAE (Survival Gear, etc.) . . . . . 189 | |
| 13-20.04.00 * | Manufacturer's Estimated Empty Weight . . | 235,478 |
| 13-20.05.00 * | Operational Empty Weight . . . . . . . . . | 239,747 |
| 13-20.07.00 * | Configuration Zero Fuel Weight . . . . . . | 239,747 |
| 13-20.08.00 * | Fuel . . . . . . . . . . . . . . . . . . . | 353,253 |
| 13-20.09.00 | Maximum Taxi Weight . . . . . . . . . . . | 593,000 |

Ex.: 20; p.: 1005

| 14-00.00.00 | INTERCHANGEABILITY. |
|---|---|
| 14-10.00.00 | INTERCHANGEABILITY WITHOUT ALTERATION. |
| 14-10.01.00 | The following items shall be capable of being readily installed, removed or interchanged without using fabricating operations or altering the items or adjoining items except for adjustable features: |
| 14-10.01.01 | Wing Tips |
| 14-10.01.02 | Ailerons |
| 14-10.01.03 | Spoilers |
| 14-10.01.04 | Wing Flaps |
| 14-10.01.05 | Wing Leading Edge Slats |
| 14-10.01.06 | Slat Tracks |
| 14-10.01.07 | Air Conditioning Compartment Access Doors |
| 14-10.01.08 | Vertical Stabilizer Tip |
| 14-10.01.09 | Horizontal Stabilizer Assembly |
| 14-10.01.10 | Horizontal Stabilizer Tips |
| 14-10.01.11 | Elevators |
| 14-10.01.12 | Wing Fuel Tank Access Covers |
| 14-10.01.13 | Rudders |
| 14-10.01.14 | Main Landing Gear and Centerline Gear |
| 14-10.01.15 | Nose Landing Gear |
| 14-10.01.16 | Cabin Seats |
| 14-10.01.17 * | APO Windows |
| 14-10.01.18 | Pilots' Compartment Windshield and Window Panes |
| 14-10.01.19 | Instrument Panels |
| 14-10.01.20 | Landing Lights |
| 14-10.01.21 | Pilot and Crew Seats |
| 14-10.01.22 | Radome |
| 14-10.01.23 | Hydraulic Fluid Tanks |
| 14-10.01.24 | Antennas (Except ADF Fairing) |

Ex.: 20, p.: 1006

14-10.01.25      Major Engine Access Doors

14-10.01.26      Engine Cowling Assemblies

14-10.01.28      APU Compartment Access Doors

14-10.01.29      Engine Fan Thrust Reversers

14-10.01.30      Fixed Primary Exhaust Nozzles

14-10.01.31      Demountable Auxiliary Power Unit

14-10.01.33      Tail Cone

14-10.01.34      Engine Mounts

14-10.01.35      Control Cables

14-10.01.36 *    Door Locks and Latches (pressurized doors)

14-10.01.37      Flap Tracks

14-10.01.38      Control Column Assembly

14-10.01.39      Main Landing Gear Axles (except retaining pins and bushings)

14-10.01.40      Rudder Pedals

14-10.01.41      Engine Pressure Relief or Blow-out Panel

14-10.01.42      Water Storage Tanks

14-10.01.43      Toilet Assemblies

14-10.01.45 *    Entrance Doors

14-10.01.47      Nose Gear Doors

14-10.01.48      Main Gear Doors

14-10.01.49      Tail Aft Body Access Door

14-10.01.50      Horizontal Stabilizer Leading Edge

                 - These leading edge sections are interchangeable
                   without alteration to the sections themselves.
                   However, the adjoining leading edge splice belts/
                   doublers will require replacement
                 - Skin gaps between leading edge skins and fixed
                   structure will vary and will be filled with aero-
                   dynamic putty.

14-10.01.51      Control Pedestal Assembly

14-10.01.52      Electronics Compartment Doors

Ex.: 20; p.: 1007

14-10.01.53       Vertical Stabilizer Leading Edge

               - These leading edge sections are interchangeable
                 without alterations to the sections themselves.
                 However, the adjoining leading edge splice belts/
                 doublers and lower vertical stabilizer leading
                 edge fairing to engine inlet will require replace-
                 ment
               - Skin gaps between leading edge skins and fixed
                 structure will vary and will be filled with aero-
                 dynamic putty.

14-10.01.54       Exterior light transparent cover assemblies

14-10.01.55 *    Main cabin floor panels (at edge trim and attach-
               ment to floor support structures).

14-10.01.56 *    UAFFSI

14-10.01.57 *    ARB

14-10.01.58 *    Hose/Reel

14-10.01.59 *    AP Pumps

14-10.01.60 *    Fuel flow transmitter

14-10.01.61 *    Fuel quantity gaging probes

14-10.01.62 *    Fuel transfer pumps

Ex.: 20; p.: 1008

15-00.00.00 *    MAINTAINABILITY.

15-10.00.00 *    AERIAL REFUELING BOOM.

15-10.01.00 *    As a design objective, the ARB shall require
no more than 0.5 MMH/FH at the organizational
and intermediate levels of maintenance.

Ex.: 20; p.: 1009

16-00.00.00      SOUND LEVEL ESTIMATES.

16-10.00.00      INTERNAL SOUND LEVELS.

16-10.01.00 *    The overall sound pressure level between the
pilot's and copilot's seat positions, at head
level, will be 88 ± 3 decibels and the speech
interference level will be 68 ± 3 decibels.

16-10.01.01 *    At aircraft centerline stations 480 and 570, 40
inches above the floor in the forward personnel
compartment, the overall sound pressure level
will be 83 ± 3 decibels and the speech inter-
ference level will be 67 ± 3 decibels.

16-10.01.02 *    In the ARO compartment at the operator's ear posi-
tion during a refueling operation the overall sound
pressure level will be 97 ± 3 decibels and the
speech interference level will be 74 ± 3 decibels.

16-11.00.00      MEASUREMENT CONDITIONS AND CRITERIA.

16-11.01.00 *    The above sound levels have been determined for a
speed of 0.80 Mach at a pressure altitude of 30,000
feet, with normal cabin differential pressure, with
power required for level flight using normal three
engine operation.

16-11.01.01     The overall sound pressure level is the sound
pressure level for the frequency range from 45 to
11,200 Hz (cps).

16-11.01.02     The speech interference level is the arithmetic
average of the sound pressure levels in the three
preferred octave bands having center frequencies at
1,000, 2,000, and 4,000 Hz (cps).

16-11.01.03     Sound pressure levels are referred to the standard
reference pressure of 0.0002 microbar.

16-11.01.04 *    Acoustic instrumentation used for the sound mea-
surements will meet calibration and performance
requirements as defined in the American National
Standard Methods for the Measurement of Sound
Pressure Levels, ANSI S1.13-1971.

16-12.00.00      CERTIFICATION NOISE LEVELS.

16-12.01.00 *    The airplane defined in this document shall comply
with the noise standards contained in Part 36 of
the Federal Aviation Regulations applicable at the
time of type certification.

Ex. 20, p. 1010

16-20.00.00        EXTERNAL SOUND LEVELS (APU).

16-20.01.00 *      Ramp sound levels at the underwing refueling sta-
                   tions and at cargo loading and personnel entry
                   doors will not exceed 90 decibels with the APU
                   operating at full load.  These sound levels are
                   expressed in terms of the A-scale weighting net-
                   work as defined in the American National Standard
                   specifications for Sound Level Meters, ANSI
                   S1.4-1971.

Ex.: 20; p.: 1011

20-00.00.00   STANDARD PRACTICES - AIRFRAME SYSTEMS.

20-00.01.00 *   The airframe systems, with the exception for
                avionics as defined below, shall be manufactured
                in accordance with FAA standards and FAA approved
                contractor standards and processes. However,
                military specifications and standards shall be
                used when there are no applicable FAA standards
                or processes or when a military specification
                or standard is specifically required by the
                Detail Specification.

20-00.01.01 *   Materials, parts, processes, and joining methods
                will be those approved by the FAA in the certifi-
                cation of the basic aircraft model. Modifications
                to the aircraft shall meet the same standards.

20-00.01.02 *   The finish systems and other corrosion prevention
                systems shall be those approved for the basic air-
                craft by the FAA. Changes or modifications to the
                protection systems shall be made only after approv-
                al of the procuring agency.

20-00.02.00     Shields on low-level analog signal wires shall be
                grounded at one end only.

20-00.02.01 *   Shields on pulse or digital signal wires of
                balanced distribution systems similar to ARINC
                561-2 INS shall be grounded at every reasonable
                opportunity, as applicable (production breaks,
                disconnects, etc.).

20-00.03.00 *   If not otherwise defined herein, avionic sub-
                systems and instruments (including appropriate
                sensor) shall be in the quantity and type nor-
                mally provided with the basic aircraft. Avion-
                ics and instruments shall be inherently capable
                of withstanding the operating conditions and
                environment of the ATCA or shall be suitably
                protected and maintained under conditions suit-
                able to the equipment. When FAA-DO-138 or 160
                are used to define equipment environmental re-
                quirements, appropriate categories applicable
                to the ATCA shall be utilized. The antenna
                configuration for flight avionics shall be de-
                signed to provide operational performance capa-
                bility in accordance with FAA certification pro-
                cedures. Where specific avionics requirements
                or operational procedures are not governed by
                FAA guidelines, FAA requirements and procedures
                for similar functions or applicable MIL-SPECs
                shall be used as a guide.

| | |
|---|---|
| 21-00.00.00 | AIR CONDITIONING. |
| 21-00.01.00 | The air conditioning system shown on Figure 21-00 shall be installed to provide ventilation, temperature and pressurization control of the occupied areas. |
| 21-00.02.00 | SAE APP 85D shall be followed as a guide in designing the air conditioning system. |
| 21-01.00.00 | DESIGN CRITERIA. |
| 21-01.01.00 | The number of duct joints shall be minimized without compromising the maintainability of ducts. |
| 21-01.02.00 | All metallic ducting material shall be readily weldable. |
| 21-01.04.00 | Ducting bracketry shall provide a minimum restraint to aircraft deflections and thermal growth. |
| 21-01.05.00 | The use of nonmetallic ducting shall be minimized. |
| 21-01.07.00 | Panels shall be provided to permit access to ceiling ducts. |
| 21-01.09.00 | All line replaceable units shall be installed so that sequential removal or installation is not required for routine maintenance. |
| 21-01.10.00 | The heat exchangers shall be installed so that removal and replacement can be accomplished by two men in not more than two elapsed hours. |
| 21-04.00.00 | TEMPERATURE SENSORS. |
| 21-04.01.00 | Temperature sensors shall be easily removed and cleaned. |
| 21-04.02.00 | Auto control sensors may be functionally checked without removal of the sensor. |
| 21-04.03.00 | Cabin and flight compartment temperature sensors shall have airflow over them and shall sense the same temperature as felt by the occupants. |
| 21-06.00.00 | VALVES. |
| 21-06.01.00 | Every valve except check valves shall have an external position indicator.  The valve shall be installed so that the position indicator can be seen, where practicable. |
| 21-06.02.00 | Valve filters, where utilized, shall be readily removable without removing the valve assembly. |

Ex. 20; p. 1013

21-07.00.00   ELECTRIC HEATERS.

21-07.01.00   Protective devices shall be provided for all electric heaters in applications where failures could cause unacceptable temperatures to exist.

21-08.00.00   FILTERS.

21-08.01.00   Any ventilation air filter used shall be a throwaway type in preference to a reusable type.

21-08.02.00   All ventilation filters shall be readily replaceable.

21-09.00.00   DISTRIBUTION SYSTEM.

21-09.01.00   Materials used for distribution ducts (including supply ducts to individual air outlets), diffusers, and outlets shall be capable of withstanding maximum operating input temperature and pressures without permanent distortion, cracking or deterioration.

21-09.02.00   Air exhaust grilles, sidewall passages, plenum chambers, temperature sensors and other areas likely to accumulate tobacco tars and lint shall be designed for easy access and cleaning and be adequately protected from fires and chimney effects by baffles or other suitable devices.

21-10.00.00   SYSTEM CAPABILITY.

21-11.00.00   GROUND OPERATION - STEADY STATE.

21-11.01.00 *   An average dry bulb temperature of 75°F shall be attainable in the flight compartment with all exterior doors and windows closed, with a full crew complement, and at an ambient temperature of 103°F and an ambient humidity of 133 grains of water per pound of dry air.

21-11.01.02 *   An average dry bulb temperature of 95°F shall be attainable in the flight compartment under conditions of 21-11.01.00 with one air conditioning system inoperative.

21-11.02.00 *   An average dry bulb temperature of 75°F shall be attainable in the flight compartment with all doors and windows closed, at an ambient temperature of minus 40°F.

21-12.00.00   GROUND OPERATION - COOLING/HEATING PULL DOWN.

21-12.01.00   Cooling

Ex.: 20; p.: 1014

21-12.01.01 *     The system shall be capable of cooling the flight compartment to an average dry bulb temperature of 80°F within 30 minutes starting with an aircraft heat soaked to 115°F on a 103°F day with an ambient humidity of 133 grains of water per pound of dry air.

21-12.01.02 *     The cooling shall be accomplished with all doors and windows closed, and no other heat loads operating.

21-12.02.00     Heating

21-12.02.01 *     The system shall be capable of heating the flight compartment to an average dry bulb temperature of 75°F within 30 minutes starting with a -25°F cabin temperature on a -40°F day.

21-12.02.02 *     The heating shall be accomplished with all doors and windows closed, and no other heat loads operating.

21-13.00.00     GROUND PNEUMATIC REQUIREMENTS.

21-13.01.00     The specified air conditioning system performance on the ground shall be attainable using the APU or an equivalent external air source.

21-14.00.00     FLIGHT OPERATION-NORMAL CONDITIONS.

21-14.01.00 *     An average dry bulb temperature of 75°F shall be attainable in the crew/personnel compartment and the ARO compartment during all cruise flight conditions at the ambient air temperatures specified in MIL-STD-210A for both hot and cold atmospheres.

21-14.01.01     Under these same conditions, a flight compartment temperature of 65°F dry bulb shall be attainable on a hot day and 80°F dry bulb shall be attainable on a cold day.

21-15.00.00     FLIGHT OPERATION-FAILURE CONDITIONS.

21-15.01.00 *     An average dry bulb temperature of 85°F in the occupied compartments shall be attainable in cruise at 25,000 feet on a hot day with one air conditioning system inoperative.

21-20.00.00 *     DISTRIBUTION/VENTILATION.

21-20.10.00 *     Flow Regulation

21-20.11.00 *     A flow control valve shall be installed to meter the air taken from the bleed air system manifold by each air conditioning system.

Ex.: 20; p.: 1015

21-21.00.00 *   MAIN CABIN CARGO COMPARTMENT VENTILATION.

21-21.01.00 *   The air conditioning system shall provide venti-
                lation for the main cabin cargo compartment.

21-22.00.00 *   ARO COMPARTMENT VENTILATION.

21-22.01.00 *   The air conditioning system shall provide the ARO
                compartment with levels of comfort comparable to
                that provided for the flight crew in the flight
                compartment.

21-22.02.00 *   A selected temperature range of 70°F to 80°F shall
                be maintained in the ARO compartment.

21-22.03.00 *   An air diffuser outlet shall be installed in the
                ARO compartment with the flow of conditioned air
                manually controllable.

21-22.04.00 *   Individual conditioned-air outlets for each crew
                station shall be installed in the ARO compartment.

21-22.04.01 *   The outlets shall be manually adjustable in air
                flow and direction.

21-22.05.00 *   Conditioned-air foot warmers for each crew station
                shall be installed in the ARO compartment.

21-22.05.01 *   The flow of air from the foot warmers shall be
                manually controllable.

21-23.00.00 *   CREW/PERSONNEL COMPARTMENT VENTILATION.

21-23.01.00 *   The air conditioning system shall provide venti-
                lation and temperature control of the crew/
                personnel compartment.

21-23.03.00 *   A conditioned-air outlet shall be installed
                in the lavatory.

21-23.04.00 *   A quick-connect air-conditioning attachment shall
                be provided for the removable lavatory.

21-25.00.00 *   FLIGHT COMPARTMENT VENTILATION.

21-25.01.00     The flow of fresh air to the flight compartment
                shall be adequate to achieve the specified perfor-
                mance.

21-25.02.00     The flight compartment ventilation system shall be
                designed to minimize the possibility of a con-
                centration of smoke.

21-25.03.00     Conditioned-air outlets shall be installed in
                the flight compartment.

Ex.: 20; p.: 1016

21-25.03.01    Selected outlets shall be adjustable in flow and direction to permit the crew to adjust conditions for individual needs.

21-25.03.02 *   The outlets shall be of all metal construction.

21-25.04.00    Means shall be provided to compensate for radiant heat loss through the flight compartment windows and structure.

21-26.00.00    ODOR CONTROL.

21-26.01.00 *   An air exhaust system shall be installed for the galley and lavatory, plus provisions for a removable lavatory between approximate stations 564-604 LH.

21-26.01.01 *   The exhaust system shall draw air through the galley and lavatory and discharge the air in a suitable location below the main cabin floor. A ventilation duct quick-connect shall be provided for the removable lavatory.

21-26.02.00 *   The galley and lavatory shall be ventilated whenever the pneumatic system is operating.

21-26.03.00    All compartments within the pressurized fuselage shall be free from carbon monoxide or engine exhaust fumes within allowable limits under all flight conditions.

21-26.04.00    Contamination which would be harmful to the occupants shall not be added to the ventilation air as the result of passing through the aircraft systems and components.

21-27.00.00    ELECTRICAL/ELECTRONICS RACK COOLING SYSTEM.

21-27.01.00    Cooling shall be installed to maintain the temperature of the air adjacent to equipment installed in the avionics racks below that at which the equipment is designed to operate.

21-27.01.01    Cooling shall be provided for the inertial platform installation. Air shall be drawn through the inertial platforms by individual fans during ground operation and for unpressurized flight. Air shall be drawn through the inertial platforms by individual overboard venturi during pressurized flight.

21-27.01.02    An indication of lack of cooling air flow for each inertial platform shall be provided in the flight compartment.

Ex.: 20; p.: 1017

21-27.02.00    Air shall be drawn from the flight compartment
               through the electrical/electronics rack by a fan
               during unpressurized flight and on the ground.

21-27.03.00    Air shall be drawn from the flight compartment
               through the electrical/electronics rack by an
               overboard venturi during pressurized flight.

21-27.05.00    A light shall illuminate whenever insufficient air
               is being drawn through the electrical/electronics
               rack.

21-30.00.00    CABIN AIR PRESSURE CONTROL.

21-30.01.00    Refer to Figure 21-30, Aircraft Pressure Schedule.

21-31.00.00    CABIN PRESSURIZATION.

21-31.01.00    An all electronic cabin pressure control system with
               electrically actuated outflow valve(s) shall be in-
               stalled which shall maintain cabin pressure within
               the limits of the pressure schedule shown in Figure
               21-30.

21-31.01.01    The system shall consist principally of a cabin
               pressure selector, a controller and an actuator to
               control automatically the position of the cabin air
               outflow valve.

21-31.02.00    The cabin pressure selector shall allow selection
               of landing field altitude, landing field barometer
               pressure and cabin rate of change limit.  These
               selections may be made prior to flight.

21-31.02.01    The cabin altitude shall be automatically programmed
               as a function of flight altitude.  The cabin alti-
               tude shall strive toward this program while being
               rate limited.

21-31.02.02    The automatic schedule may be bypassed and semi-
               automatic isobaric control substituted at crew
               option.

21-31.02.03    Cabin altitude shall be selectable between -1,000
               and +10,000 feet.

21-31.02.04    Cabin rate limit for climb and descent shall be
               selectable between 60 and 1,200 feet per minute
               for descent and between 100 and 2,000 feet per
               minute for ascent.

21-31.02.05    During normal operation, inflight adjustment of the
               landing altitude selector will not be required
               except for landing field barometric setting.

Ex.: 20; p.: 1018

21-31.03.00 The principal exit for cabin air shall be the out-
flow valve controlled by the cabin pressure control
systems.

21-31.03.01 * A cable actuated system shall be installed to
provide manual operation of the outflow valve
if the automatic and semiautomatic controls are
inoperative.

21-31.03.02 The valve shall provide thrust recovery in flight.

21-31.04.00 It shall be possible to pressurize the aircraft at
maximum cruise altitude with only one air condition-
ing pack in operation.

21-31.05.00 The cabin pressure control system shall contain
built-in test circuitry permitting maintenance
personnel to isolate the usual type of malfunction
to the selector, actuator, or controller.

21-31.08.00 Under normal flight conditions with cabin pressure
under automatic control, transient rates of change
in cabin altitude, resulting from abrupt changes in
control requirements, shall be of limited magnitude
and duration.

21-31.08.01 The magnitude and duration combinations shall be
such that the eardrum differential pressure shall
not exceed either the level established by a steady
rate of altitude change of 300 fpm or the level
established by a steady rate of altitude change
50 fpm greater than any selected value, if the
selected value exceeds 250 fpm.

21-31.08.02 During flight, upon turn on or shutdown of an air
conditioning pack, the eardrum differential shall
not exceed either 350 fpm or 100 fpm greater than
the selected rate if the selected rate exceeds
250 fpm.

21-31.08.03 Eardrum differential shall be established as that
value obtained through the use of Figure 21-31.

21-32.00.00 PRESSURE RELIEF.

21-32.01.00 Multiple emergency pressure relief valves with
independent static vents shall be installed to
prevent pressures in the cabin from exceeding a
cabin-to-ambient differential pressure of 9.1 psig.

21-32.02.00 Negative pressure relief provisions shall be
installed to prevent excessive negative cabin
pressure differentials.

21-33.00.00      CABIN AIR PRESSURE INSTRUMENTATION.

21-33.01.00      The following instrumentation shall be provided
                 for the cabin air pressure control system:

21-33.01.01      - cabin altitude rate indicator

21-33.01.02      - outflow valve position indicator

21-33.01.03      - cabin altitude and differential pressure indi-
                   cator.

21-33.01.04      An aural and visual warning shall be automatically
                 actuated when the cabin altitude exceeds 10,000
                 feet.  The aural warning shall include a crew-oper-
                 able silencing switch and an automatic reset when
                 the cabin altitude returns to less than 10,000
                 feet.  Adequate spread (1,500 feet minimum) shall
                 exist between the oxygen mask presentation and
                 cabin altitude warning to ensure aural and visual
                 warning actuation prior to mask presentation.

21-40.00.00      HEAT EXCHANGERS.

21-40.01.00      The heat exchangers shall be air-to-air and shall
                 be designed for at least 10 percent over capacity.

21-40.03.00      Means shall be incorporated to preclude damage to
                 heat exchanger cores due to rain/hail impingement.

21-50.00.00      COOLING.

21-51.00.00      REFRIGERATION UNITS.

21-51.01.00 *    Two identical, bootstrap, air-cycle refrigeration
                 units shall be installed.

21-51.02.00      Means shall be provided to shutdown automatically
                 the affected cooling turbine unit in case of loss
                 of heat exchanger cooling airflow or excessive
                 pack air temperature.

21-52.00.00      WATER SEPARATION.

21-52.01.00      A water separator shall be installed downstream of
                 each refrigeration unit.

21-52.01.01      The water separators shall be easily replaceable.

21-52.01.02      The water separators shall be protected against
                 freezing.

21-52.01.03      The coalescer bags shall be capable of being changed
                 without requiring removal of the water separator.

Ex.: 20; p.: 1020

21-52.02.00      Means will be provided to detect excessive pressure
                 drop in the water separator bags.

21-52.03.00      The water separation system shall be designed so as
                 to prevent the possibility of any water entering the
                 cabin or flight compartment under all flight and
                 ground conditions.

21-53.00.00      CONTROLS AND INDICATION.

21-53.01.00      The following controls and indicators shall be
                 installed in the flight compartment:   (Ref.
                 31-10.02.00)

21-53.01.01      - a rotary switch for each pack which functions as
                   a pneumatic supply control, automatic temperature
                   control mode, and manual temperature override con-
                   trol mode

21-53.01.03      - remote temperature control valve position indi-
                   cation for the refrigeration units

21-53.01.04      - remote reading bleed air manifold pressure gauge
                   (Ref. 36-20.10.01)

21-53.01.05      - remote indication of pack discharge temperature
                   for each refrigeration unit

21-53.01.06      - remote air flow indicators for each pack air
                   supply

21-53.01.08      - remote turbine inlet temperature indication for
                   the refrigeration units

21-53.01.09      - remote indicating light to caution that trim air
                   pressure is higher than normal.

21-60.00.00      TEMPERATURE CONTROL.

21-60.01.00 *    An automatic temperature control system shall be
                 installed for the following zones:  flight com-
                 partment, ARO compartment and crew/personnel com-
                 partment.  The additional support personnel com-
                 partment is an extension of the environmental con-
                 trol zone of the crew/personnel compartment and the
                 same controls are utilized.  Zone temperature con-
                 trol sensors shall be located so as to give proper
                 zone control with the environmental curtain in
                 either the forward or aft position.

21-60.01.01      The automatic temperature control system shall
                 contain built-in test circuitry which will assist
                 maintenance personnel to isolate the usual type of
                 malfunctions to a line replaceable unit.

21-60.02.00 *    The average temperature of each zone shall be controlled by the flight engineer.

21-60.02.02.    Each temperature selector shall have a range of 65°F to 85°F.

21-60.02.10 *    A temperature control selector shall be installed in the ARO compartment and shall provide the capability of varying the temperature selected by the flight engineer.

21-60.03.00    Manual controls shall be provided as backup to the automatic controls.

21-60.04.00    Control Stability

21-60.04.01    The automatic temperature control system shall be capable of attaining a stable compartment air temperature within five minutes after initially reaching the temperature selected on the automatic control.

21-60.04.02    After this five minute period, minor air temperature variations shall be permitted to compensate for heat transferred by cabin furnishings which do not change temperature as rapidly as the air. These corrections are not associated with system instability.

21-60.04.03    Under steady-state cruise conditions, the temperature control system shall maintain an indicated temperature within ±1.5°F.

21-63.00.00    CONTROLS AND INDICATION.

21-63.01.00    The following controls and indicators shall be installed in the flight compartment:

21-63.01.01    - a combination automatic-manual zone temperature control selector shall be installed for each temperature control zone

21-63.01.02    - remote reading temperature indication permitting the reading of the supply duct air temperature and compartment air temperatures for the zones

21-63.01.03    - remote temperature control valve position indication for the zones

21-63.01.04    - remote indicator light to indicate a condition of air conditioning pack trip-off

21-63.01.06    - trim air ON-OFF switch.

21-63.02.00 *    All temperature selector controls shall be located in the flight compartment, except for the temperature control specified in 21-60.02.10.

Ex.: 20; p.: 1022

21-64.00.00      INDUCED SURFACE HEAT.

21-64.01.00 *   The surface temperature in the occupied and cargo
compartment shall not increase more than 20°F fol-
lowing shutdown of the air conditioning system be-
cause of the proximity of high temperature ducts.

21-80.00.00      GROUND AIR CONDITIONING.

21-80.01.00    Two preconditioned air inlets shall be provided
incorporating Military Standard MS33562 - Minimum
Requirements for the Attachment of Lug-type Hose
Connectors to Ground Air Conditioning Units.

21-80.01.01 *   The inlets shall be installed in a pressure pan
behind a forward hinged door and ducted to
conditioned air distribution system downstream
of the installed air conditioning machinery.

21-80.02.00    The access door to the pressure pan shall be capable
of withstanding full cabin differential pressure
should failure of the inlet check valve occur.

21-90.00.00      RAM AIR INLET.

21-90.01.00    An air inlet scoop shall be incorporated to provide
cooling air for the heat exchangers in the air
conditioning systems.

21-90.01.01    Through this scoop, ram air may also be supplied to
the cabin air distribution system during an unpres-
surized condition.

Ex.: 20; p.: 1023

DS 5500 ATCA

09-30-77

PAGE

50

Ex.: 20, p.: 1024

CHAPTER

21

Case3:11-cv-00061-JSW   Document73   Filed01/24/11   Page66 of 100



FIGURE 21-00 AIR CONDITIONING SYSTEM SCHEMATIC



FIGURE 21-30 AIRCRAFT PRESSURE SCHEDULE

EQUIVALENT EAR DRUM DIFFERENTIAL PRESSURE CHANGES DURING A TRANSIENT IN CABIN ALTITUDE RATE OF CHANGE MAY BE ESTIMATED AS FOLLOWS:

1. DIVIDE THE RECORDED CURVE OF CABIN ALTITUDE VS TIME DURING THE TRANSIENT INTO TIME INTERVALS FOR WHICH INDIVIDUAL AVERAGE RATES OF CHANGE CAN EASILY BE ESTABLISHED AND TABULATE THESE RATES.
2. TO ESTABLISH A REFERENCE FOR DIRECTION OF ALTITUDE CHANGE WHEN THE CHANGE PRIOR TO THE TRANSIENT IS ZERO, ASSIGN AN (S) TO THE FIRST INTERVAL AND USE ITS DIRECTION OF CHANGE AS REFERENCE, WHERE A CHANGE EXISTED PRIOR TO THE TRANSIENT, USE ITS DIRECTION AS REFERENCE. COMPARE DIRECTION OF CHANGE DURING SUBSEQUENT INTERVALS WITH THE REFERENCE DIRECTION, ASSIGN AN (S) TO THOSE WITH THE SAME DIRECTION OF CHANGE AS THE REFERENCE AND AN (O) TO THOSE WITH OPPOSITE.
3. USING FIGURE 21-31, ENTER AT A LEVEL REPRESENTING THE RATE OF CHANGE PRIOR TO THE TRANSIENT AND PROCEED ACROSS THE FIGURE TO INTERSECT A CURVE REPRESENTING THE AVERAGE RATE OF CHANGE DURING THE FIRST INTERVAL. USE A CURVE WITH THE SAME LETTER AS THAT ASSIGNED FOR THE FIRST INTERVAL IN STEP 2.
4. PROCEED FROM THE INTERSECTION TO THE RIGHT ALONG THE CURVE FOR A PERIOD EQUAL TO THE FIRST INTERVAL IN ORDER TO ESTABLISH THE NEW EAR DIFFERENTIAL PRESSURE.
5. FROM THE LEVEL ESTABLISHED IN STEP 4 MOVE ACROSS THE FIGURE TO INTERSECT A CURVE REPRESENTING THE AVERAGE RATE OF CHANGE FOR THE SECOND INTERVAL. CHOOSE THE APPROPRIATE CURVE WITH THE SAME LETTER AS THAT ASSIGNED THE SECOND INTERVAL IN STEP 2.
6. PROCEED FROM THE INTERSECTION TO THE RIGHT ALONG THE CURVE FOR A PERIOD EQUAL TO THE SECOND INTERVAL IN ORDER TO ESTABLISH THE EAR DIFFERENTIAL PRESSURE AT THE END OF THE SECOND INTERVAL.
7. CONTINUE AS ABOVE FOR AS MANY INTERVALS AS IS NECESSARY TO ESTABLISH A MAXIMUM EAR DRUM DIFFERENTIAL PRESSURE. IF DURING THE PROCEDURE THE DIFFERENTIAL PRESSURE SHOULD REACH ZERO, MOVE TO THE LOWER ORIGIN AND FOLLOW THE APPROPRIATE CURVE FOR THE REMAINDER OF THE INTERVAL. INTERCHANGE (S) AND (O) FOR ALL SUBSEQUENT TABULATED TIME INTERVALS.

EXAMPLE: STEADY STATE 300 FPM CLIMB PRIOR TO SURGE,
THEN 1000 FPM FOR 1 SEC. USE (S) CURVE
−500 FPM FOR 2 SEC. USE (O) CURVE
100 FPM FOR 2 SEC. USE (S) CURVE
0 FPM FOR 4 SEC.



FIGURE 21-31 DETERMINATION OF EAR DRUM DIFFERENTIAL PRESSURE

Ex.: 20; p.: 1026

22-00.00.00      AUTOMATIC FLIGHT CONTROLS.

22-10.00.00      AUTOMATIC PILOT.

22-10.01.00 *    A full-monitored, three-axis, dual-channel automatic pilot shall be installed as a part of the integrated flight guidance and control system to provide control of the aircraft during normal climb, cruise, aerial refueling, letdown, approach and go-around conditions.

22-10.01.01      The automatic pilot shall meet the design, performance and reliability criteria outlined in Douglas Specification No. JXU7001.

22-10.01.02      Access to the automatic flight control system shall be provided for complete system checkout with automatic test equipment in a minimum of time.

22-10.01.03      The automatic pilot system design shall include a capability of system testing with external equipment to test selected system gains and aircraft wiring to the AFCS LRU level insofar as practical in addition to the necessary functional tests.

22-10.02.00 *    The design shall incorporate a channelized fully integrated automatic pilot and flight director system as shown in the navigation system diagram, Figure 34-01.

22-10.02.01 *    Rate sensors shall be packaged separately from the computers.

22-10.02.02      Convenient means shall be provided for one man to check the operation of the rate sensor.

22-10.02.03      The rate sensors shall be capable of remote self test.

22-10.02.04      The automatic pilot computers shall be packaged so that each control axis is contained in separate ATR rack-mounted units. The computers shall be further packaged within each axis such that duplicated systems shall be contained in duplicated identical ATR rack-mounted units for optimum spares support and maintenance.

22-10.02.05      Each electronic rack-mounted unit requiring test shall incorporate a means for self testing its functions.

22-10.02.06      The self-test function of the automatic pilot shall include the ability to complete the electronics self-test functioning without requiring hydraulic pressure or surface movement. An additional test may be used for surface actuator tests with hydraulic pressure on.

Ex.: 20; p.: 1027

22-10.02.07    The surface position sensors used in the automatic
               pilot shall not have slip rings or brushes.

22-10.02.08.   Automatic pilot surface position sensor adjust-
               ments, if required, shall have a limited range
               commensurate with the required installation toler-
               ances.

22-10.02.09    The surface actuators that incorporate automatic
               pilot functions shall have the automatic pilot
               electro-hydraulic components removable without
               requiring the removal of the hydraulic surface
               actuation assemblies.

22-10.03.00 *  The automatic pilot shall be certified for oper-
               ation at airspeeds from minimum approach speed to
               Vmo/Mmo and at all altitudes from the FAA minimum
               altitude to the maximum FAA certified altitude for
               the aircraft.

22-10.04.00    Automatic Pilot/Flight Director Operating Modes

22-10.04.01    Automatic pilot turn control - roll attitude
               changes with control wheel steering

22-10.04.02    Heading Select

22-10.04.03    LCC/VOR

22-10.04.04    ILS Approach

22-10.04.06    Auxiliary Navigation (Inertial Navigation)

22-10.04.07    Synchronized Vertical Speed Hold (with vertical
               speed adjustment)

22-10.04.08    IAS Hold

22-10.04.09    Mach Hold

22-10.04.10    Altitude Hold and Preselect

22-10.04.11    Go-Around

22-10.04.12    Turbulence Penetration - Automatic pilot only

22-10.04.14    Automatic pilot pitch control - pitch attitude
               changes with control wheel steering.

22-10.04.16 *  TACAN

22-10.05.00    The automatic pilot may be engaged in any normal
               aircraft attitude.

DS 5500 ATCA        09-30-77              PAGE   54    CHAPTER    22

Ex.: 20; p.: 1028

22-10.05.01    After engaging, the automatic pilot shall roll
               the aircraft to the bank angle limit (for CWS)
               if beyond the bank angle limit.

22-10.08.00    Switching circuits shall be provided to permit the
               operation of either channel singly.

22-10.08.02    Hard over monitoring shall be provided for the
               pitch and roll axes in the cruise modes of
               operation.

22-10.09.00    High control wheel and control column force level
               detectors shall be incorporated into the automatic
               pilot system for automatic pilot override.

22-10.09.01    When the automatic pilot is engaged in the command
               position, exceeding this high control wheel or
               control column force level shall cause the automatic
               pilot to revert from any command mode to the
               control wheel steering mode of operation.

22-11.00.00    PROFILE MODES.

22-11.01.00    Pitch Control - Pitch Attitude

22-11.01.01    Control wheel steering shall be provided for
               changing aircraft pitch attitude.

22-11.02.00    Altitude Hold

22-11.02.01    The altitude hold mode shall act through the auto-
               matic pilot to maintain the pressure altitude
               existing at the time the altitude hold mode is
               selected.

22-11.02.06    The altitude deviations shall be referenced to the
               air data inputs to the automatic pilot.

22-11.03.00    Turbulence Penetration

22-11.03.01    A turbulence penetration mode shall be provided for
               automatic pilot operation in turbulent air con-
               ditions.

22-11.04.00    IAS/Mach Hold

22-11.04.01    The automatic pilot shall adjust the aircraft pitch
               attitude to maintain the indicated airspeed or Mach
               number of the aircraft existing at the time of
               selection.

22-11.05.00    Pitch Trim Transfer

22-11.05.01    The automatic pilot shall provide long term pitch
               trim transfer from the elevator to the stabilizer
               with a single channel pitch trim system.

DS 5500 ATCA       09-30-77                    PAGE   55    CHAPTER    22
Ex.: 20; p.: 1029

22-11.05.02      A pitch-out-of-trim indication shall be installed visible to both pilots. The indication shall indicate when an automatic pilot out-of-trim condition exists for more than an acceptable time interval.

22-11.06.00      Altitude Preselect

22-11.06.01      An altitude preselect mode shall be provided.

22-11.06.03 *    The manual set barometric pressure on the pilot's and copilot's altimeters is input to the respective air data computers.

22-11.06.04      When the altitude preselect mode has been engaged, the aircraft shall approach the selected altitude along a flight path controlled by the pilot.

22-11.06.05      An altitude capture mode shall be activated when the aircraft has closed to within a predetermined increment of the selected altitude.

22-11.06.06      An altitude hold mode shall be automatically engaged when the preselected altitude has been captured.

22-11.07.00      Automatic Go-Around

22-11.07.01      The automatic go-around mode shall provide profile and heading guidance during the initial portion of a go-around maneuver.

22-11.07.02      Vertical profile command information shall be provided by an angle-of-attack referenced mode of the speed control system.

22-11.07.03      Automatic go-around shall be initiated by actuation of a takeoff/go-around switch located on the throttles.

22-11.07.04      This function shall be armed only after the flaps are lowered to approximately 5 degrees or more. Go-Around mode engagement shall be annunciated adjacent to the attitude director indicator.

22-11.07.05      The heading existing at the time of rolldown following go-around engagement shall be used for directional control reference during the go-around maneuver.

22-11.07.06      The flight director takeoff modes shall not be used at gross weights less than $W_{mc}$ when using CF6-50C1 engine rated takeoff thrust.

22-11.08.00      Vertical Speed

Ex.: 20; p.: 1030

22-11.08.01    The automatic pilot shall control the vertical speed of the aircraft with respect to the barometric rate.

22-11.08.02    After engaging the vertical speed mode, the automatic pilot shall maintain the barometric rate that exists at the time of engagement.

22-11.08.03    A control knob shall be provided to allow either pilot to change the barometric rate within the limits of +4,000 and -8,000 feet per minute. The control knob shall be approximate and not an absolute vertical speed command reference.

22-11.08.04    A command smoother shall be installed to provide a smooth transition between commands.

22-12.00.00    DIRECTIONAL CONTROL.

22-12.01.00    Heading Hold

22-12.01.01    Aircraft roll attitude and heading shall be maintained with respect to primary references which shall be a gyro-stabilized vertical reference and a gyro compass system.

22-12.02.00    Turn Control - Roll Attitude

22-12.02.01    Control wheel steering shall be provided for changing aircraft roll attitude.

22-12.03.00    Heading Select

22-12.03.01    Preselected heading control shall be provided.

22-12.03.02    The automatic pilot shall maneuver the aircraft to the heading selected by the heading select knob on the mode selector panel.

22-12.03.03    This selected heading shall be maintained until the mode is disengaged or a new heading is selected.

22-12.04.00    Navigational Beam Guidance

22-12.04.01 *    The automatic pilot shall cause the aircraft to follow a path defined by deviation signals from either the VOR receiver or the TACAN and the course select control. Refer to 34-56.51.00 for selection of VOR or TACAN.

22-12.04.02    The control knobs shall be located on the mode selection panel.

22-12.04.03 *    The automatic pilot shall capture the VOR beam or the TACAN beam at any intercept angle less than 90 degrees.

Ex.: 20; p.: 1031

22-12.04.04 *   The design shall prevent excessive beam overshoots
                for a nominal operating intercept angle, speed
                and distance from the VOR or TACAN station consis-
                tent with a limited bank angle.

22-12.04.07     Over-station cutout shall be made to provide a
                smooth station passage while holding the heading
                established before cutout.

22-12.07.00     Auxiliary Navigation (Inertial Navigation)

22-12.07.01     The automatic pilot shall cause the aircraft to
                track a path defined by guidance information
                from the inertial navigation systems.

22-12.07.02     The autopilot shall capture the desired track
                at any intercept angle less than 90 degrees.

22-12.07.03     For a nominal operating intercept angle, speed and
                initial cross-track distance, the INS and/or auto-
                pilot shall not overshoot the desired track, pro-
                viding that the bank angle selected does not limit
                the manuever.

22-13.00.00     AUTOMATIC PILOT FLIGHT DIRECTOR CONTROL PANEL.

22-13.01.00     A panel shall be provided on the flight compartment
                glareshield to allow control of the automatic pilot
                and flight directors.

22-13.01.01     The panel shall contain the engage switches for the
                automatic pilot and flight director, and switches
                for selection of the automatic pilot and flight
                director command modes.

22-13.01.02     The panel shall contain command input knobs for the
                automatic pilot/flight director systems.

22-20.00.00     STABILITY AUGMENTATION.

22-21.00.00     YAW DAMPER.

22-21.01.00     Dual yaw damper channels shall be provided on both
                rudder surface segments for stability augmentation.

22-21.01.01     The normal operating envelope of the aircraft
                shall not be restricted with one yaw damper
                channel inoperative.

22-30.00.00     AUTOMATIC THROTTLE CONTROL SYSTEM.

22-30.01.00     A fail-passive automatic throttle control system
                shall be installed to control the engine thrust
                in response to commands from the speed control
                system.

Ex.: 20; p.: 1032

22-30.02.00    Automatic throttle control system performance shall
               be in accordance with Douglas Specification
               No. A004999.

22-30.03.00    Automatic throttle control system inputs to the
               throttle control system shall be through clutch
               mechanisms.

22-30.03.01    The clutch mechanisms shall permit pilot override
               forces which are no greater than normal operating
               forces.

22-30.03.02    Each clutch mechanism shall incorporate a torque
               limiting device.

22-40.00.00    PERFORMANCE AND FAILURE ASSESSMENT MONITOR.

22-40.01.00 *  Complete provisions shall be installed for a
               performance and failure assessment monitor
               (PAFAM) system as part of the integrated flight
               guidance and control system.

22-40.02.00 *  Complete provisions, less FAA certification, shall
               be installed on each pilot's instrument panel for
               a PAFAM display.

22-40.03.00 *  Complete provisions, less FAA certification, shall
               be installed in the avionics compartment for a
               PAFAM computer and display electronics unit.

Ex.: 20; p.: 1033

23-00.00.00       COMMUNICATION SYSTEMS.

23-00.00.01 *     All commercial communication systems shall be certi-
                  fied to the applicable FAA Technical Standard Orders
                  (TSO's).

23-00.01.00       See Figure 23-00 for antenna arrangement.

23-00.02.00 *     See Figure 23-10 for communications systems.

23-10.00.00       HF COMMUNICATION SYSTEMS.

23-10.01.00       Two single sideband HF communication systems shall
                  be installed conforming to ARINC 533A dated
                  1 Mar 66.

23-10.01.01       These systems shall include transceivers, control
                  panels, an antenna and antenna tuning units.

23-10.01.02 *     The operable HF frequency shall be from 2 Mhz
                  to 30 Mhz.

23-10.01.03 *     Single sideband operation on both upper and lower
                  sidebands shall be provided and shall be select-
                  able during flight.

23-20.00.00       VHF COMMUNICATION SYSTEMS.

23-21.00.00       VHF TRANSCEIVERS.

23-21.01.00       Transceiver Units

23-21.01.01 *     Two VHF transceiver units, designated VHF-1 and
                  VHF-2 and conforming to ARINC 566A-4, dated 10 Jun
                  75, shall be installed in the avionics compart-
                  ment.

23-21.01.03 *     The system shall be operable from 118.00 Mhz to
                  151.975 Mhz with 25 Khz channel spacing.

23-21.02.00       Antennas

23-21.02.01 *     A combination UHF/VHF transmitting/receiving
                  antenna of the low drag stub type shall be
                  installed for each VHF system.

23-21.02.02 *     The UHF/VHF-2 antenna shall be located on the
                  top forward fuselage and shall be anti-iced.

23-21.02.03 *     The UHF/VHF-1 antenna shall be located on the
                  bottom forward fuselage.

23-21.03.00       Coaxial Cables

23-21.03.01 *     Coaxial cable shall be installed from the VHF
                  transceivers in the avionics compartment to the
                  respective antenna.

Ex.: 20, p.: 1034

| | |
|---|---|
| 23-21.04.00 | Control Panels |
| 23-21.04.01 | Two control panels shall be installed on the aft pedestal, one each for VHF-1 and VHF-2. |
| 23-21.04.02 | The frequency selection system shall be of the two-out-of-five type tuning system with dual head knob stack tuning. |
| 23-21.04.03 | The squelch control wiring shall be wired in the aircraft to the communication control panels. |
| 23-21.05.00 | VHF Audio |
| 23-21.05.01 | VHF-1 audio shall be muted and sidetone provided when VHF-1 is transmitting. |
| 23-21.05.02 | VHF-2 audio shall be muted and sidetone provided when VHF-2 is transmitting. |
| 23-21.05.04 | The sidetone shall be in parallel with the associated receiver audio output. |
| 23-25.00.00 * | UHF COMMUNICATION SYSTEMS. |
| 23-25.01.00 * | General |
| 23-25.02.00 * | One AN/ARC-164 UHF communications system and one AN/ARC-171 line-of-sight communications system, designated UHF-1 and UHF-2 respectively, shall be installed. |
| 23-25.10.00 * | Remote Mounted Equipment |
| 23-25.11.00 * | Two UHF transceivers shall be installed in the avionics compartment. |
| 23-25.20.00 * | Controls |
| 23-25.21.00 * | Two UHF control panels shall be installed on the pedestal. |
| 23-25.40.00 * | Antennas |
| 23-25.41.00 * | Refer to 23-21.02.01. |
| 23-25.42.00 * | The UHF radio antenna system performance shall be in accordance with MIL-A-6224D, dated 9 Oct 59, paragraphs 3.5.1 through 3.5.4 and 3.5.9 except 3.5.9(a) shall specify pattern Theta = 90° ±15°. |

33-48.30.00 *      Boom Lights

33-48.30.01 *      Redundant lights in the boom ice shield shall be
                   provided to illuminate the boom nozzle area and
                   the area around the refueling receptacle.  Two
                   ultraviolet lights shall be installed in the boom
                   ice shield to illuminate the boom markings on the
                   telescoping section.

33-48.31.00 *      A lighting control shall be installed at the ARO
                   station to turn on the boom nozzle lights and to
                   control the intensity of the lights from full on
                   to full off.

33-48.32.00 *      A lighting control shall be installed on the boom
                   control handle which can be used to increase the
                   brightness of the boom nozzle lights.

33-48.33.00 *      A switch shall be installed at the ARO station to
                   control the ultraviolet boom markings light.

33-48.34.00 *      Annunciator lights shall be installed at the ARO
                   station to indicate if either of the ultraviolet
                   boom marking lights fail.

33-48.40.00 *      Hose/Drogue Lights

33-48.40.01 *      Lighting shall be installed to illuminate the
                   aerial refueling drogue and hose and to provide
                   signaling information to the pilot of the re-
                   ceiver aircraft.

33-48.41.00 *      Hose/Drogue Floodlights

33-48.41.10 *      White floodlights shall be installed in the aft
                   fuselage to illuminate the air refueling hose
                   markings at the area where it trails from the
                   aircraft.

33-48.41.11 *      The lights shall be installed or shielded in such
                   a manner as to prevent the light from being a
                   source of direct or reflected glare to the ARO
                   crew and receiver aircraft pilot.

33-48.41.12 *      A lighting control shall be installed at the ARO
                   station to control the hose/drogue flood lights
                   from full on to full off.

33-48.42.00 *      Hose/Drogue Signal Lights

33-48.42.10 *      A red, a yellow and a green signal light shall
                   be installed in a position that is clearly vis-
                   ible to the pilot of the receiver aircraft dur-
                   ing all phases of the air refueling operation.

Ex.: 20; p.: 1036

23-27.40.00 *    Antennas

23-27.41.00 *    Antenna mount attachment points shall be installed on the upper fuselage for a subsonic satellite communication antenna. The antenna shall be located such that electromagnetic interference with other aircraft communication and navigation equipment shall be minimized.

23-30.00.00 *    PASSENGER ADDRESS (PA).

23-31.00.00 *    PA SYSTEM.

23-31.01.00 *    One PA amplifier shall be installed in the avionics compartment in accordance with ARINC 560 dated 31 Aug 66.

23-31.02.00 *    A flight-ground volume control circuit shall be provided for the PA system.

23-31.02.01    This circuit shall be operated automatically by any engine oil pressure switch to increase the PA volume when engines are running.

23-31.03.00 *    A sufficient number of speakers shall be installed throughout the crew/personnel compartment and in the lavatory to give complete coverage. A PA quick-connect shall be provided for the removable lavatory.

23-31.03.01    Speakers shall be readily removable for maintenance purposes.

23-31.04.00 *    PA capability shall be from the flight compartment handset and from the pilot's and copilot's oxygen mask or boom microphone by operating the PA push-to-talk switch on their respective audio selector panel. PA capability is also available from the avionics compartment.

23-31.04.01 *    A handset shall be installed in the flight compartment for use with the PA system and the service interphone system.

23-31.04.02 *    A push-for-PA switch shall be installed on the overhead switch panel for use with the handset.

23-31.04.03    Returning the handset to its hanger or actuating an interphone call from the cockpit automatically transfers the handset from PA to interphone.

23-31.04.04    When the handset is secured by the handset hook, the audio to the earpiece shall be turned off.

Ex.: 20; p.: 1037

23-40.00.00      FLIGHT INTERPHONE STATIONS.

23-40.01.00 *    Two flight interphone amplifiers shall be installed
                 in the avionics compartment.

23-40.01.10 *    A signal/intercommunication amplifier, included in
                 the UARRSI, provides induction coupling for direct
                 wire communications with a tanker aircraft.  (Refer
                 to 28-51.17.00)

23-40.02.00 *    A flight interphone boom microphone/headset
                 jack outlet shall be installed in the avionics
                 compartment.

23-40.03.00 *    Flight interphone boom microphone/headset jack
                 outlets shall be installed in the vicinity of the
                 nose landing gear and at the ground power panel.

23-40.07.00 *    The pilot's, copilot's and flight engineer's
                 boom/mask microphone/headset jack outlets are
                 located on the secure voice isolation jack pan-
                 els.  (Refer to 23-26.02.00)

23-40.08.00 *    Three boom/mask microphone/headset jack outlets
                 shall be installed, one each at the first and
                 second observer's stations and in the crew/
                 personnel compartment.

23-40.08.01 *    The second observer's boom/mask microphone/
                 headset jack shall be wired in parallel with
                 the first observer's jack.

23-40.10.00 *    The jack outlets installed in the flight compart-
                 ment shall be located adjacent to the individual
                 panel mounted oxygen regulators.

23-41.00.00      AUDIO SELECTOR PANELS.

23-41.01.00 *    Five audio selector panels shall be installed, one
                 at the pilot's station, one at the copilot's sta-
                 tion, one at the flight engineer's station, one
                 at the first observer's station and one in the
                 avionics compartment.

23-41.01.01 *    Each audio panel shall include pushbutton micro-
                 phone switches to select UHF-1, UHF-2, HF-1, HF-2,
                 VHF-1, VHF-2 or interphone, a toggle switch to
                 place the microphone on interphone or radio and a
                 PA push-to-talk switch.  Receive controls shall
                 include toggle switches to select marker beacon,
                 ADF-1, ADF-2 and PA, volume control levers to con-
                 trol UHF-1, UHF-2, HF-1, HF-2, VHF-1, VHF-2, flight
                 interphone, cabin interphone, VOR-1, VOR-2, and
                 toggle switches to select TACAN-1 and TACAN-2.

Ex.: 20; p.: 1038

23-41.01.02 *   The interphone-radio toggle switch shall be spring-
loaded to the center off position from the radio
position.  It shall lock in the interphone posi-
tion until deliberately changed to the off or
radio positions.

23-41.02.00 *   Flight compartment loudspeakers, with integral
amplifier, volume control and an ON-OFF switch
shall be installed at the pilot's and copilot's
stations.

23-41.02.01 *   The pilot's and copilot's speakers shall be muted
when the associated microphone in the flight com-
partment is keyed.

23-43.00.00 *   RADIO-INTERPHONE SWITCHES.

23-43.01.00 *   Push-to-talk switches shall be installed on the
pilot's and copilot's control wheels for the
radio and interphone and shall be wired in
parallel with the radio interphone switches
on the associated audio panels.

23-43.01.01 *   The switches shall be a lever-type with three posi-
tions.

23-43.01.02 *   In the radio position each switch shall connect
the boom microphone/headset or oxygen mask micro-
phone to the service interphone system, when
the interphone selector pushbutton is depressed,
or to any radio communication system selected on
the associated audio selector panel.

23-43.01.03 *   In the interphone position each switch shall con-
nect the boom microphone/headset or oxygen mask
microphone to the flight interphone system, over-
riding the microphone selector switches on the
associated audio selector panel.

23-43.02.00 *   A push-to-talk switch shall be installed in the
crew/personnel compartment which enables a
crew member to connect the microphones to the
flight interphone system.

23-44.00.00     FLIGHT INTERPHONE SYSTEM.

23-44.02.00 *   Oxygen Mask Microphone

23-44.02.01 *   The oxygen masks installed for each of the flight
compartment crew stations and the outboard seat
of the forward triple additional crew seat assem-
bly, left side, shall include a microphone, donn-
ing switch (to switch between oxygen mask micro-
phone and boom microphone) and an intercom cord
with a boom microphone/headset jack outlet.

23-44.03.00 *    Boom Microphone/Headsets

23-44.03.01 *    Boom microphone/headsets shall be installed for
                 the pilot, copilot, flight engineer, first and
                 second observers and one in the crew/personnel
                 compartment.

23-44.03.02 *    A holder shall be installed for each boom micro-
                 phone/headset.

23-45.00.00 *    FLIGHT INTERPHONE CALL SYSTEM.

23-45.01.00 *    A flight interphone call system shall be installed.

23-45.01.01 *    The flight compartment interphone selective calling
                 signaling shall be possible to the following loca-
                 tions:

                 - crew/personnel compartment
                 - mechanic's station.

23-45.02.00 *    Operation of the pilot-to-crew call switch shall
                 actuate a single-stroke chime and illuminate a
                 light in the crew/personnel compartment.

23-45.02.01 *    Two electro-mechanical chimes shall be installed
                 in the crew/personnel compartment such that they
                 will be clearly audible.

23-45.02.02 *    Resetting of the pilot-to-crew call system after
                 a call shall be accomplished by operation of a
                 reset switch in the crew/personnel compartment.

23-45.02.03 *    Operation of the crew-to-pilot call switch shall
                 actuate a single-stroke chime and illuminate a
                 light in the flight compartment.

23-45.02.04 *    Cancellation of a crew-initiated call to the flight
                 compartment shall be accomplished in the flight
                 compartment by a reset switch or by returning the
                 handset to the hanger.

23-45.03.00 *    The pilot-to-mechanic call system shall have a call
                 button installed in the flight compartment access-
                 ible to the pilot and copilot.

23-45.03.01 *    This call button shall control a call horn in the
                 nose wheelwell.

23-45.03.02 *    Cancellation of a pilot-to-mechanic call shall be
                 accomplished by releasing the mechanic call button.

23-45.04.00 *    A call button shall be installed at the nosewheel
                 interphone station which shall sound a single-
                 stroke chime and illuminate a light in the flight
                 compartment.

Ex.: 20; p.: 1040

23-45.04.01 *   Cancellation of a mechanic-to-pilot call shall be
                accomplished by operation of a reset switch at the
                pilot's station.

23-50.00.00     SERVICE INTERPHONE.

23-50.01.00 *   Two service interphone amplifiers shall be install-
                ed, one in the avionics compartment and one in
                the APO equipment rack.

23-51.00.00     SERVICE INTERPHONE JACK OUTLETS.

23-51.01.00     Service interphone jack outlets shall be installed
                as follows:

23-51.01.01     - in the vicinity of the nosewheel well

23-51.01.02     - in each engine nacelle

23-51.01.03 *   - at each wing refueling station

23-51.01.04     - in the accessory compartments

23-51.01.05     - in the tail cone

23-51.01.06     - in the vertical stabilizer

23-51.01.07     - in each main wheel well

23-51.01.08     - in the electrical/electronics compartment

23-51.01.09     - in each air conditioning compartment

23-51.01.10 *   - in each lower compartment

23-51.01.11     - in the rear empennage access compartment

23-51.01.12     - near the horizontal stabilizer screwjacks.

23-51.02.00     Maintenance Interphone Switch

23-51.02.01     A switch installed on the flight engineer's panel,
                when in the maintenance interphone position, shall
                connect the service interphone jacks into the
                maintenance interphone system.

23-51.10.00     Interphone Handsets

23-51.10.02     The handset installed in the flight compartment
                shall also be used for PA. (Ref. 23-31.04.01)

23-51.10.03     Returning the flight compartment handset to its han-
                ger or actuating an interphone call automatically
                transfers the handset from PA to interphone.

23-51.10.04 *    When the handset is returned to its hanger the
                 audio to the earpiece shall be turned off.

23-55.00.00 *    ARO STATION INTERPHONE.

23-55.01.00 *    The ARO station interphone system operates through
                 the service interphone amplifiers.

23-55.02.00 *    A signal/intercommunication amplifier provides
                 induction coupling for direct wire communications
                 with a receiver pilot.   (Refer to 28-52.24.00)

23-55.03.00 *    Boom/mask microphone/headset jack outlets shall
                 be installed at the boom operator's position,
                 instructor's position and at the observer's-
                 trainee's position.

23-55.10.00 *    Oxygen Mask Microphones

23-55.11.00 *    The oxygen masks installed for each of the ARO sta-
                 tion crew positions shall include a microphone,
                 donning switch (to switch between oxygen mask
                 microphone and boom microphone) and an intercom
                 cord with a boom microphone/headset jack outlet.

23-55.20.00 *    Boom Microphone/Headsets

23-55.21.00 *    Boom microphone/headsets shall be installed for
                 the aerial refueling operator, instructor and
                 observer-trainee.

                 A holder shall be installed for each boom
                 microphone/headset.

23-56.00.00 *    ARO STATION AUDIO SELECTOR PANELS.

23-56.01.00 *    Three audio selector panels shall be installed
                 at the ARO station; one at the operator's posi-
                 tion, one at the instructor's position and one
                 at the observer's-trainee's position.

23-56.01.01 *    The audio selector panels at the ARO station
                 shall be identical to and interchangeable with
                 the audio panels installed in the flight com-
                 partment.   (Refer to 23-41.00.00)

23-56.01.02 *    The interphone-radio toggle switch on each audio
                 selector panel shall be spring-loaded to the cen-
                 ter off position from the radio position.  It shall
                 lock in the interphone position until deliberately
                 changed to the off or radio positions.

23-56.02.00 *    Each Aerial Refueling Operator Station position
                 shall have the capability of two-way communica-
                 tions over UHF-1, UHF-2, HF-1, HF-2, flight
                 interphone and service interphone.

Ex.: 20; p.: 1042

23-57.00.00 *     AFO RADIO-INTERPHONE SWITCHES.

23-57.01.00 *     A push-to-talk switch shall be installed on the
                  AFO's boom control stick for the radio and inter-
                  phone and shall be wired in parallel with the
                  radio-interphone switch on the operator's audio
                  panel.

23-57.02.00 *     A radio-interphone switch shall be installed on
                  the aerial refueling instructor's telescoping
                  controller to provide the instructor with full
                  communication capability.  The switch shall be
                  wired in parallel with the radio-interphone
                  switch on the instructor's audio panel.

23-57.03.00 *     The switches shall be lever-type with three posi-
                  tions.

23-57.04.00 *     In the radio position each switch shall connect
                  the boom microphone/headset or oxygen mask micro-
                  phone to the flight interphone system, when the
                  interphone selector pushbutton is depressed, or
                  to the HF or UHF radio communication system se-
                  lected on the associated audio selector panel.

23-57.05.00 *     In the interphone position each switch shall
                  connect the boom microphone/headset or oxygen
                  mask microphone to the service interphone system,
                  overriding the microphone selector switches on
                  the associated audio selector panel.

23-60.00.00       STATIC DISCHARGERS.

23-60.01.00       The tips and trailing edges of the wings, and the
                  horizontal and vertical stabilizers shall be
                  equipped with P-static dischargers that shall be
                  readily replaceable.

23-70.00.00       COCKPIT VOICE RECORDER.

23-70.01.00       A cockpit voice recorder system shall be installed
                  in accordance with FAA requirements and ARINC 557
                  dated 10 Jan 64 including Supplement 1, dated
                  1 Dec 65.

23-70.02.00       Major system components shall be the recorder and
                  control unit.

23-70.03.00       The control unit shall contain the area microphone,
                  preamplifier, and erase and test switches and shall
                  be installed in the flight compartment.

23-70.04.00       The recorder shall be installed in the aft section
                  of the fuselage.

Ex.: 20; p.: 1043

23-70.04.01    The bulk erase circuit in the recorder shall be
               interlocked with the landing gear relay and parking
               brake to bulk erase only when the aircraft is on
               the ground.

23-90.00.00 *  CRASH POSITION EQUIPMENT.

23-91.00.00 *  CRASH POSITION INDICATOR (CPI).

23-91.10.00 *  One crash position indicator system conforming to
               FAA TSO C-91 Type ELT (AF) and RTCA standard
               DO-147 shall be installed.

23-91.11.00 *  Two crash position indicator beacon transmitters
               shall be installed in the aft fuselage such that
               they are accessible for routine maintenance and
               inspection.

23-91.11.01 *  The crash sensor shall be adequate to positively
               activate the beacon transmitters in the event of
               a crash, yet minimize inadvertent activation in
               turbulent flight or hard landings.

23-91.11.02 *  Battery life in storage shall be at least three (3)
               years.

23-91.12.00 *  An on/test-normal-reset switch for each CPI beacon
               transmitter shall be installed on the overhead
               switch panel such that the pilots will have posi-
               tive remote control of the crash position indicator
               system including an operational test capability.

23-91.13.00 *  One antenna for each CPI beacon transmitter shall
               be installed on the upper aft fuselage in order
               to minimize crash damage.

23-91.13.01 *  See Figure 23-00 for CPI antenna location.

Ex.: 20; p.: 1044

Case3:11-cv-00061-JSW Document73 Filed01/24/11 Page87 of 100



FIGURE 23-00 ANTENNA ARRANGEMENT

VIEW LOOKING UP

Case3:11-cv-00061-JSW   Document73   Filed01/24/11   Page88 of 100



FIGURE 23-10 COMMUNICATIONS SYSTEM

| | |
|---|---|
| 24-00.00.00 | ELECTRICAL POWER. |
| 24-00.01.00 | The basic electrical power system shall consist of a 3-phase, 115/200-volt, 400-Hz constant frequency alternating current system and a 28-volt direct current system. |
| 24-00.01.01 | The power supplied to the aircraft system from the aircraft generator shall be such that utilization of equipment in accordance with MIL-STD-704 (1959) shall be compatible. |
| 24-00.02.00 | The aircraft structure shall be used as the normal negative or neutral side of the load circuits. |
| 24-00.02.01 | The generator and electrical power system installation shall be grounded such that the effect of surges caused by lightning strikes on the aircraft skin will be minimized. |
| 24-00.03.00 | The aircraft shall not lose all primary electrical power as a result of any combination of two faults. |
| 24-00.04.00 | Separate distribution circuits shall be used to supply power to redundant load systems. |
| 24-00.05.00 | Refer to Figure 24-00. |
| 24-00.06.00 | Condition of the electrical power system and status of the power supply to the buses shall be clearly displayed on the electrical power system panel at the flight engineer's station. |
| 24-00.06.01 | The display shall utilize meters and annunciators, as applicable. |
| 24-01.00.00 | WIRING. |
| 24-01.01.00 | Wire Size and Type |
| 24-01.01.01 | Wire sizes in the electrical system shall be determined from the maximum current-carrying capacity of the wire, except where the voltage drop or the physical environment requires larger sizes for satisfactory operation. |
| 24-01.01.02 | No wire smaller than No. 24 shall be used. |
| 24-01.01.03 | Where No. 24 wire is used, terminal connections shall be crimped (not soldered), and strain relief shall be installed to preclude flexure failure at the connection, except in the use of solder sleeve splices. |
| 24-01.01.04 | No wire smaller than No. 20 shall be used in areas where high vibration or extreme environmental conditions normally exist. |

24-01.01.05      In high temperature areas, non-wicking wire (not more than 1% increase in weight) shall be used.

24-01.01.06      All wire shall be stamped with its specification number.

24-01.01.07      No aluminum wire smaller than 6 gauge shall be used.

24-01.01.08      No wire smaller than No. 18 shall be used in the demountable power plant.

24-01.01.10      All wire identification numbers shall be stamped every 18 inches throughout the length of the wire, except at the end points where the identification numbers shall be stamped at closer intervals.

24-01.02.00      Wire Routing

24-01.02.01      Wiring shall be run in open harnesses, except where it is not readily accessible, not adequately protected by the aircraft components or where the use of open harnesses is impracticable.

24-01.02.02      All wire, cable or conduit routed through the structure shall be supported adjacent to the structure to eliminate abrasion.

24-01.02.03      Open wiring shall be routed to minimize the possibility of a broken wire contacting control cables, actuating rods, oxygen lines, fluid lines or tanks containing any fluids.

24-01.02.04 *      Wiring routed under the lavatory or galley area shall be protected from moisture damage and shall not be spliced in this area.

24-01.02.05      Moisture-resistant splices shall be used throughout the aircraft wiring.

24-01.02.06      All wiring routed in conduits shall be free of ties.

24-01.02.08      Wiring shall be routed in conduit or heavy duty cable utilized where subjected to foreign object damage.

24-01.02.09      Where wiring goes through cutouts in structure a hard insulating material grommet or equivalent shall be used.

24-01.02.10      Wire clamping shall be provided at terminating ends to avoid wire breakage at receptacles and terminal strips.

24-01.02.11      Copper jumper cables shall be provided between permanent aluminum cable terminations and removable components.

Ex.: 20; p.: 1048

24-01.02.12 Adequate protection shall be provided to preclude contact between water heater wiring and combustibles in proximity.

24-01.02.13 The terminations shall be installed to prevent galvanic corrosion and terminal temperature ratcheting effects.

24-01.03.00 Electromagnetic Compatibility

24-01.03.01 Wire and cable installations shall be controlled for the purpose of achieving electromagnetic compatibility within the aircraft environment.

24-01.03.02 The Seller will comply with Aircraft Wiring Installation Classification Specification WZZ7002 on each aircraft.

24-01.03.03 Ground circuits and bonding shall be designed to provide for the optimum reduction of electromagnetic interference.

24-01.03.04 The D-C electrical wiring in the vicinity of the magnetic compass shall be installed in such a manner as to minimize its effect on the compass.

24-01.03.05 The hum level for the output of the integrated audio system, consisting of the audio selector panels, communication/navigation system audio wiring, and the flight interphone system but exclusive of any noise contributed by the radios themselves, shall be no greater than 10 millivolts across a 600 ohm load. The audio crosstalk shall be no greater than minus 50 db.

24-01.04.00 Resistance-Bulb Wiring

24-01.04.01 Resistance-type, temperature-bulb wiring shall be installed so no appreciable errors in indicator reading shall be caused by D-C ground return current in the aircraft structure.

24-01.04.02 The ground terminal connections for these instruments shall not be shared with any other electrical wires except other temperature-bulb wiring.

24-01.04.03 These connections shall be as close to the resistance bulb as practicable.

24-01.05.00 Spare Wires

24-01.05.01 If wire routing is indeterminate from the ARINC Specification, such spare wires may be routed to a convenient junction area.

Ex.: 20; p.: 1049

24-01.05.02    Two spare, 22-gauge, twisted, shielded and jacketed
               cables (one two-conductor and one three-conductor)
               and four spare, single, 20-gauge wires shall be
               routed from each engine firewall connector to the
               electrical equipment compartment.  The wires and
               cables shall then be coiled and stowed with suffi-
               cient length to reach the flight compartment over-
               head panel.

24-01.05.03    Refer to 71-50.03.00 for unused engine wiring.

24-01.05.04    On systems specified as being per ARINC, all wires
               having designated function, whether required or not,
               (including suggested spares) shall be installed per
               the applicable ARINC Characteristic except those
               wires designated as future spares, and except as
               specified herein.

24-01.06.00    Coaxial Cables

24-01.06.01    Avionics coaxial cables shall be designed and
               installed recognizing the environment to which
               they may be subjected.

24-01.06.02    The cables shall have long life tolerance to
               temperatures or chemicals to which they may
               be exposed.

24-02.00.00    CONDUIT.

24-02.01.00    Rigid conduit runs shall be smooth and free from
               kinks, knuckles and ragged joints.

24-02.01.01    Where appropriate, nonconductive conduit shall be
               used.

24-02.01.02    Conduit bends shall be made over as large radii as
               practicable.

24-02.01.03    Conduit shall be secured to the aircraft structure
               at intervals of not more than three feet.

24-02.02.00    Flexible conduits shall be of a non-metallic hy-
               draulic hose type construction wherever feasible.

24-02.03.00    Where wire ducts are used, suitable means shall be
               provided to prevent accumulation of fluids.

24-03.00.00    CONNECTIONS.

24-03.01.00    The location and type of connections within the
               electrical system shall be provided for optimum
               system maintenance.

24-03.02.00    Spare pins shall be located as near to the outer
               portion of the plugs and receptacles as practicable.

Ex.: 20; p.: 1050

24-03.03.00    Sufficient slack shall be provided at connector
               ends of wiring to permit retermination two times.

24-03.04.00    A cable termination data placard shall be provided
               at each aluminum wire termination point.

24-03.08.01 *  Electrical wiring to the lavatory and galley
               shall be provided with disconnect capability
               to facilitate removal of these units.

24-04.00.00    TERMINAL STRIPS.

24-04.01.00    Terminal strips shall be a molded, non-flammable,
               fluid-resistant material.

24-04.02.00    The terminal stud shall be corrosion-resistant steel
               nonrotating type and shall remain secured to the
               strip when the terminal connections are removed.

24-04.03.00    The security of terminal connections shall not de-
               pend on any form of insulating material in com-
               pression.

24-04.04.00    All terminal studs shall be numbered to facilitate
               stud and wire connection and location.

24-04.05.00    A suitable non-flammable, fluid-resistant cover for
               all terminal strips shall be provided.  This cover
               shall be easily removable by one man without special
               tools.

24-05.00.00    CONTAMINATION PROTECTION.

24-05.01.00 *  Electrical power control equipment located under
               or near the lavatory and/or galley areas shall
               be protected from fluid contamination.

24-06.00.00    BONDING AND SHIELDING.

24-06.01.00    Bonding, shielding and static discharge shall be
               afforded to the aircraft structure, fuel system,
               components and wiring as appropriate.

24-06.02.00    A grounding lug (Appleton Electric part number
               TGP 9385 or equivalent) shall be installed in the
               vicinity of each main gear.

24-10.00.00    CONSTANT SPEED DRIVE.

24-10.01.00    Axial Gear Differential (AGD) constant speed drives
               shall be installed to supply engine power to the
               electrical generators compatible with engine para-
               meters and the requirements of the aircraft electri-
               cal system.

24-10.01.01    The constant speed drive shall be removable without
               removing the generator.

24-10.02.00    A disconnect that is electrically controlled from
               the flight compartment shall be provided.

24-10.02.01    The drive may be re-engaged only on the ground and
               only when the engine is not operating.

24-10.03.00    With the exception of the heat exchanger, a complete
               oil system including filters, using the same type
               oil as the main engine, shall be integral with the
               drive.

24-10.03.01    An oil level indication and filler shall be provided
               for ground servicing.

24-10.03.03    Means shall be provided to service the constant
               speed drive oil system without opening the engine
               cowling.  Standpipe servicing shall supplement the
               sight glass without the need to view the sight
               glass.

24-10.03.05    The scavenge oil filter shall include a filter
               differential pressure indicator.

24-10.04.00    Oil temperature indicators for each CSD unit shall
               have two scale dials and one pointer.

24-10.04.01    The pointer shall continuously read CSD oil outlet
               temperature unless a momentary switch is actuated.

24-10.04.02    The pointer shall indicate the difference between
               the oil outlet and the oil inlet temperature when
               the momentary switch is actuated.

24-10.04.04    Means shall be installed in the sumps to permit a
               ground check for metal particles.

24-10.05.00    An oil pressure switch shall complete a circuit
               to light a CSD low oil pressure light, the master
               caution lights, and the electrical cue light if the
               oil pressure drops below a preset pressure level.

24-10.06.00    The CSD underspeed sensing mechanism and the
               charge pressure sensing mechanism shall be either
               functionally and physically interchangeable or
               physically noninterchangeable.

24-10.07.00    Heli-coil inserts shall not be used in gasket-
               sealed bosses used in the constant speed drive.

24-10.08.00    Load controllers shall be provided.

Ex.: 20; p.: 1052

24-20.00.00        A-C GENERATION.

24-21.00.00        PRIMARY A-C POWER SOURCE.

24-21.01.00        One 90 KVA, 3-phase, 120/208-volt, 400-Hz, brushless
                   generator shall be installed on each engine as the
                   primary source of electrical power for normal
                   operation of the aircraft.

24-21.01.01        One 90 KVA, 3-phase, 120/208-volt, 400-Hz gener-
                   ator, identical to the main engine generators, shall
                   be installed on the APU to serve as a source of
                   auxiliary electrical power on the ground and in
                   flight.

24-21.02.00        Generator bearings shall be oil lubricated or have
                   an equivalent state of the art lubrication.

24-21.03.00        Any one generator shall provide sufficient power to
                   operate equipment and systems necessary for safe
                   operation of the aircraft and for safe landing.

24-22.00.00        EXTERNAL POWER.

24-22.01.00 *      The aircraft A-C distribution system shall be
                   capable of being energized from a 400-Hz, 3-
                   phase, 120/208-volt external power supply through
                   a ground power receptacle.

24-22.01.01 *      A means of retention shall be incorporated on the
                   external power receptacle, if required, to pro-
                   tect against inadvertent disconnection of the
                   power cable.

24-22.02.00 *      Means shall be installed in the flight compart-
                   ment and at the external power receptacle to
                   indicate when external power is available for
                   use by the aircraft loads and when it is being
                   utilized.

24-22.03.00 *      The external power circuit shall provide 28 volt
                   D-C rectified from external power by aircraft
                   circuits applied to pin F of the external power
                   receptacle.

24-22.03.01        The maximum D-C current available from pin F shall
                   be 0.5 ampere.

24-22.04.00        Twenty-eight volt D-C power shall be applied to
                   pin E of the external power receptacle (via the
                   external power cable plug) before the aircraft
                   external power relay may be closed to apply
                   external power to the buses.

Ex.: 20; p.: 1053

24-23.00.00        A-C DISTRIBUTION SYSTEM.

24-23.01.00        Each of the main generators shall be connected through a generator relay to one of the generator buses among which the load distribution is approximately equal.

24-23.01.01        Four auxiliary power relays shall be provided such that the APU-mounted generator shall be capable of being connected by selection to either the ground service A-C bus and/or to any or all of the generator A-C buses.

24-23.02.00        The generator system shall be designed so that all main engine-driven channels can be operated isolated, unparalleled or paralleled.

24-23.03.00        Each generator A-C bus shall be connected to the A-C tie bus by means of an individual bus tie relay.

24-23.03.01        Each bus tie relay shall be controlled by an automatic paralleling control circuit.

24-23.03.02        The bus tie relays shall be capable of being manually opened from the flight engineer's station.

24-23.03.03        Whenever a main A-C generator is capable of delivering power, all buses may be connected to that source.

24-23.03.04        As subsequent main generators become capable of delivering power, they shall automatically supply power to the associated generator bus.

24-23.03.05        Means shall be provided to prevent the paralleling of any main engine driven generator with the APU-driven generator.

24-23.04.00 *     The external power receptacle shall be connected to the A-C tie bus through a relay.   Interlocks shall prevent external power and aircraft generator power being applied to a common bus.

24-23.04.01 *     External power can energize the ground service buses without energizing any other bus.

24-23.04.02        With external power supplying the system via the A-C tie bus, as any main generator becomes capable of supplying power, it shall be automatically connected to its generator bus or, in the case of the APU generator, to the generator bus to which it has been selected.

Ex.: 20; p.: 1054

24-23.04.03    With the system functioning in its normal parallel
               mode, selection of an available main external power
               source shall automatically open all bus tie relays.
               Then, upon subsequent shutdown of any engine, the
               associated channel generator relay shall open and the
               bus tie relay shall close, thus allowing the main ex-
               ternal power source to progressively assume the sys-
               tem load as engines are shut down.

24-23.04.04 *  The external power switch shall be magnetic-
               ally held in the "ON" position with manual reset.

24-23.05.00    When APU generator power is available and the res-
               pective flight compartment located auxiliary power
               switches are operated, each generator bus shall
               automatically transfer to the APU generator as the
               associated engine is shut down.

24-23.05.01    The APU generator can energize the ground service
               buses without energizing any other bus.

24-23.06.00    The A-C distribution system shall be arranged such
               that power source priority to the generator buses
               is provided in the order main generators first
               priority, APU generator second priority and external
               power third priority.

24-23.07.00    Power source priority to the ground service bus
               shall be number two A-C generator bus, first
               priority; APU generator, second priority; external
               power, third priority.

24-25.00.00    AIR DRIVEN EMERGENCY POWER.

24-25.01.00    One 3-phase 115/200 volt, 400-Hz air driven generator
               (ADG) shall be installed to serve as a source of
               emergency power in flight.

24-25.02.00    The ADG power shall be sufficient to provide emer-
               gency power in case of all engine failure or for long
               duration loss of the main electrical system.

24-30.00.00    C-C GENERATION.

24-31.00.00    D-C POWER PRIMARY SOURCE.

24-31.01.00    The primary source of 28-volt D-C power shall be
               conversion of A-C power through a system of four
               75 ampere transformer-rectifiers and controls.

24-31.02.00    The transformer-rectifier units shall be unregu-
               lated.

24-31.02.01    The transformer-rectifier units shall not utilize
               integral fans for cooling.

Ex.: 20; p.: 1055

24-32.00.00    BATTERY POWER.

24-32.01.00    A 28-volt battery system shall be installed.

24-32.02.00    Under fully charged conditions, battery capacity
               shall be sufficient to provide electrical power
               for not less than 30 minutes to the following loads:

24-32.02.10    Left Emergency A-C Bus

24-32.02.11 *  Pilot's Horizon Indication

24-32.02.13 *  Pilot's Rate-of-Turn Indication

24-32.02.14 *  Pilot's Compass System (and HSI)

24-32.02.15    Left Emergency A-C Bus Sensing

24-32.02.16    Left Emergency 28 VAC Bus Transformer

24-32.02.17 *  Pilot's Pitot Heater

24-32.02.19    CADC-1

24-32.02.20 *  Pilot's Altimeter

24-32.02.21 *  Pilot's Mach/Airspeed Indicator

24-32.02.22    INS-1

24-32.03.00    Left Emergency D-C Bus

24-32.03.03    VOR-1

24-32.03.05    VHF/COMM-1

24-32.03.08 *  PA

24-32.03.09    Flight Interphone

24-32.03.11    Emergency Power In Use Lights

24-32.03.12    Left Emergency D-C Bus Sensing.

24-32.04.00    Battery Bus

24-32.04.01    Engine Starter Control

24-32.04.02    Engine Ignition

24-32.04.03    Engine Oil Pressure Low Caution Lights

24-32.04.04    Engine Fire Detector Loops

24-32.04.05    APU Fire Detector Loops

---

DS 5500 ATCA       09-30-77              PAGE   62    CHAPTER   24

Ex.: 20; p.: 1056

24-32.04.06     Master Fire Warning Lights

24-32.04.07     Aural Warning System

24-32.04.08     Engine Generator Control

24-32.04.09     APU Generator Control

24-32.04.10     A-C Bus Control

24-32.04.11     A-C Bus Warning Lights

24-32.04.12     External Power Relays

24-32.04.13     D-C Bus Out Lights

24-32.04.14     Battery Bus Sensing

24-32.04.15     Emergency Lights Arming

24-32.04.16     APU Oil Pressure and Temperature Lights

24-32.04.17     Master Warning Logic and Lights

24-32.04.18     Flight Compartment White Floodlights

24-32.04.19     APU Controls

24-32.04.20     Automatic Pilot OFF Lights

24-32.04.21     Automatic Throttle OFF Lights

24-32.04.22     Standby Gyro Horizon Indicator

24-32.05.00     Battery Direct Bus

24-32.05.01     Fire Agent Discharge

24-32.05.03     Ground Refueling

24-32.05.04     Emergency Inverter

24-32.05.05     Emergency Bus Out Lights

24-32.05.06     Battery Bus Out Light

24-32.05.07     Battery Relay

24-32.05.11     D-C Bus Isolation Control.

24-32.06.00     The battery shall be charged through a current
                limited battery charger at any time A-C power is
                available on the ground service A-C bus and the
                battery switch is in the BAT position.

Ex.: 20; p.: 1057

24-33.00.00    D-C DISTRIBUTION SYSTEM.

24-33.01.00    In flight the four transformer-rectifier units are
               normally operated unparalleled.

24-33.01.01    With only the ground service A-C bus energized, the
               number 2B transformer-rectifier supplies power to
               the battery bus and the D-C ground service bus with-
               out energizing any other D-C bus.

24-33.02.00    The number one transformer-rectifier shall receive
               power from the number one A-C generator bus.  The
               number 2A transformer-rectifier shall receive power
               from the number two A-C generator bus.  The number
               2B transformer-rectifier shall receive power from
               the A-C ground service bus.  The number three trans-
               former-rectifier shall receive power from the right
               A-C emergency bus.

24-33.03.00    A D-C bus arrangement shall be provided so that a
               bus will supply any single load from any alternate
               transformer-rectifier by manually controlling the
               tie relays and the cross tie circuit breaker.

24-33.03.01    Number one and number three transformer-rectifiers
               shall supply power to the number one and number
               three D-C buses, and to their associated emergency
               buses, respectively.  Number 2A transformer-recti-
               fier shall supply power to the number two D-C bus
               and the battery bus.  Number 2B transformer-recti-
               fier shall supply power to the battery bus and nor-
               mally to the D-C ground service bus.

24-33.03.02    Number 2A transformer rectifier may supply alternate
               power to the D-C ground service bus by manual
               operation of the D-C ground service transfer relay.

24-40.00.00    GROUND SERVICE A-C DISTRIBUTION SYSTEM.

24-40.01.00    A ground service A-C distribution system shall be
               installed so that external or APU power may be
               supplied to the ground service A-C bus without
               energizing any other A-C bus.

24-40.01.01    The ground service bus may be energized from an
               external power source, or from the auxiliary power
               source through a ground service relay.

24-40.01.02    The ground service bus may be energized from
               auxiliary power (APU) by operation of a switch
               in the cabin readily accessible from the forward
               left cabin entrance door.  It may also be ener-
               gized from external power by operation of a switch
               at the same location as above or by operation of a
               switch on the ground power panel.

Ex.: 20; p.: 1058

| | |
|---|---|
| 24-40.01.03 | Those loads required for ground servicing of the aircraft, including those required for towing the aircraft at night, shall be connected to the ground service A-C bus. The following loads are connected to the A-C ground service bus: |
| 24-40.01.04 | Battery Charger |
| 24-40.01.05 | Cabin Overhead Lights |
| 24-40.01.06 | Entrance Lights |
| 24-40.01.08 | Galley Area Lights |
| 24-40.01.09 | Lavatory Lights |
| 24-40.01.11 | Wheel Well Lights |
| 24-40.01.12 | Position Lights |
| 24-40.01.13 | Water Quantity Indicating System |
| 24-40.01.14 | Toilet Flushing |
| 24-40.01.15 | Pressurized Fresh Water Service Panel Light |
| 24-40.01.16 | Lavatory Waste Service Panel Lights |
| 24-40.01.17 | Circuit Breaker Panel Floodlights |
| 24-40.01.18 | Electrical/Electronic Compartment Lights |
| 24-40.01.19 | Electrical Power Center Service Lights |
| 24-40.01.20 | Flight Compartment Floor Lights |
| 24-40.01.21 | Ground Floodlights |
| 24-40.01.22 | Leading Edge and Nacelle Floodlights |
| 24-40.01.23 | Auxiliary Hydraulic Pump and Indicator Lights |
| 24-40.01.25 | Utility Outlets |
| 24-40.01.26 * | AFO Compartment Lights. |
| 24-41.00.00 | GROUND SERVICE D-C DISTRIBUTION SYSTEM. |
| 24-41.01.00 | A ground service D-C distribution system shall be installed. The following D-C loads, required for control of loads on the A-C ground service bus, shall be connected to the D-C ground service bus: |
| 24-41.01.01 | Entrance Lights Control |
| 24-41.01.02 | Lavatory Lights Control |

Ex.: 20; p.: 1059

24-41.01.03        Water Quantity Indicating System

24-41.01.04        Toilet Flushing Control.

24-50.00.00        EMERGENCY FLIGHT DISTRIBUTION SYSTEM.

24-50.01.00        Two A-C and two D-C emergency buses shall be in-
                   stalled.

24-50.01.01        Sufficient electrical power shall be provided for
                   continuance of aircraft safe flight and landing with
                   only one A-C and one D-C emergency bus energized in
                   the same main generator channel.

24-50.01.02        Normally these buses shall be associated with the
                   number one and number three generator channels and
                   shall provide power to those loads considered as
                   necessary for continuance of safe flight and the
                   effecting of a satisfactory landing.

24-50.02.00 *      An emergency power control switch shall be install-
                   ed in the flight compartment accessible to the pilot
                   and copilot while seated.

24-50.03.00        The left emergency A-C and left emergency D-C buses
                   shall normally be connected to the number one gener-
                   ator bus and the output of number one transformer-
                   rectifier respectively.

24-50.03.01        In the event of a primary power failure, operation
                   of the emergency power control switch connects the
                   left emergency D-C bus to the battery system.

24-50.03.02        The left emergency A-C bus is by the same switch
                   action connected to a static inverter (supplied
                   from the battery).

24-50.04.00        The right emergency A-C and right emergency D-C bus-
                   es shall normally be connected to the number three
                   generator bus and the output of the number three
                   transformer-rectifier respectively.

24-50.04.01        In the event of an all-engine failure or a primary
                   electrical power failure, operation of the ADG
                   deployment handle will result in ADG deployment,
                   and the ADG will pick up the preselected auxiliary
                   hydraulic pump or the right emergency A-C bus.

24-50.04.02        The number three transformer-rectifier receives
                   power from the right emergency A-C bus (supplied
                   from the ADG), and supplies power to the right
                   emergency D-C bus.

24-60.00.00        ELECTRICAL SYSTEM PROTECTION.

24-60.01.00        A fully-coordinated, protective system shall be installed.

24-60.02.00        The protective system shall discriminate between faulted and unfaulted elements of the electrical system and isolate the faulted elements from the system without interrupting service from remaining elements.

24-60.03.00        With power supplied by the aircraft electrical power system, the electrical system shall be protected against shorts and grounds, open circuits, over and under voltage, over and under frequency, over and under excitation, unbalanced current, and incorrect phase sequence.

24-60.04.00        With power supplied by the external power sources, the electrical system shall be protected against over and under voltage, over and under frequency, shorts, grounds and incorrect phase sequence.

24-60.05.00        Circuit breakers located in the flight compartment shall be grouped by systems and aligned by buses, with mixing of A-C and D-C avoided, as far as possible.

24-60.05.01        All circuit breakers essential to flight shall be located in the flight compartment within reach of a crew member seated at a normal flight station.

24-60.05.02        Spare fuses or limiters of the correct values shall be provided for replacement of defective fuses or limiters in the aircraft.

24-60.05.03        Power to activate the control circuit of a backup system shall be supplied from a separate bus other than the primary system.

24-60.05.05        The circuit breaker panel structure exposed to the flight compartment interior shall be gray, color No. 36118 per FED-STD-595.

24-60.06.00 *      All circuit breakers located in the AFO compartment shall be within reach of the ARO seated at his normal operating station.

24-60.07.00        Means shall be provided to indicate, either through continuous monitoring or routine testing, that the passive protective features of the system are operative, without disconnecting functional circuits.

Ex.: 20; p.: 1061

24-60.10.00    Maintenance annunciators, capable of indicating the
               most likely line replaceable unit associated with
               a system malfunction, shall be located in the center
               accessory compartment.

24-60.11.00    Means shall be installed that shall preclude the
               cycling of a faulted A-C distribution bus when the
               system is operating in the parallel mode; and, so
               far as is practicable, shall prevent the transfer
               to an alternate power source when the system is
               operating in any other mode.

24-70.00.00    ELECTRICAL OUTLETS.

24-70.01.00    Electrical power outlets shall be installed in the
               flight compartment:

24-70.01.01    - one 115-volt, 400-Hz, single-phase, A-C, three-
               prong, twist-lock-type outlet (Hubbell part number
               7557 or equivalent) of 1725 watts capacity

24-70.01.02    - one 28-volt, 400-Hz, single-phase, A-C, two-
               prong twist-lock-type outlet (Hubbell part number
               7526 or equivalent) of 400 watts capacity.

24-70.02.00 *  Four 115-volt, 400-Hz, single-phase, three-
               prong, keyed, twist-lock-type outlets (Hubbell
               part number 7310B or equivalent) of 1725 watts
               capacity shall be installed in the main cabin.

24-70.03.00 *  One outlet furnishing 115-volt 60 Hz single-phase
               A-C power shall be installed in the lavatory for
               electric shavers.

24-70.04.00    One 115-volt 400-Hz, single-phase, A-C, three-
               prong, twist-lock-type outlet (Hubbell part num-
               ber 7557 or equivalent) of 1725 watts capacity shall
               be installed in the electrical/electronic compart-
               ment(s).

24-70.05.00 *  Necessary electrical outlets shall be provided
               for the removable lavatory.

24-70.06.00 *  A placard shall be installed adjacent to each
               outlet giving voltage, use, type of power, fre-
               quency and capacity of the outlet.

Ex.: 20; p.: 1062

Case3:11-cv-00061-JSW   Document73-1   Filed01/24/11   Page5 of 100



FIGURE 24-00 ELECTRICAL POWER SYSTEM

| | |
|---|---|
| 25-00.00.00 | FURNISHINGS AND EQUIPMENT. |
| 25-00.01.00 * | The interior shall include furnishings and equipment to accommodate crew members and support personnel as noted in 01-21.00.00, 01-22.00.00, 01-23.00.00 and 01-24.00.00. |
| 25-00.01.01 * | For definition purposes, the main cabin shall consist of two compartments, a crew/personnel compartment and a cargo compartment.  The division of the cabin shall be at the environmental curtain which may be installed either at station 615 or station 873. |
| 25-00.02.00 * | See Figures 25-00, 25-01, 25-01A and 25-50 for the general arrangement of the interior for the delivery and alternate configurations. |
| 25-10.00.00 | FLIGHT COMPARTMENT. |
| 25-10.01.00 * | The flight compartment shall include stations for a pilot, a copilot, a flight engineer and two observers. |
| 25-10.03.00 | The flight compartment interior lining above the side consoles and the exposed areas not specified otherwise in the Detail Specification shall be light gray, color No. 36440, per FED-STD-595. |
| 25-10.03.01 | The top and aft surfaces of the glareshield structure and the padding on the aft edge shall be dull black. |
| 25-10.03.02 | The center pedestal, side consoles and the floor shall be gray, color No. 36118, per FED-STD-595. |
| 25-11.00.00 | PILOTS' STATIONS. |
| 25-11.01.00 * | The pilot and copilot stations shall include the following furnishings and equipment. |
| 25-11.02.00 | Two pilots' seats shall be mounted directly to the aircraft floor structure.  Fore and aft adjustment shall be accomplished within the seat assemblies. |
| 25-11.02.02 | The seats shall have vertical adjustment and outboard movement to facilitate ingress and egress. |
| 25-11.02.03 | Indicators, visible to a seated occupant, shall be installed on the seats to indicate seat position relative to fore, aft and vertical adjustment. |
| 25-11.02.04 | The seats shall be equipped with upholstered backrests, bottom cushions and armrests.  The armrest cushions shall be molded, integrally padded units which are easily removed for fast replacement. |

Ex.: 20; p.: 1064

25-11.02.05    The backrests shall recline.  Back recline control
               locks shall be positive type.

25-11.02.06    The armrests shall pivot for vertical adjustment
               and may be pivoted to a stowed position.

25-11.02.07    The backrest cushions shall be readily removable
               and shall conform to the flotation requirements
               of FAA TSO-C72A.

25-11.02.08    Back and bottom cushion covers shall be easily remov-
               able without the use of tools.

25-11.02.09    The seats shall be designed so that they shall not
               have excessive vibration noticeable by the pilots
               during normal use of the seat.

25-11.02.10    Complete provisions shall be installed for adjust-
               able headrests.

25-11.02.11    The pilots' seats shall be actuated by power for
               fore, aft, and vertical adjustment with a manual
               override.

25-11.02.12    Pilot seat adjustment controls, as required for seat
               ingress, shall be located on the inboard side and
               easily operable from outside the seats.

25-11.03.00    Multiple harness buckle seat belts with the buckle
               attached to the outboard half of the belt shall be
               installed.

25-11.04.00    Adjustable crotch straps shall be installed.

25-11.05.00    Shoulder harnesses with automatic inertia reels
               shall be installed.

25-11.05.01    Provisions for releasing the shoulder harness without
               releasing the seat belt shall be incorporated in the
               multiple harness buckle.

25-11.06.00    Accessories for each pilot shall include:

25-11.06.01    - ashtray

25-11.06.02    - coffee cup holder

25-11.06.03    - briefcase rack to accommodate a case 9 inches
                 wide, 20 inches long, and 12 inches high

25-11.06.04    - writing table with integral clip board.

25-11.06.05 *  A combination guard and footrest shall be installed
               on the lower edge of the pilot's and copilot's in-
               strument panels.

Ex.: 20; p.: 1065

25-11.06.06      A pressure-sensitive scotchtred-type cover shall be installed.

25-11.06.07 *      Means shall be installed to prevent the pilot's and copilot's briefcases and briefcase contents from becoming a hazard by shifting during emergency landing conditions.

25-12.00.00      FLIGHT ENGINEER'S STATION.

25-12.01.00 *      The flight engineer's instrument panel shall be located aft of the copilot's position with the fore and aft axis approximately parallel with the aircraft centerline. The panel shall be situated as far outboard as possible, but still be compatible with the installation and access of instruments and controls.

25-12.01.01      The flight engineer's station structure shall be gray, color No. 36118, per FED-STD-595.

25-12.02.00      An adjustable seat shall be installed for the flight engineer.

25-12.02.01      The seat shall be mounted directly to the aircraft floor structure.

25-12.02.02      The seat shall be equipped with upholstered backrest, bottom cushion and armrests. The armrest cushions shall be molded, integrally padded units which are easily removed for fast replacement.

25-12.02.03      The flight engineer's seat shall swivel to permit facing forward or outboard. Vertical movements, front-to-rear movements, when the seat is facing forward, and inboard-to-outboard movements, when the seat is facing outboard, shall be incorporated within the seat assembly and shall be actuated by power with manual overrides.

25-12.02.04      The seat backrest shall recline.

25-12.02.05      The armrests shall pivot vertically.

25-12.02.06      The backrest cushion shall be readily removable and shall conform to the flotation requirements of FAA TSO-C72A.

25-12.02.07      Back and bottom cushion covers shall be easily removable without the use of tools.

25-12.02.08      Complete provisions for an adjustable headrest shall be installed.

25-12.03.00      A multiple harness buckle seat belt shall be installed.

DS 5500 ATCA      09-30-77      PAGE 92      CHAPTER 25

Ex.: 20; p.: 1066

| | |
|---|---|
| 25-12.04.00 | An automatic inertia reel with a shoulder harness shall be installed. |
| 25-12.04.01 | Means for releasing the shoulder harness without releasing the seat belt shall be incorporated in the multiple harness buckle. |
| 25-12.05.00 | An adjustable crotch strap shall be installed. |
| 25-12.06.00 | A footrest shall be provided. |
| 25-12.06.01 | A pressure-sensitive scotchtred-type cover shall be installed. |
| 25-12.07.00 | Accessories for the flight engineer shall include the following: |
| 25-12.07.01 | - table |
| 25-12.07.04 | - ashtray |
| 25-12.07.05 | - coffee cup holder. |
| 25-12.08.00 | Means shall be installed to prevent the flight engineer's briefcase and briefcase contents from becoming a hazard by shifting during emergency landing conditions. |
| 25-13.00.00 | OBSERVERS' STATIONS. |
| 25-13.10.00 * | First Observer or Additional Crew Member. |
| 25-13.10.01 | A vertically adjustable seat shall be installed for the first observer. |
| 25-13.10.02 | The seat shall be mounted directly to the aircraft floor structure. |
| 25-13.10.03 | Fore and aft adjustment of the seat shall be accomplished within the seat. |
| 25-13.10.04 | The seat shall be equipped with upholstered backrest, bottom cushion and armrests. The armrest cushions shall be molded, integrally padded units which are easily removed for fast replacement. |
| 25-13.10.05 | The armrests shall pivot vertically. |
| 25-13.10.06 | The backrest cushion shall be readily removable and shall conform to the flotation requirements of FAA TSO-C72A. |
| 25-13.10.07 | Back and bottom cushion covers shall be easily removable without the use of tools. |

25-13.10.08    Complete provisions for an adjustable headrest shall be installed.

25-13.10.09    A footrest shall be provided.

25-13.10.11    A multiple harness buckle seat belt shall be installed.

25-13.10.12    An automatic inertia reel with a shoulder harness shall be installed.

25-13.10.13    Means for releasing the shoulder harness without releasing the seat belt shall be incorporated in the multiple harness buckle.

25-13.10.14    A coffee cup holder and an ashtray shall be provided.

25-13.10.15    A crotch strap shall be installed.

25-13.20.00 *    Second Observer or Additional Crew Member

25-13.20.01    A floor-mounted nonadjustable seat, located adjacent to the partition at the rear of the flight compartment, shall be installed for the second observer. The seat bottom shall fold out of the way when not in use.

25-13.20.02    The second observer's seat shall be equipped with a multiple harness buckle-type seat belt and a matching adjustable shoulder harness.

25-13.20.04    Seat back and bottom cushion covers shall be readily removable for cleaning without the use of tools.

25-13.20.05    A coffee cup holder shall be installed.

25-13.20.06    The backrest cushion shall be readily removable and shall conform to the flotation requirements of FAA TSO-C72A.

25-14.00.00    FLIGHT COMPARTMENT MISCELLANEOUS EQUIPMENT.

25-14.01.00    Landing chart holders shall be installed, one convenient to each pilot.

25-14.01.01    Each chart holder shall have its own light-dimming control.

25-14.02.00    An aircraft number/radio call number placard shall be installed, visible to both pilots and the flight engineer.

25-14.03.00    An inegrally lighted speed limit placard listing the flight limit speeds for flaps down, landing gear down and slats extended shall be installed visible to both pilots.

25-14.04.00     A general holder for all mandatory certificates and licenses shall be installed on the forward side of the flight compartment door.

25-14.06.00     Three holders for checklist cards shall be installed, one for use by each pilot and one for use by the flight engineer. The holders shall accommodate a maximum size of 9 x 11 1/2-inch cards.

25-14.07.00     A manual stowage compartment approximately 12 inches deep by 8 inches wide and 16 inches high shall be installed and shall be readily accessible to the flight engineer.

25-14.08.00 *     Adjustable sunvisors shall be installed in the flight compartment for the pilot and copilot and shall be stowable in place.

25-14.09.00     A mirror shall be installed in the flight compartment available to the flight crew.

25-15.00.00     CREW MISCELLANEOUS EQUIPMENT.

25-15.01.00     A compartment for ten crew coats shall be installed adjacent to the second observer's seat.

25-15.01.01     Stowage for five crew hats shall be provided in the flight compartment.

25-15.01.06     Means shall be installed to prevent items stowed in the crew coatroom in the flight compartment from becoming a hazard by shifting during emergency landing conditions.

25-15.02.00     A crew luggage stowage compartment shall be installed immediately aft of the flight compartment left side.

25-16.00.00     FLOOR COVERING.

25-16.01.00     The flight compartment floor covering shall be pressure-sensitive scotchtred or equivalent.

25-20.00.00 *     CREW/PERSONNEL COMPARTMENT.

25-22.00.00 *     CREW/PERSONNEL FACILITIES.

25-22.00.10 *     The crew/personnel compartment shall include accommodations for six additional crew members and 14 support personnel.

25-22.01.00 *     Complete provisions shall be installed for expansion of the crew/personnel compartment to accommodate a total of 75 personnel including support personnel and additional crew members as shown in Figure 25-00.

25-22.02.00 *   Complete provisions for increased crew/per-
                sonnel shall include, as a minimum, the fol-
                lowing features:

25-22.02.02 *   - the overhead area between approximate stations
                615-873 shall include lighting, PA speakers
                and conditioned-air outlets

25-22.02.03 *   - a smoke barrier curtain similiar to that
                specified in paragraph 25-22.40.01 at
                approximate station 873

25-22.02.04 *   - full crew/personnel compartment insulation above
                the floor between stations 615-873

25-22.02.05 *   - alternate environmental curtain support provi-
                sions enabling use of the curtain at approxi-
                mate station 615 and 873

25-22.02.07 *   - additional cargo barrier net restraint fittings
                for use of the net at approximate station 940

25-22.02.08 *   - a quick-disconnect lavatory service panel in
                the floor immediately forward of the main cargo
                door, for installation of a removable lava-
                tory.  The service panel shall include utility
                connections for the lavatory

25-22.02.09 *   - additional PA speakers in the sidewalls,
                distributed between stations 615-873.

25-22.03.00 *   The complete provisions for accommodating 55
                additional support personnel shall provide for
                repositioning of the following items.

25-22.03.01 *   The bunks normally installed at approximately
                station 615 to approximately station 873.

25-22.03.02 *   The environmental curtain normally installed at
                approximately station 615 to approximately
                station 873.

25-22.03.03 *   The cargo barrier net normally installed at ap-
                proximately station 495 or 615 to approximately
                station 940 when required in the cargo mode.

25-22.10.00 *   Crew/Personnel Seats

25-22.10.01 *   Passenger-type tourist-class seats for six addi-
                tional crew members and 14 support personnel shall
                be installed in the crew/personnel compartment,
                located as shown on Figure 25-00.

Ex.: 20; p.: 1070

25-22.10.02 *  Seats shall comply with Douglas Specification No.
               AXV7010 and shall have nonflammable covers with
               colors as specified by the detail finish specifi-
               cation.

25-22.10.03 *  The seats forward of the cargo door shall be in-
               stalled on floor-mounted tracks.  Seats aft of
               the forward edge of the cargo door, when instal-
               led for additional support personnel, shall be
               pallet-mounted.

25-22.10.04 *  The seats shall have individually adjustable backs.

25-22.10.05 *  The seats shall be equipped with upholstered back-
               rests, bottom cushions and armrests.

25-22.10.06 *  Bottom cushions, including upholstery, shall be
               readily removable and shall conform to the flo-
               tation requirements of FAA TSO-C72A.  Flotation
               requirements for seat cushions, specified by FAA
               TSO-C72A, may be waived when life vests are in-
               stalled.

25-22.10.07 *  Back and bottom cushion covers shall be easily re-
               movable without the use of tools.

25-22.10.08 *  Stowage pockets shall be provided on the back of
               each seat.

25-22.10.09 *  Sidewall stowage pockets shall be provided for
               those floor-mounted seats without a seat ahead.

25-22.10.10 *  An integral utility tray shall be incorporated in
               each seat.

25-22.10.11 *  Eight plug-in utility trays shall be stowed
               in the galley, for use at each floor-mounted
               seat not having another seat ahead or not
               directly in line with the seat ahead.

25-22.10.12 *  A restraint shall be provided under each seat for
               carry-on baggage.  The restraint need not be a
               part of the seat.

25-22.10.13 *  Means shall be provided for equivalent stowage of
               carry-on luggage for those seats which have no
               seat ahead.

25-22.10.14 *  A removable, easily cleanable in-place, ashtray
               with no paper traps, shall be installed in the
               armrest of each seat.

25-22.10.15 *  A seat belt with a metal-to-metal buckle shall be
               provided for each seat.

25-22.20.00 *  Crew Bunks

Ex.: 20; p.: 1071

25-22.20.01 *  The crew/personnel compartment shall include four
               bunks.  They shall be usable in flight for crew
               rest, except that in the all-cargo mode with the
               forward barrier net as shown in Figure 25-50, two
               bunks only shall be usable.  The bunks shall not
               be used during takeoff or landing.

25-22.20.02 *  The crew rest bunks shall be supported in a frame-
               work which is attached to the floor.  Provisions
               shall be included so that the bunks may be installed
               at the all-cargo position (reference Figure 25-50)
               or at either of the two environmental curtain posi-
               tions (reference Figure 25-01).  For takeoff and
               landing the bunks shall be stowed and restrained in
               such a way that a 9g cargo net deflection does not
               cause them to intrude into the seated area.

25-22.20.03 *  Each bunk shall have a restraining harness for
               occupant use during turbulent flight.

25-22.20.04 *  Bunk size shall be at least 33 by 78 inches.

25-22.20.05 *  Bunks shall be readily removable.

25-22.20.06 *  Privacy curtains shall be provided for the crew
               rest bunks.  Curtains shall provide sufficient
               sound and light control to assure comfortable
               rest environment.

25-22.30.00 *  Crew/Personnel Compartment Enclosure Curtain

25-22.30.01 *  An enclosure curtain shall be installed to pro-
               vide environmental and acoustical control for
               the crew/personnel compartment and shall also serve
               as a smoke barrier separating the personnel and car-
               go areas of the main cabin.

25-22.30.02 *  The enclosure curtain shall include a flap-type
               door allowing access to the cargo compartment.

25-22.30.03 *  The curtain shall be capable of being rolled up
               and stowed overhead.

25-22.30.04 *  Attachments shall be provided to install the
               environmental curtain at approximately sta-
               tion 615 and approximately station 873.

25-22.40.00 *  Smoke Barrier Curtain

25-22.40.01 *  Smoke barrier curtains shall be installed above
               the ceiling at approximately station 615 and
               above the cargo envelope at approximately sta-
               tion 873.

25-26.00.00    CABIN FLOOR.

25-26.01.00    Reference 53-22 for cabin floor structural design
               criteria.

Ex.: 20; p.: 1072

| | |
|---|---|
| 25-27.00.00 * | CEILING, SIDEWALL LINING AND FLOOR FINISH. |
| 25-27.01.00 | Ceiling panels and supporting structure shall be such that panels are securely retained, and shall not sag, gap or dislocate. |
| 25-27.01.01 | Ceiling panels shall be installed with a controlled gap (approximately one inch). |
| 25-27.02.00 | Ceiling and sidewall panels shall be removable in sections to facilitate maintenance and inspection. |
| 25-27.02.01 | Means shall be provided to achieve access to areas above the ceiling where parts or equipment are located which may require maintenance or servicing between overhaul periods. |
| 25-27.05.00 * | Nonskid floor finish in accordance with the Finish Specification shall be installed on the crew/personnel compartment floor. |
| 25-27.07.00 * | The lower sidewall lining shall form a smooth continuous radius in the corner. |
| 25-27.08.00 | Air exhaust grilled, installed at the lower edge of sidewall panels, shall preclude the entry of cigarettes and minimize obstruction caused by lint accumulation or cigarette tars. Lint and cigarette tars shall be easily removed from inboard side without grille removal. |
| 25-27.08.01 | Grilles shall be quickly replaceable. |
| 25-27.08.02 | Grilles shall be capable of withstanding the impact of vacuum cleaner nozzles during normal maintenance cleaning. |
| 25-27.10.00 | The lining panels shall be easily replaceable. |
| 25-27.13.00 | Minor damage shall be readily repairable. |
| 25-30.00.00 | GALLEYS. |
| 25-30.01.00 * | The galley shall be installed immediately aft of the flight compartment and inboard of the crew miscellaneous stowage compartment on the left side. The galley shall have adequate capacity for at least 90 precooked frozen meals, as defined by AFSC DH2-2, DN5D1. An additional capacity of 14.8 cubic feet of dry stowage is also included. Refrigerated storage to accommodate additional frozen meals for a total of 80 crew/personnel shall be provided in the Increased Accommodations Kit (Appendix A to DS 5500-ATCA). The galley shall consist of the following items: |

25- 30.01.01 *     - 2 warming ovens

25- 30.01.02 *     - 1 hot cup

25- 30.01.03 *     - 1 refrigerator

25- 30.01.04 *     - dry stowage space

25- 30.01.05 *     - 1 workcounter

25- 30.01.06 *     - paper cups

25- 30.01.07 *     - 1 sink

25- 30.01.08 *     - 1 liquid jug

25- 30.01.09 *     - 1 coffeemaker

25- 30.01.10 *     - 1 trash receptacle.

25- 35.00.00       GALLEY POWER.

25- 35.01.00 *     Wiring shall be installed for a galley load of
                   6,000 VA of 115/200 volt A-C power and 5 amperes
                   of 28-volt D-C power.

25- 40.00.00       LAVATORIES.

25- 40.01.00 *     A lavatory shall be installed immediately aft of
                   the flight compartment on the right side.

25- 40.01.01 *     A drinking facility shall be installed on the
                   inboard side of the lavatory.

25- 40.01.02 *     Quick-connections for wash water, air and elec-
                   trical supplies and drain outlets shall be pro-
                   vided for a removable DC-10 type lavatory on the
                   left side of the cabin at the forward edge of
                   the cargo door.

25- 41.00.00       WASHBASIN ASSEMBLIES.

25- 41.01.00 *     The lavatory shall be equipped with a Pullman-type
                   cabinet, a stainless steel countertop and washbasin.

25- 41.02.00       A commercially available combination hot and cold
                   water faucet shall be installed for the washbasin.

25- 41.03.00       The washbasin drain shall be spring-loaded in the

                   closed position.

25- 41.04.00       The washbasin shall be provided with overflow
                   protection through the overboard drain.

Ex.: 20; p.: 1074

| | |
|---|---|
| 25-42.00.00 | TOILET ASSEMBLIES. |
| 25-42.01.00 * | Refer to 38-31.00.00 for the description of toilet assemblies. |
| 25-43.00.00 | MISCELLANEOUS ASSEMBLIES. |
| 25-43.01.00 * | The lavatory shall incorporate the following equipment: |
| 25-43.01.01 | - 1 glass mirror |
| 25-43.01.02 | - 1 ashtray |
| 25-43.01.03 | - 1 accessory tray |
| 25-43.01.04 | - 1 assist handle (capable of supporting a 200-pound person) |
| 25-43.01.05 | - 2 flush-type coathooks |
| 25-43.01.06 | - 1 folded-linen stowage compartment |
| 25-43.01.07 | - 1 paper towel stowage compartment |
| 25-43.01.08 | - 1 used-towel container |
| 25-43.01.09 | - 1 toilet seat cover dispenser |
| 25-43.01.10 | - 1 structural provisions for bar and liquid soap dispensers (Structural provisions shall include individual cover plates that match the decor of the lavatory) |
| 25-43.01.11 | - 1 sickness container holder |
| 25-43.01.12 | - 1 roll-type toilet paper dispenser |
| 25-43.01.13 | - 1 sanitary napkin dispenser |
| 25-43.01.14 | - 1 facial tissue dispenser |
| 25-43.01.15 | - 1 razor blade disposal container |
| 25-43.01.17 | - 1 paper cup dispenser |
| 25-43.01.18 | - 1 miscellaneous stowage compartment. |
| 25-43.04.00 * | A self-contained, removable ashtray shall be installed on the outside of the lavatory door. |
| 25-43.05.00 * | A NO SMOKING placard shall be installed on both sides of the lavatory door. |

Ex.: 20; p.: 1075

25-43.06.00 *   A NO CIGARETTE DISPOSAL placard shall be installed
                at the receptacle door for paper and linen waste
                disposal in the lavatory.

25-44.00.00     LINING AND FLOOR COVERING.

25-44.01.00 *   Moisture-resistant sidewall lining and floor
                covering in accordance with the Finish Specifi-
                cation shall be installed in the lavatory.

25-44.02.00     The lining shall be removable in units to facilitate
                structural inspection.

25-44.03.00 *   Floor areas within the lavatory shall be sealed.

25-44.03.01 *   The floor area where the occupant stands shall be
                covered with an attractive plastic pan covered at
                the sides and installed under the door sill plate
                at the door.

25-50.00.00     CARGO AND ACCESSORY COMPARTMENTS.

25-50.10.00 *   Main Cabin Cargo Compartment Provisions/Furnishings

25-50.11.00 *   Nonskid floor finish in accordance with the Finish
                Specification shall be installed on the cargo com-
                partment floor panels in those areas designated as
                walkways (see Figure 25-00).

25-50.12.00 *   Fiberglass sidewall panels, approximately 88 inches
                in height, shall be installed between approximately
                stations 615-2004 LH and RH and across the forward
                face of the aft pressure bulkhead.

25-50.13.00 *   Insulation blankets with flame-retardant cover-
                ings shall be installed between approximately
                stations 873-2004 LH and RH as follows:

25-50.13.01 *   - between the fuselage structure and the sidewall
                  panels

25-50.13.02 *   - over the fuselage structure above the sidewall
                  panels

25-50.13.03 *   - behind the fiberglass panels on the aft pressure
                  bulkhead.

25-50.14.00 *   Air exhaust grille sections shall be installed be-
                tween the cabin sidewall fiberglass paneling lower
                edges and the cabin floor.  The grille sections
                shall be sealed to the floor for prevention of
                water leakage during aircraft cleaning.

25-50.15.00 *   Fluorescent lighting, as specified in paragraph
                33-21.01.00, shall be installed.

25-50.16.00 *   Complete provisions for installation of a guide
                rope shall be installed along the RH side of the
                aircraft between approximately stations 615-2004.

25-50.17.00 *   An emergency equipment panel shall be installed
                adjacent to the aft edge of the ground emergency
                door and shall contain complete provisions for
                mounting the following equipment:

25-50.17.01 *   - one 20-pound dry-powder hand fire extinguisher
                (refer to 26-23.04.00)

25-50.17.02 *   - one hand fire extinguisher six-foot extension
                nozzle (refer to 26-23.04.00)

25-50.17.03 *   - one axe (refer to 26-24.01.00)

25-50.17.04 *   - one first aid kit (refer to 25-61.01.02)

25-50.17.05 *   - one full-face pressure-demand oxygen/smoke
                mask (refer to 35-13.05.02)

25-50.17.06 *   - one 11-cu.-ft. portable oxygen cylinder (refer
                to 35-32.01.04)

25-50.17.07 *   - one Type A-20 hand fire extinguisher (refer
                to 26-23.05.00).

25-50.18.00 *   Complete provisions for mounting four Type A-20
                hand fire extinguishers (refer to 26-23.05.00)
                shall be installed at appropriate locations on
                both sides of the main cabin cargo compartment.

25-50.19.00 *   Main cabin structural cargo loading limits per
                running inch of fuselage length shall be as
                shown on Figure 25-26.

25-50.20.00 *   Main cabin payload capability in the all-cargo
                configuration shall be as shown on Figure 25-51.
                Pallet contours shall be as shown on Figure 25-52.

25-53.00.00 *   AFO COMPARTMENT.

25-53.01.00 *   The AFO compartment shall be located below the
                cargo compartment floor aft of approximately
                station 1771.

25-53.02.00 *   Access to the compartment shall be provided through
                a hatch in the cargo compartment floor.

25-53.03.00 *   A ladder shall be installed between the main
                cabin cargo compartment and the ARO compartment
                for egress and ingress.

Ex.: 20; p.: 1077

25-53.04.00 *    A safety guard rail, consistent with the require-
                 ments of paragraph 5.14 of MIL-STD-1472A, shall be
                 installed around the opening to the ARO compartment
                 to prevent personnel from falling into the ARO
                 compartment.

25-53.05.00 *    The ARO compartment floor shall be adequate
                 for the full range of ARO activities.

25-53.06.00 *    Nonskid floor finish in accordance with the
                 Finish Specification shall be installed on
                 the ARO compartment floor.

25-58.00.00      ELECTRICAL/ELECTRONICS COMPARTMENT.

25-58.01.00      Racks shall be installed to accommodate the major
                 components of the instrument, avionics and related
                 systems.

25-58.02.00      Design and arrangement of the racks shall be such
                 that maintenance personnel shall have easy access
                 to both the racks and the equipment in the racks.

25-58.03.00      The main racks and their shelf construction shall
                 be in accordance with ARINC Specification 404
                 dated 1 Jul 67, including all supplements thru 7
                 dated 1 Dec 69.

25-58.04.00      Growth space shall be included in the electrical/
                 electronics racks.

25-58.05.00      Space within the racks shall be provided for equip-
                 ment cooling ducting per ARINC Specification 404,
                 dated 1 Jul 67, including all supplements thru 7
                 dated 1 Dec 69.

25-58.05.01      If ARINC cooling is required for individual electro-
                 nic equipment, it shall be installed.

25-58.06.00      Protection shall be provided over the electrical/
                 electronics rack and junction area to prevent fluid
                 leakage into these areas.

25-59.00.00      MAIN CABIN CARGO HANDLING SYSTEM.

25-59.01.00 *    A main cabin cargo handling system, which shall
                 include power-assisted transfer capabilities,
                 shall be provided.  The system shall facilitate
                 loading/off-loading from materials handling equip-
                 ment and shall provide a capability for aligning/
                 turning the pallets commensurate with the restraint
                 rails and the size of the cargo door.

Ex.: 20; p.: 1078

25-59.01.01 *   The system shall accommodate Type I 463L cargo
                pallets in the loading configurations shown in
                Figures 25-01 and 25-50.  The pallets shall not
                be supplied with the delivered aircraft.

25-59.01.02 *   The pallet movement system shall allow manual load-
                ing or unloading in the event the powered systems
                are inoperative.

25-59.01.03 *   Longitudinal movement of cargo may also be provided
                by a standard HCU-9/A winch.  Provisions for the
                winch, as delineated in the following paragraphs,
                shall be installed or provided as uninstalled
                equipment.

25-59.01.04 *   There shall be a minimum of six inches side and
                top clearance between cargo and aircraft struc-
                ture/equipment when loading or transporting 463L
                palletized loads.  Items which encroach on these
                clearances shall be treated as special handling
                loads and the appropriate procedures to be used
                in these cases shall be provided in the cargo
                loading manual.  A full-length aisle from the
                front to the rear of the cargo compartment shall
                enable access to scanning devices and the ARO
                station and for performance of safety procedures.

25-59.10.00 *   Fixed Cargo Handling Provisions

25-59.11.00 *   Complete provisions for installation of a powered
                roller system, including a pivot fitting and a
                stop fitting, shall be installed.

25-59.12.00 *   Attach fittings for a barrier net shall be in-
                stalled for a primary location at approximately
                station 495 and for two alternate locations at
                approximately stations 615 and 940.

25-59.13.00 *   Electrical receptacles for a winch, a powered
                roller system and a powered roller system con-
                trol pendant shall be installed.  Winch power
                requirements are 115/200 volt, 400-cycle, 3 phase.
                The maximum running current at full load shall
                not exceed 30 amps per phase.  The maximum start-
                ing current at full load shall not exceed 125 amps
                per phase.

25-59.14.00 *   A control panel for the winch and powered roller
                systems shall be installed adjacent to the for-
                ward edge of the main cabin cargo door.

25-59.15.00 *   An electrical junction box shall be installed for
                the winch and powered roller systems.

25-59.20.00 *   Removable Cargo Handling Equipment

Ex.: 20; p.: 1079

25-59.21.00 *    Removable equipment for the main cabin cargo
                 handling system shall consist of the following
                 (Refer to 99-25.01.00):

25-59.21.01 *    - omni-directional transfer conveyor assemblies
                 to permit lateral and longitudinal movement of
                 cargo in the door loading area

25-59.21.02 *    - powered roller system and control pendant for
                 lateral onloading and offloading of cargo. The
                 rollers, when installed, shall also be capable
                 of rotating overlength cargo through the cargo
                 doorway

25-59.21.03 *    - roller conveyor assemblies running longitudi-
                 nally throughout the remaining usable main cabin
                 cargo area

25-59.21.04 *    - adapters for mounting an HCU-9/A winch with
                 control pendant to the cargo floor to accommo-
                 date the all-cargo configuration and the various
                 mixed cargo/personnel configurations.

25-59.21.05 *    - snatch blocks with mounting adapters and aux-
                 iliary cable for the winch system

25-59.21.06 *    - restraint rails for the aircraft centerline and
                 both outboard sides of the roller conveyor sys-
                 tem. These rails shall provide for the verti-
                 cal and lateral restraint of the cargo pallets
                 during loading, unloading and flight. The out-
                 board side restraint rails will be capable of
                 accommodating pallets in lateral or longitudi-
                 nal orientation

25-59.21.07 *    - two sets of manually operated lateral and vertical
                 restraint devices for the door area between sta-
                 tions 625 and 765 to accommodate both lateral and
                 longitudinal orientations of pallets. These de-
                 vices shall be erected after the last load is in
                 place

25-59.21.08 *    - manually operated longitudinal and vertical res-
                 traint latches for each cargo pallet. The res-
                 traint latches shall be capable of being reloc-
                 ated to accommodate both lateral and longitudi-
                 nal orientation of pallets

25-59.21.09 *    - a barrier net, capable of furnishing 9g restraint
                 for 175,000 pounds of cargo. The net installation
                 includes a curtain which functions as a smoke bar-
                 rier when the net is installed at station 495.
                 Access to the cargo compartment through the net and
                 curtain shall be provided.

Ex.: 20; p.: 1080

25-59.22.00 *   The cargo handling system hardware and other equip-
                ment required when in a cargo configuration is
                listed in 99-25.01.00.

25-60.00.00     EMERGENCY EQUIPMENT.

25-61.00.00     FIRST AID KITS.

25-61.01.00 *   Six first aid kits shall be installed in stowage
                provisions on the inboard face of the galley.

25-61.01.02 *   One first aid kit shall be installed near the ground
                emergency door in the aft cabin.

25-61.01.03 *   One first aid kit shall be installed in the ARO
                compartment.

25-61.01.04 *   One first aid kit shall be installed on the aft
                face of the lavatory.

25-62.00.00     EVACUATION SLIDE-RAFTS.

25-62.01.00 *   Automatic inflatable evacuation slide-rafts, with
                manual backup, shall be installed in stowage com-
                partments on the right and left hand entrance doors.

25-62.01.01 *   The slide-raft and stowage compartments shall be
                mounted on the doors with a minimum number of
                fasteners and shall be readily removable as a
                unit.

25-62.01.05     A means shall be provided on each door mechanism
                to arm and disarm the girt bar to prevent inadver-
                tent deployment of the slide-raft during door
                opening.

25-62.01.06     Exterior opening of a door shall automatically
                disarm the respective slide-raft.

25-62.01.07     Means shall be provided to readily release an in-
                flated slide-raft from the aircraft for use as an
                emergency flotation device.

25-62.01.08     Adequate illumination shall be provided to outline
                the evacuation path and ground threshold for each
                slide-raft.

25-62.01.09     Lighting shall be integral with each slide-raft.

25-62.01.10     Each backup manual inflation handle shall be self-
                illuminated.

25-62.01.11     The pneumatic inflation source for each slide-raft
                shall be a 3000 psi nitrogen system.

Ex.: 20; p.: 1081

25-62.01.12      All inflatable slide-rafts shall be in accordance
                with Douglas Specification Control Drawing BXV7000.

25-62.01.14      Suitable slide angles for any or all landing gear
                extended or retracted attitudes shall be provided.

25-62.01.15      In the normal landing gear extended attitude, the
                slide angle shall be such that individuals ranging
                in weight from 50 pounds to 250 pounds shall exit
                the end of the slide on their feet, i.e., the slide
                shall tend to propel the evacuee to the upright
                position without undue self assistance. In the
                nose gear collapsed, tail high attitude, the slide
                angles shall not be greater than 50 degrees.

25-62.01.18      Means shall be provided on or with the slide-raft
                to allow an able-bodied individual to descend to the
                ground in the event of a loss of pressure or failure
                of the slide to inflate.

25-63.00.00      ESCAPE LINES.

25-63.01.00      A 3/4-inch diameter cotton escape rope shall be in-
                stalled above each openable clearview window in the
                flight compartment.

25-63.01.01      A green band shall be visible on the tethered end to
                indicate full extension of the escape rope.

25-63.02.00 *     A 3/4-inch diameter cotton escape rope shall be
                installed above the ground emergency door at
                approximately station 1879.

25-64.00.00 *     FLASHLIGHTS.

25-64.01.00 *     Three emergency flashlights shall be installed, one
                in the flight compartment, one on the inboard face
                of the galley and one in the ARO compartment.

25-65.00.00      LIFE VEST STOWAGE.

25-65.01.00 *     Life vest stowage, capable of being sealed with a
                lead seal, shall be provided in the backrests of the
                pilot's, copilot's, flight engineer's and first
                observer's seats and adjacent to the second
                observer's seat.

25-65.01.01      A life vest shall be installed at each seat in the
                flight compartment.

25-65.03.00 *     Each seat in the crew/personnel compartment shall
                contain stowage provisions for a life vest under
                the seat.

25-65.03.01 *     A life vest shall be installed under each crew/
                personnel seat.

Ex.: 20; p.: 1082

25-65.03.02   LIFE VEST UNDER SEAT placards shall be provided as required.

25-66.00.00 *  EXPOSURE SUITS.

25-66.02.00 *  Stowage provisions shall be provided for 25 exposure suits inside the inboard galley face.

25-69.00.00 *  ARO COMPARTMENT ALARM BELL.

25-69.01.00 *  A bell, activated by the pilot, shall be installed in the ARO compartment to signal the refueling crew of an impending alarm.

25-69.02.00 *  A momentary switch shall be installed in the flight compartment to actuate the alarm bell.

25-90.00.00 *  ARO COMPARTMENT FURNISHINGS.

25-90.10.00 *  ARO Station Seats

25-90.11.00 *  Seats shall be installed for an air refueling operator, instructor and observer-trainee.

25-90.11.01 *  The ARO's position shall be the center position; the instructor's position shall be to the right of the ARO and the observer's-trainee's position shall be to the left of the ARO.

25-90.12.00 *  The ARO's and the instructor's seat shall have fore, aft and vertical adjustment which shall be accomplished mechanically within the seat. The observer's-trainee's seat shall be stationary.

25-90.13.00 *  The seats shall be equipped with upholstered backrests and bottom cushions.

25-90.14.00 *  A quick-release seat belt shall be provided for each ARO station seat.

25-90.20.00 *  ARO Compartment Emergency Equipment Panel

25-90.21.00 *  An emergency equipment panel shall be installed in the ARO compartment on the aft face of the bulkhead at approximately station 1769 and shall incorporate complete provisions for mounting the following equipment:

25-90.21.01 *  - one Type A-20 hand portable fire extinguisher (refer to 26-23.06.00)

25-90.21.02 *  - one flashlight (refer to 25-64.01.00)

25-90.21.03 *  - one first aid kit (refer to 25-61.01.03)

Ex.: 20; p.: 1083

25-90.21.04 *     - one axe (refer to 26-24.01.00).

Ex.: 20; p.: 1084



**TANKER DELIVERY CONFIGURATION**

| SEAT ASSEMBLY UTILIZED | SEAT PITCH | SEAT LOCATIONS | |
|---|---|---|---|
| 39-INCH DOUBLE (4 PLACES) | 34 INCHES | LEFT SIDE | 8 |
| 57.5-INCH TRIPLE (4 PLACES) | | CENTER | 4 |
| | | RIGHT SIDE | 8 |
| | | TOTAL | 20 SEATS |

**EXPANDED CONFIGURATION**

FIXED PROVISIONS INCLUDED IN TANKER
DELIVERY CONFIGURATION

| SEAT ASSEMBLY UTILIZED | SEAT PITCH | SEAT LOCATION | |
|---|---|---|---|
| 39-INCH DOUBLE (27 PLACES) | 34 INCHES | LEFT SIDE | 18 |
| 57.5-INCH TRIPLE (7 PLACES) | | CENTER | 33 |
| | | RIGHT SIDE | 24 |
| | | TOTAL MAIN CABIN | 75 SEATS |
| | | FLIGHT COMPARTMENT | 5 |
| | | TOTAL AIRCRAFT | 80 SEATS |

FIGURE 25-00. INTERIOR ARRANGEMENT —
TANKER DELIVERY CONFIGURATION

| CARGO POSITION | QUANTITY OF PALLETS | TWO-INCH CLEARANCE | | SIX-INCH CLEARANCE | | PALLET CONTOUR FIG. 25-52 |
| --- | --- | --- | --- | --- | --- | --- |
| | | PALLET VOL | TOTAL VOL | PALLET VOL | TOTAL VOL | |
| 1 THRU 9 | 18 | 476 | 8,568 | 468 | 8,424 | C (L AND R) |
| 10 AND 11 | 4 | 448 | 1,792 | 437 | 1,748 | D (L AND R) |
| 12L | 1 | 436 | 436 | 406 | 406 | E (L) |
| TOTAL | 23 | | 10,796 FT$^3$ | | 10,578 FT$^3$ | |



A) 23-PALLET ARRANGEMENT

| CARGO POSITION | QUANTITY OF PALLETS | TWO-INCH CLEARANCE | | SIX-INCH CLEARANCE | | PALLET CONTOUR FIG. 25-52 |
| --- | --- | --- | --- | --- | --- | --- |
| | | PALLET VOL | TOTAL VOL | PALLET VOL | TOTAL VOL | |
| 1L THRU 11L | 11 | 440 | 4,840 | 423 | 4,653 | B (L) |
| 1R THRU 9R | 9 | 476 | 4,284 | 468 | 4,212 | C (R) |
| 12L, 10R 13L, 11R | 4 | 448 | 1,792 | 437 | 1,748 | D (L AND R) |
| 14L | 1 | 436 | 436 | 406 | 406 | E (L) |
| TOTAL | 25 | | 11,352 FT$^3$ | | 11,019 FT$^3$ | |



B) 25-PALLET ARRANGEMENT

FIGURE 25-01 MIXED PERSONNEL/CARGO CONFIGURATIONS

| CARGO POSITION | QUANTITY OF PALLETS | TWO-INCH CLEARANCE | | SIX-INCH CLEARANCE | | PALLET CONTOUR FIG. 25-52 |
|---|---|---|---|---|---|---|
| | | PALLET VOL | TOTAL VOL | PALLET VOL | TOTAL VOL | |
| 4 THRU 9 | 12 | 476 | 5712 | 468 | 5616 | C (L AND R) |
| 10 AND 11 | 4 | 448 | 1792 | 437 | 1748 | D (L AND R) |
| 12L | 1 | 436 | 436 | 406 | 406 | E (L) |
| TOTAL | 17 | | 7940 FT$^3$ | | 7770 FT$^3$ | |



FIGURE 25-01A. MIXED 80-PERSONNEL/CARGO ALTERNATE CONFIGURATION

Ex.: 20; p.: 1087



**FIGURE 25-26 STRUCTURAL LOADING LIMITS**

Ex.: 20; p.: 1088

| CARGO POSITION | QUANTITY OF PALLETS | TWO-INCH CLEARANCE | | SIX-INCH CLEARANCE | | PALLET CONTOUR FIG. 25-52 |
|---|---|---|---|---|---|---|
| | | PALLET VOL | TOTAL VOL | PALLET VOL | TOTAL VOL | |
| 1 | 2 | 427 | 854 | 407 | 814 | A (L AND R) |
| 2 THRU 10 | 18 | 476 | 8,568 | 468 | 8,424 | C (L AND R) |
| 11 AND 12 | 4 | 448 | 1,792 | 437 | 1,748 | D (L AND R) |
| 13 | 1 | 436 | 436 | 406 | 406 | E (L) |
| TOTAL | 25 | | 11,650 FT$^3$ | | 11,392 FT$^3$ | |



A) 25-PALLET ARRANGEMENT

| CARGO POSITION | QUANTITY OF PALLETS | TWO-INCH CLEARANCE | | SIX-INCH CLEARANCE | | PALLET CONTOUR FIG. 25-52 |
|---|---|---|---|---|---|---|
| | | PALLET VOL | TOTAL VOL | PALLET VOL | TOTAL VOL | |
| 1 | 2 | 427 | 854 | 407 | 814 | A (L AND R) |
| 2L THRU 12L | 11 | 440 | 4,840 | 423 | 4,653 | B (L) |
| 2R THRU 10R | 9 | 476 | 4,284 | 468 | 4,212 | C (R) |
| 13L, 14L 11R, 12R | 4 | 448 | 1,792 | 437 | 1,748 | D (L AND R) |
| 15L | 1 | 436 | 436 | 406 | 406 | E (L) |
| TOTAL | 27 | | 12,206 FT$^3$ | | 11,833 FT$^3$ | |



B) 27-PALLET ARRANGEMENT

FIGURE 25-50 ALL CARGO CONFIGURATIONS



**FIGURE 25-51. PAYLOAD CAPABILITY**

Ex.: 20; p.: 1090



PALLET CONTOUR A (L AND R)
FORWARD OF CONSTANT SECTION



PALLET CONTOUR B (L)          PALLET CONTOUR C (L AND R)
              CONSTANT SECTION
              (STA 632 TO 1610)



PALLET CONTOUR D (L AND R)
AFT OF CONSTANT SECTION

———— 6-IN. CLEARANCE
----- 2-IN. CLEARANCE



PALLET CONTOUR E (L)
AFT PALLET

FIGURE 25-52. PALLET CONTOURS AND AISLE CONFIGURATIONS

26-00.00.00    FIRE PROTECTION.

26-10.00.00    FIRE DETECTION SYSTEM.

26-10.01.00    A continuous element dual loop type fire detection
               system shall be provided for each engine and the
               APU.

26-10.02.00    The systems shall be independent with maximum
               emphasis on reliability and freedom from false
               alarms due to a short or open circuit to assure
               dispatchability with one circuit inoperative.

26-10.03.00    The system shall allow a crew member to check the
               elements for continuity and identify an inopera-
               tive circuit in flight.

26-10.04.00    The fire detector elements shall be secured and
               routed in such a manner that:

26-10.04.01    - the element has maximum protection from damage
                 during maintenance including cowling operation and
                 engine component replacement

26-10.04.02    - elements with different alarm set points shall be
                 at least 6 inches different in length.  Elements
                 with the same alarm set points shall be either
                 the same length or at least 6 inches different
                 in length

26-10.04.03    - clearance between the element and adjacent struc-
                 ture shall be maintained.

26-10.05.00    Main engine fire detection flight compartment
               indication, shall include an aural warning, a
               master fire warning light on the pilot's glare-
               shield, a warning light in each fire control
               shutoff handle, and an amber caution light in
               each engine fuel shutoff lever.

26-10.05.01    The master fire warning light and the aural fire
               warning shall be capable of being turned off by
               pushing the cap of the pilot's master fire warning
               light.  In this event, the fire detection system
               shall be armed from another source to indicate a
               fire warning.

26-10.06.00    Individual annunciator lights for each of the paral-
               lel elements in the dual loop system shall be pro-
               vided in the flight compartment, but not in direct
               view of the pilot or co-pilot, to indicate a single
               fault (or alarm) sensed by a particular element.

26-10.06.01    These annunciator lights shall be in addition to the
               primary fire warning indication system.

Ex.: 20; p.: 1092

26-10.06.02    A selector switch shall be provided adjacent to the annunciator lights to permit the selection of either or both of the parallel elements as the active sensor(s) in the fire detection loop.

26-10.06.03    When operated as a dual system, a short to ground or open circuit shall not initiate a false alarm.

26-10.07.00    APU fire detection flight compartment indication shall consist of a red annunciator light labeled APU FIRE, the master warning lights on the glareshield and the flight engineer's red fire warning light.

26-10.08.00    In addition, a red APU fire light will illuminate and a horn will sound at the exterior ground control panel.

26-21.00.00    ENGINE FIXED FIRE EXTINGUISHING SYSTEM.

26-21.01.00    A fire extinguishing system shall be installed to provide a two-shot capability to either wing engine and to the aft engine or the APU.

26-21.01.01    Two hermetically sealed, gageless-type firex containers shall be installed in each wing, and two shall be installed in the aft fuselage.

26-21.02.00    One fire control handle for each engine shall be installed on the overhead panel to shut off the fuel and hydraulic shutoff valves, to trip the generator field and to arm the firex discharge system.

26-21.02.01    The control handles and the valves shall be connected by a combination of rigged cables and mechanical linkage.

26-21.03.00    Agent discharge shall be accomplished by a separate and distinct control action.

26-21.04.00    Firex discharge to the APU enclosure shall be controlled by switches on the flight engineer's panel in the flight compartment or by switches on the external control panel accessible from the ground.

26-21.05.00    The container discharge heads shall be designed such that corrosive residue from the squib will be flushed out during agent discharge.

26-22.00.00    INDICATION AND INSPECTION.

26-22.01.00    Cockpit indication of container charge condition shall consist of a low pressure amber caution light for each container.

Ex.: 20; p.: 1093

26-22.02.00    The container installation shall permit visual
               inspection to assure that the discharge cartridges
               have been installed.

26-23.00.00    HAND FIRE EXTINGUISHERS.

26-23.00.01 *  Portable fire extinguishers shall be installed as
               stated below and in accordance with MIL-E-5220 for
               the Type A-20 hand fire extinguishers.

26-23.01.00 *  One Type A-20 hand fire extinguisher shall be
               installed in the flight compartment with suit-
               able mounting brackets.

26-23.02.00 *  Two Type A-20 hand fire extinguishers shall be
               installed in the crew/personnel compartment, one
               on the galley and one on the aft face of the
               lavatory.

26-23.03.00 *  A 20-pound dry-powder hand fire extinguisher
               and 6-foot extension nozzle shall be installed
               on the aft face of the lavatory in the crew/
               personnel compartment.

26-23.04.00 *  A 20-pound dry-powder hand fire extinguisher
               and 6-foot extension nozzle shall be installed
               near the ground emergency door in the aft main
               cabin.

26-23.05.00 *  Five Type A-20 hand fire extinguishers shall be
               installed in the main cabin cargo compartment,
               appropriately spaced on left and right sides
               (refer to 25-50.17.07 and 25-50.18.00).

26-23.06.00 *  A Type A-20 hand fire extinguisher shall be
               installed in the ARO compartment (refer to
               25-90.21.01).

26-24.00.00 *  AXES.

26-24.01.00 *  Four axes shall be installed, one in the flight
               compartment, one on the aft face of the lavatory,
               one near the ground emergency door in the aft main
               cabin and one in the ARO compartment.

26-25.00.00    SMOKE DETECTION SYSTEM, MAIN CABIN.

26-25.01.00    A smoke detection system shall be installed in the
               main cabin.

26-25.01.01    Smoke detectors shall be installed at strategic
               locations in the main cabin.  An annunciator
               light for each detector shall be installed on
               the flight engineer's instrument panel and shall
               illuminate when a detector senses the presence
               of smoke in the main cabin.

DS 5500 ATCA        09-30-77                    PAGE  120    CHAPTER   26

Ex.: 20; p.: 1094

26-25.01.02 *   A switch shall be installed on the flight engineer's
                instrument panel to disarm and test the smoke de-
                tection system.

26-25.01.03     Two annunciators shall be installed, one on the over-
                head switch panel and one on the flight engineer's
                instrument panel, to indicate detection of smoke in
                the main cabin.   This fault shall also activate the
                pilot's and flight engineer's master caution lights.

Ex.: 20; p.: 1095

27-00.00.00    FLIGHT CONTROLS.

27-00.01.00    The flight control system shall provide for manual
               (pilot) or automatic (autopilot) control of the
               flight attitude of the aircraft.  Figure 27-00
               illustrates the relationship between these controls.
               Refer to Figure 27-01 for flight control surface
               arrangement.

27-00.01.01    The basic command system linkage shall be mechanical
               closed-loop cable systems.

27-00.01.02    The system shall be such that no single failure
               shall result in loss of control of the aircraft.

27-00.01.03    The rudder pedals shall have guards installed above
               the cockpit floor to exclude loose objects.

27-00.01.04    The control column shape at the floor intersection
               shall be radii about the column pivot point to elim-
               inate the possibility of obstruction.

27-00.01.05    Means shall be provided to give adequate failure
               detection of single failures in dual type components
               so that such failures are detectable either in the
               air or by a ground checkout or inspection procedure.

27-00.01.06    Elevator, rudder, spoiler and aileron control sur-
               face position indicators shall be provided.

27-00.01.07    Each load-relieving shear device designed into the
               flight control system shall have inspection means
               provided to determine that the device has not been
               loaded beyond acceptable operating limits.

27-00.01.08    Mechanisms that incorporate these devices shall be
               identified either by standard color designation on
               the shear fitting or by a placard in a prominent
               position adjacent to the shear fitting.

27-00.01.09    Bolts in control system linkage and pulley supports
               shall be installed with the heads on the upper side
               of the connection point wherever possible.

27-00.01.10    Where bolts must be installed with the heads down,
               a secondary retention means shall be provided.

27-00.01.11    Pivot bolt holes in the control system linkage shall
               either be bushed or sufficient material allowed for
               bushing installation for repair.

27-00.01.20    No magnesium sheet or plate shall be utilized.

27-00.01.21    However, magnesium castings may be used in the
               following cockpit applications:

Ex.: 20; p.: 1096

27-00.01.22        – control columns and wheels, control pedestal and
                   subpedestal assemblies, rudder pedal assemblies,
                   rudder pedal torque tubes and rudder pedal sup-
                   ports.

27-00.01.23        Cockpit control clearances shall be such that there
                   will be no interference or obstruction of movement
                   under any combination of installed equipment posi-
                   tion possible in flight or on the ground.

27-00.01.24        The control wheels, control columns and parts
                   attached to the control column which would reflect
                   from the pilot's panel shall be black.

27-00.02.00        Stops and Adjustments

27-00.02.01        Positive stops shall be installed at the control
                   columns, aileron wheels and rudder pedals to pre-
                   vent movement beyond that necessary to operate the
                   control surfaces to the specified limits.

27-00.02.02        Control cables shall incorporate turnbuckles at
                   locations suitable for rigging and adjustments.

27-00.02.03        Cables shall be arranged to prevent cross connec-
                   tions and shall provide sufficient adjustment to
                   permit replacement with pre-manufactured and stock
                   cables.

27-00.02.04        Control rods shall incorporate threaded end fittings
                   or other suitable means of adjustment where
                   necessary.

27-00.02.05        Control surfaces and actuators shall be replaceable
                   without re-rigging the control cables.

27-00.02.06        Rigged position indicators shall be used wherever
                   practical and provisions for rigging pins shall be
                   made where their misuse will not create a hazard.

27-00.02.07        Instructions shall be provided for rigging the con-
                   trol system with the aircraft on or off the jacks,
                   with zero and approximately one-half fuel quantity.

27-00.02.09        Rigged cable systems shall be divided into as many
                   independently riggable elements as practicable.

27-00.03.00        Cable and Cable Fittings

27-00.03.01        All flexible control cables shall be either tinned
                   preformed steel, tinned and nylon coated preformed
                   steel or zinc and nylon coated preformed steel.

27-00.03.02        Pulleys or bellcranks shall be installed at all
                   points where cables change direction more than three
                   degrees.

Ex.: 20; p.: 1097

27-00.03.03     Swaged-end fittings shall be used.

27-00.03.04     All cables shall be proof tested.

27-00.03.05     Cantilever-mounted pulleys and rod ends shall incor-
                porate safety washers to guard against improperly
                installed bearings.

27-00.03.06     All cables and connections shall be accessible for
                inspection, maintenance and replacement.

27-00.03.07     All cables shall be protected against fouling, chaf-
                ing and corrosion.

27-00.03.08     Shielding and drainage shall be provided to guard
                against locking due to ice formation.

27-00.03.09     Space shall be provided for walking of cables in
                areas where cables pass through bulkheads, frames,
                supports, etc.

27-00.03.10     All pressure seal grommets shall be individually
                replaceable.

27-00.03.11     Shrouds shall be provided to protect cables passing
                under galleys and lavatories from liquid spillage.

27-00.03.12     Cables shall conform to applicable military speci-
                fication requirements.

27-00.03.13     Control system cable life shall be a minimum of
                12,000 flight hours when Douglas Aircraft recom-
                mended cable maintenance practices are followed.

27-00.05.00     Bearings

27-00.05.01     Antifriction-type bearings shall be used throughout
                the surface control system except where friction
                forces are not detrimental to the function of the
                system.

27-00.05.02     All antifriction-type bearings shall be dust sealed
                and grease packed, except needle-type roller
                bearings.

27-00.05.03     Bearing seals shall be compatible with the environ-
                ment.

27-00.05.04     Standard grease shall be specified for all bearings
                where operating temperatures permit.

27-00.05.05     Bearings installed in major control components such
                as gearboxes shall have a service life equal to or
                better than the expected overhaul period of the
                component involved.

27-00.06.00     Control Rods

27-00.06.01     All control rods shall be manufactured to one of two material specifications, one for aluminum and one for steel (with a standard heat-treat finish).

27-00.06.02     Control rod ends shall be of fixed type except where adjustment is required for system rigging.

27-00.06.03     Adjustable rod ends shall utilize standard thread-end-fittings, wherever possible, with a standard witness hole location.

27-00.06.04     Tubular steel control rods shall be hermetically sealed or treated internally and drained to prevent corrosion.

27-00.07.00     Control Cable Seals and Fairleads

27-00.07.01     The control cable pressure seals shall be of a molded, moly-filled, nylon material which contacts the moving bare cable.

27-00.07.02     These seals shall be of split construction and snapped into molded, silicon rubber, seal supports to permit replacement without disturbing cable rigging and to allow pilot force to pull the seal free of the rubber support in case of cable to pressure seal binding due to contamination.

27-00.07.03     The seal support design shall provide adequate adjustment for seal alignment to minimize cable friction.

27-00.07.04     Cable fairlead grommets shall be of similar con-struction, except the snap-in mounting supports shall be of rigid material.

27-00.07.05     Access shall be provided to all cable pressure seals to facilitate inspection and cleaning.

27-10.00.00     AILERONS AND CONTROL.

27-10.01.00     The ailerons shall provide a means for controlling aircraft roll attitude.

27-10.02.00     The ailerons shall be controlled by two separate closed-loop cable systems (one to each wing) routed directly from the flight compartment.

27-10.02.01     Each aileron shall be actuated by two independent hydraulic systems.

27-10.02.02     Aileron control system motion shall provide the input commands to the spoiler control system.

Ex.: 20; p.: 1099

27-10.03.00      The outboard ailerons shall be locked in the faired position when flaps and slats are retracted unless the alternate gear extension handle is latched in the landing gear free-fall position.

27-10.05.00      Load feel shall be provided by spring units located near the inboard ailerons.

27-10.05.01      Adjustment of the neutral point of the load feel spring units through a closed-loop cable system from the cockpit trim knob shall accomplish the trim function.

27-10.06.00      An aileron trim knob shall be installed accessible to both pilots.

27-10.06.01      A trim indicator shall be installed adjacent to the trim knob.

27-20.00.00      RUDDER AND CONTROL.

27-20.01.00      The rudders shall be hinged to the vertical stabilizer to control the yawing of the aircraft about the vertical axis.

27-20.01.01      Separate upper and lower rudder segments shall be used. Each rudder segment shall consist of a forward section and an aft section. The aft section shall be geared to operate with displacement proportional to forward rudder position.

27-20.01.02      The directional system shall be designed to meet all pilot, autopilot and stability augmentation control requirements.

27-20.02.00      The rudder shall be controlled by duplicate sets of pedals in the flight compartment.

27-20.02.01      Each pair of pedals shall be adjustable fore and aft by a single control providing simultaneous, no-slip, incremental adjustment of both pedals to accommodate pilots of varying stature.

27-20.02.02      Rudder pedal stature adjustment position indication shall be provided to permit adjustment to the desired setting.

27-20.03.00      A single two-way cable system shall transfer the pedal motion to hydraulic power control mechanisms on the upper and lower rudder segments.

27-20.04.00      Each rudder segment (upper and lower) shall be actuated by a single hydraulic actuator. The actuators are powered by different hydraulic systems. Power transfer to each actuator, when required, is available from another system.

Ex.: 20; p.: 1100

| | |
|---|---|
| 27-20.05.00 | Load feel shall be supplied by spring units located near the rudder. |
| 27-20.05.01 | Adjustment of the neutral point of the load feel spring through a two-way cable system from the cockpit trim knob shall accomplish the rudder trim function. |
| 27-20.06.00 | The upper and lower rudders shall respond to commands from the stability augmentation system in addition to pilot and autopilot commands. |
| 27-30.00.00 | ELEVATOR AND CONTROL. |
| 27-30.01.00 | The elevator control system shall provide the means for controlling aircraft pitching movements through the actuation of two elevator surfaces. |
| 27-30.02.00 | Each elevator shall be controlled by an independent two-way cable system from the control columns in the flight compartment. |
| 27-30.02.01 | Each elevator is divided into an inboard and outboard segment. |
| 27-30.02.02 | Dual control columns shall be interconnected by a bus torque tube in the flight compartment. |
| 27-30.03.00 | Each elevator segment shall be actuated by two independent hydraulic systems. |
| 27-30.04.00 | Load feel forces shall be provided by a mechanical spring-type load feel mechanism with a force gradient variable as a function of "q". |
| 27-40.00.00 | HORIZONTAL STABILIZER. |
| 27-40.01.00 | Pitch trim shall be provided by an adjustable horizontal stabilizer. |
| 27-40.02.00 * | Primary pitch trim shall be controlled by switches on the outboard horns of the pilot's and copilot's control wheel. |
| 27-40.02.01 | These switches shall operate hydraulic control valves which port fluid to the primary trim hydraulic motors used for stabilizer actuation. |
| 27-40.02.02 | Direct mechanical control of these valves shall be provided from handles located on the pedestal. |
| 27-40.04.00 | Two hydraulic motors shall be provided to actuate the stabilizer and shall drive through differential inputs to the stabilizer gearbox. |

Ex.: 20; p.: 1101

27-40.04.01     The horizontal stabilizer shall be positioned by two
                 interconnected, Acme-type, irreversible screwjacks
                 driven from the gearbox by a redundant chain drive.

27-40.04.02     The remaining screw shall be capable of restraining
                 the stabilizer after a screw failure.

27-40.04.03     One hydraulic motor shall provide automatic pilot
                 control at a lower rate than the primary trim rate.
                 A second hydraulic motor shall provide alternate
                 trim at a lower rate than the primary trim.

27-40.04.04     Switches installed on the control pedestal shall
                 control the alternate trim motor.

27-40.04.05     A rigged cable system driven by the stabilizer shall
                 operate a stabilizer position indicator located at
                 the pilot's station.

27-40.04.06     An aural stabilizer-in-motion warning function will
                 be provided.

27-40.04.07     A tooled neutral position indicator shall be pro-
                 vided at the stabilizer for rigging purposes.

27-40.05.00     Any single failure shall not induce uncommanded
                 stabilizer movement.

27-40.06.00     The screwjacks and nuts shall be interchangeable.

27-50.00.00     FLAPS.

27-50.01.00     Flap position control shall be obtained by a flap
                 control lever mounted on the pilot's control pedes-
                 tal accessible to both pilots.

27-50.01.01     Flap position shall correspond to flap lever posi-
                 tion.

27-50.01.02     Flap position shall be automatically limited as a
                 function of airspeed for flap lever positions
                 greater than 20 degrees.

27-50.02.00     One flap actuation system shall be installed.

27-50.02.01     The flap actuation system shall be powered by two
                 primary aircraft hydraulic systems.

27-50.03.00     Right and left flap positions shall be indicated
                 by a flap position indicator installed on the flight
                 instrument panel.

27-50.04.00     The aircraft shall be free from objectionable buffet
                 with flaps extended at all speeds from just above
                 prestall buffet speed up to the flap placarded
                 speed for each flap setting.

Ex.: 20; p.: 1102

| | |
|---|---|
| 27-60.00.00 | SPOILERS. |
| 27-60.01.00 | Five flight spoilers on each wing shall be used as speed brakes, ground spoilers and as flight spoilers to supplement the ailerons for lateral control at all speeds. |
| 27-60.02.00 | The flight spoilers shall be hydraulically actuated with a cylinder and control valve for each spoiler. |
| 27-60.02.02 | Three hydraulic systems shall each supply power to the flight spoilers symmetrically. |
| 27-60.02.03 | One symmetrical set of flight spoilers shall be controlled from a central command mixing mechanism. |
| 27-60.02.04 | The remaining set of spoilers shall be controlled from a second mixer. |
| 27-60.02.05 | Each mixer shall accept inputs from one of the aileron control systems and from the flight compartment speed brake-ground spoiler control lever. |
| 27-60.02.06 | The mixing mechanisms shall shape the relationship of flight spoiler deflection to aileron or control wheel position. |
| 27-60.02.07 | The mixing mechanisms shall supply spoiler motion in phase with aileron control regardless of speed brake position. |
| 27-60.02.08 | Variations in fuel loading shall not affect flight spoiler rigging tolerances. |
| 27-60.02.09 | Lateral control spoiler operation shall be retained throughout the approach and landing roll. |
| 27-60.02.10 | The spoiler system shall be so designed as to prevent drift-up of spoilers from the retracted position subsequent to a hydraulic system failure. |
| 27-60.03.00 | A speed brake-ground spoiler control lever in the flight compartment shall operate a common cable system to the two flight spoiler mixing mechanisms. |
| 27-60.03.01 * | Flight spoiler operation as speed brakes shall be symmetrical, shall be modulated by positioning the flight compartment control lever, and shall be limited to 0° with flaps extended 5° or more and 30° with flaps retracted. |
| 27-60.03.02 | This control lever shall have an armed position for the automatic actuation of ground spoilers. |

Ex.: 20; p.: 1103

27-60.03.03    With the lever in the armed position, all spoilers
               shall extend symmetrically when the main gear wheels
               spin up at touchdown.

27-60.03.04 *  The spoiler extension from wheel spin up will
               be limited to approximately "half throw" until
               compression of the nose gear oleo strut.

27-60.04.00    Operation to maximum deflection as speed brakes
               shall not cause objectionable buffeting or objec-
               tionable roll.

27-60.05.00 *  Manual deployment of ground spoilers shall be
               locked out on landing touchdown until the nose
               gear strut is compressed.

27-60.10.00    A system shall be installed in the aircraft for
               automatic deployment of the spoilers in the event
               of a rejected takeoff.

27-70.00.00    GROUND GUST PROTECTION.

27-70.01.00    The primary control surfaces shall utilize the hy-
               draulic cylinders in conjunction with control sur-
               face dampers to limit control surface velocities to
               prevent structural damage when exposed to ground
               gusts up to 70 mph.

27-70.02.00    Mechanical gust locks shall not be required.

27-80.00.00    LIFT AUGMENTING - WING LEADING EDGE SLATS.

27-80.01.00    The slats shall be extended and retracted in coordi-
               nation with flap operation by the flap control lever
               in the flight compartment.  During approach to clean
               stall, the outboard slats shall be partially
               extended automatically.

27-80.01.01    Means shall be provided for the pilot to separate
               the slat control system from the flap control lever
               permitting flap operation without slat operation.

27-80.01.02    Displacement of the flap control lever shall be
               transmitted to the slat control valves by a mecha-
               nical cable system.

27-80.01.03    Two hydraulic power subsystems shall be used for
               slat operation.

27-80.01.04    Surface position indicator sensor shall be replace-
               able without also replacing the slat actuators.

Ex.: 20; p.: 1104

27-90.00.00 *    AERIAL REFUELING BOOM.

27-90.01.00 *    Boom positioning shall be provided by hydraulic-ally powered aerodynamic control surfaces, and boom telescoping shall be provided by a hydraulic-ally powered drive unit. Control of these units shall be provided by an integrated, closed-loop, fly-by-wire, flight control system with fault monitoring and self-test. The primary control system shall provide vertical and lateral pos-ition control and telescope rate control dur-ing free flight. An Automatic Load Alleviation System (ALAS) shall also be provided to mini-mize radial nozzle loads in the coupled mode.

27-90.02.00 *    The boom position control system, telescope con-trol system and automatic load alleviation system (ALAS) shall satisfy the requirements of the following paragraphs. Each control and control system must operate with the ease, smoothness, and positiveness appropriate to its function.

27-90.03.00 *    The software developed for the ARB shall be written in the computer supplier's assembly language with English annotation.

27-90.04.00 *    A single failure condition not protected by safe life design shall not result in a hardover con-dition. In designing the ARB, the contractor shall consider the incorporation of sufficient redundancy to insure achievement of the 96% probability of mission success. The need for back-up electronic units which would allow refueling after most single electronic failures in order to meet the 96% requirement shall be determined by the contractor. A single failure condition within the boom system (other than the hydraulic system with-in the boom) shall not result in deactivation of both boom position and telescoping control. For a configuration that uses twin rudders, no single electronic failure within one rudder shall prevent the other rudder from operating.

27-90.10.00 *    Boom Position Controller

27-90.10.01 *    The boom position controller shall be a displace-ment type, back-driven by trim commands when in the coupled mode. The controller shall be located at the ARO station.

27-90.20.00 *    Boom Telescope Controller

27-90.20.10 *    The boom telescope controller shall be located at the ARO station with the following capabili-ties:

Ex.: 20; p.: 1105

27-90.20.11 *   Provides extension rates proportional to command
                inputs up to 4 feet per second.

27-90.20.12 *   Provide retraction rates proportional to command
                inputs up to 4 feet per second approaching full
                controller authority, and up to 10 feet per second
                at full controller authority.

27-90.30.00 *   Boom Position Control System

27-90.30.01 *   The stability margins within the control limit
                envelope (Figure 28-52) shall meet the require-
                ments specified in Figure 27-90-2 throughout the
                refueling speed/altitude envelope specified in
                paragraph 03-48.01.00 with no operator adjust-
                ment.   These stability margin requirements shall
                apply when the control system is operating in one
                of the three normal control modes and the boom is
                in the proper state attendant with that mode.
                These modes and states are:

                - Free flight mode with the boom uncoupled

                - Manual control mode with the boom coupled

                - ALAS control mode with the boom coupled

27-90.30.02 *   Stability criteria for abnormal combinations
                of control system mode and boom state shall
                be (TBD).

27-90.30.03 *   The boom position control system shall function
                as follows:

27-90.31.00 *   Operator In The Loop, Boom Not Coupled:

27-90.31.01 *   Boom control axes response characteristics
                within the contact and disconnect envelopes
                (Figure 28-52) shall satisfy the control re-
                sponse requirements specified in Figure 27-
                90-1 for step commands of 5 degrees of boom
                deflection throughout the refueling speed/
                altitude envelope specified in paragraph 03-
                48.01.00 with no operator adjustment.

27-90.31.02 *   The boom control axes position shall be propor-
                tional to the boom position control stick posi-
                tion within + 25 percent of the nominal ratio
                within the disconnect envelope (Figure 28-52)
                and throughout the refueling speed/altitude en-
                velope (paragraph 03-48.01.00) in the absence
                of external disturbances.

27-90.32.00 *   Operator Not In Loop, Boom Not Coupled:

Ex.: 20; p.: 1106

27-90.32.01 *    In the absence of the ARO commands, the control
                 system shall return the boom to the neutral
                 (rigged) position.

27-90.33.00 *    Operator Not In The Loop, Boom Coupled, ALAS
                 Active:

27-90.33.01 *    The ALAS mode shall be automatically activated
                 upon receipt of a discrete signal when full con-
                 tact is made with the receiver aircraft recep-
                 tacle, and shall be automatically deactivated
                 after manual or automatic disconnect and shall
                 gradually wash out within one second.

27-90.33.02 *    Radial loads on the nozzle and the receiver
                 receptacle shall be maintained below 500 pounds
                 under quasi steady state conditions throughout
                 the disconnect envelope (Figure 28-52) and the
                 speed/altitude envelope (paragraph 03-48.01.00),
                 and shall apply for a receiver aircraft slew
                 rate of one degree per second in addition to
                 clear air turbulence intensities in accordance
                 with paragraph 3.7 of MIL-F-8785B, Amendment 2.

27-90.34.00 *    Operator In The Loop, Boom Coupled, ALAS Active:

27-90.34.01 *    Meet the requirements of paragraph 27-90.33.01.

27-90.35.00 *    Operator Not In The Loop, Boom Coupled, ALAS
                 Inactive:

27-90.35.01 *    The control stick shall track boom position such
                 that boom pitch or roll transients at disconnect
                 will be less than 25% of the transient which would
                 occur if the control stick were centered at the
                 time of disconnect.

27-90.36.00 *    Operator In The Loop, Boom Coupled:

27-90.36.01 *    The ARO shall have the capability to override
                 and disengage the ALAS.

27-90.40.00 *    Boom Telescope Control System

27-90.40.01 *    The boom telescoping control system shall be
                 provided to extend and retract the telescopic
                 portion of the boom assembly.  The system shall
                 be operable in a manual mode or an automatic
                 retraction mode as follows:

27-90.40.02 *    In the manual mode both extension and retraction
                 shall be commanded by the ARO as described in
                 paragraph 27-90.20.00.

Ex.: 20; p.: 1107

27-90.40.03 *    During free flight, the telescoping tube shall
                 maintain the commanded rate any place within the
                 control envelope with the following tolerances:

                 <4 fps ±10%

                 ≥4 fps ±20%

27-90.40.04 *    The telescoping control system shall be capable
                 of maintaining boom extension with an axial push
                 force of no less than 200 pounds on the receiver
                 so that contact can be maintained and fuel trans-
                 ferred to the receiver aircraft after failure of
                 receptacle latching devices.

27-90.40.05 *    The receiver aircraft shall be able to pull the
                 telescopic section of the boom with a breakout
                 force of 1400 ± 140 pounds acting along the axis
                 of the boom with the boom at the upper/outer dis-
                 connect limit (Figure 28-52).

27-90.40.06 *    The receiver aircraft shall be able to push the
                 telescopic section of the boom with a breakout
                 force of 600 ± 200 pounds acting along the axis
                 of the boom with the boom at the upper/outer
                 disconnect limit (Figure 28-52).

27-90.40.07 *    A selectable automatic retract at disconnect
                 capability shall be provided.

27-90.40.08 *    In the automatic retract mode, an automatic
                 retraction shall be commanded by a disconnect
                 signal. The automatic retraction rate shall
                 be 10 (+0 -2) feet per second.

27-90.50.00 *    Warning system

27-90.50.01 *    The Automatic Load Alleviation System (ALAS)
                 and boom flight control system shall incorp-
                 orate a warning which is clearly distinguish-
                 able to the ARO under expected flight condi-
                 tions without requiring his attention. The
                 failure warning must be provided for any fail-
                 ure in the ALAS or flight control system, other
                 than structural elements, which could result
                 in an unsafe condition if the ARO were not
                 aware of the failure. The warning system must
                 not activate the control system.

Ex.: 20; p.: 1108



**FIGURE 27-00 FLIGHT CONTROL SYSTEM**



FIGURE 27-01 FLIGHT CONTROL SURFACES

Ex.: 20; p.: 1110

DS 5500 ATCA          09-30-77

Case3:11-cv-00061-JSW   Document73-1   Filed01/24/11   Page53 of 100

DS 5500 ATCA

09-30-77

PAGE 137

Ex.: 20; p.: 1111

CHAPTER

27

| SPATIAL ENVELOPE | RISE TIME * SECONDS | OVERSHOOT % | SETTLING TIME ** SECONDS |
|---|---|---|---|
| CONTACT | ≤1.3 | ≤20 | ≤2.3 |
| BETWEEN CONTACT AND DISCONNECT | ≤1.4 | ≤30 | ≤3.0 |

\*    Time to 90% of Final Value

\*\*   Time to Settle to Final Value ±5%

**FIGURE 27-90-1 BOOM FREE-FLIGHT CONTROL RESPONSE REQUIREMENTS FOR PITCH AND ROLL AXES**



**NYQUIST PLOT**
**GAIN STABILIZED BENDING**

RIGID BODY
GAIN MARGIN ⟶
⟶ UNIT CIRCLE

RIGID BODY
PHASE MARGIN
⟶ BENDING GAIN MARGIN

MINIMUM RIGID BODY GAIN MARGIN     6 dB
MINIMUM RIGID BODY PHASE MARGIN   30 DEGREES
MINIMUM BENDING GAIN MARGIN        8 dB

**NYQUIST PLOT**
**PHASE STABILIZED BENDING**

⟶ UNIT CIRCLE

GAIN MARGINS
BENDING
RIGID BODY

PHASE MARGINS
RIGID BODY
BENDING

MINIMUM RIGID BODY GAIN MARGIN       6 dB
MINIMUM RIGID BODY PHASE MARGIN     30 DEGREES
MINIMUM BENDING GAIN MARGIN          8 dB
MINIMUM BENDING PHASE MARGIN        50 DEGREES

**FIGURE 27-90-2 STABILITY MARGIN REQUIREMENTS**

Ex.: 20; p.: 1112

28-00.00.00        FUEL SYSTEM.

28-00.01.00        The aircraft fuel system shall function satisfactorily at any altitude up to and including the maximum certificated altitude of the aircraft with the following fuels (as permitted by the engine manufacturers specification):

28-00.01.01 *     - JP-4 and JP-5 in accordance with MIL-J-5624, JP-7 in accordance with MIL-T-38219 and JP-8 in accordance with MIL-T-83133

28-00.01.02 *     - commercial turbine fuel type A, A-1, and B in accordance with Specification ASTM D-1655.

28-00.01.03        The fuel system shall accommodate the above fuels utilizing biobor JF additives in the concentration of 270 parts per million (ppm).

28-00.02.00        The foregoing assumes that the fuel remains liquid under the operating conditions encountered by the aircraft.

28-00.04.00 *     All fuel shall be available for internal use or aerial transfer except that the quantity of fuel required by FAR Part 25 (jettison reserves) shall be retained in the tanks following aerial refueling. Additional fuel may be transferred at the discretion of the flight engineer.

28-00.05.00 *     The fuselage fuel tank system shall comply with FAR 25 Airworthiness and Level of Safety Requirements for all conditions, including aerial refueling mode.

28-00.06.00 *     Fuselage fuel tanks, the associated fuel system, centerline boom and hose/drogue aerial refueling system shall be capable of being isolated from the aircraft fuel system such that at least two actions must be taken to transfer basic aircraft fuel into the fuselage tanks.

28-10.00.00        TANKS.

28-10.01.00 *     Wing Tanks

28-10.01.01 *     The wing structure outboard of the fuselage shall be divided to make three tanks, with the inboard section of each wing volume made to act together as one tank.

28-10.01.02 *     Access shall be provided for inspection of the inside of the tanks.

28-10.01.03 *     Wing fuel tanks shall be sealed with sealants such as Products Research PR1422.

EX. 20; p. 1113

28-10.01.04 *    The center wing structure shall be used as a fuel
                 tank.

28-10.02.00      Corrosion prevention treatment equal to or exceeding
                 the requirements of MIL-C-27725 shall be applied.

28-10.03.00      Flush-type, self-closing drain valves shall be
                 installed to permit draining accumulated water
                 from the ground attitude low points of the tank.

28-10.03.01      Drain valves shall be so constructed that the pri-
                 mary seal may be replaced without draining the tank.

28-10.03.02      Drainage paths and filler materials shall be pro-
                 vided, as required in the lower tank structure to
                 permit water which might otherwise be trapped to
                 gravitate to the drain outlets.

28-10.03.03      Remotely located tube-type drain valves may be
                 employed where structural design penalties for
                 valve installation at the low point are severe.

28-10.03.04      The pickup end of each tube-type drain shall be
                 located within 1/8 inch of the low point bottom
                 surface.

28-10.04.00      The following fuel system equipment shall be re-
                 placeable without excessive spillage or draining of
                 the tank below the level of the upper wing access
                 door for the component:

28-10.04.01      - pressure sensors

28-10.04.02      - rotating portions of pumps

28-10.04.03      - working portions of mechanically and electrically
                   controlled valves except simple parts of well
                   proven reliability.

28-10.05.00 *    Lower Fuselage Fuel Tanks

28-10.05.01 *    Three bladder fuel cells shall be installed in
                 the forward fuselage fuel tank compartment.

28-10.05.02 *    Four bladder fuel cells shall be installed in
                 aft fuselage fuel tank compartment.

28-10.05.03 *    Fuel bladder cells shall be installed through access
                 doors located in the bottom of the aircraft.

28-10.05.04 *    The fuel bladder cells shall be laced to fuselage
                 bulkheads and panels.

28-10.05.05 *    Access doors shall be provided in the bottom of
                 each fuel bladder cell to accommodate equipment
                 installation and maintenance.

28-10.05.06 *     Large gravity interconnects shall be installed between each fuel cell of the fuselage tanks to allow fuel to flow to the aft cell of each tank.

28-10.06.00 *     The fuel tanks shall provide for the following approximate usable fuel capacities at a density of 6.5 lb/gal:

28-10.06.01 *     
| | |
|---|---|
| TOTAL FUEL CAPACITY | 356,065 lb |
| TOTAL WING FUEL CAPACITY | 238,236 lb |
| TOTAL FUSELAGE FUEL CAPACITY | 117,829 lb |

28-10.06.02 *     Number 1 Main Tank          39,489 lb

28-10.06.03 *     Number 2 Main Tank          63,485 lb

28-10.06.04 *     Number 3 Main Tank          39,489 lb

28-10.06.05 *     Center Wing Tank          95,182 lb

28-10.06.07 *     Line, Manifold and Engines          591 lb

28-10.06.08 *     Forward Fuselage Fuel Tank          53,655 lb

28-10.06.09 *     Aft Fuselage Fuel Tank          64,174 lb

28-10.07.00     Fill shutoff controls shall provide usable capacities appropriate to this aircraft.

28-11.00.00 *     WING TANKS VENT SYSTEM.

28-11.01.00     A fuel tank vent system shall be provided.

28-11.02.00     The system shall prevent siphoning or spillage during any normal flight or ground maneuver.

28-11.03.00     The vent outlet shall be flush with the bottom of the wing and designed to prevent exposure to lightning or streamering, as well as to preclude blockage by ice formation.

28-11.03.01     The outlet shall be located clear of probable lightning strike areas and designed to prevent electrostatic charge buildup.

28-11.04.00     The design of the vent system shall provide protection against flame propagation through the system at least equivalent to present Douglas transport aircraft. In addition, the design shall be compatible with the installation of presently available vent system flame suppression systems.

28-12.00.00 *   FUSELAGE TANKS VENT SYSTEM.

28-12.01.00 *   A vent system for the fuselage fuel tanks shall
                be installed in accordance with paragraphs 3.9
                through 3.9.4.1 of MIL-F-38363B to prevent si-
                phoning and spillage of fuel and to protect the
                fuel tanks from destructive pressure.  However,
                minor pressure differential across the bladder
                cells, within the strength capability of the
                cells shall be acceptable.

28-12.02.00 *   The forward fuselage fuel tank vent line shall tee
                into the No. 1 and No. 2 wing vent line.

28-12.03.00 *   The aft fuselage fuel tank vent line shall tee
                into the center wing and No. 3 vent line.

28-12.04.00 *   Auxiliary climb vents shall be located in the for-
                ward end of each fuel cell.  The climb vents shall
                contain a float valve and be connected to the vent
                manifold.

28-20.00.00     FUEL DISTRIBUTION.

28-20.01.00     Refer to Figure 28-20.

28-20.02.00 *   Each engine shall be fed from the closest main tank
                during normal operation.

28-20.02.01 *   The center wing, forward fuselage, and aft fuse-
                lage tanks, when used for engine feed, shall
                transfer to the three main tanks.

28-20.02.04 *   All fuel tanks shall be capable of transferring
                to any other tank.

28-20.03.00 *   During abnormal conditions it shall be possible to
                feed any engine from any tank.

28-20.04.00     During normal operation, APU fuel shall come from
                the number two tank.

28-20.05.00 *   Two alternate transfer valves shall be installed
                to allow fuel from the fuselage tanks to be trans-
                ferred to the fill/transfer manifold by the re-
                fueling pumps.

28-21.00.00     PUMPS.

28-21.01.00     Each main fuel tank shall be equipped with elec-
                trically driven boost pumps to deliver fuel to the
                engine.

28-21.01.01     An individual low pressure amber caution light
                shall be provided in the flight compartment for
                each tank-mounted fuel boost pump.

Ex.: 20; p.: 1116

28-21.01.02 *   The center wing tank shall be equipped with two
                electrically driven boost pumps for transfer to
                the fuel manifold.

28-21.01.03 *   One electric transfer pump shall be installed in
                the left wing main tank and one in the right wing
                main tank capable of transferring fuel from the
                wing tip compartment to the inboard compartment.

28-21.01.04 *   The underwing barrel compartment of the center wing
                tank shall be equipped with two electrically driven
                boost pumps for transfer to the upper compartments
                of the center wing tank.

28-21.02.00     A D-C powered boost pump shall be installed in the
                number two tank to supply fuel to the APU for
                starting.

28-21.03.00     In the event of the failure of the fuel pumps supply-
                ing either of the wing engines, the system shall per-
                mit sustained flight with the engine operating satis-
                factorily at any thrust up to maximum continuous
                power, if altitude, attitude and maneuver limits
                are observed.  These limits shall be published in
                the aircraft flight manual.

28-21.04.00     Each fuel pump in the aircraft system shall be
                capable of operating dry for a reasonable time
                after normal wet operation to permit later turn
                off according to the shutdown sequence.

28-21.04.01 *   Each electrically driven pump shall incorporate
                thermal protection designed to preclude activa-
                tion from normal electrical fluctuation or elec-
                trical faults for which circuit breaker protec-
                tion shall be provided.

28-21.05.00     Provisions shall be made to assist in boost pump
                removal when seal adhesion requires added force.
                Means shall be provided to assure proper alignment
                and seating of the boost pumps during reinstalla-
                tion.

28-21.06.00 *   Each boost pump will be capable of supplying max-
                imum fuel supply requirements for two engines.

28-21.07.00 *   Two hydraulically driven aerial refueling pumps
                shall be installed in the aft face of the forward
                fuselage fuel tank.

28-21.07.01 *   Two hydraulically driven aerial refueling pumps
                shall be installed on the rear spar area of the
                center wing tank.

28-21.08.00 *   Two hydraulically driven aerial refueling pumps shall be installed on the aft face of the aft fuselage fuel tank.

28-21.08.01 *   The refueling pumps shall be installed inside the tanks and hydraulic drive motors attached to the pumps from outside the tanks.

28-21.09.00 *   The refueling pumps shall be controlled by an electric servo control system with a variable displacement hydraulic driven motor to maintain constant nozzle fuel pressure of 50 psig from no flow (10cc/min) to 1500 gpm.

28-21.10.00 *   The forward fuselage fuel tank shall contain one electric transfer pump to permit the transfer of fuel to the fill/transfer manifold.

28-21.11.00 *   The aft fuselage fuel tank shall contain one electric transfer pump to permit the transfer of fuel to the fill/transfer manifold.

28-21.12.00 *   An electric pump, inlet line, shutoff valve and discharge line shall be installed to drain the boom after stowage.

28-21.13.00 *   An electric pump, inlet line and shutoff valve shall be installed to drain the aerial refueling manifold and UARRSI manifold and transfer fuel into the number 2 main tank.

28-21.14.00 *   Ejector pumps will automatically be operated from both the transfer pump and aerial refueling pumps to scavenge fuel and/or water from low points in the forward cells of the fuselage tanks and discharge into the aft cell.

28-21.15.00 *   Aerial refueling pump capacity shall be sufficient to provide the fuel flow specified in paragraph 28-21.09.00 from any combination of four (4) aerial refueling pumps.

28-22.00.00     FUEL LINES.

28-22.01.00 *   Aluminum alloy tubing shall be used throughout the fuel system except where heat, potential fire or other safety reasons dictate a different material.

28-22.02.00 *   Stainless steel tubing completely shrouded with vented and drainable aluminum tubing shall be used for all normally pressurized fuel lines within the pressurized sections of the fuselage.

Ex.: 20; p.: 1118

28-22.03.00 *    Any pipe connections of normally pressurized fuel
                 lines in nonpressurized areas within the fuselage
                 shall be shrouded and drained overboard or con-
                 nected into the shroud drain system.

28-22.04.00      Fire resistant hose or stainless steel tubing shall
                 be used in all designated fire zones.

28-22.05.00      Means to prevent the buildup of excessive surge and
                 thermal expansion pressures within the fuel lines
                 shall be incorporated in valves as necessary.

28-22.06.00      The use of hoses shall be minimized.

28-22.07.00 *    Aerial refueling and UARRSI manifold pipe connec-
                 tions shall be shrouded and drained when install-
                 ed within the pressurized section of the fuselage.

28-23.00.00      ENGINE FUEL SHUTOFF.

28-23.01.00      A mechanically actuated fuel-fire shutoff valve
                 for each engine shall be installed as near as
                 practical to the tank boundary.  A second
                 mechanically actuated fuel-fire shutoff valve for
                 the number 2 engine shall be installed in the
                 number 2 engine aft fuselage fuel line.

28-23.01.01      These valves shall be controlled by the fire control
                 handle in a manner to insure actuation sequentially
                 prior to arming the firex discharge system, with
                 incremental handle travel for valve actuation
                 clearly and permanently marked.

28-23.01.02      The control for each engine valve shall be independ-
                 ent of the other engine fuel valves.

28-23.02.00      A solenoid-actuated, fuel-fire shutoff valve for
                 the APU shall be installed outside of the APU
                 compartment.  A second solenoid-actuated, fuel-fire
                 shutoff valve for the APU shall be installed near
                 the number two tank boundary.

28-24.00.00      GROUND REFUELING.

28-24.01.00 *    The refueling system shall include four interna-
                 tional standard pressure refueling receptacles
                 mounted in the wings, and two receptacles mounted
                 in the right hand main wheel well accessible from
                 an existing step on the wheel well door.

28-24.01.01      Each fueling adapter shall incorporate replaceable
                 adapter flanges.

28-24.02.00 *     The initial fill rate shall be a minimum of 1,250
                  gallons per minute when filling through any two
                  wing receptacles, or a minimum of 1,600 gallons
                  per minute through four receptacles, with 50 psi
                  at the nozzles and all tanks receiving.  The fill
                  rate through the ground accessible refueling sta-
                  tion shall be a minimum of 1,000 gallons per min-
                  ute with 50 psi at the nozzles and all tanks
                  receiving.

28-24.03.00 *     A fueling control panel shall be located in the
                  vicinity of the fueling receptacles in the right
                  wing.

28-24.03.01 *     The access doors shall be located, hinged or re-
                  strained in such a manner that they cannot foul
                  or be fouled by any leading-edge device whether
                  door is latched or not.

28-24.03.02 *     The complete ground fueling operation may be com-
                  pleted using battery power only.  The fueling oper-
                  ation may be completed from the wing refueling sta-
                  tion without the need for entering the flight com-
                  partment; refueling from the ground accessible
                  refueling station may require control from the
                  flight compartment.

28-24.04.00 *     The wing panel shall contain controls as follows:

28-24.04.01       - to allow any or all tanks to be filled without
                  having someone in the flight compartment

28-24.04.02       - to check functionally the high level shutoff
                  system for each fueling shutoff valve.

28-24.04.03       It shall be possible to provide for automatic fil-
                  ling of each tank to any partial level by preselect-
                  ing the desired quantity on individual tank selec-
                  tors.

28-24.05.00 *     The ground accessible refueling station shall be
                  certified for FAA operation and shall include:
                  static grounding receptacles, illumination lights,
                  shut off valve control switch and interphone jack
                  accessibility.

28-24.07.00 *     The occurrence of electrostatic charge shall be min-
                  imized by avoiding high velocity fuel discharges and
                  sharp projections within the tanks.

28-24.08.00       Each fill shutoff valve shall be provided with means
                  for manual override.

Ex.: 20; p.: 1120

28-24.08.01 *   Access to the main tank fill shutoff valves shall
                be through quick-opening, non-stressed doors in
                the lower surface of the wing leading edge and
                shall not require the removal of screws.

28-24.08.02 *   Access doors shall be installed in the main cabin
                floor to gain access to the forward fuselage fuel
                tank fill valve.

28-24.08.03 *   Access to the aft fuselage fuel tank fill valve
                shall be accomplished from the right hand main
                landing gear wheel well.

28-24.08.04 *   Access to the upper and lower center wing fuel tank
                compartment fill valves shall be accomplished
                from the center landing gear well door.

28-25.00.00     GROUND DEFUELING.

28-25.01.00     A defueling system shall be installed.

28-25.02.00     Controls shall be at the fueling station and ar-
                ranged so the door cannot be closed unless the con-
                trols are in the correct position for flight.

28-25.03.00 *   With two nozzles connected on each side of the
                aircraft, with crossfeed valves open and with the
                boost pumps turned on, it shall be possible to
                defuel the aircraft of all usable fuel at an initial
                rate of 650 gallons per minute minimum, providing
                that the pressure at the nozzle is maintained at
                zero.

28-25.03.01 *   With two nozzles connected at the ground accessible
                refueling station, it shall be possible to defuel
                the aircraft of all useable fuel at an initial rate
                of 325 gallons per minute minimum providing that the
                pressure at the nozzle is maintained at zero.

28-25.04.00     It shall be possible to defuel to a level of 25 per-
                cent of capacity of main tanks through the tank fill
                system by applying suction at the pressure fill
                receptacle.

28-25.04.01 *   With one nozzle connected to each side of the air-
                craft and while drawing fuel from all three main
                tanks, it shall be possible to defuel at an ini-
                tial combined rate of 200 gallons per minute, mini-
                mum, with a suction of -3 psig at each nozzle.

28-30.00.00     FUEL DUMPING SYSTEM.

28-30.01.00     Refer to Figure 28-20.

Ex.: 20; p.: 1121

| | |
|---|---|
| 28-30.02.00 | An electrically controlled dumping system shall be installed to provide fuel jettisoning for reduction of the aircraft gross weight. |
| 28-30.03.00 | The system shall consist of internal piping in the main fuel tanks. |
| 28-30.03.01 | The piping shall be routed from the fill/crossfeed manifold through the rear spar shutoff valve to a fixed dump chute in each wing. |
| 28-30.03.02 | Both valves shall be operated from a single switch in the flight compartment. |
| 28-30.04.00 * | Fuel dumping shall be permissible with the flaps at any position, gear-up or gear-down. |
| 28-30.05.00 | Means shall be installed to automatically terminate fuel jettisoning at a predetermined fuel level. |
| 28-30.06.00 | The advisory lights, located adjacent to the fuel dump switch, shall indicate whenever the fuel dump valves are open. |
| 28-30.07.00 * | Fuel in the forward and aft fuselage tanks may be dumped as a part of the main system through the fill/crossfeed manifold by activating the transfer pumps or refuel pumps. |
| 28-40.00.00 | FUEL INDICATING. |
| 28-41.00.00 | CAPACITANCE TYPE FUEL QUANTITY INDICATING. |
| 28-41.01.00 | A capacitance-type fuel quantity measuring system, calibrated in pounds, shall be installed. |
| 28-41.01.01 * | The performance of the fuel quantity indicating system for the fuselage tanks shall be in accordance with paragraphs 3.10 of MIL-F-38363B. |
| 28-41.02.00 | The capacitance probes and dielectric compensating units shall be nonhygroscopic. |
| 28-41.02.01 | The compensators in the three main tanks shall be removable through the top of the wing. |
| 28-41.03.00 | Individual fuel tank quantity indication, with counter readout, shall be displayed in the flight compartment. |
| 28-41.03.01 | Individual tank quantity repeaters, with counter readout only, shall be displayed at the refueling control station. |

Ex.: 20; p.: 1122

28-41.04.00      A total fuel quantity totalizer indicator, which includes a counter-type gross weight and total fuel readout, shall be displayed in the flight compartment.

28-41.05.00      The fuel quantity indicating system shall be integrated with a fuel load preselect system to provide automatic partial fuel loading of individual tanks.

28-41.06.00 *    The fuel quantity indication system tolerances shall be as follows, based on a fuel density of 6.5 pounds per gallon and a dielectric constant of 2.09:

28-41.06.01 *    On the ground - Within an aircraft attitude envelope of plus or minus three degrees pitch and roll, accuracy of the system shall be within 1.0 percent of full scale plus 2.0 percent of indication except for the fuselage tanks at fuel levels below 5% of tank capacity. The accuracy at fuel levels below 5 percent will be determined during ground tests.

28-41.06.02 *    In flight - Within an aircraft attitude envelope of plus or minus one degree roll and plus five degrees minus three degrees pitch, accuracy of the system shall be within 1.0 percent of full scale plus 2.0 percent of indication except for the fuselage tanks at fuel levels below 5% of tank capacity.

28-41.06.03      Master and repeater indicators shall agree within 0.5 percent of full scale.

28-41.06.04      The totalizer indicator shall agree with the sum of the master indicators within one percent of the full scale of the totalizer.

28-41.06.05 *    The guaranteed performance of the fuel quantity gaging system shall be based on the use of commercial grade kerosene types A, A-1, and B and/or JP-4, JP-5, JP-7 and JP-8.

28-41.07.00      Onboard calibration of the system shall not be required to maintain the accuracy of the system within the guaranteed limits.

28-41.08.00      Wiring installations, ground return circuits, and bonding shall be designed to provide satisfactory operation in the aircraft environment.

Ex.: 20; p.: 1123

28-42.00.00      SECONDARY FUEL QUANTITY MEASURING.

28-42.01.00 *   A secondary visual fuel quantity indicating system for the wing tanks, calibrated in inches, shall be installed for ground operation only.

28-42.01.01     An aircraft ground attitude indicating device shall be installed in a location suitable for use by ground personnel.

28-42.01.02     If the secondary visual fuel quantity measuring system utilizes a stick, it shall be of the dripless dipstick-type.

28-43.00.00      FUEL TEMPERATURE INDICATING.

28-43.01.00     Fuel temperature indication for number three fuel tank shall be provided in the flight compartment.

28-50.00.00 *   AERIAL REFUELING SYSTEM.

28-50.01.00 *   The aircraft shall incorporate an aerial refueling receptacle for receiving fuel and a centerline boom and hose reel/drogue for off-loading fuel with applicable controls and displays.

28-50.02.00 *   The ARO station shall be accessible and the centerline boom and hose reel/drogue shall be useable on all missions.

28-50.03.00 *   The aerial refueling system shall comply with FAR Part 25, Airworthiness and Level of Safety Requirements for all conditions, including aerial refueling mode.

28-50.03.01 *   A fuel flow rate measuring capability from zero to the maximum possible flow rate shall be provided. The accuracy of the fuel flow transmitter shall be as follows:

| Flow, lb/min | Room Temp Tolerance, lb/min | Adverse Temp Tolerance, lb/min |
|---|---|---|
| 0 | ± 67 | ±100 |
| 1000 | ± 25 | ± 30 |
| 2000 | ± 25 | ± 35 |
| 3000 | ± 40 | ± 55 |
| 4000 | ± 60 | ± 80 |
| 6000 | ± 70 | ±100 |
| 8000 | ±120 | ±180 |
| 10000 | ±220 | ±290 |
| 13000 | ±390 | ±490 |

Ex.: 20; p.: 1124

28-50.04.00 *   The tanker fuel system/aerial refuel system
                including fuel pressure regulation or any
                other subsystem supplying power to the fuel
                system/aerial refuel system upstream of the
                boom and hose-reel to airframe interface,
                shall be designed such that a single failure
                condition, not shown to be acceptable remote:

                (1) Shall not prevent safe fuel transfer and

                (2) Shall not prevent either the tanker or
                    the receiver aircraft from completion
                    of its mission in a safe manner and any
                    combination of two failure conditions,
                    not shown to be acceptably remote,
                    shall not result in an unsafe condition.

28-51.00.00 *   UARRSI SYSTEM.

28-51.10.00 *   A UARRSI shall be installed in the forward section
                of the aircraft faired with the upper skin directly
                aft of the flight compartment.  The receptacle loca-
                tion shall be aerodynamically compatible with both
                the KC-135 and ATCA boom aerial refueling system.
                The UARRSI shall be XAR Part Number 1011-1-00-XX-3.

28-51.10.01 *   The UARRSI shall be located in an area which has
                no components that protrude above the aircraft
                contour, such as antennas, lights, etc., which
                would be subject to damage by the boom.  This
                area shall be defined as:

                - a path 8 feet long, forward of the receptacle
                  and 5 feet wide centered with the receptacle

                - a 2-foot distance on each side and aft of the
                  receptacle face.

28-51.11.00 *   Aerial refueling manifold lines shall connect
                directly into the existing aircraft fill/cross-
                feed manifold.  The fuel on-load rate shall be
                1,200 gpm (required) and 1,350 gpm (desired).
                Surge pressure generated at fuel shutoff shall
                not exceed 240 psi.

28-51.12.00 *   The aerial refueling installation area shall be
                marked as shown on Figure 28-51.  The surface
                near the slipway shall be painted with dark grey
                lusterless (36231) Federal Standard 595 paint.

28-51.13.00 *  The UARRSI shall be installed in accordance with
MIL-F-38363B paragraphs 3.12.3.1.3, 3.12.3.1.4,
3.12.3.2.1, 3.12.3.2.2, 3.12.3.3.1, 3.12.3.3.5.2,
3.12.3.3.5.3, 3.12.3.3.8 and 3.12.3.3.9 assuming
a KC-135 boom and FAR Part 25 airworthiness and
levels of safety requirements for all conditions
including the refueling mode.

28-51.14.00 *  Aircraft structure surrounding the receptacle/slip-
way shall be capable of withstanding impact imposed
by inadvertent contact with the boom nozzle.  Ulti-
mate design loads of 750 pounds laterally and 1,800
pounds vertically shall be used for the skin area
twelve inches out from the perimeter of the recep-
tacle face slipway installations.

28-51.15.00 *  Refer to 33-48.50.00 for UARRSI lighting.

28-51.16.00 *  Indicator lights for Ready (blue), Latched
(green), Disconnect (amber), and Override (amber)
shall be installed in accordance with MIL-F-
38363B and shall have the capability of being
dimmed by means other than a rheostat.  The over-
ride light shall be separated from the ready,
latched, and disconnect lights.

28-51.16.01 *  Each indicator light will not have to be indi-
vidually dimmed, if the lights are balanced.

28-51.17.00 *  The signal amplifier shall be Class 4 P/N M38449-4.
All wires connecting to the signal pin of the ampli-
fier or to the receptacle induction coil shall be
shielded.  The intercommunication capability shall
be connected into the flight interphone system.

28-51.18.00 *  A refuel disconnect switch shall be installed on
each pilot's control wheel so it can be thumb
actuated without shifting of the pilot's hand
position.

28-51.19.00 *  A fuel pressure disconnect switch shall be install-
ed to initiate a refuel disconnect when the fuel
pressure exceeds 90 psig.

28-52.00.00 *  AERIAL REFUELING BOOM SYSTEM.

28-52.10.00 *  An aerial refueling boom (ARB) shall be installed
on the fuselage centerline with the pivot located
at approximately station 1985.

Ex.: 20; p.: 1126

28-52.11.00 *    The minimum operating envelope shall be as shown in Figure 28-52 throughout the speed/altitude envelope defined in 03-48.01.00. The disconnect envelope defines the spatial volume within which fuel transfer normally occurs and at whose outer boundaries disconnect must occur. The disconnect system shall anticipate the outer boundary and automatically disconnect at, or before, the time the nozzle tip intercepts the boundary. The control envelope defines the spatial volume within which boom position control authority shall be continuously available. The contact envelope defines the spatial volume within which contact normally occurs. The stowage envelope defines the area within which the boom control authority can move the boom from the control envelope limits to the stowed position.

28-52.11.01 *    The boom system shall incorporate variable pitch and azimuth disconnect limits which shall be adjustable in flight throughout the disconnect envelope.

28-52.11.02 *    A fluorescent yellow stripe eight inches wide shall be installed along the bottom centerline of the aircraft from the boom pivot forward to approximately the middle of the aircraft. Black lateral stripes shall be installed at ten-foot intervals along the bottom fuselage from the boom pivot point forward to approximately the middle of the aircraft. The stripes shall extend upward approximately half the height of the fuselage.

28-52.12.00 *    A system shall be provided to allow disconnect of the nozzle from the receiver aircraft without depending on the receiver disconnect system. The system shall indicate the number of independent disconnects remaining at the ARO station, and shall be capable of providing at least nine (9) disconnects per flight.

28-52.13.00 *    The nozzle shall be compatible with receptacles designed in accordance with the requirements of MS-27604 and MIL-R-27521, including USAF drawing 73365 (UARRSI). The nozzle assembly shall mate with the receiver receptacle and provide toggle latch engagement at the extremes of the contact envelope (Figure 28-52) when relative difference of aircraft roll with zero yaw are considered. The induction coil, including voice intercommunication, shall operate satisfactorily throughout the disconnect envelope (Figure 28-52). The ARB system shall provide boom/nozzle space position information inputs to the ARO indicating system and to the receiver pilot director light system. The boom telescoping tube shall be color coded with fluorescent markings to provide envelope information to the receiver aircraft pilot.

28-52.14.00 *    The primary method for stowing the boom shall be through normal flight into the stowed position.

28-52.15.00 *    A secondary stowing method shall be provided which utilizes a cable hoist.

28-52.16.00 *    The boom system shall utilize 5-inch diameter manifold lines and be capable of flow rates up to 1500 gpm at 50 psig regulated pressure 44 inches upstream of the nozzle tip when the boom nozzle is in the nominal envelope position.

28-52.17.00 *    The aerial refueling boom system shall be designed to withstand the following pressures:

28-52.17.01 *    120 psig operating pressure, including pressure head for a fully extended boom at the maximum down elevation angle.

28-52.17.02 *    240 psig proof/limit pressure without permanent deformation or impairment of life or operation.

28-52.17.03 *    360 psig ultimate pressure without permanent deformation, evidence of rupture or external leakage.

28-52.17.04 *    Pressure drop across a connected nozzle and its host receptacle shall not exceed 20 psi when the flow rate is 1200 gallons per minute.

28-52.17.05 *    Fuel spillage during disconnect of the nozzle from the receptacle shall not exceed 100 cubic centimeters.

Ex.: 20; p.: 1128

28-52.17.06 *     There shall be no external leakage of fuel dur-
ing fuel transfer when the nozzle is engaged and
in the receptacle with fuel pressures from 0 to
240 psig.

28-52.17.07 *     There shall be no external leakage during the
process of engagement under normal engagement
head pressure.

28-52.18.00 *     The surge pressure generated at receiver shutoff
shall not exceed 120 psig or the surge capacity
to which the receiver aircraft has been designed
and/or tested (whichever is higher) when coupled
with the following receiver aircraft:

| AIRCRAFT | DESIGN/TEST PRESSURE |
|----------|----------------------|
| A-10 | 180 PSIG |
| B-52 | 120 PSIG |
| C-5A | 120 PSIG |
| E-4B | 240 PSIG |
| F-4 | 120 PSIG |
| F-15 | 180 PSIG * |
| F-111 | 120 PSIG ** |
| ATCA | 240 PSIG |

    *  Maximum surge capability tested - 125 psig
   **  Maximum surge experienced during KC-135
        aerial refueling compatibility test-127 psig

28-52.18.01 *     Surge pressure shall not exceed 240 psi after
closure of the boom nozzle poppet check valve
during disconnect with fuel flow rate of 1500
gpm and fuel pressue of 55 psi at the nozzle.

28-52.19.00 *     The aerial refueling system shall regulate the
delivered pressures to the receiver aircraft
under all flow conditions from zero (10 cc/min)
to the maximum flow capability.

28-52.20.00 *     The aerial refueling system shall be capable
of reverse refueling at flow rates up to 600
gpm.

28-52.21.00 *     The reverse refuel flow shall be directed into
the fill/crossfeed manifold.  The fuel may be
transferred into any tank by means of the nor-
mal fill valve system.

28-52.22.00 *     A bypass valve shall be installed which will
open when the boom is telescoped inward and
in the disconnect mode.

28-52.23.00 *   The signal amplifer installed shall be Class
                4 P/N M38449-4.  All wires connecting to the
                signal pins of the amplifier or to be boom
                induction coil shall be shielded.  The inter-
                communication capability shall be connected
                into the service interphone system.

28-52.24.00 *   A boom/drogue engaged light shall be installed
                on the pilot's and flight engineer's instrument
                panels.

28-53.00.00 *   FUSELAGE-MOUNTED HOSE REEL SYSTEM.

28-53.10.00 *   A fuselage-mounted hose reel system shall be
                installed in the aft part of the fuselage and
                mounted off center to the right hand side.

28-53.10.01 *   The hose reel aerial refueling system shall be
                capable of transferring fuel at flow rates up to
                600 gpm at 50 psig at the reception coupling in
                accordance with MIL-A-19736A paragraphs 3.8.10,
                3.8.11, 3.8.12, 3.8.13, 3.8.14, 3.8.15, 3.8.17,
                3.8.17.2, and 3.12.

28-53.10.02 *   The hose reel system shall conform to NATO STANAG
                3447.

28-53.10.03 *   The hose/drogue shall not collide with the air-
                craft or the stowed boom system during extension
                or retraction.

28-53.11.00 *   The hose drogue shall trail the aircraft as follows:

28-53.11.01 *   - the minimum clearance, both vertical and longi-
                  tudinal, for the hose reel reception coupling in
                  its trail position and inner limit for 300 KEAS
                  shall be no less than the clearance provided by
                  the boom at its inner upper envelope position

28-53.11.02 *   - the drogue and hose length shall place the recep-
                  tion coupling aft of the tail of the tanker air-
                  craft when engaged in the normal refueling posi-
                  tion (at least 15 feet forward of full trail).

28-53.12.00 *   The hose reel system shall be designed to with-
                stand the following pressures:

28-53.12.01 *   120 psig operating pressure, including pressure
                head for a fully extended hose.

28-53.12.02 *   240 psig proof/limit pressure without permanent
                deformation or impairment of life or operation.

28-53.12.03 *   360 psig ultimate pressure without permanent de-
                formation, evidence of rupture, or external
                leakage.

Ex.: 20; p.: 1130

28-53.13.00 *    The surge pressure generated at receiver shutoff
                 shall not exceed 120 psig or the surge capability
                 to which the receiver aircraft has been designed
                 and/or tested (whichever is greater) when coupled
                 with the following receiver aircraft:
                 S-3, A-3, A-5, A-6, A-7, AV-8A, F-4, F-8 and F-14.

28-53.13.01 *    The hose reel system shall be protected from surges
                 created by receiver disconnects including emergency
                 disconnects.

28-53.14.00 *    Fuselage mounted hose reel system controls shall
                 be installed at the ARO station. (Ref. 28-54.00.00)

28-53.15.00 *    Controls for emergency functions shall be grouped
                 together in an area separate from other controls.

28-54.00.00 *    ARO STATION.

28-54.10.00 *    An aerial refueling operator station shall be
                 provided for conducting boom/receptacle and
                 probe/drogue refueling operations by direct
                 viewing throughout the boom refueling envelope
                 and the drogue trail position envelope.

28-54.10.01 *    The minimum field of vision in elevation shall
                 be in accordance with Figure 28-54.

28-54.10.02 *    The minimum field of vision in azimuth shall
                 permit viewing to the boom mechanical limits or
                 17 degrees left and right whichever is greater.

28-54.11.00 *    The instruments that indicate boom position shall
                 be positioned near the ARO's line of sight when he
                 is looking out the window so the ARO can scan them
                 without moving his head. The instruments gradua-
                 tions shall all be consistent (e.g., each gradua-
                 tion shall indicate 1 degree or 1 foot). Switches
                 shall permit setting of pitch and azimuth position
                 limits. The following controls and instruments
                 shall be installed at the ARO station.

28-54.11.01 *    - boom emergency operating switches

28-54.11.02 *    - boom roll indicator

28-54.11.03 *    - boom elevation indicator

28-54.11.04 *    - boom telescope indicator

28-54.11.05 *    - boom coil test indicator

28-54.11.06 *    - boom latch control lever

28-54.11.07 *    - boom hoist control lever

28-54.11.08 *   – drogue control indicators

28-54.11.09 *   – fuel pressure indicator

28-54.11.10 *   – fuel flow/quantity transferred indicator with
                capability to reset counter to zero (0).  The
                off load fuel flow transmitter shall be of the
                true mass flow measurement type having adequate
                capacity at the maximum possible flow rate.

28-54.11.11 *   – hand operated boom position controller

28-54.11.12 *   – hand operated boom telescoping controller

28-54.11.13 *   – nozzle independent disconnect counter.

28-54.12.00 *   The instructor shall be provided with a right-hand
                operated boom telescoping controller, incorporating
                interphone, microphone, primary disconnect, and se-
                condary disconnect switches.  The telescoping con-
                troller shall be mechanically linked to the ARO
                telescoping controller to provide instructor over-
                ride capability.  The instructor shall have access
                to the ARO's boom position controller.

28-54.13.00 *   The following hose reel system controls shall also
                be provided at the ARO station:

28-54.13.01 *   – reel trail and rewind control

28-54.13.02 *   – emergency breakaway signal switch

28-54.13.03 *   – signal lights
                a – drogue in transition – yellow
                b – low hydraulic pressure – yellow

28-54.13.04 *   – guillotine switch with guard

28-54.13.05 *   – master power switch

28-54.13.06 *   – signal light dimming control.

28-54.14.00 *   Critical switches shall incorporate safety guards.

28-54.20.00 *   ARO Station Writing Surface

28-54.21.00 *   A writing surface on which the ARO may write with
                a grease pencil shall be installed at the ARO
                station.

28-54.21.01 *   The writing surface whall be a minimum of 2.5-
                inches by 5.5-inches.

28-54.21.02 *   The surface shall be near the line of sight.

28-54.21.03 *   The surface shall be easily eraseable.

Ex.: 20; p.: 1132

28-54.21.04 *    Refer to 33-35.00.00 for illumination.

28-54.30.00 *    Means shall be provided to prevent light sources
                 within the cargo compartment or light sources
                 from external ATCA lighting from interferring
                 with the aerial refueling operation.

28-55.00.00 *    FUEL SYSTEM CONTROLS.

28-55.01.00 *    A fuel control panel shall be installed at the
                 Flight Engineer's station.

28-55.01.01 *    A simplified fuel system schematic shall be in-
                 scribed on the fuel control panel.  The panel
                 shall be arranged to generally correspond to the
                 physical arrangement of system components in the
                 aircraft.

28-55.01.02 *    All of the flight engineer's fuel/refueling con-
                 trols and indicators shall be integrated into the
                 fuel control panel schematic to graphically illus-
                 trate their location and operation in the fuel
                 system.

28-55.01.03 *    In the schematic, aircraft fuel tanks shall be
                 represented by fuel quantity indicators; system
                 pumps and control valves shall be represented by
                 their respective control switches.

28-55.01.04 *    The valve control switches shall clearly indicate
                 the ability of the fuel to either flow through
                 the valve or be stopped by the valve.  Similarly,
                 pump control switches shall clearly indicate
                 operation or nonoperation of the fuel pumps.

28-55.01.05 *    In addition to the basic aircraft fuel controls
                 and indicators, the fuel control panel shall in-
                 clude aerial refueling pump controls, individual
                 switch/indicator lights for the boom and drogue
                 fuel valves, a refueling pressure gage, and an
                 off-load fuel flow rate/quantity transferred indi-
                 cator.  The quantity transferred function shall be
                 resettable to zero.

28-55.01.06 *    Indicator lights to inform the flight engineer
                 of the refueling condition when operating as a
                 receiver shall be installed on the fuel panel
                 and shall include Ready (blue), Latched (green),
                 Disconnected (amber), Door Unlocked (green) and
                 Override (amber).  Controls on the fuel panel
                 shall include a UARRSI reset switch and a shut-
                 off valve/switch indicator.

28-55.01.07 *   Critical switches shall incorporate safety guards.
                Multi-position switches with possible dead spots
                during switch function change shall not be used
                on the circuits which are required to be contin-
                uously energized during the function change.

28-55.01.08 *   Controls for operating in the receiver mode shall
                be installed at the flight engineer's station and
                shall include a boom interphone switch and a
                UARRSI master power switch, override switch and
                door handle with necessary locking devices in
                both the door open and door closed positions.

Ex.: 20; p.: 1134



FIGURE 28-20 FUEL SYSTEM SCHEMATIC



FIGURE 28-51 UARRSI MARKING DIAGRAM

Ex.: 20; p.: 1136

Case3:11-cv-00061-JSW   Document73-1   Filed01/24/11   Page79 of 100



FIGURE 28-52. ARB MINIMUM OPERATING ENVELOPE



FIGURE 28-54 MINIMUM FIELD OF VISION

DE 5500 ATCA      09-30-77

Ex.: 20; p.: 1138

| | |
|---|---|
| 29-00.00.00 | HYDRAULIC POWER. |
| 29-00.01.00 | Refer to Figure 29-00. |
| 29-10.00.00 | GENERAL. |
| 29-10.01.00 | Three separate, continuously operating, 3,000 psi hydraulic systems shall be installed as follows: |
| 29-10.01.01 | - the number 1 (left) |
| 29-10.01.02 | - the number 2 (aft) |
| 29-10.01.03 | - the number 3 (right). |
| 29-10.03.00 | Hydraulic flight control power sufficient to continue flight shall be available with loss of any two engines. |
| 29-10.04.00 | Pipe routing of the systems shall be separated to afford greater protection from a common failure. |
| 29-10.05.00 | The hydraulic systems shall be independent of each other with no fluid interconnection. |
| 29-10.06.00 | Design and installation of the system elements shall be such as to preclude surge pressures anywhere in the system, exceeding 125 percent normal operating pressure, unless specifically designed for higher pressure with suitable fatigue factors. Also precluded shall be detrimental resonant conditions excited by forces generated within the system or by forces imposed externally on system elements during all probable operations of the aircraft. |
| 29-10.07.00 | Hydraulic components shall not be painted. |
| 29-10.09.00 | If an internal filter is required in a unit, the filter shall be sized to last the TBO of the unit under normal conditions and must be able to be replaced without removing the component from the aircraft; this is excepting screens installed to protect small orifices. |
| 29-11.00.00 | HYDRAULIC FLUID. |
| 29-11.01.00 | Skydrol 500 or an equivalent and compatible fire-resistant hydraulic fluid shall be used in the hydraulic systems. Approved hydraulic fluids shall be available from at least two sources. |
| 29-12.00.00 | HOSES. |
| 29-12.01.00 | The use of hoses shall be minimal. |

EX. 20; p.: 1139

| | |
|---|---|
| 29-12.02.00 | Flexible hose assemblies shall be of teflon with stainless steel reinforcement. In addition, high-pressure hose assemblies shall have one-piece, welded nipple assemblies attached to hose material by swaged or permanently attached sockets. Medium pressure hose assemblies shall incorporate removable and/or replaceable fittings. |
| 29-12.03.00 | Hoses used on landing gear assemblies shall be high-pressure type in all applications. |
| 29-13.00.00 | PACKING AND SEALS. |
| 29-13.01.01 | Packing, seals and gaskets shall be ethylene-propylene material. |
| 29-14.00.00 | LINES AND FITTINGS. |
| 29-14.01.00 | Corrosion-resistant steel or titanium tubing and steel or titanium B-nuts and fittings shall be used in all rigid high-pressure lines and low-pressure lines except large pump suction lines. |
| 29-14.01.01 * | Aluminum tubing 6061-T or better shall be used for pump suction lines one inch outside diameter and larger, except steel tubing shall be used in fire zones and wheel well areas. |
| 29-14.02.00 | A combination of bench-brazed, flareless-type fittings and installation swaged fittings shall be used. |
| 29-14.02.01 | Brazed or swaged tube connections shall be used in all feasible areas where routine disconnections of pipe are not required. |
| 29-14.03.00 | Line support material shall be such as not to deteriorate when impregnated with hydraulic system fluid or shrink in its environmental temperature. |
| 29-14.04.00 | The number of connections shall be held to a minimum. |
| 29-14.04.01 | Universal-type fittings shall not be used. |
| 29-14.06.00 | Pipes shall be marked with AN or MS coding; direction of flow, part number and purpose of line shall be indicated. |
| 29-14.06.01 | Markings shall be compatible with environment. |
| 29-14.07.00 | Where feasible, manifolds shall be used in the hydraulic systems. |
| 29-14.08.00 | Line runs shall be routed such that no other lines will block access to their connections or supports. |

Ex.: 20; p.: 1140

29-14.08.01    Clearance for use of wrenches and other similar
               maintenance tools shall be provided.

29-14.09.00    Line support shall be designed to minimize tube wear.

29-15.00.00    INSPECTION AND MAINTENANCE.

29-15.01.00    All hydraulic units shall be installed in a manner
               that will aid in inspection and maintenance and so
               that they can be readily removed without undue dis-
               assembly of attaching parts and plumbing.

29-15.02.00    Means shall be provided to prevent inadvertent
               crossing of hydraulic piping at components and to
               prevent installing units improperly.

29-15.02.01    Check valves shall be designed so they cannot be
               inadvertently installed backwards.

29-15.03.00    The No. 1, No. 2 and No. 3 hydraulic systems may
               be functionally checked through connections acces-
               sible from the ground and by the auxiliary pumps
               through the motor pumps.

29-15.05.00    Where necessary, hydraulic subsystems shall have
               provisions for bleeding.

29-15.06.00    Means shall be provided for isolating subsystems to
               allow testing for internal leakage by supplying
               hydraulic pressure from a source external to the
               aircraft to ground servicing hydraulic connec-
               tions, or by the use of the electrically driven
               hydraulic pumps and the motor pumps.

29-16.00.00    RESERVOIRS.

29-16.01.00    Three identical, boot-strap-type reservoirs shall be
               installed, one in the No. 1, one in the No. 2, and
               one in the No. 3 hydraulic system.

29-16.03.00    Each reservoir shall be fillable from a pressurized
               ground source.  An alternate pressure fill means
               shall be provided by a hand pump mounted near the
               fill panel.

29-16.04.00    Instructions for filling pressurized reservoirs
               shall be provided on a placard installed on the
               reservoirs and/or fill panel.

29-16.05.00    A filter shall be installed in the fill line up-
               stream of the reservoirs.

29-16.06.00    Return filters with sufficient capacity to avoid nuisance contamination indications shall be located adjacent to each reservoir. The filters shall be installed so the elements may be removed and replaced without disconnecting piping or without excessive loss of fluid.

29-16.07.00    Return piping shall be so plumbed that all return fluid, except the brake return line fluid and gear up return line fluid, shall pass through return filters before entering the reservoirs.

29-16.08.00    The reservoirs shall be capable of maintaining inlet pressure at the pumps sufficient to prevent cavitation during maximum flow conditions.

29-16.09.00    Valves for depressurizing and draining each reservoir shall be provided.

29-16.10.00    Fluid temperature shall not exceed 180°F under normal operating conditions as measured at the reservoir.

29-17.00.00    PUMPS.

29-17.01.00    Engine-Driven Pumps

29-17.01.01    The primary source of fluid pressure for the systems shall be furnished by interchangeable, variable-displacement, piston-type pumps, two driven by each engine.

29-17.01.02    Each of the engine-driven pumps shall incorporate an outlet blocking feature.

29-17.01.03    Engine-driven pumps shall have a positively lubricated, wet spline drive using gearbox lubricating fluid.

29-17.01.04    Engine-driven pumps shall incorporate QAD mounting.

29-17.01.05    It shall be possible to replace a pump within one hour including opening and closing of the access panels.

29-17.01.07    Each pump shall have a flow capacity of 35 gallons per minute.

29-17.01.09    The pump environment (temperature) shall be controlled so that the maximum temperature of the fluid shall not exceed 225°F.

29-17.01.10    Fluid temperature shall be limited to 200°F maximum under normal operating conditions.

Ex.: 20; p.: 1142

29-17.01.11      Electrical and hydraulic installations and connections for the pumps shall be such that the pumps may be obtained from at least two sources.

29-17.02.00      Auxiliary Pumps

29-17.02.01      Two auxiliary, explosion-resistant, electrically driven variable-displacement pumps shall be installed in the right-hand main gear wheelwell for the number 3 hydraulic system.

29-17.02.02      The auxiliary pumps shall be driven directly by an electric motor without a gearbox.

29-17.02.03      The pumps shall have a flow capacity of approximately 8 gallons per minute at 2200 psi and 6 gallons per minute at 2750 psi.

29-17.02.04      The pumps shall be manually controlled by switches in the flight compartment.

29-17.02.05      The pumps shall be connected to the system by means of hoses.

29-17.02.06      Quick-disconnect, self-sealing fittings shall be of steel and shall be utilized only in the suction line.

29-17.02.07      Electrical power for the pumps shall be supplied by an electrical bus system powered from an unrelated engine.

29-17.02.08      The pumps shall be capable of continuous operation.

29-17.03.00      Reversible Motor-Pump, No. 1 to No. 3 System

29-17.03.01      A hydraulic motor-pump, which mechanically connects the No. 1 and No. 3 hydraulic systems, shall be installed to provide an alternate system for extending and retracting the landing gear and the landing gear door.

29-17.03.02      This motor-pump shall also serve as an alternate power source for the No. 1 hydraulic system.

29-17.04.00      Reversible Motor-Pump, No. 2 to No. 3 System

29-17.04.01      A hydraulic motor-pump, which mechanically connects the No. 2 and No. 3 hydraulic systems, shall be installed to provide an alternate system for extending and retracting the landing gear and the landing gear door.

29-17.04.02      This motor-pump shall also serve as an alternate power source for the No. 2 hydraulic system.

Ex.: 20; p.: 1143

29-17.04.03 *   This motor-pump, in conjunction with an auxiliary
                reservoir, shall also serve as an alternate power
                source for the ARB in the event the No. 2 hydraulic
                system fluid is lost.

29-18.00.00    MAIN SYSTEM VALVES.

29-18.01.00    System Relief Valves

29-18.01.01    System relief valves shall be installed for each
                hydraulic system to ensure that pressure in any por-
                tion of the hydraulic system shall not exceed a safe
                limit above the cutout pressure of the pumps.

29-18.01.02    The relief settings shall be high enough above nor-
                mal operating pressure to ensure its functioning
                will be infrequent.

29-18.02.00    Shutoff Valves

29-18.02.01    Firewall shutoff valves shall be installed in each
                engine-driven hydraulic pump suction line.

29-18.02.02    The valves shall be automatically closed when the
                fire shutoff handles are operated.

29-18.04.00    Engine-Driven Pump Pressure Control Valves

29-18.04.01    Electrically operated valves to unload each engine-
                driven variable-displacement pump shall be in-
                stalled.

29-18.04.02    The pump unloading valve shall be a spool-type.

29-18.04.03    Switches to actuate the valves shall be installed in
                the flight compartment.

29-18.06.00    Electrically Operated Valves

29-18.06.01    All hydraulic system electric control valves shall
                be motor operated except the antiskid valves, the
                pump depressurization valves and certain flight
                control boost package valves.

29-20.00.00    MISCELLANEOUS EQUIPMENT.

29-20.01.00    Filters

29-20.01.01    Pressure line-type filters shall be installed in the
                engine and electrically driven pump pressure lines
                of the hydraulic systems, and in each pump case
                drain line.

Ex.: 20; p.: 1144

29-20.01.02      Pump case drain line filters shall be installed in a readily accessible location to facilitate frequent removal for inspection and replacement by maintenance personnel.

29-20.01.03      Filters shall be non-bypass type and incorporate disposable filter elements and dependable contamination indicators.

29-20.01.04      Filter elements shall be removable without fluid loss except for the fluid in the filter bowl.

29-20.01.05      All system filters and filter elements shall be interchangeable, with the possible exception of return filters.

29-20.01.06      Filters shall have a 15 micron absolute rating where not otherwise specified and shall incorporate disposable filter elements.

29-20.01.07      Individual components shall not incorporate filters unless absolutely necessary.

29-20.01.08      Filter elements shall be available from at least two sources.

29-20.02.00      Accumulators

29-20.02.01      Interchangeable bladder-type accumulators shall be installed in each hydraulic system.

29-20.02.02      Interchangeable bladder-type accumulators shall be installed in both hydraulic brake systems.

29-20.03.00      Actuators

29-20.03.01      Internal locks shall not be used in hydraulic actuators.

29-20.04.00      Leakage Control

29-20.04.01      Means shall be provided to catch and accumulate fluid dripping from reservoirs and rotating hydraulic machinery.

29-20.04.02      The container for the accumulated fluid shall be of translucent material (plastic) and be readily removeable and replaceable.  It shall have a capacity of approximately one pint.

29-30.00.00      INDICATING.

29-31.00.00      PRESSURE GAUGES.

29-31.01.00      Interchangeable direct-reading pressure gauges shall be installed, one adjacent to each accumulator.

Ex.: 20; p.: 1145

29-31.03.00      Three remote pressure indicators, connected to pressure transmitters, shall be installed in the flight compartment to indicate pressure for each main hydraulic system.

29-31.04.00      Two remote pressure gauges, connected to a pressure transmitter near brake accumulators, shall be installed in the flight compartment to indicate hydraulic brake supply pressure available for each brake system.

29-32.00.00      FLUID QUANTITY GAUGES.

29-32.01.00      A sight gauge shall be installed on each reservoir to show quantities under all conditions, pressurized or unpressurized.

29-32.02.00      A remote indicating fluid quantity indicator shall be installed in the flight compartment for each main hydraulic system.

29-32.03.00      The flight compartment quantity gauge shall agree with the reservoir sight gauge within the tolerance of the gauging system throughout the entire fluid quantity level.

29-33.00.00      HYDRAULIC OVER-TEMPERATURE CAUTION.

29-33.01.00      Annunciator lights, one for each main hydraulic engine pump, shall be included to indicate a condition of over-temperature.

29-33.02.00      Individual reservoir temperature indication shall be provided.

29-34.00.00      HYDRAULIC LOW PRESSURE CAUTION.

29-34.01.00      Annunciator lights shall be included for each engine-driven hydraulic pump to indicate a condition of low hydraulic pressure.

29-40.00.00      SUMMARY OF ACTUATED SUBSYSTEMS.

29-40.01.00      Refer to Figure 29-00.

29-50.00.00      GROUND SERVICING CONNECTIONS.

29-50.01.00      Hydraulic ground connections shall be provided for servicing and testing the No. 1, No. 2 and No. 3 hydraulic systems.

29-50.02.00      Metal name and/or instruction plates shall be mechanically fastened to tanks or panels.

Ex.: 20; p.: 1146

29-50.03.00          The hydraulic ground connections for the No. 3
                     hydraulic system shall be grouped together on a
                     servicing panel.



FIGURE 29-00 HYDRAULIC SYSTEM

Ex.: 20; p.: 1148

| | |
|---|---|
| 30-00.00.00 | ICE AND RAIN PROTECTION. |
| 30-00.01.00 | The aircraft shall be certificated by the FAA for unrestricted flight through continuous maximum icing and intermittent maximum icing as defined by FAR Part 25. Ice accumulation on unprotected areas under these icing conditions shall not adversely affect aircraft performance, stability or controllability beyond reasonable and safe limits. |
| 30-00.02.00 | Valve filters, where utilized, shall be readily removable without removing the valve assembly. |
| 30-10.00.00 | AIRFOIL. |
| 30-11.00.00 | WING ICE PROTECTION. |
| 30-11.01.00 | The wing slat shall incorporate a hot air anti-icing system for that portion of the slat which is necessary to heat due to aerodynamic considerations. |
| 30-11.02.00 | The system shall be operable momentarily on the ground for checkout purposes. |
| 30-11.02.01 | The wing shall be protected from overheat by having the system inoperative when the plane is on the ground due to the interlocking of the system through the ground control relay. |
| 30-11.03.00 | Controls shall be installed in the flight compartment as follows: |
| 30-11.03.01 | - an airframe anti-ice OFF-ON-TEST switch |
| 30-11.03.02 | - wing anti-ice valve position disagreement lights. |
| 30-20.00.00 | ENGINE INLET ICE PROTECTION. |
| 30-20.01.00 | The engine inlet shall be provided with a hot air anti-icing system which shall utilize bleed air from the engine compressor. |
| 30-20.02.00 | This system shall maintain the leading edges of the nose cowl free of ice. |
| 30-20.03.00 | Three engine anti-ice OFF-ON switches shall be installed in the flight compartment. |
| 30-20.04.00 | Three engine inlet ice protection valve position disagreement lights shall be installed in the flight compartment. |
| 30-30.00.00 | PITOT AND STATIC. |
| 30-30.01.00 | Electrical anti-icing shall be provided for the pitot tubes. |

EX. 20; p. 1149

| | |
|---|---|
| 30-30.02.00 | The static ports shall be installed so as to prevent meteorological icing and shall be anti-iced by the use of internally mounted anti-icing heaters at each static port location. |
| 30-30.02.01 | The static port heaters shall not be required for certification. |
| 30-30.02.02 | The heaters shall be designed for continuous operation on the ground. |
| 30-30.03.00 | Controls and indicators shall be installed in the flight compartment as follows: |
| 30-30.03.01 | - one rotary pitot heater and ammeter selector switch |
| 30-30.03.02 | - one ammeter |
| 30-30.03.03 | - one pitot heater inoperative caution light. |
| 30-40.00.00 | WINDOWS AND WINDSHIELDS. |
| 30-40.01.00 | Anti-icing of the windshield forward of the pilots shall be accomplished electrically using a proportional-type controller. |
| 30-40.01.01 | Separate automatic temperature controls shall be provided for each windshield. A heat inoperative annunciator light shall be installed for each windshield. |
| 30-40.01.03 | A means for checking the overheat protection circuit shall be provided. |
| 30-40.02.00 | Defogging of the clearview panels and windshields shall be accomplished electrically. |
| 30-40.03.00 | Two 4-position windshield anti-ice rotary switches shall be installed on the flight compartment overhead switch panel. The following switch positions shall be provided: SYS TEST (MOM), OFF, NORMAL and HIGH. |
| 30-40.04.00 | The aircraft rain removal system shall consist of two separately controlled windshield wipers and an in-flight applied liquid rain repellent. |
| 30-40.05.00 | Two 2-speed, 3-position windshield wiper rotary switches, designated OFF-SLOW-FAST, shall be located in the flight compartment. |
| 30-40.06.00 | A pushbutton switch for each forward windshield to control independently application of liquid rain repellent shall be provided. |

Ex.: 20; p.: 1150

30-40.07.00     Indicators for the liquid rain repellent system in-
                  stalled beneath the rain repellent container shall
                  consist of one pressure gauge and one sight quantity
                  gauge.

30-40.07.01     Rain-repellent fluid shall be Boeing Type III
                  repellent or equivalent.

30-40.07.02     The rain repellent system shall incorporate a self-
                  sealing coupling so that removal of the repellent
                  container shall not result in the escape of fluid.

30-40.07.03     The rain repellent sight gauge and the pressure
                  gauge shall be readily visible to the flight
                  engineer.

30-40.09.00     Heat sensors for all windshields shall be replace-
                  able or be redundant if the sensor is integral
                  with the windshield.

30-41.00.00 *    ARO COMPARTMENT WINDOWS.

30-41.01.00 *    Anti-icing of the aft viewing window in the ARO
                  compartment shall be accomplished electrically.

30-41.02.00 *    A switch to control the aft viewing window anti-
                  ice system shall be installed at the ARO station.

30-41.03.00 *    A spare temperature sensor shall be installed in
                  the aft viewing window.

30-41.04.00 *    De-fog provisions for the internal surface of the
                  aft viewing window shall be provided.

30-41.10.00 *    Periscope Windows and Mirrors

30-41.11.00 *    Conditioned air shall be routed into the periscope
                  fairing to de-fog the lower periscope mirrors and
                  side windows in the fairing.

30-50.00.00     VHF-1 ANTENNA.

30-50.01.00     The top fuselage VHF-1 antenna shall be provided
                  with a hot air anti-icing system.

30-50.01.02     The system shall operate in conjunction with the
                  wing ice protection system.

30-60.00.00 *    UHF SATCOM ANTENNA.

30-60.01.00 *    Means to prevent ice accumulation on the upper
                  fuselage SATCOM antenna dome shall be provided
                  as required.

Ex.: 20; p.: 1151

| | |
|---|---|
| 31-00.00.00 | INSTRUMENTS. |
| 31-00.01.00 | All flight, engine and miscellaneous instruments required for operation of the aircraft shall be installed and adjusted for use before delivery of each aircraft. |
| 31-00.02.00 | All standard instruments shall be graduated in United States units of measure (feet per minute, gallons, pounds, etc.) except temperature indicators and airspeed indicators. |
| 31-00.02.01 | All temperature indicators shall be graduated in degrees Centigrade, except those indicators on the air conditioning temperature control panel shall be graduated in degrees Fahrenheit. |
| 31-00.02.02 | All airspeed indicators shall be graduated in knots or Mach number, as applicable. |
| 31-00.03.00 | Limitation markings, when required, shall be on the dial face. |
| 31-00.04.00 | All flight compartment placards shall read in the same units as the instrument affected. |
| 31-00.04.01 | The placards shall be gray, color No. 36118, per FED-STD-595. |
| 31-00.05.00 | The color of the instrument markings shall be flat white on a black background except where otherwise required for optimum display. |
| 31-00.05.01 | The instrument bezels shall be gray, color No. 36118, per FED-STD-595. |
| 31-00.07.00 | All instrument cover glass and control display windows installed in the flight compartment shall have HEA or equivalent antireflective coating. |
| 31-00.08.00 | All integrally lighted panels shall be gray, color No. 36118, per FED-STD-595. |
| 31-10.00.00 | PANELS. |
| 31-10.01.00 | Instrument panels shall be installed in the flight compartment to mount the instruments, switches, indicators and control panels. |
| 31-10.02.00 | The location and arrangement of the instruments and the control panels in the flight compartment shall be as shown on Figures 31-10A, 31-10B, 31-10C and 31-10D. |
| 31-10.03.00 | The control panels shall be gray, color No. 36118, per FED-STD-595. |

Ex.: 20; p.: 1152

31-10.03.01      The instrument panels shall be gray, color No. 36118,
                 per FED-STD-595.

31-10.04.00      Design

31-10.04.01      The flight compartment instrument panels shall be
                 connected to the fuselage without the use of vibra-
                 tion isolators.

31-10.04.02      Integral instrument vibrators, if required, shall be
                 provided in those instruments requiring reduction of
                 friction error.

31-10.04.03      Where possible, instruments shall be clamp mounted
                 and flexible lines and flexible wire harnesses shall
                 be provided at instruments and modular panels as
                 applicable to permit their removal from the face
                 side of the panel and/or to permit the panels to be
                 opened.

31-10.04.04      Electrical disconnects for all panel wiring shall
                 be installed and located adjacent to the panel so
                 that panel assembly can be easily removed and re-
                 placed.  The pilots' main instrument panels shall
                 be removable, with instruments and flexible har-
                 nesses attached, in a minimum amount of time.

31-10.04.05      Electrical connection to instruments or to modular
                 panels shall be through disconnect plugs or through
                 rack and panel type connectors.

31-10.04.06      Exceptions to these two connection methods may be
                 taken where circuit integrity may be penalized, such
                 as thermocouple connections, or where space is
                 restricted.

31-10.04.07      Instrument lines and fittings shall be arranged so
                 inadvertent interchange of connections is impossible
                 with normal maintenance practice.

31-10.04.08      Hoses shall be installed to avoid kinking.

31-11.00.00 *    ARO COMPARTMENT PANELS.

31-11.01.00 *    Instrument and control panels shall be installed
                 in the ARO compartment to mount the instruments,
                 switches, indicators and controls.

31-20.00.00      INDEPENDENT INSTRUMENTS.

31-21.00.00      MASTER WARNING AND CAUTION SYSTEMS.

31-21.01.00      Master warning, master caution and advisory systems
                 shall be installed to present specific, visual
                 warning, caution or advisory signals of system
                 conditions to the pilots and to the flight engineer.

Ex.: 20; p.: 1153

31-21.02.00    Resettable, red, master warning lights used in conjunction with red-lighted annunciators shall warn of a hazardous condition requiring immediate corrective action.

31-21.03.00    Resettable, amber, master caution lights used in conjunction with amber-lighted annunciators shall caution the appropriate flight crewman of an impending hazardous condition requiring immediate attention but not necessarily requiring immediate action.

31-21.04.00    Amber advisory annunciators, not connected to the master caution light, shall alert the flight crew of a condition which is abnormal relative to the existing operation.

31-21.05.00    Blue or green advisory annunciators shall be used to remind the crew of the existence of a normal condition.

31-22.00.00    TAKEOFF AURAL WARNING SIGNAL.

31-22.01.00    An aural takeoff warning shall be provided on the ground when the throttles are advanced to high thrust level:

31-22.01.01    - if the flaps are not extended in a takeoff position

31-22.01.02    - if the spoilers are not retracted

31-22.01.03    - if the horizontal stabilizer is not in the green band setting

31-22.01.04    - if the slats are not in the takeoff position.

31-23.00.00    FLIGHT RECORDER.

31-23.01.00    A digital flight data recording system shall be installed in accordance with ARINC 573-1, dated 1 Jul 70. Airframe wiring shall be compatible with ARINC 573-1 including Supplement 2, dated 30 Sep 70.

31-23.01.01    A digital flight data recorder shall be installed.

31-23.03.00    The flight recorder shall operate when any aircraft engine is running or the landing gear strut switch is de-energized (aircraft in flight).

31-23.04.00    A switch shall be installed in the flight compartment to turn on the flight recorder on the ground with engines off.

Ex.: 20; p.: 1154

31-23.06.00        A flight recorder off and failure light shall be installed at the flight engineer's station.

31-23.07.00        A flight data acquisition unit shall be installed in the avionics compartment. This unit shall be one-half-ATR-long. The flight data acquisition unit shall be capable of processing parameters for the digital flight recorder.

31-23.07.01        Wiring shall be installed from the digital air data computer-2 to the FDAU to accommodate airspeed, altitude, total air temperature, and valid flag signals.

31-23.07.02        Wiring shall be installed to the FDAU to accommodate the following data signals:

- longitudinal acceleration
- lateral acceleration
- vertical acceleration
- heading
- pitch and roll attitude
- pitch trim position
- lateral control surface position
- pitch control surface position
- yaw control surface position
- primary thrust setting parameter
- the position of the three major slat groupings
- flap position
- the keying of VHF transmissions
- thrust reverser position information
- GMT.

31-23.07.03        Airframe wiring shall be installed to the FDAU to accommodate monitoring and recording of the keying of HF transmissions.

31-23.07.04 *      Airframe wiring shall be installed to the FDAU to accommodate monitoring and recording of the keying of UHF transmissions.

31-23.09.00        An underwater locating beacon shall be included with the digital flight data recorder.

31-24.00.00        CLOCKS.

31-24.01.00 *      Two 3 ATI case size, sweep secondhand, 24-hour electronic clocks shall be installed, one on the pilot's and one on the copilot's instrument panels.

31-24.02.00        A 3 ATI case size, sweep secondhand, 24-hour electronic clock shall be installed on the flight engineer's instrument panel.

Ex.: 20; p.: 1155

31-25.00.00    AIRCRAFT INTEGRATED DATA SYSTEM.

31-25.00.01    Refer to Figure 31-25 for AIDS interwiring
               provisions.

31-25.01.00    Space provisions for AIDS hardware shall be provided
               as follows:

31-25.01.01    - shelf space in the electrical/electronics equip-
                 ment rack for a maintenance recorder one
                 ATR-long

31-25.01.02    - shelf space in the electrical/electronics equip-
                 ment rack for a performance recorder one half
                 ATR-long

31-25.01.03    - shelf space in the electrical/electronics equip-
                 ment rack for a data management unit one half
                 ATR-long

31-25.01.04    - additional space in the electrical/electronics
                 equipment rack for additional unspecified hard-
                 ware one half ATR-long

31-25.01.05    - shelf space in the center accessory compartment
                 for a data acquisition unit one half ATR-short.

31-26.00.00    LEVELING.

31-26.01.00    Leveling lugs shall be installed in one wheel well
               to facilitate level jacking, both longitudinally
               and laterally.

31-26.02.00 *  One spirit level shall be installed on the pilot's
               and copilot's center instrument panel support struc-
               ture below the glareshield.

31-50.00.00    CENTRAL AURAL WARNING SYSTEM.

31-50.01.00    A central aural warning system shall be installed.
               The system shall receive warning inputs and gener-
               ate signals of various frequencies and types as re-
               quired to activate the flight compartment speakers
               for the following aural warnings and annunciations:

31-50.01.01    - engine fire

31-50.01.02    - takeoff

31-50.01.03    - cabin altitude

31-50.01.04    - autopilot disengage (loss of complete autopilot
                 system during land mode only)

31-50.01.05    - overspeed

DS 5500 ATCA      09-30-77                    PAGE   182    CHAPTER    31

Ex.: 20; p.: 1156

31-50.01.06     - horizontal stabilizer in motion

31-50.01.07     - landing gear

31-50.01.08     - altitude advisory.

31-51.00.00     GROUND PROXIMITY WARNING SYSTEM.

31-51.01.00     A ground proximity warning system (GPWS) shall be installed that is compatible with ARINC Characteristic 594, dated 3 Mar 75, except that wiring functions designated as future spares, reserved, audio output level program, extended audio output program and inhibit all modes shall not be wired.

31-51.02.00     A ground proximity warning computer (GPWC), contained in a 1/4 ATR-short case and cooled by natural convection, shall be installed in the avionics compartment.

31-51.02.01     The GPWC shall receive inputs from the aircraft's radio altimeter receiver-transmitter, air data computer, flap transmitter and flap override switch, the landing gear proximity electronics unit, and an ILS receiver.

31-51.03.00     A ground proximity speaker assembly shall be installed in the flight compartment overhead area and connected to the high-level voice/tone warning output of the GPWC to enable the aural warnings to be annunciated at a fixed audio level.

31-51.04.00     A push button GPWC self-test switch shall be installed on the overhead switch panel.

31-51.05.00     Two amber, dimmable, BELOW G/S switch/light assemblies shall be installed in the flight compartment, one for each pilot and in clear view of each pilot. The switch/light shall have a push-to-inhibit feature for manually inhibiting the glideslope deviation warning. The light shall be connected to the steady (not flashing) glideslope deviation circuit of the GPWC through the MWACS light dimming and lamp test circuit.

31-51.06.00     A 2-position, guarded, flap override switch shall be installed on the overhead switch panel to provide a means of overriding the flaps up condition when intentionally landing in a flaps up configuration.

31-51.07.00     An amber GPWS FAIL light shall be installed in the flight engineer's annunciator panel to annunciate when the ground proximity system is inoperative. The light shall be connected to the annunciator panel light dimming and lamp test circuit but shall not be connected to the master caution circuit.

31-51.08.00        A red warning light, with a legend of GPWS, shall
                   be installed on each pilot's glareshield and be
                   connected to the warning output of the GPWC. The
                   lights shall be steady (not flashing) and shall
                   be connected to the MWACS light dimming and lamp
                   test circuit.

Case MDL No. 0751-Document DOL-6666-73 Filed 01/20/14 Page 201 of 389



NOTE: THIS IS AN ARRANGEMENT DRAWING ONLY.
THE NOMENCLATURE AND MARKINGS NOTED
HEREIN ARE FOR IDENTIFICATION AND NOT
NECESSARILY THAT USED ON PRODUCTION
DRAWINGS.

FIGURE 31-10A MAIN INSTRUMENT PANEL

**FIGURE 31-10B FLIGHT ENGINEER'S PANEL**

NOTE:  THIS IS AN ARRANGEMENT DRAWING ONLY.
THE NOMENCLATURE AND MARKINGS NOTED
HEREIN ARE FOR IDENTIFICATION AND NOT
NECESSARILY THAT USED ON PRODUCTION
DRAWINGS.

DS 5500 ATCA

09-30-77

PAGE 186

CHAPTER

EX. 20: p.: 1160

Case3:11-cv-00061-JSW   Document73-2   Filed01/24/11   Page3 of 94

DS 5500 ATCA

09-30-77

PAGE 187

CHAPTER 31

Ex: 20: p.: 1161



NOTE: THIS IS AN ARRANGEMENT DRAWING ONLY.
THE NOMENCLATURE AND MARKINGS NOTED
HEREIN ARE FOR IDENTIFICATION AND NOT
NECESSARILY THAT USED ON PRODUCTION
DRAWINGS.

FIGURE 31-10C OVERHEAD SWITCH PANEL

Case3:11-cv-00061-JSW   Document73-2   Filed01/24/11   Page4 of 94

DS 5500 ATCA

09-30-77

PAGE 188

CHAPTER 31 p. 1162



NOTE:  THIS IS AN ARRANGEMENT DRAWING ONLY:
THE NOMENCLATURE AND MARKINGS NOTED
HEREIN ARE FOR IDENTIFICATION AND NOT
NECESSARILY THAT USED ON PRODUCTION
DRAWINGS.

FIGURE 31-10D  PEDESTAL CONTROL PANEL

VER B

CS 5500 ATCA

09-30-77

PAGE 189

Ex. 20; p.: 1163

CHAPTER



FLIGHT ENGINEER'S STATION

ELECTRICAL CIRCUIT BREAKER PANEL

4 POWER WIRES (20-GA)

CENTER ACCESSORY COMPARTMENT

1-3 CONDUCTOR TWISTED SHIELDED,
1-2 CONDUCTOR TWISTED SHIELDED AND
2-EQUIPMENT WIRES

AVIONICS COMPARTMENT

3-2 CONDUCTOR TWISTED SHIELDED,
1-2 CONDUCTOR TWISTED AND
4-EQUIPMENT WIRES

ALL WIRES 22-GA EXCEPT AS NOTED

FIGURE 31-25  STANDARD AIDS WIRING PROVISIONS

32-00.00.00      LANDING GEAR.

32-00.01.00      Retractable landing gear shall be installed as shown by Figure 01-00.

32-01.00.00      SERVICING, MAINTENANCE AND REPAIR.

32-01.01.00      Instructions for filling and inflating the shock struts shall be provided on the shock strut name-plates.

32-01.01.01      Strut pressure versus extension information shall be presented in graphical form.

32-01.01.02      Servicing instructions and data shall be readily visible and shall not be obstructed by clamps, piping, wiring or other parts.

32-01.01.03      A duplicate set of instructions for filling and inflating the shock strut shall be provided in the wheelwell.

32-01.02.00      Filling ports and inflation valves shall be readily accessible.

32-01.02.01      Ports for filling and draining the shock struts shall not be less than 1/2-inch thread size.

32-01.03.00      The shock struts shall include two spare static and dynamic elastomeric packings in recesses in the lower strut bearings.

32-01.03.01      It shall be possible to replace the active packings with the spare packings without removing the strut piston from the barrel.

32-01.04.00      Ports shall be provided to permit draining fluid from the struts to facilitate packing changes.

32-01.05.00      Part numbers and serial numbers, as applicable, shall be permanently marked on the principal parts of the gear in such a manner as to resist defacement by paint stripping, shot blasting and other pro-cesses normally required during overhaul.

32-01.05.01      Space shall be provided on the principal parts for identification markings to be added by the operator.

32-01.07.00      Replaceable bushings and lubrication fittings shall be provided at both static and rotating principal joints.

32-01.07.01      Lubrication fittings shall be in accordance with MS15000.

Ex.: 20; p.: 1164

32-01.07.02    Lugs shall be designed to incorporate 0.060 inch of
               additional material on the diameter to allow for the
               installation of oversize bushings during overhaul.

32-01.07.03    Holes for bushings shall be protected against
               corrosion by coating with a nondrying, corrosion
               inhibiting lubricant prior to the installation of
               bushings.  Holes 7/8 inch and greater in diameter
               in steel parts shall be plated with cadmium or
               chromium.

32-01.07.04    Large, plain bushings, particularly at joints that
               are loaded by the static weight of the aircraft,
               shall be provided with grooves or other means to
               ensure an adequate distribution of the lubricant
               over the bearing area.

32-01.07.05    The faces of lugs on shock struts, bogie beams,
               brake compensator links, bogie trim-damper cylin-
               ders, torque links, drag and side brace links, down-
               lock links, fixed side braces and steering collars
               shall be protected from wear by use of shoulder
               bushings, chrome plating or other means.

32-01.07.06    Means shall be provided for the protection of
               exposed axle areas during wheel and brake changes.

32-01.08.00    Bolts and pins shall be plated to resist wear and
               corrosion.

32-01.08.01    Where thin chrome plate is provided for corrosion
               resistance, the bolts and pins shall include a base
               material allowance of at least 0.025 inch on the
               diameter to permit repair and replating to size.

32-01.09.00    All exterior surfaces, except working surfaces,
               shall be plated and painted with epoxy base primer
               and polyurethane topcoat or equivalent.

32-01.09.01    All interior surfaces, except working surfaces, the
               interiors of hermetically sealed cavities and sur-
               faces continually immersed in hydraulic fluid, shall
               be plated and painted with epoxy base primer and
               polyurethane topcoat or equivalent except chrome-
               plated surfaces shall not be painted.

32-01.11.00    Mated or matched parts shall be designed so that
               replacement of one part will not require replace-
               ment of the mating part.

32-01.12.00    It shall be generally permissible to remove 0.050
               inch of material locally from the external surfaces
               of the nose and main gear shock strut outer cylinders
               and pistons, and the main gear bogie beam for the
               repair of a nick or scratch.

Ex.: 20; p.: 1165

| | |
|---|---|
| 32-01.12.01 | It shall be permissible to remove 0.030 inch of material from the external surfaces of the nose and main gear shock strut outer cylinders and pistons, and the main gear bogie beam, for the repair of corrosion and fretting damage in areas around which clamps are used for supporting nameplates, piping, wiring, etc. |
| 32-02.00.00 | JACK PADS. |
| 32-02.01.01 | Jack pads on the landing gear shall be designed to the dimensional requirements of MS33559. |
| 32-02.01.02 | Landing gear jack pads shall be located to facilitate wheel replacement under all conditions of tire deflation and at all aircraft weights up to the maximum design taxi gross weight. |
| 32-10.00.00 | MAIN LANDING GEAR AND DOORS. |
| 32-10.01.00 | Each main gear unit shall be a conventional four-wheel bogie truck and shock strut assembly mounted on the wing structure aft of the rear spar and retracting inboard by means of a folding side brace. |
| 32-10.02.00 | The bogie beam shall be held in the proper position for landing and retraction by pressure from the aircraft hydraulic system acting on the trim-damper cylinder. |
| 32-10.02.01 | In the event of a loss of hydraulic pressure while the gear is retracted, the bogie beam will be restrained in a position that will permit emergency extension. |
| 32-10.03.00 | The main landing gear system shall be designed so that if it fails due to overloads during takeoff and landing (assuming the overloads are in the vertical plane parallel to the longitudinal axis of the aircraft) the failure mode is not likely to rupture the integral wing fuel tank or fuel lines. |
| 32-10.04.00 | The lower surface of the bogie beam, including the areas adjacent to jack pads, shall be protected from accidental damage by means of a replaceable cover. |
| 32-10.06.00 | The gears shall be supported in the retracted position by the inboard doors and the door latches when hydraulic pressure is relieved. |
| 32-10.07.00 | The outboard main gear doors shall be actuated through mechanical linkages by the motion of the gear. |

Ex.: 20; p.: 1166

32-10.08.00    The inboard main landing gear doors, which are nor-
               mally closed when the aircraft is on the ground,
               shall be capable of being opened and closed while
               the aircraft is on the ground to facilitate the
               servicing and maintenance of equipment in the
               wheelwells.

32-10.08.01    Hydraulic selector valves for ground operation of
               the inboard doors shall be controlled by handles
               that are readily visible and accessible from out-
               side the wheelwells.

32-10.08.02    The door selector valves for ground operation, if
               inadvertently left in the "door open" position,
               shall be automatically reset to the "normal" posi-
               tion by the motion of the gear during retraction.

32-10.08.03    Inadvertent closure of the doors shall not be
               possible when the aircraft is on the ground and
               the door control handles are in the "door open"
               position.

32-10.08.04    Each inboard door shall be actuated by a hydraulic
               cylinder which is controlled mechanically by the
               control lever in the flight compartment and the posi-
               tion of the respective main landing gear, and alter-
               natively by a separate control handle for ground
               operations.

32-11.00.00    MAIN LANDING GEAR ASSEMBLY.

32-11.01.00    The shock absorber struts shall be conventional
               oleo-pneumatic units serviced with MIL-H-5606
               (mineral oil) hydraulic fluid and dry nitrogen.

32-11.02.00    Jack pads shall be provided on the main landing
               gear bogie beams adjacent to each axle.

32-11.03.00    Means shall be provided for towing in the forward
               and aft directions from the main gear bogie beam.

32-12.00.00    CENTERLINE LANDING GEAR AND DOORS.

32-12.01.00    A dual-wheel landing gear shall be provided on the
               fuselage centerline between the main landing gears
               and shall retract forward into a well beneath the
               cabin floor.

32-12.02.00    The centerline gear shall be supported in the re-
               tracted position by over-center lock links when
               hydraulic pressure is relieved.

32-12.03.00    The centerline landing gear doors shall be actuated
               through mechanical linkages by the motion of the
               gear.

Ex.: 20; p.: 1167

32-12.04.00      Landing gear doors which are normally closed when the aircraft is on the ground shall be capable of being opened manually and without the use of tools, to facilitate the servicing and maintenance of equipment in the wheelwells.

32-13.00.00      CENTERLINE LANDING GEAR ASSEMBLY.

32-13.01.00      The shock absorber strut shall be a conventional oleo-pneumatic unit serviced with MIL-H-5606 (mineral oil) hydraulic fluid and dry nitrogen.

32-13.02.00      A jacking point shall be provided on the centerline landing gear.

32-20.00.00      NOSE LANDING GEAR AND DOORS.

32-20.01.00      A conventional, dual-wheel nose gear shall be provided on the forward fuselage, and shall retract forward into a well beneath the cabin floor.

32-20.02.00      The nose gear shall be supported in the retracted position by over-center lock links when hydraulic pressure is relieved.

32-20.03.00      The nose gear doors shall be actuated through mechanical linkages by the motion of the gear.

32-20.04.00      Landing gear doors, which are normally closed when the aircraft is on the ground, shall be capable of being opened manually and without the use of tools, to facilitate the servicing and maintenance of equipment in the wheelwells.

32-21.00.00      NOSE LANDING GEAR ASSEMBLY.

32-21.01.00      The shock absorber strut shall be a conventional oleo-pneumatic unit serviced with MIL-H-5606 (mineral oil) hydraulic fluid and dry nitrogen.

32-21.02.00      It shall be possible to tow, or push, the aircraft throughout the normal range of steering angles with a conventional tow-bar that can be connected to either the forward or aft side of the nose gear without disconnecting the torque links.

32-21.02.01      The towing lugs shall be replaceable unless suitably protected from towing damage or wear.

32-21.03.00      A jacking point shall be provided on the nose landing gear.

32-30.00.00      EXTENSION AND RETRACTION.

32-30.01.00      Hydraulic power shall be provided for normal extension and retraction of the gear.

Ex.: 20; p.: 1168

32-30.02.00      Normal extension and retraction of the landing gear shall be controlled by a single lever mounted in a position visible and accessible to both pilots.

32-30.02.01      The normal control lever shall provide down, up and neutral positions.

32-30.03.00      Emergency extension of the gear shall be accomplished by gravity, aerodynamic and/or bungee spring forces without the aid of hydraulic pressure.

32-30.03.01      Dual bungee springs shall provide positive means to ensure that the gear will lock in the DOWN position following an emergency extension.

32-30.03.02      Direct mechanical means, separate from the normal gear control lever, shall be provided to release the landing gear and door uplocks for emergency extension.

32-30.03.03      Operation of the emergency extension system shall not preclude subsequent normal operations after the emergency system has been returned to normal.

32-30.04.00      A mechanically operated safety stop shall be installed to prevent the normal gear control lever from being moved out of the DOWN position unless the nose landing gear strut is extended to within four inches of its fully extended position.

32-30.04.01      Means shall be provided to manually override the safety stop.

32-30.05.00      An attempt to retract the gear with the shock struts not fully extended, or with the nose wheels or main gear bogie beam not in the normal positions shall not result in major damage to the gear or to structure other than doors and fairings, and shall not result in jamming that would prevent subsequent extension of the gear by either the normal or emergency means.

32-30.06.00      The down-lock mechanisms shall be designed to minimize the entry of foreign material that could prevent the gear from locking in the DOWN position.

32-40.00.00      WHEELS AND BRAKES.

32-41.00.00      MAIN AND CENTERLINE WHEELS AND TIRES.

32-41.01.00      Size 52 x 20.5-23 tubeless tires shall be installed on the main landing gear and the centerline landing gear.

32-41.02.00      The wheels shall be fabricated from aluminum alloy forgings.

Ex.: 20; p.: 1169

32-42.00.00    NOSE WHEELS AND TIRES.

32-42.01.00    Size 40 x 15.5-16, tubeless tires shall be installed
               on the nose landing gear.

32-42.02.00    The wheels shall be fabricated from aluminum alloy
               forgings.

32-43.00.00    BRAKE ACTUATING SYSTEM.

32-43.01.00    Identical brake assemblies shall be installed at
               each wheel on the centerline and main landing gear.

32-43.02.00    The brakes shall be capable of operation by two
               completely independent hydraulic systems, including
               two independent sets of actuating cylinders in the
               brake assembly.

32-43.03.00    Hydraulic accumulators shall be installed in each
               brake system to provide fast response and a separate
               reserve of stored energy.

32-43.04.00    The wheel brakes shall be automatically actuated to
               stop main wheel rotation during gear retraction.

32-43.05.00    Hydraulic fluid quantity limiting valves (fuses)
               with manual bypass and self-resetting features
               shall be installed in each brake pressure line
               between the antiskid valve and the brake.

32-44.00.00    BRAKE CONTROL.

32-44.01.00    Conventional brake controls shall be installed on
               the rudder pedals for both pilots.

32-44.03.00    Setting the brakes for parking shall be accomplished
               by depressing both brake pedals and placing the
               parking brake control handle in the ON position.

32-44.03.01    The position of the control handle shall indicate
               whether the parking brakes are ON or OFF, and shall
               be visible to both pilots.

32-44.03.02    The parking brakes shall be released by depressing
               both brake pedals.

32-44.03.03    The brake accumulators shall provide the capacity
               to maintain parking pressure for eight hours.

32-44.03.04    A parking brake ON light shall be installed in the
               flight compartment.

DS 5500 ATCA        09-30-77              PAGE  196      CHAPTER    32

Ex.: 20; p.: 1170

32-45.00.00    ANTISKID SYSTEM.

32-45.01.00    An adaptive-type, pressure-modulating, antiskid,
               brake control system shall be installed to provide
               individual wheel skid detection and control using
               either hydraulic system.

32-45.02.00    Electrical failure or loss of power to the anti-
               skid system shall not interfere with manual brake
               control.

32-45.03.00    The antiskid system shall provide a separate
               electrical signal to the ground spoiler control
               system to permit the spoilers to extend auto-
               matically at wheel spin-up.

32-45.04.00    A master control switch shall be provided to ener-
               gize and arm the antiskid system.

32-45.05.00    Annunciator lights shall be provided to indicate
               malfunctions of the antiskid circuits.

32-45.06.00    Switches shall be provided to permit system checkout
               prior to landing or takeoff.

32-47.00.00    BRAKE PERFORMANCE AND ENERGY CAPACITY.

32-47.01.00    The brakes shall be designed and tested in accord-
               ance with the torque and energy capacity require-
               ments corresponding to the maximum takeoff and land-
               ing gross weights.

32-47.02.00    The brakes shall have the capacity for 800 stops at
               an energy level corresponding to average landing
               conditions.

32-47.03.00    The brakes shall be designed to perform a rejected
               takeoff stop following one, two or three of the fol-
               lowing cycles without adding fuel between cycles and
               starting at the takeoff gross weight that will result
               in the first landing being made at a landing gross
               weight of 421,000 pounds.

32-47.03.01    The aircraft shall take off and cruise for 10 min-
               utes at an altitude of 5,000 feet following normal
               gear retraction, then fly for 5 minutes in the
               approach configuration with the gear extended,
               and land using up to 60 percent of the normal
               design landing brake energy.

32-47.03.02    This shall be followed by 5 minutes of normal
               taxiing, a 10 minute stop, and 5 minutes more
               of normal taxiing.

32-47.04.00    Brake Cooling

DS 5500 ATCA     09-30-77                    PAGE  197    CHAPTER    32

32-47.04.01    A ram-air cooling system shall be installed to
               provide continuous inflight cooling of the landing
               gear brakes.

32-50.00.00    STEERING AND CENTERING.

32-50.00.10    See Figure 32-50 for turning radii.

32-50.01.00    Two separate and independent hydraulic systems,
               including independent actuating cylinders, shall
               provide nose gear steering under normal operating
               conditions.

32-50.01.01    In the event of a failure of either of the two
               hydraulic systems, the remaining system shall
               provide steering sufficient for control during
               takeoff, landing and limited taxi maneuvers.

32-50.02.00 *  Primary steering control shall be provided by
               means of a hand wheel accessible to the pilot.

32-50.02.01    The position of the steering hand wheel control
               shall provide visual indication of the position of
               the nose wheels by means of index marks on the
               control wheel and on adjacent structure.

32-50.02.02    The maximum steering angle shall be at least 67
               degrees to either side of center.

32-50.02.03    The systems shall continue to provide shimmy damping
               when the hydraulic systems are depressurized.

32-50.03.00    The nose gear shall be self-centering during forward
               motion of the aircraft, with both hydraulic steering
               systems depressurized.

32-50.04.00    Cams in the nose gear shock strut shall provide
               positive mechanical centering when the shock strut
               is fully extended.

32-50.05.00    Steering control shall be provided by both pilots'
               rudder pedals.

32-50.05.01    The nose gear steering angle shall be limited to
               approximately 10 degrees to either side of center
               when controlled from the rudder pedals.

32-50.05.02    The rudder pedal steering control shall not inter-
               fere with normal operation of the rudder control
               system during taxiing, and shall be disconnected
               automatically when the nose wheels are off the
               ground.

32-50.06.00    A steering system bypass valve shall be provided to
               permit towing the aircraft without disconnecting the
               torque links.

Ex.: 20; p.: 1172

32-50.06.01    The control lever for the steering bypass valve
               shall be spring-loaded to the NORMAL position, and
               shall be held in the TOWING position by means of a
               quick-release pin with a warning streamer attached.

32-50.07.00    The fatigue strength of the nose and main landing
               gear shall be sufficient to permit routine taxi and
               towing at the operational turning radius.
               (Reference Figure 32-50)

32-50.08.00    Nose wheel steering cables located on the nose wheel
               strut shall be replaceable without replacing cable
               runs located elsewhere in the fuselage.

32-50.09.00    The static strength of the gear shall permit infre-
               quent swiveling of the airplane about one main gear.

32-50.10.00    The nose landing gear may be swiveled 360 degrees
               with the torque links disconnected.

32-60.00.00    WARNING AND INDICATING SYSTEMS.

32-60.01.00    Two separate systems shall be installed to provide
               landing gear position and warning indications for
               each gear.

32-60.01.01    Indication and warning lights for one of the two
               systems shall be installed adjacent to the landing
               gear control lever.

32-60.01.02    A similar set of lights for the other system shall
               be installed at the flight engineer's station.

32-60.01.03    It shall be possible to connect either indicating
               system to the display adjacent to the landing gear
               control lever.  The switching shall be accomplished
               by reversing the connectors for the output signals
               in the electronics compartment.

32-60.02.00    Separate green lights for each landing gear shall
               indicate when the gear is down and locked.

32-60.03.00    Separate red warning lights for each gear shall
               indicate when a gear is not in the position that
               corresponds to the position of the control lever.

32-60.03.01    With the control lever in the DOWN position, an
               unsafe indication shall be obtained if the down-lock
               links are not over-center.

32-60.03.02    With the control lever in the UP position, an unsafe
               indication shall be obtained if either main gear
               door is not closed and the latch engaged or if the
               nose gear or the centerline gear is not in the re-
               tracted position with its lock links over-center.

Ex.: 20; p.: 1173

32-60.04.00    A landing gear aural warning shall be provided to
               sound continuously if any landing gear is not down
               and locked when one or more of the engine power
               levers is retarded to the idle position.

32-60.04.01    An interlock shall be provided to prevent nuisance
               aural warnings during normal low thrust descents.

32-60.04.02    A manually controlled switch shall be provided to
               silence the aural warning, but this switch shall be
               ineffective when the wing flaps are extended beyond
               the approach flap setting.

32-60.05.00    Both of the landing gear position indication and
               warning systems shall function in the normal manner
               when the emergency control system is used for gear
               extension, except that a green light shall indicate
               a gear that is down and locked and a red light shall
               indicate a gear that is not down and locked, regard-
               less of the position of the normal gear control
               lever.

32-60.07.00    Dual proximity detectors shall be provided to indi-
               cate the positions of the landing gear and door
               mechanisms.

32-60.07.01 *  Means shall be provided to permit direct observa-
               tion of the nose landing gear up and down lock
               mechanisms, and the main landing gear and door up
               lock mechanisms, from inside the aircraft except
               when these means are obstructed by cargo.

32-60.07.02    Lights shall be installed in the wheel wells to
               facilitate observation of the mechanisms.

32-60.07.03    A mechanically actuated indicator button, visible
               from inside the aircraft, shall protrude through
               the upper surfaces of the wing above each main
               landing gear to indicate when that gear is down and
               locked.

32-70.00.00 *  SHOCK/VIBRATION ATTENUATION.

32-70.01.00 *  Means shall be provided to minimize shock, vibra-
               tion or loud noises resulting from the operation
               of doors, latches, down-locks, nose landing gear,
               centerline and main landing gear, automatic wheel
               braking, etc., during retraction or extension of
               the landing gear.

Ex.: 20; p.: 1174



LIMITED BY TIRE WEAR (8° SCRUBBING ANGLE)
DRY CONCRETE SURFACE
NO BRAKING
SYMMETRICAL ENGINE THRUST

FIGURE 32-50 TURNING RADII

| | |
|---|---|
| 33-00.00.00 | LIGHTING. |
| 33-00.01.00 | The different types of lamps used throughout the aircraft shall be held to a minimum. |
| 33-00.02.00 | Long-life type lamps shall be used, where available, for improved reliability. |
| 33-00.02.01 | All lighting systems which use long-life lamps shall have the capability of allowing for substitution with their respective standard-life lamps. |
| 33-00.03.00 | Identification of lamp type and rated voltage shall be permanently marked adjacent to lamp sockets or fixtures. |
| 33-00.03.01 | Where a long-life lamp is used, its substitute standard-life lamp type number shall also be included in the lamp identification. |
| 33-00.04.00 | All lighting requiring lighting shields shall be designed so that burning, charring and/or discoloration shall be minimized. |
| 33-10.00.00 | FLIGHT COMPARTMENT LIGHTING. |
| 33-10.01.00 | White light sources shall be installed to provide illumination in the flight compartment. |
| 33-10.02.00 | Direct rays from the light sources shall be shielded from the crew. Reflections from the light sources shall not cause distraction from flight operation. |
| 33-11.00.00 | INSTRUMENT AND CONTROL PANEL LIGHTING. |
| 33-11.01.00 | White integral lighting shall be provided as the primary source of illumination for all instruments and control panel lightplates in the flight compartment. |
| 33-11.01.01 | The integral instrument lighting shall be per Douglas Aircraft Specification W2Z7005. |
| 33-11.02.00 | White flood lighting shall be provided as the secondary means of illumination for all instruments and control panels. |
| 33-11.03.00 | Variable intensity white flourescent flood lighting shall be installed at the pilots' main instrument panels. |
| 33-11.04.00 | Placards or nameplates for which integral lighting is not practical or not required for flight operation shall be white flood lighted. |

Ex.: 20; p.: 1176

33-11.05.00    A portion of the white floodlighting shall be powered from the D-C bus to automatically provide, at a fixed low-level intensity, adequate illumination of the flight instruments and controls that are essential to emergency flight operation.

33-11.06.00    The primary and secondary lighting systems shall be installed to provide independent illumination of the major instruments and control panel areas at each crewman's station.

33-11.07.00    Separate variable-intensity controls or switches shall be provided for the respective integral lighting systems at each crew station.

33-11.07.01    Separate variable-intensity controls or switches shall be provided for the white floodlighting systems at each crew station.

33-12.00.00    HIGH INTENSITY LIGHTING.

33-12.01.00    The white floodlights provided for the pilots' instruments and controls shall also provide high-intensity thunderstorm illumination when a single switch, located convenient to both pilots, is actuated. The intensity of the lights shall be independent of the variable-intensity controls.

33-12.02.00    The white floodlight provided for the flight engineer shall provide thunderstorm lighting for his instruments and controls.

33-12.03.00    It shall not be necessary to turn incandescent lights on to full brilliancy to start fluorescent lights.

33-13.00.00    GENERAL ILLUMINATION.

33-13.01.00    White lighting shall be installed in the ceiling to provide general illumination of the flight compartment.

33-13.02.00 *    The control for this light shall be accessible to the pilot while seated.

33-13.03.00    Emergency lighting shall also be provided in the ceiling. (Ref. 33-50.00.00)

33-14.00.00    MISCELLANEOUS WORK AREA LIGHTING.

33-14.01.00    White flood lighting shall be installed to adequately illuminate the flight compartment work areas listed below:

33-14.01.01    - map reading light over each pilot and the first observer

| | |
|---|---|
| 33-14.01.02 | - briefcase stowage and writing table for each pilot |
| 33-14.01.03 | - landing chart holder for each pilot |
| 33-14.01.04 | - floor area forward of each pilot's feet and by each pilot (OFF-DIM-BRT switches) |
| 33-14.01.05 | - flight engineer's work table |
| 33-14.01.06 | - briefcase stowage area for the flight engineer (pushbutton switch). |
| 33-14.02.00 | Variable-intensity controls, except as noted, shall be provided convenient to the respective crewman for each lighting system. |
| 33-15.00.00 | SPARE LAMPS STOWAGE. |
| 33-15.01.00 | Means shall be installed in the flight compartment for stowage of spare lamps, except fluorescent lights, of the types used in the flight compartment which are replaceable by the flight crew or maintenance personnel working in the flight compartment. |
| 33-15.01.01 * | Means shall be installed in the flight compartment for stowage of spare lamps, except fluorescent lights, of the types used in the crew/personnel compartment and in the aircraft position lights. |
| 33-15.02.00 | Lamp stowage shall be identified by lamp type. |
| 33-15.03.00 | Stowage accommodations are as follows: |
| 33-15.03.01 | - at least two of each type lamp installed |
| 33-15.03.02 | - a minimum of ten percent of the total of each type lamp, but not more than 12 of each type installed. |
| 33-20.00.00 * | CREW/PERSONNEL COMPARTMENT. |
| 33-20.01.00 * | A direct lighting system shall be installed to illuminate the crew/personnel compartment. |
| 33-20.02.00 | The following lighting systems may be used to illuminate more than one area where their functions coincide: |
| 33-20.02.02 * | - general overhead lighting |
| 33-20.02.03 * | - the aisles aft to approximately station 615 |
| 33-20.02.04 * | - the aisleway near each crew entry door. |

Ex.: 20; p.: 1178

33-20.05.00 *    General overhead lighting in the crew/personnel
                 compartment shall be actuated automatically in
                 the event of cabin depressurization by means of
                 the operation of the cabin altitude switch.

33-21.00.00      GENERAL ILLUMINATION.

33-21.01.00 *    Fluorescent lighting shall be installed on the left
                 and right upper sidewalls over the entire length
                 of the main cabin.  Fluorescent lighting shall be
                 installed on the ceiling of the main cabin aft to
                 station 615.  Fluorescent lighting shall be in-
                 stalled above the cargo envelope between sta-
                 tions 615 and 873.

33-21.02.00      Main cabin general illumination shall be installed
                 using starterless fluorescent lights.

33-21.02.01      The fixtures shall be designed to permit replacement
                 of the lamps without special tools.

33-21.03.00 *    The cabin lighting circuits shall not cause any
                 objectionable interference with the interphone or
                 PA system.

33-21.04.00      The cabin lighting circuit breakers shall feed only
                 cabin lighting systems.

33-21.05.00      It shall be possible to energize the cabin interior
                 lighting circuits on the ground using A-C ground
                 power without energizing the balance of the aircraft
                 electrical system.

33-21.07.00 *    Lighting, which may injure the crew or support
                 personnel if contacted, shall be suitably shielded.

33-21.08.00 *    Separate controls for the crew/personnel compart-
                 ment and the cargo compartment fluorescent light-
                 ing shall be installed on a panel near the for-
                 ward left crew entry door.

33-22.00.00 *    CREW ENTRY DOOR LIGHTING.

33-22.01.00 *    Lights shall be installed to provide general illumi-
                 nation of each crew entry door area.

33-22.01.01      A threshold boarding light shall be provided in each
                 entryway.

33-22.02.00 *    A single switch to control these lights shall be
                 installed at the forward left door.

Ex.: 20; p.: 1179

33-24.00.00      LAVATORY LIGHTING.

33-24.01.00 *    The lavatory shall be equipped with two fluorescent
                 lights for general illumination and for illumination
                 of the wall mirror.

33-24.02.00      The lights shall be dimmed automatically when the
                 lavatory slide bolt is withdrawn, otherwise the
                 lights shall be full bright and the lavatory
                 OCCUPIED sign shall be illuminated when the door is
                 locked.

33-24.03.00 *    Means shall be provided to energize the lavatory
                 lights, full bright, by using ground power for
                 maintenance purposes with the lavatory door open
                 without operating the door latch switch.

33-26.00.00      AISLE LIGHTING.

33-26.01.00 *    Light sources shall be installed to essentially
                 illuminate the aisle only in the crew/personnel
                 compartment when the general lighting is off.

33-26.02.00 *    The light beams shall be directed to provide ade-
                 quate aisle lighting without annoying the crew/
                 personnel.

33-27.00.00 *    CREW/PERSONNEL SIGNS.

33-27.01.00 *    NO SMOKING-FASTEN SEAT BELT signs shall be in-
                 stalled in the crew/personnel compartment, one
                 on the galley aft face and one on the lavatory
                 aft face.

33-27.02.00 *    A RETURN TO CABIN sign shall be installed in the
                 lavatory.

33-27.02.01 *    Electrical connections shall be provided to connect
                 an additional "NO SMOKING" and an additional "RETURN
                 TO SEAT" sign into the existing systems.  These con-
                 nection provisions shall be installed on the connec-
                 tion panel for the removable lavatory.

33-27.03.00      Control of these signs shall be by a switch for the
                 NO SMOKING sign and a switch for the FASTEN SEAT
                 BELT and RETURN TO CABIN signs located in the
                 flight compartment.  Each switch shall have three
                 positions; OFF, ON and AUTO.

33-27.03.01 *    A chime, broadcasted over the PA system, shall
                 sound whenever a NO SMOKING, FASTEN SEAT BELT
                 or RETURN TO CABIN sign is actuated.

Ex.: 20; p.: 1180

Case3MDL No.075 Document 6666-3 Filed 01/88/11 Page 223 of 889

33-27.03.02 *   The NO SMOKING and FASTEN SEAT BELT signs shall
                be turned on automatically when the cabin altitude
                exceeds 10,000 feet if their respective switches
                are in the AUTO or OFF positions. The RETURN TO
                CABIN sign shall not be turned on by the cabin
                altitude switch.

33-27.03.03     The NO SMOKING signs shall be turned on automati-
                cally when the landing gear lever is placed in the
                DOWN position if the control switch is in the AUTO
                position.

33-27.03.04     The FASTEN SEAT BELT and RETURN TO CABIN signs shall
                be turned on automatically when the flaps are not in
                a fully retracted position if the control switch is
                in the AUTO position.

33-28.00.00     CABIN STANDBY LIGHTING.

33-28.01.00     A series of lights shall be installed to provide
                standby cabin illumination.

33-28.02.00     These lights shall be on when the aircraft emergency
                electrical power system switch is on.

33-30.00.00 *   SERVICE AND LOWER COMPARTMENT LIGHTING.

33-32.00.00     WHEELWELL LIGHTING.

33-32.01.00     Lights shall be installed to illuminate the instal-
                lations in each wheelwell, including the landing
                gear and its up and down latching mechanisms.

33-32.02.00     Switches for controlling the wheelwell lights shall
                be located for the convenience of personnel entering
                the wheelwells.

33-32.02.01     Additional switches for controlling the nose and main
                landing gear wheelwell lights shall be installed
                inside the aircraft adjacent to the viewing windows
                for in-flight observation of the mechanisms.

33-32.03.00     The lights shall be designed and/or located to pre-
                clude damage by maintenance personnel working in the
                wheelwells.

33-32.04.00     The lights shall be designed to prevent the entry
                of fluids.

33-33.00.00     EQUIPMENT COMPARTMENT LIGHTING.

33-33.01.00     Lights shall be installed to illuminate each
                equipment compartment and maintenance work area
                within the aircraft.

| | |
|---|---|
| 33-33.02.00 | These lights shall be controlled by switches located for the convenience of personnel entering these areas. |
| 33-33.03.00 | Lights shall be designed and/or located to pre-clude damage by maintenance personnel working in the area. |
| 33-34.00.00 | SERVICE AREA LIGHTING. |
| 33-34.01.00 * | Lights shall be installed to illuminate the external ground service panel areas, including those provided for fresh water, the lavatory, refueling and the APU. |
| 33-34.01.01 | Lights shall be waterproof or explosion proof as applicable. |
| 33-34.02.00 | The associated switch for each service panel light-ing system must be in the OFF position before the service panel door can be closed. |
| 33-34.03.00 | Illumination shall be provided within the APU enclosure to allow normal APU servicing. |
| 33-34.03.01 | The lights within the APU enclosure shall be explosion-proof. |
| 33-35.00.00 * | ARO COMPARTMENT LIGHTING. |
| 33-35.10.00 * | White Fluorescent Lighting |
| 33-35.11.00 * | White fluorescent lighting shall be installed to provide general illumination in the ARO compart-ment. |
| 33-35.12.00 * | An on-off switch shall be installed near the en-trance of the ARO compartment to control the lights from outside the compartment. |
| 33-35.13.00 * | A norm-off switch shall be installed on the ARO panel to control the lighting from the operator's position. |
| 33-35.14.00 * | A lighting control shall be installed on the ARO panel to control the intensity of the compartment flood lighting. |
| 33-35.20.00 * | White Integral Lighting |
| 33-35.21.00 * | White integral lighting shall be installed as the primary source of illumination for all instru-ments and control panel lightplates at the ARO station. |

Ex.: 20; p.: 1182

33-35.22.00 *    The integral instrument lighting shall be in accordance with Douglas Aircraft Specification WZZ7005.

33-35.23.00 *    A lighting control shall be installed on the ARO panel to control the intensity of the panel integral lights.

33-35.30.00 *    White Incandescent Lighting

33-35.31.00 *    White incandescent lighting shall be installed as the secondary means of illumination for the instrument and control panels at the ARO station.

33-35.32.00 *    A lighting control shall be installed on the ARO panel to control the intensity of the panel flood lights.

33-35.40.00 *    Writing Surface Illumination

33-35.41.00 *    The writing surface shall be illuminated with white lighting.

33-35.42.00 *    A lighting control shall be installed on the ARO panel to control the intensity of the writing surface light.

33-40.00.00    EXTERIOR LIGHTING.

33-40.01.00    Exterior lighting shall be installed as shown in Figure 33-40.

33-41.00.00    LANDING LIGHTS - FUSELAGE.

33-41.01.00    Sealed-beam, quartz-type, retractable landing lights shall be installed on the forward section of the fuselage in the vicinity of the air conditioning compartment.

33-41.01.01    Both the sealed-beam, quartz-type, lamps and the light assembly shall be replaceable with the light extended or retracted.

33-41.02.00    The light shall be extendable at any speed up to V = 375 knots CAS or M = .88.

33-41.03.00    The mounting installation shall provide permanent directional alignment of the lights.

33-41.04.00    Switches for extending, retracting and turning these lights on or off shall be installed in the flight compartment.

33-41.04.01    These switch handles shall be distinctive from adjacent switches.

Ex.: 20; p.: 1183

33-42.00.00      LANDING LIGHTS - NOSE GEAR.

33-42.01.00      Two sealed-beam fixed lights shall be installed on the nose gear support assembly for use during landing and taxiing.

33-42.02.00      Each light shall be a double-filament lamp, one 600-watt and one 400-watt.

33-42.03.00      The nose lights shall be controlled by a single switch in the flight compartment having OFF-TAXI-LAND positions.

33-42.03.01      The nose lights shall be interlocked with the landing gear handle so the lights may be turned on only when the handle is in the DOWN position.

33-43.00.00      TAXI AND RUNWAY TURNOFF LIGHTS - GROUND FLOOD.

33-43.01.00 *    Fixed lights shall be installed to provide additional side and forward lighting during taxiing and runway turnoff or during maintenance and service.

33-43.02.00      These lights shall be individually controlled by switches in the flight compartment.

33-43.03.00      A minimum number of screws shall be used to install each light for easier replacement of the light.

33-43.04.00      Sealing of the light shall be accomplished by using a resilient seal against a teflon or dry parting surface.

33-44.00.00      POSITION LIGHTING SYSTEM.

33-44.01.00      Position (navigation) lights shall be installed.

33-44.02.00      The system shall consist of a red light on the left wing tip, a green light on the right wing tip, and a white light mounted on the trailing edge of each wing near the wing tip.

33-44.03.00      Each light fixture shall have two incandescent quartz lamps in parallel.

33-44.04.00 *    The system shall be fully dimmable and shall be controlled by a switch in the flight compartment. The switch shall meet the requirements of paragraph 33-48.00.03.

Ex.: 20; p.: 1184

33-45.00.00 *    ANTICOLLISION/RENDEZVOUS LIGHTING.

33-45.10.00 *    Xenon flashing anticollision/rendezvous lights
                 shall be installed, one red light and one white
                 light on the top centerline of the fuselage and
                 a dual red-white light on the bottom of the
                 fuselage, to permit visual location and identi-
                 fication by the receiver aircraft.

33-45.11.00 *    The anticollision/rendezvous lights shall meet
                 the requirements of FAR Part 25.

33-45.12.00 *    The upper anticollision/rendezvous lights shall
                 be capable of being serviced from inside the
                 aircraft.

33-45.13.00 *    The lower light assembly shall have the capability
                 of producing a red and a white flash.

33-45.14.00 *    Each light, red and white, shall be of equal in-
                 tensity, be a minimum of 400 effective candellas
                 and upper and lower fuselage lights shall be
                 capable of being synchronized.

33-45.15.00 *    Two switches shall be installed in the flight com-
                 partment, one to control the two upper lights, the
                 other to control the lower dual light.  The switch-
                 es shall permit selection of four flashing modes.

33-45.15.01 *    Three modes shall consist of a white only, a red
                 only and an alternating red-white mode to identify
                 the aircraft in formation.  The lights shall flash
                 at a rate of one Hertz.

33-45.15.02 *    The fourth mode shall consist of three flashes,
                 first white, then red, then white to provide
                 positive aircraft identification during initial
                 visual contact.  Each flash shall be separated
                 by a period of 0.25 second and the sequence of
                 three flashes shall be initiated once every
                 second.

33-45.16.00 *    Separate power supplies shall be installed for
                 each light assembly and shall be located as close
                 as practical to the light assemblies.

33-46.00.00      WING AND ENGINE SCAN LIGHTING.

33-46.01.00      Lights shall be installed on the sides of the
                 fuselage to illuminate the wing mounted engines,
                 wing leading edges and wing top surfaces to aid the
                 flight crew in visually checking for icing or other
                 conditions of these areas.

33-46.01.01      They shall also provide additional illumination for
                 ground maintenance servicing operations.

Ex.: 20; p.: 1185

33-46.02.00 *    The lights shall be dimmable and shall be con-
                 trolled from the flight compartment for use with
                 the universal aerial refueling receptacle slip-
                 way installation.

33-47.00.00      SUPPLEMENTAL RECOGNITION LIGHTING.

33-47.01.00      A high-intensity supplemental lighting system shall
                 be installed on each wing tip: two lights facing
                 forward and one light facing aft.

33-47.02.00 *    The wing tip lighting shall use strobe-type lights.

33-48.00.00 *    FORMATION AIDS AND AERIAL REFUELING LIGHTING.

33-48.00.01 *    External lighting shall be installed to aid the
                 receiving aircraft in location, recognition and
                 identification of and connection to and disconnec-
                 tion from the aircraft.

33-48.00.02 *    All aerial refueling lights shall be capable of
                 being turned on and operated at refueling alti-
                 tudes, airspeeds and temperatures.

33-48.00.03 *    Lighting controls for the following listed systems
                 shall be capable of varying the intensity of the
                 lights continuously from 0.2 percent of full
                 bright to full bright.  Rotary controls shall
                 be used with a detented off position in the ex-
                 treme counterclockwise position.  Increased in-
                 tensity of the lights shall be accomplished by
                 clockwise rotation of the switch.

                 - Underbody Illumination
                 - Director Light System
                 - Nozzle Illumination
                 - Hose/Drogue Lights
                 - Formation Light System

33-48.10.00 *    Underbody Illumination

33-48.10.01 *    Adequate illumination of the underside of the wings,
                 fuselage and horizontal tail shall be provided.

33-48.11.00 *    Two lights shall be installed, one on each side of
                 the periscope fairing, to illuminate the underside
                 of each wing.

           *     Two lights shall be installed, one on each outer
                 flap hinge fairing, to illuminate the underside
                 of the aft fuselage.

33-48.13.00 *    Two lights shall be installed, one on each side
                 of the aft fuselage, to illuminate the underside
                 of the horizontal stabilizer.

DS 5500 ATCA        09-30-77                    PAGE  212    CHAPTER    33

Ex.: 20; p.: 1186

33-48.14.00 *   Lighting controls shall be installed at the ARO
                station to control the underbody illumination
                from full on to full off.

33-48.20.00 *   Receiver Pilot Director Light System

33-48.20.01 *   A receiver pilot director light system shall be
                installed to enable the ARO to direct the receiver
                pilot from the precontact to the contact aerial
                refueling position.  On contact, the system shall
                be slaved to the boom nozzle position and shall
                automatically indicate receiver position relative
                to the aerial refueling envelope and command cor-
                rective maneuver.

33-48.21.00 *   The receiver pilot director light system shall con-
                sist of two rows of lights on the underside of the
                fuselage with a fluorescent stripe located between
                the two rows of lights.

33-48.22.00 *   The receiver pilot director light system shall
                meet the following criteria:

33-48.22.01 *   - be visible to the receiver aircraft pilot/copilot
                  throughout the aerial refueling automatic dis-
                  connect envelope and in the precontact position

33-48.22.02 *   - be near nominal to the pilot's line of sight in
                  the nominal boom position

33-48.22.03 *   - be located such that dirt accumulations will not
                  prevent the receiver pilot's use of the lights

33-48.22.04 *   - present unambiguous and clearly identifiable
                  instruction to the receiver pilot

33-48.22.05 *   - not be degraded to the extent it is unuseable
                  during sunlight conditions.

33-48.23.00 *   Lighting controls shall be installed at the ARO
                station to turn on the director lights and to
                control the intensity of the lights from full on
                to full off.

33-48.24.00 *   Coaching switches shall be installed on the side
                of the ARO telescoping handle to enable the oper-
                ator to direct the receiver pilot from the pre-
                contact to the contact aerial refueling position.

33-48.25.00 *   A separate switch shall be installed on the ARO
                telescoping handle to actuate the receiver pilot
                director light system flashing to signal breakaway.

33-48.26.00 *   A director lights ground test switch shall be
                installed at the ARO station.

DS 5500 ATCA        09-30-77                    PAGE  213    CHAPTER    33

33-48.30.00 *    Boom Lights

33-48.30.01 *    Redundant lights in the boom ice shield shall be
                 provided to illuminate the boom nozzle area and
                 the area around the refueling receptacle.  Two
                 ultraviolet lights shall be installed in the boom
                 ice shield to illuminate the boom markings on the
                 telescoping section.

33-48.31.00 *    A lighting control shall be installed at the ARO
                 station to turn on the boom nozzle lights and to
                 control the intensity of the lights from full on
                 to full off.

33-48.32.00 *    A lighting control shall be installed on the boom
                 control handle which can be used to increase the
                 brightness of the boom nozzle lights.

33-48.33.00 *    A switch shall be installed at the ARO station to
                 control the ultraviolet boom markings light.

33-48.34.00 *    Annunciator lights shall be installed at the ARO
                 station to indicate if either of the ultraviolet
                 boom marking lights fail.

33-48.40.00 *    Hose/Drogue Lights

33-48.40.01 *    Lighting shall be installed to illuminate the
                 aerial refueling drogue and hose and to provide
                 signaling information to the pilot of the re-
                 ceiver aircraft.

33-48.41.00 *    Hose/Drogue Floodlights

33-48.41.10 *    White floodlights shall be installed in the aft
                 fuselage to illuminate the air refueling hose
                 markings at the area where it trails from the
                 aircraft.

33-48.41.11 *    The lights shall be installed or shielded in such
                 a manner as to prevent the light from being a
                 source of direct or reflected glare to the ARO
                 crew and receiver aircraft pilot.

33-48.41.12 *    A lighting control shall be installed at the ARO
                 station to control the hose/drogue flood lights
                 from full on to full off.

33-48.42.00 *    Hose/Drogue Signal Lights

33-48.42.10 *    A red, a yellow and a green signal light shall
                 be installed in a position that is clearly vis-
                 ible to the pilot of the receiver aircraft dur-
                 ing all phases of the air refueling operation.

Ex.: 20; p.: 1188

33-48.42.11 *    All three lights shall be mounted on a single
                 assembly and installed within a fairing.

33-48.42.12 *    The red and yellow lights shall function for
                 both dry and wet engagements.

33-48.42.13 *    The red and yellow lights shall operate in both
                 steady and flashing modes.

33-48.42.20 *    The lights shall operate in the following modes:

33-48.42.21 *    - the yellow light shall turn on automatically
                   when the hose is within five feet of the
                   trailed position and the tanker is ready for
                   engagement

33-48.42.22 *    - the red light shall turn on automatically when
                   the hydraulic pressure at the hose reel is too
                   low for proper response action

33-48.42.23 *    - the green light shall turn on automatically
                   when the fuel is being transferred to the
                   receiver.  The light shall be controlled by
                   a primary element which senses actual fuel
                   flow

33-48.42.24 *    - the yellow light shall flash when the drogue
                   approaches the forward limit.  This light
                   shall be coordinated with the caution marking
                   on the hose

33-48.42.25 *    - the red light shall flash to signal breakaway.

33-48.42.30 *    A lighting control shall be installed at the ARO
                 station to control the hose/drogue signal lights
                 from full on to full off.

33-48.50.00 *    Universal Aerial Refueling Receptacle Slipway
                 Installation (UARRSI) Lighting

33-48.51.00 *    Two lights shall be installed on each side of
                 the refueling receptacle to provide indirect
                 lighting of the UARRSI perimeter during refuel-
                 ing operations.

33-48.52.00 *    A lighting control shall be installed in the flight
                 compartment to control the intensity of the refuel-
                 ing receptacle lights from full on to full off.

33-48.53.00 *    A lighting control shall be installed in the flight
                 compartment to control the intensity of the recept-
                 acle slipway lights from full on to full off.  This
                 light is included as part of the UARRSI.

33-48.60.00 *    Formation Light System

33-48.60.01 *    A formation light system shall be installed to
                 enable waiting receiver pilots to maintain a
                 formation off the ATCA wing tips.

33-48.60.02 *    The formation light system shall consist of
                 electroluminescent lamps installed directly
                 on the outside fuselage surface. The lights
                 shall be located on both sides of the forward
                 fuselage, aft fuselage, vertical stabilizer and
                 on the sides of both wing tips. See Figure 33-40.

33-48.60.03 *    The lighting control shall be installed in the
                 flight compartment. This control shall vary the
                 light intensity from full on to full off.

33-48.60.04 *    The formation light system shall be visible to
                 waiting receiver pilots under various weather
                 conditions.

33-48.60.05 *    Lightning protection for the system shall be
                 provided.

33-49.00.00      LOGC LIGHTING.

33-49.01.00 *    Two 600-watt quartz-iodide lamps shall be installed
                 to illuminate the aircraft identification marking
                 on each side of the vertical stabilizer.

33-49.02.00      A switch shall be installed in the flight compart-
                 ment to illuminate the two 600-watt lamps.

33-49.03.00      The power supplied to the two 600-watt lamps shall
                 be 25 volts nominal.

33-50.00.00      EMERGENCY LIGHTING.

33-50.01.00      Emergency lighting and emergency exit marking shall
                 be provided as required to meet the applicable
                 requirements of FAR Part 25.

33-50.02.00      All placards or signs installed to give instructions
                 for evacuation or use of equipment during emergen-
                 cies shall be illuminated.

33-50.02.01      Lighting for this purpose shall be energized elec-
                 trically, radioactively or by a similar means.

33-50.02.03      Emergency lighting shall illuminate the emergency
                 escape paths leading away from the flight com-
                 partment.

33-50.03.00      Emergency lighting can be controlled during take-
                 off or landing by means of a switch in the flight
                 compartment without using electrical power from the
                 emergency lighting batteries.

Ex.: 20; p.: 1190

| 33-51.00.00 | EMERGENCY LIGHTING POWER. |
|---|---|
| 33-51.01.00 | A separate system of low-voltage, high-capacity batteries shall be installed to supply power for the emergency lighting system. Batteries shall be readily accessible for replacement. |
| 33-52.00.00 | EMERGENCY LIGHTING ELECTRICAL DISTRIBUTION SYSTEM. |
| 33-52.01.00 | The emergency lighting electrical distribution system shall operate independently of the aircraft main electrical system. |
| 33-52.02.00 | It shall be controlled by a three-position switch, located in the flight compartment, with the positions OFF, ARM and ON. |
| 33-52.02.01 | The OFF position of the switch shall connect the rechargeable batteries to a charging system when power is available to the aircraft, and shall activate circuitry which prevents inadvertent discharge of the emergency batteries when the aircraft power is OFF. |
| 33-52.02.02 | The ARM position of the switch shall be the normal flight position and shall activate circuitry energizing the emergency lights whenever there is a loss of aircraft power on the ground service bus. |
| 33-52.02.03 | The ARM position shall also connect the emergency batteries to a charging system when power is available to the aircraft. |
| 33-52.02.04 | The ON position of the switch shall energize the emergency lights. When the emergency lights are energized, the source by priority shall be the right emergency A-C bus and the left emergency D-C bus. If no aircraft power is available, the internal batteries shall supply the power. |
| 33-52.02.05 | Means shall be provided to assure that the emergency lights are all operating without depleting the emergency power source beyond that required for dispatch. |
| 33-52.03.00 | An emergency lighting control switch with ON and NORMAL positions shall be installed in the cabin. This lighting control switch shall be guarded in the NORMAL position. |
| 33-52.03.01 | Control of the emergency lights shall be in the flight compartment when the cabin switch is in the NORMAL position. When the switch is in the ON position, flight compartment control is overridden. |



FIGURE 33-40 EXTERIOR LIGHTING

Ex.: 20; p.: 1192

34-00.00.00    NAVIGATION.

34-00.01.00    The primary flight and navigation instruments and
               system configuration shall conform to the failure
               warning and functional test guidelines of ARINC
               Report No. 415, dated 2-15-66, and Supplement 1,
               dated 3-10-67.

34-00.02.00 *  See Figure 34-01 for navigation system.

34-00.03.00 *  All commercial navigation systems shall be certified
               to the applicable FAA Technical Standard Orders
               (TSOs).

34-10.00.00    FLIGHT ENVIRONMENT DATA.

34-11.00.00    PITOT-STATIC SYSTEM.

34-11.01.00    The pitot-static systems shall be connected as shown
               on Figure 34-11.

34-11.02.00    The pitot-static system shall be designed, insofar
               as possible, in accordance with ATA recommendations
               dated January 1964.

34-11.03.00    The shape and alignment of the pitot tube shall be
               such as to minimize the angle of attack and yaw
               errors.

34-11.04.00 *  The selection of the alternate static system by
               either the pilot or copilot shall be accomplished
               by a make-before-break valve.

34-11.05.00 *  The static ports shall be cross-connected.  The
               pilot's and the copilot's static ports shall be
               closely grouped.  The alternate ports shall be
               located an adequate distance from the primary
               ports.

34-11.05.01 *  An external plate at least 10-inches in diameter
               shall be installed on each side of the aircraft to
               mount the pilot's, copilot's and auxiliary (if
               applicable) static ports.

34-11.05.02    The static port center hole shall be 3/32-inch to
               allow direct connection of test equipment.

34-11.05.03    The ports shall be located so that water or other
               fluids discharged overboard from the aircraft cannot
               run over the ports while the aircraft is on the
               ground or while airborne.

34-11.05.04    A red line 1/2-inch wide shall be located around the
               controlled area and the following legend (minimum
               letter height 1/2-inch) shall be provided:  STATIC
               PORTS.  DO NOT PLUG OR DEFORM HOLES.   AREA WITHIN
               RED LINE MUST BE SMOOTH AND CLEAN.

Ex. 20; p. 193

34-11.05.05    The static ports shall be designed so as to preclude
               static error due to the entry of water into the
               static ports.

34-11.06.00    A separate static system shall be provided for a
               bleed-type cabin pressure controller.

34-11.07.00    Partial provisions for a trailing cone shall be
               installed.

34-11.07.01    Partial provisions shall consist of a capped alumi-
               num tube with a minimum diameter of 1/2 inch running
               from the tail of the aircraft to the aft pressure
               bulkhead.

34-11.10.00    Static System Accuracy

34-11.10.01    The final static pressure calibration data shall be
               the result of tests on at least three DC-10 air-
               craft.

34-11.10.02    The FAA-approved static position error calibrations
               of the normal and auxiliary static systems during
               level, unaccelerated flight shall not exceed plus or
               minus 100 feet up to a speed of Mach 0.86 in cruise
               configuration and plus or minus 200 feet for the
               flight envelope of the aircraft.

34-11.10.03    The gradient of position error shall not exceed
               1.5 knots per 10 knots of airspeed in the speed
               range between $1.2 V_s$ and $V_{fe}$ with landing flaps
               extended nor 50 feet per 0.025 Mach number up to
               $M_{mo} + 0.01$ Mach number.

34-11.10.04    The FAA approved static position error calibration
               of the alternate static system during level, unac-
               celerated flight for a landing configuration at max-
               imum landing weight shall not exceed -40 to +20 feet
               at $1.3 V_s$.

34-11.10.05    At other operational flight speeds or configurations
               the alternate static system position error shall not
               exceed -500 to +20 feet.

34-11.20.00    Piping

34-11.20.01    Piping shall be routed to preclude error due to
               moisture in the system.

34-11.20.02    Line lag shall be kept to a minimum.

34-11.20.03    All tubing and hose, with the exception of that on
               instrument panels, should slope toward drains or
               sumps.

DS 5500 ATCA        09-30-77                    PAGE  220     CHAPTER    34

34-11.20.04    A rise of at least eight inches shall be provided
               immediately adjacent to the static ports to prevent
               entry of water into the static system.

34-11.20.05    A drain shall be provided at the low points of each
               system.

34-11.20.06    Drains, when required, shall be spring loaded, and
               self closing, except in pressurized areas.

34-11.20.07    Pitot piping shall be 5/16-inch diameter and static
               piping shall be 3/8-inch diameter including instru-
               ment connection.

34-11.20.08    Flareless fittings shall be used.

34-11.20.09    Near the end of each pitot and static piping run,
               and drains, the piping or hoses shall be labeled to
               designate with which subsystem it is used.

34-11.20.10    When two or more lines connect to a common item,
               a means shall be used to prevent incorrect connec-
               tion.

34-12.00.00    PRIMARY PITOT-STATIC INSTRUMENTS.

34-12.01.00 *  An altimeter shall be installed on the pilot's and
               copilot's instrument panels which provides an out-
               put of barometric setting (linear with feet cor-
               rection) to the digital air data computer and dis-
               plays altitude as received in serial digital format
               from the air data computer.

34-12.01.01    Barometric settings shall be in inches of mercury
               and millibars.

34-12.01.02 *  The barometric altimeters shall be of the counter-
               drum-pointer type with the counter-drum displaying
               five digits.

34-12.02.00 *  A 3-inch standby pneumatic altimeter shall be in-
               stalled for viewing and barometric setting by the
               pilot and copilot.

34-12.02.02 *  The standby pneumatic altimeter shall be of the
               counter-drum-pointer type.

34-12.03.00 *  A servoed Mach/Airspeed indicator in a 4 ATI case
               size shall be installed on the pilot's and copilot's
               instrument panel.

34-12.03.01    Both indicators shall contain one marker driven
               from an internal servo controlled by the auto-
               throttle IAS selector.

34-12.03.02     Three movable airspeed index markers shall be
                installed on the bezel.

34-12.03.03     A 3-inch standby pneumatic airspeed indicator shall
                be installed in the pilots' center panel.

34-12.04.00 *   A servoed vertical speed indicator shall be in-
                stalled on the pilot's and copilot's instrument
                panels.

34-13.00.00     OVERSPEED WARNING.

34-13.01.00     An aural warning shall be installed in the flight
                compartment to warn the pilots of an overspeed
                condition.

34-13.02.00     Means shall be provided to permit testing of the
                overspeed sensor.

34-14.00.00     DIGITAL AIR DATA COMPUTER.

34-14.01.00     Two digital central air data computers (CADC's) shall
                be installed in the avionics compartment.  CADC out-
                puts shall be in accordance with ARINC 576, dated
                10 Feb 69, plus Supplements 1, 2, and proposed Sup-
                plement 3 (circulated by AEEC Letter No. 70-2-58,
                dated 17 Sep 70) to ARINC 575, except that the sta-
                tic pressure input shall be modified as a function
                of vertical acceleration.

34-15.00.00     TRUE AIRSPEED/STATIC AIR TEMPERATURE INDICATOR.

34-15.01.00     A true airspeed/static air temperature indicator
                shall be installed in the flight compartment.

34-15.02.00     The CADC-2 shall provide the TAS and SAT signal to
                the indicator.

34-16.00.00     STALL WARNING.

34-16.01.00     A warning system shall be installed to alert the
                pilots that the aircraft is approaching a stall
                condition.

34-16.02.00     Electrical anti-icing shall be provided for the
                stall warning sensor.

34-16.02.01     The anti-icing heater shall be controlled by a
                switch located in the flight compartment.

34-16.02.02     Positive identification of power to the anti-ice
                heater shall be provided on the overhead ammeter.

34-16.03.00     A switch shall be installed accessible to both
                pilots by which each stall warning system can be
                tested.

Ex.: 20; p.: 1196

| | |
|---|---|
| 34-17.00.00 | SPEED CONTROL SYSTEM. |
| 34-17.01.00 | Dual speed control systems shall be installed to provide command guidance to maintain a selected airspeed in cruise flight and to compute an airspeed for takeoff, go-around and approach flight modes. |
| 34-17.04.00 | A switch shall be installed accessible to both pilots by which both speed control systems can be tested. |
| 34-18.00.00 | TOTAL AIR TEMPERATURE INDICATING SYSTEM. |
| 34-18.01.00 | A total air temperature indicator shall be installed so that both pilots can view the display. |
| 34-18.01.01 | The indicator shall also display the limit $N_1$ RPM for temperature and altitude. |
| 34-18.02.00 | A total air temperature sensor, with dual outputs, shall be installed. |
| 34-18.02.01 | The total air temperature sensor shall be electrically anti-iced. |
| 34-18.02.02 | The heater shall be controlled by a switch located in the flight compartment. |
| 34-18.02.03 | Positive identification of power to the heater shall be provided on the overhead ammeter. |
| 34-19.00.00 | ALTITUDE ADVISORY SYSTEM. |
| 34-19.01.00 | An altitude advisory system shall be installed to advise the crew of approaching the preselected altitude, or caution the pilots if the airplane deviates from the preselected altitude. |
| 34-19.01.01 | The system shall operate independent of the engagement of the autopilot or flight director. |
| 34-19.02.00 | The selected altitude for the system shall be from the altitude set knob on the glareshield panel. |
| 34-19.03.00 * | The No. 1 system shall receive aircraft altitude from the CADC-1 and barometric correction from the pilot's altimeter. |
| 34-19.03.01 * | The No. 2 system shall receive aircraft altitude from the CADC-2 and barometric set from the co-pilot's altimeter |

Ex.: 20; p.: 1197

| | |
|---|---|
| 34-19.04.00 | When the altitude deviation from the selected alti- tude is reduced to a value proportional to the aircraft vertical speed, a short duration aural annunciation and a steady amber light on the altimeter shall be activated, and the system shall be armed to capture the selected altitude. |
| 34-19.04.01 | Further reduction of altitude deviation shall result in system capture and the advisory light shall extinguish. |
| 34-19.04.02 | The dual advisory systems shall operate indepen- dently; however, only the first system energized shall operate the tone. |
| 34-19.05.00 | After capture, if the airplane deviates a predeter- mined value from the selected altitude, the amber lights shall flash. |
| 34-19.06.00 | The flashing lights shall be extinguished by: |
| 34-19.06.01 | - depressing the altitude reset button |
| 34-19.06.02 | - setting a new altitude |
| 34-19.06.03 | - maneuvering airplane to within altitude capture limits. |
| 34-19.07.00 | If during the arm mode, prior to capture, the deviation is increased to a value greater than the initial arm level, the steady light shall change to a flashing light. |
| 34-20.00.00 | ATTITUDE AND DIRECTION. |
| 34-21.00.00 | GYRO COMPASS SYSTEMS. |
| 34-21.01.00 | Two remote compass systems shall be installed. |
| 34-21.01.02 | The compass system shall be stabilized by the INS. |
| 34-21.02.00 | Two flux valves shall be installed in a location such that not more than one degree magnetic devia- tion shall be present regardless of movement of flight, engine or other controls. |
| 34-21.02.01 | Flux valves shall require no magnetic or electrical compensation. |
| 34-21.02.02 | Flux valves shall be pre-indexed and shall be physi- cally aligned to the aircraft longitudinal axis in such a manner that no index error compensation is required. |
| 34-21.02.03 | Suitable access for removal of the flux valve shall be provided. |

Ex.: 20; p.: 1198

34-21.03.00        Two compass couplers shall be installed in the
                   avionics compartment.  These couplers shall
                   provide synchro outputs to the course and radio
                   magnetic indicators and other systems as required.

34-21.03.01 *      Both compass systems shall be capable of being
                   operated independently in either the slaved gyro
                   or directional gyro mode.  A normal fast synchro-
                   nization for each system shall be provided in
                   the flight compartment.  Synchronization indica-
                   tion and manual slaving capability shall also
                   be included.  Cut-out of the flux valve signal
                   shall be provided when in the slaved mode during
                   turning flight.

34-21.04.00 *      Two RMI indicators shall be installed, one on the
                   pilot's and one on the copilot's instrument panel.

34-21.04.01        A narrow and wide pointer shall be provided to dis-
                   play bearing (VOR, ADF, etc.) information.

34-21.04.03 *      Two switches shall be provided on each indicator
                   to switch between VOR-1/ADF-1 and VOR-2/ADF-2.
                   UHF ADF bearing shall be displayed in lieu of
                   ADF-1 when selected.  (Refer to 34-33.10.00)

34-21.04.04        Integral servo amplifiers shall be incorporated in
                   each indicator.

34-21.04.05        A heading warning flag, which covers the lubber
                   line, shall be incorporated in each indicator.

34-21.07.00        The compass system shall be interconnected as
                   defined in Figure 34-01.

34-22.00.00        STANDBY COMPASS (MAGNETIC).

34-22.01.00 *      A magnetic compass shall be installed in the flight
                   compartment, visible to both the pilot and copilot.

34-22.01.01        This compass shall be compensated for all electrical
                   circuits and for movement of the flight, engine or
                   other mechanical controls in the flight compartment,
                   to read within ± 10 degrees error.

34-22.02.00        Precautions shall be taken to minimize the effect of
                   electrical circuits and extraneous magnetic forces
                   on the compass.

34-23.00.00        HORIZONTAL SITUATION INDICATOR (HSI).

34-23.01.00 *      A horizontal situation indicator shall be installed
                   on the pilot's and copilot's instrument panels.

34-23.01.01       Each HSI shall display either radio and magnetically derived information or INS information. The HSI distance counters shall always display the INS distance-to-go.

34-23.01.02 *     Information display selection shall be controlled by INS-TACAN-VOR selector switches. Switching shall be provided so that the pilot can select INS, VOR-1 or TACAN-1 on his HSI and the copilot can independently select INS, VOR-2 or TACAN-2 on his HSI. (Refer to 34-56.50.00)

34-23.01.05       The distance readout shall be compatible with the requirements in ARINC 561-2 dated 1 Feb 68, including all supplements thru 6 dated 20 May 70, and ARINC 568 dated 9 Feb 68, except that display of distance-to-go shall be 000 to 999 nautical miles.

34-24.00.00       HORIZON SYSTEMS.

34-24.01.00 *     An attitude director indicator (ADI) shall be installed on the pilot's and copilot's instrument panel. Wiring shall be installed to facilitate the display of the following functions:

34-24.01.01       - pitch and bank information

34-24.01.02       - glide slope and localizer deviation

34-24.01.03       - preselected flight steering information

34-24.01.04       - radio altitude by rising runway type display

34-24.01.05       - DH information

34-24.01.06       - FD switched annunciation

34-24.01.07       - speed command error

34-24.01.08       - turn and slip.

34-24.03.00       Failure warning indications shall be included for functions listed in paragraphs 34-24.01.01, .01.02, .01.03, .01.04, .01.07 and .01.08 either by prominent flags or by retracting failed function out of view, as appropriate.

34-24.20.00       Standby Gyro Horizon Indicator

34-24.20.01 *     A self-contained gyro horizon indicator shall be installed in the center instrument panel in the flight compartment in a manner that will allow viewing by the pilot and copilot from their normal operating positions.

Ex.: 20; p.: 1200

| | |
|---|---|
| 34-24.20.02 | The indicator shall be powered through a static inverter installed in the avionics compartment and connected to the aircraft battery bus. |
| 34-24.20.03 | The indicator shall be energized by placing the BAT-OFF switch located on the flight engineer's panel in the "BAT" position. |
| 34-24.20.04 | Refer to 33-11.00.00 for flight compartment flood-lighting upon loss of the electrical generating system, to 24-25.00.00 for description of air-driven emergency power, and to 24-32.00.00 for description of battery power and connected loads. |
| 34-25.00.00 | FLIGHT DIRECTOR COMMAND SYSTEM. |
| 34-25.01.00 * | A dual channelized integrated flight director and automatic pilot shall be installed, for the pilot and for the copilot. |
| 34-25.10.00 | Head-Up Display Provisions |
| 34-25.10.01 * | The flight director system shall be capable of providing signals to drive a head-up type display for both the pilot and copilot. |
| 34-25.20.00 | Flight Director Controls |
| 34-25.20.01 | Flight director control shall be installed on a flight director/automatic pilot panel convenient to both pilots. |
| 34-25.20.02 * | A 3-position switch shall be installed on the overhead switch panel to allow either flight director computer output to be displayed on both the pilot's and copilot's flight director indicators in addition to the normal "split" display operation. |
| 34-26.00.00 | MODE ANNUNCIATION. |
| 34-26.01.00 | The appropriate modes of operation for the flight director, automatic pilot and other related aircraft guidance systems shall be clearly displayed for the flight crew. |
| 34-26.01.02 | When the automatic pilot is engaged and a conflict exists between the automatic pilot mode and a flight director mode, the automatic pilot mode shall be displayed. |
| 34-30.00.00 | RADIO NAVIGATION SYSTEMS. |
| 34-30.01.00 | See Figure 23-00 for antenna arrangement. |

34-31.00.00      VHF (VOR/ILS) NAVIGATION SYSTEMS.

34-31.01.00 *    Two VOR receivers and two ILS receivers shall
                be installed in the avionics compartment. The
                VOR receivers shall conform to ARINC 547 dated
                1 Oct 61 including Supplement 1 dated 20 Apr 66,
                except glideslope functions (GS/LOC energize and
                autopilot/flight director LOC mode control) will
                not be wired. The ILS receivers shall conform
                to ARINC 578 dated 4 May 70 including achieve-
                ment of all design goals. The system shall
                support 40-channel ILS and 160-channel VOR
                operation.

34-31.01.03      The high level outputs (glideslope/LOC) of the ILS
                receivers shall be connected to the flight guidance
                computers and to the ADI's. In addition, the high
                level glideslope and the low level localizer signals
                shall be connected to each HSI.

34-31.02.00 *    Navigation frequency selectors with knob stack
                turning (two-out-of-five type) shall be installed
                on each navigation module in the flight guidance
                control panel to provide control for the VOR/LOC/
                Glideslope functions.

34-31.02.01      Two frequency selector panels shall be installed on
                the glareshield, one at each end of the automatic
                pilot/flight director control panel.

34-31.03.00      Two hybrid couplers shall be installed in the
                avionics compartment to couple the two RF trans-
                mission lines, connected to the two VOR/LOC an-
                tennas located in the vertical stabilizer, to
                the VOR-ILS receivers. One coupler shall couple
                antenna-1 to the VOR-1, ILS-1 receivers and the
                other coupler shall couple antenna-2 to the VOR-2,
                ILS-2 receivers.

34-31.03.01      The transmission lines shall be so designed that an
                open or short in one system will have minimum
                degradation on the opposite system.

34-31.05.00      The two glideslope antennas located behind the
                radome on the nose of the fuselage shall be con-
                nected to the glideslope receivers by two RF trans-
                mission lines.

34-31.07.00      A self-test panel, providing the capability to test
                the VOR/ILS, shall be installed in the flight
                compartment overhead.

34-32.00.00      MARKER BEACON SYSTEM.

34-32.01.00      A marker beacon receiver shall be installed.

Ex.: 20; p.: 1202

34-32.02.00        One set of marker beacon lights shall be installed
                   on each pilot's panel.

34-32.02.01 *      The marker beacon receiver sensitivity shall not be
                   controllable and shall be wired for low sensitivity.

34-32.03.00        The antenna shall be installed on the lower fuselage.

34-32.04.00        A self-test panel, providing the capability to test
                   the marker beacon, shall be installed in the flight
                   compartment overhead.

34-33.00.00        ADF SYSTEM.

34-33.01.00 *      Two ADF receivers, conforming to ARINC 570 dated
                   18 Sep 68 including Supplement 2 dated 5 Feb 70,
                   and two control panels shall be installed.

34-33.02.00        Two loop antennas shall be installed on the bottom
                   of the fuselage.

34-33.03.00        Two flush sense antennas shall be installed on the
                   lower fuselage.

34-33.10.00 *      UHF ADF System

34-33.11.00 *      One UHF ADF adapter OA-8697/ARD shall be installed
                   on the lower fuselage.

34-33.12.00 *      Two UHF ADF antenna switching units shall be
                   installed.

34-33.13.00 *      One UHF ADF audio switching unit shall be installed.

34-33.14.00 *      Two switches shall be installed, one each on the
                   pilot's and copilot's instrument panel, for selec-
                   tion of either ADF-1 or UHF ADF for display on the
                   respective radio magnetic indicator (RMI).

34-33.15.00 *      The UHF ADF system shall be switchable between
                   UHF-1 and UHF-2 communications systems.   (Refer
                   to 23-25.00.00)

34-33.16.00 *      The bearing accuracy of the UHF ADF system shall
                   be within ± 5 degrees RMS at ranges out to 150
                   N Mi with the signal source producing a minimum
                   vertically polarized field strength of 50 micro-
                   volts per meter at a range of 150 N Mi.

Ex.: 20; p.: 1203

34-37.00.00      INERTIAL NAVIGATION SYSTEM (INS).

34-37.01.00 *    Three inertial navigation systems, designated INS-1 INS-2, INS-3, conforming to ARINC 561-2 dated 1 Feb 68, including all supplements thru 6 dated 20 May 70 with digital true airspeed compatible with ARINC 576 dated 10 Feb 69, shall be installed. Those ARINC 561-2 specified wires designated for versine functions, analog air data systems, high level crosstrack deviation, vertical acceleration, auto data input control functions, jumpering for two box systems, selected spares and future spares are not required for DC-10 operation and shall not be installed.

34-37.01.04 *    Automatic dual distance updating shall be provided from the TACANS.  (Refer to 34-56.00.00)

34-37.01.05 *    Annunciator lights shall be installed on the pilot's and copilot's instrument panel to indicate when INS-1 or INS-2 information is being updated by TACAN inputs.

34-37.02.00      Each INS shall consist of a navigation unit, a control/display unit, a mode selector panel and a battery unit.

34-37.03.00      Each INS shall be installed within the mounting tolerances specified in ARINC Characteristic 561-2 for subsonic aircraft.

34-37.04.00      Means shall be provided to allow maintenance replacement of each INS without requiring installation adjustment to achieve the above tolerances.

34-37.05.00      A mode selector panel for each INS shall be installed in the overhead area of the flight compartment.

34-37.06.00      The control/display units shall be installed in the flight compartment.

34-37.07.00      In the event engine-generated power is lost, battery power shall be supplied by each system battery to enable each INS to maintain navigational capability for a minimum of five minutes.

34-37.07.02      Under these conditions, only INS-1 will receive 26 VAC synchro excitation.

34-37.07.03      INS-2 shall receive power during long-term interruptions of engine-generated power when the right emergency bus is energized by the air-driven generator.

Ex.: 20; p.: 1204

34-37.08.00 *      Switching shall be installed to allow either the pilot or copilot to select INS-3 in lieu of INS-1 or INS-2.

34-37.09.00      The status of INS-3 verticality will be annunciated at the switch position.

34-40.00.00      RADAR NAVIGATION SYSTEM.

34-43.00.00      WEATHER RADAR.

34-43.01.00 *      Two I-band (X-band) weather/beacon radar receiver-transmitters, an antenna, and dual indicators, conforming to ARINC 564-1 dated 1 Nov 67 including all supplements thru 6 dated 25 Jul 69, shall be installed.

34-43.02.00      A control panel shall be installed accessible to both pilots.

34-43.04.00 *      I-band waveguide shall be installed.

34-43.10.00 *      The radar shall be capable of skin painting and clearly displaying a KC-135 size aircraft at ranges of 0.5 to 5 nautical miles.

34-43.11.00 *      The radar shall provide I-band beacon interrogate, receive and display capabilities.

34-43.12.00 *      The beacon mode shall meet the requirements of paragraphs A, B, C, D-1, D-3, D-5a and D-6 of specification AN-R-30 incorporated as part of specification MIL-R-5582. The radar shall provide a beacon mode of operation from 5 to 150 nautical miles when operating against an I-band beacon (AN/APN-69). The displayed beacon return code must be readily readable in range and be no greater than two antenna beam widths (one beam width equals 3db) in azimuth.

34-44.00.00      RADIO ALTIMETER SYSTEMS.

34-44.01.00      Two radio altimeter systems shall be installed in accordance with ARINC 552A including all supplements thru 4 dated 15 Jan 70 and the achievement of all design goals. Altitude trip 1 shall be set at 100 ft. and the self test altitude shall be 40 ft.

34-44.02.00      Four antennas shall be installed on the lower fuse-lage located as close as possible to the aircraft center of gravity.

34-44.03.00      The receiver/transmitter units shall be located in an area readily accessible for maintenance.

Ex.: 20; p.: 1205

34-44.04.00 *  An indicator shall be installed on the pilot's
and on the copilot's instrument panel.

34-54.00.00 *  IFF SYSTEMS.

34-54.01.00 *  One AN/APX-101(V) IFF system shall be installed.

34-54.02.00 *  In all Mark X modes, and for all aircraft hori-
zontal plane aspects, and for elevation angle
±30 from the horizontal plane, the IFF system
shall provide for satisfactory operation against
typical ATC ground sites at a range of 160 nauti-
cal miles.  For corresponding conditions, the Mark
XII range shall be at least 70% of the Mark X range.

34-54.03.00 *  The IFF system shall include complete provisions
for a transponder computer KIT-1A/TSEC.

34-54.10.00 *  Remote Mounted Equipment

34-54.11.00 *  One diversity transponder shall be installed
in the avionics compartment.

34-54.20.00 *  Controls

34-54.21.00 *  One control panel shall be installed on the
pedestal.

34-54.22.00 *  One IFF antenna manual select switch, guarded
in the dual antenna mode, shall be installed on
the overhead switch panel for manual antenna
selection.

34-54.23.00 *  One switch shall be installed on the overhead
switch panel for altitude reporting data source
selection.

34-54.40.00 *  Antenna

34-54.41.00 *  See Figure 23-00 for IFF antenna location.

34-54.42.00 *  Two L-band blade antennas shall be installed,
one each on the upper and lower fuselage.

34-54.43.00 *  IFF antenna system radio frequency loss between
transponder and each antenna element shall be a
maximum of 2 db.

34-54.80.00 *  Interface

34-54.81.00 *  The system shall receive altitude information
from CADC-1 or CADC-2 as manually selected for
altitude reporting mode "C".

Ex.: 20; p.: 1206

34-56.00.00 *    TACAN SYSTEMS.

34-56.01.00 *    Two TACAN systems, designated TACAN-1 and TACAN-2,
                 shall be installed.  TACAN-1, an AN/ARN-118 system,
                 shall be installed for control by the pilot.
                 TACAN-2, an AN/ARN-84 or equivalent system with
                 inverse mode/air-to-air bearing capability, shall
                 be installed for control by the copilot.

34-56.02.00 *    For all aircraft horizontal plane aspects, and for
                 elevation angles ±30° from the horizontal plane,
                 both systems shall meet the FAA Minimum Performance
                 Standards for VOR and DME systems.

34-56.03.00 *    Both systems shall provide a DME response ranging
                 capability to at least five interrogating aircraft.

34-56.04.00 *    Both systems shall provide DME response ranging to
                 interrogating aircraft with a range ratio of 30:1.
                 It shall be a design objective to provide a range
                 ratio of 200:1.

34-56.10.00 *    Remote Mounted Equipment

34-56.11.00 *    Two equipment mounts, one each for TACAN-1 and
                 TACAN-2, shall be installed in the avionics com-
                 partment.

34-56.12.00 *    Two receiver-transmitters, one each for TACAN-1
                 and TACAN-2, shall be installed on their respective
                 equipment mount.

34-56.13.00 *    Two digital-to-analog converters, one each for
                 TACAN-1 and TACAN-2, shall be installed on their
                 respective equipment mount.

34-56.14.00 *    One radio switching unit shall be installed in the
                 avionics compartment.

34-56.15.00 *    One antenna switching unit shall be installed to
                 permit selection of upper or lower antenna for
                 TACAN-2.

34-56.20.00 *    Controls

34-56.21.00 *    Two control panels shall be installed on the
                 pedestal, one each for TACAN-1 and TACAN-2.

34-56.22.00 *    Two switches for manual selection of upper or
                 lower antenna shall be installed on the overhead
                 switch panel, one each for TACAN-1 and TACAN-2.

34-56.30.00 *    Indicators

34-56.31.00 *   Two distance indicators shall be installed, one
                each on the pilot's and copilot's instrument panel
                for display of TACAN-1 data.

34-56.32.00 *   Two bearing distance heading indicators (BDHI's)
                shall be installed, one each on the pilot's and
                copilot's instrument panel for display of the
                following data:

34-56.32.01 *   - bearing from both TACAN systems

34-56.32.02 *   - distance from TACAN-2

34-56.32.03 *   - heading from the corresponding compass system.

34-56.40.00 *   Antennas

34-56.41.00 *   See Figure 23-00 for antenna locations.

34-56.42.00 *   Two L-band blade antennas shall be installed on
                the lower fuselage, one each for TACAN-1 and TACAN-2.

34-56.43.00 *   One L-band blade antenna shall be installed on the
                upper fuselage for TACAN-1.

34-56.44.00 *   One inverse mode (electronic scanning) antenna
                shall be installed for TACAN-2.

34-56.45.00 *   One radome shall be installed over the electronic
                scanning antenna.

34-56.50.00 *   Switching

34-56.51.00 *   Two three-position switches shall be installed,
                one each on the pilot's and copilot's navigation
                selector panel, just below the glareshield.  Each
                switch shall provide manual selection of INS, VOR
                or TACAN to the respective autopilot/flight direct-
                or and HSI.

34-56.52.00 *   Two TACAN/VOR mode annunciator lights shall be in-
                stalled, one each on the pilot's and copilot's in-
                strument panel to indicate either TACAN or VOR data
                has been selected.

34-56.80.00 *   Interface

34-56.81.00 *   TACAN-1 and TACAN-2 shall provide data to INS-1
                and INS-2, respectively, for automatic dual dis-
                tance INS position update.

34-59.00.00 *   BEACON TRANSPONDER SYSTEMS.

34-59.01.00 *   Two beacon transponder systems shall be installed,
                one I-band and one J-band.

Ex.: 20; p.: 1208

34-59.02.00   *    An operational range of 150 nautical miles shall
be provided by the I-band system when operating in
clear air at 10,000 feet altitude against typical
receiver aircraft radar (C-5, F-4, F-111) at the
same altitude.

34-59.02.01   *    It shall be a design objective to provide the same
operational range with the J-band system.

34-59.10.00   *    Remote Mounted Equipment

34-59.11.00   *    Two beacon transponders shall be installed in
the upper aft pressurized fuselage area.

34-59.20.00   *    Controls

34-59.21.00   *    Two beacon control panels, one for each system,
shall be installed in the overhead switch panel to
permit remote code selection and power application.

34-59.40.00   *    Antennas

34-59.41.00   *    See Figure 23-00 for antenna locations.

34-59.42.00   *    Two pairs of antennas shall be installed on the
vertical stabilizer, one pair for each system,
with each pair providing omni-directional
coverage.

Ex.: 20; p.: 1209



FIGURE 34-01          NAVIGATION SYSTEM



FIGURE 34-11 PITOT STATIC SYSTEM

Ex.: 20 p. 1211

35-00.00.00     OXYGEN SYSTEMS.

35-10.00.00 *   FLIGHT CREW/ADDITIONAL CREW OXYGEN SYSTEM.

35-10.01.00 *   A pressure-breathing diluter-demand oxygen system
                shall be installed for the flight crew and addi-
                tional crew members which shall include the ARO
                station.

35-10.02.00 *   The oxygen system shall have sufficient capacity
                to provide oxygen for a crew of eleven during an
                unpressurized descent from maximum mission alti-
                tude to 25,000 feet altitude at emergency descent
                rates and remain at that altitude for four hours.

35-10.03.00 *   Air Force qualified onboard oxygen equipment or
                equivalent, including regulators, masks, smoke
                protection devices for the eyes, and portable
                oxygen assemblies shall be provided for the
                flight crew and additional flight crew.

35-11.00.00     OXYGEN SUPPLY.

35-11.01.00 *   Three 114-cubic-foot, replaceable, high pressure,
                gaseous oxygen cylinders shall be installed to
                supply the flight crew and additional crew
                members.

35-11.01.01 *   Each 114-cubic-foot oxygen cylinder shall have
                a pressure gage installed on the valve head
                of the cylinder.

35-11.02.00 *   An indicator and selector switch shall be instal-
                led on the flight engineer's panel to indicate
                individual supply cylinder pressure.

35-11.03.00 *   A stainless steel overboard discharge line shall
                be connected to the safety plug of each cylinder
                to discharge oxygen overboard in the event of
                cylinder overpressure.

35-11.04.00 *   A shutoff valve, accessible from the flight
                compartment, shall be installed in the oxygen
                supply line to the additional crew including
                the ARO compartment.

35-12.00.00     REGULATOR.

35-12.01.00 *   Each supply cylinder shall be equipped with a
                pressure reducing regulator to supply oxygen
                at 70 psig to the distribution system.

35-12.02.00 *   A panel-mounted diluter-demand oxygen regulator
                shall be installed at the following locations:

35-12.02.01 *   - each of the crew stations in the flight
                  compartment

35-12.02.02 *    - each of the crew stations in the ARO compartment

35-12.02.03 *    - each of the additional crew seats

35-12.03.00 *    Stainless steel tubing with a minimum of threaded
                 fittings shall be used throughout the distribution
                 system.

35-13.00.00      MASKS.

35-13.01.00 *    A quick-donning pressure-breathing demand oxy-
                 gen mask shall be installed on a quick release
                 hanger at each of the following locations:
                 (Refer to 23-44.02.01 for intercom features)

35-13.01.01 *    - each of the crew stations in the flight com-
                 partment

35-13.01.02 *    - each of the crew stations in the ARO compartment

35-13.01.03 *    - the outboard seat of the forward triple addi-
                 tional crew seat assembly, left side.

35-13.02.00 *    The hangers shall be located to permit rapid
                 donning of the masks.

35-13.03.00 *    A pressure-breathing demand oxygen mask, with
                 stowage provisions, shall be installed at each
                 of the remaining additional crew seats.

35-13.04.00 *    A mask hanger shall be installed at each of the
                 bunks.

35-13.05.00 *    A full-face pressure-breathing demand oxygen
                 mask shall be installed at each of the follow-
                 ing locations:

35-13.05.01 *    - one on the forward emergency equipment panel

35-13.05.02 *    - one on the aft emergency equipment panel.

35-14.00.00      SMOKE GOGGLES.

35-14.01.00 *    A smoke goggle of an FAA approved type shall be
                 provided at the following locations:

35-14.01.01 *    - each of the crew stations in the flight com-
                 partment

35-14.01.02 *    - each of the crew stations in the ARO compartment

35-14.01.03 *    - each of the additional crew seats.

35-20.00.00 *   SUPPORT PERSONNEL/LAVATORY OXYGEN SYSTEM.

35-20.01.00 *   A chemical oxygen system designed to supply emer-
                gency oxygen to the support personnel and lavatory
                shall be installed.

35-21.00.00     CHEMICAL OXYGEN SYSTEM.

35-21.01.00 *   The system shall consist of self-contained chem-
                ical oxygen generator units and continuous-flow
                oxygen masks.

35-21.02.00 *   The oxygen system supply shall be sufficient to
                permit safe descent from maximum cruise altitude
                to 10,000 feet altitude for a maximum aircraft
                envelope as follows:

35-21.02.01 *   - 1 minute delay at 42,000 feet flight altitude

35-21.02.02 *   - 3.5 minute uniform descent to a 29,500 feet
                  flight altitude

35-21.02.03 *   - 11.6 minute uniform descent from a 29,500 feet
                  altitude to a 22,000 feet flight altitude

35-21.02.04 *   - 5.9 minute uniform descent from a 22,000 feet
                  altitude to a 10,000 feet flight altitude.

35-22.00.00     EMERGENCY OXYGEN.

35-22.01.00 *   The system shall automatically present oxygen masks
                upon reaching a cabin altitude of 14,000 feet ±1000
                feet, and make available a flow of oxygen in the
                event of an emergency decompression.

35-22.02.00 *   Manual presentation of the oxygen masks for the
                support personnel and lavatories shall be pro-
                vided by means of a switch located on the flight
                engineer's panel.

35-22.03.00 *   Complete provisions shall be installed for the
                automatic presentation of emergency oxygen for
                the additional support personnel shown in the
                expanded configuration of Figure 25-00.

35-23.00.00     OXYGEN OUTLETS, MASKS, AND MASK STOWAGE.

35-23.01.00 *   Continuous flow oxygen masks and their supply
                shall be stowed at each seat row for support
                personnel.

35-23.01.01 *   One mask shall be provided for each of the support
                personnel.

DS 5500 ATCA        09-30-77                   PAGE  240    CHAPTER    35

Ex.: 20; p.: 1214

35-23.01.02 *   Additional masks shall be provided for 10 percent
                of the maximum number of support personnel per
                Federal Air Regulations.

35-23.02.00 *   Oxygen dispensing equipment shall be installed in
                the lavatory.

35-23.03.00 *   The normal flow rate of oxygen from the masks
                shall be sufficient to comply with Federal
                Air Regulations.

35-30.00.00     PORTABLE OXYGEN.

35-31.00.00 *   FLIGHT CREW PORTABLE OXYGEN CYLINDER.

35-31.01.00 *   One 11-cubic-foot, high pressure, portable oxy-
                gen cylinder shall be installed in the flight
                compartment.

35-31.01.01     This cylinder shall be mounted on a bracket with
                quick, easily detachable provisions.

35-31.01.04 *   The mounting of the cylinder shall permit easy
                readability of the pressure gage.

35-32.00.00 *   ADDITIONAL CREW PORTABLE OXYGEN CYLINDERS.

35-32.01.00 *   Eight 11-cubic-foot, high pressure, portable oxy-
                gen cylinders shall be installed at the follow-
                ing locations:

35-32.01.01 *   - one at each crew triple seat (two)

35-32.01.02 *   - one at each bunk position (four), these cyl-
                inders shall be provided with continuous flow
                oxygen masks

35-32.01.03 *   - one on the forward emergency equipment panel

35-32.01.04 *   - one on the aft emergency equipment panel.

35-32.02.00 *   These cylinders shall be mounted on brackets with
                quick-detachable provisions.

35-32.03.00 *   The mounting of each cylinder shall permit easy
                readability of the pressure gage.

35-33.00.00 *   LAVATORY PORTABLE OXYGEN CYLINDER.

35-33.01.00 *   One 11-cubic-foot, high pressure, portable oxy-
                gen cylinder shall be installed in the lavatory.

35-33.01.01 *   The cylinder shall be mounted on a bracket with
                quick-detachable provisions.

Ex.: 20; p.: 1215

35-33.01.03 *     The cylinder shall be equipped with a continuous
                  flow oxygen mask.

35-33.01.04 *     The mounting of the cylinder shall permit easy
                  readability of the pressure gage.

35-34.00.00 *     ARO COMPARTMENT PORTABLE OXYGEN CYLINDERS.

35-34.01.00 *     Three 11-cubic-foot, high pressure portable
                  oxygen cylinders shall be installed in the ARO
                  compartment.

35-34.01.01 *     A cylinder shall be readily accessible to each
                  of the crew stations in the ARO compartment.

35-34.01.02 *     These cylinders shall be mounted on brackets with
                  quick-detachable provisions.

35-34.01.03 *     The mounting of each cylinder shall permit easy
                  readability of the pressure gage.

35-60.00.00       OXYGEN SERVICE.

35-60.01.00 *     An external fill panel with cover shall be instal-
                  led on the lower fuselage.

35-60.01.01 *     A refill connector and a pressure gage shall
                  be included on the fill panel.

Ex.: 20; p.: 1216

| | |
|---|---|
| 36-00.00.00 | PNEUMATIC - BLEED AIR. |
| 36-00.01.00 | The pneumatic system is shown schematically in Figure 36-00. |
| 36-10.00.00 | ENGINE SUPPLY. |
| 36-10.01.00 | The primary source of pneumatic power for air conditioning and airfoil ice protection shall be engine bleed air. |
| 36-10.02.00 | The air supply shall not be contaminated by dirt and debris to the extent that air conditioning equipment service life will be significantly compromised. |
| 36-10.02.01 | Space provisions for easy addition of bleed air cleaners shall be incorporated in the pneumatic ducting to the environmental system. |
| 36-11.00.00 | PRESSURE REGULATION. |
| 36-11.01.00 * | A pressure regulator valve shall be installed in the supply manifold from engine number 1 and engine number 3. |
| 36-11.02.00 * | A valve shall be installed downstream of engine number 1 and engine number 3 high stage bleed port manifold to provide control of the high stage bleed air. |
| 36-11.03.00 | Means shall be incorporated to provide excessive pressure protection in case of the single failure of a valve. |
| 36-12.00.00 | TEMPERATURE REGULATION. |
| 36-12.01.00 * | A bleed air precooler and temperature control system shall be installed in the engine number 1 and engine number 3 bleed air system to limit automatically the temperature of the bleed air supply for air conditioning and wing ice protection to a nominal 225°C. |
| 36-12.02.00 | Engine fan bleed air shall be utilized as the cooling medium. |
| 36-12.03.00 | The precooler shall be designed for at least 10 percent over capacity to allow for in-service repairs. |
| 36-13.00.00 | FLOW LIMITERS. |
| 36-13.01.00 | Flow limiters shall be installed, as required, to minimize the flow of engine compressor bleed air subsequent to the loss of manifold integrity. |

Ex.: 20; p.: 1217

36-14.00.00    MANIFOLD ISOLATION.

36-14.01.00    Two shutoff valves shall be provided to permit
               isolating the pneumatic manifolds from one another.

36-14.01.01    The isolation valves shall be closed in flight
               normally.

36-14.01.02 *  To accommodate the supply of both air conditioning
               packs and for engine starting using the APU, the
               isolation valves shall be open normally when the
               APU pneumatic bleed is in use.

36-15.00.00    DESIGN CRITERIA.

36-15.01.00    The design proof and burst pressures for the pneu-
               matic systems shall be the largest value resulting
               from the calculations specified in the table shown
               below:

36-15.01.01                     Pressures During      Pressures After
                                Normal Operation      A Single Com-
                                                      ponent Failure

36-15.01.02    Proof Pressure   1.75 x Maximum        1.0 x Maximum

36-15.01.03    Burst Pressure   3.5 x Maximum         2.0 x Maximum

36-15.02.00    The corresponding design temperatures shall be the
               maximum manifold temperatures which occur at the
               pressures used to determine the design pressures.

36-15.03.00    The ducts and components shall meet or exceed the
               remaining design and qualification requirements of
               ARP 699, revision C, dated 8-15-66.

36-15.03.01    Means shall be provided to prevent ingestion by the
               engine of failed parts from bleed or environmental
               system components.

36-15.03.02    There shall be a minimum of 1/2-inch clearance
               (allowing normal movement of ducts as a result of
               thermal expansion, aircraft deflection, etc.) be-
               tween ducting and any adjacent structure excluding
               the support structure for the ducting and firewall
               seals.  Duct sealing at joints and duct rigging will
               not impose unusual maintenance problems such as
               dropping an engine or rerigging other duct sections.
               Engine pod ducting shall be replaceable without re-
               moving the engine.

36-15.04.00    All functional components shall be readily acces-
               sible for maintenance.

Ex.: 20; p.: 1218

36-15.04.01 *    As a design objective all line replaceable units
                 shall be installed so that sequential removal or
                 installation is not required during in-service
                 maintenance.

36-15.04.03      Valve filters, where utilized, shall be readily
                 removable without removing the valve assembly.

36-15.04.04      Pneumatic ducts routed in the vicinity of flight
                 control cables shall be replaceable without the
                 need to disconnect flight control cables.

36-15.05.00      Every valve except check valves shall have an
                 external position indicator.  The valve shall be in-
                 stalled so that the position indicator can be seen,
                 where practicable.

36-15.05.01      Quadripetal type check valves shall not be used.

36-15.05.02      All valves, including check valves, shall have
                 external flow directional arrows.

36-15.06.00      To permit inoperative dispatch, manual override
                 capabilities shall be provided on the valves neces-
                 sary to deactivate the affected systems.

36-15.06.01      Test ports shall be incorporated for pneumatic system
                 component trouble shooting and functional checkout.

36-15.07.00      Built-in test features shall be incorporated for
                 temperature control circuits to assist maintenance
                 personnel to isolate the usual type of malfunctions
                 to a line replaceable unit.

36-15.08.00      Pneumatic ducting in hydraulic component or tubing
                 run areas shall be located remotely or protected
                 from hydraulic tubing or components and shall be
                 protected against hydraulic fluid spillage during
                 maintenance activity.

36-15.10.00      The bleed air precoolers shall be installed so
                 that removal and replacement can be accomplished
                 by two men in not more than two elapsed hours.

36-16.00.00      GROUND SUPPLY.

36-16.01.00 *    For ground operation, the system shall be capable
                 of being supplied with pneumatic power from the
                 number 1 and number 3 engines, the APU, or from
                 an external source.

36-16.02.00      Connections for the external pneumatic source shall
                 be two nipple connectors conforming to MS33740.

36-20.00.00    INDICATING AND CONTROLS.

36-20.01.00    The following controls shall be provided for the
               pneumatic system:

36-20.01.01 *  Two switches shall be installed on the flight
               engineer's panel for the control of the engine
               bleed air systems.

36-20.01.02    Switches shall be provided on the flight engineer's
               panel to permit normal and override operation of
               the isolation valves.

36-20.10.00    Indicators shall be installed on the flight engi-
               neer's panel as follows:

36-20.10.01    - remote reading bleed air manifold pressure gauges

36-20.10.02    - remote reading bleed air manifold temperature
                 gauges

36-20.10.07    - bleed air manifold high temperature warning lights

36-20.10.08    - manifold failure lights

36-20.10.09    - isolation valve disagreement lights

36-20.10.10 *  - amber lights to indicate abnormal operation of
                 number 1 and number 3 engines pneumatic systems

36-20.10.11    - a light to indicate utilization of APU bleed air

36-20.10.12    - a light to indicate when the bleed air source
                 should be switched from APU bleed to engine bleed.

Ex.: 20; p.: 1220

Case3:11-cv-00061-JSW   Document73-2   Filed01/24/11   Page63 of 94

DS 5500 ATCA

09-30-77



FIGURE 36-00 PNEUMATIC AND ICE PROTECTION SYSTEMS

| | |
|---|---|
| 38-00.00.00 | WATER/WASTE. |
| 38-00.01.00 * | Permanent nameplates shall be affixed to each tank and service panel within the water/waste system. |
| 38-00.02.00 | Water/waste system shall be made of corrosion-resistant materials. |
| 38-00.03.00 | Lines and fittings shall be sloped to ensure draining by gravity flow. |
| 38-00.03.01 | No free line connect fittings shall be used. |
| 38-00.04.00 | Valve controls shall be placarded to indicate purpose and operating position. |
| 38-00.05.00 * | Components and piping of the potable water system shall be suitable for use with super-chlorinated water.  The waste system shall be compatible with chemicals and cleaning agents. |
| 38-10.00.00 | POTABLE WATER. |
| 38-10.01.00 * | A pressurized fresh water system shall be installed. |
| 38-10.01.01 * | Pressure for the water system shall be supplied by regulated, filtered bleed air from the No. 1 pneumatic system.  A compressor boost system shall provide pressurization when the pneumatic bleed air pressure level drops below normal water system requirements. |
| 38-10.01.02 | In addition, the system shall have the capability of being pressurized from the service panel using a compressed gas source. |
| 38-10.01.03 * | Redundancy incorporated in the pressurizing system shall be such that any single component failure within the pressurizing system shall not result in loss of pressure to the water supply system. |
| 38-10.02.00 * | Potable water shall be supplied to the lavatories and galley from a water storage tank with an approximate 63-U.S. gallon capacity. |
| 38-10.03.00 | All potable water system components shall comply with United States Public Health Standards. |
| 38-10.05.00 | The potable water fill system shall accept 125 psig filling pressure and shall limit water tank and supply system to pressures below 50 psi. |
| 38-10.05.01 * | The tank shall be located under the floor, accessible for cleaning and replacement. |

Ex.: 20; p.: 1222

38-10.05.02 *   The tank shall incorporate hand holes for interior
                cleaning access and shall be installed so as to
                allow for complete draining.

38-10.06.00 *   Water tank overflow shall be routed to the forward
                outlet of the heated drain mast located on the
                lower forward fuselage.

38-12.00.00     DISTRIBUTION.

38-12.01.00     The potable water distribution shall be accomplished
                by supply-tank pressure.

38-12.03.00 *   Piping within the lavatory shall be sized as
                required for flow.

38-12.05.00     External braided, smooth-bore-type, flexible hoses
                with standard metallic end fittings shall be used.

38-12.05.01     Installation of the hoses (except those associated
                with coffeemaker installations) shall preclude
                entrapment of water.

38-12.06.00     The installed system shall be leak-checked to
                50 psig.

38-12.07.00     Nominal system operating pressure shall be 30 psig.

38-12.08.00 *   The lavatory water faucet flow rate shall be 50
                to 70 ounces per minute.

38-12.09.01 *   Coffeemakers shall be supplied with a minimum flow
                of 30 ounces per minute.

38-12.11.00     Water system filters shall be provided.

38-12.11.01     Filters shall be located as close as possible to
                each using facility.

38-12.12.00 *   Quick-connections shall be provided for water
                supply and drain for the removable lavatory.

38-13.00.00     WATER TEMPERATURE CONTROL SYSTEM.

38-13.01.00 *   Water shall be supplied to the galley and lavatory
                at ambient reservoir temperatures.

38-13.02.00 *   Water shall be supplied to the lavatory hot water
                faucet from a tank with an electrical immersion
                heater.

38-13.02.01 *   The water heater shall provide 128°F maximum out-
                let water temperature with 60°F inlet water temp-
                erature and a withdrawal of one pint every three
                minutes at a 70 ounce per minute flow.

38-13.02.02 *    A readily accessible, manual reset, overheat cutoff
                 shall be incorporated to cut off electrical power
                 in case of heater control switch failure.

38-13.03.00 *    An immersion heater capable of proper operation
                 in a pressurized system shall be installed in
                 the lavatory hot water tank.

38-13.04.00 *    The drinking water facility at the lavatory shall
                 incorporate a refrigeration-type water cooler to
                 maintain water temperature below 70°F.

38-15.00.00      WATER SUPPLY SYSTEM DRAINAGE.

38-15.01.00      All lines shall be sloped to ensure complete
                 drainage by gravity flow.

38-15.01.01 *    The galley sink, lavatory washbasin, drinking
                 water dispenser, and coffeemaker shall be pro-
                 vided with drain lines.

38-15.01.02 *    The drain lines shall be one-inch diameter.

38-15.01.03 *    The water system shall be capable of being depres-
                 surized and drained through an electrically oper-
                 ated valve controlled by a switch located on the
                 flight engineer's panel.  Water in the system shall
                 drain back to the supply tank.

38-15.01.05 *    Drain lines shall exit overboard through the
                 heated drain mast located on the lower forward
                 fuselage.

38-15.02.00 *    The drain valve to drain the water storage tank
                 shall be operated electrically from the service
                 panel.

38-20.00.00      WATER SUPPLY SERVICING.

38-20.01.00 *    A water system low pressure indicating light and
                 a water quantity indicator for the tank shall be
                 located on the flight engineer's panel.

38-20.01.01      The fill and overflow valves shall be located in
                 a warm area.

38-20.01.02 *    The fill and overflow valves shall be controlled
                 electrically from the service panel.  A redundant
                 fill point shall be provided in the event of a
                 malfunction of the primary fill system.

38-20.01.03 *    A water quantity gage for the water tank shall be
                 located on the water service panel.

DS 5500 ATCA        09-30-77                    PAGE  250    CHAPTER    38

Ex.: 20; p.: 1224

38-20.02.00 *   The water service panel shall be located in the
                lower fuselage as close as practicable to the
                storage tank.

38-20.02.02 *   The fill fitting, fill hose and fill valve shall
                be heated to preclude freezing.

38-20.02.03     To avoid possible freezing of residual water in the
                fill line after servicing, the potable water fill
                line shall drain within a maximum elapsed time of
                one minute.

38-20.03.00     The quantity indicators shall be graduated in
                percent of capacity.

38-20.04.00 *   The potable water tank shall be filled through a
                panel-mounted 3/4-inch diameter Roylyn, or equi-
                valent, fill fitting.

38-20.04.01     A closure shall be provided to prevent insects and
                dust from entering the water fill fitting.

38-20.07.00 *   The primary means of determining an overflow con-
                dition shall be water flowing from the forward
                outlet of the drain mast.

38-20.10.00     See Figure 38-20 for arrangement.

38-30.00.00     WASTE DISPOSAL.

38-31.00.00 *   TOILET.

38-31.01.00 *   The lavatory shall be equipped with a flushing-
                type toilet assembly utilizing a conventional
                flushing actuation handle and a standard commer-
                cial-type toilet seat and lid.

38-31.01.01 *   The toilet bowl shall be stainless steel.

38-31.01.02     The toilet bowl flush system shall be capable of
                operating dry.

38-31.01.04     The entire toilet assembly, except for the seat and
                lid, shall be enclosed in a fire-resistant shroud.

38-31.01.05     The enclosure provided by the shroud shall be
                ventilated to an unoccupied area of the aircraft
                outside of the lavatory.

38-31.01.06     The shroud venting system design shall preclude a
                negative differential pressure when the shroud is
                sat upon with the toilet seat in an up position.

38-31.01.07 *   The toilet shall be the reflux cycle-type with
                an electrical solid-state timing device.

Ex.: 20; p.: 1225

| | |
|---|---|
| 38-31.02.00 | Waste Collection and Storage |
| 38-31.02.01 * | The toilet shall include an integral waste tank located above the floor. |
| 38-31.02.04 * | The toilet shall be entirely self-contained, plug-in unit for ready removal of the entire assembly. |
| 38-31.02.05 * | The toilet tank shall contain a pump and filter assembly, flushing facilities, drain valve, and a 3-phase A-C motor to drive the pump. |
| 38-32.00.00 | WASTE SYSTEM SERVICING. |
| 38-32.01.00 * | The waste tank shall drain to a service panel located as shown in Figure 12-11. |
| 38-32.02.00 * | The service panel waste drain fitting shall be a four-inch diameter connection employing a Roylyn plug or equivalent and a hinged stainless steel cap suitable for use with Roylyn service coupling No. 2651-133 or equivalent. |
| 38-32.02.01 | The toilet service and drain ducting shall be corrosion-resistant and free of traps. |
| 38-32.02.02 * | It shall be possible to drain the toilet system under all normally encountered ground attitudes. |
| 38-32.02.03 * | The waste drain fitting at the service panel shall be electrically heated to prevent freezing. |
| 38-32.03.00 * | Waste rinsing water shall be supplied to the waste tank from a service panel. |
| 38-32.03.01 * | A service fitting for the above-floor tank shall be installed on the service panel for the toilet tank service rinsing line. |
| 38-32.03.04 * | The tank rinse line fitting shall mate with a Roylyn one-inch coupling or equivalent. |
| 38-32.03.05 * | The tank rinse line shall have an in-line check valve, located at tanktop, to preclude the need for a capped service fitting. |
| 38-32.04.00 * | An indicating light shall be installed at the service panel showing "Tank Prime Level". |
| 38-32.05.00 * | There shall be a service light at the service panel. |

Ex.: 20; p.: 1226

38-35.00.00 *    COMPLETE PROVISIONS FOR REMOVABLE LAVATORY.

38-35.01.00 *    Complete provisions shall be installed to allow
                 use of a readily removable lavatory as shown on
                 Figure 25-00.

38-35.02.00 *    The provisions for a removable lavatory shall
                 consist of quick-disconnect service panel in
                 the floor inboard of and immediately forward
                 of the main cargo door.

38-35.03.00 *    The quick-disconnect lavatory service panel shall
                 include connections for the following:

38-35.03.01 *    - potable water

38-35.03.02 *    - washbasin drain

38-35.03.03 *    - conditioned air

38-35.03.04 *    - toilet ventilation air

38-35.03.05 *    - electric power

38-35.03.06 *    - electrical signal wiring.

Ex.: 20; p.: 1227



FIGURE 38-20 WATER/WASTE SYSTEM

Ex.: 20; p.: 1228

| | |
|---|---|
| 39-00.00.00 | FINISH. |
| 39-00.01.00 | The following statements are general in nature and specific exceptions are as noted in the Finish Specification. |
| 39-00.02.00 | In case of discrepancy between the requirements of this Detail Specification and the requirements of the Finish Specification, the Finish Specification shall govern. |
| 39-10.00.00 | SPECIFICATIONS. |
| 39-10.01.00 | Basic finish requirements of the aircraft shall be in accordance with Type Finish Specification TF-110. |
| 39-10.02.00 * | Detail interior and exterior finish requirements shall be in accordance with Finish Specification F-110 (number and date to be determined). |
| 39-20.00.00 | BASIC FINISH. |
| 39-20.01.00 | The basic finish of the aircraft may include, but shall not be limited to, the following requirements. |
| 39-21.00.00 | SURFACE TREATMENT. |
| 39-21.01.00 | In general, nonclad 2000 and 7000 series aluminum surfaces shall be anodized. |
| 39-21.02.00 | In general, clad aluminum alloy surfaces shall be treated with a colorless conversion coating or shall be anodized. |
| 39-21.03.00 | All basic structural aluminum parts in the fuel tanks shall be anodized. |
| 39-21.04.00 | In general, noncorrosion-resistant steel shall be cadmium-plated. |
| 39-21.05.00 | In general, corrosion-resistant steel shall be passivated. |
| 39-21.06.00 | In general, titanium shall be pickled. |
| 39-21.07.00 | In general, copper alloys shall be cadmium-plated. |
| 39-21.08.00 | In general, magnesium alloys in the aircraft shall be anodized. |
| 39-21.09.00 | Other suitable treatments may be used on surfaces in specific areas where needed. |

| | |
|---|---|
| 39-22.00.00 | INTERIOR PAINT. |
| 39-22.01.00 | In general, a Skydrol 500 corrosion-resistant in-hibiting primer shall be used on the interior basic airframe structure. |
| 39-22.02.00 | A coating equal to or exceeding MIL-C-27725 shall be used on the basic interior structure of the integral fuel tanks. |
| 39-22.03.00 | Other suitable primers and coatings may be used in specific areas where needed. |
| 39-22.04.00 | Suitable primers and coatings shall be used on interior areas where decorative finishes are to be installed. |
| 39-22.05.00 * | Additional corrosion protection shall be provided in the lower portion of the fuselage interior. |
| 39-22.05.02 | The area shall include the faying surface between the stringers and shear clips with the fuselage skin. |
| 39-22.07.00 | The flight compartment interior shall be light gray, color No. 36440, or dark gray, color No. 36118, per FED-STD-595, except as otherwise noted in the Detail Specification, and shall be in accordance with the Type Finish Specification TF-110. |
| 39-23.00.00 | EXTERIOR PAINT. |
| 39-23.01.00 * | The external painting scheme and "Air Force" markings of the aircraft shall be in accordance with the Air Force portion of MIL-M-25047C (ASG) and T.O. 1-1-4 as defined by the exterior markings drawings and Finish Specification F110 (number and date to be determined). |
| 39-23.02.00 | Letters and numerals shall be applied to the wing and tail. |
| 39-23.03.00 | In general, Skydrol 500 resistant primer and light gray gloss polyurethane enamel shall be applied to nonclad anodized skin areas. |
| 39-23.05.00 | Polyurethane paint or equivalent shall be used for paint areas specified on the exterior markings drawing. |

Ex.: 20; p.: 1230

| | |
|---|---|
| 49-00.00.00 | AIRBORNE AUXILIARY POWER. |
| 49-00.01.00 * | The complete removal and replacement of the APU shall not exceed one hour after the refueling boom is displaced. |
| 49-00.10.00 * | An auxiliary power unit (APU) shall be installed to provide pneumatic and electrical power on the ground for operation of the air conditioning and electrical systems and for starting the main engines. The APU shall provide a source of auxiliary electrical power in flight. |
| 49-00.20.00 | Ground Operation Performance |
| 49-00.21.00 | Sufficient pneumatic power shall be available from the APU to start the main engines on the ground at NASA standard temperatures plus 60°F at altitude up to 8,000 feet and down to minus 1,000 feet. |
| 49-00.22.00 | Sufficient APU power shall be available, while providing full electrical power, to meet the specified ground air conditioning requirements. |
| 49-00.23.00 | Electrical power demand shall have priority over pneumatic power whenever the combined demand exceeds the APU capability. |
| 49-10.00.00 | POWER PLANT. |
| 49-10.01.00 | The APU shall be installed within an enclosure located in the unpressurized aft portion of the fuselage. |
| 49-10.02.00 | The fixed APU enclosure shall be constructed of fireproof materials. |
| 49-10.02.01 | The enclosure shall be ventilated and drained overboard. |
| 49-10.02.02 | The vented enclosure shall withstand overpressurization or shall incorporate pressure relief features as required. |
| 49-10.02.03 | Easy opening access doors of adequate size shall be provided to permit ready access for normal servicing, inspection and maintenance. |
| 49-10.03.00 | The demountable APU shall be made readily removable and replaceable with standard tools through careful attention to mount design, minimization of interface connections and installation of convenient hoist-provisions. |
| 49-10.04.00 | A ground test connection panel shall be installed and conveniently located to permit APU and subsystem trouble shooting and checkout. |

Ex. 20; p. 1251

| | |
|---|---|
| 49-10.05.00 | The APU installation (including inlet and exhaust assemblies) shall include sound suppression treatment to meet the internal and external noise level specified. |
| 49-10.06.00 | All fluid-carrying lines and hose assemblies shall be fire-resistant. |
| 49-10.07.00 | Means shall be provided to prevent APU inflight windmilling above acceptable limits in either the normal or reverse direction. |
| 49-10.07.01 | Meeting this requirement shall not be dependent upon maintenance of door seals. |
| 49-10.08.00 | Means shall be provided to deactivate, stow and lock a failed APU air inlet door for dispatch of the aircraft with the APU inoperative. |
| 49-20.00.00 | ENGINE. |
| 49-20.01.00 | The auxiliary power unit shall be manufactured by AiResearch per Specification SC-6290. |
| 49-20.01.01 | A failed-open APU air inlet door shall not impose flight restriction on the aircraft or cause damage to the APU for the duration of the flight. |
| 49-30.00.00 | ENGINE FUEL AND CONTROL. |
| 49-30.01.00 | Demountable APU fuel distribution and fuel control components shall be supplied by the APU manufacturer. |
| 49-30.02.00 | Means shall be provided to protect against icing in any part of the APU fuel supply system. |
| 49-40.00.00 | IGNITION/STARTING. |
| 49-40.01.00 | Ignition system operation and control shall be automatic after start initiation. |
| 49-40.02.00 * | Providing a fuel viscosity limit of 12 centistokes is not exceeded, the APU shall be capable of ground start at pressure altitudes from -1000 ft. to +8000 ft. at temperatures from -65°F to NASA standard temperature +60°F and capable of inflight start within a temperature and altitude envelope to be established. |
| 49-40.02.01 | The APU shall be started by a starter motor mounted on its gearbox, using a self-contained aircraft power source. |

Ex.: 20; p.: 1232

49-50.00.00     AIR.

49-50.01.00     The APU pneumatic output shall be controlled auto-
                matically, after setting cockpit control switches
                to desired positions.

49-60.00.00     ENGINE CONTROLS.

49-60.01.00     APU operation and control shall be automatic after
                start initiation.

49-60.02.00     The APU shall shut down automatically with a fire
                detection signal and also in the event of over-
                speed.

49-60.03.00     A switch shall be provided in the flight compartment
                for opening or closing the pneumatic load control
                valve.

49-60.05.00     A switch shall be provided in the flight compartment
                to shut down the APU and to arm the firex discharge
                system.

49-60.06.00     A combined, or separate, start and master switch
                shall be provided in the flight compartment.

49-60.07.00     A separate switch shall be provided in the flight
                compartment for controlling the generator.

49-60.10.00     An external APU control panel shall be installed
                in an area readily accessible to ground personnel.

49-60.11.00     The APU control panel shall contain:

49-60.11.01     - APU shutdown and fire agent arming switch

49-60.11.02     - fire warning indication and warning horn

49-60.11.04     - fire agent discharge switch.

49-60.12.00     The flight compartment control of the APU shall
                maintain priority except for APU shutdown using
                the external control.

49-70.00.00     INDICATING.

49-70.01.00     The following flight compartment indicating and
                warning light systems shall be installed for
                monitoring APU start and operational performance:

49-70.01.01     - tachometer indication

49-70.01.02     - exhaust gas temperature indication

49-70.01.03     - oil quantity indication

Ex.: 20; p.: 1233

| | |
|---|---|
| 49-70.01.04 | - low oil pressure warning light |
| 49-70.01.05 | - high oil temperature warning light |
| 49-70.01.06 | - electrical load meter |
| 49-70.01.07 | - power available indicating light. |
| 49-90.00.00 | OIL. |
| 49-90.01.00 | The oil system shall be integral with the APU and shall be supplied by the manufacturer. |
| 49-90.02.00 * | Pressure oiling capability shall be provided. |

Ex.: 20; p.: 1234

51-00.00.00   STRUCTURES.

51-10.00.00   GENERAL.

51-10.00.01   The statements contained in section 51-10 apply only
              to STRUCTURES as specified in chapters 51 through 57
              of this specification.

51-10.02.00   All portions of the structure where fluids from out-
              side the aircraft can be expected to collect during
              flight or washing of the exterior shall have drain-
              age provisions.

51-10.03.00   Shear-carrying, quick release fasteners shall not be
              used in shear panels.

51-10.03.01   If used, an instruction placard shall be installed
              adjacent to the useage.

51-10.04.00   Holes for pin joint fasteners shall be bushed or
              shall permit the installation of bushings having a
              wall thickness of at least .06 inch.

51-10.04.01   Pin joints shall be designed to ensure that inadver-
              tent rotation of bearings and bushings will not pre-
              vent proper lubrication of the pin or bearing
              journals.

51-10.04.02   Bushing installation design shall permit the instal-
              lation of oversize bushings up to .04 inch greater
              in wall thickness than the original.

51-10.05.00   To facilitate pin removal, metal-to-metal joints
              with single pins one-inch in diameter or over, but
              excluding the pin to inner-race connection for anti-
              friction type bearings, shall contain lubrication
              fittings and grease grooves and the pins shall be
              chrome plated or made of corrosion-resistant mater-
              ial.

51-10.06.00   Heads of alloy steel fasteners used on the aircraft
              exterior shall be protected against corrosion.

51-10.07.00   Protection against corrosion of the aircraft
              exterior caused by fluids originating from drains
              or other sources shall be provided.

51-10.08.00   Magnesium alloys shall not be used in the basic air-
              craft structure.

51-10.09.00   All exterior metal faced honeycomb assemblies shall
              be sealed.

51-10.09.01   All adhesive bonded or metal faced honeycomb assem-
              blies shall be inspected for bond integrity.

EX. 20; p. 1295

51-10.09.02    Faying surface metal-to-metal joints joined by adhe-
               sive bonding shall be designed to permit mechanical
               fastener installation in the event that local areas
               become unbonded.

51-10.10.00    Fillets and fairings shall be removable without
               removing other structural components.

51-10.10.01    Fillets and fairing attachments shall be screw-type.

51-10.10.02    When the attachments are blind, the female portion
               shall be mechanically attached to the structure.

51-10.10.03    All blind attachments shall have positive locking
               features.

51-10.10.04    Chafing-protection shall be provided.

51-10.10.05    Chafing-protection material shall be attached to the
               primary structure.

51-10.10.06    The attachment design for the leading edge of wing-
               to-fuselage fillets shall permit installation with-
               out gaps or mismatches and shall be adequate to re-
               sist air loads during flight.

51-10.10.07    The attachments for wing-to-fuselage fillets shall
               not penetrate fuel tanks.

51-10.11.00    Piano-type hinge installations shall be designed to
               permit hinge or hinge pin removal without disassem-
               bly of adjoining structure or trim.

51-10.11.01    Piano-type hinge installations shall provide a
               mechanical means of hinge pin retention without
               crimping the hinge lobes.

51-10.11.02    Aluminum alloy piano-type hinges using 3/16-inch
               diameter or larger hinge pins shall be bushed.

51-10.12.00    Attach provisions for hoisting shall be provided on
               the following aircraft components:

51-10.12.01    - wing flaps

51-10.12.02    - vertical stabilizer (upper section)

51-10.12.03    - horizontal stabilizer

51-10.12.04    - elevators

51-10.12.05    - rudders

51-10.12.06    - ailerons

51-10.12.07    - tail cone

Ex.: 20; p.: 1236

51-10.12.08 *      - main cabin cargo door

51-10.12.11        - empennage leading edges

51-10.12.12        - radome.

51-10.13.00        Material used shall conform to the requirements of
                   MIL Handbook 5 or FAR 25.603 for structural
                   analysis.

51-10.13.01        Only materials where strength properties and design
                   values conform to the requirements of FAR 25.613
                   shall be used.

51-10.14.00        Chafing-protection material, if required, shall be
                   applied to the faying surface of the fixed structure
                   for nonstructural access doors and landing gear
                   doors.

51-10.16.00        Flight control surfaces and adjacent contacting
                   structure shall be protected from chafing.

51-10.18.00        Snap rings shall not be used to retain plugs, bear-
                   ings and similar parts in structural application
                   where the applied load is against the snap ring.

51-10.19.00        All fastener installation design shall include the
                   capability of installing an oversize salvage
                   fastener.

51-10.20.00        Nutplates for stressed panels shall be individually
                   replaceable.

51-10.21.00        All flush screws shall have the NAS 4,000 series
                   recess.

51-10.22.00        NAS 446 type nuts and sheet metal screws shall not
                   be used in structure.

51-10.23.00        Welded steel tubular structure shall be fabricated
                   of chrome molybdenum alloy or equivalent and
                   internally treated or hermetically sealed against
                   corrosion.

51-10.23.01        Spotwelding shall not be used in joints of primary
                   aircraft structure.

51-10.24.00        The smoothness of structure shall be compatible with
                   the speed characteristics of the aircraft.

51-10.26.00        Service doors, filler caps, liquid drains and ice
                   accretion areas of the wings, fuselage and engines
                   shall be located and fabricated such that foreign
                   object damage, as a consequence of shedding, shall
                   be minimized.

Ex.: 20; p.: 1237

51-10.27.00      The material used for fabric-type seals exposed to
                 the weather will have demonstrated resistance to
                 degradation and moisture absorption in the expected
                 environment.

51-10.28.00      Epoxy or other cast-in-place shims will not be used.

51-10.30.00      Fabric-type flight surface seals shall be replace-
                 able without removing the surface.

51-40.00.00      VENTILATION, DAMS AND DRAINS.

51-40.01.00      Adequate ventilation will be provided to prevent
                 accumulation of hazardous vapors which could cause
                 bodily harm or explosion.

51-40.02.00      Dams and drains shall be provided in the aircraft
                 to control migration of fluid leakage within the
                 aircraft and to drain fluid leakage overboard.

51-40.02.01 *    Exterior drains shall not drip on main cabin entry
                 areas, established service area or engine cowling.

51-40.02.02      Fluids shall drain away from engines, tail pipes,
                 exhausts and locations where the fluids can re-enter
                 the aircraft.

51-40.02.03      Vents and drains for flammable fluids shall be
                 designed to prevent entry of fluids.

51-40.02.04      Electronic and electrical equipment, including rota-
                 ting beacon lights, shall be located or protected so
                 that fluids or hazardous vapors cannot enter the
                 equipment.

51-50.00.00      EXPLODING TIRE PROTECTION.

51-50.01.00      Protection of components and structure needed for
                 continued safe flight shall be provided in the wheel
                 wells against damage from exploding tires.

Ex.: 20; p.: 1238

52-00.00.00      DOORS.

52-00.01.00      Except for fuel tank doors, rivets or adhesive
                 shall not be used for seal attachment.

52-00.02.00 *    Switches shall be provided for all pressurized
                 fuselage doors, including the crew entrance doors,
                 the ground emergency door, the main cabin cargo
                 door, and access doors, for operation of caution
                 lights located in the flight compartment to in-
                 dicate automatically when the doors are not closed
                 and fully latched.

52-00.02.01      The caution lights shall indicate specifically which
                 door is open.

52-00.02.02      The switch location shall be chosen to preclude
                 collection of dirt, moisture, snow or other
                 contamination.

52-00.03.00      Seal attachment design shall permit ease of seal
                 replacement.

52-00.05.00      Door handle operating loads shall be a maximum of 35
                 pounds.

52-00.06.00      Non-hinged exterior doors and panels shall have
                 fastener designation markings.

52-00.10.00      Except for the wing tip doors, doors that need to be
                 opened frequently shall be capable of being opened
                 and closed without the use of tools.

52-00.11.00      External unpressurized access doors and panels shall
                 be identified with access opening numbers specified
                 in the maintenance manual.

52-00.13.00 *    Drain gutters or equivalent, which will prevent
                 water or other drainage from dripping on to the
                 crew entryways shall be installed above the
                 doors.

52-00.14.00      Fasteners on any one non-hinged door shall be the
                 same type and length.

52-00.14.01      When different length fasteners are used, each
                 length shall be a different diameter.

52-00.15.00      All external doors using handles or lever-type
                 latches for operating or securing purposes will be
                 designed so that the handle or latch lever cannot
                 be stowed in its recessed position unless the door
                 is closed and properly latched.

52-00.15.01      External recessed handles for pressurized doors
                 shall be designed to remain recessed when the door
                 is closed, latched and under pressure.

52-10.00.00 *     CREW ENTRY, GROUND EMERGENCY AND CARGO DOORS.

52-11.00.00 *     CREW ENTRY AND GROUND EMERGENCY DOORS.

52-11.01.00 *     Crew entry and ground emergency doors shall be
                as shown in Figure 01-00.

52-11.02.00     The doors shall be mounted on a curved track that
                is within the fuselage contour.

52-11.02.02     Switches for normal operation of the doors from
                outside the aircraft shall be installed adjacent
                to each door.

52-11.02.03     Handles for emergency operation of the doors from
                inside and outside the aircraft shall be installed
                adjacent to each door.

52-11.02.04 *     Switches for normal operation of the doors from
                inside the aircraft shall be installed adjacent
                to each door.

52-11.03.00     The doors shall normally be raised and lowered by an
                electrically powered mechanism.

52-11.03.01     The mechanism shall include an electrically actuated
                brake that shall restrain door motion when the
                current is off.

52-11.03.02     A secondary means of operating the door shall be
                provided in the event of loss of electrical power.

52-11.03.03     The door operating mechanism shall be replaceable
                without disassembly of permanent door or fuselage
                structure.

52-11.03.04     Access shall be provided for lubrication and rigging
                of the door operating mechanism, including up and
                down limit switches.

52-11.04.00 *     Assist handles shall be installed at each crew
                entry and ground emergency door jamb.

52-11.04.01     Assist handles shall be capable of supporting a
                two hundred pound person.

52-11.06.00     Door seals shall be designed and located to minimize
                damage from normal service and maintenance and shall
                be attached by mechanical means which will permit
                rapid replacement of the seal.

52-11.07.00 *     Scuff plates shall be provided at main cabin
                entry openings.

Ex.: 20; p.: 1240

52-11.07.01    The scuff plates shall be designed to protect jamb
               and adjacent fuselage skin to the upper tangent
               point of lower corner radius.

52-11.07.02    Scuff plate attachments shall be by screws.

52-11.07.03    Screw spacing at the edges shall be designed to en-
               sure aerodynamic smoothness.

52-11.07.04    Sealant may be used in the faying surface.

52-11.09.00 *  A safety barrier strap shall be installed at each
               crew entry door and at the ground emergency door.

52-12.00.00    CREW DOOR.

52-12.01.00 *  A single panel door with a key lock and an auxiliary
               electronic release latch shall separate the flight
               compartment from the main cabin.

52-12.02.00    This door shall be equipped with a wide-angle
               viewing lens for cabin surveillance.

52-12.03.00    The door shall be designed so that if the door be-
               comes jammed it can be manually forced open from
               either side or access gained by easily removable
               panels in the door.

52-12.04.00    The crew door shall be mounted on a full length
               hinge.

52-12.05.00    Bumper protectors as necessary shall be installed
               on the door side which can contact adjacent doors
               or accommodations.

52-12.06.00    A latch shall be provided to secure the flight com-
               partment door in the open position.

52-40.00.00 *  ARO SIGHTING DOOR.

52-40.01.00 *  A sighting door shall be installed between
               approximately stations 1854 and 1931 to close
               the aft viewing window cutout in the fuselage
               and to provide the periscope fairing afterbody.

52-40.02.00 *  Means shall be provided at the ARO station to open
               and close the sighting door.  Redundant means shall
               be provided to open the door.

52-50.00.00    FIXED INTERIOR DOORS.

52-51.00.00 *  LAVATORY DOOR.

52-51.01.00 *  The lavatory shall be equipped with a single-
               panel outward opening door equipped with suitable
               locking facilities.

52-51.01.01    It shall be possible to lock and unlock the door
               from outside of the lavatory compartment without
               the use of tools.

52-51.01.02 *  The locking slide bolt of the lavatory door shall
               actuate a VACANT/OCCUPIED sign readable from out-
               side the lavatory.

52-51.02.00 *  The door shall be mounted on full length hinges.

52-51.03.00    Bumper protectors shall be provided where necessary
               on the door side which can contact adjacent doors or
               accommodations.

52-52.00.00    ELECTRONICS COMPARTMENT DOORS.

52-52.01.00    An access door to the electronics compartment shall
               be provided in the flight compartment floor.

52-52.01.01    The door shall be adequate for inflight access to
               the electronics compartment.

52-52.01.02    The door shall be operable without the use of tools
               and without removing crew seats or equipment to
               provide inflight access to the electronics compart-
               ment.

52-52.01.03    The door shall be designed to seal against fluid
               seepage in the closed position.

52-52.02.00    A door shall be installed in the bottom of the fuse-
               lage to provide access to the electronics compart-
               ment from the ground.

52-54.00.00    FUEL TANK ACCESS DOORS.

52-54.01.00    Fuel tank access door installations shall be de-
               signed to prevent damage to primary wing structure
               caused by fretting or corrosion in the faying sur-
               face between door and jamb, provided Douglas specif-
               ied maintenance procedures are adhered to.

52-60.00.00    MAIN CABIN CARGO DOOR.

52-60.01.00    A main cabin cargo loading door shall be installed
               on the left side of the aircraft from approximately
               station 625 to station 765 and shall be hydraulically
               operated from a separate system as shown on Figure
               52-00.

52-60.02.00    When the door latches are unlocked, an amber main
               cabin cargo door caution light in the flight
               compartment shall be illuminated.

Ex.: 20; p.: 1242

52-70.00.00 *    ENTRANCE STAIRS/LADDERS.

52-71.00.00 *    GROUND ENTRY/EXIT LADDER.

52-71.01.00 *    An entry/egress ladder shall be installed in the
                 crew/personnel compartment for use while the air-
                 craft is on the ground.

52-71.01.01 *    The ladder shall be deployed manually.

52-71.01.02 *    The ladder shall be stowed on the aft face of the
                 lavatory.

52-71.01.03 *    The ladder shall fold or telescope for stowage.

52-71.01.04 *    The ladder shall mount at the left crew entry
                 door, supported from the slide/raft girt bar fit-
                 tings on the floor.

52-71.01.05 *    With the ladder in the extended position the door
                 may be closed and means shall be provided to pre-
                 clude the door being opened by unauthorized per-
                 sonnel.

52-80.00.00      LANDING GEAR DOORS.

52-80.01.00      Refer to 32-10.08.00.

Ex.: 20; p.: 1243



FIGURE 52-00 MAIN CABIN CARGO DOOR HYDRAULIC SYSTEM

Ex.: 20; p.: 1244

| | |
|---|---|
| 53-00.00.00 | FUSELAGE. |
| 53-00.01.00 | The fuselage shall consist of a nose radome compartment, a flight compartment, the main cabin compartment and compartments below the main cabin floor. |
| 53-00.02.00 * | The under-floor compartments shall include a nose landing gear well, accessory compartments, the main landing gear wells, the forward fuselage fuel tank compartment, the aft fuselage fuel tank compartment, and the ARO compartment. |
| 53-00.03.00 | The design of the pressurized fuselage structure shall comply with the applicable fail-safe requirements of FAR 25.629. |
| 53-00.04.00 | The fuselage shall be of semimonocoque construction and shall accommodate the attachment of the wing group, tail group and nose landing gear. |
| 53-00.04.01 | The fuselage shall be constructed principally of aluminum alloy skin, stiffeners, frames and bulkheads. |
| 53-00.04.02 | The fuselage contour shall be pressure-sealed, excluding the nose radome, wheel wells, wing center section and aft body. |
| 53-00.05.00 | Each fuselage shall be pressure checked at 1.33 times the maximum pressure relief valve setting. |
| 53-00.06.00 | Permanent station identification numbers at significant locations shall be provided. |
| 53-00.07.00 | A jack point shall be provided near the forward end of the fuselage. |
| 53-00.08.00 | Means shall be provided to separate insulation blankets from fuselage skin in areas below the floor. |
| 53-00.10.00 | Secondary protection shall be installed under the floor and above electrical and electronic component areas subject to failure due to leakage of fluids from the lavatory and entry areas. |
| 53-00.11.00 | Structural components exposed to leakage or drainage from the galley, lavatory, storage battery or entry areas will be protected against corrosion. |
| 53-00.12.00 | Pressure relief provisions shall be provided between pressurized fuselage compartments. |
| 53-00.12.01 | The pressure relief provisions are located so as not to interfere with passenger seating, routine maintenance or cargo loading. |

53-00.12.02    The pressure relief provisions shall be permanently
               attached.

53-00.12.03    The pressure relief provisions when functioning to
               relieve a pressure differential shall not constitute
               a safety hazard.

53-00.12.04    The pressure relief provisions shall be located such
               as to preclude collection of dirt and debris.

53-01.00.00    AFT BODY.

53-01.01.00    The aft body shall be an integral structure with
               the lower portion of the vertical stabilizer, and
               provide support for the aft engine and nacelle.

53-01.02.00    The aft body shall be attached to the fuselage.

53-01.05.00    A portion of the structure, aft of the APU instal-
               lation, shall be skinned with high temperature fire-
               resistant material.

53-02.00.00    TAIL CONE.

53-02.01.00    The tail cone shall be mounted to the aft body.

53-02.02.00    An on-board maintenance platform, an extendable lad-
               der and associated access doors shall be installed
               in the fuselage tail cone to provide access to the
               aft engine accessory gearbox area for line main-
               tenance.

53-20.00.00    FLOORS.

53-21.00.00    FLIGHT COMPARTMENT FLOORS.

53-21.01.00    Floors shall be sealed against fluid seepage.

53-21.02.00    Means shall be provided to prevent foreign objects
               from rolling off the floor into the flight control
               systems.

53-22.00.00 *  MAIN CABIN COMPARTMENT FLOORS.

53-22.01.00 *  Flush slot-type tracks shall be provided for the
               attachment of crew/personnel seats, interior equip-
               ment and a cargo loading system.

53-22.01.01    Floor panels shall be of a sandwich construction.

53-22.01.02    The fabrication shall include attach hole inserts.

53-22.02.00    Floors shall be sealed against fluid seepage.

53-22.04.00    The length of the floor panels shall not exceed
               120 inches.

DS 5500 ATCA      09-30-77                    PAGE  272     CHAPTER    53

Ex.: 20; p.: 1246

53-22.05.00 *    The main cabin floor shall be attached independently
                 of the side panels.

53-22.05.02      Floor panels in the seating and aisle area shall be
                 removable and attached with screws and clip nuts.

53-22.05.03      Floor panels in the entry areas and areas subject
                 to moisture shall be corrosion-resistant.

53-22.08.00      Entryways shall be designed to resist the maximum
                 expected density of foot traffic.

53-22.09.00 *    Aisles shall be designed to resist maximum
                 expected foot traffic.

53-22.10.00 *    A means shall be provided for access to the
                 forward and center accessory and the ARO com-
                 partments through the floor.

53-22.11.00      The floor supporting structure shall be designed
                 to meet the service life requirements of primary
                 structure.

53-22.12.00 *    The main cabin floor structure shall be capable
                 of supporting 463L pallets.  The floor capability
                 based on a percentage of the total cargo payload
                 that can be made up of 463L pallets, shall be:

                 - 10,000 pounds - 20%
                 -  6,500 pounds - 80%

53-22.13.00 *    The aircraft cargo loading capability is defined
                 in Figure 25-51.

53-30.00.00      PLATES/SKIN.

53-30.01.00      If exterior skin laps are used, forward sheets of
                 single lap lateral splices shall overlap the aft
                 sheet.

53-30.02.00      If exterior skin laps are used, the upper sheet of
                 single lap longitudinal splices shall overlap lower
                 skin.

53-30.03.00      Fuselage exterior seams that are in the immediate
                 vicinity and also directly in line aft of the toilet
                 servicing valves shall be assembled with sealant in
                 the faying surfaces to preclude liquid from entering
                 in the joints.

53-40.00.00      ATTACH FITTINGS.

53-40.01.00      Refer to 51-10.00.00.

Ex.: 20; p.: 1247

| | |
|---|---|
| 53-50.00.00 | AERODYNAMIC FAIRING. |
| 53-51.00.00 | RADOME. |
| 53-51.01.00 * | The radome shall be designed for use with I-band radar and shall utilize fluted core construction. |
| 53-51.02.00 | The radome shall incorporate lightning and rain erosion protection. |
| 53-51.03.00 | Hinges shall be provided at the top. |
| 53-51.04.00 | Quick-opening latches shall be provided. |
| 53-51.05.00 | A hold-open device shall be provided. |

Ex.: 20; p.: 1248

| | |
|---|---|
| 54-00.00.00 | NACELLES/PYLONS. |
| 54-00.01.00 | Two engine and nacelle support pylons shall be installed on the wing, one on each side of the aircraft. |
| 54-00.02.00 | Each nacelle shall be an enclosure only and shall not support the engine. |
| 54-00.03.00 | The wing pylons shall be designed to permit replacement without alteration to the integral wing structure. |
| 54-00.03.01 | Pylon replacement may require fitting and/or replacement of wing-to-pylon joining parts. |
| 54-00.04.00 | One engine and nacelle support pylon shall be located at the base of the vertical stabilizer to support the center engine. |
| 54-10.00.00 | COMPARTMENTATION. |
| 54-10.01.00 | Firewalls, fireseals and fire barriers shall be incorporated as necessary to isolate fire in any designated fire zone from primary aircraft structure. |
| 54-10.02.00 | Each main engine compartment shall be separated from critical parts of the aircraft by a primary firewall at the bottom of the pylon. |
| 54-10.03.00 | A high temperature fire barrier shall be installed on the primary firewall of each main engine pylon, adjacent to possible burn through areas of the engine. |
| 54-10.04.00 | A secondary fireseal shall be provided where required to provide back-up protection in the event of fire penetration of the primary firewall. |
| 54-10.05.00 | A fireseal of stainless steel, titanium or other fireproof material shall be installed in each engine nacelle section between the combustion compartment and the accessory compartment. |
| 54-11.00.00 | HOISTING STRUCTURE. |
| 54-11.01.00 | Structural provisions shall be provided for attaching boot-strap hoist equipment for removing and replacing each engine. |

Ex. 20; p.: 1249

| | |
|---|---|
| 55-00.00.00 | TAIL GROUP. |
| 55-00.01.00 | The tail group shall consist of a horizontal stabilizer, elevators, a vertical stabilizer, an upper rudder and a lower rudder. |
| 55-00.02.00 | Flight surfaces requiring mass balancing shall be balanced at the factory within the upper 50 percent of the balance range specified in the Structural Repair Manual. |
| 55-00.02.01 | Sufficient space shall be provided for installation of the maximum quantity of balance weights required for flight surfaces requiring mass balance. |
| 55-00.03.00 | Access, without removal of control surfaces, shall be provided for inspection and maintenance of internal structure of the horizontal and vertical stabilizer. |
| 55-10.00.00 | HORIZONTAL STABILIZER. |
| 55-10.01.00 | The horizontal stabilizer shall be mounted on the aft body. |
| 55-10.02.00 | The horizontal stabilizer shall consist of a center section, a left and right hand panel with a removable leading edge and tip. |
| 55-10.03.00 | The horizontal stabilizer shall be adjustable for aircraft longitudinal trim. |
| 55-10.04.00 | The pivot bearings shall be replaceable without removing the stabilizer. |
| 55-10.05.00 | The leading edge and tip and their attachments shall resist being loosened or damaged by vibration. |
| 55-10.06.00 | A removable tip shall be provided. |
| 55-10.07.00 | Permanent station identification numbers at significant locations shall be provided. |
| 55-10.08.00 | Permanent external joints shall be weather sealed. |
| 55-20.00.00 | ELEVATORS. |
| 55-20.01.00 | Elevators shall be constructed primarily of stiffened aluminum alloy skin panels, ribs and spar assemblies. |
| 55-20.01.01 | The elevators shall consist of a separate inboard and outboard section on the left and right sides of the aircraft. |
| 55-20.02.00 | Elevators shall be hinged to brackets attached to the horizontal stabilizer. |

DS 5500 ATCA       09-30-77                    PAGE  276    CHAPTER   55

| | |
|---|---|
| 55-20.03.00 | Hinges shall be designed such that failure or loss of any single hinge component in normal flight operation shall not preclude the ability to safely continue to a reasonable destination. |
| 55-20.04.00 | Permanent external joints shall be weather sealed. |
| 55-20.05.01 | The outboard elevators shall be mass balanced. |
| 55-20.06.00 | Permanent identification shall be provided consisting of a part number, a serial number and mass balance data where mass balance is required. |
| 55-20.06.01 | The identification shall be accessible and visible without removing the elevators. |
| 55-20.07.00 | Hinges shall incorporate antifriction-type bearings which can be replaced without removing the elevators. |
| 55-30.00.00 | VERTICAL STABILIZER. |
| 55-30.01.00 | The vertical stabilizer shall be attached permanently to the aft body with a multi-load-path joint. |
| 55-30.02.00 | The vertical stabilizer shall be swept back and of the fully cantilevered type construction with a removable leading edge and tip. |
| 55-30.03.00 | The leading edge and tip and their attachment shall resist being loosened or damaged by vibration. |
| 55-30.04.00 | A removable tip shall be provided. |
| 55-30.05.00 | Permanent identification numbers at significant locations shall be provided. |
| 55-30.06.00 | Permanent external joints shall be weather sealed. |
| 55-30.07.00 | The vertical stabilizer shall be constructed primarily of stiffened aluminum alloy skin panels, ribs, and spar assemblies. |
| 55-40.00.00 | RUDDER. |
| 55-40.01.00 | The rudders shall be hinged to brackets attached to the vertical stabilizer. |
| 55-40.02.00 | Hinges shall be designed such that failure or loss of any single hinge component in normal flight operation shall not preclude the ability to safely continue to a reasonable destination. |
| 55-40.03.00 | The rudders shall consist of a separate upper and lower segment. |

DS 5500 ATCA      09-30-77                    PAGE  277     CHAPTER   55

Ex.: 20; p.: 1251

55-40.04.00      Each rudder segment shall consist of a forward
                      section and an aft section.

55-40.05.00      Permanent external joints shall be weather sealed.

55-40.06.00      Hinges shall incorporate antifriction-type bearings
                      which can be replaced without removing the rudder.

55-40.07.00      The forward section of the upper rudder shall be
                      mass balanced.

55-40.08.00      Permanent identification shall be provided con-
                      sisting of a part number, a serial number and mass
                      balance data where mass balance is required.

55-40.08.01      The identification shall be accessible and visible
                      without removing the rudder.

55-40.09.00      The rudder shall be constructed primarily of
                      stiffened aluminum alloy skin panels, ribs and
                      spar assemblies.

Ex.: 20; p.: 1252

56-00.00.00    WINDOWS.

56-10.00.00    FLIGHT COMPARTMENT.

56-10.01.00    A two-panel windshield shall be installed.

56-10.01.01    Exposed interior surfaces of the fixed windshield panels will be scratch-resistant.

56-10.01.02    Anchor nuts will be used for windshield attachment and will be replaceable without removal of instrument panels or control columns.

56-10.01.03    The windshield shall be designed for dispatch with speeds to 350 KCAS with windshield heating inoperative and with either anti-icing or defogging pane cracked.

56-10.01.04    The cockpit trim in the area of the windshield will be removable and replaceable to permit anchor nut replacement.

56-10.01.05    Provisions for hoisting the windshield panels will be incorporated in the design.

56-10.01.06    A method for applying an extracting force to aid in windshield panel removal shall be provided.

56-10.01.07    The windshield seal shall be a dry gasket type designed to prevent pressurization leaks and prevent water from entering the flight compartment.

56-10.01.08    It will be possible to dispatch the aircraft at restricted speeds (not less than specified in FAA title 14, part 91) with the windshield heating elements inoperative or with either the anti-icing or the antifogging pane cracked.

56-10.01.09    The windshield seal shall also provide an aerodynamic seal.

56-10.01.10    It shall be possible to replace a front windshield panel within a period of two hours, using two men.

56-10.01.12    All windshield flush head attaching screws of the same diameter shall be the same length.

56-10.02.00    Two clearview windows shall be installed, one on each side adjacent to the windshield.

56-10.03.00    Two fixed windows, aft of and adjacent to the clearview windows shall be provided.

56-10.03.01    The design and attachment of the side window shall permit its replacement within a period of two hours, using two men.

56-30.00.00 *    MAIN CABIN SIGHTING DEVICES.

56-31.00.00 *    ENGINE AND WING FLAPS.

56-31.01.00 *    Four sighting devices shall be installed in the
                 main cabin to permit visual inspection of the
                 engines and wing flaps while in flight.

56-31.02.00 *    The sighting devices shall be installed through the
                 fuselage skin at a nominal eye-level height from the
                 main cabin floor at approximately stations 485 and
                 1945 left and right sides.

56-31.03.00 *    The sighting devices shall be easily removable from
                 inside the main cabin for cleaning.

56-40.00.00 *    ARO COMPARTMENT SIGHTING DEVICES.

56-41.00.00 *    ARO VIEWING WINDOW.

56-41.01.00 *    A window shall be installed in the pressure panel
                 at approximately station 1841 in the ARO compartment
                 to provide the air refueling operator, instructor and
                 observer-trainee with a view of the refueling boom
                 and hose reel drogue during refueling operations.

56-41.01.01 *    Exposed interior surfaces of the window shall be
                 scratch-resistant.

56-41.01.02 *    The window seals shall be a dry gasket type design
                 to prevent pressurization leaks.

56-41.02.00 *    All window attaching screws of the same diameter
                 shall be the same length.

56-41.03.00 *    Refer to 30-41.00.00 for anti-icing and defogging
                 requirements.

56-41.04.00 *    Means shall be provided to prevent foreign materials
                 from collecting on the window while in flight.

56-41.05.00 *    Capability to observe receivers under-running
                 the tanker shall be provided by direct view to
                 a maximum downward angle of 49 degrees with
                 respect to the fuselage reference plane (FRP)
                 by a fiftieth percentile male.

Ex.: 20; p.: 1254

56-42.00.00 *    SIDE VIEWING PERISCOPE.

56-42.01.00 *    A mirror system shall be installed in the ARO
                 compartment to enable the aerial refueling opera-
                 tor to see aircraft flying in formation near the
                 tanker wing tips, enclosing a nominal field of
                 view in azimuth from the wing tips to 30 degrees
                 aft, and in elevation from 9 degrees up to
                 7-1/2 degrees down, and shall consist of the
                 following:

56-42.01.01 *    - a window installed in the floor of the ARO com-
                 partment at approximately station 1821 at the
                 fuselage centerline

56-42.01.02 *    - a dry gasket type seal to prevent pressurization
                 leakage

56-42.01.03 *    - a periscope fairing located on the exterior of the
                 aircraft below the ARO compartment between approxi-
                 mately stations 1801 and 1854

56-42.01.04 *    - a double side-viewing mirror installed in the
                 periscope fairing below the floor window

56-42.01.05 *    - two windows, one installed on each side of the
                 periscope fairing.

56-43.00.00 *    AFT VIEWING PERISCOPE.

56-43.01.00 *    An aft viewing periscope shall be installed in the
                 ARO compartment to supplement the air refueling
                 operator's upward aft view during refueling opera-
                 tions, and shall consist of the following:

56-43.01.01 *    - a lower mirror, adjustable from the exterior of
                 the aircraft, located in the periscope fairing

56-43.01.02 *    - an upper adjustable mirror, located near the top
                 of the aft viewing window in the ARO compartment.

Ex.: 20; p.: 1255

| | |
|---|---|
| 57-00.00.00 | WING. |
| 57-00.01.00 | The wing shall be a cantilevered sweptback unit mounted through the lower fuselage. |
| 57-00.02.00 | The wing shall consist of a main structural box, auxiliary structure and flight surfaces. |
| 57-00.03.00 | Permanent station identification numbers at significant locations shall be provided. |
| 57-10.00.00 | MAIN STRUCTURAL BOX. |
| 57-10.01.00 | The main structural box shall consist of a front spar, a rear spar, chordwise ribs and bulkheads and skins with spanwise stiffeners. |
| 57-10.02.00 | The main structural box shall contain integral fuel tanks located between the front and rear spars in each wing. |
| 57-10.03.00 | Tanks shall be designed such that the primary sealing is provided by the mechanical attachment of structural members. |
| 57-10.03.01 | Corner fittings shall be precision fit at their faying surfaces and sealing compounds shall be considered secondary with respect to sealing. |
| 57-10.03.02 | Care shall be taken to localize leaks in faying surfaces. |
| 57-10.03.03 | Tank construction shall consist of members permanently attached with machine driven aluminum rivets and interference fit plated steel or titanium fasteners, wherever possible. |
| 57-10.03.04 | Where permanent fasteners cannot be used, combinations of nuts and bolts shall be restricted to those types that assure inspectability for prevention of bottomed nuts or loose fasteners. |
| 57-10.03.05 | In so far as possible, all fasteners shall be accessible for replacement or inspection, and sufficient stock shall be provided for oversize salvage fasteners. |
| 57-10.03.06 | In flight or on the ground, the temperature of the leading edge structure, front spar and tank sealant shall not exceed the safe operating temperatures of the materials used. |
| 57-10.03.07 | All tank interior surfaces shall be protected against corrosion with the best available materials and processes. |

Ex.: 20; p.: 1256

| 57-20.00.00 | AUXILIARY STRUCTURE. |
| | |
| 57-20.01.00 | The auxiliary wing structure shall consist of a fixed leading edge, wing tip and trailing edge. |
| 57-20.02.00 | A fixed leading edge shall be attached to the main box. |
| 57-20.03.00 | Support for the leading edge lift devices shall be provided. |
| 57-20.04.00 | The wing tip and its attachment shall reflect adequate resistance to loosening or damage due to vibration. |
| 57-20.05.00 | Attachment for removable wing tips shall be provided. |
| 57-20.06.00 | A fixed upper trailing edge shall be provided aft of the rear spar. |
| 57-20.07.00 | Lower trailing edge panels forward of the outboard flaps and outboard ailerons shall be hinged at their forward edges. |
| 57-40.00.00 | FITTINGS. |
| 57-40.01.00 | Jack points shall be provided on the under side of the wing, one on each side of the aircraft. |
| 57-50.00.00 | FLIGHT SURFACES. |
| 57-51.00.00 | AILERONS. |
| 57-51.01.00 | An outboard and an inboard aileron shall be installed on each wing. |
| 57-51.03.00 | Hinges shall incorporate antifriction-type bearings which can be replaced without removing the aileron. |
| 57-51.03.01 | Access shall be provided for lubrication of the hinge bearings. |
| 57-51.04.00 | Hinges shall be designed such that failure or loss of any single hinge component in normal flight operation shall not preclude the ability to safely continue to a reasonable destination. |
| 57-51.05.00 | Permanent external joints shall be weather sealed. |
| 57-51.07.00 | The outboard aileron shall be mass balanced and sealed against crossflow. |
| 57-51.08.00 | Permanent identification shall be provided consisting of a part number, a serial number and mass balance data where mass balance is required. |

Ex.: 20; p.: 1257

| 57-51.08.01 | The identification shall be accessible and visible without removing the aileron. |
|---|---|
| 57-51.09.00 | The outboard ailerons shall be balanced at the factory within the upper 50 percent of the balance range specified in the Structural Repair Manual. |
| 57-51.09.01 | Sufficient space shall be provided for installation of the maximum quantity of balance weights required. |
| 57-53.00.00 | FLAPS. |
| 57-53.01.00 | An outboard and an inboard flap shall be installed on each wing. |
| 57-53.02.00 | The aft section and the leading edge of the flaps shall be removable in segments to provide access for inspection and maintenance of internal structure without removing the flaps from the aircraft. |
| 57-53.03.00 | Flap lower panels down stream from the main landing gear shall be designed to resist damage due to debris from tires and runway. |
| 57-53.04.00 | Permanent external joints shall be weather sealed. |
| 57-53.05.00 | The flap tracks shall be removable. |
| 57-53.05.01 | The tracks shall be attached with fasteners which will not vibrate loose. |
| 57-53.05.02 | The tracks shall be protected from skydrol damage except in the roller contact area. |
| 57-53.05.03 | The tracks shall be readily removable. |
| 57-53.06.00 | The flaps shall be permanently identified with a part number and a serial number. |
| 57-54.00.00 | FLAP VANES. |
| 57-54.01.00 | Retractable vanes shall be mounted on each flap. |
| 57-54.02.00 | Vanes shall be sealed. |
| 57-55.00.00 | SPOILERS. |
| 57-55.01.00 | Flap type spoilers shall be installed in the upper trailing edge on each wing. |
| 57-55.01.01 | The spoilers shall be permanently identified with a part number and a serial number. |
| 57-55.02.00 | Spoilers shall be sealed. |

Ex.: 20; p.: 1258

| | |
|---|---|
| 57-55.03.00 | Hinges shall be designed such that failures or loss of any single hinge component in normal flight operation shall not preclude the ability to safely continue to a reasonable destination. |
| 57-56.00.00 | LEADING EDGE SLATS. |
| 57-56.01.00 | Extendable leading edge slats shall be provided as shown in Figure 01-00. |
| 57-56.01.01 | Leading edge slat assemblies shall be permanently identified with a part number and a serial number. |
| 57-56.02.00 | Each slat segment shall be mounted on tracks, supported by the fixed wing leading edge. |
| 57-56.03.00 | Permanent external joints shall be weather sealed. |
| 57-56.04.00 | The slat tracks shall be removable. |
| 57-56.04.01 | The tracks shall be attached to structure with fasteners which shall not vibrate loose. |
| 57-56.04.02 | The tracks shall be protected from skydrol damage except in the roller contact area. |
| 57-56.04.03 | Access for inspection and maintenance of slat tracks shall be provided. |
| 57-56.04.04 | The tracks shall be readily removable. |
| 57-56.05.00 | Design of the aerodynamic seal installation shall enable rapid replacement. |

Ex.: 20; p.: 1259

70-00.00.00    STANDARD PRACTICES - POWER PLANT.

70-00.01.00    The aircraft power plant shall be manufactured in accordance with FAA and Douglas Aircraft standard practices.

70-00.02.00    Holding fixtures, hoisting points, handles, etc., for engine components will be incorporated after an analysis based on size, shape, weight and location dictates that such features are required.

Ex.: 20; p.: 1260

Case: MDL-No-0875 Document 6666-73 Filed 01/29/24 Page 303 of 389
Case 5:11-cv-00061-DSW Document 73 Filed 11/09/11 Page 29 of 389

| | |
|---|---|
| 71-00.00.00 | POWER PLANT. |
| 71-00.01.00 | The aircraft shall be powered by three turbofan engines, two enclosed in pylon mounted nacelles on the under side of the wing and one mounted at the base of the vertical stabilizer. |
| 71-00.01.01 | A means shall be provided to lock the engine rotors for ferrying the aircraft with an inoperative engine. |
| 71-00.02.00 | The demountable power plant shall be the assembly of engine, engine accessories and those parts of the nacelle structure and equipment that are removed from the aircraft as a unit. |
| 71-00.02.01 | The demountable power plant shall be removable without impairing the adjustment of the power plant control rigging. |
| 71-00.03.00 | Power plant maintenance may be performed with the engine installed on the aircraft. |
| 71-00.03.01 | With the engine installed on the aircraft it shall be possible to inspect all major engine modules and to replace the engine combustor and each major engine module aft of the combustor. |
| 71-00.03.02 | It shall be possible to replace individual fan blades or the complete fan rotor assembly on the wing engines with the engines installed on the aircraft. |
| 71-00.03.03 | It shall be possible to replace individual fan blades on the aft engine with the engine installed on the aircraft. |
| 71-00.06.00 | In order to minimize the ingestion of foreign material into the engine, the engine air inlet duct and the nose bullet assembly shall be as free as practicable from removable fasteners, doors or panels. |
| 71-00.07.00 | All accessory drive seal drainage (but not engine breathers) shall be collected in a container (or containers) within the nacelle. |
| 71-00.07.01 | Collected fluids shall be automatically evacuated during flight and shall be drainable on the ground. |
| 71-00.07.02 | Inflight drainage shall be initiated at approximately 200 knots. |
| 71-00.09.00 | All airframe manufacturer furnished engine driven accessories mounted on the engine gearbox shall incorporate quick attach-detach type mounting provisions except for the tachometer generators. |

Ex.: 20; p.: 1261

71-00.10.00    It shall be possible to make remote adjustment of
               all units where adjustment is required with engine
               operating.

71-00.10.01    Wiring shall be installed from each engine to the
               space provided in the flight compartment for remote
               engine trim.

71-00.11.00    Access to engine adjustment and inspection points
               (including borescope holes) shall be provided
               without the necessity of removal of any components
               other than cowling and fairings.

71-00.11.01    Where this requirement cannot be met, provisions
               for ready removal of the adjacent equipment shall
               be made.

71-00.13.00    The time required for removal or installation of any
               demountable power plant shall be two hours or less
               elapsed time with optimum manpower.

71-00.15.00    The engine installation shall allow stall and surge
               free operation during crosswind takeoffs up to the
               maximum certified crosswind condition for the
               aircraft.

71-00.16.00    Plumbing and electrical connections at locations
               expected to be frequently disturbed by service and
               maintenance operations shall be designed to minimize
               the possibility of misconnections.

71-00.17.00    Insofar as practical, provisions shall be made for
               access to engine mounted accessories and equipment
               for inspection and/or service during short stop
               times of 20 to 30 minutes.

71-10.00.00    COWLING.

71-10.01.00    The cowling of the primary gas generator of the
               engine shall be common for all three engine posi-
               tions.  The nose cowl and cowling over the fan case
               and fan reverser shall be identical for the two wing
               mounted engines.

71-10.02.00    Engine access doors and cowling shall provide access
               for replacement, inspection, maintenance and ser-
               vicing of externally mounted engine parts and
               accessories.

71-10.02.01    Cowling panels shall withstand pressurization due
               to duct failure or, if necessary, relief devices
               shall be installed.

71-10.02.02    Relief panels, where used, shall remain attached
               to the cowling even after they have been blown
               open.

Ex.: 20; p.: 1262

71-10.02.03    It shall be possible to determine visually on the ground that the relief panels have opened.

71-10.02.04    Cowling latches shall be operable without the use of special tools.

71-10.02.05    The locked position of the cowling latches shall be capable of being verified by visual inspection.

71-10.02.06    Retention devices shall be installed to support the cowling in the open position.

71-10.02.07    Stowage shall be installed for the retention devices.

71-10.03.00    Service doors shall be incorporated in the main doors or cowling panels for access to components or installations requiring frequent attention.

71-10.03.01    Blow out doors, if used as service access doors, shall be designed for frequent use.

71-20.00.00    MOUNTS.

71-20.01.00    Each engine shall be mounted by a three point mounting system.

71-20.02.00    The mounting design shall consider engine vibration, differential thermal expansion between engine and support structure, engine thrust and weight growth, crashworthiness, and component interchangeability.

71-20.03.00    Mount attachments and engine hoisting points shall be accessible without removing demountable engine components.

71-20.03.01    Demountable engine components shall be readily removable when the requirements of paragraph 71-20.03.00 cannot be met.

71-20.04.00    Design of the mount fittings shall permit removal and installation of the engine with standard tools.

71-30.00.00    ENGINE NOISE SUPPRESSION.

71-30.01.00    The engine installation shall incorporate noise suppression as required to meet flyover sound level criteria specified in paragraph 16-00.00.00.

71-50.00.00    ELECTRICAL HARNESS.

71-50.01.00    Open wiring shall be used in the demountable power plant.

71-50.02.00    Electrical connectors shall be of the screw thread retention type.

Ex.: 20; p.: 1263

71-50.03.00    Unused engine wiring, where provided for engine
               interchangeability, shall terminate in dummy
               receptacles in each engine section.

71-50.04.00    Wiring shall be isolated from, and to the maximum
               degree possible routed at higher elevations than
               fluid carrying lines.

71-50.05.00    No wire smaller than No. 18 shall be used in the
               demountable power plant.

DS 5500 ATCA        09-30-77                    PAGE  290    CHAPTER    71

Ex.: 20; p.: 1264

72-00.00.00          ENGINE.

72-10.00.00          ENGINE SPECIFICATION.

72-10.01.00          The engines shall be General Electric Model CF6-50C1
                     manufactured in accordance with General Electric
                     Specification E2216, dated 21 Oct 76.

Ex.: 20; p.: 1265

73-00.00.00      ENGINE FUEL AND CONTROL.

73-00.01.00      The entire engine fuel system downstream of the
                 engine inlet connection, except for the fuel flow-
                 meter transmitter, shall be integral with the engine
                 and supplied by the engine manufacturer.

73-30.00.00      INDICATING.

73-31.00.00      FUEL FLOW INDICATION.

73-31.01.00      A fuel flow rate indicator with pointer and digital
                 readout and a fuel consumed indicator with digital
                 readout and reset provisions shall be provided in
                 the flight compartment for each engine.

73-31.02.00      The fuel flow transmitters shall be installed in
                 the engine system and shall not be affected by
                 icing during normal operation.

73-31.02.01      The fuel flow transmitters shall be self-bleeding.

73-31.02.02      Vibration and other environmental factors shall also
                 be considered in the selection and installation of
                 the transmitters.

73-32.00.00      PRESSURE AND TEMPERATURE INDICATION.

73-32.01.00      Fuel filter differential pressure indication for
                 each engine shall be installed in the flight
                 compartment.

73-32.03.00      Engine fuel pump interstage pressure indication
                 for each engine shall be provided in the flight
                 compartment.

73-40.00.00      FUEL HEAT.

73-40.01.00      Each engine fuel system shall incorporate a fuel
                 heater to protect the engine fuel metering and
                 control system from hazardous icing conditions.

73-40.02.00      The heater shall be located upstream of the fuel
                 filter.

73-40.03.00      The engine fuel heating system shall not raise the
                 temperature of the fuel above a value acceptable
                 for continued engine operation.

73-50.00.00      FUEL DRAINAGE.

73-50.01.00      Fuel drainage from the engine fuel manifold drain
                 valve shall be collected in a container within the
                 nacelle.

73-50.01.01      The system shall return the fuel in the container
                 to the fuel system.

Ex.: 20; p.: 1266

| 74-00.00.00 | IGNITION, GENERAL. |
|---|---|
| 74-00.01.00 | The engine ignition system shall provide adequate ignition for ground and inflight starting and for inclement weather operations. |
| 74-00.02.00 | Each engine shall be equipped with a dual high energy ignition system. |
| 74-30.00.00 | SWITCHING. |
| 74-30.01.00 | The ignition control for each engine shall be integrated with starter and engine fuel shutoff controls for automatic sequencing. |
| 74-30.02.00 | A separate override switch shall be provided to bypass starter and fuel shutoff circuitry. |

75-00.00.00    AIR.

75-20.00.00    ACCESSORY COOLING.

75-20.01.00    The nacelle cooling and ventilating system shall
               automatically provide the required cooling airflow
               for the engine, aircraft accessories and for the
               nacelle structure.

75-20.01.01    Nacelle ambient temperature shall not adversely
               affect engine starting.

75-20.01.02    Nacelle ambient temperature shall be maintained at
               a level consistent with the shortest possible
               accessory cool-down time for maintenance, accessory
               and flexible line longevity, and minimum fire
               hazard.

Ex.: 20; p.: 1268

76-00.00.00    ENGINE CONTROLS, GENERAL.

76-00.01.00    The engine control systems shall consist of a
               combination two-way rigged cable, a flexible push-
               pull control, and a mechanical linkage.

76-00.02.00    Engine control systems shall be designed so that the
               engine may be removed without loss of rigging
               adjustment in the airframe cable system.

76-00.04.00    Steel control brackets shall be used in the engine
               sections.

76-10.00.00    POWER CONTROLS.

76-11.00.00    THROTTLE CONTROLS.

76-11.01.00    Three throttles on the control pedestal modulate the
               forward thrust and thrust reversing functions.

76-11.02.00    Each of the engine throttle controls shall consist
               of a two stage lever.

76-11.02.01    One stage shall control the forward thrust and the
               other shall control the thrust reversing.

76-11.02.02    The two stages shall be mechanically interconnected
               in a manner that will prevent one stage from being
               operated unless the other stage is at idle position.

76-11.03.00    Throttle rigging shall be based on the fuel control
               part-power position.  Alignment of the levers
               shall be within one-quarter knob of this part-
               power position.

76-11.03.01    Lever realignment at the trim position shall be
               possible with a minimum need for adjustment to
               extremely close dimensions.

76-11.04.00    The throttle levers on the control pedestal shall be
               free of objectionable vibration, noise and excessive
               play.

76-12.00.00    FUEL CONTROL SHUTOFF CONTROLS.

76-12.01.00    A two-way cable system and linkage similar to the
               throttle control system shall shut off the fuel
               control unit at the engine.

76-12.01.01    This shutoff is effected through three levers on the
               pilot's pedestal.

76-12.02.00    The fuel shutoff control levers shall be free of
               objectionable vibration and noise.

Ex.: 20; p.: 1269

76-20.00.00      EMERGENCY SHUTDOWN.

76-20.01.00      Actuation of the fire control lever for each engine
                       shall accomplish an emergency shutdown. (See Sec-
                       tion 26 for the description of this system.)

Ex.: 20; p.: 1270

| 77-00.00.00 | ENGINE INDICATING. |
|---|---|
| 77-00.01.00 | Performance monitoring and thrust setting parameters shall be displayed separately for each engine. |
| 77-00.02.00 | The design and installation of all engine indicating transmitters and switches shall take into consideration the complete engine vibration spectrum in all modes of operation as well as temperatures to be encountered on the ground, in flight and after engine shut-down. |
| 77-00.03.00 | Care shall be taken to prevent damage to pressure transducers due to pressure transients. |
| 77-10.00.00 | POWER. |
| 77-10.01.00 | Two tachometer indicators ($N_1$ and $N_2$) for each engine shall be installed on the pilot's instrument panel. |
| 77-10.01.01 | The $N_2$ tachometer indicators shall provide pointer and digital readout presentation. |
| 77-10.01.02 | The $N_1$ tachometer indicators shall be used to indicate thrust level and shall provide pointer and digital readout with resettable target bug and digital readout presentation. |
| 77-10.05.00 | Two engine fail lights shall be installed in the flight compartment. |
| 77-20.00.00 | TEMPERATURE. |
| 77-20.01.00 | Exhaust gas temperature indication shall be installed for each engine. |
| 77-20.01.01 | Indicators shall provide pointer and digital readout presentation. |
| 77-30.00.00 | ANALYZERS. |
| 77-30.01.00 | An engine vibration monitoring system compatible with requirements of advanced diagnostic techniques shall be installed. |
| 77-30.02.00 | A single vertical scale indicator displaying all three engine vibration conditions shall be installed in the flight compartment. |
| 77-30.04.00 | Any malfunction or failure before or after aircraft delivery of engine analyzer system components installed by the engine manufacturer within an engine shall not be Seller's responsibility and Buyer shall assume the responsibility for any required engine disassembly, reassembly and repair or replacement of such malfunctioning or failed components. |

Ex.: 20; p.: 1271

78-00.00.00     EXHAUST.

78-10.00.00     PRIMARY EXHAUST.

78-10.01.00     An exhaust system of stainless steel, or other
                suitable material, shall be installed on the gas
                generator portion of each engine.

78-30.00.00     THRUST REVERSER.

78-30.01.00     A fan air thrust reverser system shall be installed
                on each engine.

78-30.02.00     The thrust reverser system shall provide the maximum
                practicable reverse thrust force level, in combina-
                tion with other deceleration devices such as wing
                flaps, consistent with safe, efficient aircraft
                operation.

78-30.02.01     The preceding shall be accomplished while giving
                full consideration to the need to use reverse thrust
                at low speed during wet or icy runway conditions,
                the interaction of the reverser system with the
                rudder and/or other aerodynamic surfaces of the air-
                craft and the need for functional check of the
                reverser while static.

78-30.02.02     The thrust reverser units shall be designed to
                operate for a time period which is compatible with
                engine heavy maintenance periods.

78-30.03.00     The thrust reverser system is intended for ground
                operation only and shall be designed to be capable
                of operation at all ground speeds.

78-30.03.01     Satisfactory engine operation may require restricted
                thrust reverser operation at low speeds under some
                conditions.

78-30.04.00     In the event of inadvertent application of reverse
                thrust in flight, it shall be possible to return the
                reversers to the stowed position at any speed below
                200 knots.

78-30.05.00     A single failure in the system shall not cause any
                inadvertent reversal during takeoff or flight
                conditions.

78-30.06.00     An amber light for each reverser shall indicate when
                the reverser is out of the stowed position but not
                in the full reverse position, and a green light
                for each reverser shall indicate when the reverser
                is in the full reverse thrust position.

78-30.07.00     Normal operation of thrust reverser for ground
                braking shall not result in significant loss of
                aircraft directional control.

Ex.: 20; p.: 1272

| | |
|---|---|
| 78-30.08.00 | A reverser stowed position indicator shall be visible during walk-around inspection. |
| 78-30.09.00 | The following items shall be included in the design. |
| 78-30.09.01 | Means shall be incorporated for securing an inoperative reverser in the stowed position. |
| 78-30.09.02 | Thrust reverser operation shall be possible in either direction in two seconds with the engine at essentially idle rpm. |
| 78-30.09.03 | An interlock shall be provided in the reverser control system to limit application of thrust to approximately reverse idle until the reverser is in the reverse position. |
| 78-30.10.00 | Ground functional check provisions shall permit operation of reverser without engine operation. |
| 78-30.11.00 | Means shall be provided to deactivate each thrust reverser actuation system to protect ground personnel from accidental reverser operation. |
| 78-30.12.00 | The throttles shall automatically be returned toward reverse detent position in the event the reversers return to the forward thrust position. |

Ex.: 20; p.: 1273

| 79-00.00.00 | OIL. |
|---|---|
| 79-00.01.00 | The complete engine oil system shall be integral with the engine. |
| 79-00.02.00 | Engine oil temperature shall be maintained automatically within required temperature limits. |
| 79-00.03.00 | The available approved oil shall not be limited to a single source of supply. |
| 79-00.04.00 | All components installed on the engine shall be compatible with all lubricants approved by the engine manufacturer. |
| 79-00.04.01 | The engine, CSD, starter and APU shall use a common lubricating oil. |
| 79-00.05.00 | Means shall be provided for filling the oil tank by a remote pressure system. |
| 79-00.06.00 | Gravity filling means shall be provided. |
| 79-00.07.00 | Means shall be provided for checking the oil level without opening the main access panel. |
| 79-30.00.00 | INDICATION. |
| 79-30.01.00 | Oil temperature, pressure and quantity indication shall be provided in the flight compartment. |
| 79-30.02.00 | Oil low pressure amber caution lights shall be provided in the flight compartment. |
| 79-30.03.00 | A warning device shall be provided in the flight compartment to indicate oil scavenge filter clogging. |

Ex.: 20; p.: 1274

80-00.00.00    STARTING.

80-00.01.00    An inflight, windmilling, starting envelope shall be certificated.

80-00.02.00    An inflight starting envelope shall be certificated to an altitude of 25,000 feet minimum.

80-10.00.00    STARTING SYSTEM.

80-10.01.00    Each engine shall be equipped with a starting system.

80-10.02.00    Equipment shall be installed in the aircraft to permit starting any engine from ground power sources, from the APU or by crossbleeding from an engine that is already operating.

80-10.03.00    A start valve "not closed" indication shall be provided in the flight compartment. This may be accomplished by a pressure or mechanical sensing system.

80-10.03.01    A manual override of the start valve shall be provided and shall be operable without opening the cowling doors.

80-10.03.03    A filter shall be incorporated in the servo inlet line of the starter valve and shall be replaceable with the valve in an installed position.

80-10.03.04    The starter valve duct attach fittings shall be other than sheet metal and shall be integral with the valve body.

80-10.04.00    A starter QAD or equivalent shall be provided.

80-10.05.00    A pushbutton start switch shall be provided which shall be held in the START position by a solenoid or equivalent.

80-10.05.01    The start switch shall return to the OFF position when the engine reaches starter cutout speed.

80-10.05.02    The engine rpm indicating system shall provide the signal for start switch release.

80-10.05.03    The design of the start switch installation shall permit easy termination of a start by manually pulling the start switch out of the START position.

80-10.07.00    The engine starting system shall be free of, or unaffected by, normal contaminants in engine bleed, APU or ground source air, and moisture entrapment.

80-10.09.00    The engine starting system shall be designed to
               permit re-engagement while the engine is rotating
               at maximum windmilling speed in the normal direc-
               tion.

Ex.: 20; p.: 1276

99-00.00.00    DELIVERY LOAD.

99-25.00.00    MAIN CABIN CARGO HANDLING EQUIPMENT.

99-25.01.00 *  Equipment required for conversion to an all-cargo
               configuration shall be provided and installed in
               the delivery aircraft except where support per-
               sonnel seats are installed.  This part of the
               cargo handling system will be installed as loose
               equipment.  The following shall be provided:

               - Main Cabin Floor Cargo Handling System
               - Cargo Barrier Net
               - Main Cargo Door Sill Conveyor
               - Main Cargo Door Rain Gutter

99-90.00.00 *  MISCELLANEOUS EQUIPMENT.

99-90.01.00 *  The following equipment shall be placed aboard the
               delivery aircraft:

               - 5 ea. Pin Assembly, L.G. and Nose Wheel
                       Steering By-Pass
               - 2 ea. Lock, Safety, MLG Door Closed
               - 3 ea. Cover, Engine Inlet
               - 1 ea. Set, Cover, Pitot (3 ea.)

Ex.: 20; p.: 1277

### APPENDIX I - EQUIPMENT

1.  This Appendix lists selected aircraft components supplementing
    the specification text.

2.  The first four digits in the index column of this Appendix are
    consistent with the functional system identity of the first
    four digits in the specification text paragraph numbers.  Two
    additional digits are assigned, as required, for identity
    within each functional system.

3.  All equipments listed herein shall be furnished and installed
    on the aircraft by the Seller.

4.  All equipments listed are commercial common except those
    noted by the (∅) symbol that are ATCA peculiar.

DS 5500 ATCA          09-30-77          PAGE    1          APPENDIX I

Ex.: 20; p.: 1278

| INDEX NUMBER | QTY | NOMENCLATURE | VENDOR MODEL NUMBER |
|---|---|---|---|
| 23-10-01 | 2 | Transceiver, HF | Collins 618T-2 |
| 23-21-01 | ⌀2 | Transceiver, VHF | Collins 618M-3A |
| 23-25-01 | ⌀1 | Transceiver, UHF | Magnavox ARC-164 |
| 23-25-02 | ⌀1 | Transceiver, UHF | Collins ARC-171 |
| 23-30-01 | 1 | Amplifier, Passenger Address | Collins 346D-1B |
| 23-40-01 | 2 | Amplifier, Interphone | Gables G3122B |
| 23-50-01 | 2 | Amplifier, Interphone | Gables G3122B |
| 23-70-01 | 1 | Recorder, Cockpit Voice | Fairchild A-100 |
| 23-91-01 | ⌀2 | Beacon, Crash Position Indicator | Communications Components Co. CIR-11 |
| 31-23-01 | 1 | Recorder, Flight Data | Hamilton Standard ED743830-1 |
| 31-51-01 | 1 | Computer, Ground Proximity Warning | Collins FPC-75 |
| 34-23-01 | 2 | Indicator, Horizontal Situation | Collins 331A-8A |
| 34-24-01 | 2 | Indicator, Attitude Direct | Collins 329B-8V |
| 34-31-01 | 2 | Receiver, VOR | Collins 51RV-2B |

DS 5500 ATCA   09-30-77      **PAGE 2**            **APPENDIX I**

| INDEX NUMBER | QTY | NOMENCLATURE | VENDOR MODEL NUMBER |
|---|---|---|---|
| 34-31-02 | 2 | Receiver, ILS | Collins ILS-70 |
| 34-32-01 | 1 | Receiver, Marker Beacon | Collins 51Z-4 |
| 34-33-01 | 2 | Receiver, ADF | Collins 51Y-7 |
| 34-33-02 | ∅1 | Adapter, UHF ADF | Collins OA-8693/ARD |
| 34-37-01 | ∅3 | System, Inertial Navigation | Litton LTN-72R |
| 34-43-01 | ∅2 | Receiver/Transmitter, Radar, Weather/Beacon | Bendix RDR-1FB |
| 34-44-01 | 2 | Altimeter, Radio | Bendix ALA-51A |
| 34-54-01 | ∅1 | Transponder, IFF | Teledyne APX-101 |
| 34-56-01 | ∅1 | R/T Unit, TACAN | Collins ARN-118 |
| 34-56-02 | ∅1 | R/T Unit, TACAN | Hoffman ARN-84 |
| 34-59-01 | ∅1 | Radar Beacon, I-band | Motorola APX-78 |
| 34-59-02 | ∅1 | Radar Beacon, J-band | Motorola SST-164Ku |

Ex.: 20; p.: 1280

PREFACE – QUALITY ASSURANCE APPENDIX


This Appendix to the Detail Specification
presents the equivalent of Section 4
Quality Assurance provisions in accordance
with MIL-STD-490.


DS 5500 ATCA          09-30-77          i

Ex.: 20; p.: 1281

## QUALITY ASSURANCE APPENDIX

1.0        QUALITY ASSURANCE

1.1        GENERAL

This Appendix establishes Quality Assurance require-
ments for verification that performance, design char-
acteristics and operability requirements specified in
the Detail Specification are satisfied. Those require-
ments in the Detail Specification which represent
changes to the FAA certificated civil aircraft are in-
cluded herein. In addition, verification requirements
are included for specification paragraphs that are not
changed for ATCA but may apply to the ATCA configura-
tion as well. The Quality Assurance verification
methods shall be inspection, review of analytical
data, demonstration, or test, as applicable, to be
accomplished during the pre-delivery T & E and OT & E
programs. Nothing stated or implied in this Appendix
relieves the contractor of his responsibility to comply
with all FAA regulations required to certify the ATCA.

A verification cross reference index is included and
provides for accountability of the Detail Specifica-
tion requirement, the corresponding Quality Assurance
verification requirement and methods of verification.
The index omits reference to requirements in the
following categories which are not subject to ATCA
verification:

- Requirement is unchanged and identical to the
  derivative commercial specification and does not
  apply to the ATCA peculiar features

- Requirement in this specification is the same as
  the derivative commercial specification except
  for the use of military nomenclature (i.e., pilot
  and copilot in lieu of captain and first officer,
  etc.) or the use of singular in lieu of plural
  (i.e. lavatory in lieu of lavatories)

General specification requirements of the basic Detail
Specification that also apply to ATCA are noted in the
cross reference index by an asterisk. The verifica-
tion effort for these requirements are limited to the
ATCA peculiar features.

1.1.1      METHODS OF VERIFICATION

Verification shall be accomplished by article inspec-
tion, analysis, demonstration or test, or a combina-
tion thereof as defined below.

Ex.: 20; p.: 1282

1.1.1.1    ARTICLE INSPECTION

Article inspection is defined as a visual verification
that the item as manufactured conforms to the documen-
tation to which it was designed.

Inspection methods include inspection of documentation
or of the physical installation. Documentation may
include documents showing the qualification status of
components with respect to their specifications and
requirements, or drawings showing clearances or other
physical relationships.

1.1.1.2    ANALYSIS

Analysis is defined as verification that a specification
requirement has been met by technical evaluation of equa-
tions, charts, reduced data and/or representative data.
NOTE:  The term "Analysis" does not include normal test
data analysis.

Where compliance with specification requirements through
analytical predictions is used, the contractor shall de-
fine the major assumptions and approximations used.  The
analyses shall normally include comparison of some ana-
lytical predictions with available flight, wind tunnel
or ground test data.  The contractor shall establish
tolerances on analytical predictions used to demonstrate
compliance with specification requirements.  These toler-
ances shall reflect anticipated variations in system or
component characteristics such as:

a)  Parameters that change with temperature, atmos-
    pheric pressure and other environmental factors.

b)  Parameters that change with failures or manu-
    facturing tolerances.

c)  Parameters that critically affect system per-
    formance or stability.

d)  Parameters that are not accurately known (if
    they are significant).

e)  Parameters that change as a result of aging
    or wear.

1.1.1.3    DEMONSTRATION

Demonstration is defined as an uninstrumented test
where success is determined by observation alone.
Included in this category are tests that require
simple quantitative measurements such as dimensions,
time to perform tasks, etc., and/or operations that
may be observed to perform intended function.

Ex.: 20; p.: 1283

1.1.1.4    TEST

Test is defined as verification that a specification
requirement is met by showing the action or operation
of an article(s) under conditions requiring quantita-
tive measurements of the article and/or its environ-
ment(s) during the verification.  Analysis of the test
data, if required, is considered an integral element of
the verification process and may be used to support
or confirm analysis as described in paragraph 1.1.1.2.

1.1.1.4.1    TEST CONDITIONS

The contractor shall establish appropriate test con-
ditions which accurately represent system usage throug-
out the applicable flight phases and flight envelopes.

1.1.1.4.2    COMPONENT TESTS

Components shall be qualified to the applicable com-
ponent specification by individual tests, by proof of
similarity to qualified components which are qualified
under conditions applicable to the specific operating
conditions, by testing in system qualification tests,
or suitable combinations of these methods.

If similar equipment has been qualified for other sys-
tems, the equipment may be qualified for ATCA without
formal qualification testing provided each of the fol-
lowing conditions are satisfied:

(a)    The similar equipment shall have been success-
       fully qualified for an equal or more severe
       environment.

(b)    Test data for qualification tests is made avail-
       able and shall be sufficient in content to pro-
       vide detail results of all testing conducted.

(c)    There are no changes in design specifications,
       operating limits, materials, performance, re-
       liability, EMI characteristics which would in-
       validate previous test applicability.

(d)    All available information regarding prior design,
       manufacturing, qualification and usage history,
       shall be made available for review.

(e)    When specific equipment has been successfully
       qualified to some, but not all, of the environ-
       mental test required, those tests necessary to
       complete all qualification requirements of the
       Detail Specification shall be defined and
       conducted.

ES 5500 ATCA    09-30-77    PAGE   3    QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1284

1.1.1.4.3    FLIGHT TESTS

Flight tests shall be conducted, to demonstrate com-
pliance with requirements where compliance cannot rea-
sonably be demonstrated by other tests or analyses.
Flight test data shall be used to verify the analytical
trends predicted and shall be compared to the perfor-
mance and design requirements of the Detail Specifica-
tion.

1.1.2    RESPONSIBILITY FOR CONFORMANCE INSPECTIONS, DEMONSTRA-
TIONS AND TESTS

The contractor shall be responsible for article in-
spections, demonstrations and tests of Sections 1.2,
1.4 and 1.5 herein.  Suppliers may use their own or
any other facilities suitable for the performance of
the conformance requirements specified herein, except
as otherwise specified in the contract and except for
specific government disapproval of facilities.  The
Air Force may perform any of the conformance inspections
set forth in the Detail Specification where such inspec-
tions are deemed necessary to assure parts and services
conform to requirements.

Certain testing may be performed by Air Force personnel
with or without assistance from the contractor.  These
tests are envisioned to encompass only those tests which
will be conducted using a complete aircraft and relate
to operational type of tests, e.g., evaluation of all
potential receiver/tanker combinations, support all
TAC deployment requirements, performance of strategic
airlift missions, suitability based on concept of oper-
ations and overall effectiveness.

1.2    ARTICLE INSPECTION

The requirements of the Detail Specification which are to
be verified by article inspection are listed in Column 1
of the Verification Cross-Reference Index.

1.3    ANALYSIS

The requirements of the Detail Specification which shall
be verified by analysis are listed in Column 2 of the
Verification Cross-Reference Index.

1.4    DEMONSTRATION

The requirements of the Detail Specification which are
to be verified by demonstration are listed in Column 3
of the Verification Cross-Reference Index.

Ex.: 20; p.: 1285

1.5        TESTS

           The requirements of the Detail Specification which shall
           be verified by test are listed in Column 4 of the Veri-
           fication Cross-Reference Index.  The tests will be con-
           ducted as described in the approved test plan.  The
           following paragraphs (referred to in the remarks column
           of the index) outline the intended scope of the tests.

1.5.1      01-11.01.00 & 01-11.01.01  Ground testing will be con-
           ducted to validate engineering design and analyses, ver-
           ify the functional adequacy of ATCA modifications prior
           to flight and qualify the ARB/AARN.  Aerial refueling
           tests, both as a tanker and receiver, are proposed to
           demonstrate to Air Force requirements that the DC-10
           ATCA configuration can successfully engage tankers and
           critical receivers, transfer fuel, and disengage within
           operationally acceptable flight envelopes.

1.5.2      03-48.01.00, 28-50.03.00  Flight test of the boom down
           configuration will be sufficient to certify the air-
           craft to Air Force and FAR 25 requirements.  The
           coupled upset requirement will be accomplished by
           analysis.

1.5.3      03-49.01.00 & 03-49.02.00  Drogue extension and retrac-
           tion will be accomplished to verify operational adequacy
           within the airspeed/altitude envelope specified.  Drogue
           stability will be evaluated during these tests.

           Engagements, fuel transfer, and disengagements will be
           accomplished at speeds and altitudes nominal for the
           receiver.

1.5.4      04-11.01.00 & 04-12.01.00  Level flight performance data
           will be obtained in the cruise configuration.  These data
           will be recorded during stabilized flight at various Mach
           numbers at altitudes required for the W/delta conditions
           required.

1.5.5      04-16.02.00 & 04-16.03.00  Takeoff performance data will
           be obtained during a series of takeoffs utilizing various
           takeoff flap settings.  Testing will be accomplished with
           all engines operating and with an engine at idle at vari-
           ous gross weights to obtain various thrust-to-weight
           ratios.  Analysis will be accomplished to present
           critical field length with respect to the guarantee
           conditions.

Ex.: 20; p.: 1286

1.5.6    16-10.01.00, 16-10.01.01 & 16-10.01.02  Interior sound
level measurements in flight shall be obtained to demon-
strate compliance with the Detail Specification.  Mea-
surements will be taken under stable conditions.  Effects
of drogue, boom deployment, and receiver air refueling
shall be included.

1.5.6.1  16-20.01.00  Exterior sound levels will be recorded at
relevant ground crew work stations, with the APU operat-
ing at maximum electrical load.

1.5.7    21-11.01.00, 21-11.01.02, 21-11.02.00, 21-14.01.00,
21-22.01.00, 21-22.02.00, 21-60.01.00, 21-60.04.01,
21-60.04.02, 21-60.04.03 & 25-22.30.01  The air
temperature and ventilation control of the occupied
areas will be evaluated and demonstrated.  Tempera-
tures, air velocities and airflow directions will be
measured and evaluated on an entire flight which re-
mains at high altitude (35,000 feet) for a minimum of
2 hours.  Adjustable outlets and temperature controls
will be varied and evaluated.  ARO compartment and in-
struments will also be stabilized on the ground in a
checkout configuration.

1.5.8    23-25.42.00  Standard DC-10 antenna test models and
appropriate airplane structure mockups will be used
in the Douglas antenna laboratory to define the radia-
tion pattern of the UHF antennas.

1.5.9    25-22.30.01 & 25-22.40.01  The smoke detection system
will be demonstrated to function with critically locat-
ed simulated fires in the upper cargo compartment.
Both smoke barriers will be demonstrated to prevent
the smoke from emitting to the occupied areas in haz-
ardous quantities.  Smoke will be released at six in-
dividual locations in both pressurized and unpres-
surized flight.  Smoke will also be generated con-
tinuously, forward near the smoke barriers to ob-
serve containment.

Ex.: 20; p.: 1287

1.5.10      <u>28-00.05.00</u> & <u>28-12.01.00</u> Tests will be conducted to obtain fuel surge pressures in the fuel fill lines to the fuselage tanks which are subjected to pressures resulting from the maximum fueling flowrates at the maximum nozzle pressure when the tank shutoff valves are closed.

     Tests will be conducted to determine the maximum surge pressure that can be experienced in the boom and feed system as a result of the receiver fuel shutoff valve closing.

     Tests will be conducted to show that under all normal ground taxi and flight envelope maneuvers the fuel system is not capable of siphoning or sloshing fuel overboard, as a result of adding the fuselage tanks vent system to the existing main tank vent system.

     Tests will be conducted to demonstrate that within the aircraft flight envelope and expected operations including refueling at maximum rates, the fuel tank vent system can adequately vent the air into or out of the tanks without exceeding the tank wall limiting differential pressures.

1.5.11      <u>28-10.06.01, 28-10.06.07, 28-10.06.08 & 28-10.06.09</u> Tests will be conducted on the completed aircraft prior to flight to verify the specified usable fuel capacities.

1.5.13      <u>03-48.01.00</u> & <u>27-90.31.01</u> The controllability envelope of the refueling boom, i.e., operational airspeed/altitude envelope, shall be established. Effects of the receiver bow wave shall be included in the evaluation.

1.5.14      <u>27-90.30.01</u> & <u>27-90.30.02</u> Flight tests will be accomplished to obtain structural frequency response and stability data to demonstrate that the airplane and aerial refueling boom are free from flutter and the boom exhibits stability margins. These data will be obtained throughout the flight envelopes of the airplane and refueling boom.

1.5.15      <u>27-90.30.01, 27-90.30.02, 27-90.33.02, 27-90.35.01 & 28-52.19.00</u> Engagements will be made with the receivers at the published speed and altitude for each respective receiver. Fuel will be transferred and flowrates and pressures recorded. Boom radial loads will be recorded, ALAS activation and operation evaluated, and boom stability margins verified. Boom transients at disconnect will be measured.

DS 5500 ATCA     09-30-77     PAGE 7       QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1288

1.5.16    28-52.18.00  Tests will be conducted utilizing a
          ground PTU with an ATCA aerial refuel system to
          verify that the surge pressure generated at fuel
          shutoff does not exceed that generated with the
          KC-135 system up to the limits of the PTU.   In
          addition, laboratory tests will be conducted
          utilizing a simulated ATCA fuel system receiving
          fuel up to maximum flow rates from a simulated
          ATCA aerial refuel system.  Results of these
          tests and instrumented ATCA flight tests shall
          be used to verify analytically that surge limits
          in other receivers do not exceed their limits.

1.5.17    28-52.20.00  Reverse refueling capability will be
          tested to verify operational adequacy and flow rates.

1.5.18    28-53.10.01, 28-53.13.00 & 28-53.13.01  During tests
          of paragraph 1.5.3 fuel transfer flowrates and pres-
          sures will be recorded to verify specific require-
          ments.

1.5.19    33-21.03.00  EMC testing shall include verification that
          cabin lighting circuits do not cause objectionable inter-
          ference with the PA or interphone systems.

1.5.20    34-54.02.00 & 34-54.43.00  The testing of the IFF system
          shall comply with the intent of FAA Order 8110.8 paragraph
          137b(9).  The correct functioning of the automatic antenna
          selection feature shall be verified by increasing the bank
          angles referenced in the FAA order to more than 45°.

          Correct operation of the mode IV portion of the system
          will be verified by ground test and successful interro-
          gation from a Government ground facility during the
          flight test.  Group B components required for these
          tests will be provided by the Government.

1.5.21    34-56.02.00  Testing of the air to ground TACANS shall
          meet the intent of FAA Order 8110.8 paragraph 137b (3)
          and (8).  Air to air TACAN verification will be accom-
          plished with appropriate receivers during the course
          of the air refueling testing.

1.5.22    34-59.02.00 & 34-59.02.01  Operation of the I- and J-
          band radar beacons will be evaluated with the ATCA
          positioned up to 150 nautical miles from a receiver
          aircraft equipped with an I- and J-band interrogating
          radar scope.  Acceptability of the I- and J-band trans-
          mitters will be determined by evaluation of the target
          displays on the interrogating radar scope.

Ex.: 20; p.: 1289

1.5.23    34-33.16.00  UHF ADF system testing shall comply with
          the intent of FAA Order 8110.8 paragraph 137b(7).  The
          UHF ADF need not be tested as an instrument approach
          aid.  The system shall be utilized as a primary rendez-
          vous aid on at least one refueling during the test
          program.

1.5.25    02-15.01.00, 03-71.01.00 & 22-10.03.00  Sufficient
          testing shall be accomplished to obtain FAA certi-
          fication for the expanded cg envelope.

1.5.26    22-10.01.00 & 22-10.03.00  Testing shall include demon-
          stration of the capability of the autopilot while re-
          fueling as a tanker and evaluation of the possibility
          of using it with the ATCA as a receiver.

1.5.27    23-26.01.00  TEMPEST testing to be conducted by the
          Air Force will verify that the installed provisions
          are adequate to preclude compromise of transmissions
          through the secure voice equipment.  In addition the
          system will be exercised to communicate with an appro-
          priate receiver station and demonstrate electromagnet-
          ic compatibility within the ATCA.  Group B provisions
          required for the testing will be provided by the
          Government.

1.5.28    24-01.03.05  Ground measurements shall be accomplished
          with all applicable systems running to verify compliance
          with this requirement.

1.5.29    25-59.21.02  Powered cargo system roller test shall
          be conducted to record tractive and end thrust loads.

1.5.30    28-21.09.00  Predictions based on laboratory ground
          tests results shall be modified as necessary by flight
          test results to verify compliance with requirement.

1.5.31    28-25.03.01  Ground defueling tests shall be accomplished
          to demonstrate compliance.

1.5.32    28-51.19.00  Operation of the switch and its interface
          with the UARRSI shall be demonstrated.

1.5.33    34-37.01.04 & 34-56.81.00  Testing of the TACAN update
          of the INS shall meet the intent of FAA Order 8110.8
          paragraph 137 as it applies to the INS of an air carrier
          aircraft and shall be sufficient for FAA certification
          of the system.

Ex.: 20; p.: 1290

1.5.34    34-43.10.00 & 34-43.12.00 Evaluation of compliance shall
be made during the course of the rendezvous with the
KC-135 tanker required for the fuel onload testing.

1.5.35    49-40.02.00 APU airstarts shall be conducted to deter-
mine the APU start envelope.

1.5.36    53-00.03.00 Testing will be sufficient to allow FAA
certification in accordance with FAR 25.629.

1.5.37    53-22.13.00 Structural testing and analysis will be
sufficient to allow FAA certification to the levels
shown in Figure 25-51 with full body tanks.

1.5.38    28-50.03.01 Laboratory ground test shall be conducted
to verify measuring capability and accuracy of the fuel
flow transmitters as specified.

1.5.39    28-50.03.00 Sufficient ground and flight tests shall be
accomplished to verify aerial refueling system compliance
with FAR 25 Airworthiness and Level of Safety Requirements.

1.5.40    28-41.06.01 Ground tests will be accomplished to verify
the performance of the fuselage fuel tanks gaging system.

1.5.41    20-00.03.00 & 22-10.04.16 Ground production functional
test and flight verification/certification shall be
accomplished for all installed ATCA peculiar avionics
systems. Operational criteria shall be in accordance
with FAA certification guidelines as applicable.
Otherwise FAA guidelines for similar functions or
applicable military specifications shall be used as
a guide.

1.5.42    03-80.01.00 Qualification tests shall be conducted in
the laboratory to provide substantiating data for engi-
neering analysis to validate design load requirements.

1.5.43    27-90.20.11, 27-90-20.12 & 27-90.40.02 Functional test
shall be accomplished in the laboratory to verify that
boom extension and retraction are proportional to the
command inputs as stated.

Ex.: 20; p.: 1291

1.5.44     <u>27-90.31.02</u>  Boom position and control stick position
shall be tested during boom free flight to verify
stated control axes relationship.

1.5.45     <u>27-90.40.03</u>  During free flight tests of paragraph
1.5.44 the specified operation of the telescoping
tube shall be verified.

1.5.46     <u>27-90.40.04, 27-90.40.05, 27-90.40.06 & 27-90.40.08</u>
Laboratory qualification tests shall be conducted to
verify the telescope control system operation as
specified.

1.5.47     <u>28-52.17.04, 28-52.17.05 & 28-52.18.01</u>  Boom nozzle
qualification tests shall be conducted in the labora-
tory to verify pressure drop, fuel spillage, and surge
pressure requirements have been met.

1.5.70     <u>28-21.09.00 & 28-52.16.00</u>  Ground tests shall be con-
ducted to the maximum flow rates at specified pres-
sures to verify these requirements.

1.5.71     <u>28-52.17.01, 28-52.17.02, 28-52.17.06, 28-53.12.01
& 28-53.12.02</u>  Ground tests shall be conducted to
the specified pressures to verify these requirements.

1.5.72     <u>27-90.04.00</u>  Simulations, flight and ground tests,
as appropriate, will be conducted to demonstrate a
limited number of single failure conditions.  The
specific single failure conditions to be tested shall
be mutually agreed to by the contractor and the AF
and be defined in the test plan.  The testing shall
demonstrate that hardover conditions are protected
against and that deactivation of both boom position
and telescoping control will not occur for single
electronic failures.

1.5.73     <u>04-18.02.00</u>  Flight tests, utilizing DC-10 ATCA NO. 1
as the receiver and another DC-10 ATCA as a tanker,
shall be conducted to verify compliance with the
requirment.  These tests will be completed during
Air Force Operational Test and Evaluation (OT&E),
pursuant to contract line item 0004.

Ex.: 20; p.: 1292

## TABLE 1-1 VERIFICATION CROSS REFERENCE INDEX

NA — NOT APPLICABLE

| | 1-INSPECTION | 3-DEMONSTRATION |
|---|---|---|
| | 2-ANALYSIS | 4-TEST |

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 01-10.01.00 | N | | | | | |
| 01-11.01.00 | | 1 | | 3 | 4 | 1.2, 1.4, 1.5.1 |
| 01-11.01.01 | | 1 | | | 4 | 1.2, 1.5.1 |
| 01-12.01.01 | | 1 | | | | 1.2 |
| 01-12.01.02 | | 1 | 2 | | | 1.2, 1.3 |
| 01-20.01.00 | | 1 | | | | 1.2 |
| 01-20.02.00 | | 1 | | | | 1.2 |
| 01-20.03.00 | | 1 | | | | 1.2 |
| 01-20.04.00 | | 1 | | | | 1.2 |
| 01-21.01.00 | | 1 | | | | 1.2 |
| 01-21.02.00 | | 1 | | | | 1.2 |
| 01-22.00.00 | N | | | | | |
| 01-22.01.00 | | 1 | | | | 1.2 |
| 01-23.00.00 | N | | | | | |
| 01-23.01.00 | | 1 | | | | 1.2 |
| 01-24.00.00 | N | | | | | |
| 01-24.01.00 | | 1 | | | | 1.2 |
| 01-30.01.00 | | 1 | | | | 1.2 |
| 01-30.02.00 | | 1 | | | | 1.2 |
| 01-30.03.00 | | 1 | | | | 1.2 |
| 01-30.04.00 | | 1 | | | | 1.2 |
| 02-10.01.00 | | 1 | | | | 1.2 |

DS 5500 ATCA    09-30-77    PAGE    12    QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1293

## TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE      1-INSPECTION     3-DEMONSTRATION
                                2-ANALYSIS       4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS | | | | | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| | NA | 1 | 2 | 3 | 4 | |
| 02-10.01.01 | | 1 | | | | 1.2 |
| 02-10.03.00 | | 1 | | | | 1.2 |
| 02-10.03.01 | | 1 | 2 | | | 1.2, 1.3 |
| 02-10.03.02 | | 1 | | | | 1.2 |
| 02-14.15.00 | N | | | | | |
| 02-14.15.01 | | | 2 | | | 1.3 |
| 02-15.01.00 | | | | | 4 | 1.5.25 |
| 02-15.02.00 | | 1 | | | | 1.2 |
| 02-15.03.00 | | 1 | | | | 1.2 |
| 02-20.10.00 | N | | | | | |
| 02-31.01.00 | N | | | | | |
| 02-70.00.00 | N | | | | | |
| 02-70.01.00 | N | | | | | |
| 02-70.01.01 | N | | | | | |
| 02-70.01.02 | N | | | | | |
| 02-70.01.03 | N | | | | | |
| 03-10.01.00 | | 1 | | | | 1.2 |
| 03-25.00.00 | N | | | | | |
| 03-25.01.00 | N | | | | | |
| 03-31.01.00 | | | 2 | | | 1.3 |
| 03-32.01.00 | | | 2 | | | 1.3 |
| 03-38.00.00 | N | | | | | |

DS 5500 ATCA     09-30-77      PAGE   13          QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1294

## TABLE 1-1   VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE

| | 1-INSPECTION | 3-DEMONSTRATION |
|---|---|---|
| | 2-ANALYSIS | 4-TEST |

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS | | | | | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| | NA | 1 | 2 | 3 | 4 | |
| 03-38.01.00* | | | 2 | | | 1.3 |
| 03-48.00.00 | N | | | | | |
| 03-48.01.00 | | | 2 | | 4 | 1.3, 1.5.2, 1.5.13 |
| 03-49.00.00 | N | | | | | |
| 03-49.01.00 | | | 2 | | 4 | 1.3, 1.5.3 |
| 03-49.02.00 | | | 2 | | 4 | 1.3, 1.5.3 |
| 03-71.01.00* | | | 2 | | 4 | 1.3, 1.5.25 |
| 03-72.00.00 | N | | | | | |
| 03-72.01.00 | | 1 | 2 | | | 1.2, 1.3 |
| 03-80.00.00 | N | | | | | |
| 03-80.01.00 | | | 2 | 3 | 4 | 1.3, 1.4, 1.5.42 |
| 03-80.02.00 | | | 2 | | | 1.3 |
| 04-11.01.00 | | | | | 4 | 1.5.4 |
| 04-11.02.00 | N | | | | | |
| 04-12.01.00 | | | | | 4 | 1.5.4 |
| 04-12.02.00 | N | | | | | |
| 04-16.00.00 | N | | | | | |
| 04-16.01.00 | N | | | | | |
| 04-16.02.00 | | | | | 4 | 1.5.5 |
| 04-16.03.00 | | | | | 4 | 1.5.5 |
| 04-16.04.00 | N | | | | | |
| 04-17.00.00 | N | | | | | |

Ex.: 20; p.: 1295

### TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE       1-INSPECTION       3-DEMONSTRATION
                            2-ANALYSIS         4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS |||||QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| | NA | 1 | 2 | 3 | 4 | |
| 04-17.01.00 | N | | | | | |
| 04-17.02.00 | | | 2 | | | 1.3 |
| 04-17.03.00 | N | | | | | |
| 04-18.00.00 | N | | | | | |
| 04-18.01.00 | N | | | | | |
| 04-18.02.00 | | 1 | | | 4 | 1.2, 1.5.73 |
| 11-00.02.00* | | 1 | | | | 1.2 |
| 13-10.06.40 | | | 2 | | | 1.3 |
| 13-10.06.50 | | | 2 | | | 1.3 |
| 13-20.02.00 | | | 2 | | | 1.3 |
| 13-20.02.01 | | | 2 | | | 1.3 |
| 13-20.02.03 | | | 2 | | | 1.3 |
| 13-20.02.06 | | | 2 | | | 1.3 |
| 13-20.02.07 | | | 2 | | | 1.3 |
| 13-20.02.09 | | | 2 | | | 1.3 |
| 13-20.02.10 | | | 2 | | | 1.3 |
| 13-20.02.11 | | | 2 | | | 1.3 |
| 13-20.02.12 | | | 2 | | | 1.3 |
| 13-20.02.13 | | | 2 | | | 1.3 |
| 13-20.02.14 | | | 2 | | | 1.3 |
| 13-20.02.15 | | | 2 | | | 1.3 |
| 13-20.02.16 | | | 2 | | | 1.3 |

Ex.: 20; p.: 1296

## TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

NA — NOT APPLICABLE            1-INSPECTION        3-DEMONSTRATION
                              2-ANALYSIS          4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 13-20.04.00 |   |   |   | 3 |   | 1.4 |
| 13-20.05.00 |   |   | 2 |   |   | 1.3 |
| 13-20.07.00 |   |   | 2 |   |   | 1.3 |
| 13-20.08.00 |   |   | 2 |   |   | 1.3 |
| 14-10.01.12* |   | 1 |   |   |   | 1.2 |
| 14-10.01.17 |   | 1 |   |   |   | 1.2 |
| 14-10.01.24* |   | 1 |   |   |   | 1.2 |
| 14-10.01.36 |   | 1 |   |   |   | 1.2 |
| 14-10.01.45 |   | 1 |   |   |   | 1.2 |
| 14-10.01.54* |   | 1 |   |   |   | 1.2 |
| 14-10.01.55 |   | 1 |   |   |   | 1.2 |
| 14-10.01.56 |   | 1 |   |   |   | 1.2 |
| 14-10.01.57 |   | 1 |   |   |   | 1.2 |
| 14-10.01.58 |   | 1 |   |   |   | 1.2 |
| 14-10.01.59 |   | 1 |   |   |   | 1.2 |
| 14-10.01.60 |   | 1 |   |   |   | 1.2 |
| 14-10.01.61 |   | 1 |   |   |   | 1.2 |
| 14-10.01.62 |   | 1 |   |   |   | 1.2 |
| 15-00.00.00 | N |   |   |   |   |   |
| 15-10.00.00 | N |   |   |   |   |   |
| 15-10.01.00 |   |   | 2 | 3 |   | 1.3, 1.4 |
| 16-10.01.00 |   |   |   |   | 4 | 1.5.6 |

DS 5500 ATCA     09-30-77      PAGE  16          QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1297

## TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE

1-INSPECTION   3-DEMONSTRATION
2-ANALYSIS   4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 16-10.01.01 | | | | | 4 | 1.5.6 |
| 16-10.01.02 | | | | | 4 | 1.5.6 |
| 16-11.01.00 | N | | | | | |
| 16-11.01.04 | N | | | | | |
| 16-12.01.00 | | 1 | | | | 1.2 |
| 16-20.01.00 | | | | | 4 | 1.5.6.1 |
| 20-00.01.01 | | 1 | | | | 1.2 |
| 20-00.01.02 | | 1 | | | | 1.2 |
| 20-00.02.00* | | 1 | | | | 1.2 |
| 20-00.02.01 | | 1 | | | | 1.2 |
| 20-00.03.00* | | 1 | 2 | 3 | 4 | 1.2, 1.3, 1.4, 1.5.41 |
| 21-01.01.00* | | 1 | | | | 1.2 |
| 21-01.02.00* | | 1 | | | | 1.2 |
| 21-01.04.00* | | 1 | | | | 1.2 |
| 21-01.05.00* | | 1 | | | | 1.2 |
| 21-01.07.00* | | 1 | | | | 1.2 |
| 21-01.09.00* | | 1 | | | | 1.2 |
| 21-04.01.00* | | 1 | | | | 1.2 |
| 21-04.02.00* | | 1 | | | | 1.2 |
| 21-04.03.00* | | | | 3 | | 1.4 |
| 21-06.01.00* | | 1 | | | | 1.2 |
| 21-06.02.00* | | 1 | | | | 1.2 |

Ex.: 20; p.: 1298

## TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

NA — NOT APPLICABLE              1-INSPECTION        3-DEMONSTRATION
                                 2-ANALYSIS          4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 21-07.01.00* | | 1 | 2 | | | 1.2, 1.3 |
| 21-08.01.00* | | 1 | | | | 1.2 |
| 21-08.02.00* | | 1 | | | | 1.2 |
| 21-09.01.00* | | | 2 | | | 1.3 |
| 21-09.02.00* | | 1 | | | | 1.2 |
| 21-11.01.00 | | | 2 | | 4 | 1.3, 1.5.7 |
| 21-11.01.02 | | | 2 | | 4 | 1.3, 1.5.7 |
| 21-11.02.00 | | | 2 | | 4 | 1.3, 1.5.7 |
| 21-12.01.01 | | | 2 | | | 1.3 |
| 21-12.01.02 | N | | | | | |
| 21-12.02.01 | | | 2 | | | 1.3 |
| 21-12.02.02 | N | | | | | |
| 21-14.01.00 | | | 2 | | 4 | 1.3, 1.5.7 |
| 21-15.01.00 | | | 2 | | | 1.3 |
| 21-20.00.00 | N | | | | | |
| 21-20.10.00 | N | | | | | |
| 21-20.11.00 | | 1 | | | | 1.2 |
| 21-21.00.00 | N | | | | | |
| 21-21.01.00 | | 1 | | | | 1.2 |
| 21-22.00.00 | N | | | | | |
| 21-22.01.00 | | | | | 4 | 1.5.7 |
| 21-22.02.00 | | | | | 4 | 1.5.7 |

Ex.: 20; p.: 1299

## TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE
1-INSPECTION       3-DEMONSTRATION
2-ANALYSIS         4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 21-22.03.00 | | 1 | | | | 1.2 |
| 21-22.04.00 | | 1 | | | | 1.2 |
| 21-22.04.01 | | 1 | | | | 1.2 |
| 21-22.05.00 | | 1 | | | | 1.2 |
| 21-22.05.01 | | 1 | | | | 1.2 |
| 21-23.00.00 | N | | | | | |
| 21-23.01.00 | | 1 | | | | 1.2 |
| 21-23.02.00 | | 1 | | | | 1.2 |
| 21-23.03.00 | | 1 | | | | 1.2 |
| 21-23.04.00 | | 1 | | | | 1.2 |
| 21-25.00.00 | N | | | | | |
| 21-25.03.02 | | 1 | | | | 1.2 |
| 21-26.01.00 | | 1 | | | | 1.2 |
| 21-26.01.01 | | 1 | | | | 1.2 |
| 21-26.02.00 | | 1 | | | | 1.2 |
| 21-31.03.01 | | | | 3 | | 1.4 |
| 21-51.01.00 | | 1 | | | | 1.2 |
| 21-60.01.00 | | 1 | 2 | | 4 | 1.2, 1.3, 1.5.7 |
| 21-60.02.00 | | 1 | | | | 1.2 |
| 21-60.02.10 | | 1 | | | | 1.2 |
| 21-60.04.01* | | | | | 4 | 1.5.7 |
| 21-60.04.02* | | | | | 4 | 1.5.7 |

ES 5500 ATCA     09-30-77     PAGE  19          QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1300

## TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

NA — NOT APPLICABLE            1-INSPECTION        3-DEMONSTRATION
                               2-ANALYSIS          4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS | | | | | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| | NA | 1 | 2 | 3 | 4 | |
| 21-60.04.03* | | | | | 4 | 1.5.7 |
| 21-63.02.00 | | 1 | | | | 1.2 |
| 21-80.01.01 | | 1 | | | | 1.2 |
| 22-10.01.00 | | 1 | | | 4 | 1.2, 1.5.26 |
| 22-10.03.00 | | | 2 | | 4 | 1.3, 1.5.25, 1.5.26 |
| 22-10.04.16 | | | | | 4 | 1.5.41 |
| 22-12.04.01 | | | | 3 | | 1.4 |
| 22-12.04.03 | | | | 3 | | 1.4 |
| 22-12.04.04 | | | | 3 | | 1.4 |
| 22-12.04.07* | | | | 3 | | 1.4 |
| 22-40.01.00 | | 1 | | | | 1.2 |
| 22-40.02.00 | | 1 | | | | 1.2 |
| 22-40.03.00 | | 1 | | | | 1.2 |
| 23-00.00.01 | | 1 | | | | 1.2 |
| 23-00.02.00 | | 1 | | | | 1.2 |
| 23-10.01.02 | | 1 | | | | 1.2 |
| 23-10.01.03 | | 1 | | | | 1.2 |
| 23-21.01.01 | | 1 | | | | 1.2 |
| 23-21.01.03* | | 1 | | 3 | | 1.2, 1.4 |
| 23-21.02.01 | | 1 | | | | 1.2 |
| 23-21.02.02 | | 1 | | | | 1.2 |
| 23-21.02.03 | | 1 | | | | 1.2 |

DS 5500 ATCA      09-30-77        PAGE  20              QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1301

## TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE               1-INSPECTION       3-DEMONSTRATION
                                 2-ANALYSIS         4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS | | | | | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| | NA | 1 | 2 | 3 | 4 | |
| 23-21.03.01 | | 1 | | | | 1.2 |
| 23-25.00.00 | N | | | | | |
| 23-25.01.00 | N | | | | | |
| 23-25.02.00 | | 1 | | | | 1.2 |
| 23-25.10.00 | N | | | | | |
| 23-25.11.00 | | 1 | | | | 1.2 |
| 23-25.20.00 | N | | | | | |
| 23-25.21.00 | | 1 | | | | 1.2 |
| 23-25.40.00 | N | | | | | |
| 23-25.41.00 | | 1 | | | | 1.2 |
| 23-25.42.00 | | | | 3 | 4 | 1.4, 1.5.8 |
| 23-26.00.00 | N | | | | | |
| 23-26.01.00 | | 1 | | | 4 | 1.2, 1.5.27 |
| 23-26.02.00 | | 1 | | | | 1.2 |
| 23-26.02.01 | | 1 | | 3 | | 1.2, 1.4 |
| 23-26.03.00 | | 1 | | 3 | | 1.2, 1.4 |
| 23-26.04.00 | | 1 | | 3 | | 1.2, 1.4 |
| 23-27.00.00 | N | | | | | |
| 23-27.01.00 | | 1 | | | | 1.2 |
| 23-27.10.00 | N | | | | | |
| 23-27.11.00 | | 1 | | | | 1.2 |
| 23-27.20.00 | N | | | | | |

DS 5500 ATCA     09-30-77     PAGE  21     QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1302

## TABLE 1-1   VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE

| | 1-INSPECTION | 3-DEMONSTRATION |
|---|---|---|
| | 2-ANALYSIS | 4-TEST |

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS | | | | | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| | NA | 1 | 2 | 3 | 4 | |
| 23-27.21.00 | | 1 | | | | 1.2 |
| 23-27.40.00 | N | | | | | |
| 23-27.41.00 | | 1 | 2 | | | 1.2, 1.3 |
| 23-30.00.00 | N | | | | | |
| 23-31.00.00 | N | | | | | |
| 23-31.01.00 | | 1 | | | | 1.2 |
| 23-31.03.00 | | | | 3 | | 1.4 |
| 23-31.04.00 | | 1 | | | | 1.2 |
| 23-40.01.00 | | 1 | | | | 1.2 |
| 23-40.01.10 | | 1 | | 3 | | 1.2, 1.4 |
| 23-40.02.00 | | 1 | | | | 1.2 |
| 23-40.03.00 | | 1 | | | | 1.2 |
| 23-40.07.00 | | 1 | | | | 1.2 |
| 23-40.08.00 | | 1 | | | | 1.2 |
| 23-40.08.01 | | 1 | | | | 1.2 |
| 23-40.10.00 | | 1 | | | | 1.2 |
| 23-41.01.01 | | 1 | | 3 | | 1.2, 1.4 |
| 23-41.01.02 | | 1 | | | | 1.2 |
| 23-43.00.00 | N | | | | | |
| 23-43.01.00 | | 1 | | | | 1.2 |
| 23-43.01.01 | | 1 | | | | 1.2 |
| 23-43.01.02 | | 1 | | 3 | | 1.2, 1.4 |

Ex.: 20; p.: 1303

## TABLE 1-1   VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE            1-INSPECTION        3-DEMONSTRATION
                              2-ANALYSIS          4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 23-43.01.03 | | 1 | | 3 | | 1.2, 1.4 |
| 23-43.02.00 | | 1 | | 3 | | 1.2, 1.4 |
| 23-44.02.00 | N | | | | | |
| 23-44.02.01 | | 1 | | | | 1.2 |
| 23-44.03.00 | N | | | | | |
| 23-44.03.01 | | 1 | | | | 1.2 |
| 23-44.03.02 | | 1 | | | | 1.2 |
| 23-45.00.00 | N | | | | | |
| 23-45.01.00 | | 1 | | | | 1.2 |
| 23-45.01.01 | | 1 | | 3 | | 1.2, 1.4 |
| 23-45.02.00 | | 1 | | 3 | | 1.2, 1.4 |
| 23-45.02.01 | | 1 | | 3 | | 1.2, 1.4 |
| 23-45.02.02 | | 1 | | 3 | | 1.2, 1.4 |
| 23-45.02.03 | | 1 | | 3 | | 1.2, 1.4 |
| 23-45.02.04 | | 1 | | 3 | | 1.2, 1.4 |
| 23-45.03.00 | | 1 | | | | 1.2 |
| 23-45.03.01 | | 1 | | 3 | | 1.2, 1.4 |
| 23-45.03.02 | | 1 | | 3 | | 1.2, 1.4 |
| 23-45.04.00 | | 1 | | 3 | | 1.2, 1.4 |
| 23-45.04.01 | | 1 | | 3 | | 1.2, 1.4 |
| 23-50.01.00 | | 1 | | | | 1.2 |
| 23-51.01.03 | | 1 | | | | 1.2 |

DS 5500 ATCA       09-30-77      PAGE   23          QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1304

## TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

NA – NOT APPLICABLE          1–INSPECTION          3–DEMONSTRATION
                             2–ANALYSIS            4–TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 23-51.01.10 |   | 1 |   |   |   | 1.2 |
| 23-55.00.00 | N |   |   |   |   |  |
| 23-55.01.00 |   | 1 |   |   |   | 1.2 |
| 23-55.02.00 |   | 1 |   | 3 |   | 1.2, 1.4 |
| 23-55.03.00 |   | 1 |   |   |   | 1.2 |
| 23-55.10.00 | N |   |   |   |   |  |
| 23-55.11.00 |   | 1 |   |   |   | 1.2 |
| 23-55.20.00 | N |   |   |   |   |  |
| 23-55.21.00 |   | 1 |   |   |   | 1.2 |
| 23-55.21.01 |   | 1 |   |   |   | 1.2 |
| 23-56.00.00 | N |   |   |   |   |  |
| 23-56.01.00 |   | 1 |   |   |   | 1.2 |
| 23-56.01.01 |   | 1 |   |   |   | 1.2 |
| 23-56.01.02 |   | 1 |   |   |   | 1.2 |
| 23-56.02.00 |   | 1 |   | 3 |   | 1.2, 1.4 |
| 23-57.00.00 | N |   |   |   |   |  |
| 23-57.01.00 |   | 1 |   |   |   | 1.2 |
| 23-57.02.00 |   | 1 |   | 3 |   | 1.2, 1.4 |
| 23-57.03.00 |   | 1 |   |   |   | 1.2 |
| 23-57.04.00 |   | 1 |   | 3 |   | 1.2, 1.4 |
| 23-57.05.00 |   | 1 |   | 3 |   | 1.2, 1.4 |
| 23-90.00.00 | N |   |   |   |   |  |

DS 5500 ATCA     09-30-77     PAGE  24          QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1305

## TABLE 1-1   VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE 　　　　　　　　　1-INSPECTION　　　　3-DEMONSTRATION
　　　　　　　　　　　　　　　　　　　　2-ANALYSIS　　　　　4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 23-91.00.00 | N | | | | | |
| 23-91.10.00 | | 1 | | | | 1.2 |
| 23-91.11.00 | | 1 | | | | 1.2 |
| 23-91.11.01 | | | 2 | | | 1.3 |
| 23-91.11.02 | | | 2 | | | 1.3 |
| 23-91.12.00 | | 1 | | 3 | | 1.2, 1.4 |
| 23-91.13.00 | | 1 | | | | 1.2 |
| 23-91.13.01 | | 1 | | | | 1.2 |
| 24-01.01.01* | | 1 | | | | 1.2 |
| 24-01.01.02* | | 1 | | | | 1.2 |
| 24-01.01.03* | | 1 | | | | 1.2 |
| 24-01.01.04* | | 1 | | | | 1.2 |
| 24-01.01.05* | | 1 | | | | 1.2 |
| 24-01.01.06* | | 1 | | | | 1.2 |
| 24-01.01.07* | | 1 | | | | 1.2 |
| 24-01.01.08* | | 1 | | | | 1.2 |
| 24-01.01.10* | | 1 | | | | 1.2 |
| 24-01.02.01* | | 1 | | | | 1.2 |
| 24-01.02.02* | | 1 | | | | 1.2 |
| 24-01.02.03* | | 1 | | | | 1.2 |
| 24-01.02.04* | | 1 | | | | 1.2 |
| 24-01.02.05* | | 1 | | | | 1.2 |

DS 5500 ATCA　　　09-30-77　　　PAGE　25　　　　　　QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1306

## TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

NA — NOT APPLICABLE                 1-INSPECTION        3-DEMONSTRATION
                                    2-ANALYSIS          4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS NA 1 2 3 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|
| 24-01.02.06* | 1 | 1.2 |
| 24-01.02.08* | 1 | 1.2 |
| 24-01.02.09* | 1 | 1.2 |
| 24-01.02.10* | 1 | 1.2 |
| 24-01.02.11* | 1 | 1.2 |
| 24-01.02.12* | 1 | 1.2 |
| 24-01.02.13* | 1 | 1.2 |
| 24-01.03.01* | 1 | 1.2 |
| 24-01.03.02* | 1 | 1.2 |
| 24-01.03.03* | 1 | 1.2 |
| 24-01.03.04* | 1 | 1.2 |
| 24-01.03.05* | 4 | 1.5.28 |
| 24-01.04.01* | 1 | 1.2 |
| 24-01.04.02* | 1 | 1.2 |
| 24-01.04.03* | 1 | 1.2 |
| 24-01.05.01* | 1 | 1.2 |
| 24-01.05.02* | 1 | 1.2 |
| 24-01.05.04* | 1 | 1.2 |
| 24-01.06.01* | 1 | 1.2 |
| 24-01.06.02* | 1 | 1.2 |
| 24-02.01.00* | 1 | 1.2 |
| 24-02.01.01* | 1 | 1.2 |

DS 5500 ATCA     09-30-77     PAGE   26        QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1307

## TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE      1-INSPECTION      3-DEMONSTRATION
     2-ANALYSIS      4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 24-02.01.02* | | 1 | | | | 1.2 |
| 24-02.01.03* | | 1 | | | | 1.2 |
| 24-02.02.00* | | 1 | | | | 1.2 |
| 24-02.03.00* | | 1 | | | | 1.2 |
| 24-40.01.26 | | 1 | | | | 1.2 |
| 24-50.01.01 | | 1 | | | | 1.2 |
| 24-60.05.00* | | 1 | | | | 1.2 |
| 24-60.06.00 | | 1 | | | | 1.2 |
| 24-70.05.00* | | 1 | | | | 1.2 |
| 25-00.01.00 | | 1 | | | | 1.2 |
| 25-00.01.01 | | 1 | | 3 | | 1.2, 1.4 |
| 25-00.02.00 | | 1 | | | | 1.2 |
| 25-20.00.00 | N | | | | | |
| 25-22.00.00 | N | | | | | |
| 25-22.00.10 | | 1 | | | | 1.2 |
| 25-22.01.00 | | 1 | | | | 1.2 |
| 25-22.02.00 | N | | | | | |
| 25-22.02.02 | | 1 | | | | 1.2 |
| 25-22.02.03 | | 1 | | | | 1.2 |
| 25-22.02.04 | | 1 | | | | 1.2 |
| 25-22.02.05 | | 1 | | | | 1.2 |
| 25-22.02.07 | | 1 | | | | 1.2 |

Ex.: 20; p.: 1308

## TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE          1-INSPECTION          3-DEMONSTRATION
                             2-ANALYSIS            4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS |||||| QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| | NA | 1 | 2 | 3 | 4 | |
| 25-22.02.08 | | 1 | | | | 1.2 |
| 25-22.02.09 | | 1 | | | | 1.2 |
| 25-22.03.00 | N | | | | | |
| 25-22.03.01 | | 1 | | | | 1.2 |
| 25-22.03.02 | | 1 | | | | 1.2 |
| 25-22.03.03 | | 1 | | | | 1.2 |
| 25-22.10.00 | N | | | | | |
| 25-22.10.01 | | 1 | | | | 1.2 |
| 25-22.10.02 | | 1 | | | | 1.2 |
| 25-22.10.03 | | 1 | | | | 1.2 |
| 25-22.10.04 | | 1 | | | | 1.2 |
| 25-22.10.05 | | 1 | | | | 1.2 |
| 25-22.10.06 | | 1 | | | | 1.2 |
| 25-22.10.07 | | 1 | | | | 1.2 |
| 25-22.10.08 | | 1 | | | | 1.2 |
| 25-22.10.09 | | 1 | | | | 1.2 |
| 25-22.10.10 | | 1 | | | | 1.2 |
| 25-22.10.11 | | 1 | | | | 1.2 |
| 25-22.10.12 | | 1 | | | | 1.2 |
| 25-22.10.13 | | 1 | | | | 1.2 |
| 25-22.10.14 | | 1 | | | | 1.2 |
| 25-22.10.15 | | 1 | | | | 1.2 |

DS 5500 ATCA     09-30-77     PAGE  28          QUALITY ASSURANCE APPENDIX

## TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE                    1-INSPECTION        3-DEMONSTRATION
                                       2-ANALYSIS          4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 25-22.20.00 | N | | | | | |
| 25-22.20.01 | | 1 | | | | 1.2 |
| 25-22.20.02 | | 1 | 2 | | | 1.2, 1.3 |
| 25-22.20.03 | | 1 | | | | 1.2 |
| 25-22.20.04 | | 1 | | | | 1.2 |
| 25-22.20.05 | | 1 | | 3 | | 1.2, 1.4 |
| 25-22.20.06 | | 1 | | 3 | | 1.2, 1.4 |
| 25-22.30.00 | N | | | | | |
| 25-22.30.01 | | 1 | | | 4 | 1.2, 1.5.7, 1.5.9 |
| 25-22.30.02 | | 1 | | | | 1.2 |
| 25-22.30.03 | | 1 | | 3 | | 1.2, 1.4 |
| 25-22.30.04 | | 1 | | | | 1.2 |
| 25-22.40.00 | N | | | | | |
| 25-22.40.01 | | 1 | | | 4 | 1.2, 1.5.9 |
| 25-27.00.00 | N | | | | | |
| 25-27.05.00 | | 1 | | | | 1.2 |
| 25-27.07.00* | | 1 | | | | 1.2 |
| 25-30.01.00 | | 1 | | | | 1.2 |
| 25-30.01.01 | | 1 | | | | 1.2 |
| 25-30.01.02 | | 1 | | | | 1.2 |
| 25-30.01.03 | | 1 | | | | 1.2 |
| 25-30.01.04 | | 1 | | | | 1.2 |

Ex.: 20; p.: 1310

## TABLE 1-1   VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE

1-INSPECTION      3-DEMONSTRATION
2-ANALYSIS        4-TEST

| DETAIL SPECIFICATION REQUIPEMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 25-30.01.05 | | 1 | | | | 1.2 |
| 25-30.01.06 | | 1 | | | | 1.2 |
| 25-30.01.07 | | 1 | | | | 1.2 |
| 25-30.01.08 | | 1 | | | | 1.2 |
| 25-30.01.09 | | 1 | | | | 1.2 |
| 25-30.01.10 | | 1 | | | | 1.2 |
| 25-35.01.00 | | 1 | | | | 1.2 |
| 25-40.01.00 | | 1 | | | | 1.2 |
| 25-40.01.01 | | 1 | | | | 1.2 |
| 25-40.01.02 | | 1 | | | | 1.2 |
| 25-41.01.00 | | 1 | | | | 1.2 |
| 25-42.01.00 | N | | | | | |
| 25-43.01.00 | | 1 | | | | 1.2 |
| 25-43.04.00 | | 1 | | | | 1.2 |
| 25-43.05.00 | | 1 | | | | 1.2 |
| 25-43.06.00 | | 1 | | | | 1.2 |
| 25-44.01.00 | | 1 | | | | 1.2 |
| 25-44.03.00 | | 1 | | | | 1.2 |
| 25-44.03.01 | | 1 | | | | 1.2 |
| 25-50.10.00 | N | | | | | |
| 25-50.11.00 | | 1 | | | | 1.2 |
| 25-50.12.00 | | 1 | | | | 1.2 |

DS 5500 ATCA      09-30-77      PAGE  30            QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1311

## TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE                1-INSPECTION        3-DEMONSTRATION
                                   2-ANALYSIS          4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 25-50.13.00 | | 1 | | | | 1.2 |
| 25-50.13.01 | | 1 | | | | 1.2 |
| 25-50.13.02 | | 1 | | | | 1.2 |
| 25-50.13.03 | | 1 | | | | 1.2 |
| 25-50.14.00 | | 1 | | | | 1.2 |
| 25-50.15.00 | | 1 | | | | 1.2 |
| 25-50.16.00 | | 1 | | | | 1.2 |
| 25-50.17.00 | | 1 | | | | 1.2 |
| 25-50.17.01 | | 1 | | | | 1.2 |
| 25-50.17.02 | | 1 | | | | 1.2 |
| 25-50.17.03 | | 1 | | | | 1.2 |
| 25-50.17.04 | | 1 | | | | 1.2 |
| 25-50.17.05 | | 1 | | | | 1.2 |
| 25-50.17.06 | | 1 | | | | 1.2 |
| 25-50.17.07 | | 1 | | | | 1.2 |
| 25-50.18.00 | | 1 | | | | 1.2 |
| 25-50.19.00 | | | 2 | | | 1.3 |
| 25-50.20.00 | | 1 | 2 | | | 1.2, 1.3 |
| 25-53.00.00 | N | | | | | |
| 25-53.01.00 | | 1 | | | | 1.2 |
| 25-53.02.00 | | 1 | | | | 1.2 |
| 25-53.03.00 | | 1 | | | | 1.2 |

Ex.: 20; p.: 1312

TABLE 1-1   VERIFICATION CROSS REFERENCE INDEX

| NA - NOT APPLICABLE | | 1-INSPECTION 2-ANALYSIS | | 3-DEMONSTRATION 4-TEST |
| --- | --- | --- | --- | --- |

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS | | | | | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
| --- | --- | --- | --- | --- | --- | --- |
| | NA | 1 | 2 | 3 | 4 | |
| 25-53.04.00 | | 1 | | | | 1.2 |
| 25-53.05.00 | | 1 | | | | 1.2 |
| 25-53.06.00 | | 1 | | | | 1.2 |
| 25-59.01.00 | | 1 | | 3 | | 1.2, 1.4 |
| 25-59.01.01 | | 1 | | 3 | | 1.2, 1.4 |
| 25-59.01.02 | | 1 | | 3 | | 1.2, 1.4 |
| 25-59.01.03 | | 1 | | 3 | | 1.2, 1.4 |
| 25-59.01.04 | | 1 | 2 | | | 1.2, 1.3 |
| 25-59.10.00 | N | | | | | |
| 25-59.11.00 | | 1 | | | | 1.2 |
| 25-59.12.00 | | 1 | | | | 1.2 |
| 25-59.13.00 | | 1 | | 3 | | 1.2, 1.4 |
| 25-59.14.00 | | 1 | | 3 | | 1.2, 1.4 |
| 25-59.15.00 | | 1 | | | | 1.2 |
| 25-59.20.00 | N | | | | | |
| 25-59.21.00 | N | | | | | |
| 25-59.21.01 | | 1 | | 3 | | 1.2, 1.4 |
| 25-59.21.02 | | 1 | | 3 | 4 | 1.2, 1.4, 1.5.29 |
| 25-59.21.03 | | 1 | | | | 1.2 |
| 25-59.21.04 | | 1 | | | | 1.2 |
| 25-59.21.05 | | 1 | | | | 1.2 |
| 25-59.21.06 | | 1 | | 3 | | 1.2, 1.4 |

DS 5500 ATCA    09-30-77    PAGE  32        QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1313

TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE

| | 1-INSPECTION | 3-DEMONSTRATION |
| | 2-ANALYSIS | 4-TEST |

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS | | | | | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| | NA | 1 | 2 | 3 | 4 | |
| 25-59.21.07 | | 1 | | 3 | | 1.2, 1.4 |
| 25-59.21.08 | | 1 | | 3 | | 1.2, 1.4 |
| 25-59.21.09 | | 1 | 2 | | | 1.2, 1.3 |
| 25-59.22.00 | N | | | | | |
| 25-61.01.00 | | 1 | | | | 1.2 |
| 25-61.01.02 | | 1 | | | | 1.2 |
| 25-61.01.03 | | 1 | | | | 1.2 |
| 25-61.01.04 | | 1 | | | | 1.2 |
| 25-62.01.00 | | 1 | | | | 1.2 |
| 25-62.01.01 | | 1 | | | | 1.2 |
| 25-63.02.00 | | 1 | | | | 1.2 |
| 25-64.00.00 | N | | | | | |
| 25-64.01.00 | | 1 | | | | 1.2 |
| 25-65.01.00 | | 1 | | | | 1.2 |
| 25-65.03.00 | | 1 | | | | 1.2 |
| 25-65.03.01 | | 1 | | | | 1.2 |
| 25-66.00.00 | N | | | | | |
| 25-66.02.00 | | 1 | | | | 1.2 |
| 25-69.00.00 | N | | | | | |
| 25-69.01.00 | | 1 | | 3 | | 1.2, 1.4 |
| 25-69.02.00 | | 1 | | | | 1.2 |
| 25-90.00.00 | N | | | | | |

Ex.: 20; p.: 1314

## TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

| NA - NOT APPLICABLE | 1-INSPECTION | 3-DEMONSTRATION |
|---|---|---|
| | 2-ANALYSIS | 4-TEST |

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 25-90.10.00 | N | | | | | |
| 25-90.11.00 | | 1 | | | | 1.2 |
| 25-90.11.01 | | 1 | | | | 1.2 |
| 25-90.12.00 | | 1 | | | | 1.2 |
| 25-90.13.00 | | 1 | | | | 1.2 |
| 25-90.14.00 | | 1 | | | | 1.2 |
| 25-90.20.00 | N | | | | | |
| 25-90.21.00 | | 1 | | | | 1.2 |
| 25-90.21.01 | | 1 | | | | 1.2 |
| 25-90.21.02 | | 1 | | | | 1.2 |
| 25-90.21.03 | | 1 | | | | 1.2 |
| 25-90.21.04 | | 1 | | | | 1.2 |
| 26-23.00.01 | | 1 | | | | 1.2 |
| 26-23.01.00 | | 1 | | | | 1.2 |
| 26-23.02.00 | | 1 | | | | 1.2 |
| 26-23.03.00 | | 1 | | | | 1.2 |
| 26-23.04.00 | | 1 | | | | 1.2 |
| 26-23.05.00 | | 1 | | | | 1.2 |
| 26-23.06.00 | | 1 | | | | 1.2 |
| 26-24.00.00 | N | | | | | |
| 26-24.01.00 | | 1 | | | | 1.2 |
| 26-25.01.02 | | 1 | | | | 1.2 |

DS 5500 ATCA        09-30-77        PAGE  34                QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1315

## TABLE 1-1   VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE                    1-INSPECTION        3-DEMONSTRATION
                                       2-ANALYSIS          4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 27-90.00.00 | N | | | | | |
| 27-90.01.00 | | | | 3 | | 1.4 |
| 27-90.02.00 | | | | 3 | | 1.4 |
| 27-90.03.00 | | 1 | | | | 1.2 |
| 27-90.04.00 | | | 2 | | 4 | 1.3, 1.5.72 |
| 27-90.10.00 | N | | | | | |
| 27-90.10.01 | | 1 | | 3 | | 1.2, 1.4 |
| 27-90.20.00 | N | | | | | |
| 27-90.20.10 | | 1 | | | | 1.2 |
| 27-90.20.11 | | | | | 4 | 1.5.43 |
| 27-90.20.12 | | | | | 4 | 1.5.43 |
| 27-90.30.00 | N | | | | | |
| 27-90.30.01 | | | | | 4 | 1.5.14, 1.5.15 |
| 27-90.30.02 | | | | | 4 | 1.5.14, 1.5.15 |
| 27-90.30.03 | N | | | | | |
| 27-90.31.00 | N | | | | | |
| 27-90.31.01 | | | | | 4 | 1.5.13 |
| 27-90.31.02 | | | | | 4 | 1.5.44 |
| 27-90.32.00 | N | | | | | |
| 27-90.32.01 | | | | 3 | | 1.4 |
| 27-90.33.00 | N | | | | | |
| 27-90.33.01 | | | | 3 | | 1.4 |

Ex.: 20; p.: 1316

## TABLE 1-1 VERIFICATION CROSS REFERENCE INDEX

NA — NOT APPLICABLE

1-INSPECTION     3-DEMONSTRATION
2-ANALYSIS       4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS | | | | | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| | NA | 1 | 2 | 3 | 4 | |
| 27-90.33.02 | | | | 3 | 4 | 1.4, 1.5.15 |
| 27-90.34.00 | N | | | | | |
| 27-90.34.01 | | | | 3 | | 1.4 |
| 27-90.35.00 | N | | | | | |
| 27-90.35.01 | | | | | 4 | 1.5.15 |
| 27-90.36.00 | N | | | | | |
| 27-90.36.01 | | | | 3 | | 1.4 |
| 27-90.40.00 | N | | | | | |
| 27-90.40.01 | | | | 3 | | 1.4 |
| 27-90.40.02 | | | | | 4 | 1.5.43 |
| 27-90.40.03 | | | | | 4 | 1.5.45 |
| 27-90.40.04 | | | | | 4 | 1.5.46 |
| 27-90.40.05 | | | | | 4 | 1.5.46 |
| 27-90.40.06 | | | | | 4 | 1.5.46 |
| 27-90.40.07 | | | | 3 | | 1.4 |
| 27-90.40.08 | | | | | 4 | 1.5.46 |
| 27-90.50.00 | N | | | | | |
| 27-90.50.01 | | 1 | 2 | 3 | | 1.2, 1.3, 1.4 |
| 28-00.01.01 | | 1 | 2 | | | 1.2, 1.3 |
| 28-00.04.00 | | 1 | | | | 1.2 |
| 28-00.05.00 | | 1 | 2 | | 4 | 1.2, 1.3, 1.5.10 |
| 28-00.06.00 | | 1 | | | | 1.2 |

Ex.: 20; p.: 1317

TABLE 1-1 VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE                1-INSPECTION        3-DEMONSTRATION
                                   2-ANALYSIS          4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS | | | | | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| | NA | 1 | 2 | 3 | 4 | |
| 28-10.01.00 | N | | | | | |
| 28-10.05.00 | N | | | | | |
| 28-10.05.01 | | 1 | | | | 1.2 |
| 28-10.05.02 | | 1 | | | | 1.2 |
| 28-10.05.03 | | 1 | | | | 1.2 |
| 28-10.05.04 | | 1 | | | | 1.2 |
| 28-10.05.05 | | 1 | | | | 1.2 |
| 28-10.05.06 | | 1 | | | | 1.2 |
| 28-10.06.00 | N | | | | | |
| 28-10.06.01 | | 1 | | | 4 | 1.2, 1.5.11 |
| 28-10.06.02 | | 1 | | | | 1.2 |
| 28-10.06.03 | | 1 | | | | 1.2 |
| 28-10.06.04 | | 1 | | | | 1.2 |
| 28-10.06.05 | | 1 | | | | 1.2 |
| 28-10.06.07 | | 1 | | | 4 | 1.2, 1.5.11 |
| 28-10.06.08 | | | | | 4 | 1.5.11 |
| 28-10.06.09 | | | | | 4 | 1.5.11 |
| 28-11.00.00 | N | | | | | |
| 28-12.00.00 | N | | | | | |
| 28-12.01.00 | | 1 | 2 | | 4 | 1.2, 1.3, 1.5.10 |
| 28-12.02.00 | | 1 | | | | 1.2 |
| 28-12.03.00 | | 1 | | | | 1.2 |

DS 5500 ATCA    09-30-77    PAGE  37        QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1318

TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE          1-INSPECTION        3-DEMONSTRATION
                             2-ANALYSIS          4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS | | | | | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| | NA | 1 | 2 | 3 | 4 | |
| 28-12.04.00 | | 1 | | | | 1.2 |
| 28-20.02.01 | | 1 | | | | 1.2 |
| 28-20.02.04 | | 1 | | | | 1.2 |
| 28-20.03.00 | | 1 | | | | 1.2 |
| 28-20.05.00 | | 1 | | | | 1.2 |
| 28-21.01.03 | | 1 | | | | 1.2 |
| 28-21.04.00* | | | 2 | | | 1.3 |
| 28-21.04.01* | | | 2 | | | 1.3 |
| 28-21.07.00 | | 1 | | | | 1.2 |
| 28-21.07.01 | | 1 | | | | 1.2 |
| 28-21.08.00 | | 1 | | | | 1.2 |
| 28-21.08.01 | | 1 | | | | 1.2 |
| 28-21.09.00 | | 1 | 2 | | 4 | 1.2, 1.3, 1.5.30, 1.5.70 |
| 28-21.10.00 | | 1 | | | | 1.2 |
| 28-21.11.00 | | 1 | | | | 1.2 |
| 28-21.12.00 | | 1 | | 3 | | 1.2, 1.4 |
| 28-21.13.00 | | 1 | | 3 | | 1.2, 1.4 |
| 28-21.14.00 | | 1 | | | | 1.2 |
| 28-21.15.00 | | | | 3 | | 1.4 |
| 28-22.01.00 | | 1 | | | | 1.2 |
| 28-22.02.00 | | 1 | | | | 1.2 |
| 28-22.03.00* | | 1 | | | | 1.2 |

Ex.: 20; p.: 1319

TABLE 1-1   VERIFICATION CROSS REFERENCE INDEX

| NA - NOT APPLICABLE | | | | | 1-INSPECTION   3-DEMONSTRATION |
| | | | | | 2-ANALYSIS   4-TEST |

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS | | | | | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
| --- | --- | --- | --- | --- | --- | --- |
| | NA | 1 | 2 | 3 | 4 | |
| 28-22.04.00* | | 1 | | | | 1.2 |
| 28-22.05.00* | | 1 | | | | 1.2 |
| 28-22.06.00* | | 1 | | | | 1.2 |
| 28-22.07.00 | | 1 | | | | 1.2 |
| 28-24.01.00* | | 1 | | 3 | | 1.2, 1.4 |
| 28-24.02.00 | | | | 3 | | 1.4 |
| 28-24.03.02 | | 1 | | 3 | | 1.2, 1.4 |
| 28-24.05.00 | | 1 | | | | 1.2 |
| 28-24.08.02 | | 1 | | | | 1.2 |
| 28-24.08.03 | | 1 | | | | 1.2 |
| 28-25.03.01 | | | 2 | | 4 | 1.3, 1.5.31 |
| 28-30.04.00 | | 1 | | | | 1.2 |
| 28-30.07.00 | | 1 | | | | 1.2 |
| 28-41.01.01 | | 1 | | | | 1.2 |
| 28-41.02.00* | | 1 | | | | 1.2 |
| 28-41.03.00* | | 1 | | | | 1.2 |
| 28-41.05.00* | | 1 | | | | 1.2 |
| 28-41.06.00 | N | | | | | |
| 28-41.06.01 | | | | | 4 | 1.5.40 |
| 28-41.06.02 | | | 2 | | | 1.3 |
| 28-41.06.03 | | 1 | | | | 1.2 |
| 28-41.06.04 | | 1 | | | | 1.2 |

Ex.: 20; p.: 1320

TABLE 1-1   VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE          1-INSPECTION          3-DEMONSTRATION
                             2-ANALYSIS            4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS | | | | | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| | NA | 1 | 2 | 3 | 4 | |
| 28-41.06.05 | | 1 | | | | 1.2 |
| 28-41.07.00* | | | 2 | | | 1.3 |
| 28-50.00.00 | N | | | | | |
| 28-50.01.00 | | 1 | | | | 1.2 |
| 28-50.02.00 | | 1 | | 3 | | 1.2, 1.4 |
| 28-50.03.00 | | 1 | 2 | 3 | 4 | 1.2, 1.3, 1.4, 1.5.2, 1.5.39 |
| 28-50.03.01 | | | 2 | | 4 | 1.3, 1.5.38 |
| 28-50.04.00 | | 1 | 2 | | | 1.2, 1.3 |
| 28-51.00.00 | N | | | | | |
| 28-51.10.00 | | 1 | | 3 | | 1.2, 1.4 |
| 28-51.10.01 | | 1 | | | | 1.2 |
| 28-51.11.00 | | 1 | 2 | | | 1.2, 1.3 |
| 28-51.12.00 | | 1 | | | | 1.2 |
| 28-51.13.00 | | 1 | | 3 | | 1.2, 1.4 |
| 28-51.14.00 | | 1 | 2 | | | 1.2, 1.3 |
| 28-51.15.00 | N | | | | | |
| 28-51.16.00 | | 1 | | | | 1.2 |
| 28-51.16.01 | | 1 | | | | 1.2 |
| 28-51.17.00 | | 1 | | 3 | | 1.2, 1.4 |
| 28-51.18.00 | | 1 | | 3 | | 1.2, 1.4 |
| 28-51.19.00 | | 1 | | | 4 | 1.2, 1.5.32 |
| 28-52.00.00 | N | | | | | |

DS 5500 ATCA      09-30-77      PAGE  40          QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1321

## TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

| NA - NOT APPLICABLE | | | | | 1-INSPECTION      3-DEMONSTRATION |
|---|---|---|---|---|---|
| | | | | | 2-ANALYSIS       4-TEST |

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS | | | | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|
| | NA | 1 | 2 | 3 | 4 | |

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 28-52.10.00 | | 1 | | | | 1.2 |
| 28-52.11.00 | | | | 3 | | 1.4 |
| 28-52.11.01 | | 1 | | 3 | | 1.2, 1.4 |
| 28-52.11.02 | | 1 | | | | 1.2 |
| 28-52.12.00 | | | | 3 | | 1.4 |
| 28-52.13.00 | | 1 | | 3 | | 1.2, 1.4 |
| 28-52.14.00 | | | | 3 | | 1.4 |
| 28-52.15.00 | | | | 3 | | 1.4 |
| 28-52.16.00 | | 1 | | | 4 | 1.2, 1.5.70 |
| 28-52.17.00 | N | | | | | |
| 28-52.17.01 | | | | | 4 | 1,5,71 |
| 28-52.17.02 | | | | | 4 | 1,5,71 |
| 28-52.17.03 | | | 2 | | | 1.3 |
| 28-52.17.04 | | | | | 4 | 1.5.47 |
| 28-52.17.05 | | | | | 4 | 1.5.47 |
| 28-52.17.06 | | | | | 4 | 1.5.71 |
| 28-52.17.07 | | | | 3 | | 1.4 |
| 28-52.18.00 | | | 2 | | 4 | 1.3, 1.5.16 |
| 28-52.18.01 | | | | | 4 | 1.5.47 |
| 28-52.19.00 | | | | | 4 | 1.5.15 |
| 28-52.20.00 | | | | | 4 | 1.5.17 |
| 28-52.21.00 | | 1 | | | | 1.2 |

DS 5500 ATCA      09-30-77      PAGE  41      QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1322

## TABLE 1-1   VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE

| | 1-INSPECTION | 3-DEMONSTRATION |
|---|---|---|
| | 2-ANALYSIS | 4-TEST |

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 28-52.22.00 | | 1 | | | | 1.2 |
| 28-52.23.00 | | 1 | | 3 | | 1.2, 1.4 |
| 28-52.24.00 | | 1 | | 3 | | 1.2, 1.4 |
| 28-53.00.00 | N | | | | | |
| 28-53.10.00 | | 1 | | | | 1.2 |
| 28-53.10.01 | | 1 | | | 4 | 1.2, 1.5.18 |
| 28-53.10.02 | | 1 | | | | 1.2 |
| 28-53.10.03 | | | | 3 | | 1.4 |
| 28-53.11.00 | N | | | | | |
| 28-53.11.01 | | | | 3 | | 1.4 |
| 28-53.11.02 | | | | 3 | | 1.4 |
| 28-53.12.00 | N | | | | | |
| 28-53.12.01 | | | | | 4 | 1.5.71 |
| 28-53.12.02 | | | | | 4 | 1.5.71 |
| 28-53.12.03 | | | 2 | | | 1.3 |
| 28-53.13.00 | | | | | 4 | 1.5.18 |
| 28-53.13.01 | | 1 | | | 4 | 1.2, 1.5.18 |
| 28-53.14.00 | | 1 | | | | 1.2 |
| 28-53.15.00 | | 1 | | | | 1.2 |
| 26-54.00.00 | N | | | | | |
| 28-54.10.00 | | 1 | | 3 | | 1.2, 1.4 |
| 26-54.10.01 | | 1 | | 3 | | 1.2, 1.4 |

Ex.: 20; p.: 1323

## TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE                1-INSPECTION      3-DEMONSTRATION
                                   2-ANALYSIS        4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS | | | | | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| | NA | 1 | 2 | 3 | 4 | |
| 28-54.10.02 | | | | 3 | | 1.4 |
| 28-54.11.00 | | 1 | | 3 | | 1.2, 1.4 |
| 28-54.11.01 | | 1 | | | | 1.2 |
| 28-54.11.02 | | 1 | | | | 1.2 |
| 28-54.11.03 | | 1 | | | | 1.2 |
| 28-54.11.04 | | 1 | | | | 1.2 |
| 28-54.11.05 | | 1 | | | | 1.2 |
| 28-54.11.06 | | 1 | | | | 1.2 |
| 28-54.11.07 | | 1 | | | | 1.2 |
| 28-54.11.08 | | 1 | | | | 1.2 |
| 28-54.11.09 | | 1 | | | | 1.2 |
| 28-54.11.10 | | 1 | | | | 1.2 |
| 28-54.11.11 | | 1 | | | | 1.2 |
| 28-54.11.12 | | 1 | | | | 1.2 |
| 28-54.11.13 | | 1 | | | | 1.2 |
| 28-54.12.00 | | 1 | | 3 | | 1.2, 1.4 |
| 28-54.13.00 | N | | | | | |
| 28-54.13.01 | | 1 | | | | 1.2 |
| 28-54.13.02 | | 1 | | | | 1.2 |
| 28-54.13.03 | | 1 | | | | 1.2 |
| 28-54.13.04 | | 1 | | | | 1.2 |
| 28-54.13.05 | | 1 | | | | 1.2 |

Ex.: 20; p.: 1324

## TABLE 1-1   VERIFICATION CROSS REFERENCE INDEX

NA — NOT APPLICABLE                    1-INSPECTION          3-DEMONSTRATION
                                       2-ANALYSIS            4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 28-54.13.06 | | 1 | | | | 1.2 |
| 28-54.14.00 | | 1 | | | | 1.2 |
| 28-54.20.00 | N | | | | | |
| 28-54.21.00 | | 1 | | | | 1.2 |
| 28-54.21.01 | | 1 | | | | 1.2 |
| 28-54.21.02 | | 1 | | | | 1.2 |
| 28-54.21.03 | | 1 | | | | 1.2 |
| 28-54.21.04 | N | | | | | |
| 28-54.30.00 | | | | 3 | | 1.4 |
| 28-55.00.00 | N | | | | | |
| 28-55.01.00 | | 1 | | | | 1.2 |
| 28-55.01.01 | | 1 | | | | 1.2 |
| 28-55.01.02 | | 1 | | | | 1.2 |
| 28-55.01.03 | | 1 | | | | 1.2 |
| 28-55.01.04 | | 1 | | | | 1.2 |
| 28-55.01.05 | | 1 | | 3 | | 1.2, 1.4 |
| 28-55.01.06 | | 1 | | 3 | | 1.2, 1.4 |
| 28-55.01.07 | | 1 | | | | 1.2 |
| 28-55.01.08 | | 1 | | 3 | | 1.2, 1.4 |
| 29-10.05.00* | | 1 | | | | 1.2 |
| 29-10.06.00* | | | 2 | | | 1.3 |
| 29-10.09.00* | | | 2 | | | 1.3 |

Ex.: 20; p.: 1325

## TABLE 1-1   VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE                 1-INSPECTION        3-DEMONSTRATION
                                    2-ANALYSIS          4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 29-12.01.00* | | 1 | | | | 1.2 |
| 29-12.02.00* | | 1 | | | | 1.2 |
| 29-12.03.00* | | 1 | | | | 1.2 |
| 29-13.01.01* | | 1 | | | | 1.2 |
| 29-14.01.00* | | 1 | | | | 1.2 |
| 29-14.01.01* | | 1 | | | | 1.2 |
| 29-14.02.00* | | 1 | | | | 1.2 |
| 29-14.02.01* | | 1 | | | | 1.2 |
| 29-14.03.00* | | 1 | | | | 1.2 |
| 29-14.04.00* | | 1 | | | | 1.2 |
| 29-14.04.01* | | 1 | | | | 1.2 |
| 29-14.06.00* | | 1 | | | | 1.2 |
| 29-14.06.01* | | 1 | | | | 1.2 |
| 29-14.07.00* | | 1 | | | | 1.2 |
| 29-14.08.00* | | 1 | | | | 1.2 |
| 29-14.08.01* | | 1 | | | | 1.2 |
| 29-14.09.00* | | 1 | | | | 1.2 |
| 29-15.01.00* | | 1 | | | | 1.2 |
| 29-15.02.00* | | 1 | | | | 1.2 |
| 29-15.02.01* | | 1 | | | | 1.2 |
| 29-15.05.00* | | 1 | | | | 1.2 |
| 29-15.06.00* | | 1 | | | | 1.2 |

DS 5500 ATCA       09-30-77       PAGE   45       QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1326

## TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

NA — NOT APPLICABLE

| | 1-INSPECTION | 3-DEMONSTRATION |
| --- | --- | --- |
| | 2-ANALYSIS | 4-TEST |

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS | | | | | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
| --- | --- | --- | --- | --- | --- | --- |
| | NA | 1 | 2 | 3 | 4 | |
| 29-16.08.00* | | | 2 | | | 1.3 |
| 29-16.10.00* | | | | 3 | | 1.4 |
| 29-17.01.10* | | | | 3 | | 1.4 |
| 29-17.04.03 | | | | 3 | | 1.4 |
| 29-20.04.01* | | 1 | | | | 1.2 |
| 29-20.04.02* | | 1 | | | | 1.2 |
| 30-41.00.00 | N | | | | | |
| 30-41.01.00 | | 1 | 2 | | | 1.2, 1.3 |
| 30-41.02.00 | | 1 | | | | 1.2 |
| 30-41.03.00 | | 1 | | | | 1.2 |
| 30-41.04.00 | | 1 | | | | 1.2 |
| 30-41.10.00 | N | | | | | |
| 30-41.11.00 | | 1 | 2 | | | 1.2, 1.3 |
| 30-60.00.00 | N | | | | | |
| 30-60.01.00 | | 1 | 2 | | | 1.2, 1.3 |
| 31-10.00.00* | N | | | | | |
| 31-10.01.00* | | 1 | | | | 1.2 |
| 31-10.01.01* | | 1 | | | | 1.2 |
| 31-10.02.00* | | 1 | | | | 1.2 |
| 31-10.03.00* | | 1 | | | | 1.2 |
| 31-10.03.01* | | 1 | | | | 1.2 |
| 31-10.04.00* | N | | | | | |

Ex.: 20; p.: 1327

TABLE 1-1 VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE

1-INSPECTION 3-DEMONSTRATION
2-ANALYSIS 4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS | | | | | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| | NA | 1 | 2 | 3 | 4 | |
| 31-10.04.01* | | 1 | | | | 1.2 |
| 31-10.04.02* | | 1 | | | | 1.2 |
| 31-10.04.03* | | 1 | | | | 1.2 |
| 31-10.04.04* | | 1 | | | | 1.2 |
| 31-10.04.05* | | 1 | | | | 1.2 |
| 31-10.04.06* | | 1 | | | | 1.2 |
| 31-10.04.07* | | 1 | | | | 1.2 |
| 31-10.04.08* | | 1 | | | | 1.2 |
| 31-11.00.00 | N | | | | | |
| 31-11.01.00 | | 1 | | | | 1.2 |
| 31-21.01.00* | | 1 | | | | 1.2 |
| 31-21.02.00* | | 1 | | | | 1.2 |
| 31-21.03.00* | | 1 | | | | 1.2 |
| 31-21.04.00* | | 1 | | | | 1.2 |
| 31-21.05.00* | | 1 | | | | 1.2 |
| 31-23.07.04 | | 1 | | 3 | | 1.2, 1.4 |
| 32-60.07.01 | | 1 | | 3 | | 1.2, 1.4 |
| 33-00.01.00* | | 1 | | | | 1.2 |
| 33-00.02.00* | | 1 | | | | 1.2 |
| 33-00.02.01* | | 1 | | | | 1.2 |
| 33-00.03.00* | | 1 | | | | 1.2 |
| 33-00.03.01* | | 1 | | | | 1.2 |

Ex.: 20; p.: 1328

## TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

| NA – NOT APPLICABLE | | 1–INSPECTION | 3–DEMONSTRATION |
| --- | --- | --- | --- |
| | | 2–ANALYSIS | 4–TEST |

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS | | | | | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
| --- | --- | --- | --- | --- | --- | --- |
| | NA | 1 | 2 | 3 | 4 | |
| 33-00.04.00* | | 1 | | | | 1.2 |
| 33-11.01.00* | | 1 | | | | 1.2 |
| 33-11.01.01* | | 1 | | | | 1.2 |
| 33-11.04.00* | | 1 | | | | 1.2 |
| 33-11.06.00* | | 1 | | | | 1.2 |
| 33-11.07.00* | | 1 | | | | 1.2 |
| 33-11.07.01* | | 1 | | | | 1.2 |
| 33-20.00.00 | N | | | | | |
| 33-20.01.00 | | 1 | | 3 | | 1.2, 1.4 |
| 33-20.02.02 | | 1 | | 3 | | 1.2, 1.4 |
| 33-20.02.03 | | 1 | | 3 | | 1.2, 1.4 |
| 33-20.02.04 | | 1 | | 3 | | 1.2, 1.4 |
| 33-20.05.00 | | 1 | | 3 | | 1.2, 1.4 |
| 33-21.01.00 | | 1 | | | | 1.2 |
| 33-21.03.00 | | | | | 4 | 1.5-19 |
| 33-21.07.00 | | 1 | | | | 1.2 |
| 33-21.08.00 | | 1 | | | | 1.2 |
| 33-22.00.00 | N | | | | | |
| 33-22.01.00 | | 1 | | | | 1.2 |
| 33-22.02.00 | | 1 | | | | 1.2 |
| 33-24.01.00 | | 1 | | | | 1.2 |
| 33-24.03.00 | | 1 | | | | 1.2 |

DS 5500 ATCA     09-30-77     PAGE  46     QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1329

## TABLE 1-1   VERIFICATION CROSS REFERENCE INDEX

NA → NOT APPLICABLE

1-INSPECTION     3-DEMONSTRATION
2-ANALYSIS       4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 33-26.01.00 | | 1 | | | | 1.2 |
| 33-26.02.00 | | | | 3 | | 1.4 |
| 33-27.00.00 | N | | | | | |
| 33-27.01.00 | | 1 | | | | 1.2 |
| 33-27.02.00 | | 1 | | | | 1.2 |
| 33-27.02.01 | | 1 | | | | 1.2 |
| 33-27.03.01 | | 1 | | 3 | | 1.2, 1.4 |
| 33-27.03.02 | | 1 | | 3 | | 1.2, 1.4 |
| 33-34.01.00 | | 1 | | | | 1.2 |
| 33-35.00.00 | N | | | | | |
| 33-35.10.00 | N | | | | | |
| 33-35.11.00 | | 1 | | | | 1.2 |
| 33-35.12.00 | | 1 | | | | 1.2 |
| 33-35.13.00 | | 1 | | | | 1.2 |
| 33-35.14.00 | | 1 | | 3 | | 1.2, 1.4 |
| 33-35.20.00 | N | | | | | |
| 33-35.21.00 | | 1 | | | | 1.2 |
| 33-35.22.00 | | 1 | | | | 1.2 |
| 33-35.23.00 | | 1 | | 3 | | 1.2, 1.4 |
| 33-35.30.00 | N | | | | | |
| 33-35.31.00 | | 1 | | | | 1.2 |
| 33-35.32.00 | | 1 | | 3 | | 1.2, 1.4 |

Ex.: 20; p.: 1330

## TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE        1-INSPECTION       3-DEMONSTRATION
                              2-ANALYSIS         4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 33-35.40.00 | N | | | | | |
| 33-35.41.00 | | 1 | | | | 1.2 |
| 33-35.42.00 | | 1 | | 3 | | 1.2, 1.4 |
| 33-44.04.00 | | 1 | | 3 | | 1.2, 1.4 |
| 33-45.00.00 | N | | | | | |
| 33-45.10.00 | | 1 | | | | 1.2 |
| 33-45.11.00 | | | 2 | 3 | | 1.3, 1.4 |
| 33-45.12.00 | | 1 | | | | 1.2 |
| 33-45.13.00 | | 1 | | | | 1.2 |
| 33-45.14.00 | | 1 | | | | 1.2 |
| 33-45.15.00 | | 1 | | 3 | | 1.2, 1.4 |
| 33-45.15.01 | | 1 | | 3 | | 1.2, 1.4 |
| 33-45.15.02 | | 1 | | 3 | | 1.2, 1.4 |
| 33-45.16.00 | | 1 | | | | 1.2 |
| 33-46.02.00 | | 1 | | 3 | | 1.2, 1.4 |
| 33-47.02.00 | | 1 | | | | 1.2 |
| 33-48.00.00 | N | | | | | |
| 33-48.00.01 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.00.02 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.00.03 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.10.00 | N | | | | | |
| 33-48.10.01 | | 1 | | 3 | | 1.2, 1.4 |

DS 5500 ATCA      09-30-77      PAGE   50          QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1331

TABLE 1-1   VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE          1-INSPECTION          3-DEMONSTRATION
                             2-ANALYSIS            4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 33-48.11.00 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.12.00 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.13.00 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.14.00 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.20.00 | N | | | | | |
| 33-48.20.01 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.21.00 | | 1 | | | | 1.2 |
| 33-48.22.00 | N | | | | | |
| 33-48.22.01 | | | | 3 | | 1.4 |
| 33-48.22.02 | | | 2 | 3 | | 1.3, 1.4 |
| 33-48.22.03 | | 1 | 2 | | | 1.2, 1.3 |
| 33-48.22.04 | | | | 3 | | 1.4 |
| 33-48.22.05 | | | | 3 | | 1.4 |
| 33-48.23.00 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.24.00 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.25.00 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.26.00 | | 1 | | | | 1.2 |
| 33-48.30.00 | N | | | | | |
| 33-48.30.01 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.31.00 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.32.00 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.33.00 | | 1 | | 3 | | 1.2, 1.4 |

Ex.: 20; p.: 1332

## TABLE 1-1   VERIFICATION CROSS REFERENCE INDEX

NA — NOT APPLICABLE

1—INSPECTION          3—DEMONSTRATION
2—ANALYSIS            4—TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 33-48.34.00 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.40.00 | N | | | | | |
| 33-48.40.01 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.41.00 | N | | | | | |
| 33-48.41.10 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.41.11 | | | | 3 | | 1.4 |
| 33-48.41.12 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.42.00 | N | | | | | |
| 33-48.42.10 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.42.11 | | 1 | | | | 1.2 |
| 33-48.42.12 | | | | 3 | | 1.4 |
| 33-48.42.13 | | | | 3 | | 1.4 |
| 33-48.42.20 | N | | | | | |
| 33-48.42.21 | | | | 3 | | 1.4 |
| 33-48.42.22 | | | | 3 | | 1.4 |
| 33-48.42.23 | | | | 3 | | 1.4 |
| 33-48.42.24 | | | | 3 | | 1.4 |
| 33-48.42.25 | | | | 3 | | 1.4 |
| 33-48.42.30 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.50.00 | N | | | | | |
| 33-48.51.00 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.52.00 | | 1 | | 3 | | 1.2, 1.4 |

Ex.: 20; p.: 1333

TABLE 1-1 VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE 　　　　　　1-INSPECTION　　　　3-DEMONSTRATION
　　　　　　　　　　　　　　　　　2-ANALYSIS　　　　　　4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS | | | | | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| | NA | 1 | 2 | 3 | 4 | |
| 33-48.53.00 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.60.00 | N | | | | | |
| 33-48.60.01 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.60.02 | | 1 | | | | 1.2 |
| 33-48.60.03 | | 1 | | 3 | | 1.2, 1.4 |
| 33-48.60.04 | | | | 3 | | 1.4 |
| 33-48.60.05 | | 1 | | | | 1.2 |
| 33-49.01.00 | | 1 | | | | 1.2 |
| 34-00.01.00 | | 1 | | | | 1.2 |
| 34-00.02.00 | N | | | | | |
| 34-00.03.00 | | 1 | | | | 1.2 |
| 34-12.01.02 | | 1 | | | | 1.2 |
| 34-12.02.02 | | 1 | | | | 1.2 |
| 34-21.03.01 | | 1 | | 3 | | 1.2, 1.4 |
| 34-21.04.03 | | 1 | | 3 | | 1.2, 1.4 |
| 34-23.01.02 | | 1 | | 3 | | 1.2, 1.4 |
| 34-31.01.00 | | 1 | | | | 1.2 |
| 34-31.02.00 | | 1 | | | | 1.2 |
| 34-33.01.00 | | 1 | | | | 1.2 |
| 34-33.10.00 | N | | | | | |
| 34-33.11.00 | | 1 | | | | 1.2 |
| 34-33.12.00 | | 1 | | | | 1.2 |

CS 5500 ATCA　　　09-30-77　　　PAGE　53　　　　QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1334

## TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE      1-INSPECTION      3-DEMONSTRATION
     2-ANALYSIS      4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 34-33.13.00 | | 1 | | | | 1.2 |
| 34-33.14.00 | | 1 | | 3 | | 1.2, 1.4 |
| 34-33.15.00 | | 1 | | 3 | | 1.2, 1.4 |
| 34-33.16.00 | | | | | 4 | 1.5.23 |
| 34-37.01.00 | | 1 | | | | 1.2 |
| 34-37.01.04 | | | | | 4 | 1.5.33 |
| 34-37.01.05 | | 1 | | 3 | | 1.2, 1.4 |
| 34-37.08.00 | | 1 | | | | 1.2 |
| 34-43.01.00 | | 1 | | | | 1.2 |
| 34-43.04.00 | | 1 | | | | 1.2 |
| 34-43.10.00 | | | 2 | | 4 | 1.3, 1.5.34 |
| 34-43.11.00 | | | | 3 | | 1.4 |
| 34-43.12.00 | | | 2 | | 4 | 1.3, 1.5.34 |
| 34-44.04.00 | | 1 | | | | 1.2 |
| 34-54.00.00 | N | | | | | |
| 34-54.01.00 | | 1 | | | | 1.2 |
| 34-54.02.00 | | | | 3 | 4 | 1.4, 1.5.20 |
| 34-54.03.00 | | 1 | | 3 | | 1.2, 1.4 |
| 34-54.10.00 | N | | | | | |
| 34-54.11.00 | | 1 | | | | 1.2 |
| 34-54.20.00 | N | | | | | |
| 34-54.21.00 | | 1 | | | | 1.2 |

DS 5500 ATCA      09-30-77      PAGE 54      QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1335

## TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE                    1-INSPECTION        3-DEMONSTRATION
                                       2-ANALYSIS          4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 34-54.22.00 |   | 1 |   |   |   | 1.2 |
| 34-54.23.00 |   | 1 |   |   |   | 1.2 |
| 34-54.40.00 | N |   |   |   |   |   |
| 34-54.41.00 |   | 1 |   |   |   | 1.2 |
| 34-54.42.00 |   | 1 |   |   |   | 1.2 |
| 34-54.43.00 |   |   | 2 |   | 4 | 1.3, 1.5.20 |
| 34-54.80.00 | N |   |   |   |   |   |
| 34-54.81.00 |   | 1 |   | 3 |   | 1.2, 1.4 |
| 34-56.00.00 | N |   |   |   |   |   |
| 34-56.01.00 |   | 1 |   |   |   | 1.2 |
| 34-56.02.00 |   |   |   | 3 | 4 | 1.4, 1.5.21 |
| 34-56.03.00 |   |   | 2 |   |   | 1.3 |
| 34-56.04.00 |   |   | 2 | 3 |   | 1.3, 1.4 |
| 34-56.10.00 | N |   |   |   |   |   |
| 34-56.11.00 |   | 1 |   |   |   | 1.2 |
| 34-56.12.00 |   | 1 |   |   |   | 1.2 |
| 34-56.13.00 |   | 1 |   |   |   | 1.2 |
| 34-56.14.00 |   | 1 |   |   |   | 1.2 |
| 34-56.15.00 |   | 1 |   |   |   | 1.2 |
| 34-56.20.00 | N |   |   |   |   |   |
| 34-56.21.00 |   | 1 |   |   |   | 1.2 |
| 34-56.22.00 |   | 1 |   | 3 |   | 1.2, 1.4 |

DS 5500 ATCA        09-30-77        PAGE  55            QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1336

## TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE                    1-INSPECTION        3-DEMONSTRATION
                                       2-ANALYSIS          4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 34-56.30.00 | N | | | | | |
| 34-56.31.00 | | 1 | | | | 1.2 |
| 34-56.32.00 | | 1 | | | | 1.2 |
| 34-56.32.01 | | 1 | | 3 | | 1.2, 1.4 |
| 34-56.32.02 | | 1 | | 3 | | 1.2, 1.4 |
| 34-56.32.03 | | 1 | | 3 | | 1.2, 1.4 |
| 34-56.40.00 | N | | | | | |
| 34-56.41.00 | | 1 | | | | 1.2 |
| 34-56.42.00 | | 1 | | | | 1.2 |
| 34-56.43.00 | | 1 | | | | 1.2 |
| 34-56.44.00 | | 1 | | | | 1.2 |
| 34-56.45.00 | | 1 | | | | 1.2 |
| 34-56.50.00 | N | | | | | |
| 34-56.51.00 | | 1 | | 3 | | 1.2, 1.4 |
| 34-56.52.00 | | 1 | | 3 | | 1.2, 1.4 |
| 34-56.80.00 | N | | | | | |
| 34-56.81.00 | | 1 | | | 4 | 1.2, 1.5.33 |
| 34-59.00.00 | N | | | | | |
| 34-59.01.00 | | 1 | | | | 1.2 |
| 34-59.02.00 | | | | | 4 | 1.5.22 |
| 34-59.02.01 | | | | | 4 | 1.5.22 |
| 34-59.10.00 | N | | | | | |

DS 5500 ATCA        09-30-77        PAGE  56              QUALITY ASSURANCE APPENDIX

## TABLE 1-1 VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE

1-INSPECTION          3-DEMONSTRATION
2-ANALYSIS            4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 34-59.11.00 | | 1 | | | | 1.2 |
| 34-59.20.00 | N | | | | | |
| 34-59.21.00 | | 1 | | | | 1.2 |
| 34-59.40.00 | N | | | | | |
| 34-59.41.00 | | 1 | | | | 1.2 |
| 34-59.42.00 | | | | 3 | | 1.4 |
| 35-10.00.00 | N | | | | | |
| 35-10.01.00 | | 1 | | | | 1.2 |
| 35-10.02.00 | | | 2 | | | 1.3 |
| 35-10.03.00 | | 1 | | | | 1.2 |
| 35-11.01.00 | | 1 | | | | 1.2 |
| 35-11.01.01 | | 1 | | | | 1.2 |
| 35-11.02.00 | | 1 | | | | 1.2 |
| 35-11.03.00 | | 1 | | | | 1.2 |
| 35-11.04.00 | | 1 | | | | 1.2 |
| 35-12.01.00 | | 1 | | | | 1.2 |
| 35-12.02.00 | | 1 | | | | 1.2 |
| 35-12.02.01 | | 1 | | | | 1.2 |
| 35-12.02.02 | | 1 | | | | 1.2 |
| 35-12.02.03 | | 1 | | | | 1.2 |
| 35-12.03.00 | | 1 | | | | 1.2 |
| 35-13.01.00 | | 1 | | | | 1.2 |

DS 5500 ATCA          09-30-77          PAGE 57          QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1338

## TABLE 1-1 VERIFICATION CROSS REFERENCE INDEX

NA — NOT APPLICABLE          1—INSPECTION          3—DEMONSTRATION
                             2—ANALYSIS            4—TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 35-13.01.01 | | 1 | | | | 1.2 |
| 35-13.01.02 | | 1 | | | | 1.2 |
| 35-13.01.03 | | 1 | | | | 1.2 |
| 35-13.02.00 | | | | 3 | | 1.4 |
| 35-13.03.00 | | 1 | | | | 1.2 |
| 35-13.04.00 | | 1 | | | | 1.2 |
| 35-13.05.00 | | 1 | | | | 1.2 |
| 35-13.05.01 | | 1 | | | | 1.2 |
| 35-13.05.02 | | 1 | | | | 1.2 |
| 35-14.01.00 | | 1 | | | | 1.2 |
| 35-14.01.01 | | 1 | | | | 1.2 |
| 35-14.01.02 | | 1 | | | | 1.2 |
| 35-14.01.03 | | 1 | | | | 1.2 |
| 35-20.00.00 | N | | | | | |
| 35-20.01.00 | | 1 | | | | 1.2 |
| 35-21.01.00 | | 1 | | | | 1.2 |
| 35-21.02.00 | | | 2 | | | 1.3 |
| 35-21.02.01 | | 1 | 2 | | | 1.2, 1.3 |
| 35-21.02.02 | | 1 | 2 | | | 1.2, 1.3 |
| 35-21.02.03 | | 1 | 2 | | | 1.2, 1.3 |
| 35-21.02.04 | | 1 | 2 | | | 1.2, 1.3 |
| 35-22.01.00 | | 1 | | 3 | | 1.2, 1.4 |

DS 5500 ATCA      09-30-77      PAGE  58          QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1339

TABLE 1-1. VERIFICATION CROSS REFERENCE INDEX

NA — NOT APPLICABLE

1-INSPECTION     3-DEMONSTRATION
2-ANALYSIS       4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 35-22.02.00 | | 1 | | 3 | | 1.2, 1.4 |
| 35-22.03.00 | | 1 | | 3 | | 1.2, 1.4 |
| 35-23.01.00 | | 1 | | | | 1.2 |
| 35-23.01.01 | | 1 | | | | 1.2 |
| 35-23.01.02 | | 1 | | | | 1.2 |
| 35-23.02.00 | | 1 | | | | 1.2 |
| 35-23.03.00 | | 1 | 2 | | | 1.2, 1.3 |
| 35-31.00.00 | N | | | | | |
| 35-31.01.00 | | 1 | | | | 1.2 |
| 35-31.01.04 | | 1 | | | | 1.2 |
| 35-32.00.00 | N | | | | | |
| 35-32.01.00 | | 1 | | | | 1.2 |
| 35-32.01.01 | | 1 | | | | 1.2 |
| 35-32.01.02 | | 1 | | | | 1.2 |
| 35-32.01.03 | | 1 | | | | 1.2 |
| 35-32.01.04 | | 1 | | | | 1.2 |
| 35-32.02.00 | | 1 | | | | 1.2 |
| 35-32.03.00 | | 1 | | | | 1.2 |
| 35-33.00.00 | N | | | | | |
| 35-33.01.00 | | 1 | | | | 1.2 |
| 35-33.01.01 | | 1 | | | | 1.2 |
| 35-33.01.03 | | 1 | | | | 1.2 |

DS 5500 ATCA     09-30-77     PAGE 59     QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1340

## TABLE 1-1 VERIFICATION CROSS REFERENCE INDEX

| NA - NOT APPLICABLE | | | | | 1-INSPECTION<br>2-ANALYSIS | 3-DEMONSTRATION<br>4-TEST |
|---|---|---|---|---|---|---|

| DETAIL<br>SPECIFICATION<br>REQUIREMENT<br>REFERENCE | NA | VERIFICATION<br>METHODS<br>1 2 3 4 | | | | QUALITY ASSURANCE APPENDIX<br><br>VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 35-33.01.04 | | 1 | | | | 1.2 |
| 35-34.00.00 | N | | | | | |
| 35-34.01.00 | | 1 | | | | 1.2 |
| 35-34.01.01 | | 1 | | | | 1.2 |
| 35-34.01.02 | | 1 | | | | 1.2 |
| 35-34.01.03 | | 1 | | | | 1.2 |
| 35-60.01.00 | | 1 | | | | 1.2 |
| 35-60.01.01 | | 1 | | | | 1.2 |
| 36-11.01.00 | | 1 | | | | 1.2 |
| 36-11.02.00 | | 1 | | | | 1.2 |
| 36-12.01.00 | | 1 | 2 | | | 1.2, 1.3 |
| 36-14.01.02 | | 1 | | | | 1.2 |
| 36-15.04.01 | | 1 | | | | 1.2 |
| 36-16.01.00 | | 1 | | | | 1.2 |
| 36-20.01.01 | | 1 | | | | 1.2 |
| 36-20.10.10 | | 1 | | | | 1.2 |
| 38-10.02.00 | | 1 | | 3 | | 1.2, 1.4 |
| 38-12.12.00 | | 1 | | | | 1.2 |
| 38-35.00.00 | N | | | | | |
| 38-35.01.00 | | 1 | | | | 1.2 |
| 38-35.02.00 | | 1 | | | | 1.2 |
| 38-35.03.00 | | 1 | | | | 1.2 |

Ex.: 20; p.: 1341

## TABLE 1-1   VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE               1-INSPECTION        3-DEMONSTRATION
                                  2-ANALYSIS          4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | VERIFICATION METHODS 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 38-35.03.01 | | 1 | | | | 1.2 |
| 38-35.03.02 | | 1 | | | | 1.2 |
| 38-35.03.03 | | 1 | | | | 1.2 |
| 38-35.03.04 | | 1 | | | | 1.2 |
| 38-35.03.05 | | 1 | | | | 1.2 |
| 38-35.03.06 | | 1 | | | | 1.2 |
| 39-10.02.00 | | 1 | | | | 1.2 |
| 39-23.01.00 | | 1 | | | | 1.2 |
| 49-00.01.00 | | 1 | | 3 | | 1.2, 1.4 |
| 49-00.10.00 | | 1 | | 3 | | 1.2, 1.4 |
| 49-00.22.00 | | | 2 | | | 1.3 |
| 49-40.02.00 | | | | | 4 | 1.5.35 |
| 51-10.00.01 | N | | | | | |
| 51-10.02.00* | | 1 | | | | 1.2 |
| 51-10.03.00* | | 1 | | | | 1.2 |
| 51-10.03.01* | | 1 | | | | 1.2 |
| 51-10.04.00* | | 1 | | | | 1.2 |
| 51-10.04.01* | | 1 | | | | 1.2 |
| 51-10.04.02* | | 1 | | | | 1.2 |
| 51-10.05.00* | | 1 | | | | 1.2 |
| 51-10.06.00* | | 1 | | | | 1.2 |
| 51-10.07.00* | | 1 | | | | 1.2 |

DS 5500 ATCA      09-30-77      PAGE  61          QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1342

TABLE 1-1   VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE

1-INSPECTION           3-DEMONSTRATION
2-ANALYSIS             4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS | | | | | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| | NA | 1 | 2 | 3 | 4 | |
| 51-10.08.00* | | 1 | | | | 1.2 |
| 51-10.09.00* | | 1 | | | | 1.2 |
| 51-10.09.01* | | 1 | | | | 1.2 |
| 51-10.09.02* | | 1 | | | | 1.2 |
| 51-10.10.00* | | 1 | | | | 1.2 |
| 51-10.10.01* | | 1 | | | | 1.2 |
| 51-10.10.02* | | 1 | | | | 1.2 |
| 51-10.10.03* | | 1 | | | | 1.2 |
| 51-10.10.04* | | 1 | | | | 1.2 |
| 51-10.10.05* | | 1 | | | | 1.2 |
| 51-10.10.06* | | 1 | | | | 1.2 |
| 51-10.10.07* | | 1 | | | | 1.2 |
| 51-10.11.00* | | 1 | | | | 1.2 |
| 51-10.11.01* | | 1 | | | | 1.2 |
| 51-10.11.02* | | 1 | | | | 1.2 |
| 51-10.13.00* | | 1 | | | | 1.2 |
| 51-10.13.01* | | 1 | | | | 1.2 |
| 51-10.14.00* | | 1 | | | | 1.2 |
| 51-10.16.00* | | 1 | | | | 1.2 |
| 51-10.18.00* | | 1 | | | | 1.2 |
| 51-10.19.00* | | 1 | | | | 1.2 |
| 51-10.20.00* | | 1 | | | | 1.2 |

Ex.: 20; p.: 1343

## TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE

1-INSPECTION    3-DEMONSTRATION
2-ANALYSIS      4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS |||| QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|
| | NA | 1 | 2 | 3 4 | |
| 51-10.21.00* | | 1 | | | 1.2 |
| 51-10.22.00* | | 1 | | | 1.2 |
| 51-10.23.00* | | 1 | | | 1.2 |
| 51-10.23.01* | | 1 | | | 1.2 |
| 51-10.24.00* | | 1 | | | 1.2 |
| 51-10.26.00* | | 1 | | | 1.2 |
| 51-10.27.00* | | 1 | | | 1.2 |
| 51-10.28.00* | | 1 | | | 1.2 |
| 51-10.30.00* | | 1 | | | 1.2 |
| 51-40.01.00* | | 1 | | | 1.2 |
| 51-40.02.00* | | 1 | | | 1.2 |
| 51-40.02.01* | | 1 | | | 1.2 |
| 51-40.02.02* | | 1 | | | 1.2 |
| 51-40.02.03* | | 1 | | | 1.2 |
| 51-40.02.04* | | 1 | | | 1.2 |
| 51-50.01.00* | | | 2 | | 1.3 |
| 52-00.01.00* | | 1 | | | 1.2 |
| 52-00.02.00* | | 1 | | | 1.2 |
| 52-00.02.01* | | 1 | | | 1.2 |
| 52-00.02.02* | | 1 | | | 1.2 |
| 52-00.03.00* | | 1 | | | 1.2 |
| 52-00.05.00* | | 1 | | 3 | 1.2, 1.4 |

DS 5500 ATCA    09-30-77    PAGE  63    QUALITY ASSURANCE APPENDIX

Ex.: 20; p.: 1344

TABLE 1-1  VERIFICATION CROSS REFERENCE INDEX

| NA - NOT APPLICABLE | | 1-INSPECTION | 3-DEMONSTRATION |
| | | 2-ANALYSIS | 4-TEST |

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS | | | | | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
| | NA | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|---|
| 52-00.06.00* | | 1 | | | | 1.2 |
| 52-00.10.00* | | 1 | | | | 1.2 |
| 52-00.11.00* | | 1 | | | | 1.2 |
| 52-00.13.00* | | 1 | | | | 1.2 |
| 52-00.14.00* | | 1 | | | | 1.2 |
| 52-00.14.01* | | 1 | | | | 1.2 |
| 52-00.15.00* | | 1 | | 3 | | 1.2, 1.4 |
| 52-00.15.01* | | 1 | | | | 1.2 |
| 52-10.00.00 | N | | | | | |
| 52-11.00.00 | N | | | | | |
| 52-11.01.00 | | 1 | | | | 1.2 |
| 52-11.02.04 | | 1 | | | | 1.2 |
| 52-40.00.00 | N | | | | | |
| 52-40.01.00 | | 1 | | | | 1.2 |
| 52-40.02.00 | | 1 | | 3 | | 1.2, 1.4 |
| 52-70.00.00 | N | | | | | |
| 52-71.00.00 | N | | | | | |
| 52-71.01.00 | | 1 | | | | 1.2 |
| 52-71.01.01 | | 1 | | 3 | | 1.2, 1.4 |
| 52-71.01.02 | | 1 | | | | 1.2 |
| 52-71.01.03 | | 1 | | | | 1.2 |
| 52-71.01.04 | | 1 | | | | 1.2 |

DS 5500 ATCA     09-30-77     PAGE  64          QUALITY ASSURANCE APPENDIX

## TABLE 1-1 VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE

1-INSPECTION 3-DEMONSTRATION
2-ANALYSIS 4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | NA | 1 | 2 | 3 | 4 | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|---|
| 52-71.01.05 | | 1 | | 3 | | 1.2, 1.4 |
| 53-00.02.00 | | 1 | | | | 1.2 |
| 53-00.03.00 | | | 2 | | 4 | 1.3, 1.5.36 |
| 53-00.08.00* | | 1 | | | | 1.2 |
| 53-00.10.00* | | 1 | | | | 1.2 |
| 53-00.11.00* | | 1 | | | | 1.2 |
| 53-22.10.00 | | 1 | | | | 1.2 |
| 53-22.12.00 | | | 2 | | | 1.3 |
| 53-22.13.00 | | | 2 | | 4 | 1.3, 1.5.37 |
| 56-30.00.00 | N | | | | | |
| 56-31.00.00 | N | | | | | |
| 56-31.01.00 | | 1 | | 3 | | 1.2, 1.4 |
| 56-31.02.00 | | 1 | | | | 1.2 |
| 56-31.03.00 | | 1 | | 3 | | 1.2, 1.4 |
| 56-40.00.00 | N | | | | | |
| 56-41.00.00 | N | | | | | |
| 56-41.01.00 | | 1 | | 3 | | 1.2, 1.4 |
| 56-41.01.01 | | 1 | | | | 1.2 |
| 56-41.01.02 | | 1 | | 3 | | 1.2, 1.4 |
| 56-41.02.00 | | 1 | | | | 1.2 |
| 56-41.03.00 | N | | | | | |
| 56-41.04.00 | | 1 | | 3 | | 1.2, 1.4 |

Ex.: 20; p.: 1346

## TABLE 1-1   VERIFICATION CROSS REFERENCE INDEX

NA - NOT APPLICABLE          1-INSPECTION          3-DEMONSTRATION
                             2-ANALYSIS            4-TEST

| DETAIL SPECIFICATION REQUIREMENT REFERENCE | VERIFICATION METHODS | | | | QUALITY ASSURANCE APPENDIX VERIFICATION REQUIREMENTS |
|---|---|---|---|---|---|
| | NA | 1 | 2 | 3 | 4 |
| 56-41.05.00 | | 1 | | 3 | | 1.2, 1.4 |
| 56-42.00.00 | N | | | | | |
| 56-42.01.00 | | 1 | | 3 | | 1.2, 1.4 |
| 56-42.01.01 | | 1 | | | | 1.2 |
| 56-42.01.02 | | 1 | | | | 1.2 |
| 56-42.01.03 | | 1 | | | | 1.2 |
| 56-42.01.04 | | 1 | | | | 1.2 |
| 56-42.01.05 | | 1 | | | | 1.2 |
| 56-43.00.00 | N | | | | | |
| 56-43.01.00 | | 1 | | 3 | | 1.2, 1.4 |
| 56-43.01.01 | | 1 | | | | 1.2 |
| 56-43.01.02 | | 1 | | | | 1.2 |
| 80-00.01.00 | | 1 | | | | 1.2 |
| 80-00.02.00 | | 1 | | | | 1.2 |
| 99-25.01.00 | | 1 | | | | 1.2 |
| 99-90.01.00 | | 1 | | | | 1.2 |

Ex.: 20; p.: 1347