Exhibit G, Part 40 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits

Case MDL No. 0751 Document 6666-4 Filed 00/724/11 Page 1 of 16
Case 3:PL-cv-00061-JSW Document 74 Filed 00/724/11 Page 1 of 16

**WORK STATEMENT/SCN APPROVAL FORM (WS/SAF)**    WS/SAF DATE 01-29-79    PAGE 1 OF 3

| SCN TITLE | SCN NO. AND DATE | MODEL |
|---|---|---|
| INSTALLATION OF CF6-50C2 ENGINES WITH FIXED CORE EXHAUST NOZZLES IN LIEU OF CF6-50C1 ENGINES WITH FIXED CORE EXHAUST NOZZLES | C72103-50 12-13-78 | KC-10A |

| SPEC ENGR | COG DESIGN SECT/ENGR | PROJ ENGR |
|---|---|---|
| L. K. Helm | Power Plant / L. E. Zimmer | G. A. Schlanert |

| WRITTEN AGAINST DTS NO. AND REV LTR | APPLICABILITY DTS/DS NO. SALES DS NO. CUSTOMER | YES | NO | YES | NO | PREREQUISITE SCN'S AND REMARKS |
|---|---|---|---|---|---|---|
| 5500ATCA (09-30-77) | 5500ATCA | x | | x | | None

NOTES:  1. Refer to WRO 14939 (latest rev.) for production installation of the $N_2$ engine indicators with revised limit markings. (See WS/SAF page 3, note a.)

2. Refer to WRO 14993 (latest rev.) for production installation of EGT indicators with revised caution bands. (See WS/SAF page 3, note b.)

3. This SCN is associated with AC/SC 0036. |

| REV LTR/ DATE REV | DESCRIPTION OF REVISION TO WS/SAF OR SCN | SPEC ENGR | PROJECT APPROVAL |
|---|---|---|---|
| INITIAL ISSUE | Per RFC 9928 | LKH | |
| 1-29-79 | SAF revised to delete 5500-30H applicability per RFC 9928A. See SCN C72103-54. | LKH | |

DAC 25-2037 (REV. 8-76)

**WS/SAF EQUIPMENT ITEMS**

WS/SAF DATE 01-29-79    PAGE 2 of 3

| SCN TITLE | | | | SCN NO. AND DATE | MODEL |
|---|---|---|---|---|---|
| INSTALLATION OF CF6-50C2 ENGINES WITH FIXED CORE EXHAUST NOZZLES IN LIEU OF CF6-50C1 ENGINES WITH FIXED CORE EXHAUST NOZZLES | | | | C72103-50<br>12-13-78 | KC-10A |

| MCL INDEX | QTY CAT | EQUIPMENT ITEM CHANGES NOMENCLATURE | VENDOR | PART NUMBER |
|---|---|---|---|---|
| **ADDED:** | | | | |
| 34-18-03 | 1<br>SFE | Computer, Thrust Rating | Sperry | 4004670-737 |
| 72-00.01 | 3<br>SFE | Engine, Turbofan | G.E. | CF6-50C2 |
| 77-11-01 | 3<br>SFE | Indicator, RPM, $N_1$ | G.E. | 8DJ176LNT2 |
| **DELETED:** | | | | |
| 34-18-03 | 1<br>SFE | Computer, Thrust Rating | Sperry | 4004670-735 |
| 72-00.01 | 1<br>SFE | Engine, Turbofan | G.E. | CF6-50C1 |
| 77-11-01 | 3<br>SFE | Indicator, RPM, $N_1$ | G.E. | 8DJ176LZK2 |

DAC 15-2037G (REV. 8-76)

Case 3:MDL-No-0851 Document-6666-74 Filed 00/204/11 Page 3 of 16

## WS/SAF BACKGROUND/WORK STATEMENT

| SCN TITLE | SCN NO. AND DATE | MODEL |
|-----------|------------------|-------|
| INSTALLATION OF CF6-50C2 ENGINES WITH FIXED CORE EXHAUST NOZZLES IN LIEU OF CF6-50C1 ENGINES WITH FIXED CORE EXHAUST NOZZLES | C72103-50 12-13-78 | KC-10A |

### BACKGROUND/WORK STATEMENT

Installs CF6-50C2 engines with fixed core exhaust nozzles in lieu of CF6-50C1 engines with fixed core exhaust nozzles.

The CF6-50C2 engine has the same thrust rating as the CF6-50C1 engine, 52,500 pounds SLST flat rated to 86°F.

Replaces the existing thrust rating computer with a computer with revised memory curves due to the difference in $N_1$-to-thrust relationship.

The CF6-50C2 engines incorporate the following improvements for improved specific fuel consumption:

1. Improved fan blades.

2. Stiffened fan case and closer tip clearance of the fan blades.

3. Improved forward engine mount to reduce the high pressure compressor distortion.

Installs $N_1$ indicators with an $N_1$ limit of 117% in lieu of the present $N_1$ indicators with an $N_1$ limit of 116%. (Ref. WRO 15033)

Provides pages for the FAA Approved Airplane Flight Manual and T.O. 1C-10A-1 Flight Manual for operation with CF6-50C2 engines.

NOTES:  a.  WRO 14939B (EWO D1483) authorized the following $N_2$ instrument change on Series 30, Fus 261, 268 & subs per 1.2 "CB":

  Deletes 3 $N_2$ indicators (P/N 8DJ176LZS2) with a max. $N_2$ limit (red line) of 108.0%

  Installs 3 $N_2$ indicators (P/N 8DJ176WAR2) with a max. $N_2$ limit (red line) of 109.5%

  b.  WRO 14993A (EWO D3029) authorized the following EGT instrument change on Series 30, Fus 300 & subs per 1.2 "CB":

  Deletes 3 EGT indicators (for ATCA, P/N 8DJ175LXB2) with a continuous temperature limit of 875°C.

  Installs 3 EGT indicators (for ATCA, P/N 8DJ175LXN2) with a continuous temperature limit of 885°C.

  The "continuous temperature limit" is the amber caution band.  The red line at 950°C remains unchanged.

DAC 2037D (REV. 10-75)

Ex.: 21; p.: 1350

## SPECIFICATION CHANGE NOTICE (SCN)

| SCN TITLE | SCN NO. AND DATE | MODEL |
|---|---|---|
| INSTALLATION OF CF6-50C2 ENGINES WITH FIXED CORE EXHAUST NOZZLES IN LIEU OF CF6-50C1 ENGINES WITH FIXED CORE EXHAUST NOZZLES | C72103-50 12-13-78 | KC-10A |

**SCOPE OF CHANGE**

Installs CF6-50C2 engines with fixed core exhaust nozzles in lieu of CF6-50C1 engines with fixed core exhaust nozzles.

Provides pages for the FAA Approved Airplane Flight Manual and T.O. 1C-10A-1 Flight Manual for operation with CF6-50C2 engines.

Replaces the existing thrust rating computer with a thrust rating computer with revised memory curves due to the difference in $N_1$-to-thrust relationship.

Replaces the existing $N_1$ indicators with indicators with limit markings for CF6-50C2 engines.

**EFFECT ON MANUFACTURER'S WEIGHT EMPTY:**  None

**REMARKS/REFERENCES:**

This SCN is associated with AC/SN No. ATCA-0036.

| BASE DTS NUMBER | APPLICABLE TO DS NUMBER | REQUIRES PRIOR OR CONCURRENT ACCEPTANCE OF THE FOLLOWING SCN(S) |
|---|---|---|
| | | |
| | | |

**PRICE**

**THIS CHANGE WILL BE EFFECTIVE ON:**
**PROVIDED APPROVAL IS RECEIVED BY:**

| SELLER APPROVAL | BUYER APPROVAL |
|---|---|
| BY _____  DATE _____ | BY _____  DATE _____ |

DAC 25-2036 (REV.11-78)

Ex.: 21; p.: 1351

SPECIFICATION CHANGE NOTICE (SCN) CONTINUED

| SCN TITLE | | |
|---|---|---|
| INSTALLATION OF CF6-50C2 ENGINES WITH FIXED CORE EXHAUST NOZZLES IN LIEU OF CF6-50C1 ENGINES WITH FIXED CORE EXHAUST NOZZLES | SCN NO. AND DATE<br>C72103-50<br>12-13-78 | MODEL<br>KC-10A |

THE INDICATED PORTIONS OF THE SPECIFICATION SHALL READ AS FOLLOWS:

01-12.01.00   The aircraft shall be powered by three General Electric CF6-50C2 engines.

04-20.02.00   The performance data are based upon the General Electric CF6-50C2 engine data as defined by General Electric.

13-10.03.01   General Electric turbofan engine CF6-50C2 including optional equipment, fan thrust reverser system, and fixed core exhaust nozzle.

                   a. Wing Engine              10,859
                   b. Tail Engine              10,886

22-11.07.06   The flight director takeoff modes shall not be used at gross weights less than $W_{mc}$ when using CF6-50C2 engine rated takeoff thrust.

72-10.01.00   The engine shall be manufactured by General Electric and shall be in accordance with General Electric Specification E2248, dated TBD.

DAC 25-2036B (REV. 10-75)

**MCDONNELL DOUGLAS**

DAC 68-94" (REV 1-89)

| A O L | |
|-------|---|
| **ALL OPERATOR LETTER** | **PRODUCT SUPPORT** |

McDonnell Douglas Corporation (MDC) proprietary right - are included in the information disclosed herein and recipient, by accepting this document, agrees that the information is proprietary to MDC. MDC authorizes recipient to reproduce such information for internal use only

22 October 1992
C1-L3A-149/AOL/FVZ
8-20-0
9-20-00
10-20-00
11-20-00

AOL 8-1160
AOL 9-2038A
AOL 10-2007A
AOL 11-156

R | To:               All DC-8, DC-9, MD-80, DC-10 and MD-11 Operators

Subject:        HAZARDOUS CHEMICALS AND MATERIALS COMMUNICATIONS

R | Applicable To: All DC-8, DC-9, C-9, MD-80, DC-10, KC-10 and MD-11 Aircraft

Reference:      (a) Asbestos Parts List, dated 10 June 1992
R                  (b) AOL 9-2038, dated 21 December 1989
                 (c) AOL 10-2007, dated 21 December 1989

**REASON**

R | TO PROVIDE A REVISED LIST OF ASBESTOS-CONTAINING MATERIALS AND REAFFIRM
HANDLING CAUTIONS AND POTENTIAL HEALTH DANGERS ASSOCIATED WITH IMPROPER
HANDLING OF ASBESTOS, AND TO INCLUDE DC-8 AIRCRAFT, WHICH ARE SIMILARLY
AFFECTED.

Over the past several years, various agencies and bureaus of the U.S. Federal
Government and the State of California have issued regulatory changes and
documentation that are more expansive and definitive regarding the
identification of hazardous chemicals and materials and how they are
classified.

As an ongoing requirement, Douglas Aircraft Company, utilizing the
specifications and requisites of the U.S. Air Transport Association (ATA) and
the U.S. Federal Aviation Administration (FAA), prepares and distributes
various technical publications and associated data that identify and define
those tasks/functions required to service, maintain, repair and overhaul
commercial aircraft and their systems.

Those tasks or functions that employ the use of hazardous substances (chemical
or material) are identified along with precautionary test and associated data.

As a result of the expansion and increased definitive requirements that have
been mandated for hazardous chemicals and substances, the WARNING text and
data have been revised and improved to ensure better understanding and
communication.

Additionally, Douglas Aircraft has, and is engaged in, a program to minimize
and eliminate, wherever possible, the use of hazardous chemicals and materials
that are used in the aircraft and its systems.

*3855 Lakewood Blvd., Long Beach, CA 90846-0001 (310) 593-5511 TELEX 67-4357*

Ex.: 22; p.: 1353

AOL 8-1160
AOL 9-2038A
AOL 10-2007A
AOL 11-156
Page 2

This letter is prepared to provide its recipients with a better understanding of what changes have occurred in the various technical publications and what areas of concern will continue to be improved regarding the efforts to eliminate and minimize the use of hazardous substances.

## OVERVIEW:

The intent of this advisory is to address the areas of Douglas Commercial Aircraft relative to previously produced aircraft (DC-9 and DC-10) and the like configuration derivatives that are currently in production (MD-80 and MD-11). There are similar technical publications and data that pertain to servicing, maintenance, and repair/overhaul that will require dealing with specific chemicals and materials that are categorized by agencies and bureaus of the Federal Government and the State of California as hazardous to human beings. Therefore, the changes to the technical publications and associated data that pertain to hazardous chemicals and materials, as related to this
R | AOL, apply to the DC-8, DC-9, C-9, MD-80, DC-10, KC-10, and MD-11 aircraft.

To ensure that new and revised technical documentation is in compliance with the expanded and changed communications requirements for hazardous substances, we have updated the format and text and rewritten the wording utilizing Simplified English. The general areas of the revisions are identified as follows.

A.  Hazardous Chemicals and Material Warning Notification Text

Comment: Notification text is located in the general section of each chapter of the applicable publications.

o  It should be noted that hazardous chemicals and materials that are used for various tasks are identified in the appropriate area of each of the respective publication(s).

o  Detailed information concerning any particular hazardous substance, beyond what is provided, can be obtained by ordering the applicable MATERIAL SAFETY DATA SHEET (MSDS) from the manufacturer or supplier of the chemical(s) or material(s) identified.

B.  Identification Information and Instructions

Comment: Warnings will be accompanied by text in the particular document and will provide the following information:

o  Hazardous Chemical or Material Identifying Name,

o  Hazard Classification; e.g., carcinogen, toxicant, etc.,

Ex.: 22; p.: 1354

    o Reference to acquiring the MSDS for detailed information
      (from the manufacturer or supplier of this hazardous
      substance).

C.   Precautionary Information and Instructions

   Comment: Each task or function specified in the publication that requires
          use of hazardous substances will have a preceding warning and
          will outline the following:

      o Hazardous Substance Name and Classification

      o Instructions, in general, (Simplified English) covering the
        task or function that requires the use of the hazardous
        substance.

      o Text wording that stipulates that safety equipment will be
        identified in the applicable MSDS.

      o Precautions (general) with regard to the hazards of letting
        substance make contact with the eyes, body, and/or clothing,
        and directions not to breathe fumes, will be added as
        applicable.

      o "Accidental contact with substance" advisory text that refers
        to the MSDS for such things as emergency treatment, medical
        aid, etc.

D.   Disposal of Hazardous Chemicals and Materials

   Comment: The disposal of any hazardous substance must be accomplished in
          accordance with the local compliance requirements utilizing the
          prescribed and authorized procedure(s).

These changes have been formatted for the MD-11 aircraft technical
publications and will be incorporated in the text of other commercial aircraft
built by Douglas on a progressive basis during a standard revision cycle.

## ASBESTOS REDUCTION:

Recently, a foreign customer requested information regarding the identity of
parts and products containing asbestos for the DC-9 and DC-10 aircraft in
order to comply with its government's reporting requirements. Douglas
Aircraft provided the customer with listings for the DC-9/MD-80 and the
DC-10/MD-11 aircraft that, to the best of the company's present knowledge,
identified specific information for each product containing asbestos. The
information compiled for the twin-jet and trijet aircraft, identifying parts
and products containing asbestos, provides the following breakdown for each
part number and identifies revisions:

Ex.: 22; p.: 1355

o  Drawing Part Number
o  Specification I.D.
o  Vendor Name
o  Vendor Identification Code
o  Description
o  Function
o  Replacement Identification or Disposition

R  | A copy of the latest listings for the DC-8, DC-9/MD-80 and the DC-10/MD-11 are
enclosed for your information and retention. As revisions occur, the revised
page(s) will be transmitted. The listings are intended to be the most current
we have and are based on available information. However, Douglas Aircraft may
not know the composition of every product supplied to it; therefore, the
listings may be incomplete. Furthermore, the listings are compilations of
parts and not all of the parts or products listed were incorporated into every ·
model/series of the aircraft of every individual aircraft.

Most of the areas that have employed materials containing asbestos are those
places where high temperatures are experienced, for example, powerplants,
APU's, hot air ducting, brake assemblies, as well as related installations.

The utilization of asbestos is most often combined with products that form a
composite as well as mixed with sealants and adhesive compounds. However, as
of this date, most of the asbestos used in compounds has been eliminated and
the use of asbestos in composite products has been greatly reduced. Some
products and parts, however, still contain asbestos. When combined with other
materials or in encapsulated form, products and/or parts that contain asbestos
should not pose a significant exposure risk. An exception to this could occur
if the particular product or part is sawed, filed, sanded, etc. These and
like actions may release dust that could be inhaled by persons in the
immediate area and must be avoided.

To inform personnel of the potential danger, if such actions are taken as a
result of other tasks, functions or processes that are identified in Douglas
Aircraft technical publication, precautionary text would be part of the
publications or documents wording. An example of the WARNING text follows.·

                    WARNING

        THIS PRODUCT/PART CONTAINS ASBESTOS FIBERS WHICH ARE
        CLASSIFIED AS CARCINOGENIC.  AVOID CREATING DUST INASMUCH
        AS INHALATION OF DUST MAY CAUSE BODILY HARM.  BEFORE
        PROCESSING THE PRODUCT/PART IN SUCH A WAY THAT WILL CREATE
        DUST, CHECK WITH THE LOCAL SAFETY DEPARTMENT OR AUTHORITIES
        FOR:

        o  PROPER SAFETY EQUIPMENT
        o  WORKING PROCEDURES
        o  DISPOSAL OF HAZARDOUS MATERIALS

Ex.: 22; p.: 1356

AOL 8-1160
AOL 9-2038A
AOL 10-2007A
AOL 11-156
Page 5

The recipients of this AOL who may have questions concerning its content should address the inquires to:

> Douglas Aircraft Company
> Attn: Product Support
> c/o Hazard Communications Project
> P.O. Box 1771
> Long Beach, California 90801 (USA)

R | THIS AOL IS FOR ADVISORY PURPOSES ONLY.  NO FAA APPROVAL REQUIRED.

C. J. Lyman
General Manager
Technical Services
Product Support

FVZ/gs
(NAA)
Enclosure:  Noted

Ex.: 22; p.: 1357

June 10, 1992
Page 6

# ASBESTOS PARTS LIST

| DRAWING PN | MDL | SPEC | SUPPLIER | SUPPLIER ID | DESCRIPTION | FUNCTION | SC | REPLCMNT | EFF |
|---|---|---|---|---|---|---|---|---|---|
| | | | Friction Matls | | | brake shoes | P | | |
| | | | Fruehauf Div | 4515D39EX | | trailer brake | P | | |
| | | | Garrett | 74655-2 | asb stainless | gasket | ? | | |
| | | | Garrett | 76991 | encap asb | gasket, plug | ? | | |
| | | | Garrett | S8244-18P062 | encap asb | gasket | ? | | |
| 129110 | | | Garrett Pneu Sys | | | ice prot pneu | ? | | |
| 129112 | | | Garrett Pneu Sys | | | ice prot pneu | ? | | |
| | | | Garrett Pneu Sys | 392710 | | pneu aug | ? | | |
| | | | Garrett Pneu Sys | 392714 | | pneu aug | ? | | |
| | 1 | | Garrett Turbine | 3600158 | fuel mfds | | ? | | |
| | 1 | | Garrett Turbine | 3600159 | fuel mfds | | ? | | |
| | 2 | | Garrett Turbine | 3600176 | gasket | | ? | | |
| | 1 | | Garrett Turbine | 3602263 | gasket | | ? | | |
| | 1 | | Garrett Turbine | 3604419 | fuel mfds | | ? | | |
| | 1 | | Garrett Turbine | 3604420 | fuel mfds | | ? | | |
| | 1 | | Garrett Turbine | 3605252 | gasket | | ? | | |
| | 1 | | Garrett Turbine | 3605771 | gasket | | ? | | |
| | 1 | | Garrett Turbine | 3605771 | seal | | ? | | |
| | 1 | | Garrett Turbine | 369252 | gasket | | ? | | |
| | | Mil G 7021 | Garrett Turbine | · 370085 | | gasket | P | | |
| | 1 | Mil G 7071 | Garrett Turbine | 370086 | gasket | | P | | |
| | 1 | Mil G 7021 | Garrett Turbine | 370349 | gasket | | P | | |
| | 1 | | Garrett Turbine | 370681 | gasket | | ? | | |
| | | Mil G 7021 | Garrett Turbine | 371584 | gasket | | P | | |
| | | | Garrett Turbine | 373622 | gasket | | ? | | |
| | | Mil G 7021 | Garrett Turbine | 378982 | gasket | | P | | |
| | | | Garrett Turbine | 379614 | gasket | | ? | | |
| | | | Garrett Turbine | 663062 | gasket | | ? | | |
| | | Mil G 7021 | Garrett Turbine | 73936 | gasket | | P | | |
| | 9 | Mil G 7021 | Garrett Turbine | 7408 | gasket | | P | | |
| | 1 | Mil G 7021 | Garrett Turbine | 74580 | gasket | | P | | |
| | 2 | Mil G 7021 | Garrett Turbine | 74655 | gasket | | P | | |
| | | | Garrett Turbine | 74707 | gasket | | ? | | |
| | 1 | · | Garrett Turbine | 74714 | gasket | | ? | | |
| | | | Garrett Turbine | 74991 | gasket | | ? | | |
| | | Mil G 7021 | Garrett Turbine | 74991 | gasket | | P | | |
| | | | Garrett Turbine | 75883 | gasket | | ? | | |
| | | | Garrett Turbine | 75947 | gasket | | ? | | |
| | | | Garrett Turbine | 76991 | gasket | | ? | | |
| | 1 | | Garrett Turbine | 977384 | gasket | | ? | | |
| | 1 | | Garrett Turbine | 977797 | gasket | | ? | | |
| | 2 | | Garrett Turbine | 977974 | fuel mfds | | ? | | |
| | 1 | | Garrett Turbine | AN4045 | gasket | | ? | | |
| CF6-50C2 | | A50T10 | GE | 133A2040P4 | | gasket | ? | | |
| CF6-6 | | A50T10 | GE | 133A2040P4 | | gasket | ? | | |
| CF6-6 | | A50T12 | GE | 133A2040P4 | | gasket | ? | | |
| CF6-50C2 | | A50T11 | GE | 5027M27P01 | | flange gasket | ? | | |
| CF6-6 | | A50T11 | GE | 5027M27P01 | | flange gasket | ? | | |
| CF6-F3 | | A50TF94 | GE | 9007M60G51 | | cowl | ? | | |
| CF6-F3 | | A50TF94 | GE | 9007M60G52 | | cowl | ? | | |

June 10, 1992
· Page 7

# ASBESTOS PARTS LIST

| DRAWING PN MDL | SPEC | SUPPLIER | SUPPLIER ID | DESCRIPTION | FUNCTION | SC REPLCMNT | EFF |
|---|---|---|---|---|---|---|---|
| CF6-F3 | A50TF103 | GE | 9007M68G07 | | fwd faring | ? | |
| CF6-F3 | A50TF104 | GE | 9007M68G07 | | fwd fairing | ? | |
| CF6-F3 | A50TF45 | GE | 9007M68G07 | | forward fairing | ? | |
| CF6-F3 | A50TF88 | GE | 9007M68G07 | | forward fairing | ? | |
| CF6-F3 | A50TF90 | GE | 9007M68G07 | | forward fairing | ? | |
| CF6-F3 | A50TF103 | GE | 9007M69G10 | | sound panel | ? | |
| CF6-F3 | A50TF104 | GE | 9007M69G10 | | sound panel | ? | |
| CF6-F3 | A50TF88 | GE | 9007M69G10 | | sound panel | ? | |
| CF6-F3 | A50TF90 | GE | 9007M69G10 | | sound panel | ? | |
| CF6-F3 | A50TF104 | GE | 9J07M69G19 | | sound panel | ? | |
| CF6-F3 | A50TF103 | GE | 9007M70G10 | | sound panel | ? | |
| CF6-F3 | A50TF104 | GE | 9007M70G10 | | sound panel | ? | |
| CF6-F3 | A50TF45 | GE | 9007M70G10 | | sound panel | ? | |
| CF6-F3 | A50TF90 | GE | 90J7M70G10 | | sound panel | ? | |
| CF6-50C2 | A50TF16 | GE | 9010M85P01 | | fit dra gasket | ? | |
| CF6-6 | A50TF16 | GE | 9010M85P01 | | fit drain gasket | ? | |
| CF6-F3 | A50TF103 | GE | 9017M38G11 | | fwd panel | ? | |
| CF6-F3 | A50TF104 | GE | 9017M38G11 | | fwd panel | ? | |
| CF6-F3 | A50TF39 | GE | 9017M38G11 | | fwd panel | ? | |
| CF6-F3 | A50TF70 | GE | 9017M38G11 | | fwd panel | ? | |
| CF6-F3 | A50TF103 | GE | 9017M38G12 | | fwd panel | ? | |
| CF6-F3 | A50TF104 | GE | 9017M38G12 | | fwd panel | ? | |
| CF6-F3 | A50TF39 | GE | 9017M38G12 | | fwd panel | ? | |
| CF6-F3 | A50TF70 | GE | 9017M38G12 | | fwd panel | ? | |
| CF6-F3 | A50TF103 | GE | 9017M40G06 | | bondment | ? | |
| CF6-F3 | A50TF104 | GE | 9017M40G06 | | bondment | ? | |
| CF6-F3 | A50TF70 | GE | 9017M40G06 | | bondment | ? | |
| CF6-F3 | A50TF103 | GE | 9017M40G08 | | bondment | ? | |
| CF6-F3 | A50TF104 | GE | 9017M40G08 | | bondment | ? | |
| CF6-F3 | A50TF70 | GE | 9017M40G08 | | bondment | ? | |
| CF6-F3 | A50TF103 | GE | 9017M81G21 | | aft bondment | ? | |
| CF6-F3 | A50TF104 | GE | 9017M81G21 | | aft bondment | ? | |
| CF6-F3 | A50TF39 | GE | 9017M81G21 | | aft bondment | ? | |
| CF6-F3 | A50TF70 | GE | 9017M81G21 | | aft bondment | ? | |
| CF6-F3 | A50TF94 | GE | 9017M81G21 | | aft bondment | ? | |
| CF6-F3 | A50TF103 | GE | 9017M81G22 | | aft bondment | ? | |
| CF6-F3 | A50TF104 | GE | 9017M81G22 | | aft bondment | ? | |
| CF6-F3 | A50TF39 | GE | 9017M81G22 | | aft bondment | ? | |
| CF6-F3 | A50TF70 | GE | 9017M81G22 | | aft bondment | ? | |
| CF6-F3 | A50TF94 | GE | 9017M81G22 | | aft bondment | ? | |
| CF6-F3 | A50TF104 | GE | 9019M14G06 | | cowl guide | ? | |
| CF6-F3 | A50TF103 | GE | 9019M69G08 | | transition duct | ? | |
| CF6-F3 | A50TF104 | GE | 9019M69G08 | | transition duct | ? | |
| CF6-F3 | A50TF70 | GE | 9019M69G08 | | transition duct | ? | |
| CF6-F3 | A50TF94 | GE | 9019M69G08 | | transition duct | ? | |
| CF6-F3 | A50TF15 | GE | 9019M80P01 | | gasket | ? | |
| CF6-6 | A50TF94 | GE | 9031M43P01 | | air seal | ? | |
| CF6-50C2 | A50TF90 | GE | 9031M99G44 | | aft fan case | ? | |
| CF6-6 | A50TF90 | GE | 9031M99G44 | | aft fan case | ? | |
| CF6-6 | A50TF94 | GE | 9031M99G44 | | aft fan case | ? | |

Ex.: 22; p.: 1359

June 10, 1992
Page 8

# ASBESTOS PARTS LIST

| DRAWING PN MDL | SPEC | SUPPLIER | SUPPLIER ID | DESCRIPTION | FUNCTION | SC REPLCMNT | EFF |
|---|---|---|---|---|---|---|---|
| CF6-F3 | A50TF94 | GE | 9037M20G03 | | guide bracket | ? | |
| CF6-F3 | A50TF94 | GE | 9037M4G02 | | fireseal assy | ? | |
| CF6-50C2 | A50TF104 | GE | 9046M44G05 | | oil seal | ? | |
| CF6-50C2 | A50TF16 | GE | 9046M47P01 | | drain gasket | ? | |
| CF6-50C2 | A50TF104 | GE | 9046M49G03 | | oil seal | ? | |
| CF6-50C2 | A50TF94 | GE | 9046M69P05 | seal | oil seal | ? | |
| CF6-50C2 | A50TF94 | GE | 9048M51G07 | | strut 1 pad | ? | |
| CF6-6 | A50TF94 | GE | 9048M51G07 | | aft fan case | ? | |
| CF6-F3 | A50TF90 | GE | 9048M88P03 | | link housing | ? | |
| CF6-50C2 | A50TF16 | GE | 9053M62P02 | | gasket | ? | |
| CF6-F3 | A50TF94 | GE | 9056M45G03 | | fdbk firseal | ? | |
| CF6-50C2 | A50TF16 | GE | 9057M32P01 | | gasket | ? | |
| CF6-50C2 | A50TF16 | GE | 9057M92P01 | | square gasket | ? | |
| CF6-6 | A50TF16 | GE | 9057M92P01 | | square gasket | ? | |
| CF6-F3 | A50TF90 | GE | 9058M88P02 | | link housing | ? | |
| CF6-F3 | A50TF90 | GE | 9058M88P03 | | link housing | ? | |
| CF6-F3 | A50TF103 | GE | 9058M90G03 | | door blocker | ? | |
| CF6-F3 | A50TF104 | GE | 9058M90G03 | | door blocker | ? | |
| CF6-F3 | A50TF88 | GE | 9058M90G03 | | door blocker | ? | |
| CF6-F3 | A50TF90 | GE | 9058M90G03 | | door blocker | ? | |
| CF6-F3 | A50TF103 | GE | 9058M91G05 | | door blocker | ? | |
| CF6-F3 | A50TF104 | GE | 9058M91G05 | | door blocker | ? | |
| CF6-F3 | A50TF88 | GE | 9058M91G05 | | door blocker | ? | |
| CF6-F3 | A50TF90 | GE | 9058M91G05 | | door blocker | ? | |
| CF6-F3 | A50TF103 | GE | 9058M91G06 | | door blocker | ? | |
| CF6-F3 | A50TF104 | GE | 9058M91G06 | | door blocker | ? | |
| CF6-F3 | A50TF88 | GE | 9058M91G06 | | door blocker | ? | |
| CF6-F3 | A50TF90 | GE | 9058M91G06 | | door blocker | ? | |
| CF6-F3 | A50TF103 | GE | 9058M92G09 | | door blocker | ? | |
| CF6-F3 | A50TF104 | GE | 9058M92G09 | | door blocker | ? | |
| CF6-F3 | A50TF88 | GE | 9058M92G09 | | door blocker | ? | |
| CF6-F3 | A50TF90 | GE | 9058M92G09 | | door blocker | ? | |
| CF6-F3 | A50TF103 | GE | 9058M92G10 | | door blocker | ? | |
| CF6-F3 | A50TF104 | GE | 9058M92G10 | | door blocker | ? | |
| CF6-F3 | A50TF88 | GE | 9058M92G10 | | door blocker | ? | |
| CF6-F3 | A50TF90 | GE | 9058M92G10 | | door blocker | ? | |
| CF6-F3 | A50TF103 | GE | 9059M10G07 | | cowl bondment | ? | |
| CF6-F3 | A50TF104 | GE | 9059M10G07 | | cowl bondment | ? | |
| CF6-F3 | A50TF70 | GE | 9059M10G07 | | cowl bondment | ? | |
| CF6-F3 | A50TF88 | GE | 9059M10G07 | | cowl bondment | ? | |
| CF6-F3 | A50TF103 | GE | 9059M10G08 | | cowl bondment | ? | |
| CF6-F3 | A50TF104 | GE | 9059M10G08 | | cowl bondment | ? | |
| CF6-F3 | A50TF70 | GE | 9059M10G08 | | cowl bondment | ? | |
| CF6-F3 | A50TF88 | GE | 9059M10G08 | | cowl bondment | ? | |
| CF6-F3 | A50TF103 | GE | 9059M26G01 | | inlet duct | ? | |
| CF6-F3 | A50TF104 | GE | 9059M26G01 | | inlet duct | ? | |
| CF6-F3 | A50TF70 | GE | 9059M26G01 | | inlet duct | ? | |
| CF6-F3 | A50TF94 | GE | 9059M43G19 | | upper assy | ? | |
| CF6-F3 | A50TF94 | GE | 9059M43G20 | | upper assy | ? | |
| CF6-F3 | A50TF16 | GE | 9059M47G09 | | core cowl | ? | |

June 10, 1992
· Page 9

# ASBESTOS PARTS LIST

| DRAWING PN MDL | SPEC | SUPPLIER | SUPPLIER ID | DESCRIPTION | FUNCTION | SC REPLCMNT EFF |
|---|---|---|---|---|---|---|
| CF6-F3 | A50TF16 | GE | 9059M47G10 | | core cowl | ? |
| CF6-F3 | A50TF94 | GE | 9059M49G63 | | support assy | ? |
| CF6-F3 | A50TF94 | GE | 9059M49G64 | | support assy | ? |
| CF6-F3 | A50TF94 | GE | 9059M55G01 | | duct cap | ? |
| CF6-F3 | A50TF16 | GE | 9059M57G01 | | duct panel | ? |
| CF6-50C2 | A50TF104 | GE | 9064M53G12 | | forward case | ? |
| CF6-50C2 | A50TF104 | GE | 9064M97G09 | | stage 1 shroud | ? |
| CF6-50C2 | A50TF104 | GE | 9064M98G07 | | stage 2 shroud | ? |
| CF6-50C2 | A50TF104 | GE | 9064M99G07 | | stage 3 shroud | ? |
| CF6-50C2 | A50TF94 | GE | 9065M67G07 | | fra fan sleeve | ? |
| CF6-6 | A50TF94 | GE | 9065M67G07 | | fan fra sleeve | ? |
| CF6-50C2 | A50TF16 | GE | 9066M46P01 | | rectang gasket | ? |
| CF6-F3 | A50TF104 | GE | 9071M77G07 | | access dr assy | ? |
| CF6-F3 | A50TF104 | GE | 9071M77G12 | | access dr assy | ? |
| CF6-F3 | A50TF104 | GE | 9071M77G13 | | access dr assy | ? |
| CF6-F3 | A50TF103 | GE | 9072M53G02 | | bondment | ? |
| CF6-F3 | A50TF104 | GE | 9072M53G02 | | bondment | ? |
| CF6-F3 | A50TF94 | GE | 9072M53G02 | | bondment | ? |
| CF6-F3 | A50TF103 | GE | 9072M53G05 | | bondment | ? |
| CF6-F3 | A50TF104 | GE | 9072M53G05 | | bondment | ? |
| CF6-F3 | A50TF94 | GE | 9072M53G05 | | bondment | ? |
| CF6-F3 | A50TF103 | GE | 9072M53G07 | | bondment | ? |
| CF6-F3 | A50TF104 | GE | 9072M53G07 | | bondment | ? |
| CF6-F3 | A50TF94 | GE | 9072M53G07 | | bondment | ? |
| CF6-F3 | A50TF103 | GE | 9072M53G08 | | bondment | ? |
| CF6-F3 | A50TF104 | GE | 9072M53G08 | | bondment | ? |
| CF6-F3 | A50TF94 | GE | 9072M53G08 | | bondment | ? |
| CF6-F3 | A50TF103 | GE | 9072M53G09 | | bondment | ? |
| CF6-F3 | A50TF104 | GE | 9072M53G09 | | bondment | ? |
| CF6-F3 | A50TF94 | GE | 9072M53G09 | | bondment | ? |
| CF6-F3 | A50TF103 | GE | 9072M65G05 | | duct bondment | ? |
| CF6-F3 | A50TF104 | GE | 9072M65G05 | | duct bondment | ? |
| CF6-F3 | A50TF103 | GE | 9072M65G06 | | duct bondment | ? |
| CF6-F3 | A50TF104 | GE | 9072M65G06 | | duct bondment | ? |
| CF6-F3 | A50TF103 | GE | 9072M65G07 | | duct bondment | ? |
| CF6-F3 | A50TF104 | GE | 9072M65G07 | | duct bondment | ? |
| CF6-F3 | A50TF103 | GE | 9072M65G08 | | duct bondment | ? |
| CF6-F3 | A50TF104 | GE | 9072M65G08 | | duct bondment | ? |
| CF6-50C2 | A50TF61 | GE | 9074M74G25 | | stg f/sta vane | ? |
| CF6-F3 | A50TF104 | GE | 9077M55G03 | | deflector beam | ? |
| CF6-50C2 | A50TF104 | GE | 9079M70G08 | | stage 2 shroud | ? |
| CF6-50C2 | A50TF104 | GE | 9079M71G08 | | stage 2 case | ? |
| CF6-50C2 | A50TF104 | GE | 9079M72G13 | | st stator case | ? |
| CF6-50C2 | A50TF104 | GE | 9079M74G04 | | . st stator case | ? |
| CF6-50C2 | A50TF94 | GE | 9079M75G06 | | outer-sta case | ? |
| CF6-50C2 | A50TF90 | GE | 9105M10G01 | fan B | adhesive | ? |
| CF6-50C2 | A50TF15 | GE | 9108M65P01 | | rear sh insert | ? |
| CF6-6 | A50TF16 | GE | 9108M74P01 | | round gasket | ? |
| CF6-6 | A50TF135 | GE | 9127M51P01 | | flange bushing | ? |
| CF6-6 | A50TF135 | GE | 9127M51P02 | | flange bushing | ? |

June 10, 1992
Page 10

# ASBESTOS PARTS LIST

| DRAWING PN MDL | SPEC | SUPPLIER | SUPPLIER ID | DESCRIPTION | FUNCTION | SC REPLCMNT | EFF |
|---|---|---|---|---|---|---|---|
| CF6-6 | A50TF135 | GE | 9127M52P01 | | shim | ? | |
| CF6-6 | A50TF135 | GE | 9127M52P02 | | shim | ? | |
| CF6-50C2 | A50TF48 | GE | 9149M88G01 | | coupling flange | ? | |
| CF6-F3 | A50TF119 | GE | 9152M69P20B | | see doubler | ? | |
| CF6-50C2 | A50TF16 | GE | 9187M80P01 | | gasket | ? | |
| CF6-50C2 | A50TF90 | GE | 9204M54P01 | band | adhesive | ? | |
| CF6-6 | A50TF90 | GE | 9204M54P01 | band | adhesive | ? | |
| CF6-50C2 | A50TF90 | GE | 9204M54P02 | band | adhesive | ? | |
| CF6-50C2 | A50TF90 | GE | 9204M55P01 | nng | adhesive | ? | |
| CF6-6 | A50TF90 | GE | 9204M55P01 | ring | adhesive | ? | |
| CF6-6 | A50T12 | GE | 9607M33P01 | | oil noz gasket | ? | |
| CF6-50C2 | A50T12 | GE | 9607M33P02 | | gasket | ? | |
| CF6-50C2 | A50T12 | GE | 9608M12P02 | | gasket | ? | |
| CF6-6 | A50T12 | GE | 9608M12P02 | | gasket | ? | |
| CF6-6 | A50TF118 | GE | 9608M20P10 | | retaining strap | ? | |
| CF6-50C2 | A50TF118 | GE | 9608M20P16 | | retaining stra | ? | |
| CF6-6 | A50TF118 | GE | 9608M20P16 | | retaining strap | ? | |
| CF6-6 | A50TF118 | GE | 9608M20P54 | | retaining strap | ? | |
| CF6-6 | A50T12 | GE | 9627M01P01 | | gasket | ? | |
| CF6-50C2 | A50T12 | GE | 9627M75P02 | | bearing gasket | ? | |
| CF6-6 | A50T12 | GE | 9627M75P02 | | oil gasket | ? | |
| CF6-50C2 | A50T12 | GE | 9629M62P01 | | oil gasket | ? | |
| CF6-6 | A50T12 | GE | 9629M62P01 | | oil gasket | ? | |
| CF6-50C2 | A50T12 | GE | 9643M56P01 | | gasket/sensor | ? | |
| CF6-6 | A50T12 | GE | 9643M56P01 | | sensor gasket | ? | |
| CF6-50C2 | A50TF16 | GE | 9644M74P01 | | scav tm gasket | ? | |
| CF6-6 | A50TF16 | GE | 9644M74P01 | | scav tm gasket | ? | |
| CF6-50C2 | A50TF16 | GE | 9652M70P01 | | vent tm gasket | ? | |
| CF6-6 | A50TF94 | GE | 9654M03G05 | | air comp seal | ? | |
| CF6-6 | A50T12 | GE | 9658M80P01 | | oil gasket | ? | |
| CF6-50C2 | A50T12 | GE | 9658M80P02 | | ok gasket | ? | |
| CF6-50C2 | A50T12 | GE | 9665M71P01 | | bearing gasket | ? | |
| CF6-6 | A50T12 | GE | 9665M71P01 | | bearing gasket | ? | |
| CF6-6 | A50TF16 | GE | 9681M30P01 | gasket | flange gasket | ? | |
| CF6-6 | A50TF104 | GE | 9696M17G03 | | air seal | ? | |
| CF6-6 | A50TF88 | GE | 9696M17G03 | | air seal | ? | |
| CF6-6 | A50TF94 | GE | 9696M17G03 | | air seal | ? | |
| CF6-50C2 | A50TF104 | GE | 9698M66P03 | epoxy, oil seal | adhesive | ? | |
| CF6-6 | A50TF104 | GE | 9698M66P03 | epoxy | adhesive | ? | |
| CF6-6 | A50TF88 | GE | 9698M66P03 | epoxy | adhesive | ? | |
| CF6-50C2 | A50TF104 | GE | 9698M66P04 | epoxy | adhesive | ? | |
| CF6-6 | A50TF104 | GE | 9698M66P04 | epoxy | adhesive | ? | |
| CF6-6 | A50TF88 | GE | 9698M66P04 | epoxy | adhesive | ? | |
| CF6-50C2 | A50TF118 | GE | J1162G06 | | loop clamp | ? | |
| CF6-50C2 | A50TF118 | GE | J1162G16 | | loop clamp | ? | |
| CF6-6 | A50TF118 | GE | J1162G16 | | loop clamp | ? | |
| CF6-6 | A50TF118 | GE | R355P04 | | loop clamp | ? | |
| CF6-6 | A50TF118 | GE | R355P05 | | loop clamp | ? | |
| CF6-6 | A50TF118 | GE | R355P06 | | loop clamp | ? | |
| CF6-F3 | A50TF118 | GE | R355P06 | | loop clamp | ? | |

Ex.: 22; p.: 1362

# ASBESTOS PARTS LIST

| DRAWING PN MDL | SPEC | SUPPLIER | SUPPLIER ID | DESCRIPTION | FUNCTION | SC | REPLCMNT | EFF |
|---|---|---|---|---|---|---|---|---|
| CF6-50C2 | A50TF118 | GE | R355P08 | | tmf loop clamp | ? | | |
| CF6-6 | A50TF118 | GE | R355P08 | | loop clamp | ? | | |
| CF6-6 | A50TF118 | GE | R355P08P01 | | loop clamp, tmf | ? | | |
| CF6-6 | A50TF118 | GE | R355P09 | | loop clamp | ? | | |
| CF6-6 | A50TF118 | GE | R355P10 | | loop clamp | ? | | |
| CF6-6 | A50TF118 | GE | R355P10 | | loop clamp | ? | | |
| CF6-6 | A50TF118 | GE | R355P11 | | loop clamp | ? | | |
| CF6-6 | A50TF118 | GE | R355P12 | | loop clamp | ? | | |
| CF6-6 | A50TF118 | GE | R355P14 | | loop clamp | ? | | |
| CF6-6 | A50TF118 | GE | R355P16 | | loop clamp | ? | | |
| CF6-6 | A50TF118 | GE | R355P20 | | loop clamp | ? | | |
| ARG7455 | | Goodyear | 5000757-8 | | wheel | P | | |
| NRG6202 | | Goodyear | 5000758-10 | | brake | P | | |
| NYG6214 | | Goodyear | 5000758-10 | SB10103018 | brake | P | | |
| SB10103- | | Goodyear | 5000758-10 | SB10103020 | brake | P | | |
| SB10103- | | Goodyear | 5000758-10 | SB10103021 | brake | P | | |
| 5930594 | | Goodyear | 5004320-4 | | wheel | P | | |
| SB09320- | | Goodyear | 5004320-4 | SB09320207 | wheel | P | | |
| SR09320- | | Goodyear | 5004320-4 | SR09320001 | wheel | P | | |
| SR09320- | | Goodyear | 5004320-4 | SR09320009 | wheel | P | | |
| 4956507 | | Goodyear | 5004321-10 | SR09320009 | brake | P | | |
| 5930999 | | Goodyear | 5004321-10 | | brake | P | | |
| 7961533 | | Goodyear | 5004321-10 | | brake | P | | |
| SR09320- | | Goodyear | 5004321-10 | SR09320003 | brake | P | | |
| SR09320- | | Goodyear | 5004321-10 | SR09320009 | brake | P | | |
| 4956507 | | Goodyear | 5004321-6 | | brake | P | | |
| 5930593 | | Goodyear | 5004321-6 | | brake | P | | |
| 5930999 | | Goodyear | 5004321-6 | | brake | P | | |
| SB09320- | | Goodyear | 5004321-6 | SB09320207 | brake | P | | |
| SB09320- | | Goodyear | 5004321-6 | SB09320213 | brake | P | | |
| SB09710- | | Goodyear | 5004321-6 | SB09710035 | brake | P | | |
| SB09710- | | Goodyear | 5004321-6 | SB09710038 | brake | P | | |
| SR09320- | | Goodyear | 5004321-6 | SR09320001 | brake | P | | |
| SR09320- | | Goodyear | 5004321-6 | SR09320003 | brake | P | | |
| SR09320- | | Goodyear | 5004321-6 | SR09320009 | brake | P | | |
| 5930594 | | Goodyear | 5007897 | | brake | P | | |
| SR09320- | | Goodyear | 5007897 | SR09320009 | brake | P | | |
| 5930594 | | Goodyear | 5007897-1 | | brake | P | | |
| SR09320- | | Goodyear | 5007897-1 | | brake | P | | |
| 5930594 | | Goodyear | 5007897-2 | | brake | P | | |
| 5930999 | | Goodyear | 5007898 | | brake | P | | |
| 7954978 | | Goodyear | 5007898 | | brake | P | | |
| 7961533 | | Goodyear | 5007898 | | brake | P | | |
| SB09320- | | Goodyear | 5007898 | SB09320213 | brake | P | | |
| SB09710- | | Goodyear | 5007898 | SB09710035 | brake | P | | |
| SB09710- | | Goodyear | 5007898 | SB09710038 | brake | P | | |
| SR09320- | | Goodyear | 5007898 | SR09320009 | brake | P | | |
| 5930999 | | Goodyear | 5007898-1 | | brake | P | | |
| 7962428 | | Goodyear | 5007898-1 | | brake | P | | |
| 7962600 | | Goodyear | 5007898-1 | | brake | P | | |