P. 1 4

# ENGINEERING ORDER

8 ZONES

NEW RELEASE
DAC 25-1709 (REV. 1-78)

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CODE IDENT NO 05877 CORPORATION

| | | | |
|---|---|---|---|
| OTHER MODEL USAGE | DESIGN SECTION C1 | TYPE RELEASE | MAJOR SUB. MDC |
| | LDM | DEVELOPMENT A | |
| | | PRODUCTION B X | |
| | | NON PROD C | |

ADV DATE

J NJG 6400

SHEET 1 OF 2   SIZE DRAWING NUMBER

| RC | R | MI 537 | MW 84/B | AW | FS 48200 |
|---|---|---|---|---|---|

### TYPE OF DRAWING:

A SECTION LIST
J CUSTOMER VARIATION
F MODIFICATION
D REWORK/SALVAGE
B SPEC OR SOURCE CONTROL
C DAC STANDARD
H SPECIAL SPARE
E SERVICE CHANGE
G UNDIMENSIONED
I X OTHER

| | | |
|---|---|---|
| ENGRG TIME CHG COST CHARGE NO. DPAE | TITLE | |
| K10 | HYD INSTL — BOOM HOIST | |

DL A
CW A

| EWO DPOEI | DOG 84/B |
|---|---|
| SYS | COE |

WRO KC10-2

ROUTING CODE

CHG CLASS A

SEO REWORK DWG REQUIRES DWG CHG

| | YES | NO |
|---|---|---|

RELEASE STOP ORDER DATED

PATTERN DIE MOLD AFFECTED

| | DATE | 1 | DRAWING CHANGED | |
|---|---|---|---|---|
| | DATE | 2 | ADVANCE DWG CHG | |
| | DATE | 3 | SERIAL EO | |
| | DEC 14 1978 | 4 | NEW/REVISED RLSE | NEW |
| | DATE | 5 | REISSUE TO REVISE | R |

DWG REPLACES
REPLACED BY

EXPECTED SEO CHG INCORP DATE
INCORP SEO OAEO NO

| EO MADE BY W.V. MUTZ | DESIGN APPROVAL A. Riccobono | CHECK EO | WEIGHTS 12-12-78 SHOEMAKER | PROGRAM ENGRG CM 12-12-78 | PRODUCT SUPPORT Hathaway 1/P/S | RELEASE DATE BAHLS 12-14-8 | CUSTOMER AUTH | INCORP VIR NO. |
|---|---|---|---|---|---|---|---|---|
| DWG MADE/CHGD BY D. WARD 12/4/18 | SPEC COMPLIANCE H.K. Ross | CHECK DWG ECK 12/07/8 | STRESS 12-12-78 | CHANGE CONTROL DARST 12-12-78 | CUSTOMER | | | |

EXPECTED SEO CHG NO
INCORP DATE

| 1,2 LTR | MODEL | SECTION | RELEASE CCN | WRO EFFECT 311 | EFFECTIVITY (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 311+ | | NEW | FORMER | | |
| 1 CB | KC-10A | JG00AA | | | 48200, AD30A, | -1 | 1 | 0 | NJV6400 | 1 |
| 2 | | | | | | | | | | 2 |
| 3 | | | | | | | | | | 3 |
| 4 | | | | SEE SHEET 1101 FOR EFF | | | | | | 4 |
| 5 | | | | | | | | | | 5 |

C1

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| DEVELOPMENT | X | |
| Orig at DAC | | |
| Dup at | | X |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | X |

| | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | X |
| FINISH SPEC AFF | | X |
| DRMS & DRAINS AFF | | X |
| VENTILATION AFF | | X |
| SEALING AFF | | X |
| ELEC BONDING AFF | | X |
| LUBRICATION AFF | | X |

HATHAWAY 761 7-21

| SB/SC NO. | EXTRA EO'S NAME COREY | QTY 2 | DEPT 253 | MAIL CODE 36-94 | EXTRA DWGS NAME KIBBEE | QTY 1 | DEPT 253 | MAIL CODE 35-61 | DRAWING NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | DOOLE | 1 | 253 | 36-94 | NJG 6400 |
| | | | | | R.JOHNSON | 1 | 253 | 35-61 | |

Ex. 24, p. 1393

Case MDL No. 825 Document 66674 Filed 03/09/01 Page 2 of 8

ENGINEERING ORDER   DES COG:DAC DES GRP:H/M MFG COG:   CODE IDENT NO. 88877 PAGE COY 01   DRAWING NUMBER NJG6400
DATE:781213 EWO:DPOE1       WRO:KC10-2                  DEC 14 1978   DRAWING CHANGE
1.2 SCHEDULE   DC-10   CC                                              MEMO NUMBER NEW
                                                                      REISSUE NUMBER

| MODEL | SECTION | HI NO | EFFECTIVITY | | CONFIGURATIONS SEQ | FROM | THRU | REQ PER NEW | ARTICLE FORMER | NEXT ASSEMBLY DRAWING NO. | U CD |
|-------|---------|-------|-------------|--|--------------------|------|------|-------------|----------------|---------------------------|------|
| DC-10 | JG00AA | 2 | AD30A | .48200 | -1 | | | 0001 | 0000 | NJV6400 | |

Ex.: 24; p. 1394



A—A 4

GENERAL NOTES
UNLESS OTHERWISE SPECIFIED
1. ASSEMBLY SHOP PRACTICE PER DPS 2.70-2
2. IDENTIFY PER DPS 3.02
3. STATION NUMBERS APPLY TO BASIC DC-10 ONLY.
   FOR OTHER SERIES USAGE SEE DWG AA27000
   FOR STATION RELATIONSHIP.

MS70042.5 NUT 4PL
NASE752-516H WASHER 4PL

NJH6002 REF

Y-2085.24 REF

AJG709R-5501

AJG709B-5501 MOTOR ASSY
MS9135-01 GASKET

PRESS PE PORT REF

Z=60.75 REF

1.00 REF

RETURN PORT REF

SEAL DRAIN REF

WINCH MTG PLANE REF

AJC7013 REF

X=31.50 REF

AJG7096-5001 HOIST VALVE INSTL

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA

HYDRAULIC INSTL —
BOOM HOIST

J  88277  N J66400

NJVJ6400  KC-10A

SIZE  FULL  SHEET 1 OF 1

Engineering Doc No. 891, IDoccument9591, Sheet 04/891, Page 4 of 90

WINCH MTG PLANE REF

SEAL DRAIN REF

17 REF

2-60.75 REF

13-13

A-301708-5001

N-2055-24 REF

NJM8002 REF

M42316-L1 REF 4PL
NAS1352-3R5H WASHER 4 PL

LOWER PORT REF

RAISE PORT REF

A201708-96001 MOTOR ASSY
MS9356-01 GASKET

X-1000 REF

13

13

VIEW MTG LEFT PARALLEL
TO WINCH MTG PLANE

X-2000 REF

NJM8002 REF

A

Case MDL-No0065-JB-W-DDL Document 74-File 03/20/01 Page 5 of 90

LO3/12

MCDONNELL DOUGLAS

CODE (DENT NOT USED)                    COMBINATION

| | | CI |
|---|---|---|

TYPE OF E.O.

DEVELOPMENT
PRODUCTION  X
NON PROD.

J  NJG6400

SHEET  1  OF  3

SIZE  DRAWING NUMBER

RC  AIR   MI  537   MN       FS 48300   TDM

| HANDLING INSTRUCTIONS (HI) | ENGRG TIME CHG | TITLE |
|---|---|---|

DATE  MAR 17 1979

DRAWING CHANGED

0. INTERCHANGEABILITY OF PARTS NOT AFFECTED. USAGE OF CHANGED OR UNCHANGED PARTS OPTIONAL.
2. PARTS MUST CONFORM AT NOTED EFFECTIVITY.
3. PARTS MUST CONFORM AT NOTED EFFECTIVITY. SPECIAL REWORK FOR PARTS MADE INCLUDED.
4. SCRAP.
5. NOTED.
6. RETROFIT (DELIVERED ARTICLES).

DPAE
1C10

HYDRAULIC INSTL-

BOOM HOIST

| DATE | 2 | ADVANCE DWG CHG | A |
|---|---|---|---|
| DATE | 3 | SERIAL EO | |
| DATE | 4 | NEW REVISED RLSE | MEMO # |
| DATE | 5 | REISSUE TO REVISE | R |

EWO  DPIEI
SYS

DDG  9/05
5T

WRO  KC-10-12

ROUTING CODE  M

CHG CLASS  —

SEO REWORK DWG REQUIRES DWG CHG

PATTERN DIE MOLD AFFECTED

DWG REPLACES REPLACED BY

YES  NO

RELEASE STOP ORDER DATED

| CO MADE BY 2-28-79 W, PON | DESIGN APPROVAL KIBBEE 2-28-79 | 3/6/79 R GAREY | WEIGHTS 3-2-79 SHOEMKER | PROGRAM 3-5-79 | PROJ 3-5-79 JOHNSON G/O Ortega 3-5-9 |
|---|---|---|---|---|---|
| DWG MADE 2-28-79 W, PON | CHECKED A K Platz | CHECK DWG | 3-7-79 N W Sheveler 3389 | CHANGE CONTROL 20 | Timothy 3-9-79 |

| EO LTR | MODEL | SECTION | RELEASE CON | CO | 311 | EFFECTIVITY | CHANGE DEVIATION | | | SEO RESOURCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CD | KC-10A | J600AA | | 2 | 48200, 48201 | AD30A | -5001 | 1 | 0 | NJV6400 | |
| CD | KC-10A | J600AA | | 2 | 48200 | AD30A | -1 | 0 | 1 | NJV6400 | |

SEE SHEET 3 OR FOR USE

ADDED -5001,
CANCELLED -1.

| | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | V |

Keith 3-8-9

CI

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| DEVELOPMENT | X | |
| Orig at DAC | | X |
| Dup at | | X |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | X |

A  M

| SB SC NO. | EXTRA EO'S NAME | QTY | DEPT | MAIL CODE | EXTRA DWGS NAME | QTY | DEPT | MAIL CODE | DRAWING NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | COREY | 2 | 253 | 36-99 | KIBBEE | 1 | 253 | 35-61 | NJG6400 |
| | R. DOBSON | 1 | 253 | 35-61 | LINDHOLM | 1 | C1-761 | 7-21 | |
| | ENGR MATL | C1-250 | 35-17 | | | | | | |

Case MDL-No. 685 JBX uedBBL6637.4 Filed 04/09/2011 Page 6 of 90

ENGINEERING ORDER  DES COG:DAC DES GRP:H/M MFG COG:          PAGE 1.01          DRAWING NUMBER NJG6400
DATE:790315 EWO:OPIE1      WRD:KC10-12                                          DRAWING CHANGE   A ADV
1.2 SCHEDULE    DC-10  CD                                                            MEMO NUMBER 001
                                                        **MAR 17 1979**   REISSUE NUMBER

*/47 FUS 311*

| MODEL | SECTION | HI NO | EFFECTIVITY | | CONFIGURATIONS SEQ | REQ PER FROM THRU | | ARTICLE NEW | FORMER | NEXT ASSEMBLY DRAWING NO. | U CD |
|-------|---------|-------|-------------|---|-----|-----------|---|-----|--------|----------|------|
| DC-10 | JG00AA | 2 | AD30A | ,48200 | -1 | | 0000 | 0001 | NJV6400 | |
| DC-10 | JG00AA | 2 | AD30A | ,48200 -48201 | -5001 | | 0001 | 0000 | NJV6400 | |

EOP

# ENGINEERING ORDER
## PARTS LIST REVISION
DAC 25-1709S (REV. 1-78)

DOUGLAS AIRCRAFT COMPANY
MCDONNELL DOUGLAS
CODE IDENT NO. 88277

| 2 | NJG6400 |
|---|---|
| SHEET | DRAWING NUMBER |

DATE MAR 17 1979 | CHANGE LETTER | A

| QUANTITY REQUIRED PER NOTED DASH NO. | | | | | | ACTION CODE | C/C CONTROL CODE | | | |
|---|---|---|---|---|---|---|---|---|---|---|

ACTION CODE
A ADDED
C CANCELLED
D DELETED
R REVISED
S SUPERSEDED
T TECH CHANGED
X REINSTATED

B BULK MATL
C CUST FURN CUST INSTL
D CUST FURN DAC INSTL
I CUST FURN INSTL CHECK
G GOV'T OR IND STANDARD
S COMM'L SHELF ITEM
M 'MAKE FROM' ITEM
M 'MAKE FROM' DAC ITEM

P1 PURCH DAC PART-SUP MATL
P2 PURCH DAC PART-DAC MATL
R REWORK OR SALVAGE PART
S DAC STANDARD PART
V SUPPLIER ITEM-SPEC CON
X 'SCN' 'PG' OR 'TECH' REF
Z REF DOCUMENT
DAC DWG NOT STD PART

DATE | SERIAL EO
DATE | NEW REVISED RELEASE | MEMO #1
DATE | REISSUE TO REVISE | R

| IFRSX | 1 | 2 | 3 | 4 | 5 | -5001 | -1 | A C C T E | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C/C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND OR SUPPLIER) | ITEM FIND | NOTES | ZONE | I P RSX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | ✳ | | | | C | -1 REPLACED BY -5001 | | | | | | | | | | 1 |
| 2 | | | | ✳ | | | | A | -5001 SAME AS -1 EXCEPT | | | | | | | | | | 2 |
| 3 | 1 | 2 | 5 | 4 | 5 | | | D | AJG7096-1 | | | | | | | | | | 3 |
| 4 | | | | | 4 | | | 4 | AJG7096-5001 | VALVE INSTL | ─ | | | | | | | | 4 |

B/D ZONE 1 ; 4 AJG7096-5001 HOIST VALVE INSTL WAS 4 AJG7096-1
REASON: PARTS OF INSTALLATION IN CONTACT
WITH DMS 2014 FLUID (SKYDROL) THEREFORE REQUIRES -5001 CONFIG

DRAWING NUMBER
NJG6400

Ex.: 24; p. 1400

| CLASSIFICATION | | | | | | | | DOUGLAS AIRCRAFT COMPANY | | | PARTS LIST | | DRAWING NO. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**REPORT NO RO4008 REQUESTED PARTS LIST**

**QTY REQD PER NOTED DASH NO.**

DRAWING CONFIGURATIONS ARE INDICATED THUS ● OTHER DASH NUMBERS ASSEMBLE INTO DRAWING CONFIGURATIONS AS NOTED.

MCDONNELL DOUGLAS CORPORATION

LONG BEACH, CALIFORNIA
FSCM NO. 88277

C-1RELRP1  H/M                     DAC
NOMENCLATURE:         MODEL DC-10

HYDR INSTL-BOOM HOISTER

SECTION LIST

**PL NJG6400**

| DWG SIZE | REV. | DATE OF ISSUE |
|---|---|---|
| J | A | 86-04-14 |

PL SHEET  1  OF

| X * - 5001 | IRPSX | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | FSCM NO. | STOCK SIZE | MATERIAL DESCRIPTION | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | NOTES | RPSX | ITEM FIND NO. | ZONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CANC REPL BY -5001 | | -1 | | | | | | | | | |
| | 1 | AJG7096-5001 | VALVE INSTL | | | | | | X | | 1 |
| | 1 | AJG7098-5001 | MOTOR ASSY | | | | | | S | | 6 |
| | 1 | AJG7098-5501 | MOTOR ASSY | | | | | | S | | 4 |
| | 8 | NS21042L5 | NUT | | | | | | | | 3 7 |
| | 2 | MS9135-01 | GASKET | | | | | | | | 4 6 |
| | 8 | NAS1252-516H | WASHER | | | | | | | | 3 7 |
| | | DPS1.001 AND FOLLOWING DOCUMENTS ARE REQUIRED TO SUPPLEMENT THE DRAWING | | | | | | | | | |
| | | AAZ7000 | DIAGRAM | | | | | | | | |
| | | DPS2.70-2 | PROCESS | | | | | | | | |
| | | DPS3.02 | PROCESS | | | | | | | | |
| | | END OF PARTS LIST - TOTAL NUMBER P/L SHEETS:  1 | | | | | | | | | |

CONTRACT NO.

**PL NJG6400**



FED. SUP CLASS
2995

MS9135

| PART NO. | APPROX WT. LB. EA |
|---|---|
| MS9135-01 | .008 |

1. MATERIAL: ASBESTOS AND SYNTHETIC RUBBER SHEET AMS 3232

2. EDGES SHALL BE CLEAN CUT.

3. DIMENSIONS IN INCHES. UNLESS OTHERWISE SPECIFIED: TOLERANCES: LINEAR DIMENSIONS ±.010, DIMENSIONS LOCATING TRUE POSITION ARE BASIC.

4. TRUE POSITION TOLERANCES SPECIFIED ARE FOR MAXIMUM MATERIAL CONDITION.

AS & AMS ARE SOCIETY OF AUTOMOTIVE ENGINEERS, INC. PUBLICATIONS.

THIS STANDARD WAS DEVELOPED COOPERATIVELY WITH THE ENGINE AND PROPELLER UTILITY PARTS COMMITTEE OF THE SAE.

| P.A. USAF – 11 | TITLE | MILITARY STANDARD |
|---|---|---|
| Other Cust Navy – WP Army – NO | GASKET-TYPE XI ENGINE ACCESSORY DRIVE | MS9135 |
| PROCUREMENT SPECIFICATION NONE | SUPERSEDES: AN4044 | SHEET 1 OF 1 |

DD FORM 672-1 (Coordinated)

PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE

2995-0003-2

REVISED

APPROVED 22 Jun 65

Ex.: 25; p.: 1401

INCH-POUND

| NOTICE |
| OF CANCELLATION |

MS9135
NOTICE 1
20 AUGUST 1997

## MILITARY STANDARD

### GASKET TYPE XI ENGINE ACCESSORY DRIVE

MS9135, dated 22 JUNE 1965, is hereby canceled.  Future acquisitions for this
product should refer to AS3492.

The Part Identification Number (PIN) for MS9135 and the part number for AS3492
are identical.  The part numbers have not been changed.

| CROSS REFERENCE TABLE | | |
|---|---|---|
| | CANCELLED | REPLACEMENT |
| DOCUMENT | MS9135 | AS3492 |
| PART NO. | MS9135-01 | AS3492-01 |

(Application for copies of publication should be addressed to Customer
Service, Defense Printing Service Detachment Office, 700 Robbins Avenue,
Building 4D, Philadelphia, PA    19111-5094.)

Custodians:
  Army -AV
  Navy - AS
  Air Force - 11

Preparing activity:
  DLA-IS

(Project 5330-1089)

AMSC N/A                                                               FSC 5330
DISTRIBUTION STATEMENT A.  Approved for public release; distribution is unlimited.

Ex.: 25; p.: 1402

| ENGINEERING ORDER | DOUGLAS AIRCRAFT COMPANY | OTHER MODEL USAGE | DESIGN SECTION | TYPE RELEASE | MAJOR SUB/MOC | TOTAL NO. PL INPUT SHEETS 1 | J | NQG·6400 |
|---|---|---|---|---|---|---|---|---|

**NEW RELEASE**
DAC 25-1709 (REV. 7-77)

LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CORPORATION
CODE IDENT NO. 88877

| | DEVELOPMENT | A |
|---|---|---|
| | PRODUCTION | B X |
| | NON PROD | C |

Design Section **C1**

ADV. DATE

SHEET 1 OF 2

SIZE J  DRAWING NUMBER NQG·6400

| RC 1R | MI 6666 | MW 718 | AW | FS 48200 | LDM |

**TYPE OF DRAWING:**
- A ☒ SECTION LIST
- J ☐ CUSTOMER VARIATION
- F ☐ MODIFICATION
- D ☐ REWORK/SALVAGE
- B ☐ SPEC OR SOURCE CONTROL
- C ☐ DAC STANDARD
- H ☐ SPECIAL SPARE
- E ☐ SERVICE CHANGE
- G ☐ UNDIMENSIONED
- I ☐ OTHER

ENGRG TIME CHG
COST CHANGE NO.
**DPAE
1C10**

TITLE
**HYDRAULIC  INSTALLATION –
REFUELING  BOOM**

| | DATE | 1 | DRAWING CHANGED | |
|---|---|---|---|---|
| | DATE | 2 | ADVANCE DWG CHG | |
| | DATE | 3 | SERIAL EO | |
| | DATE JAN 24 1979 | 4 | NEW/REVISED RLSE | NEW |
| | DATE | 5 | REISSUE TO REVISE | R |

EWO **DPOE1**  DOG **9015**  WRO **KC10-25**  ROUTING CODE **A**  CHG CLASS **–**

| SEO/REWORK DWG REQUIRES DWG CHG | YES | NO | ☐ DWG REPLACES | RELEASE STOP ORDER DATED |
| PATTERN DIE MOLD AFFECTED | YES | NO | ☐ REPLACED BY | |

SYS  COE **7055**

EXPECTED SEO CHG INCORP DATE | INCORP SEO/CAEO NO.

| EO MADE BY C. E. TYLER | DESIGN APPROVAL KIBBEE | CHECK EO | WEIGHTS 1-19-79 | PROGRAM ENGRG SHOEMAKER | PRODUCT SUPPORT JOHNSON G/O | RELEASE O Olson | DATE 1-24-9 | CUSTOMER AUTH | INCORP VIR NO. |
| DWG MADE BY 1-16-79 | SPEC COMPLIANCE | CHECK DWG | STRESS 1-19-79 | CHANGE CONTROL 1-20-9 | MATERIAL | CUSTOMER | | |

| | 1.2 LTR | MODEL | SECTION | RELEASE CCN | WRO EFFECT 311 | EFFECTIVITY (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE NEW | FORMER | NEXT ASSEMBLY DRAWING NO. | U CD | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CC | KC-10 A | RGDOAA | | AD30A | .48200 | -5001 | 1 | 0 | NAL6405 | | 1 |
| 2 | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | | 5 |

| | YES | NO |
|---|---|---|
| DATP AFF | | |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |

C1 (4/4)

| PRINT DISTRIBUTION | Yes | No |
|---|---|---|
| **DEVELOPMENT** | | |
| Orig at DAC | X | |
| Dup at | X | |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED. | X | |

R. DOBSON , 253  35-61

| SB/SC NO. | EXTRA EO'S NAME KIBBEE COREY | QTY 1 2 | DEPT 253 253 | MAIL CODE 35-61 36-90 | EXTRA DWGS NAME KIBBEE POOL HATHAWAY | QTY 1 1 1 | DEPT 253 253 C1-761 | MAIL CODE 35-61 36-94 7-21 | DRAWING NUMBER NQG6400 |

Ex.: 26; p.: 1403

Case MDL-No 0361 Document 06676-76 Filed 08/28/11 Page 12 of 90

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA    MCDONNELL DOUGLAS
CODE IDENT NO. 99217    CORPORATION

ENGINEERING ORDER    DES COG:DAC DES GRP:H/M MFG COG:    PAGE 1.01
DATE:790123 EWO:D00E1    RRO:KC10-25

1.2 SCHEDULE    DC-10  CC

/SE PV2 311

JAN 24 1979

DRAWING NUMBER NQG6400
DRAWING CHANGE
    MEMO NUMBER NEW
REISSUE NUMBER

| MODEL SECTION | HI NO | EFFECTIVITY | CONFIGURATIONS REQ PER ARTICLE | | | NEXT ASSEMBLY | U |
| | | | SEQ FROM THRU | NEW | FORMER | DRAWING NO. | CD |
| DC-10 QG00AA | 2 AD30A | ,48200 | -5001 | 0001 | 0000 | NAL6405 | |

EOP

Ex.: 26; p.: 1404

# ENGINEERING ORDER

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS

| OTHER MODEL USAGE | DESIGN SECTION | TYPE RELEASE | | MAJOR SUB. MDC | TOTAL NO. PI INPUT SHEETS | | |
|---|---|---|---|---|---|---|---|
| | C1 | DEVELOPMENT | A | | 9 | | 1 804/63 |
| | | PRODUCTION | | | ADV DATE | | J NQG 100 |
| | | NON PROD | | | SHEET 1 OF 15 | SIZE | DRAWING NUMBER |

DAC 25 170R (REV)

| RC A1K | HI | | MW | | AW | | FS | | IDM |
|---|---|---|---|---|---|---|---|---|---|

## HANDLING INSTRUCTIONS (HI)

0. INTERCHANGIABILITY OF PARTS NOT AFFECTED. USAGE OF CHANGED OR UNCHANGED PARTS OPTIONAL.
2. PARTS MUST CONFORM AT NOTED EFFECTIVITY.
3. PARTS MUST CONFORM AT NOTED EFFECTIVITY, SPECIAL REWORK FOR PARTS MADE INCLUDED
4. SCRAP.
5. NOTED
6. RETROFIT (DELIVERED ARTICLES).

| ENGRG TIME CHG (COST CHARGE NO) | TITLE | | DATE | 1 | DRAWING CHANGED |
|---|---|---|---|---|---|
| DPAE | HYDRAULIC INSTALLATION— | | DATE | 2 | ADVANCE DWG CHG |
| 1C10 | OUTER TUBE | | DATE | 3 | SERIAL EO |
| | | | DATE | 4 | NEW REVISED RLSE |
| EWO | DOG | WRO | ROUTING CODE | CHG CLASS | DATE | 5 | REISSUE TO REVISE | R |
| D11E1 | 7/3 | KC10-12 | M | — | SEO REWORK DWG REQUIRS DWG CHG | YES | NO | X DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED |
| SYS | COE | | | | PATTERN DIE MOLD AFFECTED | YES | NO | AQG7013 | |
| | | | | | | | | AFFECTED SEO CHG INCORP DATE | INCORP SEO CHG |

| EO MADE BY | DESIGN APPROVAL | CHECK EO | WEIGHTS 4-16-79 | PROGRAM ENGR | PRODUCT SUPPORT | RELEASE DATE | CUSTOMER AUTH | INCOR. V/ENO |
|---|---|---|---|---|---|---|---|---|
| W. POX | KIBBEE 4-3-79 | | SHOEMAKER | Johnson G/So Denburg | 4-6-79 | | |
| DWG MADE CHGD BY | SPG COMPLIANCE | CHECK 4-12-79 | STRESS 4-13-79 | CHANGE CONTROL | MATERIAL | CUSTOMER | | |
| W. POX | MK | J. MESSENSCHMIDT | | B4209 Imothy 20-79 | AD | | | |

| | 1.2 LTR | MODEL | SECTION | RELEASE CCN | HI NO | WRO EFFECT 311 | EFFECTIVITY (4 SERIAL NUMBERS PER LIN. MAXIMUM) 311 | CONFIGURATION | REO PER ARTICLE | | NEXT ASSEMBLY DRAWING NO | U CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | NEW | FORMER | | |
| 1 | LE | KC-10A | QG00AA | | 2 | 48200, 48201, AD30A. | | -5001 | 1 | 0 | NQG6401 | 1 |
| 2 | LE | KC-10A | QG00AA | | 2 | 48200, 48201, AD30A. | | -5001 | 0 | 1 | NQG6405 | 2 |
| 3 | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | 4 |
| 5 | | | | | SHEET | | | | | | | 5 |

AFFECTS -5001.

C1 c/w ODELL
K7J-PE 4-6-79

| PRINT DISTRIBUTION | Yes | No | A |
|---|---|---|---|
| **DEVELOPMENT** | | X | |
| Orig at DAC | | X | |
| Dup at | | X | |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | X | |

| | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | ✓ |

ENGR MAIL 35-11
R DOBSON 1 253 35-61

| SB SC NO. | EXTRA EO'S NAME | QTY | DEPT | MAIL CODE | EXTRA DWGS NAME | QTY | DEPT | MAIL CODE | DRAWING NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | KIBBEE | 1 | 253 | 35-61 | KIBBEE | 2 | 253 | 35-61 | NQG6400 |
| | COREY | 2 | 253 | 36-94 | LINDHOLM | 1 | C1-701 | 7-21 | |

Case MDL-No-0051 Document 666-76 Filed 09/22/11 Page 14 of 90

ENGINEERING ORDER  DES COG:DAC DES GRP:H/M MFG COG:          PAGE 1.01          DRAWING NUMBER N0G6400
DATE:790424 EWO:DP1E1      NRO:KC10-12                                          DRAWING CHANGE    A INC
1.2 SCHEDULE   DC-10  CG                           APR 26 1979                  MEMO NUMBER 001
                                                                               REISSUE NUMBER

| MODEL | SECTION | HI NO | EFFECTIVITY | CONFIGURATIONS REQ PER ARTICLE | | | NEXT ASSEMBLY U | |
|-------|---------|-------|-------------|-------------|------|--------|-------------|----|
|       |         |       |             | SEQ FROM THRU | NEW | FORMER | DRAWING NO. | CO |
| DC-10 | 0G00AA  | 2 AD30A | .48200 -48201 | -5001 | 0000 | 0001 | NAL6405 | |
| DC-10 | 0G00AA  | 2 AD30A | .48200 -48201 | -5001 | 0001 | 0000 | N0L6401 | |

Ex.: 26; p.: 1406

APR 26 1979

MEMO # 1

| PART OR IDENT NO/NAME | NOMENCLATURE OR DESCRIPTION | NEXT UNIT NO. | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND OR SUPPLIER) | ITEM FIND | NO O C C E | COND |
|---|---|---|---|---|---|---|---|---|
| D AQG7012-5001 | | | | | | | | |
| D AQG7013-5001 | | | | | | | | |
| 1 A AQG7000-1 | BOLT | | | | | | | 9 |
| 1 A AQG7000 -503 | BOLT | | | | | | | 14 |
| 1 A AQG7001 -5001 | INSTL-RUDDER ACTR | | | | | | | 2 |
| 1 A AQG7006 -5001 | EXPANDER | | | | | | | 7 |
| 1 A AQG7010 -5001 | GLAND ASSY | | | | | | | 19 |
| 1 A AQG7014 -5001 | MOTOR ASSY | | | | | | | 24 |
| 1 A AQG7015 -1 | BRACKET | | | | | | | 18 |
| 1 A AQK7000 -509 | PIPE ASSY | | | | | | | 18 |

Ex.: 26; p.: 1407

ENGINEERING ORDER
PARTS LIST REVISION

DOUGLAS AIRCRAFT COMPANY
MCDONNELL DOUGLAS

| | 3 | NQG 6400 |
|---|---|---|
| | SHEET | DRAWING NUMBER |

| QUANTITY REQUIRED PER NO./DASH NO. | | | | | | ~5001 * | A/C CODE | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT. NO. | C C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | P R S X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | 1 | A | AQK7000 -510 | PIPE ASSY | | — | | | | | | 18 | 1 |
| 2 | | | | | | 1 | A | AQK7000 -511 | PIPE ASSY | | | | | | | | 26 | |
| | | | | | | 1 | A | AQK7000 -512 | PIPE ASSY | | | | | | | | 26 | |
| | | | | | | 1 | A | AQK7000 -513 | PIPE ASSY | | | | | | | | 22 | |
| | | | | | | 1 | A | AQK7000 -514 | PIPE ASSY | | | | | | | | 23 | |
| | | | | | | 1 | A | AQK7000 -515 | PIPE ASSY | | | | | | | | 22 | |
| | | | | | | 1 | A | AQK7000 -516 | PIPE ASSY | | | | | | | | 22 | 7 |
| | | | | | | 1 | A | AQK7000 -517 | | | | | | | | | 27 | |
| | | | | | | 1 | A | AQK7000 -518 | | | | | | | | | 27 | |
| | | | | | | 1 | A | AQK7000 -519 | | | | | | | | | 11 | |

NQG6400

# ENGINEERING ORDER
PARTS LIST REVISION

DOUGLAS AIRCRAFT COMPANY
McDONNELL DOUGLAS

| 4 | NQG 6400 |
|---|---|

SHEET  DRAWING NUMBER

APR 26 1

A

HENO # 1

| QUANTITY REQUIRED PER NOTE / DASH NO. | | | | | S-001 ★ | CAGE CODE | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND OR SUPPLIER) | ITEM FIND | NOTES | ZONE | PRSX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | A | AQK 7000 -520 | PIPE ASSY | | — | | | | | | 11 | |
| | | | | 1 | A | AQK 7000 -521 | | | | | | | | | 7 | |
| | | | | 1 | A | AQK 7000 -522 | | | | | | | | | 7 | |
| | | | | 1 | A | AQK 7000 -523 | | | | | | | | | 11 | |
| | | | | 1 | A | AQK 7000 -524 | | | | | | | | | 11 | |
| | | | | 1 | A | AQK 7000 -525 | | | | | | | | | 20 | |
| | | | | 30 | A | AQK 7001 -1 | SPOOL | | | | | | | | 26 | |
| | | | | 15 | A | AQK 7002 -1 | BLOCK ASSY | | | | | | | | 25 | |
| | | | | 4 | A | NAS1303-5 | BOLT | | G1 | | | | | | 8 | |
| | | | | 2 | A | AN320-14 | NUT | | G1 | | | | | | 9 | |

NQG6400

Case MDL No. 8751 Document 666776 Filed 08/23/11 Page 8 of 20



**DOUGLAS AIRCRAFT COMPANY**
MCDONNELL DOUGLAS CORPORATION
CODE IDENT NO. 81277

| 5 | NQG6400 |
|---|---|
| SHEET | DRAWING NUMBER |

| QUANTITY REQUIRED PER NOTED DASH NO. | | | | | | ACTION CODE | C/C CONTROL CODE | | DATE | APR 26 1979 | CHANGE LETTER | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

ACTION CODE
A ADDED
C CANCELLED
R REVISED
S SUPERSEDED
T TECH CHANGE
X REINSTATE

B BULK MAT'L
C CUST FURN CUST INSTL
D CUST FURN DAC INSTL
E CUST FURN INSTL CHECK
G GOVT OR IND STANDARD
L COMML SHELF ITEM
H MAKE FROM ITEM
M MAKE FROM DAC ITEM

C/C CONTROL CODE
P PURCH DAC PART-SUP MAT'L
P2 PURCH DAC PART DAC MAT'L
R REWORK OR SALVAGE PART
S DAC STANDARD PART
V SUPPLIER ITEM-SPEC CONT
Y DAC DWG NOT STD PART
Z REF DOCUMENT
X PROCESS REQD BY SCN

DATE
DATE
DATE

SERIAL EO
NEW REVSD RELEASE — MEMO #1
REISSUE TO REVISE — R

| -5001H- | Q'TY | A/C ACODE | C/TE | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C/C | STOCK SIZE | MATERIAL DESCRIPTION (OR P.L. CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | PR S PR X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | A | | AN960-516 | WASHER | | GT | | | | | | 23 | |
| 2 | 4 | A | | AN960-10L | | | | | | | | | 8 | |
| 3 | 11 | A | | AN960D10L | | | | | | | | | 10 | |
| 4 | 2 | A | | AN960D1216 | | | | | | | | | 6 | |
| 5 | 2 | A | | AN960D1216L | | | | | | | | | 22 | |
| 6 | 1 | A | | A22321-1 | ELEVATOR ACTUATOR | | L | | | MOOG INC AERO DIV E. AURORA, N.Y. | | | 12 S | |
| 7 | 1 | A | | A8790-7-3 | CLIPNUT | | L-T | | | ESNA UNION, N.J. | | | 20 | |
| 8 | AR | A | | MS20470AD4 | RIVET | | GT | | | | | | 10 | |
| 9 | 5 | A | | MS21042L3 | NUT | | | | | | | | 10 | |
| 10 | 4 | A | | MS21042L5 | NUT | | | | | | | | 23 | |

NQG6400

Ex.: 26; p.: 1410

ENGINEERING ORDER

DOUGLAS AIRCRAFT COMPANY

MCDONNELL DOUGLAS

SHEET | DRAW NO NUMBER

APR 26 1971     A

MEMO #1

| | | | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND OR SUPPLIER) | ITEM FIND | NOTE | ZONE | T P R S A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | A MS21902-4 | UNION | A G | | | | | | | 20 | |
| | | 2 | A MS21908J8 | ELBOW | G | | | | | | | 6 | |
| | | 2 | A MS24665 -376 | COTTER PIN | G | | | | | | | 9 | |
| | | 1 | A MS9135-01 | GASKET | G | | | | | | | 24 | |
| | | 6 | NAS1252 -10H | WASHER | G | | | | | | | 26 | |
| | | 18 | A NAS1252 -10L | WASHER | | | | | | | | 18 | |
| | | 2 | A NAS1252 -1416L | WASHER | | | | | | | | 9 | |
| | | 2 | A NAS1252 -416H | WASHER | | | | | | | | 19 | |
| | | 2 | A NAS1305-11 | BOLT | | | | | | | | 24 | |
| | | 1 | A NAS1612-4 | PACKING | | | | | | | | A 20 | |

NQG6400

ENGINEERING ORDER
/ PARTS LIST REVISION
DAC 25-12993 (REV 1971)

DOUGLAS AIRCRAFT COMPANY
MCDONNELL DOUGLAS
CORPORATION
CODE IDENT NO. 41277

7 | NQG6400
SHEET | DRAWING NUMBER

| | DATE APR 26 1979 | CHANGE LETTER | A |
| DATE | SERIAL EO | |
| DATE | NEW/REVISED RELEASE | MEMO # 1 |
| DATE | REISSUE TO REVISE | R |

| QUANTITY REQUIRED PER NOTED DASH NO. | | | | | C CODE | ACTION CODE | | C·C CONTROL CODE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

ACTION CODE:
A ADDED
C CANCELLED
D DELETED
R REVISED
S SUPERSEDED
T TECH CHANGE
X REINSTATE

C·C CONTROL CODE:
B BULK MATL
C CUST FURN CUST INSTL
D CUST FURN DAC INSTL
E CUST FURN INSTL CHECK
G GOVT OR IND STANDARD
K COMML SHELF ITEM
M 'MAKE FROM' ITEM
V 'MAKE FROM' DAC ITEM
P1 PURCH DAC PART-SUP MATL
P2 PURCH DAC PART-DAC MATL
R REWORK OR SALVAGE PART
S DAC STANDARD PART
V SUPPLIER ITEM-SPEC CONT
Z REF DOCUMENT
DAC DWG. NON STD PART
X PROCESS REQD BY SCN

| IPPSX | 1 | 2 | 3 | 4 | 5 * | -500 1- | CODE | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C·C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | IPRSX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1 | A | NAS1612-6 | PACKING | | GT | | | | | A | 11 | 1 |
| | | | | | | 2 | A | NAS43DD3 -28 | SPACER | | | | | | | | 19 | 2 |
| | | | | | | 10 | A | NAS4603U12 | BOLT | | | | | | | | 26 | 3 |
| | | | | | | 5 | A | NAS4603U13 | BOLT | | | | | | | | 28 | 4 |
| | | | | | | 15 | A | NAS5803U10 | SCREW | | | | | | | | 26 | 5 |
| | | | | | | 2 | A | NAS6103U16 | SCREW | | | | | | | | 19 | 6 |
| | | | | | | 7 | A | NAS6103U8 | SCREW | | | | | | | | 10 | 7 |
| | | | | | | 15 | A | NAS6403U8 | BOLT | | | | | | | | 25 | 8 |
| | | | | | | 2 | A | NAS6404U5 | BOLT | | | | | | | | 19 | 9 |
| | | | | | | 1 | A | TA102CHTD2 -20-6 | BRACKET | | L | | | T.A. MFG GLENDALE, CA | | | 12 | 10 |

NQG6400

# ENGINEERING ORDER
PARTS LIST REVISION

DOUGLAS AIRCRAFT COMPANY
MCDONNELL DOUGLAS

**8** | **NQG6400**
SHEET | DRAWING NUMBER

| QUANTITY REQUIRED PER NOTED DASH NO. | | | | | -5001* | AC AO CO TE | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT. NO. | C C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND OR SUPPLIER) | ITEM FIND | NOTES | ZONE | D R S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | 1 | A | TA4061H1320 | BRACKET | | L | | | T.A MFG GLENDALE, CA | | | 20 | |
| | | | | | 1 | A | TA4091E2207 | BRACKET | | L | | | T.A. MFG GLENDALE, CA | | | 10 | |
| | | | | | 1 | A | W30834J12 -8-12 | TEE ASSY | | | | | LINAIR ENGR GARDENA, CA | | | 26 | |
| | | | | | 2 | A | W30834J6 -6-8 | TEE ASSY | | | | | LINAIR ENGR GARDENA, CA | | | 6 | |
| | | | | | 1 | A | W30837J8 -8 | ELBOW ASSY | | | | | LINAIR ENGR GARDENA, CA | | | 22 | |
| | | | | | 2 | A | 15924T04 | LOCKNUT | | L | | | LINAIR ENGR GARDENA, CA | | | 19 | |
| | | | | | 2 | A | 15924T06 | NUT | | L | | | LINAIR ENGR GARDENA, CA | | | 18 | |
| | | | | | 4 | A | 15924T08 | NUT | | L | | | LINAIR ENGR GARDENA, CA | | | 6 | |
| | | | | | 1 | A | 4C6458 | CHECK VALVE | | L | | | CRISSAIR INC EL SEGUNDO, CA | | | 11 | S |
| | | | | | 2 | A | S4929451-8 | UNION | | S | | | | | | 27 | |

NQG6400

Ex. 26; p. 1413

| ENGINEERING ORDER | | | | | | | | | | | 9 | NQG6400 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PARTS LIST REVISION | | | | DOUGLAS AIRCRAFT COMPANY | | | | | | | SHEET | DRAWING NUMBER | |
| DAC 25-1709D (REV. 11-77) | | | | McDONNELL DOUGLAS CORPORATION | | CODE IDENT NO. 88277 | | | | | | | A |

**ACTION CODE**
A ADDED / C CANCELLED / D DELETED / P REVISED / S SUPERSEDED / T TECH CHANGE / X REINSTATE

**C C CONTROL CODE**
B BULK MATL / C CUST FURN CUST INSTL / D CUST FURN DAC INSTL / E CUST FURN INSTL CHECK / G GOV'T OR IND STANDARD / L COMML SHEET ITEM / M MAKE FROM ITEM / N MAKE FROM DAC ITEM
P1 PURCH DAC PART-SUP MATL / P2 PURCH DAC PART-DAC MATL / R REWORK OR SALVAGE PART / S DAC STANDARD PART / V SUPPLIER ITEM-SEE CONT / X PROCESS REQD BY SCN / Z REF DOCUMENT / DAC DWG-NOT STD PART

CHANGE LETTER: **A**
DAY: APR 26 1979
NEW REVISED RELEASE: **MEMO # 1**
REISSUED TO REVISE: R

| QTY -1 | AC CD TE | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C/C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | P P S X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | A | S4932412T12 | UNION | | S | | | | | | 23 | |
| 2 | A | S4932412T4 | UNION | | | | | | | | 19 | |
| 3 | A | S4932412T6 | UNION | | | | | | | | 11 | |
| 1 | A | S4932412T8 | UNION | | | | | | | | 23 | |
| 2 | A | S4932415T4 -4 | UNION | | | | | | | | 19 | |
| 3 | A | S7913536 -4 | CLAMP | | | | | | | | 19 | |
| 6 | A | S7913536 -6 | CLAMP | | | | | | | | 10 | |
| | A | ACK7050-1 | METHOD | | Z | | | | | | | |
| | A | DPS2.50 | PROCESS | | | | | | | | | |
| | A | DPS2.70-2 | PROCESS | | | | | | | | | |

NQG6400

Case MDL No. 825 Document 6678-6 Filed 04/20/11 Page 23 of 90

DOUGLAS AIRCRAFT COMPANY
McDONNELL DOUGLAS

| 10 | NQG6400 |
| SHEET | DRAWING NUMBER |

APR 26 1979

| CHANGE LETTER | A |
| SERIAL EO | |
| NEW REVISED RELEASE | MEMO #1 |
| REISSUE TO REVISE | |

| | QUANTITY REQUIRED PER NOTED DASH NO. | | | | | A C O C D T E | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | I P R S X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | A | DPS 3.17 | PROCESS | | Z | | | | | | | 1 |
| 2 | | | | | | A | DPS 3.651 | PROCESS | | | | | | | | | 2 |
| 3 | | | | | | A | DPS 3.80 | PROCESS | | | | | | | | | 3 |
| 4 | | | | | | A | DPS 3.80-10 | PROCESS | | | | | | | | | 4 |
| 5 | | | | | | A | DPS 3.801 | PROCESS | | | | | | | | | 5 |
| 6 | | | | | | A | S5076260 | METHOD | | | | | | | | | 6 |
| 7 | | | | | | | NOTE A: PROCUREMENT SOURCES AND QUALITY CONTROL PER 7912037 | | | | | | | | | | 7 |

COMPLETELY REVISED AND REDRAWN.
REASON: DRAWING REPLACES AQG7013 TO DEVELOP A
DRAWING SEQUENCE THAT WILL RESULT IN A
TOP ASSEMBLY DRAWING OF A BOOM
COMPLETE.

| DRAWING NUMBER |
| NQG6400 |

82-11930

# ENGINEERING ORDER
DAC 25-1709K (REV. 7-79)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS** CORPORATION
CODE IDENT NO. 24677

B-46

| DESIGN SECTION | TYPE RELEASE | TOTAL NO PI INPUT SHEETS | 1 | | | | |
|---|---|---|---|---|---|---|---|
| C1 | DEVELOPMENT | ADV JAN 03 1980 | J | NQG6400 | | | |
| | PRODUCTION | SHEET 1 OF 4 | SIZE | DRAWING NUMBER | | | |
| | NON PROD. | | | | | | |

| RC | AIR | MI | 666 | MW | | AW | | FS | 48200 | LDM | GK |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| DATE JAN 9 1980 | 1 | DRAWING CHANGED B |
| DATE | 2 | ADVANCE DWG CHG |
| DATE | 3 | SERIAL EO |
| DATE | 4 | NEW/REVISED RLSE |
| DATE | 5 | REISSUE TO REVISE R |

### HANDLING INSTRUCTIONS (HI)

0. INTERCHANGEABILITY NOT AF-FECTED. USAGE OF PRIOR CHANGE OPTIONAL.
1. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY. OPTIONAL REWORK INSTRUCTIONS INCLUDED.
4. SCRAP.
5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
6. RETROFIT (DELIVERED ARTICLES).

| ENGRG TIME CHG (COST CHARGE NO.) | TITLE |
|---|---|
| DPAE 1C10 | HYDRAULIC INSTALLATION – OUTER TUBE |

| EV.O DP1E1 | DOG 950.5 JR | WRO KC10-12 | ROUTING CODE | CHG CLASS |
|---|---|---|---|---|
| SYS | COD 001.5 | | M | |

| SEO/REWORK DRAWING REQUIRES DRAWING CHANGE | DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED |
|---|---|---|
| ☐ YES ☐ NO  D.C. | | |

| | | | EXPECTED SEO RWK INCORP SEO QAEO DWG INCORP DATE RWK DWG |
|---|---|---|---|

| ED MADE BY 12-6-79 W. PON | DESIGN APPROVAL KIBBEE 12-11-79 | CHECK EO 12-19-79 | WEIGHTS 12-21-79 A.L. Morgan | PROGRAM ENGR | PRODUCT SUPPORT JOHNSON G/O | RELEASE Ortega 1/8/80 | DATE |
|---|---|---|---|---|---|---|---|
| DWG MADE/CHGD BY W. PON | SPEC COMPLIANCE | CHECK DWG C.A.R. V. Rodriguez | STRESS 12-21-79 FNS Quan | CHANGE CONTROL A.M. Young 1/3/80 | MATERIAL Young 1/3/80 | CUSTOMER | |
| | | | | | CUSTOMER AUTH | INCORP VIR NO. | |

| 1.2 LTR | MODEL | SECTION | RELEASE CCN | HI NO. | WRO EFFECT 311 | EFFECTIVITY (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NEW | FORMER | | |
| CJ | KC-10A | QG00 | | *5 | 0311+. | | | | | | 1 |
| 2 | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | 4 |
| 5 | | | | | | SEE SHEET 1.01 FOR EFF | | | | | 5 |

AFFECTS – 5001.

ITEM ② AIRCRAFT SERIAL NO. 48200 HANDLED PER
MR-SR 1-266873 ACCEPTABLE
REF. M11222454, S. SCHINDLER, DEPT 316,
11-29-79

NOTE: INPUT TO PRIMS
DATE 1/2/80 W.B. Dame
DO NOT ALTER

**BULL PEN**    ADVANCE RELEASE NOT TO BE ALTERED

( 82 ) C1 ENGG

COORD. WITH AQL7071 'C' CHANGE

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |
| B TEST AFF | | |

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| DEVELOPMENT | | X |
| Orig at DAC | | |
| Dup at | | X |

SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED.

| DRAWING NUMBER |
|---|
| NQG6400 |

| NAME | QTY | DEPT | MAIL CODE |
|---|---|---|---|
| R. DOBSON | 1 | 253 | 35-61 |
| C1-FILE | 2 | 253 | 36-94 |
| KIBBEE | 1 | 253 | 35-61 |

ENGR MATL C1-253 35-17

| NAME | QTY | DEPT | MAIL CODE |
|---|---|---|---|
| KIBBEE | 1 | 253 | 35-61 |

| SB/SC NO. | EXTRA EO'S | EXTRA DRAWINGS |
|---|---|---|

Ex. 26, p.: 1416

Case 3:11-cv-00864-3e3W Document76 FileSof12/4/17 Page15 of 20

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA    MCDONNELL DOUGLAS
CODE IDENT NO. 88877    CORPORATION

JAN 0 3 1980

ENGINEERING ORDER   DES COG:DAC DES GRP:H/M MFG COG:          PAGE 1.01          DRAWING NUMBER NQG6400
DATE:800102 EWO:DP1E1      WRO:KC10-12                                           DRAWING CHANGE    B INC
1.2 SCHEDULE    DC-10   CJ                              JAN 9  1980              MEMO NUMBER
                                                                                REISSUE NUMBER

DC-10 WRO EFFECT = 0311

| MODEL | SECTION | HI NO | EFFECTIVITY | | CONFIGURATIONS SEQ | REQ PER FROM THRU | NEW | ARTICLE FORMER | NEXT ASSEMBLY DRAWING NO. | U CD |
|-------|---------|-------|-------------|--|--------------------|-------------------|-----|----------------|---------------------------|------|
| DC-10 | QG00 | 5 | AD30A | 48200 | -5001 | | | | | |
| DC-10 | QG00 | 5 | 48201 | | -5001 | | | | | |

Case3:11-cv-00835-JM-JMA Document 667-3 Filed 01/28/11 Page 18 of 20

**ENGINEERING ORDER**

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CODE IDENT NO 09977    CORPORATION

DAC 25-1709B (REV. 1-79)

JAN 03 1980

| 2. | NQG6400 |
| --- | --- |
| SHEET | DRAWING NUMBER |

| DATE JAN 9 1980 | 1 | CHANGE LETTER | B |
| --- | --- | --- | --- |
| DATE | 2 | SERIAL ED | |
| DATE | 4 | HEX-REVISED RELEASE | |
| DATE | 5 | REISSUE TO REVISE | R |

ZONE 26 VIEW F-F & ZONE 28 VIEW H-H

  1.) INCREASED HOLE SIZE FOR NAS4603U12
      SCREW.

  ② REVISED STATION LOCATIONS AND ADDED STATION
     TOLERANCE NOTE

ZONE 26 VIEW F-F

  3) ADDED CALLOUT FOR NAS6103U10 SCREW & AN960D10L WASHER

ZONE 24 VIEW E, TOP VIEW

  4) CHANGED (WAS) ... SEE AQG7012
             (IS) ... SEE NQG6402


REASON:

  1) CLASS IV HOLE SIZE NOT REQ'D, CLASS III HOLE SIZE USED
     INSTEAD TO GIVE MANUFACTURING MORE TOLERANCE

  ② PREVIOUS LOCATIONS INTERFERED WITH SHOCK ABSORBER
     SUPPORT FTG (AQC7030), HOIST FTG (AQC7029) AND
     ATTACHMENTS PROTRUDING FROM GANG CHANNEL (REF M11.222454)

  3.) AREA NOT EASILY ACCESSIBLE FOR COUNTERSINKING.
      PROTRUDING HEAD SCREWS CAN BE USED BECAUSE
      NOTED STATIONS ARE COVERED BY A FAIRING.

  4.) AQG7012 CANCELLED AND REPLACED BY NQG6402.

| DRAWING NUMBER |
| --- |
| NQG6400 |

EX. 26, p. 1418

**ENGINEERING ORDER**
PARTS LIST REVISION

DAC 25-1709S (REV. 1-78)

DOUGLAS AIRCRAFT COMPANY

MCDONNELL DOUGLAS CORPORATION

CODE IDENT NO. 48277

JAN 03 1980

| 3 | NQG6400 |
|---|---------|
| SHEET | DRAWING NUMBER |

| QUANTITY REQUIRED PER NOTED DASH NO. | | | | | ACTION CODE | C-C CONTROL CODE | DATE JAN 9 1980 | 2 CHANGE LETTER | B |
|---|---|---|---|---|---|---|---|---|---|

**ACTION CODE**
A ADDED
C CANCELLED
D DELETED
R REVISED
S SUPERSEDED
T TECH CHANGED
X REINSTATED

**C-C CONTROL CODE**
B BULK MATL
D CUST FURN CUST INSTL
O CUST FURN DAC INSTL
P CUST FURN INSTL CHECK
G GOVT OR IND STANDARD
L COMM'L SHELF ITEM
Z 'MAKE FROM' DAC ITEM
P1 PURCH DAC PART-SUP MATL
P2 PURCH DAC PART-DAC MATL
R REWORK OR SALVAGE PART
S DAC STANDARD PART
V SUPPLIER ITEM-SPEC CONT
X 'SON' 'PC OR 'CD' REF
Z REF DOCUMENT
DAC DWG 'NOT STD PART'

| DATE | 3 SERIAL EO | |
| DATE | 4 NEW REVISED RELEASE | |
| DATE | 5 REISSUE TO REVISE | R |

| IPRSX | | | | | 500/× | A/CD CD TE | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C-C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | IPRSX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | 13 R | NAS5803U10 | | | | | | | | | | 1 |
| 2 | | | | | | 2 A | NAS6103U10 | SCREW | | G | | | | | | 26 | 2 |
| 3 | | | | | | 13 R | AN960D10L | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | | | | | | | 5 |
| 6 | | | | | | | | | | | | | | | | | 6 |
| 7 | | | | | | | | | | | | | | | | | 7 |

| DRAWING NUMBER |
| NQG6400 |

# ENGINEERING ORDER
DAC 25-1709K (REV. 7-79)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS**
CODE IDENT NO. 18277 CORPORATION

B-54

| RC | MI | MW | AW | FS | LDM |
|---|---|---|---|---|---|
| AIR | 420 | | | 48200 | GK |

| | | DESIGN SECTION | TYPE RELEASE | TOTAL NO. PL INPL SHEETS | 1 |
|---|---|---|---|---|---|
| | | C1 | DEVELOPMENT | A | ADV DATE |
| | | | PRODUCTION | X | |
| | | | NON PROD. | C | SHEET 1 OF 4 |

SIZE J DRAWING NUMBER NQG6400

## HANDLING INSTRUCTIONS (HI)
0. INTERCHANGEABILITY NOT AFFECTED. USAGE OF PRIOR CHANGE OPTIONAL.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
3. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY, OPTIONAL REWORK INSTRUCTIONS INCLUDED.
4. SCRAP.
5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
6. RETROFIT (DELIVERED ARTICLES).

| ENGRG TIME CHG (COST CHARGE NO.) | TITLE |
|---|---|
| DPAE 1C10 | HYDR. INSTL - OUTER TUBE |

| EWO DP1E1 | DOG 0008 | WRO KC10-12 | ROUTING CODE M | CHG CLASS |
|---|---|---|---|---|
| SYS | CPE 006-5 | | | |

| DATE | FEB 11 1980 | DRAWING CHANGED | C |
|---|---|---|---|
| DATE | | 2 ADVANCE DWG CHG | |
| DATE | | 3 SERIAL EO | |
| DATE | | 4 NEW/REVISED RLSE | |
| DATE | | 5 REISSUE TO REVISE | R |

SEO/REWORK DRAWING REQUIRES DRAWING CHANGE ☐ YES ☐ NO 2/5/80
DWG REPLACES REPLACED BY
RELEASE STOP ORDER DATED
EXPECTED SEO,RWK INCORP SEO/QAEO DWG INCORP DATE RWK DWG
CUSTOMER AUTH INCOR. VIR NO.

| EO MADE BY | DESIGN APPROVAL | CHECK EO | WEIGHTS 2-1-80 | PROGRAM ENGRG | PRODUCT SUPPORT | RELEASE | DATE |
|---|---|---|---|---|---|---|---|
| BAYER 1-24-80 | KIBBLE 1-28-80 | R | Al Mngum | OHNSON G/O | | |
| PON 1-28-80 | SPEC COMPLIANCE | CHECK DWG | STRESS 2-4-80 | CHANGE CONTROL | MATERIAL | CUSTOMER | |
| DWG MADE/CHGD BY | | HEITKA 1-31-80 | DOSON | BK151 2-4-80 | Smalley 2-4-80 | | |

| | 1.2 LTR | MODEL | SECTION | RELEASE CCN | HI NO. | WRO EFFECT 311 | EFFECTIVITY (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE NEW | FORMER | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CK | KC-10A | QG00 | | 2 | 0311 +, | EPS4 | | | | | 1 |
| 2 | | | | | | | 311 | | | | | 2 |
| 3 | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | 4 |
| 5 | | | | | | SEE SHEET 1.01 FOR EFF. | | | | | | 5 |

AFFECTS -5001.

NOTE: INPUT TO PRIMS
DATE D. 2/4/80
DO NOT ALTER

BULL PEN — ADVANCE RELEASE NOT TO BE ALTERED

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC PONDING AFF | | |
| LUBRICATION AFF | | |
| LAB TEST AFF | | |

| | | |
|---|---|---|
| BAYER PON | 1 C1-253 | 35-61 |
| NAMS | 1 C1-253 | 35-61 |

ENGR MATL C1-250 35-17
R.DOBSON 4 253 35-61
DIVINO 1 C1-761 7-21
BAYER 1 C1-253 35-61
PON 1 C1-253 35-61
QTY DEPT

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| DEVELOPMENT | | X |
| Orig at DAC | | X |
| Dup at | | |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | X |

DRAWING NUMBER NQG6400

Ex. 26 p.: 1420

Case 1:21-cv-00001-JRH-BKE   Document 46-26   Filed 07/12/21   Page 9 of 90

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA    MCDONNELL DOUGLAS

CODE IDENT NO. 88277

FEB 0 5 1980

PAGE 1.01

FEB 11 1980

ENGINEERING ORDER   DES COG:DAC DES GRP:H/M MFG COG:
DATE:800204 EWO:DP1E1      WRO:KC10-12
1.2 SCHEDULE   DC-10  CK

DRAWING NUMBER NQG6400
DRAWING CHANGE    C INC
MEMO NUMBER
REISSUE NUMBER

DC-10 WRO EFFECT = 0311

| MODEL | SECTION | H1 NO | EFFECTIVITY | | CONFIGURATIONS REQ PER ARTICLE | | | NEXT ASSEMBLY U | |
|-------|---------|-------|-------------|---|------|------|-----|------|----|
| | | | | | SEQ | FROM THRU | NEW | FORMER | DRAWING NO. | CD |
| DC-10 | QG00 | 2 | AD30A | 48200 | -5001 | | | | |
| DC-10 | QG00 | 2 | 48201 | | -5001 | | | | |

EOP

Ex.: 26; p.: 1421

ENGINEERING ORDER

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
MCDONNELL DOUGLAS
CORPORATION

DAC 25-1709B (REV. 1-79)

| 2 | NQG6400 |
|---|---|
| | SHEET | DRAWING NUMBER |

| DATE FEB 11 1980 | 2 | CHANGE LETTER | C |
| DATE | 3 | SERIAL ED |
| DATE | 4 | FOR REINSTATE RELEASE |
| DATE | 5 | REISSUE TO REVISE IF |

*AFFECTS* -5001 CONFIGURATION & LIM

SHT 2, ZONE 12, VIEW T-J
 ADDED ③ BRACKET & MS21042L3 NUT
 REMOVED: TA102CHTD2-20-6 BRACKET

ZONE 12,
 PROJECTED VIEW FROM VIEW C-C

 REVISED VIEW TO SHOW PIPE CLAMP BEING ROTATED

ADDED G/N 11: FINISH -3 PER DPS 9.07

REASON: REDEVELOPED & REROUTED THE AQK1000 -519 & -520
 PIPE ASSY'S TO PROVIDE AREA UNDER THE PIPE ASSY'S
 FOR ELECTRICAL WIRE ROUTING.

| DRAWING NUMBER |
|---|
| NQG6400 |

Exa 26, p. 1422

Case MDL-2001-ODS6 JRN - Document R6674 - Filed 03/2001 - Page 31 of 90

# ENGINEERING ORDER

**PARTS LIST REVISION**

DAC 25-1709D (REV. 1-76)

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
MCDONNELL DOUGLAS
CORPORATION

| ADV DATE | FEB 05 1980 | J | NQG 6400 |
| --- | --- | --- | --- |

| SHEET NUMBER | 3 | SIZE | DRAWING NUMBER |
| --- | --- | --- | --- |
| | | | C |

| | | DRAWING CHANGED | |
| --- | --- | --- | --- |
| DATE FEB 11 1980 | 1 | | |
| DATE | 2 | ADVANCED DWG CHG | |
| DATE | 3 | SERIAL EO | |
| DATE | 4 | NEW/REVISED RELEASE | |
| DATE | 5 | REISSUE TO REVISE | R |

### ACTION CODE
A ADDED
C CANCELLED
D DELETED
R REVISED
S SUPERSEDED
T TECH CHANGE

B BULK MATL
C CUST FURN CUST INSTL
D CUST FURN DAC INSTL
F CUST FURN INSTL CHECK
G GOVT OR IND STANDARD
L COMML SHELF ITEM
M MAKE FROM ITEM
M- MAKE FROM DAC ITEM

### C/C CONTROL CODE
P1 PURCH DAC PART-SUP MATL
P2 PURCH DAC PART-DAC MATL
R REWORK OR SALVAGE PART
S DAC STANDARD PART
V SUPPLIER ITEM-SPEC CONT
Z REF DOCUMENT
DAC DRAWING, NOT STD PART

| QUANTITY REQUIRED PER NOTED DASH NO. | | | | | | A C D T-E | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C/C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | I P R S X |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| IPRSX | 1 | 2 | 3 | 4 | 5 -500 | | | | | | | | | | | | |
| 1 | | | | | | D | TA102CHTD 2-20-6 | (BRKT) | | | | | | | | | |
| 2 | | 1 | | | | A | -3 | BRKT | | B | .063 X 1 X 4 | SHEET CRES ANLD | | | | 12 | X |
| 3 | | 6 | | | | R | MS21042L3 | (NUT) | | | | | | | | | |
| 4 | | | | | | A | DPS 9.07 | PROCESS | | Z | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | |

| KP | | VER | | DWG NO. | |
| --- | --- | --- | --- | --- | --- |

NQG 6400

Ex.: 26; p.: 1423

# ENGINEERING ORDER
DAC 23-1709K (REV. 7-79)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS**
CODE IDENT NO. 88277    CORPORATE

B-58

| DESIGN SECTION | C1 | TYPE RELEASE | | TOTAL NO. PL INPUT SHEETS | 1 | ® T v-19 |
|---|---|---|---|---|---|---|
| | | DEVELOPMENT | A | ADV DATE | FEB 18 1980 | J NQG6400 |
| | | PRODUCTION | B X | | | |
| | | NON PROD. | C | SHEET 1 OF 3 | SIZE DRAWING NUMBER | |

| RC AIR | MI 420 | MW | AW +8200 | LDM |
|---|---|---|---|---|

## HANDLING INSTRUCTIONS (HI)
1. INTERCHANGEABILITY NOT AFFECTED. USAGE OF PRIOR CHANGE OPTIONAL.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
3. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY. OPTIONAL REWORK INSTRUCTIONS INCLUDED.
4. SCRAP.
5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
6. RETROFIT (DELIVERED ARTICLES).

| ENGRG TIME CHG (COST CHARGE NO.) | TITLE |
|---|---|
| DPAE 1C10 | HYDRAULIC INSTALLATION OUTER TUBE |

| EWO DPIE1 | DOG 0074 | WRO KC10-12 | ROUTING CODE M | CHG CLASS — |
|---|---|---|---|---|
| SYS | COE 0085 | | | |

| | DATE | 1 | DRAWING CHANGED |
| | DATE FEB 21 80 | 2 | ADVANCE DWG CHG | D |
| | DATE | 3 | SERIAL EO |
| | DATE | 4 | NEW/REVISED RLSE |
| | DATE | 5 | REISSUE TO REVISE | R |

SEO/REWORK DRAWING REQUIRES DRAWING CHANGE ☐ YES ☐ NO
☐ DWG REPLACES   REPLACED BY
RELEASE STOP ORDER DATED

| EO MADE BY 2-11-80 W. PON | DESIGN APPROVAL KIBBEE | CHECK EO EITHAUS 2-14-80 | WEIGHTS 2-11-80 KIBBEE | PROGRAM ENGRG K 02-15-7... | PRODUCT SUPPORT JOHNSON G/ | RELEASE DATE Velazz 2-20-80 | EXPECTED SEO/RWK DWG INCORP DATE | INCORP SEO/QAEO/ RWK DWG |
|---|---|---|---|---|---|---|---|---|
| DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG | STRESS 2-11-80 KIBBEE | CHANGE CONTROL Hunt(5) 2/18/80 | MATERIAL ☐ QMD Smothy 2-19-80 | CUSTOMER | CUSTOMER AUTH | INCORP VIR NO. |

| | 1,2 LTR | MODEL | SECTION | RELEASE CCN | HI NO. | WRO EFFECT 311 | EFFECTIVITY 311+ (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | NEW | FORMER | | |
| 1 | CK | KC-10A | Q600 | | 2 | 0311+ | | | | | | 1 |
| 2 | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | 4 |
| 5 | | | | | SEE SHEET 1 C1 FOR EFF | | | | | | | 5 |

AFFECTS -5001

NOTE: INPUT TO PRIMS
DATE 2-18-80 mk/97
DO NOT ALTER

LIAISON
12
ENGG

C/W McCORMACK 2/18/80

| PRINT DISTRIBUTION | YES | NO | M |
|---|---|---|---|
| DEVELOPMENT | | K | K |
| Orig at DAC | | X | |
| Dup at | | | |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | X | |
| DRAWING NUMBER NQG6400 | | | |

## BULL PEN
*ADVANCE RELEASE*
*NOT TO BE ALTERED*

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | K |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |
| LAB TEST AFF | | ↓ |

| | ENGR MATL | C1-250 | 35-17 |
|---|---|---|---|
| R. DOBSON | 1 | 253 | 35-61 |
| KIBBEE | 1 | 253 | 35-61 |
| NAME | QTY DEPT. | MAIL CODE | NAME |

| SB/SC NO. | EXTRA EO'S | QTY DEPT. | MAIL CODE |
|---|---|---|---|
| | EXTRA DRAWINGS | | |

Case MDL-No. 0875 JBW Document 60774 Filed 03/06/01 Page 33 of 90

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA  **MCDONNELL DOUGLAS**
*CODE IDENT NO. 88277*  **CORPORATION**

ENGINEERING ORDER  DES COG:DAC DES GRP:H/M MFG COG:
DATE:800218 EWO:DP1E1    WRO:KC10-12(54)
1.2 SCHEDULE   DC-10  CK

PAGE 1.01

FEB 18 1980
FEB 21 1980

DRAWING NUMBER NQG6400
DRAWING CHANGE   D ADV
MEMO NUMBER
REISSUE NUMBER

DC-10 WRO EFFECT = 0311

| MODEL | SECTION | HI NO | EFFECTIVITY | | CONFIGURATIONS SEQ | REQ FROM | PER THRU | ARTICLE NEW | FORMER | NEXT ASSEMBLY DRAWING NO. | U CD |
|-------|---------|-------|-------------|--|--------------------|----------|----------|-------------|--------|---------------------------|------|
| DC-10 | QG00 | 2 | AD30A | 48200 | -5001 | | | | | | |
| DC-10 | QG00 | 2 | 48201 -48205 | | -5001 | | | | | | |

Ex.: 26; p.: 1425

Case MDL No. 865 JPEG Document 66276 Filed 03/09/11 Page 34 of 90

DOUGLAS AIRCRAFT COMPANY
MCDONNELL DOUGLAS
CORPORATION

CODE IDENT NO. 88277

FEB 18 1980

| 2 | NQG6400 |
| SHEET | DRAWING NUMBER |

| QUANTITY REQUIRED PER NOTE DASH NO. | | | | | | | ACTION CODE | C C CONTROL CODE | | DATE FEB 21 1980 | | 2 | CHANGE LETTER | | D |



ZONE 8, VIEW A-A

ADD CALLOUT FOR S4932412T8 UNION

S4932412T8 UNION (ADD)
2 PLCS

AQG7006-5001 EXPANDER (E.O. REF)

REASON: UNIONS REQUIRE PART NO. CALLOUT

| | 3 | R | S4932412T8 | (UNION) | | | | | | | | 8 | |

DRAWING NUMBER
NQG6400

# ENGINEERING ORDER
DAC 25-1709K (REV. 2-79)

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CODE IDENT NO. 88277 CORPORATION

RAMP 5-16-80

| | | | | |
|---|---|---|---|---|
| DESIGN SECTION | C1 | TYPE RELEASE | TOTAL NO. PI INPUT SHEETS | 5 |

| TYPE RELEASE | |
|---|---|
| DEVELOPMENT | A |
| PRODUCTION | B |
| NON PROD. | C |

ADV DATE MAY 17 1980 — J — NQG 6400

SHEET 1 OF 2 | SIZE | DRAWING NUMBER

| RC | AIR | MI | 420 | MW | | AW | | FS | 48200 | LOM | GK |
|---|---|---|---|---|---|---|---|---|---|---|---|

TITLE: HYDR INSTALLATION — REFUELING BOOM

ENGRG TIME CHG (COST CHARGE NO.): DPAE 1610

| HANDLING INSTRUCTIONS (HI) | | |
|---|---|---|
| 0. INTERCHANGEABILITY NOT AFFECTED. USAGE OF PRIOR CHANGE OPTIONAL. | | |
| 2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY | | |
| 3. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY. OPTIONAL REWORK INSTRUCTIONS INCLUDED. | | |
| 4. SCRAP. | | |
| 5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED. | | |
| 6. RETROFIT (DELIVERED ARTICLES) | | |

| | DATE | 1 | DRAWING CHANGED |
|---|---|---|---|
| | DATE | 2 | ADVANCE DWG CHG |
| | DATE MAY 22 1980 | 3 | SERIAL EO | 001 |
| | DATE | 4 | NEW/REVISED RLSE |
| | DATE | 5 | REISSUE TO REVISE | R |

| EWO | DPIE1 | DOG | 2194 JR | WAO | KC10-12 | ROUTING CODE | CHG CLASS M |
|---|---|---|---|---|---|---|---|
| SYS | | CGE | 0205 | | | | |

SEO/REWORK DRAWING REQUIRES DRAWING CHANGE — ☐ YES ☒ NO

| DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED |
|---|---|

EXPECTED SEO/RWK INCORP SEO/QAEO DWG INCORP DATE / RWK DWG

| EO MADE BY | BAYER 5-7-80 | DESIGN APPROVAL KIBBEE 5-7-80 | CHECK EO 5-8-80 KIBBEE | WEIGHTS 5-7-80 KIBBEE | PROGRAM ENGRG K | PRODUCT SUPPORT | RELEASE DATE |
|---|---|---|---|---|---|---|---|
| DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG | STRESS 5-7-80 KIBBEE | CHANGE CONTROL C 5-16-80 Timothy 5-16-80 | MATERIAL | CUSTOMER | CUSTOMER AUTH | INCORP VIA NO. |

| # | 1,2 LTR | MODEL | SECTION | RELEASE CCN | HI NO. 3 | WRO EFFECT 48200 | RAMP EFFECTIVITY 311 00L (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | NEW | FORMER | | |
| 1 | CL | KC-10A | QK00 | | 3 | 48200 | | | | | | 1 |
| 2 | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | | 5 |

WRO EFFECT: 311

C/W SEO AQG7001-001

| CLASS | TITLE PRIOR TO FLIGHT | SHIP |
|---|---|---|
| 1 | PRIOR TO FLIGHT | |
| 2 | PRIOR TO CERT. | 311 ONLY * |
| 3 | PRIOR TO DEL. | |
| | | |
| 5 | DURING FLIGHT TEST PROGRAM | |

MIP KQ10-040 ITEM 41013

\* PRIOR TO INFLT BOOM OPERATION

MIP ACTION REQ'D PER Q.QM

| FLIGHT RAMP RELEASE | | |
|---|---|---|
| ENGRG | | 5-17-80 |
| MFG | | |
| INSP | | 5-17-80 |
| AIRPLANE NO. | 311 | |

CCB A348

CODE I
CALENDARS

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| DEVELOPMENT | | X |
| Orig at DAC | | X |
| Dup at | | X |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | X |

DRAWING NUMBER NQG 6400

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |
| LAB TEST AFF | | |

| | | MUTZ | 1 | C1-253 | 36-94 | | | |
|---|---|---|---|---|---|---|---|---|
| SB/SC NO. | | PON NAME | 1 QTY/DEPT | C1-253 35-61 MAIL CODE | | NAME | QTY/DEPT EXTRA DRAWINGS | MAIL CODE |

EXTRA EO'S

DRAWING NUMBER NQG 6400

Case MDL No. 0875 JBW-UBS Document 6272 Filed 03/09/01 Page 36 of 90

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
MCDONNELL DOUGLAS
CORPORATION
CODE IDENT NO. 26517

DAC 25-1709B (REV. 1-79)

| | 2 | NQG6400 |

MAY 1 7 1980

| | | SHEET | DRAWING NUMBER |
|---|---|---|---|
| DATE | 1/2 | CHANGE LETTER | |
| DATE MAY 2 2 1980 | 3 | SERIAL EO | 001 |
| DATE | 4 | NEW/REVISED RELEASE | |
| DATE | 5 | REISSUE TO REVISE | R |

THIS SEO AUTHORIZES THE REMOVAL AND REPLACEMENT OF THE
FILTER ASSEMBLY IN THE AERIAL REFUELING BOOM ELEVATOR
ACTUATOR ASSEMBLY, P/N A22321-1. THE FAIRING WILL HAVE
TO BE REMOVED TO GAIN ACCESS TO THE ELEVATOR ACTUATOR.
THE PISTON ROD EYE BOLT IS TO BE REMOVED AND THE ACTUATOR
RAISED TO GAIN ACCESS TO THE FILTER ASSEMBLY.

THE FILTER ASSEMBLY WILL BE REPLACED BY THE VENDOR (MOOG)
WHEN AIRCRAFT IS AVAILABLE AND SHOULD BE REPLACED PRIOR
TO FIRST WET BOOM FLIGHT TEST

MANUFACTURING IS TO NOTIFY HYDRAULICS ENGINEERING TWENTY
FOUR (24) HOURS IN ADVANCE OF AIRCRAFT AVAILIBILITY SO THE
VENDOR (MOOG) CAN BE NOTIFIED TO INSTALL THE NEW FILTER
ASSEMBLY. CONTACT G.W. KIBBEE, C1-253; EXTENSION 34429,
WHEN AIRCRAFT WILL BE AVAILABLE.

REASON: POSSIBILITY OF CONTAMINATION IN THE ELEVATOR
ACTUATOR PER VENDOR (MOOG).

| DRAWING NUMBER |
| NQG6400 |

82-22635

# ENGINEERING ORDER
DAC 25-1709K (REV. 7-79)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS**
CODE IDENT NO. 88977 CORPORATION

| | | |
|---|---|---|
| P1 | 82 | |
| L3 | 6-12-80 | |

DESIGN SECTION: C1

TYPE RELEASE

| | | |
|---|---|---|
| DEVELOPMENT | | A |
| PRODUCTION | X | B |
| NON PROD. | | C |

TOTAL NO. PL INPUT SHEETS: 1

ADV DATE: JUN 16 1980

J NQG6400

SHEET 1 OF 3

SIZE DRAWING NUMBER

| RC | MI | MW | AW | FS | LDM |
|---|---|---|---|---|---|
| AIR | 420 | | | 48200 | GK |

**HANDLING INSTRUCTIONS (HI)**
0. INTERCHANGEABILITY NOT AFFECTED. USAGE OF PRIOR CHANGE OPTIONAL.
1. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY. OPTIONAL PEWORK INSTRUCTIONS INCLUDED
4. SCRAP.
5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTKERWISE NOTED.
6. RETROFIT (DELIVERED ARTICLES).

ENGRG TIME CHG (COST CHARGE NO.): DPAE 1C10

TITLE: HYDRAULIC INSTALLATION — OUTER TUBE

| | DATE | DRAWING CHANGED E |
|---|---|---|
| | DATE | 2 ADVANCE DWG CHG |
| | DATE | 3 SERIAL EO |
| | DATE | 4 NEW/REVISED RLSE |
| | DATE | 6 REISSUE TO REVISE R |

| EWO | 11202 | DOC | 023.5 | WRO | | ROUTING CODE A | CHG CLASS — | SEO/REWORK DRAWING REQUIRES DRAWING CHANGE | DWG REPLACES REPLACED BY | RELEASE STOP-ORDER DATED |
|---|---|---|---|---|---|---|---|---|---|---|
| SYS | | CDE | 025.5 B | KC10-172 | | | | ☐ YES ☐ NO ✓ | | |

| EO MADE BY 5-23-80 W. PON | DESIGN APPROVAL KIBBEE | CHECK EO | WEIGHTS SHOEMAKER S. GEE | PROGRAM ENGRG | PRODUCT SUPPORT Johnson G/O | RELEASE CUSTOMER | DATE |
|---|---|---|---|---|---|---|---|
| DWG MADE/CHGD BY W. PON | CHECK DWG SPEC COMPLIANCE GARNER | CHECK DWG | STRESS 6-6-80 | CHANGE CONTROL | MATERIAL ☒ CJMG | | EXPECTED SEO/RWK DWG INCORP DATE | INCORP SEO/QAEO/RWK DWG |

| 12 LTR | MODEL | SECTION | RELEASE CCN | HI NO. | WRO EFFECT 311 | 8P82 | EFFECTIVITY 333+ (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ FER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | NEW | FORMER | | |
| 1 CM | KC-10A | 2G00 | | 2 | 03117 | | | | | | | 1 |
| 2 | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | 4 |
| 5 | | | | SEE SHEET 1.01 FOR EFF | | | | | | | | 5 |

AFFECTS - 5001.

48200 CODE B.

| CLASS | TITLE | SHIP |
|---|---|---|
| 1 | PRIOR TO FLIGHT | |
| 2 | PRIOR TO CERT. | |
| 3 | PRIOR TO DEL. | 311 |
| | | |
| 5 | DURING FLIGHT TEST PROGRAM | |

M/P KC10-040 ITEM 4015

CCB# A357

POST IN DEPT 577

**BULL PEN**

ADVANCE RELEASE NOT TO BE ALTERED

LIAISON 82 ENGR

M.I.P. KC10-0140

C1

E/R 6-20-80

NOTE: INPUT TO PRIMS
DATE 07N 6/13/80
DO NOT ALTER

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |
| LAB TEST AFF | | |

| | SB/3C NO | | EXTRA EO'S | |
|---|---|---|---|---|
| KIBBEE | | 2 | 253 | 35-61 |
| NAME | | QTY DEPT. | MAIL CODE | |

ENGR MATL C1-250 122-22

DOBSON 1 253 35-61
PON 1 253 35-61
KIBBEE 1 253 35-61
NAME QTY DEPT. MAIL CODE
EXTRA DRAWINGS

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| DEVELOPMENT | | X |
| Orig at DAC | | |
| Dup at | | X |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIED | | ☒ |
| DRAWING NUMBER NQG6400 | | |

Case 3:19-cv-00053-JBA Document 76-7 Filed 02/01/12 Page 39 of 90

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
MCDONNELL DOUGLAS
CORPORATION
CODE IDENT NO. 88277
JUN 16 1980
PAGE 1401

ENGINEERING ORDER   DES COG:DAC DES GRP:H/M MFG COG:

DATE:800613 EWO:11202      WRO:KC10-172

1.2 SCHEDULE   DC-10  CM

DC-10 WRO EFFECT = 0311

DRAWING NUMBER NJG6400

DRAWING CHANGE   E INC

MEMO NUMBER

JUN 19 1980   REISSUE NUMBER

| MODEL | SECTION | HI NO | EFFECTIVITY | | CONFIGURATIONS SEQ | REQ PER ARTICLE FROM THRU NEW FORMER | NEXT ASSEMBLY DRAWING NO. | U CO |
|-------|---------|-------|-------------|---|------|------|------|------|
| DC-10 | QG00 | 2 | AD30A | 48200 | | -5001 | | |
| DC-10 | QG00 | 2 | 48201 | -48205 | | -5001 | | |

EOP

Ex.: 26; p.: 1430

**ENGINEERING ORDER**
COMPOSITE CONTINUATION SHEET

DAC 25-17098 (REV. 1-79)

DOUGLAS AIRCRAFT COMPANY
MCDONNELL DOUGLAS
CORPORATION

CODE IDENT NO. 88277

**JUN 16 1980**

| 2 | NQG6400 |
| SHEET | DRAWING NUMBER |

| QUANTITY REQUIRED PER NOTED DASH NO. | | | | | | ACTION CODE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

DATE **JUN 19 1980**

| 2 | CHANGE LETTER | | E |
| 3 | SERIAL EO | | |
| 4 | NEW REVISED RELEASE | | |
| 5 | REISSUE TO REVISE | R | |

**ACTION CODE**
A ADDED
C CANCELLED
D DELETED
R REVISED
S SUPERSEDED
T TECH CHANGED
T REINSTATED

**C/C CONTROL CODE**
B BULK MATL
C CUST FURN CUST INSTL
F CUST FURN DAC INSTL
P CUST FURN INSTL CHECK
G GOVT OR IND STANDARD
L COMML SHELF ITEM
M MAKE FROM ITEM
M MAKE FROM DAC ITEM
P1 PURCH DAC PART-SUP MATL
P2 PURCH DAC PART-DAC MATL
R REWORK OR SALVAGE PART
S DAC STANDARD PART
V SUPPLIER ITEM SPEC CONT
X SCN REC OR SCP REP
Z REP DOCUMENT
DAC DWG NOT STD PART

| IPRSX | 1 | 2 | 3 | 4 | 5 -S001* | C AG CD FE | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C/C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | IPRSX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | A | AQG7006 -5501 | EXPANDER ASSY | | — | | | | | | 8 | 1 |
| 2 | | | | | | D | AQG7006 -5001 | | | | | | | | | | 2 |
| 3 | 1 | 2 | 3 | 4 | 5 | | | | | | | | | | | | 3 |

1) ZONES 7 & 8 REVISED CALLOUT & PICTURE

   AQG7006-5501 EXPANDER ASSY    AQG7006-5001 EXPANDER

      <u>IS</u>                <u>WAS</u>

2) ZONES 20 & 24    REVISE SECTION VIEW LETTER

    L-L         J-J

    <u>IS</u>         <u>WAS</u>

REASON:   1) EXPANDER FAILED DURING QUALIFICATION TESTING

           HOUSING REDESIGNED TO CORRECT CONDITION.

     2) SECTION VIEW LETTER J-J

        USED IN ZONE 12.

| DRAWING NUMBER |
| NQG6400 |

# ENGINEERING ORDER

DAC 25-1709K (REV. 1-80)

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CROSS ICSNT NO. SUST: CONFIGURATION

E92

| RC | AIR | MI | 420 | MW | | AW | | FS | 48202 | LDM | GK |
|----|-----|----|----|----|----|----|----|----|----|----|----|

| DESIGN SECTION | TYPE RELEASE | TOTAL NO. OF INPUT SHEETS | J | NQG6400 |
|---|---|---|---|---|
| C1 | | ADV DATE NUV 13 1980 | SIZE | DRAWING NUMBER |
| | DEVELOPMENT | A | | |
| | PRODUCTION | B X | | |
| | NON PROD. | C | SHEET 1 OF 5 | |

**HANDLING INSTRUCTIONS (HI)**
0. INTERCHANGEABILITY NOT AF-FECTED. USAGE OF PRIOR CHANGE OPTIONAL.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
3. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY. OPTIONAL REWORK INSTRUCTIONS INCLUDED.
4. SCRAP.
5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
6. RETROFIT (DELIVERED ARTICLES).

| ENGRG TIME CHG (COST CHARGE NO.) | TITLE |
|---|---|
| DPAE 1C10 | HYDRAULIC INSTALLATION OUTER TUBE |

| | | DATE | NOV 19 1980 | 1 | DRAWING CHANGED | F |
|---|---|---|---|---|---|---|
| | | DATE | | 2 | ADVANCE DWG CHG | |
| | | DATE | | 3 | SERIAL EO | |
| | | DATE | | 4 | NEW/REVISED RLSE | |
| | | DATE | | 5 | REISSUE TO REVISE | R |

| EWO DPIE1 | DOG 0452 | WHO | ROUTING CODE | CHG CLASS | SEO/REWORK DRAWING REQUIRES DRAWING CHANGE | | DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED |
|---|---|---|---|---|---|---|---|---|
| SYS | DOE 046.5 | KC10-12 | .1 | — | ☐ YES ☐ NO | | | |

| EO MADE BY 10-27-80 | DESIGN APPROVAL 30-80 | CHECK EO 11-7-80 | WEIGHTS 10-30-80 | PROGRAM ENGR | PRODUCT SUPPORT | RELEASE | DATE | EXPECTED SEO/RWK DWG INCORP DATE | INCORP SEO/QAEO/RWK DWG |
|---|---|---|---|---|---|---|---|---|---|
| W PON | KIBBEE | KIBBEE | KIBBEE | 11-11-80 Divino 10-30-80 | X | | | | |
| DWG MADE/CHGD BY 10-29-80 | SPEC COMPLIANCE | CHECK DWG | STRESS 10-30-80 | CHANGE CONTROL | MATERIAL ⊗JmD | CUSTOMER | | CUSTOMER AUTH | INCORP VIR NO. |
| | | KIBBEE | KIBBEE | 13 11 80 | Timothy 11-12-80 | | | | |

| 1,2 LTR | MODEL | SECTION | HI NO. | WRO EFFECT 359 | EFFECTIVITY (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | NEW | FORMER | | |
| 1 CS | KC-10A | QG00 | 3 | 0359+ | | | | | | 1 |
| 2 | | | | | | | | | | 2 |
| 3 | | | | | | | | | | 3 |
| 4 | | | | SEE SHEET 1 01 FOR EFF | | | | | | 4 |
| 5 | | | | | | | | | | 5 |

AFFECTS -5001.

COORDINATE WITH AQK7000 "G" #5

LIAISON 12 ENGG

BULL PEN   ADVANCE RELEASE   NOT TO BE ALTERED

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |
| LAB TEST AFF | ✓ | |

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| DEVELOPMENT | | X |
| Orig at DAC | | X |
| Dup at | | |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | X |
| DRAWING NUMBER | NQG6400 | |

| ENGR MATL | C1-250 | 122-22 | DOBSON | 1 | 250 | 35-61 |
|---|---|---|---|---|---|---|
| C1-FILE | 1 | C1-250 | 36-94 | C1-FILE | 1 | C1-250 | 36-94 |
| KIBBEE | 1 | C1-253 | 35-61 | KIBBEE | 2 | C1-253 | 35-61 |
| NAME | QTY | DEPT. | MAIL CODE | NAME | QTY | DEPT. | MAIL CODE |

SB/SC NO.   EXTRA EO'S   EXTRA DRAWINGS

Ex.: 26; p : 1432

Case3:1\2cv00d05FJSWCuDoduffi6h76e1FilmtdB082041mPage341ePP1

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA    MCDONNELL DOUGLAS

CRDF IDENT NO. 89277    CORPORATION

ENGINEERING ORDER   DES COG:DAC DES GRP:H/M MFG COG:           PAGE 1.01         DRAWING NUMBER NQG6400
DATE:891.112 EWO:DP1E1      WRO:KC10-12                                          DRAWING CHANGE   F INC
1.2 SCHEDULE   DC-10  CS                               NOV 13 1980                  MEMO NUMBER
                                                                                 REISSUE NUMBER
DC-10 WRO EFFECT = 0359                                NOV 19 1980

| MODEL SECTION | HI NO | | EFFECTIVITY | CONFIGURATIONS SEQ | REQ FROM THRU | PER NEW | ARTICLE FORMER | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|
| DC-10 QG00 | 3 | AD30A | 48202 -48205 | -5001 | | | | | |

EOP

Ex.: 26; p.: 1433

Case MDL No. 875 Document 6672-1 Filed 02/24/11 Page 42 of 90

**ENGINEERING ORDER**

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CORPORATION
CODE IDENT NO. 88277

NOV 1 3 1980

| | 2 | NQG6400 |
|---|---|---|
| | SHEET | DRAWING NUMBER |

| | DATE NOV 1 9 1980 | 2 | CHANGE LETTER | F |
|---|---|---|---|---|
| | DATE | 3 | SERIAL EO | |
| | DATE | 4 | NEW/REVISED RELEASE | |
| | DATE | 5 | REISSUE TO REVISE | R |

1) ZONE 8, VIEW A-A
   ADDED CALLOUT AND REVISED PICTURE
   FOR D10006-8 NUT & D10007-8 SLEEVE

2) ZONE 7, VIEW A-A     REVISED PIPE ASSY

   AQK7000-528 PIPE ASSY                    AQK7000-521 PIPE ASSY
   TRIM SWAGE END ON INSTALLATION.                _WAS_
   AFTER TRIMMING PREPARE END PER
   SS021205-95 PRIOR TO SWAGING
                 _IS_

   AQK7000-529 PIPE ASSY                    AQK7000-522 PIPE ASSY
   TRIM SWAGE END ON INSTALLATION.                _WAS_
   AFTER TRIMMING PREPARE END PER
   SS021205-95 PRIOR TO SWAGING
                 _IS_

   REASON: PIPING BETWEEN ELBOW AND EXPANDER
           REQUIRES METHOD FOR ADJUSTMENT TO
           INSTALL PIPING WHEN TOLERANCE
           ACCUMULATION IS AT EXTREMES

| DRAWING NUMBER |
|---|
| NQG6400 |

Ex.: 26; p.: 1434

Case 4:18-cv-01338-SON Document 8-7 Filed 04/24/14 Page 43 of 90

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**MCDONNELL DOUGLAS**
*CODE IDENT NO. 88877* **CORPORATION**

NOV 1 3 1980

| 3 | | NQG6400 |
|---|---|---|
| SHEET | | DRAWING NUMBER |

| NOV 1 9 1980 | 1 | 2 | CHANGE LETTER | F |
|---|---|---|---|---|
| DATE | | 2 | | |
| DATE | | 3 | SERIAL EO | |
| DATE | | 4 | NEW/REVISED RELEASE | |
| DATE | | 5 | REISSUE TO REVISE | R |

## REWORK INSTRUCTIONS

1. REWORK THE AQK7000-521 PIPE ASSY
   BY CUTTING OR REMOVING THE 15819-08S SLEEVE
   AND THE 15818T08 NUT. TRIM PIPE ASSY ON
   INSTALLATION. AFTER TRIMMING PREPARE END
   PER SS0212.05-95 PRIOR TO SWAGING.
   SWAGE D10007-8 SLEEVE TO PIPE ASSY
   AFTER D10006-8 NUT IS INSTALLED.
   REIDENTIFY PIPE ASSY AS AQK7000-528.

2. REWORK THE AQK7000-522 PIPE ASSY
   BY CUTTING OR REMOVING THE 15819-08S SLEEVE
   AND THE 15818T08 NUT. TRIM PIPE ASSY ON
   INSTALLATION. AFTER TRIMMING PREPARE END
   PER SS021205-95 PRIOR TO SWAGING.
   INSTALL D10006-8 NUT AND THEN SWAGE
   D10007-8 SLEEVE TO PIPE ASSY.
   REIDENTIFY PIPE ASSY AS AQK7000-529.

| DRAWING NUMBER |
|---|
| NQG6400 |

Ex.: 26; p.: 1435

Case MDL No. 875 Document 6672-1 Filed 03/24/11 Page 44 of 90

DOUGLAS AIRCRAFT COMPANY
McDONNELL DOUGLAS
CORPORATION

NOV 13 1980

NOV 1 9 1980

| 4 | NQG6400 |
| SHEET | DRAWING NUMBER |

CHANGE LETTER: F

| | | -5001* | CAGE CODE | PART OR IDENTIFYING NO. | NOMENCLATURE (OR DESCRIPTION) | CODE IDENT NO. | C C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND OR SUPPLIER) | ITEM FIND | NOTES | ZONE | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | A | AQK7000 -528 | PIPE ASSY | | — | | | | | 7 | |
| | | 1 | A | AQK7000 -529 | PIPE ASSY | | — | | | | | 7 | |
| | | 2 | A | D10006-8 | NUT | L | | | | DEUTSCH CO. GARDENA, CA. | | 8 | S |
| | | 2 | A | D10007-8 | SLEEVE | L | | | | ↓ | | 8 | S |
| | | | D | AQK7000 -521 | | | | | | | | | |
| | | | D | AQK7000 -522 | | | | | | | | | |
| | | | A | S5021205 | METHOD | Z | | | | | | | |

NQG6400

Ex.: 26; p.: 1436

Downloaded from http://www.everyspec.com on date - handbook.com

# ENGINEERING ORDER

DAC 25-1709X (REV. 1-80)

C8

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS** CORPORATION
CODE IDENT NO. 81077

Jimo 3/10/81

| DESIGN SECTION | TYPE RELEASE | TOTAL NO. PL INPUT SHEETS 1 | 1 |
|---|---|---|---|
| C1 | DEVELOPMENT | ADV MAR 10 1981 DATE | J NQG 6400 |
| | PRODUCTION X | SHEET 1 OF 4 | SIZE DRAWING NUMBER |
| | NON PROD. | | |

| RC | (M) | MW | FS 30A001 | LDM GK |
|---|---|---|---|---|
| AIR | 420 | | | |

**HANDLING INSTRUCTIONS (HI)**

0. INTERCHANGEABILITY NOT AFFECTED. USAGE OF PRIOR CHANGE OPTIONAL.
1. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY, OPTIONAL REWORK INSTRUCTIONS INCLUDED.
4. SCRAP.
5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
6. RETROFIT (DELIVERED ARTICLES).

| ENGRG TIME CHG (COST CHARGE NO.) | TITLE |
|---|---|
| DPAE1010 | HYDRAULIC INSTALLATION — OUTER TUBE |

| | DATE | 1 DRAWING CHANGED | |
|---|---|---|---|
| | MAR 10 1981 | 2 ADVANCE DWG CHG | G |
| | DATE | 3 SERIAL EO | |
| | DATE | 4 NEW/REVISED BLSE | MEMO #2 |
| | DATE | 5 REISSUE TO REVISE | R |

| EWO 11358 | DOG 111.1 JR | WRO KC10-362 | ROUTING CODE A | CHG CLASS — | SEO/REWORK DRAWING REQUIRES DRAWING CHANGE ☐ YES ☐ NO | ☐ DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED |
| SYS | COE 112.5 | | | | | EXPECTED SEO/RWK DWG INCORP DATE | INCORP SEO/QAEO/RWK DWG |

| EO MADE BY 3/6/81 W.V. Mutz | DESIGN APPROVAL KIBBEE 3-9-81 | CHECK EO 3-9-81 REITBERGER | WEIGHTS 8-9-81 KIBBEE | PROGRAM ENGRG Lew 3-9-81 | PRODUCT SUPPORT Divino 3/9/81 | RELEASE DATE S Crandon 3/10/81 | CUSTOMER AUTH | INCORP VIR NO. |
| DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG | STRESS 3-9-81 KIBBES | CHANGE/CONTROL R.F.3-10-81 R.Fels 3-9-81 | MATERIAL JmD Gemilling 2-10-81 | CUSTOMER | | |

| | 1,2 LTR | MODEL | SECTION | HI NO. | WRO EFFECT 311, 359T | EFFECTIVITY (4 SERIAL NUMBERS PER LINE MAXIMUM) | 359T | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | NEW | FORMER | | |
| 1 | CV | KC-10 | QG00 | 5 | 0311, 0359T. | | | | | | | 1 |
| 2 | CV | KC-10 | QG00 | 6 | 5 28081 | | | -5001 | 1 | 0 | 528081 | 2 |
| 3 | | | | | | | | | | | | 3 |
| 4 | | | | | | SEE SHEET 1.01 FOR EFF | | | | | | 4 |
| 5 | | | | | | | | | | | | 5 |

AFFECTS -5001.

M.I.P. KC10-308

SIEO A2Z321-2 3-5-81

SHIP 311 CODE III

MIP #308

| | TITLE TO FLIGHT | SHIP |
|---|---|---|
| 2 | PRIOR TO CERT. | |
| 3 | PRIOR TO DEL. | 311 |
| 5 | DURING FLIGHT TEST PROGRAM | |

KC10-040 ITEM 4038

* INCORPORATION OF THIS CHANGE TO BE ACCOMPLISHED ONLY ON FSN'S LISTED ON SHEET 1.01. IEPPL TO BE MANUALLY REVISED FOR FSN'S PRIOR TO 0359T. REWORK INSTRUCTIONS INCLUDED.

SERIAL #LFG 247

Withdrawn C1 w CHASE

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | ✓ |
| FINISH SPEC AFF | ✓ | |
| DAMS & DRAINS AFF | | ✓ |
| VENTILATION AFF | | ✓ |
| SEALING AFF | | ✓ |
| ELEC BONDING AFF | | ✓ |
| LUBRICATION AFF | | ✓ |
| LAB TEST AFF | | ✓ |

28-81 SR/SC NO.

| A MAT'L REL | 1 | C1-326 | 122-22 |
|---|---|---|---|

| | | QTY DEPT. | MAIL CODE |
|---|---|---|---|
| DIVINO | 1 | 761 | 315-61 |
| DOBSON | 1 | 253 | 35-61 |
| POOLE | 1 | 253 | 36-94 |
| KIBBEE | 1 | 253 | 35-61 |

EXTRA EO'S

| | | QTY DEPT. | MAIL CODE |
|---|---|---|---|
| POOLE | 1 | 253 | 36-94 |
| KIBBEE | 1 | 253 | 35-61 |
| NAME | | | |

EXTRA DRAWINGS

| PRINT DISTRIBUTION | YES | NO | RF |
|---|---|---|---|
| DEVELOPMENT | | X | |
| Orig at DAC | | X | |
| Dup at | | X | |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | X | |

| 111.5 | 1 | FAB |
|---|---|---|

DRAWING NUMBER
NQG 6400

Ex.: 26; p.: 1437

Case: MDL Number 875 Document 6667-2 Filed 04/07/11 Page 46 of 90

ENGINEERING ORDER  DES COG:DAC DES GRP:H/M MFG COG:                    PAGE 1.01                    DRAWING NUMBER NQG6400
DATE:810310 EWO:11358      WRO:KCI0-362                                                             DRAWING CHANGE   G ADV
1.2 SCHEDULE   DC-10  CV                                                                            MEMO NUMBER 002
                                                                                                   REISSUE NUMBER

McDONNELL DOUGLAS CORPORATION
LONG BEACH, CALIFORNIA
CODE IDENT NO. 88877

MAR 10 1981

| MODEL SECTION | HI NO | EFFECTIVITY | CONFIGURATIONS SEQ FROM THRU | REQ PER NEW | ARTICLE FORMER | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|
| DC-10 QG00 | 6 | S28081 | -5001 | 0001 | 0000 | S28081 | |

EOP

Ex. 26; p. 1438

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
MCDONNELL DOUGLAS
CORPORATION
CODE IDENT NO. 08879
MAR 10 1981

ENGINEERING ORDER   DES COG: DAC DES GRP: H/M MFG COG:          PAGE 1.02          DRAWING NUMBER  NOG6400
DATE: 810310  EWO: 11358      WRO: KC19-362                                        DRAWING CHANGE    G ADV
1.2 SCHEDULE    DC-10 CV                                                              MEMO NUMBER  002
                                                                                  REISSUE NUMBER

DC-10 WRO EFFECT = 0359                                         MAR 10 1981

| MODEL | SECTION | HI NO | EFFECTIVITY | | CONFIGURATIONS SEQ | REQ PER ARTICLE FROM THRU | | NEW | FORMER | NEXT ASSEMBLY DRAWING NO. | U CD |
|-------|---------|-------|-------------|---|-----|------|------|-----|--------|-------------|------|
| DC-10 | 0G00 | 5 | A30999 | 30A001 | -5001 | | | | | | |
| DC-10 | 0G00 | 5 | 30A003-30A100 | | -5001 | | | | | | |
| DC-10 | 0G00 | 6 | S28081 | | -5001 | | | | | | |

# ENGINEERING ORDER
## COMPOSITE CONTINUATION SHEET

**DOUGLAS AIRCRAFT COMPANY**
McDONNELL DOUGLAS CORPORATION
CODE IDENT NO. 88277

DAC 25-1709S (REV. 1-79)

| | SHEET | DRAWING NUMBER |
|---|---|---|
| 2 | | NQG 6400 |

| | | | DATE | MAR 10 1981 | 1 | 2 | CHANGE LETTER | | G |
|---|---|---|---|---|---|---|---|---|---|
| | | | DATE | | 3 | | SERIAL EO | | |
| | | | DATE | | 4 | | NEW/REVISED RELEASE | | MEMO #2 |
| | | | DATE | | 5 | | REISSUE TO REVISE | R | |

### ACTION CODE
A ADDED
C CANCELLED
D DELETED
R REVISED
S SUPERSEDED
T TECH CHANGED
X REINSTATED

### C/C CONTROL CODE
B BULK MATL
C CUST FURN CUST INSTL
D CUST FURN DAC INSTL
F CUST FURN INSTL CHECK
G GOVT OR IND STANDARD
L COMML SHELF ITEM
M "MAKE FROM" ITEM
M-"MAKE FROM" DAC ITEM

P1 PURCH DAC PART-SUP MATL
P2 PURCH DAC PART-DAC MATL
R REWORK OR SALVAGE PART
S DAC STANDARD PART
V SUPPLIER ITEM-SPEC CONT
X 'SCN','PC',OR 'ECP' REF
Z REF DOCUMENT
– DAC DWG. NOT STD PART

| QUANTITY REQUIRED PER NOTED DASH NO. | | | | | | C/A CD TE | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C/C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | IPRSX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IPRSX | 1 | 2 | 3 | 4 | 5 -500/* | | | | | | | | | | | | |
| | 1 | | | | | A | A22321-2 | ELEVATOR ACTUATOR | | L | | | MOOG INC. AERO DIV. E. AURORA, N.Y. | | 13 | | S |
| | | | | | | S | A22321-1 | REPLACED BY A22321-2 | | | | | | | | | |
| | 1 | 2 | 3 | 4 | 5 | | | | | | | | | | | | |

ON B/D ZONE 13 A22321-2 ELEVATOR ACTUATOR WAS A22321-1 ELEVATOR ACTUATOR

ON B/D ZONE 1 ADDED SERVICE INFORMATION DECAL

**SPARES INFORMATION ONLY**
(NOT FOR DAC MFG USE)

NO. A22321-1 SUPERSEDED USE UNTIL SPARES ARE EXHAUSTED. ~~USAGE~~ — NOT USABLE IN PLACE OF SUPERSEDING PART A22321-2. USE SUPERSEDING PART FOR FUTURE SPARES PROCUREMENT.

REASON: TO PROVIDE NEW ACTUATOR CONFIGURATION WHICH ELIMINATES THE PISTON BOTTOMING ON THE LVDT. THIS CHANGE ALSO ADDS TWO ADDITIONAL "O" RINGS TO SEAL THE LVDT CAVITY.

NOTE TO PLANNING : REWORK INSTRUCTIONS — NEW ELEVATOR ACTUATOR IS TO BE TESTED AFTER INSTALLATION PER NQG 6401 PARAGRAPHS 14.4.0 THRU 14.4.1.6 USING TOOL C652-NQL6401-PTE1 AND HYDRAULIC TEST STAND. IF BOOM IS INSTALLED ON A/C, AUX PUMPS MAY BE USED IN PLACE OF TEST STAND. RETURN REMOVED A22321-1 ACTUATORS TO THE VENDOR FOR REWORK.

| DRAWING NUMBER |
|---|
| NQG 6400 |

C14

QTX

A845

# ENGINEERING ORDER
DAC 25-1709K (REV. 1-80)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS**
CODE IDENT NO. 88277    CORPORATION

| RC | MI | MW | AW | FS | LDM |
|---|---|---|---|---|---|
| HIR | | | | 30A001 | GK |

| DESIGN SECTION | TYPE RELEASE | | TOTAL NO. PL INPUT SHEETS | 1 | | J | NQG 6400 |
|---|---|---|---|---|---|---|---|
| C1 | DEVELOPMENT | A | ADV DATE APR 28 1981 | | 5 | | |
| | PRODUCTION | B X | SHEET 1 OF 4 | | | SIZE | DRAWING NUMBER |
| | NON PROD. | C | | | | | |

**HANDLING INSTRUCTIONS (HI)**
1. INTERCHANGEABILITY NOT AFFECTED. USE OF PRIOR CHANGE OPTIONAL.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
3. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY. OPTIONAL REWORK INSTRUCTIONS INCLUDED.
4. SCRAP.
5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
6. RETROFIT (DELIVERED ARTICLES)

| ENGRG TIME CHG (COST CHARGE NO.) | TITLE |
|---|---|
| DPAE 1C10 | HYDRAULIC INSTALLATION OUTER TUBE |

| DATE | 1 | DRAWING CHANGED | |
|---|---|---|---|
| APR 28 1981 | 2 | ADVANCE DWG CHG | H |
| DATE | 3 | SERIAL EO | |
| DATE | 4 | NEW/REVISED RLSE | |
| DATE | 5 | REISSUE TO REVISE | R |

| EWO 11358 | DOC 117.5 SYS | WRO KC10-362 | ROUTING CODE A | CHG CLASS — | SEO/REWORK DRAWING REQUIRES DRAWING CHANGE YES ☐ NO ☐ | DWG REPLACES REPLACED BY ☐ | RELEASE STOP ORDER DATED |
|---|---|---|---|---|---|---|---|
| | COS 118.5 B | | | | | EXPECTED SEO/RWK INCORP DATE | SEO/QAEO/ RWK INCORP DWG |

| EO MADE BY 4-24-81 LYTTLE | DESIGN APPROVAL KIBBEE 4-24-81 | WEIGHTS 4-24-81 HEITHAUS 1-26-81 | PROGRAM/NSBO DIVINO 4/4/81 | PRODUCT SUPPORT S | RELEASE 7 OF 4/27/81 | CUSTOMER AUTH | INCORP VIR NO. |
|---|---|---|---|---|---|---|---|
| DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG | CHANGE CONTROL FELS 4-27-1 | MATERIAL Timothy 4-22-81 | DATE | | |
| | KIBBEE 4-24-81 | STRESS 4-24-81 KIBBEE | FELS 4-28-81 | CUSTOMER | | | |

| | 1.2 LTR | MODEL | SECTION | HI NO. | WRO EFFECT 311 | EFFECTIVITY (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NEW | FORMER | | | |
| 1 | CV | KC-10A | QG00 | 3 | | 0311, 0359+ | | | | | | 1 |
| 2 | CV | KC-10A | QG00 | 6 | | S 28081 | | | | | | 2 |
| 3 | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | 4 |
| 6 | | | | | | SEE SHEET 1.01 FOR EFF | | | | | | 5 |

311, 359+

AFFECTS -5001

SHIP 311 CODE III

MIP# 308
J.F. Murray 4/24/81

**M.I.P.# KC10-308**

S1EO A22321-3

| CLASS | TITLE | SHIP |
|---|---|---|
| 1 | PRIOR TO FLIGHT | |
| 2 | PRIOR TO CERT. | |
| 3 | PRIOR TO DFL. | 311 |
| 4 | DURING FLIGHT TEST PROGRAM | |

| KC10-040 | ITEM 4038 |
|---|---|

| 113 | 1 | — |
|---|---|---|

C14 N CHASE

M RF

CHN VANDOORN 4-27-1

| A 2 MAT'L REL | 1 | C1 306 | 122-22 |
|---|---|---|---|

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | V | S28081 |
| LAB TEST AFF | | X |
| | SB/SC NO. | |

| | QTY | DEPT. | MAIL CODE |
|---|---|---|---|
| DIVINO | 1 | 761 | 35-61 |
| DOBSON | 1 | 253 | 35-61 |
| POOLE | 1 | 253 | 36-94 |
| KIBBEE | 1 | 253 | 35-61 |
| NAME | QTY | DEPT. EXTRA EO'S | MAIL CODE |

| NAME | QTY | DEPT. EXTRA DRAWINGS | MAIL CODE |
|---|---|---|---|

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| DEVELOPMENT | | X |
| Orig at DAC | | X |
| Dup at | | |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | X |
| DRAWING NUMBER | NQG 6400 | |

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA     MCDONNELL DOUGLAS
CODE IDENT NO. 88277     CORPORATION

APR 2 8 1981

ENGINEERING ORDER   DES COG:DAC DES GRP:H/M MFG COG:       PAGE 1.01       DRAWING NUMBER NQG6400
DATE:810427 EWO:KC10-362   WRO:A845                                        DRAWING CHANGE    H ADV
1.2 SCHEDULE    DC-10  CV                            APR 2 8 1981              MEMO NUMBER
                                                                           REISSUE NUMBER
DC-10 WRO INTENT = 0311,0359+.

| MODEL | SECTION | HI NO | EFFECTIVITY | | CONFIGURATIONS SEQ | REQ PER ARTICLE | | NEXT ASSEMBLY | U |
|-------|---------|-------|-------------|---|-----|------|--------|------------|----|
| | | | FROM | THRU | | NEW | FORMER | DRAWING NO. | CD |
| DC-10 | QG00 | 3 | A30999 | 30A001 | -5001 | | | | |
| DC-10 | QG00 | 3 | 30A003-30A100 | | -5001 | | | | |
| DC-10 | QG00 | 3 | S28081 | | -5001 | | | | |
| DC-10 | QG00 | 6 | S28081 | | -5001 | | | | |

Case MDL-No.0085 JP Document 00074 Filed 10/08/01 Page 51 of 90

**ENGINEERING ORDER**

APR 2 8 1981

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
MCDONNELL DOUGLAS
CAGE IDENT NO. 88877    CORPORATION

DAC 25-1709B (REV. 1-79)

| 2 | NQG 6400 |
|---|---|
| SHEET | DRAWING NUMBER |

| DATE APR 2 8 1981 | 2 | CHANGE LETTER | H |
|---|---|---|---|
| DATE | 3 | SERIAL EO | |
| DATE | 4 | NEW/REVISED RELEASE | |
| DATE | 5 | REISSUE TO REVISE | R |

ON B/D
ZONE 13        IS
A22321-3 ELEVATOR ACTUATOR

WAS
A22321-2 ELEVATOR ACTUATOR

ON B/D
ZONE 1        ADD SERVICE INFORMATION
DECAL AS SHOWN

REASON: TO PROVIDE NEW ACTUATOR CONFIG.
WITH IMPROVED LVDT CRIMPING

┌─────────────────────────────────────┐
│ **SPARES INFORMATION ONLY**          │
│ (NOT FOR DAC MFG USE)                │
│                                      │
│ NO. A22321-2 SUPERSEDED              │
│ USE UNTIL SPARES ARE EXHAUSTED.      │
│ ━━━━ NOT USABLE IN PLACE OF          │
│ SUPERSEDING PART A22321-3.           │
│ USE SUPERSEDING PART FOR FUTURE      │
│ SPARES PROCUREMENT.                  │
└─────────────────────────────────────┘

NOTE TO PLANNING: REWORK INSTRUCTIONS - NEW ELEVATOR ACTUATOR
IS TO BE TESTED AFTER INSTALLATION PER NQG 6401 PARAGRAPHS 14.4.0
THRU 14.4.1.6 USING TOOL C652-NQL 6401-PTE1 AND HYDRULIC TEST STAND,
IF BOOM IS INSTALLED ON A/C, AUX PUMPS MAY BE USED IN PLACE
OF TEST STAND, RETURN REMOVED A22321-2 ACTUATORS TO THE VENDOR
FOR REWORK.
** SPECIAL REWORK INSTRUCTIONS FOR SHIP #311 : RECORD ELEVATOR ACTUATOR **
SERIAL NUMBER OF A22321-1 OR-2 UNIT PRIOR TO REMOVAL FROM SHIP #311
THIS SAME SERIAL NUMBER MUST BE REINSTALLED PRIOR TO DELIVERY ON SHIP
#311 AFTER MOOG HAS REWORKED AND REIDENTIFIED IT AS
A22321-3.

| DRAWING NUMBER |
|---|
| NQG 6400 |

Ex.: 26; p.: 1443

Case MDL No. 005 JPML Doc. No. 72 Filed 01/09/01 Page 52 of 90

# ENGINEERING ORDER
## PARTS LIST REVISION
DAC 25-1709D (REV. 11-80)

DOUGLAS AIRCRAFT COMPANY

MCDONNELL DOUGLAS CORPORATION

CODE IDENT NO. 88277

APR 28 1981

| 3 | NQG6400 |
|---|---------|
| SHEET | DRAWING NUMBER |

| | | CHANGE LETTER | H |
|---|---|---|---|
| | | SERIAL EO | |
| | | NEW/REVISED RELEASE | |
| | | REISSUE TO REVISE | R |

APR 28 1981

DATE

DATE

DATE

| QUANTITY REQUIRED PER NOTED DASH NO. | | | | | ACTION CODE | | C/C CONTROL CODE |
|---|---|---|---|---|---|---|---|

ACTION CODE
A ADDED
C CANCELLED
D DELETED
R REVISED
S SUPERSEDED
T TECH CHANGE
X REINSTATE

C/C CONTROL CODE
B BULK MATL
C CUST FURN CUST INSTL
D CUST FURN DAC INSTL
F CUST FURN INSTL CHECK
G GOVT OR IND STANDARD
L COMML SHELF ITEM
M 'MAKE FROM' ITEM
N 'MAKE FROM' DAC ITEM

P1 PURCH DAC PART-SUP MATL
P2 PURCH DAC PART-DAC MATL
R REWORK OR REPAIR PART
S DAC STANDARD PART
V SUPPLIER ITEM-SPEC CONT
X PROCESS REQD BY SCN
Z REF DOCUMENT
— DAC DWG. NOT STD PART

| IPRSX | C/C ODE | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | FSCM NO. | C/C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | ZONE | NOTES | IPRSX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 1 2 3 4 *-500' | | | | | | | | | | | | |
| 1 1 A | A22321 -3 | ELEVATOR ACTUATOR | 94697 | (P) L | | | MOOG ING.AERO DIV. E.AURORA, NY | 13 | | S | 1 |
| 2 S | A22321-2 | REPLACED BY A22321-3 | | | | | | | | | 2 |

| DWG NO. | NQG6400 |
|---|---|

Ex. 528, p. 1444

# ENGINEERING ORDER
DAC 25-1709K (REV. 7-79)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS**
CODE IDENT NO. 88277 CORPORATION

A886

| DESIGN SECTION | TYPE RELEASE | | TOTAL NO. PL INPUT SHEETS | 1 |
|---|---|---|---|---|
| C1 | DEVELOPMENT | A | | |
| | PRODUCTION | B X | ADV DATE | J NQG6400 |
| | NON PROD. | C | SHEET 1 OF 3 | SIZE DRAWING NUMBER |

| RC AIR | MI | MW | AW | FS 30AO11 | LDM GK |
|---|---|---|---|---|---|

DATE JUN 8 1981

| | | DRAWING CHANGED | J |
|---|---|---|---|
| DATE | 2 | ADVANCE DWG CHG | |
| DATE | 3 | SERIAL EO | |
| DATE | 4 | NEW/REVISED RLSE | |
| DATE | 5 | REISSUE TO REVISE | R |

**HANDLING INSTRUCTIONS (HI)**
0. INTERCHANGEABILITY NOT AFFECTED. USAGE OF PRIOR CHANGE OPTIONAL.
1. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY. OPTIONAL REWORK INSTRUCTIONS INCLUDED.
3. SCRAP.
4. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
5. RETROFIT (DELIVERED ARTICLES)

| ENGRG TIME CHG (COST CHARGE NO.) | TITLE | | | | |
|---|---|---|---|---|---|
| DPAE 1C10 | HYDRAULIC INSTALLATION | | | | |

| EWO DP1E1 | DOG 122.5 | WRO KC10 | ROUTING CODE M* | CHG CLASS — | SEO/REWORK DRAWING REQUIRES DRAWING CHANGE | DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED |
| | COE 923.5 / -10 | SYS | | | ☐ YES ☐ NO | | |

| EO MADE BY 4-21-81 LYTTLE | DESIGN APPROVAL 5-20-81 KIRBEE | CHECK EO | WEIGHTS | | PROGRAM ENGRG R.B.SCHOK | PRODUCT SUPPORT DIVINO 5/21/81 | RELEASE A 6651 | DATE 5-31-81 |
|---|---|---|---|---|---|---|---|---|
| DWG MADE/CHGD BY W.V. MUTE 5-29-81 | SPEC COMPLIANCE | CHECK DWG | STRESS C-GEE | | CHANGE CONTROL 6-8-81 | MATERIAL ☒ JMD | | |

| 1.2 LTR | MODEL | SECTION | RELEASE CCN | HI NO. | WRO EFFECT 381 | EFFECTIVITY 381+ (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NEW | FORMER | | |
| 1 | CW | KC-10A | GG00 | | 2 | 0381 T | | | | | 1 |
| 2 | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | 5 |

AFFECTIC 0001

SEE SHEET 1 OF 1 OF EEE

M.I.P KC10-328
EA 6-19-81

* SCP 10014 N/C
* SCP S10014 REV. 2

SIEO A22321-4

C1 9W CHASE IE
127 1

SERVICE CHANGE S28081 NOT AFFECTED BY THIS REVISION.
DATE 5/29/81

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| DEVELOPMENT | | X |
| Orig at DAC | | |
| Dup at | | X |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | X |
| DRAWING NUMBER | | |
| NQG6400 | | |

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |
| LAB TEST AFF | | |

S28081

| NAME | QTY | DEPT | MAIL CODE | NAME | QTY | DEPT | MAIL CODE |
|---|---|---|---|---|---|---|---|
| DOBSON | 1 | 253 | 35-61 | DOBSON | 1 | 253 | 35-61 |
| POOLE | 1 | 253 | 36-94 | POOLE | 1 | 253 | 36-44 |
| KIRBEE | 1 | 253 | 35-61 | KIRBEE | 1 | 259 | 35-61 |
| SB/SC NO. | | EXTRA EO'S | | MAT'L REL | 1 | .C1-326 | 122-22 |

EX. 26, p. 1445

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
MCDONNELL DOUGLAS
CORPORATION
CODE IDENT NO. 88277
Case MDL No. 2875 Document 660-72 Filed 03/08/21 Page 54 of 90

ENGINEERING ORDER   DES COG:DAC DES GRP:H/M MFG COG:
DATE:810605 EWO:KC10-12   WRO:A886
1.2 SCHEDULE   DC-10  CY

DRAWING NUMBER NQG6400
DRAWING CHANGE   J INC
MEMO NUMBER
REISSUE NUMBER

DC-10 WRO INTENT = 0381+.

JUN 8 1981

| MODEL | SECTION | HI NO | EFFECTIVITY | CONFIGURATIONS SEQ FROM THRU | REQ PER NEW | ARTICLE FORMER | NEXT ASSEMBLY DRAWING NO. | U CD |
|-------|---------|-------|-------------|------------------------------|-------------|----------------|---------------------------|------|
| DC-10 | QG00 | 2 | A30999 | 30A911-30A100 | -5001 | | | |
| DC-10 | QG00 | 2 | S28081 | | -5001 | | | |

EOP

Ex.: 26; p|: 1446

## ENGINEERING ORDER
COMPOSITE CONTINUATION SHEET

DOUGLAS AIRCRAFT COMPANY
MCDONNELL DOUGLAS CORPORATION
CODE IDENT NO. 88277

DAC 25-17095 (REV. 1-79)

**2** SHEET | **NQG 6400** DRAWING NUMBER

| | | | | | | |
|---|---|---|---|---|---|---|
| DATE | JUN 8 1981 | | CHANGE LETTER | | **J** | |
| DATE | | 3 | SERIAL EO | | | |
| DATE | | 4 | NEW REVISED RELEASE | | | |
| DATE | | | REISSUE TO REVISE | | R | |

**ACTION CODE**
A ADDED
C CANCELLED
D DELETED
P REVISED
S SUPERSEDED
T TECH CHANGED
X REINSTATED

**C/C CONTROL CODE**
B BULK MAT'L
C CUST FURN CUST INSTL
D CUST FURN DAC INSTL
F CUST FURN INSTL CHECK
G GOV'T OR IND STANDARD
L COM'L SHELF ITEM
M 'MAKE FROM' ITEM
M' 'MAKE FROM' DAC ITEM

P1 PURCH DAC PART-SUP MAT'L
P2 PURCH DAC PART-DAC MAT'L
R REWORK OR SALV OF PART
S DAC STANDARD PART
V SUPPLIER ITEM, SPEC CONT
X 'SON' 'RC' OR 'ECP' REF
Z REF DOCUMENT
DAC DWG NOT STD PART

| QUANTITY REQUIRED PER NOTED DASH NO. | | | | | | 500 * | A/C CODE | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C/C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | IPRSX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IPRSX | 1 | 2 | 3 | 4 | | | | | | | | | | | | | | |
| | | | | 1 | A | A22321-4 | ELEVATOR ACTUATOR | | L | | | MOOG INC. A60 4 E. AURORA, N.Y. | | 13 | S | | | |
| | | | | | S | A22301-3 A/R | MARKED BY | A22321-4 | | | | | | | | | | |
| 1 | 2 | 3 | 4 | 5 | | | | | | | | | | | | | | |

CHANGED DRAWING TO REFLECT USE OF A22321-4 ELEVATOR ACTUATOR.

ADDED TO B/D ZONE 1, SPARES INFORMATION DECAL

> **SPARES INFORMATION ONLY**
> (NOT FOR DAC MFG USE)
>
> NO. A22321-3 SUPERSEDED
> USE UNTIL SPARES ARE EXHAUSTED.
> USABLE — ~~NOT USABLE~~ IN PLACE OF
> SUPERSEDING PART A22321-4
> USE SUPERSEDING PART FOR FUTURE
> SPARES PROCUREMENT.

REASON: TO PROVIDE IMPROVED PERFORMANCE OF CONTROL MODULE TORQUE MOTOR.

DRAWING NUMBER
NQG 6400

Ex.: 26; p.: 1447

Case MDL No. 875  Document 6667-3  Filed 01/26/11  Page 56 of 90

-3 BRACKET
MS20470AD4 RIVET 2 REQD

E7913536-6 CLAMP
NAS6103U0 SCREW
AN960D10L WASHER
MS21042L3 NUT

AQK7000-520 PIPE ASSY (PRESSURE)

22.60 ± .12

J-J

J

A22321-4 ELEVATOR ACTUATOR ASSY

C-C

AQK7000-523 PIPE ASSY-ELEVATOR RETURN

AQK7000-524 PIPE ASSY-ELEVATOR PRESSURE

406488 CHECK VALVE
NAB1612-6 PACKING

AQK7000-519 PIPE ASSY (RETURN)

AQC7034 REF

AQC7000-1    BOLT (LOCKWIRE PER DPS 3.651)
NAS1252-14I6L  WASHER
AN320-14 /    NUT
MS24665-376   COTTER PIN
TORQUE TO 30 ± 5 FT-LBS
THEN BACK OFF TO FIRST LOCK SLOT
AND INSTALL COTTER PIN

E7913536-6 CLAMP 2 REQD
NAS6103U9 SCREW
AN960D10L WASHER 2 REQD
MS21042L3 NUT

$Y_B = 366.550$

8.25 ± .25

PRESSURE

RETURN

K

K

NQC6401-39 REF

8493241ZT6 UNION

E7913536-6 CLAMP
NAB6103U8 SCREW
AN960D10L WASHER 2 REQD
MS21042L3 NUT

E7913536-6 CLAMP 2 REQD
NAB6103U8 SCREW
AN960D10L WASHER 2 REQD
MS21042L3 NUT

TA4091E2207 BRACKET
MS20470AD4 RIVET 2 REQD

$Y_B = 366.700$

$Z_B = 14.930$

5.88 ± .25

K-K

ZONE 18

NQC6400

Case MDL No. 875  Document 6667-3  Filed 01/26/11  Page 57 of 90



AQK7000-510
FOR CONTINUATION SEE ZONE 18

AQC7051

AQC7026-2 REF

AQC7051-1 REF

AQC7026-1 REF

A22321-4 ELEVATOR ACTUATOR

AQG7000-503  BOLT (LOCKWIRE  PER DPS 3.651)
NAS1252-1416L  WASHER
AN320-14  NUT
MS24665-376  COTTER PIN
TORQUE TO 300±75 IN-LBS
THEN BACK OFF TO FIRST LOCK SLOT
AND INSTALL COTTER PIN

$Z_B = 23.350$

SLOT MAY BE PUNCHED FULL SIZE

.06 R

.25
FULL R.
2PLCS
2.38    .25    .50
1.62

.75
.38    .81
2 PLCS
FASTENER LOCATION
2 PLCS    .43
.50 R    .38
2 PLCS    .19

DETAIL OF -3 BRACKET  12

AQK7000-509
FOR CONTINUATION SEE ZONE 18

NOTE: ACTUATOR MUST BE INSTALLED WITH
ROD END POSITIONED AS SHOWN

$Y_B = 320.750$

N0G6400   2

C2/

JAM 1304 / 1305 AIR

# ENGINEERING ORDER
DAC 25-1709K (REV. 1-81)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS**
CODE IDENT NO. 02977          CORPORATION

| DESIGN SECTION | TYPE RELEASE | | TOTAL NO. PT INPUT SHEETS | O | CCR NO. | MAB107 |
|---|---|---|---|---|---|---|
| C1 | DEVELOPMENT | A | ADV DATE | | | |
| | PRODUCTION | X | | | J | NQG6400 |
| | NON PROD | C | SHEET 1 OF 3 | | SIZE | DRAWING NUMBER |

| FC | AIR | MI 420 | MW | AW | RUN 30A007 | LOM GK |
|---|---|---|---|---|---|---|

| ENGRG TIME CHG (COST CHARGE NO.) | TITLE |
|---|---|
| DPDE 1000 | HYDRAULIC INSTALLATION REFUELING BOOM |

| | DATE | 1 | DRAWING CHANGED | |
|---|---|---|---|---|
| | JUNE 24 1981 | 2 | ADVANCE DWG CHG | K |
| | DATE | 3 | SERIAL EO | |
| | DATE | 4 | NEW REVISED RLSE | |
| | DATE | 5 | REISSUE TO REVISE | R |

## HANDLING INSTRUCTIONS (HI)
1. INTERCHANGEABILITY NOT AFFECTED. USAGE OF PRIOR CHANGE OPTIONAL
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
3. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY, OPTIONAL REWORK INSTRUCTIONS INCLUDED.
4. SCRAP
5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
6. RETROFIT (DELIVERED ARTICLES)

| EWO | DOG 130.5 | WRO | ROUTING CODE | CHG CLASS | SEO REWORK DRAWING REQUIRES DRAWING CHANGE | | DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED |
|---|---|---|---|---|---|---|---|---|
| DP1E1 | ER 1325 WB | KC10-12 | M | — | ☐ YES | ☐ NO | | |

| EO MADE BY 7-21-81 W. PON | DESIGN APPROVAL 7-22-81 KIBBEE | CHECK EO 7/23/81 E GAGE | WEIGHTS | PROGRAM ENGRG Morgan 7-23-1 | PRODUCT SUPPORT 7 SHT 1/ 1/31 7-22-81 | RELEASE UNTEVN 7/29/81 | DATE | EXPECTED SEO RWK DWG INCORP DATE | INCORP SEO QAEO RWK DWG |
|---|---|---|---|---|---|---|---|---|---|
| DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG | STRESS 7-23-81 FIEWEGER | CHANGE CONTROL B2/SCHALL 7/24/1 | MATERIAL Leinenng 7-24-81 | CUSTOMER | | CUSTOMER AUTH | INCORP VIR NO. |

| | 1.2 LTR | MODEL | SECTION | HI NO. | WRO EFFECT 373 | EFFECTIVITY 373+ | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NEW | FORMER | | |
| 1 | CY | KC-10A | QG00 | 2 | 0373+. | | | | | | 1 |
| 2 | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | 4 |
| 5 | | | | | SEE SHEET 2 FOR EFF. | | | | | | 5 |

AFFECTS -500!

M11 A40539-12

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |
| LAB TEST AFF | | ↓ |

C1 C/W NICHOLS TT M

| | P2 | 1 | S |
|---|---|---|---|
| Orig at | DAC | | |
| Dup at | | | |

| ENGR LIA | C1-250 | 35-56 |
|---|---|---|
| DOBSON | 1 C1-253 | 36-42 |
| KIBBEE | 1 C1-253 | 36-42 |
| NAME | QTY DEPT. | MAIL CODE |

| NAME | QTY DEPT. | MAIL CODE |
|---|---|---|
| EXTRA EO's | EXTRA DRAWINGS | |

**DRAWING NUMBER**
NQG6400

SB/SC NO.

Ex.: 26; p.: 1450

Case 4:14-cv-00665-JSW Document 76-2 Filed 04/24/17 Page 60 of 90

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA

MCDONNELL DOUGLAS

CODE IDENT NO. 88277    CORPORATION

ENGINEERING ORDER   DES COG:DAC DES GRP:H/M MFG COG:        PAGE 1.01        DRAWING NUMBER NQG6400
DATE:810724 EWO:KC10-12    WRO:MA8107                                         DRAWING CHANGE    K ADV
1.2 SCHEDULE    DC-10  CY                                                     MEMO NUMBER
                                                                             REISSUE NUMBER

DC-10 WRO INTENT = 0373+.                                   JUL 24 1981

| MODEL | SECTION | HI NO | EFFECTIVITY | CONFIGURATIONS SEQ | REQ PER FROM THRU | ARTICLE NEW | NEXT ASSEMBLY FORMER | U DRAWING NO. | CD |
|-------|---------|-------|-------------|--------------------|--------------------|-------------|----------------------|---------------|-----|
| DC-10 | QG00 | 2 | A30999 | 30A007-30A100 | -5001 | | | | |
| DC-10 | QG00 | 2 | S28081 | | -5001 | | | | |

. EOP

Ex.: 26; p.: 1451

Case MDL-No.875 JS Document 66872-2 Filed 03/22/11 Page 60 of 90

**ENGINEERING ORDER**

DAC 25-1709B (REV. 1-79)

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CODE IDENT NO. 88277          CORPORATION

| | 2 | NQG6400 |
|---|---|---|
| | SHEET | DRAWING NUMBER |

| DATE JUL 24 1981 | 1/2 | CHANGE LETTER | F. |
|---|---|---|---|
| DATE | 3 | SERIAL EO | |
| DATE | 4 | NEW/REVISED RELEASE | |
| DATE | 5 | REISSUE TO REVISE | R |

ZONE 9 - ADDED TORQUE CALLOUT

E.O REF {
AQG7000-1 BOLT (LOCKWIRE PER DPS 3.651)
NAS1252-14/6L WASHER
AN320-14 NUT
MS24665-376 COTTER PIN
}

ADD {
TORQUE TO 30±5 FT-LBS
THEN BACK OFF TO FIRST LOCK SLOT
AND INSTALL COTTER PIN
}

ZONE 14 - ADDED TORQUE CALLOUT

E.O. REF {
AQG7000-503 BOLT (LOCKWIRE PER DPS 3.651)
NAS1252-14/6L WASHER
AN320-14 NUT
MS24665-376 COTTER PIN
}

ADD {
TORQUE TO 30±5 FT-LBS
THEN BACK OFF TO FIRST LOCK SLOT
AND INSTALL COTTER PIN
}

REASON: TORQUE CALLOUT FOR AN320-14 NUT PER DPS 2.70-2
IS TOO HIGH FOR THIS APPLICATION. WASHER IS
DISTORTED UNDER THE LOAD.

| DRAWING NUMBER |
|---|
| NQG6400 |

Ex.: 26; p.: 1452

96

# ENGINEERING ORDER
DAC 25-1709K (REV. 7-79)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS** CORPORATION
CODE IDENT NO. 88877

| DESIGN SECTION | TYPE RELEASE | | TOTAL NO. PL INPUT SHEETS | 1 | NA58 |
|---|---|---|---|---|---|
| C1 | DEVELOPMENT | A | ADV DATE | | |
| | PRODUCTION | B X | | | J NQG6400 |
| | NON PROD. | C | SHEET 1 OF 72 | SIZE | DRAWING NUMBER |

| RC AIR | MI 420 | MW | AW | F 30A007 | LDM GK |
|---|---|---|---|---|---|

**HANDLING INSTRUCTIONS (HI)**
0. INTERCHANGEABILITY NOT AF-FECTED. USAGE OF PRIOR CHANGE OPTIONAL.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
3. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY, OPTIONAL REWORK INSTRUCTIONS INCLUDED.
4. SCRAP.
5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
6. RETROFIT (DELIVERED ARTICLES).

| ENGRG TIME CHG (COST CHARGE NO.) | TITLE |
|---|---|
| DPDE 1000 | HYDRAULIC INSTALLATION — OUTER TUBE |

| | DATE OCT 6 1981 | DRAWING CHANGED | |
| DATE | 2 | ADVANCE DWG CHG | |
| DATE | 3 | SERIAL EO | |
| DATE | 4 | NEW/REVISED RLSE | MEMO #3 |
| DATE | 5 | REISSUE TO REVISE | R |

| EWO 11409 | DOG 139.5 | WRO KC10-443 | ROUTING CODE A | CHG CLASS — | SEO/REWORK DRAWING REQUIRES DRAWING CHANGE | DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED |
|---|---|---|---|---|---|---|---|
| SYS | COE 141.5 | WP | | | ☐ YES ☐ NO DC | | |

| EXPECTED SEO/RWK DWG INCORP DATE | INCORP SEO QAEO/ RWK DWG |
|---|---|

| EO MADE BY W. PON 9-15-81 | DESIGN APPROVAL KIBBEE 9-18-81 | CHECK EO | WEIGHTS (RM) | PROGRAM ENGRG (RH) | PRODUCT SUPPORT R GALLMAN 9-22-81 | RELEASE A4BAll 10-6-81 |
|---|---|---|---|---|---|---|
| DWG MADE/CHGD BY W. PON | SPEC COMPLIANCE T | CHECK DWG A B KREHER 9-23-81 | STRESS M Dudley 8/19-30-81 | CHANGE CONTROL R Kempton 10-8-81 | MATERIAL (R) B&T Amery 9-30-81 | CUSTOMER |

| CUSTOMER AUTH | INCORP VIR NO. |
|---|---|

| | 1,2 LTR | MODEL | SECTION | RELEASE CCN | HI NO. | WRO EFFECT 373 | EFFECTIVITY 373 (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | NEW | FORMER | | |
| 1 | CZ | KC-10A | QG00 | | 2 | 30A007-100, A30999 | | -5501 | 1 | 0 | NQL6401 | 1 |
| 2 | CZ | KC-10A | QG00 | | 2 | 30A007-100, A30999 | | -5001 | 0 | 0 | NQL6401 | 2 |
| 3 | CZ | KC-10A | QG00 | | 6 | S28092 | | -5501 | 1 | 0 | N2L6401 | 3 |
| 4 | | | | | | | | | | | S28092 | A |
| R | | | | | | SEE SHEET 1.01 FOR EFF | | | | | | 5 |

ADDED -5501

SUPERSEDED -5001

| C.I.P. # NA 58 |
|---|
| ER 10-9-81 |
| R. C.V. NICHOLS TF |
| P2 143.5 I — |

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| DEVELOPMENT | | X |
| Orig at DAC | | X RK |
| Dup at | | X |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | X |
| DRAWING NUMBER NQG6400 | | |

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | X | |
| SCHEMATICS AFF | | X |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | ↓ |
| LAB TEST AFF | | |

NQG6401 KIBBEE

| | | | |
|---|---|---|---|
| L ZIMMER | 1 | 253 | 36-42 |
| POOLE | 1 | 250 | 36-94 |
| KIBBEE | 1 | 250 | 36-42 |

S28092

| EB/SC NO. | NAME H & V | QTY/DEPT MAT'L REL | MAIL CODE 2 | NAME C1-326 | QTY/DEPT 122-22 | MAIL CODE | NAME | QTY DEPT. | MAIL CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | EXTRA EO'S | | | | EXTRA DRAWINGS | | | DRAWING NUMBER NQG6400 |

DOUGLAS AIRCRAFT COMPANY · DC-10 DRAWING EWA76-2 Filed 03/03/11 Page 62 of 90
MCDONNELL DOUGLAS
LONG BEACH, CALIFORNIA     CORPORATION
CODE IDENT NO. 04877

ENGINEERING ORDER   DES COG:DAC DES GRP:H/M MFG COG:          PAGE 1.01        DRAWING NUMBER NQG6400
DATE:811005 EWO:KC10-443   WRO:NA58                                           DRAWING CHANGE   L INC
1.2 SCHEDULE   DC-10  CZ                              OCT 6  1981                MEMO NUMBER 003
                                                                             REISSUE NUMBER

| MODEL | SECTION | HI NU | EFFECTIVITY | | CONFIGURATIONS SEQ | REQ PER ARTICLE | | NEXT ASSEMBLY U | |
|-------|---------|-------|-------------|--|-------------------|--------|--------|------------------|----|
| | | | | | | FROM THRU NEW | FORMER | DRAWING NO. | CD |
| DC-10 | QG00 | 2 | A30999 | ,30A007-30A100 | -5001 | 0000 | 0001 | NQL6401 | |
| DC-10 | QG00 | 2 | A30999 | ,30A007-30A100 | -5501 | 0001 | 0000 | NQL6401 | |
| DC-10 | QG00 | 6 | S28092 | | -5501 | 0001 | 0000 | S28092 | |

# ENGINEERING ORDER
## PARTS LIST REVISION

DAC 25-7098 (REV. 1-78)

DOUGLAS AIRCRAFT COMPANY
MCDONNELL DOUGLAS
CORPORATION

CODE IDENT NO. 88277

| 2 | NQG6400 |
| SHEET | DRAWING NUMBER |

DATE **OCT 6 1981**

| | QUANTITY REQUIRED PER NOTED DASH NO. | | | | X | ACTION CODE | | C C CONTROL CODE | | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND OR SUPPLIER) | ITEM FIND | NOTES | ZONE | PRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | -5501 | | | | X | A | | -5501 | SAME | AS | -5001 | EXCEPT | | | | | | | | |
| | | | | | 1 | A | | AQG7014 -5501 | MOTOR ASSY | | — | | | | | | | 24 | | |
| | | | | | O | R | | AQG7014 -5001 | | | | | | | | | | | | |
| | | | | | | S | | -5001 | REPLACED | BY | -5501 | | | | | | | | | |

CHANGE LETTER: L

| 1 | SERIAL NO. | |
| 4 | NEW REVISED RELEASE | MEMO#3 |
| 5 | REISSUE TO REVISE | R |

ADDED -5501
ZONE 24

AQG7014 -5501 MOTOR ASSY      AQG7014 -5001 MOTOR ASSY
AQG7014 -5001 MOTOR ASSY              WAS

                IS

REASON: NEW PQ CONTROL MODULE IN
        MOTOR ASSY REQUIRED TO
        MEET BOOM AXIAL BREAKOUT
        FORCE REQUIREMENTS

DRAWING NUMBER
NQG6400

**ENGINEERING ORDER**
DAC 25-1709K (REV. 1-81)

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CODE IDENT NO. 88231 CORPORATION

AO 6-15-83

DEV

| DESIGN SECTION | TYPE RELEASE | | TOTAL NO. PL INPUT SHEETS | 1 | CCB NO. | NZ138 |
|---|---|---|---|---|---|---|
| C1 (HYDR) | DEVELOPMENT | X A | | | | |
| | PRODUCTION | B | SHEET 1 OF 5 | | SIZE | DRAWING NUMBER |
| | NON PROD. | C | J | | | NQG6400 |

5-18

| RC | AIR | MI | 420 | MW | | AW | | BUN | PWRO | LOM | F |
|---|---|---|---|---|---|---|---|---|---|---|---|

**HANDLING INSTRUCTIONS (HI)**
0. INTERCHANGEABILITY NOT AFFECTED. USAGE OF PRIOR CHANGE OPTIONAL.
1. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY. OPTIONAL REWORK INSTRUCTIONS INCLUDED.
3. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
4. SCRAP.
5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
6. RETROFIT (DELIVERED ARTICLES)

| ENGRG TIME CHG (COST CHARGE NO.) | TITLE |
|---|---|
| DPAH | HYDRAULIC INSTALLATION- |
| 56BP | OUTER TUBE |

| EWO | DOG 3235 | WRO KC10- |
|---|---|---|
| C1B98 | ER 3255 | 673 |

| ROUTING CODE | CHG CLASS |
|---|---|
| A | — |

| | DATE JUN 16 1983 | 1 | DRAWING CHANGED | M |
|---|---|---|---|---|
| | DATE | 2 | ADVANCE DWG CHG | |
| | DATE | 3 | SERIAL EO | |
| | DATE | 4 | NEW/REVISED RLSE | MEMO #4 |
| | DATE | 5 | REISSUE TO REVISE | R |

SEO/REWORK DRAWING REQUIRES DRAWING CHANGE
☐ YES ☐ NO

☐ DWG REPLACES REPLACED BY
RELEASE STOP ORDER DATED

EXPECTED SEO/RWK INCORP SEO QAEO/
DWG INCORP DATE RWK DWG

CUSTOMER AUTH INCORP VIR NO.

| EO MADE BY 4-27-83 | DESIGN APPROVAL | ICHECK EO | WEIGHTS | PROGRAM ENGRG | PROD. ENG SUPPORT | RELEASE DATE |
|---|---|---|---|---|---|---|
| N.E. FEDORE | 5-17-83 | | | | E.R. SHERIDAN 5-18-83 | O. Steinke 6/16/83 |
| DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG | | CHANGE CONTROL | MATERIAL | CUSTOMER |
| N.E. FEDORE (N.E. Fedore) | | J.L. NUITING | | R.W. Ken | M. Smith 6-10-83 | |

| | 1,2 LTR | MODEL | SECTION | HI NO. | WRO EFFECT 390+ EFFECTIVITY | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | NEW | FORMER | | |
| 1 | DG | KC-10 | QG00 | 2 | (PWRO) A30999, 304021-100 | -5501 | 0 | 1 | NQL6401 | 1 |
| 2 | | | | 2 | (PWRO) | -5503 | 1 | 0 | NQL6401 | 2 |
| 3 | | | | 6 | S28134 | -5503 | 1 | 0 | S28134 | 3 |
| 4 | | | | | | | | | | 4 |
| 5 | | | | | SEE SHEET 1.01 FOR EFF. | | | | | 5 |

ADDED -5503.

(REF) EWO PHASE II

C.I.P. # NZ138

| CCN | APPLICABLE | | |
|---|---|---|---|
| P/C | ASD | 1st A/C | FAB |
| P1 | 3345 | 390 | NO |

Orig at DAC
Dup at

DRAWING NUMBER
NQG6400

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | X | |
| DAMS & DRAINS AFF | | X |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |
| LAB TEST AFF | | |

S28134
SB/SC NO.

| NAME | QTY | DEPT. | MAIL CODE | NAME | QTY | DEPT. | MAIL CODE |
|---|---|---|---|---|---|---|---|
| J. BELLINO | 1 | C1326 | 200-09 | J. BELLINO | 1 | C1326 | 200-09 |
| F. PETULLO | 1 | C1-760 | 7-21 | F. PETULLO | 1 | C1-760 | 7-21 |
| B. KING | 1 | C1-673 | 1-32 | B. KING | 1 | C1-673 | 1-32 |
| SCHROEDER | 2 | C1-573 | 1-37 | SCHROEDER | 2 | C1-573 | 1-37 |
| N.E. FEDORE | 1 | C1-E23 | 36-94 | N.E. FEDORE | 1 | C1-E23 | 36-94 |
| EXTRA EO'S | | | | EXTRA DRAWINGS | | | |

Case MDL-A00867-JSW Document 88772-2 Filed 08/02/11 Page 65 of 90
DOUGLAS AIRCRAFT COMPANY    MCDONNELL DOUGLAS
LONG BEACH, CALIFORNIA    CORPORATION
CODE IDENT NO 18271

```
ENGINEERING ORDER   DES COG: DAC DES GRP: H/M MFG COG:        PAGE 1.01      DRAWING NUMBER NQG6400
DATE: 830615 WRO: KC10-673A   CCB: NZ138                                     DRAWING CHANGE . M INC
1.2 SCHEDULE   DC-10  DG                                                            MEMO NUMBER 004
                                                           JUN 16 1983       REISSUE NUMBER
```

| MODEL | SECTION | HI NO | | EFFECTIVITY | CONFIGURATIONS SEQ | REQ PER FROM THRU | ARTICLE NEW | NEXT ASSEMBLY U FORMER | DRAWING NO. | CD |
|-------|---------|-------|--|-------------|--------------------|-------------------|-------------|------------------------|-------------|-----|
| DC-10 | QG00 | 2 | A30999 | ,30A021-30A100 | -5501 | 0000 | 0001 | NQL6401 | | |
| DC-10 | QG00 | 2 | A30999 | ,30A021-30A100 | -5503 | 0001 | 0000 | NQL6401 | | |
| DC-10 | QG00 | 6 | S28134 | | -5503 | 0001 | 0000 | S28134 | | |

EOP

Case MDL Mod875 JSC Document 6607-2 Filed 02/23/11 Page 66 of 90

ENGINEERING ORDER   DES COG:DAC DES GRP:H/M MFG COG:          PAGE 1.02      DRAWING NUMBER NQG64
DATE:830615 WRO:KC19-673A   CCB:NZ138                                        DRAWING CHANGE   M INC
1.2 SCHEDULE    DC-10   DG                                   JUN 16 1983        MEMO NUMBER 004
                                                                            REISSUE NUMBER

DC-10 WRO INTENT = 9390+.

| MODEL SECTION | HI NO | EFFECTIVITY | CONFIGURATIONS SEQ | REQ PER FROM THRU | ARTICLE NEW | NEXT ASSEMBLY FORMER | U DRAWING NO. | CD |
|---|---|---|---|---|---|---|---|---|
| DC-10 | 6  S28134 | | -5503 | | | | | |

EOP

**ENGINEERING ORDER**

DAC 25-1709B (REV. 1-79)

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CORPORATION

| | | | |
|---|---|---|---|
| **JUN 16 1983** | | **SHEET** | **DRAWING NUMBER** |
| | | 2 | NQG 6400 |
| DATE | 1 | 2 CHANGE LETTER | M |
| DATE | 3 | SERIAL EO | |
| DATE | 4 | NEW/REVISED RELEASE | MEMO #4 |
| DATE | 5 | REISSUE TO REVISE | R |

1) ADDED DWG SHEET 4 TO REFLECT THE
   REQUIREMENTS FOR A -5503 CONFIG.
   IN ADDED VIEW M.

2) ON SHEET 1, ZONE 4, ADDED CALLOUT FOR VIEW "M 31 FOR -5503"
   ALSO REVISED CALLOUT FOR E "E 23 FOR -5001, -5501"

3) ON SHEET 3, ZONE 20, ADDED ADDITIONAL USAGE ZONE BLOCK
   TO VIEW L-L 24 32 ← ADDED.

4) ON SHEET 3, ZONE 23, REVISED THE CALLOUT FOR VIEW E BY
   ADDING "FOR -5001, -5501.

5) ON SHEET 3, ZONE 23, REVISED REF CALLOUT AS FOLLOWS:

   IS  NQL 6401 REF     WAS  NAL 6405 REF

6) REVISED PARTS LIST AS REQUIRED.

REASON: NEW CONFIGURATION REQUIRED TO REFLECT THE NEW
PIPE ASSYS ADDED FOR "ARB YOKE DURABILITY IMPROVEMENT."

| DRAWING NUMBER |
|---|
| NQG 6400 |

Ex.: 26; p.: 1459

# ENGINEERING ORDER
## PARTS LIST REVISION
DAC 25-1709D (REV. 11-60)

**DOUGLAS AIRCRAFT COMPANY**
**MCDONNELL DOUGLAS CORPORATION**
CODE IDENT NO. 88277

| 3 | NQG 6400 |
|---|---|
| SHEET | DRAWING NUMBER |

| | DATE JUN 16 1983 | 2 CHANGE LETTER | M |
|---|---|---|---|
| | DATE | 3 SERIAL EO | |
| | DATE | 4 NEW/REVISED RELEASE | MEMO # 4 |
| | DATE | 5 REISSUE TO REVISE | R |

**QUANTITY REQUIRED PER NOTED DASH NO.**

**ACTION CODE**
A ADDED
C CANCELLED
D DELETED
E REVISED
S SUPERSEDED
T TECH CHANGE
X REINSTATE

**C/C CONTROL CODE**
B BULK MATL
C CUST FURN CUST INSTL
D CUST FURN DAC INSTL
F CUST FURN INSTL CHECK
G GOVT OR IND STANDARD
L COMML SHELF ITEM
M 'MAKE FROM' ITEM
M- 'MAKE FROM' DAC ITEM
P1 PURCH DAC PART-SUP MATL
P2 PURCH DAC PART-DAC MATL
R REWORK OR REPAIR PART
S DAC STANDARD PART
V SUPPLIER ITEM-SPEC CONT
X PROCESS REQ'L BY SCN
Z REF DOCUMENT
- DAC DWG. NOT STD PART

| I P R S X | 1 | 2 | 3 | 4 | X -5503 | C AO CD E | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | FSCM NO. | C/C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | ZONE | NOTES | I P R S X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | * | A | -5503 | SAME AS | | | -5501 | EXCEPT: | | | | | |
| | | | | | 0 | R | AQK7000 -511 | | | | | | | | | | |
| | 1 | 2 | 3 | 4 | 5 0 | R | AQK7000 -512 | | | | | | | | | | |
| | | | | | 0 | R | AQK7000 -513 | | | | | | | | | | |
| | | | | | 1 | A | AQK7000 -530 | PIPE ASSY | | — | | | | | 32 | | |
| | | | | | 1 | A | AQK7000 -531 | PIPE ASSY | | | | | | | 31 | | |
| | 1 | 2 | 3 | 4 | 5 1 | A | AQK7003 -1 | PIPE ASSY | | — | | | | | 31 | | |
| | | | | | 0 | R | S4932412T12 | | | | | | | | | | |
| | | | | | 2 | A | MS21902J12 | UNION | | G | | | | | 32 | | |
| | | | | | 2 | A | S7932401-12 | WASHER | | S | | | | | 32 | S | |
| | | | | | 2 | A | NAS1611-213 | PACKING | | G | | | | | 32 | | |
| | | | | | 0 | R | W30834J12-8-12 | | | | | | | | | | |

| DWG NO. | NQG 6400 |
|---|---|

**ENGINEERING ORDER**
DAC 25-1709K (REV. 6-82)

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
MCDONNELL DOUGLAS CORPORATION
CODE IDENT NO. 88277

| | | | |
|---|---|---|---|
| CAD DWG ☐ YES ☒ NO | GROUP CODE ECI | TYPE RELEASE | TOTAL NO. PL 1 REVISION SHEETS 1 | CCB NO. MA8405 |

DEVELOPMENT | ADV DATE | | SIZE J | DRAWING NUMBER NQG6400
PRODUCTION ☒ |
NON PROD. |

| RC AIR | MI LTV | BUN PMCB | LDM GK | SHEET 1 OF 3 |

ENGRG TIME CHG (COST CHARGE NO.) D00E 32EH

TITLE
HYDRAULIC INSTALLATION—
OUTER TUBE

| | DATE | | |
|---|---|---|---|
| | DATE MAY 3 0 1984 | 1 | DRAWING CHANGED |
| | DATE | 2 | ADVANCE DWG CHG N |
| | DATE | 3 | SERIAL EO |
| | DATE | 4 | NEW/REVISED RLSE |
| | DATE | 5 | REISSUE TO REVISE R |

EWC 0001
DOG 420.5
EFR 422.5
WRO KC10-12
ROUTING CODE
CHG CLASS —

SEO/REWORK DRAWING REQUIRES DRAWING CHANGE
☐ YES ☐ NO

DWG REPLACES REPLACED BY
RELEASE STOP ORDER DATED

EO MADE BY 5-8-84 | DESIGN APPROVAL | GEN EX EO 5-11-84 | PROGRAM ENGRG | PRODUCT SUPPORT |
LOCANTORE S.A. | J.NUTTING | KB 5-18-84 | MARCOTTE | WILSON 5/31/84 |

EXPECTED SEO/RWK INCORP SEO/QAEO/
DWG INCORP DATE RWK DWG

DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG | STRESS 5-14-84 FIEWEGER | CHANGE CONTROL ZLISS 5-25-4 | MATERIAL MSmi 5-29-84 | CUSTOMER | CUSTOMER AUTH | INCORP VSR NO.

| | 1,2 LTR | MODEL | SECTION | HI NO. | WRO EFFECT 398 | EFFECTIVITY | CONFIGURATION | REQ PER ARTICLE NEW FORMER | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DL | KC-10 | QG | 2 | PMCB 0398† | | | | | 1 |
| 2 | | | | | | | | | | 2 |
| 3 | | | | | | | | | | 3 |
| 4 | | | | | | | | | | 4 |
| 5 | | | | SEE SHEET 1.01 FOR EFF | | | | | | 5 |

AFFECTS -5501, -5503.

SERVICE BULLETINS S28092 AND
S28134 NOT AFFECTED BY THIS
CHANGE. Stephen A. Locantore
5/8/84

M1/664/398

CCN
APPL

| P/C ASD | 1ST A/C FAB |
|---|---|
| P3 | 398 NO |

Orig at DAC
Dup at ~

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | ☒ |
| SCHEMATICS AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |
| LAB TEST AFF | | ☒ |

S28134
S28092
SB/SC NO.

J. BELLINO
ECI FILE

NAME

| | DEPT. | MAIL CODE | EO COPIES REQ'D | DWG COPIES REQ'D |
|---|---|---|---|---|
| | C1326 | 200-37 | 1 | |
| | E23 | 36-65 | 1 | |

DRAWING NUMBER
NQG6400

Ex.: 26; p.: 1461

Case 4:15-cv-00660-JSW Document 76-27 Filed 07/24/17 Page 70 of 90

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA   MCDONNELL DOUGLAS
CODE IDENT NO. 85277   CORPORATION

```
ENGINEERING ORDER   DES COG:DAC DES GRP:H/M MFG COG:        PAGE 1.01      DRAWING NUMBER NQG6400
DATE:840529 WRO:KC10-12    CCB:MA8405                                      DRAWING CHANGE   N ADV
1.2 SCHEDULE   DC-10  DL                                                         MEMO NUMBER
                                                          MAY 3 0 1984    REISSUE NUMBER
DC-10 WRO INTENT = 0398+.
```

| MODEL | SECTION | HI NO | EFFECTIVITY | CONFIGURATIONS REQ PER ARTICLE SEQ FROM THRU | NEW | FORMER | NEXT ASSEMBLY DRAWING NO. | U CD |
|-------|---------|-------|-------------|------|-----|--------|------|----|
| DC-10 | QG00 | 2 | S28092 | -5501 | | | | |
| DC-10 | QG00 | 2 | A30999   30A029-30A100 | -5503 | | | | |
| DC-10 | QG00 | 2 | S28134 | -5503 | | | | |

Ex.: 26; p.: 1462

Case 3:11-cv-00051-JWS Document 76-1 Filed 08/24/11 Page 71 of 90

**ENGINEERING ORDER**
COMPOSITE CONTINUATION SHEET

DAC 25-1709S (REV. 8-80)

DOUGLAS AIRCRAFT COMPANY
McDONNELL DOUGLAS
CORPORATION

CODE IDENT NO. 88277

| 2 | NQG 6400 |
|---|---|
| SHEET | DRAWING NUMBER |

| QUANTITY REQUIRED PER NOTED DASH NO. | | | | | | ACTION CODE | | C C CONTROL CODE | | DATE MAY 30 1984 | CHANGE LETTER | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

ACTION CODE
A ADDED
C CANCELLED
D DELETED
R REVISED
S SUPERSEDED
T TECH CHANGED
X REINSTATED

B BULK MATL.
C CUST FURN CUST INSTL.
D CUST FURN DAC INSTL
E CUST FURN INSTL CHECK
G GOVT OR IND STANDARD
L COMML SHELF ITEM
M 'MAKE FROM' ITEM
N 'MAKE FROM' DAC ITEM

P1 PURCH DAC PART-SUP MATL
P2 PURCH DAC PART-DAC MATL
R REWORK OR REPAIR PART
S DAC STANDARD PART
V SUPPLIER ITEM-SPEC CONT
X PROCESS RECD BY SCN
Z REF DOCUMENT
* DAC DWG NOT STD PART

| DATE | | CHANGE LETTER | N |
|---|---|---|---|
| DATE | 3 | SERIAL EO | |
| DATE | 4 | NEW/REVISED RELEASE | |
| DATE | 5 | REISSUE TO REVISE | R |

| IPRSX | 1 | 2 | 3 | *4 | *5 | A C O T E | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | FSCM NO | C/C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | N O T E S | ITEM FIND | ZONE | I P R S X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | 60 | 60 | R | AQK7001-1 | (SPOOL) | | | | | | | | | 1 |
| 2 | | | | | | | | | | | | | | | | | 2 |
| 3 | 1 | 2 | 3 | 4 | 5 | | | | | | | | | | | | 3 |

I) ZONE 26, VIEW F-F ; REVISE CALLOUT:

AQK7001-1 SPOOL ⟋

(ADD) → 4 REQD

ZONE 28, VIEW H-H ; REVISE CALLOUT:

AQK7001-1 ⟋

(ADD) → 4 REQD

II) REVISE P/L QUANTITY

REASONS I) TO CLARIFY QTY USED AT THE BLOCK CLAMP INSTALLATON.

II) TO CORRECT QUANTITY TO ACTUAL REQUIREMENTS. TWO SPOOLS ARE USED FOR EACH PIPE.

| DRAWING NUMBER |
|---|
| NQG6400 |



Case MDL No. 875  Document 6667-3  Filed 01/28/11  Page 72 of 90

GENERAL NOTES
UNLESS OTHERWISE NOTED

1. INSTALL PIPING PER DPS 3.00, DPS 3.801 AND METHODS DWG
   ACK7050-1
2. ASSEMBLY SHOP PRACTICE PER DPS 2.70-2
3. LUBRICATE AT GREASE FITTINGS PER DP# 3.17
4. APPLY SEALANT TO EYEBOLT ASSEMBLY THREADS PER DP# 2.50
   QUANTITIES NOTED ON BODY OF DRAWING ARE FOR REFERENCE ONLY
   INSTALL RIVETS PER 85076260
7. SPACING BETWEEN CENTER LINE OF HOLES IS THEORETICAL,
   HOLES MUST BE ON THE THEORETICAL CENTER WITHIN .007 R.
   DIMENSIONS LOCATING HOLE PATTERN AS A UNIT CARRY NORMAL
   LINEAR TOLERANCES.
8. STA NO'S APPLY TO BASIC DC-10 ONLY,
   FOR OTHER SERIES USAGE SEE DWG AAZ7000
   FOR STATION RELATIONSHIP.
9. 
10. ADD THREAD SEALANT TO ACL "8" NUT APPLICATIONS PER
    METHODS DWG ACK7050-1
11. FINISH -3 PER DPS 9.07

AQ67001-5001 RUDDER ACTUATOR INSTL

M ☐31 FOR -5503
E ☐23 FOR -5001 & -5501

VIEW OF LEFT SIDE OF ARB
NO SCALE

SPARES INFORMATION ONLY
(NOT FOR DAC MFG USE)

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA

HYDRAULIC INSTALLATION—
OUTER TUBE

NQG6400

KC-10A

J  88277  NQG6400

AQG7006-550I

.688

31° REF
1.750
20° REF

AQC70II REF

**B-B** ⑧

DI0004-8  NUT
DI0007-8  SLEEVE
2 PLCS

⑦ **B** ←

AQK7000-520
(PRESS)

AQK7000-524
(PRESS)

AQK7000-518  (PRESS)

.75X06

.1463

AQK7000-517
(RETURN)

**B** ←

⅜ DIA HOLES THRU STRUCTURE
22    PER GENERAL NOTE 2
NAS1303-5  BOLT
AN960-IOL WASHER
   4 PLACES

X 336.500

349324I378 UNION
2 PLCS

**A-A** ②

AQG7006-550 EXPANDER ASSY

AQK7000-519
(RETURN)

AQK7000-528 PIPE ASSY—ARB RETURN
TRIM SWAGE END ON INSTALLATION. AFTER TRIMMING PREPARE
END PER 85021205-95 PRIOR TO SWAGING

AQK7000-529 PIPE ASSY—ARB PRESS
TRIM SWAGE END ON INSTALLATION. AFTER TRIMMING PREPARE
END PER 85021205-95 PRIOR TO SWAGING

AQK 7000-523
(RETURN)

MS21908J8 ELBOW
AN960DI216 WASHER
I5924T08  NUT
W30834J6-6-8  TEE ASSY
   2 PLACES

NQG6400  ② 1

Case MDL No. 875  Document 6667-3  Filed 01/26/11  Page 74 of 90



DOUGLAS J | 88277 | NQG6400

NQG6400

Case MDL No. 875 Document 6667-3 Filed 01/28/11 Page 75 of 90



ASSY WITHIN.12
TIONS TO AVOID
WITH GANG
ACHMENT

NAB1305-11 BOLT
AN960-516 WASHER
MS21042L5 NUT
2 PLACES

M39135-01 GASKET

AGG7014-5501 MOTOR ASSY
AQG7014-5001 MOTOR ASSY

CL BOOM REF

AQK7000-512 (PRESSURE)

AQC7001 REF

FOR CONTINUATION SEE NQG6402

NQL6401 REF

6756A GEARBOX REF

MS21042L5 NUT
AN960-516 WASHER
2 PLACES

AQK7000-514 (PRESSURE)

NQC6401 REF

AQK7000-513 (RETURN)

MAINTENANCE BY-PASS VALVE REF
64220 FILTER REF
E49324QT12 UNION
PORT 'B' PRESSURE OUTLET
AQK7000-511 (RETURN)

6756A GEARBOX REF

& BOOM

17815-
NA5I61

5 HO
7 HO

PICK UP EXISTING

NA86103U8 BOLT
NAB1252-10L WASHER
87915536-6 CLAMP
A6790-7-3 NUT

T4406IHI320 BRACKET

NQL64

L-L 24 32

E49324QT12 UNION
PORT 'A' PRESSURE INLET

AQK7000-512 (PRESSURE)

AQC7001 REF

00-513 (R TURN)

Fa= 8:32 REF

FOR CONTINUATION SEE AQG7012

Fa= 2.18 REF

E49324QT13 UNION
PORT 'C' RETURN

20

L

L

AFT

AQK7000-514 PIPE ASSY
ARB PRESSURE

NQH6400 REF

W30837J8-8 ELBOW ASSY

15924T08 NUT
AN9600I216L WASHER
2 PLACES

AQK7000-516 PIPE ASSY
ARB PRESSURE

AQK7000-515 PIPE ASSY
ARB RETURN

NQC6401 REF

-5

AQK7000-513 PIPE ASSY
ARB RETURN

AQK7000-511 (RETURN)

VIEW E A FOR -5001 & -5501

NQG6400   P 3

NQG6400   P 3

Case NO. No. 875  Document 6667-3  Filed 01/28/11  Page 76 of 90

AQK7000-516 (PRESSURE)

$X_B = 107.00$

AQK7002-518 PIPE ASSY
ARB PRESSURE

84929451-8 UNION

$X_A = 00.00$

CHAIN GUARD REF

AQK7000-515 (RETURN)

84929451-8 UNION

1.50±.25   1.50±.25

AQK7000-517 PIPE ASSY
ARB RETURN

INBD

FWD

**G-G** 2

NAS5803U10 SCREW
INSTALL NAS5803U10 SCREWS PER SS076260-8

NAS6103U10 SCREW
AN960010L WASHER
FOR $Y_B$ 297.190&317.060 ONLY

$Z_B$ +15.23 REF

.720

NAS4603U12 SCREW
.166 DIA HOLE, LOCATE FROM BLOCK ASSY
.200 PREPARE HOLE PER SS076260-8
FOR NO. 10 BOLT

NAS1252-10H WASHER AT $Y_B$ 317.060

AQK7001-1 SPOOL
4 REQD

NQC6401 REF

NAS6403U8 BOLT
NAS1252-10L WASHER

LOCATE BLOCK ASSY WITHIN±.12
OF NOTED STATIONS TO AVOID
INTERFERENCE WITH GANG
CHANNEL ATTACHMENT

$X_B$ +0.00 REF

AQK7002-1 BLOCK ASSY

**F-F** 4

TYPICAL FOR STA $Y_B$ 40.375, 60.375, 80.375, 100.375
217.500, 237.500, 257.500, 277.375, 297.190, 317.060

AGG7014-5501 MOTOR A
AGG7014-5001 MOTOR A

CL BOO

AQK7

AQC7001 REF

FOR CONTINUATION SEE

LOCATE BLOCK ASSY WITHIN±.12 OF NOTED
STATION TO AVOID INTERFERENCE WITH
GANG CHANNEL ATTACHMENT

$X_B$ 0.00 REF

.720

$Z_B$ +15.23 REF

NAS5803U10 SCREW
NAS1252-10H WASHER
INSTALL FLUSH SCREWS PER SS076260-3

NAS4603U13 BOLT
.166 DIA HOLE, LOCATE FROM BLOCK ASSY
.200 PREPARE HOLE PER SJ076260-8
FOR NO. 10 BOLT

AQK7001-1
4 REQD

NAS6403U8 BOLT
NAS1252-10L WASHER

NQC6401 REF

AQK7002-1

**H-H** 4

TYPICAL FOR STA $Y_B$ 120.375, 131.625, 160.190, 171.400, 194.950

CL BOOM REF

AQK7000-514 (PRESSURE)

AQK7000-512 PIPE ASSY
ARB PRESSURE

AQK7000-513 (RETURN)

AQK7000-511 PIPE ASSY
ARB RETURN
W30834J12-8-13  TEE ASSY

NAL6405 REF

FOR CONTINUATION SEE AQ9709

2QK7



NAS1305-11 BOLT
AN960-516 WASHER
MS20042L5 NUT
2 PLACES

M29135-01 GASKET

6756A GEARBOX REF

MS21042L5 NUT
AN960-516 WASHER
2 PLACES

AQK7000-514 (PRESSURE)

AGG7014-E501 MOTOR ASSY

CL BOOM REF

AQK7000-530 (PRESSURE)

AGC7001 REF

NQG6401 REF

FOR CONTINUATION SEE NQG6402

MAINTENANCE BY-PASS VALVE REF

AQK7003-1 (RETURN)

84220 FILTER REF

8492241278 UNION
PORT "B" PRESSURE OUTLET

AQK7000-531 (RETURN)

NQL6401 REF

AQK7000-514 PIPE ASSY
ARB PRESSURE

NQH6400 REF

W30837J8-8 ELBOW ASSY

15924T08 NUT
AN950D1216L WASHER
2 PLACES

AQK7000-510 PIPE ASSY
ARB PRESSURE

MS2190ZJ12 UNION
(PORT "A" PRESSURE INLET)
S73324D1-12 WASHER
NAS1611-2I5 PACKING

AQK7000-530 PIPE ASSY-ARB PRESSURE

AGC7001 REF

AQK7000-515 PIPE ASSY
ARB RETURN

$P_A = 8.32$ REF

$P_B = 2.18$ REF

MS2190ZJ12 UNION
(PORT "C" RETURN)
S73324D1-12 WASHER
NAS1611-2I5 PACKING

-5

AQK7000-531 PIPE ASSY
ARB RETURN

AQK7003-1 PIPE ASSY-ARB RETURN

NQC6401 REF

UP

FT

VIEW M FOR -5503

FOR CONTINUATION SEE NQG6402

NQG6400

NQG6400

NQG6400

Case MDL No. 875  Document 6667-3  Filed 01/26/11  Page 78 of 90

NA21305-15 BO
AN960-516  W
MS21042L5 NUT
2 PLACES

M88135-01 GASKET

AGG7014-5501 MOTOR ASSY

CL BOOM REF

AQK7000-530 (PRESSURE)

AGC7001 REF

FOR CONTINUATION SEE NGG6A02

MS21902J12 UNI0
(PORT "A" PRESSURE) IN
S7932401-12 WASHER
NAS1611-215  PACKIN

AQK7000-530 PIPE ASSY-A2B R

AGC7001 REF

ℓ₀ = 8.32 R( F

FOR CONTINUATION SEE NGG6402

ℂ BOOM REF

AQK7000-530

ℂ BOOM REF

PIVOT AXIS

AQK7003-1

NGL6401 REF



NGG6400

Dunung

Case MDL-No. 005 · Document 2615 · Filed 05/09/11 · Page 79 of 90

# ENGINEERING ORDER
DAC 25-1700K (REV. 6-82)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS** Corporation
CODE IDENT NO. 88877

| CAD DWG | GROUP CODE | TYPE RELEASE | | TOTAL NO. PL REVISION SHEETS | 1 | CCB NO. | M78502 |
|---|---|---|---|---|---|---|---|
| ☐ YES ☒ NO | M1C8 HYDR | DEVELOPMENT | A | ADV DATE | | J | NQG6400 |
| | | PRODUCTION | B ☒ | | | SIZE | DRAWING NUMBER |
| | | NON PROD. | C | SHEET 1 OF 4 | | | |

RC **AIR** · Mi · BUN **PMCB** · LDM **F**

## HANDLING INSTRUCTIONS (HI)
0. INTERCHANGEABILITY NOT AF-FECTED. USAGE OF PRIOR CHANGE OPTIONAL.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
3. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY. OPTIONAL REWORK INSTRUCTIONS INCLUDED.
4. SCRAP.
5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
6. RETROFIT (DELIVERED ARTICLES).

| ENGRG TIME CHG (COST CHARGE NO.) | TITLE | | |
|---|---|---|---|
| **D00E 50EH** | **HYDRAULIC INSTALLATION** **OUTER TUBE** | | |

TITLE release dates:
| | DATE | APR 12 1985 | 1 | DRAWING CHANGED | P |
|---|---|---|---|---|---|
| | DATE | | 2 | ADVANCE DWG CHG | |
| | DATE | | 3 | SERIAL EO | |
| | DATE | | 4 | NEW/REVISED RLSE | |
| | DATE | | 5 | REISSUE TO REVISE | R |

| EWO | DDG | WRO | ROUTING CODE | CHG CLASS | SEO/REWORK DRAWING REQUIRES DRAWING CHANGE | DWG REPLACES ☐ REPLACED BY | RELEASE STOP ORDER DATED |
|---|---|---|---|---|---|---|---|
| 80001 | 505.5 507.5 | KC-10 -12 | M | — | ☐ YES ☐ NO | | |

| | | | | | | EXPECTED SEO/RWK DWG INCORP DATE | INCORP SEO/OAEO/ RWK DWG |

EO MADE BY 1-14-85 · **J. SEVILLA** — DESIGN APPROVAL 1/16/85 · CHECK EO

DWG MADE/CHGD BY **SEVILLA** · SPEC COMPLIANCE · CHECK DWG 1-23-85 **R.W. WILSON** · STRESS 4/6/85 · CHANGE CONTROL BASS 4/1-5 · MATERIAL Mc 4-3-85 · CUSTOMER

WEIGHTS · PROGRAM ENGRG 4-1-85 · PRODUCT SUPPORT 4/6-85 4/11/85 · RELEASE 4/11/85 · CUSTOMER AUTH · INCORP V/N NO.

| | 1.2 LTR | MODEL | SECTION | MI NO. | WRO EFFECT 410 | EFFECTIVITY | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NEW | FORMER | | | |
| 1 | DN | KC-10 | QG00 | 2 | PMCB 0410† | | | | | | | 1 |
| 2 | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | 4 |
| 5 | | | | SEE SHEET 1.01 FOR EFF | | | | | | | | 5 |

**AFFECTS: -5001, -5501, -5503**

**COORDINATE WITH THE AQK7000 "N" CHANGE**

COP = 524

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | / |
| DAMS & DRAINS AFF | | / |
| VENTILATION AFF | | / |
| SEALING AFF | | / |
| ELEC BONDING AFF | | / |
| LUBRICATION AFF | | / |
| LAB TEST AFF | | X |
| SB/SC NO. | | |

| P/C | ASD | 1ST A/C | FAB |
|---|---|---|---|
| 9 | 528 | 410 | NO |

Orig at **DAC**
Dup at

| NAME **NICK FEDORE** | DEPT **E81** | MAIL CODE **36-65** | EO COPIES REQ'D **1** | DWG COPIES REQ'D **1** |

DRAWING NUMBER **NQG6400**

Ex.: 26; p.: 1471

Case 3:01-cv-00988-JSW Document 5567-26 Filed 08/24/14 Page 80 of 90

ENGINEERING ORDER   DES COG:DAC DES GRP:H/M MFG COG:          PAGE 1.01          DRAWING NUMBER NQG6499
DATE:850410 WRO:KC10-12     CCB:MA8592                                          DRAWING CHANGE   P INC
1.2 SCHEDULE    DC-10  DN                                 APR 12 1985            MEMO NUMBER
                                                                               REISSUE NUMBER

DC-10 WRO INTENT = 0410+.

| MODEL | SECTION | HI NO | EFFECTIVITY | CONFIGURATIONS SEQ | REQ PER ARTICLE | | NEXT ASSEMBLY U | |
|-------|---------|-------|-------------|--------|------|------|------|------|
| | | | | | FROM THRU | NEW | FORMER | DRAWING NO. CD |
| DC-10 | QG00 | 2 | FUTURE | -5091 | | | | |
| DC-10 | QG00 | 2 | FUTURE | -5501 | | | | |
| DC-10 | QG00 | 2 | A30999 | 30A949-30A100 | -5503 | | | | |

EOP

Ex.: 26; p.: 1472

Case 3:01-cv-00075 Document 667-2 Filed 10/08/14 Page 81 of 90

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CORPORATION

CODE IDENT NO 88277

DAC 25-17090 (REV. 1-79)

| | 2 | NQG 6400 |
|---|---|---|
| | SHEET | DRAWING NUMBER |

| DATE APR 1 2 1985 | 2 | CHANGE LETTER | P |
|---|---|---|---|
| DATE | 3 | SERIAL EO | |
| DATE | 4 | NEW REVISED RELEASE | |
| DATE | 5 | REISSUE TO REVISE | R |

1) ZONE 21, VIEW L-L
   ADDED HARD CALLOUT FOR -5 HOSE ASSY
   & -7 HOSE WHICH REPLACED AQK7000-525
   PIPE ASSY. ALSO REPLACED MS21902-4 UNION WITH
   17815-04S UNION, NAS1612-4 PACKING WITH NAS1612-6 &
   S7913536-4 CLAMP WITH S7913536-6.

2) ZONE 23, VIEW E & ZONE 31, VIEW M.
   REPLACED AQK7000-525 PIPE ASSY
   WITH -5 HOSE ASSY.

REASON: TO ELIMINATE INTERFERENCE & FACILITATE
        INSTALLATION AND ALSO REDUCE THE
        COST OF THE PIPE ASSY.

| DRAWING NUMBER |
|---|
| NQG 6400 |

Ex.: 26; p.: 1473

**ENGINEERING ORDER**
PARTS LIST REVISION
DAC 25-1709D (REV. 11-80)

DOUGLAS AIRCRAFT COMPANY
MCDONNELL DOUGLAS CORPORATION

CODE IDENT NO. 88277

| 3 | NQG6400 |
| SHEET | DRAWING NUMBER |

| 2 CHANGE LETTER | P |

APR 1 2 1985

| | DATE | 3 | SERIAL EO | |
| | DATE | 4 | NEW/REVISED RELEASE | |
| | DATE | 5 | REISSUE TO REVISE | R |

| QUANTITY REQUIRED PER NOTED DASH NO. | | | | | S C A C T E | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | FSCM NO | C/C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | ZONE | NOTES | I P R S X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IPRSX | | | | | | | | | | | | | | | | |
| 0 | 1 | 2 | 3 | 4 | 5 | | | | | | | | | | | |
| | | -5001 | -5501 | -5503* | A S -5 | | | | | | | | | | | |
| 1 | | 1 | 1 | 1 | A | -5 | HOSE ASSY | — | | | | | | 20 | S | 1 |
| 2 | | | | 1 | A | -7 | HOSE | | B | .250 ID X .062 X 11 | TUBE RUBBER EP 70 | DMS 1849 CLASS 2 GRADE 70 | | 20 | X | 2 |
| 3 | 1 | 2 | 3 | 4 | 5 | | | | | | | | | | | 3 |
| | | | | 1 | R | S7913536-6 | | | | | | | | | | |
| 4 | | | | 1 | A | 17815-048 | UNION | | L | | | LINAIR ENG GARDENA CAL 90247 | 20 | S | 4 |
| 5 | | | | | D | AQK700C -525 | | | | | | | | | | 5 |
| 6 | | | | 1 | R | NAS1612-6 | | | | | | | 36 | | | 6 |
| 7 | 1 | 2 | 3 | 4 | 5 | | | | | | | | | | | 7 |
| | | 2 | 2 | 2 | R | S7913536-4 | | | | | | | | | | |
| 8 | | | | | D | MS21902-4 | | | | | | | | | | 8 |
| 9 | | | | | D | NAS1612-4 | | | | | | | | | | 9 |
| 10 | | | | | | | | | | | | | | | | 10 |

ACTION CODE
A ADDED
C CANCELLED
D DELETED
R REVISED
S SUPERSEDED
T TECH CHANGE
X REINSTATE

C/C CONTROL CODE
B BULK MATL
C CUST FURN CUST INSTL
D CUST FURN DAC INSTL
F CUST FURN INSTL CHECK
G GOVT OR IND STANDARD
L COMML SHELF ITEM
M 'MAKE FROM' ITEM
M 'MAKE FROM' DAC ITEM
P1 PURCH DAC PART-SUP MATL
P2 PURCH DAC PART-DAC MATL
R REWORK OR REPAIR PART
S DAC STANDARD PART
V SUPPLIER ITEM-SPEC CONT
X PROCESS REQ'D BY SCN
Z REF DOCUMENT
— DAC DWG. NOT STD PART

| DWG NO. | NQG6400 |

Copyright by DEPARTMENT OF... File 09/09/11 Page 83 of 90

# ENGINEERING ORDER

DAC 25-1706K (REV 3-91)

**Douglas Aircraft Company**
**MCDONNELL DOUGLAS**
CAGE CODE 88277 (AIR)

| | |
|---|---|
| GRID DWG ☐ YES ☒ NO | CAO DWG ☐ YES ☒ NO |

GROUP CODE *PSAC*

**TYPE RELEASE**

| | | |
|---|---|---|
| DEVELOPMENT | A | |
| PRODUCTION | B | |
| NON PROD | C ☒ |

ADV DATE **JAN 2 3 1996**

NO. PL INPUT SH *1*

NO. NL INPUT SH *∅*

CCB IO. *S2001*

SHEET **1** OF **3**

SIZE *J* DRAWING NUMBER *NQG6400*

## HANDLING INSTRUCTIONS (HI)

0. INTERCHANGEABILITY NOT AFFECTED. USAGE OF PRIOR CHANGE OPTIONAL.
1. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY. OPTIONAL REPAIR INSTRUCTIONS ARE NOT TO BE INCORPORATED ON PRODUCTION DRAWING GRAPHICS.
3. SCRAP
4. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
5. RETROFIT (DELIVERED ARTICLES).

COST CHARGE NO. (CCN) *DJB2ADIO*

RLSE CLASS *NPR*

CHNG CAT CODE *- - -*

LEADMAN CODE *A.T.*

| MI | TITLE |
|---|---|
| BUN | **HYDRAULIC INSTALLATION-** |
| DOG *603H* | **OUTER TUBE** |
| COE *L045* | |

EWO *41203A*

WRO *KDC-PM -0001*

ROUTING CODE

CHNG CLASS *M*

EXITED DCI ☐ Y ☒ N

CORRECTS A DWG/EO WHICH EXITED DCI ☐ Y ☒ N

| | DATE | | 1 | DRAWING CHANGE |
|---|---|---|---|---|
| | DATE *960125* | | 2 | ADVANCED DWG CHNG *R* |
| | DATE | | 3 | SERIAL EO |
| | DATE | | 4 | NEW / REVISED RLSE |
| | DATE | | 5 | REISSUE TO REVISE *R* |

☐ DWG REPLACES
☐ REPLACED BY _____ NUMBER
COORDINATE DRAWING/EO WITH

EO MADE BY *L. KORMAN*

DESIGN APPROVAL *H.W. Sushke* *H3-96*

CHECK EO *A.G. THOMAS* *1-18-96*

MAINTAINABILITY *+*

PROGRAM ENGRG *A.G. THOMAS* *1-18-96*

CONFIGURATION MGT

DWG MADE / CHNGD BY

SPEC COMPLIANCE *H*

CHECK DWG

STRESS *H.W.Sushke* *1-18-96*

MATERIAL *JMmglue* *1/17/96*

CHANGE CONTROL *A.G. THOMAS* *96*

RELEASE *D.McKay* *FEB1-96*

DATE

SEO/REWORK INSTR - DESIGN INTENT REQUIRES DRAWING CHANGE

CORROSION PREV *JM*

CUSTOMER AUTH

☐ YES  ☐ NO   EXPECTED INCORP DATE

| | 1,2 LTR | MODEL | SECTION | HI NO. | WRO EFFECT *8888* | EFFECTIVITY | CONFIGURATION | QTY PER ARTICLE NEW | FORMER | NEXT ASSEMBLY DRAWING NO. | U CD | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | FM | KDC10 | S103NF | 6 | | P46985, P46956. | | | | | | 1 |
| 2 | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | 3 |
| 4 | | | | | | SEE SHEET 1.01 FOR EFF | | | | | | 4 |
| 5 | | | | | | | | | | | | 5 |

*AFFECTS   -5501, -5503*

*Service Bulletins S28092 and S28134 not affected by this change.*

NOTE: **INPUT TO PRINS**
DATE *96 01-23 a*
DO NO ALTER

*KDC10*

*COP96115*

| | Y | N | INCORPORATES/RELEASES NUMBER |
|---|---|---|---|
| STOP ORDER | | ☒ | |
| SEO/REWORK | | ☒ | |
| QAEO | | ☒ | |
| VIR | ☒ | | *DY-027-06-34* |
| MIL | | ☒ | |
| MIR | | ☒ | |
| PII | | ☒ | |
| PRR | | ☒ | |

CONTRACT NO.

| PRINT DISTRIBUTION | YES | NO | PRINT DISTRIBUTION | YES | NO |
|---|---|---|---|---|---|
| SIMULATOR AFF | | ☒ | SEALING AFF | | ☒ |
| OATP AFF | | ☒ | ELEC BONDING AFF | | ☒ |
| SCHEMATICS AFF | | ☒ | LUBRICATION AFF | | ☒ |
| DAMS & DRAINS AFF | | ☒ | LAB TEST AFF | | ☒ |
| VENTILATION AFF | | ☒ | SB / SC NO. | | |

*NEAL AARON* TAPKE *75-402*
*NICK FEDORE* *EB136-65*

NAME | DEPT | MAIL CODE | EXTRA EO QTY | DWG 2 EO QTY

P/C *9*

ASD

Orig at *DAC*
Repro at

1 ST ACFT FAB *8888* *H*

CHANGES MUST BE MADE ON ORIGINAL ONLY

MCDONNELL DOUGLAS CORPORATION PROPRIETARY RIGHTS ARE INCLUDED IN THE INFORMATION DISCLOSED HEREIN. RECIPIENT BY ACCEPTING THIS DOCUMENT AGREES THAT NEITHER THIS DOCUMENT NOR THE INFORMATION DISCLOSED HEREIN NOR ANY PART THEREOF SHALL BE REPRODUCED OR TRANSFERRED TO OTHER DOCUMENTS OR USED OR DISCLOSED TO OTHERS FOR MANUFACTURING OR FOR ANY OTHER PURPOSE AS SPECIFICALLY AUTHORIZED IN WRITING BY MCDONNELL DOUGLAS CORPORATION. UNPUBLISHED - ALL RIGHTS RESERVED UNDER COPYRIGHT LAWS.

DRAWING NUMBER *NQG6400*

Ex: 26; p.: 1475

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA

MCDONNELL DOUGLAS
CORPORATION

CODE IDENT NO. 88277

ENGINEERING ORDER    DES GRP:H/M                    PAGE 1.01              DRAWING NUMBER NQG6400
 DES COG:      MFG COG:                                                   DRAWING CHANGE    R ADV
 DATE:960122 WRO:PM-0001    CCB:SZ001                                         MEMO NUMBER
 1.2 SCHEDULE   DC-10  FL.                              '96 0125         REISSUE NUMBER

DC-10 WRO INTENT = 8888+.

| MODEL | SECTION | HI NO | EFFECTIVITY | | CONFIGURATIONS SEQ | REQ PER ARTICLE FROM THRU | NEW | FORMER | NEXT ASSEMBLY DRAWING NO. | U CD |
|-------|---------|-------|-------------|--|------------|----------|-----|--------|------------|----|
| DC-10 | QG00 | 6 | S28092 | | -5501 | | | | | |
| DC-10 | QG00 | 6 | A30999 | | -5503 | | | | | |
| DC-10 | QG00 | 6 | S28134 | | -5503 | | | | | |
| DC-10 | S10ZNF | 6 | P46956 | P46985 | -5503 | | | | | |

EOP

Case MAL-Air 0061 - Document NQG6400 Sheet 2 - Filed 08/11 - Page 85 of 90

# ENGINEERING ORDER
## COMBINED PARTS LIST AND CONTINUATION SHEET

DAC 25-1709S (REV. 10-82)

DOUGLAS AIRCRAFT COMPANY
McDONNELL DOUGLAS CORPORATION

FSCM NO. 83277

JAN 23 1996

**2** SHEET | **NQG6400** DRAWING NUMBER

| QUANTITY REQUIRED PER NOTED DASH NO. | | | | | | ACTION CODE | C/C CONTROL CODE | | | DATE '96 0125 | 2 CHANGE LETTER | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | A ADDED | B BULK MATL | P1 PURCH DAC PART-SUP MATL | | | | |
| | | | | | | C CANCELLED | C CUST FURN CUST INSTL | P2 PURCH DAC PART-DAC MATL | DATE | 3 SERIAL EO | |
| IPRSX | | | | | | D DELETED | D CUST FURN DAC INSTL | R REWORK OR REPAIR PART | | | |
| 0 | 1 | 2 | 3 | 4 | 5 | R REVISED | F CUST FURN INSTL CHECK | S DAC STANDARD PART | DATE | 4 NEW/REVISED RELEASE | |
| | | | | | | S SUPERSEDED | G GOVT OR IND STANDARD | V SUPPLIER ITEM-SPEC CONT | | | |
| | | | | | | T TECH CHANGED | L COMML SHELF ITEM | X PROCESS REQD BY SCN | DATE | 5 REISSUE TO REVISE | R |
| | | | | | | X REINSTATED | M 'MAKE FROM' DAC ITEM | Z REF DOCUMENT | | | |
| | | | | | | | | — DAC DWG. NOT STD PART | DATE | | |

| A CODE | C CODE T | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | FSCM NO | C/C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | NOTES | ITEM FIND | ZONE | I P R S X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | T | -3 | | | B | .063 X 1 X 4 | SHEET CRES ANLD 2 | (MIL-S-5059 COND ANLD 2 COMP 302 FINISH NO. 2B) | | | | 1 |
| 2 | T | -5501, -5503 | | | | | | | | | | 2 |
| 3 | 1 2 3 4 5 | | | | | | | | | | | 3 |

REASON: MATERIAL READILY AVAILABLE.   REF: VIR DT-027-06-94
  (A32)

DRAWING NUMBER
**NQG6400**

| CLASSIFICATION | DOUGLAS AIRCRAFT COMPANY | | PARTS LIST | | DRAWING NO. |
|---|---|---|---|---|---|

REPORT NO RO4G08

QTY REQD PER NOTED DASH NO.

DRAWING CONFIGURATIONS ARE INDICATED THUS *, OTHER DASH NUMBERS ASSEMBLE INTO DRAWING CONFIGURATIONS AS NOTED.

McDONNELL DOUGLAS CORPORATION

LONG BEACH, CALIFORNIA
FSCM NO. 88277

H/M        DAC
NOMENCLATURE:        MODEL DC-10

HYDR INSTL-OTR TUBE

SECTION LIST

PLNQG840

DWG SIZE: J    REV.    DATE OF ISSUE
P85-04-10
PL SHEET 1 OF 1

| | | | S A B | X *- 5503 | X *- 5501 | X *- 5001 | IRPSX PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | FSCM NO. | STOCK SIZE | MATERIAL DESCRIPTION | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | NOTES | ZRX ITEM FIND NO. | ZONE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUPERSEDED BY -5501 | | | | | | | -5001 | | | | | | X | | |
| | | | | 1 | 1 | 1 | -3 | BRKT | | .063 X 1 X 4 | SHEET, CRES | MIL-S-5059 TYPE 302 COND ANNEALED FINISH NO. 2D | X | | 12 |
| | | | | 1 | 1 | 1 | -5 | HOSE ASSY | | | | | | S | 20 |
| | | | 1 | | | | -7 | HOSE | | .250 I.D. X .062 X 11 | ETHYLENE PROPYLENE RUBBER TUBE | DMS 1849 TYPE 1 CLASS 2 GRADE 70 | X | | 20 |
| | | | | 1 | 1 | 1 | AQG7000-1 | BOLT | | | | | | S | 9 |
| | | | | 1 | 1 | 1 | AQG7000-503 | BOLT | | | | | X | | 14 |
| | | | | 1 | 1 | 1 | AQG7001-5001 | INSTL RUDDER ACTU | | | | | X | | 2 |
| | | | | 1 | 1 | 1 | AQG7006-5501 | EXPANDER ASSY | | | | | | S | 8 |
| | | | | 1 | 1 | 1 | AQG7010-5001 | GLAND ASSY | | | | | | S | 19 |
| | | | | | 1 | 1 | AQG7014-5001 | MOTOR ASSY | | | | | | S | 24 |
| | | | | 1 | 1 | | AQG7014-5501 | MOTOR ASSY | | | | | | S | 24 |
| | | | | 1 | 1 | 1 | AQG7015-1 | BRACKET | | | | | X | | 18 |
| | | | | 1 | 1 | 1 | AQK7000-509 | PIPE ASSY | | | | | X | | 18 |
| | | | | 1 | 1 | 1 | AQK7000-510 | PIPE ASSY | | | | | X | | 18 |
| | | | | | 1 | 1 | AQK7000-511 | PIPE ASSY | | | | | X | | 26 |
| | | | | | 1 | 1 | AQK7000-512 | PIPE ASSY | | | | | X | | 26 |
| | | | | | 1 | 1 | AQK7000-513 | PIPE ASSY | | | | | X | | 22 |
| | | | | | 1 | 1 | AQK7000-514 | PIPE ASSY | | | | | X | | 23 |
| | | | | | 1 | 1 | AQK7000-515 | PIPE ASSY | | | | | X | | 22 |
| | | | | | 1 | 1 | AQK7000-516 | PIPE ASSY | | | | | X | | 22 |

CONTRACT NO.

PLNQG6400

| CLASSIFICATION | | | | | | | | **DOUGLAS AIRCRAFT COMPANY** | | | | PARTS LIST | | | | | DRAWING NO. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REPORT NO RO4008 | | | | | | | | McDONNELL DOUGLAS CORPORATION | | | | H/M | | DAC | | | PLNQG5400 | | |
| QTY REQD PER NOTED DASH NO. | | | | | | | | | | | | NOMENCLATURE: MODEL DC-10 | | | | | DWG SIZE | REV. | DATE OF ISSUE |
| DRAWING CONFIGURATIONS ARE INDICATED THUS: OTHER DASH NUMBERS ASSEMBLE INTO DRAWING CONFIGURATIONS AS NOTED. | | | | | | | | LONG BEACH, CALIFORNIA FSCM NO. 88277 | | | | HYDR INSTL-OTR TUBE | | | | | J | P85-04-10 | |
| | | | | | | | | | | | | SECTION LIST | | | | | 2 | PL SHEET OF | |
| | | | | | S A- 5 | X *- 5503 | X *- 5501 | X *- 5001 | IRPSX PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | FSCM NO. | STOCK SIZE | MATERIAL DESCRIPTION | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | N O T E S | I R P S X | ITEM FIND NO | Z O N E |
| | | | | | | 1 | 1 | 1 | AQK7000-517 | PIPE ASSY | | | | | | X | | 27 |
| | | | | | | 1 | 1 | 1 | AQK7000-518 | PIPE ASSY | | | | | | X | | 27 |
| | | | | | | 1 | 1 | 1 | AQK7000-519 | PIPE ASSY | | | | | | X | | 11 |
| | | | | | | 1 | 1 | 1 | AQK7000-520 | PIPE ASSY | | | | | | X | | 11 |
| | | | | | | 1 | 1 | 1 | AQK7000-523 | PIPE ASSY | | | | | | X | | 11 |
| | | | | | | 1 | 1 | 1 | AQK7000-524 | PIPE ASSY | | | | | | X | | 11 |
| | | | | | | 1 | 1 | 1 | AQK7000-528 | PIPE ASSY | | | | | | X | | 7 |
| | | | | | | 1 | 1 | 1 | AQK7000-529 | PIPE ASSY | | | | | | X | | 7 |
| | | | | | | 1 | | | AQK7000-530 | PIPE ASSY | | | | | | S | | 32 |
| | | | | | | 1 | | | AQK7000-531 | PIPE ASSY | | | | | | S | | 31 |
| | | | | | | 60 | 60 | 30 | AQK7001-1 | SPOOL | | | | | | S | | 26 |
| | | | | | | 15 | 15 | 15 | AQK7002-1 | BLOCK ASSY | | | | | | S | | 25 |
| | | | | | | 1 | | | AQK7003-1 | PIPE ASSY | | | | | | S | | 31 |
| | | | | | | 2 | 2 | 2 | AN320-14 | NUT | | | | | | | | 9 |
| | | | | | | 4 | 4 | 4 | AN960-10L | WASHER | | | | | | | | 8 |
| | | | | | | 4 | 4 | 4 | AN960-516 | WASHER | | | | | | | | 23 |
| | | | | | | 13 | 13 | 13 | AN960D10L | WASHER | | | | | | Y S | | 10 |
| | | | | | | 2 | 2 | 2 | AN960D1216 | WASHER | | | | | | | | 6 |
| | | | | | | 2 | 2 | 2 | AN960D1216L | WASHER | | | | | | | | 22 |
| | | | | | | | | 1 | A22321-1 | SUPERSEDED BY A22321-2 | 94697 | | MOOG INC AERO DIV | PRONER AIRPORT | | S | | 12 |
| | | | | | | | | 1 | A22321-2 | SUPERSEDED BY A22321-3 | 94697 | | MOOG INC AERO DIV | PRONER AIRPORT | | S | | 13 |
| | | | | | | | | 1 | A22321-3 | SUPERSEDED BY A22321-4 | 94697 | | MOOG INC AERO DIV | PRONER AIRPORT | | S | | |

CONTRACT NO.

PLNQG5400

| CLASSIFICATION | | | | | | | DOUGLAS AIRCRAFT COMPANY | | | | | PARTS LIST | | DRAWING NO. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REPORT NO RO4008 | | | | | | | MCDONNELL DOUGLAS CORPORATION | | | | | M/M DAC NOMENCLATURE: MODEL DC-10 | | PLNQG8400 | | |
| QTY REQD PER NOTED DASH NO. | | | | | | | | | | | | HYDR INSTL-OTR TUBE | | DWG SIZE J | REV. | DATE OF ISSUE |
| DRAWING CONFIGURATIONS ARE INDICATED THUS W OTHER DASH NUMBERS ASSEMBLE INTO DRAWING CONFIGURATIONS AS NOTED | | | | | | | LONG BEACH, CALIFORNIA FSCM NO. 88277 | | | | | SECTION LIST | | P85-04-10 | | |
| | | | | | | | | | | | | | | PL SHEET OF | | |

| | | | | S A- B | X *- 5503 | X *- 5501 | X *- 5001 | IRPSX PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | FSCM NO. | STOCK SIZE | MATERIAL DESCRIPTION | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | NOTES | IRPSX | ITEM FIND NO | ZONE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | 1 | 1 | A22321-4 | ELEVATOR ACTUATOR | 94697 | | MOOG INC AERO DIV | PRONER AIRPORT | S | | | 13 |
| | | | | | 1 | 1 | 1 | A8790-7-3 | CLIP NUT | 72962 | | AMERACE CORP. ENSA DIV. | UNION, N J | S | | | 20 |
| | | | | | 2 | 2 | 2 | D10006-8 | NUT COUPLING | 14798 | | DEUTSCH CO. THE METAL COMPONETS DIV. | GARDENA CA | S | | | 8 |
| | | | | | 2 | 2 | 2 | D10007-8 | SLEEVE | 14798 | | DEUTSCH CO. THE METAL COMPONENTS DIV. | GARDENA CA | S | | | 8 |
| | | | | | AR | AR | AR | MS20470AD4 | RIVET | | | | | | | | 10 |
| | | | | | 6 | 6 | 6 | MS21042L3 | NUT | | | | | | X | | 10 |
| | | | | | 4 | 4 | 4 | MS21042L5 | NUT | | | | | | | | 23 |
| | | | | | 2 | | | MS21902J12 | UNION | | | | | | | | 32 |
| | | | | | 2 | 2 | 2 | MS21908J8 | ELBOW | | | | | | | | 6 |
| | | | | | 2 | 2 | 2 | MS24665-376 | COTTER PIN | | | | | | | | 9 |
| | | | | | 1 | | | MS9135-01 | GASKET | | | | | | | | 24 |
| | | | | | 6 | 6 | | NAS1252-10H | WASHER | | | | | | | | 26 |
| | | | | | 18 | 18 | 18 | NAS1252-10L | WASHER | | | | | | X | | 18 |
| | | | | | 2 | 2 | 2 | NAS1252-1416L | WASHER | | | | | | | | 9 |
| | | | | | 2 | 2 | 2 | NAS1252-416H | WASHER | | | | | | | | 19 |
| | | | | | 4 | 4 | 4 | NAS1303-5 | BOLT | | | | | | | | 8 |
| | | | | | 2 | 2 | 2 | NAS1305-11 | BOLT | | | | | | | | 24 |
| | | | | | 2 | | | NAS1611-213 | PACKING | | | | | | | | 32 |
| | | | | 1 | 1 | 1 | 1 | NAS1612-6 | PACKING | | | | | A | | | 36 |
| | | | | | 2 | 2 | 2 | NAS43DD3-28 | SPACER | | | | | | | | 19 |

| CONTRACT NO. | | PLNQG8400 |
|---|---|---|

| CLASSIFICATION | | | | DOUGLAS AIRCRAFT COMPANY | | | | PARTS LIST | | | | | DRAWING NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REPORT NO R04008 | | | | McDONNELL DOUGLAS CORPORATION | | | NOMENCLATURE: | H/M | DAC MODEL DC-10 | | | PL NQG6400 | | |
| QTY REQD PER NOTED DASH NO. | | | | | | | HYDR INSTL-OTR TUBE | | | | DWG SIZE J | REV. | DATE OF ISSUE P85-04-10 | |
| DRAWING CONFIGURATIONS ARE INDICATED THUS ✱OTHER DASH NUMBERS ASSEMBLE INTO DRAWING CONFIGURATIONS AS NOTED. | | | | LONG BEACH, CALIFORNIA FSCM NO. 88277 | | | SECTION LIST | | | | PL SHEET 4 OF | | | |

| S A-5 | X ✱-5503 | X ✱-5501 | X ✱-5001 | IRPSX | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | FSCM NO. | STOCK SIZE | MATERIAL DESCRIPTION | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | NOTES | I R P S X | ITEM FIND NO | ZONE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 10 | 10 | | NAS4603U12 | BOLT | | | | | | | | 25 |
| | 5 | 5 | 5 | | NAS4603U13 | BOLT | | | | | | | | 28 |
| | 13 | 13 | 13 | | NAS5803U10 | SCREW | | | | | | | | 26 |
| | 2 | 2 | 2 | | NAS6103U10 | SCREW | | | | | | | | 26 |
| | 2 | 2 | 2 | | NAS6103U16 | SCREW | | | | | | | | 19 |
| | 7 | 7 | 7 | | NAS6103U8 | SCREW | | | | | | | | 10 |
| | 15 | 15 | 15 | | NAS6403U8 | BOLT | | | | | | | | 25 |
| | 2 | 2 | 2 | | NAS6404U5 | BOLT | | | | | | | X | 19 |
| | 1 | 1 | 1 | | TA4061H1320 | BRACKET | 84971 | | T.A. MFG CO. | L.A., CALIF. | | | | 20 |
| | 1 | 1 | 1 | | TA4091E2207 | BRACKET | 84971 | | T.A. MFG CO. | L.A., CALIF. | | | | 10 |
| | | 1 | 1 | | W30834J12-8-12 | TEE ASSY | 11328 | | LINER ENGINEERING | GARDENA, CALIF | | | | 26 |
| | 2 | 2 | 2 | | W30834J6-6-8 | TEE ASSY | 11328 | | LINER ENGINEERING | GARDENA, CALIF | | | | 6 |
| | 1 | 1 | 1 | | W30837J8-8 | ELBOW ASSY | 11328 | | LINER ENGINEERING | GARDENA, CALIF | | | | 22 |
| | 2 | 2 | 2 | | 15924T04 | LOCKNUT | 11328 | | LINER ENGINEERING | GARDENA, CALIF | | S | | 19 |
| | 2 | 2 | 2 | | 15924T06 | NUT | 11328 | | LINER ENGINEERING | GARDENA, CALIF | | S | | 18 |
| | 4 | 4 | 4 | | 15924T08 | NUT | 11328 | | LINER ENGINEERING | GARDENA, CALIF | | S | | 6 |
| 1 | | | | | 17815-04S | UNION | | | | | | S | | 20 |
| | 1 | 1 | 1 | | 4C6458 | CHECK VALVE | 99240 | | CRISSAIR, INC. | EL SEGUNDO, CA | | S | | 11 |
| | 2 | 2 | 2 | | S4929451-8 | UNION | | | | | | | | 27 |
| | | 2 | 2 | | S4932412T12 | UNION | | | | | | | | 23 |

| CONTRACT NO. | | | | | | | | | | | PL NQG6400 |

| CLASSIFICATION | DOUGLAS AIRCRAFT COMPANY | | PARTS LIST | | DRAWING NO. |
|---|---|---|---|---|---|

REPORT NO RO4008

QTY REQD PER NOTED DASH NO.

DRAWING CONFIGURATIONS ARE INDICATED
THUS X, OTHER DASH NUMBERS ASSEMBLE
INTO DRAWING CONFIGURATIONS AS NOTED.

McDONNELL DOUGLAS CORPORATION

LONG BEACH, CALIFORNIA
FSCM NO. 88277

**H/M** **DAC**

NOMENCLATURE: MODEL DC-10

HYDR INSTL-OTR TUBE

SECTION LIST

PL NCGG400

DWG SIZE: J   REV.   DATE OF ISSUE: P85-04-10

PL SHEET 5 OF

| S A-5 | X *- 5503 | X *- 5501 | X *- 5001 | RPSX PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | FSCM NO. | STOCK SIZE | MATERIAL DESCRIPTION | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | NOTES | IPSX | ITEM FIND NO. | ZONE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | 2 | 2 | S4932412T4 | UNION | | | | | | | | 19 |
| | 3 | 3 | 3 | S4932412T6 | UNION | | | | | | X | | 11 |
| | 3 | 3 | 3 | S4932412T8 | UNION | | | | | | | | 8 |
| | 2 | 2 | 2 | S4932415T4-4 | UNION | | | | | | | | 19 |
| | 2 | 2 | 2 | S7913536-4 | CLAMP | | | | | | S | | 19 |
| 1 | 6 | 6 | 6 | S7913536-6 | CLAMP | | | | | | S | | 10 |
| | 2 | | | S7932401-12 | WASHER | | | | | | S | | 32 |

DPS1.001 AND FOLLOWING DOCUMENTS ARE REQUIRED TO SUPPLEMENT THE DRAWING

| | | | | ACK7050-1 | METHOD | | | | | | | | |
| | | | | DPS2.50 | PROCESS | | | | | | | | |
| | | | | DPS2.70-2 | PROCESS | | | | | | | | |
| | | | | DPS3.17 | PROCESS | | | | | | | | |
| | | | | DPS3.651 | PROCESS | | | | | | | | |
| | | | | DPS3.80 | PROCESS | | | | | | | | |
| | | | | DPS3.80-10 | PROCESS | | | | | | | | |
| | | | | DPS3.801 | PROCESS | | | | | | | | |
| | | | | DPS9.07 | PROCESS | | | | | | | | |
| | | | | S5021205 | METHOD | | | | | | | | |
| | | | | S5076260 | METHODS | | | | | | | | |

NOTE A PROCUREMENT SOURCES AND QUALITY CONTROL
PER 7912037.

NOTE Y FOR PARTS INDICATED BY Y, SEE DETAIL
FINISH SPEC.

END OF PARTS LIST

CONTRACT NO.

PLNCGG400