Exhibit G, Part 44 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits
Case MDL-xxxx Document xx Filed xx/xx/xx Page 1 of 64

12 ZONE

# ENGINEERING ORDER
## NEW RELEASE
DPE 25-1799 (REV. 1-78)

DOUGLAS AIRCRAFT COMPANY
LONG BEACH CALIFORNIA
McDONNELL DOUGLAS

TYPE RELEASE: DEVELOPMENT — PRODUCTION X — NON-ESO

| RL | M | AN | FS | | SHEET 1 OF 4 | SIZE J DRAWING NUMBER NPG6400 |
|----|----|----|----|----|----|----|

| RL | M 208 | 84 | AN | FS +8200 | |

TYPE OF DRAWING

- A X SECTION LIST
- B CUSTOMER VARIATION
- C MODIFICATION
- D REWORK SALVAGE
- P SPEC OR SOURCE CONTROL
- F AS STANDARD
- G SPECIAL SPARE
- H SERVICE CHANGE
- J UNDIMENSIONED
- K OTHER

ENGRG TIME CHG: DPAE 1C10
EWO DPOEI
SYS
TITLE: HYDRAULIC INSTALLATION- FUEL MOTOR, CENTER TANK

DOG 840.5
COE 844.5 KC 10-2
WRO
ROUTING CODE A
CHG CLASS —

| | DATE | DRAWING CHANGED |
|---|---|---|
| 1 | DATE | ADVANCE DWG CHG |
| 2 | DATE | SERIAL EO |
| 3 | DATE NOV 8 1978 | NEW REVISED RLSE NEW |
| 4 | DATE | |
| 5 | DATE | REISSUE TO REVISE R |

SEO REWORK DWG REQUIRES DWG CHG  YES NO
PATTERN DIE MOLD AFFECTED  YES NO

DWG REPLACES REPLACED BY
RELEASE STOP ORDER DATED
EXPECTED SEO CHG DATE INCORP DATE
INCORP SEO CASE NO

| EO MADE BY WILLER 10-9-78 | DESIGN APPROVAL KIBBEE 10/9/78 | CHECK EO 7½ | WEIGHTS 10-18-78 SHOEMAKER | PROGRAM ENGRG MG 10-18 | PRE SUPPORT | RELEASE OLDENBURG 11-3-78 DATE | CUSTOMER AUTH | INCORP VIR NO |
|---|---|---|---|---|---|---|---|---|
| DWG MADE/CHGD BY WILLER 10-9-78 | SPEC COMPLIANCE Corr 10-18-78 | CHECK DWG HEITRAUS 10-13-78 | STRESS 10-18-78 | CHANGE CONTROL 10-18-1 | MATERIAL 20 | Dorothy 10-20-78 | CUSTOMER | |

| 1,2 LTR | MODEL | SECTION | RELEASE CCN | WRO EFFECT 311 | EFFECTIVITY (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | NEW | FORMER | | |
| 1 | CB/KC-10A | PG00AA | | 48200, AD30A, | | -1 | 1 | 0 | NPV 6401 | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | SEE SHEET 3 FOR MORE CODE | | | | | | |

PRINT DISTRIBUTION  YES NO
DEVELOPMENT  X
Orig at ____
Dup at ____  X
SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED

| | YES | NO |
|---|---|---|
| DATA AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| ID, WS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | √ |

SB/SC NO.

EXTRA EO'S
| NAME | QTY | DEPT | MAIL CODE |
|---|---|---|---|
| COREY | 1 | CBZO | 36-94 |

ENGR MAIL  C1-351  35-17
R. DOBSON  1  253  35-61

EXTRA DWGS
| NAME | QTY | DEPT | MAIL CODE | DRAWING NUMBER |
|---|---|---|---|---|
| KIBBEE | 1 | 253 | 35-61 | NPG6400 |
| POOLE | 1 | 253 | 36-94 | |
| Lindholm | 1 | 661 | 7-21 | |

Ex. 27, p. 1483

Case 1:11-cv-00068-J9WI Document 77 Filed 07/24/14 Page 2 of 94

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA    **MCDONNELL DOUGLAS**

ENGINEERING ORDER   DES COG:DAC   DES GRP:H/M   MFG COG:DAC IDENT NO. 88777   PAGE 1-01
DATE:781031   EWO:DP0E1      WRD:KC10-2
1.2 SCHEDULE   DC-10   CB

DRAWING NUMBER NPG6400
DRAWING CHANGE
MEMO NUMBER NEW
REISSUE NUMBER

NOV 3 1978

| MODEL SECTION | HI NO | EFFECTIVITY | CONFIGURATIONS SEQ FROM THRU | REQ PER NEW | ARTICLE FORMER | NEXT ASSEMBLY U DRAWING NO. CD |
|---|---|---|---|---|---|---|
| DC-10 PG00AA | 2 AD30A | .48200 | -1 | 0001 | 0000 | NPV6400 |

EOP

Ex.: 27; p.: 1484

Case: MDL-2085 - Document: 7a471397331067d0 - Filed: 07/20/17 - Page 3 of 64

# ENGINEERING ORDER

DAC 25-1709K (REV. 7-79)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS**
CODE IDENT NO. 88277        CORPORATION

9 12-18

| DESIGN SECTION | TYPE RELEASE | TOTAL NO. PL INPUT SHEETS | 1 | 3½5 * 4 | R20 |
|---|---|---|---|---|---|
| C1 | DEVELOPMENT | A | ✓ | ADV | |

| RC | AK | MI | 208 | MW | AW | FS | 48200 | LDM |
|---|---|---|---|---|---|---|---|---|

| | PRODUCTION | B | | |
| | NON PROD. | C | SHEET 1 OF 9 | J NPG 6400 SIZE DRAWING NUMBER |

**HANDLING INSTRUCTIONS (HI)**
0. INTERCHANGEABILITY NOT AFFECTED. USAGE OF PRIOR CHANGE OPTIONAL.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
3. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY, OPTIONAL REWORK INSTRUCTIONS INCLUDED.
4. SCRAP.
5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
6. RETROFIT (DELIVERED ARTICLES).

| ENGRG TIME CHG (COST CHARGE NO.) | TITLE |
|---|---|
| DPAE 51B0 | HYD. INSTALL., FUEL MOTOR CENTER |

| | DATE | 1 | DRAWING CHANGED | |
| | DATE | 2 | ADVANCE DWG CHG | |
| | DATE FEB 13 1980 | 3 | SERIAL EO | 001 |
| | DATE | 4 | NEW/REVISED RLSE | |
| | DATE | 5 | REISSUE TO REVISE | R |

| EWO | DPIEI | DOC | 950.3 | WRO | KC10-12 | ROUTING CODE M | CHG CLASS | SEO/REWORK DRAWING REQUIRES DRAWING CHANGE ☐ YES ☒ NO | DWG REPLACES BY REPLACED BY | RELEASE STOP ORDER DATED |
|---|---|---|---|---|---|---|---|---|---|---|
| SYS | | COE | 951.3 | | | | | | | |

| EO MADE BY | 12-4-79 | DESIGN APPROVAL | CHECK EO | 12-18-79 | WEIGHTS | 1-21-80 | PROGRAM ENG | PRODUCT SUPPORT | RELEASE DATE | EXPECTED SEO RWK INCORP DATE | SEO/QAEO RWK DWG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J. McDONALD | | J. Riccobono | KILLEBREW | | A. L. Morguard | | KRS-NIK 2-8-80 | 1110 | 4 | | |
| DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG | STRESS | CHANGE CONTROL | MATERIAL | CUSTOMER | CUSTOMER AUTH | INCORP VIR NO. |
| AKK | | | N. M. | | January 21 2 80 | | | |

| | 1.2 LTR | MODEL | SECTION | RELEASE CCN | HI NO. | WRO EFFECT | EFFECTIVITY (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | NEW | FORMER | | |
| 1 | CR | KC-10 | P600AA | | 5 | 48200 | | | | | | 1 |
| 2 | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | | 5 |

AFFECTS -5001

NOTE TO PLANNING:

RELEASE FOR RECORD ONLY.
FLIGHT TEST WILL ACCOMPLISH
MODIFICATION PER DRO 138489.

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | ✓ |
| SCHEMATICS AFF | | |
| FINISH SPEC. AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | ✓ |
| LAB TEST AFF | | |

| | NAME | QTY | DEPT | MAIL CODE |
|---|---|---|---|---|
| | R. DOBSON | 1 | 253 | 35-61 |
| | P. HUNT | 1 | C1-257 | 41-52 |
| | G. KIBBEE | 1 | C1-253 | 35-61 |
| | N. POOLE | 1 | 253 | 36-94 |

| SB/SC NO. | NAME | QTY DEPT | MAIL CODE | NAME | QTY DEPT | MAIL CODE |
|---|---|---|---|---|---|---|
| | EXTRA EO's | | | | EXTRA DRAWINGS | |

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| DEVELOPMENT | ✓ | |
| Orig at _____ | | ✓ |
| Dup at _____ | | ✓ |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | ✓ |
| DRAWING NUMBER NPG 6400 | | |

Ex.: 27; p.: 1485

Case MDL-No. 875 Document 6607-7 Filed 01/28/11 Page 4 of 64

**ENGINEERING ORDER**

DAC 25-1709B (REV. 1-79)

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS CORPORATION
CODE IDENT NO. 88977

| | | | SHEET 2 | DRAWING NUMBER NPG 6400 |
|---|---|---|---|---|

| DATE | | CHANGE LETTER | |
|---|---|---|---|
| DATE FEB 13 1980 | 3 | SERIAL EO | 001 |
| DATE | 4 | NEW/REVISED RELEASE | |
| DATE | 5 | REISSUE TO REVISE | R |

NOTES:
1. MAT'L: CRES BAR TYPE 303 SE PER AMS 5640, TYPE 2
2. FINISH: PASSIVATE PER QQ-P-35 TYPE 1, 2 OR 3
3. TOLERANCES: .XXX ~ ±.005   .XX ~ ±.02
4. QUANTITY REQ'D: 6
5. MACHINE FINISH TO BE $\sqrt{\frac{125}{}}$
6. ULTRASONIC INSP. NOT REQUIRED
7. IDENTIFY PER DPS 3.02



-0015 BRACKET

| DRAWING NUMBER |
|---|
| NPG 6400 |

Ex.: 27; p.: 1486

Case MDL No. 875   Document 6661-7   Filed 01/28/14   Page 5 of 64



**ENGINEERING ORDER**

DAC 25-1709B (REV. 1-79)

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CODE IDENT NO. 88277   CORPORATION

| | | | SHEET | DRAWING NUMBER |
|---|---|---|---|---|
| | | | 3 | NPG 6400 |

| DATE | | 2 | CHANGE LETTER | |
|---|---|---|---|---|
| DATE FEB 13 1980 | | 3 | SERIAL EO | 001 |
| DATE | | 4 | NEW/REVISED RELEASE | |
| DATE | | 5 | REISSUE TO REVISE | R |

30° ±5°

.24 ±.03

.02
.06 R. BLEND

.22 ±.03

.1875 DIA
.1890

45°

±.005
.156 DIA

MASKING
TAPE

A

A

30° ±5°

NOTES:
1. REWORK ABEX SERVO MOTOR
   P/N 63115-01   AS SHOWN
2. ALODINE REWORK AREA
   PER MIL-C-5541
3. MACHINE
   FINISH 125/

— 0017 MOTOR ASSY

| DRAWING NUMBER |
|---|
| NPG 6400 |

Ex.: 27; p.: 1487

Case 4:91-cv-00255-JM Document 67-7 Filed 01/22/14 Page 6 of 95

# ENGINEERING ORDER

DAC 25-1009B (REV. 1-79)

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CODE IDENT NO. 88877    CORPORATION

4

NPG 6400

SHEET | DRAWING NUMBER

| DATE | 1 2 | CHANGE LETTER | |
| DATE FEB 13 1980 | 3 | SERIAL EO | 001 |
| DATE | 4 | NEW/REVISED RELEASE | |
| DATE | 5 | REISSUE TO REVISE | R |



NEW EXTERNAL
DRIVE SHAFT P/N 20152

SPRING
P/N 55871

C-RING
P/N 62960

NOTES:

1. REMOVE OLD EXTERNAL DRIVE
SHAFT (ABEX P/N 62962)
& SPRING P/N 55871 & C-RING
P/N 62960.

2. RE-INSTALL SPRING INTO NEW
SHAFT & C-RING ONTO NEW SHAFT.

3. INSTALL NEW SHAFT

DRAWING NUMBER
NPG 6400

Ex.: 27; p.: 1488

Case MDL No. 875 Document 6987-7 Filed 03/28/04 Page 7 of 64

# ENGINEERING ORDER

DAC 25-1709B (REV. 1-79)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**MCDONNELL DOUGLAS**
CODE IDENT NO 88277   CORPORATION

| | 5 | | NPG 6400 |
|---|---|---|---|
| | SHEET | | DRAWING NUMBER |

| DATE | | 2 | CHANGE LETTER | |
|---|---|---|---|---|
| DATE FEB 13 1980 | | 3 | SERIAL EO | 001 |
| DATE | | 4 | NEW/REVISED RELEASE | |
| DATE | | 5 | REISSUE TO REVISE | R |

*NOTES :*

1. *MAKE FROM MS35650-305*
   *( BRASS REF)*
2. *FINISH : NONE*
3. *QUANTITY REQ'D : 12.*
4. *MACHINE FINISH* 125/√



.375 ──
(REF)

.045
.055 TYP

.030 +.005/-.000 DIA
(TYP) 2 HOLES



.050
.065 TYP



.117
.130 (REF)

── *-0019 NUT*

| DRAWING NUMBER |
|---|
| NPG 6400 |

Ex.: 27: p.: 1489

Case M:L-No. 065  Document 065-7  Filed 04/22/04  Page 8 of 64

# ENGINEERING ORDER

DAC 25-1709B (REV. 1-79)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS** CORPORATION
CODE IDENT NO. 88277

| 6 | NPG 6400 |
|---|---|
| SHEET | DRAWING NUMBER |

| DATE | | 2 | CHANGE LETTER | |
|---|---|---|---|---|
| DATE | FEB 13 1980 | 3 | SERIAL EO | 001 |
| DATE | | 4 | NEW/REVISED RELEASE | |
| DATE | | 5 | REISSUE TO REVISE | R |

NOTES: REWORK TO ADD SPEED PICKUP

2. ASSEMBLE SHAFT, BRACKET, & MAGNETIC PICKUP
   AS SHOWN AND LOCKWIRE PICKUP NUTS PER DPS 3.80-7

1. ADJUST POSITION OF PICKUP FOR ADEQUATE CLEAR-
   ANCE OF SHAFT (TO BE .005-.010)
   WITH HIGHEST GEAR TOOTH SIDE-LOADED TOWARD
   PICKUP.



.005
.010

A

A

## SERVO MOTOR ASSY -00111

| DRAWING NUMBER |
|---|
| NPG 6400 |

Ex.: 27; p.: 1490

**ENGINEERING ORDER**

DAC 25-1709B (REV. 1-79)

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
MCDONNELL DOUGLAS CORPORATION
CODE IDENT NO. 76877

| | | | |
|---|---|---|---|
| **7** | **NPG 6400** | | |
| SHEET | DRAWING NUMBER | | |

| DATE | 1 2 | CHANGE LETTER | |
|---|---|---|---|
| DATE FEB 13 1980 | 3 | SERIAL EO | 001 |
| DATE | 4 | NEW/REVISED RELEASE | |
| DATE | 5 | REISSUE TO REVISE | R |

LEE PLUG NO.
PLGA1270010



NOTES: 1. REMOVE SPEED PICKUP

2. INSTALL LEE PLUG

3. RE-IDENTIFY AS
ABEX PART NO. 63115-01

4. SEE ADDITIONAL REFURBISH
OF MOTOR ASSY ON SHEET 8

REFURBISH OF MOTOR ASSY

AFTER TEST

| | |
|---|---|
| DRAWING NUMBER | |
| NPG 6400 | |

EX. 27, p. 1491

Case 4:91-cv-00875 Document 665-7 Filed 02/28/11 Page 10 of 65

**ENGINEERING ORDER**

DAC 25-1709B (REV. 1-79)

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
MCDONNELL DOUGLAS
CODE IDENT NO. 88277          CORPORATION

| | 8 | NPG 6400 |
|---|---|---|

| | | SHEET | DRAWING NUMBER |

| DATE | | 1 | 2 | CHANGE LETTER | |
|------|--|---|---|---------------|--|
| DATE | FEB 13 1980 | | 3 | SERIAL EO | 001 |
| DATE | | | 4 | NEW/REVISED RELEASE | |
| DATE | | | 5 | REISSUE TO REVISE | R |

<u>NOTES</u>: REWORK ABEX SERVO MOTOR ASSY
PART NO. 63115-01 AS FOLLOWS:

1. REMOVE EXT. DRIVE SHAFT, SPRING & C-RING PER SHT 3A
2. PLUG PORTS & MASK HOLE IN SEAL RETAINER
3. DRILL .156 DIA HOLE & COUNTERBORE .1875-.1890 DIA
   PER SHEET 3 (NPG 6400-0017 MOTOR ASSY)
4. BLEND EDGES OF HOLE AS SHOWN
5. REMOVE ALL CHIPS & CONTAMINATION TO PREVENT
   ENTRY INTO MOTOR ASSY

6. FABRICATE NEW PARTS AS FOLLOWS:
   A. SHAFT PER ABEX DWG. 20152 (QTY REQ'D IS 6)
   B. BRACKET PER NPG 6400-0015. (QTY REQ'D IS 6)
   C. NUT PER NPG 6400-0019. (QTY REQ'D IS 12)
7. PURCHASE AIRPAX MAGNETIC PICKUP FROM PACTEC IN BUENA PARK, CA.
   AIRPAX PART NO. 085-101-0037. (QTY REQ'D IS 10) PER AMO # EM10AT-HM-30
   & PURCHASE LEE PLUG NO. PLGA1870010. QTY REQ'D IS 6
8. RE-INSTALL SPRING INTO INTERNAL SHAFT & C-RING ON EXTERNAL SHAFT.
   INSTALL ABOVE COMPONENTS PER NPG 6400-00111 WITH BRACKET IN
   LOCATION SHOWN & OMIT WASHERS ON TWO BOLTS USED. TORQUE BOLTS TO 100-120 IN-LBS.
9. CLEAR THE PUMP LOCKWIRE IN AREA ADJACENT TO PICKUP.
10. RE-IDENTIFY MOTOR WITH SPEED PICKUP AS NPG 6400-00111
    AND THEN REMOVE MASKING & PORT PLUGS.
11. FLIGHT TEST PERSONNEL TO COMPLETE WIRING & INSTALLATION PER FDEO F1458
12. FLIGHT AND LABORATORY TESTS TO BE CONDUCTED AS REQ'D

13. REMOVE MAGNETIC PICKUP, BRACKET, AND SHAFT NPG 6400-0013
14. INSTALL ORIGINAL SHAFT ABEX P/N 62962
15. INSTALL LEE PLUG
16. TORQUE BOLTS TO 100-120 INCH-LBS.
17. RE-IDENTIFY SERVO MOTOR ASSY AS ABEX PART NO. 63115-01

18. THIS SEO SHALL ALSO APPLY TO HYD. INSTALLATIONS NDG 6401 & NFG 6401

<u>NOTE TO PLANNING</u>:

1. BOTH SHAFT & BRACKET
   TO BE SUPPLIED BY ABEX
   PER AMO # EM10AT-HM-30

2. ALSO PURCHASE AIRPAX
   PICKUP 085-101-0037
   PER AMO # EM10AT-HM-30

| DRAWING NUMBER |
|----------------|
| NPG 6400 |

Ex.: 27, p.: 1492

# ENGINEERING ORDER
## PARTS LIST REVISION
DAC 25-1709D (REV. 11-77)

DOUGLAS AIRCRAFT COMPANY
MCDONNELL DOUGLAS CORPORATION
CODE IDENT NO. 88277

SHEET **9** | DRAWING NUMBER **NPG 6400**

| | CHANGE LETTER | |
| DATE | FEB 13 1980 | SERIAL EO **001** |
| DATE | | NEW REVISED RELEASE |
| DATE | | REISSUE TO REVISE **R** |

### QUANTITY REQUIRED PER NOTED DASH NO.
IPRSX | 1 | 2 | 3 | 4 | 5

### ACTION CODE
A ADDED
C CANCELLED
D DELETED
R REVISED
S SUPERSEDED
T TECH CHANGE
X REINSTATE

### C/C CONTROL CODE
B BULK MATL
C CUST FURN CUST INSTL
D CUST FURN DAC INSTL
F CUST FURN INSTL CHECK
G GOVT OR IND STANDARD
L COMML SHELF ITEM
M 'MAKE FROM' ITEM
N 'MAKE FROM' DAC ITEM
P1 PURCH DAC PART-SUP MATL
P2 PURCH DAC PART-DAC MATL
R REWORK OR SALVAGE PART
S DAC STANDARD PART
V SUPPLIER ITEM-SPEC CONT
Y RET DOCUMENT
Z DAC DWG NOT STD PART
X PROCESS REQD BY SCN

| | QTY | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C/C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | PRSSX | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 | 20152 | SHAFT | 75250 | R | | ABEX CORP. OXNARD, CALIF. | | | | | | 1 |
| 2 | 6 | -0015 | BRACKET | | | 1¾ DIA BAR | CRES BAR TYPE 303 SE | AMS 5640 TYPE 2 | | | | X | 2 |
| 3 | 6 | -0017 | MOTOR ASSY | | | | REWORK ABEX MODEL 63115-01 | | | | | X | 3 |
| 4 | 12 | -0019 | NUT | | | | REWORK MS35650-305 | | | | | X | 4 |
| 5 | 10 | 085-101 -0037 | MAGNETIC PICKUP | | | | AIRPAX (PACTEC, BUENA PARK, CA) FORT LAUDERDALE, FLORIDA | | | | | | 5 |
| 6 | 6 | -00111 | SERVO MOTOR ASSY | | | | ABEX MODEL NO. 63115-01 WITH SPEED PICKUP | | | | | X | 6 |
| 7 | 6 | PLGA1870010 | LEE PLUG | | | | THE LEE CO. WESTBROOK, CONN. | | | | | | 7 |
| 8 | | | | | | | | | | | | | 8 |
| 9 | | | | | | | | | | | | | 9 |
| 10 | | | | | | | | | | | | | 10 |

DWG NO. NPG 6400

82-1838

**ENGINEERING ORDER**
DAC 25-1709K (REV. 4-79)

B-46

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**MCDONNELL DOUGLAS**
CODE IDENT NO. 88877 CORPORATION

| DESIGN SECTION | TYPE RELEASE | | TOTAL NO. PL INPUT SHEETS | | | |
|---|---|---|---|---|---|---|
| C1 | DEVELOPMENT | A | ADV DATE DEC 18 1979 | J | NPG6400 | |
| | PRODUCTION | B X | | | | |
| | NON PROD. | C | SHEET 1 OF 2 | SIZE | DRAWING NUMBER | |

| RC AIR | MI 208 | MW | AW | FS 48200 | LDM GK |
|---|---|---|---|---|---|

| HANDLING INSTRUCTIONS (HI) | ENGRG TIME CHG (COST CHARGE NO.) | TITLE |
|---|---|---|

0. INTERCHANGEABILITY OF PARTS NOT AFFECTED. USAGE OF CHANGED OR UNCHANGED PARTS OPTIONAL.
2. PARTS MUST CONFORM AT NOTED EFFECTIVITY.
3. PART'S MUST CONFORM AT NOTED EFFECTIVITY. SPECIAL REWORK FOR PARTS MADE INCLUDED.
4. SCRAP.
5. NOTED.
6. RETROFIT (DELIVERED ARTICLES).

DPAE
1C10

**HYDRAULIC INSTALLATION-
FUEL MOTOR, CENTER TANK**

| DATE | 1 | DRAWING CHANGED | |
|---|---|---|---|
| DATE | 2 | ADVANCE DWG CHG | |
| DATE DEC 21 1979 | 3 | SERIAL EO | 002 |
| DATE | 4 | NEW/REVISED RLSE | |
| DATE | 5 | REISSUE TO REVISE | R |

| EWO DPIE1 | DOG 950.5 J72 | WRO KC10-12 | ROUTING CODE M | CHG CLASS | SEO/REWORK DRAWING REQUIRES DRAWING CHANGE | DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED |
|---|---|---|---|---|---|---|---|
| SYS | COE 201.5 | | | -- | ☐ YES ☒ NO | | |

| 12-12-79 W. PON | KIBBEE 12-12-79 | RODRIGUEZ 12-17-79 | R.L. Morgan | Jamie JOHNSON G/ | C.P. Wilson 12-19-79 | EXPECTED SEO CHG INCORP DATE | INCORP SEO/QAEO NO. |
|---|---|---|---|---|---|---|---|
| EO MADE BY | DESIGN APPROVAL | CHECK | WEIGHTS 12-17-79 | PROGRAM ENGR | RELEASE DATE | | |
| DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG | STRESS KIBBEE 12-17-79 | PRODUCT SUPPORT | RELEASE | CUSTOMER AUTH | INCORP VIR NO. |
| | | | CHANGE CONTROL 12F (WB-C) | MATERIAL January 12-19-79 | CUSTOMER | | |

| | 1.2 LTR | MODEL | SECTION | RELEASE CCN | HI NO. | WRO EFFECT 311 | EFFECTIVITY (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | NEW | FORMER | | |
| 1 | CJ | KC-10A | PG00 | | 3 | 43200 | | | | | | 1 |
| 2 | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | | 5 |

AFFECTS -5001.

THIS E.O. AUTHORIZES THE REMOVAL AND
REPLACEMENT OF TWO 63115-01 FUEL SERVO
MOTORS FOR THE PURPOSE OF TESTING.

BULL PEN ADVANCE RELEASE NOT TO BE ALTERED

W.R. Jnfer 12-15-79

C1

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | ✗ |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |
| LAB TEST AFF | ✓ | |

SB/SC NO.

| | | | |
|---|---|---|---|
| R. DOBSON | 1 | 253 | 35-61 |
| BLOUNT | 1 | 257 | 35-61 |
| KIBBEE | 1 | 253 | 35-61 |
| NAME | QTY | DEPT. | MAIL CODE |
| EXTRA EO'S | | | |

| NAME | QTY | DEPT. | MAIL CODE |
|---|---|---|---|
| EXTRA DRAWINGS | | | |

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| DEVELOPMENT | | ✗ |
| Orig at _____ | | |
| Dup at _____ | | ✗ |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | |

DRAWING NUMBER
NPG6400

Ex.: 27; p.: 1494

# ENGINEERING ORDER

DAC 25-1709B (REV. 1-79)

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
MCDONNELL DOUGLAS
CODE IDENT NO. 88971    CORPORATION

DEC 1 8 1979

| 2 | $NPG6400$ |
| --- | --- |
| SHEET | DRAWING NUMBER |

| DATE | 1 | 2 | CHANGE LETTER | |
| --- | --- | --- | --- | --- |
| DATE DEC 2 1 1979 | | 3 | SERIAL EO | 002 |
| DATE | | 4 | NEW/REVISED RELEASE | |
| DATE | | 5 | REISSUE TO REVISE | R |

THIS E.O. DIVERTS 2 FUEL MOTORS, PART NUMBER 63115-01, FROM FUSELAGE 48200 TO C1-276 STOCKROOM FOR PRE-INSTALLATION TESTING. ENGINEERING WILL PICK-UP THE MOTORS FOR TESTING. AFTER TESTING THE FUEL MOTORS ARE TO BE RETURNED TO FUSELAGE 48200 WITH APPROVAL OF ENGINEERING.

NOTE: MOTORS MUST BE PROTECTED DURING FUEL SLAB TESTING WITH 15 MICRON, 25 GPM (MINIMUM) FILTERS AT THE MOTOR INLET.

| | DRAWING NUMBER |
| --- | --- |
| | $NPG6400$ |

# ENGINEERING ORDER

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS

CODE IDENT NO 88277

| OTHER MODEL CHANGE | DESIGN SECTION 01 | TYPE RELEASE | | MAJOR SUB MOD | TOTAL NO PL INPUT SHEETS 1 | | J NPG6400 |
|---|---|---|---|---|---|---|---|
| | | DEVELOPMENT | A | | ADV DATE | | |
| | | PRODUCTION | ✓ | | SHEET 1 OF 4 | SIZE | DRAWING NUMBER |
| | | NON PROD | | | DATE JAN 18 1978 | | |

| DAC DESIGN REV | | | | | |
|---|---|---|---|---|---|
| RC AIR | MI | SW | SW | FS | |
| | | | | LDM | |

## HANDLING INSTRUCTIONS (HI)

1. INTERCHANGEABILITY OF PARTS NOT AFFECTED. USAGE OF CHANGED OR UNCHANGED PARTS OPTIONAL
2. PARTS MUST CONFORM AT NOTED EFFECTIVITY
3. PARTS MUST CONFORM AT NOTED EFFECTIVITY, SPECIAL REWORK FOR PARTS MADE INCLUDED.
4. SCRAP
5. NOTED.
8. RETROFIT (DELIVERED ARTICLES)

| ENG'RG TIME CHG FIRST CHANGE NO DPAE 1010 | TITLE HYDRAULIC INSTALLATION FUEL MOTOR CENTER TANK | | DRAWING CHANGED | A |
|---|---|---|---|---|
| | | | ADVANCE DWG CHG | |
| | | | SERIAL NO | |
| | | | NEW REVISED RLSE | |
| | | | REISSUE TO REVISE | B |

| EWO DP1E1 | DOG 9015 | BWO KC-10-G | ROUTING CODE M | CHG CLASS | SED REWORK DWG REQUIRES DWG CHG | | DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED |
|---|---|---|---|---|---|---|---|---|
| SYS | COE 9055 | | | | YES NO | | | |
| | | | | | PATTERN DIE MOLD AFFECTED DC | YES NO | EXPECTED SED CHG INCORP DATE | INCORP SED DATED NO |

| EO MADE BY W. POO | DESIGN APPROVAL | CHECK EO | WEIGHTS 1-3-79 SHOEMAKER | PROGRAM MGR | PRODUCT SUPPORT | RELEASE 12-15-78 | CUSTOMER H89 |
|---|---|---|---|---|---|---|---|
| DWG MADE CHKD BY W. POO | SPEC COMPLIANCE | CHK DWG | STRESS 1-4-79 | CHANGE CONTROL | MATERIAL | CUSTOMER AUTH | INCORP MIR NO |

| ITEM LTR | MODEL | SECTION | RELEASE CON | HI NO | DWG EFFECT | EFFECTIVITY 4 SERIAL NUMBERS PER LINE MAXIMUM | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO | Q'TY CD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 311 | 2311 | | NEW | FORMER | | |
| 1 CC | KC-10A | P600AA | | 2 | 0311+ | | | | | | 1 |
| 2 | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | 5 |

AFFECTS -1

| | YES | NO |
|---|---|---|
| DATA AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| CAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEAL NG AFF | | |
| ELECT BONDING AFF | | |
| FUNCTION AFF | | ✓ |

| 33 SC NO | EXTRA EO'S | | | EXTRA DWGS | | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME LOREN | Q'TY DEPT 253 | MAIL CODE 36-90 | NAME KIBBEE Pool | Q'TY DEPT 1 253 | MAIL CODE 36-94 | DRAWING NUMBER NPG6400 |

| ENGR MATL | C1-250 | $5-19 |
|---|---|---|
| R. DOBSON 1 | 253 | 35-61 |
| Lindholm 1 | 761 | 7-21 |

| PRINT DISTRIBUTION | YES | No |
|---|---|---|
| DEVELOPMENT | | |
| Orig at DAC | | |
| Dup at | | |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | X |

Ex. 27, p. 1496

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA    MCDONNELL DOUGLAS
CODE IDENT NO. 88277    CORPORATION

ENGINEERING ORDER    DES COG:DAC DES GRP:H/M MFG COG:DAC    PAGE 1.01    DRAWING NUMBER NPG6400
DATE:790110 EWO:DP1E1    WRO:KC10-12    DRAWING CHANGE    A INC
1.2 SCHEDULE    DC-10    CC    MEMO NUMBER
    REISSUE NUMBER
DC-10 WRO EFFECT = 0311

**JAN 1 8 1978**

| MODEL SECTION | HI NO | EFFECTIVITY | CONFIGURATIONS REQ PER ARTICLE | | NEXT ASSEMBLY U |
|---|---|---|---|---|---|
| | | | SEQ FROM THRU | NEW FORMER | DRAWING NO. CD |
| DC-10 PG00AA | 2 AD30A | 48200 | -1 | | |

Ex.: 27; p.: 1497

Case MDL No. 875 Document 66073 Filed 01/09/01 Page 16 of 64



DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CODE IDENT NO 18872       CORPORATION

| | 2 | NPG6400 |
|---|---|---|
| | SHEET | DRAWING NUMBER |

| DATE JAN 18 1978 | 2 | CHANGE LETTER | A |
|---|---|---|---|
| DATE | 3 | SERIAL EO | |
| DATE | 4 | NEW/REVISED RELEASE | |
| DATE | 5 | REISSUE TO REVISE | R |

1) REVISED FUEL MOTOR VALVE 63990-1 WHERE SHOWN

2) ZONE 4&12 WAS NAS1304-64H BOLT
               IS NAS1304-65H BOLT

3) ROTATED APG7005-1 BRACKET ASSY 180°

REASON: 1) FUEL MOTOR VALVE REVISED BY VENDOR

2) VALVE .06 IN. WIDER THAN BEFORE, BOLT CHANGED TO COMPENSATE.

3) VALVE ATTACHMENT HOLES ROTATED 180° BRACKET ROTATED TO MATCH

| | |
|---|---|
| DRAWING NUMBER | |
| NFG6401 | |

# ENGINEERING ORDER

**PARTS LIST REVISION**

DAC 2-1709D (REV. 1-76)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS** CORPORATION
CAGE IDENT NO. 88277

| | | |
|---|---|---|
| ADV DATE | | |
| SHEET NUMBER 3 | | J | NPG6400 |
| JAN 18 1978 | SIZE | DRAWING NUMBER |

| QUANTITY REQUIRED PER NOTED DASH NO. | | | | | | ACTION CODE | C/C CONTROL CODE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | 1 | DRAWING CHANGED | A |
| DATE | 2 | ADVANCED DWG CHG | |
| DATE | 3 | SERIAL EO | |
| DATE | 4 | NEW/REVISED RELEASE | |
| DATE | 5 | REISSUE TO REVISE | R |

**ACTION CODE**
A ADDED
C CANCELLED
D DELETED
R REVISED
S SUPERSEDED
T TECH CHANGE

**C/C CONTROL CODE**
B BULK MATL
C CUST FURN CUST INSTL
D CUST FURN DAC INSTL
F CUST FURN INSTL CHECK
G GOVT OR IND STANDARD
L COMML SHELF ITEM
M- 'MAKE FROM' ITEM
'MAKE FROM' DAC ITEM

P1 PURCH DAC PART-SUP MATL
P2 PURCH DAC PART-DAC MATL
R REWORK OR SALVAGE PART
S DAC STANDARD PART
V SUPPLIER ITEM-SPEC CONT
Z REF DOCUMENT
- DAC DRAWING, NOT STD PART

| IPRSX | 1 | 2 | 3 | 4 | 5 | AC CD TE | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C/C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | IPRSX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 6 | | | A | NAS1304-6SH | BOLT | | G | | | | | | | 1 |
| 2 | | | | | | D | NAS1304-64H | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | | | | | | | 5 |
| 6 | | | | | | | | | | | | | | | | | 6 |
| 7 | | | | | | | | | | | | | | | | | 7 |
| 8 | | | | | | | | | | | | | | | | | 8 |
| 9 | | | | | | | | | | | | | | | | | 9 |
| 10 | | | | | | | | | | | | | | | | | 10 |

| KP | VER | DWG NO. NFG6401 |

**EXPEDITE**

**ENGINEERING ORDER**
DAC 25-1709K (REV. 7-79)

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CODE IDENT NO. 88877   CORPORATION

B-59 B64

| RC | AIR | MI | 208 | MW | AW | FS | 48200 | LDM | |

| DESIGN SECTION | TYPE RELEASE | | TOTAL NO. PI INPUT SHEETS | 0 |
| C1 | DEVELOPMENT | A | ADV DATE FEB 29 1980 | |
| | PRODUCTION | X | | J | NPG6400 |
| | NON PROD. | C | SHEET 1 OF 2 | SIZE | DRAWING NUMBER |

**HANDLING INSTRUCTIONS (HI)**
0. INTERCHANGEABILITY NOT AFFECTED. USAGE OF PRIOR CHANGE OPTIONAL.
1. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY. OPTIONAL REWORK INSTRUCTIONS INCLUDED.
3. SCRAP.
4. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
5. RETROFIT (DELIVERED ARTICLES).

ENGRG TIME CHG (COST CHARGE NO.)
DPAE
1C10

TITLE
**HYDRAULIC INSTALLATION —
FUEL MOTOR, CENTER TANK**

| | DATE | 1 | DRAWING CHANGED |
| | DATE | 2 | ADVANCE DWG CHG |
| | DATE MAR 3 1980 | 3 | SERIAL EO NN 003A |
| | DATE | 4 | NEW/REVISED RLSE |
| | DATE | 5 | REISSUE TO REVISE R |

| EWO 11114A | DOG 012.5 JR | WRO | ROUTING CODE | CHG CLASS | SEO/REWORK DRAWING REQUIRES DRAWING CHANGE |
| SYS | COE 009.5 | KC10-76 | M | — | ☐ YES ☒ NO |

| DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED |

| EO MADE BY 2-13-80 W. PON | DESIGN APPROVAL KIBBEE 2-13-80 | CHECK EO EMR HEITHAUS 2-15-80 | WEIGHTS 2-13-80 KIBBEE | PROGRAM ENGR ROESSLER 2-25-80 An | PRODUCT SUPPORT DIVINO 2/14/80/0 | RELEASE HN 2-29-80 | EXPECTED SEO/RWK/DWG INCORP DATE | INCORP SEO/QAEO/RWK DWG |
| DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG | STRESS 2-13-80 KIBBEE | CHANGE CONTROL Young 2-28-80 | MATERIAL JWD Timothy 2-29-80 | CUSTOMER | CUSTOMER AUTH | INCORP VIR NO. |

| | 1,2 LTR | MODEL | SECTION | RELEASE CCN | HI NO. | WRO EFFECT ADV EFFECTIVITY 311 (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
| | | | | | | | | NEW | FORMER | | |
| 1 | OK | KC-10A | PG00 | | 2 | 48200 | | | | | 1 |
| 2 | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | 5 |

AFFECTS -5001, MAR 14 1980

MAR 21 1980

| CLASS | TITLE | | SHIP |
| 1 | PRIOR TO FLIGHT | | |
| 2 | PRIOR TO DEL. | 311 * |
| 3 | PRIOR TO DEL. | |
| 4 | DURING FLIGHT TEST PROGRAM | |

KC10-0047

KC10-0040 ITEM 4003

* PRIOR TO INFLIGHT FUELING

LIAISON
C4
ENGG

**SEO RELEASE ONLY**
A  REISSUE
EWO 11114A
DOG 011.3 JR
COE 012.5
DFTSMN W. PON  3-10-80
DESIGN KIBBEE 3-12-80
CHECK HEITHAUS 3-12-80
STRESS
PROJECT KREISCHER 3-20-80
CHG CONT FELS 3/14/80
MATERIAL Timothy 3-20-80
CUST
RELEASE R. Wilson 3-21
REASON TESTING REQ'D BEFORE RETURNING TO VENDOR

**BULL PRINT**
ADVANCE RELEASE
NOT TO BE ALTERED

| C1 | CCB A076 |
| PRINT DISTRIBUTION | YES | NO | Y |
| DEVELOPMENT | | X | |
| Orig at DAC | | X | |
| Dup at | | X | |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | |
| DRAWING NUMBER | NPG6400 | |

R A Sander

| PRINT DISTRIBUTION | YES | NO |
| OATP AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC. BONDING AFF | | |
| LUBRICATION AFF | | |
| LAB TEST AFF | | V |
| SB/SC NO. | | |

| K. SHARUM | 1 | 820 | 2-26 |
| KIBBEE | 1 | 253 | 35-61 |
| NAME | QTY DEPT. | MAIL CODE | NAME | QTY DEPT. | MAIL CODE |
| EXTRA EO'S | | EXTRA DRAWINGS | | DRAWING NUMBER NPG6400 |

Ex. 27; p.: 1500

Case MDL No 0875 JS0 PUBBL6627 X9 Filed 03/09/01 Page 3 of 95

ENGINEERING ORDER

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CODE IDENT NO 88877          CORPORATION

DAC 25-1709B (REV. 1-79)

MAR 14 1980
FEB 29 1980

| 2 | NPG6400 |
|---|---------|

| | SHEET | DRAWING NUMBER |

| DATE MAR 3 1980 | 1 | 2 | CHANGE LETTER | |
| DATE MAR 3 1980 | | 3 | SERIAL EO  M | 003A |
| DATE | | 4 | NEW/REVISED RELEASE | |
| DATE | | 5 | REISSUE TO REVISE | R |

MAR 21 1980

THIS E.O. AUTHORIZES THE REMOVAL OF TWO (2) VALVE ASSY
PART NUMBER 63990-1 FROM FUSELAGE 48200. THE VALVE ASSY ARE TO BE
Ⓐ SENT TO THE FUEL SLAB AND THEN RETURNED TO THE VENDOR AND REWORKED TO
THE 63990-2 CONFIGURATION. ALSO TWO (2) VALVE ASSY
PART NUMBER 63990-2X ARE TO BE REMOVED FROM THE
FUEL SLAB AND INSTALLED ON FUSELAGE 48200 ON AN
INTERIM BASIS. THE 63990-2X VALVE ASSY ARE TO BE REPLACED
WITH THE 63990-2 VALVE ASSY WHEN AVAILABLE. THE
63990-2X VALVE ASSY MAY BE INSTALLED ON FUSELAGE
48200 FOR FIRST FLIGHT, BUT REFUELING IS NOT TO TAKE
PLACE WITH THE 63990-2X.

NOTE : THE 63990-1 VALVE ASSY DOES NOT HAVE
THE CAPABILITY TO FUNCTION AS REQUIRED
FOR THE FUEL PIT TEST. THEREFORE
THE 63990-2X VALVE ASSY MUST BE INSTALLED
ON FUSELAGE 48200 PRIOR TO THE FUEL PIT
TEST.

| DRAWING NUMBER |
|----------------|
| NPG6400 |

Ex.: 27; p.: 1501

Case 3:90-cv-00835-JB Document 6607-9 Filed 01/02/01 Page 20 of 64

# ENGINEERING ORDER

HB316

MCDONNELL DOUGLAS

| | ORDER CHANGE | DESIGN SECTION | | | POS ENG CHG NOTICES | | | | |
|---|---|---|---|---|---|---|---|---|---|

C1

DEVELOPMENT ☒
PRODUCTION
NON PROD

J  NPG 6400

SHEET 1 OF 3  SIZE DRAWING NUMBER

| RC | AIR | 208 | MV | FS 48200 | LDM |

**HANDLING INSTRUCTIONS (HI)**

0. INTERCHANGEABILITY OF PARTS NOT AFFECTED, USAGE OF CHANGED OR UNCHANGED PARTS OPTIONAL.
2. PARTS MUST CONFORM AT NOTED EFFECTIVITY.
3. PARTS MUST CONFORM AT NOTED EFFECTIVITY, SPECIAL REWORK FOR PARTS MADE INCLUDED.
4. SCRAP.
5. NOTED.
6. RETROFIT (DELIVERED ARTICLES).

ENGRG TIME CHG (COST CHARGE NO.)
DPAE
1C10.

**TITLE**

HYDRAULIC INSTALLATION-

FUEL MOTOR, CENTER TANK

| EWO DP PEI | DOG 9/105 | WRO | ROUTING CODE KC-10-12 | CHG CLASS M | – |
| SYS | 9/135 | | | | |

DATE  MAR 13 1979
DATE
DATE
DATE

1 DRAWING CHANGED
2 ADVANCE DWG CHG     D
3 SERIAL EO
4 NEW REVISED RLSE    MGMD # 1
5 REISSUE TO REVISE    R

STD REWORK DWG REQUIRES DWG CHG   YES  NO
PATTERN DIE MOLD AFFECTED   YES  NO
EXPECTED NEG CHG INCORP DATE

DWG REPLACES REPLACED BY
RELEASE STOP ORDER DATED

| EO MADE BY 2-28-79 | DESIGN APPROVAL KIBBEE 2-28-79 | CHK EO 3/6/79 R GARRY | WEIGHTS 3-7-79 SHOEMAKER 3-7-79 | PROGRAM ENGR JOHNSON G | PROD SUPPORT/RELEASE OBANAS 3-12-7 |
| DWG MADE BY W. PON 2-28-79 | CHK DWG A. Ray | CHECK DWG | | CHANGE CONTROL B384 | DATA MGT Smithy 3-9-79 |

| | MODEL | SECTIONS | RELEASE COD | NO | ARD EFFECT 311 | EFFECTIVITY | OST PART NO | | | NEXT ASSEMBLY DRAWING |
|---|---|---|---|---|---|---|---|---|---|---|
| CD | KC-10A | PG00AA | | 2 | 48200 | AD30A | –1 | 0 | 1 | NPV6400 |
| CD | KC-10A | PG00AA | | 2 | 48200, 48201 | AD30A | –5001 | 1 | 0 | NPV6400 |

SEE SHEET 1.01 FOR EFF

ADDED –5001,
CANCELLED –1.

| | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |

R. DOBSON  1  253  35-61

| SB SC NO. | EXTRA EO'S NAME | QTY | DEPT | MAIL CODE | EXTRA DWGS NAME | QTY | DEPT | MAIL CODE | DRAWING NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | KIBBEE | 1 | 253 | 35-61 | KIBBEE | 1 | 253 | 35-61 | NPG6400 |
| | COREY | 2 | 253 | 36-94 | POOLE | 1 | 253 | 36-94 | |
| | | | | | LINDHOLM | 1 | C1-781 | 9-27 | |

C1
PRINT DISTRIBUTION

| DEVELOPMENT | X |
|---|---|
| Orig in | X |
| Dup at | X |

SUPPLIER RELEASE WITH DAC PLAN NO ACTION REQUIRED   X

Ex: 27; p.: 1502

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
MCDONNELL DOUGLAS
CODE IDENT NO 88277 CORPORATION

ENGINEERING ORDER DES COG:DAC DES GRP:H/M MFG COG:DAC PAGE 1.01
DATE:790312 EWO:DP1E1 WRO:KC10-12
1.2 SCHEDULE DC-10 CD

DRAWING NUMBER NPG6400
DRAWING CHANGE B ADV
MEMO NUMBER 001
REISSUE NUMBER

1st Pos: C811

MAR 13 1979

| MODEL | SECTION | HI NO | | EFFECTIVITY | CONFIGURATIONS SEQ FROM THRU | REQ PER ARTICLE NEW | FORMER | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|
| DC-10 | PG00AA | 2 | AD30A | ,48200 | -1 | 0000 | 0001 | NPV6400 | |
| DC-10 | PG00AA | 2 | AD30A | ,48200 -48201 | -5001 | 0001 | 0000 | NPV6400 | |

EOP

Ex.: 27; p.: 1503

# ENGINEERING ORDER
## PARTS LIST REVISION

DAC 25-17098 (REV. 1-78)

DOUGLAS AIRCRAFT COMPANY

MCDONNELL DOUGLAS

CODE IDENT NO. 76277

| 2 | NPG6400 |
| SHEET | DRAWING NUMBER |

| QUANTITY REQUIRED PER NOTED DASH NO. | ACTION CODE | C C CONTROL CODE | DATE MAR 13 1979 | 2 CHANGE LETTER | B |
|---|---|---|---|---|---|

ACTION CODE
A ADDED
C CANCELLED
D DELETED
R REVISED
S SUPERSEDED
T TBCE CHANGED
X REINSTATED

C C CONTROL CODE
B BUCK MATL
C CUST FURN CUST INSTL
D CUST FURN DAC INSTL
P CUST FURN INSTL CHECK
G GOVT OR IND STAND/ PO
L COMML SHELF ITEM
M 'MAKE FROM' ITEM
J 'MAKE FROM' DAC ITEM

H1 PURCH DAC PART SUB MATL
R2 PURCH DAC PART-DAC MATL
R REWORK OR SALVAGE PART
S DAC STANDARD PART
V SUPPLIER ITEM/SPEC CONT
X 'SCN' 'C C' DWG OF  REL
Z REF DOCUMENT
DAC DAC 'NOT STD PART'

| SERIAL EO | |
| NEW REVISED RELEASE | MEMO #1 |
| REISSUE TO REVISE | R |

| QUANTITY REQUIRED | C A O T E | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | P R S X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | | | | | | | |

| IPRSX | | | | -5001 | | | | | | | | | | | | |

| 1 | * C | -1 REPLACED BY -5001 | | | | | | | | | | 1 |
| 2 | * | A -5001 SAME AS -1 | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | 3 |

REASON: PARTS OF INSTALLATION IN CONTACT
WITH DMS 2014 FLUID (SKYDROL), THEREFORE REQUIRES -5001 CONFIG

| DRAWING NUMBER |
| NPG6400 |

Ex.: 27, p.: 1504

# ENGINEERING ORDER
DAC 25-1709K (REV. 7-79)

**DOUGLAS AIRCRAFT COMPANY**
Long Beach, California
**McDONNELL DOUGLAS**
CODE IDENT NO. 76877   CORPORATION

B-59 **B64**

| DESIGN SECTION | TYPE RELEASE | TOTAL NO. PL INPUT SHEETS | 0 | | |
|---|---|---|---|---|---|
| C1 | DEVELOPMENT | A | ADV DATE FEB 29 1980 | J | NPG6400 |
| | PRODUCTION | X | | SIZE | DRAWING NUMBER |
| | NON PROD. | C | SHEET 1 OF 2 | | |

| RC AIR | MI 208 | MW | AW | FS 48200 | LDM |
|---|---|---|---|---|---|

| HANDLING INSTRUCTIONS (HI) | ENGRG TIME CHG (COST CHARGE NO.) | TITLE | | | |
|---|---|---|---|---|---|

0. INTERCHANGEABILITY NOT AFFECTED. USAGE OF PRIOR CHANGE OPTIONAL.
1. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY. OPTIONAL REWORK INSTRUCTIONS INCLUDED.
3. SCRAP
4. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
5. RETROFIT (DELIVERED ARTICLES)

DPAE   1C10

TITLE: *HYDRAULIC INSTALLATION — FUEL MOTOR, CENTER TANK*

| | 1 | DRAWING CHANGED | |
|---|---|---|---|
| LATE | 2 | ADVANCE DWG CHG | |
| DATE MAR 3 1980 | 3 | SERIAL EO N | 003 KB |
| DATE | 5 | NEW/REVISED RLSE | |
| DATE | 6 | REISSUE TO REVISE | R |

| EWO 11114A | DOG 0075 JR | WRO KC10-76 | ROUTING CODE M | CHG CLASS — | SEO/REWORK DRAWING REQUIRES DRAWING CHANGE | | DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED |
|---|---|---|---|---|---|---|---|---|
| SYS | COE 009.5 | | | | YES ☒ NO | | | |

| EO MADE BY 2-13-80 W.PON | DESIGN APPROVAL KIBBEE 2-13-80 | CHECK EO 2-15-80 HEITMAN | WEIGHTS 2-13-80 KIBBEE A | PROGRAM ENGRG REISS 2-28-80 | PRODUCT SUPPORT DIVINO 4/4/80 0 | | EXPECTED SEO/RWK DWG INCORP DATE | INCORP SEO/QAEO/RWK DWG |
|---|---|---|---|---|---|---|---|---|
| DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG | STRESS 2-13-80 KIBBEE | CHANGE CONTROL Young 2-28-80 | MATERIAL 0 Young Lg 2-29-80 JMD | CUSTOMER | CUSTOMER AUTH | INCORP VIR NO. |

| | 1,2 LTR | MODEL | SECTION | RELEASE CCN | HI NO. | WRO EFFECT ADV 311 | EFFECTIVITY 311 (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | NEW | FORMER | | |
| 1 | CK | KC-10A | PG00 | | 2 | 48200 | | | | | | 1 |
| 2 | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | | 5 |

*AFFECTS -5001,* MAR 14 1980

LIAISON 54 ENGG   MAR 21 1980

RAMP RELEASED NOT TO BE ALTERED

SEE SHEET 2 FOR STAMP 2

KC10-0047

**SEO REISSUE ONLY**
A. REISSUE
EWO 11114A
DOG 0113 JR
COE 0125
DFTSMN W. PON
DESIGN KIBBEE 3-12-80
CHECK HEITMAN 3-12-80
STRESS
PROJECT KREISCHAK 3-20-80
CHG CONT FELS 3/14/80
MATERIAL Young 3-20-80
CUST
RELEASE Pulson 3-0
REASON TESTING REQ'D BEFORE RETURNING TO VENDOR

**SEO REISSUE ONLY**
B. REISSUE
EWO 001FJ
DOG 02-4
DFTSMN BAYERS 3-22-80
DESIGN KIBBEE 3-22-80
CHECK KIBBEE
STRESS KIBBEE
PROJECT Dunlap 0
CHG CONT FELS 3/19/80
MATERIAL Young 3/
CUST Pulson
REASON SEE SHT 4

| CLASS | TITLE | SHIP |
|---|---|---|
| 1 | PRIOR TO FLIGHT | |
| 2 | PRIOR TO TEST | 311 * |
| 3 | PRIOR TO DEL | |
| 4 | DURING FLIGHT TEST PROGRAM | |
| 5 | | |

KC10-0040 ITEM 4003

* *PRIOR TO INFLIGHT FUELING*

BULL PEN   MAY 27 1980   ADVANCE RELEASE NOT TO BE ALTERED

| C1 CCB A076 | | |
|---|---|---|
| PRINT DISTRIBUTION | YES | NO |
| DEVELOPMENT | | X |
| Orig at DAC | | X |
| Dup at | | |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | |

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | X |
| LUBRICATION AFF | | |
| LAB TEST AFF | | V |

| SB/SC NO. | NAME K SHARUM KIBBEE | QTY/DEPT 1 820 253 | MAIL CODE 2-26 35-61 | NAME | QTY/DEPT | MAIL CODE |
|---|---|---|---|---|---|---|
| | EXTRA EO'S | | | EXTRA DRAWINGS | | |

DRAWING NUMBER
**NPG6400**

Ex.: 27; p.: 1505



## ENGINEERING ORDER

DAC 25-1709B (REV. 1-79)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS**
CODE IDENT NO. 88277          CORPORATION

MAR 14 1980   MAY 22 1980
FEB 29 1980

| SHEET | DRAWING NUMBER |
|---|---|
| 2 | NPG6400 |

| DATE MAR 3 1980 | 1 | 2 | CHANGE LETTER |  |
|---|---|---|---|---|
| DATE | 3 | SERIAL EO  M | 003AB |
| DATE | 4 | NEW/REVISED RELEASE |  |
| DATE | 5 | REISSUE TO REVISE | R |

M MAR 21 1980

MAY 27 1980

THIS E.O. AUTHORIZES THE REMOVAL OF TWO (2) VALVE ASSY
PART NUMBER 63990-1 FROM FUSELAGE 48200. THE VALVE ASSY ARE TO BE
(A) SENT TO THE FUEL SLAB AND THEN RETURNED TO THE VENDOR AND REWORKED TO
THE 63990-2 CONFIGURATION. ALSO TWO (2) VALVE ASSY
PART NUMBER 63990-2X ARE TO BE REMOVED FROM THE
FUEL SLAB AND INSTALLED ON FUSELAGE 48200 ON AN
INTERIM BASIS. THE 63990-2X VALVE ASSY ARE TO BE REPLACED
WITH THE 63990-2 VALVE ASSY WHEN AVAILABLE. THE
63990-2X VALVE ASSY MAY BE INSTALLED ON FUSELAGE
48200 FOR FIRST FLIGHT, BUT REFUELING IS NOT TO TAKE
PLACE WITH THE 63990-2X.

NOTE: THE 63990-1 VALVE ASSY DOES NOT HAVE
THE CAPABILITY TO FUNCTION AS REQUIRED
FOR THE FUEL PIT TEST. THEREFORE
THE 63990-2X VALVE ASSY MUST BE INSTALLED
ON FUSELAGE 48200 PRIOR TO THE FUEL PIT
TEST.

| DRAWING NUMBER |
|---|
| NPG6400 |

Case MDL No. 875 Document 6577-1 Filed 08/22/11 Page 25 of 64

# ENGINEERING ORDER

DAC 25-1709B (REV 1-79)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS**
**CORPORATION**
CODE IDENT NO. 88277

MAY 22 1980

| SHEET | DRAWING NUMBER |
|---|---|
| 3 | NPG6400 |

| DATE | | 2 | CHANGE LETTER | |
|---|---|---|---|---|
| DATE | | 3 | SERIAL EO | 003B |
| DATE | | 4 | NEW/REVISED RELEASE | |
| DATE | | 5 | REISSUE TO REVISE | R |

MAY 27 1980

## REVISION "B"

THIS REVISION AUTHORIZES THE REMOVAL OF THE TWO (2) 63990-2X VALVE ASSY'S FROM FUSELAGE NO. 4B200 (311). THE 63990-2X VALVES ARE TO BE DELIVERED TO THE FUEL TEST SLAB FOR FURTHER FUEL TESTING. (THE 2 VALVES ARE associated with THE center wing aerial refuel system which has been deactivated by EWO 11195 PH I)

UPON REMOVAL OF THE 63990-2X VALVES ALL ELECTRICAL CONNECTORS ARE TO BE CAPPED AND WIRES COILED AND STOWED. IN THE L.H. WHEEL WELL, REAR SPAR, REMOVE PIPE ASSY'S P/N APK7002-657 AND APK7002-658. REMOVE HOSE ASSY'S P/N 106993 AND 106994. INSTALL PRESSURE CAP'S ON OPEN PIPES AND OPEN PORT ON HYDR. MOTOR. IN THE R.H WHEEL WELL, REAR SPAR, REMOVE HOSE ASSY'S P/N J41061516-0270 AND J1306150?-0324. INSTALL PRESSURE PLUGS ON OPEN PIPES AND PRESSURE CAPS ON OPEN PORT ON THE HYDR MOTOR. SUPPORT THE APK7002-644 PIPE ASSY TO THE APK7033-1 PIPE ASSY USING TWO (2) S7913536-12 CLAMPS, NAS6103U8 SCREW, AN960 D10L WASHER AND MS21092L3 NUT.

ALL PIPE ASSY'S AND HOSE ASSY'S ARE TO BE PLACED IN FLIGHT TEST STOCK ROOM FOR FUTURE USE.

DRAWING NUMBER
NPG6400

Ex.: 27; p.: 1507

Case 3:10-cv-00875-JST Document 66-72 Filed 02/27/14 Page 26 of 45

# ENGINEERING ORDER

DAC 25-1709B (REV. 1-79)

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CODE IDENT NO. 68977          CORPORATION

MAY 22 1980

| 4 | NPG 6400 |
|---|---|

| | | SHEET | DRAWING NUMBER |

| DATE | 1 2 | CHANGE LETTER | |
|---|---|---|---|
| DATE | 3 | SERIAL EO | 003B |
| DATE | 4 | NEW/REVISED RELEASE | |
| DATE | 5 | REISSUE TO REVISE | R |

MAY 27 1980

ON THE "FLIGHT ENGINEERS" FUEL PANEL THE "CTR WING TANK,
"L AR" AND "R AR" MOTOR PUMP SWITCHES ARE TO BE
PLACARD "INOP". ON THE "ENVIRONMENTAL PANEL", "L CTR AR
PUMP" & "R CTR AR PUMP" LIGHTS TO BE PLACARD "INOP".

REF INFORMATION ONLY

THE 63990-2X VALVES ARE TO BE INSTALLED AT THE FUEL TEST
SLAB IN POSITION #1 & #5. FOUR (4) OF THE 63990-1 VALVES ARE
TO BE RETURNED TO THE VENDOR (STERER) FOR REWORK INTO
THE 63990-2 VALVE. (REF SEO'S NDG 6401-003A & NFG 6401-003A).
TWO (2) 63990-1 VALVES SHALL REMAIN INSTALLED AT THE FUEL
TEST SLAB IN POSITIONS #2 & 6 UNTIL ENGINEERING RELEASES
THEM TO THE VENDOR (STERER)

REASON: THE 63990-2X VALVES ARE REQ'D FOR COMPATIBILTY
WITH FPCU FOR FUEL SLAB TEST.

| DRAWING NUMBER |
|---|
| NPG 6400 |

Ex.: 27; p.: 1508

# ENGINEERING ORDER

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS**
CODE IDENT NO. 88877 CORPORATION

205/9

| | | |
|---|---|---|
| OTHER MODEL USAGE | DESIGN SECTION C-1 | TYPE RELEASE |
| | | DEVELOPMENT A |
| | | PRODUCTION B X |
| | | NON PROD C |

| MAJOR SUB MDC | TOTAL NO PI INPUT SHEETS 1 |
|---|---|
| ADV DATE | |
| SHEET 1 OF 3 | J SIZE | NPG 6400 DRAWING NUMBER |

DAC 22-1709R (REV. 7-7)

| RC A1R | MI 203 | MW | AW | FS 200 | LDM GE |
|---|---|---|---|---|---|

HANDLING INSTRUCTIONS (HI)

1. INTERCHANGEABILITY OF PARTS NOT AFFECTED. USAGE OF CHANGED OR UNCHANGED PARTS OPTIONAL.
2. PARTS MUST CONFORM AT NOTED EFFECTIVITY.
3. PARTS MUST CONFORM AT NOTED EFFECTIVITY. SPECIAL REWORK FOR PARTS MADE INCLUDED.
4. SCRAP.
5. NOTED.
6. RETROFIT (DELIVERED ARTICLES).

| ENGRG TIME CHG (COST CHARGE NO.) DPAE 1C.10 | TITLE HYDRAULIC INSTL — FUEL MOTOR, CENTER TANK |
|---|---|

| DATE | FEB 5 1979 | DRAWING CHANGED C |
|---|---|---|
| DATE | | 2 ADVANCE DWG CHG |
| DATE | | 3 SERIAL 10 |
| DATE | | 4 NEW/REVISED RLSE |
| DATE | | 5 REISSUE TO REVISE R |

| EWO DPIE1 | DOC 915 | WHO KC10-12 | ROUTING CODE | CHG CLASS M | SEO REWORK DWG REQUIRES DWG CHG | YES | NO |
|---|---|---|---|---|---|---|---|
| SYS | COD 920 | | | | PATTERN DIE MOLD AFFECTED | YES | NO |

| DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED |
|---|---|
| EXPECTED SEO CHG INCORP DATE | INCORP SEO CAEO NO. |
| CUSTOMER AUTH | INCORP VIA NO. |

| EO MADE BY D.WARD 4-5-79 | DESIGN APPROVAL KIBBEE | CHECK EO 42677 | WEIGHTS 5-2-79 SHOEMAKER | FINGER CODE Lambert | PRODUCT SUPPORT JOHNSON G/O Neck 5/8/9 | RELEASE DATE |
|---|---|---|---|---|---|---|
| DWG MADE CHGD BY D WARD 4-5-79 | SPEC APPROVE | CHECK DWG 42881 | STRESS 5-2-79 | CHANGE CONTROL DSA 9 | MATERIAL Timothy 5-8-79 | CUSTOMER |

| | 1.2 LTR | MODEL | SECTION | RELEASE CCN | HI NO. | WHO EFFECT 311 | EFFECTIVITY 311+ (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE NEW | FORMER | NEXT ASSEMBLY DRAWING NO. | U CO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | CG KC-10 A | PG00AA | | TBI | 0 3114 | | | | | | 1 |
| 2 | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | | 5 |

AFFECTS -5001.

| | YES | NO |
|---|---|---|
| SCRAP AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | X |

RIDABSON  1  253  35-61

| PRINT DISTRIBUTION | Yes | No |
|---|---|---|
| DEVELOPMENT | | X |
| Orig at DAC | | X |
| Dup at | | X |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | X |

| JB SC NO. | EXTRA EO'S NAME | QTY | DEPT | MAIL CODE | EXTRA DWGS NAME | QTY | DEPT | MAIL CODE | DRAWING NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | KIBBEE | 1 | 253 | 35-61 | KIBBEG | 2 | 253 | 35-61 | NPG 6400 |
| | COREY | | 253 | 35-94 | LINDHOLM | 1 | C1-781 | 7-21 | |

Ex. 27; p.: 1509

DOUGLAS AIRCRAFT COMPANY   MCDONNELL DOUGLAS
LONG BEACH, CALIFORNIA                              CORPORATION

CODE IDENT NO. U8677

| ENGINEERING ORDER   DES COG:DAC DES GRP:H/M MFG COG:DAC | PAGE 1.01 | DRAWING NUMBER NPG6400 |

ENGINEERING ORDER   DES COG:DAC DES GRP:H/M MFG COG:DAC        PAGE 1.01          DRAWING NUMBER NPG6400
DATE:790507 EWO:DP1E1      WRO:KC10-12                                            DRAWING CHANGE   C INC
1.2 SCHEDULE   DC-10  CG                                                                  MEMO NUMBER
                                                            MAY 8  1979            REISSUE NUMBER

DC-10 WRO EFFECT = 0311

| MODEL SECTION | HI NO | EFFECTIVITY | CONFIGURATIONS REQ PER ARTICLE SEQ FROM THRU | NEW | FORMER | NEXT ASSEMBLY U DRAWING NO. CD |
|---|---|---|---|---|---|---|
| DC-10 PG00AA | 2 AD30A | 48200 -48201 | -5001 | | | |

DOUGLAS AIRCRAFT COMPANY
McDONNELL DOUGLAS

# ENGINEERING ORDER
## PARTS LIST REVISION

| | 2 | NPG 6400 |
|---|---|---|
| | SHEET | DRAWING NUMBER |

DATE **MAY 8 1970**

| CHANGE LETTER | C |
|---|---|

| QUANTITY REQUIRED PER NO. 70 DASH NO. X | ACTION CODE | CONTROL CODE |
|---|---|---|

| A CODE | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND OR SUPPLIER) | ITEM FIND | NOTE | ZONE | PRSX |
|---|---|---|---|---|---|---|---|---|---|---|
| D | APG7005-1 | | | | | | | | | 1 |
| D | MS20410 AD4 | | | | | | | | | 2 |
| D | S5076260 | | | | | | | | | 3 |

ZONE 11,
RELOCATED LH FUEL MOTOR VALVE, 6*3990-1, AS SHOWN.
DELETED S/N's 2 & 3. (RIVETS & RIVET INSTL).
REASON: ROUTING OF FLEXIBLE HOSES FROM VALVE TO SERV.
MOTOR CREATED INTERFERENCE WITH CONTROL CABLES.

| DRAWING NUMBER |
|---|
| NPG 6400 |

**ENGINEERING ORDER**
DAC 25-1709K (REV. 7-79)

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
Corporation
CODE IDENT NO. 88277

EXPEDITE
MAY 3 1 1980

| | | | | | |
|---|---|---|---|---|---|
| RG *B-GG B6Y* | | | DESIGN SECTION *C1* | TYPE RELEASE | TOTAL NO. PT INPUT SHEETS *0* |
| RC *AIR* MI *208* MW | AW | FS *48200* LDM | | DEVELOPMENT | ADV DATE *FEB 29 1980* |
| | | | | PRODUCTION X | |
| | | | | NON PROD. C | J NPG6400 |

SHEET 1 OF 2 SIZE J DRAWING NUMBER NPG6400

HANDLING INSTRUCTIONS (HI)
0. INTERCHANGEABILITY NOT AFFECTED, USAGE OF PRIOR CHANGE OPTIONAL.
1. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY, OPTIONAL REWORK INSTRUCTIONS INCLUDED.
4. SCRAP
5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
6. RETROFIT (DELIVERED ARTICLES)

ENGRG TIME CHG (COST CHARGE NO.) *DPAE IC10*

TITLE *HYDRAULIC INSTALLATION — FUEL MOTOR, CENTER TANK*

| | DATE | 1 | DRAWING CHANGED |
|---|---|---|---|
| | DATE | 2 | ADVANCE DWG CHG |
| | DATE *MAR 3 1980* | 3 | *003 A B C* |
| | DATE | 5 | NEW/REVISED RLSE |
| | DATE | 6 | REISSUE TO REVISE R |

| EWO *11114A* | DOG *0075* JR | WRO *KC10-76* | ROUTING CODE *M* | CHG CLASS — | SEO/REWORK DRAWING REQUIRES DRAWING CHANGE | DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED |
|---|---|---|---|---|---|---|---|
| SYS | COE *0095* | | | | YES ☒ NO | | |

| | | | | | | | EXPECTED SEO/HW/INCORP SEO/QAEO/DWG INCORP DATE | INCORP VIR NO. |
|---|---|---|---|---|---|---|---|---|
| DWG MADE BY *2-13-80 W.PON* | DESIGN APPROVAL *KIBBEE 2-13-80* | CHECK EO *PAL* *HEITHAUS 2-15-80* | WEIGHTS *2-13-80 J.A.* | PROGRAM ENGR *2-28-80* | PRODUCT SUPPORT *DIVINO 3/4/80* | RELEASE *HN 2-28-80* | | |
| DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG | STRESS *2-12-80 KIBBEE* | CHANGE CONTROL | MATERIAL *TAC* *Tynstay 2-28-80* | CUSTOMER | CUSTOMER AUTH | |

| | 1,2 LTR | MODEL | SECTION | RELEASE CCN | HI NO. | WRO EFFECT *ADV 311* | EFFECTIVITY (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE NEW FORMER | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CK | KC-10A | PG00 | | 2 | 48200 | | | | JUN 3 1980 | 1 |
| 2 | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | 5 |

*AFFECTS -5001,* MAR 14 1980

KC10-0047

| CLASS | TITLE | SHIP |
|---|---|---|
| 1 | PRIOR TO FLIGHT | |
| 2 | PRIOR TO FLIGHT | *311 ✱* |
| 3 | PRIOR TO ... | |
| 4 | DURING FLIGHT ... | |
| 5 | TEST PROGRAM | |

MAY 31 1980
RAMP RELEASED NOT TO BE ALTERED
SEE SHEET 2 FOR STAMP

LIAISON
(54)
YYGC
MAR 21 1980

SEO REISSUE ONLY
*A* REISSUE
EWO *11114A*
DOG *011.3* JR
COE *012.5*
DFTSMN *W. PON*
DESIGN *KIBBEE 3-12-80*
CHECK *HEITHAUS 3-12-80*
STRESS *J*
PROJECT *KRESCHAK 3-20-80*
CHG CONTROL *FELS 3/14/80*
MATERIAL *Tynstay 3-20-80*
CUST
RELEASE *P. Clermont 3-20-80*

SEO REISSUE ONLY
*B* REISSUE
EWO *012.1*
COE *021.4*
DFTSMN *BAYER 5-22-80*
DESIGN *KIBBEE 5-22-80*
CHECK *KIBBEE 5-22-80*
STRESS *KIBBEE 5-22-80*
PROJECT *JINNING CO*
CHG CONT *BLISS, RAM.*
MATERIAL *Tynstay 5-27-80*
CUST
REASON *P. Clermont*
RELEASE *SEE SHT 4*

M MAY 27 1980
BULL

ADVANCE RELEASE NOT TO BE ALTERED

KC10-0040 ITEM 4003
✱ PRIOR TO INFLIGHT FUELING

"C" REISSUE SEE SHEET 5

*C1  SCB A076*

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| DEVELOPMENT | | X |
| Orig at *DAL* | | |
| Dup at | | X |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | |

DRAWING NUMBER *NPG6400*

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |
| LAB TEST AFF | | |

REASON REQ'D BEFORE RETURNING TO VENDOR
TESTING

| NAME *K. SHARUM* *KIBBEE* | QTY *1* | DEPT. *820* *253* | MAIL CODE *2-26* *35-61* | NAME | QTY | DEPT. | MAIL CODE |
|---|---|---|---|---|---|---|---|
| SB/SC NO. | EXTRA EO's | | | EXTRA DRAWINGS | | | |

Ex. 27, p.: 1512

Case 3MDL-N0085 JBOI1080LR679 Filed 02/02241 Page 31 of 95

# ENGINEERING ORDER

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS**
CODE IDENT NO. 88877    **CORPORATION**

MAR 14 1980    MAY 22 1980    MAY 31 1980

FEB 29 1980

DAC 25-1709B (REV. 1-79)

| | | SHEET | DRAWING NUMBER |
|---|---|---|---|
| | 1 | 2 | NPG6400 |
| | 2 | CHANGE LETTER | |
| DATE MAR 3 1980 | | | |
| DATE | 3 | SERIAL EO M | 003ABC |
| DATE | 4 | NEW/REVISED RELEASE | |
| DATE | 5 | REISSUE TO REVISE | R |

M MAR 21 1980

M MAY 27 1980

THIS E.O. AUTHORIZES THE REMOVAL OF TWO (2) VALVE ASSY
PART NUMBER 63990-1 FROM FUSELAGE 48200. THE VALVE ASSY ARE TO BE
(A) SENT TO THE FUEL SLAB AND THEN RETURNED TO THE VENDOR AND REWORKED TO
THE 63990-2 CONFIGURATION. ALSO TWO (2) VALVE ASSY
PART NUMBER 63990-2X ARE TO BE REMOVED FROM THE        JUN 3 1980
FUEL SLAB AND INSTALLED ON FUSELAGE 48200 ON AN
INTERIM BASIS. THE 63990-2X VALVE ASSY ARE TO BE REPLACED
WITH THE 63990-2 VALVE ASSY WHEN AVAILABLE. THE
63990-2X VALVE ASSY MAY BE INSTALLED ON FUSELAGE
48200 FOR FIRST FLIGHT, BUT REFUELING IS NOT TO TAKE
PLACE WITH THE 63990-2X.
       NOTE: THE 63990-1 VALVE ASSY DOES NOT HAVE
       THE CAPABILITY TO FUNCTION AS REQUIRED
       FOR THE FUEL PIT TEST. THEREFORE
       THE 63990-2X VALVE ASSY MUST BE INSTALLED
       ON FUSELAGE 48200 PRIOR TO THE FUEL PIT
       TEST.

FLIGHT RAMP RELEASE 5-22-80

ENGRG    MFG    INSP    AIRPLANE NO. 311

MAY 31 1980

RAMP REISSUE
SUPPLEMENT
C REISSUE
RAMP ENG.                5-3-80
MFG ADM.                 5-31-80
INSP ADM.                5-31-80

DRAWING NUMBER
NPG6400

Ex.: 27; p.: 1513

Case MDL No. 875 Document 6677 Filed 03/09/41 Page 32 of 64

ENGINEERING ORDER

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CODE IDENT NO 88271          CORPORATION

MAY 3 1 1980    | 3 | NPG6400
MAY 2 2 1980
SHEET | DRAWING NUMBER

DAC 25-17090 (REV. 1-79)

| DATE | 1/2 | CHANGE LETTER | |
|---|---|---|---|
| DATE | | 3 | SERIAL EO | 0038C |
| DATE | | 4 | NEW/REVISED RELEASE | |
| DATE | | 5 | REISSUE ○ REVISE | R |

MAY 27 1980

*REVISION "B"*

THIS REVISION AUTHORIZES THE REMOVAL OF THE TWO (2)    JUN 3 1980
63990-2X VALVE ASSY'S FROM FUSELAGE NO. 48200 (311).
THE 63990-2X VALVES ARE TO BE DELIVERED TO THE FUEL
TEST SLAB FOR FURTHER FUEL TESTING. (THE 2 VALVES ARE ASSOCIATED WITH
THE CENTER WING AIRING REFUEL SYSTEM WHICH HAS BEEN DEACTIVATED BY EWO 11195 PH I)

UPON REMOVAL OF THE 63990-2X VALVES ALL ELECTRICAL
CONNECTORS ARE TO BE CAPPED AND WIRES COILED AND STOWED.
IN THE L.H. WHEEL WELL, REAR SPAR, REMOVE PIPE ASSY'S P/N
APK7002-657 AND APK7002-658. REMOVE HOSE ASSY'S P/N
106993 AND 106994. INSTALL PRESSURE CAPS ON OPEN PIPES AND
OPEN PORT ON HYDR. MOTOR. IN THE R.H WHEEL WELL, REAR SPAR,
REMOVE HOSE ASSY'S P/N J41061516-0270 AND J13061506-0324.
INSTALL PRESSURE PLUGS ON OPEN PIPES AND PRESSURE CAPS ON OPEN
PORT ON THE HYDR. MOTOR. SUPPORT THE APK7002-644 PIPE ASSY
TO THE APK7033-1 PIPE ASSY USING TWO (2) S7913536-12 CLAMPS,
NAS610308 SCREW, AN960 D10L WASHER AND MS21042L3 NUT.

ALL PIPE ASSY'S AND HOSE ASSY'S ARE TO BE PLACED IN FLIGHT
TEST STOCK ROOM FOR FUTURE USE.

DRAWING NUMBER
NPG6400

Ex.: 27; p.: 1514

# ENGINEERING ORDER

DAC 25-1209B (REV. 1-79)

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CODE IDENT NO. 88877     CORPORATION

MAY 3 1 1980
MAY 2 2 1980

| 4 | NPG 6400 |
|---|---|
| SHEET | DRAWING NUMBER |

| DATE | 1/2 | CHANGE LETTER | |
|---|---|---|---|
| DATE | 3 | SERIAL EO | 003¢C |
| DATE | 4 | NEW/REVISED RELEASE | |
| DATE | 5 | REISSUE TO REVISE | R |

MAY 27 1980

JUN 3 1980

ON THE "FLIGHT ENGINEERS" FUEL PANEL THE "CTR WING TANK, "L AR" AND "R AR" MOTOR PUMP SWITCHES ARE TO BE PLACARD "INOP". ON THE "ENVIRONMENTAL PANEL", "L CTR AR PUMP & "R CTR AR PUMP" LIGHTS TO BE PLACARD "INOP".

REF. INFORMATION ONLY

THE 63990-2X VALVES ARE TO BE INSTALLED AT THE FUEL TEST SLAB IN POSITION #1 & #5. FOUR(4) OF THE 63990-1 VALVES ARE TO BE RETURNED TO THE VENDOR (STERER) FOR REWORK INTO THE 63990-2 VALVE.(REF SEO'S NDG 6401-003A & NFG6401-003A). TWO(2) 63990-1 VALVES SHALL REMAIN INSTALLED AT THE FUEL TEST SLAB IN POSITIONS #2 & 6 UNTIL ENGINEERING RELEASES THEM TO THE VENDOR (STERER)

REASON: THE 63990-2X VALVES ARE REQ'D FOR COMPATIBILTY WITH FPCU FOR FUEL SLAB TEST.

| DRAWING NUMBER |
|---|
| NPG 6400 |

Ex.: 27; p.: 1515

ENGINEERING ORDER

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
MCDONNELL DOUGLAS
CODE IDENT NO. 83217          CORPORATION

MAY 3 1 1980

SHEET | DRAWING NUMBER

NPG 6400

| | | | |
|---|---|---|---|
| DATE | 1 | CHANGE LETTER | |
| DATE | 2 | SERIAL 50 | 003 C |
| DATE | 3 | | |
| DATE | 4 | NEW/REVISED RELEASE | |
| DATE | 5 | REISSUE TO REVISE | R |

JUN 5 1980

SEO REISSUE ONLY
☐ REISSUE
EWG  *DPIE1*
EDG
COE
DEF(R)  *CLAFLIN*
DEF(S)  *CLAFLIN*
QUA
ST(R)  *CLAFLIN*
PRO  *KRUSCHKE 5-30-80*
DEV  *(illegible) /WH 5-31*
STA(R)  *Timothy 6-3-80*
TOO

TO ADD HARDWARE
CALL OUT FOR PRESS CAPS
& DECAL.

Ⓒ  L.H. WHEEL WELL

HYDR MOTOR   1 PC.  MS 21914-6    PRESS CAP
   "     "    1 PC.  MS 21914-12     "      "
   "     "    1 PC.  MS 21914-16     "      "
HYDR PIPES  2 PC.  MS 21913-12   PRESS PLUG

R.H. WHEEL WELL

HYDR MOTOR   1 PC  MS 21914-6    PRESS CAP
             1 PC  MS 21914-12     "      "
             1 PC  MS 21914-16     "      "
HYDR PIPES  2 PC.  MS 21913-12   PRESS PLUG

INOP DECAL
ABN 7110-629     4 PC.

DRAWING NUMBER
NPG 6400

Ex.: 27; p.: 1516

Case MDL-No. 0085 JBW Document 66679 Filed 09/08/21 Page 35 of 64

# ENGINEERING ORDER
DAC 25-1709K (REV. 7-79)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS**
CODE IDENT NO. 84477    CORPORATION

B-23

| DESIGN SECTION | TYPE RELEASE | | TOTAL NO. PI INPUT SHEETS | 1 | |
|---|---|---|---|---|---|
| C1 | DEVELOPMENT | A | ADV SEP 18 1979 | | NPG6400 |
| | PRODUCTION | B X | DATE | J | |
| | NON PROD. | C | SHEET 1 OF 3 | SIZE | DRAWING NUMBER |

| RC | MI | MW | AV | FS | LDM |
|---|---|---|---|---|---|
| AIR | 208 | | | 48200 | |

TITLE: **HYDRAULIC INSTL - FUEL MOTOR, CENTER TANK**

ENGRG TIME CHG (CCST CHARGE NO.): DPAE 1C10

| | DATE | 1 | DRAWING CHANGED | |
|---|---|---|---|---|
| | SEP 25 1979 | 2 | ADVANCE DWG CHG | D |
| | DATE | 3 | SERIAL EO | |
| | DATE | 4 | NEW/REVISED RLSE | |
| | DATE | 5 | REISSUE TO REVISE | R |

## HANDLING INSTRUCTIONS (HI)
1. INTERCHANGEABILITY NOT AFFECTED, USAGE OF PRIOR CHANGE OPTIONAL.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
3. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY, OPTIONAL REWORK INSTRUCTIONS INCLUDED.
4. SCRAP.
5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
6. RETROFIT (DELIVERED ARTICLES).

| EWO | DWG | WRO | ROUTING CODE | CHG CLASS | SEO/REWORK DRAWING REQUIRES DRAWING CHANGE | | DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED |
|---|---|---|---|---|---|---|---|---|
| 11114 | 7375 | KC10-76 | A | — | YES NO | 91 | EXPECTED SEO/RWK INCORP DATE | SEO/QAEO/ RWK DWG |
| SYS | 9395 | | | | | | DWG INCORP DATE | |

| EO MADE BY | DESIGN APPROVAL | CHECKED | WEIGHTS | PROGRAM ENGRG | PRODUCT SUPPORT | RELEASE | |
|---|---|---|---|---|---|---|---|
| W. PON | KIBBEE 9-10-79 | SHEER 9-17-79 | A.L. Morgan 9-17-79 | 3B JOHNSON 9-18-79 | G/S Kitzman | | |
| DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG | STRESS | CHANGE CONTROL BLISS 9-18-9 | MATERIAL au Jamie Ch 9-21-79 | CUSTOMER AUTH | INCORP VIR NO. |

| | 1,2 LTR | MODEL | SECTION | RELEASE CCN | HI NO. | WRO EFFECT 311 | EFFECTIVITY 311 (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | NEW | FORMER | | |
| 1 | CH | KC-10A | PGOO | | 2 | 0311 T. | | | | | | 1 |
| 2 | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | 4 |
| 5 | | | | | SEE SHEET 1.01 FOR EFF. | | | | | | | 6 |

AFFECTS -5001.

(LIAISON 12 ENGG)

**BULL PEN**   *ADVANCE RELEASE NOT TO BE ...*

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |
| LAB TEST AFF | | ✓ |

SB/SC NO.

ENGR MATL   C1-250   35-17
R. DOBSON   253   35-61
C1-FILE   250   36-94
KIBBEE   253   35-61   KIBBEE   2   253   35-61
NAME   QTY DEPT.   MAIL CODE   NAME   QTY DEPT.   MAIL CODE
EXTRA EO'S   EXTRA DRAWINGS

| PRINT DISTRIBUTION | YES | NO | WRO |
|---|---|---|---|
| DEVELOPMENT | | X | |
| Orig at DAC | | | |
| Dup at | | X | |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | | |
| DRAWING NUMBER NPG6400 | | | |

C1

Ex.: 27; p.: 1517

Case No. 00-025 Document 60073 Filed 03/03/11 Page 36 of 64

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA    **MCDONNELL DOUGLAS**
CODE IDENT NO. 88277    CORPORATION

ENGINEERING ORDER  DES COG:DAC DES GRP:H/M MFG COG:DAC          PAGE 1.01 SEP 18 1979    DRAWING NUMBER NPG6400
DATE:790918 EWO:11114    WRO:KC10-76(BP)                                            DRAWING CHANGE   D ADV
1.2 SCHEDULE   DC-10  CH                                    SEP 2 5 1979    MEMO NUMBER
                                                                           REISSUE NUMBER

DC-10 WRO EFFECT = 0311

| MODEL SECTION | HI NO | EFFECTIVITY | CONFIGURATIONS REQ PER ARTICLE | | | NEXT ASSEMBLY U | |
|---|---|---|---|---|---|---|---|
| | | | SEQ FROM THRU | NEW | FORMER | DRAWING NO. | CD |
| DC-10 PG00 | 2 AD30A | 48200 | -5001 | | | | |
| DC-10 PG00 | 2 48201 | | -5001 | | | | |

Ex.: 27; p.: 1518

Case3:MDL-No.885-J Document-6677-2 Filed 08/04/11 Page 37 of 64

**ENGINEERING ORDER**
COMPOSITE CONTINUATION SHEET

DOUGLAS AIRCRAFT COMPANY
MCDONNELL DOUGLAS CORPORATION

CODE IDENT NO. 88277

DAC 25-1769S (REV. 1-79)

| 2 | NPG6400 |
|---|---------|
| SHEET | DRAWING NUMBER |

| QUANTITY REQUIRED PER NOTED DASH NO. | | | | | | ACTION CODE | C C CONTROL CODE | DATE SEP 25 1979 | 2 | CHANGE LETTER | D |
|---|---|---|---|---|---|---|---|---|---|---|---|

ACTION CODE
A - ADDED
C - CANCELLED
D - DELETED
R - REVISED
S - SUPERSEDED
T - TECH CHANGED
X - REINSTATED

C C CONTROL CODE
B - BULK MATL
C - CUST FURN CUST INSTL
E - CUST FURN DAC INSTL
F - CUST FURN INSTL CHECK
G - GOVT OR IND STANDARD
L - COMML SHELF ITEM
M - 'MAKE FROM' ITEM
P1 - PURCH DAC PART-SUP MATL
P2 - PURCH DAC PART-DAC MATL
R - REWORK OR SALVAGE PART
S - DAC STANDARD PART
V - SUPPLIER ITEM-SPEC CONT
X - 'SCN' 'PC' OR 'ECP' REF
Z - REF DOCUMENT
- DAC DWG NOT STD PART

| DATE | | 3 | SERIAL EO | |
| DATE | | 4 | NEW REVISED RELEASE | 30 |
| DATE | | 5 | REISSUE TO REVISE | R |

| IPRSX | | | | | -500/* | A C O D E | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | IPRSX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | | | | | | | | | | | | |
| 1 | | | | 2 | A | 63990-2 | VALUE ASSY | | L | | | STERER ENG & MFG. CO. L.A. CA. | | | 3 | S | 1 |
| 2 | | | | | S | 63990-1 | REPLACED BY STERER 63990-2. | | | | | | | | | | 2 |
| 3 | 1 | 2 | 3 | 4 | 5 | | | | | | | | | | | | 3 |

ZONES 3 & 12

CHANGE: (IS) 63990-2  (WAS) 63990-1

ADD TO ZN 1 →
OF DWG

REASON:

STERER REVISED PART NUMBER 63990-1 TO 63990-2.
VALVE ASSY (63990-2) REVISED TO AUTOMATICALLY SHUT OFF
FLOW TO THE MOTOR WHEN HYDRAULIC SYSTEM
PRESSURE DROPS BELOW 1600 PSI.

---

**SPARES INFORMATION ONLY**
(NOT FOR DAC MFG USE)

NO. 63990-1 SUPERSEDED
USE UNTIL SPARES ARE EXHAUSTED.
~~USABLE~~ NOT USABLE IN PLACE OF
SUPERSEDING PART 63990-2
USE SUPERSEDING PART FOR FUTURE
SPARES PROCUREMENT.

---

| DRAWING NUMBER |
|---|
| NPG6400 |

Ex. 27; p. 1519

82-21918

**ENGINEERING ORDER**
DAC 35-1709X (REV. 7-79)

B65

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
MCDONNELL DOUGLAS
CORPORATION
CODE IDENT NO. 88277

12 1/4

| | | | | | |
|---|---|---|---|---|---|
| DESIGN SECTION | TYPE RELEASE | TOTAL NO. PI INPUT SHEETS | 1 | | |
| C1 | DEVELOPMENT | A | ADV APR 03 1980 | J | NPG6400 |

| RC AIR | MI 208 | MW | AW | FS 48200 | LDM GK |
|---|---|---|---|---|---|

PRODUCTION B X
NON PROD. C

SHEET 1 OF 4 | SIZE | DRAWING NUMBER

**HANDLING INSTRUCTIONS (HI)**
0. INTERCHANGEABILITY NOT AFFECTED. USAGE OF PRIOR CHANGE OPTIONAL.
1. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY. OPTIONAL REWORK INSTRUCTIONS INCLUDED.
3. SCRAP
4. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
5. RETROFIT (DELIVERED ARTICLES).

ENGRG TIME CHG (COST CHARGE NO.)
DPAE
1C10

TITLE
HYDRAULIC INSTL- FUEL
MOTOR, CENTER TANK

| DATE | 1 | DRAWING CHANGED | |
| DATE APR 9 198 | 2 | ADVANCE DWG CHG | E |
| DATE | 3 | SERIAL EO | |
| DATE | 4 | NEW/REVISED RLSE | |
| DATE | 5 | REISSUE TO REVISE | R |

| EWO DPIE1 | DOG 013.2 JR | WRO KC10-12 | ROUTING CODE M | CHG CLASS — | SEO/REWORK DRAWING REQUIRES DRAWING CHANGE |
| SYS | COE 014.5 | | | | ☐ YES ☐ NO |

☐ DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED

EXPECTED SEO/RWK DWG INCORP DATE | INCORP SEO QAEO RWK DWG

| EO MADE BY 3-21-80 W. POU | DESIGN APPROVAL KIBBEE 3-24-80 | CHECKED 3-25-80 | WEIGHTS 3-25-80 | PROGRAM ENGRG 4-1-80 SHOEMAKER | PRODUCT SUPPORT ETL 32480/0 | RELEASE DATE 4-3-80 |
| DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG | STRESS 3-2-5-80 S.GEE | CHANGE CONTROL | MATERIAL 8 JMD | CUSTOMER |

CUSTOMER AUTH | INCORP VIR NO.

| | 1,2 LTR | MODEL | SECTION | RELEASE CCN | MI NO. | WRO EFFECT 311 | EFFECTIVITY (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | NEW | FORMER | | |
| 1 | CL | KC-10A | PG00 | | 3 | 0311+ | | | | | | 1 |
| 2 | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | 4 |
| 5 | | | | | SEE SHEET 1.01 FOR EFF | | | | | | | 5 |

AFFECTS - 5001.

MII 309973-54
4/13/80

NOTE: INPUT TO PRIMS
DATE 4/3/80 W.J. Kane
DO NOT ALTER

BULL PEN ADVANCE RELEASE
NOT TO BE ALTERED

LIAISON
82

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |
| LAB TEST AFF | | |

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| DEVELOPMENT | | X |
| Orig at ____ | | |
| Dup at ____ | | X |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | X |
| DRAWING NUMBER | | |
| NPG6400 | | |

R. DOBSON 1 250 35-61
C1-FILES 1 250 36-94
KIBBEE 1 253 35-61
NAME | QTY DEPT. | MAIL CODE

SB/SC NO. | EXTRA EO'S
NAME | QTY DEPT. | MAIL CODE
EXTRA DRAWINGS

Case MDL No. 085 - Document 6647 - Filed 04/09/01 - Page 39 of 64

APR 0 3 1980

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA     MCDONNELL DOUGLAS

CCOC IDENT NO. 8N277     CORPORATION

ENGINEERING ORDER   DES COG:DAC DES GRP:H/M MFG COG:DAC         PAGE 1.01          DRAWING NUMBER NPG6400
DATE:800403 EWO:DP1E1      WRO:KC10-12(82)                                         DRAWING CHANGE   E ADV
1.2 SCHEDULE   DC-10  CL                                                                 MEMO NUMBER
                                                                                      REISSUE NUMBER
DC-10 WRO EFFECT = 0311                                         APR    1980

   MODEL SECTION     HI          EFFECTIVITY          CONFIGURATIONS REQ PER ARTICLE  NEXT ASSEMBLY U
                     NO                                SEQ  FROM THRU   NEW  FORMER   DRAWING NO.  CD
   DC-10 PG00        3  AD30A          48200               -5001
   DC-10 PG00        3  48201 -48205                       -5001

Ex.: 27; p.: 1521

Case MDL No. 875 Document 6677-2 Filed 08/23/11 Page 40 of 64

ENGINEERING ORDER

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CORPORATION

APR 03 1980

| | |
|---|---|
| 2 | NPG6400 |

SHEET | DRAWING NUMBER

DAC 33-17851 (REV 1-79)

| | | | | | E |
|---|---|---|---|---|---|
| DATE APR 9 1980 | 2 | CHANGE LETTER | | | |
| DATE | 3 | SERIAL EO | | | |
| DATE | 4 | NEW REVISED RELEASE | | | |
| DATE | 5 | REISSUE TO REVISE | R | | |

ZONES 5 & 9

    CHANGE BOLT AND WASHER CALLOUT

IS  MS21250-06006  BOLT        WAS NAS1306-7  BOLT

    NAS1252-616L  WASHER      AN960-616  WASHER
      6 PLACES

REASON: INSUFFICIENT CLEARANCE FOR NORMAL
      HAND TOOLS TO TORQUE NAS1306 BOLTS
      MII 307973-54

REWORK INSTRUCTIONS

    MS21250-06008 BOLT AND NAS1252-616H WASHER (2 REQD)
    MAYBE USED UNTIL MS21250-06006 BOLTS ARE AVAILABLE.

| DRAWING NUMBER |
|---|
| NPG6400 |

Ex.: 27; p.: 1522

# ENGINEERING ORDER
## PARTS LIST REVISION
DATE 7-1-1976 (REV. 1-77)

DOUGLAS AIRCRAFT COMPANY
McDONNELL DOUGLAS CORPORATION

CODE IDENT NO. 76301

APR 03 1980

APR 9 1980

| 3 | NPG6400 |
|---|---|
| SHEET | DRAWING NUMBER |

<table>
<tr><td colspan="5">QUANTITY REQUIRED PER NOTED DASH NO.</td><td colspan="3">ACTION CODE</td><td colspan="4">C C CONTROL CODE</td><td></td><td>CHANGE LETTER</td><td></td><td>E</td></tr>
<tr><td colspan="5">DASH</td><td colspan="3">A ADD<br>C COMPLETE<br>D DELETE<br>S SUPERSEDE<br>R REVISE</td><td colspan="4"></td><td>DATE</td><td>SERIAL NO.</td><td></td><td></td></tr>
<tr><td colspan="5"></td><td colspan="3"></td><td colspan="4"></td><td>DATE</td><td>NEW REVISED RELEASE</td><td></td><td></td></tr>
<tr><td colspan="5"></td><td colspan="3"></td><td colspan="4"></td><td>DATE</td><td>REISSUE TO REVISE</td><td>R</td><td></td></tr>
</table>

| | | | | | | CODE | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT. NO. | C/C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND OR SUPPLIER) | ITEM FIND | NOTES | ZONE | PRX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | 12 | A | MS21250 -06006 | BOLT | | G | | | | | | 5 | 1 |
| 2 | | | | | 12 | A | NAS1252-616L | WASHER | | GT | | | | | | 5 | 2 |
| 3 | | | | | | D | NAS1306-7 | | | | | | | | | | 3 |
| 4 | | | | | | D | AN960-616 | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | | | | | | | 5 |
| 6 | | | | | | | | | | | | | | | | | 6 |
| 7 | | | | | | | | | | | | | | | | | 7 |
| 8 | | | | | | | | | | | | | | | | | 8 |
| 9 | | | | | | | | | | | | | | | | | 9 |
| 10 | | | | | | | | | | | | | | | | | 10 |

DWG NO. NPG6400

Ex.: 27; p.: 1523

# ENGINEERING ORDER
DAC 25-1709K (REV. 1-80)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS**
CORPORATION
CODE IDENT NO. 76371

| | | |
|---|---|---|
| B84 | | |

| DESIGN SECTION | TYPE RELEASE | TOTAL NO. PL INPUT SHEETS | 1 |
|---|---|---|---|
| C1 | DEVELOPMENT A | ADV DATE | |
| | PRODUCTION B X | | |
| | NON PROD. C | SHEET 1 OF 3 | J SIZE | N P G 6 4 0 0 DRAWING NUMBER |

| RC | AIR | MI | 208 | MW | | AW | | FS | 4820 | LDM | GK |
|---|---|---|---|---|---|---|---|---|---|---|---|

| HANDLING INSTRUCTIONS (HI) | ENGRG TIME CHG (COST CHARGE NO.) | TITLE |
|---|---|---|

| DATE | 1 | DRAWING CHANGED |
| DATE SEP 8 1980 | 2 | ADVANC' DWG CHG | F |
| DATE | 3 | SERIAL EO |
| DATE | 4 | NEW/REVISED RLSE |
| DATE | 5 | REISSUE TO REVISE | R |

1. INTERCHANGEABILITY NOT AFFECTED. USAGE OF PRIOR CHANGE OPTIONAL.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
3. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY. OPTIONAL REWORK INSTRUCTIONS INCLUDED.
4. SCRAP.
5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
6. RETROFIT (DELIVERED ARTICLES).

DPAE
1C10

HYDRAULIC INSTALLATION —
FUEL MOTOR, CENTER TANK

| EWO | DPIE1 | DOG | O35.5 | WRO | | ROUTING CODE | KC10-12 | CHG CLASS | M | SEO/REWORK DRAWING REQUIRES DRAWING CHANGE ☐ YES ☐ NO | DWG REPLACES REPLACED BY | RELEASE STOP-ORDER DATED |
| SYS | | COE | 0375 | | | | | | | | EXPECTED SEO/RWK DWG INCORP DATE | INCORP SEO/OAEO RWK DWG |

| EO MADE BY W. PON | DESIGN APPROVAL KIBBEE 8-27-80 | CHECK EO REITBEC 8-29-80 | WEIGHTS | PROGRAM ENGRG 9-3-80 | PROG R SHERIDAN | SUPPORT /O OTSUKA | RELEASE 9/1/ | DATE | | |
| DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG | STRESS GEE 8-29-80 | CHANGE CONTROL HUNDR 9/3/80 | MATERIAL N WALKER 9-10-80 | CUSTOMER | CUSTOMER AUTH | INCORP VIR NO. | |

| | 1.2 LTR | MODEL | SECTION | HI NO. | WRO EFFECT 311 | EFFECTIVITY (4 SERIAL NUMBERS PER LINE MAXIMUM) -362+ | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NEW | FORMER | | |
| 1 | CN | KC-10A | PG00 | 5X | 0311+ | | | | | | 1 |
| 2 | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | 4 |
| 5 | | | | | SEE SHEET 1.01 FOR EFF. | | | | | | 5 |

AFFECTS  -5001.

| CLASS | TITLE | EXCP |
|---|---|---|
| 1 | PRIOR TO FLIGHT | |
| 2 | PRIOR TO CERT. | |
| 3 | PRIOR TO DEL. | 311 |
| 5 | DURING FLIGHT TEST PROGRAM | |

MDPKC10-040  ITEM 4021

* 48201 HANDLED PER
MR-SR 1-310129 ACCEPTABLE.
MIT A13366-84

* SHIP 311 CODE III
JFMurray 9/2/80

(MRSE 333)
CCB #A553

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |
| LAB TEST AFF | | √ |

| ENGR M.ATL | C1-250 | 122-22 |
|---|---|---|
| DOBSON | 1 | 250 | 35-61 |
| C1-FILE | 1 | C1-250 | 35-94 |
| KIBBEE | 1 | C1-253 | 35-61 |
| NAME | QTY DEPT. | MAIL CODE |

| SB/ SC NO. | EXTRA EO's |

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| DEVELOPMENT | | X |
| Orig at DAC | | X |
| Dup at | | |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | X |

DRAWING NUMBER
N P G 6 4 0 0

Ex.: 27; p.: 1524

Case MDL No. 875 Document 6667-2 Filed 02/08/11 Page 43 of 45

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA   **MCDONNELL DOUGLAS** CORPORATION

CODE IDENT NO. 88077

ENGINEERING ORDER   DES COG:DAC DES GRP:H/M MFG COG:DAC        PAGE 1.01
DATE:800909 EWO:DP1E1        WRO:KC10-12
1.2 SCHEDULE    DC-10   CP

DRAWING NUMBER NPG6400
DRAWING CHANGE   F ADV
MEMO NUMBER
REISSUE NUMBER

DC-10 WRO EFFECT = 0311

SEP 9  1980

| MODEL SECTION | HI NO | EFFECTIVITY | | CONFIGURATIONS REQ PER ARTICLE | | | NEXT ASSEMBLY U |
|---|---|---|---|---|---|---|---|
| | | | | SEQ FROM THRU | NEW | FORMER | DRAWING NO.  CD |
| DC-10 PG00 | 5 | AD30A | 48290 | -5001 | | | |
| DC-10 PG00 | 5 | 48201 -48205 | | -5001 | | | |

A

EOP

Ex.: 27; p.: 1525

**ENGINEERING ORDER**
COMPOSITE CONTINUATION SHEET

DAC-15-42098 (REV. 1-79)

DOUGLAS AIRCRAFT COMPANY
McDONNELL DOUGLAS CORPORATION
CODE IDENT NO. 88277

| | | | 2 | NPG6400 |
|---|---|---|---|---|
| | | | SHEET | DRAWING NUMBER |

SEP 8 1980

| | CHANGE LETTER | E |
|---|---|---|

| Action / Control codes | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| QUANTITY REQUIRED PER NOTED DASH NO. | | | | | | A/C CODE | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C.C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND OR SUPPLIER) | ITEM FIND | NOTES | ZONE | PRSX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | 12 | A | ADG7035-1 | WASHER | | — | | | | | 5 | |
| 2 | | | | | | D | NAS1252 -616L | | | | | | | | | |

ZONE 5 & 9
MS21250-06006 BOLT
ADG7035-1 WASHER     6 PLCS
IS

MS21250-06006 BOLT
NAS1252-616L WASHER
6 PLACES
WAS    REF E.O. "E"

REASON: THE WASHER HAS AN O.D. APPROXIMATELY
THE SAME SIZE AS THE HEAD OF BOLT
TO FACILITATE INSTALLATION, IN ORDER TO
SEAT THE BOLT PROPERLY, THE WASHER MUST
BE COUNTERSUNK BECAUSE OF
A LARGE RADIUS UNDER THE HEAD OF BOLT.

| DRAWING NUMBER |
|---|
| NPG6400 |

Ex.: 27; p.: 1526

Case MDL-No-875 JSW Document 6772-2 Filed 00/07/14 Page 45 of 45

ADV
12-17-80

**ENGINEERING ORDER**
DAC 25-1709K (REV. 1-80)

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CORPORATION
CCGB IDENT NO 88871

B95

| | | | | DESIGN SECTION | TYPE RELEASE | TOTAL NO. OF INFO'T SHEETS | 1 | | |
|---|---|---|---|---|---|---|---|---|---|
| RC AIR | MI 208 | MW | AW | 21 | DEVELOPMENT | ADV DATE | | J | NPG6400 |
| | | | | FS 48200 | LDM GK | PRODUCTION 9X | | SIZE | DRAWING NUMBER |
| | | | | | | NON PROD. | | SHEET 1 OF 4 | |

**HANDLING INSTRUCTIONS (HI)**
0. INTERCHANGEABILITY NOT AFFECTED USAGE OF PRIOR CHANGE OPTIONAL.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
3. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY. OPTIONAL REWORK INSTRUCTIONS INCLUDED.
4. SCRAP.
5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
6. RETROFIT (DELIVERED ARTICLES)

| ENGRG TIME CHG (COST CHARGE NO.) | TITLE | | DATE DEC 30 1980 | DRAWING CHANGED | G |
|---|---|---|---|---|---|
| DPAE 1010 | HYDRAULIC INSTALLATION | | DATE | 2 ADVANCE DWG CHG | |
| | FUEL MOTOR CENTER TANK | | DATE | 3 SERIAL EO | |
| | | | DATE | 4 NEW/REVISED RLSE | |
| | | | DATE | 5 REISSUE TO REVISE | R |

| EWO 11291 | DOC C295-12 | WRC | ROUTING CODE | CHG CLASS | SEO/REWORK DRAWING REQUIRES DRAWING CHANGE | DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED |
|---|---|---|---|---|---|---|---|
| SYS | COE 0515 | KC10-277 | | A | ☐ YES ☐ NO | | |
| | | | | | | EXPECTED SEO/RWK INCORP SEO/REO DWG INCORP DATE RWK DWG | |

| EO MADE BY 12-8-80 W. PON | DESIGN APPROVAL 12-9-80 KIBBEE | CHECK EO 12-15-80 | WEIGHTS PH | PROGRAM ENGR 12-15-80 | PRODUCT SUPPORT DIVON 12-10-80 | RELEASE 7SK | DATE 12/30/80 | CUSTOMER AUTH | |
|---|---|---|---|---|---|---|---|---|---|
| DWG PON/CHGD BY W. PON | SPEC COMPLIANCE | CHECK DWG EGK NWRK | STRESS 12-15-80 S.GEE | CHANGE CONTROL DARST 12-69 | MATERIAL ⊗ IJWD Timothy 12-18-80 | | | | C 81603 |

| 12 LTR | MODEL | SECTION | HI NO | NRO EFFECT 311 | EFFECTIVITY (4 SERIAL NUMBERS PER LINE MAXIMUM) 2334 | CONFIGURATION | REQ PER / ITICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | NEW | FORMER | | |
| 1 CT | KC-10A | PG00 | 3 | 2311T | | | | | | 1 |
| 2 | | | | | | | | | | 2 |
| 3 | | | | | | | | | | 3 |
| 4 | | | | SEE SHEET 1.01 FOR EFF | | | | | | 4 |
| 5 | | | | | | | | | | 5 |

AFFECTS -500.

| HSA PRIOR TO FLIGHT | R/J |
|---|---|
| PRIOR TO CERT. | 333 |
| PRIOR TO DEL | 311 |
| DURING FLIGHT TEST PROGRAM | |

MIP KC10-040   ITEM 4027

M.I.P. KC10-232
E/R 1-2-81
CCB A695

C1

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| DEVELOPMENT | | X |
| Orig at DAC | | X |
| Dup at | | |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | |
| DRAWING NUMBER | NPG6400 | |

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | X | |
| SCHEMATICS AFF | | X |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |
| LAB TEST AFF | | ↓ |

S9/SC NO.

ENGR MATL C1-250 122-22
DOBSON 1 250 35-61

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C1-FILE KIBBEE | 1 | C1-250 | 36-94 | C1-FILE KIBBEE | 1 | C1-250 | 36-94 |
| NAME | QTY | DEPT | MAIL CODE | NAME | 2 | C1-253 | 35-61 |
| | | EXTRA EO'S | | | | DEPT EXTRA DRAWINGS | MAIL CODE |

Ex.: 27; p.: 1527

Case 3:01-cv-00885 Document 667-27 Filed 08/22/1 Page 46 of 64

ENGINEERING ORDER   DES COG:DAC DES GRP:H/M MFG COG:DAC       PAGE 1.01          DRAWING NUMBER NPG6400
DATE:801229 EWO:11291      WRO:KC10-277                                           DRAWING CHANGE   G INC
1.2 SCHEDULE   DC-10 C.U                                       DEC 30 1980          MEMO NUMBER
                                                                                 REISSUE NUMBER

DC-10 WRO EFFECT = 0311

| MODEL SECTION | HI NO | EFFECTIVITY | CONFIGURATIONS SEQ FROM THRU | REQ PER NEW | ARTICLE FORMER | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|
| DC-10 PG00 | 3 A30999 | 30A001-30A100 | -5001 | | | | |

EOP

Ex.: 27; p.: 1528

Case MDL No.875 Document 6667-27 Filed 04/09/14 Page 47 of 64

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
MCDONNELL DOUGLAS
CODE IDENT NO. 88877          CORPORATION

DAC 25-1709B (REV. 1-79)

| | | 2 | NPG6400 |
|---|---|---|---|
| | | SHEET | DRAWING NUMBER |
| DATE | DEC 30 1980 | 2 | CHANGE LETTER | G |
| DATE | | 3 | SERIAL EO | |
| DATE | | 4 | NEW/REVISED RELEASE | |
| DATE | | 5 | REISSUE TO REVISE | R |

ZONE 1

DELETED G/N S. LOCKWIRE WITH MS20995 PER DPS 3.651

REMOVED SPARES INFORMATION DECAL. (SUPERSEDING 63990-1 WITH 63990-2)

ZONES 3 & 11

REVISED PICTURE AND CALLOUT FOR VALVE ASSY

63990-3 FUEL MOTOR VALVE ASSY          63990-2 FUEL MOTOR VALVE ASSY

IS                                      WAS

ADDED REF CALLOUT AND PICTURE FOR NANG6400 SHUTOFF ASSY

ZONE 4 & 12

REVISED CALLOUT FOR BOLT FROM DRILLED HEAD TO UNDRILLED HEAD

NAS1304-65 BOLT          NAS1304-65H B

IS                        WAS

DELETED NOTE FOR LOCKWIRING PER G/N 5

REASON: NEW SHUTOFF VALVE CONFIGURATION REQUIRED FOR
        USE WITH THE AUTOMATIC LOW PRESSURE VALVE
        SHUTOFF ELECTRICAL SYSTEM.
        SPARES INFORMATION DECAL ADDED IN ERROR.
        VAULE ASSY SHOULD NOT HAVE BEEN SUPERSEDED.
        BOLTS DO NOT REQUIRE LOCKWIRING. NUT PLATES
        ARE SELF-LOCKING TYPE.

| DRAWING NUMBER |
|---|
| NPG6400 |

Ex: 27; p.: 1529

# ENGINEERING ORDER
## COMPOSITE CONTINUATION SHEET

DAC 25-1709S (REV. 1-79)

**DOUGLAS AIRCRAFT COMPANY**
**MCDONNELL DOUGLAS** **CORPORATION**
CODE IDENT NO. 88277

| 3. | NPG6400 |
|---|---|
| SHEET | DRAWING NUMBER |

| | DATE | DEC 30 1980 | 2 CHANGE LETTER | G |
|---|---|---|---|---|

| ACTION CODE | | C/C CONTROL CODE |
|---|---|---|
| A ADDED | C CUST FURN CUST INSTL | D BULK MATL | P1 PURCH DAC PART-SUP MATL |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUANTITY REQUIRED PER NOTED DASH NO. | | | | | | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C/C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | P R |

**ACTION CODE**
A ADDED
C CANCELLED
D DELETED
R REVISE'I
S SUPERSEDED
T TECH CHANGED
X REINSTATED

**C/C CONTROL CODE**
D BULK MATL
C CUST FURN CUST INSTL
D CUST FURN DAC INSTL
F CUST FURN INSTL CHECK
G GOVT OR IND STANDARD
L COMML SHELF ITEM
M 'MAKE FROM' ITEM
M 'MAKE FROM' DAC ITEM
P1 PURCH DAC PART-SUP MATL
P2 PURCH DAC PART-DAC MATL
R REWORK OR SALVAGE PART
S DAC STANDARD PART
V SUPPLIER ITEM-SPEC CONT
X 'SCN' 'PC' OR 'ECP' REF
Z REF DOCUMENT
Z DAC DWG. NOT STD PART

| C/AO/CD/TE | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C/C | STOCK SIZE | MATERIAL DESCRIPTION | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | P R |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 A | 63990-3 | VALUE ASSY | | L | | | STERER ENGR. LOS ANGELES CA. | | | 3 | S |
| D | 63990-2 | | | | | | | | | | |
| D | 63990-1 | | | | | | | | | | |
| D | NAS1304-65H | | | | | | | | | | |
| 6 A | NAS1304-65 | BOLT | | G | | | | | | 4 | |
| D | DPS 3.651 | | | | | | | | | | |

## REWORK INSTRUCTIONS

NAS 1304-65H BOLTS WITH DRILLED HEAD MAY BE USED WITHOUT LOCKWIRE IN PLACE OF NAS 1304-65 BOLTS.

NOTE TO PLANNING: RETURN 63990-2 VALVE ASSYS TO VENDOR FOR REWORK INTO 63990-3.

| DRAWING NUMBER |
|---|
| NPG6400 |

Case2:11-cv-00051-xxx-xxx Document 11 Filed 01/11 Page 49 of 64

82-80

# ENGINEERING ORDER
DAC 25-1709K (REV. 1-80)

B99

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CODE IDENT NO. 38977    CORPORATION

BP87
1/4/81

| | | |
|---|---|---|
| DESIGN SECTION | C1 | |
| TYPE RELEASE | | TOTAL NO. PL INPUT SHEETS |
| DEVELOPMENT | A | ADV DATE **JAN 15 1981** |
| PRODUCTION | X | |
| NON PROD. | | SHEET 1 OF 3 |

J NPG6400

| RC | AIR | MI | 209 | MW | | AW | | FS | 30A003 | LDM | GK |
|---|---|---|---|---|---|---|---|---|---|---|---|

SIZE  DRAWING NUMBER

HANDLING INSTRUCTIONS (HI)
1. INTERCHANGEABILITY NOT AFFECTED. USAGE OF PRIOR CHANGE OPTIONAL.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
3. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY. OPTIONAL REWORK INSTRUCTIONS INCLUDED.
4. SCRAP.
5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
6. RETROFIT (DELIVERED ARTICLES).

ENGRG TIME CHG (COST CHARGE NO.)
DPAE
1C10

TITLE
## HYDRAULIC INSTALLATION-
## FUEL MOTOR, CENTER TANK

| DATE | 1 | DRAWING CHANGED | |
|---|---|---|---|
| DATE **JAN 16 1981** | 2 | ADVANCE DWG CHG | H |
| DATE | 3 | SERIAL EO | |
| DATE | 4 | NEW/REVISED RLSE | |
| DATE | 5 | REISSUE TO REVISE | R |

| EWO DP1E1 | DOG 103.1 JK | WRO | ROUTING CODE KC10-12 | CHG CLASS M | SEO/REWORK DRAWING REQUIRES DRAWING CHANGE ☐ YES ☐ NO | ☐ DWG REPLACES REPLACED BY | RELEASE STOP-ORDER DATED |
| SYS | COE 104.5 | | | | | | |

| EO MADE BY W. PON 1-8-81 | DESIGN APPROVAL KIBBEE 1-9-81 | CHECK EO 1-10-81 KEITBEER JER | WEIGHTS KIBBEE 1-9-81 | PROGRAM ENGRG KF-12 | PRODUCT SUPPORT DIVINO 1/9/81 | RELEASE O Dawke 1/14/81 | DATE |
|---|---|---|---|---|---|---|---|
| DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG | STRESS S. GEE 1-12-81 | CHANGE CONTROL Hunter 1/14/81 | MATERIAL ⓈJmD Timothy 1-14-81 | CUSTOMER | CUSTOMER AUTH | INCORP VIR NO. |

| | 1.2 LTR | MODEL | SECTION | HI NO. | WRO EFFECT 359 | EFFECTIVITY (4 SERIAL NUMBERS PER LINE MAXIMUM) 359+ | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NEW | FORMER | | | |
| 1 | CU | KC- | PG00 | 2 | 0359+ | | | | | | | 1 |
| 2 | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | 4 |
| 5 | | | | | | **SEE SHEET 1.01 FOR EFF.** | | | | | | 5 |

AFFECTS -5001.

MII A13972-84
1/7/81

BULL PEN  ADVANCE RELEASE NOT TO BE ALTERED

82 ENGG

| | | C1 | |
|---|---|---|---|
| | | J V | 4 |

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |
| LAB TEST AFF | | ✓ |

| | | DOBSON | 1 C1-253 35-61 |
| SB/SC NO. | | C1-FILE | 1 C1-253 36-94 |
| | | KIBBEE | 1 C1-253 35-61 |
| | | NAME | QTY/DEPT. MAIL CODE |
| | EXTRA EO'S | NAME | QTY/DEPT. EXTRA DRAWINGS MAIL CODE |

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| DEVELOPMENT | | X |
| Orig at DAC | | X |
| Dup at | | |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | X |

DRAWING NUMBER
NPG6400

Ex.: 27; p.: 1531

Case 3:01-cv-00051 Document 667-27 Filed 09/24/13 Page 50 of 64

JAN 15 1981

ENGINEERING ORDER   DES COG:DAC DES GRP:H/M MFG COG:DAC          PAGE 1.01          DRAWING NUMBER NPG6400
DATE:810114 ENO:DP:E1      WRO:KC10-12                                              DRAWING CHANGE   H ADV
1.2 SCHEDULE   DC-10 CU                                                                 MEMO NUMBER
                                                                                    REISSUE NUMBER

DC-10 WRO EFFECT = 0359                                          JAN 16 1981

| MODEL SECTION | HI NO | EFFECTIVITY | CONFIGURATIONS REQ PER ARTICLE | | | NEXT ASSEMBLY U |
|---|---|---|---|---|---|---|
| | | | SEQ FROM THRU | NEW | FORMER | DRAWING NO.   CD |
| DC-10 PG00 | 2  A30999 | 30A003-30A100 | -5001 | | | |

FOR

Ex.: 27; p.: 1532

# ENGINEERING ORDER
## COMPOSITE CONTINUATION SHEET

DAC 25-1709S (REV. 1-79)

**DOUGLAS AIRCRAFT COMPANY**
**McDONNELL DOUGLAS** CORPORATION
CODE IDENT NO. 88277

JAN 15 1981

| 2 | NPG6400 |
|---|---------|

SHEET | DRAWING NUMBER

| QUANTITY REQUIRED PER NOTED DASH NO. | | | | | | ACTION CODE | | C/C CONTROL CODE | | | DATE JAN 16 1981 | 2 | CHANGE LETTER | H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ACTION CODE
A ADDED
C CANCELLED
D DELETED
R REVISED
S SUPERSEDED
T TECH CHANGED
X REINSTATED

C/C CONTROL CODE
B BULK MATL
C CUST FURN CUST INSTL
R CUST FURN DAC INSTL
F CUST FURN INSTL CHECK
G GOVT OR IND STANDARD
L COMML SHELF ITEM
M 'MAKE FROM' ITEM
M-'MAKE FROM' DAC ITEM
P1 PURCH DAC PART-SUP MATL
P2 PURCH DAC PART-DAC MATL
R REWORK OR SALVAGE PART
S DAC STANDARD PART
V SUPPLIER ITEM-SPEC CONT
X 'SCN' 'PC' OR 'ECP' REF
Z REF DOCUMENT
- DAC DWG NOT STD PART

| DATE | 3 | SERIAL EO | |
| DATE | 4 | NEW REVISED RELEASE | |
| DATE | 5 | REISSUE TO REVISE | R |

| A C C D T O E | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C/C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | P R K S X |
|---|---|---|---|---|---|---|---|---|---|---|---|

ZONES 5 & 9, ADDED TORQUE CALLOUT FOR BOLT:

MS21250-06006 BOLT

ADG7035-1 WASHER  6 PLCS

TORQUE BOLTS TO 220±30 IN-LBS

_IS_

MS21250-06006 BOLT

ADG7035-1 WASHER  6 PLCS

_WAS_

REASON: REQUEST FROM MANUFACTURING TO ADD
TORQUE CALLOUT FOR BOLT.

DRAWING NUMBER
NPG6400

Ex.: 27; p.: 1533



Case MDL No. 975 Document 9667-3 Filed 01/11/11 Page 52 of 64

REAR SPAR PLANE (REF)

APB7155 (REF)

AR8320O (REF)

NPB6268 (REF)

$R = 20.000$

1PB6268 (REF)

APB7155 (REF)

63990-3 FUEL MOTOR
VALVE ASSEMBLY

GENERAL NOTES
UNLESS OTHERWISE SPECIFIED

1. ASSEMBLY SHOP PRACTICE PER DPS 2.70-2
2. DELETED
3. DELETED

4. IDENTIFY PER DPS 3.02
5. DELETED
6. STATION NUMBERS APPLY TO BASIC DC-10 ONLY.
   FOR OTHER SERIES USAGE SEE DWG AR87000
   FOR STATION RELATIONSHIP.

$R = 10.000$

NAS1504-6S BOLT
AN960-416L WASHER
3 PLCS

NAN6400 REF

$X = 73.950$

$X = 88.000$

SPARES INFORMATION ONLY
(NOT FOR DAC MFG USE)
NO. 83115-01 SUPERSEDED
USE UNTIL SPARES ARE EXHAUSTED
USABLE
DIMENSIONING PART 83115-01
USE SUPERSEDING PART FOR FUTURE
SPARES PROCUREMENS.

SEE SEPARATE PARTS LIST

MATERIALS AND PRODUCIBILITY
ENGINEERING APPROVAL

| NPV6400 KC-10A | | |
| MEXT ASSY | USED ON | |

FIRST APPLICATION

FOR COMPLETE USAGE DATA
SEE ENGINEERING RECORDS.

DWG SECTION
P6OOAA

RELEASE CODE

CUSTOMER APPROVAL

DOUGLAS AIRCRAFT COMPANY
Long Beach, California

HYDRAULIC INSTALLATION —
FUEL MOTOR, CENTER TANK

| DESIGN ENGR | | | |
| PREP BY | WILLER | 13516 | |

| J | 88277 | NPG6400 |
| SCALE | | SHEET 1 OF 1 |

NPG6400

DESIGNER: W. LEITNER     LAYOUT: T115497



VIEW LOOKING FWD AT REAR SPAR
RIGHT SIDE



VIEW LOOKING FWD AT REAR SPAR
LEFT SIDE

# ENGINEERING ORDER
DAC 25-1709K (REV. 3-82)

4-15

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**MCDONNELL DOUGLAS**
CORPORATION
CODE IDENT NO. 88871

| CAD DWG | GROUP CODE | TYPE RELEASE | | TOTAL NO. PL REVISION SHEETS | 1 | CCB NO. | NZ78 |
|---|---|---|---|---|---|---|---|
| ☐ YES ☒ NO | C1 | DEVELOPMENT | A | ADV DATE | | | |

| RC | MI | BUN | LDM | |
|---|---|---|---|---|
| AIR | 208 | PWRU | GK | |

| HANDLING INSTRUCTIONS (HI) | TYPE RELEASE | | | NPG6400 |
|---|---|---|---|---|
| | PRODUCTION | ☒ | SHEET 1 OF 3 | DRAWING NUMBER |
| | NON PROD | C | | |

ENGRG TIME CHG (COST CHARGE NO.) TITLE

D00E
30EH

**HYDRAULIC INSTALLATION - FUEL**

**MOTOR, CENTER TANK**

| MO DAY YR MAY 20 1983 | DRAWING CHANGED | J |
|---|---|---|
| DATE | 2 ADVANCE DWG CHG | |
| DATE | 3 SERIAL EO | |
| DATE | 4 NEW/REVISED RLSE | |
| DATE | 5 REISSUE TO REVISE | R |

| EWO | DOG | WRO | ROUTING CODE | CHG CLASS | SEO/REWORK DRAWING REQUIRES DRAWING CHANGE | DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED |
|---|---|---|---|---|---|---|---|
| 11483 | | KC10-362 | A | MAJ | ☐ YES ☐ NO | | |
| PHASE II | ER 20 | | | | EXPECTED SEO/RWK DWG INCORP DATE | INCORP SEO/QAEC RWK DWG | |

| EO MADE BY | DESIGN APPROVAL | CHECK EO | WEIGHTS | PROGRAM ENGRG | PRODUCT SUPPORT | RELEASE DATE | CUSTOMER AUTH | INCORP VIR NO. |
|---|---|---|---|---|---|---|---|---|
| LOCANTORE | | | | | | 4-1-83 | | |
| DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG | STRESS 4-1-83 | CHANGE CONTROL | MATERIAL | CUSTOMER | | |

| | 1,2 LTR | MODEL | SECTION | HI NO. | WRO EFFECT 404 (R) 394 | EFFECTIVITY | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NEW | FORMER | | |
| 1 | D6 | DC-10 | PG00 | 2 | PWRO 404 (R) 394+ | | | | | | 1 |
| 2 | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | 3 |
| 4 | | | | | | SEE SHEET 1.01 FOR EFF | | | | | 4 |
| 5 | | | | | | | | | | | 5 |

AFFECTS -5001.

C.I.P. # N278

| | CCN | APPC | | | |
|---|---|---|---|---|---|
| | | P/C ASD | 1ST A/C FAB | | |
| | | P3 | 404 | NO | |
| | (R) P2 | 394 | | | |
| | Orig at DAC 394 | | | | |
| | Dup at | | | | |

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | ☒ |
| SCHEMATICS AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |
| LAB TEST AFF | | ☒ |

SB/SC NO.

| NAME | DEPT. | MAIL CODE | EO COPIES REQ'D | DWG COPIES REQ'D |
|---|---|---|---|---|
| J. BELLINO | C1326 | 200-01 | 1 | |
| POOLE | E23 | 36-94 | 1 | |
| LOCANTORE | E23 | 36-94 | 1 | 1 |

DRAWING NUMBER
**NPG6400**

Ex. 27; p. 153

DOC...
LONG BEACH CALIFORNIA
MCDONNELL DOUGLAS

ENGINEERING ORDER  DES COG:DAC DES GRP:H/M MFG COG:DAC SCK NO 80277  PAGE  OF
DATE:840210 WRO:KC10-562A  CCB:NZ78
1.2 SCHEDULE   DC-10  DH

DC-10 WRO INTENT = 0394+.

| MODEL SECTION | HI NO | EFFECTIVITY | | CONFIGURATIONS REQ PER ARTICLE | | | NEXT ASSEMBLY U |
| | | | | SEQ FROM THRU | NEW | FORMER | DRAWING NO.  CD |
| DC-10 PG00 | 2 | A30999 | 30A025-30A100 | -5001 | | | |



Am4074/Am4082
J.F. 2/10/84

CHANGE LETTER REISSUE
BY RELEASE GROUP ONLY

| R...I | REISSUE |
| EWO | 1148316 |
| DOG | 40.73 |
| CORE | 40.75 |

FEB 21 1984

DESIGN
CHECK
STRESS
PROJECT B. Hallran 2-15-84
CHG CON C.W. Ken 2-28-4
MATERIAL 2-17-84
RELEASE 2-17-84
SPEC COMP
OR CHGT

REASON
revise start point

TO: 394+.
was: 401+.

per WRO KC10-562 A'

Case 3:01-cv-00072-... Document 667-27 Filed 03/08/24 Page 57 of 64

| | | * | -5001 | AD CODE | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | FSCM NO. | C.C. | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND OR SUPPLIER) | NOTE | R ITEM FIND | ZONE | P R S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | S | 63115-01 | REPLACED BY | 6 | 3115-02 | | | | | | | |
| 2 | | | 2 | A | 63115-02 | FUEL SERVO MOTOR | 75250 | L | | | ABEX CORP AEROSPACE DIV OXNARD, CA. | | | 6 | S |

ZONE 5 & 9, REVISED AS SHOWN:

(IS)   63115-02 FUEL
        SERVO MOTOR

(WAS)  63115-01 FUEL
        SERVO MOTOR

ZONE 1: ADDED SPARES INFORMATION
        DECAL

REASON: 63115-02 FUEL SERVO MOTOR PROVIDES COST AND WEIGHT
        REDUCTION.

DRAWING NUMBER
NPG 6400

Ex.: 27; p.: 1539

| CLASSIFICATION | DOUGLAS AIRCRAFT COMPANY | PARTS LIST | DRAWING NO. |
|---|---|---|---|

REPORT NO. RO4008

QTY REQD PER NOTED DASH NO.

DRAWING CONFIGURATIONS ARE INDICATED THUS ⅃ OTHER DASH NUMBERS ASSEMBLE INTO DRAWING CONFIGURATIONS AS NOTED.

MCDONNELL DOUGLAS CORPORATION

LONG BEACH, CALIFORNIA
FSCM NO. 88277

NOMENCLATURE:

H/M          DAC    DAC
                MODEL DC-10

HYDRAULIC INSTL.-FUEL MOTOR, CENTER TANK

SECTION LIST

**PL** NPG6400

DWG SIZE: U | REV.: J | DATE OF ISSUE: 05/19/83

PL SHEET  1  OF

| X *-5001 | IRPSX PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | FSCM NO. | STOCK SIZE | MATERIAL DESCRIPTION | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | NOTES | RPSX | ITEM FIND NO. | ZONE |
|---|---|---|---|---|---|---|---|---|---|---|
| CANC REPL BY -5001 | -1 | | | | | | | | | |
| 12 | ADG7035-1 | WASHER | | | | | | | | 5 |
| 6 | AN960-416L | WASHER | | | | | | S | | 4 |
| 12 | MS21250-06006 | BOLT | | | | | | | | 5 |
| 2 | MS9136-01 | GASKET | | | | | | S | | 6 |
| 6 | NAS1304-65 | BOLT | | | | | | | | 4 |
| 2 | 63115-01 | SUPERSEDED BY 63115-02 | 75250 | | ABEX CORP. AER OSPACE DIV. | OXNARD CAL | | S | | 6 |
| 2 | 63115-02 | MOTOR ASSY-SE RVO | 75250 | | ABEX CORP. AER OSPACE DIV. | OXNARD CAL | | S | | 6 |
| 2 | 63990-3 | FUEL VALVE AS SY | 99643 | | STERER ENGINEE RING & MFG. CO I, P.O. BOX 397 7 | LOS ANGELES CA L. | | S | | 3 |
| | | DPS1.001 AND FOLLOWING DOCUMENTS ARE REQUIRED TO SUPPLEMENT THE DRAWING | | | | | | | | |
| | AA77000 | DIAGRAM | | | | | | | | |
| | DPS2.70-2 | PROCESS | | | | | | | | |
| | DPS3.02 | PROCESS | | | | | | | | |
| | | E N D   O F   P A R T S   L I S T | | | | | | | | |

CONTRACT NO.

**PL** NPG6400

Document provided by IHS

FED. SUP CLASS
2995

MS9136



15°
BASIC

15°
BASIC

6.000

5.000
BASIC

4.188

.021
.014

.312 DIA 12 HOLES
EQUALLY SPACED AND
LOCATED WITHIN .010 R
OF TRUE POSITION

.406 DIA 6 HOLES
EQUALLY SPACED AND
LOCATED WITHIN .010 R
OF TRUE POSITION

| PART NO. | APPROX WT LB EA |
|---|---|
| MS9136-01 | .018 |

1. MATERIAL: ASBESTOS AND SYNTHETIC RUBBER SHEET AMS 3218

2. EDGES SHALL BE CLEAN CUT.

3. DIMENSIONS IN INCHES. UNLESS OTHERWISE SPECIFIED; TOLERANCES: LINEAR DIMENSIONS ±.010,

3. TRUE POSITION TOLERANCES SPECIFIED ARE FOR MAXIMUM MATERIAL CONDITION.

AS & AMS ARE SOCIETY OF AUTOMOTIVE ENGINEERS, INC. PUBLICATIONS.

THIS STANDARD WAS DEVELOPED COOPERATIVELY WITH THE ENGINE AND PROPELLER UTILITY PARTS COMMITTEE OF THE SAE.

| P.A. USAF - 11 | TITLE | **MILITARY STANDARD** |
|---|---|---|
| Other Cust Navy - UP Army - MO | GASKET - TYPE XII, XIV-A, XIV-B, XIV-E, XVII-A AND XVII-B ENGINE ACCESSORY DRIVE | **MS9136** |
| PROCUREMENT SPECIFICATION NONE | SUPERSEDES: AN4047 | SHEET 1 OF 1 |

472-1 (Standidented)

Document provided by IHS Licensee=Boeing/5910770001, 05/31/2005 15:33:36 MDT
Questions or comments about this message: please call the Document Policy Group
at 303-397-2295.

Ex.: 28; p.: 1541

Case MDL No. 875  Document 6667-3  Filed 01/26/11  Page 60 of 64



NFG6401

305
319 DIA 3 HOLES

SPACING BETWEEN CENTER LINE OF HOLES IS
THEORETICAL. HOLES MUST BE ON THE THEORETICAL
CENTER WITHIN .015 RADIUS. DIMENSIONS
LOCATING HOLE PATTERN AS A UNIT CARRY
NORMAL LINEAR TOLERANCES.
MS29075L4 NUTPLATE 3PL

SPACER
DETAIL 12

MS20426AD4 RIVET 2PL
FLUSH NEAR SIDE

AFA7576 REF

Y=1701.190 REF
Z=-90.264 REF

PRESS

RETURN

63115-02

ADA8192 REF

AYK7123-1 ADAPTER ASSY

OP264-10 COVER

ADA8261 REF

AFA732.1 REF

Y=1701.000 REF

NAS1304-69H BOLT 3PL
AN960-416L WASHER 3PL
MS20995N32 LOCKWIRE
LOCKWIRE PER DPS 3.651

63990-3 FUEL MOTOR VALVE

Z=-101.850 REF

Y=1693.60 REF

AFG7004-1

X=-1.25 REF

A - A

Y=1713.40 REF

UP

AFT

VIEW LKG OUTBD AT X=0.00

GENERAL NOTES
UNLESS OTHERWISE SPECIFIED

1. ASSEMBLY SHOP PRACTICE PER DPS 2.70-2
2. INSTALL RIVETS PER DPS 85076260
3. IDENTIFY PER DPS 3.02
4. STATION NUMBERS APPLY TO BASIC DC-10 ONLY, FOR OTHER
   SERIES USAGE SEE DWG AA27000 FOR STA RELATIONSHIP.
5. PENETRANT INSPECT PER DPS 4.707
6. FABRICATION STANDARDS PER DPS 4.710
7. ATTACH NUTPLATES WITH MS20426AD3 RIVETS
8. ULTRASONIC INSPECT PER DPS 4.711
9. MACHINED SURFACES HOLES
10. GRAIN DIRECTION OPTIONAL FOR -5.

SPARES INFORMATION ONLY
NOT FOR DAC MFG USE
NO. 63115-01  SUPERSEDED
USE UNTIL SPARES ARE EXHAUSTED.
USABLE ON MODEL IN PLACE OF
SUPERSEDING PART 63115-02
USE SUPERSEDING PART FOR FUTURE
SPARES PROCUREMENT.

SEE SEPARATE PARTS LIST

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA

HYDRAULIC INSTL —
FUEL MOTOR, AFT TANK

NAVG6400  KC-10A

NFG6401

J  88277

FULL  SHEET 1 OF 1

SEE SHEET STATUS

REVISIONS

NFG6401

Case MDL No. 875  Document 6667-3  Filed 01/28/11  Page 61 of 64



X=-51.250 REF
X=-8.750 REF

ADA8183 REF

63115-02 FUEL SERVO MOTOR
M39136-01 GASKET

Z=-90.264 REF

M321250-06006 BOLT
ADG7035-1 WASHER 6 PLCS
TORQUE BOLTS TO 220±30 IN-LBS

ADA8192 REF

M321250-06006 BOLT
ADG7035-1 WASHER
4 PLCS
TORQUE BOLTS TO 220±30 IN-LBS

63115-02 FUEL SERVO MOTOR
M39136-01 GASKET

63115-02

ADA8214 REF

FUEL DRAIN PORT REF

X=-27.690 REF

X=0.000

ADA8183 REF

AYK7183-1 ADAPTER ASSY

APA7324 REF

53990-3

53990-3

AFA7323 REF

OP264-10 COVER

ADA8261 REF

Z=-101.850

ADI-66

OP240 BOTTLE

916-3195 CLAMP

Y=1693.60 REF

AFG370

-7

-7

NAS6404U2 BOLT 2PL
NAS1252-416L WASHER 2PL

UP

RH OUTBD

VIEW LKG AFT AT STA Y=1701.00 RS

N FG6401  J 1

N FG6401  J 1

DONGHUR #1F6401



MS20470AD4 RIVET 2 PL

AFG70D4–1 BRACKET ASSY

AFA7323 REF

ADA6261 REF

C–C

MS20470AD4 RIVET 2PL.

D–D

.306 DIA 3HOLES
.319

SPACING BETWEEN CENTER LINE OF HOLES IS
THEORETICAL. HOLES MUST BE ON THE THEORETICAL
CENTER WITHIN .015 RADIUS. DIMENSIONS
LOCATING HOLE PATTERN AS A UNIT CARRY
NORMAL LINEAR TOLERANCES.

.250
(STOCK)

3,420

DETAIL –7

X=.125 REF

ME2042SAD4 RIVET 2PL
FLUSH NEAR SIDE

.306 DIA 3 HOLES
.319

SPACING BETWEEN CENTER LINE OF HOLES IS
THEORETICAL. HOLES MUST BE ON THE THEORETICAL
CENTER WITHIN .015 RADIUS. DIMENSIONS
LOCATING HOLE PATTERN AS A UNIT CARRY
NORMAL LINEAR TOLERANCES.
MS21075L4 NUTPLATE 3PL.

AFA7576 REF

X=-27,690

AFA7324 REF

B–B

ADAB183 REF

63115-02 FUEL SERVO
MS9136-01 GASKET

MS21250-0600
ADG7035-1
6 PLCS
TORQUE BOLTS 13–

ADAB214 REF

AFA7324 REF

NAS1304-6H BOLT 3PL
AN960-416L WASHER 3PL

MS20995N32 LOCKWIRE
LOCKWIRE PER DPS 3,551

63990-3 FUEL MOTOR VALVE

Y=1750.00 REF

Z=-107.29 REF

B

B

UP

AFT

VIEW LKG INBD AT X=-27,690

N F66401  J 1

| CLASSIFICATION | DOUGLAS AIRCRAFT COMPANY | | | PARTS LIST | | DRAWING NO. | |
|---|---|---|---|---|---|---|---|
| REPORT NO RO4008 | MCDONNELL DOUGLAS CORPORATION | | | NOMENCLATURE: | H/M       DAC  MODEL DC-10 | PLNFG6401 | |
| QTY REQD PER NOTED DASH NO. | | | | HYDRAULIC INSTL-FUEL MOTOR, AFT TANK | DWG SIZE | REV. | DATE OF ISSUE |
| DRAWING CONFIGURATIONS ARE INDICATED THUS *.OTHER DASH NUMBERS ASSEMBLE INTO DRAWING CONFIGURATIONS AS NOTED. | LONG BEACH,CALIFORNIA FSCM NO. 88277 | | | SECTION LIST | J | J05/19/83 PL SHEET 1 OF | |

| | | | | X *- 5001 | IRPSX PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | FSCM NO. | STOCK SIZE | MATERIAL DESCRIPTION | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | NOTES | IRPSX | ITEM FIND NO. | ZONE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CANC REPL BY -5001 | | | | | -1 | | | | | | | | | |
| CANC REPL BY APG7005-1 | | | | | -3 | | | | | | | | | |
| | | | | 2 | -7 | SPACER | | 1/4 X 4 X 4 GR OPT | AL PLATE 2024-T351 | QQ-A-250/4 TEMP T351 | X | | 3 |
| | | | | 12 | ADG7035-1 | WASHER | | | | | | | 6 |
| | | | | 1 | AFG7004-1 | BRACKET | | | | | S | | 12 |
| | | | | 1 | AYK7183-1 | ADAPTER ASSY | | | | | | | 4 |
| | | | | 6 | AN960-416L | WASHER | | | | | S | | 6 |
| | | | | AR | MS20426AD3 | RIVET | | | | | S | | |
| | | | | AR | MS20426AD4 | RIVET | | | | | S | | |
| | | | | AR | MS20470AD4 | RIVET | | | | | S | | |
| | | | | 6 | MS21075L4 | NUTPLATE | | | | | | | 3 |
| | | | | 12 | MS21250-06006 | BOLT | | | | | | | 6 |
| | | | | 2 | MS9136-01 | GASKET | | | | | S | | |
| | | | | 2 | NAS1252-416L | WASHER | | | | | S | | 4 |
| | | | | 6 | NAS1304-69H | BOLT | | | | | | | 3 |
| | | | | 2 | NAS6404U2 | SCREW | | | | | | | 4 |
| | | | | 1 | OP240 | BOTTLE | 81872 | | OLYMPIC PLASTIC CO. | LOS ANGELES, CALIF. | S | | 4 |
| | | | | 1 | OP264-10 | COVER | 81872 | | OLYMPIC PLASTIC CO. | LOS ANGELES, CALIF. | S | | 4 |
| | | | | 2 | 63115-01 | SUPERSEDED BY 63115-02 | 75250 | | ABEX CORP. AEROSPACE DIV. | OXNARD CAL | S | | 6 |
| | | | | 2 | 63115-02 | MOTOR ASSY-SERVO | 75250 | | ABEX CORP. AEROSPACE DIV. | OXNARD CAL | S | | 6 |
| | | | | 2 | 63990-3 63990-3 | FUEL VALVE AS CONTINUED | 99643 | | STERER ENGINEE | LOS ANGELES CA | S | | 10 |

| CONTRACT NO. | | | | PLNFG6401 |
|---|---|---|---|---|

Ex.: 29; p.: 1545

| CLASSIFICATION | DOUGLAS AIRCRAFT COMPANY | | PARTS LIST | | | DRAWING NO. | | |
|---|---|---|---|---|---|---|---|---|
| | MCDONNELL DOUGLAS CORPORATION | | | H/M | DAC | PL NFG6401 | | |
| REPORT NO RO4008 | | | NOMENCLATURE: | MODEL DC-10 | | | | |
| QTY REQD PER NOTED DASH NO. | | | HYDRAULIC INSTL-FUEL MOTOR, AFT TANK | | | DWG SIZE | REV. | DATE OF ISSUE |
| DRAWING CONFIGURATIONS ARE INDICATED THUS *.OTHER DASH NUMBERS ASSEMBLE INTO DRAWING CONFIGURATIONS AS NOTED. | LONG BEACH,CALIFORNIA FSCM NO. 98277 | | | | | U | U | 05/19/83 |
| | | | SECTION LIST | | | 2 | OF | PL SHEET |

| | | | | | | X *- 5001 | SNPSX PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | FSCM NO. | STOCK SIZE | MATERIAL DESCRIPTION | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | N O T E S | I P S X | ITEM FIND NO | Z O N E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 63990-3 | CONTINUED SY | | | RING & MFG. CO . P.O. BOX 397 7 | L. | | | | |
| | | | | | | 1 | 916-319S | SUPPORT | 98625 | | AEROQUIP MARMA N DIV. | LOS ANGELES, C A. | | S | | 4 |
| | | | | | | | OPS1.001 AND FOLLOWING DOCUMENTS ARE REQUIRED TO SUPPLEMENT THE DRAWING | | | | | | | | | |
| | | | | | | | AAZ7000 | DIAGRAM | | | | | | | | |
| | | | | | | | ANS1B46.1 | SPEC | | | | | | | | |
| | | | | | | | DPS2.70-2 | PROCESS | | | | | | | | |
| | | | | | | | DPS3.02 | PROCESS | | | | | | | | |
| | | | | | | | DPS3.651 | PROCESS | | | | | | | | |
| | | | | | | | DPS4.710 | PROCESS | | | | | | | | |
| | | | | | | | S5076260 | METHOD | | | | | | | | |
| | | | | | | | E N D   O F   P A R T S   L I S T | | | | | | | | | |

| CONTRACT NO. | | | | | | | | | | | | | | PLNFG6401 | | |