**J-J**
SCALE ½

**N-N**
SCALE 6
LEFT SIDE SHOWN
RIGHT SIDE OPPOSITE EXCEPT AS NOTED

**U-U**
SCALE ½
(2 PLACES)
ANL 7079-1 OMITTED FOR CLARITY

**V**
SCALE 6
LEFT SIDE SHOWN
RIGHT SIDE OPPOSITE EXCEPT AS NOTED

**S**
SCALE ½

**R-R**
SCALE 8

| DOUGLAS | J | 88277 | NNL 6420 |

Case:MEL-Nod.025 Jount Dodu666179 Filed 01/28/11 Page 2 of 66

| ENGINEERING ORDER | DOUGLAS AIRCRAFT COMPANY LONG BEACH, CALIFORNIA | OTHER MODEL USAGE | DESIGN SECTION DC | TYPE RELEASE | MAJOR SUB MDC |

**ENGINEERING ORDER**
NEW RELEASE
DAC 25-1709 (REV. 1-78)

DOUGLAS AIRCRAFT COMPANY LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CODE DENT NO 38471 CORPORATION

| | OTHER MODEL USAGE | DESIGN SECTION | TYPE RELEASE | MAJOR SUB MDC |
|---|---|---|---|---|
| | | DC | DEVELOPMENT | |
| | | | PRODUCTION X | |
| | | | NON PROD | |

ADV DATE 9

**NNL 6420**
DRAWING NUMBER
SHEET 1 OF 2

| RC 1R | MI 208 | MW 850 | AW | FS 4820.0 | LDM Z |

| | DATE | 1 | DRAWING CHANGED |
| | DATE | 2 | ADVANCE DWG CHG |
| | DATE | 3 | SERIAL EO |
| | DATE JAN 23 1979 | 4 | NEW/REVISED RLSE NEW |
| | DATE | 5 | REIS   TO REVISE R |

TYPE OF DRAWING:
- X SECTION LIST
- CUSTOMER VARIATION
- MODIFICATION
- REWORK SALVAGE
- SPEC OR SOURCE CONTROL
- DAC STANDARD
- SPECIAL SPARE
- SERVICE CHANGE
- UNDIMENSIONED
- OTHER

ENGRG TIME CHG COST CHARGE NO.
DPAE
1D10

TITLE
VENT SYSTEM INSTL--
WING COMPLETE

| EWO DPOEI | DOG 9015 | WRO | ROUTING CODE | CHG CLASS | SEO REWORK DWG REQUIRES DWG CHG | | | DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED |
| SYS | CDE 9055 | KC10-29 A | -- | PATTERN DIE MOLD AFFECTED | | | EXPECTED SEO CORP DATE | INCORP SEO QATD NO |

| EO MADE BY G. MANNING | DESIGN APPROVAL | CHECK ED 12-22-78 | WEIGHTS 1-11-79 SHOEMAKER | PROGRAM ENGRG 1-11-79 | PRODUCT SUPPORT JOHNSON | RELEASE G. Veltman 1-22-79 | DATE | CUSTOMER AUTH | INCORP VIR NO. |
| DWG MADE BY/CHGD BY G. MANNING | SPEC COMPLIANCE | CHECKED BY RLG KRAAI | STRESS 1-11-79 P. Bond | CHANGE CONTROL DARST 1-12-79 | MATERIAL CUSTOMER | Timothy 1-12-79 | | | |

| 1.2 LTR | MODEL | SECTION | RELEASE CCN | WRO EFFECT 311 | EFFECTIVITY (4 SERIAL NUMBERS PER LINE MAXIMUM) 311+ | CONFIGURATION | REQ PER ARTICLE NEW | FORMER | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 CC | KC10A | NL20AA | | AB200 | , AD30A | -1 | 1 | 0 | NNV6400 | 1 |
| 2 | | | | | | | | | | 2 |
| 3 | | | | | | | | | | 3 |
| 4 | | | | | | | | | | 4 |
| 5 | | | | SEE SHEET 1.01 FOR EFF. | | | | | | 5 |

SIMILAR TO NNL 6420

| | YES | NO |
|---|---|---|
| DATE AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | X |
| ELEC BONDING AFF | X | |
| LUBRICATION AFF | | X |

| SB/SC NO. | EXTRA EO'S NAME | QTY DEPT | MAIL CODE |

R. DOBSON  1  253  35-61

| EXTRA DWGS NAME | QTY | DEPT | MAIL CODE |
|---|---|---|---|
| ZIMMER | 2 | C1-253 | 35-61 |
| BAGINSKI | 1 | " | 36-41 |
| LINDHOLM | 1 | C1-761 | 7-21 |

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| DEVELOPMENT | X | |
| Orig at DAC | | X |
| Dup at | | |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | X |

DRAWING NUMBER
NNL 6420

[No. 30; p.: 1548]

DOUGLAS AIRCRAFT COMPANY · A · Fred 01/28/91 · Page 3 of 66
LONG BEACH, CALIFORNIA · MCDONNELL DOUGLAS CORPORATION
CODE IDE'T NO. U8271

ENGINEERING ORDER   DES COG:DAC DES GRP:P/P MFG COG:          PAGE 1.01          DRAWING NUMBER NNL6420
DATE:790118 EWO:DPOE1      WRO:KC10-25                                           DRAWING CHANGE
1.2 SCHEDULE   DC-10  CC                              JAN 23 1979                      MEMO NUMBER NEW
                                                                                 REISSUE NUMBER

*1st fics 311*

| MODEL SECTION | HI NO | EFFECTIVITY | CONFIGURATIONS SEQ FROM THRU | REQ PER NEW | ARTICLE FORMER | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|
| DC-10 NL20AA | 2  AD30A | .48200 | -1 | 0001 | 0000 | NNV6400 | |

Ex.: 30; p.: 1549

# ENGINEERING ORDER

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH CALIFORNIA
**McDONNELL DOUGLAS**
CODE IDENT NO. 88277 CORPORATION

HB $// **EXPEDITE**

DAC 35-1709R (REV 7-75)

| OTHER MODEL USAGE | DESIGN SECTION | TYPE RELEASE | | MAJOR SUB/MDC | TOTAL NO. PI INPUT SHEETS | 2 |
|---|---|---|---|---|---|---|
| | DC | DEVELOPMENT | X | | ADV DATE MAY 2 1979 | |
| | | PRODUCTION | | | | |
| | | NON PROD | | | | |

| RC | MI | MW | AW | PS | IDM |
|---|---|---|---|---|---|
| AIR | 206 | | | 48200 | Z |

SHEET 1 OF 10 SIZE J DRAWING NUMBER NNL6420

## HANDLING INSTRUCTIONS (HI)

0. INTERCHANGEABILITY OF PARTS NOT AFFECTED. USAGE OF CHANGED OR UNCHANGED PARTS OPTIONAL.
2. PARTS MUST CONFORM AT NOTED EFFECTIVITY.
3. PARTS MUST CONFORM AT NOTED EFFECTIVITY. SPECIAL REWORK FOR PARTS MADE INCLUDED.
4. SCRAP.
5. NOTED.
6. RETROFIT (DELIVERED ARTICLES).

| ENGRG TIME CHG (COST CHARGE NO) | TITLE |
|---|---|
| DPAE 1D10 | VENT SYSTEM INSTL – WING COMPLETE |

| EWO | DPIEI | DOG | 917.5 | WRD | KC-10-12 | ROUTING CODE M | CHG CLASS | SEO/REWORK DWG REQUIRES DWG CHG | YES | NO |
| SYS | | COE | 919 S | | | | | PATTERN DIE MOLD AFFECTED | YES | NO |

| DATE | 1 | DRAWING CHANGED | |
| DATE MAY 4 1979 | 2 | ADVANCE DWG CHG | A |
| DATE | 3 | SERIAL EO | |
| DATE | 4 | NEW/REVISED RLSE | |
| DATE | 5 | REISSUE TO REVISE | R |

| DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED |
| EXPECTED SEO CHG INCORP DATE | INCORP SEO/QAEO NO. |

| EO MADE BY MANNING | DESIGN APPROVAL R. Zimmer | CHECK EO 4-25-79 SHEER | MI SHOEMAKER | FLIGRAPH SQA Randell | PRODUCT SUPPORT JOHNSON | RELEASE G/O BAIIAS | DATE 5-29 |
| DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG | WEIGHTS 4-30-79 P. Bono | STRESS 4/30/79 P. Bono | CHANGE CONTROL B5-14 | CUSTOMER Timothy 5-1-79 | |
| | | | | | CUSTOMER AUTH | INCORP VIR NO |

| 1 2 LTR | MODEL | SECTION | RELEASE CCN | HI NO. | WRC EFFECT 311 | DPEI EFFECTIVITY 311 (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NEW | FORMER | | |
| 1 | CE | KC-10A | NL20AA | | 2 | 0311 t. | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | SEE SHEET Interfaces | | | | | | |
| 5 | | | | | | | | | | | |

AFFECTS -1.

| | C1 | | M |
| PRINT DISTRIBUTION | | Yes | No |
| DEVELOPMENT | | | |
| Orig at DAC | | X | |
| Dup at | | | X |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | | X |

| | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | X |
| FINISH SPEC AFF | | X |
| DAMS & DRAINS AFF | | X |
| VENTILATION AFF | | X |
| SEALING AFF | | X |
| ELEC BONDING AFF | | X |
| LUBRICATION AFF | | X |

R. DOBSON 1 253 35-61

| SB SC NO. | EXTRA EO'S NAME | QTY | DEPT | MAIL CODE | EXTRA DWGS NAME | QTY | DEPT | MAIL CODE | DRAWING NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | ZIMMER | 1 | C1-253 | 35-61 | | | | | NNL6420 |
| | McCONNELLY | 1 | C1-253 | 35-61 | | | | | EO 307 p. 1550 |
| | LINDHOLM | 1 | C1-761 | 7-21 | | | | | |

Case MDL No. 825 - Document 6617-5 Filed 01/20/14 Page 5 of 66

DOUGLAS AIRCRAFT COMPANY    MCDONNELL DOUGLAS
LONG BEACH, CALIFORNIA                   CORPORATION
CODE IDENT NO 88277

MAY 2 1979

ENGINEERING ORDER   DES COG:DAC DES GRP:P/P MFG COG:          PAGE 1.01          DRAWING NUMBER NNL6420
DATE:790502 EWO:DP1E1      WRO:KC10-12                                          DRAWING CHANGE   A ADV
1.2 SCHEDULE   DC-10 CG                                      MAY 4 1979          MEMO NUMBER
                                                                                REISSUE NUMBER

DC-10 WRO EFFECT = 0311

| MODEL SECTION | HI NO | EFFECTIVITY | CONFIGURATIONS REQ PER ARTICLE | | NEXT ASSEMBLY U | |
|---|---|---|---|---|---|---|
| | | | SEQ FROM THRU | NEW FORMER | DRAWING NO. | CD |
| DC-10 NL20AA | 2 AD30A | 48200 -48201 | -1 | | | |

Ex.: 30; p.: 1551

# ENGINEERING ORDER

DAC 25-1709B (REV. 1-79)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS**
CORPORATION
CODE IDENT NO. 88277

MAY 2 1973

| | 2 | NNL 6420 |
|---|---|---|
| SHEET | | DRAWING NUMBER |

| DATE | MAY 4 1979 | 1/2 | CHANGE LETTER | A |
|------|------|---|---------------|---|
| DATE | | 3 | SERIAL EO | |
| DATE | | 4 | NEW REVISED RELEASE | |
| DATE | | 5 | REISSUE TO REVISE | R |

ZONE 2
CHANGE AK-AK AS SHOWN

(IS)

AAL7114-540 (EO REF)
PIPE ASSY
S4892944-246
"O" RING (2)

Y=1331.600

EO
SH3

Y=1352.300

AR          AR (EO REF)

(EO REF) Z=-29.60
X=-3.060          AK-AK (EO REF)

(WAS)

AAL7114-540
PIPE ASSY

Y=1324.70

AR          AR

Y=1345.40

AR          AR

REASON:
DEVELOPMENT FIXTURE
ACTIVITY & DWG ERROR

X=0          AK-AK

Z=-29.60

| DRAWING NUMBER |
|---|
| NNL6420 |

Ex.: 30; p.: 1552

Case: MPL-No. 025   Document 665179   Filed 07/28/04   Page 7 of 66

DAC 25-1709B (REV. 1-79)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS**
CODE IDENT NO. 88877        CORPORATION

MAY 2 1979

| 3 | NNL6420 |
|---|---------|

SHEET | DRAWING NUMBER

| DATE | MAY 4 1979 | 1/2 | CHANGE LETTER | A |
|------|-----------|-----|---------------|---|
| DATE | | 3 | SERIAL EO | |
| DATE | | 4 | NEW/REVISED RELEASE | |
| DATE | | 5 | REISSUE TO REVISE | R |



NAS6103U7 SCREW 2 REQD
MS21042L3 NUT 2 REQD
NAS1252-10L WASHER 2 REQD

ZONE 33 SECT. AR-AR
X = -3.060 (WAS) X = 0

ANL7220-513 SUPPORT

NMC-S7701100-S64 STRAP
NMC-S7701100-B64 BASE
NAS6103U13 SCREW 2 REQD
MS21042L3 NUT 2 REQD
NAS1252-10L WASHER 4 REQD

AP87241-33 (REF)

EO
SH 2

REASON - SEE SH. 2

DRAWING NUMBER
NNL6420

EX. 30, p.: 1553

# ENGINEERING ORDER

DAC 25-1709B (REV. 1-79)

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CODE IDENT NO. 88277    CORPORATION

MAY 2 1979

| 4 | NNL 6420 |
|---|---|
| SHEET | DRAWING NUMBER |

| DATE | MAY 4 1979 | 2 | CHANGE LETTER | A |
|---|---|---|---|---|
| DATE | | 3 | SERIAL EO | |
| DATE | | 4 | NEW-REVISED RELEASE | |
| DATE | | 5 | REISSUE TO REVISE | R |

ZONE 5
"PLAN VIEW CENTER WING"
CHANGE AS SHOWN BELOW

(IS)



AAL 7114-544
(EO REF)

AAL 7114-543
(EO REF)

$X_{CW} = -17.000$
(EO REF)

$Y_{CW} = -17.000$
(EO REF)

$X_{CW} = -3.060$

(WAS)



AAL 7114-544

AAL 7114-543

$X_{CW} = 17.000$

$X_{CW} = -17.000$

REASON: DWG ERROR

| DRAWING NUMBER |
|---|
| NNL 6420 |

Ex.: 30; p.: 1554



**ENGINEERING ORDER**

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
MCDONNELL DOUGLAS
CODE IDENT NO. 88877          CORPORATION

DAC 25-1709B (REV. 1-79)

MAY 2 1979

5 · NNL6420
SHEET | DRAWING NUMBER

| DATE | MAY 4 1979 | 1 | 2 | CHANGE LETTER | A |
|------|-----|---|---|---------------|---|
| DATE | | | 3 | SERIAL EO | |
| DATE | | | 4 | NEW/REVISED RELEASE | |
| DATE | | | 5 | REISSUE TO REVISE | R |

ZONE 4
"PLAN VIEW CENTER WING"
CHANGE AS SHOWN    $X_{CW} = -81.000$ (EO REF)

— ANL 7219-505
TUBE ASS'Y

— ANL 7219-503 (EO REF)
TUBE ASS'Y
722-450 SLEEVE (2)
M1214-450 RING (2) (EO REF)
S4892944-246 "O" RING (2)

— AAL 7114-542
PIPE ASS'Y
S4892944-246
"O" RING (2)

(IS)

$X_{CW} = -81.000$

— AAL 7114-542
PIPE ASS'Y

— ANL 7219-503
TUBE ASS'Y
T15-450 NUT
T22-450 SLEEVE
M1214-450 RING (2)
S4892944-246 "O" RING (3)

REASON:
DEVELOPMENT FIXTURE
ACTIVITY

(WAS)

DRAWING NUMBER
NNL6420

Ex. 30, p. 1555

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CODE IDENT NO. 05877    CORPORATION

DAC 25-1709H (REV. 1-79)

MAY 2 1979

| | | 6 | NNL6420 |
| SHEET | DRAWING NUMBER |

| | | 2 | CHANGE LETTER | A |
| DATE | MAY 4 1979 |
| DATE | | 3 | SERIAL EO |
| DATE | | 4 | NEW REVISED RELEASE |
| DATE | | 5 | REISSUE TO REVISE | R |

ZONE 37
REVISE AU-AU AS SHOWN

NAS6103U9 SCREW 2 REQD
MS21042L3 NUT 2 REQD
NAS1252-10L WASHER 2 REQD

.218 DIA 4 HOLES IN NPB6272 (REF)
.229
NAS6103U11 SCREW 4 REQD
MS21042L3 NUT 4 REQD
NAS1252-10L WASHER 4 REQD

ANL7220-513
SUPPORT
PICK UP EXISTING
FASTENERS

X=0

1.36

S-5 (EO REF)

S-5

3.40

(EO REF)
NMC-S770...
(SAME)

NMC-S770...
(SAME)

S-4 (EO REF)

S-4

1.34

AU-AU (EO REF)
(IS)

EO
SH7

REASON:
DEVELOPMENT FIXTURE
ACTIVITY

AU-AU
(WAS)

DRAWING NUMBER
NNL6420

EX. 30, p. 1556

Case MDL-00-0000  Document 0000-00  Filed 00/00/00  Page 11 of 66

# ENGINEERING ORDER

DAC 2S-1709B (REV. 1-79)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS**
CAGE IDENT NO. 88871   CORPORATION

MAY 2 1979

| | | 7 | NNL642.0 |
| SHEET | DRAWING NUMBER |

| DATE MAY 4 1979 | 2 | CHANGE LETTER | A |
| DATE | 3 | SERIAL EO | |
| DATE | 4 | NEW/REVISED RELEASE | |
| DATE | 5 | REISSUE TO REVISE | R |

ADD NEW VIEW ◤-◤
FROM EO SH6 AS SHOWN:

1.32

ANL 7215-521 SUPPORT

ANL 7215-519 SUPPORT

NPB6272
(REF)

ANL 7215-521

1.32

◤-◤  │EO│
      │SH 6│

REASON: SEE SH 6

ZONE 38
AT-AT
CHG AS SHOWN

X=0  ← REMOVE

X=0 (ADD)

AT-AT (EO REF)

REASON —
DWG ERROR

DRAWING NUMBER
NNL642.0
1557

# ENGINEERING ORDER
## PARTS LIST REVISION
DAC 25-1709D (REV. 11-77)

**DOUGLAS AIRCRAFT COMPANY**
**MCDONNELL DOUGLAS CORPORATION**

CODE IDENT NO. 88277

MAY 2 1979

8 | NNL 6420

SHEET | DRAWING NUMBER

| ACTION CODE | |
|---|---|
| A ADDED | B BULK MATL |
| C CANCELLED | C CUST FURN CUST INSTL |
| D DELETED | D CUST FURN DAC INSTL |
| R REVISED | P CUST FURN INSTL CHECK |
| S SUPERSEDED | S GOVT OR IND STANDARD |
| T TECH CHANGE | L COMML SHELF ITEM |
| X REINSTATE | M 'MAKE FROM' ITEM |

**C/C CONTROL CODE**
P1 PURCH DAC PART-SUP MATL
P2 PURCH DAC PART-DAC MATL
R REWORK OR SALVAGE PART
S DAC STANDARD PART
V SUPPLIER ITEM-SPEC CONT
Z REF DOCUMENT
= DAC DWG NOT STD PART
X PROCESS REQD BY SCN

| | MAY 4 1979 | 2 CHANGE LETTER | A |
|---|---|---|---|
| | DATE | 3 SERIAL EO | |
| | DATE | 4 NEW REVI EO RELEASE | |
| | DATE | 5 REISSUE TO REVISE | R |

| QUANTITY REQUIRED PER NOTED DASH NO. | | | | | | C AO CD TE | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C/C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | P R S X | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IPRSX | | | | | | | | | | | | | | | | | | |
| 0 | 1 | 2 | 3 | 4 | 5 | | | | | | | | | | | | | |
| 1 | | | | | 2 | A | ANL7215-521 | SUPPORT | — | | | | | | | | | 1 |
| 2 | | | | | 1 | A | ANL7215-519 | SUPPORT | | | | | | | | | | 2 |
| 3 | | | | | 1 | R | ANL7220-515 | | | | | | | | | | | 3 |
| 4 | | | | | 1 | A | ANL7219-505 | TUBE ASSY | — | | | | | | | | | 4 |
| 5 | | | | | 4 | R | T22-450 | | | | | | | | | | | 5 |
| 6 | | | | | 6 | R | T15-450 | | | | | | | | | | | 6 |
| 7 | | | | | 24 | R | S4892944-246 | | | | | | | | | | | 7 |
| 8 | | | | | 27 | R | NAS6103U9 | | | | | | | | | | | 8 |
| 9 | | | | | 8 | R | NAS6103U11 | | | | | | | | | | | 9 |
| 10 | | | | | 25 5 | R | NAS1252-10L | | | | | | | | | | | 10 |

DWG NO. NNL 6420

DAC 30 P. 1558

Case MDL No. 08-JD Document 6847-9 Filed 04/09/01 Page 13 of 66

# ENGINEERING ORDER
## PARTS LIST REVISION

DAC 25-1709D (REV. 11-77)

**DOUGLAS AIRCRAFT COMPANY**
**MCDONNELL DOUGLAS** CORPORATION
CODE IDENT NO. 88277

MAY 2 1979

| 9 | NNL6420 |
|---|---------|

SHEET | DRAWING NUMBER

| DATE | MAY 4 1979 | 2 | CHANGE LETTER | A |
|------|------|---|---------------|---|
| DATE | | 3 | SERIAL EO | |
| DATE | | 4 | NEW/REVISED RELEASE | |
| DATE | | 5 | REISSUE TO REVISE | R |

**QUANTITY REQUIRED PER NOTED DASH NO.**

**ACTION CODE**
A ADDED
C CANCELLED
D DELETED
R REVISED
S SUPERSEDED
T TECH CHANGE
X REINSTATE

**C/C CONTROL CODE**
B BULK MATL
C CUST FURN CUST INSTL
D CUST FURN DAC INSTL
F CUST FURN INSTL CHECK
G GOVT OR IND STANDARD
M 'MAKE FROM' ITEM
N 'MAKE FROM' DAC ITEM

P1 PURCH DAC PART-SUB MATL
P2 PURCH DAC PART-DAC MATL
R REWORK OR SALVAGE PART
S DAC STANDARD PART
V SUPPLIER ITEM-SPEC CONT
Z REF DOCUMENT
— DAC DWG, NOT STD PART
X PROCESS REQD BY SCN

| IPRSX | 1 | 2 | 3 | 4 | 5 | C AC CD TE | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT. NO. | C/C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | IPRSX |
|-------|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|
| 1 | | | | | 2 2 3 | R | MS21042L-3 | | | | | | | | | | 1 |
| 2 | | | | | | | | | | | | | | | | | 2 |
| 3 | 1 | 2 | 3 | 4 | 5 | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | | | | | | | 5 |
| 6 | | | | | | | | | | | | | | | | | 6 |
| 7 | 1 | 2 | 3 | 4 | 5 | | | | | | | | | | | | 7 |
| 8 | | | | | | | | | | | | | | | | | 8 |
| 9 | | | | | | | | | | | | | | | | | 9 |
| 10 | | | | | | | | | | | | | | | | | 10 |

DWG NO. NNL6420

Ex.: 30; p.: 1559







Saved with the EPS Document Management Application (it) com.

82-12575

# ENGINEERING ORDER
DAC 25-1709K (REV. 7-79)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS**

B-60

| | | | | | |
|---|---|---|---|---|---|
| RC AIR | MI 206 | MW | AW | FS 48200 | LDM |

| DESIGN SECTION | DN |
|---|---|

| | DZ |
|---|---|

| TYPE RELEASE | | |
|---|---|---|
| DEVELOPMENT | A | |
| PRODUCTION | B | X |
| NON PROD. | C | |

| TOTAL NO. PL INPUT SHEETS | 0 | 30766 |
|---|---|---|
| ADD DATE | FEB 25 1980 | J |

NNL 6420

| SHEET 1 OF 4 | SIZE | DRAWING NUMBER |
|---|---|---|

### HANDLING INSTRUCTIONS (HI)
0. INTERCHANGEABILITY NOT AFFECTED, USAGE OF PRIOR CHANGE OPTIONAL.
1. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY, OPTIONAL REWORK INSTRUCTIONS INCLUDED.
4. SCRAP.
5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
6. RETROFIT (DELIVERED ARTICLES).

| ENGRG TIME CHG (COST CHARGE NO.) | TITLE |
|---|---|
| DPAE1 D10 | VENT SYSTEM INSTL - WING COMPLETE |

| DATE | 1 | DRAWING CHANGED | |
|---|---|---|---|
| DATE FEB 25 1980 | 2 | ADVANCE DWG CHG | B |
| DATE | 3 | SERIAL EO | |
| DATE | 4 | NEW/REVISED RLSE | |
| DATE | 5 | REISSUE TO REVISE | R |

| FWG DP1E1 | DOG 009.1 | WRO KC10-12 | ROUTING CODE M | CHG CLASS — |
|---|---|---|---|---|
| | COE 010.5 | | | |

| SEO/REWORK DRAWING REQUIRES DRAWING CHANGE | DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED |
|---|---|---|
| ☐ YES ☐ NO | | |

| EO MADE BY 2/19/80 | DESIGN APPROVAL 2-22-80 | CHECK EO | WEIGHTS 2-22-80 | PROGRAM ENGG | PRODUCT SUPPORT | RELEASE DATE |
|---|---|---|---|---|---|---|
| D. ESCALANTE | | RHR | | | DIWNO 2/21/80 | |

| DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG | STRESS | CHANGE CONTROL | MATERIAL | CUSTOMER |
|---|---|---|---|---|---|---|
| | | | | RF (BU) | JMD | |

| | 1.2 LTR | MODEL | SECTION | RELEASE CCN | HI NO. | WRO EFFECT 311 | EFFECTIVITY (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | NEW | FORMER | | |
| 1 | CK | KC10A | NL20 | | 2 | 0311+ | | | | | | 1 |
| 2 | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | 3 |
| 4 | | | | | SEE SHEET 1.01 FOR EFF | | | | | | | 4 |
| 5 | | | | | | | | | | | | 5 |

AFFECTS -1.

NOTE: INPUT TO PRIMS
DATE 2/25/80 W.J. Jaime
DO NOT ALTER

C/W McCORMACK

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| DEVELOPMENT | X | |
| Orig at DAC | | |
| Dup at | | X |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | |

| DRAWING NUMBER |
|---|
| NNL 6420 |

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & CRAINS AFF | | |
| VENTILATION AFF | | |
| SEATING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |
| LAB TEST AFF | | |

BULL PEN ADVANCE RELEASE NOT TO BE ALTERED

LIAISON 82 ENGG

| NAME | QTY/DEPT. | MAIL CODE |
|---|---|---|
| R. DOBSON | 1 253 | 35-61 |
| L. ZIMMER | 1 250 | 35-61 |

EXTRA EO'S

| NAME | QTY/DEPT. | MAIL CODE |
|---|---|---|

EXTRA DRAWINGS

Ex.: 30; p.: 1563

Case 8:19-cv-01984-JVS-KES   Document 435-3   Filed 03/27/24   Page 18 of 66

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA   **MCDONNELL DOUGLAS**   CORPORATION
CODE IDENT NO. 88277

ENGINEERING ORDER   DES COG:DAC DES GRP:P/P MFG COG:          PAGE 1.01          DRAWING NUMBER NNL6420
DATE:800225 EWO:DP1E1       WRO:KC10-12                                          DRAWING CHANGE    B ADV
1.2 SCHEDULE   DC-10  CK                                                         MEMO NUMBER
                                                        FEB 26 1980   REISSUE NUMBER
DC-10 WRO EFFECT = 0311

| MODEL SECTION | HI NO | EFFECTIVITY | | CONFIGURATIONS REQ PER ARTICLE | | | NEXT ASSEMBLY U | |
|---|---|---|---|---|---|---|---|---|
| | | | | SEQ FROM THRU | NEW | FORMER | DRAWING NO. | CD |
| DC-10 NL20 | 2 | AD30A | 48200 | -1 | | | | |
| DC-10 NL20 | 2 | 48201 | -48205 | -1 | | | | |

Ex.: 30; p.: 1564

Case MDL No 875 JPML Document 66075 Filed 03/09/11 Page 19 of 66

# ENGINEERING ORDER

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
MCDONNELL DOUGLAS
CORPORATION
C2DS JOINT NO. C6877

DAC 25-1709B (REV. 1-79)

FEB 2 5 1980

| | 2 | NNL6420 |
|---|---|---|
| | SHEET | DRAWING NUMBER |

| | DATE FEB 2 6 1980 | 2 | CHANGE LETTER | B |
|---|---|---|---|---|
| | DATE | 3 | SERIAL EO | |
| | DATE | 4 | NEW/REVISED RELEASE | |
| | DATE | 5 | REISSUE TO REVISE | R |

① ZONE 29, PULL VIEW ◐ AS SHOWN:



$Z_{CFS} = 58.34$
(E.O. REF)

(E.O. REF)
ANL7213-503
ADAPTER

FWD

ANL7213-503

AAL7114-541
(EO REF)

NPB6280 (REF)

(E.O. REF)
AV-AV ④

VIEW ◐ 29
COUPLING & MATING PIPE OMITTED

| DRAWING NUMBER |
|---|
| NNL6420 |

Ex.: 30; p.: 1565

ENGINEERING ORDER

DAC 25-1709B (REV. 1-79)

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CODE IDENT NO. 88277    CORPORATION

FEB 25 1980

| | | 3 | NNL 6420 |
| | | SHEET | DRAWING NUMBER |

| DATE | FEB 26 1980 | 2 | CHANGE LETTER | B |
|---|---|---|---|---|
| DATE | | 3 | SERIAL EO | |
| DATE | | 4 | NEW/REVISED RELEASE | |
| DATE | | 5 | REISSUE TO REVISE | R |

② ZONE 2; PULL VIEW △ AS SHOW'N:

REASON ① & ② TO CLARIFY INSTALLATION (ADAPTERS COULD BE INSTALLED WRONG).



$Z = -29.60$
(E.O. REF)

$Z = -29.60$

ANL7213-505

FWD

APB7240 (REF)

$X = -3,660$
(E.O. REF)
(REF E.O. A)

(E.O. REF)

AK - AK  4

(E.O. REF)
ANL7213-505 ADAPTER

VIEW △ 2
COUPLING & MATING PIPE OMITTED

NOTE TO DRAFTSMAN:
③ ROTATE THIS PROJ. 90°
AS SHOWN
REASON: TO PROVIDE PROPER INSTALLATION.

| | DRAWING NUMBER |
|---|---|
| | NNL 6420 |

Ex.: 30; p.: 1566

**EXPEDITE**

## ENGINEERING ORDER
DAC 25-1709K (REV. 7-79)

B-63

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA
McDONNELL DOUGLAS
CODE IDENT NO. 88277    CORPORATION

| RC | MI | MW | AW | FS | LDM |
|----|-----|-----|-----|-----|-----|
| AIR | 206 | | | 48202 | DZ |

| DESIGN SECTION | TYPE RELEASE | TOTAL NO. PL INPUT SHEETS | 1 |
|---|---|---|---|
| DN | DEVELOPMENT | A | |
| | PRODUCTION | B | X |
| | NON PROD. | C | |

ADV DATE MAR 20 1980

SHEET 1 OF 4

J  NNL 6420

SIZE DRAWING NUMBER

### HANDLING INSTRUCTIONS (HI)
0. INTERCHANGEABILITY NOT AFFECTED. USAGE OF PRIOR CHANGE OPTIONAL.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
3. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY. OPTIONAL REWORK INSTRUCTIONS INCLUDED.
4. SCRAP.
5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
6. RETROFIT (DELIVERED ARTICLES).

| ENGRG TIME CHG (COST CHARGE NO.) | TITLE |
|---|---|
| DPAEI D10 | VENT SYSTEM INSTL - WING COMPLETE |

| EWO | DPIEI |
| DOG | 011.5 |
| SYS | 843.5 |
| WRO | KC10-12 |
| ROUTING CODE | M |
| CHG CLASS | — |

| DATE | | DRAWING CHANGED | |
|---|---|---|---|
| DATE MAR 24 1980 | 2 | ADVANCE DWG CHG | C |
| DATE | 3 | SERIAL EO | |
| DATE | 4 | NEW/REVISED RLSE | MEMO #1 |
| DATE | 5 | REISSUE TO REVISE | R |

SEO/REWORK DRAWING REQUIRES DRAWING CHANGE
☐ YES

☐ DWG REPLACES REPLACED BY
RELEASE STOP ORDER

EXPECTED SEO/RWK DWG INCORP DATE    INCORP SEO, QAEO RWK DWG

| EO MADE BY | DESIGN APPROVAL | CHECK EO | WEIGHTS 3-12-80 | PROGRAM ENGLG | PRODUCT SUPPORT | RELEASE | DATE |
|---|---|---|---|---|---|---|---|
| D. ESCALANTE | | HEITHAUS 3-11-80 | A. L. Morgan | | JOHNSON GVO | | |
| DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG | STRESS 3-12-80 | CHARGE CONTROL | MATERIAL | CUSTOMER AUTH | INCORP VIR NO. |
| | | | | | | CUSTOMER | |

| | 1,2 LTR | MODEL | SECTION | RELEASE CCN | HI NO. | WRO EFFECT 365 | EFFECTIVITY (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | NEW | FORMER | | |
| 1 | CK | KC10A | NL20 | | 2 | 48202 -205, AD30A | | -1 | 0 | 1 | NNV6400 | 1 |
| 2 | CK | KC10A | NL20 | | 2 | 48202 -205, AD30A | | -501 | 1 | 0 | NNV6400 | 2 |
| 3 | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | 4 |
| 5 | | | | SEE SHEET 1.01 FOR EFF. | | | | | | | | 5 |

REF: NPB 6280 "BR" E.O.

ADDS -501.

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |
| LAB TEST AFF | | |

| | | | |
|---|---|---|---|
| R. DOBSON | 1 | 253 | 35-61 |
| L. ZIMMER | 1 | 250 | 35-61 |
| NAME | QTY | DEPT. | MAIL CODE |

SB/SC NO.    EXTRA EO'S

NAME    QTY DEF.    MAIL CODE

EXTRA DRAWINGS

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| DEVELOPMENT | | X |
| Orig at DAC | | X |
| Dup at _____ | | |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | X |

DRAWING NUMBER
NNL 6420

Ex. 30, p. 1567

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA    McDONNELL DOUGLAS
CORPORATION
CODE IDENT NO. 94877

MAR 2 0 1980

ENGINEERING ORDER   DES COG:DAC DES GRP:P/P MFG COG:          PAGE 1.01          DRAWING NUMBER NNL6420
DATE:800319 EWO:DP1E1      WRO:KC10-12                                           DRAWING CHANGE    C ADV
1.2 SCHEDULE    DC-10  CL                        MAR 2 4 1980                        MEMO NUMBER 001
                                                                                 REISSUE NUMBER

| MODEL | SECTION | HI NO | | EFFECTIVITY | | CONFIGURATIONS SEQ | REQ PER NEW | ARTICLE FORMER | NEXT ASSEMBLY DRAWING NO. | U CD |
|-------|---------|-------|------|-------------|--|--------------------|-------------|----------------|---------------------------|------|
| DC-10 | NL20 | 2 | AD30A | ,48202 | -48205 | -1 | 0000 | 0001 | NNV6400 | |
| DC-10 | NL20 | 2 | AD30A | ,48202 | -48205 | -501 | 0001 | 0000 | NNV6400 | |

Ex.: 30; p.: 1568

EOP

**ENGINEERING ORDER**

DAC 25-17098 (REV. 1-79)

Douglas Aircraft Company
LO.. · BEACH, CALIFORNIA
McDONNELL DOUGLAS
CODE IDENT NO. 88877 · CORPORATION

MAR 2 0 1980

| | 2 | | NNL 6420 |
|---|---|---|---|
| | | SHEET | DRAWING NUMBER |
| DATE MAR 2 4 1980 | 2 | CHANGE LETTER | C. |
| DATE | 3 | SERIAL EO | |
| DATE | 4 | NEW/REVISED RELEASE | MEMO #1 |
| DATE | 5 | REISSUE TO REVISE | R |

– ZONE 3. REVISE CALLOUT

    <u>IS</u>: AAL 7114 -541 PIPE ASSY FOR –1
       AAL 7114 -851 PIPE ASSY FOR –501

    <u>WAS</u>: AAL 7114 -541 PIPE ASSY

– ZONE 29. REVISE VIEW AV–AV AS SHOWN:

$Z_{CFS} = 57.34$ FOR –501
$Z_{CFS} = 58.34$ FOR –1

$X = -76.67$ (E.O. REF)

ADD

AAL 7114 -541 FOR –1
AAL 7114 -851 FOR –501

REASON: VENT PIPE PENETRATION AT THE FRONT
SPAR HAS BEEN RELOCATED TO CLEAR
CONTROLS PUSHROD.

| DRAWING NUMBER |
|---|
| NNL 6420 |

Case MDL No. 875 Document 6679-1 Filed 08/27/11 Page 24 of 66

# ENGINEERING ORDER
## PARTS LIST REVISION
DAC 25-1200D (REV 11-72)

DOUGLAS AIRCRAFT COMPANY
McDONNELL DOUGLAS CORPORATION
CODE IDENT NO. PART

| | | | | | | MAR 24 1980 | 2 | CHANGE LETTER | | C |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | DATE | 3 | SERIAL NO | | |
| | | | | | | DATE | | NEW REVISED RELEASE | | MEMO #1 |
| | | | | | | DATE | | REISSUE TO REVISE | R | |

| QUANTITY REQUIRED PER NOTED DASH NO. | | | | | -501/* | C AO CD TE | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | IPRSX | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRSX | 1 | 2 | 3 | 4 | | | | | | | | | | | | | | |
| | | | | | * | A | -501 | SAME AS -1 EXCEPT | | | | | | | | | | 1 |
| | | | | | 1 | A | AAL7114-851 | PIPE ASSY | | — | | | | | | 3 | | 2 |
| | | | | | 0 | R | AAL7114-541 | | | | | | | | | | | 3 |
| | 1 | 2 | 3 | 4 | 5 | | | | | | | | | | | | | 4 |
| | | | | | | | | | | | | | | | | | | 5 |
| | | | | | | | | | | | | | | | | | | 6 |
| | 1 | 2 | 3 | 4 | 5 | | | | | | | | | | | | | 7 |
| | | | | | | | | | | | | | | | | | | 8 |
| | | | | | | | | | | | | | | | | | | 9 |
| | | | | | | | | | | | | | | | | | | 10 |

DWG NO. NNL 6420

Ex.: 30; p.: 1570

TS 7/20

## ENGINEERING ORDER
DAC 25-1709K (REV. 7-79)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS**
CORPORATION
CODE IDENT NO. 81875

| DESIGN SECTION | TYPE RELEASE | | TOTAL NO. PL INPUT SHEETS 1 | |
|---|---|---|---|---|
| DN | DEVELOPMENT | L | ADV MAY 7 1980 | NNL6420 |
| | PRODUCTION | B X | DATE | |
| | NON PROD. | C | SHEET 1 OF 23 | SIZE DRAWING NUMBER |

B71

| RC 41R | MI 206 | MW | AW | FS 48200 | LDM DE. |
|---|---|---|---|---|---|

| HANDLING INSTRUCTIONS (HI) | ENGRG TIME CHG (COST CHARGE NO.) DPAE1 D10 | TITLE VENT SYSTEM INSTL- WING COMPLETE |
|---|---|---|

1. INTERCHANGEABILITY NOT AFFECTED. USAGE OF PRIOR CHANGE OPTIONAL.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
3. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY. OPTIONAL REWORK INSTRUCTIONS INCLUDED.
4. SCRAP.
5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
6. RETROFIT (DELIVERED ARTICLES).

| DATE MAY 12 1980 | 1 | DRAWING CHANGED |
| DATE | 2 | ADVANCE DWG CHG | D |
| DATE | 3 | SERIAL EO |
| DATE | 4 | NEW/REVISED RLSE |
| DATE | 5 | REISSUE TO REVISE | R |

| EWO DPIE1 | DOG 0185 5R | WRO KC-10-12 | ROUTING CODE M | CHG CLASS | SEC/REWORK DRAWING REQUIRES DRAWING CHANGE ☐ YES ☐ NO | ☐ DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED |
| SYS | COE 020.5 | | | | | EXPECTED SEO/RWK DWG INCORP DATE | INCORP SEO QAEO RWK DWG |

| EO MADE BY D ESCALANTE | DESIGN APPROVAL 5-2-80 REITBERGER | CHECK EO 5-2-80 | WEIGHTS 5-2-80 | PROGRAM ENGRG | PRODUCT SUPPORT E.Z.5283 -0 | RELEASE * | DATE | CUSTOMER AUTH | INCOPP VIR NO. |
| DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG R. GROSCH | STRESS 5-2-80 S. GEE | CHANGE CONTROL 5-7-80 | MATERIAL JMD | CUSTOMER | | |

| | 1.2 LTR | MODEL | SECTION | RELEASE CCN | HI NO. | WRO EFFECT 311 | EFFECTIVITY (4 SERIAL NUMBERS PER LINE MAXIMUM) 333+ | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | NEW | FORMER | | |
| 1 | CL | KC-10A | NL 20 | | 5* | 0311 + | | | | | | 1 |
| 2 | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | 4 |
| 5 | | | | | | SEE SHEET 1.03 FOR EFF | | | | | | 5 |

AFFECTS -1, -501.

MII # 04188 BY M. HEFFERAN DEPT 550
4-10-80

* 48200 HANDLED PER MRSR 1-25702B
ACCEPTABLE.

NOTE: INPUT TO PRESS
DATE 5-7-80 J.O.A.
DO NOT ALTER

| FLIGHT RAMP RELEASE | | |
|---|---|---|
| ENGRG | | 5-7-80 |
| MFG | | 5-7-80 |
| INSP | | 5-7-80 |
| AIRPLANE NO. | 311 | |

C1

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |
| LAB TEST AFF | | |

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| DEVELOPMENT | | X |
| Orig at DAC | | X |
| Dup at | | |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | X |
| DRAWING NUMBER | NNL6420 |

EX. 30, p. 1571

| R. DOBSON | 1 | 250 | 35-61 |
| L. ZIMMER | 1 | 250 | 35-61 |
| NAME | QTY DEPT. | MAIL CODE | NAME | QTY DEPT. | MAIL CODE |

Case MDL No. 1785 Document 8875-2 Filed 03/09/01 Page 26 of 66

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA          MCDONNELL DOUGLAS

ENGINEERING ORDER   DES COG:DAC DES GRP:P/P MFG COG:   CODE IDENT NO. 88277 PAGE 1 OF 1          DRAWING NUMBER NVL6420
DATE:800506 EWO:DP1E1      WRO:KC10-12                                                           DRAWING CHANGE   D ADV
                                                                        **MAY  7 1980**                MEMO NUMBER
1.2 SCHEDULE   DC-10  CL                                                                         REISSUE NUMBER

DC-10 WRO EFFECT = 0311                                                  MAY 12 1980

| MODEL | SECTION | HI NO | | EFFECTIVITY | CONFIGURATIONS SEQ | REQ PER ARTICLE | | NEXT ASSEMBLY | U |
|-------|---------|-------|--------|-------------|------|------|--------|---------------|----|
|       |         |       |        |             | FROM THRU | NEW | FORMER | DRAWING NO. | CD |
| DC-10 | NL20    | 5     | 48200  | 48201       | -1   |     |        |               |    |
| DC-10 | NL20    | 5     | AD30A  | 48202 -48205 | -501 |    |        |               |    |

EOP

Ex.: 30; p.: 1572

# ENGINEERING ORDER
## COMPOSITE CONTINUATION SHEET

DAC 25-17098 (REV. 1-79)

DOUGLAS AIRCRAFT COMPANY

**MCDONNELL DOUGLAS** CORPORATION

CODE IDENT NO. 89277

MAY 7 1980

| 2 | NNL 6420 |
|---|---|
| SHEET | DRAWING NUMBER |

| QUANTITY REQUIRED PER NOTED DASH NO. | | | | | ACTION CODE | C C CONTROL CODE | DATE MAY 12 1980 | CHANGE LETTER | D |
|---|---|---|---|---|---|---|---|---|---|

ACTION CODE
A ADDED
C CANCELLED
D DELETED
R REVISED
S SUPERSEDED
T TECH CHANGED
X REINSTATED

B BULK MATL
C CUST FURN CUST INSTL
D CUST FURN DAC INSTL
F CUST FURN INSTL CHECK
G GOVT OR IND STANDARD
M COMML SHELF ITEM
M 'MAKE FROM' DAC ITEM

P1 PURCH DAC PART-SUP MATL
P2 PURCH DAC PART-DAC MATL
R REWORK OR SALVAGE PART
S DAC STANDARD PART
V SUPPLIER ITEM SPEC CONT
X 'SON' 'RC OR 'ECP' REF
Z REF DOCUMENT
  DAC DWG NOT STD PART

| IPRSX | 1 | 2 | 3 | 4 | 5 | | C A C O D E | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND OR SUPPLIER) | ITEM FIND | N O T E S | ZONE | I P R S X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| DATE | 1 | SERIAL EO | |
| DATE | 4 | NEW REVISED RELEASE | |
| DATE | 5 | REISSUE TO REVISE | R |

1 | | | | | | | D | ANL 7007 -579 | (PIPE ASSY) | | | | | | | | | 1

2 | | | | | | | | | | | | | | | | | | 2

3 | 1 | 2 | 3 | 4 | 5 | | | | | | | | | | | | | 3

REMOVE ANL 7007-579 FROM PARTS LIST.
(NOT CALLED OUT ON FACE OF DWG)

REASON: PART IS USED ON DC-10 30/40 ONLY, NOT TANKER.

| DRAWING NUMBER |
|---|
| NNL 6420 |

Ex.: 30; p.: 1573

# ENGINEERING ORDER
DAC 25-170?X (REV. 7-79)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS**
CODE IDENT NO 85877 CORPORATION

ADV 6/20/80

DESIGN SECTION **DN**

| TYPE RELEASE | TOTAL NO. PL INPUT SHEETS | 1 | 5 | EXPEDITE |
|---|---|---|---|---|
| DEVELOPMENT | ADV DATE | 4 | | |
| PRODUCTION | | X | J | NNL6420 |
| NON PROD. | SHEET 1 OF 3 | | SIZE | DRAWING NUMBER |

RC **AIR** MI **206** MW AW FS **48202** LDM **DZ**

| | DATE | 1 | DRAWING CHANGED | |
|---|---|---|---|---|
| | DATE JUN 23 1980 | 2 | ADVANCE DWG CHG | M E |
| | DATE | 3 | SERIAL EO | |
| | DATE | 4 | NEW/REVISED RLSE | |
| | DATE | 5 | REISSUE TO REVISE | R/ |

**HANDLING INSTRUCTIONS (HI)**

1. INTERCHANGEABILITY NOT AFFECTED. USAGE OF PRIOR CHANGE OPTIONAL.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
3. NOTED EFFECTIVITY. OPTIONAL REWORK INSTRUCTIONS INCLUDED.
4. SCRAP.
5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
6. RETROFIT DELIVERED ARTICLES.

ENGRG TIME CHG (COST CHARGE NO.) **DPAE1 D10**

TITLE **VENT SYSTEM INSTL- WING COMPLETE**

| EWC **11188** | DOC **6205** JL | WRO **KC10-156** | ROUTING CODE **A** | CHG CLASS **—** | SEO REWORK DRAWING REQUIRES DRAWING CHANGE | DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED |
|---|---|---|---|---|---|---|---|
| SYS | COE **023N** | | | | ☐ YES ☐ NO | | |

| EO MADE BY | DESIGN APPROVAL | CHECK SO 6-19-80 | WEIGHTS | PROGRAM ENGRG | PRODUCT SUPPORT | RELEASE | DATE | | |
|---|---|---|---|---|---|---|---|---|---|
| **DESCALINE** | | **KEITH LOWE** | | | | | | CUSTOMER AUTH | INCORP VIR NO. |
| DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG | STRESS 6-19-80 | CHANGE CONTROL | MATERIAL | CUSTOMER | | EXPECTED SEO RWK INCORP SEO DATED DWG INCORP DATE RWK DWG | |

| 1.2 LTR | MODP | SECTION | RELEASE CCN | HI NO. | WRO EFFECT 362 | ADV EFFECTIVITY 3624 (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NEW | FORMER | | |
| 1 | CM | KC-10A | NL20 | | 2 | 0362? | | | | | JUL 23 1980 | 1 |
| 2 | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | 5 |

SEE SHEET 1.01 FOR EFF

AFFECTS -1 AND -501.

M.I.P. KC10-122

CCB # A310

CCB A310
CL EE 6/6/80

PRINT DISTRIBUTION | YES | NO | A
DEVELOPMENT | | X
Orig at DAC
Dun at | | X
SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | X
DRAWING NUMBER NNL6420

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |
| LAB TEST AFF | | |

| SB'SC NO. | NAME | QTY DEPT. | MAIL CODE | NAME | QTY DEPT. | MAIL CODE |
|---|---|---|---|---|---|---|
| | DOBSON | 1 250 | 35-61 | | | |
| | L. ZIMMER | 1 250 | 35-61 | | | |
| | EXTRA EO'S | | | EXTRA DRAWINGS | | |

Ex 30-D 1574

Case MDL No. 0085-JB Document 6847-5 Filed 06/00/01 Page 29 of 66

ENGINEERING ORDER   DES COG:DAC DES GRP:P/P MFG COG:  CODE IDENT NO. 88277  PAGE 1.01

DATE:800623 EWO:11188    WRO:KC10-156A

1.2 SCHEDULE    DC-10 CM

DC-10 WRO EFFECT = 0362

DRAWING NUMBER NNL6420
DRAWING CHANGE    E ADV
MEMO NUMBER
REISSUE NUMBER

JUN 23 1980

| MODEL SECTION | HI NO | EFFECTIVITY | | CONFIGURATIONS REQ PER ARTICLE | | | | NEXT ASSEMBLY U | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | SEQ FROM THRU | NEW | FORMER | | DRAWING NO. | CD |
| DC-10 NL20 | 2 | FUTURE | | -1 | | | | | |
| DC-10 NL20 | 2 | AD30A | 48202 -49205 | -501 | | | | | |

JUL 23 1980

Ex.: 30; p.: 1575

# ENGINEERING ORDER
## COMPOSITE CONTINUATION SHEET

DOUGLAS AIRCRAFT COMPANY

McDONNELL DOUGLAS

| | SHEET | DRAWING NUMBER |
|---|---|---|
| | 2 | NNL 6420 |

DATE **JUN 23 1980**

NM E

| QUANTITY REQUIRED PER NOTED DASH NO | | | ACTION CODE | | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | P R S Z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 501 | D | | S4892944 -346 | | | | | | JUL 23 1980 | | | | 1 |
| 12 | 12 | A | | | M25988/3 -346 | PACKING | | L | | | MIL - R -25988/3 | | 2 | S | 2 |
| | | | | | | | | | | | | | | | 3 |

-REVISE CALLOUT USED 6 PLCS IN FOLLOWING ZONES:

ZONE 2 (2 PLCS), ZONE 3, ZONE 4 (3 PLCS)

<u>L3</u>: W701-64DE COUPLING        <u>WA3</u>: W701-64DE COUPLING

M25988/3-346 PACKING (2)            S4892944-346 "O" RING (2)

ZONE 1
ADD SUPERSEDING DECAL
AS SHOWN:

REASON - SOFTER PACKINGS
REQUIRED FOR IMPROVED
SEALING.

**SPARES INFORMATION ONLY**
**(NOT FOR DAC MFG USE)**

NO. S4892944-346 SUPERSEDED
USE UNTIL SPARES ARE EXHAUSTED.
~~S4892944~~ — NOT USABLE IN PLACE OF
SUPERSEDING PART M25988/3-346
USE SUPERSEDING PART FOR FUTURE
SPARES PROCUREMENT.

| DRAWING NUMBER |
|---|
| NNL 6420 |

Ex.: 30; p.: 1576

82-362

# ENGINEERING ORDER
DAC 25-1709K (REV. 1-80)

C2

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS**
CORPORATION
DOCE IDENT NO. 68877

BP82
2/7/81

| DESIGN SECTION | TYPE RELEASE | TOTAL NO. PI INPUT SHEETS 2 | | |
|---|---|---|---|---|
| DN | | | J | NNL 6420 |

| RC AIR | MI 206 | MW | AW | FS 30A003 | LDM DZ |
|---|---|---|---|---|---|

| TYPE RELEASE | |
|---|---|
| DEVELOPMENT | A |
| PRODUCTION | B X |
| NON PROD. | C |

ADV DATE FEB 12 1981

SHEET 1 OF 4  SIZE J  DRAWING NUMBER NNL 6420

### HANDLING INSTRUCTIONS (HI)
0. INTERCHANGEABILITY NOT AFFECTED. USAGE OF PRIOR CHANGE OPTIONAL.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
3. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY. OPTIONAL REWORK INSTRUCTIONS INCLUDED.
4. SCRAP.
5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
6. RETROFIT (DELIVERED ARTICLES).

ENGRG TIME CHG (COST CHARGE NO.)
DPDE
1000

EWO DPIEI
SYS

DOG 105.5 JR
COE 907.5

WRO KC10-12

TITLE
**VENT SYSTEM INSTL-**
**WING COMPLETE**

ROUTING CODE M

CHG CLASS —

| | DATE | 1 | DRAWING CHANGED | |
|---|---|---|---|---|
| | DATE FEB 12 1981 | 2 | ADVANCE DWG CHG | F |
| | DATE | 3 | SERIAL EO | |
| | DATE | 4 | NEW/REVISED RLSE | |
| | DATE | 5 | REISSUE TO REVISE | R |

SEO/REWORK DRAWING REQUIRES DRAWING CHANGE
☐ YES ☐ NO

☐ DWG REPLACES REPLACED BY   RELEASE STOP-ORDER DATED

EXPECTED SEO/RWK INCORP SEO/QAEO/DWG INCORP DATE   RWK DWG

| EO MADE BY D. Fox 1-23-81 | DESIGN APPROVAL T. Gehring | CHECK EO HEITHAUS 1-27-81 | WEIGHTS | GRAM ENGRG | PRODUCT SUPPORT VROENING 2-9/0 | RELEASE UPTEGA 2/11/81 | DATE | CUSTOMER AUTH | INCORP VIA NO. |
|---|---|---|---|---|---|---|---|---|---|
| DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG | STRESS 1-28-81 S GEE | CHANGE CONTROL J BLISS 2-9-81 | MATERIAL ☒ JMD WALKER 2-9-81 | CUSTOMER | | | C 75258 |

| | 1,2 LTR | MODEL | SECTION | HI | WRO EFFECT 359 | 84 EFFECTIVITY 359+ (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE NEW | FORMER | NEXT ASSEMBLY DRAWING NO. | U CD | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CU | KC10A | NL20 | 2 | 0359+. | | | | | | | 1 |
| 2 | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | 3 |
| 4 | | | | | SEE SHEET 1.01 FOR EFF. | | | | | | | 4 |
| 5 | | | | | | | | | | | | 5 |

AFFECTS -1, -501.

**BULL PEN** *ADVANCE RELEASE NOT TO BE ALTERED*

LIAISON **82** NGG

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | X | |
| FINISH SPEC AFF | | X |
| DAMS & DRAINS AFF | | X |
| VENTILATION AFF | | X |
| SEALING AFF | | X |
| ELEC BONDING AFF | | X |
| LUBRICATION AFF | | X |
| LAB TEST AFF | | X |

SB/SC NO.

| MAT'L REL | 1 | C1-326 | 122-22 |
|---|---|---|---|

| NAME | QTY | DEPT. | MAIL CODE |
|---|---|---|---|
| T PEAT | 1 | 253 | 35-61 |
| DOBSON | 1 | 253 | 35-61 |
| L ZIMMER | 1 | 253 | 35-61 |

EXTRA EO'S

NAME   QTY DEPT.   MAIL CODE
EXTRA DRAWINGS

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| DEVELOPMENT | | X |
| Orig at DAC | | X |
| Dup at | | |
| SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED | | X |

DRAWING NUMBER
**NNL 6420**

Case MDL No. 875 Document 6667-5 Filed 04/09/01 Page 32 of 66

DOUGLAS AIRCRAFT COMPANY
LONG. BEACH, CALIFORNIA

MCDONNELL DOUGLAS
CODE IDENT NO. 88277
CORPORATION

**FEB 1 2 1981**

ENGINEERING ORDER   DES COG:DAC DES GRP:P/P MFG COG:          PAGE 1.01          DRAWING NUMBER NNL6420
DATE:810210 EWO:DP1E1      WRO:KC10-1.2                                          DRAWING CHANGE     F ADV
1.2 SCHEDULE    DC-10  CU                                                             MEMO NUMBER
                                                                                 REISSUE NUMBER

DC-10 WRO EFFECT = 0359                                       FEB 1 2 1981

| MODEL | SECTION | HI NO | EFFECTIVITY | CONFIGURATIONS REQ PER ARTICLE | | | NEXT ASSEMBLY | U |
| | | | | SEQ FROM THRU | NEW | FORMER | DRAWING NO. | CD |
| DC-10 | NL20 | 2 | FUTURE | -1 | | | | |
| DC-10 | NL20 | 2 | A30999   30A003-30A100 | -501 | | | | |

Ex.: 30; p.: 1578

# ENGINEERING ORDER
## COMPOSITE CONTINUATION SHEET

DOUGLAS AIRCRAFT COMPANY

McDONNELL DOUGLAS

FEB - 2 1981

FEB 12 1981

CORPORATION

DAC 25-1709S (REV. 1-79)

CODE IDENT NO. 88277

| 2 | NNL 6420 |
|---|---|
| SHEET | DRAWING NUMBER |

F

| QUANTITY REQUIRED PER NOTED DASH NO. | | | | | ACTION CODE | C/C CONTROL CODE | | CHANGE LETTER |
|---|---|---|---|---|---|---|---|

ACTION CODE
A ADDED
C CANCELLED
D DELETED
R REVISED
S SUPERSEDED
T TECH CHANGED
X REINSTATED

C/C CONTROL CODE
B BULK MATL.
C CUST FURN CUST INSTL
D CUST FURN DAC INSTL
F CUST FURN INSTL CHECK
G CUST OR IND STANDARD
H COMML SHELF ITEM
L 'MAKE FROM' ITEM
M 'MAKE FROM' DAC ITEM

P1 PURCH DAC PART-SUP MATL
P2 PURCH DAC PART-DAC MATL
R REWORK OR SALVAGE PART
S DAC STANDARD PART
T SUPPLIER ITEM-SPEC CONT
U SUPPLIER ITEM-SPEC CONT
V 'SCN' 'RC' OR 'ECP' REF
Z REF DOCUMENT
- DAC DWG. NOT STD PART

| | DATE | 1 | CHANGE LETTER |
|---|---|---|---|
| | DATE | 2 | SERIAL EO |
| | DATE | 4 | NEW/REVISED RELEASE |
| | DATE | 5 | REISSUE TO REVISE | R |

| IFRSX | | | | | | C AO DE | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C/C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL. CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | IPRSX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | | | | | | | | | | | | |
| | | | -501* | *IA | | | | | | | | | | | | | |
| 1 | | | | | | S | 2720027-1 | REPLACED BY 2720027-11 | | | | | | | | 1 |
| 2 | | | 1 | 1 | | A | 2720027-11 | VALVE | | L | | | PARKER-HANNIFIN CORP, IRVINE, CA. | | | 3 | 2 |
| 3 | 1 | 2 | 3 | 4 | 5 | | | | | | | | | | | 3 |

ITEM 1:
ZONE 3, VIEW AK-AK; & L/M:    2720027-11 VALVE
                             IS   VALVE MUST —  —  —  —

        WAS 2720027-1 VALVE, SWING CHECK
                        VALVE MUST —  —  —

ZONE 2, ABOVE TITLE BLOCK,
    ADD SPARES DECAL:

---

**SPARES INFORMATION ONLY**
(NOT FOR DAC MFG USE)

NO. 2720027 -1 SUPERSEDED
USE UNTIL SPARES ARE EXHAUSTED.
~~SHOULD~~ NOT USABLE IN PLACE OF
SUPERSEDING PART 2720027-11
USE SUPERSEDING PART FOR FUTURE
SPARES PROCUREMENT.

---

REASON: CHECK VALVE MODIFIED TO IMPROVE POPPET SEAL
ITEM#1: MATING SURFACE (VIR C-75258)

| DRAWING NUMBER |
|---|
| NNL 6420 |

Ex.: 30; p.: 1579

Case 1:14-cv-00060-PJSW-Document 9-2 Filed 04/24/14 Page 10 of 12

# ENGINEERING ORDER
## COMPOSITE CONTINUATION SHEET

DOUGLAS AIRCRAFT COMPANY
McDONNELL DOUGLAS CORPORATION
CODE IDENT NO. 88277

FEB 12 1981

| | 3 | NNL 6420 |
|---|---|---|
| | SHEET | DRAWING NUMBER |

DAC 25-1709S (REV. 1-79)

| QUANTITY REQUIRED PER NOTED DASH NO. | ACTION CODE | C/C CONTROL CODE | DATE FEB 12 1981 | 2 | CHANGE LETTER | F |
|---|---|---|---|---|---|---|

ACTION CODE:
A ADDED
C CANCELLED
D DELETED
R REVISED
S SUPERSEDED
T TECH CHANGED
X REINSTATED

C/C CONTROL CODE:
B BULK MATL
C CUST FURN CUST INSTL
D CUST FURN DAC INSTL
F CUST FURN INSTL CHECK
G GOVT OR IND STANDARD
L COMML SHELF ITEM
M 'MAKE FROM' ITEM
M 'MAKE FROM' DAC ITEM
P1 PURCH DAC PART-SUP MATL
P2 PUECH DAC PART-DAC MATL
R REWORK OR SALVAGE PART
S DAC STANDARD PART
V SUPPLIER ITEM-SPEC CONT
X 'SCN', 'PC', OR 'CP' REF
Y 'SCN', 'PC', OR 'CP' REF
- REF DOCUMENT
- DAC DWG. NOT STD PART

| DATE | 3 | SERIAL EO | |
| DATE | 4 | NEW/REVISED RELEASE | |
| DATE | 5 | REISSUE TO REVISE | R |

| IPRSX | 1 | 2 | 3 | *4 -501 | *5 -1 | C AO CD TE | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C/C | STOCK SIZE | MATERIAL DESCRIPTION (OR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | IPRSX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | 15 | 15 | R | ANL 7021-501 | (JUMPER) | | | | | | | | | 1 |
| 2 | | | | 16 | 16 | R | AN 735 D 72 | (CLAMP) | | | | | | | | | 2 |
| 3 | 2 | 3 | 4 | 48 | 5 48 | R | NAS 6103 U6 | (SCREW) | | | | | | | | | 3 |
| 4 | | | | 227 | 227 | R | MS 21042 L3 | (NUT) | | | | | | | | | 4 |

ITEM #2: ADD BONDING JUMPER, 2 PLCS AS SHOWN;
ZONE 5:



(ADD) ⊿

— AAL 7119-540 (ADD)

— ANL 7021-501 JUMPER ASSY
AN 735 D 72 CLAMP (2) ⎱ (ADD)
NAS 6103 U6 SCREW (2) ⎰
MS 21042 L3 NUT (2)

— ANL 7219-1 TUBE ASSY
(E.O. REF)

ZONE 4



Xcw = -81.000 (EO REF)

— AAL 7114-542 (EO REF)

— ANL 7007-537 (EO REF)

(ADD) ⊿

(ADD) ⎰ ANL 7021-501 JUMPER ASSY
AN 735 D 72 CLAMP (2)
NAS 6103 U6 SCREW (2)
MS 21042 L3 NUT (2)

REASON, ITEM 2: JUMPER STRAPS ADDED TO PROVIDE ELECTRICAL BONDING CONTINUITY

| BONDING CHKD B Van Epps DATE 1/27/81 | DRAWING NUMBER NNL 6420 |
|---|---|

Ex.: 30; p.: 1580

# ENGINEERING ORDER
DAC 25-1709K (REV. 1-30)

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA
**McDONNELL DOUGLAS** CORPORATION
CODE IDENT NO 76717

EO 82-520

| RC | MI | MW | AW | FS | LDM |
|---|---|---|---|---|---|
| A12 | 206 | | | 30 A 003 | D Z |

**OESIGN SECTION** DN

| TYPE RELEASE | |
|---|---|
| DEVELOPMENT | A |
| PRODUCTION | B |
| NON PROD. | C |

**TOTAL NO. PL INPUT SHEETS** 1

ADD DATE FEB 26 1981

SHEET 1 OF 73   SIZE J   DRAWING NUMBER NNL 6420

**HANDLING INSTRUCTIONS (HI)**
1. INTERCHANGEABILITY NOT AFFECTED. USAGE OF PRIOR CHANGE OPTIONAL.
2. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY.
3. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY, OPTIONAL REWORK INSTRUCTIONS INCLUDED.
4. SCRAP.
5. CONFORMANCE REQUIRED AT NOTED EFFECTIVITY UNLESS OTHERWISE NOTED.
6. RETROFIT (DELIVERED ARTICLES)

**ENGRG TIME CHG (COST CHARGE NO.)** DPDE 1000

**TITLE** VENT SYSTEM INSTL-
WING COMPLETE

| | DATE | DRAWING CHANGED |
|---|---|---|
| | DATE MAR 2 1981 | ADVANCE DWG CHG G |
| | DATE | SERIAL EO |
| | DATE | NEW/REVISED RLSE |
| | DATE | REISSUE TO REVISE R |

| EWO | DOG | WRO | ROUTING CODE | CHG CLASS | SEO/REWORK DRAWING REQUIRES DRAWING CHANGE | DWG REPLACES REPLACED BY | RELEASE STOP ORDER DATED |
|---|---|---|---|---|---|---|---|
| DP I EI | 109.4 | KC10-12 | | M | ☐ YES ☐ NO | | |
| SYS | COE 110.5 | | | | | | |

| EO MADE BY D. FOX 2-24-81 | DESIGN APPROVAL | CHECK EO 2-25-81 | WEIGHTS | PROGRAM ENGRG | PRODUCT SUPPORT | RELEASE | EXPECTED SEO/RWK INCORP SEO/QAEO/DWG INCORP DATE | RWK DWG |
|---|---|---|---|---|---|---|---|---|
| DWG MADE/CHGD BY | SPEC COMPLIANCE | CHECK DWG | STRESS 2-26-81 S GEE | CHANGE CONTROL | MATERIAL | CUSTOMER | CUSTOMER AUTH | INCORP VIR NO. |

| | 1,2 LTR | MODEL | SECTION | HI NO. | WRO EFFECT 359 | EFFECTIVITY (4 SERIAL NUMBERS PER LINE MAXIMUM) | CONFIGURATION | REQ PER ARTICLE | | NEXT ASSEMBLY DRAWING NO. | U CD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CV | KC10A | NL20 | *5 | 03597 | | | NEW | FORMER | | 1 |
| 2 | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | 4 |
| 5 | | | | | SEE SHEET 1.01 FOR EFF | | | | | | 5 |

AFFECTS -1, -501.

* 48202 HANDLED PER MR-SRI-320153
ACCEPTABLE.
M11 △ 40803-84, HENSON/HOLMON,
DEPT 550, 2-17-81

NOTE: INPUT TO PRIMS
DATE MARKED R1 3/6/81
DO NOT ALTER

BULL PEN   ADVANCE RELEASE NOT TO BE ALTERED

(LIAISON 82 ENGG)

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| OATP AFF | | X |
| SCHEMATICS AFF | | |
| FINISH SPEC AFF | | |
| DAMS & DRAINS AFF | | |
| VENTILATION AFF | | |
| SEALING AFF | | |
| ELEC BONDING AFF | | |
| LUBRICATION AFF | | |
| LAB TEST AFF | | X |

SB/SC NO.

| DOBSON | 1 | 253 | 35-61 |
| L ZIMMER | 1 | 253 | 35-61 |
| NAME | QTY DEPT. | MAIL CODE |

EXTRA EO'S

| NAME | QTY DEPT. | MAIL CODE |

EXTRA DRAWINGS

| PRINT DISTRIBUTION | YES | NO |
|---|---|---|
| DEVELOPMENT | | X |
| Orig at DAC | | X |
| Dup at | | |

SUPPLIER RELEASE WITH DAC PLANNING ACTION REQUIRED

DRAWING NUMBER
NNL 6420

Ex.: 30; p.: 1581

Case MDL No.00875 JSWC Document 79-27 Filed 02/41 Page 36 of 2

**DOUGLAS AIRCRAFT COMPANY**
LONG BEACH, CALIFORNIA   **MCDONNELL DOUGLAS**
CODE IDENT NO. 8X217   CORPORATION   **FEB 26 1981**

ENGINEERING ORDER   DES COG:DAC DES GRP:P/P MFG COG:      PAGE 1.01        DRAWING NUMBER NNL6420
DATE:810226 EWO:DP1E1      WRO:KC10-12                                      DRAWING CHANGE    G ADV
1.2 SCHEDULE   DC-10  CV                                                    MEMO NUMBER
                                                           **MAR 2  1981**  REISSUE NUMBER
DC-10 WRO EFFECT = 0359

| MODEL | SECTION | HI NO | EFFECTIVITY | | CONFIGURATIONS REQ PER ARTICLE | | | NEXT ASSEMBLY U | |
|-------|---------|-------|-------------|---|------|------|-------|------|------|
| | | | | | SEQ FROM THRU | NEW | FORMER | DRAWING NO. | CO |
| DC-10 | NL20 | 5 | FUTURE | | -1 | | | | |
| DC-10 | NL20 | 5 | A30999 | 30A003-30A100 | -501 | | | | |

EOP

Ex.: 30; p.: 1582

Case 3:19-cv-00055 Document 66-16 Filed 01/08/21 Page 37 of 66

FEB 26 1981

# ENGINEERING ORDER
## COMPOSITE CONTINUATION SHEET

DOUGLAS AIRCRAFT COMPANY

McDONNELL DOUGLAS

DAC 25-1709S (REV. 1-79)

CODE IDENT NO. 88277

| 2 | NNL 6420 |
|---|---|
| SHEET | DRAWING NUMBER |

| QUANTITY REQUIRED PER NOTED DASH NO. | | | | | | ACTION CODE | C/C CONTROL CODE | DATE MAR 2 1981 | CHANGE LETTER G |
|---|---|---|---|---|---|---|---|---|---|

**ACTION CODE**
A ADDED
C CANCELLED
D DELETED
R REVISED
S SUPERSEDED
T TECH CHANGED
X REINSTATED

**C/C CONTROL CODE**
B BULK MATL
C CUST FURN DAC PART INSTL
D CUST FURN DAC INSTL
F CUST FURN INSTL CHECK
G GOVT OR IND STANDARD
L COMML SHELF ITEM
M 'MAKE FROM' ITEM
M 'MAKE FROM' DAC ITEM
P1 PURCH DAC PART-SUP MATL
P2 PURCH DAC PART-DAC MATL
R REWORK OR SALVAGE PART
S DAC STANDARD PART
S1 SUPPLIER ITEM-SPEC CONT
X 'SCN', 'PC' OR 'ECP' REF
Z REF DOCUMENT
– DAC DWG, NOT STD PART

| DATE | CHANGE LETTER G |
| DATE MAR 2 1981 | 3 SERIAL EO |
| DATE | 4 NEW/REVISED RELEASE |
| DATE | 5 REISSUE TO REVISE R |

| IPRSX | 1 | 2 | 3 | *4 -501 | *5 -1 | C A O D E | PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | CODE IDENT NO. | C/C | STOCK SIZE | MATERIAL DESCRIPTION (GR PL CODE) | MATERIAL SPECIFICATION (AND/OR SUPPLIER) | ITEM FIND | NOTES | ZONE | IPRSX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | 6 | 6 | R | NAS 6103U11 | | 5 | | | | | | | | 1 |
| 2 | | | | 2 | 2 | A | NAS 5803U11 | | | G | | | | | | | 2 |
| 3 | 1 | 2 | 3 | 4 | 5 | | | | | | | | | | | | 3 |

REVISE ATTACHMENT CALLOUT IN VIEW AU-AU, ZONE 37, AS SHOWN: (REF NNL 6420 "A")

S5 (EO REF) ⟶

.218
.229  DIA 2 HOLES IN NPB 6272 (REF)         — — 4 HOLES — — —
NAS 6103U11 SCREW 2 REQD         — — — 4 REQD
MS 21042 L3 NUT 2 REQD    } WAS  — — — 4 REQD
NAS 1252-10L WASHER 2 REQD         — — — 4 REQD

S4 (EO REF) ⟶

(ADD)
.218
.229  DIA 2 HOLES IN NPB 6272 (REF)
NAS 5803U11 SCREW 2 REQD
MS 21042 L3 NUT 2 REQD
NAS 1252-10L WASHER 2 REQD

REASON: FLUSH SCREWS INSTALLED TO ELIMINATE INTERFERENCE WITH ADJACENT BRACKET. (MII A40803)

| DRAWING NUMBER |
|---|
| NNL 6420 |

Ex.: 30; p.: 1583

Case MDL No. 875  Document 6667-4  Filed 01/26/11  Page 38 of 66

ANL7171-1 TEE ASSY
S4892944-216 "O" WING ('X'MEOD)

ANL7007-593 TUBE ASSY
S4892944-216 "O" WING (2'X'MEOD)

ANL7007-510 TUBE ASSY
S4892944-230 "O" RING (2)

ANL7169-1 TEE ASSY
S4892944-215 "O" WING ('X'MEOD)
W701-642E COUPLING (2)
FRONT SPAR

ANL7007-533 TUBE ASSY
S4892944-230
"O' RING (2)

ANL7007-534 TUBE ASSY
S4892944-230
O' RING (2)

AAL7114-541 PIPE ASSY FOR-1
AAL7114-851 PIPE ASSY FOR-501

ANL7021-503 TUBE A..
T15-450 NUT (5)
M1214-450 RING (2)
S4892944-246 O'RING (2)

ANL7007-537 TUBE A...
T15-450 NUT (2)
M1214-450 RING (2)
S4892944-246 "O'RING (2)

ANL7219-505
TUBE ASSY
ARB 3261 (REF)

ARB7121 (REF)

AAL7114-942 PIPE ASSY
S4892944-246 "O" RING (2)

ANL7079-1
AAL7114-540

W701-642E COUPLING
M25988/3-346 PACKING (1)

ANL7021-501 JUMPER ASSY
AN735D72 CLAMP (2)
NAS640916 SCREW (2)
MS21042L3 NUT (2)

ANL7219-501 TUBE ASSY
T15-450 NUT (2)
M1214-450 RING (2)

W701-642E COUPLING
M25988/3-346 PACKING (2)

REAR SPAR

PLAN VIEW CENTER WING
SCALE 1/10
FWD

ANL7219-1 TUBE ASSY

ANL7069H ELBOW ASSY

40426 SEAL ASSY
760400-101 VALVE
NAS6404-15 BOLT (4 PLCS)
NAS1252-4I6L WASHER (4 PLCS)

ANL7011 PIPING ASSY
NAS6103U10 SCREW (8)
MS21042L3 NUT (8)
NAS1252-10L WASHER (8)
S4892944-246 O'RING (4)
NAS6103U16 SCREW (4)
ANT63-16 GASKET (2)
T15-450 NUT
M1214-450 RING

ANL7079 VENT LINE ASSY
NAS6103U7 SCREW (4)
MS21042L3 NUT (4)
AA972-4-02 NUT (4)
NAS1252-10L WASHER (4)

AAL7114-540
PIPE ASSY
S4892944-246 "O'RING (2)

Z7L002 EH VALVE, SWING CHECK
VALVE MUST BE INSTALLED
WITH HINGE ON TOP SIDE
Y=1352.300

AAL7114-541 PIPE ASSY

AAL7114-543 PIPE ASSY

W701-642E COUPLING
M25988/3-346 PACKING (2)

X=-3.060

ANL7219-505 ADAPTER
Z=-29.60

ANL7021-503 JUMPER
AN735D32 CLAMP
NAS640316 SCREW
MS21042L3 NUT

ANL70551 TEE ASSY
S4892944-226  O'RING (2)
S4892944-215  O'RING (2)

ANL7021-503 JUMPER (2)
AN735D16 CLAMP (2)
NAS640316 SCREW
MS21042L3 NUT

ANL7007-538 TUBE ASSY
S4892944-246  O' RING (2)

ANL7071H PIPING ASSY
NAS6103U10 SCREW (4)
MS21042L3 NUT (4)
NAS1252-10L WASHER (4)
S4892944-246  O' RING (4)

ANL7101-503

ANL7021-503

300900-1 RELIEF VALVE

W701-642E COUPLING
M25988/3-346 PACKING (2)

GENERAL NOTES
UNLESS OTHERWISE NOTED:
1. ASSEMBLY SHOP PRACTICE PER DPS 2.70-2.
2. CLEAN PIPING UNDER BONDING JUMPER CLAMPS,
ELECTRICAL BOND JUMPERS, TERMINALS, AND
EXISTING SCREWS PER DPS L834-25 WHERE
INDICATED THUS ⊿.
3. INSTALL FLUID FITTINGS PER DPS 380.
4. INSTALL RIVETS AND FLUSH SCREWS PER S5074260.
5. 6TA NUMBERS APPLY TO BASIC DC10 ONLY
FOR OTHER SERIES PHASE SEE DWG AX27800
FOR STATION RELATIONSHIPS.
6. NUMBER BOLD ON FACE OF DRAWING
ARE FOR REFERENCE ONLY.
7. M520470AD4 RIVET INDICATED THUS ▨.
8. M520470AD5 RIVET INDICATED THUS ▨.
9. INSTALL VIGGINS COUPLINGS PER DPS 8.604.

SPARES INFORMATION ONLY
(NOT FOR DAC MFG USE)
NO. 2720827-1 ...SUPERSEDED
USE UNTIL SPARES ARE EXHAUSTED.
2720826...NOT USABLE IN PLACE OF
SUPERCEDING PART 2720827-1
USE SUPERSEDING PART FOR FUTURE
SPARES PROCUREMENT.

SPARES INFORMATION ONLY
(NOT FOR DAC MFG USE)
NO. S4892946-35A...SUPERSEDED
USE UNTIL SPARES ARE EXHAUSTED.
S4892946-35...NOT USABLE IN PLACE OF
SUPERSEDING PART S4892946-35A
USE SUPERSEDING PART FOR FUTURE
SPARES PROCUREMENT.

LAST SECT LETTER USED BA

DOUGLAS AIRCRAFT COMPANY
LONG BEACH, CALIFORNIA

VENT SYSTEM INSTL-
WING COMPLETE

J  88277      NNL6420

SEE SEPARATE PARTS LIST

NNL6420



Case MDL No. 875 Document 6667-4 Filed 01/29/11 Page 39 of 66

PLAN VIEW CENTER WING
SCALE 1/10
FWD

Case MDL No. 875  Document 6667-4  Filed 01/26/11  Page 40 of 66



NNL 6420



Case MDL No. 875, Document 6667-4, Filed 01/29/... Page 41 of 66

REVISIONS

| ZONE | LTR | DESCRIPTION | DATE | APPROVED |
|---|---|---|---|---|

**AN-AN**
SCALE ½

**AM-AM**
SCALE ½

**AL-AL**
SCALE ½

**AV-AV**

**DOUGLAS** | J | 88277- | NNL 6420
NNL 6420



NAS6103117 SCREW 2 REQD
MS21042L3 NUT 2 REQD
NAS1252-10L WASHER 2 REQD

NAS6103117 SCREW 2 REQD
MS21042L3 NUT 2 REQD
NAS1252-10L WASHER 2 REQD

ANL7220-513 SUPPORT

ANL7220-515 SUPPORT

NMC-ST701100-564 STRAP
NMC-ST701100-564 BASE
NAS6103117 SCREW 2 REQD
MS21042L3 NUT 2 REQD
NAS1252-10L WASHER 4 REQD

NMC-ST701100-564 STRAP
NAS6103119 SCREW 2 REQD
MS21042L3 NUT 2 REQD
NAS1252-10L WASHER 4 REQD

X=3.060

APB7241-33 (REF)

APB7241-33 (REF)

**AW-AW** [3]

SCALE 1/4

**AR-AR** [3]
SCALE 1/4

.218 DIA 2 HOLES IN NPB6272
.223
NAS610W111 3SCREW 2 REQD
MS21042L3 NUT 2 REQD
NAS1252-10L WASHER 2 REQD

1.32

ANL7215-521 SUPPORT

ANL7215-519 SUPPORT

**AY**

1.36

NPB6272 (REF)

NPB6272 (REF)

ANL7215-521

1.32

**AY - AY** [37]

.218 DIA 2 HOLES IN NPB6272
.223
NAS5803119 SCREW 2 REQD
MS21042L3 NUT 2 REQD
NAS1252-10L WASHER 2 REQD

**AY** [36]

ANL7219-501

M3114-250 SPLIT RING
718-450 NUT
S48049844-156 PACKING 2 REQD

300900-1

CA5389-5 GASKET

ANL7220-507 SUPPORT

NAS6103117 SCREW 4 REQD
MS21042L3 NUT 4 REQD
NAS1252-10L WASHER 4 REQD

ANL7220-511 SUPPORT

NAS6103U11 SCREW 4 REQD
MS20365 NUT 4 REQD
NAS1252-10L WASHER 4 REQD

NPB6272 (REF)

NAS1803114 BOLT 8 REQD
NAS1252-416L WASHER 15 REQD

NMC-ST701100-573 STRAP
NMC-ST701100-512 BASE
NAS6103119 SCREW 4 REQD
MS21042L3 NUT 4 REQD
NAS1252-10L WASHER 4 REQD

APB7124-38(REF)

**AS-AS** [4]
SCALE 1/2

ANL7219-1

ANL7220-506 SUPPORT

NMC-ST701100-564 STRAP
NMC-ST701100-564 STRAP
NAS6103119 SCREW 2 REQD
MS21042L3 NUT 2 REQD
NAS1252-10L WASHER 4 REQD

NAS6103117 SCREW 2 REQD
MS21042L3 NUT 2 REQD
NAS1252-10L WASHER 2 REQD

**AP-AP** [30]
SCALE 1/2

APB7125-123 (REF)

NNL6420

NNL6420

DougvA2 МИГ6450

AY

AU–AU

AT–AT

МИГ6420

| CLASSIFICATION | | | | | | | | DOUGLAS AIRCRAFT COMPANY | | PARTS LIST | | DRAWING NO. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REPORT NO RO4008 REQUESTED PARTS LIST | | | | | | | | MCDONNELL DOUGLAS CORPORATION | | DACRELRP1 P/P  DAC | | PL NNL6420 | | |
| QTY REQD PER NOTED DASH NO. | | | | | | | | | | NOMENCLATURE:  MODEL DC-10 | | DWG SIZE J | REV. | DATE OF ISSUE |
| DRAWING CONFIGURATIONS ARE INDICATED THUS #.OTHER DASH NUMBERS ASSEMBLE INTO DRAWING CONFIGURATIONS AS NOTED. | | | | | | | | LONG BEACH, CALIFORNIA CODE IDENT NO. 88277 | | VENT SYSTEM INSTL-WING COMPLETE | | | G 05/20/82 | | |
| | | | | | | | | | | SECTION LIST | | PL SHEET 1 OF | | |
| | | | | | X +- 501 | X #- 1 | IRPSX PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | FSCM NO. | STOCK SIZE | MATERIAL DESCRIPTION/ TYPE FINISH CODE | MATERIAL SPECIFICATION | NOTES REX | IRAPSX ITEM FIND NO. | P.C.T |
| | | | | | 1 | 1 | AAL7114-540 | PIPE ASSY | | | | | S | 3 |
| | | | | | | 1 | AAL7114-541 | PIPE ASSY | | | | | S | 3 |
| | | | | | 1 | 1 | AAL7114-542 | PIPEING ASSY | | | | | S | 3 |
| | | | | | 1 | 1 | AAL7114-543 | PIPEING ASSY | | | | | S | 3 |
| | | | | | 1 | 1 | AAL7114-544 | PIPING ASSY | | | | | S | 3 |
| | | | | | 1 | | AAL7114-851 | PIPING ASSY | | | | | S | 3 |
| | | | | | 6 | 6 | ANL7004-1 | SUPPORT | | | | | | 6 |
| | | | | | 8 | 8 | ANL7006-1 | SUPPORT | | | | | | 7 |
| | | | | | 1 | 1 | ANL7007-510 | PIPE ASSY | | | | | | 5 |
| | | | | | 1 | 1 | ANL7007-528 | PIPE ASSY | | | | | | 5 |
| | | | | | 1 | 1 | ANL7007-531 | PIPING ASSY | | | | | | 5 |
| | | | | | 1 | 1 | ANL7007-532 | PIPING ASSY | | | | | | 5 |
| | | | | | 1 | 1 | ANL7007-533 | PIPING ASSY | | | | | | 4 |
| | | | | | 1 | 1 | ANL7007-534 | PIPING ASSY | | | | | | 4 |
| | | | | | 1 | 1 | ANL7007-535 | PIPE ASSY | | | | | | 5 |
| | | | | | 1 | 1 | ANL7007-537 | PIPE ASSY | | | | | | 4 |
| | | | | | 1 | 1 | ANL7007-538 | PIPE ASSY | | | | | | 2 |
| | | | | | 1 | 1 | ANL7007-561 | PIPE ASSY | | | | | | 11 |
| | | | | | 1 | 1 | ANL7007-592 | PIPE ASSY | | | | | | 5 |
| | | | | | 1 | 1 | ANL7007-593 | PIPE ASSY | | | | | | 4 |
| | | | | | 15 | 15 | ANL7021-501 | JUMPER ASSY | | | | | | 7 |
| | | | | | 9 | 9 | ANL7021-503 | JUMPER ASSY | | | | | | 2 |
| | | | | | 3 | 3 | ANL7021-505 | JUMPER ASSY | | | | | | 9 |

CONTRACT NO.                                                                PL NNL6420

Case MDL No. 0093 - Document filed 01/08/11 - Page 45 of 66

| CLASSIFICATION | | | | | | | | | | | | | DOUGLAS AIRCRAFT COMPANY | | | | PARTS LIST | | | DRAWING NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**DOUGLAS AIRCRAFT COMPANY**

MCDONNELL DOUGLAS CORPORATION

LONG BEACH, CALIFORNIA
CODE IDENT NO. 88277

**PARTS LIST**

DRAWING NO.

REPORT NO RO4008 REQUESTED PARTS LIST

QTY REQD PER NOTED DASH NO.

DRAWING CONFIGURATIONS ARE INDICATED
THUS *. OTHER DASH NUMBERS ASSEMBLE
INTO DRAWING CONFIGURATIONS AS NOTED.

DACRELRP1 P/P          DAC
NOMENCLATURE:          MODEL DC-10
VENT SYSTEM INSTL-WING COMPLETE

SECTION LIST

PL ANL8420

DWG SIZE J  REV. G  DATE OF ISSUE 05/20/82

PL SHEET 2 OF

| X *-501 | X *-1 | IRPSX PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | FSCM NO. | STOCK SIZE | MATERIAL DESCRIPTION/ TYPE FINISH CODE | MATERIAL SPECIFICATION | NOTES | IRPSX | ITEM FIND NO. | ZONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 3 | ANL7022-1 | BRACKET | | | | | | | | 8 |
| 3 | 3 | ANL7027-1 | SUPPORT | | | | | | | | 10 |
| 1 | 1 | ANL7027-501 | SUPPORT ASSY | | | | | | | | 10 |
| 1 | 1 | ANL7055-1 | TEE ASSY | | | | | | | | 2 |
| 1 | 1 | ANL7069-1 | ELBOW ASSY | | | | | | | | 3 |
| 1 | 1 | ANL7070-1 | PIPING ASSY | | | | | | | | 3 |
| 1 | 1 | ANL7071-1 | PIPING ASSY | | | | | | | | 2 |
| 4 | 4 | ANL7075-1 | SUPPORT | | | | | | | | 10 |
| | 1 | ANL7079-1 | VENT LINE ASSY | | | | | | | | 3 |
| 1 | 1 | ANL7101-503 | TEE | | | | | | | S | 5 |
| 2 | 2 | ANL7113-1 | BRKT | | | | | | | | 14 |
| 1 | 1 | ANL7115-1 | BRACKET | | | | | | | | 9 |
| 1 | 1 | ANL7162-1 | SUPPORT | | | | | | | | 21 |
| 2 | 2 | ANL7163-1 | BRACKET | | | | | | | | 22 |
| 1 | 1 | ANL7164-1 | SUPPORT | | | | | | | | 19 |
| 1 | 1 | ANL7165-1 | CLIP | | | | | | | | 19 |
| 1 | 1 | ANL7165-2 | CLIP | | | | | | | | 23 |
| 1 | 1 | ANL7166-1 | SUPPORT | | | | | | | | 20 |
| 3 | 3 | ANL7167-1 | BRACKET | | | | | | | | 20 |
| 1 | 1 | ANL7168-1 | SUPPORT | | | | | | | | 4 |
| 1 | 1 | ANL7169-1 | TEE ASSY | | | | | | | | 4 |
| 1 | 1 | ANL7170-1 | TEE ASSY | | | | | | | | 5 |
| 1 | 1 | ANL7171-1 | TEE ASSY | | | | | | | | 4 |

CONTRACT NO.

PL ANL8420

| CLASSIFICATION | | | | | | | | DOUGLAS AIRCRAFT COMPANY | | | | PARTS LIST | | | DRAWING NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**DOUGLAS AIRCRAFT COMPANY**

MCDONNELL DOUGLAS CORPORATION

LONG BEACH, CALIFORNIA
CODE IDENT NO. 88277

REPORT NO R04009 REQUESTED PARTS LIST
QTY REQD PER NOTED DASH NO.

DRAWING CONFIGURATIONS ARE INDICATED
THUS X.OTHER DASH NUMBERS ASSEMBLE
INTO DRAWINGS CONFIGURATIONS AS NOTED

DACRELRP1  P/P                      DAC
NOMENCLATURE:           MODEL DC-10
VENT SYSTEM INSTL-WING COMPLETE

SECTION LIST

PL NNL6420

| DWG SIZE | REV. | DATE OF ISSUE |
| J | | 05/20/82 |

PL SHEET  3  OF

| X *- 501 | X *- 1 | IRPSX PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | FSCM NO. | STOCK SIZE | MATERIAL DESCRIPTION/ TYPE FINISH CODE | MATERIAL SPECIFICATION | N O T E S | I P P X | ITEM FIND NO | Z O N E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | ANL7172-1 | SUPPORT ASSY | | | | | | | | 21 |
| 1 | 1 | ANL7173-1 | FLANGE ASSY | | | | | | | | 25 |
| 1 | 1 | ANL7174-1 | ELBOW ASSY | | | | | | | | 5 |
| 1 | 1 | ANL7175-1 | TUBE ASSY | | | | | | | | 5 |
| 1 | | ANL7213-503 | ADAPTER | | | | | | S | | 29 |
| 1 | 1 | ANL7213-505 | ADAPTER | | | | | | S | | 3 |
| 1 | 1 | ANL7215-519 | SUPPORT | | | | | | X | | |
| 2 | 2 | ANL7215-521 | SUPPORT | | | | | | X | | |
| 2 | 2 | ANL7218-503 | SEAL | | | | | | X | | 30 |
| 1 | 1 | ANL7219-1 | TUBE ASSY | | | | | | S | | 4 |
| 1 | 1 | ANL7219-501 | TUBE ASSY | | | | | | S | | 4 |
| 1 | 1 | ANL7219-503 | TUBE ASSY | | | | | | S | | 3 |
| 1 | 1 | ANL7219-505 | TUBE ASSY | | | | | | S | | |
| 1 | 1 | ANL7220-1 | SUPPORT | | | | | | X | | 31 |
| 1 | 1 | ANL7220-501 | SUPPORT | | | | | | X | | 32 |
| 1 | 1 | ANL7220-503 | SUPPORT | | | | | | X | | 31 |
| 1 | 1 | ANL7220-505 | SUPPORT | | | | | | X | | 33 |
| 1 | 1 | ANL7220-507 | SUPPORT | | | | | | X | | 34 |
| 1 | 1 | ANL7220-509 | SUPPORT | | | | | | X | | 37 |
| 2 | 2 | ANL7220-511 | SUPPORT | | | | | | X | | 34 |
| 1 | 1 | ANL7220-513 | SUPPORT | | | | | | X | | 37 |
| 1 | 1 | ANL7220-515 | SUPPORT | | | | | | X | | 33 |
| 8 | 8 | AN735D16 | CLAMP | | | | | | | | |

CONTRACT NO.

PL NNL6420

Ex. 30; p.: 1592

| CLASSIFICATION | | DOUGLAS AIRCRAFT COMPANY | | | PARTS LIST | | | DRAWING NO. | | |
|---|---|---|---|---|---|---|---|---|---|---|
| REPORT NO RO4008 REQUESTED PARTS LIST | | McDONNELL DOUGLAS CORPORATION | | | DACRELRP1  P/P | | DAC | PL NNL6420 | | |
| | | | | | NOMENCLATURE: | MODEL DC-10 | | DWG SIZE | REV. | DATE OF ISSUE |
| QTY REQD PER NOTED DASH NO. | | | | | VENT SYSTEM INSTL-WING COMPLETE | | | J | G | 05/20/82 |
| DRAWING CONFIGURATIONS ARE INDICATED THUS X.OTHER DASH NUMBERS ASSEMBLE INTO DRAWING CONFIGURATIONS AS NOTED. | | LONG BEACH,CALIFORNIA CODE IDENT NO. 88277 | | | | | | | PL SHEET | |
| | | | | | SECTION LIST | | | 4 | OF | |

| | | | | | | X *- 501 | X *- 1 | IRPSX PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | FSCM NO. | STOCK SIZE | MATERIAL DESCRIPTION/ TYPE FINISH CODE | MATERIAL SPECIFICATION | NOTES | IPPK | ITEM FIND NO. | ZONE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 9 | 9 | AN735D24 | CLAMP | | | | | | | | 21 |
| | | | | | | 3 | 3 | AN735D32 | CLAMP | | | | | | | | 2 |
| | | | | | | 9 | 9 | AN735D40 | CLAMP | | | | | | | | 8 |
| | | | | | | 1 | 1 | AN735D56 | CLAMP | | | | | | | | 9 |
| | | | | | | 16 | 16 | AN735D72 | CLAMP | | | | | | | | 7 |
| | | | | | | 2 | 2 | AN763-16 | GASKET | | | | | | | | 3 |
| | | | | | | 3 | 3 | A00410ADN | FITTING | | | | | | | | 4 |
| | | | | | | 4 | 4 | A4972-6-02 | NUT | 72962 | | AMERACE CORP. ESNA DIV | UNION, N.J. | | S | | 3 |
| | | | | | | 1 | 1 | CA5389-5 | GASKET | 95272 | | SARGENT INDUSTRIES, INC. STILLMAN SEAL DIV | CARLSBAD CAL. | | S | | 34 |
| | | | | | | AR | AR | MS20426AD4 | RIVET | | | | | | X | | |
| | | | | | | AR | AR | MS20470AD5 | RIVET | | | | | | X | | |
| | | | | | | 227 | 227 | MS21042L3 | NUT | | | | | A | X | | 6 |
| | | | | | | 8 | 8 | MS21042L4 | NUT | | | | | | X | | 3 |
| | | | | | | 1 | 1 | MS21919DF12 | CLAMP | | | | | | | | 11 |
| | | | | | | 5 | 5 | MS25281R16 | CLAMP | | | | | | | | 12 |
| | | | | | | 1 | 1 | MS27196-24 | SEAL | | | | | | | | 21 |
| | | | | | | 4 | 4 | MS35338-43 | LOCKWASHER | | | | | | | | 7 |
| | | | | | | 1 | 1 | MS35489-107S | GROMMET | | | | | | | | 11 |
| | | | | | | 2 | 2 | M1214-350 | RING | | | | | | | | 4 |
| | | | | | | 10 | 10 | M1214-450 | RING | | | | | | | | 4 |
| | | | | | | 12 | 12 | M25988/3-346 | PACKING | DO132 | | MIL SPEC | MIL-R-25988/3 | | S | | 2 |

CONTRACT NO.

PL NNL6420  Rev. 30. p. 1583

Case 3:11-cv-00061-JaW Documents-4 Filed 7/24/11 Page 8 of 9

| CLASSIFICATION | | DOUGLAS AIRCRAFT COMPANY | | PARTS LIST | | | DRAWING NO. | |
|---|---|---|---|---|---|---|---|---|

**REPORT NO RO4008 REQUESTED PARTS LIST**

**QTY REQD PER NOTED DASH NO.**

DRAWING CONFIGURATIONS ARE INDICATED THUS ✻.OTHER DASH NUMBERS ASSEMBLE INTO DRAWING CONFIGURATIONS AS NOTED.

McDONNELL DOUGLAS CORPORATION

LONG BEACH, CALIFORNIA
CODE IDENT NO. 68277

DACRELRP1 P/P     DAC
NOMENCLATURE:    MODEL DC-10
VENT SYSTEM INSTL-WING COMPLETE
SECTION LIST

PLNNL8420
DWG SIZE J REV. U   DATE OF ISSUE   GO5/20/82
PL SHEET 5 OF

| X ✻-501 | X ✻-1 | IRPSX PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | FSCM NO. | STOCK SIZE | MATERIAL DESCRIPTION/ TYPE FINISH CODE | MATERIAL SPECIFICATION | H QTY TSPB 2 RX | ITEM FIND NO. | Z ONE |
|---|---|---|---|---|---|---|---|---|---|---|
| 255 | 255 | NAS1252-10L | WASHER | | | | | AX | | 2 |
| 8 | 8 | NAS1252-416H | WASHER | | | | | | | |
| 12 | 12 | NAS1252-416L | WASHER | | | | | S | | 3 |
| 1 | 1 | NAS42DD4-8 | SPACER | | | | | | | 11 |
| 2 | 2 | NAS5803U11 | SCREW | | | | | | | |
| 12 | 12 | NAS6103U10 | SCREW | | | | | | | 2 |
| 6 | 6 | NAS6103U11 | SCREW | | | | | | | 9 |
| 82 | 82 | NAS6103U13 | SCREW | | | | | A | | 6 |
| 4 | 4 | NAS6103U16 | SCREW | | | | | | | 3 |
| 48 | 48 | NAS6103U6 | SCREW | | | | | A | | 7 |
| 48 | 48 | NAS6103U7 | SCREW | | | | | A | | 6 |
| 27 | 27 | NAS6103U9 | SCREW | | | | | A | | 7 |
| 4 | 4 | NAS6404U3 | BOLT | | | | | X | | 3 |
| 8 | 8 | NAS6404U4 | BOLT | | | | | | | 35 |
| 8 | 8 | NAS6404U8 | BOLT | | | | | | | |
| 6 | 6 | NMC-S7701100B64 | BASE | | | | | | | 31 |
| 21 | 21 | NMC-S7701100B72 | CLAMP | 03296 | | NYLON MOLDING CORP | KEARNY, N.J. | | | 3 |
| 21 | 21 | NMC-S7701100S72 | CLAMP | 03296 | | NYLON MOLDING CORP | KEARNY, N.J. | | | 3 |
| 1 | 1 | TA144-13-16 | BRACKET | | | | | | | 10 |
| 2 | 2 | T15-350 | NUT | | | | | | | 4 |
| 6 | 6 | T15-450 | NUT | | | | | | | 4 |
| 1 | 1 | T2174-150 | ADAPTER | | | | | S | | 21 |

CONTRACT NO.

PLNNL8420

Ex.: 30; p.: 1594

| CLASSIFICATION | DOUGLAS AIRCRAFT COMPANY | PARTS LIST | DRAWING NO. |

**REPORT NO RO4008 REQUESTED PARTS LIST**

**QTY REQD PER NOTED DASH NO.**

DRAWING CONFIGURATIONS ARE INDICATED
THUS #.OTHER DASH NUMBERS ASSEMBLE
INTO DRAWING CONFIGURATIONS AS NOTED.

MCDONNELL DOUGLAS CORPORATION

LONG BEACH, CALIFORNIA
CODE IDENT NO. 88277

DACRELRP1 P/P        DAC
NOMENCLATURE:        MODEL DC-10
VENT SYSTEM INSTL-WING COMPLETE

SECTION LIST

PL NNL6420
DWG SIZE J    REV.    DATE OF ISSUE
G05/20/82
PL SHEET  6  OF

| X # - 501 | X # - 1 | IRPSX PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | FSCM NO. | STOCK SIZE | MATERIAL DESCRIPTION/ TYPE FINISH CODE | MATERIAL SPECIFICATION | NOTES | ITEM FIND NO | Z O N E |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 4 | T22-450 | SLEEVE | | | | | | | 4 |
| 6 | 6 | W701-64DE | COUPLING ASSY | 79326 | | DELAVAL TURBINE INC/WIGGINS CONNECTORS DIV | LOS ANGELES, CA. | S | | 2 |
| 1 | 1 | 102-344-1 | CHECK VALVE | 81833 | | DE LAVAL SPECIAL PRODUCTS DIV. OF DE LAVAL TURBINE, INC. | CLEVELAND OHIO | S | | 21 |
| 1 | 1 | 11362-32 | CLAMP | 92108 | | SEMCO DIV. PRODUCTS RESEARCH AND CHEMICAL ORP. | GLENDALE CA | | | 18 |
| 1 | 1 | 2720027-1 | SUPERSEDED BY 2720027-11 | 92003 | | PARKER-HANNIFIN CORP. | IRVINE CA | S | | 3 |
| 1 | 1 | 2720027-11 | CHECK VALVE | 92003 | | PARKER-HANNIFIN CORP. | IRVINE CA | S | | 3 |
| 1 | 1 | 300900-1 | RELIEF VALVE | 96124 | | HYDRAULIC RESEARCH AND MFG. CO. HR-APCO DI | PACOIMA CA | S | | 2 |
| 1 | 1 | 40406-1 | SEAL ASSY | 98159 | | RUBBER TECK INC | GARDENA, CALIF | S | | 21 |
| 1 | 1 | 40426 | SEAL ASSY | 98159 | | RUBBER TECK INC | GARDENA, CALIF | S | | 3 |
| 1 | 1 | 760400-101 | VALVE | 96124 | | HYDRAULIC RESEARCH AND MFG. CO. HR-APCO DI | PACOIMA CA | S | | 3 |
| 20 | 20 | S124682-3D12-12 | WASHER | | | | | | | 9 |
| 2 | 2 | S1250458 | CLIP | | | | | | | 12 |
| 2 | 2 | S4892944-211 | PACKING | | | | | | | 10 |
| 13 | 13 | S4892944-215 | PACKING | | | | | | | 2 |

CONTRACT NO.

PL NNL6420

| CLASSIFICATION | | | DOUGLAS AIRCRAFT COMPANY | | PARTS LIST | | | | | | DRAWING NO. | | |

**REPORT NO RO4008 REQUESTED PARTS LIST**

**QTY REQD PER NOTED DASH NO.**

MCDONNELL DOUGLAS CORPORATION

LONG BEACH, CALIFORNIA
CODE IDENT NO. 88277

DACRELRP1 P/P     DAC
NOMENCLATURE:    MODEL DC-10
VENT SYSTEM INSTL-WING COMPLETE
SECTION LIST

PL NNL8420
DWG SIZE U   REV. G   DATE OF ISSUE 05/20/82
PL SHEET 7 OF

DRAWING CONFIGURATIONS ARE INDICATED THUS # OTHER DASH NUMBERS ASSEMBLE INTO DRAWING CONFIGURATIONS AS NOTED.

| X #-501 | X #-1 | RAPSX PART OR IDENTIFYING NO. | NOMENCLATURE OR DESCRIPTION | FSCM NO. | STOCK SIZE | MATERIAL DESCRIPTION/ TYPE FINISH CODE | MATERIAL SPECIFICATION | NOTES | RPX | ITEM FIND NO | ZONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 6 | S4892944-222 | PACKING | | | | | | | | |
| 2 | 2 | S4892944-226 | PACKING | | | | | | | | 2 |
| 10 | 10 | S4892944-230 | PACKING | | | | | | | | 4 |
| 3 | 3 | S4892944-238 | PACKING | | | | | | | | 4 |
| 24 | 24 | S4892944-246 | PACKING | | | | | | | | 2 |
| 4 | 4 | S4892944-426 | PACKING | | | | | | | | 2 |
| 6 | 6 | S7701100-B40 | BASE | | | | | | | | 6 |
| 3 | 3 | S7701100-B56 | BASE | | | | | | | | 6 |
| 6 | 6 | S7701100-S40 | STRAP | | | | | | | | 6 |
| 3 | 3 | S7701100-S56 | STRAP | | | | | | | | 6 |
| 5 | 5 | S7701100B24 | BASE | | | | | | | | 20 |
| 5 | 5 | S7701100S24 | STRAP | | | | | | | | 20 |
| 6 | 6 | S7701100S64 | CLAMP | | | | | | | | |
| 4 | 4 | S7913536-24 | CLAMP | | | | | | | | 26 |

DPS1.001 AND FOLLOWING DOCUMENTS ARE REQUIRED TO SUPPLEMENT THE DRAWING

| | | AAZ7000 | DIAGRAM | | | | | | | | |
| | | DPS1.834 | PROCESS | | | | | | | | |
| | | DPS2.50 | PROCESS | | | | | | | | |
| | | DPS2.70-2 | PROCESS | | | | | | | | |
| | | DPS3.80 | PROCESS | | | | | | | | |
| | | DPS3.804 | PROCESS | | | | | | | | |
| | | S5076260 | METHOD | | | | | | | | |

NOTE A   QUANTITY LISTED FOR PARTS NOTED ARE APPROX.

E N D   O F   P A R T S   L I S T

CONTRACT NO.

Document provided by IHS

NOTE: This drawing was approved by joint action of the Air Force and Navy Departments as the Air Force-Navy standard for this product. This drawing supersedes all antecedent standard drawings for the same product and shall become effective for the procurement of aeronautical supplies, or for use in new design, not later than 6 months after the latest date of approval shown.

NOTICE: When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility, nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.



| AN PART NO. | NOMINAL TUBE AND HOSE SIZE REF | A DIA | B ±.005 | C | D DIA | E DIA | F RAD | G +.010 -.005 | WEIGHT LB. PER 100 ESTIMATED |
|---|---|---|---|---|---|---|---|---|---|
| AN763-12 | .750 | .688 | 1.156 | 1.594 | 1.635 | 2.094 | .219 | .205 | .32 |
| AN763-16 | 1.000 | .938 | 1.312 | 1.750 | 1.855 | 2.312 | .219 | .205 | .35 |
| AN763-20 | 1.250 | 1.156 | 1.656 | 2.188 | 2.342 | 2.875 | .266 | .266 | .56 |
| AN763-24 | 1.500 | 1.406 | 1.812 | 2.375 | 2.562 | 3.094 | .281 | .266 | .61 |
| AN763-32 | 2.000 | 1.875 | 2.375 | 3.000 | 3.359 | 3.953 | .312 | .328 | .93 |
| AN763-40 | 2.500 | 2.375 | | 4.000 | 3.812 | 4.500 | .375 | .328 | 1.34 |
| AN763-48 | 3.000 | 2.875 | | 4.500 | 4.312 | 5.000 | .625 | .328 | 1.66 |

(a) THICKNESS TOLERANCE AS SPECIFIED IN MATERIAL SPECIFICATION.

MATERIAL: GASKET MATERIAL SPECIFICATION MIL-G-7021, CLASS I.

DIMENSIONS IN INCHES. UNLESS OTHERWISE SPECIFIED, TOLERANCES: DECIMALS ±.010, ANGLES ±2°.

① SHEET 2 ADDED.

GASKET — SWIVEL AERONAUTICAL STANDARD FITTING, FLANGED

AIR FORCE-NAVY

AN763

SHEET 1 OF 2

APPROVED 15 Jul 49   REVISED ① 6 Aug 52





.016 (a)

G HOLE DIA

H HOLES EQUALLY SPACED
WITHIN ±.005

A

D

E

AN763-64

MARK PART NO. AS
APPLICABLE

| AN PART NO. | NOMINAL TUBE AND HOSE SIZE REF | A DIA | D DIA | E DIA | G +.010 -.005 | H NO. HOLES |
|---|---|---|---|---|---|---|
| AN763-56 | 3.500 | 3.375 | 4.875 | 5.562 | | 8 |
| AN763-64 | 4.000 | 3.875 | 5.438 | 6.125 | | |
| AN763-80 | 5.000 | 4.875 | 6.438 | 7.125 | .328 | 10 |
| AN763-96 | 6.000 | 5.875 | 7.438 | 8.125 | | 12 |
| AN763-112 | 7.000 | 6.875 | 8.500 | 9.188 | | 14 |

SEE SHEET 1 FOR NOTES.

NOTE: When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility, nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

NOTE: This drawing was approved by joint action of the Air Force and Navy Departments on the Air Force-Navy standard for this product. This drawing superseded drawings for the same product and shall supersede all substitutes for the procurement of aeronautical supplies, on or use in new design, not later than 6 months after the latest date of approval shown.

| PROCUREMENT SPECIFICATION | AIR FORCE-NAVY AERONAUTICAL STANDARD | AN763 |
|---|---|---|
| NONE | GASKET — SWIVEL FITTING, FLANGED | SHEET 2 OF 2 |

APPROVED 6 Aug 52 REVISED

Document provided by IHS.

Document provided by IHS Licensee=Boeing/5910770001, 03/08/2005 12:15:12 MST
Questions or comments about this message: please call the Document Policy Group
at 303-397-2295.

Ex.: 31; p.: 1598

E-53-07

**U. S. AIR FORCE**
**AN STANDARD**
**NOTICE**

AN763
NOTICE 2
1 October 1962
Superseding
NOTICE 1
13 October 1960

### AIR FORCE-NAVY AERONAUTICAL STANDARD

### GASKET - SWIVEL FITTING, FLANGED

This notice forms a part of Air Force-Navy Aeronautical Standard
AN763 dated 6 August 1952.

1. Standard AN763, canceled by Notice 1 for Air Force procurement, is hereby reinstated.

2. The Air Force now requires the item.

3. Standard AN763 should be used with MS33786.

(Copies of documents required by contractors in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer.)

CCB/led
ASNPE

FSC 4730

GPO 823979

THIS DOCUMENT CONTAINS ____/____ PAGES



Document provided by IHS.

Document provided by IHS Licensee=Boeing/5910770001, 03/08/2005 12:17:53 MST
Questions or comments about this message: please call the Document Policy Group at 303-397-2295.

U. S. AIR FORCE
AN STANDARD
NOTICE

AN763
NOTICE 1
13 October 1960

AIR FORCE-NAVY AERONAUTICAL STANDARD

GASKET - SWIVEL FITTING, FLANGED

This notice should be filed in place of AN763 dated 6 August 1952.

1.  Subject AN standard is no longer used by the Air Force.

2.  The Air Force no longer requires items covered by the subject AN standard and there is no superseding document.

(Copies of specifications, standards, drawings, and publications required by contractors in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer.)

RWA/VHR/bss
WATHED

FSC 4730

Document provided by IHS.

Document provided by IHS Licensee=Boeing/5910770001, 03/08/2005 12:16:04 MST
Questions or comments about this message: please call the Document Policy Group
at 303-397-2295.

**NOTICE OF CANCELLATION**

**INCH-POUND**

**AN763**
**NOTICE 3**
**11 June 1996**

## AIR FORCE/NAVY AERONAUTICAL DOCUMENTS (AN)

### GASKET - SWIVEL FITTING, FLANGED

AN763, including Notice 2, dated 06 August 1952, is hereby canceled without replacement.

**Custodians:**
DLA - CS

**Preparing activity:**
DLA - CS

**Review activities:**
Army - MI
Air Force - 82

**AMSC N/A**

**FSC 4730**

**DISTRIBUTION STATEMENT A:** Approved for public release; distribution is unlimited.

Document provided by IHS.

Document provided by IHS Licensee=Boeing/5910770001, 03/08/2005 12:18:58 MST
Questions or comments about this message: please call the Document Policy Group
at 303-397-2295.

EX.: 31; p.: 1601

SMF - MILITARY SPECIFICATIONS FILE

# MIL-A-7021A
## 25 OCTOBER 1956

Superseding
MIL-A-7021
15 September 1950

MILITARY SPECIFICATION

ASBESTOS SHEET, COMPRESSED, FOR FUEL,
LUBRICANT, COOLANT, WATER, AND HIGH TEMPERATURE
RESISTANT GASKETS

This specification has been approved by the Department
of Defense and is mandatory for use by the Departments
of the Army, the Navy, and the Air Force

## 1. SCOPE

1.1 Scope.- This specification covers compressed asbestos sheet for gaskets for use where resistance to hydrocarbon fuels, petroleum-base lubricants, coolant, water, and high temperature is required (see 6.1).

1.2 Classification.-

1.2.1 Classes.- The material shall be furnished in the following classes, as specified (see 6.2):

Class 1 - Fuel, lubricant, coolant, and high temperature resistant

Class 2 - Water resistant

1.2.2 Forms.- The material shall be furnished in sheet form or roll form. Sheet-form asbestos shall be furnished when the thickness exceeds 1/16 inch. Roll-form asbestos shall be furnished when the thickness is 1/16 inch or less.

## 2. APPLICABLE DOCUMENTS

2.1 The following specifications and standards, of the issue in effect on date of invitation for bids, form a part of this specification to the extent specified herein:

SPECIFICATIONS

Federal

| | |
|---|---|
| O-M-232 | Methanol (Methyl Alcohol) |
| QQ-A-355 | Aluminum Alloy (24S), Plate and Sheet |
| QQ-B-513 | Brass (Copper-Zinc Alloy), Leaded and Non-Leaded; Plate, Rolled Bar, Sheet and Strip |
| QQ-M-44 | Magnesium Alloy (3.0 Aluminum, 1.0 Zinc); Plate and Sheet |
| QQ-P-330 | Phosphor Bronze Bars, Plates, Rods, Sheets, Strips, Flat Wire, and Structural and Special Shaped Sections |

FSC 5330

MIL-A-7021A

| | |
|---|---|
| LLL-B-631 | Boxes; Fiber Corrugated (for Domestic Shipment) |
| LLL-B-636 | Boxes, Fiber, Solid, (for Domestic Shipment) |
| PPP-B-585 | Boxes; Wood, Wirebound |
| PPP-B-601 | Boxes, Wood, Cleated-Plywood |
| PPP-B-621 | Boxes, Wood, Nailed and Lock-Corner |
| PPP-D-723 | Drums, Fiber |

**Military**

| | |
|---|---|
| JAN-P-106 | Packaging and Packing for Overseas Shipment – Boxes, Fiberboard (V-Board and W-Board), Exterior and Interior |
| MIL-C-132 | Crates, Open, Wood; Maximum Capacity 2,500 Pounds |
| MIL-E-5559 | Ethylene Glycol; Non-Corrosive (Anti-Freeze and Cooling Liquid for Aircraft Engines) |
| MIL-B-10377 | Box, Wood, Cleated, Veneer, Paper Overlaid |
| MIL-L-10547 | Liners, Case, Waterproof |
| MIL-S-18729 | Steel Plate, Sheet, and Strip, Alloy, 4130, Aircraft Quality |

**STANDARDS**

**Federal**

| | |
|---|---|
| FED. TEST METHOD STD. NO. 601 | Rubber: Sampling and Testing |

**Military**

| | |
|---|---|
| MIL-STD-105 | Sampling Procedures and Tables for Inspection by Attributes |
| MIL-STD-129 | Marking for Shipment and Storage |

(Copies of specifications, standards, drawings, and publications required by contractors in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer.)

3. **REQUIREMENTS**

3.1 Qualification.- The compressed asbestos sheets furnished under this specification shall be a product which has been tested and has passed the Qualification tests specified herein.

3.2 Material.- The compressed asbestos sheet shall be made from asbestos fiber bonded under pressure with a rubber compound and processed to form a pliable and resilient sheet capable of meeting the requirements of this specification. The material shall exhibit uniformity throughout as a result of thorough dispersion of ingredients. The composition shall be such that it will not cause weak spots or wicking.

3.3 Dimensions and tolerances.-

3.3.1 Dimensions.- Dimensions of sheets shall be as specified by the procuring activity.

2

Ex.: 32; p.: 1603

V S M F — MILITARY SPECIFICATIONS FILE

MIL-I-No.11

#### 3.3.2 Tolerances.-

##### 3.3.2.1 Thickness.- Unless otherwise specified in the contract, the thickness of compressed asbestos sheet, when determined as specified in 4.5.2.1, shall not vary from that specified by more than the amount shown in table I.

**TABLE I**

**Thickness tolerances**

| Thickness (inch) | Tolerance (inch) | |
|---|---|---|
| | Plus | Minus |
| 1/64 and less | 0.005 | 0.002 |
| Over 1/64 and less than 1/16 | 0.005 | 0.005 |
| 1/16 and over | 0.008 | 0.008 |

##### 3.3.2.2 Linear dimensions.- Unless otherwise specified in the contract, linear tolerances on sheet material shall be ±1/4 inch.

#### 3.4 Physical properties.- The physical properties of the compressed asbestos sheet shall conform to the requirements specified in table II.

#### 3.5 Identification of product.-

##### 3.5.1 Shade.- Unless otherwise specified, sheet material shall be legibly marked with a heat- and oil-resistant lacquer, ink, or dye to show the specification number, class, manufacturer's name and product identification. The marking shall not be detrimental to the material. The color of the marking characters shall be red for class 1 and blue for class 2. The marking shall be applied in rows of recurring characters not less than 1/8 inch in height, spaced not over 5 inches apart, reversing either lengthwise or crosswise of the sheet and on one side only.

##### 3.5.2 Small parts (cut from sheet).- When the shape and size of the material does not permit marking in accordance with 3.5.1 above, a red dot or a blue dot may be used to indicate the class. This dot shall appear on the face of the piece, if the piece has a minimum of 1-inch surface dimension in each of two directions. In the event that the dimensions of the material are such that dot marking cannot be made in accordance with the above, the individual pieces shall be placed for marking purposes and a printed identification strip applied to the stacked edge.

#### 3.6 Workmanship.- All details of workmanship shall be in accordance with high-grade manufacturing practices covering these classes of materials. The compressed asbestos shall be uniform in quality and condition, clean, sound, smooth, and free from foreign materials and from defects detrimental to fabrication, appearance, or performance of parts.

Ex.: 32; p.: 1604

MIL-L-7021A

TABLE II

Physical properties

| Properties | | Unit | Limits | |
|---|---|---|---|---|
| | | | Class 1 | Class 2 |
| **As received:** | | | | |
| Tensile strength | (4.5.5.1) | Psi, min | 2,000 | 1,500 |
| Compressibility | (4.5.3.1) | Percent | 12 ±5 | 12 ±5 |
| Recovery | (4.5.3.1) | Percent, min | 45 | 45 |
| Bend | (4.5.4.1) | - | No cracks | No cracks |
| **Oven aged:** | | | | |
| Bend | (4.5.4.2) | - | No cracks | No cracks |
| **Corrosion** | (4.5.6) | - | No corrosion | No corrosion |
| **Fluid immersion:** | | | | |
| Distilled water (Medium No. 10): | | | | |
| Tensile strength | (4.5.5) | Percent change, max | - | -45 |
| Thickness (temporary) | (4.5.2.2.1) | Percent change | - | +10 -0 |
| Water-alcohol: | | | | |
| Tensile strength | (4.5.5) | Percent change, max | -45 | - |
| Ethylene glycol: | | | | |
| Tensile strength | (4.5.5) | Percent change, max | -45 | - |
| Petroleum base oil (Medium No. 1): | | | | |
| Tensile strength | (4.5.5) | Percent change, max | -20 | - |
| Aromatic fuels (Medium No. 6 ): | | | | |
| Tensile strength | | Percent change, max | -60 | - |
| Thickness: | | | | |
| Temporary | | Percent change | +20 -0 | - |
| Permanent | | Percent change | 23 | - |
| Compressibility | | Actual value, percent max | 30 (no rupture) | - |

NOTE: All tensile strength values are in weaker grain direction.
Requirements are based on 1/16-inch-thick material.

Case3:11-cv-00061-JSW   Document80-1   Filed01/24/11   Page5 of 11
MILITARY SPECIFICATION
ISSUE 1-20, DATE...
Ex.: 32: p.: 1606

MIL-A-7021A

## 4. QUALITY ASSURANCE PROVISIONS

4.1 Classification of tests.-- The inspection and testing of compressed asbestos sheets shall be classified as follows:

(a) Qualification tests: Qualification tests are those tests performed on samples submitted for approval as qualified products.

(b) Acceptance tests: Acceptance tests are those tests performed on individual lots which have been submitted for acceptance.

4.2 Qualification tests.-- Qualification tests are those tests performed by the manufacturer at his plant under the supervision of the Government inspector, or as an alternate, at a commercial testing laboratory acceptable to the Government. However, the Bureau of Aeronautics reserves the right to conduct Qualification tests in a Government laboratory. Samples which have been submitted and determination for acceptance of the specification on the basis of results of Government tests. The manufacturer shall, upon request, supply such samples as may be required for the performance of Government Qualification tests.

4.2.1 Report of Qualification tests.-- The manufacturer shall furnish Qualification test reports acceptable to the Bureau of Aeronautics for each class of compressed asbestos sheet on which qualification approval is desired. Qualification test reports shall show conformance of the compressed asbestos sheet with all qualification requirements of this specification and shall include the following information:

(a) Reference to the authorizing letter (see 6.3.1).

(b) The manufacturer's name and address.

(c) Location and identity of the plant which produced the samples tested. Applicant shall certify in writing that he is the actual manufacturer of the product or the distributor completely responsible for the distribution of the product offered.

(d) Identification of each product by manufacturer's product number.

(e) Results of all tests conducted to determine conformance of the compressed asbestos sheet with the qualification requirements of this specification. These results shall include actual values obtained and, when test methods so specify, shall include individual values as well as averages.

The test report shall be signed by the director of the laboratory which conducted the tests, or his superior.

4.2.1.1 Submittal of Qualification test reports and samples.-- The manufacturer shall forward three copies of the Qualification test report, together with 1 square foot of 1/16-inch-thick sample of the material tested, via the Government Inspector, to the Director, U. S. Naval Air Experimental Station, Naval Air Material Center, Naval Base, Philadelphia 12, Pennsylvania. The manufacturer will be notified of final action by the Bureau of Aeronautics.

Case 3:19-cv-00865-JBW Document 66-7e0-1 Filed 04/29/24 1 Page 61 of 66

MIL-A-7021A

4.2.2 **Tests.**- Qualification tests of compressed asbestos sheets shall consist of all the tests of this specification, in each class upon which qualification is desired.

4.3 **Acceptance tests.**- The Acceptance tests shall consist of Visual and dimensional inspection (4.3.2.1) and the lot acceptance tests (4.3.2.2).

4.3.1 **Sampling.**-

4.3.1.1 **Lot.**- All material of the same thickness and class (or part number), manu-factured at approximately the same time from the same batch or batches of compressed asbestos sheets and offered for delivery at one time, shall be considered a lot for pur-poses of inspection and tests.

4.3.1.2 **Sampling for Visual and dimensional inspection.**- A random sample shall be selected from each inspection lot of material offered for Government inspection of visual and dimensional inspection with lot acceptance based on the sampling inspection require-ments of table III in conformance with Standard MIL-STD-105.

TABLE III

Sampling for Visual and dimensional inspection
AQL (approx) = 2.5 percent defective

| Number of sheets or parts in lot | Number of sheets or parts in sample | Acceptance number (defective) | Rejection number (defective) |
|---|---|---|---|
| 15 and under | 7 | 0 | 1 |
| 16 to 40 | 10 | 0 | 1 |
| 41 to 110 | 15 | 1 | 2 |
| 111 to 300 | 25 | 1 | 2 |
| 301 to 500 | 35 | 2 | 3 |
| 501 to 800 | 50 | 3 | 4 |
| 801 to 1,300 | 75 | 4 | 5 |
| 1,301 and over | 110 | 6 | 7 |

4.3.1.3 **Sampling for lot acceptance tests.**- A random sample of compressed asbestos sheets shall be selected in accordance with table IV from each inspection lot of material, and shall be tested as specified in 4.3.2.2 and in accordance with the test conditions specified in 4.4.

TABLE IV

Sampling for lot acceptance tests

| Number of sheets or parts in lot | Number of sheets or parts in sample 1/ |
|---|---|
| 110 and under | 3 |
| 111 to 300 | 5 |
| 301 to 800 | 7 |
| 801 to 1,300 | 10 |
| 1,301 and over | 15 |

1/ A sample large enough to perform all the required tests shall be taken from each sheet.

6



4.3.1.3.1  If the items in a lot are unsuitable for use as test samples, the contractor shall furnish with the lot 1 square foot of 1/16 ±0.015-inch-thick sheet of identical material. The samples selected or furnished for lot acceptance shall be suitably id and dated for identification with the lots represented.

4.3.2  Inspection and tests.-

4.3.2.1  Visual and dimensional inspection.-  Each of the samples or parts selected specified in 4.3.1.2 shall be visually and dimensionally inspected by the Government actor to determine conformance with this specification with respect to requirements which no test methods are specified herein.

4.3.2.2  Lot acceptance tests.-  Each of the samples selected as specified in 4.3.1.3 . be subjected to each of the following tests described under "Test methods," to determine conformance with this specification:

(a) Examination of product               (4.5.1).
(b) Tensile strength (As received)       (4.5.5.1)
(c) Compressibility and recovery (As received)  (4.5.3.1)

4.3.2.3  Rejection and retest.-  Any sheet or part in the sample containing one or visual or dimensional defects shall be rejected, and if the number of the defective s or parts exceeds the acceptance number for that sample, the lot represented by the s shall be rejected. Compressed asbestos material which has been rejected may be ked or replaced to correct the defects and resubmitted for acceptance. Before retting, full particulars concerning previous rejection and the action taken to correct efects found in the original shall be furnished the Inspector. Material rejected retest shall not be resubmitted without the specific approval of the procuring ity.

4.4  Test conditions.-

4.4.1  Temperature.-  Compressed asbestos sheet material shall be conditioned 60 es at 100°C (212°F) in a circulating air oven and cooled to room temperature in a cator prior to cutting specimens for the following "as received" tests:

(a) Tensile strength               (4.5.5.1)
(b) Compressibility and recovery   (4.5.3.1)
(c) Bending                        (4.5.4.1)

to test, cut conditioned specimens shall be kept in the desiccator and tested lately after removal from the desiccator.

4.4.2  Tolerances on temperature and exposure times.-  Unless otherwise specified, unces for the test temperatures shall be ±2°C or ±3.6°F, and, for exposure time, shall follow: 60 ±5 minutes, 5 ±1/4 hour, 22 ±1/4 hour, and 70 ±1 hour.

4.5  Test methods.-

4.5.1  Examination of product.-  Compressed asbestos sheets shall be examined to mine conformance with this specification with respect to material, identification, anship, dimensions, and tolerances.

Ex.: 32: p.: 1609

MIL-I-7021A

4.5.5.2  Tensile strength after immersion.- Three tensile specimens, cut in the wetter direction, shall be immersed in the media and conditions specified below, as specified in Method 6001 of Federal Test Method Standard No. 601. At the expiration of the immersion period, the specimen shall be immediately removed from the liquids. If the immersion medium is above room temperature, the specimen shall be immediately placed in a fresh sample of the same immersion medium at room temperature and allowed to remain for 30 minutes. Immediately after removal from the immersion medium or from the cooling liquid, the specimen shall be wiped lightly with filter paper. If the media is an oil, the excess oil on the specimen shall be wiped off by means of a cloth and dipped quickly in acetone, then blotted lightly with filter paper. Tensile tests shall be conducted within 3 minutes after removal from the immersion medium or cooling liquid. Tensile strength shall be determined on the original unaged cross-sectional area previously recorded on the individual specimens. Change in tensile strength shall be calculated as follows:

$$\frac{O - I}{O} \times 100 = \text{percent change in tensile strength}$$

Where   $O$ = the tensile strength before immersion
        $I$ = the tensile strength after immersion

4.5.5.2.1  Immersion media (change in tensile strength).- Each of the following liquids shall be used separately as the immersion medium at the indicated temperature and exposure times for class 1 materials, except distilled water which shall be used for class 2 only.

TABLE V

Immersion media

| Media | Specification or method | Temperature | Exposure hours |
|---|---|---|---|
| Water-alcohol | 50 percent Distilled water - 50 percent methanol (by vol) MIL-M-0559 | 66°C 140°C | 22 5 |
| Ethylene glycol | Fed. Test Method Std. No. 601 | 140°C | 5 |
| Petroleum base oil | Fed. Test Method Std. No. 601 Method 6001 | 110°C | |
| Aromatic fuel, Medium No. 1 | Fed. Test Method Std. No. 601 Method 6001 | 23°C | 22 |
| Distilled water, Medium No. 6 | Fed. Test Method Std. No. 601 Method 6001 | 23°C | 22 |
| Medium No. 10 | Fed. Test Method Std. No. 601 | 100°C | 70 |

4.5.6  Corrosion.- Test specimen 1 by 2 inches shall be cut from the compressed asbestos material and placed between alternate metal plates, which have been washed in toluene and dried to form a stack consisting of the following, in the order indicated:

Aluminum alloy   Specification QQ-A-355
Brass            Specification QQ-B-611
Bronze           Specification QQ-B-650
Steel            Specification QQ-S-5729 (Composition 4)
Magnesium alloy  Specification QQ-M-44 (Condition 4)

The metal plates shall be 1 by 2 inches by 1/16-inch minimum thickness, polished to 5 - 15 microinch rms finish. The stack shall be laid together in a sandwich jig held together with four corner bolts and wing nuts. Thirty pounds' pressure shall be applied to the stack and the corner wing nuts shall be finger tightened. - A control sandwich consisting of metal plates with filter paper (No. 2 Whatman or equivalent) shall be prepared. The test sandwich, along with control sandwich, shall then be placed in a circulating air oven maintained at 70°C (158°F) for a period of 7 days. At the end of this period, the metal surfaces shall be examined for evidence of progressive pitting or corrosion. The material shall not adhere to the metal. Discoloration is not considered or defined as corrosion.

## 5. PREPARATION FOR DELIVERY

5.1  Interleaving.- Rolls and sheets shall be interleaved with suitable paper extending over the full area of contact between the sheets.

5.2  Packing.-

5.2.1  Level A.-

5.2.1.1  Flat sheets.- Compressed asbestos sheets in thicknesses exceeding 1/16 inch shall be furnished in flat sheets and packed in unsheathed crates conforming to Specification MIL-C-152 and shrouded in accordance with the appendix thereto.

5.2.1.1.1  Unless otherwise specified, a stack of interleaved flat sheets not exceeding 10 inches in height shall be packed in exterior shipping containers conforming to Specification JAN-P-108; PPP-B-601 (overseas type); PPP-B-621, class 2; PPP-B-585, class 3; or MIL-B-10377. Sealed waterproof case liners conforming to Specification MIL-L-10547, type I, grade A or B, class 2, shall be used, except when boxes conforming to Specification JAN-P-108 have all joints sealed with water-resistant tape. The gross weight of wood boxes shall not exceed 200 pounds.

5.2.1.2  Rolls.- Roll-form interleaved sheets shall be packed in fiber drums conforming to Specification PPP-D-723, type III, grade A.

5.2.2  Level B.-

5.2.2.1  Flat sheets.- Unless otherwise specified, a stack of interleaved flat sheets not exceeding 10 inches in height shall be packed in exterior shipping containers conforming to Table II, Special requirements for corrugated fiberboard, of Specification LLL-B-631; Table II, Special requirements for solid fiberboard, of Specification LLL-B-636; Specification PPP-B-585, class 1; PPP-B-601 (domestic type); PPP-B-621, class 1; or MIL-B-10377. The gross weight of wood boxes shall not exceed 200 pounds or 70 pounds for fiberboard boxes.

5.2.3  Level C.-

5.2.3.1  Rolls.- Roll-form interleaved sheets shall be packed in fiber drums conforming to Specification PPP-D-723, type I, grade A.

5.2.3.1.1  Unless otherwise specified in the contract or order, the item shall be packed in accordance with the Consolidated Freight Classification Rules or Motor Freight Classification Rules in effect at time of shipment, whichever may be applicable.

10

Ex.: 32; p.: 1610

5.4   Marking of shipments.- In addition to any special marking required by the
contract or order, interior packages and exterior shipping containers shall be marked in
accordance with Standard MIL-STD-129. The identification shall be composed of the follow-
ing information listed in the order shown:

> Stock No. or other identification number as specified
> in the purchase document*
> ASBESTOS SHEET, COMPRESSED, FOR FUEL, LUBRICANT, COOLANT, WATER,
> AND HIGH TEMPERATURE RESISTANT GASKETS
> Specification MIL-A-7021A
> Class
> Manufacturer's Designation No.
> Name of manufacturer

> *NOTE: The contractor shall enter the Federal Stock No. specified
> in the purchase document or as furnished by the procuring activity.
> When the Federal Stock No. is not provided or available from the
> procuring activity, leave space therefor and enter the Stock No.
> or other identification as provided by the procuring activity.

6.   NOTES

6.1   Intended use.-

6.1.1   Class 1.- This material is intended for use as gaskets to prevent leakage
of fuel, lubricating oil, ethylene glycol, and water-alcohol mixture, especially through-
out the powerplant system.   This class is recommended for use in flanges of heavy con-
struction with close bolt spacing where high-bolt torque may be applied.

6.1.2   Class 2.- This material is intended for use as gaskets to prevent leakage
of water.

6.2   Ordering data.- Procurement documents should specify the following:

(a) Title, number, and date of this specification
(b) Class, dimensions, and thickness
(c) Part number (when applicable)
(d) Stock number
(e) Total quantity desired
(f) Selection of applicable levels of preservation and packaging,
and packing.

(1) Packaging (see 5.2)

(a) Level A (military package) affords protection of
material during worldwide distribution or indeterminate
storage or both.

(b) Level C (minimum military package) affords protection
of material during shipment to initial domestic
destinations with no expected storage prior to use
and no transshipment.

11

Ex.: 32; p.: 1611

MIL-A-7021A

(2) Packing (see 5.3)

(a) Level A (military pack) affords protection of material destined for worldwide distribution with indeterminate storage.

(b) Level B (limited military pack) affords protection of material destined for domestic shipment with subsequent indeterminate indoor storage.

(c) Level C (minimum military pack) affords protection of material for immediate use at the initial domestic destination.

6.3  Provisions for qualification.- With respect to products requiring qualification, awards will be made only for such products as have, prior to the bid opening date, been tested and approved for inclusion in the applicable Qualified Products List whether or not such products have actually been so listed by that date.

6.3.1  The attention of suppliers is called to this requirement, and manufacturers are urged to arrange to have the products that they propose to offer to the Federal Government, tested for qualification in order that they may be eligible to be awarded contracts or orders for the products covered by this specification. Requests for information pertaining to qualification of products covered by this specification should be addressed to the Director, U.S. Naval Air Experimental Station, Naval Air Material Center, Naval Base, Philadelphia 12, Pennsylvania, the activity responsible for qualification, with copies to the Commander, Wright Air Development Center, Wright-Patterson Air Force Base, Ohio, and the Bureau of Aeronautics, Navy Department, Washington 25, D. C.

NOTICE: When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

Custodians:
Army - Transportation Corps
Navy - Bureau of Aeronautics
Air Force

Preparing activity:
Navy - Bureau of Aeronautics

Other interest:
Army - Q
Navy - OShS

12