Exhibit G, Part 46 - McDonnell Douglas Corporation's Opposition to Plaintiffs' Motion to Remand and Exhibits
Case MDL No. 875 Document 6668-2 Filed 01/28/11 Page 1 of 11
Case3:11-cv-00067-JSW Document80-2 Filed01/24/11 Page1 of 11

*Superseded*

**MIL-A-7021B**
**AMENDMENT-1**
**4 NOVEMBER 1964**

# MILITARY SPECIFICATION

## ASBESTOS SHEET, COMPRESSED, FOR FUEL, LUBRICANT, COOLANT, WATER, AND HIGH TEMPERATURE-RESISTANT GASKETS

*This amendment forms a part of Military Specification MIL-A-7021B, 15 December 1963, and is mandatory for use by all Departments and Agencies of the Department of Defense.*

Page 3, TABLE II: Under "Corrosion (4.6.6)", add the following:

| Properties | Unit | Limits | |
|---|---|---|---|
| | | Class 1 | Class 2 |
| "Chloride test (4.6.7) | Percent, max | 0.35 | -----" |

Page 8: Add the following new paragraph:

"4.6.7 *Chloride determination.* A 5-gram sample shall be weighed, cut in ½-inch squares, and placed in an Erlenmeyer flask of suitable size. The sample shall be diluted with 150 ml. of distilled water, boiled for 1 hour, and filtered. The flask and sample shall be washed with distilled water. The filtrate and washings shall be cooled to room temperature, diluted to 200 ml., and titrated with 0.1N silver nitrate solution, using potassium chromate as the indicator. A blank determination shall be run on distilled water, and the value for the blank subtracted from that for the sample. The percent of chlorine in the sample shall be calculated."

Custodians:
   Army—MO
   Navy—WP
   Air Force—(11)

Preparing activity:
   Navy—WP

Reviewer activities:
   Army—MO, MR
   Navy—WP
   Air Force—(11), (69)
   DSA IS

User activity:
   Army—MO
   Navy—SH, MC
Project No. 5330-0159

Review/user information is current as of the date of this document. For future coordination of changes to this document, draft circulation should be based on the information in the current Federal Supply Classification Listing of DoD Standardization Documents.

FSC 5330

# SPECIFICATION ANALYSIS SHEET

FORM APPROVED BUDGET BUREAU NO. 119-R004

## INSTRUCTIONS

This sheet is to be filled out by personnel, either Government or contractor, involved in the use of the specification in procurement of products for ultimate use by the Department of Defense. This sheet is provided for obtaining information on the use of this specification which will insure that suitable products can be procured with a minimum amount of delay and at the least cost. Comments and the return of this form will be appreciated. Fold on lines on reverse side, staple in corner, and send to preparing activity.

**SPECIFICATION**

MIL-A-7021B Asbestos Sheet, Compressed, for Fuel, Lubricant, etc., Gaskets

| ORGANIZATION | CITY AND STATE |
|---|---|
| | |

| CONTRACT NO. | QUANTITY OF ITEMS PROCURED | DOLLAR AMOUNT $ |
|---|---|---|
| | | |

**MATERIAL PROCURED UNDER A**

☐ DIRECT GOVERNMENT CONTRACT   ☐ SUBCONTRACT

1. HAS ANY PART OF THE SPECIFICATION CREATED PROBLEMS OR REQUIRED INTERPRETATION IN PROCUREMENT USE?

   A. GIVE PARAGRAPH NUMBER AND WORDING

   B. RECOMMENDATIONS FOR CORRECTING THE DEFICIENCIES

2. COMMENTS ON ANY SPECIFICATION REQUIREMENT CONSIDERED TOO RIGID

3. IS THE SPECIFICATION RESTRICTIVE?

   ☐ YES   ☐ NO   IF "YES" IN WHAT WAY?

4. REMARKS (Attach any pertinent data which may be of use in improving this specification. If there are additional papers, attach to form and place both in an envelope addressed to preparing activity)

| SUBMITTED BY (Printed or typed name and activity) | DATE |
|---|---|
| | |

**DD FORM 1426**

Ex.: 33; p.: 1614

#1

**MIL-A-7021B**
13 DECEMBER 1963
SUPERSEDING
MIL-A-7021A
25 OCTOBER 1956

## MILITARY SPECIFICATION

## ASBESTOS SHEET, COMPRESSED, FOR FUEL, LUBRICANT, COOLANT, WATER, AND HIGH TEMPERATURE RESISTANT GASKETS

*This specification has been approved by the Department of Defense and is mandatory for use by the Departments of the Army, the Navy, and the Air Force.*

### 1. SCOPE

**1.1 Scope.** This specification covers compressed asbestos sheet for gaskets for use where resistance to hydrocarbon fuels, petroleum-base lubricants, coolant, water, and high temperature is required (see 6.1).

**1.2 Classification.**

**1.2.1 *Classes*.** The material shall be furnished in the following classes, as specified (see 6.2):

    Class 1—Fuel, lubricant, coolant, and high temperature resistant
    Class 2—Water Resistant

**1.2.2 *Forms*.** The material shall be furnished in sheet form or roll form. Sheet-form asbestos shall be furnished when the thickness exceeds 1/16 inch. Roll-form asbestos shall be furnished when the thickness is 1/16 inch or less.

### 2. APPLICABLE DOCUMENTS

**2.1** The following documents of the issue in effect on date of invitation for bids or request for proposal, form a part of the specification to the extent specified herein.

SPECIFICATIONS
FEDERAL

| | |
|---|---|
| O-M-232 | —Methanol (Methyl Alcohol) |
| NN-P-515 | —Plywood, Container Grade |
| QQ-A-355 | —Aluminum Alloy, Plate and Sheet 2024 |
| QQ-B-613 | —Brass, Leaded and Non-Leaded; Plate, Rolled Bar, Sheet and Strip |
| QQ-B-750 | —Bronze Phosphor, Bar, Plate, Rod, Sheet, Strip, Flat Wire, and Structural and Special Shaped Sections |
| QQ-M-44 | —Magnesium Alloy Plate and Sheet (AZ31) |
| UU-P-268 | —Paper, Kraft, Untreated, Wrapping |
| UU-P-271 | —Paper, Wrapping, Waterproofed Kraft |
| UU-T-111 | —Tape; Paper, Gummed (sealing and securing) |
| PPP-B-576 | —Box, Wood, Cleated, Veneer, Paper Overlaid |
| PPP-B-585 | —Boxes; Wood, Wirebound |
| PPP-B-591 | —Boxes, Fiberboard, Wood-Cleated |
| PPP-B-601 | —Boxes, Wood, Cleated-Plywood |
| PPP-B-621 | —Boxes, Wood, Nailed and Lock-Corner |
| PPP-B-636 | —Boxes, Fiberboard |
| PPP-D-723 | —Drums, Fiber |

FSC 5330

Ex.: 33; p.: 1615

MIL-A-7021B

- PPP-T-97 —Tape; Pressure-Sensitive Adhesive, Filament Reinforced

MILITARY

MIL-E-5559 —Ethylene Glycol; Non-Corrosive (Anti-Freeze and Cooling Liquid for Aircraft Engines)
MIL-L-10547 —Liners, Case, Waterproof
MIL-B-13239 —Barrier Material, Waterproofed, Flexible, All Temperature
MIL-S-18729 —Steel Plate, Sheet, and Strip, Alloy, 4130, Aircraft Quality

STANDARDS
FEDERAL

FED. TEST METHOD Rubber: Sampling and Testing STD. NO. 601

MILITARY

MIL-STD-105 —Sampling Procedures and Tables for Inspection by Attributes
MIL-STD-129 —Marking for Shipment and Storage

(Copies of specifications, standards, drawings, and publications required by suppliers in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer.)

## 3. REQUIREMENTS

3.1 *Preproduction inspection.* The compressed asbestos material furnished under this specification shall be a product which has been inspected and passed the preproduction inspection specified herein.

3.2 *Material.* The compressed asbestos sheet shall be made from asbestos fiber bonded under pressure with a rubber compound and processed to form a pliable and resilient sheet capable of meeting the requirements of this specification. The material shall exhibit uniformity throughout as a result of thorough dispersion of ingredients. The composition shall be such that it will not cause weak spots or wicking.

3.2.1 *Limitation on age.* Class 1 material (sheets) shall not be older than 4 quarters and Class 2 material (sheets) not older than 6 quarters from date of manufacture for delivery to the Government (see 3.5.1).

3.3 *Dimensions and tolerances.*

3.3.1 *Dimensions.* Dimensions of sheets shall be as specified by the procuring activity (see 6.2).

3.3.2 *Tolerances.*

3.3.2.1 *Thickness.* Unless otherwise specified in the contract, the thickness of compressed asbestos sheets, when determined as specified in 4.6.2.1, shall not vary from that specified by more than the amount shown in table I.

TABLE I.—*Thickness tolerances*

| Thickness (inch) | Tolerance (inch) | |
|---|---|---|
| | Plus | Minus |
| 1/64 and less | 0.005 | 0.002 |
| Over 1/64 and less than 1/16 | 0.005 | 0.005 |
| 1/16 and over | 0.008 | 0.005 |

3.3.2.2 *Linear dimensions.* Unless otherwise specified in the contract, linear tolerances on sheet material shall be ±¼ inch.

3.4 *Physical properties.* The physical properties of the compressed asbestos sheet shall conform to the requirements specified in Table II.

3.5 *Identification of products.*

3.5.1 *Sheets.* Unless otherwise specified, sheets shall be legibly marked with a fuel-and-oil-resistant lacquer, ink, or dye to show the specification number, class, manufacturer's name, and product identification. In addition, the sheets shall also be marked with date of manufacture (quarter and year), for example: sheet manufactured in January 1963 would be marked 1-63, sheet manufactured in

2

Ex.: 33; p.: 1616

Case MDL No 875 Document 6668 Filed 01/28/11 Page 5 of 11
Case 3:11-cv-00067-JSW Document 80-2 Filed 01/24/11 Page 5 of 11

MIL-A-7021B

Table II.—*Physical properties*

| Properties | Unit | Limits Class 1 | Limits Class 2 |
|---|---|---|---|
| As received: | | | |
| Compressibility (4.6.3.1) | Percent | 12±5 | 12±5 |
| Recovery (4.6.3.1) | Percent, min | 45 | 45 |
| Bend (4.6.4.1) | | No cracks | No cracks |
| Tensile strength (4.6.5.1) | Psi, min | 2,000 | 1,500 |
| Oven aged: | | | |
| Bend (4.6.4.2) | | No cracks | No cracks |
| Corrosion (4.6.6) | | No corrosion | No corrosion |
| Fluid immersion: | | | |
| Distilled water (Medium No. 10): | | | |
| Tensile strength (4.6.5) | Percent change, max | | −15 |
| Thickness (temporary) (4.6.2.2.1) | Percent change | | +10 −0 |
| Water-alcohol: | | | |
| Tensile strength (4.6.5) | Percent change, max | −15 | |
| Ethylene glycol: | | | |
| Tensile strength (4.6.5) | Percent change, max | −15 | |
| Petroleum-base oil (Medium No. 1): | | | |
| Tensile strength (4.6.5) | Percent change, max | −20 | |
| Aromatic fuels (Medium No. 6): | | | |
| Tensile strength | Percent change, max | −60 | |
| Thickness: | | | |
| Temporary | Percent change | +20 −0 | |
| Permanent | Percent change | ±3 | |
| Compressibility | Actual value, percent max | 30 (no rupture) | |

NOTE: All test values are based on 1/16-inch-thick material.
All tensile strength values are in the weaker grain direction.

June 1963 would be marked 2-63; etc. The markings shall be applied in rows of recurring characters not less than 3/8 inch in height, spaced not over 5 inches apart, recurring either lengthwise or crosswise of the sheet and on one side only. The marking fluid shall not be deleterious to the material. The color of the markings shall be red for class 1 and blue for class 2.

3.5.2 *Small parts (cut from sheet)*. When the shape and size of the material does not permit marking in accordance with the above, a red dot or a blue dot may be used to indicate the class. This dot shall appear on the face of the piece, if the piece has a minimum of 1-inch surface dimension in each of two directions. In the event that the dimensions of the material are such that dot marking cannot be made in accordance with the above, the individual pieces shall be stacked for marking purposes and a painted identification stripe applied to the stacked edges.

3.6 *Workmanship*. All details of workmanship shall be in accordance with highgrade manufacturing practices covering these classes of materials. The compressed asbestos shall be uniform in quality and condition, clean, sound, smooth, and free from foreign materials and from defects detrimental to fabrication, appearance, or performance of parts.

4. QUALITY ASSURANCE PROVISIONS

4.1 *Responsibility for inspection*. Unless otherwise specified in the contract or purchase order, the supplier is responsible for the performance of all inspection requirements as specified herein. Except as otherwise specified, the supplier may utilize his own facilities

3

Ex.: 33; p.: 1617

MIL-A-7021B

or any commercial laboratory acceptable to the Government. The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure supplies and services conform to prescribed requirements.

4.2 Classification of inspection. The inspection and testing of compressed asbestos sheet shall be classified as follows:
(a) Preproduction inspection (4.3)
(b) Quality conformance inspection (4.4)

4.3 Preproduction inspection. The preproduction inspection shall consist of all the tests of this specification as described under "Test Methods" (4.6) and the examination for defects in appearance and workmanship as specified in 4.4.2.1 for each class of asbestos material submitted for approval. The responsibility for the performance of the preproduction inspection shall be as specified in the contract or order (see 6.2).

4.3.1 Sampling for preproduction inspection. Except as specified in 4.3.1.1, as soon as possible after the award of a contract or order, the contractor shall submit one square foot of $\frac{1}{16}$-inch-thick compressed asbestos sheet of each class for preproduction inspection. Further production of asbestos material by the contractor prior to the approval of the procuring activity or completion of inspection of the preproduction sample shall be at the contractor's risk.

4.3.1.1 Preproduction sample and inspection for a subsequent contract. If a contractor has previously delivered asbestos material in accordance with the requirements of this specification and his product for the applicable class of material has been found to be satisfactory, the requirements for a preproduction sample and preproduction inspection for any subsequent contract, or order may be waived at the discretion of the procuring activity (see 6.2).

4.4 Quality conformance inspection. Quality conformance inspection shall consist of lot acceptance testing (4.4.1.2) and examination of the end item (4.4.2).

4.4.1 Sampling.

4.4.1.1 Inspection lot. An inspection lot shall consist of all the asbestos material of the same class, manufactured under essentially the same conditions, and submitted for acceptance at the same time.

4.4.1.2 Lot acceptance testing. For purposes of lot acceptance testing, the sample unit shall consist of one square foot cut from a sheet or roll near but not within three inches of an edge. Samples shall be selected for each class of compressed asbestos in accordance with Standard MIL-STD-105 from each inspection lot. The inspection level for determining the number of sample units shall be S-4. Sample units selected shall be subjected to all the tests specified in Table III. If one or more sample units fail to meet the requirements of this specification, the lot represented by the sample shall be rejected.

4.4.1.2.1 If the items in a lot are unsuitable for use as test samples, the contractor shall furnish with the lot 2 square feet of $\frac{1}{16} \pm 0.016$-inch-thick sheet of identical material. The samples selected or furnished for lot acceptance shall be suitably marked and dated for identification with the lots represented.

TABLE III.—Instructions for Lot Acceptance Tests (As received)

| Test | Requirement paragraph | Test method | No. determinations per sample applicable to lot average | Results reported as numerically to nearest [1] |
|---|---|---|---|---|
| Compressibility | 3.4 | 4.6.3.1 | Avg. of 3 | 0.1 percent |
| Recovery | 3.4 | 4.6.3.1 | Avg. of 3 | 0.1 percent |
| Tensile Strength (as received, weaker direction) | 3.4 | 4.6.5.1 | Avg. of 3 | 0.1 psi |

NOTE: [1] Test reports shall include all values on which results are based.

4

Case MDL No. 875 Document 6668 Filed 01/28/11 Page 7 of 11
Case 3:11-cv-00067-JSW Document 80-2 Filed 01/24/11 Page 7 of 11

MIL-A-7021B

4.4.2 *Examination of the end item.* Examination of the end item shall be made in accordance with the classification of defects, inspection levels and acceptable quality levels (AQLs) set forth below. The lot size, for purpose of determining the sample size in accordance with MIL-STD-105, shall be expressed in units of packages of sheets or rolls of asbestos material for examination in 4.4.2.1, 4.4.2.2, and in units of shipping containers for examination in 4.4.2.3.

4.4.2.1 *Examination of the end item for defects in appearance and workmanship.* The sample unit for this examination shall be one sheet (for sheets) or one yard (for rolls), as applicable. The examination may be performed prior to application of interleaving and packaging. The inspection level shall be II and the acceptable quality level (AQL) shall be 2.5 defects per 100 units.

TABLE IV.—*Defects in appearance, workmanship, and marking.*

| Examine | Defect |
|---|---|
| Appearance | Any hole, tear, fold or crease. Embedded dirt or foreign material. |
| Workmanship | Nonuniform surface, smoothness or texture. Rough surface, uneven edges. Not pliable. |
| Markings | Identification markings missing, incorrect, illegible or not in accordance with specification or contract requirements. |

4.4.2.2 *Examination of the end item for dimensional defects.* The sample unit for this examination shall be one sheet or roll as applicable. The examination may be performed prior to interleaving and packaging. The inspection level shall be II and the acceptable quality level (AQL) shall be 1.5 defects per 100 units.

TABLE V.—*Dimensional defects*

| Examine | Defect |
|---|---|
| Sheets Length and Width | Unless otherwise specified, dimensions shall not vary by more than plus or minus ¼ inch from dimensions required by contract. |
| Rolls Width | The width shall not vary by more than plus or minus ¼ inch from the width specified. |
| Length | The length shall not vary by more than plus or minus ½ percent of nominal length or by more than the tolerance specified in the contract, as applicable. |

4.4.2.3 *Examination of preparation for delivery.* An examination shall be made to determine that packaging, packing, contents and markings comply with the requirements of Section 5 of this specification. The sample unit for this examination shall be one shipping container, fully packed, selected just prior to the closing operation. Shipping containers fully prepared for delivery shall be examined for closure defects. The inspection level shall be S-2 and the acceptable quality level (AQL) 4.0 percent defective.

TABLE VI.—*Packaging, packing and marking defects*

| Examine | Defect |
|---|---|
| Packaging (as applicable) | Not level specified; not in accordance with contract requirements. Sheets or rolls not interleaved over full area. Rolls not wound on substantial core, not restrained. Interleaving material not as specified. Outer wrapper not adequately sealed. Stacked sheets exceed height specified; less than specified or indicated number of sheets per package. |
| Packing (as applicable) | Not level specified; not in accordance with contract requirements. Container not as specified; closures not made by specified methods or materials. Any nonconforming component, component missing, damaged or otherwise defective affecting serviceability. Inadequate application of components, such as: incomplete closure of case liners, container flaps, loose or inadequate strapping, bulged or distorted containers. |
| Count | Less than specified or indicated quantity of rolls or packages of sheets. |
| Weight | Gross weight exceeds specified requirements |
| Markings | Interior or exterior markings (as |

5

Ex.: 33; p.: 1619

MIL-A-7021B

| Examine | Defect |
|---|---|
| | applicable) omitted, illegible, incorrect, incomplete or not in accordance with contract requirements. |

**4.5 Test conditions.**

4.5.1 *Temperature.* Compressed asbestos sheet material shall be conditioned 60 minutes at 100° C (212° F) in a circulating air oven and cooled to room temperature in a desiccator prior to cutting specimens for the following "as received" tests:

(a) Compressibility and recovery (4.6.3.1)
(b) Bending (4.6.4.1)
(c) Tensile strength (4.6.5.1)

Prior to test, cut conditioned specimens shall be kept in the desiccator and tested immediately after removal from the desiccator.

4.5.2 *Tolerances on temperature and exposure times.* Unless otherwise specified, tolerances for the test temperatures shall be ±2° C or ±3.6° F, and, for exposure time, shall be as follows: 60 minutes ±5 minutes, 5 ±¼ hour, 22 ±¼ hour, and 70 ±1 hour.

**4.6 Test methods.**

4.6.1 *Examination of product.* Compressed asbestos sheets shall be examined to determine conformance with this specification with respect to material, identification, workmanship, dimensions, and tolerances.

4.6.2 *Thickness.*

4.6.2.1 *As received.* Thickness of the specimen shall be determined in accordance with Method 2011 of Federal Test Method Standard No. 601, except that a total force of 9 ±0.1 ounce shall be exerted by the dial micrometer on the specimen.

4.6.2.2 *Change in thickness after immersion.* Change in thickness shall be determined on specimens previously immersed in distilled water for 70 hours at 100° C (212° F) and on specimens previously immersed in Medium No. 6, Method 6001 of Federal Test Method Standard No. 601 for 22 hours at 23° C (73.4° F).

4.6.2.2.1 *Change in thickness immediately after immersion (temporary).* This test shall be conducted on both medium No. 6 and water-immersed specimens as specified in 4.6.2.2 in accordance with Method 6231 of Federal Test Method Standard No. 601.

4.6.2.2.2 *Change in thickness, fuel immersion, after recovery (permanent).* This test shall be conducted on the same specimens on which temporary change in thickness after immersion in Medium No. 6, Method 6001 of Federal Test Method Standard No. 601, has been made. Permanent thickness data shall be obtained 22 hours after removal from the immersion medium, as specified in Method 6241 of Federal Test Method Standard No. 601.

4.6.3 *Compressibility and recovery.*

4.6.3.1 *As received.* Compressibility and recovery shall be determined and calculated in accordance with the procedure outlined for compressed asbestos sheet in Method 3331 of Federal Test Method Standard No. 601.

4.6.3.2 *Compressibility after fuel immersion.* Compressibility as specified for "as received" condition in 4.6.3.1 shall be conducted on a new set of specimens which have been immersed for 22 hours at 23° C (73.4° F) in fluid conforming to Medium No. 6, Method 6001 of Federal Test Method Standard No. 601. After removal from the immersion medium, specimens shall be blotted lightly with filter paper and test initiated within 15 seconds.

4.6.4 *Bending.*

4.6.4.1 *As received.* Six specimens 1 by 6 inches, three cut with the grain and three cut across the grain, shall be preconditioned as specified in 4.5.1 and subjected to bending 180 degrees around a mandrel having a diameter equal to 12 times the least thickness of the material.

4.6.4.2 *After oven aging.* Six specimens 1 by 6 inches, three cut with the grain and three cut across the grain, shall be placed in a circulating air oven for 70 hours at 100° C (212° F). After removal from the oven, the

6

Ex.: 33; p.: 1620

specimens shall be cooled in a desiccator for 30 ±5 minutes and then subjected to bending 180 degrees around a mandrel having a diameter equal to 16 times the least thickness of the material.

4.6.5 *Tensile strength.*

4.6.5.1 *As received.* Tensile strength shall be determined in accordance with Method 4111 of Federal Test Method Standard No. 601, except that the rate of jaw separation shall be 12 inches per minute. Tensile strength shall be conducted on specimens conditioned as specified in 4.5.1. The specimens shall be tested both with and across the direction of rolling or forming for the purpose of establishing the direction of the weaker grain. The 0.500-inch, No. I die, specified in Method 4111 of Federal Test Method Standard No. 601, shall be used for cutting tensile specimens. Tests shall be run in triplicate, and the average of the specimens in the weaker grain direction shall be reported.

4.6.5.2 *Tensile strength after immersion.* Three tensile specimens, cut in the weaker direction, shall be immersed in the media and conditions specified below, as specified in Method 6001 of Federal Test Method Standard No. 601. At the expiration of the immersion period, the specimens shall be immediately removed from the liquid. If the immersion medium is above room temperature, the specimen shall be immediately placed in a fresh sample of the same immersion medium at room temperature and allowed to remain for 30 ±5 minutes. Immediately after removal from the immersion medium or from the cooling liquid, the specimens shall be blotted lightly with filter paper. If the medium is an oil, the excess oil on the specimen shall be wiped off by means of a cloth and dipped quickly in acetone, then blotted lightly with filter paper. Tensile tests shall be conducted within 3 minutes after removal from the immersion medium or cooling liquid. Tensile strength shall be determined on the original unaged cross-sectional area previously recorded on the individual specimens. Change in tensile strength shall be calculated as follows:

$$\frac{O - E \times 100}{O} = \text{percent change in tensile strength}$$

Where $O$ = the tensile strength before immersion

$E$ = the tensile strength after immersion

4.6.5.2.1 *Immersion media (change in tensile strength).* Each of the liquids specified in Table VII shall be used separately as the immersion medium at the indicated temperature and exposure times for class 1 materials, except distilled water which shall be used for class 2 only:

TABLE VII.—*Immersion media*

| Media | Specification or method | Temperature | Exposure hours |
|---|---|---|---|
| Water-alcohol | 50 percent Distilled water—50 percent O-M-232 Grade A methanol (by wt) | 66° C | 22 |
| Ethylene glycol | MIL-E-5559 | 149° C | 5 |
| Petroleum-base oil Medium No. 1 | Fed. Test Method Std. No. 601—Method 6001 | 149° C | 5 |
| Aromatic fuel Medium No. 6 | Fed. Test Method Std. No. 601—Method 6001 | 23° C | 22 |
| Distilled water Medium No. 10 | Fed. Test Method Std. No. 601—Method 6001 | 100° C | 70 |

4.6.6 *Corrosion.* Test specimens 1 by 2 inches shall be cut from the compressed asbestos material and placed between alternate metal plates, which have been washed in toluene and dried to form a stack consisting of the following, in the order indicated:

Aluminum alloy — Specification QQ-A-355

Brass — Specification QQ-B-613 (Composition 2, Temper Quarter Hard)

7

Ex.: 33; p.: 1621

MIL-A-7021B

| | |
|---|---|
| Bronze | Specification QQ-B-750 (Composition A) |
| Steel | Specification MIL-S-18729 |
| Magnesium alloy | Specification QQ-M-44 (Condition A) |

The metal plates shall be 1 by 2 inches by $\frac{1}{16}$-inch minimum thickness, polished to 5-15 microinch rms finish. The stack shall be laid together in a sandwich jig held together with four corner bolts and wing nuts. Thirty pounds pressure shall be applied to the stack, and the corner wing nuts shall be finger tightened. A control sandwich consisting of metal plates with filter paper (No. 2 Whatman or equivalent) shall be prepared. The test sandwich, along with control sandwich, shall then be placed in a circulating air oven maintained at 70° C (158° F) for a period of 7 days. At the end of this period, the metal surfaces shall be examined for evidence of progressive pitting or corrosion. The material shall not adhere to the metal. Discoloration is not considered or defined as corrosion.

## 5. PREPARATION FOR DELIVERY

5.1 Packaging.

5.1.1 *Level A.*

5.1.1.1 *Rolls.* Compressed sheets of a thickness $\frac{1}{16}$ inch or less shall be furnished in rolls wound on a substantial core and suitably restrained from unwinding. The roll shall be interleaved, over the full area of contact between sheets, with Kraft paper conforming to UU-P-268. No further packaging is required for shipment involving PPP-D-723 drums. Rolls intended for shipment in containers other than drums shall be further packaged by applying Kraft paper headers to each end of the rolls and secured with a suitable adhesive, then wrapped with Kraft paper and the wrap sealed with tape conforming to UU-T-111. Basis weight of the Kraft paper for interleaving shall be 20-30 pounds and for wraps and headers 50-60 pounds.

5.1.1.2 *Flat sheets.* Compressed sheets of a thickness over $\frac{1}{16}$ inch shall be furnished in flat sheets. Flat sheets shall be interleaved, wrapped and taped as specified for rolls. Stacked sheets shall not exceed 10 inches in height.

5.1.2 *Level C.* Rolls and flat sheets shall be packaged in accordance with the manufacturer's commercial practice.

5.2 Packing.

5.2.1 *Level A.*

5.2.1.1 *Rolls.* Unless otherwise specified, rolls without headers and wrapping shall be packed in lined fiber drums conforming to PPP-D-723, Type III, Grade A. Drum closures shall be reinforced by means of a 3-inch wide tape conforming to PPP-T-97. Rolls with headers and over-wrap as specified in 5.1.1.1, shall be packed in overseas type exterior containers that conform to PPP-B-576, PPP-B-585, PPP-B-591, PPP-B-621. Case liners of materials conforming to UU-P-271 or MIL-B-13239, and fabricated in accordance with MIL-L-10547 shall be provided. Plywood, when used, shall conform to Type I or II, Class 2 of NN-P-515. The gross weight of the shipping container, when packed for shipment, shall not exceed 200 pounds.

5.2.1.2 *Flat sheets.* Flat sheets packaged as specified in 5.1.1.2 shall be packed in overseas type exterior containers conforming to PPP-B-576, PPP-B-585, PPP-B-591, PPP-B-601 or PPP-B-621. Case liners and plywood shall be as required for rolls. The gross weight of the shipping container, when packed for shipment, shall not exceed 200 pounds.

5.2.2 *Level B.*

5.2.2.1 *Rolls.* Rolls packaged as specified in 5.1.1.1, without headers and overwrap, shall be packed in fiber drums conforming to PPP-D-723, Type I, Grade A. Drum closures shall be taped to the side walls with 3-inch wide tape conforming to PPP-T-97. Rolls packaged as specified in 5.1.1.1, with headers and overwrap, shall be packed in domestic type exterior containers conforming to PPP-B-576, PPP-B-585, PPP-B-591, PPP-B-601, PPP-B-621 or PPP-B-636.

8

Ex.: 33; p.: 1622

MIL-A-7021B

5.2.2.2 *Flat sheets.* Flat sheets packaged as specified in 5.1.1.2 shall be packed in domestic type exterior containers conforming to PPP-B-576, PPP-B-585, PPP-B-591, PPP-B-601, PPP-B-621, or PPP-B-636. The gross weight of the shipping container, when packed for shipment, shall not exceed 200 pounds. The gross weight of fiberboard containers shall not exceed the weight limitations indicated in PPP-B-636.

5.2.3 *Level C.* Rolls and flat sheets shall be packed to insure that shipment arrives in satisfactory condition at destination. Shipment shall conform to the applicable carriers rules and regulations in effect at the time of shipment.

5.3 *Marking of shipments.* In addition to any special marking required by the contract or order, interior packages and exterior shipping containers shall be marked in accordance with Standard MIL-STD-129 and shall include the following information:

Stock No. or other identification number as specified in the purchase document* ASBESTOS SHEET, COMPRESSED, FOR FUEL, LUBRICANT, COOLANT, WATER, AND HIGH TEMPERATURE RESISTANT GASKETS
Specification MIL-A-7021 (latest revision)
Class
Manufacturer's Designation No.
Name of manufacturer

*NOTE: The contractor shall enter the Federal Stock No. specified in the purchase document or as furnished by the procuring activity. When the Federal Stock No. is not provided or available from the procuring activity, leave space therefor and enter the Stock No. or other identification as provided by the procuring activity.

6. NOTES

6.1 Intended use.

6.1.1 *Class 1.* This material is intended for use as gaskets to prevent leakage of fuel, lubricating oil, ethylene glycol, and water-alcohol mixture, especially throughout the powerplant system. This class is recommended for use in flanges of heavy construction with close bolt spacing where high-bolt torque may be applied.

6.1.2 *Class 2.* This material is intended for use as gaskets to prevent leakage of water.

6.2 *Ordering data.* Procurement documents should specify the following:

(a) Title, number, and date of this specification
(b) Class, dimensions, and thickness
(c) Part number (when applicable)
(d) Stock number
(e) Total quantity desired
(f) Selection of applicable levels of preservation and packaging, and packing
(g) Special markings (when applicable)
(h) When preproduction sample and inspection is not required (see 4.3.1.1)
(i) Responsibility for the performance of the preproduction inspection (see 4.3)

Custodians:
Army—MO
Navy—Weps
Air Force—ASD
Review Interest:
  Navy WP
  Air Force 11, 69
  DSA IS
User Interest:
  Navy SH, MC
  Army MO

Preparing Activity:
Navy—Weps
Project No. 5330-0091

Review/user information is current as of the date of this document. For future coordination of changes to this document, draft circulation should be based on the information in the current DODISS.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1964—701071/S-118

9

Ex.: 33; p.: 1623