L-A-7021C
AMENDMENT-1
20 June 1983

MILITARY SPECIFICATION

ASBESTOS-RUBBER COMPRESSED SHEET, FOR FUEL, LUBRICANT,
COOLANT, WATER AND TEMPERATURE RESISTANT GASKETS

This amendment forms a part of Military Specification MIL-A-7021C,
dated 16 December 1974, and is approved for use by all Departments
and agencies of the Department of Defense.

### PAGE 1

Title: Delete and substitute "Asbestos-Rubber Compressed Sheet, for Fuel,
Lubricant, Coolant, Water and Temperature Resistant Gaskets."

1.2, line 1: After the word "asbestos" add "-rubber."

### PAGE 13

Add new paragraph: "5.3.1 Warning label. A warning label shall be affixed
to interior packages as specified in MIL-STD-129. The warning should specify
that the preparation of gaskets from the sheeting material may result in
airborne asbestos fibers that can be hazardous to health."

Add new paragraph: "5.1.3 Temperature limitations. Temperature extremes of
the gaskets called out herein may be limited, in some cases, by the
temperature characteristics of the rubber binder employed in preparing the
sheet."

Custodians
Army - AV
Navy - AS
Air Force - 20

Review Activities
Army - EA, AR, MI
Navy - SA
Air Force - 99
DLA - IS

User Activities
Army - ME
Navy - MC

Preparing Activity
Navy - AS
(Project No. 5330-0549)

FSC 5330

**MASTER FILE COPY**
**DO NOT REMOVE**

MIL-A-7021C
16 December 1974
SUPERSEDING
MIL-A-7021B
13 December 1963

## MILITARY SPECIFICATION

### ASBESTOS SHEET, COMPRESSED, FOR FUEL, LUBRICANT, COOLANT, WATER, AND HIGH TEMPERATURE RESISTANT GASKETS

This specification is approved for use by all Departments and Agencies of the Department of Defense.

### 1. SCOPE

1.1 Scope . This specification covers compressed asbestos sheet for gaskets for use where high temperature resistance to hydrocarbon fuels, petroleum-based lubricants, coolants, and water is required (see 6.1).

1.2 Classification. The asbestos sheet shall be supplied in classes and forms as described below:

1.2.1 Classes.

Class 1 - Fuel, lubricant, coolant, and high tempera-
ture resistant
Class 2 - Water Resistant

1.2.2 Forms .

Sheet form - thickness greater than 1/16 inch (see 5.1.1.2)
Roll form - thickness 1/16 inch and less (see 5.1.1.1)

### 2. APPLICABLE DOCUMENTS

2.1 The following documents of the issue in effect on date of invitation for bids or request for proposal, form a part of the specification to the extent specified herein.

FSC 5330

Ex.: 34; p.: 1625

MIL-A-7021C

SPECIFICATIONS

Federal

| | |
|---|---|
| O-M-232 | Methanol (Methyl Alcohol) |
| NN-P-530 | Plywood, Flat Panel |
| QQ-A-250/4 | Aluminum Alloy 2024, Plate and Sheet |
| QQ-B-613 | Brass, Leaded and Nonleaded, Flat Products (Plate, Bar, Sheet and Strip) |
| QQ-B-750 | Bronze Phosphor, Bar, Plate, Rod, Sheet, Strip, Flat Wire, and Structural and Special Shaped Sections |
| QQ-M-44 | Magnesium Alloy Plate and Sheet (AZ31) |
| TT-W-572 | Wood Preservative; Water Repellent |
| UU-P-268 | Paper, Kraft, Untreated, Wrapping |
| PPP-B-576 | Box, Wood, Cleated, Veneer, Paper Overlaid |
| PPP-B-585 | Box, Wood, Wirebound |
| PPP-B-591 | Box, Fiberboard, Wood-Cleated |
| PPP-B-601 | Box, Wood, Cleated-Plywood |
| PPP-B-621 | Box, Wood, Nailed and Lock-Corner |
| PPP-B-636 | Box, Fiberboard |
| PPP-B-1055 | Barrier Material, Waterproofed, Flexible |
| PPP-D-723 | Drum, Fiber |
| PPP-T-45 | Tape, Gummed, Paper Reinforced, Plain, For Sealing, Securing |
| PPF-T-97 | Tape; Pressure Sensitive Adhesive, Filament Reinforced |

Military

| | |
|---|---|
| MIL-H-5559 | Hydraulic Fluid, Arresting Gear |
| MIL-L-10547 | Liners, Case and Sheet, Overwrap, Water-Vaporproof or Waterproof, Flexible |
| MIL-B-13239 | Barrier Material, Waterproofed, Flexible, All Temperatures, Heat Sealable |
| MIL-S-18729 | Steel Plate, Sheet, and Strip, Alloy, 4130, Aircraft Quality |

STANDARDS

Federal

| | |
|---|---|
| FED Test Method Standard No. 601 | Rubber: Sampling and Testing |

Military

| | |
|---|---|
| MIL-STD-105 | Sampling Procedures and Tables for Inspection by Attributes |
| MIL-STD-129 | Marking For Shipment and Storage |

2

Ex.: 34; p.: 1626

Case: MDL-No 875 JSW Document 66684-3 Filed 07/28/11 Page 4 of 45

(Copies of specifications, standards, drawings, and publications, required by suppliers in connection with specific procurement function should be obtained from the procuring activity or as directed by the contracting officer.)

2.2 Other publications. The following documents form a part of this specification to the extent specified herein. Unless otherwise indicated, the issue in effect on date of invitation for bids or request for proposal shall apply.

AMERICAN SOCIETY FOR TESTING AND MATERIAL STANDARDS (ASTM)

ASTM F36-66 Compressibility and Recovery of Gasket Materials

ASTM F152-72 Tension Testing of Non-Metallic Gasket Materials

(ASTM Standards are published by the American Society for Testing Materials, 1916 Race Street, Philadelphia, Pennsylvania 19103).

Technical society and technical association specifications and standards are generally available for reference from libraries. They are also distributed among technical groups and using agencies.

3. REQUIREMENTS

3.1 Material. The compressed asbestos sheet shall be made from asbestos fiber bonded under pressure with a rubber compound and processed to form a pliable, resilient sheet capable of meeting the requirements of this specification. The component material shall be uniformly dispersed throughout the sheet. The composition shall be such that it will not cause weak spots or wicking.

3.2 Dimensions and tolerances.

3.2.1 Dimensions. Dimensions of the asbestos material shall be as specified by the procuring activity (see 6.2).

3.2.2 Tolerances.

3

Ex.: 34; p.: 1627

3.2.2.1    Thickness.  Unless otherwise specified in the contract, the thickness of compressed asbestos material, when determined as specified in 4.5.2.1, shall not vary more than the amount shown in Table I.

TABLE I.  Thickness tolerances

| Thickness (inch) | Tolerance (inch) | |
|---|---|---|
| | Plus | Minus |
| 1/64 and less . . . . . . . . . . . . . . . . | 0.005 | 0.002 |
| Over 1/64 and less than 1/16 . . . . . . . | 0.005 | 0.005 |
| 1/16 and over . . . . . . . . . . . . . . . . | 0.008 | 0.008 |

3.2.2.2    Linear dimensions.  Unless otherwise specified in the contract, linear tolerances on sheet form material shall be +.25 inch.  Roll form shall be +.25 inch for width and +0.5 percent for length.

3.3    Physical properties.  The physical properties of the compressed asbestos sheet shall be in accordance with the requirements of Table II.

3.4    Identification of products.

3.4.1    Sheets and rolls.  Unless otherwise specified each square foot of a sheet shall be legibly marked with a fuel and oil resistant lacquer, ink or dye to show the specification number, class, manufacturer's name and product identification.  In addition the asbestos shall also be marked once with the date of manufacture (quarter and year), for example January 1974 would be marked 1-74; June 1974 - 2-74, etc.  The marking fluid shall not affect material performance.  The color of the markings shall be red for Class 1 and blue for Class 2.

3.4.2    Small parts (cut from sheet or roll).  When the shape and size of the material does not permit marking in accordance with the above, a red dot or a blue dot may be used to indicate the class.  This dot shall appear on the face of the piece, if the piece has a minimum of 1-inch surface dimension in each of two directions.  In the event that the dimensions of the material are such that dot marking cannot be made in accordance with the above, the individual pieces shall be stacked for marking purposes and a painted identification stripe applied to the stacked edges.

3.5    Workmanship.  All details of workmanship shall be in accordance with highgrade manufacturing practices covering these classes of materials.  The compressed asbestos shall be uniform in quality and condition, clean, sound, smooth, and free from foreign materials and from defects detrimental to fabrication, appearance, or performance of parts.

4

Ex.: 34; p.: 1628

MIL-A-7021C

TABLE II. Physical properties

| PROPERTY | REQUIREMENT 1/ | | TEST PARA. |
|---|---|---|---|
| | CLASS 1 | CLASS 2 | |
| Thickness | | | |
| As received | As determined | | 4.5.2.1 |
| % Change after immersion in: | | | 4.5.2.2 |
| Aromatic fuel | | | |
| Temporary | +20, -0 | - | |
| Permanent | +3 | - | |
| Distilled water (temporary) | - | +10, -0 | 4.5.2.3 |
| Compressibility | | | |
| As received, percent | 12 +5 | 12 +5 | 4:5.3.1 |
| Recovery, as rec'd, % min. | 45 | 45 | |
| Compressibility after immersion. in aromatic fuel, %, max. | 30, No rupture | - | 4.5.3.2 |
| Bend Test | | | |
| As received | No cracking | | 4.5.4.1 |
| After oven aging | No cracking | | 4.5.4.2 |
| Tensile Strength, PSI, Min. | | | |
| As received | 2000 | 1500 | 4.5.5.1 |
| After immersion in: | | | 4.5.5.2 |
| Distilled water | - | 825 | |
| Water-alcohol | 1100 | - | |
| Ethylene Glycol | 1100 | - | |
| Petroleum base oil | 1600 | - | |
| Aromatic fuel | 800 | - | |
| Corrosion | No corrosion | | 4.5.6 |
| Chloride content, %, max. | 0.35 | - | 4.5.7 |

1/    "-" in the requirement column indicates a property not applicable
to that class.

5

MIL-A-7021C

### 4. QUALITY ASSURANCE PROVISIONS

4.1 Responsibility for inspection. Unless otherwise specified in the contract or purchase order, the supplier is responsible for the performance of all inspection requirements as specified herein. Except as otherwise specified in the contract or order, the supplier may use his own or any other facilities suitable for the performance of inspection requirements specified herein, unless disapproved by the Government. The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure supplies and services conform to prescribed requirements.

4.2 Classification of inspections. The inspections and testing of the asbestos sheet shall be classified as follows:

(a) Quality conformance inspection (see 4.3)

4.3 Quality conformance.

4.3.1 Lot formation. Unless otherwise specified, a lot shall consist of all the asbestos material of the same class, manufactured under essentially the same conditions and submitted for inspection at one time.

4.3.2 Sampling.

4.3.2.1 For physical testing. The sample unit shall consist of a 2-square foot section of material cut from a sheet or roll. The sample shall not be taken within 3 inches of any edge. The sample size shall be selected in accordance with Inspection Level S-1 of MIL-STD-105. When irregular shaped items are supplied that cannot be used for test samples, the manufacturer shall furnish 2 square feet of 0.063 ±0.016 inch thick material identical to that offered for inspection. Testing shall be as specified in 4.3.3.1.

4.3.2.2 For visual examination. The lot size for purposes of this inspection shall be expressed in units of packages of sheets or rolls of material. The sample unit shall be one sheet or one roll of asbestos (1 yard of the roll shall be inspected). The sample size shall be selected in accordance with Inspection Level II of MIL-STD-105. The samples shall be examined as specified in 4.3.3.2.

4.3.2.3 For preparation for delivery. The lot size for purposes of this inspection shall be the number of shipping containers. The sample unit shall be one shipping container. The sample size shall be determined using Inspection Level S-2 of MIL-STD-105. Inspection as specified in 4.3.3.3.

4.3.3 Inspections.

4.3.3.1 Physical testing. Test specimens for each property specified in Table II shall be prepared from each sample unit selected. If one or more of the specimens fail to meet a requirement of Table II, the lot represented by the specimen shall be rejected.

6

Ex.: 34; p.: 1630

4.3.3.2 <u>Visual examination</u>. The samples selected in accordance with 4.3.2.2 shall be visually examined for defects in appearance and dimensional defects as specified in Table III. The Acceptable Quality Level (AQL) shall be 1.5 percent defective.

TABLE III. Visual examination defects

| EXAMINATION | DEFECT |
|---|---|
| Appearance | Any hole, tear, fold, or crease |
| Workmanship | Nonuniform surface, smoothness or texture<br>Rough surfaces, uneven edges<br>Not pliable |
| Markings | Identification markings missing, incorrect, illegible or not in accordance with specification or contract requirements |
| Dimensions | |
| Thickness | Not in accordance with contract or order.<br>Tolerance not in accordance with 3.3.2.1 |
| Sheets | |
| Length & width | Sheet dimensions shall not vary more than +1/4 inch from those specified in the contract or order |
| Rolls | |
| Length | Unless otherwise specified in the contract or order, shall not vary +0.5 percent of the nominal length |
| Width | Shall not vary +1/4 inch from the width specified |

4.3.3.3 <u>Preparation for delivery</u>. The containers selected in 4.3.2.3 shall be visually examined to the requirements of Table IV and all other applicable requirements to determine conformance to Section 5 of this specification. The Acceptable Quality Level (AQL) for this examination shall be 4.0 percent defective. In addition, shipping containers fully prepared for delivery shall be examined for closure defects.

Ex.: 34; p.: 1631

MIL-A-7021C

TABLE IV. Preparation for delivery examination

| EXAMINATION | DEFECT |
|---|---|
| Packaging (as applicable) | Not level specified; not in accordance with contract requirements. Sheets or rolls not interleaved over full area. Rolls not wound on substantial core, not restrained. Interleaving material not as specified. Outer wrapper not adequately sealed. Stacked sheets exceed height specified; less than specified or indicated number of sheets per package. |
| Packing (as applicable) | Not level specified; not in accordance with contract requirements. Container not as specified; closures not made by specified methods or materials. Any nonconforming component, component missing, damaged or otherwise defective affecting serviceability. Inadequate application of components, such as: incomplete closure of case liners, container flaps, loose or inadequate strapping, bulged or distorted containers. |
| Count | Less than specified or indicated quantity of rolls or packages of sheets. |
| Weight | Gross weight exceeds specified requirements. |
| Markings | Interior or exterior markings (as applicable) omitted, illegible, incorrect, incomplete or not in accordance with contract requirements. |

4.4    Test conditions.

4.4.1    Temperature and time tolerance. Unless otherwise specified, tolerances for the test temperatures shall be $+2^{\circ}C$ or $+3.6^{\circ}F$, and for exposure time, shall be as follows: 30 and 60 minutes $+5$ minutes, 5 $+1/4$ hour, 22 $+1/4$ hour, and 70 $+1$ hour.

4.4.2    Conditioning of material. "As received" test specimens for compressibility and recovery (4.5.3), bending (4.5.4), and tensile strength (4.5.5) shall be cut from material which has been conditioned in a circulating air oven for 60 minutes at $100^{\circ}C$ ($212^{\circ}F$), then cooled and stored in a desiccator. Each "cut" specimen shall be stored in a desiccator until immediately before test.

Ex.: 34; p.: 1632

4.4.3 Immersion fluids. Unless otherwise specified all immersion fluids shall be 12 to 20 times the volume of, and shall completely cover the test specimen. Table V identifies the immersion fluids and exposure conditions for testing.

TABLE V. Immersion media

| Fluid | Specification or method | Test Conditions | |
|---|---|---|---|
| | | Temperature | Exposure hours |
| Water-alcohol ........ | 50 percent Distilled water - 50 percent O-M-232 Grade A methanol (by wt) | 66°C | 22 |
| Hydraulic fluid ...... (Ethylene glycol base) | MIL-H-5559 | 149°C | 5 |
| Petroleum-base oil.... Medium No. 1 | Fed. Test Method Std. No. 601 - Method 6001 | 149°C | 5 |
| Aromatic fuel Medium.. No. 6 | Fed. Test Method Std. No. 601 - Method 6001 | 23°C | 22 |
| Distilled water....... Medium No. 10 | Fed. Test Method Std. No. 601 - Method 6001 | 100°C | 70 |

4.5 Test methods.

4.5.1 Examination of product. Compressed asbestos shall be examined to determine conformance with this specification with respect to material, identification, workmanship, dimensions, and tolerances.

4.5.2 Thickness.

4.5.2.1 As received. Thickness of the specimen shall be determined in accordance with Method 2011 of Federal Test Method Standard No. 601, except that a total force of 9 ±0.1 ounce shall be exerted by the dial micrometer on the specimen.

4.5.2.2 After fluid immersion, class 1. Class 1 specimens shall be immersed in Medium 6 of Table V. Temperature and exposure time shall be as specified in that table. Immediately after exposure the temporary change in thickness shall be determined in accordance with method 6231 of Fed. Test Mthd Std. No. 601. The same specimens shall then be conditioned 22 hours at room temperature before determining the permanent change in thickness using the method described above.

4.5.2.3 After fluid immersion, class 2. Class 2 specimens shall be immersed in medium 10 of Table V. Temperature and exposure time shall be as specified in that table. Immediately after exposure, temporary change in thickness shall be determined as specified in 4.5.2.2.

MIL-A-7021C

### 4.5.3 Compressibility and recovery.

4.5.3.1 <u>As received.</u> Compressibility and recovery shall be determined in accordance with ASTM F 36, compressed asbestos sheet.

4.5.3.2 <u>Compressibility after fluid immersion.</u> Compressibility after fluid immersion shall be determined on new specimens after immersion in medium 6 of Table V. Temperature and exposure time shall be as specified in 4.4.3 and that table. The specimens shall be blotted lightly with filter paper and tested within 15 seconds after removal from the fluid. The test method shall be ASTM F 36.

4.5.4 <u>Bending.</u> 12 - 1 by 6 inch specimens, 6 cut with the grain and 6 across the grain shall be prepared and tested as specified below:

4.5.4.1 <u>As received.</u> 3 specimens with the grain and 3 across the grain shall be conditioned as specified in 4.4.2, then subjected to a 180 degree bend around a mandrel whose diameter is equal to 12 times the least measured thickness of the material.

4.5.4.2 <u>After oven aging.</u> 3 specimens with the grain and 3 across the grain shall be conditioned in a circulating air oven for 70 hours at 100°C (212°F). After conditioning, the specimens shall be cooled for 30 minutes in a desiccator, then subjected to a 180 degree bend around a mandrel whose diameter is equal to 16 times the least measured thickness of the material.

4.5.5 <u>Tensile strength.</u> Tensile strength shall be determined in accordance with ASTM F152 using Die "A" and a jaw separation of 12 inches per minute. Specimens shall be cut as specified below.

4.5.5.1 <u>As received.</u> 3 specimens with the grain and 3 across the grain shall be cut from material conditioned in 4.4.2. The weaker grain shall be determined by test and reported as the average of 3 specimens.

4.5.5.2 <u>After fluid immersion.</u> 12 weaker grain specimens shall be cut from Class 1 material and 3 weaker grain specimens from Class 2 material. Cross sectional areas shall be determined prior to immersion. All Class 2 specimens shall be immersed in medium 10 of Table V. Class 1 specimens shall be immersed, 3 in each of the remaining fluids of Table V. Exposure times and temperatures shall be as specified in 4.4.3 and Table V. Upon completion of the exposure times, the specimens at elevated temperatures shall be transferred to fresh fluid at room temperature for 30 minutes. The specimens shall then be individually removed from the fluids blotted lightly with filter paper and tested within 3 minutes of removal from the fluid. Note: The oil immersed specimens may be wiped with a clean dry cloth, dipped in acetone and blotted with filter paper before test. Tensile strength shall be determined as specified in 4.5.5.

10

Ex.: 34; p.: 1634

4.5.6     Corrosion.  Test specimens 1 by 2 inches shall be cut
from the compressed asbestos material and placed between alternate metal
plates, which have been washed in toluene and dried to form a stack consist-
ing of the following, in the order indicated:

| | |
|---|---|
| Aluminum alloy | QQ-A-250/4 |
| Brass | QQ-B-613 (Composition 2, Temper Quarter Hard) |
| Bronze | QQ-B-750 (Composition A) |
| Steel | MIL-S-18729 |
| Magnesium alloy | QQ-M-44 (Condition A) |

The metal plates shall be 1 by 2 by .062 inches, polished to 5-15 microinch
rms finish.  The stack shall be held together in a sandwich jig consisting
of four corner bolts and wing nuts.  Thirty pounds pressure shall be applied
to the stack, and the corner wing nuts shall be finger tightened.  A control
sandwich consisting of metal plates with filter paper (No. 2 Whatman or
equivalent) shall be prepared.  The test sandwich, along with control sandwich,
shall then be placed in a circulating air oven maintained at 70°C (158°F)
for a period of 7 days.  At the end of this period, the metal surfaces shall
be examined for evidence of progressive pitting or corrosion.  The material
shall not adhere to the metal.  Discoloration is not considered or defined
as corrosion.

4.5.7     Chloride determination.  A 5 gram sample shall be cut in
1/8 inch squares, weighed and transferred to an erlenmeyer flask of suitable
size.  The sample shall be diluted with 150 ml. of distilled water, refluxed
for 1 hour, and filtered.  The flask and sample shall be washed with distilled
water.  The filtrate and washings shall be cooled to room temperature, diluted
to 200 ml., and titrated with 0.1N silver nitrate solution, using potassium
chromate as the indicator.  A blank determination shall be run on distilled
water, and the value for the blank subtracted from that for the sample.  The
percent chlorine in the sample shall be calculated.

5.     PREPARATION FOR DELIVERY

5.1     Packaging.  Packaging shall be Level "A" or "C" as speci-
fied.

5.1.1     Level A.

5.1.1.1     Rolls.  Compressed sheets of a thickness 1/16 inch or
less shall be furnished in rolls wound on a substantial core and suitably
restrained from unwinding.  The roll shall be interleaved, over the full

11

MIL-A-7021C

area of contact between sheets, with Kraft paper conforming to UU-P-268. When "anti-stick" finish is procured (see 6.2), the interleaving may be omitted. No further packaging is required for shipment involving PPP-D-723 drums. Rolls intended for shipment in containers other than drums shall be further packaged by applying Kraft paper headers to each end of the rolls and secured with a suitable adhesive, then wrapped with Kraft paper and the wrap sealed with tape conforming to PPP-T-45. Basis weight of the Kraft paper for interleaving shall be 20-30 pounds and for wraps and headers 50-60 pounds.

5.1.1.2    Flat sheets. Compressed sheets of a thickness over 1/16 inch shall be furnished in flat sheets. Flat sheets shall be interleaved, wrapped and taped as specified for rolls. Stacked sheets shall not exceed 10 inches in height.

5.1.2    Level C. Rolls and flat sheets shall be packaged in accordance with the manufacturer's commercial practice.

5.2    Packing. Packing shall be Level A, B or C, as specified.

5.2.1    Level A.

5.2.1.1    Rolls. Unless otherwise specified, rolls without headers and wrapping shall be packed in lined fiber drums conforming to PPP-D-723, Type III, Grade A. Drum closures shall be reinforced by means of a 3-inch wide tape conforming to PPP-T-97. Rolls, with headers and over-wrap as specified in 5.1.1.1, shall be packed in overseas type exterior containers that conform to PPP-B-576, PPP-B-585, PPP-B-591, PPP-B-621, PPP-B-636. Case liners of materials conforming to PPP-B-1055 or MIL-B-13239, and fabricated in accordance with MIL-L-10547 shall be provided. Plywood, when used, shall conform to NN-P-530, Group A, Type I or II Grade 4. Plywood shall be surface treated in accordance with TT-W-572. The gross weight of the shipping container, when packed for shipment, shall not exceed 200 pounds.

5.2.1.2    Flat sheets. Flat sheets packaged as specified in 5.1.1.2 shall be packed in overseas type exterior containers conforming to PPP-B-576, PPP-B-585, PPP-B-591, PPP-B-601, PPP-B-621, or PPP-B-636. Case liners and plywood shall be as required for rolls. The gross weight of the shipping container, when packed for shipment, shall not exceed 200 pounds.

5.2.2    Level B.

5.2.2.1    Rolls. Rolls packaged as specified in 5.1.1.1, without headers and overwrap, shall be packed in fiber drums conforming to PPP-D-723, Type I, Grade A. Drum closures shall be taped to the side walls with 3-inch wide tape conforming to PPP-T-97. Rolls packaged as specified in 5.1.1.1, with headers and overwrap, shall be packed in domestic type exterior containers conforming to PPP-B-576, PPP-B-585, PPP-B-591, PPP-B-601, PPP-B-621 or PPP-B-636.

12

Ex.: 34; p.: 1636

5.2.2.2    Flat sheets.  Flat sheets packaged as specified in 5.1.1.2
shall be packed in domestic type exterior containers conforming to PPP-B-576,
PPP-B-585, PPP-B-591, PPP-B-601, PPP-B-621, or PPP-B-636.  The gross weight
of the shipping container, when packed for shipment, shall not exceed 200
pounds.  The gross weight of fiberboard containers shall not exceed the weight
limitations indicated in PPP-B-636.

5.2.3    Level C.  Rolls and flat sheets shall be packed to insure
that shipment arrives in satisfactory condition at destination.  Shipment
shall conform to the applicable carriers rules and regulations in effect at
the time of shipment.

5.3    Marking of shipments.  In addition to any special marking
required by the contract or order, interior packages and exterior shipping
containers shall be marked in accordance with Standard MIL-STD-129 and shall
include the following information:

> ASBESTOS SHEET, COMPRESSED, FOR FUEL, LUBRICANT,
> COOLANT, WATER, AND HIGH TEMPERATURE RESISTANT
> GASKETS
> Stock Number
> MIL-A-7021C
> Class
> Manufacturer's designation
> Manufacturer
> Contract Number

6.    NOTES

6.1    Intended use.

6.1.1    Class 1.  This material is intended for use as gaskets
to prevent leakage of fuel, lubricating oil, ethylene glycol, and water-
alcohol mixture, especially throughout the powerplant system.  This class is
recommended for use in flanges of heavy construction with close bolt spacing
where high-bolt torque may be applied.

6.1.2    Class 2.  This material is intended for use as gaskets to
prevent leakage of water.

6.2    Ordering data.  Procurement documents should specify the
following:

(a)  Title, number, and date of specification

(b)  Class, dimensions, and thickness

(c)  Part number (when applicable)

13

MIL-A-7021C

        (d) Stock number

        (e) Total quantity desired

        (f) Selection of applicable levels of preservation and packaging, and packing

        (g) Whether interleaving is required (see 5.1.1.1)

        (h) Special markings (when applicable)

    6.3    ASTM designations - The materials described in this specification may be generally classified in accordance with ASTM F 104-71 as follows:

        Class 1 - ASTM F 104 (F112000D11H6Z)
        Class 2 - ASTM F 104 (F112000D11M5Z)

    The above designations are for information and are not intended to be used in lieu of the requirements in MIL-A-7021.

Custodians:
Army - AV
Navy - AS
Air Force - 11

Review Activities:
Army - AT, EL, GL
Navy - SA
Air Force - 82
DSA - IS

User Activities
Navy - SH, MC

Preparing Activity:
   Navy - AS
   (Project No. 5330-0448)

Ex.: 34; p.: 1638



**T.O. 1-1-4**

TECHNICAL MANUAL

# EXTERIOR FINISHES, INSIGNIA AND MARKINGS APPLICABLE TO AIRCRAFT AND MISSILES

CHANGE
NOTICE

LATEST CHANGED PAGES SUPERSEDE
THE SAME PAGES OF PREVIOUS DATE
Insert changed pages into basic
publication. Destroy superseded pages.

PUBLISHED UNDER AUTHORITY OF THE SECRETARY OF THE AIR FORCE

1372 AF BAFB ALA 23 SEPT 65 4200

**23 APRIL 1964**
CHANGED 7 JUNE 1965

13

Ex.: 35; p.: 1639

# SECTION I

## GENERAL

### 1-1. PURPOSE.

1-2. These instructions provide a uniform system of applying and maintaining standard exterior finishes, distinguishing insignia and special purpose markings on all USAF aircraft and missiles.

> **NOTE**
>
> Paint or other markings shall not be applied to the external surface of missiles when the application of such interferes with the launching, operation or aerodynamic characteristics of the missiles.

### 1-3. GENERAL INSTRUCTIONS.

1-4. Using organizations of USAF aircraft and missiles are responsible for the maintenance and application of exterior finishes, distinguishing insignia and special purpose markings reflected herein. This responsibility encompasses the repainting of exterior finishes, replacement of illegible and special purpose markings and the application of omitted insignia and markings as specified herein.

> **NOTE**
>
> Marking requirements as contained herein are also contained in Specification MIL-M-25047.

### 1-5. MAJOR AIR COMMAND REGULATIONS.

1-6. Exterior finishes, distinguishing insignia and special purpose markings for aircraft and missiles of major air commands and activities subordinate thereto shall be reflected in pertinent major air command regulations. Additional insignia and markings, as well as major changes to existing insignia and markings, shall be reflected in such regulations either by amendments or inclosures thereto.

1-7. Only insignia and markings identified in pertinent major air command regulations, or those reflected in this technical order are authorised for use on USAF aircraft and missiles.

> **NOTE**
>
> Deviations from standard markings are authorized for aircraft assigned to 1254th Air Transport Wing (Special Missions), MATS. Marking of these aircraft will be as approved by Headquarters USAF.

1-8. Each major air command shall coordinate its proposed regulations or other directives relative to exterior finishes, distinguishing insignia and special purpose markings with MOAMA, Attn: MONRTC, prior to release for publication and distribution.

1-9. Each major air command shall furnish Headquarters AFLC, Attn: MCMTA, published copies of its insignia and marking regulations. Each major air command shall also furnish such regulations to the applicable prime aircraft or missile AMA reflected in T.O. 00-25-115.

### 1-10. ESTABLISHING REQUIREMENTS FOR INSIGNIA AND MARKINGS.

1-11. Additional insignia and markings proposed for in-service aircraft or missiles not included in this technical order shall be coordinated with MOAMA prior to approval by the procuring activity. This provision applies to existing insignia and markings for new aircraft or missiles not included herein. The following information shall be submitted for coordination:

a. Purpose.

b. Furnish MOAMA (MONRTC) with two sets of exterior marking drawings showing marking locations on aircraft or missiles by station number and water line (W/L) reference points, dimensions and color scheme.

### 1-12. REQUISITIONING PROCEDURE.

1-13. Markings required on Air Force equipment listed in technical orders under Illustrated Parts Breakdown will be requisitioned on Air Force Form 1348, in accordance with AFR 8-4 from the appropriate AMA or Air Force Depot indicated in T.O. 00-25-111.

1-14. Broad Application Markings (listed below) will be manufactured, stored and issued by EMAMA, PDO. Use Air Force Form 124A for requisitioning.

a. National Star Insignia.

b. USAF Marking.

Changed 25 March 1965    1-1

14

Ex.: 35; p.: 1640

T.O. 1-1-4

Letters 12 inches high — Code 15044

Letters and numbers 1 inch high — Code 17038

B. Model Designation, Aircraft Serial Number and Fuel Requirement

Background, Border, — Code 15044. Stars, Bars – Code 17178. Stripes – Code 509.

C. National Star

Background, Border, — Code 15044. Stars, Bars – Code 17178. Stripes – Code 509.

— Code 15044

E. USAF

On top surface of right wing and under surface of left wing

Both sides of vertical stabilizer

1-16

15

Ex.: 35; p.: 1641



Figure 3-45. T-33 Aircraft Marking Specification.

Ex.: 35; p.: 1642

Case 3:94-cv-00061-DGW Document 6668-8181 Filed 01/28/11 Page 20 of 24

# SECTION IV

## AIRCRAFT AND MISSILE SERVICE POINT IDENTIFICATION SYMBOLS AND MARKINGS

### 4-1. GENERAL.

4-2. Symbols for service point identification, ground handling servicing points and symbols for safety shall be applied to all USAF aircraft and missiles. These symbols may be applied using either paint or decalcomanias. Each marking shall be displayed to provide the following:

a. Rapid identification of each required servicing point.

b. Identify type of ground servicing required.

c. Display warning or safety precautions which will prevent injury to personnel or damage to aircraft equipment.

#### NOTE

Specification MS33739 also reflects the markings criteria as contained herein.

4-3. Servicing instructions for hydraulic systems, landing gear and shock struts shall be provided on metal instruction plates or stenciled in a permanent and legible manner adjacent to charging points and test connections.

4-4. Printed information required in connection with symbols shall be printed in black or white depending on the background. Capital letters and arabic numerals shall be used and shall not exceed 1-1/6 inches in height.

4-5. Symbol size shall be approximately four inches in the longest dimension; however, smaller sized symbols of 1-1/2 inches may be used if required by the item or area to be marked.

4-6. Color requirements for symbols shall be as follows:

a. Filling points symbols shall be colored black or white according to the background. Refer to paragraph 4-10a. through g.

b. Ground handling servicing points symbols shall be colored yellow-orange color no. 13538 and have a black or white outline according to the background. Refer to paragraph 4-11a. through e.

c. Safety symbols shall be colored red and have a black or white outline according to the background. Refer to paragraph 4-12.

4-7. The location of each marking shall be predicated on the existing available space. They may be situated on the equipment concerned, directly below, adjacent to, or on applicable access panels. In event the service point or marking is concealed, arrows may be used to point out the location of the service point or markings. The arrow should bear a brief identification for which it is applied or the applicable service point identification or precautionary warning marking.

4-8. North Atlantic Treaty Organization code numbers cited in T.O. 42B-1-9 shall supplement the applicable service point marking. The code may be applied adjacent to, directly above, or below related servicing point.

#### NOTE

The application of NATO code numbers will be waived when it is not reflected in T.O. 42B-1-9 or may be omitted on transport type aircraft and other aircraft not subject to being serviced at overseas locations.

#### NOTE

Certain provisions of this section are subject to international standardization agreements (see ABC Air Standard 11/1B and NATO, STANAG 3106) and shall not be changed except under emergency conditions without prior coordination with the Air Standardization Committee (ASCC). All requests for changes in existing markings or supplemental markings will be submitted to Headquarters MOAMA, Attn: MONRTC, for approval.

4-9. The servicing and precautionary markings of aircraft and missiles shall conform to the following paragraphs.

### 4-10. FILLING SYMBOLS.

a. Refueling:

Four pointed filled star with applicable NATO code number.

b. Rocket Fuels:

Filled four pointed star in filled crescent with notation of NATO code number.



17

Ex.: 35; p.: 1643

Section IV
Paragraph 4-11

c. Rocket Oxidizer:

Filled crescent with no-
tation of NATO code
number.

d. Engine Lubricating
Oil:

Filled square with nota-
tion of NATO code
number.

e. Hydraulic Fluid:

Filled circle with no-
tation of NATO code
number.

f. De-icing:

Filled triangle with no-
tation of NATO code
number.

g. Coolant:

Two filled horizontal S's
with notation of NATO
code number and per-
centage composition if
necessary.

h. Pneumatic System:

Filled X with notation
of maximum charging
pressure in English and
Metric Systems.

i. Oxygen (Breathing):

Two horizontal filled
rectangles with notation
of filling pressure in
English and Metric sys-
tems. For liquid sys-
tems the word "Liquid"
shall be used instead
of pressure.

j. Anti-Detonant or
Thrust Augmentation:

Filled chevron with no-
tation of NATO code
number.

4-2

k. Air Conditioning:

Dot pattern.

l. Inerting System:

Filled square with a
quarter arc removed
from each corner, with
type of gas used and
pressure in English and
Metric Systems.

m. Fire Extinguishing
System:

A filled diamond with
notation showing NATO
code number.

n. External Electrical
Connections:

A filled vertical bar
with three equally
spaced horizontal bars
on right hand side with
notation to indicate
characteristics and pur-
pose.

o. Grounding or Earth-
ing Receptacle:

A filled inverted "T"
with two parallel bars
which diminish in size.

p. Inspection of Battery:

A filled electric flash
sign.

4-11. GROUND HANDLING SYMBOLS:

a. Jack Point:

Yellow filled square
with two slanted legs
on bottom side.

b. Slinging or hoist-
ing Points:

Yellow filled hook on
a horizontal line.

18

Ex.: 35; p.: 1644




Ex.: 35, p.: 1645

T.O. 1-1-4

Section IV
Paragraph 4-11 to 4-13

be applied on each side of the marking. The word "EJECTION SEAT" in white letters shall be painted in the triangle.

**4-11. IDENTIFICATION OF BALLISTIC HOSE OR TUBING ASSEMBLIES.**

**4-12. CANOPY REMOVERS.**

**4-13.** Aircraft containing canopy removers shall be marked "WARNING: THIS AIRCRAFT CONTAINS A CANOPY REMOVER CONTAINING AN EXPLOSIVE CHARGE" and such other positions as "SEE T.O. ____" and such applicable technical order number is specified provided.

**4-27.** The following caution note shall be placed at point where it is necessary to break electrical connections when nothing back or removing wires.

---

**CAUTION**

Disconnect electrical wiring before repairing wings.

---

**4-28. MARKING FOR TANK AREAS.**

**4-29.** A red band, one inch wide, shall be painted around fuel filler caps. The band shall be approximately two inches from the cap. Fuel filler caps need not be painted.

**4-30.** Aircraft tanks shall have non-flow indicating tank capacity, type of liquid and level restriction used in the marking lines.

**4-31.** Tank markings shall be the same color as in paragraph, type of liquid and level restriction.

**4-32.** Additional data, such as coolant unknown, water alcohol mixture, and grade of liquid specified by AFLRL shall be stenciled near the filler cap in letters 1/2 inch in height.

**4-33.** The terminology for fuel tanks is as follows:

USE _____ OCTANE FUEL OR BETTER.
OR USE GRADE _____ FUEL OR BETTER.
as applicable.

---

c. Mooring or Picketing:

Yellow filled anchor.



d. Towing:

Yellow filled ring.



**4-14. SAFETY MARKING.**

**4-15.** Red filled equilateral triangle with side dimensions and with the word "DANGER" on each side of the triangle.

**4-16. PRECAUTIONARY OR WARNING MARKING.**

**4-17.** Precautionary or warning markings shall be in accordance with paragraph 4-13 through 4-21.

**4-18. FUEL NOZZLE GROUNDING.**

**4-19.** Apply service point markings for Grounding or Fueling as Nozzle (reference paragraph 4-18.a.) with notation "GROUND PLANE HERE."

**4-20. STORAGE BATTERIES.**

**4-21. BATTERY LOCATION.**

a. The notation "BATTERY LOCATION" with exact battery location given shall be placed on the left side of the fuselage as viewed from the rear of the aircraft.

b. The fore and aft location of the markings will be approximately in line with the trailing edge of the wing.

b. The vertical location of the markings will be at a point two to three feet off the ground with the aircraft in the wheels-up position and resting on the ground, or in case of aircraft having fixed landing gears, with the landing gear washed out.

C. In the event of interference with windows, maneuvers, etc., the marking shall be placed as near the aforementioned location as is practicable.

**4-20. EJECTION SEATS.**

**4-21.** A red equilateral triangle with nine inch sides and with spurs pointing downward with the word "DANGER" placed on each side of the triangle shall

4-3/4-4

Section V                    T.O. 1-1-4

TABLE 5-1

FUNCTIONS AND ASSOCIATED SYMBOLS.

| FUNCTION | COLOR | FED STD 595 CODE NUMBER | SYMBOL | ILLUSTRATION |
|---|---|---|---|---|
| Fuel | Red | 11136 | 4-Pointed Star | |
| Rocket Oxidizer | Green, Gray | | Crescent | |
| Rocket Fuel | Red, Gray | | 4-Pointed Star Inside Crescent | |
| Water Injection | Red, Gray, Red | | Inverted Chevrons | |
| Lubrication | Yellow | 33685 | Staggered Squares | |
| Hydraulic | Blue, Yellow | | Circle | |
| Solvent | Blue, Brown | | Horizontal Stripes | |
| Pneumatic | Orange, Blue | | Continuous, X-Form Lattice | |
| Instrument Air | Orange, Gray | | Continuous Zig-Zag Line | |
| Coolant | Blue | 16102 | Horizontal Z | |
| Breathing Oxygen | Green | 14187 | Rectangle | |
| Air Conditioning | Brown, Gray | | Dot Pattern | |
| Monopropellant | Yellow, Orange | | Block T | |
| Fire Protection | Brown | 10049 | Horizontal Diamond | |
| De-Icing | Gray | 18473 | Staggered Triangles | |
| Rocket Catalyst | Yellow-Green | | Vertical Stripes | |
| Compressed Gas | Orange | 12197 | Broad Diagonal Stripe | |
| Electrical Conduit | Brown, Orange | | Flash of Lightning | |
| Inerting | Orange, Green | | Staggered Pipe Crosses | |

5-2

Ex.: 35; p.: 1646

T.O. 1-1-4                                                    Section V

## TABLE 5-2

### HAZARDS ASSOCIATED WITH VARIOUS CONTENTS

| CONTENTS | HAZARDS |
|---|---|
| Air (under pressure) | PHDAN |
| Alcohol | FLAM |
| Ammonia | TOXIC |
| Carbon Dioxide | PHDAN |
| Ethylene Oxide | FLAM |
| Flourine | TOXIC |
| Foam | PHDAN |
| Freon | PHDAN |
| Gaseous Oxygen | PHDAN |
| Helium | PHDAN |
| Hydrazine | TOXIC |
| Hydrazine/UDMH | TOXIC |
| Hydrogen | FLAM |
| Hydrogen Peroxide | AAIM |
| Liquid Hydrogen | FLAM |
| Liquid Nitrogen | PHDAN |
| LPG (Liquid Petroleum Gas) | FLAM |
| Methylene Chloride | AAIM |
| Natural Gas | FLAM |
| Nitrogen Gas | PHDAN |
| Nitrogen Tetroxide | TOXIC |
| Nitrogen Tetroxide (gaseous) | TOXIC |
| Oils and Greases | FLAM |
| Red Fuming Nitric Acid | TOXIC |
| RP-1 | FLAM |
| Trichlorethylene | AAIM |
| UDMH | TOXIC |
| Aniline, Furfuryl Alcohol - Hydrazine Mix | TOXIC |
| Aniline Furfuryl Alcohol Mix | FLAM |
| Ethyl Alcohol - Methyl Alcohol Mix | FLAM |
| N-Propyl Nitrate | TOXIC |
| Chlorine Trifluoride | FLAM |
| JP-4 | |

### NOTE

FLAM - (Flammable Materials). All materials known ordinarily as flammables or combustibles.

TOXIC - (Toxic and Poisonous Materials). All materials extremely hazardous to life or health, under normal conditions, as toxic or poisons.

AAIM - (Anesthetics and Harmful Materials). All materials productive of anesthetic vapors, and all liquid chemicals and compounds hazardous to life and property but not normally productive of dangerous quantities of fumes or vapors.

PHDAN - (Physically Dangerous Materials). All materials, not dangerous in themselves, which are asphyxiating in confined areas or which are generally handled in a dangerous physical state of pressure or temperature.

5-3

21

Ex.: 35; p.: 1647