MIL-H-5473A
17 August 1950
Superseding
MIL-H-5473
10 August 1945

MILITARY SPECIFICATION

HANDBOOKS; MAINTENANCE INSTRUCTIONS (AIRCRAFT)

This specification was approved by the Departments of the Army, the Navy, and the Air Force for use of procurement services of the respective Departments.

1. SCOPE

   1.1 This specification covers the requirements for preparation of handbooks of maintenance instructions for aircraft.

2. APPLICABLE SPECIFICATIONS AND OTHER PUBLICATIONS

   2.1 The following publications, of the issue in effect on date of invitation for bids, shall form a part of this specification to the extent specified herein:

   2.1.1 Specifications.-

   Military

   | | |
   |---|---|
   | MIL-C-5041 | Casings; Aircraft Pneumatic Tire |
   | MIL-H-5096 | Handbooks; Aircraft Inspection Requirements |
   | MIL-H-5474 | Handbooks and Breakdowns; General Preparation of |
   | MIL-L-6808 | Lubrication of Aircraft; General Specification for |
   | JAN-STD-15 | Electrical and Electronic Symbols |

   2.1.2 Other Publications.-

   Air Force-Navy Aeronautical Bulletins

   | | |
   |---|---|
   | No. 261 | Abbreviations and Contractions; Approved List of |
   | No. 275 | Guide for Lubrication of Aircraft |

   (Copies of this specification and copies of other publications referenced herein or required for Government procurement, and the Index of Military Aeronautical (AN or MIL) Standards, may be obtained upon application to the Commanding General, Air Materiel Command, Wright-Patterson Air Force Base, Dayton, Ohio; or the Commanding Officer, U. S. Naval Air Station, Johnsville, Pennsylvania.)

MIL-H-5473A
(August 1950)

3. REQUIREMENTS

3.1 Manner of Preparation.- The general manner of preparation shall conform to Specification MIL-H-5474. The handbook shall be prepared in the form (final reproduction copy, negatives, etc.) as specified in the contract.

3.2 Text Contents.- The handbook shall contain all essential information required for such service and maintenance as can be accomplished by personnel of the operating units on the complete airframe, and on the engines, accessories, instruments, and other installations and equipment of the aircraft.

> NOTE: Service and maintenance which can be accomplished by personnel of the operating units is equivalent to Organizational Maintenance of the Air Force and Line Maintenance of the U. S. Navy.

3.2.1 Style.- The text shall be factual, specific, concise, and so clearly worded as to be readily understood by the average mechanic. Technical phraseology requiring a specialized knowledge shall be avoided, except where no other wording will convey the intended meaning.

3.2.2 Type of Instructions Desired.- Instructions in the handbook shall cover such typical maintenance operations as the following:

| | |
|---|---|
| Trouble-shooting | Removal and replacement of units, |
| Adjustments | assemblies and subassemblies |
| Cleaning | Testing which can be performed |
| Draining | with equipment provided for use |
| Lubrication | by operating units |
| Minor repair | |

3.2.3 Type of Instructions to be Excluded.- Instructions in the handbook shall not cover shop maintenance operations, for example:

| | |
|---|---|
| Repairs requiring shop equipment | Complete disassembly and reassembly |
| Replacement of major assemblies requiring shop equipment | Reconditioning or overhaul |
| | Structural repair of aircraft |
| | Testing with shop equipment |
| Bench tests | |

3.2.4 Classified Information.- Information classified higher than "restricted" shall not be included. Essential information of a classification higher than "restricted" shall be brought to the attention of the Procuring Service.

3.2.5 Information provided by the Procuring Service for inclusion by the contractor in the handbooks shall be incorporated as submitted. No changes shall be made without prior approval of the Procuring Service.

3.2.6 Nomenclature Consisting.- Nomenclature of items of equipment, though in short descriptive form, shall be definite enough to insure clear identification. The principal noun in names of items shall be consistent with those on drawings and shall be the same throughout the handbook. Part numbers shall be held to an absolute minimum and shall be used only when no other means of positive identification will suffice.

MIL-H-5473A
(August 1950)

3.2.7 <u>Abbreviations</u>.- Abbreviations shall be held to an absolute minimum, and limited to the standard forms listed in ANA Bulletin No. 261.

3.2.8 <u>Model or Type References</u>.- Statements as to the applicability of information to individual aircraft shall use definite terms such as serial number range, block designation, code number, or similar identification. If no other method of identifying changes on applicable aircraft is practical, the service change number or technical order number authorizing the change may be included. Such terminology as "on later airplanes," "most B-94D airplanes," "early serial numbers," etc, is not acceptable.

3.2.9 <u>References to Other Publications</u>.- References to other publications shall not be made. Where information is needed from another publication, the applicable portion shall be extracted, condensed, and modified if necessary, for the particular installation, for inclusion in the handbook.

3.3 <u>Illustrations</u>.-

3.3.1 Illustrations shall be in accordance with Specification MIL-H-5474. Illustrations shall be those which are essential for supplementing and clarifying the related text.

3.3.2 <u>Location</u>.- All illustrations shall appear as close to the related text as possible.

3.3.3 Cutaways and exploded views shall not be used unless absolutely essential for accomplishing the type of work listed in paragraph 3.2.2, or unless these illustrations have been prepared for other publications and can be used in this handbook at no expense other than the cost of prints.

3.3.4 Component parts of illustrations which relate to the text shall be identified by legends consisting of nomenclature keyed to the illustration by index numbers.

3.3.5 The following illustrations represent the basic requirements. Additions or deletions shall be made as necessary to suit the particular aircraft concerned:

(1) One view of the complete aircraft taken from the angle which will most clearly portray the aircraft. (Include at the beginning of Section I.)

(2) A three-view (top, side, and front) line drawing of the aircraft showing principal overall dimensions. The illustration shall show the aircraft in flying position and at rest on the ground. Wings shall be shown and dimensioned in the extended position and in the folded position if applicable. This illustration to be included in Section I.

(3) Stations and frames diagrams. (Show fuselage, hull, wings, booms, etc.) (To be in Section I.) This diagram shall indicate the dimension of each station from the reference or datum line. Include a note explaining how station locations may be determined by the aircraft crew by measurement from a readily accessible point. The location of station zero shall be clearly indicated on all such diagrams.

(4) Access and inspection openings diagram in Section I. Indicate by index number and tabulation the equipment or parts to which access is provided.

3

Ex.: 36; p.: 1650

MIL-E-5473A
(August 1950)

(5) Hoisting, jacking, towing, and mooring provisions in Section I. (Show approved methods for hoisting, lifting with jacks and for tie-down procedure.) All hoisting slings, jacks, maintenance stands and platforms, jigs, towing bars, and mooring equipment shown shall be confined to such items as are available to operating units. Give position, closed height, and lift required for all jacks from fully compressed shock struts and flat tires to extended shock struts and two-inch tire clearance. The load capacity of all handling equipment required shall be specified. Dimensions of mooring attachments and methods of use shall be shown.

(6) Wing, rudder and fin folding, and tie-back. Identification of fairing and location.

(7) Lubrication charts or diagrams.

(8) Interior arrangement of compartments.

(9) Surface control system diagram. (Separate diagrams may be furnished for aileron, elevator, rudder, and tab controls. Include all control cable initial tension loads on diagram, and include a cable tension chart showing the proper tension, and permissible tolerances for each cable through a temperature range of -65° to +160°F.

(10) Wing flap control system diagram.

(11) Speed dive brake system diagram.

(12) Control column (show mechanism, stops, and provision for adjustment).

(13) Surface control locks system.

(14) Personnel catapult (ejection seat) installation.

(15) Engine mount (insert an enlarged view of provisions for vibration absorption if used).

(16) Assisted take-off installations.

(17) Bilge pump system (schematic).

(18) Fuselage equipment. (Provisions for life rafts, bunks, lavatory, table, baggage compartment, stowage of surface control locks, seats, windshield, sliding enclosures, blind flying hood, anchors, boat hooks, foghorn, whistles, tow line, bilge pumps, cargo tie-down, etc.)

(19) Main landing gear installation, wheel, ski, or float types (including water rudder and control system).

(20) Main landing gear actuating system diagram.

(21) Main landing gear emergency actuating system diagram.

(22) Brake control system diagram, including emergency brake

Ex.: 36; p.: 1651

MIL-H-5473A
(August 1950)

(23) Tail or nose wheel installation.

(24) Tail or nose wheel actuating system diagram.

(25) Tail or nose wheel emergency actuating system diagram.

(26) Auxiliary float installation.

(27) Auxiliary float actuating system diagram.

(28) Auxiliary float emergency actuating system diagram.

(29) Beaching gear installation.

(30) Arresting tear and barrier hook system.

(31) Hydraulic systems diagrams.

(32) Heating, ventilating and refrigerating systems diagrams.

(33) Pressurization system diagram.

(34) Anti-icing system diagram.

(35) De-icing system diagram.

(36) Windshield wiper system diagram.

(37) Oxygen system diagram.

(38) Fire extinguisher system diagram.

(39) Engines and engine accessory installations.

(40) Engine adapting parts diagram. This illustration shall show the complete engine ready for installation with all special adapting parts (parts fabricated especially to adapt the engine to a particular airplane.) These parts should be shaded to identify them as parts that must be removed when changing an engine. The diagram shall include a note to the effect that the shaded items will always be removed when changing engines, as these parts are not included with replacement engines received from stock. Accessory items such as starters, generators, etc, should not be shaded.

(41) Engine and propeller control system diagrams.

(42) Detachable cowling and method of installation.

(43) Engine cowl flap control system diagram.

(44) Airborne auxiliary power plant installation.

(45) Fuel system diagram (schematic).

(46) Purging or fuel vapor dilution system diagram (schematic).

(47) Engine water injection system (schematic).

Ex.: 36; p.: 1652

MIL-H-5473A
(August 1950)

    (48) Oil system diagram (schematic), including oil dilution system.

    (49) Oil cooler flap control system diagram (schematic).

    (50) Ignition system (schematic).

    (51) Engine starting system diagram (schematic).

    (52) Turbosupercharger, intercooler, and control systems.

    (53) Carburetor air intake system (show complete ducting system).

    (54) Engine cooling system diagram (schematic).

    (55) Instrument vacuum system, including emergency source of vacuum.

    (56) Automatic pilot system diagram.

    (57) Antenna installation.

    (58) Bombing systems, including intervalometers.

    (59) Bomb racks, internal and external, including sway bracing.

    (60) Bomb door control systems.

    (61) Torpedo and mine installations and release systems.

    (62) Rocket installation and firing system.

    (63) Sonobouy release system diagrams.

    (64) Chemical tank installation.

    (65) Fixed gun installations.

    (66) Local and remote controlled gun turrets.

    (67) Sighting stations and sighting blisters.

    (68) Gun camera installation.

    (69) Armor plate and bullet-resistant glass installation.

    (70) Pyrotechnics installation.

    (71) Photographic installation.

    (72) Photographic vacuum system and controls.

    3.3.6 The handbook shall also contain illustrations which convey essential information or clarify instructions in the text as to procedures of removal, installation, adjustment, etc. Obvious or routine operations should not be illustrated.

    3.4 <u>Arrangement of Handbook</u>.- The handbook shall be divided into the following main parts arranged in the order shown. When a section does not apply, the section number and title followed by the words "Not Applicable" shall be used. The same information shall be carried in the table of contents. Each applicable section shall begin on a right-hand page.

S-81-31

MIL-H-5473A
(August 1950)

Table of Contents

Introduction

| | |
|---|---|
| Section I | – General Information |
| Section II | – Airframe Group |
| Section III | – Hydraulic, Pneumatic Systems |
| Section IV | – Utility Systems |
| Section V | – Power Plant and Related Systems |
| Section VI | – Instruments |
| Section VII | – Electrical System |
| Section VIII | – Radio and Radar |
| Section IX | – Armament and Photographic |
| Section X | – Wiring Data |
| | Index |

3.5  Table of Contents.- A general table of contents for the entire handbook shall precede Section I, and shall list section and main paragraph headings with initial page numbers. A table of contents shall also be prepared for each section, listing the section's main and secondary paragraph headings, with initial page numbers. This shall immediately follow the section heading.

3.6  Introduction.- This shall be a brief explanation of the handbook's purpose, including any relevant information that will assist in using the handbook.

3.7  Section I – General Information.- This section shall provide the following information:

(a) General Description            (d) Ground Handling
(b) Aircraft Dimensions            (e) Servicing
(c) Access and Inspection Provisions  (f) Lubrication
                                   (g) Special Tools

3.7.1  General Description.- This shall contain an overall summary of the aircraft in not more than two or three brief paragraphs, including series and model (both Navy and Air Force, as applicable), type of aircraft, and mention of its main features.

3.7.2  Aircraft Dimensions.- This shall give length, height, span, propeller clearance, etc, and other dimensional information in tabular form. For example, the following shall be listed as applicable:

PRINCIPAL DIMENSIONS

(Aircraft in level flight position unless otherwise stated)

General

Span                                              _____
Length (over-all                                  _____
Length (over-all on the ground                    _____
Height                                            _____
Height (tail wheel or nose wheel on ground,
   propeller blade vertical at top)               _____
Propeller ground clearance                        _____
Wings folded:
   Width                                          _____
   Height                                         _____
Design Gross Weight                               _____
Maximum Alternate Gross Weight                    _____

Ex.: 36; p.: 1654

MIL-H-5473A
(August 1950)

### Wings

 Type (high, low, or mid)    _____
 Airfoil section (curve identification)  _____
 Chord at root    _____
 Chord near tip (__ ft. from fuselage center line)  _____
 Incidence    _____
 Dihedral (measured on top face of front beam)  _____
 Sweepback at station____  _____
 Stagger (inches) (Give station or bay number)  _____
 Aspect Ratio    _____

### Stabilizer

 Span    _____
 Maximum chord  _____
 Incidence    _____
 Dihedral    _____

### Fuselage

 Width (maximum)  _____
 Height (maximum)  _____
 Length (without engine mount)  _____
 Length (with engine mount)  _____
 Height of door level above ground (static)  _____
 Door dimensions  _____
 Total cubic foot stowage space available for baggage, cargo, etc  _____

### Areas

 Wings (less ailerons)  _____
 Wings (with flaps extended)  _____
 Ailerons (total)  _____
 Flaps (total)  _____
 Stabilizers (including elevators)  _____
 Elevators (two) (including tabs)  _____
 Elevator trim tabs (total)  _____
 Fin    _____
 Rudder (including tabs)  _____
 Rudder trim tabs (total)  _____

3.7.3 **Access and Inspection Provisions.-** A brief explanation shall be given of provisions as necessary with reference to accompanying access and inspection openings diagram(s).

3.7.4 **Ground Handling.-** This portion shall contain in concise form all essential instructions and necessary precautions for ground handling of the aircraft, including any information needed in extreme cold, heat, humidity, and dust. Instructions for folding and unfolding the wings, rudders, and fins shall be included, if applicable. Pertinent illustrations shall be used as indicated herein and in applicable portions of paragraph 3.3. Arrangement of information shall be consistent with the following order of topics:

3.7.4.1 **Hoisting.-** Describe methods of hoisting the aircraft or aircraft sections by means of hoisting slings, supplementing instructions with diagrams, showing hoisting points and attachment of sling.

MIL-H-5473A
(August 1950)

3.7.4.2 Jacking.- Outline method of lifting the aircraft by means of jacks. Include a diagram showing location of jacking points, pads and methods to be used for jacking. Give instructions for any shoring or other precautions that may be necessary as safety measures.

3.7.4.3 Leveling.- Describe methods for leveling the airplane transversely and longitudinally, including specific points for placing the leveling instrument during this operation.

3.7.4.4 Anchoring and Mooring Instructions.- Give instructions and include a diagram showing location of securing points for anchoring or mooring the aircraft under the following conditions:

(1) When wings are spread.

(2) When wings are folded with or without jury struts in place.

3.7.4.5 Parking.- Describe parking methods utilizing parking brakes and control locks.

3.7.4.6 Towing.- Describe method of towing. Supplement with diagram as necessary, indicating location of towing lugs or rings.

3.7.4.7 Beaching.- Show method of attachment to hull or float, care and inflation of tires, and lubrication of beaching gear. Show method of detachment of beaching gear, and beaching and launching procedure.

3.7.4.8 Catapulting.- For landplanes, include instructions for removal and installation of catapult towing and holdback fittings.

3.7.5 Servicing.- This portion shall contain instructions for replenishment of fuel, oil, hydraulic fluid, other fluids, oxygen, tire pressures, and all other such items involved in completely servicing the aircraft, except lubricants. The information shall be concise and preferably in tabular or chart form. Include tank and reservoir capacities in U. S., Imperial, and metric measures, and give ANA or other Government specification number and grade (if applicable) of fuel, oil, fluid and other materials used. Specifications and grades should be shown grouped, on one page to facilitate revision. For fuel, give expansion volume, total fuel capacity, sump capacity, net fuel capacity (as applicable) for each tank. For oil, give allowance for expansion.

3.7.5.1 State clearly precautions to be observed in servicing a particular tank or reservoir, such as grounding and prevention of fire hazards, and include instructions regarding access to any out-of-the-way or unusual places requiring service.

3.7.5.2 Supplement servicing instructions with a diagram showing location of regular and emergency servicing points. Indicate "no-step" areas or walkways leading to any tank in a wing or hull, with necessary precautions.

3.7.5.3 Include a graph showing the tire pressure versus airplane gross take-off weight relationship for both main and auxiliary wheel tires. Tire pressure shall be plotted against gross take-off weight, and the curve shall extend at least from the minimum gross weight condition to the maximum gross weight condition. Tire pressures specified shall be based on the load-pressure relationship established in Specification MIL-C-5041 for standard tires, and not on the characteristics of the particular make of tire installed as original equipment. In the event that increased tire pressure are required for carrier operations, a statement to this effect shall be included and the correct pressures given.

Ex.: 36; p.: 1656

MIL-H-5473A
(August 1950)

3.7.6 **Lubrication Requirements.-** This portion shall cover the general lubrication requirements of the aircraft by means of charts similar to figure 1. The text referring to the charts shall be brief and include any necessary explanation of the use of the charts and special instructions to be observed. The lubrication requirements shall be consistent with Specification MIL-L-6808 and ANA Bulletin No. 275.

3.7.6.1 The charts shall consist of a main drawing prepared as a diagrammatic perspective outline, and such enlarged or detail views considered necessary to identify more clearly items which otherwise would be obscure. Examples: main wheel strut, nose wheel strut, bomb bay doors, etc.

3.7.6.2 The charts shall show all lubrication requirements for all parts of the aircraft requiring periodic lubrication, other than those lubricated by the main engine oil system. The charts shall also indicate type and specification of lubricant, inspection period at which lubrication is to be done, and method of application.

3.7.6.3 It is desired that lubrication be accomplished at regular periodic inspections in accordance with service schedules. Lubrication periods which vary from those established by the Service shall be avoided. Time in days, such as "Every 90 days," shall be used only when absolutely necessary.

3.7.7 **Special Tools.-** This portion shall contain a list of all special tools and equipment recommended by the contractor for use in performing work described in the handbook. The list shall be made up in columns with the following headings:

<u>Part No.</u>   <u>Nomenclature</u>   <u>Figure and Index No.</u>   <u>Procuring Service Stock No.</u>

3.7.7.1 Tools and equipment shall be listed in numerical order by contractor's part number. Nomenclature shall be identical with that on drawings, with the addition of brief terms to show use when such information is lacking or not obvious. The last column shall be left blank in the initial list. Required information for these columns and other appropriate data on tools and equipment procured or approved by the Procuring Service will be furnished by the Procuring Service for inclusion in later revision of the list. It is intended that the completed list will also include equipment approved by the Procuring Service for use in towing, jacking, hoisting, ground heating, mooring, or other ground handling purposes.

3.7.7.2 Illustrations of tools and equipment shall be provided when these items cannot be clearly identified in illustrations showing operational procedures.

3.8 **General Procedure for Sections II to IX Inclusive.-** Each of these sections shall provide essential maintenance information on the components, systems, or groups of equipment to which it applies (see paragraph 3.9) in accordance with the following provisions:

3.8.1 **Unified Coverage.-** Components or items of equipment shall be grouped for discussion under the section headings according to their function or purpose, in relation to the system covered, regardless of whether the components or items themselves are hydraulic, electrical, pneumatic, electronic or mechanical in nature. For examples, refer to the system breakdown in Specification MIL-H-5096.

3.8.2 **Maintenance Instructions.-** Each system, group of equipment, or major component, and each unit thereof, shall be discussed in its respective section in the following phases and order named as applicable, and in conformity with paragraph 3.2. Each system, item of equipment, or major component shall be fully discussed in all applicable phases before proceeding on to the discussion of the next item or modification thereof. For example, if engine models R-4360-15 and 4360-17 are both applicable, the R-4360-15 shall be completely covered before treating the R-4360-17. Information common to more than one model of the equipment shall not be repeated. The discussion shall be concise but complete as to all essential information.

Ex.: 36; p.: 1657



Figure 1 (Sheet 1 of 2 Sheets) - Sample Lubrication Chart - Main Drawing

MIL-H-5473A
(August 1950)

Ex.: 36; p.: 1658



Figure 1 (Sheet 2 of 2 Sheets) – Sample Lubrication Chart – Detail Views

MIL-H-5473A
(August 1950)

3.8.2.1 <u>Description</u>.- Give a brief description of the system, component, or unit. Include proper nomenclature and model or type designation (AN identification if available), location, access, brief factual summary of function or operation insofar as helpful in locating trouble, and other concise descriptive information, as applicable. All unnecessary descriptive matter shall be avoided.

3.8.2.1.1 Components of a given system shall be listed or tabulated on one place, along with their proper identification, and further mention shall be by nomenclature only, wherever possible, to facilitate revision.

3.8.2.2 <u>Trouble Shooting</u>.- Give troubles, deficiencies, failures, or faulty operation which may occur, state probable causes, and outline definite procedure for correction. Not only troubles most likely to occur, but those of more infrequent and complex nature shall be treated. Typical problems and their solutions are of value to mechanics. Obvious remedies shall be omitted. When complete corrective action is too long to be stated briefly here, appropriate reference shall be made to other paragraphs, such as "minor repair" or "adjustment." A columnar or tabular arrangement of this information is preferred. For example, under a given trouble, column heads "Probable Cause" and "Correction" may be used. Information shall be arranged in the order of most likely occurrence.

3.8.2.3 <u>Removal</u>.- Give the sequence of steps required to detach and remove a component or unit, together with precautions to be observed.

3.8.2.4 <u>Minor Repair, Parts Replacement, Cleaning, etc</u>.- (Paragraph headings shall be worded to agree with the subject). Include instructions for work which can be done by operating units such as: removal of parts necessary to gain access to the item to be serviced, draining, cleaning, checking parts for damage or wear, minor repair, parts replacement (plus any lubrication or adjustment necessary), re-installing parts originally removed to gain access, and precautions to be observed.

3.8.2.5 <u>Installation</u>.- Give the sequence of steps required to install a component or unit with precautions to be observed.

3.8.2.6 <u>Adjustment</u>.- Give the sequence of steps required to regulate or adjust a system or component to its proper operating condition, including applicable tolerances.

3.8.2.7 <u>Testing</u>.- Describe procedure and identify the equipment necessary to determine that a system or component is performing its function. Give test values and permissible tolerances when applicable.

3.8.3 <u>Torque Values</u>.- When applicable, instructions shall include wrench torque values and tolerances for special bolts, nuts, studs and fittings which require an exact setting.

3.8.4 <u>Extreme Weather Maintenance</u>.- Instructions shall be included in applicable sections for maintenance which may be required under conditions of extreme cold (to -65°F or -54°C), humidity, dust, and heat.

3.9 <u>Contents of Sections II to IX Inclusive</u>.- These sections shall cover respectively the groups and systems pertaining to the aircraft as indicated in the following subparagraphs. Discussion of each of the groups or systems, and components and items thereof, shall be in accordance with the general provisions of paragraphs 3.8 through 3.8.4, as applicable. It is recommended that the headings of those paragraphs be used as a check list for providing adequate maintenance information in every case. Certain sections shall in addition include special information as stated for those sections. The system grouping of Specification MIL-H-5096 shall be used as a guide for inclusion of items under the respective headings.

Ex.: 36; p.: 1660

MIL-H-5473A
(August 1950)

   3.9.1   <u>Section II, Airframe Group.</u>-

        Airframe
        Landing Gear

   3.9.1.1  <u>Control Surface Movements.</u>- The airframe portion of this section shall include a table of the limits and tolerances of the movements of all control surfaces.

Movements shall be given in inches and degrees of angle of displacement of some reference point (preferably a point on the trailing edge), the distance given to be measured as a chord, not as an arc or a projection on a plane.

   3.9.1.2  <u>Stowage.</u>- Instructions shall also be included in the airframe portion of this section for stowage of loose and emergency equipment, such as slings, jacks, ladders, tools, hand cranks, covers, anchors, life rafts, first-aid kits, flares, and other items in these categories.

   3.9.2   <u>Section III, Hydraulic, Pneumatic Systems.</u>-

        Hydraulic System
        Pneumatic System

   3.9.3   <u>Section IV, Utility Systems.</u>-

        Heating
        Ventilating
        Presurization
        Refrigeration
        Anti-Icing
        De-Icing
        Anti-G
        Oxygen
        Fire Extinguishing and Detection

   3.9.4   <u>Section V, Power Plant and Related Systems.</u>-

        Power Plant
        Fuel System
        Oil System
        Ignition
        Supercharger, Air Induction, Exhaust
        Propellers
        Cooling System

   3.9.5   <u>Section VI, Instruments.</u>-

        Instruments
        Automatic Pilot System

   3.9.6   <u>Section VII, Electrical System.</u>-

        Electrical Power Supply
        Electrical Power Distribution
        Lighting Provisions

   3.9.6.1  A power loading chart shall be included, giving a tabulation of the power input requirements and electrical load drawn for each item of electrically operated equipment. This shall be arranged so that the aircraft's total electrical load under various conditions can be computed readily.

Ex.: 36; p.: 1661

S-01-21

MIL-H-5473A
(August 1950)

3.9.7 Section VIII, Radio and Radar.-

Radio Equipment
Radar Equipment

3.9.8 Section IX, Armament and Photographic.-

Armament
Photographic Equipment

3.9.8.1 The armament portion of this section shall include the following, as applicable:

(a) Boresighting instructions in chart form based on applicable gun installation specifications or other information furnished by the Procuring Service.

(b) Information on installation and use of boresight fixtures.

(c) Loading ammunition, bombs, gun cameras and other droppable items.

(d) Tow target equipment

3.10 Section X - Wiring Data.- This section shall include wiring diagrams and associated data necessary for electrical and electronic maintenance technicians to: (1) understand the make-up and function of each intercomponent power, control, and signal circuit installed on the aircraft; (2) trace each such circuit; (3) make continuity checks; (4) accomplish general and specific trouble-shooting on inoperative or malfunctioning circuits. Requirements in succeeding paragraphs are arranged in the proper order for presentation in the handbook.

3.10.1 Explanatory Text.- The section shall begin with an explanation of the section's content and its proper use, such as its working relationship to material in other sections pertaining to electrical and electronic items, how to locate a particular diagram, an explanation of the wiring identification (numbering) system used on the diagrams, and any other information considered essential for proper understanding and use.

3.10.2 Symbol Chart.- An explanation of all graphic symbols used in the handbook wiring diagrams shall be presented in chart or tabular form. A figure number shall be assigned.

3.10.3 Equipment List.- This shall give a short-form description of all items of equipment covered in the wiring diagrams. The list shall be arranged in order according to the index numbers used on the wiring diagrams. The same item of equipment shall carry the same index number on all diagrams on which it appears. The list shall contain sufficient information (nomenclature) to facilitate use of the wiring diagrams, but need not be complete in the manner of parts catalogs. The nomenclature shall include where applicable the AN or other Government type designation.

3.10.4 Index of Wiring Diagrams.- This shall consist of a list of the titles of all wiring diagrams in Section X, arranged in alphabetical order and giving: (1) the figure number of each diagram; (2) the aircraft model(s) to which it applies; and (3) the range of aircraft serial numbers covered by the diagram.

3.10.5 Arrangement of Diagrams.- The wiring diagrams shall be arranged to the same order as the systems to which they pertain are covered in preceding sections of the handbook.

15

Ex.: 36; p.: 1662

MIL-H-5473A
(August 1950)

3.10.6  Wiring Diagrams.- These shall be detailed schematic diagrams, prepared separately for each particular circuit and equipment installation to show all wiring, connections, and items of electrical and electronic equipment. Wiring diagrams for each different electrical configuration of the same model aircraft shall be shown in separate figures." For general manner of preparation, see figures 2 through 6. Complete internal wiring of equipment shall not be shown.

3.10.6.1  Each diagram shall be assigned a figure number and title.

3.10.6.2  Drawing graphic symbols used on the diagram shall not conflict with those shown in JAN-STD-15.

3.10.6.3  A "Table of Critical Wire Lengths" shall be included on a diagram when necessary to indicate the maximum allowable length for a given size of wire in circuits handling heavy current loadings, balanced circuits, etc.

3.10.6.4  Wires shall be identified by numbers exactly as they are in the aircraft.

3.10.6.5  Each item of equipment shown on a diagram shall be assigned an index number. This number shall be shown immediately adjacent to the related equipment item.

3.10.6.6  Lettering and numbering on diagrams shall be easily legible, and parallel lines well separated.

3.10.6.7  Continuity of wiring through junction boxes and electrical equipment shall be shown to the extent necessary to an understanding of the circuit.

3.10.6.8  Diagrams of major circuits shall include an isometric shadow outline of the aircraft showing the location of items of equipment involved and the routing of interconnecting cables. The term "major circuits" includes those involving flight controls or safety of flight, and those pertaining to interconnection of electronic communications equipment. Some examples are the landing gear actuating system, landing gear warning and indicating system, flap system, a-c power distribution, d-c power distribution, automatic pilot, exterior lights, and nose gear steering. Isometric outlines are not required for miscellaneous minor circuits.

"3.10.6.9  A simplified electrical diagram shall be included for all electrical equipment with a main bus predominant and showing all subordinate circuits related thereto. Power connections to all electronic units shall be shown; however, only the designation of the individual electronic unit needs be given. Use figure 7 as an example."

3.11  Index.- An alphabetical index by subject matter shall be the last item in the handbook.

4.  SAMPLING AND INSPECTION PROCEDURES

4.1  Methods of inspection and approval shall be in accordance with Specification MIL-H-5474.

5.  PREPARATION FOR DELIVERY

5.1  Packaging, packing, and marking for shipment shall be in accordance with Specification MIL-H-5474.

Ex.: 36; p.: 1663



Figure 2. Sample Wiring Diagram

MIL-H-5473A
(August 1950)



Figure 3. Sample Wiring Diagram

2102

Ex.: 36; p.: 1665

MIL-H-5473A
(August 1950)

Figure 4. Sample Wiring Diagram

2103

Ex.: 36; p.: 1666