

Figure 5. Sample Electronic Equipment Isometric Shadow Outline



Figure 6. Electronic Systems Wiring Diagrams

ELECTRONIC SYSTEMS WIRING DIAGRAMS. This chart illustrates the Wiring Diagram requirements for Radio and Interphone Systems; and Radar, IFF, Loran, Altimeter Systems, etc. The details of these diagrams such as: Index Number, Station Number (location of each component), Table of Critical Wire Lengths (if applicable), Cable Coding, etc, shall conform with the illustrated data shown on Figures 2, 3 and 4, except that internal connections for equipment shall not be shown.

Note 1. (Interphone system)

The diagram for the interphone system shall include all components comprising the assembly, such as: Junction box (CFE and/or GFP), interphone amplifier, dynamotor, control and jack boxes, etc. Cable inter-connections to the various equipment shall be terminated by an arrow and the reference drawing indicated near the arrow. Any break in the continuity of cables from the main junction box to equipment, such as wing, bulkhead, and other special disconnect panels, shall be shown on the interphone diagram, and shall include cable identification.

NOTE 2. (Equipment connected to the interphone system)

Wiring diagrams for each complete equipment shall be furnished on separate, additional sheets. These diagrams shall include the detail of inter-connection cables between components comprising the assembly of each complete equipment. Cable interconnections for each equipment to the junction box of the interphone diagram (Note 1) shall be terminated by an arrow, and the reference to diagram indicated near the arrow.

NOTE 3. (Equipment NOT connected to an interphone system)

Where two or more items of equipment are inter-connected and not related to an interphone system, the wiring diagram shall include the cable details of the interconnections between components of each equipment on a single sheet. Cable interconnections between equipment shall be terminated by an arrow on each diagram and the reference drawing indicated near the arrow. Where this applies to a communication system, the cable interconnection details between components shall be furnished on a single sheet. Power source pickup shall also be referenced on these diagrams.

NOTE 4. (Equipment comprising an individual system)

Separate wiring diagrams shall be furnished for each equipment, not having any interconnection with any other equipment in the airplane, showing details of interconnection between components. Power source pickup shall also be referenced on these diagrams.

MIL-E-5473A (August 1950)

Ex.: 36; p.: 1668

MIL-H-5473A
(August 1950)



Figure 7 (Sheet 1 of 14 Sheets)—Sample Electrical System Schematic Diagram

Ex.: 36; p.: 1669

MIL-H-5473A
(August 1950)



Figure 7 (Sheet 2 of 14 Sheets)—Sample Electrical System Schematic Diagram

Ex.: 36; p.: 1670

MIL-H-5473A
(August 1950)



Figure 7 (Sheet 3 of 14 Sheets)—Sample Electrical System Schematic Diagram

Ex.: 36; p.: 1671

MIL-H-5473A
(August 1950)



Figure 7 (Sheet 4 of 14 Sheets)—Sample Electrical System Schematic Diagram

Ex.: 36; p.: 1672

MIL-H-5473A
(August 1950)



Figure 7 (Sheet 5 of 14 Sheets)—Sample Electrical Schematic Diagram

Ex.: 36; p.: 1673

MIL-H-5473A
(August 1950)



Figure 7 (Sheet 6 of 14 Sheets)—Simplified Electrical System Schematic Diagram

Ex.: 36; p.: 1674

MIL-H-5473A
(August 1950)



Figure 7 (Sheet 7 of 14 Sheets)—Simplified System Schematic Diagram

Ex.: 36; p.: 1675

MIL-H-5473A
(August 1950)



Figure 7 (Sheet 8 of 14 Sheets)—Sample Electrical System Schematic Diagram

Ex.: 36; p.: 1676

Case: MDL No. 875 Document 6668-2 Filed 01/28/11 Page 11 of 19
Case 3:11-cv-00067-JSW Document 1-1 Filed 01/24/11 Page 30 of 38

MIL-H-5473A
(August 1950)



Figure 7 (Sheet 9 of 14 Sheets)—Sample Electrical System Schematic Diagram

Ex.: 36; p.: 1677

MIL-H-5473A
(August 1950)



Figure 7 (Sheet 10 of 14 Sheets)—Simplified Electrical System Schematic Diagram

Ex.: 36; p.: 1678

MIL-H-5473A
(August 1950)

Figure 7 (Sheet 11 of 14 Sheets)—Sample Electrical System Schematic Diagram

Ex.: 36; p.: 1679

MIL-H-5473A
(August 1950)



Figure 7 (Sheet 12 of 14 Sheets)—Sample Electrical System Schematic Diagram

Ex.: 36; p.: 1680

MIL-H-5473A
(August 1950)



Figure 7 (Sheet 13 of 14 Sheets)—Simplified System Schematic Diagram

Ex.: 36; p.: 1681

MIL-H-5473A
(August 1950)

Figure 7 (Sheet 14 of 14 Sheets)—Sample Electrical System Schematic Diagram

2110

Ex.: 36; p.: 1682

MIL-H-5473A
(August 1950)

6. NOTES

    6.1 <u>Intended Use</u>.- Handbooks of Maintenance Instructions covered by this specification are intended to provide all necessary instructions for ground handling, maintaining, and servicing the aircraft concerned, as outlined under "Text Contents."

> NOTICE: When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is <u>not</u> to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

Custodian:
  Air Force

Other interest:
  Navy - BuAer

2120

Ex.: 36; p.: 1683

MIL-H-5473A
AMENDMENT - 1
12 AUGUST 1952

MILITARY SPECIFICATION

HANDBOOKS; MAINTENANCE INSTRUCTIONS (AIRCRAFT)

This amendment forms a part of Military Specification MIL-H-5473A, dated 17 August 1950, and was approved by the Departments of the Army, the Navy, and the Air Force for use of procurement services of the respective Departments.

Paragraph 2.1.1  Specifications: Under the heading "Military" delete "MIL-L-6808" and substitute "MIL-L-6880."

Paragraph 3.2.5: Delete the entire paragraph and substitute the following:

"3.2.5  Information provided by the Procuring Service for inclusion by the contractor in the handbooks shall be incorporated as submitted. No changes, involving the data as such, shall be made without prior approval of the Procuring Service. However, minor changes and editing, intended to render the style of submitted material more suitable to the basic handbook in which it is to be incorporated, may be made by the contractor without prior approval of the Procuring Service."

Paragraph 3.7.6  Lubrication Requirements: Delete "MIL-L-6808" and substitute "MIL-L-6880."

Custodians:
Navy - Bureau of Aeronautics
Air Force

-oOo-

H

Ex.: 36; p.: 1684

MIL-H-5473A
Notice No. 1
1 April 1969

MILITARY SPECIFICATION

HANDBOOKS; MAINTENANCE INSTRUCTIONS (AIRCRAFT)

Military Specification MIL-H-5473A dated 17 August 1950 and Amendment -1 dated 12 August 1952 are hereby cancelled.

The Naval Air Systems Command, Department of the Navy uses MIL-M-81260.

Preparing Activity:
Navy - AS

TMSS