Exhibit H - Certificate of Service of Plaintiffs' Motion for Sanctions Against McDonnell Douglas Corporation Pursuant to Federal Rules of Civil Procedure, Rule 11

Case MDL No. 875   Document 6670   Filed 01/28/11   Page 1 of 2

James L. Oberman, Esq. (C.S.B. #120938)
Frank E. Fernandez, Esq. (C.S.B. #65775)
Ian A. Rivamonte, Esq. (C.S.B. #232663)
KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone: (510) 465-7728

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY VEST and CAROLINE VEST, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLIED PACKING & SUPPLY, INC., et al., <br><br> Defendants. | Case No. 4:11-cv-00061 (LB) <br><br> **CERTIFICATE OF SERVICE** |

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

I declare that:

I, Paula Katayanagi, at the time of service, I was over the age of 18 years and not a party to the within action. I am employed in the County of Alameda, State of California. My business address is Jack London Market, 55 Harrison Street, Suite 400, Oakland, California 94607.

On January 10, 2011, I served the following document(s):

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST McDONNELL DOUGLAS CORPORATION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 11;**

**DECLARATION OF JAMES L. OBERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS AGAINST McDONNELL DOUGLAS CORPORATION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 11;**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SANCTIONS AGAINST McDONNELL DOUGLAS CORPORATION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 11.**

KAZAN, McCLAIN,
LYONS,
GREENWOOD &
HARLEY, PLC
JACK LONDON MARKET
55 HARRISON STREET,
SUITE 400
OAKLAND, CA 94607
(510) 302-1000
(510) 465-7728
FAX (510) 835-4913

Certificate of Service

PKATAYANAGI/726351.1

1

by transmitting a true copy to:

Robert Boone, Esq.
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2305

via the following method:

__XX__   (By Personal Service) By causing to be personally hand served, via courier service, on the defendant a true copy of the above listed document(s).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2010, at Oakland, California.

_____
Paula Katayanagi

KAZAN, MCCLAIN, LYONS, GREENWOOD & HARLEY, PLC
JACK LONDON MARKET
55 HARRISON STREET,
SUITE 400
OAKLAND, CA 94607
(510) 302-1000
(510) 465-7728
FAX (510) 835-4913

PKATAYANAGI/726351.1

Certificate of Service

2