**BEFORE THE JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

**MDL No. 875, ILS/3:11-cv-00008**

***Thomas Baker v. Foster Wheeler Energy Corporation, et. al.,*** Third Judicial Circuit, Madison County, Illinois, Case No. 10-L-1168

**NOTICE OF OPPOSITION TO CTO-355**

I represent Plaintiff, Thomas Baker, in the above captioned action included on the conditional transfer order (CTO-355). Thomas Baker submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

By:_____
    Andrew J. Balcer
    112 Magnolia Drive
    Glen Carbon, Illinois 62034
    (618) 288-4777:  telephone
    (618) 288-2864:  facsimile
    abalcer@toverdict.com
    Attorney for Plaintiff

    Counsel for Plaintiff Thomas Baker