

**BELLUCK & FOX** L.L.P.

546 Fifth Avenue, 4th Floor, New York, New York 10036
Tel (212) 681-1575  Fax (212) 681-1574
(877) NYLAW09 | www.belluckfox.com

January 31, 2011

**Via ECF Filing**
Mr. Jeffrey Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-225, North Lobby
Washington, D.C. 20002-8004

  Re: In Re: Asbestos Products Liability Litigation - MDL No. 875
     Notice of Opposition to Conditional Transfer Order

    Case Name: *Marvin Eisenberg and Lorraine Eisenberg v American Optical Corporation et al.*,
         United States District Court, Southern District of New York
         Case No. 11-CIV-0393 (JFK)

Dear Mr. Luthi:

  Enclose for filing please find the Notice of Opposition to Conditional Transfer Order No. 357 on behalf of the Plaintiffs, Marvin Eisenberg and Lorraine Eisenberg. Please contact me should you have any questions or concerns. Thank you.

            Respectfully submitted,
            BELLUCK & FOX LLP

            Seth A. Dymond

Encls.
cc: All Counsel of Record

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCT LIABILITY LITIGATION (NO. IV) | MDL DOCKET NO. 875 |

MARVIN EISENBERG and LORRAINE EISENBERG,

           Plaintiffs,

           - against -

AMERICAN OPTICAL CORPORATION; et al.,

           Defendants.

## **NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER NO. 357**

Plaintiffs, Marvin Eisenberg and Lorraine Eisenberg, oppose the transfer of the case captioned above to the United States District Court for the Eastern District of Pennsylvania, under 28 U.S.C. § 1407, as conditionally ordered by the Judicial Panel on Multidistrict Litigation on January 28, 2011 (see copy attached hereto for ease of reference).

Pursuant to Judicial Panel on Multidistrict Litigation Rule 7.1(f), a Motion to Vacate the Conditional Transfer Order and a brief in support of such motion will be duly filed.

Dated: New York, New York
      January 31, 2011

Respectfully submitted,

_____
**SETH A. DYMOND (SD-0129)**
**BELLUCK & FOX LLP**
546 Fifth Avenue, 4th Floor
New York, New York 10036
T: 212.681.1575
F: 212.681.1574
sdymond@belluckfox.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2011, a true and correct copy of the foregoing Notice of Opposition to Conditional Transfer Order was delivered via overnight mail, postage prepaid, to all counsel of record on the following service list:

| COUNSEL: | DEFENDANTS: |
|---|---|
| Christopher Healy, Esq./Judy Yavitz, Esq<br>**REED SMITH, LLP**<br>599 Lexington Avenue<br>New York, New York 10022 | American Optical Corporation<br>& Union Carbide Corp. |
| Wendy Kagan, Esq.<br>**HOAGLAND LONGO MORAN DUNST & DOUKAS**<br>40 Patterson Street<br>P.O. Box 480<br>New Brunswick, New Jersey 08903 | Fisher Scientific |
| Michael Tanenbaum, Esq.<br>**SEDGWICK, DETERT, MORAN & ARNOLD**<br>Three Gateway Center, 12th Floor<br>Newark, New Jersey 07102 | General Electric |
| William E. Vita, Esq.<br>**WESTERMAN BALL EDERER MILLER et al.**<br>1201 RXR Plaza<br>Uniondale, New York 11556 | Hollingsworth & Vose |
| Paul Van Buskirk, Esq.<br>**McGIVNEY & KLUGER, P.C.**<br>23 Vreeland Road, Suite 220<br>Florham Park, New Jersey 07932 | Kentile Floors |
| Robert J. Kirshenberg, Esq.<br>**GREENBERG & TRAURIG, LLP**<br>200 Park Avenue<br>New York, NY 10166<br>-and-<br>Christopher V. Cotton, Esq.<br>**SHOOK, HARDY & BACON LLP.**<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108 | Lorillard Tobacco Company |

| | |
|---|---|
| Justin Perri, Esq.<br>**STEPTOE & JOHNSON**<br>750 Seventh Avenue, Suite 1900<br>New York, New York 10019 | Metropolitan Life Insurance Company |
| Paul Scrudato, Esq.<br>**SCHIFF HARDIN**<br>900 Third Avenue, 23rd Floor<br>New York, New York 10022 | Owens-Illinois |
| Linda Yassky, Esq.<br>**SONNENSCHEIN NATH & ROSENTHAL**<br>1221 Avenue of the Americas<br>New York, New York 10020 | Rapid American Corp. |
| Jennifer Darger, Esq.<br>**DARGER & ERRANTE**<br>116 East 27th Street<br>New York, NY 10016 | United Gilsonite Laboratories |

The action insofar as asserted against any other named defendant has been discontinued, dismissed, or resolved.

_____
Seth A. Dymond

# EXHIBIT A

**EXHIBIT A**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                       MDL No. 875

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO−357)

On July 29, 1991, the Panel transferred 21,937 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See 170 F.Supp.2d 1348 (J.P.M.L. 2001). Since that time, 85,491 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C Robreno.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY  
LITIGATION (NO. VI)                                          MDL No. 875

### SCHEDULE CTO-357 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**LOUISIANA EASTERN**

| | | | |
|---|---|---|---|
| LAE | 2 | 10-04440 | Jefferson et al v. American Sugar Refining, Inc. et al |

**NEW YORK SOUTHERN**

| | | | |
|---|---|---|---|
| NYS | 1 | 11-00393 | Eisenberg et al v. American Optical Corporation et al |

**SOUTH CAROLINA**

| | | | |
|---|---|---|---|
| SC | 1 | 10-03202 | Brown v. Owens-Illinois Inc et al |