# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| DONALD W. COULTER, DANIEL W. COULTER, and DENNIS W. COULTER, as Co-Personal Representatives of the Estate of DONALD C. COULTER; | Case No. 3:10-cv-05714-BHS |
| AILEEN MILDRED LONG, Individually, and as Personal Representative of the Estate of ROBERT JOSEPH LONG; | **DECLARATION OF SERVICE** |
| MICHAEL G. OSTMAN and MICHELE L. CURTIS, as Co-Personal Representatives of the Estate of FRED G. OSTMAN; | |
| WALTER JOSEPH PAQUIN and MARY ANN PAQUIN, husband and wife; | |
| WILLIAM DONALD RAY, as Personal Representative of the Estate of WILLIAM ABNER RAY; | |
| LOUISA STALLINGS, Individually and as Personal Representative of the Estate of CARL STALLINGS; and | |
| STATE OF WASHINGTON, DEPARTMENT OF LABOR AND INDUSTRIES, EX REL IVADELL ROSE WILLIAMS, Individually and as Personal Representative of the Estate of JOHN MICHAEL WILLIAMS, | |

DECLARATION OF SERVICE - 1

Law Offices of
Wolfstone, Panchot & Bloch, P.S., Inc.
1111 Third Avenue, Suite 1800
Seattle, Washington 98101
Phone:  (206) 682-3840
Fax:      (206) 340-8837

|   |   |
|---|---|
| 1 | Plaintiffs, |
| 2 |   |
| 3 | v. |
| 4 | SULZER PUMPS (US), INC. formerly known as SULZER BINGHAM PUMPS, |
| 5 | INC., |
| 6 | Defendant. |

I hereby certify under penalty of perjury under the laws of the State of Washington that on the date stated below, I deposited a copy of defendant Sulzer Pumps (US) Inc.'s Notice of Tag-Along Action with Seattle Legal Messenger Service for delivery to Glenn Draper, Bergman Draper & Frockt, 614 First Avenue, Fourth Floor, Seattle, WA.

DATED this 12Th day of January, 2011.

WOLFSTONE, PANCHOT & BLOCH, P.S., INC.

By /s/ Patricia Jacobsen
Patricia Jacobsen, Paralegal

DECLARATION OF SERVICE - 2

Law Offices of
Wolfstone, Panchot & Bloch, P.S., Inc.
1111 Third Avenue, Suite 1800
Seattle, Washington 98101
Phone: (206) 682-3840
Fax: (206) 340-8837