# U.S. District Court
## United States District Court for the Western District of Washington (Tacoma)
### CIVIL DOCKET FOR CASE #: 3:10-cv-05714-BHS

Coulter et al v. Sulzer Pumps (US) Inc  
Assigned to: Judge Benjamin H Settle  
Case in other court: Superior Court of Washington for Pierce County, 10-00002-12628-2  
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 09/30/2010  
Jury Demand: None  
Nature of Suit: 368 P.I. : Asbestos  
Jurisdiction: Diversity

**Plaintiff**

**Donald W Coulter**     represented by **Brian F Ladenburg**  
BERGMAN DRAPER & FROCKT  
614 FIRST AVENUE  
THIRD FLOOR  
SEATTLE, WA 98104  
206-957-9510  
Fax: 206-957-9549  
Email: brian@bergmanlegal.com  
*ATTORNEY TO BE NOTICED*

**Glenn S Draper**  
BERGMAN DRAPER & FROCKT  
614 FIRST AVENUE  
THIRD FLOOR  
SEATTLE, WA 98104  
206-957-9510  
Email: glenn@bergmanlegal.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel W Coulter**     represented by **Brian F Ladenburg**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Glenn S Draper**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis W Coulter**  
*as co-personal representatives of the estate of Donald C. Coulter*

represented by **Brian F Ladenburg**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Glenn S Draper**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aileen Mildred Long**
*individually, and as personal representative of the estate of Robert Joseph Long*

represented by **Brian F Ladenburg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Glenn S Draper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael G Ostman**

represented by **Brian F Ladenburg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Glenn S Draper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michele L Curtis**
*as co-personal representatives of the estate of Fred G. Ostman*

represented by **Brian F Ladenburg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Glenn S Draper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Walter Joseph Paquin**

represented by **Brian F Ladenburg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Glenn S Draper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Ann Paquin**
*husband and wife*

represented by **Brian F Ladenburg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Glenn S Draper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Donald Ray**
*as personal representative of the estate of William Abner Ray*

represented by **Brian F Ladenburg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Glenn S Draper**

          (See above for address)
          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louisa Stallings**      represented by **Brian F Ladenburg**
*individually and as personal*                (See above for address)
*representative of the estate of Carl*          *ATTORNEY TO BE NOTICED*
*Stallings*

                                                **Glenn S Draper**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Washington Department of**     represented by **Brian F Ladenburg**
**Labor and Industries, Ex Rel Ivadell**                (See above for address)
**Rose Williams**                                    *ATTORNEY TO BE NOTICED*
*individually and as personal*
*representative of the estate of John*             **Glenn S Draper**
*Michael Williams*                                   (See above for address)
                                                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sulzer Pumps (US) Inc**       represented by **Howard I. Hall**
*formerly known as*                                 WOLFSTONE, PANCHOT & BLOCH
Sulzer Bingham Pumps Inc

                                                1111 THIRD AVE
                                                STE 1800
                                                SEATTLE, WA 98101
                                                206-682-3840
                                                Fax: 206-340-8837
                                                Email: thall@wpblaw.com
                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2010 | 1 | NOTICE OF REMOVAL from Pierce County Superior Court, case number 10-2-12628-2; (Receipt # 0981-2202545), filed by Sulzer Pumps (US) Inc. (Attachments: # 1 Civil Cover Sheet)(Hall, Howard) (Entered: 09/30/2010) |
| 10/01/2010 | | Judge Benjamin H. Settle added. (DJ) (Entered: 10/01/2010) |
| 10/01/2010 | 2 | LETTER from Clerk to counsel re: receipt of case from Pierce County Superior Court and advising of WAWD case number and judge assignment. (DJ) (Entered: 10/01/2010) |
| 10/04/2010 | 3 | VERIFICATION OF STATE COURT RECORDS by Defendant Sulzer Pumps (US) Inc. (Hall, Howard) (Entered: 10/04/2010) |
| | | |

| 10/05/2010 | 4 | MINUTE ORDER REGARDING DISCOVERY AND DEPOSITIONS by Judge Benjamin H Settle. (TG) (Entered: 10/05/2010) |
| --- | --- | --- |
| 10/05/2010 | 5 | MINUTE ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT by Judge Benjamin H Settle: Joint Status Report due by 2/2/2011, FRCP 26f Conference Deadline is 1/12/2011, Initial Disclosure Deadline is 1/26/2011. (TG) (Entered: 10/05/2010) |
| 01/12/2011 | 6 | NOTICE *of Tag-Along Action* ; filed by Defendant Sulzer Pumps (US) Inc. (Hall, Howard) (Entered: 01/12/2011) |
| 01/12/2011 | 7 | CERTIFICATE OF SERVICE by Defendant Sulzer Pumps (US) Inc re 6 Notice-Other *of Tag-Along Action*. (Hall, Howard) (Entered: 01/12/2011) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 01/31/2011 10:23:54 | | | |
| PACER Login: | wp0045 | Client Code: | Sulzer |
| Description: | Docket Report | Search Criteria: | 3:10-cv-05714-BHS |
| Billable Pages: | 4 | Cost: | 0.32 |

Wolfstone, Panchot & Bloch
SEP 01 2010

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON
August 30 2010 2:12 PM
KEVIN STOCK
COUNTY CLERK
NO: 10-2-12628-2

SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

| | |
|---|---|
| DONALD W. COULTER, DANIEL W. COULTER, and DENNIS W. COULTER, as Co-Personal Representatives of the Estate of DONALD C. COULTER;<br><br>AILEEN MILDRED LONG, Individually and as Personal Representative of the Estate of ROBERT JOSEPH LONG;<br><br>MICHAEL G. OSTMAN and MICHELE L. CURTIS, as Co-Personal Representatives of the Estate of FRED G. OSTMAN;<br><br>WALTER JOSEPH PAQUIN and MARY ANNE PAQUIN, husband and wife;<br><br>WILLIAM DONALD RAY, as Personal Representative of the Estate of WILLIAM ABNER RAY;<br><br>LOUISA STALLINGS, Individually and as Personal Representative of the Estate of CARL STALLINGS; and<br><br>STATE OF WASHINGTON, DEPARTMENT OF LABOR AND INDUSTRIES, EX REL IVADELL ROSE WILLIAMS, Individually and as Personal Representative of the Estate of JOHN MICHAEL WILLIAMS<br><br>Plaintiffs, | NO.<br><br>COMPLAINT FOR PERSONAL INJURIES and FOR WRONGFUL DEATH AND SURVIVORSHIP |

COMPLAINT FOR PERSONAL INJURIES and FOR WRONGFUL DEATH AND SURVIVORSHIP - 1

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

v.

SULZER PUMPS (US), INC., formerly known as SULZER BINGHAM PUMPS, INC.,

Defendant.

## I. PARTIES

Plaintiffs Daniel W. Coulter, Daniel W. Coulter, and Dennis W. Coulter resides in Stites, Idaho and are the surviving children of Donald C. Coulter. Plaintiffs have been appointed the Personal Representative of the Estate of Donald C. Coulter.

Plaintiff Aileen Mildred Long, resides in Aberdeen, Washington and is the surviving spouse of Robert Joseph Long. Plaintiff has been appointed the Personal Representative of the Estate of Robert Joseph Long.

Plaintiffs Michael G. Ostman and Michele L. Curtis, resides in Granite Falls, Washington and are the surviving children of Fred G. Ostman. Plaintiffs have been appointed the Personal Representative of the Estate of Fred G. Ostman.

Plaintiffs Walter Joseph Paquin and Mary Anne Paquin, husband and wife, resides in Albany, Oregon.

Plaintiff William Donald Ray, resides in Port Hadlock, Washington and is the surviving child of William Abner Ray. Plaintiff has been appointed the Personal Representative of the Estate of William Abner Ray.

Plaintiff Louisa Stallings, resides in Pasco, Washington and is the surviving spouse of Carl Stallings. Plaintiff has been appointed the Personal Representative of the Estate of Carl Stallings.

COMPLAINT FOR PERSONAL INJURIES and FOR WRONGFUL DEATH AND SURVIVORSHIP - 2
S:\Defendants\Sulzer Bingham Pumps\Sulzer_Pleadings\Sulzer_PLD_Complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

1  Plaintiff Ivadell Rose Williams, resides in Richland, Washington and is the surviving
2  spouse of John Michael Williams. Plaintiff has been appointed the Personal Representative of
3  the Estate of John Michael Williams.

4
5  Defendant and/or its predecessors-in-interest are corporations who, at all times relevant
6  herein, manufactured, sold or distributed asbestos-containing products or products that were used
7  in conjunction with asbestos.

## II. JURISDICTION

This Court has jurisdiction over this cause pursuant to RCW 4.12.025 because, at all times relevant herein, defendant transacted business and/or may be served with process in Pierce County, Washington.

## III. FACTS

**As to Plaintiffs Donald W. Coulter, Daniel W. Coulter, and Dennis W. Coulter:**

Plaintiffs decedent Donald C. Coulter (DOB: November 23, 1927; SSN: ***-**-5331) was exposed to asbestos and asbestos-containing products which had been mined, manufactured, produced, and/or placed into the stream of commerce by the defendant and/or was exposed to asbestos through the use of products manufactured by defendant. As a direct and proximate result of this exposure, plaintiffs decedent Donald C. Coulter developed mesothelioma and died on June 3, 2009. Plaintiffs provide the following information:

| | | |
|---|---|---|
| A. | Specific Disease: | Mesothelioma |
| B. | Date of Diagnosis: | August 2008 |
| C. | Military: | U.S. Army, 1946 to 1951 |
| D. | Occupation: | Mill Firefighter |

COMPLAINT FOR PERSONAL INJURIES and FOR WRONGFUL DEATH AND SURVIVORSHIP - 3

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

|   |     |                    |                                          |
|---|-----|--------------------|------------------------------------------|
| 1 | E.  | Places of Exposure: | Potlatch Mill, Lewiston, Idaho          |
| 2 | F.  | Dates of Exposure: | 1976 to 1980                             |
| 3 | G.  | Current Address:   | Deceased                                 |

**As to Plaintiff Aileen Mildred Long:**

Plaintiff's decedent Robert Joseph Long (DOB: April 5, 1919; SSN: \*\*\*-\*\*-1306) was exposed to asbestos and asbestos-containing products which had been mined, manufactured, produced, and/or placed into the stream of commerce by the defendant and/or was exposed to asbestos through the use of products manufactured by defendant. As a direct and proximate result of this exposure, plaintiff's decedent Robert Joseph Long developed mesothelioma and died on August 23, 2008. Plaintiff provides the following information:

|    |     |                    |                                          |
|----|-----|--------------------|------------------------------------------|
| A. | Specific Disease: | Mesothelioma |
| B. | Date of Diagnosis: | July 2008 |
| C. | Military: | U.S. Navy, 1943 to 1945 |
| D. | Occupation: | Asbestos Worker; Refrigeration Mechanic; Owner |
| E. | Places of Exposure: | U.S. Navy ships and shipyards; various residential, commercial and industrial sites throughout Western Washington |
| F. | Dates of Exposure: | 1930s to 1980 |
| G. | Current Address: | Deceased |

**As to Plaintiffs Michael G. Ostman and Michele L. Curtis:**

Plaintiffs decedent Fred G. Ostman (DOB: February 26, 1932; SSN: \*\*\*-\*\*-2874) was exposed to asbestos and asbestos-containing products which had been mined, manufactured, produced, and/or placed into the stream of commerce by the defendant and/or was exposed to

COMPLAINT FOR PERSONAL INJURIES and FOR WRONGFUL DEATH AND SURVIVORSHIP - 4

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

1  asbestos through the use of products manufactured by defendant. As a direct and proximate
2  result of this exposure, plaintiffs decedent Fred G. Ostman developed mesothelioma and died on
3  September 7, 2009. Plaintiffs provides the following information:

| | | | |
|---|---|---|---|
| A. | Specific Disease: | Mesothelioma | |
| B. | Date of Diagnosis: | December 2008 | |
| C. | Military: | N/A | |
| D. | Occupation: | Carpenter/Insulation Worker; Rip Saywer; Kiln Operator; General Construction; General Contractor; Bus Driver | |
| E. | Places of Exposure: | Various commercial and industrial sites in Washington, Idaho, and Alaska | |
| F. | Dates of Exposure: | 1950s to 1980 | |
| G. | Current Address: | Deceased | |

**As to Plaintiffs Walter Joseph Paquin and Mary Anne Paquin:**

Plaintiff Walter Joseph Paquin (DOB: January 6, 1923; SSN: ***-**-1172) was exposed to asbestos and asbestos-containing products which had been mined, manufactured, produced, and/or placed into the stream of commerce by the defendant and/or was exposed to asbestos through the use of products manufactured by defendant. As a direct and proximate result of this exposure, plaintiff Walter Joseph Paquin developed lung cancer. Plaintiff provides the following information:

| | | | |
|---|---|---|---|
| A. | Specific Disease: | Lung Cancer | |
| B. | Date of Diagnosis: | January 2009 | |
| C. | Military: | U.S. Army, 1942 to 1945 | |

COMPLAINT FOR PERSONAL INJURIES and FOR WRONGFUL DEATH AND SURVIVORSHIP - 5
S:\Defendants\Selzer Bingham Pumps\Selzer_Pleadings\Selzer_PLD_Complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

| | | |
|---|---|---|
| D. | Occupation: | Millwright |
| E. | Places of Exposure: | Various industrial and commercial sites in Washington, Michigan, California, and Oregon |
| F. | Dates of Exposure: | 1940 to 1980 |
| G. | Current Address: | 723 NW Augusta Court<br>Albany, OR 97321 |

**As to Plaintiff William Donald Ray:**

Plaintiff's decedent William Abner Ray (DOB: November 26, 1928; SSN: \*\*\*-\*\*-5473) was exposed to asbestos and asbestos-containing products which had been mined, manufactured, produced, and/or placed into the stream of commerce by the defendant and/or was exposed to asbestos through the use of products manufactured by defendant. As a direct and proximate result of this exposure, plaintiff's decedent William Abner Ray developed mesothelioma and died on December 13, 2007. Plaintiff provides the following information:

| | | |
|---|---|---|
| A. | Specific Disease: | Mesothelioma |
| B. | Date of Diagnosis: | October 2007 |
| C. | Military: | U.S. Coast Guard |
| D. | Occupation: | General laborer and maintenance; Electrician |
| E. | Places of Exposure: | Crown Zellerbach Pulp and Paper Mill, later Port Townsend Paper Mill, in Port Townsend, Washington; home exposure from remodeling |
| F. | Dates of Exposure: | 1952 to 1980 |
| G. | Current Address: | Deceased |

**As to Plaintiff Louisa Stallings:**

COMPLAINT FOR PERSONAL INJURIES and FOR WRONGFUL DEATH AND SURVIVORSHIP - 6
S:\Defendants\Sulzer Bingham Pumps\Sulzer_Pleadings\Sulzer_PLD_Complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

Plaintiff's decedent Carl Stallings (DOB: February 17, 1926; SSN: \*\*\*-\*\*-4793) was exposed to asbestos and asbestos-containing products which had been mined, manufactured, produced, and/or placed into the stream of commerce by the defendant and/or was exposed to asbestos through the use of products manufactured by defendant. As a direct and proximate result of this exposure, plaintiff's decedent Carl Stallings developed lung cancer and died on October 6, 2006. Plaintiff provides the following information:

| | | |
|---|---|---|
| A. | Specific Disease: | Lung Cancer |
| B. | Date of Diagnosis: | October 2005 |
| C. | Military: | N/A |
| D. | Occupation: | Millwright, Mechanical Foreman, Master Mechanic, and Maintenance Superintendent |
| E. | Places of Exposure: | Boise Cascade Corporation, St. Helens, Oregon and Wallula, Washington |
| F. | Dates of Exposure: | 1947 to 1980 |
| G. | Current Address: | Deceased |

**As to Plaintiff Ivadell Rose Williams:**

Plaintiff's decedent John Michael Williams (DOB: 04.17.1946; SSN: \*\*\*-\*\*-1097) was exposed to asbestos and asbestos-containing products which had been mined, manufactured, produced, and/or placed into the stream of commerce by the defendant and/or was exposed to asbestos through the use of products manufactured by defendant. As a direct and proximate result of this exposure, Plaintiff's decedent John Michael Williams developed mesothelioma and died on October 22, 2007. Plaintiff provides the following information:

COMPLAINT FOR PERSONAL INJURIES and FOR WRONGFUL DEATH AND SURVIVORSHIP - 7

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

| | | | |
|---|---|---|---|
| A. | Specific Disease: | Mesothelioma |
| B. | Date of Diagnosis: | July 2004 and February 2006 |
| C. | Military: | U.S. Army, 1965 to 1968 |
| D. | Occupation: | Consultant, Engineer, General Manager, Service Engineer, Senior Engineer, Supervising Engineer |
| E. | Places of Exposure: | Office buildings and Nuclear Facilities in California and Washington States |
| F. | Dates of Exposure: | 1960 to 1980 |
| G. | Current Address: | Deceased |

## IV. LIABILITY

Plaintiffs claims liability based upon the theories of product liability (RCW 7.72 et. seq.); negligence; conspiracy; spoliation; willful or wanton misconduct; strict product liability under Section 402B of the Restatement of Torts; premises liability; breach of warranty; (RCW 62A); enterprise liability; market-share liability and/or market share alternate liability; and any other applicable theory of liability. The liability-creating conduct of defendant consisted, inter alia, of negligent and unsafe design; failure to inspect, test, warn, instruct, monitor and/or recall; failure to substitute safe products; marketing or installing unreasonably dangerous or extra-hazardous and/or defective products; marketing or installing products not reasonably safe as designed; marketing or installing products not reasonably safe for lack of adequate warning and marketing or installing products with misrepresentations of product safety.

With respect to any defendant that is a manufacturer of products or equipment aboard naval or other U.S. government vessels, plaintiffs claims liability, strictly based on state tort law, arising from the defendant's failure to provide adequate warnings of their products' dangerous propensities and negligence. Plaintiffs expressly disclaims and is not seeking relief for any and

COMPLAINT FOR PERSONAL INJURIES and FOR WRONGFUL DEATH AND SURVIVORSHIP - 8
S:\Defendants\Sulzer Bingham Pumps\Sulzer_Pleading\Sulzer_PLD_Complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

all claims for injury against any defendant whose conduct, whether by omission or commission, was engaged in at the behest of the United States or any agency or person acting under him or under color of such office to the extent such a claim would implicate federal court jurisdiction under the federal officer removal statute, 28 U.S.C. §1442(a)(1), predicated on the government contractor's defense articulated in Boyle v. United Technologies Corp., 487 U.S. 500 (1988). Most specifically with respect to Plaintiffs state tort law failure-to-warn claims, Plaintiffs allege that no U.S. agency, officer, or person prohibited or forbid any defendant in this case from issuing and placing warnings on or with its products. Such a showing is mandatory for any defendant to meet the Boyle test. All such claims that legitimately implicate such a defense, in the unlikely event that they exist and are factually supported, are not asserted and are hereby expressly and preemptively disclaimed. Plaintiffs hereby put any defendant who may nonetheless assert such a defense as a basis for federal jurisdiction over this case that Plaintiffs seeks no recovery for injuries sustained as a result of conduct that meets the three-prong Boyle test and constitutes actions of a federal officer sufficient to trigger jurisdiction under 28 U.S.C. §1442(a)(1). Plaintiffs specifically advises all defendants of its position that such express, clear, and unequivocal disclaiming of claims implicating the substantive Boyle defense, as well as any other claims that legitimately implicate 28 U.S.C. §1442(a)(1), render any potential future removal of this case to federal court on one of these clearly-disclaimed bases objectively unreasonable under Martin v. Franklin Capital Corp., 546 U.S. 132 (2005).

## V. DAMAGES

**As to Plaintiffs Donald W. Coulter, Daniel W. Coulter, and Dennis W. Coulter:**

As a proximate result of defendant's negligence and/or product liability, plaintiffs decedent Donald C. Coulter sustained pain, suffering and disability prior to death in an amount

COMPLAINT FOR PERSONAL INJURIES and FOR WRONGFUL DEATH AND
SURVIVORSHIP - 9

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

not now known, but which will be proven at trial. Plaintiffs decedent Donald C. Coulter also sustained medical expenses, economic losses, and funeral expenses in an amount to be proven at trial. Plaintiffs have sustained a loss of parent-child relationships as a result of Donald C. Coulter's illness and death.

WHEREFORE, plaintiffs pray for judgment against the defendant as follows:

1. For general and special damages specified above, including pain, suffering, loss of parent-child relationships, disability, and wrongful death;

2. For medical and related expenses, economic loss, and funeral expenses, all of which will be proven at the time of trial;

3. For plaintiffs costs and disbursements herein;

4. For prejudgment interest in the amount to be proven at trial; and

5. For such other relief as the Court deems just.

**As to Plaintiff Aileen Mildred Long:**

As a proximate result of defendant's negligence and/or product liability, plaintiff's decedent Robert Joseph Long sustained pain, suffering and disability prior to death in an amount not now known, but which will be proven at trial. Plaintiff's decedent Robert Joseph Long also sustained medical expenses, economic losses, and funeral expenses in an amount to be proven at trial. Plaintiff Aileen Mildred Long has sustained loss of spousal relationship as a result of Robert Joseph Long's illness and death.

WHEREFORE, plaintiff prays for judgment against the defendant as follows:

1. For general and special damages specified above, including pain, suffering, loss of spousal relationship, disability, and wrongful death;

COMPLAINT FOR PERSONAL INJURIES and FOR WRONGFUL DEATH AND SURVIVORSHIP - 10
S:\Defendants\Salzer Bingham Pumps\Salzer_Pleadings\Salzer_PLD_Complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

2. For medical and related expenses, economic loss, and funeral expenses, all of which will be proven at the time of trial;

3. For plaintiff's costs and disbursements herein;

4. For prejudgment interest in the amount to be proven at trial; and

5. For such other relief as the Court deems just.

**As to Plaintiffs Michael G. Ostman and Michele L. Curtis:**

As a proximate result of defendant's negligence and/or product liability, plaintiffs decedent Fred G. Ostman sustained pain, suffering and disability prior to death in an amount not now known, but which will be proven at trial. Plaintiffs decedent Fred G. Ostman also sustained medical expenses, economic losses, and funeral expenses in an amount to be proven at trial. Plaintiffs Michael Ostman and Michele Curtis have sustained a loss of parent-child relationships as a result of Fred G. Ostman's illness and death.

WHEREFORE, plaintiffs pray for judgment against the defendant as follows:

1. For general and special damages specified above, including pain, suffering, loss of parent-child relationships, disability, and wrongful death;

2. For medical and related expenses, economic loss, and funeral expenses, all of which will be proven at the time of trial;

3. For plaintiff's costs and disbursements herein;

4. For prejudgment interest in the amount to be proven at trial; and

5. For such other relief as the Court deems just.

COMPLAINT FOR PERSONAL INJURIES and FOR WRONGFUL DEATH AND SURVIVORSHIP - 11
S:\Defendants\Sulzer Bingham Pumps\Sulzer_Pleadings\Sulzer_PLD_Complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

**As to Plaintiffs Walter Joseph Paquin and Mary Anne Paquin:**

As a proximate result of defendant's negligence and/or product liability, plaintiff Walter Joseph Paquin sustained pain, suffering and disability in an amount not now known, but which will be proven at trial. Plaintiff Walter Joseph Paquin also sustained medical expenses, economic losses in an amount to be proven at trial. Plaintiff Mary Anne Paquin has sustained loss of spousal relationship as a result of Walter Joseph Paquin's illness.

WHEREFORE, plaintiffs pray for judgment against the defendant as follows:

1. For general and special damages specified above, including pain, suffering, loss of spousal relationship and disability;

2. For medical and related expenses and economic loss, all of which will be proven at the time of trial;

3. For plaintiffs' costs and disbursements herein;

4. For prejudgment interest in the amount to be proven at trial; and

5. For such other relief as the Court deems just.

**As to Plaintiff William Donald Ray:**

As a proximate result of defendant's negligence and/or product liability, plaintiff's decedent William Abner Ray sustained pain, suffering, disability, medical expenses, economic losses, prior to death, and funeral expenses, in an amount to be proven at trial. Plaintiff's decedent William Abner Ray also sustained medical expenses, economic losses, and funeral expenses in an amount to be proven at trial. Plaintiff William Donald Ray has sustained loss of parent-child relationship as a result of William Abner Ray's illness and death.

WHEREFORE, plaintiff prays for judgment against the defendant as follows:

COMPLAINT FOR PERSONAL INJURIES and FOR WRONGFUL DEATH AND SURVIVORSHIP - 12
S:\Defendants\Sulzer Bingham Pumps\Sulzer_Pleadings\Sulzer_PLD_Complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

1. For general and special damages specified above, including pain, suffering, loss of parent-child relationship and disability;

2. For medical and related expenses, economic loss, and funeral expenses, all of which will be proven at the time of trial;

3. For plaintiff's costs and disbursements herein;

4. For prejudgment interest in the amount to be proven at trial; and

5. For such other relief as the Court deems just.

**As to Plaintiff Louisa Stallings:**

As a proximate result of defendant's negligence and/or product liability, Plaintiff's decedent Carl Stallings sustained pain, suffering and disability prior to death in an amount not now known, but which will be proven at trial. Plaintiff's decedent Carl Stallings also sustained medical expenses, economic losses, and funeral expenses in an amount to be proven at trial. Plaintiff Louisa Stallings has sustained loss of consortium as a result of Carl Stallings' illness and death.

WHEREFORE, plaintiff prays for judgment against the defendant as follows:

1. For general and special damages specified above, including pain, suffering, loss of consortium, disability, and wrongful death;

2. For medical and related expenses, economic loss, and funeral expenses all of which will be proven at the time of trial;

3. For plaintiff's costs and disbursements herein;

4. For prejudgment interest in the amount to be proven at trial; and

5. For such other relief as the Court deems just.

COMPLAINT FOR PERSONAL INJURIES and FOR WRONGFUL DEATH AND
SURVIVORSHIP - 13

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

As to Plaintiff Ivadell Rose Williams:

As a proximate result of defendant's negligence and/or product liability, Plaintiff's decedent John Michael Williams sustained pain, suffering and disability prior to death in an amount not now known, but which will be proven at trial. Plaintiff's decedent John Michael Williams also sustained medical expenses, economic losses, and funeral expenses in an amount to be proven at trial. Plaintiff Ivadell Rose Williams has sustained loss of consortium as a result of John Michael Williams' illness and death.

WHEREFORE, plaintiff prays for judgment against the defendant as follows:

1. For general and special damages specified above, including pain, suffering, loss of consortium, disability, and wrongful death;

2. For medical and related expenses, economic loss, and funeral expenses all of which will be proven at the time of trial;

3. For plaintiff's costs and disbursements herein;

6. For prejudgment interest in the amount to be proven at trial; and

7. For such other relief as the Court deems just.

DATED this 30th day of August, 2010.

BERGMAN DRAPER & FROCKT, PLLC

By _____
Glenn S. Draper, WSBA #24419
Brian F. Ladenburg, WSBA #29531
Attorneys for

COMPLAINT FOR PERSONAL INJURIES and FOR WRONGFUL DEATH AND
SURVIVORSHIP - 14
S:\Defendants\Sulzer Bingham Pumps\Sulzer_Pleadings\Sulzer_PLD_Complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549