# KNOTT & GLAZIER LLP

LOS ANGELES

SAN FRANCISCO

L A W Y E R S
A REGISTERED LIMITED LIABILITY PARTNERSHIP

707 WILSHIRE BOULEVARD
SUITE 2025
LOS ANGELES, CALIFORNIA 90017

TELEPHONE (213) 312-9200
FACSIMILE (213) 312-9201
WWW.KNOTTGLAZIER.COM

January 27, 2011

**_Via Federal Express_**

The Judicial Panel on MDL, Case No. 875
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002

   Re: *Notice Of Potential Tag-Along Action Pursuant To J.P.M.L. Rule 7.2(i)*
      *Robert McNaughton v. Goodrich Corporation, et al.,*
      *USDC Case No. CV11-00791 GHK (CWX)*

Dear Judicial Panel:

  Please accept this correspondence as Lockheed Martin Corporation's notice to the panel that the action, *Robert McNaughton v. Goodrich Corporation, et al.*, Case No. *CV11-00791 GHK (CWX)*, in the U.S. District Court, Central District of California, may be a potential tag-along action in *In Re: Asbestos Product Liability Litigation* (No. VI) MDL No. 875.

  Thank you for your consideration.

                  Sincerely,

                  Deborah M. Parker, Esq.
                  CBN 228203

cc: Plaintiffs' Counsel – via U.S. Mail
  All Defense Counsel – via U.S. Mail
  Judge George King – via U.S. Mail
  Judge Manuel Real – via U.S. Mail