KNOTT & GLAZIER LLP
GUY P. GLAZIER, SBN 162628
DEBORAH M. PARKER, SBN 228203
707 Wilshire Boulevard, Suite 2025
Los Angeles, California  90017
Telephone:   213-312-9200
Facsimile:    213-312-9201
E-mail:        glazier@knottglazier.com
E-mail:        parker@knottglazier.com

Attorneys for Defendant,
LOCKHEED MARTIN CORPORATION

## BEFORE THE JUDICAL PANEL ON MULTI-DISTRICT LITIGATION

### IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ASBESTOS LITIGATION (NO. VI) | MDL NO. 875 |

THIS DOCUMENT RELATES TO:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT McNAUGHTON,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOODRICH CORPORATION; GENERAL ELECTRIC COMPANY; METROPOLITAN LIFE INSURANCE COMPANY; UNITED TECHNOLOGIES CORPORATION; WESTERN MACARTHUR COMPANY; MACARTHUR COMPANY; MEGGITT AIRCRAFT BRAKING SYSTEMS CORPORATION (f/k/a AIRCRAFT BRAKING SYSTEMS CORPORATION); GENERAL DYNAMICS CORPORATION; CURTIS-WRIGHT CORPORATION; ACME AUTO PARTS, INCORPORATION; MCDONNELL DOUGLAS CORPORATION; LOCKHEED MARTIN CORPORATION; THE BOEING COMPANY; ROHR, INC.; THE GOODYEAR TIRE & RUBBER COMPANY; PARKER-HANNIFIN CORPORATION; SCOTT CO. OF CALIFORNIA; and DOES 1 through 800, inclusive,<br><br>　　　　　　Defendants. | Civil Action No.:  CV11-00791-GHK (CWx)<br><br>**SCHEDULE OF ACTIONS**<br><br>Complaint Filed:   September 30, 2010<br>Trial Date:           None set. |

## SCHEDULE OF ACTIONS

1. <u>Robert McNaughton v. Goodrich Corporation, et al.</u>, Civil Action No.: CV11-00791-GHK (CWx) (United States District Court for the Central District of California)

                                        Respectfully submitted,

Dated: January 31, 2011         KNOTT & GLAZIER LLP

                                        By: /s/ Deborah M. Parker
                                            Deborah M. Parker

                                            Attorneys for Defendant
                                            LOCKHEED MARTIN CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

    /s/ Deborah M. Parker
    Deborah M. Parker