BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |
| GENEVIEVE SCHROEDER, KEITH SCHROEDER, CRAIG SCHROEDER,<br><br>Plaintiffs<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, ET AL.<br><br>Defendants. | USDC, Central District of California<br>Case No.: 2:11-cv-00738 ODW (FFMx) |

_____

## DEFENDANT'S NOTICE OF RELATED ACTION

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multi-District Litigation, Defendant Viad Corp (hereinafter "Defendant") hereby notify the Panel of the pendency of a tag-along action in Federal District Court, styled "Genevieve Schroeder, et al. v. A.W. Chesterton Company, et al." in the United States District Court for the Central District of California (see Notice of Tag-Along Action attached hereto as EXHIBIT "A"). Such action involves common questions of fact with those actions previously transferred to the Panel pursuant to 28 U.S.C. §1407.

1

Wherefore, Defendant respectfully requests that the Panel transfer this tag-along to the United States District Court for the Eastern District of Pennsylvania.

DATED:  January 31, 2011                    FOLEY & MANSFIELD, PLLP


By:   /s/ Peter B. Langbord
      Peter B. Langbord, Esq. (#144319)
      300 S. Grand Avenue, Suite 2800
      Los Angeles, CA 90071
      Telephone: (213) 283-2100
      Facsimile: (213) 283-2101
      plangbord@foleymansfield.com
      **Attorneys for Defendant**
      **VIAD CORP**