# EXHIBIT A
# Notice of Tag-Along Action

```
 1  Peter B. Langbord, Esq. (SBN 144319)
    plangbord@foleymansfield.com
 2  Foley & Mansfield, PLLP
 3  300 South Grand Avenue, Suite 2800
    Los Angeles, CA 90071
 4  Telephone:   (213) 283-2100
 5  Facsimile:   (213) 283-2101
 6
    Attorneys for Defendant
 7  VIAD CORP
 8
                UNITED STATES DISTRICT COURT
 9
                CENTRAL DISTRICT OF CALIFORNIA
10
11  GENEVIEVE SCHROEDER, KEITH   ) Case No. CV11-00738 ODW (FFMx)
    SCHROEDER, CRAIG SCHROEDER,  )
12                               ) NOTICE OF TAG-ALONG ACTION
13              Plaintiff,       )
                                 )
14  vs.                          )
15                               )
    A.W. CHESTERTON COMPANY;     )
16  FMC CORPORATION as successor in )
17  interest to NORTHERN PUMP    )
    COMPANY; GENERAL ELECTRIC    )
18  COMPANY; GOULDS PUMPS (IPG), )
19  INC.; IMO INDUSTRIES INC.,   )
    individually and as successor in interest )
20  to DE LAVAL TURBINE, INC., and )
21  WARREN PUMPS, INC.;          )
    INGERSOLL-RAND COMPANY,      )
22  individually and as successor in interest )
23  to TERRY STEAM TURBINE       )
    COMPANY; METALCLAD           )
24  INSULATION CORPORATION;      )
25  RAPID AMERICAN CORPORATION; )
    VIACOM, INC., individually and as )
26  successor by merger to CBS   )
27  CORPORATION f/k/a            )
28  WESTINGHOUSE ELECTRIC        )
```

1

NOTICE OF TAG-ALONG ACTION

| | |
|---|---|
| 1 | CORPORATION successor-in-interest ) |
| 2 | to BF STURTEVANT CO.; VIAD ) |
|   | Corp, f/k/a THE DIAL ) |
| 3 | CORPORATION, individually and as ) |
|   | successor-in-interest to GRISCOM- ) |
| 4 | RUSSELL COMPANY; YARWAY ) |
| 5 | CORPORATION; FLOWSERVE dba ) |
|   | BYRON JACKSON PUMPS and ) |
| 6 | DOES 1 through 100, Inclusive, ) |
| 7 | ) |
| 8 | Defendants,        ) |
|   | _____) |

**PLEASE TAKE NOTICE** that on July 29, 1991, the Judicial Panel of Multi-District Litigation entered an order transferring all asbestos exposure cases pending in any United States Court to the United States District Court for the Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings, all pursuant to 28 U.S.C. §1407(a) (the "MDL Transfer Order"). The MDL Transfer Order applies to "tag-along action[s]" as defined in Multi-District Litigation Rule 1.1, or actions involving common questions of law or fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

///
///
///
///
///

The undersigned hereby notifies the Court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The clerk of the Panel may either (1) enter a Conditional Transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to Show Cause why the action should not be transferred pursuant to MDL Rule 7.5(b).

DATED: January 24, 2011                    FOLEY & MANSFIELD PLLP

                                           By: _____
                                           Peter B. Langbord
                                           Attorneys for Defendant
                                           **VIAD CORP**