## CERTIFICATE OF SERVICE

On **01/31/11**, I electronically filed: **NOTICE OF RELATED ACTION** through the CM/ECF system, and mailed this document and the notice of electronic filing to:

Gregory Stamos, Esq.
Thomas F. Mortimer, Esq.
Brian J. Ramsey, Esq.
**ROSE, KLEIN & MARIAS LLP**
401 E. Ocean Blvd., Suite 300
P.O. Box 22792
Long Beach, CA 90801

/s/ Peter B. Langbord
Peter B. Langbord, Esq.
**FOLEY & MANSFIELD PLLP**
300 S. Grand Ave., Suite 2800
Los Angeles, CA 90071
Tel: (213) 283-2100
Fax: (213) 283-2101
plangbord@foleymansfield.com
Attorney for: **VIAD CORP**