UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 25, 2011

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Bldg.
Room G-255, North Lobby
Washington, DC 20002-8004

Dear Sir:

    Enclosed are certified copies of the docket sheet and complaint in the following civil action(s):

    RE:  In Re Asbestos - MDL 875
    Middle District AL Civil Action No. 2:10cv1084-WC
    Janice Elnora Rhodes; et al Vs. Sepco Corporation

    Please acknowledge receipt of same by returning to us the enclosed copy of this letter. If we can be of further assistance, please advise.

    Sincerely,

    DEBRA P. HACKETT, CLERK

By: /s/ William C. L.
    Deputy Clerk

DPH/wl

Enclosures