**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

**NOTICE OF POTENTIAL TAG ALONG ACTION
PURSUANT TO J.P.M.L. RULE 7.2(i)**

Now into court comes Christopher J. Keale, Esq., counsel for the defendants, Foster Wheeler LLC, in the case of "Jane Deeney vs. Foster Wheeler Corporation, et al." Docket No. 3:11-cv-00469-FLW-LHG, U.S. District Court, District of New Jersey, for the purpose of submitting this Notice of Potential Tag Along Action, and says as follows:

1. Pursuant to J.P.M.L. Rule 7.2(i), counsel hereby notifies the panel and all counsel that the undersigned counsel feels that the aforementioned action, "Jane Deeney vs. Foster Wheeler Corporation, et al." Docket No. 3:11-cv-00469-FLW-LHG, U.S. District Court, District of New Jersey, may be a potential tag along action in "In Re: Asbestos Products Liability Litigation (No. VI)" MDL No. 875.

2. Counsel hereto attaches proof of service on all parties to this action.

NJ/429117v1

Wherefore, counsel, Christopher J. Keale, prays this Notice of Potential Tag Along Action be deemed good and sufficient.

DATED: This 1st day of February, 2011.

Respectfully submitted,

By: _____
Christopher J. Keale
Christopher.keale@sdma.com
SEDGWICK, DETERT, MORAN & ARNOLD LLP
Attorneys for Defendant
Foster Wheeler LLC
Three Gateway Center
Twelfth Floor
Newark, New Jersey 07102
Telephone: (973) 242-0002
Facsimile: (973) 242-8099

NJ/429117v12