**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that I have on this 1st day of February, 2011, caused to be served a copy of Defendant, Foster Wheeler LLC's Notice of Potential Tag Along Actions, letter to MDL filing same and this Certification of Service to plaintiff's counsel via email and/or regular mail and on the 1st day of February, 2011, to all known defense counsel listed on the attached Attorney Service List by email and/or regular mail.

DATED:  February 1, 2011

Respectfully submitted,

Christopher J. Keale
Christopher.keale@sdma.com
SEDGWICK, DETERT, MORAN & ARNOLD LLP
Three Gateway Center
12th Floor
Newark, New Jersey 07102
(973) 242-0002
(973) 242-8099 (Fax)
Counsel for Defendant
Foster Wheeler LLC

NJ/429114v11