## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL NO. 875 |

## ATTORNEY SERVICE LIST

**COUNSEL:**

Susan Karlovich, Esq.  
Joseph Hanlon, Esq.  
Wilson, Elser  
33 Washington Street  
Newark, New Jersey 07102  
susan.karlovich@wilsonelser.com  
joseph.hanlon@wilsonelser.com
    Counsel for A.W. Chesterson Co.

Dawn Dezii  
Margolis Edelstein  
Sentry Office Plaza, Suite 200  
216 Haddon Avenue, P.O. Box 2222  
Westmont, New Jersey 08108  
ddezii@margolisedelstein.com
    Counsel for Woolsulate Corp.

Steven F. Satz, Esq.  
Hoagland, longo, Moran, Dunst & Doukas LLP  
40 Paterson Street  
P.O. Box 480  
New Brunswick, NJ 08903  
ssatz@hoaglandlongo.com
    Counsel for Gould's Pumps, Inc.

Robert Smolen, Esq.  
Swartz, Cambell & Detweiler  
1300 Rte 73 Bloom Court  
Mt. Laurel, NJ 08054  
rsmolen@swartzcampbell.com
    Counsel for Brand Insulations, Inc.

| | |
|---|---|
| Lisa P. Wildstein, Esq.<br>David C. Weinberg, Esq.<br>Segal, McCambridge, Singer & Mahoney, Ltd.<br>103 Carnegie Center, Suite 103<br>Princeton, NJ 08540<br>lwildstein@smsm.com<br>dweinberg@smsm.com | Counsel for Garlock Sealing Technologies LLC, f/k/a Garlock Inc. |
| John Garde, Esq.<br>McCARTER & ENGLISH<br>100 Mulberry Street<br>Four Gateway Center<br>Newark, NJ 07101-0652<br>jgarde@mccarter.com | Counsel for Owens Illinois, Inc. |
| Roger V. Jones, Esq.<br>Law Offices of Roger V. Jones, LLP<br>45 North Broad Street, Suite 501<br>Ridgewood, NJ 07450<br>rjones040538@mac.com | Counsel for Metropolitan Life Insurance Co. |
| Don Cipoletto, Esq.<br>Joel R. Clark, Jr.<br>McGivney & Kluger, PC<br>23 Vreeland Road, Suite 220<br>Florham Park, New Jersey 07932<br>DCipoletto@mcgivneyandkluger.com<br>jclark@mcgivneyandkluger.com | Counsel for Durametallic Corp., Hopeman Brothers, Inc. and Madsen & Howell, Inc. |
| Joanne Hawkins, Esq.<br>SPEZIALI, GREENWALD & HAWKINS<br>1081 Winslow Road<br>Box 1086<br>Williamstown, NJ 08094<br>Josiehawkins@comcast.net | Counsel for General Electric Co. |
| John J. Ronca, Jr.<br>Ronca, McDonald & Hanley<br>5 Regent Street, Suite 517<br>Livingston, NJ 07039<br>jronca@roncalawfirm.com | Counsel for York Industries Corp. |

NJ/429114v13