# U.S. District Court
## District of New Jersey [LIVE] (Trenton)
### CIVIL DOCKET FOR CASE #: 3:11-cv-00469-FLW -LHG

| | |
|---|---|
| DEENEY v. AW CHESTERTON COMPANY et al | Date Filed: 01/25/2011 |
| Assigned to: Judge Freda L. Wolfson | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Lois H. Goodman | Nature of Suit: 368 P.I. : Asbestos |
| Case in other court: MIDDLESEX COUNTY SUPERIOR COURT OF NEW JERSEY, MID L 7200 09AS | Jurisdiction: Federal Question |
| Cause: 28:1441 Notice of Removal | |

**Plaintiff**

**JANE DEENEY**     represented by     **JAMES J. PETTIT**
LAW OFFICES OF GENE LOCKS, PLLC
457 HADDONFIELD ROAD
SUITE 500
CHERRY HILL, NJ 08002
(856) 663-8200
Email: jpettit@lockslaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AW CHESTERTON COMPANY**

**Defendant**

**BRAND INSULATIONS INC.**

**Defendant**

**DURAMETALLIC CORP**

**Defendant**

**FOSTER WHEELER CORP.**     represented by     **AFIGO OKPEWHO**
SEDGWICK, DETERT, MORAN & ARNOLD LLP
THREE GATEWAY CENTER
12TH FLOOR
NEWARK, NJ 07102
(973) 242-0002
*ATTORNEY TO BE NOTICED*

1

**Defendant**

GARLOCK INC.

**Defendant**

GOULDS PUMP INC.

**Defendant**

HOPEMAN BROTHERS, INC.

**Defendant**

MADSEN & HOWELL, INC.

**Defendant**

METROPOLITAN LIFE

**Defendant**

OWENS ILLINOIS INC.

**Defendant**

WOOLSULATE INC.

**Defendant**

YORK INDUSTRIES CORPORATION

**Defendant**

JOHN DOE CORPORATIONS (1-20)

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2011 | 2 | Corporate Disclosure Statement by FOSTER WHEELER CORP. identifying FOSTER WHEELER LLC as Corporate Parent. (jjc) (Entered: 01/28/2011) |
| 01/25/2011 | 1 | NOTICE OF REMOVAL by FOSTER WHEELER CORP. from MIDDLESEX COUNTY SUPERIOR COURT OF NEW JERSEY, case number MID L 7200 09AS. ( Filing fee $ 350 Receipt# 3531441) (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Certificate of Service, # 16 NOTICE TO ADVERSE PARTIES, # 17 NOTICE TO CLERK, # 18 LIST OF KNOWN DEFENDANTS)(jjc, ) (Entered: 01/28/2011) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 02/01/2011 12:58:34 | | | |
| **PACER Login:** | sd0394 | **Client Code:** | 03375-017460 |
| **Description:** | Docket Report | **Search Criteria:** | 3:11-cv-00469-FLW -LHG Start date: 1/1/1970 End date: 2/1/2011 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |