

Founded 1939

Leon L. Wolfstone
(1914-1981)
Carl P. Jensen
(1925-1997)
Raymond J. Petersen
(1927-2006)

**WOLFSTONE PANCHOT & BLOCH**
*Attorneys at Law*

**Serving the Northwest for Over 70 Years**

STANLEY G. BAKUN
KENNETH A. BLOCH
ROBERT L. DiJULIO
HOWARD (TERRY) HALL*
JASON C. HAWES
DUDLEY PANCHOT
KEVIN MICHAEL PAULICH

ANDREW C. RAPP
STEVEN N. ROSS
EDWIN G. WOODWARD
LYNN PENIX BARKER, Of Counsel
MARK A. BROWN, P.S., Of Counsel
JAMES C. HANKEN, Of Counsel
*ALSO MEMBER OREGON BAR

February 1, 2011

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC  20002-8004

    Re:    **MDL No. 875 – IN RE:  Asbestos Products Liability Litigation (No. VI)**
              ***Coulter, et al. v. Sulzer Pumps (US) Inc.*, Case No. 3:10-cv-05714-BHS**
              **(Western District of Washington at Tacoma)**

Dear Clerk of the Panel:

    On this date, I am withdrawing the Notice of Tag-Along Action that I e-filed on 1/31/11 in the above-referenced case because it contained an improper heading.  I will correct the heading and refile the Notice of Tag-Along on February 1, 2011.

    If you have any questions, please contact me.

                                    Very truly yours,

                                    WOLFSTONE, PANCHOT & BLOCH, P.S., INC.

                                    Howard (Terry) Hall

TH/plj

    cc:    Glenn Draper (via e-mail)

thall@wpblaw.com   direct dial:  206.838.6820
1111 Third Avenue   Suite 1800   Seattle, Washington  98101
(206) 682-3840   Fax: (206) 340-8837   www.wpblaw.com