1
2
3
4
5
6
7                    **BEFORE THE JUDICIAL PANEL**

8    IN RE:  ASBESTOS PRODUCTS
9    LIABILITY LITIGATION,                           **MDL 875**

10   (NO VI)

11   This Document Relates To:

12
13
14
15
16
17
18
19
20
21
22
23
24

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| 9    DONALD W. COULTER, DANIEL W. COULTER, and DENNIS W. COULTER, as<br>10    Co-Personal Representatives of the Estate of<br>      DONALD C. COULTER;<br>11 | Case No. 3:10-cv-05714-BHS |
| 12    AILEEN MILDRED LONG, Individually,<br>      and as Personal Representative of the Estate<br>13    of ROBERT JOSEPH LONG; | **DECLARATION OF SERVICE** |

9   DONALD W. COULTER, DANIEL W.
    COULTER, and DENNIS W. COULTER, as
10  Co-Personal Representatives of the Estate of
    DONALD C. COULTER;
11
                                              Case No.  3:10-cv-05714-BHS
12  AILEEN MILDRED LONG, Individually,
    and as Personal Representative of the Estate
13  of ROBERT JOSEPH LONG;                    **DECLARATION OF SERVICE**

14  MICHAEL G. OSTMAN and MICHELE L.
    CURTIS, as Co-Personal Representatives of
15  the Estate of FRED G. OSTMAN;

16  WALTER JOSEPH PAQUIN and MARY
    ANN PAQUIN, husband and wife;
17

18  WILLIAM DONALD RAY, as Personal
    Representative of the Estate of WILLIAM
19  ABNER RAY;

20  LOUISA STALLINGS, Individually and as
    Personal Representative of the Estate of
21  CARL STALLINGS; and

22
    STATE OF WASHINGTON,
23  DEPARTMENT OF LABOR AND
    INDUSTRIES, EX REL IVADELL ROSE
24  WILLIAMS, Individually and as Personal
    Representative of the Estate of JOHN
    MICHAEL WILLIAMS,

DECLARATION OF SERVICE - 1

Law Offices of
Wolfstone, Panchot & Bloch, P.S., Inc.
1111 Third Avenue, Suite 1800
Seattle, Washington 98101
Phone:   (206) 682-3840
Fax:      (206) 340-8837

1

2          Plaintiffs,

3     v.

4     SULZER PUMPS (US), INC. formerly
      known as SULZER BINGHAM PUMPS,
5     INC.,

6          Defendant.

7          I hereby certify under penalty of perjury under the laws of the State of Washington that

8     on the date stated below, I deposited a copy of defendant Sulzer Pumps (US) Inc.'s Notice of

9
      Tag-Along Action with Seattle Legal Messenger Service for delivery to Glenn Draper, Bergman
10
      Draper & Frockt, 614 First Avenue, Fourth Floor, Seattle, WA.
11
           DATED this $\underline{12^{Th}}$ day of January, 2011.
12

13                    WOLFSTONE, PANCHOT & BLOCH, P.S., INC.

14

15                    By _____

16                        Patricia Jacobsen, Paralegal

17

18

19

20

21

22

23

24

DECLARATION OF SERVICE - 2

                                        Law Offices of
                                        Wolfstone, Panchot & Bloch, P.S., Inc.
                                        1111 Third Avenue, Suite 1800
                                        Seattle, Washington 98101
                                        Phone:    (206) 682-3840
                                        Fax:      (206) 340-8837