VICTOR C. ROSE (1907-1972)
ALFRED M. KLEIN (1913-2000)
EUGENE MARIAS (1919-1982)

* ROBERT B. STEINBERG
* HOWARD N. LEHMAN
* JASON A. GOTTLIEB
* HERBERT I. GALPERSON
  MARVIN N. SHAPIRO
* BARRY I. GOLDMAN
* G. RONALD FEENBERG
  DENNIS D. WELCH
  GREGORY STAMOS
  DENNIS J. SHERWIN
* STEVEN M. HOFFBERG
* ROBERT I. VINES
* MANUEL L. NUNES
  DAVID A. ROSEN
  RICHARD G. BARONE
  WILLIAM M. GREWE
  HARRY H. SAMARGHACHIAN
  TONI RAYKOVICH

* DENOTES PROFESSIONAL CORPORATION
† ADMITTED ONLY IN SWEDEN

WENDY HAYWARD-MARSHALL
ANDREW J. SHORENSTEIN
BABETTE F. BEMEL
LILIA BALLESTEROS
DAVID S. GALPERSON
ARLYN M. LATIN
†RONNY MARTINSSON
JANET U. KROPP
ALAN P. RIFFEL
LAUREN BELGER
CHRISTEL A. SCHOENFELDER
MARCUS S. LOO
MIA R. ELLIS
KEVIN MAHONEY
LISA F. JOU
ALEXIS B. DJIVRE
THOMAS F. MORTIMER JR.
BENHUR SHERVAN
KEVIN P. SMITH

LAW OFFICES OF

# ROSE, KLEIN & MARIAS LLP

401 E. OCEAN BOULEVARD, SUITE 300

LONG BEACH, CALIFORNIA 90802-5056

FAX (562) 436-6157

(562) 436-4696

February 1, 2011

Clerk of the Panel
United States Judicial Panel on
Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle., N.E., Room G-255, North Lobby
Washington, DC 20002

**Via Facsimile**
(202) 502-2888

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

*Genevieve Schroeder, et. al. vs. A.W. Chesterton Company as successor in interest to Northern Pump Company, et. al.*, C.D. California CV11-00738-ODW (FFMx)

## NOTICE OF OPPOSITION TO CTO-358

I represent Plaintiffs, Genevieve Schroeder, Keith Schroeder, and Craig Schroeder in *Genevieve Schroeder, et. al. vs. A.W. Chesterton Company, as successor in interest to Northern Pump Company, et. al.*, which are included on the conditional transfer order (CTO-358). Plaintiffs submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

Gregory Stamos
Law Offices of Rose, Klein & Marias
401 E. Ocean Blvd., Suite 300
Long Beach, CA 90802
(562) 436-4696
g.stamos@rkmlaw.net
Counsel for Plaintiffs

333 SOUTH ANITA DRIVE, SUITE 700
ORANGE, CALIFORNIA 92868
(714) 937-9025 • FAX (714) 937-9218

801 SOUTH GRAND AVENUE, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90017-4645
(213) 626-0571 • FAX (213) 623-7755

3633 E. INLAND EMPIRE BLVD., SUITE 400
ONTARIO, CALIFORNIA 91764-4922
(909) 944-1711 • FAX (909) 944-1722

330 NORTH BRAND AVE., SUITE 310
GLENDALE, CALIFORNIA 91203
(213) 626-0571 • FAX (213) 623-7755

5740 RALSTON STREET, SUITE 301
VENTURA, CALIFORNIA 93003-6043
(805) 642-7101 • FAX (805) 642-9627

15910 VENTURA BOULEVARD, 18TH FLOOR
ENCINO, CALIFORNIA 91436-2819
(818) 781-1420 • FAX (213) 623-7755

5333 MISSION CENTER ROAD, SUITE 380
SAN DIEGO, CALIFORNIA 92108
(619) 278-0958 • FAX (619) 220-0667

1290 CENTER COURT DRIVE
COVINA, CALIFORNIA 91724
(626) 967-1408 • FAX (909) 944-1722