# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**THIS FORM MUST BE FILED WITH THE PANEL NO LATER THAN (Noon Eastern Time) ON THE DATE INDICATED IN THE NOTICE FROM THE PANEL**

MDL No. 875 & TITLE - IN RE: Asbestos Product Liability Litigation (No. IV)

## NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Hollingsworth & Vose Company - Defendant

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Eisenberg v. American Optical Corp., et al., S.D.N.Y., Case No.: 11-CIV-0393 (JFK)

*************************************************************

   In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| January 31, 2011 | |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

William E. Vita, Westerman Ball Ederer Miller & Sharfstein, 1201 RXR Plaza, Uniondale, NY 11556

Telephone No.: 516-622-9200   Fax No.: 516-622-9212

Email Address: wvita@westermanllp.com

---

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

## SERVICE LIST

Seth A. Dymond
BELLUCK & FOX LLP
546 Fifth Avenue, 4th Floor
New York, New York 10036
*Attorneys for Plaintiffs*

Wendy Kagan, Esq.
HOAGLAND LONGO MORAN DUNST & DOUKAS
40 Paterson Street
New Brunswick, New Jersey 08901
*Counsel for Fisher Scientific International, Inc.*

STEPTOE & JOHNSON
Justin Perri, Esq.
750 Seventh Avenue
New York, New York 10019
*Counsel for Metropolitan Life Insurance Co.*

SCHIFF HARDIN, LLP
Paul Scrudato, Esq.
900 Third Avenue, 23rd Floor
New York, New York 10022
*Counsel for Owens-Illinois*

Linda Yassky, Esq.
SONNENSCHEIN NATH & ROSENTHAL
1221 Avenue of the Americas
New York, New York 100201
Attorneys for Rapid-American Corporation

REED SMITH
Judith Yavitz, Esq./Christopher Healy, Esq.
599 Lexington Avenue
22nd Floor
New York, New York 10022
*Counsel for Union Carbide
and American Optical*

SEDGWICK DETERT MORAN & ARNOLD
Michael Tanenbaum, Esq.
Three Gateway Center
12th Floor
Newark, New Jersey 07102
*Counsel for General Electric*

McGIVNEY & KLUGER
Paul Van Buskirk, Esq.
80 Broad Street, 23rd Floor
New York, New York 10004
*Counsel for Kentile Floors*

Robert J. Kirshenberg, Esq.
GREENBERG & TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
and
Christopher V. Cotton, Esq.
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
*Counsel for Lorillard Tobacco Co.*

Jennifer Darger, Esq.
Darger & Errante
116 East 27th Street
New York, New York 10016
*Attorneys for Union Gilsonite Laboratories
And Philips Healthcare*

417204

## CERTIFICATE OF SERVICE

I, Diana Becker, further certify that on February 2, 2011, I served a true and correct copy of the **NOTICE OF APPEARANCE** by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of Federal Express for service upon:

## SEE ATTACHED SERVICE LIST

DIANA BECKER

Sworn to before me this
2nd day of February, 2011

Notary Public

MICHELLE ARNOLD
Notary Public, State of New York
No. 01AR6023672
Qualified in Nassau County
Commission Expires April 26, 20 11

## SERVICE LIST

Seth A. Dymond
BELLUCK & FOX LLP
546 Fifth Avenue, 4th Floor
New York, New York 10036
*Attorneys for Plaintiffs*

Wendy Kagan, Esq.
HOAGLAND LONGO MORAN DUNST &
DOUKAS
40 Paterson Street
New Brunswick, New Jersey 08901
*Counsel for Fisher Scientific International,
Inc.*

STEPTOE & JOHNSON
Justin Perri, Esq.
750 Seventh Avenue
New York, New York 10019
*Counsel for Metropolitan Life Insurance Co.*

SCHIFF HARDIN, LLP
Paul Scrudato, Esq.
900 Third Avenue, 23rd Floor
New York, New York 10022
*Counsel for Owens-Illinois*

Linda Yassky, Esq.
SONNENSCHEIN NATH & ROSENTHAL
1221 Avenue of the Americas
New York, New York 10020
Attorneys for Rapid-American Corporation

REED SMITH
Judith Yavitz, Esq./Christopher Healy, Esq.
599 Lexington Avenue
22nd Floor
New York, New York 10022
*Counsel for Union Carbide
and American Optical*

SEDGWICK DETERT MORAN & ARNOLD
Michael Tanenbaum, Esq.
Three Gateway Center
12th Floor
Newark, New Jersey 07102
*Counsel for General Electric*

McGIVNEY & KLUGER
Paul Van Buskirk, Esq.
80 Broad Street, 23rd Floor
New York, New York 10004
*Counsel for Kentile Floors*

Robert J. Kirshenberg, Esq.
GREENBERG & TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
and
Christopher V. Cotton, Esq.
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
*Counsel for Lorillard Tobacco Co.*

Jennifer Darger, Esq.
Darger & Errante
116 East 27th Street
New York, New York 10016
*Attorneys for Union Gilsonite Laboratories
And Philips Healthcare*

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

IN RE: ASBESTOS PRODUCT LIABILITY LITIGATION (NO. IV)

MARVIN EISENBERG and LORRAINE EISENBERG,

        Plaintiffs,

-against-

AMERICAN OPTICAL CORPORATION, ET AL.,

        Defendants.

MDL DOCKET NO.: 875

---

### NOTICE OF APPEARANCE

---

**WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP**
**1201 RXR Plaza**
**Uniondale, New York 11556**
**Telephone No.: (516) 622-9200**
*Attorneys for Hollingsworth & Vose Company*

---

To

Attorney(s) for

Service of a copy of the within is hereby admitted.

Dated:..................................  ........