BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCT LIABILITY
LITIGATION (NO. IV)

MARVIN EISENBERG and LORRAINE
EISENBERG,

                        Plaintiffs,

- against -                                MDL DOCKET NO.: 875

AMERICAN OPTICAL CORPORATION;      **CORPORATE DISCLOSURE**
et al.,                                         **STATEMENT FOR H&V**

                        Defendants.

**PLEASE TAKE NOTICE** that pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Hollingsworth & Vose Company ("H&V") hereby certifies that H&V is not publicly traded, does not have a parent corporation, and that there is no publicly held corporation that owns 10% or more of H&V's shares or stock.

Dated: Uniondale, New York
       February 2, 2011

                                                  WESTERMAN BALL EDERER MILLER
                                                  & SHARFSTEIN, LLP

                                                  By: _____
                                                        William E. Vita
                                                        1201 RXR Plaza
                                                        Uniondale, New York 11556
                                                       (516) 622-9200
                                                       wvita@westermanllp.com
                                                       *Attorneys for Hollingsworth & Vose*
                                                       *Company*

To:  See Attached Service List

416285

## SERVICE LIST

Seth A. Dymond
BELLUCK & FOX LLP
546 Fifth Avenue, 4th Floor
New York, New York 10036
*Attorneys for Plaintiffs*

Wendy Kagan, Esq.
HOAGLAND LONGO MORAN DUNST & DOUKAS
40 Paterson Street
New Brunswick, New Jersey 08901
*Counsel for Fisher Scientific International, Inc.*

STEPTOE & JOHNSON
Justin Perri, Esq.
750 Seventh Avenue
New York, New York 10019
*Counsel for Metropolitan Life Insurance Co.*

SCHIFF HARDIN, LLP
Paul Scrudato, Esq.
900 Third Avenue, 23rd Floor
New York, New York 10022
*Counsel for Owens-Illinois*

Linda Yassky, Esq.
SONNENSCHEIN NATH & ROSENTHAL
1221 Avenue of the Americas
New York, New York 100201
Attorneys for Rapid-American Corporation

REED SMITH
Judith Yavitz, Esq./Christopher Healy, Esq.
599 Lexington Avenue
22nd Floor
New York, New York 10022
*Counsel for Union Carbide
and American Optical*

SEDGWICK DETERT MORAN & ARNOLD
Michael Tanenbaum, Esq.
Three Gateway Center
12th Floor
Newark, New Jersey 07102
*Counsel for General Electric*

McGIVNEY & KLUGER
Paul Van Buskirk, Esq.
80 Broad Street, 23rd Floor
New York, New York 10004
*Counsel for Kentile Floors*

Robert J. Kirshenberg, Esq.
GREENBERG & TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
and
Christopher V. Cotton, Esq.
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
*Counsel for Lorillard Tobacco Co.*

Jennifer Darger, Esq.
Darger & Errante
116 East 27th Street
New York, New York 10016
*Attorneys for Union Gilsonite Laboratories
And Philips Healthcare*

417204

# CERTIFICATE OF SERVICE

I, Diana Becker, further certify that on February 2, 2011, I served a true and correct copy of the **CORPORATE DISCLOSURE STATEMENT FOR H&V** by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of Federal Express for service upon:

## SEE ATTACHED SERVICE LIST

_____
DIANA BECKER

Sworn to before me this
___ day of February, 2011
_____
Notary Public

MICHELLE ARNOLD
Notary Public, State of New York
No. 01AR6023672
Qualified in Nassau County
Commission Expires April 26, 20 11

## SERVICE LIST

Seth A. Dymond
BELLUCK & FOX LLP
546 Fifth Avenue, 4th Floor
New York, New York 10036
*Attorneys for Plaintiffs*

Wendy Kagan, Esq.
HOAGLAND LONGO MORAN DUNST &
DOUKAS
40 Paterson Street
New Brunswick, New Jersey 08901
*Counsel for Fisher Scientific International, Inc.*

STEPTOE & JOHNSON
Justin Perri, Esq.
750 Seventh Avenue
New York, New York 10019
*Counsel for Metropolitan Life Insurance Co.*

SCHIFF HARDIN, LLP
Paul Scrudato, Esq.
900 Third Avenue, 23rd Floor
New York, New York 10022
*Counsel for Owens-Illinois*

Linda Yassky, Esq.
SONNENSCHEIN NATH & ROSENTHAL
1221 Avenue of the Americas
New York, New York 10020
Attorneys for Rapid-American Corporation

REED SMITH
Judith Yavitz, Esq./Christopher Healy, Esq.
599 Lexington Avenue
22nd Floor
New York, New York 10022
*Counsel for Union Carbide
and American Optical*

SEDGWICK DETERT MORAN & ARNOLD
Michael Tanenbaum, Esq.
Three Gateway Center
12th Floor
Newark, New Jersey 07102
*Counsel for General Electric*

McGIVNEY & KLUGER
Paul Van Buskirk, Esq.
80 Broad Street, 23rd Floor
New York, New York 10004
*Counsel for Kentile Floors*

Robert J. Kirshenberg, Esq.
GREENBERG & TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
and
Christopher V. Cotton, Esq.
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
*Counsel for Lorillard Tobacco Co.*

Jennifer Darger, Esq.
Darger & Errante
116 East 27th Street
New York, New York 10016
*Attorneys for Union Gilsonite Laboratories
And Philips Healthcare*

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCT LIABILITY
LITIGATION (NO. IV)

MARVIN EISENBERG and LORRAINE EISENBERG,

            Plaintiffs,

-against-

AMERICAN OPTICAL CORPORATION, ET AL.,

            Defendants.

MDL DOCKET NO.: 875

## CORPORATE DISCLOSURE STATEMENT FOR H&V

**WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP**
**1201 RXR Plaza**
**Uniondale, New York 11556**
**Telephone No.: (516) 622-9200**
*Attorneys for Hollingsworth & Vose Company*

To

Attorney(s) for

Service of a copy of the within is hereby admitted.

Dated:..........................................  ........