BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (VI)         MDL 875

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARY M. BRIDGMON, as** | ) | |
| **Administrator of the Estate of** | ) | |
| **JAMES HOUSTON BRIDGMON,** | ) | |
| **Deceased,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No.: |
| | ) | |
| v. | ) | 2:10cv0990-SRW |
| | ) | |
| **CBS CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending before the federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filings of the Panel's Order to Show Cause. Rule 7.1 (a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation provides:

> Any party or counsel in actions previously transferred under any section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (a) enter a conditional transfer order pursuant to MDL Rule 7.1, (b) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 8.1, or (c) decline to act pursuant to MDL Rule 7.1(b)(i).

        Respectfully submitted,

        s/James A. Harris, III
        James A. Harris, III
        **Bar Id # ASB-0683-R74J**
        Nicole M. Hardee
        **Bar Id#:  ASB-0073-P71G**
        2501 20th Place South, Suite 450
        Birmingham, Alabama 35223
        FAX:  (205) 871-0029
        TEL:  (205) 871-5777
        Email: jamey@harris-harris.com
        Email: nicole@harris-harris.com

OF COUNSEL

HARRIS & HARRIS, LLP

        Attorneys for CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation