BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (VI)　　　　　　　MDL 875

SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Mary M. Bridgmon<br><br>**Movant:**<br>CBS Corporation<br><br>**Defendants:**<br>CBS Corporation; Crown, Cork & Seal Co., Inc.; Georgia Pacific Corp.; Honeywell International, Inc.; John Crane, Inc.; Sepco; Metropolitan Life & Insurance Co. | MD – Alabama | 2:10-cv-0990 | Sharon Russ Walker |

- 1 -