## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (VI)**          **MDL 875**

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARY M. BRIDGMON, as** | ) | |
| **Administrator of the Estate of** | ) | |
| **JAMES HOUSTON BRIDGMON,** | ) | |
| **Deceased,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.:** |
| | ) | |
| v. | ) | **2:10cv0990-SRW** |
| | ) | |
| **CBS CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PROOF OF SERVICE

I hereby certify that on the 7th day of February, 2011, a copy of the foregoing Motion, Brief, Schedule of Actions, Attachments, and this Certificate of Service was served via email, US mail and/or was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record as follows:

Clerk of Court
USDC - Middle District of Alabama
One Church Street
Montgomery, AL 36104

Clerk of Court
USDC - Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

G. Patterson Keahey
Law Offices of G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
TEL: 205-871-0707
FAX: 205-871-0801
EMAIL: alasbestos@mesohelp.com
**Counsel for Plaintiff**

Walter Thompson Gilmer, Jr.
Anne Laurie McClurkin
McDowell, Knight, Roedder & Sledge, L.L.C.
PO Box 350
Mobile, AL 36601-0350
TEL: 251-432-5300
FAX: 205-432-5303
EMAIL: wgilmer@mcdowellknight.com
EMAIL: asmith@mcdowellknight.com
**Counsel for Crown, Cork & Seal Co., Inc**.

Allen R. Wheeler
C. Paul Cavender
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
TEL: 205-251-3000
FAX: 205-458-5100
EMAIL: awheeler@burr.com
EMAIL: pcavende@burr.com
**Counsel for Georgia Pacific Corporation**

Frank E. Lankford
Stewart W. McCloud
Huie Fernambucq Stewart LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
TEL: 205-251-1193
FAX: 205-251-1256
EMAIL: fel@hfsllp.com
EMAIL: swm@hfsllp.com
**Counsel for Honeywell Inc., John Crane, Inc. and Sepco**

Michael A. Vercher
Joi C Scott
Christian & Small LLP
505 20th Street North, Suite 1800
Birmingham, AL 35203
TEL: 205-795-6588
FAX: 205-328-7234
EMAIL: mavercher@csattorneys.com
EMAIL: jcscott@csattorneys.com
**Counsel for Metropolitan Life Insurance Co.**

                                               s/ James A. Harris, III
                                               OF COUNSEL