# U.S. District Court
## Alabama Middle District (Montgomery)
### CIVIL DOCKET FOR CASE #: 2:10-cv-00990-SRW

Bridgmon v. CBS Corporation et al
Assigned to: Honorable Susan Russ Walker
Cause: 28:1332 Diversity-Wrongful Death

Date Filed: 11/19/2010
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**Mary M. Bridgmon**
*as administrator of The Estate of James
Houston Bridgmon, deceased*

represented by **Grover Patterson Keahey , Jr.**
G. Patterson Keahey, P.C.
One Independence Plaza
Suite 612
Birmingham, AL 35209
205-871-0707
Fax: 205-871-0801
Email: info@mesohelp.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CBS Corporation**
*a Delaware corporation; successor by
merger to CBS Corporation, a
Pennsylvania Corporation*
*formerly known as*
Viacom Inc.
*formerly known as*
Westinghouse Electric Corporation

represented by **James Addison Harris , III**
Harris & Harris, LLP
2501 20th Place South
Suite 450
Birmingham, AL 35209
205-871-5777
Fax: 205-871-0029
Email: jamey@harris-harris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole Mapp Hardee**
Harris & Harris, LLP
2501 20th Place S
Colonial Bank Bldg
Suite 450
Birmingham, AL 35223
205-871-5777
Fax: 205-871-0029
Email: nicole@harris-harris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crown, Cork & Seal Co., Inc.**

represented by **Walter Thompson Gilmer , Jr.**

McDowell, Knight, Roedder & Sledge,
L.L.C.
PO Box 350
Mobile, AL 36601-0350
251-432-5300
Fax: 205-432-5303
Email: wgilmer@mcdowellknight.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anne Laurie Mcclurkin**
McDowell, Knight, Roedder & Sledge,
L.L.C.
PO Box 350
Mobile, AL 36601-0350
251-432-5300
Fax: 251-432-5303
Email: asmith@mcdowellknight.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Georgia Pacific, LLC**     represented by   **Allan Rexford Wheeler**
*individually and as a Successor to*              Burr & Forman LLP
*Bestwall Gypsum Company*                         420 North 20th Street
                                                  Suite 3400
                                                  Birmingham, AL 35203
                                                  205-251-3000
                                                  Fax: 205-458-5100
                                                  Email: awheeler@burr.com
                                                  *ATTORNEY TO BE NOTICED*

**C. Paul Cavender**
Burr & Forman LLP
420 North Twentieth Street
Suite 3400
Birmingham, AL 35203
205-251-3000
Fax: 205-458-5100
Email: pcavende@burr.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Honeywell Incorporated**     represented by   **Frank Edward Lankford , Jr.**
*individually and as successors in*              Huie Fernambucq Stewart LLP
*interest to Bendix*                             Three Protective Center
                                                 2801 Highway 280 South, Suite 200
                                                 Birmingham, AL 35223-2484
                                                 205-251-1193
                                                 Fax: 205-251-1256
                                                 Email: fel@hfsllp.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stewart Wilcox McCloud**
Huie, Fernambucq & Stewart, LLP
3 Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193
Fax: 205-251-1256
Email: swm@hfsllp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Crane, Inc.**                    represented by    **Frank Edward Lankford , Jr.**
*formerly known as*                                      (See above for address)
John Crane Packing Company                                *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Stewart Wilcox McCloud**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Sepco Corporation**                   represented by    **Frank Edward Lankford , Jr.**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Stewart Wilcox McCloud**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Metropolitan Life Insurance**         represented by    **Michael Anthony Vercher**
**Company**                                              Christian & Small, LLP
                                                         505 20th Street North
                                                         Suite 1800
                                                         Birmingham, AL 35203
                                                         205-250-6621
                                                         Fax: 205-328-7234
                                                         Email: mavercher@csattorneys.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Joi C Scott**
                                                         Christian & Small LLP
                                                         505 20th Street North
                                                         Suite 1800
                                                         Birmingham, AL 35203

205-795-6588
Fax: 205-328-7234
Email: jcscott@csattorneys.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2010 | 1 | COMPLAINT against CBS Corporation, Crown, Cork & Seal Co., Inc., Georgia Pacific, LLC, Honeywell Incorporated, John Crane, Inc., Metropolitan Life Insurance Company, Sepco Corporation ( Filing fee $ 350.00 receipt number 4602016355), filed by Mary M. Bridgmon. (Attachments: # 1 Filing Fee Receipt)(dmn) (Entered: 11/22/2010) |
| 11/19/2010 | | DEMAND for Trial by Jury by Mary M. Bridgmon. (dmn) (This document has no pdf attached, see Doc. 1 for pdf.) (Entered: 11/22/2010) |
| 11/23/2010 | | NOTICE of Assignment to Magistrate Judge mailed to counsel for Mary M. Bridgmon. (dmn) (NO PDF ATTACHED) (Entered: 11/23/2010) |
| 11/23/2010 | 2 | Summons Issued; summons and complaint mailed CMRRR to Sepco Corporation, Metropolitan Life Insurance Company, CBS Corporation, Crown, Cork & Seal Co., Inc., Georgia Pacific, LLC, Honeywell Incorporated, John Crane, Inc. (dmn) [Modified on 11/30/2010 to reflect the summons issued to Honeywell Incorporated was issued erroneously; summons was addressed to Honeywell International not Honeywell Incorporated.-DMN] (Entered: 11/23/2010) |
| 11/24/2010 | 3 | Corporate/Conflict Disclosure Statement by Mary M. Bridgmon. (Keahey, Grover) (Entered: 11/24/2010) |
| 12/03/2010 | 4 | Return Receipt Cards showing service of complaint and summons signed by Laura Payne for Georgia Pacific, LLC served on 11/29/2010, answer due 12/20/2010; John Crane, Inc. served on 11/29/2010, answer due 12/20/2010. (dmn) (Entered: 12/06/2010) |
| 12/03/2010 | 5 | Return Receipt Card showing service of complaint and summons signed by no signature for CBS Corporation served on 11/30/2010, answer due 12/21/2010. (dmn) (Entered: 12/06/2010) |
| 12/03/2010 | 6 | Return Receipt Card showing service of complaint and summons signed by name illegible for Sepco Corporation served on 11/29/2010, answer due 12/20/2010. (dmn) (Entered: 12/06/2010) |
| 12/07/2010 | 7 | Summons Returned Unexecuted as to Metropolitan Life Insurance Company by United States Postal Service with the following notation, "Attempted, Not Known, Return to Sender." (dmn) (Entered: 12/07/2010) |
| 12/09/2010 | 8 | NOTICE of Appearance by Frank Edward Lankford, Jr. on behalf of John Crane, Inc. (Lankford, Frank) (Additional attachment(s) added on 12/10/2010: # 1 Corrected Certificate of Service) (dmn). (Entered: 12/09/2010) |
| 12/09/2010 | 9 | NOTICE of Appearance by Frank Edward Lankford, Jr on behalf of Sepco Corporation (Lankford, Frank) (Additional attachment(s) added on 12/10/2010: |

| | | |
|---|---|---|
| | | # 1 Corrected Certificate of Service) (dmn, ). (Entered: 12/09/2010) |
| 12/09/2010 | 10 | NOTICE of Appearance by Stewart Wilcox McCloud on behalf of John Crane, Inc. (McCloud, Stewart) (Additional attachment(s) added on 12/10/2010: # 1 Corrected Certificate of Service) (dmn, ). (Additional attachment(s) added on 12/10/2010: # 2 Corrected Certificate of Service) (dmn, ). (Entered: 12/09/2010) |
| 12/09/2010 | 11 | NOTICE of Appearance by Stewart Wilcox McCloud on behalf of Sepco Corporation (McCloud, Stewart) (Additional attachment(s) added on 12/10/2010: # 1 Corrected Certificate of Service) (dmn, ). (Entered: 12/09/2010) |
| 12/10/2010 | 12 | NOTICE of Correction re 8 Notice of Appearance, 9 Notice of Appearance, 10 Notice of Appearance, 11 Notice of Appearance. This notice is docketed to enter the corrected certificates of service into the record. The original certificates of service did not contain all names of counsel of record and/or parties. (Attachments: # 1 Corrected Certificate of Service for Frank Edward Lankford, Jr., # 2 Corrected Certificate of Service for Stewart Wilcox McCloud) (dmn) (Entered: 12/10/2010) |
| 12/10/2010 | 13 | Return Receipt Card showing service of summons and complaint signed by Joe Dover (name illegible) for Crown, Cork & Seal Co., Inc. served on 11/29/2010, answer due 12/20/2010. (dmn) (Entered: 12/10/2010) |
| 12/17/2010 | 14 | Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement sent to John Crane, Inc. and Sepco Corporation. Corporate Disclosures due by 12/27/2010. (Attachments: # 1 Standing Order & Sample Format)(dmn) (Entered: 12/17/2010) |
| 12/17/2010 | | NOTICE of Assignment to Magistrate Judge mailed to counsel for John Crane, Inc., and Sepco Corporation. (dmn) (NO PDF ATTACHED) (Entered: 12/17/2010) |
| 12/20/2010 | 15 | ANSWER to 1 Complaint, with jury demand by CBS Corporation.(Harris, James) (Additional attachment(s) added on 12/21/2010: # 1 Corrected Certificate of Service) (dmn, ). (Entered: 12/20/2010) |
| 12/20/2010 | 16 | Corporate/Conflict Disclosure Statement by CBS Corporation. (Harris, James) (Additional attachment(s) added on 12/21/2010: # 1 Corrected Certificate of Service) (dmn, ). (Entered: 12/20/2010) |
| 12/20/2010 | 17 | NOTICE by CBS Corporation *Notice of Tag-Along Action* (Harris, James) (Additional attachment(s) added on 12/21/2010: # 1 Corrected Certificate of Service) (dmn, ). (Entered: 12/20/2010) |
| 12/20/2010 | 18 | NOTICE of Appearance by Nicole Mapp Hardee on behalf of CBS Corporation (Hardee, Nicole) (Additional attachment(s) added on 12/21/2010: # 1 Corrected Certificate of Service) (dmn, ). (Entered: 12/20/2010) |
| 12/20/2010 | 19 | MOTION to Dismiss or, in the alternative, MOTION for More Definite Statement by Georgia Pacific, LLC (with Exhibit 1). (Wheeler, Allan) [Modified on 12/21/2010 to include "or, in the alternative" text and to include text that Exhibit 1 is incorporated in main document.-DMN] (Additional |

| | | |
|---|---|---|
| | | attachment(s) added on 12/21/2010: # 1 Corrected Certificate of Service) (dmn). (Additional attachment(s) added on 12/21/2010 due to incorrect party name was noted on first corrected certificate of service: # 2 Second Corrected Certificate of Service) (dmn). (Entered: 12/20/2010) |
| 12/20/2010 | 20 | ANSWER to 1 Complaint, by Crown, Cork & Seal Co., Inc..(Gilmer, Walter) (Additional attachment(s) added on 12/21/2010: # 1 Corrected Certificate of Service) (dmn, ). (Entered: 12/20/2010) |
| 12/20/2010 | 21 | Corporate/Conflict Disclosure Statement by Crown, Cork & Seal Co., Inc.. (Gilmer, Walter) (Additional attachment(s) added on 12/21/2010: # 1 Corrected Certificate of Service) (dmn, ). (Entered: 12/20/2010) |
| 12/20/2010 | 22 | ANSWER to 1 Complaint, with Jury Demand by Sepco Corporation. (McCloud, Stewart) (Additional attachment(s) added on 12/21/2010: # 1 Corrected Certificate of Service) (dmn, ). (Entered: 12/20/2010) |
| 12/20/2010 | 23 | Corporate/Conflict Disclosure Statement by Sepco Corporation. (McCloud, Stewart) (Additional attachment(s) added on 12/21/2010: # 1 Corrected Certificate of Service) (dmn, ). (Entered: 12/20/2010) |
| 12/20/2010 | 24 | ANSWER to 1 Complaint, with Jury Demand by John Crane, Inc..(McCloud, Stewart) (Additional attachment(s) added on 12/21/2010: # 1 Corrected Certificate of Service) (dmn, ). (Entered: 12/20/2010) |
| 12/20/2010 | 25 | Corporate/Conflict Disclosure Statement by John Crane, Inc.. (McCloud, Stewart) (Additional attachment(s) added on 12/21/2010: # 1 Corrected Certificate of Service) (dmn, ). (Entered: 12/20/2010) |
| 12/20/2010 | | ***Attorney C. Paul Cavender added for Georgia Pacific, LLC. (dmn) (see Doc. 19 for pdf) (Entered: 12/21/2010) |
| 12/20/2010 | | ***Attorney Anne Laurie Mcclurkin added for Crown, Cork & Seal Co., Inc. (dmn) (see Doc. 20 for pdf) (Entered: 12/21/2010) |
| 12/21/2010 | 26 | NOTICE of Correction re 19 MOTION to Dismiss or, in the alternative, MOTION for More Definite Statement. This notice is docketed to enter the corrected certificate of service to the referenced document into the record. The original certificate of service did not contain all names of counsel of record and/or parties. The corrected pdf is attached to this notice. (Attachments: # 1 Corrected Certificate of Service to #19 Motion) (dmn) (Entered: 12/21/2010) |
| 12/21/2010 | | NOTICE of Assignment to Magistrate Judge mailed to counsel for CBS Corporation, Crown, Cork & Seal Co., Inc., Georgia Pacific, LLC. (dmn) (NO PDF ATTACHED) (Entered: 12/21/2010) |
| 12/21/2010 | 27 | NOTICE of Correction re 23 Corporate/Conflict Disclosure Statement, 24 Answer, 25 Corporate/Conflict Disclosure Statement, 22 Answer. This notice is docketed to enter the corrected certificates of service to the referenced documents into the record. The original certificates of service did not contain all names of counsel of record and/or parties. The corrected pdfs are attached to this notice. (Attachments: # 1 Corrected Certificate of Service to #22, #23, #24, #25) (dmn) (Entered: 12/21/2010) |
| | | |

| 12/21/2010 | 28 | NOTICE of Correction re 15 Answer, 16 Corporate/Conflict Disclosure Statement, and 17 Notice of Tag-Along Action. This notice is docketed to enter the corrected certificates of service to the referenced documents into the record. The original certificates of service did not contain all names of counsel of record and/or parties. The corrected pdfs are attached to this notice. (Attachments: # 1 Corrected Certificate of Service to Doc. #15, #16, and #17) (dmn) (Entered: 12/21/2010) |
| --- | --- | --- |
| 12/21/2010 | 29 | NOTICE of Correction re 19 MOTION to Dismiss or, in the alternative, MOTION for More Definite Statement. This notice is docketed to enter the second corrected certificate of service to the referenced document into the record. The first corrected certificate of service contained an incorrect party name. The second corrected pdf is attached to this notice. (Attachments: # 1 Second Corrected Certificate of Service to Doc. #19) (dmn) (Entered: 12/21/2010) |
| 12/21/2010 | 30 | NOTICE of Correction re 20 Answer and 21 Corporate/Conflict Disclosure Statement. This notice is docketed to enter the corrected certificates of service to the referenced documents into the record. The original certificates of service did not contain all names of counsel of record and/or parties. The corrected pdfs are attached to this notice. (Attachments: # 1 Corrected Certificate of Service to Doc. #20 and #21) (dmn) (Entered: 12/21/2010) |
| 12/21/2010 | 31 | NOTICE of Correction re 18 Notice of Appearance. This notice is docketed to enter the corrected certificate of service to the referenced document into the record. The original certificate of service did not contain all names of counsel of record and/or parties. The corrected pdf is attached to this notice. (Attachments: # 1 Corrected Certificate of Service to Doc. #18) (dmn) (Entered: 12/21/2010) |
| 12/22/2010 | 32 | *Answer and Defenses* ANSWER to 1 Complaint, by Metropolitan Life Insurance Company.(Vercher, Michael) (Additional attachment(s) added on 12/22/2010: # 1 Corrected Certificate of Service) (dmn, ). (Entered: 12/22/2010) |
| 12/22/2010 | 33 | Corporate/Conflict Disclosure Statement by Georgia Pacific, LLC. (Cavender, C.) (Entered: 12/22/2010) |
| 12/22/2010 | | ***Attorney Joi Charisse Scott added for Metropolitan Life Insurance Company. (dmn) (see Doc. 32 for pdf) (Entered: 12/22/2010) |
| 12/22/2010 | | NOTICE of Assignment to Magistrate Judge mailed to counsel for Metropolitan Life Insurance Company. (dmn) (NO PDF ATTACHED) (Entered: 12/22/2010) |
| 12/22/2010 | 34 | Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement sent to Metropolitan Life Insurance Company. Corporate Disclosures due by 1/3/2011. (Attachments: # 1 Standing Order & Sample Format)(dmn) (Entered: 12/22/2010) |
| 12/22/2010 | 35 | NOTICE of Correction re 32 Answer to Complaint. This notice is docketed to enter the corrected certificate of service to the referenced document into the record. The original certificate did not contain all names of counsel of record |

CM/ECF - U.S. District Court: ALMD                                                    Page 8 of 8

| | | and/or parties. The corrected certificate is attached to this notice. (Attachments: # 1 Corrected Certificate of Service to Doc. #32)(dmn) (Entered: 12/22/2010) |
|---|---|---|
| 12/28/2010 | 36 | Corporate/Conflict Disclosure Statement by Metropolitan Life Insurance Company re 34 Notice of Deficiency. (Scott, Joi) Modified on 12/29/2010 to reflect relationship to 34 Notice (qc/scn, ). (Entered: 12/28/2010) |
| 12/30/2010 | 37 | ANSWER to 1 Complaint, by Honeywell Incorporated.(Lankford, Frank) (Entered: 12/30/2010) |
| 12/30/2010 | 38 | Corporate/Conflict Disclosure Statement by Honeywell Incorporated. (Lankford, Frank) (Entered: 12/30/2010) |
| 12/30/2010 | | ***Attorney Stewart Wilcox McCloud added for Honeywell Incorporated. (dmn) (see Doc. 37 for pdf) (Entered: 01/03/2011) |
| 12/30/2010 | | DEMAND for Trial by Jury by Honeywell Incorporated. (dmn) (This document has no pdf attached, see Doc. 37 for pdf.) (Entered: 01/03/2011) |
| 01/03/2011 | | NOTICE of Assignment to Magistrate Judge mailed to counsel for Honeywell Incorporated. (dmn) (NO PDF ATTACHED) (Entered: 01/03/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/07/2011 11:16:08 | | | |
| PACER Login: | hh0632 | Client Code: | 3086 |
| Description: | Docket Report | Search Criteria: | 2:10-cv-00990-SRW |
| Billable Pages: | 6 | Cost: | 0.48 |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED

2010 NOV 19   A 11:59

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MARY M. BRIDGMON as
administrator of The
Estate of **James
Houston Bridgmon**,
deceased;

  PLAINTIFF,

V.

**CBS CORPORATION,** a
Delaware corporation,
f/k/a **Viacom Inc.,**
successor by merger
to **CBS Corporation,** a
Pennsylvania
Corporation, f/k/a
**Westinghouse Electric
Corporation;**

**CROWN, CORK & SEAL
CO., INC.;**

**GEORGIA PACIFIC, LLC,**
individually and as a
Successor to **Bestwall
Gypsum Company;**

**HONEYWELL
INCORPORATED,**
individually and as
successors in
interest to **Bendix;**

**JOHN CRANE, INC.,**
f/k/a **John Crane
Packing Company;**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.:

2:10CV990-

JURY DEMAND

Attachment to Motion for Transfer - Complaint

SEPCO CORPORATION;            )
                             )
METROPOLITAN LIFE             )
INSURANCE COMPANY,            )
                             )
     DEFENDANTS.              )

## COMPLAINT

### BACKGROUND FACTS - THE PLAINTIFF

Plaintiff, MARY M. BRIDGMON, a resident of Haleyville, Alabama, is the administrator of the estate of Robert L. Bridgmon, (hereinafter "Bridgmon") who died on November 21, 2008 as a result of his exposure to asbestos materials and products. At the time of his death, Bridgmon was a resident of Haleyville, Alabama.

Bridgmon was continually exposed to asbestos/asbestos-containing products that were produced, manufactured, specified for use, installed, distributed, sold and/or placed into the stream of commerce, by the following defendants as specified herein during his employment.

As a result of Bridgmon's exposure to asbestos materials and products, he contracted one or more

asbestos-related diseases.

## BACKGROUND FACTS - THE DEFENDANTS

1.   The   Plaintiff   adopts,   alleges,   and
incorporates   herein   by   reference   all   of   the
averments   and   allegations   set   forth   in   the
preceding paragraphs of this complaint as if fully
set forth herein.

2.   Except   for   Metropolitan   Life   Insurance,
the   following   defendants   are   "Producer   or
Distributor   Defendants".   (The   asbestos-containing
products produced or distributed by each defendant
that   have   been   identified   at   the   workplaces   of
Bridgmon   during   his   employment   years,   including,
but not limited to, those set out herein below).

3.   CBS   Corporation,   f/k/a   Viacom   Inc.,
Successor   by   Merger   to   CBS   Corporation,   f/k/a
Westinghouse   Electric   Corporation,   a   Pennsylvania
corporation,   may   be   served   through   its   registered
agent,   Corporation   Service   Company,   80   State
Street, Albany, New York 12207-2543.

4. Crown, Cork & Seal Co., Inc. may be served by and through its principal place of business at One Crown Way, Philadelphia, Pennsylvania 19154.

5. Georgia Pacific Corporation, individually and as successor to Bestwall Gypsum Company, a Georgia corporation whose principal place of business is 133 Peachtree Street, Atlanta, Georgia 30303, may be served through its registered agent, CT Corporation System, 2000 Interstate Park Drive, Ste 204, Montgomery, Alabama 36109.

6. Honeywell International, Inc. individually and as successor in interest to Allied-Signal, Inc. f/k/a Bendix Corporation may be served through its registered agent, CSC Lawyers Incorporating SVC, Inc., 150 South Perry Street, Montgomery, Alabama 36104.

7. John Crane, Inc. f/k/a John Crane Packing Company may be served through its registered agent, The Corporation Company, 2000 Interstate Park Drive, Suite 204, Montgomery, Alabama 36109.

8.  Sepco, a California corporation whose principal place of business is 29982 Ivy Glenn Drive, Laguna Niguel, California 92677, may be served through its registered agent, C.T. Corporation System, 818 West Seventh Street, Los Angeles, California 90017.

9.  Metropolitan Life Insurance Company, a New York corporation whose principal place of business is One Madison Avenue, New York, New York 01001, may be served in care of Earnest M. Farrow, 601 Vestavia Parkway, Suite 100, Birmingham, Alabama 35216, did not produce or distribute asbestos or asbestos containing products, but rather insured asbestos products.

## VENUE

10. This Court has subject jurisdiction over this case pursuant to 28 U.S.C. § 1332. Plaintiff, Mary M. Bridgmon, is a resident citizen of Alabama. Defendants are corporations whose principal places of business are in states other than Alabama. The

amount in controversy, exclusive of interest and costs, exceeds $75,000.00 and is within the jurisdiction of the Court.

## DAMAGES

11. Bridgmon's asbestos related cancer was the direct and/or efficient cause of death. Each and every exposure to asbestos contributed to cause Bridgmon's asbestos related disease.

## CERCLA

12. Plaintiff asserts that this suit has been filed within the applicable state statute of limitations period, and/or that this claim is timely as a matter of law pursuant to 42 U.S.C. § 9658, a provision of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"). Under this provision, the running of the state statute of limitations for applicable actions is delayed until "the date the plaintiff knew (or reasonably should have known) that the

personal injury or property damages ... were caused or contributed to by the hazardous substance or pollutant or contaminant concerned." 42 U.S.C. § 9658(b)(4)(A). The provision " 'creates a federally mandated discovery rule for the accrual of state law claims involving releases of hazardous substances that cause or contribute to personal injury.... '"Kowalski v. *Goodyear Tire and Rubber Co.*, 841 F. Supp. 104, 107 (W.D.N.Y. 1994) (quoting *Soo Line Ry. Co. v. B.J. Carney & Co.*, 797 1472, 1487 (D.Minn. 1992). Application of the statute to a state law cause of action does not depend on the existence of an underlying federal CERCLA action. *Id.* at 107-08.

<u>**COUNT ONE**</u>

<u>**ALABAMA WRONGFUL DEATH ACT**</u>

13. Plaintiff, Mary M. Bridgmon, adopts, alleges, and incorporates herein by reference all of the averments and allegations set forth in the preceding paragraphs of this complaint as if fully set forth herein.

14. Plaintiff, Mary M. Bridgmon, alleges a cause of action against all of the Defendants, jointly and severally, for the wrongful death of decedent Bridgmon, pursuant to *Ala. Code* § 6-5-410 (1975) ("The Alabama Wrongful Death Act"). No other cause of action is alleged herein by Plaintiff, Mary M. Bridgmon, against any Defendant.

15. Prior to his death, Bridgmon could have filed a cause of action in this or another jurisdiction for their personal injuries resulting from the same series of wrongful acts alleged herein.

16. This action was commenced within two years from and after the death of Bridgmon.

17. The Alabama Wrongful Death Act entitles a Plaintiff to recover punitive damages for even the simple negligence of the Defendants without any applicable cap on same. Plaintiff seeks monetary damages which, exclusive of interest and costs, exceed $75,000.00.

WHEREFORE, Plaintiff demands judgment against defendants, separately and severally in a sum to be determined by a jury together with interest from the date of injury, and the costs of this proceeding.

THIS the 19th day of November, 2010.

G. PATTERSON KEAHEY
ASB-6357-A64G
*Attorney for Plaintiffs*

LAW OFFICES OF G. PATTERSON KEAHEY
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
PHONE:   205-871-0707
FACSIMILE:   205-871-0801
EMAIL:   alasbestos@mesohelp.com

**PLAINTIFFS HEREBY DEMAND A TRIAL BY JURY.**

G. PATTERSON KEAHEY