# Exhibit 3

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL No. 875– In re Asbestos Products Liability Litigation (No. VI)**

*Jefferson, et al. v. American Sugar Refining Inc., et al.,* E.D. Louisiana, C.A. No. 10-4440

  I represent Plaintiffs in the above captioned action, which is included on the attached conditional transfer order (CTO-357). Plaintiffs submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

            Sincerely,

            */s/ Denyse Clancy*
            Baron & Budd, PC
            Denyse Clancy
            3102 Oak Lawn Ave.
            Suite 1100
            Dallas, TX 75219
            (214) 523-3605
            dclancy@baronbudd.com
            Counsel for Plaintiffs