# Exhibit 4

**2:10-cv-04440-MVL-DEK** Jefferson et al v. American Sugar Refining, Inc. et al
Mary Ann Vial Lemmon, presiding
Daniel E. Knowles, III, referral
**Date filed:** 12/01/2010
**Date of last filing:** 02/07/2011

# Attorneys

**Wilton Ellwood Bland, III**
Mouledoux, Bland, Legrand & Brackett, LLC
One Shell Square
701 Poydras St.
Suite 4250
New Orleans, LA 70139
504-595-3000
504 522 2121 (fax)
wbland@mblb.com
*Assigned: 12/01/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Ports America Gulfport, Inc.**
*(Defendant)*

**John A. Bolles**
Phelps Dunbar, LLP (New Orleans)
Canal Place
365 Canal St.
Suite 2000
New Orleans, LA 70130-6534
(504) 566-1311
(504) 568-9130 (fax)
bollesj@phelps.com
*Assigned: 12/01/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Crowley Marine Services, Inc.**

*(Defendant)*

**Philip C. Brickman**
Fowler Rodriguez (New Orleans)
Texaco Center
400 Poydras St.
30th Floor
New Orleans, LA 70130
(504) 523-2600
pbrickman@frvf-law.com
*Assigned: 12/01/2010*
*ATTORNEY TO BE NOTICED*

representing

**Industrial Development Corporation of South Africa, Ltd.**
*(Third Party Defendant)*



| | | |
|---|---|---|
| **Christopher C. Colley**<br>Baron & Budd, P.C. (Baton Rouge)<br>9015 Bluebonnet Blvd.<br>Baton Rouge, LA 70810<br>225-927-5441<br>ccolley@baronbudd.com<br>*Assigned: 12/01/2010*<br>*ATTORNEY TO BE NOTICED* | representing | **Alice R. Jefferson**<br>*(Plaintiff)* |
| | | **Angela J. Nelson**<br>*(Plaintiff)* |
| | | **Lucious Jefferson, Jr.**<br>*(Plaintiff)* |
| | | **Reginald T. Jefferson**<br>*(Plaintiff)* |
| | | **Sharon J. Galloway**<br>*(Plaintiff)* |
| | | **Steven Jefferson**<br>*(Plaintiff)* |
| | | **Tiffany C. Jefferson**<br>*(Plaintiff)* |
| **Patrick E. Costello**<br>Mouledoux, Bland, Legrand & Brackett, LLC<br>One Shell Square<br>701 Poydras St.<br>Suite 4250<br>New Orleans, LA 70139<br>504-595-3000<br>504-522-2121 (fax)<br>pcostello@mblb.com<br>*Assigned: 12/01/2010*<br>*ATTORNEY TO BE NOTICED* | representing | **Ports America Gulfport, Inc.**<br>*(Defendant)* |

**Jacques P. DeGruy**
Mouledoux, Bland, Legrand & Brackett, LLC

One Shell Square
701 Poydras St.
Suite 4250
New Orleans, LA 70139
504-595-3000
jdegruy@mblb.com
*Assigned: 12/01/2010*
*ATTORNEY TO BE NOTICED*

representing

**Ports America Gulfport, Inc.**
*(Defendant)*

**Gustave A. Fritchie, III**
Irwin, Fritchie, Urquhart & Moore, LLC
(New Orleans)
400 Poydras St.
Suite 2700
New Orleans, LA 70130
504-310-2100
gfritchie@irwinllc.com
*Assigned: 12/14/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**BCI Acquisitions, Inc.**
*(Defendant)*

**W. Jacob Gardner, Jr.**
Fowler Rodriguez (New Orleans)
Texaco Center
400 Poydras St.
30th Floor
New Orleans, LA 70130
504-523-2600
jgardner@frvf-law.com
*Assigned: 01/27/2011*
*ATTORNEY TO BE NOTICED*

representing

**South African Marine Corporation Ltd**
*(Third Party Defendant)*

**Michael David Harold**
Simon, Peragine, Smith & Redfearn, LLP
Energy Centre
1100 Poydras St.
30th Floor
New Orleans, LA 70163-3000
(504) 569-2030
michaelh@spsr-law.com
*Assigned: 12/01/2010*
*ATTORNEY TO BE NOTICED*

representing

**McCarty Corporation**
*(Defendant)*

**Paul E. Harrison**
Law Offices of Paul E. Harrison, LLC
532 Gerard St.

Mandeville, LA 70448
985-727-7348
pharrison@pharrisonlaw.com
*Assigned: 12/01/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**American Sugar Refining, Inc.**
*(Defendant)*

**Susan Grace Keller-Garcia**
Fowler Rodriguez (New Orleans)
Texaco Center
400 Poydras St.
30th Floor
New Orleans, LA 70130
504-523-2600
504-523-2705 (fax)
skgarcia@frvf-law.com
*Assigned: 12/01/2010*
*ATTORNEY TO BE NOTICED*

representing

**Industrial Development Corporation of South Africa, Ltd.**
*(Third Party Defendant)*

**Douglas Kinler**
Simon, Peragine, Smith & Redfearn, LLP
Energy Centre
1100 Poydras St.
30th Floor
New Orleans, LA 70163-3000
(504) 569-2030
dkinler@spsr-law.com
*Assigned: 12/01/2010*
*ATTORNEY TO BE NOTICED*

representing

**McCarty Corporation**
*(Defendant)*

**Susan Beth Kohn**
Simon, Peragine, Smith & Redfearn, LLP
Energy Centre
1100 Poydras St.
30th Floor
New Orleans, LA 70163-3000
(504) 569-2030
suek@spsr-law.com
*Assigned: 12/01/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**McCarty Corporation**
*(Defendant)*

**Edwin Christian Laizer**
Adams & Reese, LLP (New Orleans)
One Shell Square
701 Poydras St.

Suite 4500
New Orleans, LA 70139
504-581-3234
Edwin.Laizer@arlaw.com
*Assigned: 12/01/2010*
*ATTORNEY TO BE NOTICED*

representing

**Cooper/T. Smith Stevedoring Company, Inc.**
*(Third Party Plaintiff)*

**Cooper/T.Smith Stevedoring Company, Inc.**
*(Defendant)*

※

**J. Burton LeBlanc, IV**
Baron & Budd, P.C. (Baton Rouge)
9015 Bluebonnet Blvd.
Baton Rouge, LA 70810
225-927-5441
225-927-5449 (fax)
bleblanc@baronbudd.com
*Assigned: 12/01/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Alice R. Jefferson**
*(Plaintiff)*

**Angela J. Nelson**
*(Plaintiff)*

**Lucious Jefferson, Jr.**
*(Plaintiff)*

**Reginald T. Jefferson**
*(Plaintiff)*

**Sharon J. Galloway**
*(Plaintiff)*

**Steven Jefferson**
*(Plaintiff)*

**Tiffany C. Jefferson**
*(Plaintiff)*

**Jo Ann Lea**
Baron & Budd, P.C. (Baton Rouge)

9015 Bluebonnet Blvd.
Baton Rouge, LA 70810
225-927-5441
 *Assigned: 12/01/2010*

representing

**Alice R. Jefferson**
*(Plaintiff)*

**Angela J. Nelson**
*(Plaintiff)*

**Lucious Jefferson, Jr.**
*(Plaintiff)*

**Reginald T. Jefferson**
*(Plaintiff)*

**Sharon J. Galloway**
*(Plaintiff)*

**Steven Jefferson**
*(Plaintiff)*

**Tiffany C. Jefferson**
*(Plaintiff)*

**Nicole M. Loup**
Pugh, Accardo, Haas, Radecker, Carey & Hymel (New Orleans)
1100 Poydras St.
Suite 3200
New Orleans, LA 70163
504-799-4500
 *Assigned: 12/01/2010*

representing

**Sank, Inc.**
*(Defendant)*

**Christy L. McMannen**
Christovich & Kearney, LLP
Pan American Life Center
601 Poydras St.
Suite 2300
New Orleans, LA 70130-6078
504-561-5700
clmcmannen@christovich.com
 *Assigned: 12/01/2010*
 *ATTORNEY TO BE NOTICED*

representing

**Hartford Accident and Indemnity Company**
*(Defendant)*

**Douglass Michael Moragas**
Douglass M. Moragas, Attorney at Law
8713 Rosecrest Lane
River Ridge, LA 70123
504-390-9088
dougmoragas@bellsouth.net
*Assigned: 12/01/2010*
*TERMINATED: 01/24/2011*
*LEAD ATTORNEY*

representing

**James J. Flanagan Shipping Corporation**
5950 Orleans Street
Suite 1500
Beamont, TX 77701
*(Defendant)*

**John K. Nieset**
Christovich & Kearney, LLP
Pan American Life Center
601 Poydras St.
Suite 2300
New Orleans, LA 70130-6078
(504) 561-5700
jknieset@christovich.com
*Assigned: 12/01/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Hartford Accident and Indemnity Company**
*(Defendant)*

※ **Jason K. Placke**
Baron & Budd, P.C. (Baton Rouge)
9015 Bluebonnet Blvd.
Baton Rouge, LA 70810
225-927-5441
*Assigned: 12/01/2010*
*ATTORNEY TO BE NOTICED*

representing

**Alice R. Jefferson**
*(Plaintiff)*

**Angela J. Nelson**
*(Plaintiff)*

**Lucious Jefferson, Jr.**
*(Plaintiff)*

**Reginald T. Jefferson**
*(Plaintiff)*

**Sharon J. Galloway**
*(Plaintiff)*

**Steven Jefferson**

|  |  |  |
|---|---|---|
|  |  | *(Plaintiff)* |
|  |  | **Tiffany C. Jefferson**<br>*(Plaintiff)* |
| **Patrick Ryan Plummer**<br>Christovich & Kearney, LLP<br>Pan American Life Center<br>601 Poydras St.<br>Suite 2300<br>New Orleans, LA 70130-6078<br>(504) 561-5700<br>prplummer@christovich.com<br>*Assigned: 12/01/2010*<br>*ATTORNEY TO BE NOTICED* | representing | **Hartford Accident and Indemnity Company**<br>*(Defendant)* |
| **H. Philip Radecker, Jr.**<br>Pugh, Accardo, Haas, Radecker, Carey & Hymel (New Orleans)<br>1100 Poydras St.<br>Suite 3200<br>New Orleans, LA 70163<br>504-799-4521<br>hpradecker@pugh-law.com<br>*Assigned: 12/01/2010*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Sank, Inc.**<br>*(Defendant)* |
| **Antonio J. Rodriguez**<br>Fowler Rodriguez (New Orleans)<br>Texaco Center<br>400 Poydras St.<br>30th Floor<br>New Orleans, LA 70130<br>(504) 523-2600<br>ajr@frc-law.com<br>*Assigned: 12/01/2010*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Industrial Development Corporation of South Africa, Ltd.**<br>*(Third Party Defendant)* |
| **Lance Michael Sannino**<br>Jones Walker (New Orleans)<br>Place St. Charles<br>201 St. Charles Ave.<br>Suite 5100 | representing | **James J. Flanagan Shipping Corporation**<br>5950 Orleans Street |

New Orleans, LA 70170-5100
504-582-8828
lsannino@joneswalker.com
*Assigned: 02/02/2011*
*ATTORNEY TO BE NOTICED*

Suite 1500
Beamont, TX 77701
*(Defendant)*

**Tyson B. Shofstahl**
Adams & Reese, LLP (New Orleans)
One Shell Square
701 Poydras St.
Suite 4500
New Orleans, LA 70139
504-581-3234
shofstahltb@arlaw.com
*Assigned: 12/01/2010*
*ATTORNEY TO BE NOTICED*

representing

**Cooper/T.Smith Stevedoring Company, Inc.**
*(Defendant)*

**Mark John Spansel**
Adams & Reese, LLP (New Orleans)
One Shell Square
701 Poydras St.
Suite 4500
New Orleans, LA 70139
504-581-3234
mark.spansel@arlaw.com
*Assigned: 12/01/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Cooper/T. Smith Stevedoring Company, Inc.**
*(Third Party Plaintiff)*

**Cooper/T.Smith Stevedoring Company, Inc.**
*(Defendant)*

**Norman Charles Sullivan, Jr.**
Fowler Rodriguez (New Orleans)
Texaco Center
400 Poydras St.
30th Floor
New Orleans, LA 70130
(504) 523-2600
nsullivan@frvf-law.com
*Assigned: 01/27/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**South African Marine Corporation Ltd**
*(Third Party Defendant)*

**Richard P. Sulzer**
Sulzer & Williams, LLC
201 Holiday Blvd.
Suite 335
Covington, LA 70433
985-898-0608
rsulzer@sulzerandwilliams.com
*Assigned: 12/01/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**SSA Gulf Terminals, Inc.**
*(Defendant)*

**Shelley L. Thompson**
Pugh, Accardo, Haas, Radecker, Carey & Hymel (New Orleans)
1100 Poydras St.
Suite 3200
New Orleans, LA 70163
504-799-4500
sthompson@pugh-law.com
*Assigned: 12/01/2010*
*ATTORNEY TO BE NOTICED*

representing

**Sank, Inc.**
*(Defendant)*

**Jefferson Randolph Tillery**
Jones Walker (New Orleans)
Place St. Charles
201 St. Charles Ave.
Suite 5100
New Orleans, LA 70170-5100
504-582-8000
jtillery@joneswalker.com
*Assigned: 02/02/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**James J. Flanagan Shipping Corporation**
5950 Orleans Street
Suite 1500
Beamont, TX 77701
*(Defendant)*

**Roland M. Vandenweghe, Jr.**
Adams & Reese, LLP (New Orleans)
One Shell Square
701 Poydras St.
Suite 4500
New Orleans, LA 70139
504-581-3234
roland.vandenweghe@arlaw.com
*Assigned: 12/01/2010*
*ATTORNEY TO BE NOTICED*

representing

**Cooper/T. Smith Stevedoring Company, Inc.**
*(Third Party Plaintiff)*

**Cooper/T.Smith Stevedoring**

|  |  |
|---|---|
|  | **Company, Inc.**<br>*(Defendant)* |
| **Robert Edward Williams, IV**<br>Sulzer & Williams, LLC<br>201 Holiday Blvd.<br>Suite 335<br>Covington, LA 70433<br>985-898-0608<br>rwilliams@sulzerandwilliams.com<br>*Assigned: 12/01/2010*<br>*ATTORNEY TO BE NOTICED* | representing | **SSA Gulf Terminals, Inc.**<br>*(Defendant)* |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/07/2011 13:45:54 | | | |
| **PACER Login:** | bb3819 | **Client Code:** | |
| **Description:** | Attorney List | **Search Criteria:** | 2:10-cv-04440-MVL-DEK |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |