# Exhibit 5

**From:** Efile_Notice@laed.uscourts.gov [mailto:Efile_Notice@laed.uscourts.gov]
**Sent:** Monday, February 07, 2011 8:29 AM
**To:** Efile_Information@laed.uscourts.gov
**Subject:** Activity in Case 2:10-cv-04440-MVL-DEK Jefferson et al v. American Sugar Refining, Inc. et al Notice of Conditional Transfer Order to MDL

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U. S. District Court

Eastern District of Louisiana

### Notice of Electronic Filing

The following transaction was entered on 2/7/2011 at 8:28 AM CST and filed on 2/7/2011
**Case Name:**       Jefferson et al v. American Sugar Refining, Inc. et al
**Case Number:**     2:10-cv-04440-MVL-DEK
**Filer:**
**Document Number:** 18

**Docket Text:**
**Notice of Conditional Transfer Order to MDL regarding MDL 875. (ijg, )**

**2:10-cv-04440-MVL-DEK Notice has been electronically mailed to:**

Wilton Ellwood Bland, III wbland@mblb.com, dhartman@mblb.com, pcabibi@mblb.com

John A. Bolles bollesj@phelps.com, adamsg@phelps.com

Mark John Spansel mark.spansel@arlaw.com, lisa.guidry@arlaw.com

Susan Beth Kohn suek@spsr-law.com, droberts@spsr-law.com

Gustave A. Fritchie, III gfritchie@irwinllc.com, jmartinez@irwinllc.com, lmelinie@irwinllc.com

Edwin Christian Laizer Edwin.Laizer@arlaw.com, wendy.quillin@arlaw.com

Antonio J. Rodriguez ajr@frvf-law.com, jbeall@frvf-law.com, mriess@frvf-law.com

Norman Charles Sullivan, Jr nsullivan@frvf-law.com, cvollenweider@frvf-law.com, jlynn@frvf-law.com

Jefferson Randolph Tillery jtillery@joneswalker.com, thale@joneswalker.com

H. Philip Radecker, Jr hpradecker@pugh-law.com, dharris@pugh-law.com

Robert Edward Williams, IV rwilliams@sulzerandwilliams.com, amartin@sulzerandwilliams.com, cfalco@sulzerandwilliams.com, jnegrotto@sulzerandwilliams.com

J. Burton LeBlanc, IV bleblanc@baronbudd.com, jhaynes@baronbudd.com *, jwright@baronbudd.com, lphilpot@baronbudd.com, lweaver@baronbudd.com, rbudd@baronbudd.com, spetersen@baronbudd.com, ssummy@baronbudd.com

Tyson B. Shofstahl shofstahltb@arlaw.com, casciopj@arlaw.com, edwardsbp@arlaw.com

Richard P. Sulzer rsulzer@sulzerandwilliams.com, shollingsworth@sulzerandwilliams.com

Michael David Harold michaelh@spsr-law.com, rhondaf@spsr-law.com

Paul E. Harrison pharrison@pharrisonlaw.com, sleblanc@pharrisonlaw.com

Roland M. Vandenweghe, Jr roland.vandenweghe@arlaw.com, nadine.terrebonne@arlaw.com

John K. Nieset jknieset@christovich.com, jtreuting@christovich.com

Philip C. Brickman pbrickman@frvf-law.com, cjenkins@frvf-law.com, kpoteet@frvf-law.com, rricca@frc-law.com

Patrick E. Costello pcostello@mblb.com, dhartman@mblb.com, lweber@mblb.com

Douglas Kinler dkinler@spsr-law.com, droberts@spsr-law.com, stacyv@spsr-law.com

Jacques P. DeGruy jdegruy@mblb.com, Tcrane@mblb.com

Patrick Ryan Plummer prplummer@christovich.com

Lance Michael Sannino lsannino@joneswalker.com, cbarker@joneswalker.com

W. Jacob Gardner, Jr jgardner@frvf-law.com, jlynn@frvf-law.com, stranchina@frvf-law.com

Shelley L. Thompson sthompson@pugh-law.com, dharris@pugh-law.com

Susan Grace Keller-Garcia skgarcia@frvf-law.com

Christopher C. Colley ccolley@baronbudd.com, jhaynes@baronbudd.com, khewlett@baronbudd.com

Christy L. McMannen clmcmannen@christovich.com, mdonaldson@christovich.com

**2:10-cv-04440-MVL-DEK Notice has been delivered by other means to:**

Jason K. Placke
Baron & Budd, P.C. (Baton Rouge)
9015 Bluebonnet Blvd.
Baton Rouge, LA 70810

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=2/7/2011] [FileNumber=4579500-0]
[0cc45acbc6356cfe250a589028863b062917cd104c4a0b597358e0a287df2a398d2f
6c0e250e2c579371602841897111a8f50a2871c5fc6a3dc91d367ea36c11]]

3