February 8, 2011

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC  20002-8004

RE:   MDL No. 875-IN RE:   Asbestos Products Liability Litigation
      Krik v. BP America, Iinc., Case No. 1:10 cv-07435
      (Nothern District of Illinois)

Dear Clerk of the Panel:

On this date, I am withdrawing the Notice of Tag-Along Action that was e-filed on 1/14/11 in the above-referenced case because it contained an improper heading. I will correct the heading and refile the Notice of Tag-Along on February 8, 2011.

If you have any questions, please feel free to contact me.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN

By: *Tobin J. Taylor/arm*
Tobin J. Taylor
Suite 600
124 S. W. Adams St.
Peoria, Illinois  61602
Telephone: 309-676-0400
Facsimile: 309-676-3374
ttaylor@heylroyster.com

TJT/arm



SUITE 600 • 124 S.W. ADAMS STREET • PEORIA, IL 61602 • TEL 309.676.0400 • HEYLROYSTER.COM • PEORIA • SPRINGFIELD • URBANA • ROCKFORD • EDWARDSVILLE • A CENTURY OF SERVICE 1910-2010