KEYS

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 4.2 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:10-cv-07435

Krik v. BP America, Inc. et al  
Assigned to: Honorable William J. Hibbler  
Demand: $75,000  
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 11/18/2010  
Jury Demand: Both  
Nature of Suit: 368 P.I. : Asbestos  
Jurisdiction: Diversity

**Plaintiff**

**Charles Krik**  represented by  **Michael Peter Cascino**  
Cascino Vaughan Law Offices, Ltd.  
220 South Ashland Avenue  
Chicago, IL 60607  
(312) 944-0600  
Email: michaelp.cascino@gmail.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BP America, Inc.**  represented by  **Alan Stuart Zelkowitz**  
Pretzel & Stouffer, Chtd.  
One South Wacker Drive  
Suite 2500  
Chicago, IL 60606-4673  
(312) 346-1973  
Email: azelkowitz@pretzel-stouffer.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bechtel Construction Company**  represented by  **Michael J Denning**  
Heyl, Royster, Voelker & Allen  
120 West State Street  
2nd Floor  
Rockford, IL 61105  
(815) 963-4454  
Email: mdenning@heylroyster.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**CBS Corporation**  represented by  **Demetra Arapakis Christos**  
Foley & Mansfield

|  |  |
|---|---|
|  | 39 S. LaSalle St.<br>Suite 1110<br>Chicago, IL 60603<br>312-233-2560 x702<br>Email: dchristos@foleymansfiled.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Certainteed Corporation**

**Defendant**

**Cleaver Brooks Inc.**

**Defendant**

**Crane Co.**

**Defendant**

**ExxonMobil Oil Corporation**

**Defendant**

| | | |
|---|---|---|
| **Ingersoll Rand Company** | represented by | **Paul B. O'Flaherty, Jr.**<br>Baker & McKenzie LLP (Chicago)<br>One Prudential Plaza<br>130 East Randolph Drive<br>Suite 3500<br>Chicago, IL 60601<br>(312) 861-8000<br>Email: poflaherty@lawchicago.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Daniel J. Cheely**<br>Baker & McKenzie LLP (Chicago)<br>One Prudential Plaza<br>130 East Randolph Drive<br>Suite 3500<br>Chicago, IL 60601<br>(312) 861-8000<br>Email: dcheely@lawchicago.net<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael J. Lotus**<br>Cheely Flaherty & Ayres<br>19 S. LaSalle St..<br>Suite 1203<br>Chicago, IL 60603<br>312 853-8710<br>Email: mlotus@lawchicago.net<br>*ATTORNEY TO BE NOTICED* |

|  |  |
|---|---|
|  | **Sean Mark Conaghan**<br>Cheely, O'Flaherty & Ayres<br>19 South LaSalle Street<br>Suite 1203<br>Chicago, IL 60603<br>(312) 853-8716<br>Email: conaghan@mac.com<br>*ATTORNEY TO BE NOTICED* |
|  | **Stephen Richard Ayres**<br>Bellande, Cheely, O'Flaherty, Sargis & Ayers<br>19 South LaSalle Street<br>Suite 1203<br>Chicago, IL 60603<br>(312) 853-8700<br>Email: sayres@lawchicago.net<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Owens-Illinois Inc.** represented by **Matthew J. Fischer**
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
(312) 258-5500
Email: mfischer@schiffhardin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rapid American Corporation**

**Defendant**

**The Marley-Wylain Company** represented by **Edward J. McCambridge**
*a corporation*
*also known as*
The Marley-Wylain Company a/k/a
Weil-McLain Company
*also known as*
Weil-McLain Company

Segal, McCambridge, Singer & Mahoney, Ltd.
One IBM Plaza
330 North Wabash Avenue Suite 200
Chicago, IL 60611-3514
(312) 645-7800
Email: emccambridge@smsm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Trane U.S. Inc.**

**Defendant**

**Union Carbide Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/2010 | 1 | COMPLAINT filed by Charles Krik; Jury Demand. Filing fee $ 350, receipt number 0752-5435292. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Cascino, Michael) (Entered: 11/18/2010) |
| 11/18/2010 | 2 | CIVIL Cover Sheet (Cascino, Michael) (Entered: 11/18/2010) |
| 11/18/2010 | 3 | ATTORNEY Appearance for Plaintiff Charles Krik by Michael Peter Cascino (Cascino, Michael) (Entered: 11/18/2010) |
| 11/18/2010 | 4 | CERTIFICATE of Interest (Cascino, Michael) (Entered: 11/18/2010) |
| 11/18/2010 | 5 | Notice of Tag-Along Action by Charles Krik (Cascino, Michael) (Entered: 11/18/2010) |
| 11/18/2010 | | CASE ASSIGNED to the Honorable William J. Hibbler. Designated as Magistrate Judge the Honorable Arlander Keys. (lcw, ) (Entered: 11/18/2010) |
| 12/20/2010 | 6 | ATTORNEY Appearance for Defendant Ingersoll Rand Company by Daniel J. Cheely (Cheely, Daniel) (Entered: 12/20/2010) |
| 12/20/2010 | 7 | ATTORNEY Appearance for Defendant Ingersoll Rand Company by Paul B. O'Flaherty, Jr (O'Flaherty, Paul) (Entered: 12/20/2010) |
| 12/20/2010 | 8 | ATTORNEY Appearance for Defendant Ingersoll Rand Company by Stephen Richard Ayres (Ayres, Stephen) (Entered: 12/20/2010) |
| 12/20/2010 | 9 | ATTORNEY Appearance for Defendant Ingersoll Rand Company by Michael J. Lotus (Lotus, Michael) (Entered: 12/20/2010) |
| 12/20/2010 | 10 | ATTORNEY Appearance for Defendant Ingersoll Rand Company by Sean Mark Conaghan (Conaghan, Sean) (Entered: 12/20/2010) |
| 12/22/2010 | 11 | ANSWER to Complaint with Jury Demand *And Notice of Tag Along Action* by CBS Corporation (Attachments: # 1 Tag-along & Jury Demand)(Christos, Demetra) (Entered: 12/22/2010) |
| 12/22/2010 | 12 | MOTION by Defendant CBS Corporation for disclosure *Statement Pursuant to F.R.C.P. 7.1* (Attachments: # 1 Attachment)(Christos, Demetra) (Entered: 12/22/2010) |
| 12/23/2010 | 13 | ANSWER to Complaint by Owens-Illinois Inc.(Fischer, Matthew) (Entered: 12/23/2010) |
| 12/27/2010 | 14 | MOTION by Defendant Union Carbide Corporation to amend/correct *Notice of Tag Along and Motion to Stay Proceedings* (Taylor, Tobin) (Entered: 12/27/2010) |
| 12/27/2010 | 15 | Summary Answer, Affirmative Defenses and Jury Demand by Union Carbide Corporation (Taylor, Tobin) (Entered: 12/27/2010) |
| 12/27/2010 | 16 | ATTORNEY Appearance for Defendant The Marley-Wylain Company by Edward J. McCambridge (McCambridge, Edward) (Entered: 12/27/2010) |

| 12/27/2010 | 17 | ANSWER to Complaint *and Affirmative Defenses* by The Marley-Wylain Company(McCambridge, Edward) (Entered: 12/27/2010) |
|---|---|---|
| 12/29/2010 | 18 | ATTORNEY Appearance for Defendant BP America, Inc. by Alan Stuart Zelkowitz (Zelkowitz, Alan) (Entered: 12/29/2010) |
| 01/11/2011 | 19 | *Summary* ANSWER to Complaint with Jury Demand *and Affirmative Defenses* by Bechtel Construction Company(Denning, Michael) (Entered: 01/11/2011) |
| 01/12/2011 | 20 | ANSWER to Complaint *and Affirmative Defenses* by Ingersoll Rand Company (Attachments: # 1 Notice of Filing, # 2 Certificate of Service)(O'Flaherty, Paul) (Entered: 01/12/2011) |
| 01/12/2011 | 21 | Notice as to Affiliates by Ingersoll Rand Company (O'Flaherty, Paul) (Entered: 01/12/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/14/2011 09:10:08 | | | |
| PACER Login: | hr0023 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:10-cv-07435 |
| Billable Pages: | 3 | Cost: | 0.24 |

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Charles Krik<br><br>                 Plaintiff,<br>v.<br><br>BP America, Inc., a corporation,<br>Bechtel Construction Company, a corporation,<br>CBS Corporation, a corporation,<br>Certainteed Corporation, a corporation,<br>Cleaver Brooks, Inc., a corporation,<br>Crane Co., a corporation,<br>ExxonMobil Oil Corporation, a corporation,<br>Ingersoll Rand Company, a corporation,<br>Owens-Illinois Inc., a corporation,<br>Rapid American Corporation, a corporation,<br>The Marley-Wylain Company a/k/a/ Weil-McLain Company, a corporation,<br>Trane U.S. Inc., a corporation,<br>Union Carbide Corporation, a corporation,<br><br>                 Defendants. | Case No. |

## COMPLAINT

Now comes the plaintiff, Charles Krik (hereinafter "Plaintiff"), by and through his attorneys, Cascino Vaughan Law Offices, Ltd., and complains against defendants BP America, Inc., a corporation, Bechtel Construction Company, a corporation, CBS Corporation, a corporation, Certainteed Corporation, a corporation, Cleaver Brooks, Inc., a corporation, Crane Co., a corporation, ExxonMobil Oil Corporation, a corporation, Ingersoll Rand Company, a corporation, Owens-Illinois Inc., a corporation, Rapid American Corporation, a corporation, The Marley-Wylain Company a/k/a/ Weil-McLain Company, a corporation, Trane U.S. Inc., a corporation, and Union Carbide Corporation, a corporation, as follows:

### JURISDICTION

1. Plaintiff Charles Krik is an adult citizen and resident of Illinois and resides in Braidwood, Illinois.

2. Defendants are all corporations, none of which is incorporated in or has its principal place of business in the State of Illinois, and at all times relevant to the allegations contained herein were engaged in the business of designing, manufacturing, mining and selling asbestos and/or asbestos-containing products and/or asbestos-insulated equipment, hereinafter referred to as "asbestos products." Please refer to the attached Exhibit A for the state of incorporation and principal place of business of each defendant.

3. Jurisdiction is based on diversity of citizenship of the parties hereto under Title 28, United States Code, §1332.

4. The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

5. Venue is proper pursuant to Title 28, United States Code, §1391.

### GENERAL ALLEGATIONS

6. Plaintiff during the course of his employment as a pipefitter at various job sites, including those listed on the attached Exhibit B was exposed to asbestos dust or fibers emanating from the asbestos products and/or asbestos insulated equipment which was sold, manufactured, mined, distributed, packaged, installed or otherwise placed into commerce by defendants.

7. Plaintiff was ignorant of the dangerous nature of asbestos and of the nature of the risks incurred by workers working with or near asbestos products.

8. Plaintiff became aware of the asbestos-related condition and that said condition was caused by Defendants' wrongful conduct within the statute of limitations before the filing of this action.

9. As a direct and proximate result of the conduct of Defendants, Plaintiff developed and had been diagnosed with lung cancer on 11/21/2008.

10. Plaintiff suffers great pain, physical impairment, great mental pain and anguish, is liable for large

sums of money for medical and hospital care, and suffered losses to his personal property and possessions.

## COUNT I - PRODUCTS LIABILITY - NEGLIGENCE

11. Plaintiff brings this count for negligence against all defendants except BP America, Inc. and ExxonMobil Oil Corporation, and incorporates by reference all general allegations.

12. It was reasonably foreseeable that Plaintiff and other workers would be working with or in the proximity of defendants' asbestos products and be exposed to airborne asbestos fibers.

13. Defendants had a duty to exercise reasonable care for the safety of Plaintiff and others who worked with or were exposed to the defendants' asbestos products.

14. Defendants knew or in the exercise of ordinary or reasonable care ought to have known asbestos causes disease and or death, and that Plaintiff did not know that asbestos products were dangerous or harmful at the time of his exposures.

15. Each defendant breached its duty of care and was negligent, including without limitation in one or more of the following acts or omissions:

    a. Failed to adequately warn Plaintiff or others of the health hazards of asbestos;

    b. Failed to warn Plaintiff or others of the danger and harm of the asbestos after the products or equipment were installed at the premises;

    c. Failed to investigate or test for the health effects of asbestos prior to distribution and sale;

    d. Failed to instruct Plaintiff, his employers or others in the use of precautionary measures relating to asbestos-containing products and/or asbestos-insulated equipment; and/or

    e. Manufactured, mined, supplied, or installed unsafe asbestos-containing products or asbestos-insulated equipment.

16. As a direct and proximate result of the acts and omissions of the product defendants

above, plaintiff was injured as described above.

## COUNT II - NEGLIGENCE - PREMISE OWNER

17. Plaintiff reasserts and realleges the above general allegations 1-16 above.

18. This claim for negligence is brought against the following Defendants (Hereinafter "Premise Defendants");

   a. BP America, Inc.

   b. ExxonMobil Oil Corporation

19. Defendant was the owner of the premise during the dates and times of Plaintiff's exposures to asbestos indicated on exhibit B.

20. The condition of airborne dust containing asbestos insulation fibers released during the process of applying and removing thermal insulation existed at the premises in exhibit B.

21. When Plaintiff worked at the premises, defendant knew or should have known about the health hazards of asbestos.

22. Defendant in the exercise of ordinary care knew or should have known that the condition of its property involved an unreasonable risk of harm to persons on the premises, including employees of independent contractors such as Plaintiff, working at the premises.

23. Defendant knew or should have known that persons on the premises would not discover or realize the danger or would otherwise fail to protect themselves against it.

24. As the owner of the premises, defendant owed a duty to use ordinary care to provide a reasonably safe place for persons lawfully on the property, including Plaintiff.

25. Defendant breached its duty of care and was negligent by one or more of the following acts or omissions:

26.
   a. failing to adequately warn Plaintiff of the dangers of harm from exposure to asbestos;

   b. failing to instruct Plaintiff adequately about safety precautions for exposure to asbestos;

   c. failing to establish adequate safety measures to protect Plaintiff from exposure to asbestos;

   d. failing to adequately test for asbestos where Plaintiff worked;

   e. employing any contractor which failed to take reasonable precautions against the danger of asbestos;

   f. allowing the use of asbestos containing products at the premises;

   g. failing to assign or hire personnel qualified to recognize, evaluate and control asbestos exposures at the premises.

27. As a direct and proximate result of the acts and omissions of the product defendants above, Plaintiff was injured as described above.

## PRAYER FOR RELIEF

28. Plaintiff prays for relief as follows:

   a. Judgment against defendants, jointly and severally, for compensatory and general damages.

   b. Such further legal and equitable relief as the Court orders to do justice in this case; costs and disbursements of this action.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by a jury of 6.

Dated: November 18, 2010

/S/ Michael P. Cascino
One of the Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Ph: (312) 944-0600

**Exhibit B**
**Plaintiff's work history**

| SiteLocation | SiteCity | SiteSt | FirstYrId | LastYrId |
| --- | --- | --- | --- | --- |
| American Maize Products | Hammond | IN | 1954 | 1996 |
| Amoco Chemical Refinery | Joliet | IL | 1954 | 1996 |
| Azteca Foods, Inc. | Chicago | IL | 1960's | 1970's |
| Bethlehem Steel | Burns Harbor | IN | 1993 | 1997 |
| Braidwood Nuclear Power Station | Braidwood | IL | 1970 | 2001 |
| Collins Power Station | Morris | IL | 1954 | 1996 |
| Corn Products Unit | Summit | IL | 1954 | 1996 |
| Dresden Nuclear Power Station | Morris | IL | 1954 | 2001 |
| Entemanns | Northlake | IL | 1954 | 1996 |
| Gary Works | Gary | IN | 1954 | 1997 |
| Inland Steel | East Chicago | IN | 1954 | 1997 |
| J & L Steel | East Chicago | IN | 1954 | 1996 |
| Joliet 9 Power Station | Joliet | IL | 1954 | 1996 |
| LaSalle Nuclear Power Station | Seneca | IL | 1954 | 1996 |
| Mobil Oil Refinery | Joliet | IL | 1954 | 1996 |
| Quantum Chemical | Morris | IL | 1989 | 1990 |
| Royal Crown Cola | Chicago | IL | 1960's | 1970's |
| Searle Food Resource | University Park | IL | 1954 | 1996 |
| Shell Refinery | Joliet | IL | 1988 | 1989 |
| South Works Steel Plant | Chicago | IL | 1975 | 1997 |
| State Line Power Station | Hammond | IN | 1954 | 1996 |
| Stauffer Chemical | Chicago Heights | IL | 1954 | 1996 |
| Stepan Chemical | Millsdale | IL | 1954 | 1996 |
| Stone Container Corporation | Chicago | IL | 1960's | 1970's |
| Tinley Park State Hospital | Tinely Park | IL | 1954 | 1996 |

| SiteLocation | SiteCity | SiteSt | FirstYrId | LastYrId |
|---|---|---|---|---|
| U Of Illinois Medical Center | Chicago | IL | 1954 | 1996 |
| U.S.S. Bryce Cannon | Longbeach | CA | 1963 | 1967 |
| Union Oil Refinery | Lemont | IL | 1981 | 1982 |
| Zion Nuclear Power Station | Zion | IL | 1970 | 2001 |

**Exhibit A**
**Defendants' Home States and Principal Places of Business**

| Defendant | StateHdq | StatePrincBus |
| --- | --- | --- |
| BP America, Inc. | Delaware | Texas |
| Bechtel Construction Company | Nevada | California |
| CBS Corporation | Delaware | Pennsylvania |
| Certainteed Corporation | Delaware | Pennsylvania |
| Cleaver Brooks, Inc. | Delaware | Wisconsin |
| Crane Co. | Delaware | Connecticut |
| ExxonMobil Oil Corporation | New York | Texas |
| Ingersoll Rand Company | New Jersey | New Jersey |
| Owens-Illinois Inc. | Delaware | Ohio |
| Rapid American Corporation | Delaware | New York |
| The Marley-Wylain Company a/k/a/ Weil-McLain Company | Delaware | North Carolina |
| Trane U.S. Inc. | Delaware | New Jersey |
| Union Carbide Corporation | New York | Texas |



CASCINO VAUGHAN LAW OFFICES LTD
220 S. ASHLAND AVENUE
CHICAGO, IL 60607-5308

RETURN SERVICE REQUESTED

Bechtel Construction Company
c/o CT Corporation Systems
208 S. LaSalle St. - Suite 814
Chicago, IL 60604

220 S. Ashland Ave.
Chicago, IL 60607-9940

**BUSINESS REPLY MAIL**
FIRST CLASS MAIL   PERMIT NO. 94203   CHICAGO, IL

POSTAGE WILL BE PAID BY ADDRESSEE:

CASCINO VAUGHAN LAW OFFICES LTD
220 S ASHLAND AVE
CHICAGO IL 60607-9940

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

04J62034115
$ 01.220
11/18/2010
Mailed From 60607
US POSTAGE