KEYS

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 4.2 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:10-cv-07435

Krik v. BP America, Inc. et al
Assigned to: Honorable William J. Hibbler
Demand: $75,000
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 11/18/2010
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

Charles Krik                        represented by  **Michael Peter Cascino**
                                                    Cascino Vaughan Law Offices, Ltd.
                                                    220 South Ashland Avenue
                                                    Chicago, IL 60607
                                                    (312) 944-0600
                                                    Email: michaelp.cascino@gmail.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

BP America, Inc.                    represented by  **Alan Stuart Zelkowitz**
                                                    Pretzel & Stouffer, Chtd.
                                                    One South Wacker Drive
                                                    Suite 2500
                                                    Chicago, IL 60606-4673
                                                    (312) 346-1973
                                                    Email: azelkowitz@pretzel-stouffer.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

Bechtel Construction Company        represented by  **Michael J Denning**
                                                    Heyl, Royster, Voelker & Allen
                                                    120 West State Street
                                                    2nd Floor
                                                    Rockford, IL 61105
                                                    (815) 963-4454
                                                    Email: mdenning@heylroyster.com
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

CBS Corporation                     represented by  **Demetra Arapakis Christos**
                                                    Foley & Mansfield

                        39 S. LaSalle St.
                        Suite 1110
                        Chicago, IL 60603
                        312-233-2560 x702
                        Email: dchristos@foleymansfiled.com
                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Certainteed Corporation**

**Defendant**

**Cleaver Brooks Inc.**

**Defendant**

**Crane Co.**

**Defendant**

**ExxonMobil Oil Corporation**

**Defendant**

**Ingersoll Rand Company**         represented by  **Paul B. O'Flaherty , Jr.**
                                                       Baker & McKenzie LLP (Chicago)
                                                       One Prudential Plaza
                                                       130 East Randolph Drive
                                                       Suite 3500
                                                       Chicago, IL 60601
                                                       (312) 861-8000
                                                        Email: poflaherty@lawchicago.net
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Daniel J. Cheely**
                                                       Baker & McKenzie LLP (Chicago)
                                                       One Prudential Plaza
                                                       130 East Randolph Drive
                                                       Suite 3500
                                                       Chicago, IL 60601
                                                       (312) 861-8000
                                                       Email: dcheely@lawchicago.net
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Michael J. Lotus**
                                                       Cheely Flaherty & Ayres
                                                       19 S. LaSalle St..
                                                       Suite 1203
                                                       Chicago, IL 60603
                                                       312 853-8710
                                                       Email: mlotus@lawchicago.net
                                                       *ATTORNEY TO BE NOTICED*

                **Sean Mark Conaghan**
                Cheely, O'Flaherty & Ayres
                19 South LaSalle Street
                Suite 1203
                Chicago, IL 60603
                (312) 853-8716
                Email: conaghan@mac.com
                *ATTORNEY TO BE NOTICED*

                **Stephen Richard Ayres**
                Bellande, Cheely, O'Flaherty,
                Sargis & Ayers
                19 South LaSalle Street
                Suite 1203
                Chicago, IL 60603
                (312) 853-8700
                Email: sayres@lawchicago.net
                *ATTORNEY TO BE NOTICED*

**Defendant**

**Owens-Illinois Inc.**         represented by   **Matthew J. Fischer**
                Schiff Hardin LLP
                233 South Wacker Drive
                Suite 6600
                Chicago, IL 60606
                (312) 258-5500
                Email: mfischer@schiffhardin.com
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Defendant**

**Rapid American Corporation**

**Defendant**

**The Marley-Wylain Company**     represented by   **Edward J. McCambridge**
*a corporation*                        Segal, McCambridge, Singer &
*also known as*                      Mahoney, Ltd.
The Marley-Wylain Company a/k/a     One IBM Plaza
Weil-McLain Company               330 North Wabash Avenue Suite 200
*also known as*                      Chicago, IL 60611-3514
Weil-McLain Company              (312) 645-7800
                Email: emccambridge@smsm.com
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Defendant**

**Trane U.S. Inc.**

**Defendant**

**Union Carbide Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/2010 | 1 | COMPLAINT filed by Charles Krik; Jury Demand. Filing fee $ 350, receipt number 0752-5435292. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Cascino, Michael) (Entered: 11/18/2010) |
| 11/18/2010 | 2 | CIVIL Cover Sheet (Cascino, Michael) (Entered: 11/18/2010) |
| 11/18/2010 | 3 | ATTORNEY Appearance for Plaintiff Charles Krik by Michael Peter Cascino (Cascino, Michael) (Entered: 11/18/2010) |
| 11/18/2010 | 4 | CERTIFICATE of Interest (Cascino, Michael) (Entered: 11/18/2010) |
| 11/18/2010 | 5 | Notice of Tag-Along Action by Charles Krik (Cascino, Michael) (Entered: 11/18/2010) |
| 11/18/2010 |  | CASE ASSIGNED to the Honorable William J. Hibbler. Designated as Magistrate Judge the Honorable Arlander Keys. (lcw, ) (Entered: 11/18/2010) |
| 12/20/2010 | 6 | ATTORNEY Appearance for Defendant Ingersoll Rand Company by Daniel J. Cheely (Cheely, Daniel) (Entered: 12/20/2010) |
| 12/20/2010 | 7 | ATTORNEY Appearance for Defendant Ingersoll Rand Company by Paul B. O'Flaherty, Jr (O'Flaherty, Paul) (Entered: 12/20/2010) |
| 12/20/2010 | 8 | ATTORNEY Appearance for Defendant Ingersoll Rand Company by Stephen Richard Ayres (Ayres, Stephen) (Entered: 12/20/2010) |
| 12/20/2010 | 9 | ATTORNEY Appearance for Defendant Ingersoll Rand Company by Michael J. Lotus (Lotus, Michael) (Entered: 12/20/2010) |
| 12/20/2010 | 10 | ATTORNEY Appearance for Defendant Ingersoll Rand Company by Sean Mark Conaghan (Conaghan, Sean) (Entered: 12/20/2010) |
| 12/22/2010 | 11 | ANSWER to Complaint with Jury Demand *And Notice of Tag Along Action* by CBS Corporation (Attachments: # 1 Tag-along & Jury Demand)(Christos, Demetra) (Entered: 12/22/2010) |
| 12/22/2010 | 12 | MOTION by Defendant CBS Corporation for disclosure *Statement Pursuant to F.R.C.P. 7.1* (Attachments: # 1 Attachment)(Christos, Demetra) (Entered: 12/22/2010) |
| 12/23/2010 | 13 | ANSWER to Complaint by Owens-Illinois Inc.(Fischer, Matthew) (Entered: 12/23/2010) |
| 12/27/2010 | 14 | MOTION by Defendant Union Carbide Corporation to amend/correct *Notice of Tag Along and Motion to Stay Proceedings* (Taylor, Tobin) (Entered: 12/27/2010) |
| 12/27/2010 | 15 | Summary Answer, Affirmative Defenses and Jury Demand by Union Carbide Corporation (Taylor, Tobin) (Entered: 12/27/2010) |
| 12/27/2010 | 16 | ATTORNEY Appearance for Defendant The Marley-Wylain Company by Edward J. McCambridge (McCambridge, Edward) (Entered: 12/27/2010) |

| 12/27/2010 | 17 | ANSWER to Complaint *and Affirmative Defenses* by The Marley-Wylain Company(McCambridge, Edward) (Entered: 12/27/2010) |
| --- | --- | --- |
| 12/29/2010 | 18 | ATTORNEY Appearance for Defendant BP America, Inc. by Alan Stuart Zelkowitz (Zelkowitz, Alan) (Entered: 12/29/2010) |
| 01/11/2011 | 19 | *Summary* ANSWER to Complaint with Jury Demand *and Affirmative Defenses* by Bechtel Construction Company(Denning, Michael) (Entered: 01/11/2011) |
| 01/12/2011 | 20 | ANSWER to Complaint *and Affirmative Defenses* by Ingersoll Rand Company (Attachments: # 1 Notice of Filing, # 2 Certificate of Service)(O'Flaherty, Paul) (Entered: 01/12/2011) |
| 01/12/2011 | 21 | Notice as to Affiliates by Ingersoll Rand Company (O'Flaherty, Paul) (Entered: 01/12/2011) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 01/14/2011 09:10:08 | | | |
| PACER Login: | hr0023 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:10-cv-07435 |
| Billable Pages: | 3 | Cost: | 0.24 |