# Brayton❖Purcell LLP

## TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
WILLIAM G. MCDEVITT

* ADMITTED ONLY IN STATES OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
JENNIFER L. ALESIO
FRANK J. ANDERS
RON G. ARCHER
K. DOUGLAS ATKINSON
TARLAN BANANZADEH
VENUS BAREKATAIN
ROBERT L. BARROW
JENNIFER C. BENADERET
P. DUSTIN BODAGHI
ROBERT U. BOKELMAN
GARY L. BRAYTON
CAMERON O. CARTER*
RENE J. CASILLI
ANDREW CHEW
KIMBERLY J. CHU
HUGH C. COOK
JUSTIN F. FISH
CORRINE L. GAXIOLA
JANETTE H. GLASER
JOHN B. GOLDSTEIN
RICHARD M. GRANT
STEPHEN J. HEALY
CHRIS E. HERSOM
BRIAN O. HOLMBERG*
GARY V JUDD
CLAYTON W. KENT

KATHERINE Y. LEE
MATTHEW B. LEE
ELISABETH A. LEONARD, Ph.D
MICHAEL D. LEVINSON
KRISTEN A. LOUIS
MAUREEN C. MCGOWAN
KIMBERLY L. MEYER
MICHAEL T. MILLER
NANCY A. MULLIKIN
JULIET K. MUSHET
EMMA NELSON-MUNSON
JAMES P. NEVIN
OREN P. NOAH
NEGAR PIRZADEH
JASON M. ROSE
AMIR S. SARRESHTEHDARY
CHRISTINA C. SKUBIC
GEOFF T. SLONIKER
KSENIA L. SNYLYK
ERIC C. SOLOMON
ROBYN L. STEIN
LANCE R. STEWART
UMU K. TAFISI
JANE E. VETTO*
NANCY T. WILLIAMS
NOAH J. WOODS

February 8, 2011

Clerk of the Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

    Re:    Notice of Opposition - Conditional Transfer Order 358
             Civil Action No. CAC 2:11-00791 *Robert McNaughton v. Goodrich Corp., et al.*.

Dear Clerk:

    Please take notice that the Plaintiff, Robert McNaughton opposes transfer of civil action number CAC 2:11-00791 to docket number 875, as proposed in conditional transfer order number 358.

                              Very truly yours,

                              Richard M. Grant

RMG:jae

ASBESTOS MDL 875 - Re: CTO - 358
*Robert McNaughton v. Goodrich Corp., et al.*
CAC 2:11-00791

## CERTIFICATION OF SERVICE

I hereby certify that I electronically filed the following with the Clerk of the Court of the United States Judicial Panel on Multidistrict Litigation through that court's CM/ECF efiling system.

On February 8, 2011, I electronically served, the following documents:

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 358**

on the interested parties in this action by efiling the above document with the JPML CM/ECF E-service program as required by the court.

I declare under penalty of perjury under that the foregoing is true and correct.

s/ Jane Ehni
Jane Ehni