

**WESTERMAN BALL EDERER
MILLER & SHARFSTEIN, LLP**

1201 RXR Plaza, Uniondale, NY 11556   tel 516.622.9200   fax 516.622.9212

William E. Vita
Extension 352
wvita@westermanllp.com

February 9, 2011

**Via ECF Filing**
Mr. Jeffrey Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-225, North Lobby
Washington, D.C. 20002-8004

Re:   In Re: Asbestos Products Liability Litigation – MDL No.875

Case Name: *Marvin Eisenberg and Lorraine Eisenberg v. American Optical Corporation et al.*,
United States District Court, Southern District of New York
Case No. 11-Civ-0393 (JFK)

Dear Mr. Luthi:

We represent the defendant Hollingsworth & Vose in this matter. We inadvertently filed our Notice of Appearance twice. For this reason, at the request of Mrs. Littleton, in your office, I write to withdraw my original Notice of Appearance which was electronically filed as document number 6696. This will leave only the second Notice of Appearance on the court's docket.

Thank you for your time and help.

Respectfully submitted,

William E. Vita

WEV:db

cc:   All Counsel of Record (via ECF Filing)

420219

ATTORNEYS AT LAW