

# TUCKER ELLIS & WEST LLP
ATTORNEYS AT LAW

135 Main Street • Suite 700 • San Francisco, California 94105
phone 415.617.2400  facsimile 415.617.2409  tuckerellis.com

CLEVELAND   COLUMBUS   DENVER   LOS ANGELES   SAN FRANCISCO

February 9, 2011

Clerk of the Panel
Judicial Panel on Multi-District Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

Re:   In Re: Asbestos Product Liability Litigation (No. VI)
      MDL 875 Proceedings

Dear Clerk of the Panel:

Pursuant to Rule 7.5(e) of the Rules of the Judicial Panel on Multidistrict Litigation, we write on behalf of our client, defendant Rockwell Automation, Inc., to notify the Clerk of the Panel of the following potential "tag-along" actions in MDL No. 875:

Edward Guy Buck v. A.W. Chesterton Co.

Luther Eugene Carter v. A.W. Chesterton Co.

These asbestos-related actions are pending in the United States District Court for the Northern District of California, Civil Action Nos. C 10-05958 JCS and C 10-05959 JCS.

Please note that these cases were filed on December 29, 2010 with the Northern District of California and meet the criteria for transfer to the MDL 875.

Attached electronically are copies of the docket sheets, complaints, proofs of service and defendant Rockwell Automation, Inc.'s notices of tag-along actions.

Clerk of the Panel
February 9, 2011
Page 2

       Please do not hesitate to contact me should you have any questions about the above.

       Respectfully submitted,

       TUCKER ELLIS & WEST LLP

       */S/ JOHN SON*

       John Son

Enclosures

cc:    All Counsel of Record