## **SCHEDULE**

| **Div.** | **C.A.#** | **Judge** | **Case Caption** |
|---|---|---|---|
| Northern District of California | | | |
| 1. | C 10-05958 | Hon. Spero | Edward Guy Buck v. A.W. Chesterton Co., et al. |
| 2. | C 10-05959 | Hon. Spero | Luther Eugene Carter v. A.W. Chesterton Co., et al. |