## SERVICE LIST

Edward Guy Buck v. A.W. Chesterton Co.

Richard A. Brody, Esq.
Brent Coon & Associates
44 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: 415-489-7420
Facsimile: 415-489-7426

Brydon Hugo & Parker
135 Main Street, 20th Floor
San Francisco, CA 94105

Hassard Bonnington LLP
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111-3941

Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Foley & Mansfield P.L.L.P.
300 Lakeside Drive, Suite 1900
Oakland, CA 94612

K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

Crosby & Rowell LLP
The American Bag Building
299 Third Street, Second Floor
Oakland, CA 94607

SNR Denton US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708

Howard Rome Martin & Ridley LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061-3436

McKenna Long & Aldridge LLP
101 California Street, 41st Floor
San Francisco, CA 94111

Vasquez Estrada & Conway LLP
Courthouse Square
1000 Fourth Street, Suite 700
San Rafael, CA 94901

Selman Breitman LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Twentieth Floor
San Francisco, CA 94111

Imai Tadlock Keeney & Cordery LLP
100 Bush St # 1300
San Francisco, CA 94104-3915

The Davis Law Firm
3620 Fair Oaks Boulevard, Suite 200
Sacramento, CA 95864

Liner Grode Stein, et al
199 Fremont Street, 20th Floor
San Francisco, CA 94105

## Service List

Luther Eugene Carter v. A.W. Chesterton Co.

Richard A. Brody, Esq.
Brent Coon & Associates
44 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: 415-489-7420
Facsimile: 415-489-7426

Brydon Hugo & Parker
135 Main Street, 20th Floor
San Francisco, CA 94105

Hassard Bonnington LLP
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111-3941

Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Walsworth, Franklin, Bevins & McCall, LLP
601 Montgomery Street, Ninth Floor
San Francisco, CA 94111-2612

Foley & Mansfield P.L.L.P.
300 Lakeside Drive, Suite 1900
Oakland, CA 94612

K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

Crosby & Rowell LLP
The American Bag Building
299 Third Street, Second Floor
Oakland, CA 94607

SNR Denton US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708

Howard Rome Martin & Ridley LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061-3436

McKenna Long & Aldridge LLP
101 California Street, 41st Floor
San Francisco, CA 94111

Vasquez Estrada & Conway LLP
Courthouse Square
1000 Fourth Street, Suite 700
San Rafael, CA 94901

Imai Tadlock Keeney & Cordery LLP
100 Bush St # 1300
San Francisco, CA 94104-3915

The Davis Law Firm
3620 Fair Oaks Boulevard, Suite 200
Sacramento, CA 95864