## SCHEDULE

| Div. | C.A.# | Judge | Case Caption |
|---|---|---|---|
| Central District of California | | | |
| 1. | 2:11-cv-00226-R | Hon. Real | Jacob Jager, et al. v. The Boeing Company, et al. |