## SERVICE LIST

Jacob Jager, et al. v. The Boeing Company, et al.

**Brian P Barrow**
Simon Eddins and Greenstone
301 Ocean Boulevard, Suite 1950
Long Beach, CA 90802
562-590-3400
Email: bbarrow@seglaw.com

**Jennifer L Bartlett**
Simon Eddins and Greenstone LLP
301 East Ocean Boulevard Suite 1950
Long Beach, CA 90802
562-590-3400
Fax: 562-590-3412

**John M Caron**
The Law Office of Roger G Worthington PC
273 West Seventh Street
San Pedro, CA 90731
310-221-8090
Fax: 310-221-8095

**Jordan Blumenfeld-James**
Simon Eddins and Greenstone LLP
301 East Ocean Boulevard Suite 1950
Long Beach, CA 90802
562-590-3400
Fax: 562-590-3412
Email: jbj@seglaw.com

**Rebecca A Cucu**
Simon Eddins and Greenstone LLP
301 East Ocean Boulevard Suite 1950
Long Beach, CA 90802
562-590-3400
Fax: 562-590-3412
Email: rcucu@seglaw.com

**Roger G Worthington**
Roger G Worthington PC Law Office
273 West 7th Street
San Pedro, CA 90731
310-221-8090
Fax: 310-221-8095
Email: rworthington@rgwpc.com

**Ronald Cary Eddins**
Simon Eddins and Greenstone LLP
301 East Ocean Boulevard Suite 1950
Long Beach, CA 90802
562-590-3400
Fax: 562-590-3412
Email: reddins@seglaw.com

**Stuart J Purdy**
Simon Eddins and Greenstone LLP
301 East Ocean Boulevard Suite 1950
Long Beach, CA 90802
562-590-3400
Fax: 562-590-3412

**Bo W Kim**
Perkins Coie LLP
Suite 1700
1888 Century Park East
Los Angeles, CA 90067-1721
310-788-9900
Fax: 310-843-1284
Email: bkim@perkinscoie.com

**Adrian J Barrio**
Murchison & Cumming LLP
801 South Grand Avenue 9th Floor
Los Angeles, CA 90017
213-623-7400
Fax: 213-623-6336
Email: abarrio@murchisonlaw.com

**Eric P Weiss**
Murchison & Cumming

801 South Grand Avenue, 9th Floor
Los Angeles, CA 90017
213-623-7400
Email: eweiss@murchisonlaw.com

**Paul R Flaherty**
Murchison & Cumming
Chase Plaza
801 S Grand Ave, 9th Fl
Los Angeles, CA 90017-4624
213-623-7400
Email: pflaherty@murchisonlaw.com

**William T DelHagen**
Murchison & Cumming
Chase Plaza
801 S Grand Ave, 9th Fl
Los Angeles, CA 90017-4624
213-623-7400
Email: wdelhagen@murchisonlaw.com

**Deborah Maria Parker**
Knott and Glazier LLP
601 South Figueroa St
Suite 4200
Los Angeles, CA 90017
213-312-9200
Fax: 213-312-9201
Email: parker@knottglazier.com

**Raymond Joseph Decker**
Prindle Decker & Amaro
310 Golden Shore, 4th Floor
P O Box 22711
Long Beach, CA 90802-5511
562-436-3946
Email: joseph.decker@mendes.com

**Vernon Rene Daley**
Mendes & Mount LLP
445 South Figueroa Street 38th Floor
Los Angeles, CA 90071
213-955-7724
Fax: 213-955-7725

Email: rene.daley@mendes.com

**Warren M Williams**
Mendes and Mount LLP
445 South Figueroa Street 38th Fl
Los Angeles, CA 90071
213-955-7700
Fax: 213-955-7725
Email: warren.williams@mendes.com

**Paul Christopher White , II**
DeHay and Elliston LLP
800 West 6th Street Suite 788
Los Angeles, CA 90017
213-271-2727
Fax: 213-277-2730
Email: pwhite@dehay.com

**Joanna MacQueen**
DeHay & Elliston LLP
800 West Sixth Street
Los Angeles, CA 90017
213-271-2727
Fax: 213-271-2730
Email: jmacqueen@dehay.com

**Salin Ebrahamian**
DeHay & Elliston LLP
800 West 6th Street Suite 788
Los Angeles, CA 90017
213-271-2727
Fax: 213-271-2730

**Patrick Mark Mahoney**
Schiff Hardin LLP
One Market Spear Street Tower 32nd Floor
San Francisco, CA 94105
415-901-8700
Fax: 415-901-8701
Email: pmahoney@schiffhardin.com