February 9, 2011

Clerk of the Panel
Judicial Panel on Multi-District Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

    Re:    **In Re: Asbestos Product Liability Litigation (No. VI)**
             **MDL 875 Proceedings**

Dear Clerk of the Panel:

    Pursuant to Rule 7.5(e) of the Rules of the Judicial Panel on Multidistrict Litigation, we write on behalf of our client, defendant Otis Elevator Company to notify the Clerk of the Panel of the following potential "tag-along" action in MDL No. 875:

        <u>Geraldine Hilt v. C.C. Moore & Co., et al.</u>

    These asbestos-related action is pending in the United States District Court for the Northern District of California, Civil Action No. <u>C 10-05844 CW</u>.

    Please note that this case was filed on December 22, 2010 with the Northern District of California and meet the criteria for transfer to the MDL 875.

    Attached electronically are copies of the docket sheet, complaint, proof of service and defendant Otis Elevator Company's notice of tag-along action.

Please do not hesitate to contact me should you have any questions about the above.

Respectfully submitted,

TUCKER ELLIS & WEST LLP

*/S/ JOHN SON*

John Son

Enclosures

cc:     All Counsel of Record