## SCHEDULE

| Div. | C.A.# | Judge | Case Caption |
|---|---|---|---|
| Northern District of California | | | |
| 1. | 4:10-cv-05844 | Hon. Wilken | Geraldine Hilt v. C.C. Moore & Co., et al. |