## SERVICE LIST

Geraldine Hilt v. C.C. Moore & Co.

David R. Donadio, Esq.
Brayton Purcell LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA  94948-6169
Telephone:  (415) 898-1555

Archer Norris
P.O. Box 8035
2033 N. Main Street, Suite 800
Walnut Creek, CA  94596

Berry & Berry
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA  94610

Brydon Hugo & Parker
135 Main Street, 20th Floor
San Francisco, CA  94105

Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.
100 Bush Street, Suite 900
San Francisco, CA  94104-4509

Jackson Jenkins Renstrom LLP
55 Francisco Street, 6th Floor
San Francisco, CA  94133

Lewis Brisbois Bisgaard & Smith LLP
One Sansome Street, Suite 1400
San Francisco, CA  94104

Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP
One California Street, Suite 1910
San Francisco, CA  94111

Sinunu Bruni LLP
333 Pine Street, Suite 400
San Francisco, CA  94104

Steptoe & Johnson LLP
633 West Fifth Street, 7th Floor
Los Angeles, CA  90071