UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

MDL No: **875**                                                                                    Docket No. **6722**

## MAJOR DEFICIENCY LIST
*(Counsel Notification of Deficiency Required)*

The following deficiencies are considered MAJOR and must be corrected by the filing party within the allotted time or an *Order Striking Pleading* may be issued by the Clerk of the Panel.

**Correction Required: 24 hours from date of Notice**

  **x**      CM/ECF Practice/Docket Entry Not Spread to Appropriate case (s)

   **Action Required: Please select the appropriate case to be spreaded.**

  **x**      CM/ECF Practice/Missing Referenced MDL Number from Docket Entry

   **Action Required:  Please reference MDL Number that Notice of Appearance should be filed in.**

  **x**      CM/ECF Practice/Party Type Not Identified

   **Action Required:  Please Identify if you represent the plaintiff or defendant.**

Use the Withdrawal Event first; then re-file your Notice of Appearance.

***The time allotted to correct deficiencies are subject to change. Please read carefully to ensure full compliance with Notice of Deficiency***

**Correction Deadline: February 14, 2011**

FOR THE PANEL:
Jeffery N. Luthi
Clerk of the Panel

**Dated: February 11, 2011**