# Greenberg Traurig

Robert J. Kirshenberg
212-801-2186
KirshenbergR@gtlaw.com

February 11, 2011

**Via ECF Filing**

Mr. Jeffrey Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

Re:   In Re: Asbestos Products Liability Litigation -- MDL No. 875
      Notice of Related Action

Case Name:   *Eisenberg v. American Optical Corporation, et al.*,
             United States District Court, Southern District of New York
             Case No. 11-CIV-0393 (JFK)

Dear Mr. Luthi:

We are counsel to Lorillard Tobacco Company in this action. I write to withdraw Lorillard's original Corporate Disclosure Statement filed as document number 6699. At the request of Ms. Littleton, we filed an Amended Corporate Disclosure Statement today.

Thank you for your assistance.

Respectfully submitted,

/s/ Robert J. Kirshenberg

cc:   All Counsel of Record (via ECF)