KNOTT & GLAZIER LLP
GUY P. GLAZIER, SBN 162628
DEBORAH M. PARKER, SBN 228203
707 Wilshire Boulevard, Suite 2025
Los Angeles, California  90017
Telephone:   213-312-9200
Facsimile:   213-312-9201
E-mail:   glazier@knottglazier.com
E-mail:   parker@knottglazier.com

Attorneys for Defendant,
LOCKHEED MARTIN CORPORATION

## BEFORE THE JUDICAL PANEL ON MULTI-DISTRICT LITIGATION

### IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ASBESTOS LITIGATION (NO. VI) | MDL NO. 875 |

THIS DOCUMENT RELATES TO:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT McNAUGHTON,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOODRICH CORPORATION; GENERAL ELECTRIC COMPANY; METROPOLITAN LIFE INSURANCE COMPANY; UNITED TECHNOLOGIES CORPORATION; WESTERN MACARTHUR COMPANY; MACARTHUR COMPANY; MEGGITT AIRCRAFT BRAKING SYSTEMS CORPORATION (f/k/a AIRCRAFT BRAKING SYSTEMS CORPORATION); GENERAL DYNAMICS CORPORATION; CURTIS-WRIGHT CORPORATION; ACME AUTO PARTS, INCORPORATION; MCDONNELL DOUGLAS CORPORATION; LOCKHEED MARTIN CORPORATION; THE BOEING COMPANY; ROHR, INC.; THE GOODYEAR TIRE & RUBBER COMPANY; PARKER-HANNIFIN CORPORATION; SCOTT CO. OF CALIFORNIA; and DOES 1 through 800, inclusive,<br><br>　　　　　　Defendants. | Civil Action No.:  CV11-00791-GHK (CWx)<br><br>**NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE**<br><br>Complaint Filed:   September 30, 2010<br>Trial Date:            None set. |

TO EACH PARTY AND THEIR ATTORNEY OF RECORD:

    Pursuant to the Clerk of the Panel's Major Deficiency List at Docket No. 6724, Defendant Lockheed Martin Corporation hereby withdraws the attached Notice of Appearance filed on February 10, 2011.

                                                            Respectfully submitted,

Dated: February 11, 2011                 KNOTT & GLAZIER LLP

                                                By: /s/ Nina C. Irani
                                                     Nina C. Irani

                                                  Attorneys for Defendant
                                                  LOCKHEED MARTIN CORPORATION

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

THIS FORM MUST BE FILED WITH THE PANEL NO LATER THAN (Noon Eastern Time) ON THE DATE INDICATED IN THE NOTICE FROM THE PANEL

MDL No. 875 & TITLE - IN RE: Asbestos Products Liability Litigation (No. VI)

# NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Defendant Lockheed Martin Corporation

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Robert McNaughton v. Goodrich Corporation, et al., CAC 2:11-cv-00791

************************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

February 10, 2011

Date    Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Nina C. Irani, Knott & Glazier LLP, 707 Wilshire Blvd., Suite 2025, Los Angeles, California 90017

Telephone No.: 213-312-9200    Fax No.: 213-312-9201

Email Address: irani@knottglazier.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the Clerk of the Court of the United States Judicial Panel on Multidistrict Litigation through that court's CM/ECF e-filing system.

On February 10, 2011, I electronically served the following documents:

**NOTICE OF APPEARANCE**

on the interested parties in this action by e-filing the above document with the JPML CM/ECF e-service program as required by the court.

/s/ Nina C. Irani
Nina C. Irani

## Notices

MDL No. 875 IN RE: Asbestos Products Liability Litigation (No. VI)

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered by Irani, Nina on 2/10/2011 at 7:56 PM EST and filed on 2/10/2011
**Case Name:** IN RE: Asbestos Products Liability Litigation (No. VI)
**Case Number:** MDL No. 875
**Filer:**
**Document Number:** 6722

**Docket Text:**
NOTICE OF APPEARANCE FOR CTO-358 re: pldg. (1 in CAC/2:11-cv-00791) Filed by Nina C Irani on behalf of Lockheed Martin Corporation (Irani, Nina)

**MDL No. 875 Notice has been electronically mailed to:**

David C Landin    DLandin@Hunton.com

Peter G Angelos    mjolley@lawpga.com

**MDL No. 875 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/10/2011] [FileNumber=168982-0]

[5e3bcc68bdad3a4024be308503271ca7e5c4b1f54addac933027c8c4bebb39c0b6828
52352387fdd2f7cd59fa4a81ac45f7795f54c2bef149db03c497662dfa3]]

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the Clerk of the Court of the United States Judicial Panel on Multidistrict Litigation through that court's CM/ECF e-filing system.

On February 11, 2011, I electronically served the following documents:

**NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE**

on the interested parties in this action by e-filing the above document with the JPML CM/ECF e-service program as required by the court.

/s/ Nina C. Irani
Nina C. Irani