## SCHEDULE

| Div. | C.A.# | Judge | Case Caption |
|---|---|---|---|
| Northern District of California | | | |
| 1. | 3:11-cv-00577-JCS | Hon. Spero | Nicholas Vassale v. Crown Cork & Seal Company Inc., et al. |