## SERVICE LIST

Nicholas Vassale v. Crown Cork & Seal Company Inc., et al.

**David R. Donadio**
Brayton Purcell LLP
222 Rush Landing Road
Novato, CA 94948-6169

Yaron & Associates
601 California Street, 21st Floor
San Francisco, CA  94108