1  **TUCKER ELLIS & WEST LLP**
   LANCE D. WILSON – SBN 183852
2  lance.wilson@tuckerellis.com
   135 Main Street, Suite 700
3  San Francisco, California 94105
   Telephone: 415.617.2400
4  Facsimile: 415.617.2409

5  **TUCKER ELLIS & WEST LLP**
   JOHN K. SON – SBN 238516
6  john.son@tuckerellis.com
   515 South Flower Street
7  Forty-Second Floor
   Los Angeles, CA 90071-2223
8  Telephone: 213.430.3400
   Facsimile: 213.430.3409
9
   Attorneys for Defendant
10 UNITED TECHNOLOGIES CORPORATION

11                **UNITED STATES DISTRICT COURT**
12                **NORTHERN DISTRICT OF CALIFORNIA**
13

14 | NICHOLAS VASSALE, | Case No.: 3:11-cv-00577-JCS |
15 | Plaintiff, | Hon. Joseph C. Spero |
16 | v. | **DEFENDANT UNITED TECHNOLOGIES CORPORATION'S NOTICE OF TAG-ALONG ACTION** |
17 | CROWN CORK & SEAL COMPANY INC., et al., | |
18 | Defendants | Multi-District Rule 7.5(e) |
19

20      TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR
21 ATTORNEYS OF RECORD:
22      PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict
23 Litigation entered an order transferring all asbestos cases pending in federal court to the United
24 States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial
25 proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-
26 along actions," or actions involving common questions of fact filed after the January 1991 filings
27 of the Panel's Order to Show Cause. MDL Rule 13(e) provides:
28

"Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears."

The undersigned hereby notifies the court that this is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either: (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

DATED: February 11, 2011                     TUCKER ELLIS & WEST LLP

                                             By: _____
                                             Lance D. Wilson
                                             Attorneys for Defendant
                                             UNITED TECHNOLOGIES
                                             CORPORATION

---
2
UNITED TECHNOLOGY CORPORATION'S
NOTICE OF TAG-ALONG ACTION

SFOiManage/74908/00541/158955/1