# MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
ATTORNEYS AT LAW

www.mooclaw.com

DELAWARE OFFICE
Suite 800
913 N. Market Street
Wilmington, DE 19801
(302) 658-6538 Fax: (302) 658-6537

*Steven A. Stoehr*
Member NJ & PA Bars
sstoehr@mooclaw.com

February 15, 2011

Mr. Jeffrey N. Luthi
Clerk of Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
One Columbus Circle, N.E.
Washington, DC 20002-8004

## NOTICE OF TAG-ALONG ACTION TO
## ASBESTOS PRODUCT LIABILITY LITIGATION - MDL No. 875

RE: James Petroski and Patricia Petroski v. Viad Corp., et al.
In the United States District Court for the District of Delaware
No. 1:10-cv-00909-UNA

Dear Mr. Luthi:

We represent Viad Corporation in the above matter. On October 27, 2010, our office mailed to the Judicial Panel on Multidistrict Litigation, via U.S. Mail, a Notice of Tag Along letter related to the above matter. (See Letter and Exhibits attached hereto as Exhibit "A"). In that letter, we requested that the above matter be transferred in accordance with this Panel's prior practice of transferring tag-along actions involving asbestos claims to the Eastern District of Pennsylvania for coordinated and consolidated pre-trial proceedings pursuant to 28 U.S.C. §1407 in the Asbestos Products Liability Litigation (No. VI), MDL No. 875.

Apparently, as a result of the new procedures that went into effect on October 4, 2010, this letter was not filed with the panel. As such, the above matter has not yet been transferred to the MDL. Please accept the attached letter as Viad's request to have the above matter transferred to the MDL.

If you have any questions regarding this matter, please feel free to contact me.

{DE177508.1}

| Philadelphia | Pennsauken | New York City | Pittsburgh | Towson | Elmsford |
| Pennsylvania | New Jersey | New York | Pennsylvania | Maryland | New York |

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
February 15, 2011
Page 2

                    **MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**

                    By: _____
                            Steven A. Stoehr

SAS/SS

{DE177508.1}