BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCT LIABILITY LITIGATION (NO. IV) | MDL DOCKET NO. 875 |
| MARVIN EISENBERG and LORRAINE EISENBERG,<br><br>Plaintiffs,<br><br>- against -<br><br>AMERICAN OPTICAL CORPORATION; et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:11-cv-00393<br>Southern District of New York<br>Judge John F. Keenan |

### PLAINTIFFS' MOTION FOR ORDER VACATING CONDITIONAL TRANSFER ORDER TO ALLOW TRANSFEROR COURT TO RULE ON PLAINTIFFS' MOTION FOR REMAND TO STATE COURT

COME NOW plaintiffs and file this Motion for Order Vacating Conditional Transfer Order to Allow Transferor Court to Rule on Plaintiffs' Motion for Remand to State Court, and would respectfully show as follows:

1. This case was filed in New York State court. It was removed to federal court (S.D.N.Y.) on January 19, 2011. On January 28, 2011, the Panel entered an order conditionally transferring this case to MDL-875 in the Eastern District of Pennsylvania. On February 14, 2011, a pre-motion conference was held before Judge John F. Keenan, United States District Judge for the Southern District of New York. Judge Keenan set forth a briefing schedule for Plaintiffs' motion to remand whereby the motion will be fully submitted on March 15, 2011. Judge Keenan further indicated that he would do his best to issue a prompt decision.

2. Plaintiffs respectfully request that the Panel vacate the conditional transfer order so that the transferor court may have time to rule on plaintiffs' motion for remand to state court.

Such relief is warranted because Dr. Marvin Eisenberg is dying of mesothelioma and will be gravely prejudiced if he dies before trial. Further, it would be a substantial waste of judicial resources to transfer the case to the MDL should the transferor court determine that Defendants cannot establish fraudulent joinder or that removal was untimely, as asserted by Plaintiffs in their motion to remand.

3. The Panel has vacated CTOs in the past so as to permit the transferor court to rule on threshold motions to remand. The Panel is respectfully referred to Plaintiffs' brief in support, filled herewith, for a full discussion of these issues.

WHEREFORE, Plaintiffs respectfully request that the Panel VACATE the conditional transfer order pending a determination by the United States District Court for the Southern District of New York on Plaintiffs' Motion to Remand to State Court.

Dated: New York, New York
February 15, 2011

Respectfully submitted,
BELLUCK & FOX LLP

_____
Seth A. Dymond (SD-0129)
546 Fifth Avenue, 4th Floor
New York, New York 10036
T: 212.681.1575
F: 212.681.1574
sdymond@belluckfox.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that on February 15, 2011, a true and correct copy of the foregoing Motion to Vacate Conditional Transfer Order was delivered via overnight mail, postage prepaid, to all counsel of record on the following service list:

| COUNSEL: | DEFENDANTS: |
|---|---|
| Christopher Healy, Esq./Judy Yavitz, Esq<br>**REED SMITH, LLP**<br>599 Lexington Avenue<br>New York, New York 10022 | Union Carbide Corp. |
| William E. Vita, Esq.<br>**WESTERMAN BALL EDERER MILLER et al.**<br>1201 RXR Plaza<br>Uniondale, New York 11556 | Hollingsworth & Vose |
| Robert J. Kirshenberg, Esq.<br>**GREENBERG & TRAURIG, LLP**<br>200 Park Avenue<br>New York, NY 10166<br>-and-<br>Christopher V. Cotton, Esq.<br>**SHOOK, HARDY & BACON LLP.**<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108 | Lorillard Tobacco Company |
| Justin Perri, Esq.<br>**STEPTOE & JOHNSON**<br>750 Seventh Avenue, Suite 1900<br>New York, New York 10019 | Metropolitan Life Insurance Company |
| Linda Yassky, Esq.<br>**SONNENSCHEIN NATH & ROSENTHAL**<br>1221 Avenue of the Americas<br>New York, New York 10020 | Rapid American Corp. |

The action insofar as asserted against any other named defendant has been discontinued, dismissed, or resolved.

_____
Seth A. Dymond