**SCHEDULE OF ACTION**
BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCT LIABILITY　　　　MDL DOCKET NO. 875
LITIGATION (NO. IV)

This Document Relates to:
MARVIN EISENBERG and LORRAINE EISENBERG v. AMERICAN OPTICAL CORPORATION, et al.
Unites States District Court for the Southern District of New York
Civil Action No. S.D.N.Y. 1:11-cv-00393 (JFK)
The Honorable John F. Keenan

Plaintiffs
Marvin Eisenberg and Lorraine Eisenberg

Defendants
AMERICAN OPTICAL CORPORATION;
BAXTER HEALTHCARE CORPORATION,
Individually and as Successor-in-Interest to American Hospital Supply Corp. and American Scientific Products;
CARRIER CORPORATION;
CBS CORPORATION, f/k/a Viacom Inc as Successor in Interest to Westinghouse Electric Corp.;
COLE-PARMER INSTRUMENT COMPANY;
FISHER SCIENTIFIC INTERNATIONAL, INC.;
GENERAL ELECTRIC COMPANY;
GEORGIA-PACIFIC CORPORATION, Individually and as successor to Bestwall Gypsum Company;
HOLLINGSWORTH & VOSE COMPANY;
KAISER GYPSUM COMPANY, INC.;
KENTILE FLOORS, INC. a/k/a Kentile Operating Company;
LORILLARD TOBACCO COMPANY,
Individually and as Successor to P. Lorillard Company and as Successor to Lorillard, Inc.;
MAGID GLOVE;
METROPOLITAN LIFE INSURANCE COMPANY;
OWENS ILLINOIS, INC.;
PHILIPS HEALTHCARE;
RAPID-AMERICAN CORPORATION, Successor-by-merger to Glen Alden Corporation, Briggs Manufacturing Co., Philip Carey Corporation and Philip Carey Manufacturing;
SIEMENS CORPORATION, Individually and as Successor to Powers;
THOMAS SCIENTIFIC;
UNION CARBIDE CORPORATION;
UNITED GILSONITE LABORATORIES;
VWR INTERNATIONAL;
WILL SCIENTIFIC.