# EXHIBIT C

EXHIBIT C



#5                                                                 January 6, 2010

# The following 89 cases have been designated as comprising the April 2011 in extremis trial cluster.

| **Belluck & Fox**<br>(10 cases: 9 ME, 1 LC) | **Index No.** | **Disease** |
|---|---|---|
| Benson, Mike | 190320/10 | Mesothelioma |
| Campbell, Donald % | 190319/10 | Mesothelioma |
| Eisenberg, Marvin % | 190397/10 | Mesothelioma |
| Gogel, Wilfred Joseph | 190332/10 | Mesothelioma |
| Marqusee, Charles % | 190286/10 | Mesothelioma |
| Mazer, Michael, Jr. #% | 190181/10 | Mesothelioma |
| Mendez, William * | 190318/10 | Lung Cancer |
| Pacheco, Edwin % | 190393/10 | Mesothelioma |
| Richman, Aaron | 190288/10 | Mesothelioma |
| Tansosch, Christopher % | 190382/10 | Mesothelioma |

| **Early & Strauss**<br>(8 cases: 8 ME) | **Index No.** | **Disease** |
|---|---|---|
| Bellach, Cordell J., | 190267/10 | Mesothelioma |
| Chinea, Manuel | 190323/10 | Mesothelioma |
| Hunt, Harold | 190356/10 | Mesothelioma |
| Keenan, Morris | 190322/10 | Mesothelioma |
| Mancini, Angelo # | 190060/10 | Mesothelioma |
| O'Dwyer, Chung Soon | 190371/10 | Mesothelioma |
| Seiff, Bernice | 190350/10 | Mesothelioma |
| Sisson, Donald | 190302/10 | Mesothelioma |

| **The Karst Law Firm**<br>(1 case: 1 ME) | **Index No.** | **Disease** |
|---|---|---|
| Cugno, Salvatore | 190407/10 | Mesothelioma |

| **Lanier Law Firm**<br>(1 case: 1 ME) | **Index No.** | **Disease** |
|---|---|---|
| Cushman, Richard L. % | 190419/10 | Mesothelioma |

| **Levy Phillips & Konigsberg**<br>(4 cases: 4 ME) | **Index No.** | **Disease** |
|---|---|---|
| Guck, James | 190368/10 | Mesothelioma |
| Hotzelt, William C. | 190361/10 | Mesothelioma |
| Moreno, Michael | 190262/10 | Mesothelioma |
| Morillo, Jacqueline | 190360/10 | Mesothelioma |

\# Holdover     * Medical Objection to be resolved by 12 10 10     % Forum Objection

**Locks Law Firm**
(1 case:   1 ME)

| | | |
|---|---|---|
| Spier, William | 190305/10 | Mesothelioma |

**Napoli, Bern Ripka**
(3 cases: 2 ME, 1 LC)

| | | |
|---|---|---|
| Chilarksi, John | 190391/10 | Mesothelioma |
| Martinez, Angel | 190421/10 | Mesothelioma |
| Powell, Patricia #  % & | 101901/98 | Lung Cancer |

| **Weitz & Luxenberg** | **Index No.** | **Disease** |
|---|---|---|
| (58 cases: 29 ME, 28 LC, 1 OC) | | |
| Andrucki, George | 190377/10 | Mesothelioma |
| Basileo, Antonio | 190321/10 | Mesothelioma |
| Bickel, Alvin  % | 190311/10 | Mesothelioma |
| Byl, Cornelius | 190413/10 | Lung Cancer |
| Carella, Raymond | 190416/10 | Mesothelioma |
| Cathers, Lincoln D. | 190415/10 | Mesothelioma |
| Cooper, Lowell R. | 190248/10 | Mesothelioma |
| Corino, Anthony | 190351/10 | Mesothelioma |
| Cotrona, Cosimo | 190403/10 | Mesothelioma |
| Coyne, Thomas J. | 190399/10 | Mesothelioma |
| Cristiano, Robert | 190317/10 | Mesothelioma |
| D'Aquila, Bernard | 190343/10 | Lung Cancer |
| Dellacroce, Salvatore | 190425/10 | Lung Cancer |
| DeNaro, Theodore | 190331/10 | Lung Cancer |
| DiGilio, Louis | 190166/10 | Lung Cancer |
| Foley, Patricia Anne | 190411/10 | Mesothelioma |
| Foley, Richard | 190315/10 | Lung Cancer |
| Formica, Gaetano | 190309/10 | Mesothelioma |
| Galen, Sam | 190335/10 | Lung Cancer |
| Garay, Julio % | 190404/10 | Mesothelioma |
| Gemellaro, Joseph | 190336/10 | Lung Cancer |
| Gennosa, Joseph | 190340/10 | Lung Cancer |
| Gennosa, Rosalie | 190338/10 | Lung Cancer |
| Giangrande, Joseph | 190398/10 | Lung Cancer |
| Giulini, Charles | 190179/10 | Lung Cancer |
| Hanze, Ronald * | 190344/10 | Lung Cancer |
| Hazell, James | 190341/10 | Lung Cancer |
| Herbin, Henry | 190313/10 | Lung Cancer |
| Homberger, Robert | 190162/10 | Lung Cancer |
| Jeffery, Donald | 190312/10 | Mesothelioma |

2                                                                  January 6, 2011

\# Holdover     * Medical Objection to be resolved by 12 10 10     % Forum Objection
& Case to be transferred to a different plaintiff's firm

| | | |
|---|---|---|
| Kelly, Edward | 190337/10 | Lung Cancer |
| Kling, Richard | 190299/10 | Lung Cancer |
| Loccisano, Giulio | 190357/10 | Mesothelioma |
| Maglio, Alphonse | 190243/10 | Mesothelioma |
| McPadden, Francis | 190384/10 | Esophageal Cancer |
| Mediate, Arthur J. % | 190358/10 | Lung Cancer |
| Micelli, Philip % | 190234/10 | Lung Cancer |
| Mont, Annette | 190402/10 | Mesothelioma |
| Mullen, Joseph | 190270/10 | Lung Cancer |
| Oddo, Luis % | 190414/10 | Mesothelioma |
| Orbanic, Danko | 101158/99 | Lung Cancer |
| Papoulias, Emmanuel % | 190316/10 | Mesothelioma |
| Patel, Arunkumar | 190370/10 | Mesothelioma |
| Paul, Richard | 190020/08 | Lung Cancer |
| Peters, Volkert J. % | 190423/10 | Lung Cancer |
| Prange, Wilhelm | 190226/10 | Lung Cancer |
| Rich, Marvin | 190271/10 | Mesothelioma |
| Ritzel, Glenn | 190269/10 | Mesothelioma |
| Saccento, Michael | 190376/10 | Lung Cancer |
| Sasoni, Israel % | 190327/10 | Mesothelioma |
| Scheuermann, Friedrich | 110182/00 | |
| | 117872/00 | Lung Cancer |
| Schmid, Edward % | 190250/10 | Mesothelioma |
| Stupino, Daniel | 190385/10 | Mesothelioma |
| Thater, Robert | 190297/10 | Mesothelioma |
| Vinticinquo, Angelina % | 190314/10 | Mesothelioma |
| Ward, John M. | 190261/10 | Mesothelioma |
| Woolsey, Raymond E. | 190365/10 | Mesothelioma |
| Zink, Daniel J. | 190417/10 | Lung Cancer |

**Wilentz, Goldman & Spitzer**        **Index No.**        **Disease**
(3 cases, 3 ME)

| | | |
|---|---|---|
| Devine, George D. | 190410/10 | Mesothelioma |
| Stumme, George | 106012/98 | Mesothelioma |
| Williams, Thomas ## | 190350/09 | Mesothelioma |

3                                                                                January 6, 2011

\# Holdover    * Medical Objection to be resolved by 12 10 10    % Forum Objection
& Case to be transferred to a different plaintiff's firm

NEW YORK CITY ASBESTOS LITIGATION
DISCOVERY SCHEDULE
APRIL 2011 ACCELERATED TRIAL CLUSTER

| DATE DUE | ACTIVITY TO BE COMPLETED NO LATER THAN DATE DESIGNATED |
|---|---|
| 8/19/10-10/25/10 | Period to file letter applications for inclusion in trial cluster. |
| 11/16/10 | Designation of trial cluster by court and publication of discovery schedule by Special Master (XV.A.). |
| 11/25/10 | Defendants identify discovery and medical liaison counsel for trial group (XIV.B.). |
| 12/21/10 | Plaintiffs serve product identification interrogatories and requests for production on defendants. |
| 1/13/11 | Depositions of plaintiffs completed. If plaintiff is unable to testify due to physical illness, mental impairment or death, plaintiff will produce two co-workers for deposition no later than seven days after this date. |
| 1/19/11 | Defendants respond to plaintiffs' product identification discovery. |
| 1/19/11 | Third party complaints filed. |
| 1/19/11 | Plaintiffs serve expert witness reports, including economists, on remaining defendants. |
| 1/26/11 | Plaintiffs deliver to defense medical liaison counsel all radiology and pathology materials. |
| 3/1/11 | Depositions of plaintiffs' expert completed (as Court permits). |
| 3/1/11 | Plaintiffs serve fact witness list. |
| 3/15/11 | Plaintiffs serve exhibit and expert witness list. |

4                                                            January 6, 2011

\# Holdover    \* Medical Objection to be resolved by 12 10 10    % Forum Objection
& Case to be transferred to a different plaintiff's firm

| | |
|---|---|
| 3/15/11 | Defendants serve notices of deposition of plaintiffs' fact witnesses. |
| 3/15/11 | Defendants serve fact witness list. |
| 3/15/11 | Independent medical examinations of plaintiffs completed. |
| 3/24/11 | Plaintiffs serve notices of deposition of defendants' fact witnesses. |
| 3/29/11 | Defendants serve expert witness report, including economists. |
| 3/29/11 | Defendants serve exhibit and expert witness lists. |
| 4/3/11 | Court announces trial group(s) and format. |

\# Holdover     \* Medical Objection to be resolved by 12 10 10     % Forum Objection
& Case to be transferred to a different plaintiff's firm

January 6, 2011

\# Holdover    \* Medical Objection to be resolved by 12 10 10    % Forum Objection
& Case to be transferred to a different plaintiff's firm