## SERVICE LIST

Barry Cropper, et al. v. Ford Motor Company, et al.

**David R. Donadio**
Brayton Purcell LLP
222 Rush Landing Road
Novato, CA 94948-6169