## SCHEDULE

| Div. | C.A.# | Judge | Case Caption |
|---|---|---|---|
| Souther District of California | | | |
| 1. | 11-cv-0284 MMA | Hon. Anello | Barry Cropper, et al. v. Ford Motor Company, et al. |