TUCKER ELLIS & WEST LLP
ANTHONY D. BROSAMLE – STATE BAR NO. 208664
515 South Flower Street
Forty Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

TUCKER ELLIS & WEST LLP
EVAN C. NELSON – STATE BAR NO. 172957
135 Main Street, Suite 700
San Francisco, California 94105
Telephone: (415) 617-2400
Facsimile: (415) 617-2409

Attorneys for Defendant
ROCKWELL AUTOMATION, INC.

FILED
2011 FEB 10 PM 4:10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

'11 CV 0284 MMA POR

| | |
|---|---|
| BARRY CROPPER and DOROTHY CROPPER, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY; UNION CARBIDE CORPORATION; ROCKWELL AUTOMATION, INC.; METROPOLITAN LIFE INSURANCE COMPANY; MERCEDES-BENZ USA, LLC; ESCONDIDO MOTORS LTD.; FERRARI NORTH AMERICA, INC.; and DOES 1 through 800, inclusive, <br><br> Defendants. | Case No. <br><br> **DEFENDANT ROCKWELL AUTOMATION, INC.'S NOTICE OF TAG-ALONG ACTION** |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania,

1

DEFENDANT ROCKWELL AUTOMATION, INC.'S NOTICE OF TAG-ALONG ACTION
LaImanage/011371/000006/695617

for coordinated or consolidated pretrial proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 1991 filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either: (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

DATED: February 10, 2011           TUCKER ELLIS & WEST LLP

By: _____
Anthony D. Brosamle
Evan C. Nelson
Attorneys for Defendant
Rockwell Automation, Inc.

Tucker Ellis & West LLP
515 South Flower Street
Forty Second Floor
Los Angeles, CA 90071

2

DEFENDANT ROCKWELL AUTOMATION, INC.'S NOTICE OF TAG-ALONG ACTION
LaImanage/011371/000006/695617