# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received: 02/15/2011**

**District Court: D. North Dakota**

Number of Actions: 3

Complaints and Docket Sheets are attached.

_____
CLERK OF THE PANEL