**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. __875_____ & TITLE - IN RE: __Asbestos Products Liability Litigation (No. VI)_____

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Robert McNaughton v. Goodrich Corporation, et al., CACD Civil Action No. 2:11-CV-00791
_____

**CORPORATE DISCLOSURE STATEMENT**

The undersigned counsel for __McDonnell Douglas Corporation_____, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☒ This party's parent, subsidiary and other affiliate corporations are listed below (for affiliates, briefly describe nature of affiliation; attach separate document if necessary)

The Boeing Company

☒ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

The Boeing Company

☒ The following publicly-held corporation(s), although not parties to the matter, have a financial interest in the outcome of the matter (e.g., by reason of insurance, a franchise agreement, or an indemnity agreement). Briefly describe the nature of the interest. (Note: parent, subsidiary, or affiliate corporations of a publicly-held corporation that falls within this category need not be disclosed.)

The Boeing Company - parent corporation to Defendant McDonnell Douglas Corporation

**OR**

☐ This party does not have any parent, subsidiary or affiliate corporations; no publicly-held corporation owns 10% or more of the party's stock; and no publicly-held corporation has a financial interest in the outcome of the matter.

| /s/ James C. Pettis | Bryan Cave LLP |
|---|---|
| Signature of Attorney | Name of Firm |
| 120 Broadway, Suite 300 | Santa Monica, CA 90401 |
| Address | City/State/Zip Code |

Date __February 15, 2011_____

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.