UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    Thomas Baker v. Air & Liquid Systems Corp., et al.,    )
        S.D. Illinois, C.A. No. 3:11-00008    )     MDL No. 875

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*Baker*) on January 24, 2011. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Baker* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Baker* was remanded to the Circuit Court of the Third Judicial Circuit, Madison County, Illinois, by the Honorable G. Patrick Murphy in an order filed on February 7, 2011.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-355" filed on January 24, 2011, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel