## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:10-cv-08819-TPG

Pfab v. A.W. Chesterton Co. Inc. et al
Assigned to: Judge Thomas P. Griesa
Case in other court: Supreme Court-Civil, 190334-10
Cause: 28:1441 Notice of Removal

Date Filed: 11/22/2010
Jury Demand: None
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**Raymond Pfab**

V.

**Defendant**

**A.W. Chesterton Co. Inc.**

**Defendant**

**Air & Liquid Systems Corporation**
*as successor by merger to Buffalo Pumps, Inc.*

**Defendant**

**Aurora Pump Company**

**Defendant**

**Buffalo Pumps**
*Division of Air & Liquid Systems Corporation by Merger*

**Defendant**

**Carrier Corporation**

**Defendant**

**CBS Corporation**
*formerly known as*
Viacom, Inc. Successor by Merger to CBS Corporation, fka Westinghouse Electric Corporation

**Defendant**

**Crane Co.**

**Defendant**

**Crane Pumps & Systems, Inc.**

**Defendant**

Eaton Hydrolics, Inc.

**Defendant**

Elliott Turbomachinery Co.

**Defendant**

FMC Corporation
*on behalf of it former peerles pumps*

**Defendant**

Fairbanks-Morse Engine

**Defendant**

Ford Motor Co.

**Defendant**

Fort Kent Holdings, Inc.
*formerly known as*
Dunham-Bush, Inc.

**Defendant**

Foster Wheeler

**Defendant**

Foster Wheeler Energy Corp.

**Defendant**

Gardner Denver, Inc.

**Defendant**

General Electric Co.

**Defendant**

Georgia-Pacific LLC

**Defendant**

Goulds Pumps Incorporated

**Defendant**

Honeywell International, Inc.
*formerly known as*
Alliedsignal, Inc., as successor-in-interest to The Bendix Corporation

**Defendant**

Hopeman Brothers, Inc.

**Defendant**

**IMO Industries, Inc.**

**Defendant**

**Ingersall-Rand Corp.**

**Defendant**

**ITT Industries, Inc.**

**Defendant**

**Peerless Pumps**

**Defendant**

**Rapid-American Corp.**

**Defendant**

**The Nash Engineering Company**

**Defendant**

**Taco, Inc.**

**Defendant**

**Trane U.S. Inc.**
*(Formerly: American Standard, Inc. Individually and on behalf of its division The Trane Company) formerly known as*
American Standard Inc.

**Defendant**

**Viacom, Inc.**
*successor by merger to CBS, Corp. formerly known as*
Westinghouse Electric Corp.

**Defendant**

**Viad Corp.**
*as Successor in interest to Griscom Russel Co.*

represented by **Francis Allen Montbach**
Mound Cotton Wollan & Greengrass (NYC)
One Battery Park Plaza
9th Floor
New York, NY 10004
212-804-4229
Fax: 212-344-8066
Email: FMontbach@Moundcotton.com
*ATTORNEY TO BE NOTICED*

**Defendant**

Warren Pumps

**Defendant**

Yarway Corporation

| Date Filed | # | Docket Text |
|---|---|---|
| 11/22/2010 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 190334-10. (Filing Fee $ 350.00, Receipt Number 921745).Document filed by Viad Corp..(rdz) (Additional attachment(s) added on 11/29/2010: # 1 Exhibit A, # 2 Exhibit B & C, # 3 Exhibit D, # 4 Exhibit E, # 5 Exhibit F & Exhibit 1 & 2, # 6 Exhibit G, # 7 Exhibit H, # 8 Exhibit 3, # 9 Exhibit 4 pages 1-10, # 10 Exhibit 4 pages pages 11-20, # 11 Exhibit 4 pages 21-29, # 12 Exhibit 5, # 13 Exhibit 6 Part 1, # 14 Exhibit 6 part 2 pages 1-10, # 15 Exhibit 6 Part 2 pages 11-30, # 16 Exhibit 6 Part 2 pages 31-45, # 17 Exhibit 6 Part 2 pages 46-79) (ama). (Entered: 11/23/2010) |
| 11/22/2010 |  | Magistrate Judge Ronald L. Ellis is so designated. (rdz) (Entered: 11/23/2010) |
| 11/22/2010 |  | Case Designated ECF. (rdz) (Entered: 11/23/2010) |
| 11/22/2010 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Morgan Stanley & Co. Inc. as Corporate Parent. Document filed by Raymond Pfab.(rdz) (ama). (Entered: 11/23/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/15/2011 14:02:22 | | | |
| PACER Login: | mc1641 | Client Code: |  |
| Description: | Docket Report | Search Criteria: | 1:10-cv-08819-TPG |
| Billable Pages: | 2 | Cost: | 0.16 |