# MOUND COTTON WOLLAN & GREENGRASS

COUNSELLORS AT LAW

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1486

(212) 804-4200

FAX (212) 344-8066

WWW.MOUNDCOTTON.COM

NEW YORK, NY
NEWARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL

**WRITER'S DIRECT DIAL**
212-804-4229
fmontbach@moundcotton.com

February 15, 2011

Clerk of the Panel
One Columbus Circle, N.E.
Thurgood Marshall Federal
 Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

Re: Raymond Pfab v.
A.W. Chesterton Co., Inc. et. al.
SDNY Civ #10 Civ. 08819 (TPG)
MDL No. 875 - In Re: Asbestos Products
Liability Litigation (No. VI)
Our File: 2210.174

Dear Clerk of the Panel:

In accordance with our telephone conversation today, we file herewith Viad Corp's Notice of Related Action, in the captioned matter, and enclose, as requested, a copy of the Southern District Docket Sheet. If there are any questions, please let us know.

Thank you for your cooperation.

Very truly yours,

MOUND COTTON WOLLAN & GREENGRASS

By _____
Francis A. Montbach

FAM:mk
Attachment