

DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103-7300
www.dlapiper.com

Nancy Shane Rappaport
nancy.rappaport@dlapiper.com
T 215.656.3357
F 215.606.3357

February 16, 2011

Jeffrey N. Lüthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
One Columbus Circle, N.E.
Washington, DC 20002-8004

Re:   **BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*
**DOCKET NO. MDL-875**

## NOTICE OF TAG-ALONG ACTION

Dear Mr. Lüthi:

This firm represents defendant Northrop Grumman Shipbuilding, Inc. ("Northrop Grumman") in *Rakevich v. Electric Boat Corp., et al.*, an action seeking damages for asbestos-related injuries filed in the Court of Common Pleas, Philadelphia, Pennsylvania, No. 01266, January Term 2011. This case has been consolidated with *Rakevich v. Honeywell International Inc., et al.*, No. 02255, December Term 2010. Attached at Tab 1 are copies of the Complaints in these actions. Northrop Grumman subsequently removed these consolidated cases to the United States District Court for the Eastern District of Pennsylvania, case number 11-1088. A copy of the Eastern District of Pennsylvania Court Docket is attached at Tab 2. *Rakevich* is related to and shares common issues of fact with the actions in *In Re Asbestos Products Liability Litigation*, Docket No. MDL-875 ("MDL-875"), which were transferred to the Eastern District of Pennsylvania before the Honorable James T. Giles, pursuant to the Panel's Order and Opinion of July 29, 1991. *In re Asbestos Products Liability Litigation (No. VI)*, 771 F. Supp. 415 (J.P.M.L. 1991).

*Rakevich* involves common issues of fact with, and is related to the actions in MDL-875 in a number of respects. First and most importantly, the cause of action in *Rakevich* is based on the same factual predicates as other actions in MDL-875 – namely, allegations of asbestos-related disease or injury stemming from exposure to asbestos in products and on premises and inhalation of asbestos fibers. Second, based on these allegations, the Rakevichs' assert the same causes of action as the plaintiffs in MDL-875, including negligence and strict liability claims. Third, like the plaintiffs in MDL-875, the Rakevichs seek to recover compensatory damages for



**DLA PIPER**

Jeffrey N. Lüthi
February 16, 2011
Page Two

asbestos-related disease or injury. For these reasons, discovery in *Rakevich* would be streamlined and conducted more efficiently through the coordinated multidistrict discovery process already in place in MDL-875 governing the same types of asbestos allegations, claims and damages. Accordingly, pursuant to R.P.J.P.M.L 7.2(i), 7.3(a), 7.4 and 7.5(e), Defendant Northrop Grumman Shipbuilding, Inc. hereby notifies the Panel that *Rakevich* is pending in federal court and should be transferred to the Eastern District of Pennsylvania to become part of MDL-875.

If you have any questions, please do not hesitate to contact me at the above telephone number.

Very truly yours,

Nancy Shane Rappaport

NSR:smw

cc: United States District Court, Eastern District of Pennsylvania (via electronic filing)
All Counsel of Record in *Rakevich* (*See* Tab 3) (via electronic notification)