# Exhibit "1"



By: Edward M. Nass  
E-mail: emnass@hbnpclaw.com  
Identification No. 34588  
HOWARD, BRENNER & NASS, P.C.  
1608 Walnut Street, Suite 700  
Philadelphia, PA 19103  
(215) 546-8200

Attorneys for Plaintiff,

ASSESSMENT OF DAMAGES HEARING  
IS REQUIRED  
NON-JURY

---

ROBERT A. RAKEVICH and PHYLLIS RAKEVICH,:  
h/w  
124 Elma-McCleary Road #13  
Elma, WA 98541

vs.

HONEYWELL INTERNATIONAL, INC., as  
successor in interest to Allied Signal, Inc., as successor :  
in interest to Bendix Corporation  
Columbia Road & Park Avenue  
Morristown, NJ 07960  (058) (CONT'D)

COURT OF COMMON PLEAS  
PHILADELPHIA COUNTY

December TERM, 2010  
NO. 2255

CIVIL ACTION - COMPLAINT  
(Personal Injury - 2090 Asbestos)  
NOTICE TO DEFEND

NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

Philadelphia Bar Association  
Lawyer Referral and Information Service  
One Reading Center  
Philadelphia, Pennsylvania 19107  
(215) 238-6333

AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas espuestas en las paginas siguientes, usted tiene veinte (20) disa de plazo el partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perer dinero o sus propiedades u otros derechos importantes para usted.

*Lleva esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagartal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede consequir asistencia legal.*

Asociacion de Licenciadosde Filadelfia  
Servicio de Referencia e Informacion Legal  
One Reading Center  
Filadelfia, Pennsylvania 19107

Case ID: 101202255

Air and Liquid Systems Corp, as successor
by merger to Buffalo Pumps, Inc.
c/o C.T. Corporation
116 Pine Street, Suite 320
Harrisburg, PA 17101

DAP, Inc.
2400 Boston Street, Suite 200
Baltimore, MD 21224

The Drever Group (220)
c/o Superior Group, Inc.
One Tower Bridge, Suite 525
100 Front Street
West Conshohocken, PA 19428

Durametallic Corporation
2104 Factory Street
Kalamazoo, MI 49001

Excelsior, Inc.
P.O. Box 970
Rockford, IL 61105

Foster Wheeler Corporation
Perryville Corporate Park
Clinton, NJ 08809-4000 (131)

General Electric Co.
3135 Easton Turnpike 064
Fairfield, CT 06828

Georgia Pacific
133 Peachtree Street, NE
Atlanta, GA 30303 (3234)

Gould, Inc. (a/k/a Goulds Pumps)
2881 East Bayard Street
Seneca, NY 13148

Green, Tweed & Company (132)
2075 Detweiler Road
P.O. Box 305
Kulpsville, PA 19443-0305

Honeywell International, Inc. as successor to
Honeywell, Inc.
101 Columbia Road
Morristown, NJ 07962

Hopeman Brothers, Inc. (066)
435 Essex Avenue
Waynesboro, VA 22980

IMO Industries, Inc.
c/o CSC
2704 Commerce Drive
Harrisburg, PA 17110

IMO Industries, Inc., as successor to DeLaval
Steam Turbine Company
c/o CSC
2704 Commerce Drive
Harrisburg, PA 17110

Ingersoll-Rand Company
Corporate Center
One Centennial Avenue
Piscataway, NJ 08854

J.A. Sexauer Manufacturing Company
531 Central Park Avenue
Scarsdale, NY 10583

J.H. France Refractories
c/o Special Claims Services, Inc.
Attn: Donald E. Ward, President
809 Coshocton Avenue, Suite I
Mount Vernon, OH 43050 (227)

John Crane, Inc., f/k/a Crane Packing
Company
6400 W. Oakton Street (060)
Morton Grove, IL 60053

Keeler/Dorr-Oliver Boiler Co.
c/o Mark G. Lionetti, Esquire
Maron Marvel Bradley & Anderson, P.A.
1700 Market Street, Suite 1500
Philadelphia, PA 19103 (225)

Case ID: 101202255

Metallo Gasket Company
16 Bethany Street
New Brunswick, NJ 08903

Metropolitan Life Insurance Co.
1095 Avenue of the Americas
New York, NY 10036

Owens-Illinois, Inc. (032)
One Michael Owens Way
Perrysburg, OH 43551

Pecora Corporation
165 Wambold Road
Harleysville, PA 19438

Rapid-American Corporation
CSC
2711 Centerville Road
Wilmington, DE 19808 (4095)

Riley Power, Inc.
c/o C.T. Corporation
116 Pine Street, Suite 320
Harrisburg, PA 17101

Rockbestos-Surprenant Cable Corp.
f/n/a The Rockbestos Company
2704 Commerce Drive #B
Harrisburg, PA 17110

SB Decking, Inc., f/k/a Selby Battersby & Company
c/o Francis McGill Hadden, Esquire
GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE
1700 Two Logan Square, 18th and Arch Sts.
Philadelphia, PA 19103

Square D Company
1415 S. Roselle Road
Palatine, IL 60067

Westinghouse Electric Corp.
20 Stanwix Street
Pittsburgh, PA 15222 (099)

Case ID: 101202255

By:  Edward M. Nass                                    Attorneys for Plaintiff,
E-mail: mailto:emnass@hbnpclaw.com
Identification No. 34588
HOWARD, BRENNER & NASS, P.C.                ASSESSMENT OF DAMAGES
1608 Walnut Street, Suite 700                HEARING IS REQUIRED
Philadelphia, PA  19103                      NON-JURY
(215) 546-8200

---

ROBERT A. RAKEVICH and PHYLLIS RAKEVICH,:    COURT OF COMMON PLEAS
h/w                                         PHILADELPHIA COUNTY
124 Elma-McCleary Road #13
Elma, WA  98541                                         TERM,
                                             NO.
         vs.

HONEYWELL INTERNATIONAL, INC., as
successor in interest to Allied Signal, Inc., as successor
in interest to Bendix Corporation
Columbia Road & Park Avenue
Morristown, NJ 07960  (058)(CONT'D)

## SHORT FORM COMPLAINT

Plaintiff incorporates by reference Plaintiff's Master Long Form Complaint In Re: Asbestos Litigation in Philadelphia Court of Common Pleas, filed as of October Term, 1986, No. 8610-0001. Pursuant to an Order dated July 30, 1986 and signed by the Honorable Richard B. Klein and the Honorable Edward J. Blake the following Short Form Complaint is utilized in this asbestos action.

Case ID: 101202255

1. This Complaint involves the claims for the following persons:

(a) Plaintiff

   Name:    Robert A. Rakevich

   Address:   124 Elma-McCleary Road #13
              Elma, WA 98541

   Social Security Number:   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

   Date of Birth:   11/07/1936

(b) Spouse:   Phyllis

2. The Defendants are those companies identified in the caption of this Complaint. See Appendix A for additional information pertaining to the named defendants in this action.

3. Plaintiff's employment history is as follows:

   Employer:   U.S. Air Force
   Years:      1954 to 1957
   Job Title:  A.C. & W Radar Technician

   Employer:   Boeing Aircraft
   Years:      1958 – 1963
   Job Title:  Experimental Electronics Technician

   Employer:   Interstate Electronics
   Years:      1963 - 1973
   Job Title:  Senior Electronics Technician; Shift/Boat Engineer

   Employer:   Self-Employed
   Years:      1973 - 1984
   Job Title:  Owner/Operator – Catalog Store Montgomery Ward

   Employer:   Self-Employed
   Years:      1986 - 2002
   Job Title:  Investment Banker

Case ID: 101202255

4. Plaintiff was exposed to asbestos during portions of his employment in the U.S. Air Force, at Boeing, and for Interstate Electronics. Discovery and investigation is continuing as to whether the plaintiff was exposed to asbestos in any other occupational settings, and in any non-occupational settings.

5. Plaintiff was diagnosed on or about November 25, 2009, as suffering from lung cancer. Plaintiff's exposure to asbestos was a factual cause of hi lung cancer.

6. A claim for lost wages is not being asserted at this time.

HOWARD, BRENNER & NASS, P.C.

BY: _____
EDWARD M. NASS
Attorneys for Plaintiffs

Case ID: 101202255

APPENDIX A

The plaintiffs incorporate by reference Plaintiff's Master Long Form Complaint in Re: Asbestos Litigation Philadelphia Court of Common Pleas, filed as of October Term, 1986, No. 8610-0001.

1. Defendant, Drever Furnaces, is a Pennsylvania corporation with its principal place of business in Radnor, Pennsylvania.

2. Defendant, Keeler/Dorr-Oliver Boiler Company is a Delaware corporation with its principal place of business located at 238 West Street, Williamsport, Pennsylvania 17701. Said defendant does business within the Commonwealth of Pennsylvania.

3. Rapid-American Corporation (f/k/a Glen Alden Corporation), is a corporation with its principal place of business in a state other than Pennsylvania. Rapid-American Corporation conducted extensive business in Pennsylvania itself and through its subsidiaries. Said corporation may be served with process at c/o McCrory Corporation, 1700 Broadway, Suite 1403, New York, NY 10019.

4. J.H. France Refractories is a Pennsylvania corporation with its principal place of business in Snow Shoe, Pennsylvania.

5.  On information and belief, the below listed defendant companies, at all times material hereto, were authorized to do business in the Commonwealth of Pennsylvania:

WESTINGHOUSE ELECTRIC CORP.
20 Stanwix Street
Pittsburgh, PA 15222

Case ID: 101202255

## VERIFICATION

The undersigned is the Plaintiff in this action, and verifies that the facts contained in the foregoing document are true and correct to the best of my knowledge, information, and belief. To the extent that the contents of the said document are based on information gathered by my counsel, the undersigned has relied upon counsel in executing this verification. The language of this verification is that of counsel and not of the signer. I understanding that the statements contained in said document are made subject to the penalties of 18 Pa.C.S. section 4904 relating to unsworn falsification to authorities.

DATE:_____     By: X _Robert A. Dobevich_ (signature)

Case ID: 101202255

Case MDL No. 875   Document 6745-1   Filed 02/16/11   Page 11 of 16



By: Edward M. Nass
E-mail: emnass@hbnpclaw.com
Identification No. 34588
HOWARD, BRENNER & NASS, P.C.
1608 Walnut Street, Suite 700
Philadelphia, PA 19103
(215) 546-8200

Attorneys for Plaintiff,

ASSESSMENT OF DAMAGES HEARING
IS REQUIRED
NON-JURY

ROBERT A. RAKEVICH and PHYLLIS RAKEVICH,
h/w
124 Elma-McCleary Road #13
Elma, WA  98541

vs.

ELECTRIC BOAT CORPORATION
75 Eastern Point Road
Groton, CT  06340-4989
and
NORTHRUP GRUMMAN SHIPBUILING, as
successor to NORTHRUP GRUMMAN NEWPORT
NEWS and NEWPORT NEWS SHIPBUILDING and
DRYDOCK COMPANY
1840 Century Park East
Los Angeles, CA  90067-2199

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

TERM,
NO.

CIVIL ACTION - COMPLAINT
(Personal Injury - 2090 Asbestos)
NOTICE TO DEFEND

NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.

Philadelphia Bar Association
Lawyer Referral and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-6333

AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas espuestas en las paginas siguientes, usted tiene veinte (20) disa de plazo el partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perer dinero o sus propiedades u otros derechos importantes para usted.

Lleva esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagartal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.

Asociacion de Licenciadosde Filadelfia
Servicio de Referencia e Informacion Legal
One Reading Center
Filadelfia, Pennsylvania 19107

Case ID: 110101266

By:   Edward M. Nass  
E-mail: mailto:emnass@hbnpclaw.com  
Identification No. 34588  
HOWARD, BRENNER & NASS, P.C.  
1608 Walnut Street, Suite 700  
Philadelphia, PA 19103  
(215) 546-8200  

Attorneys for Plaintiff,

ASSESSMENT OF DAMAGES  
HEARING IS REQUIRED  
NON-JURY  

ROBERT A. RAKEVICH and PHYLLIS RAKEVICH,:  
h/w  
124 Elma-McCleary Road #13  
Elma, WA 98541  

vs.

ELECTRIC BOAT CORPORATION  
75 Eastern Point Road  
Groton, CT 06340-4989  
and  
NORTHRUP GRUMMAN SHIPBUILING, as  
successor to NORTHRUP GRUMMAN NEWPORT  
NEWS and NEWPORT NEWS SHIPBUILDING and  
DRYDOCK COMPANY  
1840 Century Park East  
Los Angeles, CA 90067-2199  

COURT OF COMMON PLEAS  
PHILADELPHIA COUNTY  

TERM,  
NO.

### SHORT FORM COMPLAINT

Plaintiff incorporates by reference Plaintiff's Master Long Form Complaint In Re: Asbestos Litigation in Philadelphia Court of Common Pleas, filed as of October Term, 1986, No. 8610-0001. Pursuant to an Order dated July 30, 1986 and signed by the Honorable Richard B. Klein and the Honorable Edward J. Blake the following Short Form Complaint is utilized in this asbestos action.

Case ID: 110101266

1. This Complaint involves the claims for the following persons:

(a) Plaintiff

    Name: Robert A. Rakevich

    Address: 124 Elma-McCleary Road #13
                Elma, WA 98541

    Social Security Number: 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

    Date of Birth: 11/07/1936

(b) Spouse: Phyllis

2. The Defendants in this action are those companies identified in the caption of this Complaint.

3. Defendant, Electric Boat Corporation, at all time relevant herein, owned, operated, possessed, and controlled the Electric Boat facility in Groton, Connecticut.

4. Defendant, Northrup Grumman Shipbuilding, is a successor to Newport Northrup Grumman Newport News and Newport News Shipbuilding and Dry Dock Company, and at all times relevant herein, owned, operated, possessed, and controlled the Newport News Shipyard in Newport News, Virginia.

5. Plaintiff's employment history is as follows:

    Employer: U.S. Air Force
    Years: 1954 to 1957
    Job Title: A.C. & W Radar Technician

    Employer: Boeing Aircraft
    Years: 1958 – 1963
    Job Title: Experimental Electronics Technician

    Employer: Interstate Electronics
    Years: 1963 - 1973
    Job Title: Senior Electronics Technician; Shift/Boat Engineer

Case ID: 110101266

| | |
|---|---|
| Employer: | Self-Employed |
| Years: | 1973 - 1984 |
| Job Title: | Owner/Operator – Catalog Store Montgomery Ward |

| | |
|---|---|
| Employer: | Self-Employed |
| Years: | 1986 - 2002 |
| Job Title: | Investment Banker |

6. Plaintiff was exposed to asbestos during portions of his employment in the U.S. Air Force, at Boeing, and for Interstate Electronics. Discovery and investigation is continuing as to whether the plaintiff was exposed to asbestos in any other occupational settings, and in any non-occupational settings.

7. During plaintiff's employment with Interstate Electronics, plaintiff worked at, among other places, Electric Boat and Newport News Shipyard, and in the course of this employment, the plaintiff was exposed to airborne dust from various types of asbestos-containing products.

8. Defendants, Electric Boat Corporation and Northrup Grumman Shipbuilding, are liable to the plaintiff on a negligence theory failing to warn the plaintiff and others similarly situated of the dangers associated with exposure to airborne asbestos dust being generated on the premises of the defendants. No other theory of liability is being pursued against these particular defendants, Electric Boat Corporation and Northrup Gumman Shipbuilding.

9. Plaintiff was diagnosed on or about November 25, 2009, as suffering from lung cancer. Plaintiff's exposure to asbestos was a factual cause of hi lung cancer.

10. A claim for lost wages is not being asserted at this time.

HOWARD, BRENNER & NASS, P.C.

BY: _____
EDWARD M. NASS
Attorneys for Plaintiffs

Case ID: 110101266

## VERIFICATION

The undersigned is the Plaintiff in this action, and verifies that the facts contained in the foregoing document are true and correct to the best of my knowledge, information, and belief. To the extent that the contents of the said document are based on information gathered by my counsel, the undersigned has relied upon counsel in executing this verification. The language of this verification is that of counsel and not of the signer. I understanding that the statements contained in said document are made subject to the penalties of 18 Pa.C.S. section 4904 relating to unsworn falsification to authorities.

DATE: _1-11-11_   By: X _[signature]_

Case ID: 110101265