# Exhibit "2"

ASBESTOS, MDL-875

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-01088-ER

| | |
|---|---|
| RAKEVICH et al v. HONEYWELL INTERNATIONAL, INC. et al | Date Filed: 02/14/2011 |
| Assigned to: HONORABLE EDUARDO C. ROBRENO | Jury Demand: None |
| Cause: 28:1442 Notice of Removal | Nature of Suit: 368 P.I. : Asbestos |
| | Jurisdiction: Federal Question |

**Plaintiff**

**ROBERT A. RAKEVICH**     represented by **EDWARD M. NASS**
HOWARD BRENNER & NASS, PC
1608 WALNUT ST., STE. 700
PHILADELPHIA, PA 19103
215-546-8200
Email: emnass@hbnpclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PHYLLIS RAKEVICH**
*H/W*     represented by **EDWARD M. NASS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**HONEYWELL INTERNATIONAL, INC.**

**Defendant**

**ELECTRIC BOAT CORPORATION**

V.

**Movant**

**NORTHROP GRUMMAN SHIPBUILDING, INC.**     represented by **NANCY SHANE RAPPAPORT**
DLA PIPER RUDNICK GRAY CARY US, LLP
ONE LIBERTY PLACE
1650 MARKET ST
SUITE 4900
PHILADELPHIA, PA 19103
215-656-3357

Email: nancy.rappaport@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2011 | 1 | NOTICE OF REMOVAL by NORTHROP GRUMMAN SHIPBUILDING, INC. from Court of Common Pleas Phila County, case number Dec. Term, 2010, #02255. (Filing fee $ 350 receipt number PPE037712); Cert of Serv. (jmv, ) (Additional attachment(s) added on 2/15/2011: # 1 Complaint) (jmv, ). (Additional attachment(s) added on 2/15/2011: # 2 Exh. B) (jmv, ). (Additional attachment(s) added on 2/15/2011: # 3 Cover sheet, # 4 Case man form, # 5 Design form) (jmv, ). (Entered: 02/15/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/16/2011 11:06:51 | | | |
| **PACER Login:** | dp0005 | **Client Code:** | 000001-000006 |
| **Description:** | Docket Report | **Search Criteria:** | 2:11-cv-01088-ER |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |