IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT A. RAKEVICH and PHYLLIS RAKEVICH, h/w<br>Plaintiffs,<br><br>vs.<br><br>ELECTRIC BOAT CORPORATION, et al.<br>Defendants..<br>--------------------------------------------------------<br>ROBERT A. RAKEVICH and PHYLLIS RAKEVICH, h/w<br>Plaintiffs,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., et al.<br>Defendants. | **CIVIL ACTION**<br><br>No. 11-1083<br>No. 11-1088 |

**CERTIFICATE OF SERVICE**

I, Nancy Shane Rappaport, Esquire, attorney for Defendant, Northrop Grumman Shipbuilding, Inc., hereby certify that the attached Notice of Tag-Along Action was served on the 16h day of February, 2011, by first class mail upon the following:

See attached counsel list

BY: _____
Nancy Shane Rappaport, Esq.

## COUNSEL LIST - ROBERT RAKEVICH

Edward M. Nass, Esquire
**Howard, Brenner & Nass, P.C.**
1608 Walnut Street, Suite 700
Philadelphia, PA 19103
Fax No.:    (215)545-1951
**Plaintiffs' Counsel**

Peter J. Neeson, Esquire
**RAWLE & HENDERSON**
One South Penn Square, 6th Floor
Philadelphia, PA 19107-3519
Fax No.;    (215)563-2583
**Counsel for Honeywell (Bendix)**

Barbara Buba, Esquire **WILBRAHAM, LAWLER & BUBA**
1818 Market Street, Suite 3100
Philadelphia, PA 19103
Fax No.:    (215)564-4385
**Counsel for DAP**

John Howarth, Esquire
**WILBRAHAM, LAWLER & BUBA**
1818 Market Street Suite 3100
Philadelphia, PA 19103
Fax No.:    (215)564-4385
Counsel **for Air and Liquid Systems Corp. (Buffalo Pumps)**

G. Daniel Bruch, Jr., Esquire
**SWARTZ, CAMPBELL & DETWEILER**
Two Liberty Place, 28th Floor
SOS. 16th Street
Philadelphia, PA 19102
Fax No.:    (215)299-4301
**Counsel for Dreyer**

Timothy D. Rau, Esquire **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
1845 Walnut Street
Philadelphia, PA 191034717
Fax No.;    (215)575-0856
**Counsel for Durametallic**

**Keeler/Dorr-Oliver Bioler Company**
C/O MARK G. LIONETTI, ESQUIRE
1700 MARKET STREETS SUITE 1500
PHILADELPHIA PA 19103

Vincent F. Reilly, Esquire
Tracey McDevitt, Esquire
**REILLY, JANTCZEK & McDEVITT, P.C**
The Widner Building
One South Penn Square, Mezzanine Level
Philadelphia, PA 19107
Fax No.:    (215)972-0405
**Counsel for Foster Wheeler, J.H. France**

John McShea, Esquire
**McSHEA & TECCE**
Bell Atlantic Tower
1717 Arch Street, 28th Floor
Philadelphia, PA 19103
Fax No.:    (215)599-0888
**Counsel for General Electric, Westinghouse Electric**

Kevin O'Brien, Esquire
**Marks, O'Neill, O'Brien & Courtney, P.C.**
1880 John F. Kennedy Boulevard, Suite 1200
Philadelphia, PA 19103
Fax No.:    (215)564-2526
**Counsel for Georgia Pacific, Honeywell, Inc, Pecora**

Michael L. Turner, Esquire **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
1845 Walnut Street Philadelphia, PA 19103-4717
Fax No.:    (215)575-0856
**Counsel for Gould Pumps**

David Weinberg, Esquire
**Segal McCambridge**
1818 Market Street Suite 2600
Philadelphia, PA 19103
Fax No.:       (215)972-8016
**Counsel for Green Tweed**

Daniel J. Ryan, Jr., Esquire **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGJN**
1845 Walnut Street
Philadelphia, PA 191034717
Fax No.:       (215)575-0856
**Counsel for Hopeman Brothers, Rockbestos**

Craig F. Turet Esquire
**OFFTTKURMAN**
Three Parkway
1601 Cherry Street, 13th Floor
Philadelphia, PA 19102
FaxNo.:       (267)338-1335
**Counsel forLMO Industries, IMO Industries (DeLaval Steam Turbine Company)**

Catherine N. Jasons, Esquire
**KELLEY, JASONS, MCGOWAN, SPENELLI & HANNA, LLP**
Two Liberty Place, Suite 1900
50 South 16th Street
Philadelphia, PA 19102
Fax No.:       (215)854-8434
**Counsel for Ingersoll-Rand**

Christopher N. Santoro, Esquire
**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
1845 Walnut Street
Philadelphia, PA 19103-4717
Fax No.:       (215)575-0856
**Counsel for J.A. Sexauer**

Tiffany Turner, Esquire
**DICKIE, McCAMEY & CHILCOTE, P.C**
Public Ledger Building, Suite 901
150 South Independence Mall West
Philadelphia, PA 19106-3409
Fax No.:       (215)925-0307
**Counsel for John Crane**

Mark G. Lionetti, Esquire
**MARON MARVEL BRADLEY & ANDERSON, PA**
1700 Market Street Suite 1500
Philadelphia, PA 19103
FaxNo.:       (215)231-7101
**Counsel for John Crane**

Lisa B. Flickstein, Esquire
**MARGOLIS, EDELSTEIN**
The Curtis Center, 4th Floor
Independence Square West
6th & Walnut Streets
Philadelphia, PA 19106-3304
FaxNo.:       (215)922-1772
**Counsel for Metallo Gasket**

Stewart Singer. Esquire
**SALMON RICCHEZZA SINGER TURCHI**
1700 Market Street, Suite 3110
Philadelphia, PA 19103
FaxNo.:       (215)606-6601
**Counsel for Metropolitan Life**

Eric J. Kadish, Esquire
**MARON MARVEL BRADLEY & ANEERSCN, P.A.**
1700 Market Street, Suite 1500
Philadelphia, PA 19103
FaxNo.:       (215)231-7101
**Counsel for Owens-Illinois**

Scott Kipnis. Esquire
**HOFHEIMER, GARTLIR & GROSS, LLP**
530 Fifth Avenue
New York, NY 10036
Fax No.: (212)897-4999
**Counsel for Rapid-American**

R. Thomas Mclaughlin, Esquire
**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
620 Freedom Business Center, Suite 300
King of Prussia, PA 19406
Fax No.: (610)354-8299
**Counsel for Riley Power**

Francis McGill Madden, Esquire
**GIBBONS, P.C.**
1700 Two Logan Square, 18th and Aich Streets
Philadelphia, PA 19103
Fax No.: (215)636-0366
**Counsel for Rockbestos**

W, Matthew Reber, Esquire
**Kelley, Jasons, McGowan, Spinelli & Hanna, LLP**
Two Liberty Place, Suite 1900
50 South 16th Street
Philadelphia, PA 19102
Fax No.: (215)854-8434
**Counsel for Square D**

M. Douglas Eisler, Esquire **WILSON, ELSER, MOSKOWTTZ, EDELMAN & DICKER, LLP**
The Curtis Center, Suite 1130 East
Independence Square West
Philadelphia. PA 19106
Fax No.: (215)627-2665
Counsel for Electric Boat

Nancy Rappaport Esquire
DLA Piper LLP US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103
Fax No.: (215)656-3301
**Counsel for Northup Grumman**

Sb Decking, Inc.
C/O FRANCIS MCGILL HADDEN, ESQ
1700 TWO LOGAN SQUARE
18TH AND ARCH STREETS
PHILADELPHIA PA 19103