**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**NOTICE OF HEARING SESSION**

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:		March 30, 2011

LOCATION OF HEARING SESSION:	Edward J. Schwartz U.S. Courthouse
					Ceremonial Courtroom No. 1, 4th Floor
					940 Front Street
					San Diego, California  92101

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:30 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) does not need to appear at the Hearing Session.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the hearing session.

For those matters listed on Section A of the Schedule, the enclosed "Notice of Presentation or Waiver of Oral Argument" must be returned to this office no later than **March 11, 2011.**  The procedures governing Panel oral argument (Panel Rule 11.1) are attached.  The Panel strictly adheres to these procedures.

					FOR THE PANEL:

					*/s/ Jeffery Lüthi*
					Jeffery N. Lüthi
					Clerk of the Panel

cc: Clerk, U.S. District Court for the Southern District of California

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


HEARING SESSION ORDER


The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on March 30, 2011, the Panel will convene a hearing session in San Diego, California, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.


PANEL ON MULTIDISTRICT LITIGATION:

_____
John G. Heyburn II
Chairman

| | |
|---|---|
| Kathryn H. Vratil | David R. Hansen |
| W. Royal Furgeson, Jr. | Frank C. Damrell, Jr. |
| Barbara S. Jones | Paul J. Barbadoro |

SCHEDULE OF MATTERS FOR HEARING SESSION
March 30, 2011 -- San Diego, California


SECTION A
MATTERS DESIGNATED FOR ORAL ARGUMENT[1]


MDL No. 2223 -- **IN RE: NAVISTAR 6.0 L DIESEL ENGINE PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Joe Waggoner, et al.; Brandon Burns; Johnny Quiroz; Forrest Pace; Dennis Tacker; and Betty Ann Gould for centralization of the following actions in the United States District Court for the Southern District of California or, in the alternative, the United States District Court for the Middle District of Tennessee:

<u>Western District of Arkansas</u>

Joe Waggoner, et al. v. Navistar, Inc., et al., C.A .No. 5:10-05228

<u>Southern District of California</u>

Brandon Burns v. Navistar, Inc., et al., C.A. No. 3:10-02295

<u>Northern District of Illinois</u>

Custom Underground, Inc., et al. v. Ford Motor Company, C.A. No. 1:10-00127

<u>Southern District of Mississippi</u>

Johnny Quiroz v. Navistar, Inc., et al., C.A. No. 2:10-00282

---

[1] This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer. See Panel Rules 6.1 and 6.2. In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.

Schedule of Matters for Hearing Session, Section A  p. 2
San Diego, California

MDL No. 2223 (Continued)

       Eastern District of North Carolina

   Forrest Pace v. Navistar, Inc., et al., C.A. No. 4:10-00180

       Middle District of Tennessee

   Dennis Tacker v. Navistar, Inc., et al., C.A. No. 3:10-01080

       District of Utah

   Betty Ann Gould v. Navistar, Inc., et al., C.A. No. 2:10-01145

MDL No. 2224 -- **IN RE: MOROCCANOIL TRADEMARK LITIGATION**

   Motion of plaintiffs Moroccanoil, Inc., et al., for centralization of the following actions in the United States District Court for the Central District of California:

       Central District of California

   Moroccanoil, Inc. v. Target Corporation, et al., C.A. No. 2:10-00563
   Moroccanoil, Inc. v. Nordstrom Inc., et al., C.A. No. 2:10-01430
   Moroccanoil, Inc. v. CVS Caremark Corporation, et al., C.A. No. 2:10-02043
   Moroccanoil, Inc. v. T.J. Maxx, et al., C.A. No. 2:10-02293
   Moroccanoil, Inc., et al. v. Buy.com, Inc., et al., C.A. No. 2:10-05572
   Moroccanoil, Inc., et al. v. Folica, Inc., et al., C.A. No. 2:10-05694
   Moroccanoil, Inc., et al. v. Beauty Encounter, Inc., et al., C.A. No. 2:10-05696
   Moroccanoil, Inc., et al. v. Rite Aid Corporation, et al., C.A. No. 2:10-05901
   Moroccanoil, Inc., et al. v. Stylebell, LLC, et al., C.A. No. 2:10-05902

       District of New Jersey

   Moroccanoil, Inc., et al. v. Harmon Stores, Inc., et al., C.A. No. 2:10-06016

Schedule of Matters for Hearing Session, Section A                                    p. 3
San Diego, California

MDL No. 2225 -- **IN RE: AIR CRASH DISASTER NEAR ISLAMABAD, PAKISTAN, ON JULY 28, 2010**

    Motion of defendants Airblue Ltd.; Airbus, S.A.S.; Honeywell International Inc.; GE Aviation Systems, LLC; International Lease Finance Corporation; Zapways.com, Inc.; and Tariq M. Chaudhary for centralization of the following actions in the United States District Court for the Central District of California:

    Northern District of Alabama

Roderick Harp v. Airblue, Ltd., C.A. No. 2:10-02953

    Central District of California

Roderick Harp, et al. v. Airblue Ltd., et al., C.A. No. 8:10-01780

    Northern District of Illinois

Roderick Harp, et al. v. Airbus Americas, Inc., et al., C.A. No. 1:10-06276

MDL No. 2226 -- **IN RE: DARVOCET, DARVON AND PROPOXYPHENE PRODUCTS LIABILITY LITIGATION**

    Motion of plaintiff Kristine Esposito for centralization of the following actions in the United States District Court for the Eastern District of New York:

    Eastern District of Louisiana

Linda Gallagher v. Xanodyne Pharmaceuticals, Inc., C.A. No. 2:10-04455

    Western District of Louisiana

Gloria Babineaux v. Xanodyne Pharmaceuticals, Inc., C.A. No. 6:10-01836
Rosemary Derryberry v. Xanodyne Pharmaceuticals, Inc., C.A. No. 6:10-01841

    Eastern District of New York

Kristine Esposito v. Xanodyne Pharmaceuticals, Inc., C.A. No. 1:10-05737

Schedule of Matters for Hearing Session, Section A                                                    p. 4
San Diego, California

## MDL No. 2227 -- IN RE: MARK DANIEL LYTTLE LITIGATION

Motion of defendants The United States of America; Eric H. Holder, Jr.; Janet Napolitano; Thomas G. Snow; John T. Morton; James T. Hayes; Raymond Simonse; David Collado; Marco Mondragon; Tracy Moten; Michael Moore; Charles Johnston; Brian Keys; Dashanta Faucette; Dean Caputo; and Robert Kendall for centralization of the following actions in the United States District Court for the Eastern District of North Carolina:

    Northern District of Georgia

Mark Daniel Lyttle v. The United States of America, et al., C.A. No.  1:10-03302

    Eastern District of North Carolina

Mark Daniel Lyttle v. The United States of America, et al., C.A. No. 4:10-00142

## MDL No. 2228 -- IN RE: SPRINT PREMIUM DATA PLAN MARKETING AND SALES PRACTICES LITIGATION

Motion of plaintiff Brian Giglio for centralization of the following actions in the United States District Court for the Southern District of California:

    Central District of California

Kimdara Sok v. Sprint Nextel Corporation, et al., C.A. No.  8:10-01858

    Northern District of California

Arlene Baisa Lockhart, et al. v. Sprint Nextel Corporation, C.A. No. 3:10-05621
Scott Tallal v. Sprint Nextel Corporation, C.A. No. 3:10-05660

    Southern District of California

David Salvatierra v. Sprint Solutions, Inc., et al., C.A. No. 3:10-02044

    District of New Jersey

Elbert Kim, et al. v. Sprint Nextel Corporation, et al., C.A. No. 2:10-06334
Jonathan Kahn v. Sprint Nextel Corporation, et al., C.A. No. 2:10-06420

    Eastern District of New York

Brian Giglio v. Sprint Solutions, Inc., et al., C.A. No. 2:10-05467

Schedule of Matters for Hearing Session, Section A                                    p. 5
San Diego, California

MDL No. 2230 -- **IN RE: QUAKER OATS TRANS-FAT MARKETING AND SALES PRACTICES LITIGATION**

   Motion of plaintiff Daniel Askin for centralization of the following actions in the United States District Court for the Northern District of Illinois:

   Northern District of California

   Elaine Pelobello v. The Quaker Oats Company, C.A. No. 3:11-00093
   Robert Chacanaca, et al. v. The Quaker Oats Company, C.A. No. 5:10-00502
   Sonya Yrene v. The Quaker Oaks Company, C.A. No. 5:10-05398
   Kelly Bruno, et al. v. The Quaker Oats Company, C.A. No. 5:10-05538

   Northern District of Illinois

   Daniel Askin v. The Quaker Oats Company, C.A. No. 1:11-00111

MDL No. 2231 -- **IN RE: LEAD CONTAMINATED FRUIT JUICE PRODUCTS MARKETING AND SALES PRACTICES LITIGATION**

   Motion of plaintiffs Nicole Crawford, Suzanne Kennedy, Karen Poulis, and Lydia Littlefield for centralization of the following actions in the United States District Court for the District of Massachusetts:

   Central District of California

   Nicole Crawford v. The Hain Celestial Group Inc., et al., C.A. No. 2:10-09900

   Southern District of California

   Jasmine Bean-Walton v. Gerber Products Company, C.A. No. 3:10-02430

   District of Colorado

   Suzanne Kennedy v. The Coca-Cola Company, et al., C.A. No. 1:10-01623

   Southern District of Florida

   Karen Poulis v. Gerber Products Company, et al., C.A. No. 9:10-81475

   District of Massachusetts

   Lydia Littlefield v. Del Monte Corporation, et al., C.A. No. 3:10-12200

Schedule of Matters for Hearing Session, Section A                             p. 6
San Diego, California


MDL No. 2232 -- **IN RE: POWER BALANCE, LLC, MARKETING AND SALES PRACTICES LITIGATION**

    Motion of plaintiff Eric Intihar for centralization of certain of the following actions in the United States District Court for the Central District of California; motion of plaintiffs Ray Keller, et al., for centralization of certain of the following actions in the United States District Court for the Northern District of Alabama; and motion of plaintiff C.F.C., a minor, by and through Christine F., his parent and guardian for centralization of the following actions in the United States District Court for the Central District of California:

    Northern District of Alabama

Trent Davidson v. Power Balance, LLC, C.A. No. 2:11-00288
Richard Bowlin v. Power Balance, LLC, C.A. No. 2:11-00351
Ray Keller, et al. v. Power Balance, LLC, C.A. No. 5:11-00243

    Central District of California

Brian Casserly v. Power Balance, LLC, et al., C.A. No. 2:11-00670
Andre Batungbacal v. Power Balance, LLC, et al., C.A. No. 8:11-00018
Devin Clemence v. Power Balance, LLC, C.A. No. 8:11-00025
Christopher Greene v. Power Balance, LLC, et al., C.A. No. 8:11-00049
Whitney Ghodsian v. Power Balance, LLC, et al., C.A. No. 8:11-00075
Joon Khang v. Power Balance, LLC, et al., C.A. No. 8:11-00145
Ian Delizo v. Power Balance, LLC, et al., C.A. No. 8:11-00151
Willy Granados, et al. v. Power Balance, LLC, et al., C.A. No. 8:11-00191
Henry Diaz v. Power Balance, LLC, C.A. No. 8:11-00205
Kenneth Whiting v. Power Balance, LLC, et al., C.A. No. 8:11-00213

    Northern District of California

C.F.C., a minor, by and through Christine F., his parent and guardian v. Power Balance, LLC, C.A. No. 3:11-00487

    Southern District of Florida

Eric Intihar v. Power Balance, LLC, C.A. No. 0:11-60049

# SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 875 -- **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Oppositions of plaintiffs Timothy Vest, et al.; Joannie L. Jefferson, et al.; Marvin Eisenberg, et al.; and Cathy Ann Baxley to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

<u>Northern District of California</u>

Timothy Vest, et al. v. Allied Packing and Supply, et al., C.A. No. 3:11-00061

<u>Eastern District of Louisiana</u>

Joannie L. Jefferson, et al. v. American Sugar Refining, Inc., et al., C.A. No. 2:10-04442

<u>Southern District of New York</u>

Marvin Eisenberg, et al. v. American Optical Corporation, et al., C.A. No. 1:11-00393

<u>District of South Carolina</u>

Cathy Ann Baxley v. Advance Auto Parts Inc., et al., C.A. No. 3:10-02985

MDL No. 1507 -- **IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Nelda Gean Horner, et al., to transfer of the following action to the United States District Court for the Eastern District of Arkansas:

<u>Northern District of Mississippi</u>

Nelda Gean Horner, et al. v. Wyeth, Inc., et al., C.A. No. 1:10-00147

Schedule of Matters for Hearing Session, Section B　　　　　　　　　　　　　　p. 8
San Diego, California

MDL No. 1596 -- **IN RE: ZYPREXA PRODUCTS LIABILITY LITIGATION**

　　　Opposition of plaintiff Heather Mendez to transfer of the following action to the United States District Court for the Eastern District of New York:

　　　　　Middle District of Florida

　　　　　Heather Mendez v. Eli Lilly & Co., et al., C.A. No. 2:10-00618

MDL No. 1626 -- **IN RE: ACCUTANE (ISOTRETINOIN) PRODUCTS LIABILITY LITIGATION**

　　　Opposition of plaintiff Daniel Slater to transfer of the following action to the United States District Court for the Middle District of Florida:

　　　　　Eastern District of Pennsylvania

　　　　　Daniel Slater v. Hoffman-La Roche Inc., et al., C.A. No. 2:10-06956

MDL No. 1700 -- **IN RE: FEDEX GROUND PACKAGE SYSTEM, INC., EMPLOYMENT PRACTICES LITIGATION (NO. II)**

　　　Opposition of plaintiffs Wayne Scovil, et al., to transfer of the following action to the United States District Court for the Northern District of Indiana:

　　　　　District of Maine

　　　　　Wayne Scovil, et al. v. FedEx Ground Package System, Inc., C.A. No. 1:10-00515

MDL No. 1736 -- **IN RE: CELEXA AND LEXAPRO PRODUCTS LIABILITY LITIGATION**

　　　Opposition of plaintiffs Mahasukh K. Shah, et al., to transfer of the following action to the United States District Court for the Eastern District of Missouri:

　　　　　Northern District of Illinois

　　　　　Mahasukh K. Shah, et al. v. Forest Laboratories, Inc., et al., C.A. No. 1:10-08163

Schedule of Matters for Hearing Session, Section B                                        p. 9
San Diego, California


MDL No. 1760 -- **IN RE: AREDIA AND ZOMETA PRODUCTS LIABILITY
            LITIGATION**

   Opposition of defendant Novartis Pharmaceuticals Corporation to remand, under 28 U.S.C. § 1407(a), of the following actions to their respective transferor courts:

   Middle District of Tennessee

   Karen Evers v. Novartis Pharmaceuticals Corp., C.A. No. 3:08-00909 (D. Arizona,
     C.A. No. 2:08-01461)
   J. Hunter Chiles, III v. Novartis Pharmaceuticals Corp., C.A. No. 3:06-00493
     (M.D. Florida, C.A. No. 3:06-00096)
   Pamela Krause, et al. v. Novartis Pharmaceuticals Corp., C.A. No. 3:06-00494
     (N.D. Florida, C.A. No. 1:06-00012)
   Veronica P. Dore, et al. v. Novartis Pharmaceuticals Corp., C.A. No. 3:06-00662
     (D. New Jersey, C.A. No. 2:06-02271)
   Antoinette Nightlinger v. Novartis Pharmaceuticals Corp., C.A. No. 3:06-00693
     (D. New Jersey, C.A. No. 2:06-02387)
   Barbara Davids v. Norvartis Pharmaceuticals Corp., C.A. No. 3:08-00070
     (severed from E.D. New York, C.A. No. 2:06-00431)
   Jacqueline Wilson v. Novartis Pharmaceuticals Corp., C.A. No. 3:06-00388
     (S.D. New York, C.A. No. 1:06-00369)
   Gary Stevens v. Novartis Pharmaceuticals Corp., C.A. No. 3:06- 00392 (S.D. New York,
     C.A. No. 1:06-00374)
   Carol King v. Novartis Pharmaceuticals Corp., C.A. No. 3:06-00516 (S.D. New York,
     C.A. No. 1:06-01289)
   Gerald Ray Worthington v. Novartis Pharmaceuticals Corp., C.A. No. 3:06-00554
     (S.D. New York, C.A. No. 1:06-03132)
   Carol Hill, et al. v. Novartis Pharmaceuticals Corp., C.A. No. 3:08-00934
     (W.D. Washington, C.A. No. 3:08-05495)


MDL No. 1871 -- **IN RE: AVANDIA MARKETING, SALES PRACTICES AND
            PRODUCTS LIABILITY LITIGATION**

   Opposition of plaintiff State of Utah to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

   District of Utah

   Mark Shurtleff v. GlaxoSmithKline, C.A. No. 2:10-01231

Schedule of Matters for Hearing Session, Section B			p. 10
San Diego, California


MDL No. 2036 -- **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

    Opposition of plaintiffs Timothy Command, et al., to transfer of the following action to the United States District Court for the Southern District of Florida:

    <u>Western District of Michigan</u>

    Timothy Command, et al. v. Bank of America, C.A. No. 1:10-01117


MDL No. 2066 -- **IN RE: ORAL SODIUM PHOSPHATE SOLUTION-BASED PRODUCTS LIABILITY LITIGATION**

    Opposition of plaintiff Doris Bendy to transfer of the following action to the United States District Court for the Northern District of Ohio:

    <u>District of Maryland</u>

    Doris Bendy v. C.B. Fleet Company, Inc., et al., C.A. No. 1:10-03385


    Motion of plaintiff William H. Cox for remand, pursuant to 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Western District of North Carolina:

    <u>Northern District of Ohio</u>

    William H. Cox v. C.B. Fleet Co., Inc., et al., C.A. No. 1:09-80093
      (W.D. North Carolina, C.A. No. 1:09-00366)


MDL No. 2100 -- **IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

    Opposition of defendant Paula Senn Peters to transfer of the following action to the United States District Court for the Southern District of Illinois:

    <u>Middle District of Alabama</u>

    Taundra Taylor v. Paula Senn Peters, et al., C.A. No. 2:10-00991

Schedule of Matters for Hearing Session, Section B                                                  p. 11
San Diego, California


MDL No. 2122 -- **IN RE: NATIONAL ARBITRATION FORUM TRADE PRACTICES LITIGATION**

    Opposition of plaintiff Dennis J. Solomon to transfer of the following action to the United States District Court for the District of Minnesota:

    District of Massachusetts

    Dennis J. Solomon v. Bank of America/FIA Services et al., C.A. No. 1:10-12087


MDL No. 2138 -- **IN RE: BANK OF AMERICA WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION**

    Opposition of defendants Bank of America Corporation and Bank of America, N.A., to transfer of the following action to the United States District Court for the District of Kansas:

    Central District of California

    Helia Chai v. Bank of America Corporation, et al., C.A. No. 8:10-01319


MDL No. 2151 -- **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

    Opposition of plaintiffs Grace Jackson, et al., to transfer of the following action to the United States District Court for the Central District of California:

    Southern District of Ohio

    Grace Jackson, et al. v. Toyota Motor Sales, U.S.A., Inc., C.A. No. 2:10-01010

Schedule of Matters for Hearing Session, Section B                                          p. 12
San Diego, California


MDL No. 2179 -- **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

    Oppositions of plaintiffs St. Joe Company, Charles Smith, and Paul Meinhart, and defendants/third-party plaintiffs 145, LLC, and James Dalton to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

    Southern District of Alabama

Vision Bank v. 145, LLC, et al., C.A. No. 1:10-00521

    District of Delaware

St. Joe Company v. Transocean Offshore Deepwater Drilling Inc., et al.,
   C.A. No. 1:10-00968

    Southern District of Texas

Charles Smith v. BP Company North America, Inc., et al., C.A. No. 4:10-04288
Paul Meinhart v. Halliburton Energy Services, Inc., et al., C.A. No. 4:11-00073


    Motions of defendant BP America, Inc., to transfer the following actions to the United States District Court for the Eastern District of Louisiana:

    Southern District of Alabama

Bridget Sprinkle v. BP America Production Company, Inc., C.A. No. 1:10-00683
David Secor v. BP America Production Company, Inc., C.A. No. 1:10-00684
Joseph Cain v. BP America Production Company, Inc., C.A. No. 1:10-00685
Sean Johnson v. BP America Production Company, Inc., C.A. No. 1:10-00686
Tommy G. Cain v. BP America Production Company, Inc., C.A. No. 1:10-00687
William R. Sprinkle v. BP America Production Company, Inc., C.A. No. 1:10-00688
William Clay McClain v. BP America Production Company, Inc., C.A. No. 1:10-00689
Smovang Pakhamma v. BP America Production Company, Inc., C.A. No. 1:10-00690
Vannalinh Pakhamma v. BP America Production Company, Inc., C.A. No. 1:10-00691
Lane Brabner v. BP America Production Company, Inc., C.A. No. 1:10-00692
Kimblerly Johnson v. BP America Production Company, Inc., C.A. No. 1:10-00693
John F. Ladd, Jr. v. BP America Production Company, Inc., C.A. No. 1:10-00694

Schedule of Matters for Hearing Session, Section B  p. 13
San Diego, California


MDL No. 2179 (Continued)


Southern District of Alabama (Continued)

Scott Russell v. BP America Production Company, Inc., et al., C.A. No. 1:11-00032
Jane P. Brooks v. BP America Production Company, Inc., et al., C.A. No. 1:11-00033
Bradley D. Shivers v. BP America Production Company, Inc., et al.,
  C.A. No. 1:11-00034

Northern District of California

Ron Johnson v. British Petroleum of America, C.A. No. 3:10-02505

Southern District of Texas

Jesco Construction Corporation of Delaware v. BP America Production Company Inc.,
  et al., C.A. No. 4:10-04964


MDL No. 2184 -- **IN RE: GOOGLE INC. STREET VIEW ELECTRONIC
    COMMUNICATIONS LITIGATION**

   Opposition of plaintiffs Kimberly Costanza, et al., to transfer of the following action to the United States District Court for the Northern District of California:

Eastern District of Texas

Kimberly Costanza, et al. v. Google, Inc., C.A. No. 6:10-00626

Schedule of Matters for Hearing Session, Section B						p. 14
San Diego, California

MDL No. 2197 -- **IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

 Oppositions of plaintiffs Eddie Milner; Samuel Wayne Slay; Michael Harper; Reginald Patterson; Donnie Taylor; Rebecca Aldridge, et al.; Lyndon Butler; and Teresa Laman to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

  Middle District of Alabama

 Eddie Milner v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:10-01085
 Samuel Wayne Slay v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:10-01086
 Michael Harper v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:10-01087
 Reginald Patterson v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:10-01088
 Donnie Taylor v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:11-00027

  Central District of Illinois

 Rebecca Aldridge, et al. v. Johnson & Johnson, et al., C.A. No. 2:10-02244

  Eastern District of Louisiana

 Lyndon Butler v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:10-04637
 Teresa Laman v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:10-04658

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a) <u>Schedule</u>.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b) <u>Oral Argument Statement</u>.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

    (i) The parties affected by a motion to transfer may agree to waive oral argument. The Panel will take this into consideration in determining the need for oral argument.

(c) <u>Hearing Session</u>.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

    (i) the dispositive issue(s) have been authoritatively decided; or

    (ii) the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d) <u>Notification of Oral Argument</u>.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

    (i) Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

    (ii) The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

- 2 -

   (e) <u>Duty to Confer</u>.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

   (f) <u>Time Limit for Oral Argument</u>.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.