UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

MDL No: **875**                                                                                   Docket No. **6744**

## MAJOR DEFICIENCY LIST
*(Counsel Notification of Deficiency Required)*

The following deficiencies are considered MAJOR and must be corrected by the filing party within the allotted time or an *Order Striking Pleading* may be issued by the Clerk of the Panel.

**Correction Required: 24 hours from date of Notice**

  x   ___CM/ECF Practice/Wrong Event Selected

> **Action Required: Please select correct event for filing. Please file the cover letter as the main document; then attach the complaint and docket sheet as two separate attachments.**

Use the Withdrawal Event first; then re-file using the Notice of Potential Tag-along Event

***The time allotted to correct deficiencies are subject to change. Please read carefully to ensure full compliance with Notice of Deficiency***

**Correction Deadline: February 18, 2011**

Dated: **February 17, 2011**                                       FOR THE PANEL:
                                                                                   Jeffery N. Luthi
                                                                                   Clerk of the Panel