UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

MDL No: **875**                                                                                              Docket No. **6744**

**MAJOR DEFICIENCY LIST**
*(Counsel Notification of Deficiency Required)*

The following deficiencies are considered MAJOR and must be corrected by the filing party within the allotted time or an ***Order Striking Pleading*** may be issued by the Clerk of the Panel.

**Correction Required: 24 hours from date of Notice**

  x    CM/ECF Practice/Wrong Event Selected

> **Action Required: Please select correct event for filing. Please file the cover letter as the main document; then attach the complaint and docket sheet as two separate attachments.**

Use the Withdrawal Event first; then re-file using the Notice of Potential Tag-along Event

***The time allotted to correct deficiencies are subject to change. Please read carefully to ensure full compliance with Notice of Deficiency***

**Correction Deadline: February 18, 2011**

Dated: **February 17, 2011**                                                         FOR THE PANEL:
                                                                                                          Jeffery N. Luthi
                                                                                                          Clerk of the Panel