# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:10-cv-08819-TPG

Pfab v. A.W. Chesterton Co. Inc. et al
Assigned to: Judge Thomas P. Griesa
Case in other court: Supreme Court-Civil, 190334-10
Cause: 28:1441 Notice of Removal

Date Filed: 11/22/2010
Jury Demand: None
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**Raymond Pfab**

V.

**Defendant**

**A.W. Chesterton Co. Inc.**

**Defendant**

**Air & Liquid Systems Corporation**
*as successor by merger to Buffalo Pumps, Inc.*

**Defendant**

**Aurora Pump Company**

**Defendant**

**Buffalo Pumps**
*Division of Air & Liquid Systems Corporation by Merger*

**Defendant**

**Carrier Corporation**

**Defendant**

**CBS Corporation**
*formerly known as*
Viacom, Inc. Successor by Merger to
CBS Corporation, fka Westinghouse
Electric Corporation

**Defendant**

**Crane Co.**

**Defendant**

**Crane Pumps & Systems, Inc.**

**Defendant**
**Eaton Hydrolics, Inc.**

**Defendant**
**Elliott Turbomachinery Co.**

**Defendant**
**FMC Corporation**
*on behalf of it former peerles pumps*

**Defendant**
**Fairbanks-Morse Engine**

**Defendant**
**Ford Motor Co.**

**Defendant**
**Fort Kent Holdings, Inc.**
*formerly known as*
Dunham-Bush, Inc.

**Defendant**
**Foster Wheeler**

**Defendant**
**Foster Wheeler Energy Corp.**

**Defendant**
**Gardner Denver, Inc.**

**Defendant**
**General Electric Co.**

**Defendant**
**Georgia-Pacific LLC**

**Defendant**
**Goulds Pumps Incorporated**

**Defendant**
**Honeywell International, Inc.**
*formerly known as*
Alliedsignal, Inc., as successor-in-
interest to The Bendix Corporation

**Defendant**
**Hopeman Brothers, Inc.**

**Defendant**
**IMO Industries, Inc.**

**Defendant**
**Ingersall-Rand Corp.**

**Defendant**
**ITT Industries, Inc.**

**Defendant**
**Peerless Pumps**

**Defendant**
**Rapid-American Corp.**

**Defendant**
**The Nash Engineering Company**

**Defendant**
**Taco, Inc.**

**Defendant**
**Trane U.S. Inc.**
*(Formerly: American Standard, Inc.*
*Individually and on behalf of its*
*division The Trane Company)*
*formerly known as*
American Standard Inc.

**Defendant**
**Viacom, Inc.**
*successor by merger to CBS, Corp.*
*formerly known as*
Westinghouse Electric Corp.

**Defendant**
**Viad Corp.**                                    represented by **Francis Allen Montbach**
*as Successor in interest to Griscom*                         Mound Cotton Wollan & Greengrass
*Russel Co.*                                                  (NYC)
                                                              One Battery Park Plaza
                                                              9th Floor
                                                              New York, NY 10004
                                                              212-804-4229
                                                              Fax: 212-344-8066
                                                              Email: FMontbach@Moundcotton.com
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Warren Pumps**

**Defendant**

**Yarway Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/22/2010 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 190334-10. (Filing Fee $ 350.00, Receipt Number 921745).Document filed by Viad Corp..(rdz) (Additional attachment(s) added on 11/29/2010: # 1 Exhibit A, # 2 Exhibit B & C, # 3 Exhibit D, # 4 Exhibit E, # 5 Exhibit F & Exhibit 1 & 2, # 6 Exhibit G, # 7 Exhibit H, # 8 Exhibit 3, # 9 Exhibit 4 pages 1-10, # 10 Exhibit 4 pages pages 11-20, # 11 Exhibit 4 pages 21-29, # 12 Exhibit 5, # 13 Exhibit 6 Part 1, # 14 Exhibit 6 part 2 pages 1-10, # 15 Exhibit 6 Part 2 pages 11-30, # 16 Exhibit 6 Part 2 pages 31-45, # 17 Exhibit 6 Part 2 pages 46-79) (ama). (Entered: 11/23/2010) |
| 11/22/2010 | | Magistrate Judge Ronald L. Ellis is so designated. (rdz) (Entered: 11/23/2010) |
| 11/22/2010 | | Case Designated ECF. (rdz) (Entered: 11/23/2010) |
| 11/22/2010 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Morgan Stanley & Co. Inc. as Corporate Parent. Document filed by Raymond Pfab.(rdz) (ama). (Entered: 11/23/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/15/2011 14:02:22 | | | |
| **PACER Login:** | mc1641 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:10-cv-08819-TPG |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

BEFORE THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

**In re ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI)**          MDL No. 875

-------------------------------------------------------------------------------------X
RAYMOND PFAB,

                                        Plaintiff,

        - against -

A.W. CHESTERTON CO., INC;
AIR & LIQUID SYSTEMS CORPORATION,
   as successor by merger to Buffalo Pumps, Inc.;
AURORA PUMP COMPANY;
BUFFALO PUMPS,
    Division of Air & Liquid Systems Corporation by
    merger;
CARRIER CORPORATION;
CBS CORPORATION, f/k/a Viacom, Inc., successor
    by merger to CBS Corporation, f/k/a Westinghouse
    Electric Corporation;
CRANE CO.;
CRANE PUMPS & SYSTEMS, INC.;
EATON HYDRAULICS, INC.
    f/k/a Vickers, Inc.;
ELLIOTT TURBOMACHINERY CO.;
FMC CORPORATION,
    on behalf of its former Peerless Pumps;
FAIRBANKS-MORSE ENGINE;
FAIRBANKS-MORE PUMP CORP.;
FORD MOTOR CO.;
FORT KENT HOLDINGS, INC.
    f/k/a DUNHAM-BUSH, INC.;
FOSTER WHEELER;
FOSTER WHEELER ENERGY CORP.;
GARDNER DENVER, INC.;
GENERAL ELECTRIC CO.;
GEORGIA-PACIFIC, LLC.;
GOULDS PUMPS INCORPORATED;
HONEYWELL INTERNATIONAL, INC.
    f/k/a Alliedsignal, Inc., as successor-in-interest to
    The Bendix Corporation;

HOPEMAN BROTHERS, INC.;
IMO INDUSTRIES;
INGERSOLL-RAND CORP.;
ITT INDUSTRIES, INC.;
PEERLESS PUMPS;
RAPID-AMERICAN CORP.;
THE NASH ENGINEERING COMPANY
TACO, INC.;
TRANE U.S. INC.;
  f/k/a American Standard, Inc.
  (Formerly; American Standard, Inc., Individually
  and on behalf of its division The Trane Company);
VIACOM, INC., successor by merger to CBS, Corp. f/k/a
  Westinghouse Electric Corp.;
VIAD CORP.,
  as successor in interest to Griscom Russel Co.
WARREN PUMPS; and
YARWAY CORPORATION;

<div align="center">Defendants</div>

---------------------------------------------------------------------------------------X

## DEFENDANT'S NOTICE OF RELATED ACTION

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant Viad Corporation (hereinafter "Defendant") hereby notifies the Panel of the pendency of a tag-along action in Federal District Court, styled "Raymond Pfab v. A.W. Chesterton, et. al." in the United States District Court for the Southern District of New York (Civil Docket No.: 10 Civ. 08819 [TPG]).  Such action involves common questions of fact with those actions previously transferred to the Panel pursuant to 28 U.S.C. § 1407 (see copy of Complaint filed by Raymond Pfab attached hereto as EXHIBIT A).

<div align="center">2</div>

WHEREFORE, Defendant respectfully requests that the Panel transfer this tag-along to the United States District Court for the Eastern District of Pennsylvania.

Dated: New York, New York
      February    . 2011

<div style="margin-left:40%">

MOUND COTTON WOLLAN & GREENGRASS

By:      _____

Francis A. Montbach (FAM9631)
Attorneys for Defendant Viad Corp.
One Battery Park Plaza
New York, NY 10004
Phone: (212) 804-4200
Fax: (212) 344-8066
fmontbach@moundcotton.com

</div>

3

VIAD = Law

AUG 3 1 2010

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
RAYMOND PFAB,

Index No.: 10-190334

Plaintiff,  NEW YORK 8/23/10
COUNTY CLERK'S OFFICE

-against-

AUG 23 2010

A.W. CHESTERTON CO., INC.;
AIR & LIQUID SYSTEMS CORPORATION,
     as successor by merger to Buffalo Pumps, Inc.;
AURORA PUMP COMPANY;
BUFFALO PUMPS,
     Division of Air & Liquid Systems Corporation by
     merger;
CARRIER CORPORATION;
CBS CORPORATION, f/k/a Viacom, Inc., successor by
     merger to CBS Corporation, f/k/a Westinghouse
     Electric Corporation;
CRANE CO.;
CRANE PUMPS & SYSTEMS, INC.;
EATON HYDRAULICS, INC.
     f/k/a Vickers, Inc;
ELLIOTT TURBOMACHINERY CO.;
FMC CORPORATION,
     on behalf of its former Peerless Pumps;
FAIRBANKS-MORSE ENGINE;
FAIRBANKS-MORSE PUMP CORP.;
FORD MOTOR CO.;
FORT KENT HOLDINGS, INC.
     f/k/a DUNHAM-BUSH, INC.;
FOSTER WHEELER;
FOSTER WHEELER ENERGY CORP.;
GARDNER DENVER, INC.
GENERAL ELECTRIC CO.;
GEORGIA-PACIFIC LLC.;
GOULDS PUMPS INCORPORATED;
HONEYWELL INTERNATIONAL, INC.
     f/k/a Alliedsignal, Inc., as successor-in-interest to
     The Bendix Corporation;
HOPEMAN BROTHERS, INC;
IMO INDUSTRIES;

NOT COMPARED
WITH COPY FILE
SUMMONS

Plaintiff designates
NEW YORK COUNTY
as the place for trial

Plaintiff resides at:
45 Village Court
Monroe, Ohio 45050

00201007.WPD

INGERSOLL-RAND CORP.;
ITT INDUSTRIES INC.;
PEERLESS PUMPS;
RAPID-AMERICAN CORP.;
THE NASH ENGINEERING COMPANY
TACO, INC.;
TRANE U.S. INC.,
     f/k/a American Standard Inc.
     (Formerly: American Standard, Inc., Individually
     and on behalf of its division The Trane Company)
VIACOM, INC., successor by merger to CBS, Corp. f/k/a
     Westinghouse Electric Corp.;
VIAD CORP.,
     as successor in interest to Griscom Russel Co.;
WARREN PUMPS; and
YARWAY CORPORATION;

                                   **Defendants.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO THE ABOVE NAMED DEFENDANTS:**

       You are hereby summoned to answer in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete is this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
      August 19, 2010

                             LEVY PHILLIPS & KONIGSBERG, LLP
                             *Attorneys for Plaintiffs*

                           By: _____
                               James Kramer, Esq.
                           800 Third Avenue - 11th Floor
                           New York, New York 10022
                           (212) 605-6200

00201007.WPD                         -2-

To:  Defendants Addresses:

AIR & LIQUID SYSTEMS CORPORATION,
          as successor by merger to Buffalo Pumps, Inc.
c/o CT Corporation System
116 Pine Street, Suite 320
Harrisburg, Pennsylvania 17101

A.W. CHESTERTON CO., INC.
P.O. Box 4004
Woburn, MA  01888-4004

A.W. CHESTERTON CO., INC.
Middlesex Industrial Park
Rt. 93
Stoneham, MA 02180

AURORA PUMP COMPANY
Karen Carriker
Aurora Pump
13515 Ballantyne Corporate Place
Charlotte, NC 28277

BUFFALO PUMPS,
Division of Air & Liquid Systems Corporation by merger
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

CBS CORPORATION, f/k/a Viacom, Inc., successor by merger to CBS Corporation, f/k/a
Westinghouse Electric Corporation
c/o Asbestos Litigation Support Manager
Eckert Seamans Cherin & Mellott, LLC
Case Management & Technology Center
600 Grant Street, 5th Floor
Pittsburgh, PA 15219

CRANE CO.
c/o CT Corporation System
New York, NY 10011

CRANE PUMPS & SYSTEMS, INC.
420 3rd Street
Piqua, OH 45356-3918

00201007.WPD                                        -3-

ELLIOTT TURBOMACHINERY CO.
North 4th Street
Jeannette, PA 15644

FMC CORPORATION,
on behalf of its former Peerless Pumps
1735 Market Street
Philadelphia, PA 19103

FAIRBANKS MORSE ENGINE
701 White Avenue
Beloit, WI 53511-5447

FORD MOTOR COMPANY
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

FORD MOTOR COMPANY
The American Road
Dearborn, MI 48121

FORT KENT HOLDINGS, INC. f/k/a DUNHAM-BUSH, INC.
Peter Langenus, Esq.
SCHNADER, HARRISON, SEGAL
& LEWIS
140 Broadway, Suite 3100
New York, New York 10005

FOSTER WHEELER ENERGY CORP.
Perryville Corporate Park
P.O. Box 4000
Clinton, NJ 08809

GENERAL ELECTRIC COMPANY
Henry J. King., Jr., Esq.
Managing Attorney
Electric Insurance Company
152 Conant Street
Beverly, MA 01915

GEORGIA-PACIFIC CORPORATION
133 Peachtree St., N.E.
Atlanta, GA 30303

00201007.WPD                                        -4-

HONEYWELL INTERNATIONAL, INC.
f/k/a Alliedsignal, Inc., as successor-in-interest to The Bendix Corporation
101 Columbia Road
Morristown, NJ 07962-1057

INGERSOLL-RAND
c/o CT Corporation
111 Eighth Avenue
New York, NY 10011

INGERSOLL-RAND
155 Chestnut Ridge Road
Montvale, NJ 07645

ITT INDUSTRIES, INC.
4 West Red Oak Lane
White Plains, NY 10604

PEERLESS PUMPS
2005 Dr. Martin Luther King Jr. Street
Indianapolis, Indiana 46203

RAPID-AMERICAN CORPORATION
The Prentice Hall Corporation
c/o Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808

THE NASH ENGINEERING COMPANY
45 Forest Falls Drive, Suite B4
Yarmouth, ME 04096-6999

TRANE U.S. INC., f/k/a American Standard Inc.
(Formerly: American Standard, Inc., Individually and on behalf of its division The Trane
Company)
One Centennial Avenue
P.O. Box 6820
Piscataway, NJ 08855

VIACOM, INC., successor by merger to CBS, Corp. f/k/a Westinghouse Electric Corp.
c/o Asbestos Litigation Support Manager
Eckert Seamans Cherin & Mellott, LLC
Case Management & Technology Center

00201007.WPD                                        -5-

600 Grant Street, 5th Floor
Pittsburgh, PA 15219

Viacom, Inc.
1515 Broadway
New York, NY 10036

VIAD CORP.,
as successor in interest to Griscom Russel Co.
1850 North Central Avenue, #800
Viad Tower
Phoenix, AZ 85004

TACO, INC.
1160 Cranston Street
Cranston, RI 02920

WARREN PUMPS, INC.
82 Bridges Avenue
P.O. Box 969
Warren, MA 01083-0969

YARWAY CORPORATION
Paul A. Scrudato
SCHIFF HARDIN LLP
900 Third Avenue
New York, NY 10022

**Service: BCL 306**
CARRIER CORPORATION
EATON HYDRAULICS, INC.
     f/k/a Vickers, Inc
FAIRBANKS MORSE PUMP CORP.
GARDNER DENVER, INC.
GOULDS PUMPS INCORPORATED
HOPEMAN BROTHERS, INC
IMO INDUSTRIES, INC.

00201007.WPD                                    -6-

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

NEW YORK
COUNTY CLERK'S OFFIC

------------------------------------X

RAYMOND PFAB,

AUG 23 2010

Plaintiff,

NOT COMPARED
WITH COPY ON FILE
DOF:

90334

8/23/10

-against-

A.W. CHESTERTON CO., INC.;
AIR & LIQUID SYSTEMS CORPORATION,
     as successor by merger to Buffalo Pumps, Inc.;
AURORA PUMP COMPANY;
BUFFALO PUMPS,
     Division of Air & Liquid Systems Corporation by
     merger;
CARRIER CORPORATION;
CBS CORPORATION, f/k/a Viacom, Inc., successor by
     merger to CBS Corporation, f/k/a Westinghouse
     Electric Corporation;
CRANE CO.;
CRANE PUMPS & SYSTEMS, INC.;
EATON HYDRAULICS, INC.
     f/k/a Vickers, Inc;
ELLIOTT TURBOMACHINERY CO.;
FMC CORPORATION,
     on behalf of its former Peerless Pumps;
FAIRBANKS-MORSE ENGINE;
FAIRBANKS-MORSE PUMP CORP.;
FORD MOTOR CO.;
FORT KENT HOLDINGS, INC.
     f/k/a DUNHAM-BUSH, INC.;
FOSTER WHEELER;
FOSTER WHEELER ENERGY CORP.;
GARDNER DENVER, INC.
GENERAL ELECTRIC CO.;
GEORGIA-PACIFIC LLC.;
GOULDS PUMPS INCORPORATED;
HONEYWELL INTERNATIONAL, INC.
     f/k/a Alliedsignal, Inc., as successor-in-interest to
     The Bendix Corporation;
HOPEMAN BROTHERS, INC;

COMPLAINT

Plaintiff Demands a
Trial by Jury

00201007.WPD

IMO INDUSTRIES;
INGERSOLL-RAND CORP.;
ITT INDUSTRIES INC.;
PEERLESS PUMPS;
RAPID-AMERICAN CORP.;
THE NASH ENGINEERING COMPANY
TACO, INC.;
TRANE U.S. INC.,
       f/k/a American Standard Inc.
       (Formerly: American Standard, Inc., Individually
       and on behalf of its division The Trane Company)
VIACOM, INC., successor by merger to CBS, Corp. f/k/a
       Westinghouse Electric Corp.;
VIAD CORP.,
       as successor in interest to Griscom Russel Co.
WARREN PUMPS; and
YARWAY CORPORATION;

                                          **Defendants.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**TO THE ABOVE NAMED DEFENDANTS:**

       Plaintiff, by his attorneys, LEVY PHILLIPS & KONIGSBERG, LLP, for his

Complaint, respectfully alleges as follows:

       1.    Plaintiff repeats and re alleges New York Asbestos Litigation Standard

Complaint No. 1. as if fully incorporated herein.

       2.    Plaintiff is a citizen of the State of New York.

       3.    Plaintiff, Raymond Pfab, has been diagnosed with malignant mesothelioma

and meets the minimum requirement for activation into the active docket pursuant to the Case

Management Order governing these actions.

Dated: New York, New York
      August 19, 2010

                          LEVY PHILLIPS & KONIGSBERG, LLP
                          *Attorneys for Plaintiff*

                          By: _____
                                  James Kramer, Esq.
                          800 Third Avenue, 11th Floor
                          New York, New York 10022
                          (212) 605-6200

00201007.WPD

Legal Copy-If 'none' or 'blank' under header N/A to this encounter      Raymond J Pfab (410-420-421)

MICROSCOPIC DESCRIPTION:
The core biopsies from the left pleura demonstrate a malignant
neoplasm.  The tumor cells contain abundant eosinophilic cytoplasm
with round nuclei and nucleoli.  Immunohistochemistry is performed and

the neoplastic cells are strongly positive for calretinin, WT-1, CK
5/6 and CK 7.  Areas of the tumor are also positive for CEA.  The
neoplastic cells are negative for Ber-EP4 and TTF-1.  There is weak
nonspecific staining for CK20.  The histologic and immunohistochemical

findings are consistent with epithelioid mesothelioma.  The case was
reviewed with David Floering, M.D. and Stephen Whitlatch, M.D.

ANALYTE SPECIFIC REAGENT (ASR) DISCLAIMER:
This test was developed and its performance characteristics determined

by Atrium Medical Center Pathology Department.  It has not been
cleared or approved by the U.S. Food and Drug Administration.  The FDA

has determined that such clearance or approval is not necessary.  This

test is used for clinical purposes.  It should not be regarded as
investigational or for research.  This laboratory is certified under
the Clinical Laboratory Improvement Amendments of 1988 (CLIA) as
qualified to perform high complexity clinical laboratory testing.

***FINAL DIAGNOSIS***

LEFT PLEURA, CORE BIOPSIES:
-    EPITHELIOID MESOTHELIOMA.  (SEE MICROSCOPIC DESCRIPTION)

Electronically Signed    Alan L. Prok, MD  Pathologist
7/14/2010 17:40

CPT : 1: 88305, 88342, 88342, 88342, 88342, 88342, 88342, 88342

| CEA [138380069] | | | | | Resulted: 07/14/10 1816, Lab Status: Final result |
|---|---|---|---|---|---|
| Ordered by: | Vuong, Phuong H, MD | 07/14/10 1408 | Specimen Date & Time Collected | 07/14/10 1540 | |
| Component | Value | | Ref Range | Flag | Comment | Lab |
| CEA | 0.7 | | 0 - 3.0 NG/ML | | DPC IMMULITE METHOD EFFECTIVE 4/25/01 | MRH LAB |

| WESTERGREN SEDIMENTATION RATE [138380066] | | | | | Resulted: 07/14/10 2326, Lab Status: Final result |
|---|---|---|---|---|---|
| Ordered by: | Vuong, Phuong H, MD | 07/14/10 1408 | Specimen Date & Time Collected | 07/14/10 1540 | |
| Component | Value | | Ref Range | Flag | Comment | Lab |
| SEDIMENTATION RATE, | 82 | | 0 - 15 MM/HR | H | - | MRH LAB |

## NOTICE OF ENTRY

Sir :

     Please take notice that the within is a certified true copy of a                                    duly entered in the within named court.

on                                                                                                                                              19

Dated,

Yours, etc.

### LEVY PHILLIPS & KONIGSBERG, L.L.P.
Attorneys for Plaintiff(s)

To

Attorney  for

---

## NOTICE OF SETTLEMENT

Sir :

     Please take notice that an order                                    of which the within is a true copy will be presented for

settlement to the Hon.

one of the judges of the within named court, at                     on the  th day of           199

at                        M.

Dated:

Yours, etc.

### LEVY PHILLIPS & KONIGSBERG, L.L.P.
Attorneys for Plaintiff(s)

To

Attorney  for

---

Index/Docket Nº:

SUPREME COURT OF THE STATE OF NEW YORK        COUNTY OF NEW YORK

RAYMOND PFAB,

                    Plaintiffs,

          -against-

A.W. CHESTERTON CO.,

              Defendants,

### Summons and Complaint

### LEVY PHILLIPS & KONIGSBERG, L.L.P.
*Attorneys for Plaintiff(s)*
Office and Post Office Address
800 Third Avenue- 11ᵗʰ Floor
New York, New York  10022
(212) 605-6200

---

To                                         Service of a copy of the within is hereby admitted

                                              Dated:

Attorney(s) for

## AFFIDAVIT OF SERVICE

Stacey Carberry, being duly sworn, deposes and says:

That deponent is not a party to this action, is over the age of 18 years and resides in Little Falls, New Jersey

That on February 14, 2011, deponent served the within NOTICE OF RELATED ACTIONS upon:

James R. Kramer, Esq.
Levy Phillips & Konigsberg, LLP
800 Third Avenue
New York, NY  10022
Attorney for Plaintiff

Defendants
See Attached Service List

at the address designated by said attorneys for that purpose by depositing the same in a postpaid properly addressed wrapper directed to each of said attorneys at the above address(es) in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Stacey Carberry
Stacey Carberry

Sworn to before me this
14th day of February 2011

NOTARY PUBLIC Jenehou Chan
Notary Public, State of New York
NO. 01CH6064778
Qualified in Richmond County
Commission Expires October 1, 2013

PFAB SERVICE LIST

John S. Howarth, Esq.
WILBRAHAM, LAWLER & BUBA
1818 Market Street, Suite 3100
Philadelphia, PA 19103

Julie Evans, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017

Kerryann M. Cook, Esq.
MCGIVNEY & KLUGER. P.C.
80 Broad Street, 23rd Floor
New York, NY 10004

William J. Bradley, III, Esq.
MALABY & BRADLEY, LLC
150 Broadway, Suite 600
New York, NY 10038

Kristen Alford Kneis, Esq.
K & L GATES LLP
559 Lexington Avenue
New York, NY 10022

McElroy Deutsch Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
PO Box 2075
Morristown, NJ 07962-2075

Donald Fay, Esq.
Waters, McPherson, McNeill
300 Lighting Way, 7th Floor
P.O. Box 1560
Secaucus, NJ 07096

Christopher P. Hannan, Esq.
KELLEY JASONS McGOWAN SPINELLI & HANNA LLP
120 Wall Street, 30th Floor
New York, NY 10005

Matthew Reber, Esq.
Kelley Jasons McGowan Spinelli & Hanna, LLP
2 Liberty Place, Suite 1900

50 South 16th Street
Philadelphia, PA 19102

Nancy L. Pennie, Esq.
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP
757 Third Avenue
New York, NY 10017

Peter Langenus, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, NY 10005

John A. Turlik, Esq.
SEGAL MCCAMBRIDGE SINGER & MAHONEY
850 Third Avenue, Suite 1100
New York, NY 10022

Michael Tannenbaum, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD
Three Gateway Center, 12th Floor
Newark, NJ 07102

Dennis Vega, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD
Three Gateway Center, 12th Floor
Newark, NJ 07102

Mr. Don Ward
Special Claims Facility
809 Bosocton Avenue, Suite 1
Mount Vernon, OH 43050-1931

Christina H. Gannon, Esq.
Katrina Murphy
Maria Carlucci, Esq.
Segal McCambridge Singer & Mahoney, Ltd.
830 Third Avenue, Suite 400
New York, NY 10022

Scott R. Emery , Esq.
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, NY 10018

Sara S. Turnipseed, Esq.

Nelson Mullins Riley & Scarborough, LLP
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, GA 30363

John J. Fanning, Esq.
CULLEN AND DYCKMAN LLP
177 Montague Street
Brooklyn, NY 11201

Donald Pugliese, Esq.
MCDERMOTT WILL & EMERY
340 Madison Avenue
New York, NY 10017

William Mendrzycki, Esq.
PO Box 1009
Highland Mills, NY 10930-1009

Jennifer Darger, Esq.
DARGER & ERRANTE, LLP
116 East 27th Street, 12th Floor
New York, NY 10016

Joseph Colao, Esq.
LEADER & BERKON
630 Third Avenue, 17th Floor
New York, NY 10017

Lisa Pascarella, Esq.
Braaten & Pascarella LLC
Paynter's Ridge Office Park
2430 Route 34
Manasquan, NJ 08736

Carol G. Snider, Esq.
Jennifer L. Leonardi, Esq.
Damon & Morey, LLP
200 Delaware Avenue
Suite 1200
Buffalo, NY 14202

Kathleen Marron-Trabold, Esq.
MCGUIRE WOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, NY 10105

Christopher Hannan, Esq.
Kelley Jasons McGowan Spinelli & Hanna, LLP
120 Wall Street, 30th Floor
New York, NY 10005

Chuck McGivney, Esq.
McGivney & Kluger, PC
80 Broad Street, 23rd Floor
New York, NY 10004

Braaten & Pascarella, LLC
Paytner's Ridge Office Park
2430 Route 34
Manasquan, NJ 08736

Judith A. Yavitz
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022

Joseph Colao,, Esq.
Leader & Berkon, LLP
630 Third Avenue, 17th Floor
New York, NY 10017

Rob C. Tonogbanua, Esq.
Dickie McCamey & Chilcote, PC
41 South Haddon Avenue, Suite 5
Haddonfield, NJ 08033

Paul Scrudato, Esq.
Jill Berry
SCHIFF HARDIN
900 Third Avenue, 23rd Floor
New York, NY 10022