UNITED STATES JUDICIAL PANEL ON
MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** **02/16/2011**

**District Court:** E.D. Wisconsin

**Number of Actions:** 38

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL