**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| ROBERT McNAUGHTON, | MDL 875 |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE** |
| GOODRICH CORPORATION,ET AL., | |
| Defendants. | |

TO EACH PARTY AND THEIR ATTORNEY OF RECORD:

Pursuant to telephonic notice of deficiency from the Clerk of the Panel on February 18, 2011, Defendant McDonnell Douglas Corporation hereby withdraws its Notice of Appearance (re: pldg. 6738 in MDL 875) filed on February 15, 2011.

Dated: February 18, 2011

Respectfully submitted,

McDONNELL DOUGLAS CORPORATION
By Counsel


 _/s/ James C. Pettis_____
Robert E. Boone III
James C. Pettis
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California 90401
(310) 576-2100 phone
(310) 576-2200 facsimile
reboone@bryancave.com
james.pettis@bryancave.com


*Counsel for Defendant*
*McDonnell Douglas Corporation*

0316786/825385.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the Clerk of the Court of the United States Judicial Panel of Multidistrict Litigation through that court's CM/ECF e-filing system.

On February 18, 2011, I electronically served the following document:

## NOTICE OF WITHDRAWAL OF
## NOTICE OF APPEARANCE

on the interested parties in this action by e-filing the above document with the JPML CM/ECF e-service program as required by the court.

/s/ *Jenny Cruz-Azucar*
Jenny Cruz-Azucar

0316786/825385.1