BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>*Timothy Vest, et al. v. Allied Packing & Supply, Inc., et al.*<br>N.D. California Case No. 3:11-cv-00061-SJW | MDL No. 875 |

DECLARATION OF JAMES C. PETTIS IN SUPPORT OF
DEFENDANT McDONNELL DOUGLAS CORPORATION'S
OPPOSITION TO PLAINTIFFS' MOTION TO VACATE
CONDITIONAL TRANSFER ORDER 353

I, James C. Pettis, declare as follows:

1. I am an attorney duly licensed to practice law before the courts of the State of California. I am an associate at the law firm Bryan Cave LLP, counsel of record for Defendant McDonnell Douglas Corporation ("MDC"). I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could testify competently to the following facts.

2. Attached as Exhibit A are true and correct copies of Plaintiffs' Complaint, First Amended Complaint, and Second Amended Complaint filed in Alameda County Superior Court.

3. Attached as Exhibit B is MDC's Notice of Removal of Action Under 28 U.S.C. 1442(a)(1) (Federal Officer) filed in the Northern District of California.

4. Attached as Exhibit C is a true and correct copy of MDC's Opposition to Plaintiffs' Motion to Remand filed in the Northern District of California.

825370\0307472

2

5. Attached as Exhibit D is a true and correct copy of MDC's Memorandum of Points and Authorities in Support of Motion to Stay Action Pending Transfer to Federal Multidistrict Litigation filed in the Northern District of California.

6. Attached as Exhibit E is a true and correct copy of the Order Granting Motion to Stay issued by the Northern District of California on January 31, 2011.

7. Attached as Exhibit F is a true and correct copy of the MDL-875 Court's Administrative Order No. 11, Amended and Effective March 16, 2009.

8. Attached as Exhibit G is a true and correct copy of the MDL-875 Court's Amended Administrative Order No. 12 (as Amended Effective August 27, 2009).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 18th day of February 2011, at Santa Monica, California.


               */s/ James C. Pettis*
                James C. Pettis

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

On February 18, 2011, I served the foregoing document, described as **DECLARATION OF JAMES C. PETTIS IN SUPPORT OF DEFENDANT McDONNELL DOUGLAS CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 353**, on each interested party in this action, as follows:

☒ (VIA ELECTRONIC SERVICE):  The document was served via The United States Judicial Panel on MultiDistrict Litigation CM/ECF electronic transfer system, which generates a Notice of Electronic Filing (NEF) upon the parties, the assigned judge, and any registered user in the case:

| | |
|---|---|
| *MDL No. 875* | David C. Landin   dlandin@hunton.com |
| | Peter G. Angelos   mjolley@lawpga.com |
| *Attorneys for Plaintiff CAROLINE VEST and TIMOTHY VEST* | James Lyndon Oberman, Esq.<br>Gloria Chun Amell, Esq.<br>Michael Thomas Stewart, Esq.<br>KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, California  94607<br>Telephone:   (510) 302-1000<br>Facsimile:   (510) 835-4913<br>Email:   joberman@kazanlaw.com<br>    gamell@kazanlaw.com<br>    mstewart@kazanlaw.com |

☒ (BY MAIL)  I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth below.  I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California.  I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, the correspondence would be deposited in the United States Postal Service on the following business day in the ordinary course of business:

**SEE ATTACHED SERVICE LIST.**

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on February 18, 2011, at Santa Monica, California.

  */s/ Karen Minutelli*
  Karen Minutelli

825370\0307472

| | |
|---|---|
| <td colspan="2" align="center">**SERVICE LIST**<br>*Timothy Vest and Caroline Vest v. Allied Packing and Supply, et al.*<br>Northern District of California Case No. 3:11-cv-00061-JSW<br>**MDL NO. 875**</td> |
| *Attorneys for Defendant and Cross-Defendant*<br>ALLIED PACKING AND SUPPLY | Alan J. Zapala, Esq.<br>HERR & ZAPALA<br>152 North 3rd Street, Suite 500<br>San Jose, CA  95112<br>Telephone:     (408) 287-7788<br>Facsimile:      (408) 927-0408<br>Email:            ajz@mylawfirm.com |
| *Attorneys for Defendant and Cross-Defendant*<br>ALTA BUILDING MATERIALS CO. | Richard D. Dumont, Esq.<br>Timothy F. Barteau, Esq.<br>SELMAN BREITMAN LLP<br>33 New Montgomery Street, Sixth Floor<br>San Francisco, CA  94105<br>Telephone:     (415) 979-0400<br>Facsimile:      (415) 979-2099<br>Email:            rdumont@selmanbreitman.com<br>                       tbarteau@selmanbreitman.com |
| *Attorneys for Defendant and Cross-Defendant*<br>DEAN'S MATERIALS, INC. dba CONSTRUCTION MATERIAL SUPPLIER | Mary K. Hillyard, Esq.<br>Jennifer M. Ways, Esq.<br>PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP<br>One California Street<br>Suite 1910<br>San Francisco, CA  94104<br>Telephone:     (415) 788-8354<br>Facsimile:      (415) 788-3625<br>Email:            mhillyard@prindlelaw.com<br>                       jways@prindlelaw.com |

825370\0307472

| | |
|---|---|
| **SERVICE LIST**<br>*Timothy Vest and Caroline Vest v. Allied Packing and Supply, et al.*<br>Northern District of California Case No. 3:11-cv-00061-JSW<br>MDL NO. 875 | |
| *Attorneys for Defendant and Cross-Defendant*<br>DOWMAN PRODUCTS, INC. | Michael T. McCall, Esq.<br>Katherine M. Watts, Esq.<br>WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP<br>601 Montgomery Street, 9th Floor<br>San Francisco, CA  94111<br>Telephone:     (415) 781-7072<br>Facsimile:      (415) 391-6258<br>Email:            mmccall@wfbm.com<br>                      kwatts@wfbm.com |
| *Attorneys for Defendant and Cross-Defendant*<br>GARLOCK SEALING TECHNOLOGIES LLC | David M. Glaspy, Esq.<br>Brian S. O'Malley, Esq.<br>GLASPY & GLASPY<br>One Walnut Creek Center<br>100 Pringle Ave., Suite 750<br>Walnut Creek, CA  94596<br>Telephone:     (925) 947-1300<br>Facsimile:      (925) 947-1594<br>Email:            dglaspy@glaspy.com<br>                      bomalley@glaspy.com |
| *Attorneys for Defendant and Cross-Defendant*<br>GEORGE E. MASKER, INC. | Thomas F. Vandenburg, Esq.<br>Rafael Contreras Sweet, Esq.<br>DONGELL LAWRENCE FINNEY LLP<br>707 Wilshire Boulevard, 45th Floor<br>Los Angeles, CA  90017-3609<br>Telephone:     (213) 943-6100<br>Facsimile:      (213) 943-6101<br>Email:            tvandenburg@dlflawyers.com<br>                      rsweet@dlflawyers.com<br><br>Michael L. Mau, Esq.<br>THE MAU LAW FIRM<br>950 Harrison Street, Suite 213<br>San Francisco, CA  94107-1078<br>Telephone:     (415) 495-8082<br>Facsimile:      (415) 495-8084<br>Email:            maulawsf@hotmail.com |

3

825370\0307472

| | |
|---|---|
| **SERVICE LIST**<br>*Timothy Vest and Caroline Vest v. Allied Packing and Supply, et al.*<br>Northern District of California Case No. 3:11-cv-00061-JSW<br>MDL NO. 875 ||
| *Attorneys for Defendant and Cross-Defendant*<br>GEORGIA PACIFIC LLC *fka* GEORGIA PACIFIC CORPORATION | Diane T. Gorczyca, Esq.<br>Brien F. McMahon, Esq.<br>PERKINS COIE LLP<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111<br>Telephone: (415) 344-7000<br>Facsimile: (415) 344-7288<br>Email: dgorczyca@perkinscoie.com<br>bmcmahon@perkinscoie.com |
| *Attorneys for Defendants and Cross-Defendants*<br>HENKEL CORPORATION *fka* HENKEL LOCTITE CORPORATION, and sii to certain assets of the former DEXTER CORPORATION | Mark Intrieri, Esq.<br>CHAPMAN & INTRIERI LLP<br>2236 Mariner Square Drive<br>Third Floor, Suite 300<br>Alameda, CA 94501-6468<br>Telephone: (510)864-3600<br>Facsimile: (510) 864-3601<br>Email: : mintrieri@chapmanandintrieri.com |
| *Attorneys for Defendant and Cross-Defendant*<br>HEXCEL CORPORATION | Mark Geraghty, Esq.<br>McKENNA, LONG & ALDRIDGE LLP<br>300 S. Grand Avenue, 14th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 688-1000<br>Facsimile: (213) 243-6330<br>Email: mgeraghty@mckennalong.com<br><br>Paul Bird, Esq.<br>McKENNA, LONG & ALDRIDGE<br>101 California Street, 41st Floor<br>San Francisco, CA 94111<br>Telephone: (415) 267-4000<br>Facsimile: (415) 267-4198<br>Email: pbird@mckennalong.com |

4

825370\0307472

| | |
|---|---|
| **SERVICE LIST**<br>*Timothy Vest and Caroline Vest v. Allied Packing and Supply, et al.*<br>Northern District of California Case No. 3:11-cv-00061-JSW<br>MDL NO. 875 | |
| *Attorneys for Defendants and Cross-Defendants*<br>KAISER GYPSUM COMPANY, INC. and HANSON PERMANENTE CEMENT, INC. fka KAISER CEMENT CORPORATION | Jennifer Judin, Esq.<br>Annie Wu, Esq.<br>DEHAY & ELLISTON, LLP<br>1300 Clay Street, Suite 840<br>Oakland, CA  94612<br>Telephone:     (510) 285-0750<br>Facsimile:      (510) 285-0740<br>Email:             jjudin@dehay.com<br>                       awu@dehay.com |
| *Attorneys for Defendant and Cross-Defendant*<br>KENTILE FLOORS, INC. | David M. Glaspy, Esq.<br>Brian S. O'Malley, Esq.<br>GLASPY & GLASPY<br>One Walnut Creek Center<br>100 Pringle Avenue, Suite 750<br>Walnut Creek, California  94596<br>Telephone:     (925) 947-1300<br>Facsimile:      (925) 947-1594<br>Email:             dglaspy@glaspy.com<br>                       bomalley@glaspy.com |
| *Attorneys for Defendants and Cross-Defendants*<br>LATHROP CONSTRUCTION ASSOCIATES, INC.; LATHROP CONSTRUCTION ASSOC., INC. sii/pae/et F.P. LATHROP CONSTRUCTION ASSOC, INC. sii/pae/et F.P. LATHROP CONSTRUCTION; F.P. LATHROP CORPORATION | Michael W. Bolechowski, Esq.<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER<br>525 Market Street<br>17th Floor<br>San Francisco, CA  94105<br>Telephone:     (415) 433-0990<br>Facsimile:      (415) 434-1370<br>Email:<br>         michael.bolechowski@wilsonelser.com |

825370\0307472

| | |
|---|---|
| **SERVICE LIST**<br>*Timothy Vest and Caroline Vest v. Allied Packing and Supply, et al.*<br>Northern District of California Case No. 3:11-cv-00061-JSW<br>MDL NO. 875 ||
| *Attorneys for Defendant and Cross-Defendant*<br>*METROPOLITAN LIFE INSURANCE COMPANY* | Ruth D. Kahn, Esq.<br>STEPTOE & JOHNSON<br>633 West Fifth Street, Suite 700<br>Los Angeles, CA 90071<br>Telephone: (213) 439-9400<br>Facsimile: (213) 439-9599<br>Email: rkahn@steptoe.com |
| *Attorneys for Specially Appearing Defendant and Cross-Defendant*<br>*THE PORT OF OAKLAND* | Merton A. Howard, Esq.<br>HANSON BRIDGETT LLP<br>425 Market Street<br>26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br>Email: mhoward@hansonbridgett.com<br><br>Michele Heffes, Esq.<br>PORT OF OAKLAND LEGAL DEPARTMENT<br>530 Water Street, 4th Floor<br>P.O. Box 2064<br>Oakland, CA 94607<br>Telephone: (510) 627-1348<br>Facsimile: (510) 444-2093<br>Email: mheffes@portoakland.com |
| *Attorneys for Defendant and Cross-Defendant*<br>*WORLD AIRWAYS, INC.* | James Goldberg, Esq.<br>Bryan Cave LLP<br>Two Embarcadero Center<br>Suite 1410<br>San Francisco, California 94111-3907<br>Telephone: (415) 675-3400<br>Facsimile: (415) 675-3434<br>Email: james.goldberg@bryancave.com |

825370\0307472

| | |
|---|---|
| **SERVICE LIST**<br>*Timothy Vest and Caroline Vest v. Allied Packing and Supply, et al.*<br>Northern District of California Case No. 3:11-cv-00061-JSW<br>MDL NO. 875 ||
| *Attorneys for Defendants and Cross-Defendants*<br>*DESIGNATED DEFENSE COUNSEL* | Calendar Dept.<br>BERRY & BERRY<br>PO Box 16070<br>Oakland, CA  94610<br>Telephone:    (510) 835-8330<br>Facsimile:     (510) 835-5117<br>Email:           calendardept@berryandberry.com |