BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL NO. 875 - In re ASBESTOS LITIGATION

*Geraldine Hilt, et al. v. C.C. Moore & Co., Engineers, et al.*
N.D. California, C.A. No. 4:10-cv-05844

NOTICE OF OPPOSITION TO CTO - 363

I represent plaintiffs  Geraldine Hilt, et al.  in the above captioned actions/actions listed on the attached schedule] which are included on the conditional transfer order (CTO- 363 ). Plaintiff s Geraldine Hilt, et al. submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

Richard M. Grant
BRAYTON PURCELL LLP
222 Rush Landing Rd.
Novato, CA 94948-6169
Phone # 415/898-1555
Email address: rgrant@braytonlaw.com

Counsel for  Geraldine Hilt, et al.

ASBESTOS MDL 875 - Re: CTO 363
*Geraldine Hilt, et al. v. C.C. Moore & Co. Engineers, et al.*
N.D. California, CA. No. 4:10-cv-05844

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the Clerk of the Court for the United States District Court by using the CM/ECF system on February 18, 2011

**NOTICE OF OPPOSITION - CONDITIONAL TRANSFER ORDER- 363**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.

XXXXX (BY MAIL) I am readily familiar with the business practice at my place of business for collection and processing of correspondence for delivery by mail. Correspondence so collected and processed is deposited with the United States Postal Service on the same day in the ordinary course of business. On the above date the said envelope was collected for the United States Postal Service following ordinary business practices.

TO ALL PARTIES ON THE ATTACHED SERVICE LISTS

Dated this 18th , day of February , 2011.

/s/ Jane Ehni
Brayton Purcell LLP
222 Rush Landing Rd.
Novato, CA 94102
415/899-1011 ext. 232

Case MDL No. 875 Document 6761 Filed 02/18/11 Page 3 of 3

Brayton-Purcell Service List

1

Date Created: 2/18/2011-11:40:25 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 19749.005 - Robert Hilt

Run By : Ehni, Jane (JAE)

**Archer Norris**
P.O. Box 8035
2033 N. Main Street, Suite 800
Walnut Creek, CA 94596
925-930-6600   925-930-6620 (fax)
**Defendants:**
  Anderson, Rowe & Buckley, Inc. (AR&B)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
**Defendants:**
  Berry & Berry (B&B)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300   415-808-0333 (fax)
**Defendants:**
  Dana Companies, LLC (fka Dana Corporation) (DANA)

**Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.**
100 Bush Street
Suite 900
San Francisco, CA 94104-4509
415-362-7126   415-362-6401 (fax)
**Defendants:**
  Otis Elevator Company (OTIS)

**Jackson Jenkins Renstrom LLP**
55 Francisco Street, 6th Floor
San Francisco, CA 94133
415-982-3600   415-982-3700 (fax)
**Defendants:**
  Sun Ship, LLC (SSHLLC)

**Lewis Brisbois Bisgaard & Smith LLP**
One Sansome Street
Suite 1400
San Francisco, CA 94104
415-362-2580   415-434-0882 (fax)
**Defendants:**
  Sheedy Drayage Co. (SHEDYD)

**Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP.**
One California Street, Suite 1910
San Francisco, CA 94111
415-788-8354   415-788-3625 (fax)
**Defendants:**
  ITT Corporation ( fka ITT Industries, Inc.) (ITTIND)

**Sinunu Bruni LLP**
333 Pine Street, Suite 400
San Francisco, CA 94104
415-362-9700   415-362-9707 (fax)
**Defendants:**
  Federal-Mogul Asbestos Personal Injury Trust as successor to Felt-Products Manufacturing Co. (FELTPR)

**Steptoe & Johnson LLP**
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
213-439-9400   213-439-9599 (fax)
**Defendants:**
  Metropolitan Life Insurance Company (MET)