BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

MDL No. 875

*Timothy Vest, et. al. v. Allied Packing & Supply, Inc. et. al.*
N.D. California Case No. 3:11-cv-00061-SJW

**JOINDER OF DEFENDANT AND CROSS-CLAIMANT HENKEL CORPORATION IN DEFENDANT MCDONNELL DOUGLAS CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 353**

PLEASE TAKE NOTICE that Defendant and Cross-Claimant HENKEL CORPORATION, formerly known as HENKEL LOCTITE CORPORATION, and successor-in-interest to certain assets of the former DEXTER CORPORATION (hereinafter "Henkel Corporation") hereby joins in the Opposition filed and served by Defendant McDonnell Douglas Corporation on February 18, 2011(Document number 27) to Plaintiffs' Motion to Vacate Conditional Transfer Order 353 and asks that the Court deny Plaintiffs' Motion.

In joining in the Opposition to the Motion to Vacate Conditional Transfer Order 353, Henkel Corporation adopts as its own the Memorandum of Points and Authorities filed by McDonnell Douglas Corporation. The facts and law set forth in the Opposition apply equally to

Henkel Corporation because it has the same interest in opposing Plaintiffs' Motion.

                                              Respectfully submitted,
                                              HENKEL CORPORATION
                                              By Counsel

                                              */s/ Jessica A. Fakhimi*
                                              Mark G. Intrieri
                                              Jessica A. Fakhimi
                                              CHAPMAN & INTRIERI, LLP
                                              2236 Mariner Square Drive, Suite 300
                                              Alameda, CA 94501
                                              (510) 864-3600 telephone
                                              (510) 864-3601 facsimile
                                              mintrieri@chapmanandintrieri.com
                                              jfakhimi@chapmanandintrieri.com

                                              *Counsel for Defendant*
                                              *HENKEL CORPORATION, formerly known*
                                              *as HENKEL LOCTITE CORPORATION,*
                                              *and successor-in-interest to certain assets*
                                              *of the former DEXTER CORPORATION*

*Timothy Vest, et al. v. Allied Packing and Supply, et al.*
Northern District of California, Case No. 3:11-cv-00061-JSW
**MDL NO. 875**

Our Client: Henkel Corporation
Our File No. 650.89

# Proof of Service

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. I am employed by Chapman & Intrieri, L.L.P., and my business address is 2236 Mariner Square Drive, Third Floor, Suite 300, Alameda, California 94501-1090.

On **February 18, 2011,** I served the within:

**JOINDER OF DEFENDANT AND CROSS-CLAIMANT HENKEL CORPORATION IN DEFENDANT MCDONNELL DOUGLAS CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 353**

**XX**     **(BY ELECTRONIC MAIL SERVICE)** I caused to be delivered by electronic mail service this date of the above documents, for which our office will maintain the email sent receipt, to the following:

| | |
|---|---|
| James Lyndon Oberman, Esq.<br>Gloria Chun Amell, Esq.<br>Michael Thomas Stewart, Esq.<br>Kazan, McClain, Lyons, Greenwood & Harley<br>A Professional Law Corporation<br>55 Harrison St., Suite 400<br>Oakland, CA 95607 | Tel: (510) 302-1000<br>Fax: (510) 835-4913<br>Attorneys for Plaintiffs<br>Email:<br>Joberman@kazanlaw.com<br>Gamell@kazanlaw.com<br>mstewart@kazanlaw.com |
| MDL NO. 875 | David C. Landin   dlandin@hunton.com<br>Peter G. Angelos    mjolly@lawpga.com |

**XX**     **(BY MAIL)** I caused each of the above document(s) to be placed in a sealed envelope, with postage thereon fully prepaid, to be deposited this date with the United States Postal Office at Alameda, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this Court at showe direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on **February 18, 2011,** at Alameda, California.

/s/ *Pamela Thompson*
Pamela Thompson

| | |
|---|---|
| **SERVICE LIST**<br>*Timothy Vest and Caroline Vest v. Allied Packing and Supply, et al.*<br>Northern District of California Case No. 3:11-cv-00061-JSW<br>MDL NO. 875 | |
| *Attorneys for Defendant and Cross-Defendant*<br>*ALLIED PACKING AND SUPPLY* | Alan J. Zapala, Esq.<br>HERR & ZAPALA<br>152 North 3rd Street, Suite 500<br>San Jose, CA 95112<br>Telephone:   (408) 287-7788<br>Facsimile:   (408) 927-0408<br>Email:   ajz@mylawfirm.com |
| *Attorneys for Defendant and Cross-Defendant*<br>*ALTA BUILDING MATERIALS CO.* | Richard D. Dumont, Esq.<br>Timothy F. Barteau, Esq.<br>SELMAN BREITMAN LLP<br>33 New Montgomery Street, Sixth Floor<br>San Francisco, CA 94105<br>Telephone:   (415) 979-0400<br>Facsimile:   (415) 979-2099<br>Email:   rdumont@selmanbreitman.com<br>          tbarteau@selmanbreitman.com |
| *Attorneys for Defendant and Cross-Defendant*<br>*DEAN'S MATERIALS, INC. dba CONSTRUCTION MATERIAL SUPPLIER* | Mary K. Hillyard, Esq.<br>Jennifer M. Ways, Esq.<br>PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP<br>One California Street<br>Suite 1910<br>San Francisco, CA 94104<br>Telephone:   (415) 788-8354<br>Facsimile:   (415) 788-3625<br>Email:   mhillyard@prindlelaw.com<br>          jways@prindlelaw.com |

| | |
|---|---|
| **SERVICE LIST**<br>*Timothy Vest and Caroline Vest v. Allied Packing and Supply, et al.*<br>Northern District of California Case No. 3:11-cv-00061-JSW<br>MDL NO. 875 | |
| *Attorneys for Defendant and Cross-Defendant*<br>*DOWMAN PRODUCTS, INC.* | Michael T. McCall, Esq.<br>Katherine M. Watts, Esq.<br>WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP<br>601 Montgomery Street, 9th Floor<br>San Francisco, CA 94111<br>Telephone:     (415) 781-7072<br>Facsimile:      (415) 391-6258<br>Email:             mmccall@wfbm.com<br>                        kwatts@wfbm.com |
| *Attorneys for Defendant and Cross-Defendant*<br>*GARLOCK SEALING TECHNOLOGIES LLC* | David M. Glaspy, Esq.<br>Brian S. O'Malley, Esq.<br>GLASPY & GLASPY<br>One Walnut Creek Center<br>100 Pringle Ave., Suite 750<br>Walnut Creek, CA 94596<br>Telephone:     (925) 947-1300<br>Facsimile:      (925) 947-1594<br>Email:             dglaspy@glaspy.com<br>                        bomalley@glaspy.com |
| *Attorneys for Defendant and Cross-Defendant*<br>*GEORGE E. MASKER, INC.* | Thomas F. Vandenburg, Esq.<br>Rafael Contreras Sweet, Esq.<br>DONGELL LAWRENCE FINNEY LLP<br>707 Wilshire Boulevard, 45th Floor<br>Los Angeles, CA 90017-3609<br>Telephone:     (213) 943-6100<br>Facsimile:      (213) 943-6101<br>Email:             tvandenburg@dlflawyers.com<br>                        rsweet@dlflawyers.com<br><br>Michael L. Mau, Esq.<br>THE MAU LAW FIRM<br>950 Harrison Street, Suite 213<br>San Francisco, CA 94107-1078<br>Telephone:     (415) 495-8082<br>Facsimile:      (415) 495-8084<br>Email:             maulawsf@hotmail.com |

**SERVICE LIST**
*Timothy Vest and Caroline Vest v. Allied Packing and Supply, et al.*
Northern District of California Case No. 3:11-cv-00061-JSW
MDL NO. 875

| | |
|---|---|
| ***Attorneys for Defendant and Cross-Defendant***<br>*GEORGIA PACIFIC LLC*<br>*fka GEORGIA PACIFIC CORPORATION* | Diane T. Gorczyca, Esq.<br>Brien F. McMahon, Esq.<br>PERKINS COIE LLP<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111<br>Telephone:    (415) 344-7000<br>Facsimile:    (415) 344-7288<br>Email:    dgorczyca@perkinscoie.com<br>              bmcmahon@perkinscoie.com |
| ***Attorneys for Defendant***<br>*MCDONNELL DOUGLAS CORPORATION* | Robert E. Boone III, Esq,<br>Bryan Cave LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>Tel: (310) 576-2182<br>Fax: (410) 576-2200<br>reboone@bryancave.com |
| ***Attorneys for Defendant and Cross-Defendant***<br>*HEXCEL CORPORATION* | Mark Geraghty, Esq.<br>McKENNA, LONG & ALDRIDGE LLP<br>300 S. Grand Avenue, 14th Floor<br>Los Angeles, CA 90071<br>Telephone:    (213) 688-1000<br>Facsimile:    (213) 243-6330<br>Email:    mgeraghty@mckennalong.com<br><br>Paul Bird, Esq.<br>McKENNA, LONG & ALDRIDGE<br>101 California Street, 41st Floor<br>San Francisco, CA 94111<br>Telephone:    (415) 267-4000<br>Facsimile:    (415) 267-4198<br>Email:    pbird@mckennalong.com |

# SERVICE LIST
*Timothy Vest and Caroline Vest v. Allied Packing and Supply, et al.*
Northern District of California Case No. 3:11-cv-00061-JSW
MDL NO. 875

| | |
|---|---|
| *Attorneys for Defendants and Cross-Defendants*<br>KAISER GYPSUM COMPANY, INC. and HANSON PERMANENTE CEMENT, INC. fka KAISER CEMENT CORPORATION | Jennifer Judin, Esq.<br>Annie Wu, Esq.<br>DEHAY & ELLISTON, LLP<br>1300 Clay Street, Suite 840<br>Oakland, CA  94612<br>Telephone:    (510) 285-0750<br>Facsimile:     (510) 285-0740<br>Email:           jjudin@dehay.com<br>                      awu@dehay.com |
| *Attorneys for Defendant and Cross-Defendant*<br>KENTILE FLOORS, INC. | David M. Glaspy, Esq.<br>Brian S. O'Malley, Esq.<br>GLASPY & GLASPY<br>One Walnut Creek Center<br>100 Pringle Avenue, Suite 750<br>Walnut Creek, California  94596<br>Telephone:    (925) 947-1300<br>Facsimile:     (925) 947-1594<br>Email:           dglaspy@glaspy.com<br>                      bomalley@glaspy.com |
| *Attorneys for Defendants and Cross-Defendants*<br>LATHROP CONSTRUCTION ASSOCIATES, INC.; LATHROP CONSTRUCTION ASSOC., INC. sii/pae/et F.P. LATHROP CONSTRUCTION ASSOC, INC. sii/pae/et F.P. LATHROP CONSTRUCTION; F.P. LATHROP CORPORATION | Michael W. Bolechowski, Esq.<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER<br>525 Market Street<br>17th Floor<br>San Francisco, CA  94105<br>Telephone:    (415) 433-0990<br>Facsimile:     (415) 434-1370<br>Email:<br>          michael.bolechowski@wilsonelser.com |

| | |
|---|---|
| **SERVICE LIST**<br>*Timothy Vest and Caroline Vest v. Allied Packing and Supply, et al.*<br>Northern District of California Case No. 3:11-cv-00061-JSW<br>MDL NO. 875 ||
| *Attorneys for Defendant and Cross-Defendant*<br>*METROPOLITAN LIFE INSURANCE COMPANY* | Ruth D. Kahn, Esq.<br>STEPTOE & JOHNSON<br>633 West Fifth Street, Suite 700<br>Los Angeles, CA 90071<br>Telephone: (213) 439-9400<br>Facsimile: (213) 439-9599<br>Email: rkahn@steptoe.com |
| *Attorneys for Specially Appearing Defendant and Cross-Defendant*<br>*THE PORT OF OAKLAND* | Merton A. Howard, Esq.<br>HANSON BRIDGETT LLP<br>425 Market Street<br>26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br>Email: mhoward@hansonbridgett.com<br><br>Michele Heffes, Esq.<br>PORT OF OAKLAND LEGAL DEPARTMENT<br>530 Water Street, 4th Floor<br>P.O. Box 2064<br>Oakland, CA 94607<br>Telephone: (510) 627-1348<br>Facsimile: (510) 444-2093<br>Email: mheffes@portoakland.com |
| *Attorneys for Defendant and Cross-Defendant*<br>*WORLD AIRWAYS, INC.* | James Goldberg, Esq.<br>Bryan Cave LLP<br>Two Embarcadero Center<br>Suite 1410<br>San Francisco, California 94111-3907<br>Telephone: (415) 675-3400<br>Facsimile: (415) 675-3434<br>Email: james.goldberg@bryancave.com |

| | |
|---|---|
| **SERVICE LIST**<br>*Timothy Vest and Caroline Vest v. Allied Packing and Supply, et al.*<br>Northern District of California Case No. 3:11-cv-00061-JSW<br>**MDL NO. 875** ||
| *Attorneys for Defendants and Cross-Defendants*<br>*DESIGNATED DEFENSE COUNSEL* | Calendar Dept.<br>BERRY & BERRY<br>PO Box 16070<br>Oakland, CA  94610<br>Telephone:   (510) 835-8330<br>Facsimile:    (510) 835-5117<br>Email:           calendardept@berryandberry.com |