## Before the Judicial Panel on Multidistrict Litigation
## MDL-875 – In re Larry Briggs Litigation

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| | | | |
| Larry Briggs and Marsha Briggs Plaintiffs<br>v.<br>Air & Liquid Systems, Corp., Foster Wheeler L.L.C., Elliott Turbomachinery Co., Inc., and General Electric Company Defendants | United States District Court for the District of Connecticut (New Haven) | 3:10-cv-01988 | Vanessa L. Bryant |
| | | | |

1935352v.1