BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**In re Larry Briggs Litigation**          **MDL 875**

### Proof of Service

I hereby certify that a copy of the foregoing was served by email on this 22nd day of February, 2011 to the following:

**Christopher Meisenkothen**
Early Lucarelli Sweeney & Meisenkothen
One Century Tower
265 Church St., 11th Fl.
PO Box 1866
New Haven, CT 06508-1866
cmeisenkothen@elslaw.com

**Katharine S. Perry**
Adler Pollock & Sheehan PC - MA
175 Federal St.
Boston, MA 02110
kperry@apslaw.com

**Gregory M O'Neil**
Adler Pollock & Sheehan PC - MA
175 Federal St.
Boston, MA 02110
goneil@apslaw.com

**Bryna Rosen Misiura**
Governo Law Firm LLC
Two International Place
Boston, MA 02110
bmisiura@governo.com

/s/ Dan E. LaBelle

1935337v.1