## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re: | § | |
| | § | MDL 875 |
| Asbestos Product Liability Litigation (No. VI) | § | |

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALICE R. JEFFERSON, ET AL., | * | CIVIL ACTION NO. |
| | * | 10-4440 |
| Plaintiffs, | * | |
| | * | DIVISION "S" |
| VS. | * | |
| | * | JUDGE MARY ANN LEMMON |
| AMERICAN SUGAR REFINING, INC., | * | |
| ET AL., | * | SECTION 3 |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL KNOWLES, III |
| Defendants. | * | |
| | * | |

### PLAINTIFFS' MOTION TO VACATE
### CONDITIONAL TRANSFER ORDER NO. 357

COME NOW Plaintiffs and hereby Move this Honorable Court to vacate Conditional Transfer Order No. 357, filed on January 28, 2011. Plaintiffs base this Motion on the attached Brief in Support of Plaintiffs' Motion to Vacate Conditional Transfer Order No. 357 and the attachments thereto, as well as the records and documents on file in *Jefferson et al. v. American Sugar Refining, Inc., et al.*, United States District Court, Eastern District of Louisiana, Civil Action No. 10-4440, and any other evidence brought at the hearing of this matter.

1

2

Date:  February 22, 2011                                          Respectfully Submitted,

/s/ Denyse Clancy
Baron & Budd, PC
Denyse Clancy
3102 Oak Lawn Ave.
Suite 1100
Dallas, TX 75219
(214) 523-3605
dclancy@baronbudd.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the above has been electronically filed using the CM/ECF system, thereby electronically serving this document upon counsel of record this __22nd__ day of February, 2011 to the following:

Gus A. Fritchie, III, Esq.
Irwin, Fritchie, Urquhart & Moore, LLC
400 Poydras Street, Suite 2700
New Orleans, LA  70130
**Attorneys for BCI Acquisitions, Inc.**

Roland M. Vandenweghe, Jr., Esq.
Adams & Reese
701 Poydras Street, Suite 4500
New Orleans, LA  70139
**Attorneys for Cooper/T Smith Stevedoring Company**

Patricia Penton, Esq.
Lee, Futrell & Perles, L.L.P.
136 Metairie Lawn Drive
Metairie, LA  70001
**Attorneys for Dixie Machine, Welding & Metal Works, Inc.**

Susan Kohn, Esq.
Simon, Peragine, Smith & Redfearn
1100 Poydras Street, 30th Floor
New Orleans, LA  70163
**Attorneys for McCarty Corporation, The Eagle, Inc.**

Richard P. Sulzer, Esq.
Robert E. Williams, IV, Esq.
Sulzer & Williams, LLC
201 Holiday Boulevard, Suite 335
Covington, LA  70433
**Attorneys for SSA Gulf Terminals, Inc.**

Paul Harrison, Esq.
Law Offices of Paul E. Harrison
532 Girod Street
Mandeville, LA  70448
**Attorneys for American Sugar Refining, Inc.**

John Bolles, Esq.
Phelps Dunbar
Canal Place
365 Canal Place, Suite 2000
New Orleans, LA 70130
**Attorneys for Crowley Marine Services, Inc.**

Wilton Bland, III, Esq.
Jacques P. DeGruy, Esq.
Mouledoux, Bland, Legrant & Brackett, L.L.C.
701 Poydras Street, Suite 4250
New Orleans, LA  70139
**Attorneys for Ports America Gulfport, Inc.**

Lance Sannino, Esq.
201 St. Charles Avenue
New Orleans, LA  70170
**Attorneys for James J. Flanagan Shipping Corp.**

John K. Nieset, Esq.
Christovich & Kearner, LLP
Pan American Life Building
601 Poydras Street, Suite 2300
New Orleans, LA  70130
**Attorneys for Hartford Accident & Indemnity Co.**

| | |
|---|---|
| Antonio J. Rodriguez, Esq.<br>Philip C. Brickman, Esq.<br>Fowler, Rodriguez, Valdes-Fauli<br>400 Poydras Street, 30th Floor<br>New Orleans, LA 70130<br>**Attorneys for Industrial Development Corporation**<br>  **of South Africa, Limited** | H. Phillip Radecker, Jr., Esq.<br>Pugh, Accardo, Haas & Radecker<br>1100 Poydras Street<br>Suite 2000<br>New Orleans, LA  70163<br>**Attorneys for Buck Kreihs Company, Inc.**<br>**J/K/A/ Sank, Inc.** |

/s/ Denyse Clancy
Denyse F. Clancy

4