# Exhibit 5

**From**: JPMLCMECF@jpml.uscourts.gov [mailto:JPMLCMECF@jpml.uscourts.gov]
**Sent**: Tuesday, February 08, 2011 11:06 AM
**To**: JPMLCMDECF@jpml.uscourts.gov <JPMLCMDECF@jpml.uscourts.gov>
**Subject**: Activity in Case MDL No. 875 IN RE: Asbestos Products Liability Litigation (No. VI) Minute Order (Stand Alone)

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 2/8/2011 at 12:06 PM EST and filed on 2/8/2011
**Case Name:**     IN RE: Asbestos Products Liability Litigation (No. VI)
**Case Number:**   MDL No. 875
**Filer:**
**Document Number:** 6708(No document attached)

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER (re: pldg. (6704 in MDL No. 875) )**

**Motion of: Plaintiffs Alice R. Jefferson, et al., to Reinstate CTO-357 - - GRANTED.**

**Plaintiffs' Motion to Reinstate CTO-357 is construed as their Notice of Opposition and is deemed filed as of the date of this order. Plaintiffs' motion and brief to vacate the CTO are due on or before February 22, 2011.**

1

Signed by Chief Deputy Clerk John Nichols on 2/8/2011.

Associated Cases: MDL No. 875, LAE/2:10-cv-04440 (JN)

**Case Name:** Jefferson et al v. American Sugar Refining, Inc. et al
**Case Number:** LAE/2:10-cv-04440
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER (re: pldg. (6704 in MDL No. 875) )

Motion of: Plaintiffs Alice R. Jefferson, et al., to Reinstate CTO-357 - - GRANTED.

Plaintiffs' Motion to Reinstate CTO-357 is construed as their Notice of Opposition and is deemed filed as of the date of this order. Plaintiffs' motion and brief to vacate the CTO are due on or before February 22, 2011.

Signed by Chief Deputy Clerk John Nichols on 2/8/2011.

Associated Cases: MDL No. 875, LAE/2:10-cv-04440 (JN)


**MDL No. 875 Notice has been electronically mailed to:**

David C Landin DLandin@Hunton.com

Peter G Angelos mjolley@lawpga.com

**MDL No. 875 Notice will not be electronically mailed to:**

**LAE/2:10-cv-04440 Notice has been electronically mailed to:**

J. Burton LeBlanc, IV bleblanc@baronbudd.com

Norman Charles Sullivan, Jr nsullivan@frc-law.com

Denyse Clancy dclancy@baronbudd.com, jhaynes@baronbudd.com

**LAE/2:10-cv-04440 Notice will not be electronically mailed to:**

James J. Flanagan Shipping Corporation
5950 Orleans Street
Suite 1500
Beamont, TX 77701

Jason K. Placke
Baron & Budd, P.C. (Baton Rouge)

9015 Bluebonnet Blvd.
Baton Rouge, LA 70810

Nicole M. Loup
Pugh, Accardo, Haas, Radecker, Carey & Hymel (New Orleans)
1100 Poydras St.
Suite 3200
New Orleans, LA 70163

Shelley L Thompson
1100 Poydras Street
Suite 3200
New Orleans, LA 70163-3200