UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

MDL No: **875**                                                                                                              Docket No. **6752**

**MAJOR DEFICIENCY LIST**
*(Counsel Notification of Deficiency Required)*

The following deficiencies are considered MAJOR and must be corrected by the filing party within the allotted time or an ***Order Striking Pleading*** may be issued by the Clerk of the Panel.

**Correction Required: 24 hours from date of Notice**

  <u>  x  </u>   ___Improper Format/Heading/Caption/Title (Rule 3.2(a)(i))

> **Action Required: Correct heading to read "Before the Judicial Panel on Multidistrict Litigation.  File an errata correcting the discrepancies in both motion and brief.**

<u>Use the Miscellaneous Documents; select errata and upload your errata correcting the discrepancies.</u>

**\*\*\*The time allotted to correct deficiencies are subject to change. Please read carefully to ensure full compliance with Notice of Deficiency\*\*\***

**Correction Deadline: February 23, 2011**

Dated: **February 22, 2011**                                                                  FOR THE PANEL:
                                                                                                                    Jeffery N. Luthi
                                                                                                                    Clerk of the Panel