BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LITIGATION (NO. IV) | ) MDL DOCKET NO. 875 ) ) CAC NO. 2:11-CV-00738 ) |
| GENEVIEVE SCHROEDER, KEITH SCHROEDER, CRAIG SCHROEDER, Plaintiffs, vs. A.W. CHESTERTON COMPANY; FMC CORPORATION as successor in interest to NORTHERN PUMP COMPANY; GENERAL ELECTRIC COMPANY; GOULDS PUMPS (IPG), INC.; IMO INDUSTRIES INC., individually and as successor in interest to DE LAVAL TURBINE, INC., and WARREN PUMPS, INC.; INGERSOLL-RAND COMPANY, individually and as successor in interest to TERRY STEAM TURBINE COMPANY; METALCLAD INSULATION CORPORATION; RAPID AMERICAN CORPORATION; VIACOM, INC., individually and as successor by merger to CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION successor-in-interest to BF STURTEVANT CO.; VIAD Corp, f/k/a THE DIAL CORPORATION, individually and as successor-in-interest to GRISCOM-RUSSELL COMPANY; YARWAY CORPORATION; FLOWSERVE dba BYRON JACKSON PUMPS and DOES 1 through 100, Inclusive, Defendants. | ) ) ) **NOTICE OF ERRATA OF MOTION TO** ) **VACATE CONDITIONAL TRANSFER** ) **ORDER AND BRIEF IN SUPPORT OF** ) **MOTION** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

TO THE CLERK OF THE PANEL, THIS COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS HEREIN:

Please be advised the header/caption for the Motion to Vacate Conditional Transfer Order and Plaintiffs' Brief in Support of Its Motion to Vacate Conditional Transfer Order inadvertently stated United States Judicial Counsel on Multidistrict Litigation. The caption/header should state United States Judicial Panel on Multidistrict Litigation.

DATED: February 22, 2011                ROSE, KLEIN & MARIAS LLP

By: _____
GREGORY STAMOS (CA SB No. 51635)
THOMAS F. MORTIMER, JR. (CA SB No. 150426)
BRIAN J. RAMSEY (CA SB No. 265684)
401 E. Ocean Blvd., Ste. 300
Long Beach, CA 90802
(562) 436-4696
(562) 436-6157 fax
E-mail: g.stamos@rkmlaw.net

Attorneys for Plaintiffs
GENEVIEVE SCHROEDER, KEITH SCHROEDER, CRAIG SCHROEDER

-2-
NOTICE OF ERRATA OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER AND BRIEF

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

Schroeder et al. vs AW Chesterton et al.
USDC Case No. 2:11-CV-00738
MDL Docket No. 875

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 401 E. Ocean Boulevard, Suite 300, P.O. Box 22792, Long Beach, California 90801-5792.

On **February 22, 2011**, I served the foregoing documents described as **NOTICE OF ERRATA OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER AND BRIEF IN SUPPORT OF MOTION** on all interested parties in this action by:

[X]   **(VIA ELECTRONIC MAIL):** Serving the document(s) described above via United States District Court Electronic Case Filing website (CM/ECF notification system www.cacd.uscourts.gov/cmecf on the recipients designated on the electronic service list that is located on the Pacer website.

[X]   a true copy: See Service List attached
[ ]   the original:

[X]   **(BY MAIL, 1013a, 2015.5 C.C.P.)**
I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   (FEDERAL)
I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **February 22, 2011**, at Long Beach, California.

_____
JoAnn G. Levandoski

## *** SERVICE LIST ***
## SCHROEDER et al. v. A.W. CHESTERTON COMPANY, et al.
### USDC Case No. CV11-00738-R (VBK)

| | |
|---|---|
| Peter B. Langbord, Esq.<br>Keith M. Ameele, Esq.<br>Nancy Zabala Graham, Esq.<br>**FOLEY & MANSFIELD, PLLP**<br>300 South Grand Avenue, Suite 2800<br>Los Angeles, CA 90071 | Attorney for Defendant, **VIAD CORP** and **BW/IP, INC'S** and its wholly owned subsidiaries improperly sued and served as **FLOWSERVE** dba **BYRON JACKSON PUMP CO.**<br><br>Phone: (213) 283-2100<br>Fax: (213) 283-2101<br>plangbord@foleymansfield.com<br>kameele@foleymansfield.com<br>ngraham@foleymansfield.com |
| Ivor E. Samson, Esq.<br>Edward K. Low, Esq.<br>**SNR DENTON US LLP**<br>525 Market Street, 26th Floor<br>San Francisco, CA 94105-2708 | Attorneys for Defendant, **RAPID-AMERICAN CORPORATION**<br><br>Phone: (415) 882-5000<br>Fax: (415) 882-0300<br>edward.low@snrdenton.com |
| Henry D. Rome, Esq.<br>Ryan Kujawski, Esq.<br>**HOWARD ROME MARTIN & RIDLEY LLP**<br>1775 Woodside Road, Suite 200<br>Redwood City, CA 94061 | Attorneys for Defendant, **IMO INDUSTRIES INC.**<br><br>Phone: (650) 365-7715<br>Fax: (650) 364-5297<br>hrome@hrmrlaw.com<br>rkujawski@hrmrlaw.com |
| Frank D. Pond, Esq.<br>Kevin D. Jamison, Esq.<br>David G. Larmore, Esq.<br>**POND NORTH LLP**<br>350 South Grand Avenue, Suite 3300<br>Los Angeles, CA 90071 | Attorneys for Defendant, **CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation**<br><br>Phone: (213) 617-6170<br>Fax: (213) 623-3594<br>kjamison@pondnorth.com<br>dlarmore@pondnorth.com |

| | |
|---|---|
| William J. Sayers, Esq.<br>Farah S. Nicol, Esq.<br>Lesa M. Meyers, Esq.<br>**MCKENNA LONG & ALDRIDGE LLP**<br>300 South Grand Avenue, 14th Floor<br>Los Angeles, CA 90071 | Attorneys for Defendant,<br>**METALCLAD INSULATION CORPORATION**<br><br>Phone: (213) 688-1000<br>Fax: (213) 243-6330<br>bsayers@mckennalong.com<br>fnicol@mckennalong.com<br>lmeyers@mckennalong.com |
| Joseph Duffy, Esq.<br>Taylor Day, Esq.<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>300 South Grand Avenue<br>Twenty-Second Floor<br>Los Angeles, CA 90071 | Attorneys for Defendant, **YARWAY CORPORATION**<br><br>Phone: (213) 612-2500<br>Fax: (213) 612-2501<br>jduffy@morganlewis.com<br>tday@morganlewis.com |