# MALABY & BRADLEY, LLC
*Attorneys at Law*

150 Broadway, Suite 600
New York, New York 10038
Telephone: (212) 791-0285
Facsimile: (212) 791-0286

February 23, 2011

<u>VIA ECF FILING</u>

Mr. Jeffrey Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

   Re: <u>**In Re: Asbestos Products Liability Litigation – MDL 875**</u>
     <u>***Notice of Potential Tag-Along Action***</u>

Dear Mr. Luthi:

  I enclose for filing CBS Corporation's Notice of Potential Tag-Along Action. If you have any questions or concerns, please do not hesitate to contact me.

  Please contact me if you have any questions regarding this matter.

              Respectfully submitted,

              /s/ Matthew R. Straus

Encl.

cc: All Counsel of Record

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

_____x

STEVEN FERGUSON,

                                 Plaintiff,

                                 -v-

AIR & LIQUID SYSTEMS CORPORATION
AS SUCCESSOR BY MERGER TO BUFFALO
PUMPS, INC., et al.,

                                 **Defendants.**

_____x

## CBS CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION

To the Clerk of the Multidistrict Panel:

      Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multi-District Litigation, Defendant CBS Corporation, a Delaware Corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania Corporation, f/k/a Westinghouse Electric Corporation ("CBS Corporation") hereby notifies the Panel of the pendency, in the United States District Court for the Southern District of New York, of a tag-along action, styled *Ferguson v. Air & Liquid Systems Corporation as Successor by Merger to Buffalo Pumps, Inc., et al.*, Case No. 11CV0408 (KMK). (See Notice of Tag-Along Action, dated February 11, 2011, attached hereto as Exhibit A and copy of the docket sheet and Complaint filed by Steven Ferguson attached hereto as Exhibit B). Transfer of this action is appropriate because it involves common questions of fact with those actions previously transferred by the Panel to MDL-875 pursuant to 28 U.S.C. § 1407.

Wherefore CBS Corporation respectfully requests that the Panel transfer this action to the United States District Court for the Eastern District of Pennsylvania for coordinated proceedings as part of MDL-875, In Re: Asbestos Products Liability Litigation.

Dated:  New York, New York
        February 23, 2011

**MALABY & BRADLEY, LLC**

By: /s/ Matthew R. Straus
    Matthew R. Straus
    Attorney Bar Code: MS2580
Attorneys for CBS Corporation
150 Broadway, Suite 600
New York, New York  10038
(212) 791-0285