## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK)

**Robert S. Shaw**, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside in Hudson County, New Jersey.

On February 23, 2011, I caused to be served a true copy of the attached CBS Corporation's Notice of Potential Tag-Along Action- MDL Docket No. 875 [Re: Steven Ferguson] upon:

> Charles Ferguson, Esq.
> Weitz & Luxenberg, PC
> 700 Broadway
> New York, New York 10003

and upon all defense counsel on the attached service rider by depositing true copies thereof enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

_____
Robert S. Shaw

Sworn to before me this
23rd day of February, 2010

_____
Notary Public

MICHAEL J. CURTIS
NOTARY PUBLIC, State of New York
No. 02CU4983512
Qualified in Westchester County
My Commission Expires 07/01/2007

2011

STEVEN FERGUSON SERVICE RIDER

**John Howarth, Esq.**
**Wilbraham, Lawler & Buba**
**1818 Market Street, Suite 3100**
**Philadelphia, PA 19103**
**Phone # (215) 564-4141**
**Fax # (215) 564-4385**
EWILBRAHAM@WLBDEFLAW.COM
COUNSEL FOR AIR & LIQUID SYSTEMS CORPORATION as successor by merger to BUFFALO PUMPS, INC.

**Kerryann M. Cook, Esq.**
**Michelle D. Grady, Esq.**
**McGivney & Kluger, P.C.**
**80 Broad Street 23rd Floor**
**New York. N.Y. 10004**
**Phone # (212) 509-3456**
**Fax # (212) 509-4420**
KCOOK@MCGIVNEYANDLUGER.COM
COUNSEL FOR AURORA PUMP CO. AND THE FAIRBANKS CO.

**Theodore Eder, Esq.**
**Chris Gannon, Esq.**
**Segal, McCambridge, Singer &Mahoney**
**830 Third Avenue, Suite 400**
**New York, New York 10022**
**Phone # (212) 651-7500**
**Fax # (212) 651-7499**
TEDER@SMSM.COM
COUNSEL FOR BYRON JACKSON PUMPS

**Julie Evans, Esq.**
**Wilson, Elser, Moskowitz, Edelman & Dicker**
**150 East 42nd Street**
**New York, N.Y. 10017-5639**
**Phone # (212) 490-3000**
**Fax # (212) 490-3038**
JULIE.EVANS@WILSONELSER.COM
COUNSEL FOR CARRIER CORP.

**Kirsten Kneis, Esq.**
**K&L Gates LLP**
**599 Lexington Avenue**
**New York, N.Y. 10022**
**Phone # (212) 536-3901**
KIRSTEN.KNEIS@KLGATES.COM
COUNSEL FOR CRANE CO.

**Steve Kevelson, Esq.**
**One Cozine Avenue**
**Brooklyn, N.Y. 11201**
**Phone # (718) 649-4900**
**Fax # (718) 649-4902**
COUNSEL FOR EMPIRE ACE INSULATION MANUFACTURE. CORP.

**Michael Tannenbaum, Esq.**
**Sedgwick, Detert, Moran & Arnold**
**Three Gateway Center, 12th Floor**
**Newark, NJ 07102**
**Phone # (973) 242-002**
**Fax # (973) 242-8099**
MICHAEL.TANENBAUM@SDMA.COM
COUNSEL FOR FOSTER WHEELER, LLC AND GENERAL ELECTRIC CO.

**John J. Fanning, Esq.**
**Cullen & Dykman**
**177 Montague Street**
**Brooklyn, N.Y. 11201**
**Phone # (718) 855-9000**
**Fax # (718) 935-1509**
JFANNING@CULLENANDDYKMAN.COM
COUNSEL FOR GOULDS PUMPS, INC.

**Joseph Colao, Esq.**
**Leader & Berkon LLP**
**630 3rd Avenue, 17th Floor**
**New York, N.Y. 10017**
**Phone # (212) 486-2400**
**Fax # (212) 486-3099**
JCOLAO@LEADERBERKON.COM
COUNSEL FOR IMO INDUSTRIES, INC.

**Lisa M. Pascarella, Esq.**
**Pehlivanian, Braaten & Pascarella, LLC**
**2430 Route 34**
**Manasquan, N.J. 08736**
**Phone # (732) 528-8888**
**Fax # (732) 528-4445**
LP@PEHLI.COM
COUNSEL FOR INGERSOLL-RAND CO.

**Philip Goldstein, Esq.**
**Geneiveve MacSteel, Esq.**
**McGuire Woods LLP**
**1345 Avenue of the Americas, 7th Floor**
**New York, N.Y. 10105**
**Phone # (212) 548-2100**
**Fax # (212) 715-2315**
PGOLDSTEIN@MCGUIREWOODS.COM
COUNSEL FOR ITT CORPORATION

**Paul A. Scrudato, Esq.**
**Jill Berry, Esq.**
**Schiff, Hardin & Waite**
**900 3rd Avenue, 23rd Floor**
**New York, N.Y. 10022**
**Phone # (212) 753-5000**
**Fax # (212) 753-5044**
PSCRUDATO@SCHIFFHARDIN.COM
JBERRY@SCHIFFHARDIN.COM
COUNSEL FOR OWENS-ILLINOIS, INC. AND YARDWAY CORP.

**Amiel Gross, Esq.**
**Sonnenschein Nath & Rosenthal**
**1221 Avenue of the Americas**
**New York, N.Y. 10020**
**Phone # (212) 398-4867**
**Fax # (212) 768-6800**
AGROSS@SONNENCHEIN.COM
COUNSEL FOR RAPID AMERICAN CORPORATION