UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

STEVEN FERGUSON,                               CASE NO. 11 CV 0408 (KMK)

             Plaintiff,

           -v-                               NOTICE OF TAG-ALONG ACTION

AIR & LIQUID SYSTEMS CORPORATION
AS SUCCESSOR BY MERGER TO BUFFALO
PUMPS, INC., et al.,

             Defendants.

------------------------------------x

## CBS CORPORATION'S NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE that, on July 29, 1991, the Judicial panel on Multi-District Litigation entered an Order transferring all asbestos cases pending in Federal Court to the United States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings pursuant to 28 U.S.C. 1407 (a) (the "MDL Transfer Order"). The MDL Transfer Order applies to tag-along actions as defined in Multi-District Litigation Rule 1.1, or actions involving common questions of law or fact filed after the Panel's January 17, 1991 Order to Show Cause. MDL Rule 7.5 (e) provides:

> Any Party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under 1407 shall promptly notify the Clerk of the Panel of any potential tag-along actions in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this case is a potential tag-along action which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of The Panel may either (1) enter a Conditional Transfer Order pursuant to MDL Rule 7.4(a), or (2) file an Order to Show Cause why the action should not be transferred pursuant to MDL Rule 7.5(b).

Dated:   New York, New York
        February 11, 2011

**MALABY & BRADLEY, LLC**

By: _____
Matthew R. Straus
Attorney Bar Code: MS2580
Attorneys for CBS Corporation
150 Broadway, Suite 600
New York, New York  10038
(212) 791-0285

## STEVEN FERGUSON SERVICE RIDER

John Howarth, Esq.
Wilbraham, Lawler & Buba
1818 Market Street, Suite 3100
Philadelphia, PA 19103
Phone # (215) 564-4141
Fax # (215) 564-4385
EWILBRAHAM@WLBDEFLAW.COM
COUNSEL FOR AIR & LIQUID SYSTEMS CORPORATION as successor by merger to BUFFALO PUMPS, INC.

Kerryann M. Cook, Esq.
Michelle D. Grady, Esq.
McGivney & Kluger, P.C.
80 Broad Street 23rd Floor
New York, N.Y. 10004
Phone # (212) 509-3456
Fax # (212) 509-4420
KCOOK@MCGIVNEYANDLUGER.COM
COUNSEL FOR AURORA PUMP CO. AND THE FAIRBANKS CO.

Theodore Eder, Esq.
Chris Gannon, Esq.
Segal, McCambridge, Singer &Mahoney
830 Third Avenue, Suite 400
New York, New York 10022
Phone # (212) 651-7500
Fax # (212) 651-7499
TEDER@SMSM.COM
COUNSEL FOR BYRON JACKSON PUMPS

Julie Evans, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
150 East 42nd Street
New York, N.Y. 10017-5639
Phone # (212) 490-3000
Fax # (212) 490-3038
JULIE.EVANS@WILSONELSER.COM
COUNSEL FOR CARRIER CORP.

Kirsten Kneis, Esq.
K&L Gates LLP
599 Lexington Avenue
New York, N.Y. 10022
Phone # (212) 536-3901
KIRSTEN.KNEIS@KLGATES.COM
COUNSEL FOR CRANE CO.

Steve Kevelson, Esq.
One Cozine Avenue
Brooklyn, N.Y. 11201
Phone # (718) 649-4900
Fax # (718) 649-4902
COUNSEL FOR EMPIRE ACE INSULATION MANUFACTURE. CORP.

Michael Tannenbaum, Esq.
Sedgwick, Detert, Moran & Arnold
Three Gateway Center, 12th Floor
Newark, NJ 07102
Phone # (973) 242-002
Fax # (973) 242-8099
MICHAEL.TANENBAUM@SDMA.COM
COUNSEL FOR FOSTER WHEELER, LLC AND GENERAL ELECTRIC CO.

John J. Fanning, Esq.
Cullen & Dykman
177 Montague Street
Brooklyn, N.Y. 11201
Phone # (718) 855-9000
Fax # (718) 935-1509
JFANNING@CULLENANDDYKMAN.COM
COUNSEL FOR GOULDS PUMPS, INC.

Joseph Colao, Esq.
Leader & Berkon LLP
630 3rd Avenue, 17th Floor
New York, N.Y. 10017
Phone # (212) 486-2400
Fax # (212) 486-3099
JCOLAO@LEADERBERKON.COM
COUNSEL FOR IMO INDUSTRIES, INC.

Lisa M. Pascarella, Esq.
Pehlivanian, Braaten & Pascarella, LLC
2430 Route 34
Manasquan, N.J. 08736
Phone # (732) 528-8888
Fax # (732) 528-4445
LP@PEHLI.COM
COUNSEL FOR INGERSOLL-RAND CO.

Philip Goldstein, Esq.
Geneiveve MacSteel, Esq.
McGuire Woods LLP
1345 Avenue of the Americas, 7th Floor
New York, N.Y. 10105
Phone # (212) 548-2100
Fax # (212) 715-2315
PGOLDSTEIN@MCGUIREWOODS.COM
COUNSEL FOR ITT CORPORATION

Paul A. Scrudato, Esq.
Jill Berry, Esq.
Schiff, Hardin & Waite
900 3rd Avenue, 23rd Floor
New York, N.Y. 10022
Phone # (212) 753-5000
Fax # (212) 753-5044
PSCRUDATO@SCHIFFHARDIN.COM
JBERRY@SCHIFFHARDIN.COM
COUNSEL FOR OWENS-ILLINOIS, INC. AND YARDWAY CORP.

Amiel Gross, Esq.
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, N.Y. 10020
Phone # (212) 398-4867
Fax # (212) 768-6800
AGROSS@SONNENCHEIN.COM
COUNSEL FOR RAPID AMERICAN CORPORATION

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK)

**Robert S. Shaw**, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside in Hudson County, New Jersey.

On February 14, 2011, I caused to be served the attached CBS Corporation's Notice of Tag-Along Action [Re: Steven Ferguson] upon:

>Charles Ferguson, Esq.
>Weitz & Luxenberg, PC
>700 Broadway
>New York, New York 10003

and upon all defense counsel on the attached service rider by depositing true copies thereof enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

_____
Robert S. Shaw

Sworn to before me this
14th day of February, 2011

_____
Notary Public

DAVID P. SCHAFFER
Notary Public, State of New York
No. 31-4943780
Qualified in New York County
Commission Expires Oct. 31, 19...
Dec. 29, 2014