**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**


**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**
  Gail Garner, et al. v. DII Industries, LLC Asbestos PI, et al.,     )
     W.D. New York, C.A. No. 6:10-06345       )    MDL No. 875


**ORDER VACATING CONDITIONAL TRANSFER ORDER**


   A conditional transfer order was filed in this action (*Garner*) on August 3, 2010.  Prior to expiration of that order's 14-day stay of transmittal, defendants in *Garner* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. This matter was then considered by the Panel at its hearing session in Durham, North Carolina, on November 18, 2010.  Following the hearing, the Panel postponed transfer of *Garner* for 180 days. The Panel has now been advised that *Garner* was dismissed in the Western District of New York by the Honorable Charles J. Siragusa in an order filed on February 15, 2011.

   IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-338" filed on August, 3, 2010, is VACATED insofar as it relates to this action.


        FOR THE PANEL:


         Jeffery N. Lüthi
         Clerk of the Panel