# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

MDL No. 875 – IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-358)

**PARTIES REPRESENTED (indicated plaintiff or defendant–attach list if necessary):**

ROBERT McNAUGHTON, plaintiff

*McNaughton v. Goodrich Corporation, et al.*
Civil Action: CAC 2:11-00791

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L.,199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 2/23/2011 | _[signature]_ |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**
Richard M. Grant
Brayton ◇ Purcell LLP
222 Rush Landing Rd.
Novato, CA 94949-6169

Telephone No.: 415/898-1555 x 621     Fax No.: 415/898-1247

Email Address: rgrant@braytonlaw.com

ASBESTOS MDL 875 - Re: CTO 358
*Robert McNaughton v. Goodrich Corp., et al* CAC 2:11-00791

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the JUDICIAL PANEL ON MULTIDISTRICT LITIGATION by efiling w/the court's CM/ECF system on February 23, 2011.

**NOTICE OF APPEARANCE (CTO-358)**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users and that they were served by mail.

**SEE ATTACHED SERVICE LIST**

XX          BY OFFICE MAILING

I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Petaluma, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed February 23, 2011, at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jane Ehni
BRAYTON PURCELL LLP
222 Rush Landing Rd.
Novato, CA 94102
415/899-1011 ext. 232

Case MDL No. 875 Document 6779 Filed 02/23/11 Page 3 of 3

Brayton-Purcell Service List

1

Date Created: 2/23/2011-4:24:25 PM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 112614.001 - Robert McNaughton

Run By : Ehni, Jane (JAE)

Sarah Samuelson, Esq.
**Bryan Cave LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401
310-576-2100   310-576-2200 (fax)
**Defendants:**
  McDonnell Douglas Corporation
(MCDONL)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
415-986-5900   415-986-8054 (fax)
**Defendants:**
  Curtiss-Wright Corporation (CURTWR)
  Meggitt Aircraft Braking Systems Corporation ( fka Aircraft Braking Systems Corporation) (ABS)

**Jackson Jenkins Renstrom LLP**
55 Francisco Street, 6th Floor
San Francisco, CA 94133
415-982-3600   415-982-3700 (fax)
**Defendants:**
  General Dynamics Corporation
(GENDYN)

**Knott & Glazier, LLP**
707 Willshire Blvd.
Suite 2025
Los Angeles, CA 90017
213-312-9200   213-312-9201 (fax)
**Defendants:**
  Lockheed Martin Corporation (LOCCOR)

**Law Offices of Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300   925-947-1594 (fax)
**Defendants:**
  Goodrich Corporation (BFGOOD)
  Rohr, Inc. (ROHR)

E. N. Stone, Esq.
**Lewis Brisbois Bisgaard & Smith LLP**
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012
213-250-1800   213-580-7942 (fax)
**Defendants:**
  Goodyear Tire & Rubber Company, The
(GOODYR)

**Recordtrak - Headquarters**
651 Allendale Road
P.O. Box 61591
King of Prussia, PA 19406
610-992-5000   610-992-1416 (fax)
**Defendants:**
  Recordtrak - Headquarters (RECTHQ)

**Sedgwick, Detert, Moran & Arnold**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900   415-781-2635 (fax)
**Defendants:**
  General Electric Company (GE)

**Steptoe & Johnson LLP**
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
213-439-9400   213-439-9599 (fax)
**Defendants:**
  Metropolitan Life Insurance Company
(MET)

**Tucker Ellis & West LLP**
515 South Flower Street
Forty Second Floor
Los Angeles, CA 90071-2223
213-430-3400   213-430-3409 (fax)
**Defendants:**
  United Technologies Corporation
(UNTECH)

**Tucker Ellis & West LLP**
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400   415-617-2409 (fax)
**Defendants:**
  United Technologies Corporation
(UNTECH)

**Walsworth, Franklin, Bevins & McCall**
One City Boulevard W.
5th Floor
Orange, CA 92868-3677
714-634-2522   714-634-0686 (fax)
**Defendants:**
  Boeing Company, The (BOEING)