IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| BARBARA BEARCE, Individually | : | |
| and as Representative of the | : | |
| Estate of GLENN ANDREW BEARCE, | : | |
| Deceased, and SUSANNE BEARCE | : | |
| | : | |
| | : | |
| | : | Transferred from the Northern |
| v. | : | District of Texas |
| | : | (Case No. 4:99-cv-1054) |
| | : | |
| GENERAL DYNAMICS CORPORATION | : | E.D. PA Case No. 07-69238 |
| | : | |

**SUGGESTION OF REMAND**

**AND NOW,** this **8th** day of **February, 2011,** it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-

875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the

Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative

Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule

16 order issued by the Court.

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions.

e.) The Court finds that this case is prepared for trial

without delay once on the transferor court's docket.  There

is only one Defendant in the case to proceed to trial,

General Dynamics Corporation.

1

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the Northern District of Texas for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.


**AND IT IS SO ORDERED.**


_____
**EDUARDO C. ROBRENO, J.**


---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| JEREMY AND CHRISTOPHER PEASE | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | Transferred from the District |
| VARIOUS DEFENDANTS | : | of Delaware |
| | : | (Case No. 08-00624) |
| | : | |
| | : | E.D. PA Case No. 09-62581 |
| | : | |

**SUGGESTION OF REMAND**

**AND NOW,** this **8th** day of **February, 2011,** it is hereby
**ORDERED** that, upon review of the above-captioned case under MDL
875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the
Court finds that:

    a.) Plaintiff has complied with MDL-875 Administrative
Orders 12 and 12A.

    b.) Parties have completed their obligations under the Rule
16 order issued by the Court.

    c.) All discovery has been completed.

    d.) The Court has adjudicated all outstanding motions.

    e.) The Court finds that this case is prepared for trial
without delay once on the transferor court's docket.

    f.) The remaining viable Defendants in this case to be
pursued at trial are listed in Exhibit "A," attached.

1

Accordingly, the Court **SUGGESTS** that the above-captioned case should be **REMANDED** to the United States District Court for the District of Delaware for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

2

## Exhibit A

**Defendant**

**BORG WARNER**      represented by   **MATTHEW P. DONELSON**
**CORPORATION**                               ELZUFON AUSTIN REARDON TARLOV &
*INDIVIDUALLY AND AS*                      MONDELL PA
*SUCCESSOR-IN-INTEREST*                   300 DELAWARE AVE STE 1700
*TO BYRON JACKSON*                         POBOX 1630
*PUMPS*                                      WILMINGTON, DE 19899-1630
302-428-3181
Email: mdonelson@elzufon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CRANE COMPANY**      represented by   **NICHOLAS E. SKILES**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MICHAEL J. ZUKOWSKI**
K&L GATES
K&L GATES CENTER
201 SIXTH AVE
PITTSBURGH, PA 15222-2613
412/355-6500
Email: michael.zukowski@klgates.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CROWN CORK & SEAL**      represented by   **ANDREW G. AHERN**
**COMPANY INC.**                             1701 N. MARKET ST.
*INDIVIDUALLY AND AS*                      P.O. BOX 248
*SUCCESSOR-IN-INTEREST*                   WILMINGTON, DE 19899
*TO MUNDET CORK*                        Email: aahern@jwbpa.com
*COMPANY*                             *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FORD MOTOR COMPANY**      represented by   **CHRISTIAN J. SINGEWALD**
WHITE & WILLIAMS
824 N. MARKET ST.

STE 902
P.O. BOX 709
WILMINGTON, DE 19899-0707
302-467-4510
Email: singewaldc@whiteandwilliams.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FOSTER WHEELER**          represented by  **JEFFREY S. MARLIN**
**ENERGY CORPORATION**                      MARKS O'NEILL O'BRIEN & COURTNEY
                                            P.C.
                                            913 N. MARKET ST.
                                            SUITE 800
                                            WILMINGTON, DE 19801
                                            302-658-6538
                                            Email: jmarlin@mooclaw.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **MEGAN TROCKI MANTZAVINOS**
                                            MARKS O'NEILL O'BRIEN & COURTNEY
                                            P.C.
                                            913 N. MARKET ST.
                                            SUITE 800
                                            WILMINGTON, DE 19801
                                            302-658-6538
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **MICHAEL T. HAMILTON**
                                            MARKS, O'NEILL, O'BRIEN & COURTNEY,
                                            P.C.
                                            1880 JOHN F. KENNEDY BLVD.
                                            SUITE 1200
                                            PHILADELPHIA, PA 19103
                                            215-564-6688
                                            Email: mhamilton@mooclaw.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**GEORGIA PACIFIC**          represented by  **AMARYAH K. BOCCHINO**
**CORPORATION**                              (See above for address)
*INDIVIDUALLY AND AS*                        *LEAD ATTORNEY*

SUCCESSOR-IN-INTEREST
TO BESTWALL GYPSUM
COMPANY

ATTORNEY TO BE NOTICED

**DONALD E. REID**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GOULDS PUMPS INC.**

represented by **ROBERT S. GOLDMAN**
PHILLIPS, GOLDMAN AND SPENCE
1200 N. BROOM STREET
WILMINGTON, DE 19806
302-655-4200
Fax: 302-655-4210
Email: rsg@pgslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**METROPOLITAN LIFE
INSURANCE COMPANY**

represented by **STEWART R. SINGER**
SALMON RICCHEZZA SINGER & TURCHI
1700 MARKET ST
SUITE 3110
PHILADELPHIA, PA 19103
215-606-6600
Email: ssinger@srstlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNION CARBIDE
CORPORATION**
*formerly known as*
UNION CARBIDE
CHEMICALS AND PLASTIC
COMPANY INC.

represented by **NICHOLAS E. SKILES**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**BETH E. VALOCCHI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**WARREN PUMPS LLC**
*INDIVIDUALLY AND AS
SUCCESSOR-IN-INTEREST*

represented by **MATTHEW P. DONELSON**
(See above for address)
*LEAD ATTORNEY*

*TO QUIMBY PUMP CO.*                    *ATTORNEY TO BE NOTICED*

                                        **KRISTA REALE SAMIS**
                                        ELUFON AUSTIN REARDON TARLOV &
                                        MONDELL
                                        300 DELAWARE AVE
                                        WILMINGTON, DE 19801
                                        302-428-3181
                                        Email: ksamis@elzufon.com
                                        *ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**ROM INTERNATIONAL**          represented by  **ARMAND J. PORTA , JR.**
**INC.**                                       (See above for address)
*INDIVIDUALLY AND AS*                          *LEAD ATTORNEY*
*SUCCESSOR-IN-INTEREST*                        *ATTORNEY TO BE NOTICED*
*TO RPM INC., AND AS*
*SUCCESSOR-IN-INTEREST*
*TO BONDEX*
*INTERNATIONAL INC.*

**<u>Defendant</u>**

**CLEAVER BROOKS INC**         represented by  **NICHOLAS E. SKILES**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*