IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE: ASBESTOS PRODUCTS         :
LIABILITY LITIGATION (No. VI)    :   Consolidated Under
                                 :   MDL DOCKET NO. 875
                                 :
MARY ANN BROWN, Individually     :
and as Executrix of the          :   Transferred from the Northern
Estate of WAYNE E. BROWN         :   District of West Virginia
                                 :   (Case No. 00-cv-74-wcb)
     Plaintiffs                  :
                                 :
v.                               :   E.D. PA Case No.  07-63017
                                 :
A-BEST PRODUCTS CO., ET AL.,     :
                                 :
     Defendants                  :
```

### SUGGESTION OF REMAND

**AND NOW**, this **1st** day of **December, 2010**, it is hereby **ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions.

e.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket. The only remaining viable Defendants in this case to proceed to trial are listed in Exhibit "A," attached. Bankrupt

1

Defendants, against whom proceedings are stayed, are listed in Exhibit "B," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the Northern District of West Virginia for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania. In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

2

Exhibit "A"

**Defendant**

**ARGO PACKING CO.**
*A PENNSYLVANIA CORPORATION*

**Defendant**

**ATLAS TURNER, INC.**
*A CANADIAN CORPORATION*

**Defendant**

**A.W. CHESTERTON CO.**
*A MASSACHUSETTS CORPORATION*

**Defendant**

**FOSECO, INC.**
*AN OHIO CORPORATION*

represented by **MARGARET A. DROPPLEMAN**
HAWKINS & PARNELL
RENAISSANCE TOWER
109 CAPITOL STREET, SUITE 1000
CHARLESTON, SC 25301
304-282-0348
Fax: 304-345-8544
Email: MADROPPLEMAN@AOL.COM
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GENERAL REFRACTORIES**
*A PENNSYLVANIA CORPORATION*

**Defendant**

**OWENS-ILLINOIS, INC.**
*A DELAWARE CORPORATION*

**Defendant**

**PFIZER, INC.**
*A NEW YORK CORPORATION*

**Defendant**

**RAPID-AMERICAN CORPORATION**
*IN ITS OWN RIGHT AND AS SUCCESSOR-IN-INTEREST TO PHILIP CAREY CORPORATION A DELAWARE CORPORATION*

**Defendant**

| | |
|---|---|
| **GEORGE V. HAMILTON, INC.** | represented by **RONALD J. RICHERT**<br>WILLMAN & ARNOLD<br>705 MCKNIGHT PARK DR<br>PITTSBURGH, PA 15237<br>412-366-3333<br>Email: rrichert@willmanlaw.com<br>*ATTORNEY TO BE NOTICED* |

Exhibit "B"

**Defendant**

**A-BEST PRODUCTS COMPANY**
*AN OHIO CORPORATION*

**Defendant**

**AC & S, INC.**
*A PENNSYLVANIA CORPORATION*

**Defendant**

**ARMSTRONG WORLD INDUSTRIES**
*A PENNSYLVANIA CORPORATION*

**Defendant**

**ASBESTOS CLAIMS MANAGEMENT CORP.**
*A DELAWARE CORPORATION*
*formerly known as*
NATIONAL GYPSUM CO.

**Defendant**

**FIBREBOARD CORPORATION**
*A DELAWARE CORPORATION*
CORP.

**Defendant**

**FLEXITALLIC, INC.**

**Defendant**

**FLINTKOTE COMPANY**
*A MASSACHUSETTS CORPORATION*

**Defendant**

**GAF CORPORATION**
*A DELAWARE CORPORATION*

represented by **MICHAEL B. VICTORSON**
1600 LAIDLEY TOWER- 500 LEE STREET
P.O. BOX 553
CHARLESTON, WV 25322
304-340-1079
Fax: 304-340-1051
Email: mvictorson@jacksonkelly.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GARLOCK, INC.**
*AN OHIO CORPORATION*

represented by **CONSTANCE H. WEBER**
KAY CASTO & CHANEY PLLC
P.O. BOX 2031
CHARLESTON, WV 25327
304/345-8900
Email: cweber@kaycasto.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN CRANE, INC.**
*AN ILLINOIS CORPORATION*

**Defendant**

**NORTH AMERICAN REFRACTORIES CO.**
*AN OHIO CORPORATION*

**Defendant**

**OWENS-CORNING FIBERGLAS CORPORATION**
*A DELAWARE CORPORATION*

**Defendant**

**PITTSBURGH CORNING CORORATION**
*A PENNSYLVANIA CORPORATION*

**Defendant**

**QUIGLEY COMPANY**
*A NEW YORK CORPORATION*

**Defendant**

**TURNER & NEWALL, PLC**
*IN ITS OWN RIGHT AND AS*
*SUCCESSOR-IN-INTEREST TO*
*KEASBY-MATTISON COMPANY*