BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

---

MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

*Vest v. Allied Packing & Supply, Inc., et al.*, N.D. California Civil Action No. 3:11-cv-00061 JSW

---

## DECLARATION OF GLORIA C. AMELL IN SUPPORT OF REPLY BRIEF SUPPORTING PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 353

I, Gloria C. Amell, declare as follows:

1. I am an attorney licensed by, and an active member of, the State Bar of California, and am an associate of Kazan, McClain, Lyons, Greenwood & Harley, a Professional Law Corporation, attorneys of record for the plaintiffs herein. I have personal knowledge of the matters expressed in this declaration and, if asked, could and would testify competently to the truth of those matters.

2. Attached as **Exhibit 1** hereto, and incorporated herein by reference, is a true copy of the Civil Docket for U.S. District Court, Northern District of California, Case No. 3:11-cv-00061-JSW.

3. Attached as **Exhibit 2** hereto, and incorporated herein by reference, is a true copy of Plaintiffs' Memorandum of Points and Authorities in Support of Motion to Lift the Stay for the Limited Purpose of Obtaining Court Rulings on: (1) Petitions to Approve the Compromise of Minor's Claims; and (2) Plaintiffs' Administrative Motion to File the Petitions to Approve the Compromise of Minors' Claims and Related Documents Under Seal.

4. Attached as **Exhibit 3** hereto, and incorporated herein by reference, is a true copy

GAMELL/738134.1

1

of the Declaration of Timothy Vest in support of the motion attached as Exhibit 2.

5. Attached as **Exhibit 4** hereto, and incorporated herein by reference, is a true copy of the February 16, 2011 Order Granting in Part and Denying in Part Administrative Motion to Shorten Time, issued by the Honorable Jeffrey S. White of the United States District Court, Northern District of California.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on February 25, 2011 in Oakland, California.

       /s/ Gloria C. Amell
James L. Oberman, Esq. (CA Bar No.120938)
Francis E. Fernandez, Esq. (CA Bar No. 65775)
Gloria C. Amell, Esq.
KAZAN, McCLAIN, LYONS,
GREENWOOD & HARLEY
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913
E-mail: gamell@kazanlaw.com

Counsel for Plaintiffs
Timothy Vest and Caroline Vest