1 | James L. Oberman, Esq. (C.S.B. #120938)
  | Francis E. Fernandez, Esq. (C.S.B. #65775)
2 | Leigh A. Kirmssé, Esq. (C.S.B. #161929)
  | Ian A. Rivamonte, Esq. (C.S.B. #232663)
3 | KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY
  | A Professional Law Corporation
4 | Jack London Market
  | 55 Harrison Street, Suite 400
5 | Oakland, California 94607
  | Telephone: (510) 302-1000
6 |
7 | Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| TIMOTHY VEST and CAROLINE VEST, | Case No.: 3:11-cv-00061 (JSW) |
|---|---|
| Plaintiffs, | **DECLARATION OF TIMOTHY VEST** |
| vs. | Judge: Hon. Jeffrey S. White |
| ALLIED PACKING & SUPPLY, INC., et al., | Courtroom: 11, 19th Floor |
| Defendants. | |

I, Timothy Vest, declare:

1. I am an adult over the age of 18 years and am a plaintiff to this action. I have personal knowledge of the facts set forth in this declaration and, if asked, could and would testify competently to the truth of those facts.

2. I submit this declaration to apprise the Court of the financial hardship my family and I have been experiencing because of our inability to receive any settlement funds as a result of my case being stayed pending a decision whether my case will be transferred to the federal asbestos docket in the Eastern District of Pennsylvania.

3. My wife, Caroline Vest, and I have two daughters, Kinnon Vest and Gentry Vest, ages 10 and 15 years, respectively. We also have a son, Garrett Vest, age 13 years.

4. I am 45 years old and was diagnosed with mesothelioma. Prior to being diagnosed with mesothelioma, I was a pilot for JetBlue Airways ("JetBlue"). I have been a pilot for JetBlue

1  since December 2001 and primarily flew transcontinental routes. Upon being diagnosed with
2  mesothelioma, I was no longer able to fly. I last flew for JetBlue in early September 2009 and
3  have not worked since then. My Pilot Employment Agreement prohibits me from taking any non-
4  pilot position with JetBlue. Currently, I am receiving disability benefits from JetBlue.

5      5.   My wife, Caroline Vest, was a sales representative at Valley Care Health System in
6  Livermore, California until she was laid off on September 10, 2010. She is currently unemployed
7  and receives government unemployment benefits.

8      6.   To pay for our living expenses, my wife and I relied on income from our respective
9  jobs. Our monthly living expenses total approximately $12,000. Among other things, these
10 expenses include our home mortgage, food, clothing, utilities, health-care expenses, automobile,
11 home and life insurance premiums, fees related to our children's extracurricular activities,
12 property tax and two credit cards that have each reached their maximum balance of $25,000
13 because we used those cards to pay for some of our daily expenses. My wife and I constantly
14 monitor our financial expenses and have concluded that the amount of monthly benefits she and I
15 receive as a result of our unemployed status are insufficient to meet my family's basic living
16 expenses. In fact, we currently rely on the $25,000 remaining on a loan I took out to meet some of
17 our living expenses. I have no money in any savings account and I own no stocks or bonds other
18 than what is in my 401(k) retirement account.

19     7.   Certain defendants in this case have agreed to settle all actual and potential claims,
20 including any potential wrongful-death claims that might be brought by my wife and children, as a
21 result of my exposure to asbestos and resulting illness. The settlements also include provisions
22 requiring the parties to keep all terms of the settlement confidential. I understand that because my
23 children are minors and potential wrongful-death plaintiffs, California law requires prior court
24 approval of my children's settlement with any defendant in order to protect my children's
25 interests. I also understand that my attorneys are unable to distribute any settlement funds to me
26 and my family until a court approves any settlement involving my children. Finally, I understand
27 this Court has stayed all proceedings in my case until the Judicial Panel on Multidistrict Litigation
28 decides whether my case should be transferred to the asbestos docket in the Eastern District of

KAZAN, MCCLAIN,
LYONS,
GREENWOOD &
HARLEY, PLC
JACK LONDON MARKET
55 HARRISON STREET,
SUITE 400
OAKLAND, CA 94607
(510) 302-1000
(510) 465-7728
FAX (510) 835-4913

IRIVAMONTE/731802.2

Declaration of Timothy Vest
Case No.: 3:11-cv-00061 (JSW)

2

1  Pennsylvania. As a result of the stay, my children's guardian ad litem, Brian Vest, cannot seek
2  court approval of my children's settlement with any defendant in this or any other court. Nor can
3  I move for a court order requiring that any petition to approve my children's settlement with any
4  defendant, along with any documents in support of any such petition, be kept confidential from the
5  public. In light of those circumstances, I respectfully request that this Court promptly lift its stay
6  of my case for the limited purpose of obtaining rulings on petitions to approve the compromise of
7  my minor children's claims and my motion to seal such petitions. Given my family's current
8  financial hardship, I believe that this is the most expedient way for me and my family to receive
9  our settlement funds. Absent such an order, my family and I will suffer irreparable harm and
10 continued financial hardship for several months unless and until another court considers and rules
11 on the minors' compromise petitions and motion to seal.

12     I declare under penalty of perjury under the laws of the State of California and the United
13 States of America that the foregoing is true and correct and that I executed this declaration on
14 February 10, 2011 at Livermore, California.

_Timothy Vest_

KAZAN, McCLAIN,
LYONS,
GREENWOOD &
HARLEY, PLC
JACK LONDON MARKET
55 HARRISON STREET,
SUITE 400
OAKLAND, CA 94607
(510) 302-1000
(510) 465-7728
FAX (510) 835-4913

IRIVAMONTE/731802.2