IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY VEST, et al.,

    Plaintiffs,

v.

ALLIED PACKING AND SUPPLY, INC., et al.,

    Defendants.

No. C 11-00061 JSW

**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO SHORTEN TIME**

This matter comes before the Court upon consideration of Plaintiffs' administrative motion for an order to have the Court hear on shortened time their motion to lift the stay for the limited purpose of obtaining a court ruling on petitions to approve minors' compromises and on motions to file those petitions under seal. Defendant McDonnell Douglas Corporation ("MDC") has opposed the administrative motion to have the motion to lift the stay heard on shortened time.

The Court has considered the parties' papers and shall grant Plaintiffs' request in part. Based on a preliminary review of Plaintiffs' motion to lift the stay, and based on MDC's opposition to Plaitniffs' motion to shorten time, the Court finds that the motion to stay can be resolved without oral argument.

Accordingly, MDC shall file its opposition to the motion to lift the stay by no later than February 23, 2011. The Court notes that MDC's opposition to the motion to shorten time does raise several arguments as to why the stay should not be lifted. As such, MDC's opposition

1 brief shall be no more than ten pages. Plaintiffs' reply shall be due by no later than February
2 28, 2011, and shall not exceed seven pages.
3 **IT IS SO ORDERED.**
4 Dated: February 15, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE