IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| LLOYD LEABO, ET AL. | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | Transferred from the District |
| VARIOUS DEFENDANTS | : | of Arizona |
| | : | (Case No. 09-62503) |
| | : | |
| | | E.D. PA Case No. 09-62503 |

**FILED**

**FEB 2 8 2011**

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## SUGGESTION OF REMAND

**AND NOW**, this **25th** day of **February, 2011**, it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions.

e.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.

f.) The remaining Defendants in this are listed in Exhibit "A," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of Delaware for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

## Exhibit A

**Defendant**

**ASBESTOS CLAIMS**
**MANAGEMENT CORPORATION**

represented by **MARY PRICE BIRK**
BAKER & HOSTETLER
303 E. 17TH AVENUE
SUITE 1100
DENVER, CO 80203
303-861-0600
Email: mbirk@bakerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NEIL W. THOMSON**
THOMSON CONANT
2398 E. CAMELBACK ROAD
SUITE 925
PHOENIX, AZ 85016-9002
602/508-9010
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GAF BUILDING MATERIALS**
**CORPORATION**

represented by **ANN-MARTHA ANDREWS**
LEWIS & ROCA
40 N. CENTRAL AVENUE
PHOENIX, AZ 85004-4429
602/262-5707
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**SHEILA CARMODY**
SNELL & WILMER LLP
400 E VAN BUREN
PHOENIX, AZ 85004
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GARLOCK INC**

represented by **LARRY J. CROWN**
JENNINGS HAUG &
CUNNINGHAM, LLP
2800 N. CENTRAL AVE
SUITE 1800
PHOENIX, AZ 85004-1049
TEL 602-234-7800

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GENERAL ELECTRIC
COMPANY**

represented by **TOM ALTHAUS**
DUFFIELD YOUNG
ADAMSON
3430 E. SUNRISE DRIVE
SUITE 200
TUCSON, AZ 85004-4429
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KAISER ALUMINUM AND
CHEMICAL CORPORATION**

represented by **JAMES R. CONDO**
SNELL & WILMER
1 ARIZONA CNETER
400 E. VAN BUREN
PHOENIX, AZ 85004-0001
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**METROPOLITAN LIFE
INSURANCE COMPANY**

represented by **JAMES P.F. EGBERT**
485 SOUTH MAIN AVENUE
BUILDING 2
TUCSON, AZ 85701
Fax: MDL TERMINATED
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADAM BLAKE DELONG**
JONES SKELTON & HOCHULI
PLC
2901 N. CENTRAL AVENUE
SUITE 800
PHOENIX, AZ 85012
602-263-7314
Email: bdelong@jshfirm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**OWENS-CORNING
CORPORATION**

represented by **ROBERT S. MURPHY**
THE LAW OFFICES OF ROBERT
S. MURPHY LLC
1650 N FIRST AVE

PHOENIX, AZ 85003
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**STEVEN D. COPPLE**
COPPLE & COPPLE
4518 N. 32ND STREET
SUITE 100
PHOENIX, AZ 85018
Fax: MDL TERMINATED
*TERMINATED: 10/05/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNITED STATES GYPSUM COMPANY**

represented by **MARY PRICE BIRK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NEIL W. THOMSON**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. MINERAL PRODUCTS COMPANY**

represented by **JILL ANN FRANKLIN**
SCHAFFER LAX MCNAUGHTON
AND CHEN
515 S. FIGUEROA STREET
SUITE 1400
LOS ANGELES, CA 90071
Fax: UNDELIVERABLE
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KEVIN JOHN MCNAUGHTON**
SCHAFFER LAX MCNAUGHTON
AND CHEN
515 S. FIGUEROA STREET
SUITE 1400
LOS ANGELES, CA 90071-3331
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WR GRACE & COMPANY**          represented by  **CODY M. HALL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHNNY J. SORENSON**
THE SORENSON LAW FIRM
950 W. ELLIOT ROAD
SUITE 226
TEMPE, AZ 85284
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | | |
| GALE D. WALKER | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| VARIOUS DEFENDANTS | : | Transferred from the District of Maryland |
| | : | (Case No. 04-03278) |
| | : | |
| | : | E.D. PA Case No. 07-62843 |

**FILED**

FEB 28 2011

MICHAELE KUNZ, Clerk
By_____ Dep. Clerk

### SUGGESTION OF REMAND

**AND NOW,** this **25th** day of **February, 2011,** it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions.

e.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.

f.) The remaining viable Defendants in this case to be pursued at trial are listed in Exhibit "A," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of Delaware for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

**Exhibit A**

**Defendant**

**LLOYD E. MITCHELL, INC.**

represented by **JOHN J. NAGLE , III**
BODIE, NAGLE, DOLINA, SMITH
& HOBBS
21 W. SUSQUEHANNA AVENUE
TOWSON, MD 21204
410-823-1250
Email: Lgrenzer@bodienagle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MICHAEL A. PICHINI**
(See above for address)
*TERMINATED: 06/26/2009*

**Defendant**

**DAIMLER CHRYSLER CORP.**
*formerly known as Chrysler*
*Corporation formerly known as*
*Chrysler Motors Corporation*

represented by **ALICE S. JOHNSTON**
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
ONE MELLON CENTER SUITE
5240
PITTSBURGH, PA 15219
412-288-2459
Email:
alice.johnston@obermayer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**M. KING HILL , III**
VENABLE LLP
210 W. PENNSYLVANIA
AVENUE
SUITE 500
TOWSON, MD 21204
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MICHAEL A. PICHINI**
(See above for address)
*TERMINATED: 06/26/2009*

**Defendant**

**GENERAL MOTORS CORP**

represented by **M. KING HILL , III**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PAUL JOSEPH DAY**
DLA PIPER US LLP
6225 SMITH AVENUE
BALTIMORE, MD 21209-3600
410-580-4133
Email: paul.day@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MICHAEL A. PICHINI**
(See above for address)
*TERMINATED: 06/26/2009*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS     :     Consolidated Under
LIABILITY LITIGATION (No. VI) :     MDL DOCKET NO. 875
                                :
GLENYS ANDERSON, Individually :
and as personal representative:
of the estate of JERRY D.      :
ANDERSON, deceased            :

**FILED**

                                 :

     v.            FEB 28 2011 :

MICHAEL E. KUNZ, Clerk   Transferred from the District
VARIOUS DEFENDANTS By_____Dep. Clerk   of Utah
                                 :     (Case No. 09-00086)
                                 :
                                 :     E.D. PA Case No. 09-80103

## SUGGESTION OF REMAND

       **AND NOW**, this **25th** day of **February, 2011**, it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-
875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the
Court finds that:

       a.) Plaintiff has complied with MDL-875 Administrative

       Orders 12 and 12A.

       b.) Parties have completed their obligations under the Rule

       16 order issued by the Court.

       c.) All discovery has been completed.

       d.) Settlement conferences have been held in front of the

       Honorable Magistrate Judge M. Faith Angell, and these

       negotiations have been exhausted as to the remaining viable

       defendants.

e.) The Court has adjudicated all outstanding motions.

f.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.

g.) The remaining viable Defendants in this case to be pursued at trial are listed in Exhibit "A," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of Delaware for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.   See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand.");  See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

09-80103

**AND IT IS SO ORDERED.**

_____

**EDUARDO C. ROBRENO, J.**

**Exhibit A**

**Defendant**

**HAMILTON MATERIALS**                 represented by  **MELINDA A. MORGAN**
                                                        VANTUS LAW GROUP
                                                        3165 EAST MILLROCK DR
                                                        SUITE 160
                                                        SALT LAKE CITY, UT 84121
                                                        801-833-0500
                                                        Email: melinda@vantuslaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**GEORGIA-PACIFIC**                    represented by  **JOHN P. BALL , JR.**
*SUED INDIVIDUALLY AND AS*                             PARSONS BEHLE & LATIMER
*SUCCESSOR-IN-INTEREST TO*                             201 S MAIN ST STE 1800
*BESTWALL GYPSUM COMPANY*                              POBOX 45898
                                                       SALT LAKE CITY, UT 84145
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **KATHERINE VENTI**
                                                       PARSONS BEHLE & LATIMER
                                                       201 SOUTH MAIN STREET
                                                       SUITE 1800
                                                       SALT LAKE CITY, UT 84111
                                                       801-536-6628
                                                       Fax: 801-536-6111
                                                       Email: KVenti@parsonsbehle.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **NICOLE G. FARRELL**
                                                       PARSONS BEHLE LATIMER
                                                       201 S MAIN ST STE 1800
                                                       POBOX 45898
                                                       SALT LAKE CITY, UT 84145
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **JENNIFER MARIE
                                                       STUDEBAKER**
                                                       FORMAN PERRY WATKINS
                                                       KRUTZ & TARDY
                                                       200 SOUTH LAMAR ST

JACKSON, MS 39201-2131
601-960-8600
Email: studebakerjm@fpwk.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**RAPID-AMERICAN**                    represented by **AMIEL GROSS**
SNR DENTON US LLP
1221 AVENUE OF THE
AMERICAS
NEW YORK, NY 10020-1089
212-768-6700
Email: amiel.gross@snrdenton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TODD S. WINEGAR**
POBOX 353
SALT LAKE CITY, UT 84110
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNION CARBIDE**                     represented by **MARY PRICE BIRK**
**CORPORATION**                       BAKER & HOSTETLER
303 E. 17TH AVENUE
SUITE 1100
DENVER, CO 80203
303-861-0600
Email: mbirk@bakerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PATRICIA W. CHRISTENSEN**
PARR WADDOUPS BROWN GEE
& LOVELESS
185 SOUTH STATE STREET
SUITE 1300
SALT LAKE CITY, UT 84111
801-532-7840
Email: pwc@pwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RONALD HELLBUSCH**
BAKER & HOSTETLER

303 E. 17th AVENUE
SUITE 1100
DENVER, CO 80203
303-861-0600
Email: rhellbusch@bakerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| CLAIRE FRITZ, Individually | : | |
| and as personal rep. of the | : | |
| estate of ALAN E. FRITZ, | : | |
| deceased | : | |

FILED

FEB 28 2011

v.

MICHAEL E. KUNZ, Clerk    Transferred from the District
VARIOUS DEFENDANTS By _____ Dep. Clerk    of South Carolina
                                    :    (Case No. 07-01108)
                                    :
                                    :    E.D. PA Case No. 07-65982

**SUGGESTION OF REMAND**

**AND NOW,** this **25th** day of **February, 2011,** it is hereby **ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

c.) All discovery has been completed.

d.) Settlement conferences have been held in front of the Honorable Magistrate Judge M. Faith Angell, and these negotiations have been exhausted as to the remaining viable

1

defendants.

e.) The Court has adjudicated all outstanding motions.

f.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.

g.) The remaining viable Defendants in this case to be pursued at trial are listed in Exhibit "A," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of Delaware for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania. In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

07-65982

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

.

**Exhibit A**

**Defendant**

**BAYER CROPSCIENCE INC**
*AS SUCCESSOR IN INTEREST TO*
*AMCHEM PRODUCTS INC*

represented by **MOFFATT G. MCDONALD**
HAYNSWORTH SINKLER BOYD
75 BEATTIE PL., 11TH FL
POBOX 2048
GREENSVILLE, SC 29602
864-240-3200
Fax: 864-240-3300
Email: mmcdonald@hsblawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**WILLIAM DAVID CONNER**
HAYNSWORTH SINKLER BOYD
PA
POBOX 2048
GREENSVILLE, SC 29602
864-240-3200
Fax: 864-240-3300
Email: dconner@hsblawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NATIONAL SERVICE
INDUSTRIES INC**
*formerly known as*
NORTH BROTHERS COMPANY

represented by **JAMES D. GANDY , III**
PIERCE HERNS SLOAN &
MCLEOD
POBOX 22437
CHARLESTON, SC 29413
843-722-7733
Fax: 843-722-7732
Email: trippgandy@phsm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES G. KENNEDY**
PIERCE HERNS SLOAN &
MCLEOD
P.O. BOX 22437
CHARLESTON, SC 29413
843/722-7733
Email: jameskennedy@phsm.net
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**JAMES D. GANDY , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**INDUSTRIAL HOLDINGS**
**CORPORATION**
*formerly known as*
CARBORUNDUM COMPANY,
THE

represented by **GEORGE L. INABINET , JR.**
PIERCE HERNS SLOAN &
MCLEOD
321 EAST BAY STREET
CHARLESTON, SC 29401
843-722-7733
Fax: 843-722-7732
Email: beauinabinet@phsm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES D. GANDY , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**GOULD PUMPS**
**INCORPORATED**

represented by **JOSEPH A. RHODES , JR.**
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART
300 NORTH MAIN STREET
POST OFFICE BOX 2757
GREENVILLE, SC 29602
864-271-1300
Email:
joseph.rhodes@ogletreedeakins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GUS SUAREZ**
OGLETREE DEAKINS NASH
SMOAK & STEWART
300 NORTH MAIN STREET
SUITE 500
GREENVILLE, SC 29601
864-271-1300
Email: gus.suarez@odnss.com
*ATTORNEY TO BE NOTICED*

**Defendant**

.

**CRANE CO**                          represented by   **ANTHONY C. HAYES**
                                                       NELSON MULLINS RILEY &
                                                       SCARBOROUGH, LLP
                                                       1320 MAIN ST., 17TH FL
                                                       POBOX 11070
                                                       COLUMBIA, SC 29211
                                                       803-799-2000
                                                       Fax: 803-256-7500
                                                       Email:
                                                       anthony.hayes@nelsonmullins.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **MICHAEL J. ZUKOWSKI**
                                                       K&L GATES
                                                       K&L GATES CENTER
                                                       201 SIXTH AVE
                                                       PITTSBURGH, PA 15222-2613
                                                       412/355-6500
                                                       Email:
                                                       michael.zukowski@klgates.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **WILLIAM THOMAS CAUSBY**
                                                       CAUSBY LAW FIRM, LLC
                                                       108 OAK PARK DRIVE
                                                       SUITE C
                                                       IRMO, SC 29063
                                                       803-799-2000
                                                       Fax: MDL TERMINATED
                                                       Email:
                                                       tom.causby@nelsonmullins.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**UNIROYAL INC**

**Defendant**

**METROPOLITAN LIFE**              represented by   **MARK H. WALL**
**INSURANCE CO**                                    ELMORE & WALL PA
                                                    POBOX 1200
                                                    CHARLESTON, SC 29401

843-329-9500
Email: mark.wall@elmorewall.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*