# Brayton❖Purcell LLP

## TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
WILLIAM G. MCDEVITT

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
JENNIFER L. ALESIO
FRANK J. ANDERS
RON G. ARCHER
K. DOUGLAS ATKINSON
TARLAN BANANZADEH
VENUS BAREKATAIN
ROBERT L. BARROW
JENNIFER C. BENADERET
P. DUSTIN BODAGHI
ROBERT U. BOKELMAN
GARY L. BRAYTON
CAMERON O. CARTER*
RENE J. CASILLI
ANDREW CHEW
KIMBERLY J. CHU
HUGH C. COOK
JUSTIN F. FISH
CORRINE L. GAXIOLA
JANETTE H. GLASER
JOHN B. GOLDSTEIN
RICHARD M. GRANT
STEPHEN J. HEALY
CHRIS E. HERSOM
BRIAN O. HOLMBERG*
GARY V JUDD

CLAYTON W. KENT
KATHERINE Y. LEE
MATTHEW B. LEE
ELISABETH A. LEONARD, Ph.D
MICHAEL D. LEVINSON
KRISTEN A. LOUIS
MAUREEN C. MCGOWAN
KIMBERLY L. MEYER
MICHAEL T. MILLER
NANCY A. MULLIKIN
JULIET K. MUSHET
EMMA NELSON-MUNSON
JAMES P. NEVIN
OREN P. NOAH
NEGAR PIRZADEH
JASON M. ROSE
AMIR S. SARRESHTEHDARY
CHRISTINA C. SKUBIC
GEOFF T. SLONIKER
KSENIA L. SNYLYK
ERIC C. SOLOMON
ROBYN L. STEIN
LANCE R. STEWART
UMU K. TAFISI
JANE E. VETTO*
NANCY T. WILLIAMS

March 1, 2011

Jeffery N. Luthi
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC 20002

      Re:    Civil Action No. CAN 4:10-cv-05844 CW *Geraldine Hilt v. C.C. Moore & Co. Engineers, et al.*; MDL-875; CTO 363

Dear Mr. Luthi:

    Please take notice that the above entitled matter has been remanded by the United States District Court for the Northern District of California, by Stipulation to Remand Action to State Court and Order Thereon issued March 1, 2011. Attached is the Order (at the end of Stipulation) for your records. And a fully executed full copy of the stipulation is also included.

                          Very truly yours,

                          Richard M. Grant

RMG:jae

1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  RICHARD M. GRANT, ESQ., S.B. #55677
   BRAYTON❖PURCELL LLP
3  Attorneys at Law
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California 94948-6169
5  (415) 898-1555

6  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN CALIFORNIA OF CALIFORNIA

| | |
|---|---|
| GERALDINE HILT, as Wrongful Death Heir, and as Successor-in-interest to ROBERT HILT, Deceased; and SHERLYN HILT, KRISHA TINDALL, DARPHINE ROLAND, and KIMBERLY CRAWFORD, as Legal Heirs of ROBERT HILT, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>C.C. MOORE & CO. ENGINEERS; et al.,<br><br>Defendants | No. 4:10-cv-05844 CW<br><br>STIPULATION TO REMAND ACTION TO STATE COURT AND ORDER THEREON<br><br>[Local Rules 7-1 and 7-12; FRCP 41]<br><br>Date: March 3, 2011<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th floor<br>Judge: Hon. Claudia Wilken |

Comes now Plaintiffs GERALDINE HILT, as Wrongful Death Heir, and as Successor-in-interest to ROBERT HILT, Deceased; and SHERLYN HILT, KRISHA TINDALL, DARPHINE ROLAND, and KIMBERLY CRAWFORD, as Legal Heirs of ROBERT HILT, Deceased, ("Plaintiffs") and Defendant OTIS ELEVATOR COMPANY ("OTIS"), who file the following joint stipulation pursuant to Local Rules 7-1 and 7-12:

WHEREAS, Defendant OTIS removed this case to the United States District Court for the Northern District of California on December 22, 2010, on the ground that the Court has "federal officer" subject matter jurisdiction under 28 U.S.C. section 1442(a) based on Plaintiffs' allegations that decedent's injury was caused by alleged exposure to asbestos in

1  OTIS's products on various U.S. Navy vessels, and on defendant's allegations that the products
2  were manufactured under the supervision and control of the United States government; and
3       WHEREAS, Defendant OTIS was the sole removing defendant and no other defendant
4  joined in removal or filed a separate notice of removal; and
5       WHEREAS, Plaintiffs and Defendant OTIS, the affected parties, have now reached a
6  resolution of Plaintiffs' claims against OTIS whereby Plaintiffs agree to waive all claims
7  against claims against OTIS relating to or arising out of plaintiff's asbestos exposure at
8  military jobsites or aboard U.S. Navy vessels; and
9       WHEREAS, Plaintiffs will file a formal waiver of said claims with the Court prior to
10 the filing of this Stipulation; and
11      WHEREAS, Defendant OTIS'S desire for a federal forum for this action is now moot
12 given the resolution of the aforesaid claims against it; and
13      WHEREAS, pursuant to the parties' resolution, Plaintiffs and Defendant OTIS seek to
14 have this action remanded to state court,
15      IT IS HEREBY STIPULATED by the affected parties, Plaintiffs and Defendant OTIS
16 that this action shall be, and hereby is immediately remanded to the San Francisco County
17 Superior Court, the court in which it was originally filed and from which it was removed.

18 Dated: February ____, 2011                BRAYTON ❖ PURCELL LLP
19
20                                          By:_____
21                                             Richard Grant
                                               Attorneys for Plaintiffs
22
23 Dated: February ____, 2011                TUCKER ELLIS & WEST LLP
24
25
26                                          By:_____
                                               Lance D. Wilson
27                                             Attorneys for Defendant
                                               OTIS ELEVATOR COMPANY
28

1 **PURSUANT TO STIPULATION**, **IT IS SO ORDERED**.

2     This case is REMANDED to the Superior Court of California, County of San

3 Francisco, Case No. CGC-10-275703. The Clerk shall send a certified copy of this Order to

4 the Clerk of the Court for the Superior Court of California, County of San Francisco.

6 Dated: March 1, 2011     By: *[signature]*
    CLAUDIA WILKEN
7     United States District Judge

```
 1  ALAN R. BRAYTON, ESQ., S.B. #73685
    DAVID R. DONADIO, ESQ., S.B. #154436
 2  RICHARD M. GRANT, ESQ., S.B. #55677
    BRAYTON❖PURCELL LLP
 3  Attorneys at Law
    222 Rush Landing Road
 4  P.O. Box 6169
    Novato, California 94948-6169
 5  (415) 898-1555
 6  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN CALIFORNIA OF CALIFORNIA

| | |
|---|---|
| GERALDINE HILT, as Wrongful Death Heir, and as Successor-in-interest to ROBERT HILT, Deceased; and SHERLYN HILT, KRISHA TINDALL, DARPHINE ROLAND, and KIMBERLY CRAWFORD, as Legal Heirs of ROBERT HILT, Deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>C.C. MOORE & CO. ENGINEERS; et al.,<br><br>    Defendants | No. 4:10-cv-05844 CW<br><br>STIPULATION TO REMAND ACTION TO STATE COURT AND ORDER THEREON<br><br>[Local Rules 7-1 and 7-12; FRCP 41]<br><br>Date: March 3, 2011<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th floor<br>Judge: Hon. Claudia Wilken |

    Comes now Plaintiffs GERALDINE HILT, as Wrongful Death Heir, and as Successor-in-interest to ROBERT HILT, Deceased; and SHERLYN HILT, KRISHA TINDALL, DARPHINE ROLAND, and KIMBERLY CRAWFORD, as Legal Heirs of ROBERT HILT, Deceased, ("Plaintiffs") and Defendant OTIS ELEVATOR COMPANY ("OTIS"), who file the following joint stipulation pursuant to Local Rules 7-1 and 7-12:

    WHEREAS, Defendant OTIS removed this case to the United States District Court for the Northern District of California on December 22, 2010, on the ground that the Court has "federal officer" subject matter jurisdiction under 28 U.S.C. section 1442(a) based on Plaintiffs' allegations that decedent's injury was caused by alleged exposure to asbestos in OTIS's

K:\Injured\19749\FED\STIP-OTIS REMAND.wpd         1

STIPULATION TO REMAND ACTION TO STATE COURT AND ORDER THEREON

1  products on various U.S. Navy vessels, and on defendant's allegations that the products were
2  manufactured under the supervision and control of the United States government; and
3      WHEREAS, Defendant OTIS was the sole removing defendant and no other defendant
4  joined in removal or filed a separate notice of removal; and
5      WHEREAS, Plaintiffs and Defendant OTIS, the affected parties, have now reached a
6  resolution of Plaintiffs' claims against OTIS whereby Plaintiffs agree to waive all claims
7  against claims against OTIS relating to or arising out of plaintiff's asbestos exposure at military
8  jobsites or aboard U.S. Navy vessels; and
9      WHEREAS, Plaintiffs will file a formal waiver of said claims with the Court prior to the
10 filing of this Stipulation; and
11     WHEREAS, Defendant OTIS'S desire for a federal forum for this action is now moot
12 given the resolution of the aforesaid claims against it; and
13     WHEREAS, pursuant to the parties' resolution, Plaintiffs and Defendant OTIS seek to
14 have this action remanded to state court,
15     IT IS HEREBY STIPULATED by the affected parties, Plaintiffs and Defendant OTIS
16 that this action shall be, and hereby is immediately remanded to the San Francisco County
17 Superior Court, the court in which it was originally filed and from which it was removed.

18 Dated: February 24, 2011          BRAYTON ❖ PURCELL LLP

20                                  By: _____
                                        Richard Grant
21                                      Attorneys for Plaintiffs

23 Dated: February 24, 2011          TUCKER ELLIS & WEST LLP

26                                  By: _____
                                        Lance D. Wilson   John K. Son
                                        Attorneys for Defendant
27                                      OTIS ELEVATOR COMPANY

K:\Injured\19749\FED\STIP-OTIS REMAND.wpd              2
STIPULATION TO REMAND ACTION TO STATE COURT AND ORDER THEREON

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

This case is REMANDED to the Superior Court of California, County of San Francisco, Case No. CGC-10-275703. The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of San Francisco.

Dated: February _____, 2011        By: _____
                                          CLAUDIA WILKEN
                                          United States District Judge

4:10-cv-05844 CW
*Geraldine Hilt, et al. v. C.C. Moore & Co Engineers, et al.*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the Clerk of the Court for the United States District Court by using the CM/ECF system on [February 24, 2011].

**STIPULATION TO REMAND ACTION TO STATE COURT AND ORDER THEREON**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by:

**XXX    BY OFFICE MAILING**

I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Petaluma, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST**

Executed February 24, 2011, at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Jane Ehni
Jane Ehni

Date Created: 2/24/2011-3:25:56 PM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 19749.005 - Robert Hilt
Run By : Ehni, Jane (JAE)

**Archer Norris**
P.O. Box 8035
2033 N. Main Street, Suite 800
Walnut Creek, CA 94596
925-930-6600   925-930-6620 (fax)
**Defendants:**
  Anderson, Rowe & Buckley, Inc. (AR&B)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
**Defendants:**
  Berry & Berry (B&B)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300   415-808-0333 (fax)
**Defendants:**
  Dana Companies, LLC (fka Dana Corporation) (DANA)

**Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.**
100 Bush Street
Suite 900
San Francisco, CA 94104-4509
415-362-7126   415-362-6401 (fax)
**Defendants:**
  Otis Elevator Company (OTIS)

**Jackson Jenkins Renstrom LLP**
55 Francisco Street, 6th Floor
San Francisco, CA 94133
415-982-3600   415-982-3700 (fax)
**Defendants:**
  Sun Ship, LLC (SSHLLC)

**Lewis Brisbois Bisgaard & Smith LLP**
One Sansome Street
Suite 1400
San Francisco, CA 94104
415-362-2580   415-434-0882 (fax)
**Defendants:**
  Sheedy Drayage Co. (SHEDYD)

**Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP.**
One California Street, Suite 1910
San Francisco, CA 94111
415-788-8354   415-788-3625 (fax)
**Defendants:**
  ITT Corporation ( fka ITT Industries, Inc.) (ITTIND)

**Sinunu Bruni LLP**
333 Pine Street, Suite 400
San Francisco, CA 94104
415-362-9700   415-362-9707 (fax)
**Defendants:**
  Federal-Mogul Asbestos Personal Injury Trust as successor to Felt-Products Manufacturing Co. (FELTPR)

**Steptoe & Johnson LLP**
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
213-439-9400   213-439-9599 (fax)
**Defendants:**
  Metropolitan Life Insurance Company (MET)

ASBESTOS MDL 875 - Re: CTO 363
*Geraldine Hilt, et al. v. C.C. Moore & Co. Engineers, et al.*
USDC CAN 4:10-cv-05844 CW

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the JUDICIAL PANEL ON MULTIDISTRICT LITIGATION by efiling w/the court's CM/ECF system on March 1, 2011.

**Letter to Judicial Panel On Multidistrict Litigation with Stipulation to Remand Action to State Court and Order Thereon issued March 1, 2011**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Executed March 1, 2011 at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jane Ehni
Jane Ehni
222 Rush Landing Rd.
Novato, CA 94102
415/899-1011 ext. 232