UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**

| | | |
|---|---|---|
| Geraldine Hilt, et al. v. C.C. Moore & Co. Engineers, et al., N.D. California, C.A. No. 4:10-05844 | ) ) | MDL No. 875 |

### ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Hilt*) on February 11, 2011. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Hilt* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Hilt* was remanded to the Superior Court of California, County of San Francisco, by the Honorable Claudia Wilken in an order filed on March 1, 2011.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-363" filed on February 11, 2011, is VACATED insofar as it relates to this action.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel