# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

Scott L. Poff
Clerk

OFFICE OF THE CLERK
P.O. Box 1636
BRUNSWICK, GEORGIA 31521

(912)280-1330

February 18, 2011

Patricia D. Howard
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building
Room G-255
Washington, DC 20002

Dear Ms. Howard:

RE: CV511-14 FRANKIE LEE JONES V. CSX TRANSPORTATION, INC.

The enclosed are certified copies of the docket sheet and the complaint for an asbestos case in our Court. This case is submitted for consideration under docket number 875 as a tag along case.

Sincerely,

SCOTT L. POFF, CLERK

*Candy Asbell*

Candy Asbell, Deputy Clerk

cc: file

[Stamp: JUDICIAL PANEL ON MULTIDISTRICT LITIGATION  2011 FEB 28  P 2:39  RECEIVED CLERK'S OFFICE]