IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | : <br> : | Consolidated Under<br>MDL DOCKET NO. 875 |
| VARIOUS PLAINTIFFS | : | |
| v. | : | |
| VARIOUS DEFENDANTS | : | Transferred from the District<br>of North Dakota |

## SUGGESTION OF REMAND

**AND NOW**, this **18th** day of **February, 2011**, it is hereby **ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that, as to the cases listed in Exhibit "A," attached:[1]

 a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

 b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

 c.) All discovery has been completed.

---

[1] These thirty six (36) cases were grouped for case management as the "Pipefitter I Group" as they share common issues of fact and common defendants.

d.) Settlement conferences have been held in front of the Honorable Magistrate Judge Thomas J. Rueter, and these negotiations have been exhausted as to the remaining viable defendants.

e.) The Court has adjudicated all outstanding motions.

f.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.

g.) The remaining viable Defendants in each individual case to be pursued at trial are listed in Exhibit "A," attached.[2]

Accordingly, the Court **SUGGESTS** that the below-listed cases should be **REMANDED** to the United States District Court for the District of North Dakota for resolution of all matters pending within this case except punitive damages.[3]

Alternatively, parties in the below-listed cases have **seven (7) days** within which to consent to a trial before an Article III

---

[2] The list of remaining viable Defendants is up-to-date as of February 18, 2011. Plaintiff recently submitted dismissal orders in some cases with respect to some Defendants and the attached chart should reflect those. However, prior to trial, this list may need to be updated or amended by Plaintiff's counsel.

[3] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

or Magistrate Judge in the Eastern District of Pennsylvania. In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

Exhibit A

| E.D. PA Case No. | Plaintiff's Name | N.D. Case No. | Remaining Viable Defendants | | | |
|---|---|---|---|---|---|---|
| 2:09-cv-66544-ER | ROGER DAUB | 1:89-00103 | x | Building Sprinkler Co., Inc. | Owens-Illinois, Inc. | x |
| 2:09-cv-66545-ER | RICHARD DENZEL | 1:89-00104 | x | Building Sprinkler Co., Inc. | Owens-Illinois, Inc. | S.O.S. Products Co., Inc. |
| 2:09-cv-66546-ER | STANLEY FORSTNER | 1:89-00105 | A.H. Bennett Co. | Building Sprinkler Co., Inc. | Owens-Illinois, Inc. | x |
| 2:09-cv-66547-ER | BOYD GILCHRIST | 1:89-00106 | A.H. Bennett Co. | Building Sprinkler Co., Inc. | Owens-Illinois, Inc. | S.O.S. Products Co., Inc. |
| 2:09-cv-66548-ER | ROBERT GLASER | 1:89-00107 | A.H. Bennett Co. | Building Sprinkler Co., Inc. | Owens-Illinois, Inc. | S.O.S. Products Co., Inc. |
| 2:09-cv-66549-ER | LESLIE HANSON | 89-00108 | A.H. Bennett Co. | Building Sprinkler Co., Inc. | Owens-Illinois, Inc. | x |
| 2:09-cv-66550-ER | RICHARD HECK | 89-00109 | A.H. Bennett Co. | Building Sprinkler Co., Inc. | Owens-Illinois, Inc. | x |
| 2:09-cv-66551-ER | DOUGLAS JESSEN | 1:89-00110 | x | Building Sprinkler Co., Inc. | x | |
| 2:09-cv-66552-ER | ALVIN JOHNSON | 89-00111 | A.H. Bennett Co. | Building Sprinkler Co., Inc. | Owens-Illinois, Inc. | x |
| 2:09-cv-66553-ER | KENNETH KAUTZMAN | 89-00112 | A.H. Bennett Co. | Building Sprinkler Co., Inc. | Owens-Illinois, Inc. | x |
| 2:09-cv-66554-ER | MARTIN KETTERLING | 89cv113 | A.H. Bennett Co. | Building Sprinkler Co., Inc. | Owens-Illinois, Inc. | S.O.S. Products Co., Inc. |
| 2:09-cv-66555-ER | JAMES KINSELLA | 89cv114 | A.H. Bennett Co. | Building Sprinkler Co., Inc. | Owens-Illinois, Inc. | x |
| 2:09-cv-66556-ER | BEN KLEIN | 89cv115 | A.H. Bennett Co. | Building Sprinkler Co., Inc. | Owens-Illinois, Inc. | x |
| 2:09-cv-66557-ER | JOHN KUNTZ | 89cv116 | A.H. Bennett Co. | Building Sprinkler Co., Inc. | Owens-Illinois, Inc. | x |
| 2:09-cv-66558-ER | ALFRED LAFOUNTAIN | 89cv117 | A.H. Bennett Co. | Building Sprinkler Co., Inc. | Owens-Illinois, Inc. | x |
| 2:09-cv-66559-ER | MYLES LAIS | 89-00118 | A.H. Bennett Co. | Building Sprinkler Co., Inc. | Owens-Illinois, Inc. | x |
| 2:09-cv-66560-ER | LOUIS LANG | 89-00119 | A.H. Bennett Co. | Building Sprinkler Co., Inc. | Owens-Illinois, Inc. | x |
| 2:09-cv-66561-ER | TEANUS LOEB | 89-00120 | A.H. Bennett Co. | Building Sprinkler Co., Inc. | Owens-Illinois, Inc. | S.O.S. Products Co., Inc. |
| 2:09-cv-66562-ER | LD MACMARTIN | 09-66562 | A.H. Bennett Co. | Building Sprinkler Co., Inc. | Owens-Illinois, Inc. | x |
| 2:09-cv-66563-ER | JOHN MORRELL | 89-00122 | A.H. Bennett Co. | Building Sprinkler Co., Inc. | Owens-Illinois, Inc. | x |
| 2:09-cv-66564-ER | STEPHEN MORRELL | 89-cv-00123 | A.H. Bennett Co. | Building Sprinkler Co., Inc. | Owens-Illinois, Inc. | x |
| 2:09-cv-66565-ER | NOEL NOAKES | 89-cv-00124 | x | Building Sprinkler Co., Inc. | x | x |
| 2:09-cv-66566-ER | JOHN OLOFSON | 89-00125 | x | Building Sprinkler Co., Inc. | x | x |
| 2:09-cv-66567-ER | WALTER POPPKE | 89-cv-00126 | x | Building Sprinkler Co., Inc. | x | S.O.S. Products Co., Inc. |
| 2:09-cv-66568-ER | RICHARD POUKKA | 89-127 | A.H. Bennett Co. | Building Sprinkler Co., Inc. | x | x |
| 2:09-cv-66569-ER | DARRELL RATHJEN | 89-128 | A.H. Bennett Co. | Building Sprinkler Co., Inc. | x | x |
| 2:09-cv-66570-ER | PETE RIEDINGER | 89-129 | x | Building Sprinkler Co., Inc. | x | S.O.S. Products Co., Inc. |
| 2:09-cv-66571-ER | VERNON SOLUM | 89-00130 | x | Building Sprinkler Co., Inc. | Owens-Illinois, Inc. | x |
| 2:09-cv-66572-ER | DONALD STANEK | 89-00131 | x | Building Sprinkler Co., Inc. | x | x |
| 2:09-cv-66573-ER | GENE THOMPSON | 89-00132 | x | Building Sprinkler Co., Inc. | x | x |
| 2:09-cv-66574-ER | FRANK UNSER | 89-00133 | x | Building Sprinkler Co., Inc. | x | x |
| 2:09-cv-66575-ER | VIRGIL VOELLER | 89-00134 | x | Building Sprinkler Co., Inc. | x | x |
| 2:09-cv-66576-ER | EUGENE VOGEL | 89-00135 | x | Building Sprinkler Co., Inc. | x | x |
| 2:09-cv-66577-ER | JOE VOGEL | 89-00136 | x | Building Sprinkler Co., Inc. | x | x |
| 2:09-cv-66578-ER | FRANK WILSON | 89-00137 | x | Building Sprinkler Co., Inc. | x | S.O.S. Products Co., Inc. |
| 2:09-cv-66579-ER | JOE WINBAUER | 89-00138 | x | Building Sprinkler Co., Inc. | Owens-Illinois, Inc. | x |