IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE: ASBESTOS PRODUCTS      :    Consolidated Under
LIABILITY LITIGATION (No. VI) :    MDL DOCKET NO. 875
                              :
JOHN J. MCANANY, JR., as      :
personal representative       :
of the estate of JOHN J.      :
MACANANY, deceased            :
                              :
          v.                  :
                              :    Transferred from the District
VARIOUS DEFENDANTS            :    of South Carolina (Charleston)
                              :    (Case No. 95-02791)
                              :
                              :    E.D. PA Case No. 07-60568


**SUGGESTION OF REMAND**

        **AND NOW**, this **23rd** day of **February, 2011**, it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-

875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the

Court finds that:

        a.) Plaintiff has complied with MDL-875 Administrative

        Orders 12 and 12A.

        b.) Parties have completed their obligations under the Rule

        16 order issued by the Court.

        c.) All discovery has been completed.

        d.) Settlement conferences have been held in front of the

        Honorable Magistrate Judge M. Faith Angell, and these

        negotiations have been exhausted as to the remaining viable

1

defendants.

e.) The Court has adjudicated all outstanding motions.

f.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.

g.) The remaining viable Defendants in this case to be pursued at trial are listed in Exhibit "A," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of Delaware for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

07-60568

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

<u>**Exhibit A**</u>

<u>**Defendant**</u>

**OWENS-ILLINOIS, INC.**     represented by  **ROBERT O. MERIWETHER**
*A DELAWARE*                                  NELSON MULLINS RILEY &
*CORPORATION*                                   SCARBOROUGH, LLP
POBOX 1170
COLUMBIA, SC 29211
803-799-2000
Fax: 803-255-9308
Email:
robert.meriwether@nelsonmullins.com
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**GENERAL ELECTRIC**     represented by  **TIMOTHY PECK**
**COMPANY**                                     SMITH MOORE
*A NEW YORK CORPORATION*                LEATHERWOOD LLP
300 N. GREENE ST STE 1400
POBOX 21927
GREENSBORO, NC 27401
336-378-5307
Fax: 336-433-7471
Email:
tim.peck@smithmoorelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**INGERSOLL-RAND COMPANY**     represented by  **ROBERT BATES LOVETT**
*A NEW JERSEY CORPORATION*                HUNTER MACLEAN EXLEY &
DUNN
200 E. ST. JULIAN STREET
P.O. BOX 9848
SAVANNAH, GA 31412
912-236-0261
Email: blovett@huntermaclean.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KEVIN J. O'BRIEN**
MARKS, O'NEILL, O'BRIEN &
COURTNEY, P.C.
1800 JOHN F. KENNEDY BLVD.

.

SUITE 1900
PHILADELPHIA, PA 19103
215-564-6688
Fax: 215-564-2526
Email: kobrien@mooclaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**A.W. CHESTERTON COMPANY**          represented by  **JENNIFER M. TECHMAN**
*A MASSACHUSETTS*                                     EVERT WEATHERSBY HOUFF
*CORPORATION*                                          3405 PIEDMONT RD STE 200
                                                      ATLANTA, GA 30305
                                                      678-651-1238
                                                      Fax: 678-651-1201
                                                      Email: JMTechman@EWHlaw.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**METROPOLITAN LIFE**                 represented by  **MARK H. WALL**
**INSURANCE COMPANY**                                  ELMORE & WALL PA
*A NEW YORK CORPORATION*                               POBOX 1200
                                                      CHARLESTON, SC 29401
                                                      843-329-9500
                                                      Email: mark.wall@elmorewall.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**INDUSTRIAL HOLDINGS**               represented by  **GEORGE L. INABINET , JR.**
**CORPORATION**                                        PIERCE HERNS SLOAN &
*F/K/A THE CARBORUNUM*                                 MCLEOD
*COMPANY A DELAWARE*                                   321 EAST BAY STREET
*CORPORATION*                                          CHARLESTON, SC 29401
                                                      843-722-7733
                                                      Fax: 843-722-7732
                                                      Email: beauinabinet@phsm.net
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**UNIROYAL, INC.**                    represented by  **WILLIAM DAVID CONNER**
*A NEW JERSEY CORPORATION*                             (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**FOSTER WHEELER ENERGY CORPORATION**
*A DELAWARE CORPORATION*

**Defendant**

**CBS CORPORATION**
*F/K/A VIACOM, INC., SUCC. BY MERGER TO CBS CORPORATION F/K/A WESTINGHOUSE CORPORATION, A DELAWARE CORPORATION*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE: ASBESTOS PRODUCTS        :    Consolidated Under
LIABILITY LITIGATION (No. VI)   :    MDL DOCKET NO. 875
                                :
CATHERINE JIREL, Individually   :
and as personal representative  :    **FILED**
of the estate of DAVID JIREL,   :
decease                         :
                                :    FEB 28 2011
                                :
                                :    MICHAEL E. KUNZ, Clerk
                                :    By_____Dep. Clerk
     v.                         :
                                :
                                :    Transferred from the District
VARIOUS DEFENDANTS              :    of South Carolina
                                :    (Case No. 01-00764)
                                :
                                :    E.D. PA Case No. 07-61116


### SUGGESTION OF REMAND

**AND NOW,** this **24th** day of **February, 2011,** it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-

875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the

Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative

Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule

16 order issued by the Court.

c.) All discovery has been completed.

d.) Settlement conferences have been held in front of the

Honorable Magistrate Judge M. Faith Angell, and these

1

negotiations have been exhausted as to the remaining viable defendants.

e.) The Court has adjudicated all outstanding motions.

f.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.

g.) The remaining viable Defendants in this case to be pursued at trial are listed in Exhibit "A," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of Delaware for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

2

07-61116

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

.

## Exhibit A

**Defendant**

**AC&S, INC.**                    represented by  **DAVID G. TRAYLOR , JR.**
NELSON, MULLINS, RILEY &
SCARBOROUGH
P.O. BOX 11070
1320 MAIN STREET, 17TH FLOOR
COLUMBIA, SC 29211
803-799-2000
Email:
david.traylor@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**WILLIAM THOMAS CAUSBY**
CAUSBY LAW FIRM, LLC
108 OAK PARK DRIVE
SUITE C
IRMO, SC 29063
803-799-2000
Fax: MDL TERMINATED
Email:
tom.causby@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NATIONAL SERVICE**            represented by  **C. LUCAS DRAKE**
**INDUSTRIES, INC.**                            YEAMANS HALL CLUB
*FORMERLY KNOWN AS NORTH*                       PO BOX 9455
*BROTHERS INC.*                                 CHARLESTON, SC 29410
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**DAVID L. HARRELL**
4119 W STREET, NW
APT 100
WASHINGTON, DC 20007
Fax: MDL TERMINATED
*TERMINATED: 04/14/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES D. GANDY , III**

PIERCE HERNS SLOAN &
MCLEOD
POBOX 22437
CHARLESTON, SC 29413
843-722-7733
Fax: 843-722-7732
Email: trippgandy@phsm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES G. KENNEDY**
PIERCE HERNS SLOAN &
MCLEOD
P.O. BOX 22437
CHARLESTON, SC 29413
843/722-7733
Email: jameskennedy@phsm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROBERT H. HOOD**
HOOD LAW FIRM LLC
172 MEETING ST.
POBOX 1508
CHARLESTON, SC 29402
843-577-4435
Email: info@hoodlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**WILLIAM OGIER HANAHAN ,
III**
8298 WILD INDIGO BLUFF
NORTH CHARLESTON, SC 29418
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FLEXITALLIC GASKET
COMPANY, INC.**

**Defendant**

**A.P. GREEN INDUSTRIES, INC.**          represented by  **C. MICHAEL EVERT , JR.**
EVERT & WEATHERSBY &
HOUFF
3405 PIEDMONT RD STE 200

ATLANTA, GA 30305
678-651-1250
Email: cmevert@ewhlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**THOMAS FRANK DOUGALL**
LAW OFFICE OF THOMAS
DOUGALL
1713 WOODCREEK FARMS RD
SUITE 100
ELGIN, SC 29045
803-865-8858
Email: tdougall@dougallfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>
**ASBESTOS CLAIMS
MANAGEMENT COMPANY**

<u>**Defendant**</u>
**UNITED STATES GYPSUM
COMPANY**                    represented by **C. LUCAS DRAKE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DAVID L. HARRELL**
(See above for address)
*TERMINATED: 04/14/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROBERT H. HOOD**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**WILLIAM OGIER HANAHAN ,
III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**NEW NATIONAL GYPSUM
COMPANY**

**Defendant**
**T&N PLC**                          represented by  **C. LUCAS DRAKE**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **DAVID L. HARRELL**
                                                     (See above for address)
                                                     *TERMINATED: 04/14/2010*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **ROBERT H. HOOD**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **WILLIAM OGIER HANAHAN ,
                                                     III**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**
**INDUSTRIAL HOLDINGS
CORPORATION**                        represented by  **JAMES G. KENNEDY**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**
**GASKET HOLDINGS, INC.**            represented by  **JAMES D. GANDY , III**
*FORMERLY KNOWN AS*                                  (See above for address)
*FLEXITALLIC GASKET COMPANY*                         *LEAD ATTORNEY*
*INC.*                                               *ATTORNEY TO BE NOTICED*

                                                     **JAMES G. KENNEDY**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS     :     Consolidated Under
LIABILITY LITIGATION (No. VI) :    MDL DOCKET NO. 875

REBECCA J. CHRISTIAN         :
Individually and as Personal :
Representative of the Estate :
of HERBERT K. CHRISTIAN      :
Deceased                     :

**FILED**

FEB 2 8 2011

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

                    v.           :
                                 :
                                 :     Transferred from the District
VARIOUS DEFENDANTS           :     of South Carolina
                                 :     (Case No. 04-00932)
                                 :
                                 :     E.D. PA Case No. 07-61187


## SUGGESTION OF REMAND

**AND NOW,** this **24th** day of **February, 2011,** it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-
875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the
Court finds that:

    a.) Plaintiff has complied with MDL-875 Administrative

    Orders 12 and 12A.

    b.) Parties have completed their obligations under the Rule

    16 order issued by the Court.

    c.) All discovery has been completed.

    d.) Settlement conferences have been held in front of the

1

Honorable Magistrate Judge M. Faith Angell, and these negotiations have been exhausted as to the remaining viable defendants.

e.) The Court has adjudicated all outstanding motions.

f.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.

g.) The remaining viable Defendants in this case to be pursued at trial are listed in Exhibit "A," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of Delaware for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

Remand will be vacated.                              07-61187

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

3

## Exhibit A

**Defendant**

**OWENS-ILLINOIS INC**
*A DELAWARE CORPORATION*

represented by **WILLIAM THOMAS CAUSBY**
CAUSBY LAW FIRM, LLC
108 OAK PARK DRIVE
SUITE C
IRMO, SC 29063
803-799-2000
Fax: MDL TERMINATED
Email:
tom.causby@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NATIONAL SERVICE
INDUSTRIES INC**
*A GEORGIA CORPORATION*
*FORMERLY KNOWN AS NORTH*
*BROTHERS COMPANY*

represented by **JAMES D. GANDY , III**
PIERCE HERNS SLOAN &
MCLEOD
POBOX 22437
CHARLESTON, SC 29413
843-722-7733
Fax: 843-722-7732
Email: trippgandy@phsm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**INDUSTRIAL HOLDINGS
CORPORATION**
*A DELAWARE CORPORATION*
*FORMERLY KNOWN AS*
*CARBORUNDUM COMPANY, THE*

represented by **JAMES D. GANDY , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES G. KENNEDY**
PIERCE HERNS SLOAN &
MCLEOD
P.O. BOX 22437
CHARLESTON, SC 29413
843/722-7733
Email: jameskennedy@phsm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GENERAL REFRACTORIES**

represented by **WILLIAM STUART DAVIES ,**

**COMPANY**
*A PENNSYLVANIA CORPORATION*

**JR.**
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
PO BOX 11070
1320 MAIN ST.
COLUMBIA, SC 29201
803-255-8406
Fax: 803-255-9116
Email:
bill.davies@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BABCOCK BORSIG POWERS INC**
*AS SUCCESSOR IN INTEREST TO DB RILEY INC FORMELY RILEY STOKER INC A MASSACHUSETTS CORPORATION FORMERLY KNOWN AS DB RILEY INC FORMERLY KNOWN AS RILEY STOKER INC*

represented by **ARTHUR TIMOTHY JONES**
HAWKINS & PARNELL
4000 SUNTRUST PLAZA
300 PEACHTREE ST. NE
ATLANTA, GA 30308
Fax: UNDELIVERABLE
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FLINTKOTE COMPANY, THE**
*A DELAWARE CORPORATION*

represented by **HARRY LEE DAVIS , JR.**
DAVIS & HAMRICK LLP
PO BOX 20039
635 WEST FOURTH STREET
WINSTON-SALEM, NC 27120-0039
336-725-8385
Email: ldavis@davisandhamrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FLUOR DANIEL INC**
*A CALIFORNIA CORPORATION*

represented by **JAMES B. PRESSLY , JR.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MOFFATT G. MCDONALD**
(See above for address)
*LEAD ATTORNEY*

`
*ATTORNEY TO BE NOTICED*

**WILLIAM DAVID CONNER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FLUOR DANIEL SERVICES**                    represented by   **JAMES B. PRESSLY , JR.**
**CORPORATION**                                              (See above for address)
*A DELAWARE CORPORATION*                                      *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **MOFFATT G. MCDONALD**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **WILLIAM DAVID CONNER**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**DANIEL INTERNATIONAL**                     represented by   **JAMES B. PRESSLY , JR.**
**CORPORATION**                                              (See above for address)
*A SOUTH CAROLINA*                                           *LEAD ATTORNEY*
*CORPORATION*                                                *ATTORNEY TO BE NOTICED*

                                                             **MOFFATT G. MCDONALD**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **WILLIAM DAVID CONNER**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**DB RILEY INC**                             represented by   **ARTHUR TIMOTHY JONES**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS          :     Consolidated Under
LIABILITY LITIGATION (No. VI) :        MDL DOCKET NO. 875
                                  :
LAURA K. SMOAK, as personal       :
representative of the estate      :
of THADDEUS K. KANAPAUX           :

FEB 28 2011

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

        v.                        :

                                  :     Transferred from the District
VARIOUS DEFENDANTS                :     of South Carolina
                                  :     (Case No. 05-03220)
                                  :
                                  :     E.D. PA Case No. 07-61217


## SUGGESTION OF REMAND

**AND NOW**, this **23rd** day of **February, 2011**, it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-
875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the
Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative

Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule

16 order issued by the Court.

c.) All discovery has been completed.

d.) Settlement conferences have been held in front of the

Honorable Magistrate Judge M. Faith Angell, and these

1

negotiations have been exhausted as to the remaining viable defendants.

e.) The Court has adjudicated all outstanding motions.

f.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.

g.) The remaining viable Defendants in this case to be pursued at trial are listed in Exhibit "A," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of Delaware for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

2

07-61217

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

**Exhibit A**

**Defendant**

**OWENS ILLINOIS, INC.**                represented by **WILLIAM THOMAS CAUSBY**
                                        CAUSBY LAW FIRM, LLC
                                        108 OAK PARK DRIVE
                                        SUITE C
                                        IRMO, SC 29063
                                        803-799-2000
                                        Fax: MDL TERMINATED
                                        Email: tom.causby@nelsonmullins.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**NATIONAL SERVICE**                    represented by **JAMES D. GANDY , III**
**INDUSTRIES INC.**                     PIERCE HERNS SLOAN &
*FORMERLY KNOWN AS NORTH*               MCLEOD
*BROTHERS INC.*                         POBOX 22437
                                        CHARLESTON, SC 29413
                                        843-722-7733
                                        Fax: 843-722-7732
                                        Email: trippgandy@phsm.net
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **JAMES G. KENNEDY**
                                        PIERCE HERNS SLOAN &
                                        MCLEOD
                                        P.O. BOX 22437
                                        CHARLESTON, SC 29413
                                        843/722-7733
                                        Email:
                                        jameskennedy@phsm.net
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**AW CHESTERTON**                       represented by **C. MICHAEL EVERT , JR.**
**COMPANY**                             EVERT & WEATHERSBY &
                                        HOUFF
                                        3405 PIEDMONT RD STE
                                        200
                                        ATLANTA, GA 30305
                                        678-651-1250
                                        Email: cmevert@ewhlaw.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JENNIFER M. TECHMAN**
EVERT WEATHERSBY
HOUFF
3405 PIEDMONT RD STE
200
ATLANTA, GA 30305
678-651-1238
Fax: 678-651-1201
Email:
JMTechman@EWHlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**INDUSTRIAL HOLDINGS**
**CORPORATION**
*FORMERLY KNOWN AS THE*
*CARBORUNDUM COMPANY*

represented by **GEORGE L. INABINET , JR.**
PIERCE HERNS SLOAN &
MCLEOD
321 EAST BAY STREET
CHARLESTON, SC 29401
843-722-7733
Fax: 843-722-7732
Email: beauinabinet@phsm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES G. KENNEDY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GENERAL ELECTRIC**
**COMPANY**

represented by **MOFFATT G. MCDONALD**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**WILLIAM DAVID CONNER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

.

**JOHN CRANE, INC.**                    represented by **JAMES H. ELLIOTT , JR.**
PRITCHARD & ELLIOTT
8 CUMBERLAND STREET
SUITE 200
CHARLESTON, SC 29401
843-722-3300
Email: jelliott@pritchard-elliott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHILLIP FERDERIGOS**
BARNWELL WHALEY
PATTERSON & HELMS
885 ISLAND PARK DRIVE
CHARLESTON, SC 29492-0197
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**INGERSOLL RAND COMPANY**          represented by **F SAUNDERS ALDRIDGE , III**
HUNTER MACLEAN EXLEY &
DUNN, P.C.
PO BOX 9848
200 EAST STREET JULIAN
STREET 31401
SAVANNAH, GA 31412
912-236-0261
Email: saldridge@huntermaclean.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**SHAWN ANTON KACHMAR**
HUNTER MACLEAN EXLEY &
DUNN
POBOX 9848
200 E. STREET JULIAN STREET
SAVANNAH, GA 31412
912-236-0261
Fax: 912-236-4936
Email:
skachmar@huntermaclean.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNIROYAL HOLDINGS, INC.**           represented by **MOFFATT G. MCDONALD**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**WILLIAM DAVID CONNER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**VIACOM, INC.**                    represented by   **C. MICHAEL EVERT , JR.**
*SUCCESSOR BY MERGER TO CBS*                         (See above for address)
*CORPORATION FORMERLY*                               *LEAD ATTORNEY*
*KNOWN AS WESTINGHOUSE*                              *PRO HAC VICE*
*ELECTRIC CORPORATION*                               *ATTORNEY TO BE NOTICED*

                                                     **JENNIFER M. TECHMAN**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE: ASBESTOS PRODUCTS          :     Consolidated Under
LIABILITY LITIGATION (No. VI) :         MDL DOCKET NO. 875
                                  :
BILLY A JOHNSON and ANNE          :
R. JOHNSON                        **FILED**

**FEB 23 2011**

v.                           MICHAEL E. KUNZ, Clerk
                             By_____ Dep. Clerk
                                  :     Transferred from the District
VARIOUS DEFENDANTS                :     of South Carolina
                                  :     (Case No. 06-00077)
                                  :
                                  :     E.D. PA Case No. 07-61223


## SUGGESTION OF REMAND

**AND NOW**, this **23rd** day of **February, 2011,** it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-
875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the
Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative

Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule

16 order issued by the Court.

c.) All discovery has been completed.

d.) Settlement conferences have been held in front of the

Honorable Magistrate Judge M. Faith Angell, and these

negotiations have been exhausted as to the remaining viable

1

defendants.

e.) The Court has adjudicated all outstanding motions.[1]

f.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.

g.) The remaining viable Defendants in this case to be pursued at trial are listed in Exhibit "A," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of Delaware for resolution of all matters pending within this case except punitive damages.[2]

---

[1] The Court has not adjudicated Defendant Crane Co.'s "bare metal" defense.  A multidistrict litigation transferee court has "authority to dispose of a cases on the merits – for example, by ruling on motions for summary judgment."  MANUAL FOR COMPLEX LITIGATION § 22.36 (4th ed. 2010) (citing In re Temporomandibular Joint (TMJ) Prods. Liab. Litig., 113 F.3d 1484, 1488 (8th Cir. 1997)).  Although the MDL court has such authority, and in the appropriate case the exercise of such authority generally promotes the multidistrict litigation goals of efficiency and economy, there are cases where ruling on summary judgment by the transferee court would not advance the litigation or serve a useful purpose.  Id. (citing In Re Orthopedic Bone Screw Prods. Liab. Litig., MDL No. 1014, 1997 WL 109595 at *2 (E.D. Pa. Mar. 7, 1997)).  This appears to be such a case, as South Carolina law is not settled on the merits of Defendant Crane Co.'s "bare metal" defense.  (See Order Denying Crane Co.'s Motion for Summary Judgment, attached hereto as Exhibit "B.")

[2] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's

2

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

---

decision to withhold punitive damage claims on remand."); <u>See also</u> <u>In re Roberts</u>, 178 F.3d 181 (3d Cir. 1999).

3

## Exhibit A

**Defendant**

**AW CHESTERTON COMPANY**

represented by **C. MICHAEL EVERT , JR.**
EVERT & WEATHERSBY & HOUFF
3405 PIEDMONT RD STE 200
ATLANTA, GA 30305
678-651-1250
Email: cmevert@ewhlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JENNIFER M. TECHMAN**
EVERT WEATHERSBY HOUFF
3405 PIEDMONT RD STE 200
ATLANTA, GA 30305
678-651-1238
Fax: 678-651-1201
Email: JMTechman@EWHlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ANCHOR PACKING CO, THE**

represented by **TIMOTHY W. BOUCH**
LEAH BOUCH & CRAWFORD
POBOX 59
CHARLESTON, SC 29402-0059
843-937-8811
Email: tbouch@leathbouchlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NATIONAL SERVICE INDUSTRIES INC**
*formerly known as NORTH BROTHERS INC*

represented by **JAMES D. GANDY , III**
PIERCE HERNS SLOAN & MCLEOD
POBOX 22437
CHARLESTON, SC 29413
843-722-7733
Fax: 843-722-7732
Email: trippgandy@phsm.net
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**JAMES G. KENNEDY**
PIERCE HERNS SLOAN & MCLEOD
P.O. BOX 22437
CHARLESTON, SC 29413
843/722-7733
Email: jameskennedy@phsm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CRANE CO**                    represented by **WILLIAM THOMAS CAUSBY**
CAUSBY LAW FIRM, LLC
108 OAK PARK DRIVE
SUITE C
IRMO, SC 29063
803-799-2000
Fax: MDL TERMINATED
Email: tom.causby@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MICHAEL J. ZUKOWSKI**
K&L GATES
K&L GATES CENTER
201 SIXTH AVE
PITTSBURGH, PA 15222-2613
412/355-6500
Email: michael.zukowski@klgates.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN CRANE INC**              represented by **JAMES H. ELLIOTT , JR.**
PRITCHARD & ELLIOTT
8 CUMBERLAND STREET
SUITE 200
CHARLESTON, SC 29401
843-722-3300
Email: jelliott@pritchard-elliott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHILLIP FERDERIGOS**
BARNWELL WHALEY PATTERSON
& HELMS

885 ISLAND PARK DRIVE
CHARLESTON, SC 29492-0197
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GENERAL ELECTRIC
COMPANY**

represented by **MOFFATT G. MCDONALD**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**WILLIAM DAVID CONNER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**VIACOM INC**
*Successor by merger to CBS
CORPORATION formerly known as
Westinghouse Electric Corporation*

represented by **C. MICHAEL EVERT , JR.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JENNIFER M. TECHMAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**INDUSTRIAL HOLDINGS
CORPORATION**
*formerly known as CARBORUNDUM
COMPANY*

represented by **GEORGE L. INABINET , JR.**
PIERCE HERNS SLOAN &
MCLEOD
321 EAST BAY STREET
CHARLESTON, SC 29401
843-722-7733
Fax: 843-722-7732
Email: beauinabinet@phsm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES G. KENNEDY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BILLY JOHNSON, ET AL., | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| | : | |
| Plaintiffs, | : | |
| | : | Transferred from the District |
| | : | of South Carolina |
| v. | : | (Case No. 06-00077) |
| | : | |
| | : | |
| AVENTIS CROPSCIENCE USA, INC., | : | |
| ET AL., | : | |
| | : | E.D. PA CIVIL ACTION NO. |
| | : | 2:07-61223 |
| Defendants. | : | |

**FILED**

JAN 2 8 2011

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### O R D E R

**AND NOW,** this **28th** day of **January, 2011,** it is hereby

**ORDERED** that the Motion for Summary Judgment of Defendant Crane

Co., filed on October 25, 2010 (doc. no. 17), is **DENIED.**[1]

---

[1]This case was transferred to the Eastern District of
Pennsylvania as part of MDL 875 on January 9, 2007. (Transfer
Order, doc no. 1.) Plaintiff alleges that Billy Johnson
developed colon cancer as a result of exposure to asbestos-
containing products manufactured or distributed by Crane Co.
(Pl.'s Reply Br., doc. no. 18 at 1.) Mr. Johnson worked as a
pipefitter/welder at various jobsites in South Carolina from 1960
until 2003. (Id.)

When evaluating a motion for summary judgment, Federal Rule
of Civil Procedure 56 provides that the Court must grant judgment
in favor of the moving party when "the pleadings, the discovery
and disclosure materials on file, and any affidavits show that
there is no genuine issue as to any material fact . . . ." Fed.
R. Civ. P. 56(c)(2). A fact is "material" if its existence or
non-existence would affect the outcome of the suit under
governing law. Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248
(1986). An issue of fact is "genuine" when there is sufficient
evidence from which a reasonable jury could find in favor of the

non-moving party regarding the existence of that fact. Id. at 248-49. "In considering the evidence the court should draw all reasonable inferences against the moving party." El v. SEPTA, 479 F.3d 232, 238 (3d Cir. 2007).

"Although the initial burden is on the summary judgment movant to show the absence of a genuine issue of material fact, 'the burden on the moving party may be discharged by showing — that is, pointing out to the district court — that there is an absence of evidence to support the nonmoving party's case' when the nonmoving party bears the ultimate burden of proof." Conoshenti v. Pub. Serv. Elec. & Gas Co., 364 F.3d 135, 140 (3d Cir. 2004) (quoting Singletary v. Pa. Dep't of Corr., 266 F.3d 186, 192 n.2 (3d Cir. 2001)). Once the moving party has discharged its burden, the nonmoving party "may not rely merely on allegations or denials in its own pleading; rather, its response must — by affidavits or as otherwise provided in [Rule 56] — set out specific facts showing a genuine issue for trial." Fed. R. Civ. P. 56(e)(2).

Federal jurisdiction in this case is based on diversity of citizenship under 28 U.S.C. § 1332.  Therefore, this Court will apply South Carolina substantive law in deciding Defendant's Motion for Summary Judgment. See Erie R.R. Co. v. Tompkins, 304 U.S. 64; see also Guaranty Trust Co. v. York, 326 U.S. 99, 108.

In Henderson v. Allied Signal, Inc., the Supreme Court of South Carolina explicitly adopted the "frequency, regularity, and proximity test." 644 S.E.2d 724, 727 (S.C. 2007) (citing Lohrmann v. Pittsburgh Corning Corp., 782 F.2d 1156, 1162 (4th Cir. 1986)). The court noted that, "[t]o support a reasonable inference of substantial causation from circumstantial evidence, there must be evidence of exposure to a specific product on a regular basis over some extended period of time in proximity to where the plaintiff actually worked." 644 S.E.2d at 727. The court held that mere presence of "static asbestos" does not equate to asbestos exposure. Id.

In Roehling v. National Gypsum Co., the United States Court of Appeals for the Fourth Circuit decided an appeal from the Eastern District of Virginia. 786 F.2d 1225 (4th Cir. 1986). Plaintiff sued various defendants alleging that he developed mesothelioma due to exposure to their asbestos-containing products. Id. at 1226. The Court held that direct evidence of exposure is not required in order for plaintiff to survive a motion for summary judgment. Id. at 1228. The evidence need only establish that plaintiff "was in the same vicinity as witnesses

2

who can identify the products causing the asbestos dust and that
all people in that area, not just the product handlers, inhaled."
Id.

The Supreme Court of South Carolina has not addressed the
issue of the "bare metal" defense in asbestos cases.  In products
liability actions, the Supreme Court of South Carolina has held
that the, "test of whether a product is defective when sold is
whether the product is unreasonably dangerous to the consumer or
user given the conditions and circumstances that will foreseeably
attend the use of the product." Kennedy v. Custom Ice Eqpt., 246
S.E.2d 176, 178 (S.C. 1978).

In Baughman v. General Motors Corp., plaintiff, a tire
mechanic, was injured when the wheel on a GMC truck exploded. 780
F.2d 1131, 1132 (4th Cir. 1986). The wheel was not manufactured
by GMC, but plaintiff argued that GMC should be held liable for
selecting the allegedly unreasonably dangerous wheel. Id. The
court recognized that,

> a manufacturer who incorporates a defective component
> part into its finished product and places the finished
> product into the stream of commerce is liable for
> injuries caused by a defect in the component part.  The
> fact that the manufacturer or assembler did not
> actually manufacture the component part is irrelevant,
> as it has a duty to test and inspect the component
> before incorporating it into its product. Nelson v.
> Coleman Co., 155 S.E.2d 917 (S.C. 1967). As a necessary
> corollary, the plaintiff must be able to show that the
> defendant sold or exercised control over the defective
> product. See Ryan v. Eli Lilly & Co., 514 F. Supp.
> 1004, 1006-07 (D.S.C. 1981).

The Baughman court held that despite the fact that GMC had
selected the tire at issue, it could not be held liable since it
did not have the opportunity to inspect the component part, did
not benefit from the sale of the component part, and did not
represent to the public that the component part was its own. 780
F.2d at 1132-33.

In an affidavit dated December 22, 2005, Mr. Johnson averred
that he recalled working on or around Crane pumps and valves at
various jobsites. (Johnson affidavit, Pl.'s Ex. A.) He also
stated that, "[t]he maintenance and repair of the aforesaid
machinery produced visible dust which I was exposed to and
inhaled."

3

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

---

In a deposition taken on June 11, 2010, Mr. Johnson testified that he recalled installing Crane valves on different occasions; however, he could not testify as to any number of times that he installed these valves. (Johnson Depo., doc. no. 18-2 at 111-12.) Crane Co. argues that its pumps and valves were made of metal and that the valves did not require asbestos in order to function properly. (Id. at 5.) Defendant points to Mr. Johnson's deposition testimony about the Crane valves he worked with.

Q: Okay.  Would it be fair to say – now first of all, a valve, when it comes in, is a bare metal, if you will.  In other words, it's a metal piece of equipment?
A: Right.
Q: And it doesn't come insulated, does it?
A: No, sir.

(Johnson Depo., doc. no. 17-3 at 113.) Mr. Johnson testified that he would get gaskets for the valves from the supply room onsite and that some of the gaskets contained asbestos. (Id. at 114.)

Plaintiffs have presented evidence, through the affidavit of Mr. Johnson, that Mr. Johnson worked with Crane Co. asbestos-containing pumps and valves.  In his deposition, Mr. Johnson testified that the valves did not come insulated with asbestos; however, taking into account Mr. Johnson's affidavit, Plaintiffs have raised a genuine issue of material fact as to whether asbestos-containing component parts were later incorporated into Crane Co. valves.  As Plaintiffs have presented evidence that Mr. Johnson worked with Crane Co. valves on various occasions and have raised a genuine issue of material fact as to whether these valves were incorporated with asbestos, Defendant's Motion for Summary Judgment should be denied.  As South Carolina courts have not specifically addressed the "bare metal" defense in the asbestos context, the issue of the "bare metal" defense is remanded for the transferee court to decide. See Faddish v. CBS Corp., 2010 U.S. Dist. LEXIS 116362 (E.D. Pa. Oct. 22, 2010).

4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS          :       Consolidated Under
LIABILITY LITIGATION (No. VI) :       MDL DOCKET NO. 875
                                  :
ROBERT O. MCDANIEL, as            :
Personal Representative           :
of the Estate of RAYMOND O.       :
MCDANIEL, deceased                :
                                  :
        v.                        :
                                  :
                                  :
VARIOUS DEFENDANTS                :       Transferred from the District
                                  :       of South Carolina
                                  :       (Case No. 06-00403)
                                  :
                                  :       E.D. PA Case No. 07-61225

**FILED**

FEB 28 2011

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**SUGGESTION OF REMAND**

**AND NOW**, this **24th** day of **February, 2011**, it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

c.) All discovery has been completed.

d.) Settlement conferences have been held in front of the Honorable Magistrate Judge M. Faith Angell, and these

1

negotiations have been exhausted as to the remaining viable defendants.

e.) The Court has adjudicated all outstanding motions.

f.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.

g.) The remaining viable Defendants in this case to be pursued at trial are listed in Exhibit "A," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of Delaware for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania. In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

07-61225

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

.

**Exhibit A**

**Defendant**

**A.W. CHESTERTON COMPANY**     represented by **C. MICHAEL EVERT , JR.**
EVERT & WEATHERSBY & HOUFF
3405 PIEDMONT RD STE 200
ATLANTA, GA 30305
678-651-1250
Email: cmevert@ewhlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JENNIFER M. TECHMAN**
EVERT WEATHERSBY HOUFF
3405 PIEDMONT RD STE 200
ATLANTA, GA 30305
678-651-1238
Fax: 678-651-1201
Email: JMTechman@EWHlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NATIONAL SERVICE
INDUSTRIES INC**
*formerly known as North Brothers
Inc*

represented by **JAMES D. GANDY , III**
PIERCE HERNS SLOAN &
MCLEOD
POBOX 22437
CHARLESTON, SC 29413
843-722-7733
Fax: 843-722-7732
Email: trippgandy@phsm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES G. KENNEDY**
PIERCE HERNS SLOAN &
MCLEOD
P.O. BOX 22437
CHARLESTON, SC 29413
843/722-7733
Email: jameskennedy@phsm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GOULD PUMPS INC**                         represented by  **JOSEPH A. RHODES , JR.**
                                            OGLETREE, DEAKINS, NASH,
                                            SMOAK & STEWART
                                            300 NORTH MAIN STREET
                                            POST OFFICE BOX 2757
                                            GREENVILLE, SC 29602
                                            864-271-1300
                                            Email:
                                            joseph.rhodes@ogletreedeakins.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **NANCY MONTS**
                                            OGLETREE DEAKINS NASH
                                            SMOAK AND STEWART
                                            P.O. BOX 2757
                                            GREENVILLE, SC 29602
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **GUS SUAREZ**
                                            OGLETREE DEAKINS NASH
                                            SMOAK & STEWART
                                            300 NORTH MAIN STREET
                                            SUITE 500
                                            GREENVILLE, SC 29601
                                            864-271-1300
                                            Email: gus.suarez@odnss.com
                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**METROPOLITAN LIFE**                       represented by  **MARK H. WALL**
**INSURANCE CO.**                           ELMORE & WALL PA
                                            POBOX 1200
                                            CHARLESTON, SC 29401
                                            843-329-9500
                                            Email: mark.wall@elmorewall.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**INDUSTRIAL HOLDINGS**                     represented by  **GEORGE L. INABINET , JR.**
**CORPORATION**                             PIERCE HERNS SLOAN &
*formerly known as TheCarborundum*          MCLEOD
*Company*                                   321 EAST BAY STREET
                                            CHARLESTON, SC 29401

843-722-7733
Fax: 843-722-7732
Email: beauinabinet@phsm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES G. KENNEDY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>
**UNIROYAL INC**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS          :      Consolidated Under
LIABILITY LITIGATION (No. VI) :          MDL DOCKET NO. 875

JOHN and MARGARET                          FILED
BLACKMON
                                     FEB 28 2011
     v.                          MICHAEL E. KUNZ, Clerk
                                 By_____Dep. Clerk
                                          :      Transferred from the District
VARIOUS DEFENDANTS                        :      of South Carolina
                                          :      (Case No. 06-03529)
                                          :
                                          :      E.D. PA Case No. 07-62975


## SUGGESTION OF REMAND

     **AND NOW,** this **24th** day of **February, 2011,** it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-

875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the

Court finds that:

     a.) Plaintiff has complied with MDL-875 Administrative

     Orders 12 and 12A.

     b.) Parties have completed their obligations under the Rule

     16 order issued by the Court.

     c.) All discovery has been completed.

     d.) Settlement conferences have been held in front of the

     Honorable Magistrate Judge M. Faith Angell, and these

     negotiations have been exhausted as to the remaining viable

1

defendants.

e.) The Court has adjudicated all outstanding motions.[1]

f.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.

g.) The remaining viable Defendants in this case to be pursued at trial are listed in Exhibit "A," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of Delaware for resolution of all matters pending within this case except punitive damages.[2]

---

[1] The Court has not adjudicated Defendant Crane Co.'s "bare metal" defense. A multidistrict litigation transferee court has "authority to dispose of a cases on the merits – for example, by ruling on motions for summary judgment." MANUAL FOR COMPLEX LITIGATION § 22.36 (4th ed. 2010) (citing In re Temporomandibular Joint (TMJ) Prods. Liab. Litig., 113 F.3d 1484, 1488 (8th Cir. 1997)). Although the MDL court has such authority, and in the appropriate case the exercise of such authority generally promotes the multidistrict litigation goals of efficiency and economy, there are cases where ruling on summary judgment by the transferee court would not advance the litigation or serve a useful purpose. Id. (citing In Re Orthopedic Bone Screw Prods. Liab. Litig., MDL No. 1014, 1997 WL 109595 at *2 (E.D. Pa. Mar. 7, 1997)). This appears to be such a case, as South Carolina law is not settled on the merits of Defendant Crane Co.'s "bare metal" defense. (See Order Denying Crane Co.'s Motion for Summary Judgment, attached hereto as Exhibit "B.")

[2] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000) ("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

_____

**EDUARDO C. ROBRENO, J.**

_____

decision to withhold punitive damage claims on remand."); <u>See also</u> <u>In re Roberts</u>, 178 F.3d 181 (3d Cir. 1999).

3

**Exhibit A**

**Defendant**

**OWENS-ILLINOIS, INC.**            represented by **WILLIAM THOMAS CAUSBY**
                                                   CAUSBY LAW FIRM, LLC
                                                   108 OAK PARK DRIVE
                                                   SUITE C
                                                   IRMO, SC 29063
                                                   803-799-2000
                                                   Fax: MDL TERMINATED
                                                   Email:
                                                   tom.causby@nelsonmullins.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**AVENTIS CROPSCIENCE USA,**         represented by **MOFFATT G. MCDONALD**
**INC.**                                              HAYNSWORTH SINKLER BOYD
*FORMERLY KNOWN AS AMCHEM*                           75 BEATTIE PL., 11TH FL
*PRODUCTS, INC. FORMERLY*                            POBOX 2048
*KNOWN AS RHONE-POULENC AG*                          GREENSVILLE, SC 29602
*COMPANY, INC.*                                      864-240-3200
                                                     Fax: 864-240-3300
                                                     Email: mmcdonald@hsblawfirm.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **WILLIAM DAVID CONNER**
                                                     HAYNSWORTH SINKLER BOYD
                                                     PA
                                                     POBOX 2048
                                                     GREENSVILLE, SC 29602
                                                     864-240-3200
                                                     Fax: 864-240-3300
                                                     Email: dconner@hsblawfirm.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**NATIONAL SERVICE**                 represented by **JAMES D. GANDY , III**
**INDUSTRIES, INC.**                                 PIERCE HERNS SLOAN &
*FORMERLY KNOWN AS NORTH*                            MCLEOD
*BROTHERS COMPANY*                                   POBOX 22437
                                                     CHARLESTON, SC 29413
                                                     843-722-7733

Fax: 843-722-7732
Email: trippgandy@phsm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RAPID AMERICAN CORPORATION**                 represented by **CARL E. PIERCE , II**
PIERCE HERNS SLOAN &
MCLEOD
POBOX 22437
CHARLESTON, SC 29413
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES D. GANDY , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOSEPH C. WILSON , IV**
PIERCE HERNS SLOAN &
MCLEOD
THE BLAKE HOUSE
321 EAST BAY STREET
PO BOX 22437
CHARLESTON, SC 29413
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ANCHOR PACKING CO., THE**                 represented by **TIMOTHY W. BOUCH**
LEAH BOUCH & CRAWFORD
POBOX 59
CHARLESTON, SC 29402-0059
843-937-8811
Email: tbouch@leathbouchlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**INDUSTRIAL HOLDINGS CORPORATION**                 represented by **GEORGE L. INABINET , JR.**
*FORMERLY KNOWN AS*                 PIERCE HERNS SLOAN &
*CARBORUNDUM COMPANY, THE*                 MCLEOD
321 EAST BAY STREET
CHARLESTON, SC 29401
843-722-7733

.

Fax: 843-722-7732
Email: beauinabinet@phsm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNION CARBIDE**          represented by **MOFFATT G. MCDONALD**
**CORPORATION**                          (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **WILLIAM DAVID CONNER**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN C. BLACKMON, JR., ET AL., | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| | : | |
| Plaintiffs, | : | |
| | : | Transferred from the District |
| | : | of South Carolina |
| v. | : | (Case No. 06-03529) |
| | : | |
| | : | |
| OWENS-ILLINOIS, INC., | : | |
| ET AL., | : | |
| | : | E.D. PA CIVIL ACTION NO. |
| | : | 2:07-62975 |
| Defendants. | : | |

FILED

JAN 28 2011

MICHAEL E. KUNZ, Clerk
By____ Dep. Clerk

**O R D E R**

**AND NOW**, this **28th** day of **January, 2011**, it is hereby

**ORDERED** that the Motion for Summary Judgment of Defendant Crane

Co., filed on October 25, 2010 (doc. no. 13), is **DENIED.**[1]

---

[1] This case was transferred to the Eastern District of
Pennsylvania as part of MDL 875 on March 14, 2007. (Transfer
Order, doc no. 1.) Plaintiff alleges that John Blackmon was
exposed to asbestos-containing products manufactured or
distributed by Crane Co. (Pl.'s Reply Br., doc. no. 14 at 1.)
Mr. Blackmon worked at the Charleston Naval Shipyard in
Charleston, South Carolina from 1964 until 1978 onboard surface
and submarine vessels. (Id. at 1.) He was an apprentice marine
machinist from 1964 until 1969, he was a marine machinist
mechanic from 1970 until 1972, he was a mechanical testing
inspector from 1972 until 1978, and was then transferred to
Supship until he retired. (Id.)

When evaluating a motion for summary judgment, Federal Rule
of Civil Procedure 56 provides that the Court must grant judgment
in favor of the moving party when "the pleadings, the discovery
and disclosure materials on file, and any affidavits show that
there is no genuine issue as to any material fact . . . ." Fed.
R. Civ. P. 56(c)(2). A fact is "material" if its existence or

1

non-existence would affect the outcome of the suit under
governing law. Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248
(1986). An issue of fact is "genuine" when there is sufficient
evidence from which a reasonable jury could find in favor of the
non-moving party regarding the existence of that fact. Id. at
248-49. "In considering the evidence the court should draw all
reasonable inferences against the moving party." El v. SEPTA, 479
F.3d 232, 238 (3d Cir. 2007).

    "Although the initial burden is on the summary judgment
movant to show the absence of a genuine issue of material fact,
'the burden on the moving party may be discharged by showing –
that is, pointing out to the district court – that there is an
absence of evidence to support the nonmoving party's case' when
the nonmoving party bears the ultimate burden of proof."
Conoshenti v. Pub. Serv. Elec. & Gas Co., 364 F.3d 135, 140 (3d
Cir. 2004) (quoting Singletary v. Pa. Dep't of Corr., 266 F.3d
186, 192 n.2 (3d Cir. 2001)). Once the moving party has
discharged its burden, the nonmoving party "may not rely merely
on allegations or denials in its own pleading; rather, its
response must – by affidavits or as otherwise provided in [Rule
56] – set out specific facts showing a genuine issue for trial."
Fed. R. Civ. P. 56(e)(2).

    Federal jurisdiction in this case is based on diversity of
citizenship under 28 U.S.C. § 1332.  Therefore, this Court will
apply South Carolina substantive law in deciding Defendant's
Motion for Summary Judgment. See Erie R.R. Co. v. Tompkins, 304
U.S. 64; see also Guaranty Trust Co. v. York, 326 U.S. 99, 108.

    In Henderson v. Allied Signal, Inc., the Supreme Court of
South Carolina explicitly adopted the "frequency, regularity, and
proximity test." 644 S.E.2d 724, 727 (S.C. 2007) (citing Lohrmann
v. Pittsburgh Corning Corp., 782 F.2d 1156, 1162 (4th Cir.
1986)). The court noted that, "[t]o support a reasonable
inference of substantial causation from circumstantial evidence,
there must be evidence of exposure to a specific product on a
regular basis over some extended period of time in proximity to
where the plaintiff actually worked." 644 S.E.2d at 727. The
court held that mere presence of "static asbestos" does not
equate to asbestos exposure. Id.

    In Roehling v. National Gypsum Co., the United States Court
of Appeals for the Fourth Circuit decided an appeal from the
Eastern District of Virginia. 786 F.2d 1225 (4th Cir. 1986).
Plaintiff sued various defendants alleging that he developed
mesothelioma due to exposure to their asbestos-containing

2

products. Id. at 1226. The Court held that direct evidence of
exposure is not required in order for plaintiff to survive a
motion for summary judgment. Id. at 1228. The evidence need only
establish that plaintiff "was in the same vicinity as witnesses
who can identify the products causing the asbestos dust and that
all people in that area, not just the product handlers, inhaled."
Id.

The Supreme Court of South Carolina has not addressed the
issue of the "bare metal" defense in asbestos cases.  In products
liability actions, the Supreme Court of South Carolina has held
that the, "test of whether a product is defective when sold is
whether the product is unreasonably dangerous to the consumer or
user given the conditions and circumstances that will foreseeably
attend the use of the product." Kennedy v. Custom Ice Eqpt., 246
S.E.2d 176, 178 (S.C. 1978).

In Baughman v. General Motors Corp., plaintiff, a tire
mechanic, was injured when the wheel on a GMC truck exploded. 780
F.2d 1131, 1132 (4th Cir. 1986). The wheel was not manufactured
by GMC, but plaintiff argued that GMC should be held liable for
selecting the allegedly unreasonably dangerous wheel. Id. The
court recognized that,

> a manufacturer who incorporates a defective component
> part into its finished product and places the finished
> product into the stream of commerce is liable for
> injuries caused by a defect in the component part.  The
> fact that the manufacturer or assembler did not
> actually manufacture the component part is irrelevant,
> as it has a duty to test and inspect the component
> before incorporating it into its product. Nelson v.
> Coleman Co., 155 S.E.2d 917 (S.C. 1967). As a necessary
> corollary, the plaintiff must be able to show that the
> defendant sold or exercised control over the defective
> product. See Ryan v. Eli Lilly & Co., 514 F. Supp.
> 1004, 1006-07 (D.S.C. 1981).

The Baughman court held that despite the fact that GMC had
selected the tire at issue, it could not be held liable since it
did not have the opportunity to inspect the component part, did
not benefit from the sale of the component part, and did not
represent to the public that the component part was its own. 780
F.2d at 1132-33.

Mr. Blackmon testified that 90% of his work was done onboard
ships. (Blackmon Depo., doc. no. 14-1 at 29.) He testified that

3

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

he worked with Crane Co. valves. (<u>Id.</u> at 41-42.) He stated,
"[t]he Crane Company had valves, and worked on those, sea valves
and gate valves, boil valves." (<u>Id.</u> at 42.) He testified that he
worked with Crane Co. pumps. (<u>Id.</u> at 44.) When asked whether he
recalled on which vessels he worked with Crane Co. valves, Mr.
Blackmon responded, "[w]ell, there were numerous - I mean, it was
just like - it wasn't unusual to see Crane Company valve, I mean,
you know, onboard ship.  As far as a particular ship, I can't
identify that.  But certainly there was a lot of them, you know,
associated that with.  I mean, we had a - we had a repair kit
that came to repair the valve." (<u>Id.</u> at 96-97.) Mr. Blackmon
thought that the repair kit was supplied by Crane Co. (<u>Id.</u>) Mr.
Blackmon testified that he used packing material on some of the
Crane Co. valves. (<u>Id.</u> at 120-21.) Crane Co. argues that its
pumps and valves were made of metal and that the valves did not
require asbestos in order to function properly. (Def.'s Mot.
Summ. J., doc. no. 13 at 5.)

Plaintiffs have presented evidence, through the deposition
testimony of Mr. Blackmon, that Mr. Blackmon worked with Crane
Co. asbestos-containing pumps and valves.  Mr. Blackmon testified
that he worked with Crane Co. valves on a frequent basis and that
he also worked with Crane Co. pumps.  He testified that he used
packing material on the Crane Co. valves.  Even if asbestos
insulation was later incorporated into Crane Co. products,
Plaintiffs have presented sufficient evidence that Mr. Blackmon
was exposed to Crane Co. valves on a frequent and regular basis.
Therefore, Defendant's Motion for Summary Judgment is denied.  As
South Carolina courts have not specifically addressed the "bare
metal" defense in the asbestos context, the issue of the "bare
metal" defense is remanded for the transferee court to decide.
<u>See</u> <u>Faddish v. CBS Corp.</u>, 2010 U.S. Dist. LEXIS 116362 (E.D. Pa.
Oct. 22, 2010).

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS        :    Consolidated Under
LIABILITY LITIGATION (No. VI) :      MDL DOCKET NO. 875

HAROLD AND GERTRUDE             **F I L E D**
ALBERTSON                        :

                            FEB 2 8 2011

v.                          MICHAEL E. KUNZ, Clerk
                            By_____:_____Dep. Clerk
                                 :    Transferred from the District
VARIOUS DEFENDANTS               :    of South Carolina
                                 :    (Case No. 07-337)
                                 :
                                 :    E.D. PA Case No. 07-63761

## SUGGESTION OF REMAND

**AND NOW,** this **24th** day of **February, 2011,** it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-
875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the
Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative
Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule
16 order issued by the Court.

c.) All discovery has been completed.

d.) Settlement conferences have been held in front of the
Honorable Magistrate Judge M. Faith Angell, and these
negotiations have been exhausted as to the remaining viable

1

defendants.

e.) The Court has adjudicated all outstanding motions.

f.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.

g.) The remaining viable Defendants in this case to be pursued at trial are listed in Exhibit "A," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of Delaware for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

2

07-63761

**AND IT IS SO ORDERED.**

_____

**EDUARDO C. ROBRENO, J.**

<u>Exhibit A</u>

<u>Defendant</u>

**NATIONAL SERVICE**
**INDUSTRIES INC**
*formerly known as*
NORTH BROTHERS COMPANY

represented by **JAMES D. GANDY , III**
PIERCE HERNS SLOAN & MCLEOD
POBOX 22437
CHARLESTON, SC 29413
843-722-7733
Fax: 843-722-7732
Email: trippgandy@phsm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES G. KENNEDY**
PIERCE HERNS SLOAN & MCLEOD
P.O. BOX 22437
CHARLESTON, SC 29413
843/722-7733
Email: jameskennedy@phsm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**AW CHESTERTON COMPANY**

represented by **JENNIFER M. TECHMAN**
EVERT WEATHERSBY HOUFF
3405 PIEDMONT RD STE 200
ATLANTA, GA 30305
678-651-1238
Fax: 678-651-1201
Email:
JMTechman@EWHlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**INDUSTRIAL HOLDINGS**
**CORPORATION**
*formerly known as*
CARBORUNDUM COMPANY,
THE

represented by **GEORGE L. INABINET , JR.**
PIERCE HERNS SLOAN &
MCLEOD
321 EAST BAY STREET
CHARLESTON, SC 29401
843-722-7733
Fax: 843-722-7732
Email: beauinabinet@phsm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GOULD PUMPS INC**                    represented by **JOSEPH A. RHODES , JR.**
                                       OGLETREE, DEAKINS, NASH,
                                       SMOAK & STEWART
                                       300 NORTH MAIN STREET
                                       POST OFFICE BOX 2757
                                       GREENVILLE, SC 29602
                                       864-271-1300
                                       Email:
                                       joseph.rhodes@ogletreedeakins.com
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **NANCY MONTS**
                                       OGLETREE DEAKINS NASH
                                       SMOAK AND STEWART
                                       P.O. BOX 2757
                                       GREENVILLE, SC 29602
                                       *TERMINATED: 05/04/2010*
                                       *LEAD ATTORNEY*

                                       **GUS SUAREZ**
                                       OGLETREE DEAKINS NASH
                                       SMOAK & STEWART
                                       300 NORTH MAIN STREET
                                       SUITE 500
                                       GREENVILLE, SC 29601
                                       864-271-1300
                                       Email: gus.suarez@odnss.com
                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**GENERAL ELECTRIC**                   represented by **WILLIAM DAVID CONNER**
**COMPANY**                            HAYNSWORTH SINKLER BOYD
                                       PA
                                       PO BOX 2048
                                       GREENSVILLE, SC 29602
                                       864-240-3200
                                       Fax: 864-240-3300
                                       Email: dconner@hsblawfirm.com
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**UNIROYAL HOLDING INC**

**Defendant**

**METROPOLITAN LIFE**  represented by  **MARK H. WALL**
**INSURANCE COMPANY**                     ELMORE & WALL PA
                                          PO BOX 1200
                                          CHARLESTON, SC 29401
                                          843-329-9500
                                          Email: mark.wall@elmorewall.com
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**CBS CORPORATION**  represented by  **JENNIFER M. TECHMAN**
*SUCCESSOR BY MERGER TO CBS*            (See above for address)
*CORPORATION*                           *LEAD ATTORNEY*
*formerly known as*                     *ATTORNEY TO BE NOTICED*
WESTINGHOUSE ELECTRIC
CORPORATION
*formerly known as*
VIACOM INC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS          :     Consolidated Under
LIABILITY LITIGATION (No. VI) :         MDL DOCKET NO. 875
                                  :
THELMA G. CAMPBELL as personal:
representative of the             :
estate of LOUIS J. GEATHERS       :
deceased                          :
                                  :     **FILED**
                                  :
                                  :     FEB 28 2011
         v.                       :
                                  :     MICHAEL E. KUNZ, Clerk
                                  :     By_____Dep. Clerk
                                  :
VARIOUS DEFENDANTS                :     Transferred from the District
                                  :     of South Carolina
                                  :     (Case No. 07-468)
                                  :
                                  :     E.D. PA Case No. 07-63763

## SUGGESTION OF REMAND

**AND NOW,** this **24th** day of **February, 2011,** it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-

875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the

Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative

Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule

16 order issued by the Court.

c.) All discovery has been completed.

d.) Settlement conferences have been held in front of the

Honorable Magistrate Judge M. Faith Angell, and these

1

negotiations have been exhausted as to the remaining viable defendants.

e.) The Court has adjudicated all outstanding motions.

f.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.

g.) The remaining viable Defendants in this case to be pursued at trial are listed in Exhibit "A," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of Delaware for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

07-63763

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

## Exhibit A

**Defendant**

**NATIONAL SERVICE**
**INDUSTRIES INC**
*formerly known as*
NORTH BROTHERS COMPANY

represented by **JAMES D. GANDY , III**
PIERCE HERNS SLOAN & MCLEOD
POBOX 22437
CHARLESTON, SC 29413
843-722-7733
Fax: 843-722-7732
Email: trippgandy@phsm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES G. KENNEDY**
PIERCE HERNS SLOAN & MCLEOD
P.O. BOX 22437
CHARLESTON, SC 29413
843/722-7733
Email: jameskennedy@phsm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ANCHOR PACKING CO, THE**

represented by **TIMOTHY W. BOUCH**
LEAH BOUCH & CRAWFORD
POBOX 59
CHARLESTON, SC 29402-0059
843-937-8811
Email: tbouch@leathbouchlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**AW CHESTERTON COMPANY**

represented by **JENNIFER M. TECHMAN**
EVERT WEATHERSBY HOUFF
3405 PIEDMONT RD STE 200
ATLANTA, GA 30305
678-651-1238
Fax: 678-651-1201
Email:
JMTechman@EWHlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**INDUSTRIAL HOLDINGS**

represented by **GEORGE L. INABINET , JR.**

**CORPORATION**
*formerly known as*
CARBORUNDUM COMPANY,
THE

PIERCE HERNS SLOAN &
MCLEOD
321 EAST BAY STREET
CHARLESTON, SC 29401
843-722-7733
Fax: 843-722-7732
Email: beauinabinet@phsm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**UNIROYAL HOLDING INC**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS      :    Consolidated Under
LIABILITY LITIGATION (No. VI) :    MDL DOCKET NO. 875
                              :
LAWRENCE DAVID WEAVER         :
                              :

## FILED

    v.                        :

### FEB 28 2011

                                   Transferred from the District
VARIOUS DEFENDANTS MICHAEL E. KUNZ, Clerk  of South Carolina
            By_____ Dep. Clerk  (Case No. 08-02060)
                              :
                              :    E.D. PA Case No. 08-90416

### SUGGESTION OF REMAND

**AND NOW,** this **24th** day of **February, 2011,** it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-
875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the
Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative
Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule
16 order issued by the Court.

c.) All discovery has been completed.

d.) Settlement conferences have been held in front of the
Honorable Magistrate Judge M. Faith Angell, and these
negotiations have been exhausted as to the remaining viable

1

defendants.

e.) The Court has adjudicated all outstanding motions.

f.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.

g.) The remaining viable Defendants in this case to be pursued at trial are listed in Exhibit "A," attached.

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the District of Delaware for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

08-90416

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

3

**<u>Exhibit A</u>**

**<u>Defendant</u>**

**OWENS ILLINOIS INC**          represented by **ANTHONY C. HAYES**
                               NELSON MULLINS RILEY &
                               SCARBOROUGH, LLP
                               1320 MAIN ST., 17TH FL
                               PO BOX 11070
                               COLUMBIA, SC 29211
                               803-799-2000
                               Fax: 803-256-7500
                               Email:
                               anthony.hayes@nelsonmullins.com
                               *LEAD ATTORNEY*
                               *ATTORNEY TO BE NOTICED*

                               **ROBERT O. MERIWETHER**
                               NELSON MULLINS RILEY &
                               SCARBOROUGH, LLP
                               PO BOX 1170
                               COLUMBIA, SC 29211
                               803-799-2000
                               Fax: 803-255-9308
                               Email:
                               robert.meriwether@nelsonmullins.com
                               *LEAD ATTORNEY*
                               *ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**BAYER CROPSCIENCE**          represented by **MOFFATT G. MCDONALD**
**INC**                        HAYNSWORTH SINKLER BOYD
*AS SUCCESSOR IN*              75 BEATTIE PL., 11TH FL
*INTEREST TO AMCHEM*           PO BOX 2048
*PRODUCTS INC*                 GREENSVILLE, SC 29602
                               864-240-3200
                               Fax: 864-240-3300
                               Email: mmcdonald@hsblawfirm.com
                               *LEAD ATTORNEY*
                               *ATTORNEY TO BE NOTICED*

                               **WILLIAM DAVID CONNER**
                               HAYNSWORTH SINKLER BOYD PA
                               PO BOX 2048
                               GREENSVILLE, SC 29602
                               864-240-3200

Fax: 864-240-3300
Email: dconner@hsblawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**SCOTT E. FRICK**
HAYNSWORTH SINKLER BOYD PA
75 BEATTIE PLACE
11TH FLOOR
P.O. BOX 2048
GREENVILLE, SC 29602
864-240-3200
Fax: 864-240-3300
Email: sfrick@hsblawfirm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**AW CHESTERTON**          represented by   **JENNIFER M. TECHMAN**
**COMPANY**                                EVERT WEATHERSBY HOUFF
                                           3405 PIEDMONT RD STE 200
                                           ATLANTA, GA 30305
                                           678-651-1238
                                           Fax: 678-651-1201
                                           Email: JMTechman@EWHlaw.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**GENERAL ELECTRIC**       represented by   **GENERAL ELECTRIC**
**COMPANY**                                **COMPANY**
                                           PRO SE

                                           **MOFFATT G. MCDONALD**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **WILLIAM DAVID CONNER**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**GOULD PUMPS**            represented by   **JOSEPH A. RHODES , JR.**
**INCORPORATED**                           OGLETREE, DEAKINS, NASH,
                                           SMOAK & STEWART

300 NORTH MAIN STREET
POST OFFICE BOX 2757
GREENVILLE, SC 29602
864-271-1300
Email:
joseph.rhodes@ogletreedeakins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GUS SUAREZ**
OGLETREE DEAKINS NASH
SMOAK & STEWART
300 NORTH MAIN STREET
SUITE 500
GREENVILLE, SC 29601
864-271-1300
Email: gus.suarez@odnss.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**NATIONAL SERVICE
INDUSTRIES INC**
*formerly known as*
NORTH BROTHERS
COMPANY

represented by **JAMES D. GANDY , III**
PIERCE HERNS SLOAN &
MCLEOD
POBOX 22437
CHARLESTON, SC 29413
843-722-7733
Fax: 843-722-7732
Email: trippgandy@phsm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DB RILEY INC**

represented by **ARTHUR TIMOTHY JONES**
HAWKINS & PARNELL
4000 SUNTRUST PLAZA
300 PEACHTREE ST. NE
ATLANTA, GA 30308
Fax: UNDELIVERABLE
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ERIN ELAINE SHOFNER**
HAWKINS & PARNELL LLP
4000 SUN TRUST PLAZA
303 PEACHTREE ST. NE
ATLANTA, GA 30308

404-614-7400
Fax: 404-614-7500
Email: eshofner@hplegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SEALING EQUIPMENT**
**COMPANY INC**

represented by **ARTHUR TIMOTHY JONES**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**OLLIE M. HARTON**
HAWKINS & PARNELL
303 PEACHTREE STREET, NE
4000 SUNTRUST PLAZA
ATLANTA, GA 30308-3243
404-614-7565
Fax: 404-614-7500
Email: oharton@hplegal.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNIROYAL INC**

**Defendant**

**CBS CORPORATION**
*SUCCESSOR BY MERGER TO*
*CBS CORPORATION*
*formerly known as*
WESTINGHOUSE
CORPORATION
*formerly known as*
VIACOM INC

represented by **JENNIFER M. TECHMAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**COVIL CORPORATION**

represented by **DANIEL B. WHITE**
GALLIVAN, WHITE & BOYD P.A.
55 BEATTIE PLACE
SUITE 1200
GREENVILLE, SC 29601
864-271-9580
Email: dwhite@gwblawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**FRANCES G. ZACHER**
GALLIVAN WHITE AND BOYD
P.O. BOX 10589
55 BEATTIE PLACE
SUITE 1200
GREENVILLE, SC 29601
864-271-5449
Email: fzacher@gwblawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SEPCO CORPORATION**          represented by  **OLLIE M. HARTON**
(See above for address)
*ATTORNEY TO BE NOTICED*