UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOANNIE L. JEFFERSON, ET. AL.　　　　　CIVIL ACTION

　　　　　　　　　　　　　　　　　　　　NO: 10-4442
VERSUS

AMERICAN SUGAR REFINING, INC.,　　　　SECTION: "J" (4)
ET. AL.

### ORDER

The above-captioned matter was transferred to MDL 875 in the Eastern District of Pennsylvania, but objection to the transfer was filed and will be heard by the United States Judicial Panel on Multidistrict Litigation ("JPML") on March 30, 2011. Accordingly,

**IT IS ORDERED** that this case is **STAYED** pending a final ruling from the JPML on whether the case will be transferred to MDL 875. This stay of the proceedings includes all pending motions, specifically Record Documents 4, 10, 21, and 24. Moreover, oral argument on Record Documents 4 and 21, currently set for March 2, 2011, at 9:30 a.m., is **CANCELLED**.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this action closed for statistical purposes.


EXHIBIT 4

**IT IS FURTHER ORDERED** that if the Court retains jurisdiction after the JPML ruling regarding MDL 875, then this case shall be restored to the trial docket and new hearing dates for all pending motions will be set at that time.

New Orleans, Louisiana, this 16th day of February, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE