BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |
| MARVIN EISENBERG and LORRAINE EISENBERG,<br>                  Plaintiffs,<br><br>- against -<br><br>AMERICAN OPTICAL CORPORATION, et al.,<br><br>                  Defendants. | CIVIL ACTION NO.<br>1:11-cv-00393<br>Southern District of New York<br>Judge John F. Keenan |

### LORILLARD TOBACCO COMPANY'S AND HOLLINGSWORTH AND VOSE COMPANY'S MOTION, ON CONSENT, FOR AN EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER

Defendants Lorillard Tobacco Company ("Lorillard") and Hollingsworth & Vose Company ("H&V") (collectively "Defendants") respectfully submit this motion seeking an extension of time to file their opposition to Plaintiffs' Motion for Order Vacating Conditional Transfer Order to Allow Transferor Court to Rule on Plaintiffs' Motion for Remand to State Court [doc. no. 6735] (the "Motion to Vacate the CTO").

Pursuant to the order of the Judicial Panel on Multidistrict Litigation ("JPML"), Defendants' opposition to the Motion to Vacate the CTO is due on March 8, 2011 [doc. no. 6679]. Respectfully, Defendants seek an extension of sixty days to permit the transferor court, the Southern District of New York, to rule on Plaintiffs' pending motion to remand that may moot the Motion to Vacate the CTO. Plaintiffs' counsel has consented to this request to extend Defendants' time to oppose by 60 days.

WHEREFORE, Defendants respectfully request that the JPML enter an Order granting Defendants an additional 60 days in which to file their opposition to the Motion to Vacate the CTO, and for such other and further relief as the Panel deems just and proper.

Respectfully submitted,

GREENBERG TRAURIG, LLP

By  /s/ Robert J. Kirshenberg
    Robert J. Kirshenberg (RK-1034)

MetLife Building
200 Park Avenue
New York, New York 10166
Phone: (212) 801-9200
Fax:   (212) 801-6400
KirshenbergR@gtlaw.com

Attorneys for Defendant
Lorillard Tobacco Company

and

WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP

By  /s/ William E. Vita
    William E. Vita (WV-1859)

1201 RXR Plaza
Uniondale, NY 11556
Phone: (516) 622-9200
Fax:   (516) 622-9212
wvita@westermanllp.com

Attorneys for Defendant
Hollingsworth & Vose Company