BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| NICOLE L. OUDINOT,<br><br>               Plaintiff,<br><br>   v.<br><br>THE BOEING COMPANY; and WEYERHAEUSER COMPANY,<br><br>               Defendants. | MDL DOCKET NO. 875 (ASBESTOS)<br><br>NOTICE OF POTENTIAL TAG-ALONG ACTION<br><br>U.S.D.C. NO. 3:11-CV-5165-BHS |

TO: Clerk of the Panel, Judicial Panel on Multidistrict Litigation:

      PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel On Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause. MDL Rule 7.1(a) provides:

> Any party or counsel in actions previously transferred under Section 1407 shall promptly notify the Clerk of the Panel of any potential tag-along actions in which that party is also named or in which that counsel appears.

NOTICE OF POTENTIAL TAG-ALONG
ACTION – 1

01038-6032/LEGAL20343197.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

The undersigned hereby notifies the Court that this case, currently pending in United States District Court for the Western District of Washington at Tacoma (Case No. 3:11-CV-5165-BHS), is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 7.1; (2) enter an order to show cause under Rule 8.1; or (3) decline to act pursuant to Rule 7.1(b)(i). MDL Rule 7.1(a).

DATED this 4th day of March, 2011.

**PERKINS COIE LLP**

s/ Austin Rainwater, WSBA No. 41904
Austin Rainwater, WSBA No. 41904
ARainwater@perkinscoie.com
W. Brendan Murphy, WSBA No. 34476
BMurphy@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendant
The Boeing Company

NOTICE OF POTENTIAL TAG-ALONG
ACTION – 2

01038-6032/LEGAL20343197.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000