**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**


**IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (VI)**                              **MDL 875**


**SCHEDULE OF ACTIONS**


| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| | | | |
| **Plaintiff:**<br>Nicole L. Oudinot<br><br>**Movant:**<br>The Boeing Company<br><br>**Defendants:**<br>The Boeing Company;<br>Weyerhaeuser Company | **WD – Washington** | **3:11-cv-5165-BHS** | **Benjamin H.<br>Settle** |