BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| NICOLE L. OUDINOT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE BOEING COMPANY; and<br>WEYERHAEUSER COMPANY,<br><br>　　　　　　Defendants. | MDL DOCKET NO. 875 (ASBESTOS)<br><br>NOTICE OF POTENTIAL TAG-ALONG<br>ACTION – PROOF OF SERVICE<br><br>U.S.D.C. NO. 3:11-CV-5165-BHS |

## **PROOF OF SERVICE**

I hereby certify that on the 4th day of March, 2011, I electronically filed a copy of the foregoing Notice, Schedule of Actions and this Proof of Service with the Clerk of the Court using CM/ECF in the MDL and in the USDC Western District of Washington, which will send notification of such filing to all counsel of record and I hereby certify that I have caused hand delivery of the foregoing document to the following via legal messenger:

>Matthew P. Bergman
>Glenn Draper
>Bergman Draper & Frockt, PLLC
>614 First Avenue, Fourth Floor
>Seattle, WA 98104
>Telephone: 206.957.9510
>Facsimile: 206.957.9549
>*Attorneys for Plaintiff*

PROOF OF SERVICE – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Signed at Seattle, Washington this 4th day of March, 2011.

                                                  s/ Austin Rainwater, WSBA No. 41904
                                                  ARainwater@perkinscoie.com
                                                  **Perkins Coie LLP**
                                                  1201 Third Avenue, Suite 4800
                                                  Seattle, WA  98101-3099
                                                  Telephone: 206.359.8000
                                                  Facsimile: 206.359.9000

PROOF OF SERVICE – 2