# DOCKET SHEET

# U.S. District Court
# United States District Court for the Western District of Washington (Tacoma)
# CIVIL DOCKET FOR CASE #: 3:11-cv-05165-BHS

Oudinot v. The Boeing Company et al　　　　　　　　　　Date Filed: 03/02/2011
Assigned to: Judge Benjamin H Settle　　　　　　　　　　Jury Demand: None
Case in other court: Pierce County Superior Court,　　　　Nature of Suit: 368 P.I. : Asbestos
　　　　　　　　　　11-00002-06819-1　　　　　　　　　Jurisdiction: Diversity
Cause: 28:1441 Petition for Removal- Asbestos Litigation

**Plaintiff**

**Nicole L. Oudinot**　　　　　represented by　**Glenn S Draper**
　　　　　　　　　　　　　　　　　　　　　　　BERGMAN DRAPER & FROCKT
　　　　　　　　　　　　　　　　　　　　　　　614 FIRST AVENUE
　　　　　　　　　　　　　　　　　　　　　　　THIRD FLOOR
　　　　　　　　　　　　　　　　　　　　　　　SEATTLE, WA 98104
　　　　　　　　　　　　　　　　　　　　　　　206-957-9510
　　　　　　　　　　　　　　　　　　　　　　　Email: glenn@bergmanlegal.com
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　**Matthew Phineas Bergman**
　　　　　　　　　　　　　　　　　　　　　　　BERGMAN DRAPER & FROCKT
　　　　　　　　　　　　　　　　　　　　　　　614 FIRST AVENUE
　　　　　　　　　　　　　　　　　　　　　　　THIRD FLOOR
　　　　　　　　　　　　　　　　　　　　　　　SEATTLE, WA 98104
　　　　　　　　　　　　　　　　　　　　　　　206-957-9510
　　　　　　　　　　　　　　　　　　　　　　　Email: matt@bergmanlegal.com
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　**Vanessa Firnhaber-Baker**
　　　　　　　　　　　　　　　　　　　　　　　BERGMAN DRAPER & FROCKT
　　　　　　　　　　　　　　　　　　　　　　　614 FIRST AVENUE
　　　　　　　　　　　　　　　　　　　　　　　THIRD FLOOR
　　　　　　　　　　　　　　　　　　　　　　　SEATTLE, WA 98104
　　　　　　　　　　　　　　　　　　　　　　　206-957-9536
　　　　　　　　　　　　　　　　　　　　　　　Email: vanessa@bergmanlegal.com
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Boeing Company**　　　　represented by　**Austin M. Rainwater**
　　　　　　　　　　　　　　　　　　　　　　　PERKINS COIE (SEA)
　　　　　　　　　　　　　　　　　　　　　　　1201 3RD AVE
　　　　　　　　　　　　　　　　　　　　　　　STE 4800
　　　　　　　　　　　　　　　　　　　　　　　SEATTLE, WA 98101-3099
　　　　　　　　　　　　　　　　　　　　　　　206-359-6209

Email: ARainwater@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Sara E Baynard-Cooke**
PERKINS COIE (SEA)
1201 3RD AVE
STE 4800
SEATTLE, WA 98101-3099
206-359-8043
Email: SBaynardcooke@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**William Brendan Murphy**
PERKINS COIE (SEA)
1201 3RD AVE
STE 4800
SEATTLE, WA 98101-3099
206-359-6179
Fax: 206-359-7179
Email: bmurphy@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Weyerhaeuser Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/02/2011 | 1 | NOTICE OF REMOVAL from Pierce County Superior Court, case number 11-2-06819-1; (Receipt # 0981-2350170), filed by The Boeing Company. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(Rainwater, Austin) (Entered: 03/02/2011) |
| 03/02/2011 | 2 | DECLARATION of Austin Rainwater re 1 Notice of Removal by Defendant The Boeing Company. (Rainwater, Austin) (Entered: 03/02/2011) |
| 03/02/2011 | 3 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1. by The Boeing Company Filed by Defendant The Boeing Company.(Rainwater, Austin) (Entered: 03/02/2011) |
| 03/03/2011 | 4 | DECLARATION *of Filing Notice of Removal with State Court Clerk* by Defendant The Boeing Company. (Attachments: # 1 Exhibit A)(Rainwater, Austin) (Entered: 03/03/2011) |
| 03/03/2011 | 5 | VERIFICATION OF STATE COURT RECORDS by Defendant The Boeing Company. (Attachments: # 1 Exhibit A)(Rainwater, Austin) (Entered: 03/03/2011) |
| 03/03/2011 | 6 | CERTIFICATE OF SERVICE by Defendant The Boeing Company re 1 Notice of Removal, 3 Corporate Disclosure Statement, 2 Declaration (non motion), 4 Declaration (non motion), 5 Verification of State Court Records *for Removal Documents*. (Rainwater, Austin) (Entered: 03/03/2011) |
| 03/03/2011 | 7 | ANSWER to Complaint by The Boeing Company.(Rainwater, Austin) (Entered: 03/03/2011) |

| | | |
|---|---|---|
| 03/03/2011 | | Judge Benjamin H Settle added. (RE) (Entered: 03/03/2011) |
| 03/03/2011 | 8 | LETTER from Clerk to counsel re receipt of case from Pierce County Superior Court and advising of WAWD case number and judge assignment. (RE) (Entered: 03/03/2011) |
| 03/03/2011 | 9 | NOTICE *to Plaintiff of Removal* re 1 Notice of Removal ; filed by Defendant The Boeing Company. (Rainwater, Austin) (Entered: 03/03/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/04/2011 09:46:46 | | | |
| **PACER Login:** | pc0352 | **Client Code:** | 01038-6032 rainwater |
| **Description:** | Docket Report | **Search Criteria:** | 3:11-cv-05165-BHS |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# CIVIL COVER SHEET

≉JS 44  (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Nicole L. Oudinot

## DEFENDANTS
THE BOEING COMPANY; and
WEYERHAEUSER COMPANY

**(b)** County of Residence of First Listed Plaintiff: Hawai'i County, Hawaii
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook County, IL
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Bergman, Draper & Frockt, PLLC
614 First Avenue, Fourth Floor
Seattle, WA 98104 - Telephone: 206.957.9510

Attorneys (If Known)
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099 - Telephone: 206.359.8000

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☒ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 1332; 28 U.S.C. § 1441

Brief description of cause:
Secondary exposure asbestos product liability

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE: Super. Ct. Judge Edmund Murphy
DOCKET NUMBER: 11-2-06819-1 (Pierce Co.)

DATE: 03/02/2011
SIGNATURE OF ATTORNEY OF RECORD: s/ Austin Rainwater, WSBA No. 41904

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

# COMPLAINT

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

February 28 2011 9:15 AM

KEVIN STOCK
COUNTY CLERK
NO: 11-2-06819-1

SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

| | |
|---|---|
| NICOLE L. OUDINOT,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY; and WEYERHAEUSER COMPANY,<br><br>Defendants. | NO.<br><br>COMPLAINT FOR PERSONAL INJURIES |

## I. PARTIES

Plaintiff Nichole L. Oudinot, resides in Kailua, Hawaii.

Defendants and/or their predecessors-in-interest are corporations who, at all times relevant herein, operated premises that contained asbestos products.

## II. JURISDICTION

This Court has jurisdiction over this cause pursuant to RCW 4.12.025 because, at all times relevant herein, defendants transacted business and/or may be served with process in Pierce County, Washington.

COMPLAINT FOR PERSONAL INJURIES- 1
s:\clients\o\oudinot, nicole\oudinotn_pleadings\oudinotn_pld_complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, FOURTH FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

Case 3:11-cv-05165-BHS Document 1-1 Filed 03/02/11 Page 9 of 15

### III. FACTS

Plaintiff Nicole L. Oudinot (DOB: September 22, 1981; SSN: ***-**-5260) was exposed to asbestos and asbestos-containing products which were present on the Defendant's premises through her father's work clothes. As a direct and proximate result of this exposure, plaintiff developed mesothelioma. Plaintiff provides the following information:

| | | |
|---|---|---|
| A. | Specific Disease: | Mesothelioma |
| B. | Date of Diagnosis: | June 2009 |
| C. | Nature of Exposure: | Nicole Oudinot's father, Neil Oudinot, worked on the Defendants' premises. While performing his duties, he was exposed to asbestos-containing insulation, sheetrock, and fireproofing materials. Mr. Oudinot then unwittingly carried fibers from these asbestos containing materials into the family home, which he share with Ms. Oudinot, on his work clothes. |
| D. | Dates of Exposure: | 1981 to 1986. |
| E. | Current Address: | 422D Maluniu Avenue<br>Kailua, HI 96734 |

### IV. LIABILITY

Plaintiff claims liability based upon the theories of premises liability; strict liability for abnormally dangerous activities on land; negligence and any other applicable theory of liability. The liability-creating conduct of defendants consisted, *inter alia*, of the ownership and/or operation of premises that incorporated asbestos-containing insulation, sheetrock, and fire-proofing materials.

Defendants owned and/or operated premises that Plaintiff Ms. Oudinot's father, Neil Oudinot, worked at from 1981 to 1986. Defendants' installation and use of asbestos-containing

s:\clients\o\oudinot, nicole\oudinotn_pleadings\oudinotn_pld_complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, FOURTH FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

1 products on its premises open to the public constituted an abnormally dangerous activity. Workers, such as Mr. Oudinot, did not know and had no reason to know they were being exposed to asbestos on Defendants' premises. Plaintiff did not know and had no reason to know that she would be exposed to asbestos fibers from Defendants' premises through Mr. Oudinot's work clothes. Defendants provided no warnings regarding the asbestos materials. Defendants did not provide any warnings or personal protection that would have mitigated Plaintiff's exposure to asbestos. Defendants knew or, in the exercise of reasonable care, should have known that Mr. Oudinot would be exposed to the asbestos-containing materials on their premises and that those fibers would be transferred to the family home via his work clothes.

## V. DAMAGES

As a proximate result of defendants' negligence, unsafe operation of their premises, and/or abnormally dangerous activities, plaintiff sustained pain, suffering, disfigurement and disability in an amount not now known, but which will be proven at trial. Plaintiff also sustained medical expenses, economic losses in an amount to be proven at trial.

WHEREFORE, plaintiff prays for judgment against the defendants and each of them as follows:

1. For general and special damages specified above, including pain, suffering, disfigurement and disability;

2. For medical and related expenses economic loss, all of which will be proven at the time of trial;

3. For plaintiff's costs and disbursements herein;

4. For prejudgment interest in the amount to be proven at trial; and

5. For such other relief as the Court deems just.

COMPLAINT FOR PERSONAL INJURIES- 3
s:\clients\o\oudinot, nicole\oudinotn_pleadings\oudinotn_pld_complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, FOURTH FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

1 DATED this 28th day of February, 2011.

2                 BERGMAN DRAPER & FROCKT, PLLC

By: _____
Matthew P. Bergman, WSBA #20894
Glenn S. Draper, WSBA #24419
Vanessa Firnhaber-Baker, WSBA #38252
Attorneys for Plaintiff

COMPLAINT FOR PERSONAL INJURIES- 4
s:\clients\o\oudinot, nicole\oudinotn_pleadings\oudinotn_pld_complaint.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, FOURTH FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549