BEFORE THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION
In re ASBESTOS PRODUCT LIABILITY LITIGATION

CIVIL ACTION NO.: MDL 875

------------------------------------------------------------------X
MARGARET HALEY,                                         :
                Plaintiff,            :
                                      :
         -against-                       :
                                      :
AIR & LIQUID SYSTEMS CORPORATION (sued as               :
successor-by-merger to BUFFALO PUMPS, INC.);            :
CARRIER CORPORATION;                                    :    :
CLEAVER-BROOKS, INC. f/k/a AQUA-CHEM,                   :
INC. d/b/a CLEAVER-BROOKS DIVISION (sued                :
individually and as successor-in interest to DAVIS      :
ENGINEERING COMPANY);                                   :
FOSTER WHEELER ENERGY CORPORATION;                      :
VIAD CORPORATION f/k/a THE DIAL                         :
CORPORATION (sued individually and as successor-        :
in-interest to GRISCOLM-RUSSELL COMPANY);               :
JOHN DOE 1 through JOHN DOE 75 (fictitious),            :
                                      :
                Defendants.          :
------------------------------------------------------------------X

**DEFENDANT'S NOTICE OF RELATED ACTION**

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant Viad Corporation hereby notifies the Panel of the pendency of a tag-along action in Federal District Court, styled "Margaret Haley v. Air Systems Liquid Corp. et. al.", pending in the United States District Court for the District of New Jersey, Civil Docket No.: 3:11-01107 (MLC-LHG).  Such action involves common questions of fact with those actions previously transferred to the Panel pursuant to 28 U.S.C. § 1407 (see copy of Complaint filed by Margaret Haley and attached hereto as EXHIBIT A).

Case MDL No. 875   Document 6827   Filed 03/07/11   Page 2 of 27

WHEREFORE, Defendant Viad Corporation requests that the Panel transfer this tag-along to the United States District Court for the Eastern District of Pennsylvania.

        MOUND COTTON WOLLAN & GREENGRASS

By:    s/Francis A. Montbach
       Francis A. Montbach (FAM9631)
       Attorneys for Defendant Viad Corp.
       One Battery Park Plaza
       New York, NY 10004
       Phone 212-804-4200
       Fax: 212-344-8066
       fmontbach@moundcotton.com