BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

*Timothy Vest and Caroline Vest v. Allied Packing & Supply, Inc., et al.*

N.D. California, C.A. No. 3:11-cv-00061 (JSW)

NOTICE OF WITHDRAWAL OF MOTION TO VACATE
CONDITIONAL TRANSFER ORDER (CTO-353)

(Electronically Filed on March 7, 2011)

I represent plaintiffs Timothy Vest and Caroline Vest ("Plaintiffs") in the above-captioned action which is included on the conditional transfer order (CTO-353). On January 28, 2011, Plaintiffs filed their Motion to Vacate Conditional Transfer Order and supporting brief thereto. (Document No. 11). A hearing on plaintiffs' motion is scheduled for March 30, 2011. (Document No. 26).

Plaintiffs hereby **WITHDRAW** their Motion to Vacate Conditional Transfer Order (Document No. 11) and request that this action be immediately transferred to MDL No. 875 in the United States District Court for the Eastern District of Pennsylvania for proceedings before the Honorable Eduardo C. Robreno.

Sincerely,

/s/ Gloria C. Amell
Gloria C. Amell, Esq. (CA Bar No. 230255)
KAZAN, McCLAIN, LYONS,
GREENWOOD & HARLEY
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone:  (510) 302-1000
Facsimile:  (510) 835-4913
E-mail:  gamell@kazanlaw.com

Counsel for Plaintiffs

Plaintiffs' Notice of Withdrawal of Motion to Vacate Conditional Transfer Order (CTO-353)

## CERTIFICATE OF SERVICE

I declare that:

I, Gloria C. Amell, at the time of service, was over the age of 18 years and not a party to the within action. I am employed in the County of Alameda, State of California. My business address is Jack London Market, 55 Harrison Street, Suite 400, Oakland, California 94607.

On March 7, 2011, I electronically filed the following document(s) through the CM/ECF system:

**NOTICE OF WITHDRAWAL OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-353);**

by transmitting a true copy to:

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2305

via the following method:

__X__  (By CM/ECF Notice of Electronic Filing) By causing said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the above parties who are registered CM/ECF Users set forth in the Court's service list.

and by transmitting a true copy to:

ALL COUNSEL (See Attached Service List)

__X__  (By Mail) I enclosed the documents in a sealed envelope addressed to the persons as stated above. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice of collecting and processing of correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 7, 2010, at Oakland, California.

/s/ Gloria C. Amell
Gloria C. Amell
KAZAN, McCLAIN, LYONS,
GREENWOOD & HARLEY
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913 FAX
E-mail" gamell@kazanlaw.com

Counsel for Plaintiffs

| | | |
|---|---|---|
| SERVICE LIST<br>Page One | CASE: Vest, Timothy & Caroline  Case No: MDL 875<br>U.S.D.C., Northern District of California 3:11-cv-00061 JSW | January 28, 2011 |

BERRY & BERRY  
   P.O. Box 16070, Oakland, CA 94610  
   FOR: DESIGNATED DEFENSE COUNSEL  
PH: (510) 835-8330  
FAX: (510) 835-5117

BRYAN CAVE LLP  
   120 Broadway, Suite 300, Santa Monica, CA 90401  
   FOR: McDONNELL DOUGLAS CORPORATION  
PH: (310) 576-2100  
FAX: (310) 576-2200

BRYAN CAVE LLP  
   2 Embarcadero Center, Suite 1410, San Francisco, CA 94111  
   FOR: WORLD AIRWAYS, INC.  
PH: 415-675-3400  
FAX: 415-675-3434

BRYAN CAVE LLP  
   One Atlantic Center, 1201 W. Peachtree Street, NE, 14th Floor, Atlanta,  
   FOR: WORLD AIRWAYS, INC.  
PH: 404-572-6633  
FAX: 404-420-0633

CHAPMAN & INTRIERI  
   2236 Mariner Square Drive, Suite 300, Alameda, CA 94501-1019  
   FOR: DEXTER CORPORATION; HENKEL CORPORATIO sii/pae/et to HENKEL LOCTITE CORPORATION; HENKEL CORPORATION; HENKEL LOCTITE CORPORATION ; HENKEL LOCTITE CORPORATION sii/pae/et to THE DEXTER CORPORATION; LIFE TECH CORP by merger to INVITROGEN CORP sii/pae/et THE DEXTER CORP; LIFE TECHNOLOGIES CORPORATION suc by merger to INVITROGEN CORPORATION  
PH: (510) 864-3600  
FAX: (510) 864-3601

COUNSEL UNKNOWN  
   FOR: MCDERMOTT/SEALY, INC.

DeHAY & ELLISTON, LLP  
   1300 CLAY STREET, SUITE 840, Oakland, CA 94612  
   FOR: KAISER GYPSUM COMPANY, INC.  
PH: 510-285-0750  
FAX: 510-285-0740

DONGELL LAWRENCE FINNEY LLP  
   707 Wilshire Boulevard, 45th Floor, Los Angeles, CA 90017-3609  
   FOR: GEORGE E. MASKER, INC.  
PH: 213-943-6100  
FAX: 213-943-6101

HERR & ZAPALA  
   152 North 3rd Street, Suite 500, San Jose, CA 95112  
   FOR: ALLIED PACKING AND SUPPLY  
PH: (408) 287-7788  
FAX: (408) 927-0408

MCGIVNEY, KLUGER & GLASPY  
   One Walnut Creek Center, 100 Pringle Ave., Ste 750, Walnut Creek, CA 94  
   FOR: KENTILE FLOORS, INC.  
PH: (925) 947-1300  
FAX: (925) 947-1594

McKENNA, LONG & ALDRIDGE  
   101 California Street, 41st Floor, San Francisco, CA 94111  
   FOR: HEXCEL CORPORATION  
PH: (415) 267-4000  
FAX: (415) 267-4198

McKENNA, LONG & ALDRIDGE LLP  
   300 S. Grand Avenue, 14th Floor, Los Angeles, CA 90071  
   FOR: HEXCEL CORPORATION  
PH: 213-688-1000  
FAX: 213-243-6330

PERKINS COIE LLP  
   Four Embarcadero Center, Suite 2400, San Francisco, CA 94111  
   FOR: GEORGIA-PACIFIC LLC fka GEORGIA PACIFIC CORPORATION; HONEYWELL INTERNATIONAL INC. fka ALLIED SIGNAL, INC./sii/BENDIX CORP  
PH: (415) 344-7000  
FAX: (415) 344-7288

| | | |
|---|---|---|
| SERVICE LIST | CASE: Vest, Timothy & Caroline  MDL 875 | January 28, 2011 |
| Page Two | U.S.D.C., Northern District of California Case #: 3:11-cv-00061 (JSW) | |

PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP  PH:  (415) 788-8354
  One California Street, Suite 1910, San Francisco, CA  94104  FAX: (415) 788-3625
  FOR:  DEAN'S MATERIALS, INC. dba CONSTRUCTION MATERIAL SUPPLIER

SELMAN & BREITMAN  PH:  (415) 979-0400
  33 New Montgomery Street, Sixth Floor, San Francisco, CA  94105  FAX: (415) 979-2099
  FOR:  ALTA BUILDING MATERIALS CO.

STEPTOE & JOHNSON  PH:  (213) 439-9400
  633 West Fifth Street, Suite 700, Los Angeles, CA  90071  FAX: (213) 439-9599
  FOR:  METROPOLITAN LIFE INSURANCE COMPANY

THE MAU LAW FIRM  PH:  415-495-8082
  950 Harrison Street, Suite 213, San Francisco, CA  94107  FAX: 415-495-8084
  FOR:  GEORGE E. MASKER, INC.

WALSWORTH, FRANKLIN, BEVINS & McCALL - DOWMAN  PH:  (415) 781-7072
  601 Montgomery Street, 9th Floor, San Francisco, CA 94111  FAX: (415) 391-6258
  FOR:  DOWMAN PRODUCTS, INC.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER  PH:  (415) 433-0990
  525 Market Street, 17th Floor, San Francisco, CA  94105-2722  FAX: (415) 434-1370
  FOR:  F.P. LATHROP CORPORATION;   LATHROP CONSTRUCTION ASSOCIATES, INC.;  LATHROP ONSTRUCTION ASSOC, INC. sii/pae/et F.P. LATHROP CONSTRUCTION

HANSON BRIDGETT LLP  PH: (415) 777-320
  425 Market Street 26th Floor  FAX: (415) 541-9366
  San Francisco, CA 94105

PORT OF OAKLAND LEGAL DEPARTMENT  PH: (510) 627-1348
  530 Water Street, 4th Floor  FAX: (510) 444-2093
  P.O. Box 2064
  Oakland, CA 94607

FOR: Port of Oakland


End of Service List