UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)

Timothy Vest, et al. v. Allied Packing & Supply, et al.,  )
   N.D. California, C.A. No. 3:11-00061  )  MDL No. 875

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
AND VACATING THE MARCH 30, 2011, HEARING SESSION

    A conditional transfer order was filed in this action (*Vest*) on January 11, 2011. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Vest* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. Plaintiffs have now withdrawn their opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-353" filed on January 11, 2011, is LIFTED. This action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eduardo C. Robreno.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed February 17, 2011, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel