

LECLAIRRYAN

March 8, 2011

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.,
Room G-255, North Lobby
Washington, D.C. 20002-8004

Re:   In Re: Asbestos Products Liability Litigation (MDL 875)
      Notice of Pendency of Potential Tag-Along Action
      Gerald and Linda Girtman v. Air & Fluid Systems Corporation, et al
      Docket. No. : 3:11-cv-00061(MRK)
      District of Connecticut

Dear Sir/Madam:

We are the attorneys for Viad Corp, incorrectly sued as Viad Corp. f/k/a The Dial Corp., individually and as successor in interest to Griscom-Russell and C.H. Wheeler in connection with asbestos personal injury actions pending in the State of Connecticut and in the District of Connecticut. Pursuant to Rule 7.5(e) of the Rules for Multidistrict Litigation, we are writing to notify you of the pendency of the above-referenced action in the District of Connecticut. This action is an asbestos products liability action and constitutes a potential tag-along action with respect to MDL 875.

A copy of the Summons and Complaint as well as the Docket Sheet for this case from the U.S. District Court for the District of Connecticut is attached to this letter.

Sincerely,

Christopher J. Lynch

CJL/arh

Cc:   all counsel of record by email

E-mail: christopher.lynch@leclairryan.com
Direct Phone: 860.656.1935
Direct Fax: 860.656.1985

One Financial Plaza, 755 Main Street, Suite 2000
Hartford, Connecticut 06103
Phone: 860.656.1520 \ Fax: 860.656.1521

CALIFORNIA \ CONNECTICUT \ MASSACHUSETTS \ MICHIGAN \ NEW JERSEY \ NEW YORK \ PENNSYLVANIA \ VIRGINIA \ WASHINGTON, D.C.
ATTORNEYS AT LAW \ WWW.LECLAIRRYAN.COM