# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY  10017-5639   Tel: (212) 490-3000   Fax: (212) 490-3038

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami*
*Chicago • White Plains, NY • Dallas • Albany, NY • San Diego • Houston • London • Tokyo*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich • Wiesbaden*

———

**www.wilsonelser.com**

March 8, 2011

Mr. Michael J. Beck
Clerk of the Panel on Multidistrict Litigation
Federal Judiciary Building
One Columbus Circle, N.E., Room G255
Washington, D.C. 20002

      Re:    Notice of Potential Tag-Along Action
              Asbestos Products Liability Litigation
              MDL Docket No. 875

Dear Mr. Beck:

I hereby notify you, as required by Rule 7.1(a) of the Rules of Procedure of Judicial Panel on Multidistrict Litigation, of the pendency of a potential tag-along action to the cases transferred by the Panel's July 29, 1991 Order and Opinion to the Eastern District of Pennsylvania and assigned to the Honorable Eduardo C. Robreno.

The potential tag-along action is entitled <u>Michael Harvey v. Electric Boat Corp.</u>, pending in the United States District Court, District of Connecticut, No.: 3:10-CV-344.

Enclosed are copies of plaintiff's Summons and Complaint and the docket sheet for this case.

      Sincerely,

      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

      Eric Niederer

Enclosures

cc:    Clerk of Court, District of Connecticut (by electronic filing)
      John F. Geida, Esq., Counsel for Plaintiff (by electronic filing)

4369411.1