# SCHEDULE

**District of Connecticut**

| Index No. | Case Name | Judge |
|---|---|---|
| 10-cv-344 | Michael Harvey v. Electric Boat Corp. | Hon. Vanessa L. Bryant |

4369611.1