

# CT Corporation

**Service of Process Transmittal**
02/08/2010
CT Log Number 516125337

**TO:** Joseph Chontos
Electric Boat Corporation
75 Eastern Point Road, Dept. 613
Groton, CT 06340-4989

**RE:** **Process Served in Connecticut**

**FOR:** Electric Boat Corporation (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Michael Harvey, Pltf. vs. Electric Boat Corp., Dft. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Fairfield at Bridgeport Superior Court Judicial District, CT Case # None Specified |
| **NATURE OF ACTION:** | Asbestos Litigation - Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Hartford, CT |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/08/2010 at 11:04 |
| **APPEARANCE OR ANSWER DUE:** | 03/02/10 - summons // on or before the second day after the Return Date - file an appearance form |
| **ATTORNEY(S) / SENDER(S):** | John F. Geida, Esq. Embry & Neusner 118 Poquonnock Road Groton, CT 06340 860-449-0341 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/08/2010, Expected Purge Date: 02/13/2010 Telephone, Carol Mclellan, 860-433-8253 Image SOP Email Notification, Carol Mclellan cmclella@ebmail.gdeb.com Email Notification, Kelly A. Lewis klewis2@gdeb.com Email Notification, Joseph Chontos JCHONTOS@EBMAIL.GDEB.COM |
| **SIGNED:** | C T Corporation System |
| **PER:** | Gary Scappini |
| **ADDRESS:** | One Corporate Center Floor 11 Hartford, CT 06103-3220 |
| **TELEPHONE:** | 860-724-9044 |

Page 1 of 1 / MF

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.