UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ANDREW SMITH,<br><br>        Plaintiff,<br><br>vs.<br><br>3M COMPANY fka MINNESOTA MINING AND MANUFACTURING COMPANY, ALLIED PACKING & SUPPLY, INC., ASBESTOS CORPORATION, LTD., ATLANTIC RICHFIELD COMPANY, CHEVRON U.S.A. INC., CROWN CORK & SEAL COMPANY, INC. individually and as successor-in-interest to MUNDET CORK COMPANY, GENERAL ELECTRIC COMPANY, LOS ANGELES RUBBER COMPANY, METALCLAD INSULATION CORPORATION, NATIONAL STEEL AND SHIPBUILDING COMPANY, OWENS-ILLINOIS, INC., PARKER-HANNIFIN CORPORATION, As Successor-In-Interest to Sacomo Sierra, QUINTEC INDUSTRIES, INC., RAPID-AMERICAN CORPORATION, RIC-WIL, INCORPORATED, SANTA FE BRAUN, INC. as successor-in-interest to C.F. BRAUN & CO., SEQUOIA VENTURES, INC., SOUTHERN CALIFORNIA EDISON COMPANY, and DOES 1 – 800,<br><br>        Defendants. | (ASBESTOS)<br>U.S.D.C. No. 3:11-cv-01073<br><br>Alameda County Superior Court<br>Case No. RG10544220 |

**DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

1

**TO THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:**

1. On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is aslo named or in which that counsel appears.

2. The undersigned hereby notifies the court that this state court action being removed (a copy of the removed state court complaint is provided as an attchment to this filing) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

3. Defendant NATIONAL STEEL AND SHIPBUILDING COMPANY is providing written notice of this Notice of Potential Tag-Along Action to all adverse parties. Defendant NATIONAL STEEL AND SHIPBUILDING COMPANY reserves the right to amend or supplement this Notice of Potential Tag-Along Action.

Dated: March 9, 2011

BRYDON HUGO & PARKER

By: /s/ Thomas J. Moses
Edward R. Hugo
P. M. Bessette
Thomas J. Moses
Attorneys for Defendant
NATIONAL STEEL AND
SHIPBUILDING COMPANY
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: tmoses@bhplaw.com
pbessette@bhplaw.com