UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ANDREW SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>3M COMPANY fka MINNESOTA MINING AND MANUFACTURING COMPANY, ALLIED PACKING & SUPPLY, INC., ASBESTOS CORPORATION, LTD., ATLANTIC RICHFIELD COMPANY, CHEVRON U.S.A. INC., CROWN CORK & SEAL COMPANY, INC. individually and as successor-in-interest to MUNDET CORK COMPANY, GENERAL ELECTRIC COMPANY, LOS ANGELES RUBBER COMPANY, METALCLAD INSULATION CORPORATION, NATIONAL STEEL AND SHIPBUILDING COMPANY, OWENS-ILLINOIS, INC., PARKER-HANNIFIN CORPORATION, As Successor-In-Interest to Sacomo Sierra, QUINTEC INDUSTRIES, INC., RAPID-AMERICAN CORPORATION, RIC-WIL, INCORPORATED, SANTA FE BRAUN, INC. as successor-in-interest to C.F. BRAUN & CO., SEQUOIA VENTURES, INC., SOUTHERN CALIFORNIA EDISON COMPANY, and DOES 1 – 800,<br><br>    Defendants. | (ASBESTOS)<br>U.S.D.C. No. 3:11-cv-01073<br><br>Alameda County Superior Court<br>Case No. RG10544220 |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

NATIONAL STEEL AND SHIPBUILDING COMPANY'S SCHEDULE OF ACTIONS

## SCHEDULE OF ACTIONS

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. § 1442, Defendant NATIONAL STEEL AND SHIPBUILDING COMPANY ("NASSCO") hereby provides notice of related actions currently pending before the Judicial Panel of Multidistrict Litigation:

Removing party, NASSCO, currently has no cases pending transfer to the MDL 875 group.

Date:  March 9, 2011                                    BRYDON HUGO & PARKER


By:    /s/ Thomas J. Moses
       Edward R. Hugo [Bar No. 124839]
       P. M. Bessette [Bar No. 127588]
       Thomas J. Moses [Bar No. 116002]
       BRYDON HUGO & PARKER
       135 Main Street, 20th Floor
       San Francisco, CA 94105
       Telephone:  (415) 808-0300
       Facsimile:  (415) 808-0333
       Email: pbessette@bhplaw.com
              tmoses@bhplaw.com
       Attorneys for Defendant
       NATIONAL STEEL AND
       SHIPBUILDING COMPANY

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

NATIONAL STEEL AND SHIPBUILDING COMPANY'S SCHEDULE OF ACTIONS