UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ANDREW SMITH,<br><br>              Plaintiff,<br>vs.<br><br>3M COMPANY, et al.,<br><br>              Defendants. | (ASBESTOS)<br>U.S.D.C. Northern District of California<br>3:11-cv-01073<br><br>PROOF OF SERVICE |

     I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On the date below, I served the following:

DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION;

SCHEDULE OF ACTIONS; and

UNITED STATES NORTHRN DISTRICT COURT DOCKET SHEET w/COMPLAINT

on the following:

PAUL & HANLEY LLP                    Via U.S. Mail to Attached Service List
1608 Fourth Street #300
Berkeley, CA 94710
Fax: (510) 559-9970

     By transmitting electronically the document(s) listed above as set forth on the electronic service list on this date before 5:00 p.m.

     By transmitting via facsimile the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m.

➔    By placing the document(s) listed above in a sealed envelope and placing the envelope for collection and mailing on the date below following the firm's ordinary business practices. I am readily familiar with the firm's practice of

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

PROOF OF SERVICE

collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

By placing the document(s) listed above in a sealed envelope designated for Federal Express overnight delivery and depositing same with fees thereupon prepaid, in a facility regularly maintained by Federal Express, addressed as set forth above.

    I declare under penalty of perjury that the above is true and correct. Executed on March 9, 2011, at San Francisco, California.

/s/ Wanda D. Claudio
Wanda D. Claudio

BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
For Defendant NATIONAL STEEL AND SHIPBUILDING COMPANY
Telephone: (415) 808-0300
Facsimile: (415) 808-0333