# BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

## NOTICE OF POTENTIAL TAG ALONG ACTION
### PURSUANT TO J.P.M.L. RULE 7.2(i)

Now into court comes Christopher J. Keale, Esq., counsel for the defendant, Foster Wheeler Energy Corporation, in the case of "Margaret Haley vs. Foster Wheeler Energy Corporation, et al." Docket No. 3:11-cv-01282-MLC-TJB, U.S. District Court, District of New Jersey, for the purpose of submitting this Notice of Potential Tag Along Action, and says as follows:

1.      Pursuant to J.P.M.L. Rule 7.2(i), counsel hereby notifies the panel and all counsel that the undersigned counsel feels that the aforementioned action, "Margaret Haley vs. Foster Wheeler Energy Corporation, et al." Docket No. 3:00-cv-01282-MLC-TJB, U.S. District Court, District of New Jersey, may be a potential tag along action in "In Re: Asbestos Products Liability Litigation (No. VI)" MDL No. 875.

2.      Counsel hereto attaches proof of service on all parties to this action.

NJ/432825v1

Wherefore, counsel, Christopher J. Keale, prays this Notice of Potential Tag Along Action be deemed good and sufficient.

DATED:  This 9th day of March, 2011.

Respectfully submitted,

By: _____

Christopher J. Keale
Christopher.keale@sdma.com
SEDGWICK, DETERT, MORAN & ARNOLD LLP
Attorneys for Defendant
Foster Wheeler Energy Corporation
Three Gateway Center
Twelfth Floor
Newark, New Jersey 07102
Telephone: (973) 242-0002
Facsimile: (973) 242-8099