BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

## CERTIFICATION OF SERVICE

I hereby certify that I have on this 9th day of March, 2011, caused to be served a copy of Defendant, Foster Wheeler Energy Corporation's Notice of Potential Tag Along Actions, letter to MDL filing same and this Certification of Service to plaintiff's counsel via email and/or regular mail and on the 9th day of March, 2011, to all known defense counsel listed on the attached Attorney Service List by email and/or regular mail.

DATED: March 9, 2011

                                          Respectfully submitted,

                                          */s/ Christopher J. Keale*
                                          Christopher J. Keale
                                          Christopher.keale@sdma.com
                                          SEDGWICK, DETERT, MORAN & ARNOLD LLP
                                          Three Gateway Center
                                          12th Floor
                                          Newark, New Jersey 07102
                                          (973) 242-0002
                                          (973) 242-8099 (Fax)
                                          Counsel for Defendant
                                          Foster Wheeler Energy Corporation