## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : : : : : | MDL NO. 875 |

## ATTORNEY SERVICE LIST

### COUNSEL:

| | |
|---|---|
| William L. Kuzmin, Esq.<br>COHEN, PLACITELLA & ROTH, P.C.<br>127 Maple Avenue<br>Red Bank, New Jersey 07701 | Counsel for Plaintiff |
| Edward Wilbraham, Esq.<br>Wilbraham Lawler & Buba<br>140 Broadway, 46th Floor<br>New York, NY 10005 | Counsel for Air & Liquid Systems Corporation |
| Anthony James Caruso, Esq.<br>Picillo Caruso O'Toole<br>60 Route 46 East<br>Fairfield, New Jersey 07004<br>acaruso@carusopope.com | Counsel for Certainteed Corp. |
| Attn: Asbestos Litigation Counsel<br>Mattson, Madden & Polito<br>33 Bleeker Street<br>Millburn, New Jersey 07041<br>mml@mmlnj.com | Counsel for Cleaver Brooks Co. |