ONE MARKET PLAZA   STEUART TOWER, 8TH FLOOR   SAN FRANCISCO, CALIFORNIA 94105-1101

www.sdma.com   415.781.7900 *phone*   415.781.2635 *fax*



March 10, 2011

**VIA ECF FILING**

Michael Beck
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:   *Carlos C. Stapleton and Carlotta S. Stapleton v. Air Liquid Systems Corp., et al.*
U.S. District Court, Southern District Of California, Case No. 3:11-cv-00428-LAB-BLM
Our File No.: 00045-088348

Dear Mr. Beck:

On behalf of our client, General Electric Company ("GE"), we write to inform the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" asbestos case currently pending in the United States District Court for the Southern District of California.

Plaintiffs in the above-referenced matter have initiated a personal injury and loss of consortium asbestos-related action. Plaintiffs claim that plaintiff Carlos C. Stapleton was exposed to asbestos-containing products at his job sites. Thus, this action involves common questions of fact with numerous other asbestos actions previously transferred by the Panel pursuant to 28 U.S.C. § 1407. Accordingly, GE requests that the Panel transfer this case to the Eastern District of Pennsylvania for consolidated pretrial proceedings.

This "tag-along" case was removed to the United States District Court for the Southern District of California on March 2, 2011. Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of Procedure, the panel is authorized to enter a conditional transfer order or file an order to show cause why this action should not be transferred.

I enclose plaintiffs' complaint in this action, as well as the docket sheet for this case in the United States District Court for the Southern District of California.

SF/2120255v1

March 10, 2011
Page 2

Plaintiffs in this action are represented by Michael L. Armitage of Waters, Kraus & Paul, 222 N. Sepulveda Boulevard, Suite 1900, El Segundo, California 90245, Telephone: (310) 414-8146, Facsimile: (310) 414-8156.

Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

Regards,

Katherine P. Gardiner
Sedgwick, Detert, Moran & Arnold LLP

Enclosure

cc: (via facsimile only) (w/out enclosure)

Waters, Kraus & Paul

SF/2120255v1