```
SEDGWICK, DETERT, MORAN & ARNOLD LLP
Charles Sheldon (State Bar No.155598)
charles.sheldon@sdma.com
Katherine Gardiner (State Bar No.215542)
katherine.gardiner@sdma.com
Allison Low (State Bar No.273202)
allison.low@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105-1008
Telephone:    415.781.7900
Facsimile:    415.781.2635
```

Attorneys for Defendants
GENERAL ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS C. STAPLETON and CARLOTTA S. STAPLETON,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION (sued individually and as successor by merger to BUFFALO PUMPS, INC.), et al.,<br><br>Defendants. | Case No. 3:11-CV-00428-LAB-BLM<br><br>(State Court Case No. 37-2011-00084525-CU-AS-CTL)<br><br>**CERTIFICATE OF SERVICE FOR LETTER DATED MARCH 10, 2011 TO MICHAEL BECK, JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of March, 2011, a copy of the foregoing document has been served via ECF upon all counsel of record in the Court's electronic filing system.

SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:        /s/Katherine P. Gardiner
           CHARLES SHELDON
           KATHERINE P. GARDINER
           DEREK S. JOHNSON
           Attorneys for Defendant
           GENERAL ELECTRIC COMPANY

SF/2121505v1

**CERTIFICATE OF SERVICE**