BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO. VI<br><br>THIS DOCUMENT RELATES TO: | MDL 875 |

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **RAYMOND RICE,** §<br> §<br>         **Plaintiff,** §<br> §<br>VS. §<br> §<br>**CAMERON INTERNATIONAL** §<br>**CORPORATION** *f/k/a* COOPER CAMERON §<br>CORPORATION (*sued individually and as* §<br>*successor-in-interest to* COOPER-BESSEMBER §<br>CORPORATION); §<br>**CBS CORPORATION** *f/k/a* **VIACOM, INC.**, §<br>(*successor-by-merger with* CBS §<br>CORPORATION *f/k/a* WESTINGHOUSE §<br>ELECTRIC CORPORATION); §<br>**COOPER US, INC.** *f/k/a* **COOPER** §<br>**INDUSTRIES, LLC** (*as successor-in-interest to* §<br>WHITE SUPERIOR DIVISION *f/k/a* §<br>SUPERIOR GAS ENGINE COMPANY); §<br>**CRANE CO.** (*sued individually and as* §<br>*successor-in-interest to* CHAPMAN VALVE §<br>CO. *and as successor-in-interest to* §<br>COCHRANE CORP.); §<br>**EATON CORPORATION** (*sued individually* §<br>*and as successor-in-interest to* EATON §<br>ELECTRICAL, INC., and CUTLER HAMMER, §<br>INC.); §| NO.4:11:CV-00076<br>JURY<br><br>MDL ASBESTOS COURT<br><br> NOTICE OF TRANSFER UNDER<br>RULE 13 OF TAG-ALONG ACTION |

**NOTICE OF TRANSFER UNDER RULE 13 OF TAG-ALONG ACTION**

| | |
|---|---|
| **EMERSON ELECTRIC CO.**; | § |
| **FLOWSERVE CORPORATION** (*sued individually and as successor-in-interest to* DURCO INTERNATIONAL); | § § § § |
| **FOSTER WHEELER ENERGY CORPORATION**; | § § |
| **FOSTER WHEELER LLC**; | § |
| **GENERAL ELECTRIC COMPANY**; | § |
| **GOULDS PUMPS, INCORPORATED**; | § |
| **HILLS BROTHERS CHEMICAL COMPANY**; | § § |
| **IMO INDUSTRIES, INC.** (*sued individually and as successor-in-interest to* DELAVAL STEAM TURBINE COMPANY); | § § § § |
| **INGERSOLL-RAND COMPANY**; | § |
| **INSULECTRO** (*sued individually and as successor-in-interest to* QUINTEC INDUSTRIES, INC. *and* QUINTEC, INC.); | § § § § |
| **ITT CORPORATION** *f/k/a* **ITT INDUSTRIES, INC.** (*sued individually and as successor-in-interest to* BELL & GOSSETT PUMP CO.); | § § § § § |
| **J.T. THORPE & SON, INC.**; | § |
| **METALCLAD INSULATION CORPORATION**; | § § |
| **NIDEC AMERICA CORPORATION** (*sued individually and as successor-in-interest to* EMERSON ELECTRIC COMPANY); | § § § § |
| **OCCIDENTAL CHEMICAL CORPORATION**; | § § |
| **PLASTIC ENGINEERING COMPANY**; | § |
| **QUINTEC INDUSTRIES, INC.** (*sued individually and as successor-in-interest to* WESTERN FIBROUS GLASS PRODUCTS CO.); | § § § § § |
| **ROCKWELL AUTOMATION, INC.** (*sued individually and as successor-by-merger to* ALLEN-BRADLEY COMPANY, LLC and *as successor-in-interest to* ROSTONE CORPORATION); | § § § § § § |
| **SCHNEIDER ELECTRIC USA, INC.**; | § |
| **SMITHCO ENGINEERING, INC.** *successor-in-interest to* ALCO PRODUCTS, INC.); | § § § |
| **SYD CARPENTER, MARINE CONTRACTOR, INC.**; | § § |
| **THOMAS DEE ENGINEERING CO., INC.**; | § |
| | § |

**NOTICE OF TRANSFER UNDER RULE 13 OF TAG-ALONG ACTION**

| | |
|---|---|
| **UNION CARBIDE CORPORATION**;<br>**THE WILLIAM POWELL COMPANY**;<br>**YARWAY CORPORATION**,<br><br>            **Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF TRANSFER UNDER RULE 13 OF TAG-ALONG ACTION

TO:   THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

TO:   ALL COUNSEL OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District, Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to 28 U.S.C. §1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 13 (e) provides:

   > Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

2. The undersigned hereby notifies the court that this is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12 (a), or (2) file an order to show cause why the action should not be transferred, pursuant to MSL Rule 13 (b).

Plaintiff is providing notice of this Notice Transfer Under Rule 13 of Tag-Along Action to all adverse parties. Plaintiff reserves the right to amend or supplement this Notice of Tag-Along Action.

Dated: March 10, 2011

BY: _____
KYLA GAIL COLE
Texas State Bar No. 24033113
WATERS & KRAUS, LLP
3219 McKinney Avenue
Dallas, Texas 75204
Telephone: 214-357-6244
Facsimile:  214-357-7252

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice Transfer Under Rule 13 of Tag-Along Action was sent to all counsel of record by one of the methods checked below on this 10th day of March, 2011.

_____
KYLA GAIL COLE

[ ]  regular mail
[ ]  certified mail, return receipt requested
[ ]  federal express
[ ]  hand delivery
[X]  facsimile
[X]  CMECF
[ ]  LexisNexis