BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL- 875- IN RE ASBESTOS PRODUCTS LITIGATION LIABILITY

## SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Raymond Rice<br><br>**Defendants:**<br><br>**CAMERON INTERNATIONAL CORPORATION** *f/k/a* COOPER CAMERON CORPORATION (*sued individually and as successor-in-interest to* COOPER-BESSEMBER CORPORATION);<br>**CBS CORPORATION** *f/k/a* **VIACOM, INC.**, (*successor-by-merger with* CBS CORPORATION *f/k/a* WESTINGHOUSE ELECTRIC CORPORATION);<br>**COOPER US, INC.** *f/k/a* **COOPER INDUSTRIES, LLC** (*as successor-in-interest to* WHITE SUPERIOR DIVISION *f/k/a* SUPERIOR GAS ENGINE COMPANY);<br>**CRANE CO.** (*sued individually and as successor-in-interest to* CHAPMAN VALVE CO. *and as successor-in-interest to* COCHRANE CORP.);<br>**EATON CORPORATION** (*sued individually and as successor-in-interest to* EATON ELECTRICAL, INC., and CUTLER HAMMER, INC.);<br>**EMERSON ELECTRIC CO.**;<br>**FLOWSERVE CORPORATION** (*sued individually and as successor-in-interest to* DURCO INTERNATIONAL);<br>**FOSTER WHEELER ENERGY CORPORATION**;<br>**FOSTER WHEELER LLC**;<br>**GENERAL ELECTRIC COMPANY**;<br>**GOULDS PUMPS, INCORPORATED**;<br>**HILLS BROTHERS CHEMICAL COMPANY**;<br>**IMO INDUSTRIES, INC.** (*sued individually and as successor-in-interest to* DELAVAL STEAM TURBINE COMPANY);<br>**INGERSOLL-RAND COMPANY**;<br>**INSULECTRO** (*sued individually and as* | S.D. Texas (Houston) | 4:11-cv-00076 | Vanessa D. Gilmore |

| | | | |
|---|---|---|---|
| *successor-in-interest to* QUINTEC INDUSTRIES, INC. *and* QUINTEC, INC.); **ITT CORPORATION** *f/k/a* **ITT INDUSTRIES, INC.** (*sued individually and as successor-in-interest to* BELL & GOSSETT PUMP CO.); **J.T. THORPE & SON, INC.**; **METALCLAD INSULATION CORPORATION**; **NIDEC AMERICA CORPORATION** (*sued individually and as successor-in-interest to* EMERSON ELECTRIC COMPANY); **OCCIDENTAL CHEMICAL CORPORATION**; **PLASTIC ENGINEERING COMPANY**; **QUINTEC INDUSTRIES, INC.** (*sued individually and as successor-in-interest to* WESTERN FIBROUS GLASS PRODUCTS CO.); **ROCKWELL AUTOMATION, INC.** (*sued individually and as successor-by-merger to* ALLEN-BRADLEY COMPANY, LLC and *as successor-in-interest to* ROSTONE CORPORATION); **SCHNEIDER ELECTRIC USA, INC.**; **SMITHCO ENGINEERING, INC.** *successor-in-interest to* ALCO PRODUCTS, INC.); **SYD CARPENTER, MARINE CONTRACTOR, INC.**; **THOMAS DEE ENGINEERING CO., INC.**; **UNION CARBIDE CORPORATION**; **THE WILLIAM POWELL COMPANY**; **YARWAY CORPORATION**, | | | |