**ATTY**

# CITATION

## DC-10-14934

RAYMOND RICE
vs.
CAMERON INTERNATIONAL
CORPORATION ETAL

ISSUED THIS
**17th day of November, 2010**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: RITA RODGERS, Deputy

**Attorney for Plaintiff**
Kyla Gail Cole
Waters & Kraus LLP
3219 McKinney Avenue, Ste 3000
Dallas Tx 75204
214-357-6244

FILED
10 DEC -1 AM 10:39
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO. TEXAS
_____ DEPUTY

FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To:

CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON
CORPORATION (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO
COOPER-BESSEMBER CORPORATION)
SERVE THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
350 NORTH ST PAUL STREET STE 2900
DALLAS TX 75201

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written
answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL
PETITION AND JURY DEMAND**, a default judgment may be taken against you. Your answer should
be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas
75202.

Said Plaintiff being **RAYMOND RICE**

Filed in said Court **16th day of November, 2010** against

**CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON
CORPORATION, ETAL**

For Suit, said suit being numbered **DC-10-14934**, the nature of which demand is as follows:
Suit on **MASS TORT/MDL/RULE 11** etc. as shown on said petition, a copy of which accompanies this
citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office this 17th day of November, 2010.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas.

By _____ Deputy
RITA RODGERS

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M. Executed

at _____, within the County of _____ at _____ o'clock _____.M.

on the _____ day of _____, 20_____, by delivering to the within

named _____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

**\*\*\* SEE ATTACHED \*\*\***
**\*\*\* AFFIDAVIT \*\*\***

For serving Citation   $ _____
For mileage          $ _____      of _____ County, _____
For Notary           $ _____      By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20_____,

to certify which witness my hand and seal of office.

_____ Notary Public _____ County

CAUSE NO. <u>DC-10-14934</u>

| | | |
|---|---|---|
| RAYMOND RICE, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | 44TH JUDICIAL DISTRICT |
| | § | |
| CAMERON INTERNATIONAL | § | |
| CORPORATION, ET AL, | § | |
| | § | |
| Defendant(s). | § | DALLAS COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

Came to hand on **Thursday, November 18, 2010 at 2:00 PM,**
Executed at: **350 NORTH ST PAUL STREET, SUITE 2900, DALLAS, TX 75201**
within the county of **DALLAS** at 3:40 PM, on **Thursday, November 18, 2010,**
by delivering to the within named:

### CAMERON INTERNATIONAL CORPORATION FKA
### COOPER CAMERON CORPORATION

By delivering to its' **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its' **Authorized Agent, RUTH SANCHEZ**
Each, in person a true copy of this

**CITATION, PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, CIVIL CASE
INFORMATION SHEET, PLAINTIFF'S NOTICE OF INTENT TO TAKE THE EXPEDITED
VIDEOTAPED DEPOSITION OF PLAINTIFF RAYMOND RICE, PLAINTIFF'S REQUEST FOR
DISCLOSURE, INTERROGATORIES, AND REQUESTS FOR PRODUCTION TO DEFENDANTS**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Danny L. Haney** who after
being duly sworn on oath states: "My name is **Danny L. Haney**. I am a person over eighteen (18) years
of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal
knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I
am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of
the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies
Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor
involving moral turpitude."

**Danny L. Haney**

Of:   **Dallas County**

By:   _____
      Authorized Person - SCH566

Subscribed and Sworn to by Danny L. Haney, Before Me, the undersigned authority, on this
_24th_ day of November, 2010.

DWIGHT MULLEN
Notary Public, State of Texas
My Commission Exp. 08-20-2013

Notary Public in and for The State of Texas

FILED

10 DEC -1 AM 10:40

GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS

_____ DEPUTY

**FORM NO. 353-3 - CITATION**

**THE STATE OF TEXAS**

**ATTY** _____

**CITATION**

**DC-10-14934**

To:
CBS CORPORATION FKA VIACOM INC (SUCCESSOR-BY-MERGER WITH CBS
CORPORATION FKA WESTINGHOUSE ELECTRIC CORPORATION COOPER-
BESSEMER CORPORATION)
SERVE THROUGH ITS REGISTERED AGENT CORPORATION SERVICE DBA
CSC-LAWYERS INCORPORATING SERVICE COMPANY
211 E 7TH STREET, SUITE 620, AUSTIN TX 78701-3218

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written
answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL
PETITION AND JURY DEMAND, a default judgment may be taken against you. Your answer should
be addressed to the clerk of the 44th District Court at 600 Commerce Street, Ste. 101, Dallas, Texas
75202.

Said Plaintiff being RAYMOND RICE

Filed in said Court 16th day of November, 2010 against

CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON
CORPORATION, ETAL

For Suit, said suit being numbered DC-10-14934, the nature of which demand is as follows:
Suit on MASS TORT/MDL/RULE 11 etc. as shown on said petition, a copy of which accompanies this
citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office this 17th day of November, 2010.

ATTEST: GARY FITZSIMMONS, Clerk of the District Court of Dallas, County, Texas

By _____ Deputy
RITA RODGERS

**RAYMOND RICE**
vs.
**CAMERON INTERNATIONAL
CORPORATION ETAL**

ISSUED THIS
**17th day of November, 2010**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: RITA RODGERS, Deputy

**Attorney for Plaintiff**
Kyla Gail Cole
Waters & Kraus LLP
3219 McKinney Avenue, Ste 3000
Dallas Tx 75204
214-357-6244

DALLAS COUNTY CONSTABLE
FEES NOT
PAID

DALLAS COUNTY
FEES
PAID

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____ o'clock _____.M. Executed

at _____ , within the County of _____ at _____ o'clock _____.M.

on the _____ day of _____, 20____, by delivering to the within

named _____ ** SEE ATTACHED **

*** AFFIDAVIT ***

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date

of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify

which witness my hand.

For serving Citation   $ _____

For mileage   $ _____   of _____ County, _____

For Notary   $ _____   By _____

Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20____ ,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

# AFFIDAVIT OF SERVICE

Came to hand on the 19th day of *November, 2010,* at *12:00* o'clock p.m.
Cause No. *DC-10-14934*

Executed at **211 E. 7th Street, Suite 620,** in the City of *Austin, Texas 78701,* within the
County of *Travis* on the 19th day of *November, 2010,* at *1:25* o'clock p.m., by
delivering to the within named:

*CBS CORPORATION f/k/a VIACOM, INC. f/k/a WESTINGHOUSE ELECTRIC*
*CORPORATION, by delivering to its Registered Agent, CORPORATION SERVICE*
*COMPANY, by delivering to its designated agent, SUE VERTREES,*

in person, a true copy of this Citation together with the accompanying copy of the
Plaintiff's Original Petition and Jury Demand, Civil Case Information Sheet, Plaintiff's
Notice of Intent to Take the Expedited Videotaped Deposition of Plaintiff Raymond Rice,
Plaintiff's Request for Disclosure, Interrogatories, and Requests for Production to
Defendants, having first endorsed upon such copy of such citation the date of delivery.

I am not a party to or interested in the outcome of the suit referenced above. I am
authorized by written order to serve citation and other notices. I am not less than eighteen
(18) years of age.

| |
|---|
| **Raymond Rice,**<br>        Plaintiff,<br>              v.<br>**Cameron International**<br>**Corporation, et al,**<br>                    Defendant, |

By: _____
              Jeff Keyton, SCH - 0735

## VERIFICATION

STATE OF TEXAS           §
COUNTY OF **TRAVIS**      §

     BEFORE ME, A NOTARY PUBLIC, on this day personally appeared
**Jeff Keyton,** known to me to be the person whose name is subscribed to the foregoing
document and, being by me first duly sworn, declared that the statements therein
contained are true and correct.

     Given under my hand and seal of office this 20th day of *November, 2010.*

_____
NOTARY PUBLIC, STATE OF TEXAS

SCOTT L. THOMAS
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
01-19-2012

FORM NO. 353-3 – CITATION

THE STATE OF TEXAS

**ATTY**

**CITATION**

To:

COOPER US, INC FKA COOPER INDUSTRIES LLC (AS SUCCESSOR-IN-INTEREST
TO WHITE SUPERIOR DIVISION FKA SUPERIOR GAS ENGINE COMPANY)
SERVE THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
350 NORTH ST PAUL STREET, STE 2900
DALLAS TX 75201

**DC-10-14934**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written
answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL
PETITION AND JURY DEMAND**, a default judgment may be taken against you. Your answer should
be addressed to the clerk of the **44th District Court at 600 Commerce Street, Ste. 101, Dallas, Texas
75202.**

Said Plaintiff being RAYMOND RICE

**RAYMOND RICE**
vs.
**CAMERON INTERNATIONAL
CORPORTATION ETAL**

Filed in said Court **16th day of November, 2010** against:

CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON
CORPORATION, ETAL

For Suit, said suit being numbered **DC-10-14934**, the nature of which demand is as follows:
Suit on **MASS TORT/MDL/RULE 11** etc. as shown on said petition, a copy of which accompanies this
citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office this 17th day of November, 2010.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas County, Texas

By _____ Deputy
     RITA RODGERS

**ISSUED THIS
17th day of November, 2010**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: RITA RODGERS, Deputy

**Attorney for Plaintiff**
Kyla Gail Cole
Waters & Kraus LLP
3219 McKinney Avenue, Ste 3000
Dallas Tx 75204
214-357-6244

FILED
10 DEC -1 AM 10:39
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
DEPUTY

DALLAS COUNTY CONSTABLE
FEES NOT PAID
FEES PAID

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____ o'clock _____ .M. Executed

at _____, within the County of _____ at _____ o'clock _____ .M.

on the _____ day of _____ ** SEE ATTACHED **, by delivering to the within

named _____ *** AFFIDAVIT ***

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

For serving Citation $ _____

For mileage $ _____ of _____ County,

For Notary $ _____ By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20____,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County

CAUSE NO. <u>DC-10-14934</u>

| | | |
|---|---|---|
| RAYMOND RICE, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | 44TH JUDICIAL DISTRICT |
| | § | |
| CAMERON INTERNATIONAL | § | |
| CORPORATION, ET AL, | § | |
| | § | |
| Defendant(s). | § | DALLAS COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

Came to hand on **Thursday, November 18, 2010 at 2:00 PM,**
Executed at: **350 NORTH ST PAUL STREET, SUITE 2900, DALLAS, TX 75201**
within the county of **DALLAS** at 3:40 PM, on **Thursday, November 18, 2010,**
by delivering to the within named:

### COOPER US, INC FKA COOPER INDUSTRIES LLC

By delivering to its' **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its' **Authorized Agent, RUTH SANCHEZ**
Each, in person a true copy of this

**CITATION, PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, CIVIL CASE INFORMATION SHEET, PLAINTIFF'S NOTICE OF INTENT TO TAKE THE EXPEDITED VIDEOTAPED DEPOSITION OF PLAINTIFF RAYMOND RICE, PLAINTIFF'S REQUEST FOR DISCLOSURE, INTERROGATORIES, AND REQUESTS FOR PRODUCTION TO DEFENDANTS**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Danny L. Haney** who after being duly sworn on oath states: "My name is **Danny L. Haney.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

                                        **Danny L. Haney**

Of:    **Dallas County**

By:    _____
            Authorized Person - SCH566

Subscribed and Sworn to by Danny L. Haney, Before Me, the undersigned authority, on this ___ day of November, 2010.

_____
Notary Public in and for The State of Texas

DWIGHT MULLEN
Notary Public, State of Texas
My Commission Exp. 08-20-2013

FILED

10 DEC -1   AM 10: 39

GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS

_____ DEPUTY

FORM NO. 353-3 - CITATION

THE STATE OF TEXAS

**ATTY**

**CITATION**

**DC-10-14934**

To:

CRANE CO (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO CHAPMAN VALVE CO AND AS SUCCESSOR-IN-INTEREST TO COCHRANE CORP), SERVE THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
350 NORTH ST PAUL STREET, STE 2900
DALLAS TX 75201-4234

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **RAYMOND RICE**

Filed in said Court **16th** day of November, 2010 against

**CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON CORPORATION, ETAL**

For Suit, said suit being numbered **DC-10-14934,** the nature of which demand is as follows:
Suit on **MASS TORT/MDL/RULE 11** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office this 17th day of November, 2010.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _____ Deputy
        RITA RODGERS

**RAYMOND RICE**
vs.
**CAMERON INTERNATIONAL CORPORATION ETAL**

ISSUED THIS
**17th day of November, 2010**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: RITA RODGERS, Deputy

**Attorney for Plaintiff**
Kyla Gail Cole
Waters & Kraus LLP
3219 McKinney Avenue, Ste 3000
Dallas Tx 75204
214-357-6244

DALLAS COUNTY CONSTABLE

FEES
PAID

FEES NOT
PAID

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____ o'clock _____.M. Executed

at _____, within the County of _____ at _____ o'clock _____.M.

on the _____ day of _____, 20____, by delivering to the within

named _____

** SEE ATTACHED **

*** AFFIDAVIT ***

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date
of delivery.  The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:  To certify
which witness my hand.

For serving Citation $ _____ _____

For mileage $ _____ of _____ County, _____

For Notary $ _____ By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20____,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

CAUSE NO. <u>DC-10-14934</u>

| | | |
|---|---|---|
| RAYMOND RICE, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| VS. | § | 44TH JUDICIAL DISTRICT |
| | § | |
| CAMERON INTERNATIONAL | § | |
| CORPORATION, ET AL, | § | |
| | § | |
| **Defendant(s).** | § | DALLAS COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

Came to hand on **Thursday, November 18, 2010 at 2:00 PM,**
Executed at: **350 NORTH ST PAUL STREET, SUITE 2900, DALLAS, TX 75201**
within the county of **DALLAS** at **3:40 PM, on Thursday, November 18, 2010,**
by delivering to the within named:

### CRANE CO

By delivering to its' **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its' **Authorized Agent, RUTH SANCHEZ**
Each, in person a true copy of this

**CITATION, PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, CIVIL CASE
INFORMATION SHEET, PLAINTIFF'S NOTICE OF INTENT TO TAKE THE EXPEDITED
VIDEOTAPED DEPOSITION OF PLAINTIFF RAYMOND RICE, PLAINTIFF'S REQUEST FOR
DISCLOSURE, INTERROGATORIES, AND REQUESTS FOR PRODUCTION TO DEFENDANTS**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Danny L. Haney** who after being duly sworn on oath states: "My name is **Danny L. Haney.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

**Danny L. Haney**

Of:   **Dallas County**

By:   

Authorized Person - SCH566

Subscribed and Sworn to by Danny L. Haney, Before Me, the undersigned authority, on this
24th day of November, 2010.

DWIGHT MULLEN
Notary Public, State of Texas
My Commission Exp. 08-20-2013

Notary Public in and for The State of Texas

FORM NO. 353-3 - CITATION

# THE STATE OF TEXAS

To:

EATON CORPORATION (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST
TO EATON ELECTRICAL INC AND CUTLER HAMMER INC)
SERVE THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
350 NORTH ST PAUL STREET, STE 2900
DALLAS TX 75201-4234

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written
answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL
PETITION AND JURY DEMAND, a default judgment may be taken against you. Your answer should
be addressed to the clerk of the 44th District Court at 600 Commerce Street, Ste. 101, Dallas, Texas
75202.

Said Plaintiff being RAYMOND RICE

Filed in said Court 16th day of November, 2010 against

CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON
CORPORATION, ETAL

For Suit, said suit being numbered DC-10-14934, the nature of which demand is as follows:
Suit on MASS TORT/MDL/RULE 11 etc. as shown on said petition, a copy of which accompanies this
citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office this 17th day of November, 2010.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By_____ Deputy
        RITA RODGERS

FILED
10 DEC -1 AM 10: 39
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

---

ATTY

# CITATION

DC-10-14934

RAYMOND RICE
vs.
CAMERON INTERNATIONAL
CORPORATION ETAL

ISSUED THIS
17th day of November, 2010

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: RITA RODGERS, Deputy

**Attorney for Plaintiff**
Kyla Gail Cole
Waters & Kraus LLP
3219 McKinney Avenue, Ste 3000
Dallas Tx 75204
214-357-6244

DALLAS COUNTY COMPTROLLER
FEES NOT PAID
FEES PAID

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20 ___, at _____ o'clock ___ .M. Executed

at _____ , within the County of _____ at _____ o'clock ___ .M.

on the _____ day of _____, 20 ___, by delivering to the within

named _____ **\*\* SEE ATTACHED \*\***

**\*\*\* AFFIDAVIT \*\*\***

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date

of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify

which witness my hand.

For serving Citation   $ _____

For mileage   $ _____   of _____ County, _____

For Notary   $ _____   By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 ___,

to certify which witness my hand and seal of office.

_____ Notary Public _____ County _____

CAUSE NO. DC-10-14934

| | | |
|---|---|---|
| RAYMOND RICE, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | 44TH JUDICIAL DISTRICT |
| | § | |
| CAMERON INTERNATIONAL | § | |
| CORPORATION, ET AL, | § | |
| | § | |
| Defendant(s). | § | DALLAS COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

Came to hand on **Thursday, November 18, 2010 at 2:00 PM,**
Executed at: **350 NORTH ST PAUL STREET, SUITE 2900, DALLAS, TX 75201**
within the county of **DALLAS** at 3:40 PM, on Thursday, November 18, 2010,
by delivering to the within named:

### EATON CORPORATION

By delivering to its' **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its' **Authorized Agent, RUTH SANCHEZ**
Each, in person a true copy of this

**CITATION, PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, CIVIL CASE
INFORMATION SHEET, PLAINTIFF'S NOTICE OF INTENT TO TAKE THE EXPEDITED
VIDEOTAPED DEPOSITION OF PLAINTIFF RAYMOND RICE, PLAINTIFF'S REQUEST FOR
DISCLOSURE, INTERROGATORIES, AND REQUESTS FOR PRODUCTION TO DEFENDANTS**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Danny L. Haney** who after
being duly sworn on oath states: "My name is **Danny L. Haney**. I am a person over eighteen (18) years
of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal
knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I
am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of
the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies
Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor
involving moral turpitude."

**Danny L. Haney**

Of:   **Dallas County**

By:   Authorized Person - SCH566

Subscribed and Sworn to by Danny L. Haney, Before Me, the undersigned authority, on this
24th day of November, 2010.

DWIGHT MULLEN
Notary Public, State of Texas
My Commission Exp. 06-20-2013

Notary Public in and for The State of Texas

FORM NO. 353-3 - CITATION

# THE STATE OF TEXAS

To:

**EMERSON ELECTRIC CO**
SERVE THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
350 NORTH ST PAUL STREET, STE 2900
DALLAS TX 75201-4234

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND**, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being RAYMOND RICE

Filed in said Court **16th day of November, 2010** against

**CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON CORPORATION, ETAL**

For Suit, said suit being numbered **DC-10-14934**, the nature of which demand is as follows:
Suit on **MASS TORT/MDL/RULE 11** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office this 17th day of November, 2010.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas County, Texas

By _____ RITA RODGERS

FILED
10 DEC -1  AM 10:39
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
_____DEPUTY

ATTY

# CITATION

## DC-10-14934

RAYMOND RICE
vs.
CAMERON INTERNATIONAL
CORPORTATION ETAL

ISSUED THIS
17th day of November, 2010

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: RITA RODGERS, Deputy

**Attorney for Plaintiff**
Kyla Gail Cole
Waters & Kraus LLP
3219 McKinney Avenue, Ste 3000
Dallas Tx 75204
214-357-6244

DALLAS COUNTY CONSTABLE

FEES NOT
PAID

FEES
PAID

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20 ___, at _____ o'clock _____ .M. Executed

at _____, within the County of _____ at _____ o'clock _____ .M.

on the _____ day of _____, 20 ___, by delivering to the within

named _____

** SEE ATTACHED **
*** AFFIDAVIT ***

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date

of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify

which witness my hand.

For serving Citation   $ _____    _____

For mileage   $ _____    of _____ County,

For Notary   $ _____    By _____

(Must be verified if served outside the State of Texas.)   Deputy

Signed and sworn to by the said _____ before me this _____ day of _____, 20 ___

to certify which witness my hand and seal of office.

_____
Notary Public _____ County

CAUSE NO. <u>DC-10-14934</u>

| | | |
|---|---|---|
| RAYMOND RICE, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | 44TH JUDICIAL DISTRICT |
| | § | |
| CAMERON INTERNATIONAL | § | |
| CORPORATION, ET AL, | § | |
| Defendant(s). | § | DALLAS COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

Came to hand on **Thursday, November 18, 2010 at 2:00 PM,**
Executed at: **350 NORTH ST PAUL STREET, SUITE 2900, DALLAS, TX 75201**
within the county of **DALLAS** at 3:40 PM, on **Thursday, November 18, 2010,**
by delivering to the within named:

**EMERSON ELECTRIC CO**

By delivering to its' **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its' **Authorized Agent, RUTH SANCHEZ**
Each, in person a true copy of this

**CITATION, PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, CIVIL CASE
INFORMATION SHEET, PLAINTIFF'S NOTICE OF INTENT TO TAKE THE EXPEDITED
VIDEOTAPED DEPOSITION OF PLAINTIFF RAYMOND RICE, PLAINTIFF'S REQUEST FOR
DISCLOSURE, INTERROGATORIES, AND REQUESTS FOR PRODUCTION TO DEFENDANTS**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Danny L. Haney** who after
being duly sworn on oath states: "My name is **Danny L. Haney.** I am a person over eighteen (18) years
of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal
knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I
am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of
the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies
Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor
involving moral turpitude."

**Danny L. Haney**

Of:   **Dallas County**

By:   _Authorized Person - SCH566_

Subscribed and Sworn to by Danny L. Haney, Before Me, the undersigned authority, on this
24<u>TH</u> day of November, 2010.

DWIGHT MULLEN
Notary Public, State of Texas
My Commission Exp. 08-20-2013

**Notary Public in and for The State of Texas**

FILED

10 DEC -1 AM 10:40

GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

**FORM NO. 353-3 – CITATION**

# THE STATE OF TEXAS

To:

FLOWSERVE CORPORATION (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-
INTEREST TO DURCO INTERNATIONAL)
SERVE THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
350 NORTH ST PAUL STREET, STE 2900
DALLAS TX 75201-4234

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written
answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL
PETITION AND JURY DEMAND**, a default judgment may be taken against you. Your answer should
be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas
75202.

Said Plaintiff being RAYMOND RICE

Filed in said Court 16th day of November, 2010 against :

CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON
CORPORATION, ETAL

For Suit, said suit being numbered **DC-10-14934**, the nature of which demand is as follows:
Suit on **MASS TORT/MDL/RULE 11** etc. as shown on said petition, a copy of which accompanies this
citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office this 17th day of November, 2010.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas County, Texas

By _____ Deputy
RITA RODGERS

---

**ATTY**

# CITATION

DC-10-14934

RAYMOND RICE
vs.
CAMERON INTERNATIONAL
CORPORATION ETAL

ISSUED THIS
17th day of November, 2010

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: RITA RODGERS, Deputy

**Attorney for Plaintiff**
Kyla Gail Cole
Waters & Kraus LLP
3219 McKinney Avenue, Ste 3000
Dallas Tx 75204
214-357-6244

DALLAS COUNTY CONSTABLE

FEES NOT
PAID

FEES
PAID

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M. Executed

at _____ day of _____, 20_____ at _____ o'clock _____.M.

on the _____, by delivering to the within

named _____

\*\* SEE ATTACHED \*\*

\*\*\* AFFIDAVIT \*\*\*

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

For serving Citation $ _____

For mileage $ _____ of _____ County, _____

For Notary $ _____ By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20_____,

to certify which witness my hand and seal of office.

_____ Notary Public _____ County

## CAUSE NO. <u>DC-10-14934</u>

| | | |
|---|---|---|
| RAYMOND RICE, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| VS. | § | 44TH JUDICIAL DISTRICT |
| | § | |
| CAMERON INTERNATIONAL | § | |
| CORPORATION, ET AL, | § | |
| | § | |
| **Defendant(s).** | § | DALLAS COUNTY, TEXAS |

## <u>AFFIDAVIT OF SERVICE</u>

Came to hand on **Thursday, November 18, 2010 at 2:00 PM,**
Executed at: **350 NORTH ST PAUL STREET, SUITE 2900, DALLAS, TX 75201**
within the county of **DALLAS** at 3:40 PM, on **Thursday, November 18, 2010,**
by delivering to the within named:

### FLOWSERVE CORPORATION

By delivering to its' **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its' **Authorized Agent, RUTH SANCHEZ**
Each, in person a true copy of this

**CITATION, PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, CIVIL CASE
INFORMATION SHEET, PLAINTIFF'S NOTICE OF INTENT TO TAKE THE EXPEDITED
VIDEOTAPED DEPOSITION OF PLAINTIFF RAYMOND RICE, PLAINTIFF'S REQUEST FOR
DISCLOSURE, INTERROGATORIES, AND REQUESTS FOR PRODUCTION TO DEFENDANTS**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Danny L. Haney** who after being duly sworn on oath states: "My name is **Danny L. Haney.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

**Danny L. Haney**

Of:  **Dallas County**

By:

Authorized Person - SCH566

**Subscribed and Sworn to by Danny L. Haney, Before Me, the undersigned authority, on this** <u>24TH</u> **day of November, 2010.**

DWIGHT MULLEN
Notary Public, State of Texas
My Commission Exp. 08-20-2013

Notary Public in and for The State of Texas

FILED

10 DEC -1 AM 10:40

GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS

_____ DEPUTY

**FORM NO. 353-3 - CITATION**

**THE STATE OF TEXAS**

To:
FOSTER WHEELER ENERGY CORPORATION
SERVE THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
350 NORTH ST PAUL STREET, STE 2900
DALLAS TX 75201-4234

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND**, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **RAYMOND RICE**

Filed in said Court **16th** day of November, 2010 against

**CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON CORPORATION, ETAL**

For Suit, said suit being numbered **DC-10-14934**, the nature of which demand is as follows:
Suit on **MASS TORT/MDL/RULE 11** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office this 17th day of November, 2010.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _____ Deputy
RITA RODGERS

---

**CITATION**

**DC-10-14934**

RAYMOND RICE
vs.
CAMERON INTERNATIONAL CORPORATION ETAL

ISSUED THIS
17th day of November, 2010

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: RITA RODGERS, Deputy

**Attorney for Plaintiff**
Kyla Gail Cole
Waters & Kraus LLP
3219 McKinney Avenue, Ste 3000
Dallas Tx 75204
214-357-6244

DALLAS COUNTY CONSTABLE

FEES NOT
PAID

FEES
PAID

# OFFICER'S RETURN

Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____.M. Executed

at _____, within the County of _____, at _____ o'clock _____ o'clock _____.M.

on the _____ day of _____, 20 _____, by delivering to the within

named _____

**\*\* SEE ATTACHED \*\***

**\*\*\* AFFIDAVIT \*\*\***

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date

of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:  To certify

which witness my hand.

For serving Citation  $ _____

For mileage  $ _____       of _____ County, _____

For Notary  $ _____       By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____ Notary Public _____ County _____

CAUSE NO. <u>DC-10-14934</u>

| | | |
|---|---|---|
| RAYMOND RICE, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| VS. | § | **44TH JUDICIAL DISTRICT** |
| | § | |
| CAMERON INTERNATIONAL | § | |
| CORPORATION, ET AL, | § | |
| **Defendant(s).** | § | DALLAS COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

Came to hand on **Thursday, November 18, 2010 at 2:00 PM,**
Executed at: **350 NORTH ST PAUL STREET, SUITE 2900, DALLAS, TX 75201**
within the county of **DALLAS** at 3:40 PM, on Thursday, November 18, 2010,
by delivering to the within named:

### FOSTER WHEELER ENERGY CORPORATION

By delivering to its' **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its' **Authorized Agent, RUTH SANCHEZ**
Each, in person a true copy of this

**CITATION, PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, CIVIL CASE
INFORMATION SHEET, PLAINTIFF'S NOTICE OF INTENT TO TAKE THE EXPEDITED
VIDEOTAPED DEPOSITION OF PLAINTIFF RAYMOND RICE, PLAINTIFF'S REQUEST FOR
DISCLOSURE, INTERROGATORIES, AND REQUESTS FOR PRODUCTION TO DEFENDANTS**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Danny L. Haney** who after being duly sworn on oath states: "My name is **Danny L. Haney.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

                                      **Danny L. Haney**

Of:   **Dallas County**

By:                            
                  Authorized Person - SCH566

Subscribed and Sworn to by Danny L. Haney, Before Me, the undersigned authority, on this
____ day of November, 2010.

                                    Notary Public in and for The State of Texas

DWIGHT MULLEN
Notary Public, State of Texas
My Commission Exp. 08-20-2013

FORM NO. 353-4—CITATION

# THE STATE OF TEXAS

To:  FOSTER WHEELER LLC
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711-2079

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, a default judgment may be taken against you.

Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said **PLAINTIFF** being **RAYMOND RICE**

Filed in said Court 16th day of November, 2010 against
**CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON CORPORATION, ET AL**

For suit, said suit being numbered **DC-10-14934** the nature of which demand is as follows:
Suit On **MASS TORT/MDL/RULE 11** etc.
as shown on said petition _____, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas County Texas.
Given under my name and the Seal of said Court at office on the the 17th day of November, 2010
ATTEST: GARY FITZSIMMONS
Clerk of the District Courts of Dallas, County, Texas

By _____
RITA RODGERS

FILED
10 DEC -1  AM 10: 40
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

# CITATION

No.: DC-10-14934

RAYMOND RICE
VS.
CAMERON INTERNATIONAL
CORPORATION ET AL

ISSUED
ON THIS THE
17TH DAY OF NOVEMBER, 2010

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By **RITA RODGERS**, Deputy

Attorney for : Plaintiff
**KYLA GAIL COLE
WATERS & KRAUS LLP
3219 MCKINNEY AVENUE, STE 3000
DALLAS TX 75204
214-357-6244**

DALLAS COUNTY CONSTABLE
FEES NOT
PAID

FEES
PAID

**OFFICER'S RETURN
FOR INDIVIDUALS**

Received this Citation the _____ day of _____, within the County of _____, State of _____, on the _____ day of _____, 20____, at _____ o'clock. Executed at _____, 20____, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN
FOR CORPORATIONS**

Received this Citation the _____ day of _____, within the County of _____, State of _____, 20____, on the _____ day of _____, 20____, at o'clock ____.M. by summoning the within named Corporation, *** SEE ATTACHED *** by delivering to _____, at _____ o'clock ____.M. Executed at _____ *** AFFIDAVIT *** President - Vice President - Registered Agent - in person, of the said _____

a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness by my hand.

For Serving Citation    $ _____        Sheriff _____
For Mileage             $ _____        County of _____
For Notary              $ _____        State of _____
    Total Fees          $ _____        By _____

(Must be verified if served outside the State of Texas) :
State of _____
County of _____
    Signed and sworn to me by the said _____ before me this _____
day of _____, 20____, to certify which witness my hand and seal of office.

Seal

State & County of _____

# AFFIDAVIT OF SERVICE

Came to hand on the 19th day of *November, 2010,* at *12:00* o'clock p.m.
Cause No. *DC-10-14934*

Executed at **1019 Brazos Street, 2nd Floor,** in the City of *Austin, Texas 78701,* within
the County of *Travis* on the 19th day of *November, 2010,* at *2:00* o'clock p.m., by
delivering to the within named:

*FOSTER WHEELER, LLC.,*
*by delivering to the Texas Secretary of State, by delivering to her designated agent,*
*Venita Okpegbue,*

in person, true duplicate copies of this Citation together with the accompanying copy of
the Plaintiff's Original Petition and Jury Demand, Civil Case Information Sheet,
Plaintiff's Notice of Intent to Take the Expedited Videotaped Deposition of Plaintiff
Raymond Rice, Plaintiff's Request for Disclosure, Interrogatories, and Requests for
Production to Defendants, having first endorsed upon both copies of such citation the
date of delivery, and tendering the $55 Statutory Fee.

I am not a party to or interested in the outcome of the suit referenced above. I am
authorized by written order to serve citation and other notices. I am not less than eighteen
(18) years of age.

| | |
|---|---|
| **Raymond Rice,**<br>        Plaintiff,<br>        v.<br><br>**Cameron International<br>Corporation, et al,**<br>        Defendant, | By: _____<br>        Tom Kroll, SCH - 3012<br><br><br>        **VERIFICATION** |

STATE OF TEXAS            §
COUNTY OF **TRAVIS**        §

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared
**Tom Kroll,** known to me to be the person whose name is subscribed to the foregoing
document and, being by me first duly sworn, declared that the statements therein
contained are true and correct.

Given under my hand and seal of office this 20th day of *November, 2010.*

NOTARY PUBLIC, STATE OF TEXAS



# The State of Texas

## Secretary of State

2011-192004-2

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's Original Petition and Jury Demand in the cause styled:

    Raymond Rice VS Cameron International Corporation et al
    44th Judicial District Court Of Dallas County, Texas
    Cause No: DC1014934

was received by this office on November 19, 2010, and that a copy was forwarded on November 22, 2010, by CERTIFIED MAIL, return receipt requested to:

    Foster Wheeler LLC
    Perryville Corporate Park
    Clinton, NJ 08809

The RETURN RECEIPT was received in this office on November 24, 2010, bearing the Signature Of Addressee's Agent.



Date issued: November 29, 2010

Hope Andrade
Secretary of State

ST/vo

FORM NO. 353-4—CITATION

# THE STATE OF TEXAS

To:   **GENERAL ELECTRIC COMPANY**
      **BY SERVING THE SECRETARY OF STATE**
      **OFFICE OF THE SECRETARY OF STATE**
      **CITATIONS UNIT - P.O. BOX 12079**
      **AUSTIN, TX, 78711-2079**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, a default judgment may be taken against you.

Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said **PLAINTIFF** being **RAYMOND RICE**

Filed in said Court 16th day of November, 2010 against **CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON CORPORATION, ETAL**

For suit, said suit being numbered **DC-10-14934** the nature of which demand is as follows:

Suit On **MASS TORT/MDL/RULE 11** etc.

as shown on said petition    , a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office on the _____ day of November, 2010
ATTEST: GARY FITZSIMMONS
Clerk of the District Courts of Dallas, County, Texas

By _____
        RITA RODGERS

FILED
10 DEC -1  AM 10: 40
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

---

# CITATION

No.: DC-10-14934

RAYMOND RICE
VS.
CAMERON INTERNATIONAL
CORPORATION ET AL

ISSUED
ON THIS THE
17TH DAY OF NOVEMBER, 2010

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By **RITA RODGERS**, Deputy.

Attorney for : Plaintiff
KYLA GAIL COLE
WATERS & KRAUS LLP
3219 MCKINNEY AVENUE, STE 3000
DALLAS TX  75204
214-357-6244

DALLAS COUNTY CONSTABLE
FEES NOT
FEES PAID
PAID

## OFFICER'S RETURN
### FOR INDIVIDUALS

Received this Citation the _____ day of _____, 20 ____, at _____ o'clock. Executed at _____, within the County

of _____, State of _____, on the _____ day of _____, 20 ____, at _____ o'clock, by

delivering to the within named _____ each in person, a copy of this Citation together with the accompanying

copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

------------000000------------

## OFFICER'S RETURN
### FOR CORPORATIONS

Received this Citation the _____ day of _____, 20 ____, at _____ o'clock ____.M. Executed at _____, within the County

of _____, State of _____, on the _____ day of _____, 20 ____, at

o'clock ____.M. by summoning the within named Corporation, _____ by delivering to _____

_____ President - Vice President - Registered Agent - in person, of the

said _____ a true copy of this citation together with the accompanying **\*\* SEE ATTACHED \*\*** \*\*\* **AFFIDAVIT** \*\*\* original petition, having first indorsed on same the date of delivery.

------------000000------------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness by my hand.

For Serving Citation  $ _____          Sheriff _____

For Mileage           $ _____          County of _____

For Notary            $ _____          State of _____

Total Fees            $ _____          By _____

(Must be verified if served outside the State of Texas)

State of _____

County of _____

Signed and sworn to me by the said _____ before me this _____

day of _____, 20 ____, to certify which witness my hand and seal of office.

_____
Seal

_____
State & County of

# AFFIDAVIT OF SERVICE

Came to hand on the 19th day of *November, 2010,* at *12:00* o'clock p.m.
Cause No. *DC-10-14934*

Executed at **1019 Brazos Street,** 2nd **Floor,** in the City of *Austin, Texas 78701,* within
the County of *Travis* on the 19th day of *November, 2010,* at *2:00* o'clock p.m., by
delivering to the within named:

*GENERAL ELECTRIC COMPANY,*
*by delivering to the Texas Secretary of State, by delivering to her designated agent,*
*Venita Okpegbue,*

in person, true duplicate copies of this Citation together with the accompanying copy of
the Plaintiff's Original Petition and Jury Demand, Civil Case Information Sheet,
Plaintiff's Notice of Intent to Take the Expedited Videotaped Deposition of Plaintiff
Raymond Rice, Plaintiff's Request for Disclosure, Interrogatories, and Requests for
Production to Defendants, having first endorsed upon both copies of such citation the
date of delivery, and tendering the $55 Statutory Fee.

I am not a party to or interested in the outcome of the suit referenced above. I am
authorized by written order to serve citation and other notices. I am not less than eighteen
(18) years of age.

| | |
|---|---|
| Raymond Rice, <br>                Plaintiff, <br>        v. <br><br> Cameron International <br> Corporation, et al, <br>            Defendant, | By: _____ <br>       Tom Kroll, SCH - 3012 <br><br><br> **VERIFICATION** |

STATE OF TEXAS       §
COUNTY OF **TRAVIS**    §

     BEFORE ME, A NOTARY PUBLIC, on this day personally appeared
**Tom Kroll,** known to me to be the person whose name is subscribed to the foregoing
document and, being by me first duly sworn, declared that the statements therein
contained are true and correct.

     Given under my hand and seal of office this 20th day of *November, 2010.*

NOTARY PUBLIC, STATE OF TEXAS

**ATTY**

# CITATION

## DC-10-14934

RAYMOND RICE
vs.
CAMERON INTERNATIONAL
CORPORATION ETAL

ISSUED THIS
17th day of November, 2010

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: RITA RODGERS, Deputy

**Attorney for Plaintiff**
Kyla Gail Cole
Waters & Kraus LLP
3219 McKinney Avenue, Ste 3000
Dallas Tx 75204
214-357-6244

DALLAS COUNTY CONSTABLE
FEES    FEES NOT
PAID        PAID

---

FILED

10 DEC -1 AM 10: 40

GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO. TEXAS
_____DEPUTY

**FORM NO. 353-3 – CITATION**

## THE STATE OF TEXAS

To:

**GOULDS PUMPS INCORPORATED**
**SERVE THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM**
**350 NORTH ST PAUL STREET, STE 2900**
**DALLAS TX 75201-4234**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **RAYMOND RICE**

Filed in said Court **16th day of November, 2010** against

**CAMERON INTERNATIONAL CORPORTATION FKA COOPER CAMERON CORPORATION, ETAL**

For Suit, said suit being numbered **DC-10-14934**, the nature of which demand is as follows:
Suit on **MASS TORT/MDL/RULE 11** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office this 17th day of November, 2010.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas

By _____
RITA RODGERS

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M. Executed

at _____, within the County of _____ at _____ o'clock _____ o'clock _____.M.

on the _____ day of _____, 20_____, by delivering to the within

named _____

**\*\* SEE ATTACHED \*\***
**\*\*\* AFFIDAVIT \*\*\***

each, in person, a true copy of this Citation together with the accompanying this pleading, having first endorsed on same date

of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify

which witness my hand.

For serving Citation   $ _____

For mileage          $ _____         of _____ County, _____

For Notary           $ _____         By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County

CAUSE NO. <u>DC-10-14934</u>

| | | |
|---|---|---|
| RAYMOND RICE, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | 44TH JUDICIAL DISTRICT |
| | § | |
| CAMERON INTERNATIONAL | § | |
| CORPORATION, ET AL, | § | |
| | § | |
| Defendant(s). | § | DALLAS COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

Came to hand on **Thursday, November 18, 2010 at 2:00 PM,**
Executed at: **350 NORTH ST PAUL STREET, SUITE 2900, DALLAS, TX 75201**
within the county of **DALLAS** at 3:40 PM, on **Thursday, November 18, 2010,**
by delivering to the within named:

### GOULDS PUMPS INCORPORATED

By delivering to its' **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its' **Authorized Agent, RUTH SANCHEZ**
Each, in person a true copy of this

**CITATION, PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, CIVIL CASE INFORMATION SHEET, PLAINTIFF'S NOTICE OF INTENT TO TAKE THE EXPEDITED VIDEOTAPED DEPOSITION OF PLAINTIFF RAYMOND RICE, PLAINTIFF'S REQUEST FOR DISCLOSURE, INTERROGATORIES, AND REQUESTS FOR PRODUCTION TO DEFENDANTS**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Danny L. Haney** who after being duly sworn on oath states: "My name is **Danny L. Haney.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

Danny L. Haney

Of:    Dallas County

By:    Authorized Person - SCH566

Subscribed and Sworn to by Danny L. Haney, Before Me, the undersigned authority, on this
24TH day of November, 2010.

DWIGHT MULLEN
Notary Public, State of Texas
My Commission Exp. 08-20-2013

Notary Public in and for The State of Texas

FORM NO. 353-4—CITATION

**THE STATE OF TEXAS**

To:   **HILLS BROTHERS CHEMICAL COMPANY**
**BY SERVING THE SECRETARY OF STATE**
**OFFICE OF THE SECRETARY OF STATE**
**CITATIONS UNIT - P.O. BOX 12079**
**AUSTIN, TX, 78711-2079**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND**, a default judgment may be taken against you.

Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said **PLAINTIFF** being **RAYMOND RICE**

Filed in said Court 16th day of November, 2010 against **CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON CORPORATION, ET AL**

For suit, said suit being numbered   **DC-10-14934**   the nature of which demand is as follows:
Suit On **MASS TORT/MDL/RULE 11 etc.**
as shown on said petition      , a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office **on this the 17th day of November, 2010**
ATTEST: GARY FITZSIMMONS
Clerk of the District Courts of Dallas, County, Texas

By _____
    **RITA RODGERS**

---

FILED
10 DEC -1   AM 10:40
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

ATTY (SOS)

**CITATION**

No.: DC-10-14934

RAYMOND RICE
VS.
CAMERON INTERNATIONAL
CORPORTATION ET AL

ISSUED
ON THIS THE
17TH DAY OF NOVEMBER, 2010

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By **RITA RODGERS**, Deputy

Attorney for : Plaintiff
**KYLA GAIL COLE
WATERS & KRAUS LLP
3219 MCKINNEY AVENUE, STE 3000
DALLAS TX  75204**
**214-357-6244**

DALLAS COUNTY CONSTABLE
FEES     FEES NOT
PAID         PAID

**OFFICER'S RETURN
FOR INDIVIDUALS**

Received this Citation the _____ day of _____, State of _____, 20____ at _____ o'clock. Executed at _____, within the County of _____, on the _____ day of _____, 20____, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

------------000000------------

**OFFICER'S RETURN
FOR CORPORATIONS**

Received this Citation the _____ day of _____, State of _____, 20____ at _____ o'clock _____.M. Executed at _____, within the County of _____, on the _____ day of _____, 20____, at _____ o'clock _____.M. by summoning the within named Corporation, _____ by delivering to _____ President - Vice President - Registered Agent - in person, of the said _____ a true copy of this citation together with the accompanying copy of original petition, having first indorsed on same the date of delivery.

***✱ SEE ATTACHED AFFIDAVIT ✱✱✱***

------------000000------------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness by my hand.

| | |
|---|---|
| For Serving Citation | $ _____ |
| For Mileage | $ _____ |
| For Notary | $ _____ |
| Total Fees | $ _____ |

Sheriff _____
County of _____
State of _____
By _____

(Must be verified if served outside the State of Texas)

State of _____
County of _____

Signed and sworn to me by the said _____ before me this _____ day of _____, 20____, to certify which witness my hand and seal of office.

_____

Seal

State & County of _____

## AFFIDAVIT OF SERVICE

Came to hand on the **19**th day of *November, 2010,* at **12:00** o'clock p.m.
Cause No. *DC-10-14934*

Executed at **1019 Brazos Street, 2**nd **Floor,** in the City of *Austin, Texas 78701,* within
the County of *Travis* on the 19th day of *November, 2010,* at *2:00* o'clock p.m., by
delivering to the within named:

### *HILLS BROTHERS CHEMICAL COMPANY,*
*by delivering to the Texas Secretary of State, by delivering to her designated agent,*
*Venita Okpegbue,*

in person, true duplicate copies of this Citation together with the accompanying copy of
the Plaintiff's Original Petition and Jury Demand, Civil Case Information Sheet,
Plaintiff's Notice of Intent to Take the Expedited Videotaped Deposition of Plaintiff
Raymond Rice, Plaintiff's Request for Disclosure, Interrogatories, and Requests for
Production to Defendants, having first endorsed upon both copies of such citation the
date of delivery, and tendering the $55 Statutory Fee.

I am not a party to or interested in the outcome of the suit referenced above. I am
authorized by written order to serve citation and other notices. I am not less than eighteen
(18) years of age.

| | |
|---|---|
| **Raymond Rice,** <br>                    Plaintiff, <br>                    v. <br><br> **Cameron International** <br> **Corporation, et al,** <br>                    Defendant, | By: _____ *Krol* <br>              Tom Kroll, SCH - 3012 <br><br><br>              **VERIFICATION** |

STATE OF TEXAS            §
COUNTY OF **TRAVIS**            §

   BEFORE ME, A NOTARY PUBLIC, on this day personally appeared
**Tom Kroll,** known to me to be the person whose name is subscribed to the foregoing
document and, being by me first duly sworn, declared that the statements therein
contained are true and correct.

   Given under my hand and seal of office this **20**th day of *November, 2010.*

_____
NOTARY PUBLIC, STATE OF TEXAS



# The State of Texas

## Secretary of State

2011-192004-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's Original Petition and Jury Demand in the cause styled:

    Raymond Rice VS Cameron International Corporation et al
    44th Judicial District Court Of Dallas County, Texas
    Cause No: DC1014934

was received by this office on November 19, 2010, and that a copy was forwarded on November 22, 2010, by CERTIFIED MAIL, return receipt requested to:

    Hills Brothers Chemical Company
    1675 N Main St
    Orange, CA 92867

The RETURN RECEIPT was received in this office on November 24, 2010, bearing the Signature Of Addressee's Agent.



Date issued: November 29, 2010

Hope Andrade
Secretary of State

ST/vo

# FORM NO. 353-3 – CITATION
## THE STATE OF TEXAS

**ATTY**

## CITATION

**DC-10-14934**

To:

IMO INDUSTRIES INC (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO DELAVAL STEAM TURBINE COMPANY)
SERVE THROUGH ITS REGISTERED AGENT CORPORATION SERVICE COMPANY
DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY
211 E 7TH STREET, SUITE 620, AUSTIN TX 78701-3218

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND**, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **RAYMOND RICE**

**RAYMOND RICE**
vs.
**CAMERON INTERNATIONAL CORPORATION ETAL**

Filed in said Court **16th day of November, 2010** against

**CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON CORPORATION, ETAL**

For Suit, said suit being numbered **DC-10-14934**, the nature of which demand is as follows:
Suit on **MASS TORT/MDL/RULE 11** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

ISSUED THIS
**17th day of November, 2010**

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office this 17th day of November, 2010.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _____
    RITA RODGERS

**GARY FITZSIMMONS**
Clerk District Courts,
Dallas County, Texas

By:  RITA RODGERS, Deputy

**Attorney for Plaintiff**
Kyla Gail Cole
Waters & Kraus LLP
3219 McKinney Avenue, Ste 3000
Dallas Tx 75204
214-357-6244

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____ o'clock _____.M. Executed

at _____, within the County of _____ at _____ o'clock _____.M.

on the _____ day of _____, 20____, by delivering to the within

named _____

**\*\* SEE ATTACHED \*\***
**\*\*\* AFFIDAVIT \*\*\***

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date

of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify

which witness my hand.

For serving Citation $ _____

For mileage $ _____ of _____ County, _____

For Notary $ _____ By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20____

to certify which witness my hand and seal of office.

_____ Notary Public _____ County _____

# AFFIDAVIT OF SERVICE

Came to hand on the 19th day of *November, 2010,* at *12:00* o'clock p.m.
Cause No. *DC-10-14934*

Executed at 211 E. 7th Street, Suite 620, in the City of *Austin, Texas 78701,* within the
County of *Travis* on the 19th day of *November, 2010,* at *1:25* o'clock p.m., by
delivering to the within named:

### *IMO INDUSTRIES,*
*Individually, and as Successor In Interest to DE LAVAL TURBINE, INC.,*
*by delivering to its Registered Agent, CORPORATION SERVICE COMPANY,*
*by delivering to its designated agent, SUE VERTREES,*

in person, a true copy of this Citation together with the accompanying copy of the
Plaintiff's Original Petition and Jury Demand, Civil Case Information Sheet, Plaintiff's
Notice of Intent to Take the Expedited Videotaped Deposition of Plaintiff Raymond Rice,
Plaintiff's Request for Disclosure, Interrogatories, and Requests for Production to
Defendants, having first endorsed upon such copy of such citation the date of delivery.

I am not a party to or interested in the outcome of the suit referenced above. I am
authorized by written order to serve citation and other notices. I am not less than eighteen
(18) years of age.

| | |
|---|---|
| Raymond Rice,<br>　　　　Plaintiff,<br>　　　　v.<br><br>Cameron International<br>Corporation, et al,<br>　　　　Defendant, | By: _____<br>　　　　Jeff Keyton, SCH - 0735 |

## VERIFICATION

STATE OF TEXAS　　　　§
COUNTY OF **TRAVIS**　　　§

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared
**Jeff Keyton,** known to me to be the person whose name is subscribed to the foregoing
document and, being by me first duly sworn, declared that the statements therein
contained are true and correct.

Given under my hand and seal of office this **20**<sup>th</sup> day of *November, 2010.*

NOTARY PUBLIC, STATE OF TEXAS

FORM NO. 353-3 - CITATION

# THE STATE OF TEXAS

To:

INGERSOLL-RAND COMPANY
SERVE THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
350 N ST PAUL STREET, SUITE 2900
DALLAS TX 75201

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND**, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **RAYMOND RICE**

Filed in said Court: **16th day of November, 2010** against

**CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON CORPORATION, ETAL**

For Suit, said suit being numbered **DC-10-14934**, the nature of which demand is as follows:
Suit on **MASS TORT/MDL/RULE 11** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office this 17th day of November, 2010.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By: _____
RITA RODGERS

---

## FILED

10 DEC -1 AM 10:40

GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

---

ATTY

# CITATION

## DC-10-14934

RAYMOND RICE
vs.
CAMERON INTERNATIONAL
CORPORATION ETAL

ISSUED THIS
17th day of November, 2010

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: RITA RODGERS, Deputy

**Attorney for Plaintiff**
Kyla Gail Cole
Waters & Kraus LLP
3219 McKinney Avenue, Ste 3000
Dallas Tx 75204
214-357-6244

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____ o'clock _____.M. Executed

at _____, within the County of _____ at _____ o'clock _____.M.

on the _____ day of _____, 20 _____, by delivering to the within

named _____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date
of delivery. The distance actually traveled by me in serving this Citation was _____ miles and my fees are as follows:   To certify

which witness my hand.

**\*\* SEE ATTACHED \*\***

**\*\*\* AFFIDAVIT \*\*\***

For serving Citation   $ _____

For mileage   $ _____   of _____ County, _____

For Notary   $ _____   By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____

to certify which witness my hand and seal of office.

_____

_____ Notary Public _____ County _____

CAUSE NO. <u>DC-10-14934</u>

| | | |
|---|---|---|
| RAYMOND RICE, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| VS. | § | **44TH JUDICIAL DISTRICT** |
| | § | |
| CAMERON INTERNATIONAL | § | |
| CORPORATION, ET AL, | § | |
| **Defendant(s).** | § | DALLAS COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

Came to hand on **Thursday, November 18, 2010 at 2:00 PM,**
Executed at: **350 NORTH ST PAUL STREET, SUITE 2900, DALLAS, TX 75201**
within the county of **DALLAS** at 3:40 PM, on Thursday, November 18, 2010,
by delivering to the within named:

### INGERSOLL-RAND COMPANY

By delivering to its' **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its' **Authorized Agent, RUTH SANCHEZ**
Each, in person a true copy of this

**CITATION, PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, CIVIL CASE
INFORMATION SHEET, PLAINTIFF'S NOTICE OF INTENT TO TAKE THE EXPEDITED
VIDEOTAPED DEPOSITION OF PLAINTIFF RAYMOND RICE, PLAINTIFF'S REQUEST FOR
DISCLOSURE, INTERROGATORIES, AND REQUESTS FOR PRODUCTION TO DEFENDANTS**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Danny L. Haney** who after
being duly sworn on oath states: "My name is **Danny L. Haney**. I am a person over eighteen (18) years
of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal
knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I
am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of
the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies
Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor
involving moral turpitude."

**Danny L. Haney**

Of:    **Dallas County**

By:    _____
Authorized Person - SCH566

Subscribed and Sworn to by Danny L. Haney, Before Me, the undersigned authority, on this
_24th_ day of November, 2010.

_____
**Notary Public in and for The State of Texas**

DWIGHT MULLEN
Notary Public, State of Texas
My Commission Exp. 06-20-2013

**FORM NO. 353-3 - CITATION**

# THE STATE OF TEXAS

To:

**INSULECTRO (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO QUINTEC INDUSTRIES INC AND QUINTEC INC)**
SERVE THROUGH ITS REGISTERED AGENT DEAN H BUTLER
**11425 MATHIS AVE, SUITE 500**
**DALLAS TX 75234**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND**, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **RAYMOND RICE**

Filed in said Court **16th day of November, 2010** against

**CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON CORPORATION, ETAL**

For Suit, said suit being numbered **DC-10-14934**, the nature of which demand is as follows:
Suit on **MASS TORT/MDL/RULE 11** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office this 17th day of November, 2010.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By_____
RITA RODGERS

FILED
10 DEC -1 AM 10: 39
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO. TEXAS
BY_____DEPUTY

---

**ATTY**

# CITATION

## DC-10-14934

**RAYMOND RICE**
vs.
**CAMERON INTERNATIONAL CORPORTATION ETAL**

ISSUED THIS
**17th day of November, 2010**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: RITA RODGERS, Deputy

**Attorney for Plaintiff**
Kyla Gail Cole
Waters & Kraus LLP
3219 McKinney Avenue, Ste 3000
Dallas Tx 75204
214-357-6244

**FEES NOT PAID**

FEES PAID

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____ M. Executed

at _____ day of _____, within the County of _____, at _____ o'clock _____ M.

on the _____ day of _____, 20 _____, by delivering to the within

named _____

## ** SEE ATTACHED **

## *** AFFIDAVIT ***

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

For serving Citation   $ _____ of _____ County, _____

For mileage   $ _____ By _____ Deputy

For Notary   $ _____

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

Notary Public _____ County _____

CAUSE NO. <u>DC-10-14934</u>

| | | |
|---|---|---|
| RAYMOND RICE, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | 44TH JUDICIAL DISTRICT |
| | § | |
| CAMERON INTERNATIONAL | § | |
| CORPORATION, ET AL, | § | |
| Defendant(s). | § | DALLAS COUNTY, TEXAS |

## <u>AFFIDAVIT OF SERVICE</u>

Came to hand on **Thursday, November 18, 2010 at 1:00 PM,**
Executed at: **11425 MATHIS AVENUE, SUITE 500, DALLAS, TX 75234**
within the county of **DALLAS** at 9:20 AM, on **Monday, November 22, 2010,**
by delivering to the within named:

### INSULECTRO

By delivering to its' **Registered Agent, DEAN H BUTLER**
Each, in person a true copy of this

**CITATION, PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, CIVIL CASE INFORMATION SHEET, PLAINTIFF'S NOTICE OF INTENT TO TAKE THE EXPEDITED VIDEOTAPED DEPOSITION OF PLAINTIFF RAYMOND RICE, PLAINTIFF'S REQUEST FOR DISCLOSURE, INTERROGATORIES, AND REQUESTS FOR PRODUCTION TO DEFENDANTS**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Danny L. Haney** who after being duly sworn on oath states: "My name is **Danny L. Haney.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

$\overline{\text{Danny L. Haney}}$

Of:   **Dallas County**

By:   $\overline{\text{Authorized Person - SCH566}}$

Subscribed and Sworn to by Danny L. Haney, Before Me, the undersigned authority, on this _24TH_ day of November, 2010.

DWIGHT MULLEN
Notary Public, State of Texas
My Commission Exp. 08-20-2013

$\overline{\text{Notary Public in and for The State of Texas}}$

FORM NO. 353-3 – CITATION

**THE STATE OF TEXAS**

To:

ITT CORPORATION FKA ITT INDUSTRIES INC (SUED INDIVIDUALLY AND AS
SUCCESSOR-IN-INTEREST TO BELL & GOSSETT PUMP CO)
SERVE THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
350 N ST PAUL STREET, SUITE 2900
DALLAS TX 75201

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written
answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL
PETITION AND JURY DEMAND,** a default judgment may be taken against you. Your answer should
be addressed to the clerk of the 44th District Court at 600 Commerce Street, Ste. 101, Dallas, Texas
75202.

Said Plaintiff being **RAYMOND RICE**

Filed in said Court 16th day of November, 2010 against

**CAMERON INTERNATIONAL CORPORTATION FKA COOPER CAMERON
CORPORATION, ETAL**

For Suit, said suit being numbered **DC-10-14934,** the nature of which demand is as follows:
Suit on **MASS TORT/MDL/RULE 11** etc. as shown on said petition, a copy of which accompanies this
citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office this 17th day of November, 2010.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _____
       RITA RODGERS

---

ATTY

# CITATION

## DC-10-14934

RAYMOND RICE
vs.
CAMERON INTERNATIONAL
CORPORATION ETAL

ISSUED THIS
17th day of November, 2010

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By:  RITA RODGERS, Deputy

**Attorney for Plaintiff**
Kyla Gail Cole
Waters & Kraus LLP
3219 McKinney Avenue, Ste 3000
Dallas Tx  75204
214-357-6244

DALLAS COUNTY CONSTABLE
FEES NOT PAID

FILED
10 DEC -1  AM 10: 40
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20 ____, at _____ o'clock _____ .M. Executed

at _____ , within the County of _____ at _____ o'clock _____ .M.

on the _____ day of _____ , 20 ____, by delivering to the within

named _____

**\*\* SEE ATTACHED \*\***

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date
of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify
which witness my hand.

For serving Citation $ _____

For mileage $ _____ of _____ County, _____

For Notary $ _____ By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____ , 20 ____,

to certify which witness my hand and seal of office.

_____
Notary Public _____ County _____

CAUSE NO. DC-10-14934

| | | |
|---|---|---|
| RAYMOND RICE, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | 44TH JUDICIAL DISTRICT |
| | § | |
| CAMERON INTERNATIONAL | § | |
| CORPORATION, ET AL, | § | |
| | § | |
| Defendant(s). | § | DALLAS COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

Came to hand on **Thursday, November 18, 2010 at 2:00 PM,**
Executed at: **350 NORTH ST PAUL STREET, SUITE 2900, DALLAS, TX 75201**
within the county of **DALLAS** at 3:40 PM, on **Thursday, November 18, 2010,**
by delivering to the within named:

### ITT CORPORATION FKA ITT INDUSTRIES INC

By delivering to its' **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its' **Authorized Agent, RUTH SANCHEZ**
Each, in person a true copy of this

**CITATION, PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, CIVIL CASE INFORMATION SHEET, PLAINTIFF'S NOTICE OF INTENT TO TAKE THE EXPEDITED VIDEOTAPED DEPOSITION OF PLAINTIFF RAYMOND RICE, PLAINTIFF'S REQUEST FOR DISCLOSURE, INTERROGATORIES, AND REQUESTS FOR PRODUCTION TO DEFENDANTS**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Danny L. Haney** who after being duly sworn on oath states: "My name is **Danny L. Haney.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

Danny L. Haney

Of:  **Dallas County**

By:  Authorized Person - SCH566

Subscribed and Sworn to by Danny L. Haney, Before Me, the undersigned authority, on this ___ day of November, 2010.

DWIGHT MULLEN
Notary Public, State of Texas
My Commission Exp. 08-20-2013

**Notary Public in and for The State of Texas**

FILED

10 DEC -1 AM10:40

GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS

_____ DEPUTY

# FORM NO. 353-3.- CITATION

## THE STATE OF TEXAS

To:

J T THORPE & SON INC
SERVE THROUGH ITS REGISTERED AGENT CORPORATION SERVICE COMPANY
DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY
211 E 7TH STREET SUITE 620
AUSTIN TX 78701-3218

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND**, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being RAYMOND RICE

Filed in said Court **16th day of November, 2010** against

**CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON CORPORATION, ETAL**

For Suit, said suit being numbered **DC-10-14934**, the nature of which demand is as follows:
Suit on **MASS TORT/MDL/RULE 11** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office this 17th day of November, 2010.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas County, Texas

By_____ Deputy
         RITA RODGERS

---

ATTY

# CITATION

DC-10-14934

RAYMOND RICE
vs.
CAMERON INTERNATIONAL
CORPORTATION ETAL

ISSUED THIS
17th day of November, 2010

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: RITA RODGERS, Deputy

**Attorney for Plaintiff**
Kyla Gail Cole
Waters & Kraus LLP
3219 McKinney Avenue, Ste 3000
Dallas Tx 75204
214-357-6244

DALLAS COUNTY CONSTABLE
FEES PAID        FEES NOT PAID

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____ o'clock _____.M. Executed

at _____, within the County of _____ at _____ o'clock _____.M.

on the _____ day of _____, 20____ _____ by delivering to the within

named _____ ** SEE ATTACHED **

*** AFFIDAVIT ***

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date

of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify

which witness my hand.

For serving Citation $ _____ of _____ County, _____

For mileage $ _____ By _____ Deputy

For Notary $ _____

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20____

to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

# AFFIDAVIT OF SERVICE

Came to hand on the 19th day of *November, 2010*, at *12:00* o'clock p.m.
Cause No. *DC-10-14934*

Executed at 211 E. 7th Street, Suite 620, in the City of *Austin, Texas 78701*, within the
County of *Travis* on the 19th day of *November, 2010*, at *1:25* o'clock p.m., by
delivering to the within named:

### *J.T. THORPE & SON, INC.,*
*by delivering to its Registered Agent, CORPORATION SERVICE COMPANY d/b/a*
*CSC-LAWYERS INCORPORATING SERVICE COMPANY,*
*by delivering to its designated agent, SUE VERTREES,*

in person, a true copy of this Citation together with the accompanying copy of the
Plaintiff's Original Petition and Jury Demand, Civil Case Information Sheet, Plaintiff's
Notice of Intent to Take the Expedited Videotaped Deposition of Plaintiff Raymond Rice,
Plaintiff's Request for Disclosure, Interrogatories, and Requests for Production to
Defendants, having first endorsed upon such copy of such citation the date of delivery.

I am not a party to or interested in the outcome of the suit referenced above. I am
authorized by written order to serve citation and other notices. I am not less than eighteen
(18) years of age.

| |
|---|
| Raymond Rice, |
| Plaintiff, |
| v. |
| Cameron International |
| Corporation, et al, |
| Defendant, |

By: _____
       Jeff Keyton, SCH - 0735

### VERIFICATION

STATE OF TEXAS          §
COUNTY OF **TRAVIS**    §

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared
**Jeff Keyton,** known to me to be the person whose name is subscribed to the foregoing
document and, being by me first duly sworn, declared that the statements therein
contained are true and correct.

Given under my hand and seal of office this 20th day of *November, 2010.*

*SCOTT L. THOMAS*
*NOTARY PUBLIC*
*STATE OF TEXAS*
*EXPIRES*
*01-19-2012*

FORM NO. 353-4—CITATION

ATTY (SOS)

# THE STATE OF TEXAS

# CITATION

To:   **METALCLAD INSULATION CORPORATION**
**BY SERVING THE SECRETARY OF STATE**
**OFFICE OF THE SECRETARY OF STATE**
**CITATIONS UNIT - P.O. BOX 12079**
**AUSTIN, TX, 78711-2079**

No.: DC-10-14934

**RAYMOND RICE**
VS.
**CAMERON INTERNATIONAL**
**CORPORATION ET AL**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND**, a default judgment may be taken against you.

Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Dallas, Texas 75202.

ISSUED
**ON THIS THE**
**17TH DAY OF NOVEMBER, 2010**

Said **PLAINTIFF** being **RAYMOND RICE**

Filed in said Court 16th day of November, 2010 against
**CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON CORPORATION, ETAL**

**GARY FITZSIMMONS**
Clerk District Courts,
Dallas County, Texas

For suit, said suit being numbered **DC-10-14934** the nature of which demand is as follows:
Suit On **MASS TORT/MDL/RULE 11** etc.
as shown on said petition        , a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

By **RITA RODGERS**, Deputy

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office **on this the 17th day of November, 2010**
ATTEST: GARY FITZSIMMONS
Clerk of the District Courts of Dallas, County, Texas

By _____
**RITA RODGERS**

Attorney for : Plaintiff
**KYLA GAIL COLE**
**WATERS & KRAUS LLP**
**3219 MCKINNEY AVENUE, STE 3000**
**DALLAS TX  75204**
**214-357-6244**

DALLAS COUNTY CONSTABLE
FEES        FEES NOT
PAID           PAID

FILED
10 DEC -1  AM 10: 40
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
_____DEPUTY

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Received this Citation the _____ day of _____, _____ o'clock. Executed at _____, within the County of _____, State of _____, 20 ____, at _____ o'clock, by delivering to the within named _____ on the _____ day of _____, 20 ____, at _____ o'clock, by each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of _____, _____ o'clock ____ .M. Executed at _____, within the County of _____, State of _____, 20 ____, at _____ o'clock _____ .M. by summoning the within named Corporation, _____ on the _____ day of _____, 20 ____, at o'clock _____ ** SEE ATTACHED by delivering to

*** AFFIDAVIT President - Vice President - Registered Agent - in person, of the

said _____ a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:  To certify which witness by my hand.

For Serving Citation  $ _____          Sheriff _____
For Mileage           $ _____          County of _____
For Notary            $ _____          State of _____
     Total Fees       $ _____          By _____

(Must be verified if served outside the State of Texas)
State of _____
County of _____
     Signed and sworn to me by the said _____ before me this
day of _____, 20 ____, to certify which witness my hand and seal of office.

Seal

State & County of _____

# AFFIDAVIT OF SERVICE

Came to hand on the 19th day of *November, 2010,* at *12:00* o'clock p.m.
Cause No. *DC-10-14934*

Executed at **1019 Brazos Street, 2nd Floor,** in the City of *Austin, Texas 78701,* within
the County of *Travis* on the 19th day of *November, 2010,* at *2:00* o'clock p.m., by
delivering to the within named:

### *METALCLAD INSULATION CORPORATION,*
*by delivering to the Texas Secretary of State, by delivering to her designated agent,*
*Venita Okpegbue,*

in person, true duplicate copies of this Citation together with the accompanying copy of
the Plaintiff's Original Petition and Jury Demand, Civil Case Information Sheet,
Plaintiff's Notice of Intent to Take the Expedited Videotaped Deposition of Plaintiff
Raymond Rice, Plaintiff's Request for Disclosure, Interrogatories, and Requests for
Production to Defendants, having first endorsed upon both copies of such citation the
date of delivery, and tendering the $55 Statutory Fee.

I am not a party to or interested in the outcome of the suit referenced above. I am
authorized by written order to serve citation and other notices. I am not less than eighteen
(18) years of age.

| |
|---|
| **Raymond Rice,**<br>                     Plaintiff,<br>                 v.<br><br>**Cameron International**<br>**Corporation, et al,**<br>                     Defendant, |

By: _____
           Tom Kroll, SCH - 3012

## VERIFICATION

STATE OF TEXAS          §
COUNTY OF **TRAVIS**    §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared
**Tom Kroll,** known to me to be the person whose name is subscribed to the foregoing
document and, being by me first duly sworn, declared that the statements therein
contained are true and correct.

Given under my hand and seal of office this 20th day of ~~*November, 2010.*~~

NOTARY PUBLIC, STATE OF TEXAS

SCOTT L. THOMAS
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
01-19-2012



# The State of Texas

## Secretary of State

2011-192004-6

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's Original Petition and Jury Demand in the cause styled:

    Raymond Rice VS Cameron International Corporation et al
    44th Judicial District Court Of Dallas County, Texas
    Cause No: DC1014934

was received by this office on November 19, 2010, and that a copy was forwarded on November 22, 2010, by CERTIFIED MAIL, return receipt requested to:

    Metalclad Insulation Corporation
    1818 E Rosslynn Ave
    fullerton, CA 92831

The RETURN RECEIPT was received in this office on November 24, 2010, bearing the Signature Of Addressee's Agent.



Date issued: November 29, 2010

Hope Andrade
Secretary of State

ST/vo

FORM NO. 353-4—CITATION

# THE STATE OF TEXAS

ATTY (SOS)

# CITATION

To: NIDEC AMERICA CORPORATION(SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO EMERSON ELECTRIC COMPANY)
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079, AUSTIN, TX, 78711-2079

No.: DC-10-14934

RAYMOND RICE

VS.

CAMERON INTERNATIONAL
CORPORATION ET AL

GREETINGS:
You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, a default judgment may be taken against you.
Your answer should be addressed to the clerk of the **44th District Court**
at 600 Commerce Street, Dallas, Texas 75202.

ISSUED
ON THIS THE
17TH DAY OF NOVEMBER, 2010

Said **PLAINTIFF** being **RAYMOND RICE**

Filed in said Court 16th day of November, 2010 against
CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON
CORPORATION, ETAL

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

For suit, said suit being numbered  DC-10-14934  the nature of which demand is as follows:
Suit On  **MASS TORT/MDL/RULE 11** etc.
as shown on said petition   , a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

By RITA RODGERS, Deputy

Attorney for : Plaintiff
KYLA GAIL COLE
WATERS & KRAUS LLP
3219 MCKINNEY AVENUE, STE 3000
DALLAS TX  75204
214-357-6244

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office on this the 17th day of November, 2010
ATTEST: GARY FITZSIMMONS
Clerk of the District Courts of Dallas, County, Texas.

By _____
RITA RODGERS

FILED
10 DEC -1  AM 10:40
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

DALLAS COUNTY CONSTABLE
FEES NOT
PAID

FEES
PAID

## OFFICER'S RETURN
### FOR INDIVIDUALS

Received this Citation the _____ day of _____, within the County of _____, State of _____ 20 ___, at _____ o'clock. Executed at _____, within the County of _____, State of _____ 20 ___, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

-----------000000-----------

## OFFICER'S RETURN
### FOR CORPORATIONS

Received this Citation the _____ day of _____, within the County of _____, State of _____ 20 ___, at _____ o'clock ___ .M. Executed at _____ day of _____ 20 ___, at o'clock ___ .M. by summoning the within named Corporation, on the _____ by delivering to _____ said _____ President - Vice President - Registered Agent - in person, of the _____ a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

**\*\* SEE ATTACHED \*\* \*\* AFFIDAVIT \*\*\***

-----------000000-----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:  To certify which witness by my hand.

| | | |
|---|---|---|
| For Serving Citation | $ | Sheriff _____ |
| For Mileage | $ | County of _____ |
| For Notary | $ | State of _____ |
| Total Fees | $ | By _____ |

(Must be verified if served outside the State of Texas)

State of _____
County of _____

Signed and sworn to me by the said _____ before me this _____ day of _____, 20 ___, to certify which witness my hand and seal of office.

Seal                    State & County of _____

## AFFIDAVIT OF SERVICE

Came to hand on the 19th day of *November,  2010,* at *12:00*  o'clock  p.m.
Cause No. *DC-10-14934*

Executed at **1019 Brazos Street,** 2nd **Floor,** in the City of *Austin,  Texas  78701,* within the County of *Travis*  on the 19th day of *November, 2010,*  at *2:00* o'clock p.m., by delivering to the within named:

### NIDEC AMERICA CORPORATION
*(Sued Individually and as Successor In Interest to Emerson Electric Company)*
*by delivering to the Texas Secretary of State, by delivering to her designated agent,*
*Venita Okpegbue,*

in person, true duplicate copies of this Citation together with the accompanying copy of the Plaintiff's Original Petition and Jury Demand, Civil Case Information Sheet, Plaintiff's Notice of Intent to Take the Expedited Videotaped Deposition of Plaintiff Raymond Rice, Plaintiff's Request for Disclosure, Interrogatories, and Requests for Production to Defendants, having first endorsed upon both copies of such citation the date of delivery, and tendering the $55 Statutory Fee.

I am not a party to or interested in the outcome of the suit referenced above.  I am authorized by written order to serve citation and other notices. I am not less than eighteen (18) years of age.

| | |
|---|---|
| **Raymond Rice,**<br>Plaintiff,<br>v.<br><br>**Cameron International**<br>**Corporation, et al,**<br>Defendant, | By: _____<br>Tom Kroll, SCH - 3012<br><br><br>**VERIFICATION** |

STATE OF TEXAS           §
COUNTY OF **TRAVIS**      §

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared **Tom Kroll,**  known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.

Given under my hand and seal of office this 20th day of *November, 2010.*

NOTARY PUBLIC,  STATE OF  TEXAS

FORM NO. 353-3 - CITATION

# THE STATE OF TEXAS

To:
   OCCIDENTAL CHEMICAL CORPORATION
   SERVE THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
   350 N ST PAUL STREET SUITE 2900
   DALLAS TX 75201

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND,** a default judgment may be taken against you. Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being RAYMOND RICE

Filed in said Court 16th day of November, 2010 against

CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON CORPORATION, ETAL

For Suit, said suit being numbered DC-10-14934, the nature of which demand is as follows:
Suit on **MASS TORT/MDL/RULE 11** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office this 17th day of November, 2010.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts, Dallas, County, Texas

By _____ Deputy
        RITA RODGERS

---

FILED

10 DEC -1 AM 10: 40

GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

---

ATTY

# CITATION

## DC-10-14934

RAYMOND RICE
vs.
CAMERON INTERNATIONAL
CORPORATION ETAL

ISSUED THIS
17th day of November, 2010

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: RITA RODGERS, Deputy

**Attorney for Plaintiff**
Kyla Gail Cole
Waters & Kraus LLP
3219 McKinney Avenue, Ste 3000
Dallas · Tx 75204
214-357-6244

DALLAS COUNTY CONSTABLE

FEES PAID      FEES NOT PAID

## OFFICER'S RETURN

Came to hand on the _____ day of _____ 20_____, at _____ o'clock _____ M. Executed

at _____, within the County of _____ at _____ o'clock _____ M.

on the _____ day of _____, 20_____, by delivering to the within

named _____ **\*\* SEE ATTACHED \*\***

**\*\*\* AFFIDAVIT \*\*\***

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date

of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify

which witness my hand.

For serving Citation   $ _____

For mileage   $ _____   of _____ County,

For Notary   $ _____   By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County

CAUSE NO. DC-10-14934

| | | |
|---|---|---|
| RAYMOND RICE, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| VS. | § | **44TH JUDICIAL DISTRICT** |
| | § | |
| CAMERON INTERNATIONAL | § | |
| CORPORATION, ET AL, | § | |
| **Defendant(s).** | § | DALLAS COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

Came to hand on **Thursday, November 18, 2010 at 2:00 PM,**
Executed at: **350 NORTH ST PAUL STREET, SUITE 2900, DALLAS, TX 75201**
within the county of **DALLAS** at 3:40 PM, on **Thursday, November 18, 2010,**
by delivering to the within named:

### OCCIDENTAL CHEMICAL CORPORATION

By delivering to its' **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its' **Authorized Agent, RUTH SANCHEZ**
Each, in person a true copy of this

**CITATION, PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, CIVIL CASE INFORMATION SHEET, PLAINTIFF'S NOTICE OF INTENT TO TAKE THE EXPEDITED VIDEOTAPED DEPOSITION OF PLAINTIFF RAYMOND RICE, PLAINTIFF'S REQUEST FOR DISCLOSURE, INTERROGATORIES, AND REQUESTS FOR PRODUCTION TO DEFENDANTS**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Danny L. Haney** who after being duly sworn on oath states: "My name is **Danny L. Haney**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

**Danny L. Haney**

Of:  **Dallas County**

By:  Authorized Person - SCH566

**Subscribed and Sworn to by Danny L. Haney, Before Me, the undersigned authority, on this** 24th **day of November, 2010.**

Notary Public in and for The State of Texas

DWIGHT MULLEN
Notary Public, State of Texas
My Commission Exp. 08-20-2013

FORM NO. 353-4—CITATION

**THE STATE OF TEXAS**

To:
PLASTIC ENGINEERING COMPANY
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711-2079

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND**, a default judgment may be taken against you.
Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said **PLAINTIFF** being **RAYMOND RICE**

Filed in said Court 16th day of November, 2010 against
**CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON CORPORATION, ETAL**

For suit, said suit being numbered **DC-10-14934** the nature of which demand is as follows;
Suit On **MASS TORT/MDL/RULE 11** etc.
as shown on said petition        , a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office on this **the 17th day of November, 2010**
ATTEST: GARY FITZSIMMONS
Clerk of the District Courts of Dallas, County Texas

By _____
RITA RODGERS

---

ATTY (SOS)

No.: DC-10-14934

RAYMOND RICE
VS.
CAMERON INTERNATIONAL
CORPORTATION ET AL.

**CITATION**

ISSUED
ON THIS THE
17TH DAY OF NOVEMBER, 2010

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By **RITA RODGERS**, Deputy

Attorney for : Plaintiff
KYLA GAIL COLE
WATERS & KRAUS LLP
3219 MCKINNEY AVENUE, STE 3000
DALLAS TX 75204
214-357-6244

DALLAS COUNTY CONSTABLE
FEES
PAID
FEES NOT
PAID

FILED
10 DEC -1 AM 10:40
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

## OFFICER'S RETURN
### FOR INDIVIDUALS

Received this Citation the _____ day of _____, 20 ____, at ____ o'clock, by ____, within the County of _____, State of _____, on the ____ day of _____, 20 ____, at ____ o'clock. Executed at _____ each in person, a copy of this Citation together with the accompanying delivering to the within named _____ copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

-------000000-------

## OFFICER'S RETURN
### FOR CORPORATIONS

Received this Citation the _____ day of _____, 20 ____, at ____ o'clock ____.M. Executed at _____, within the County of _____, State of _____, on the ____ day of _____, 20 ____, at ____ o'clock ____.M. by summoning the within named Corporation, **\*\* SEE ATTACHED** President - Vice President - Registered Agent - in person, of the said **\*\*\* AFFIDAVIT \*\*\*.** a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery. by delivering to

-------000000-------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:  To certify which witness by my hand.

For Serving Citation $ _____    Sheriff _____

For Mileage $ _____    County of _____

For Notary $ _____    State of _____

Total Fees $ _____    By _____

(Must be verified if served outside the State of Texas)

State of _____

County of _____

Signed and sworn to me by the said _____ before me this _____ day of _____, 20 ____, to certify which witness my hand and seal of office.

Seal

State & County of _____

# AFFIDAVIT OF SERVICE

Came to hand on the 19th day of *November, 2010,* at *12:00* o'clock p.m.
Cause No. *DC-10-14934*

Executed at **1019 Brazos Street, 2nd Floor,** in the City of *Austin, Texas 78701,* within
the County of *Travis* on the 19th day of *November, 2010,* at *2:00* o'clock p.m., by
delivering to the within named:

### *PLASTICS ENGINEERING COMPANY,*
*by delivering to the Texas Secretary of State, by delivering to her designated agent,*
*Venita Okpegbue,*

in person, true duplicate copies of this Citation together with the accompanying copy of
the Plaintiff's Original Petition and Jury Demand, Civil Case Information Sheet,
Plaintiff's Notice of Intent to Take the Expedited Videotaped Deposition of Plaintiff
Raymond Rice, Plaintiff's Request for Disclosure, Interrogatories, and Requests for
Production to Defendants, having first endorsed upon both copies of such citation the
date of delivery, and tendering the $55 Statutory Fee.

I am not a party to or interested in the outcome of the suit referenced above. I am
authorized by written order to serve citation and other notices. I am not less than eighteen
(18) years of age.

<table>
<tr><td>
Raymond Rice,<br>
       Plaintiff,<br>
       v.<br><br>
Cameron International<br>
Corporation, et al,<br>
       Defendant,
</td></tr>
</table>

By: _____

Tom Kroll, SCH 3012

## VERIFICATION

STATE OF TEXAS     §
COUNTY OF **TRAVIS**     §

     BEFORE ME, A NOTARY PUBLIC, on this day personally appeared
**Tom Kroll,** known to me to be the person whose name is subscribed to the foregoing
document and, being by me first duly sworn, declared that the statements therein
contained are true and correct.

     Given under my hand and seal of office this **20th** day of *November, 2010.*

_____
NOTARY PUBLIC, STATE OF TEXAS

SCOTT L. THOMAS
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
01-19-2012

FORM NO. 353-4—CITATION

# THE STATE OF TEXAS

**CITATION**

No.: **DC-10-14934**

**To:** QUINTEC INDUSTRIES, INC (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WESTERN FIBROUS GLASS PRODUCTS CO)
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079, AUSTIN, TX, 78711-2079

**RAYMOND RICE**
VS.
**CAMERON INTERNATIONAL CORPORTATION ET AL**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, a default judgment may be taken against you.

Your answer should be addressed to the clerk of the **44th District Court**
at 600 Commerce Street, Dallas, Texas 75202.

Said **PLAINTIFF being RAYMOND RICE**

Filed in said Court 16th day of November, 2010 against
**CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON CORPORATION, ETAL**

For suit, said suit being numbered **DC-10-14934** the nature of which demand is as follows:
Suit On **MASS TORT/MDL/RULE 11 etc.**
as shown on said petition          , a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office on this the **17th day of November, 2010**
ATTEST: GARY FITZSIMMONS
Clerk of the District Courts of Dallas, County Texas

By _____
      **RITA RODGERS**

**ISSUED
ON THIS THE
17TH DAY OF NOVEMBER, 2010**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By **RITA RODGERS**, Deputy

Attorney for : Plaintiff
**KYLA GAIL COLE
WATERS & KRAUS LLP
3219 MCKINNEY AVENUE, STE 3000
DALLAS TX 75204
214-357-6244**

DALLAS COUNTY CONSTABLE
FEES NOT PAID
FEES PAID

ATTY (SOS)

FILED
10 DEC -1 AM 10:40
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS

DEPUTY

## OFFICER'S RETURN
### FOR INDIVIDUALS

Received this Citation the _____ day of _____, _____ 20 ___ at _____ o'clock. Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20 ___, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

------------000000-------------

## OFFICER'S RETURN
### FOR CORPORATIONS

Received this Citation the _____ day of _____, _____ 20 ___ at _____ o'clock ___ M. Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20 ___, at _____ o'clock ____M. by summoning the within named Corporation, ** SEE ATTACHED belonging to _____ President - Vice President - Registered Agent - in person, of the said _____ *** AFFIDAVIT *** a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

------------000000-------------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:  To certify which witness by my hand.

| | | |
|---|---|---|
| For Serving Citation | $ _____ | Sheriff _____ |
| For Mileage | $ _____ | County of _____ |
| For Notary | $ _____ | State of _____ |
| Total Fees | $ _____ | By _____ |

(Must be verified if served outside the State of Texas)

State of _____

County of _____

Signed and sworn to me by the said _____ before me this _____

day of _____, 20 ___, to certify which witness my hand and seal of office.

_____
State & County of _____

Seal _____

# AFFIDAVIT OF SERVICE

Came to hand on the **19**th day of *November, 2010,* at *12:00* o'clock p.m.
Cause No. *DC-10-14934*

Executed at **1019 Brazos Street, 2**nd **Floor,** in the City of *Austin, Texas 78701,* within
the County of *Travis* on the **19**th day of *November, 2010,* at *2:00* o'clock p.m., by
delivering to the within named:

*QUINTEC INDUSTRIES, INC.,*
*by delivering to the Texas Secretary of State, by delivering to her designated agent,*
*Venita Okpegbue,*

in person, true duplicate copies of this Citation together with the accompanying copy of
the Plaintiff's Original Petition and Jury Demand, Civil Case Information Sheet,
Plaintiff's Notice of Intent to Take the Expedited Videotaped Deposition of Plaintiff
Raymond Rice, Plaintiff's Request for Disclosure, Interrogatories, and Requests for
Production to Defendants, having first endorsed upon both copies of such citation the
date of delivery, and tendering the $55 Statutory Fee.

I am not a party to or interested in the outcome of the suit referenced above. I am
authorized by written order to serve citation and other notices. I am not less than eighteen
(18) years of age.

| |
|---|
| **Raymond Rice,** |
| Plaintiff, |
| v. |
| **Cameron International** |
| **Corporation, et al,** |
| Defendant, |

By: _____
Tom Kroll, SCH - 3012

## VERIFICATION

STATE OF TEXAS                §
COUNTY OF **TRAVIS**         §

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared
**Tom Kroll,** known to me to be the person whose name is subscribed to the foregoing
document and, being by me first duly sworn, declared that the statements therein
contained are true and correct.

Given under my hand and seal of office this **20**th day of *November, 2010.*

_____
NOTARY PUBLIC, STATE OF TEXAS

*(Notary seal: SCOTT L. THOMAS, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 01-19-2012)*

FILED
10 DEC -1 AM 10:40
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO. TEXAS
BY_____DEPUTY

## FORM NO. 353-3 – CITATION
## THE STATE OF TEXAS

To:

ROCKWELL AUTOMATION INC (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-
MERGER TO ALLEN-BRADLEY COMPANY LLC AND AS SUCCESSOR-IN-
INTEREST TO ROSTONE CORPORATION)
SERVE THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
350 N ST PAUL STREET SUITE 2900
DALLAS TX 75201

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written
answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the
expiration of twenty  days after you were served this citation and **PLAINTIFF'S ORIGINAL
PETITION AND JURY DEMAND**, a default judgment may be taken against you. Your answer should
be addressed to the clerk of the **44th** District Court at 600 Commerce Street, Ste. 101, Dallas, Texas
75202.

Said Plaintiff being **RAYMOND RICE**

Filed in said Court **16th day of November, 2010** against

**CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON
CORPORATION, ETAL**

For Suit, said suit being numbered **DC-10-14934**, the nature of which demand is as follows:
Suit on **MASS TORT/MDL/RULE 11** etc. as shown on said petition, a copy of which accompanies this
citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas County, Texas.
Given under my name and the Seal of said Court at office this 17th day of November, 2010.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas County, Texas

By_____
RITA RODGERS

---

## CITATION

### DC-10-14934

**RAYMOND RICE**
vs.
**CAMERON INTERNATIONAL
CORPORATION ETAL**

ISSUED THIS
**17th day of November, 2010**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: RITA RODGERS, Deputy

**Attorney for Plaintiff**
Kyla Gail Cole
Waters & Kraus LLP
3219 McKinney Avenue, Ste 3000
Dallas Tx 75204
214-357-6244

DALLAS COUNTY CONSTABLE
FEES NOT
PAID

FEES
PAID

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____ .M. Executed

at _____ , within the County of _____ at _____ o'clock _____ .M.

on the _____ day of _____ , 20 _____, by delivering to the within

named _____

**\*\* SEE ATTACHED \*\***

**\*\* AFFIDAVIT \*\***

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date

of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify

which witness my hand.

For serving Citation   $ _____

For mileage   $ _____   of _____ County, _____

For Notary   $ _____   By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____ , 20 _____

to certify which witness my hand and seal of office.

_____ Notary Public _____ County _____

CAUSE NO. <u>DC-10-14934</u>

| | | |
|---|---|---|
| RAYMOND RICE, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| VS. | § | 44TH JUDICIAL DISTRICT |
| | § | |
| CAMERON INTERNATIONAL | § | |
| CORPORATION, ET AL, | § | |
| | § | |
| **Defendant(s).** | § | DALLAS COUNTY, TEXAS |

## <u>AFFIDAVIT OF SERVICE</u>

Came to hand on **Thursday, November 18, 2010 at 2:00 PM,**
Executed at: **350 NORTH ST PAUL STREET, SUITE 2900, DALLAS, TX 75201**
within the county of **DALLAS** at 3:40 PM, on Thursday, November 18, 2010,
by delivering to the within named:

### ROCKWELL AUTOMATION INC

By delivering to its' **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its' **Authorized Agent, RUTH SANCHEZ**
Each, in person a true copy of this

**CITATION, PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, CIVIL CASE
INFORMATION SHEET, PLAINTIFF'S NOTICE OF INTENT TO TAKE THE EXPEDITED
VIDEOTAPED DEPOSITION OF PLAINTIFF RAYMOND RICE, PLAINTIFF'S REQUEST FOR
DISCLOSURE, INTERROGATORIES, AND REQUESTS FOR PRODUCTION TO DEFENDANTS**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Danny L. Haney** who after
being duly sworn on oath states: "My name is **Danny L. Haney.** I am a person over eighteen (18) years
of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal
knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I
am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of
the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies
Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor
involving moral turpitude."

**Danny L. Haney**

Of: **Dallas County**

By: Authorized Person - SCH566

Subscribed and Sworn to by Danny L. Haney, Before Me, the undersigned authority, on this
_24TH_ day of November, 2010.

Notary Public in and for The State of Texas

DWIGHT MULLEN
Notary Public, State of Texas
My Commission Exp. 08-20-2013

FORM NO. 353-3 - CITATION

**THE STATE OF TEXAS**

To:

SCHNEIDER ELECTRIC USA INC
SERVE THROUGH ITS REGISTERED AGENT CORPORATION SERVICE COMPANY
DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY
211 E 7TH STREET, SUITE 620
AUSTIN TX 78701-3218

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being RAYMOND RICE

Filed in said Court 16th day of November, 2010 against

CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON
CORPORATION, ETAL

For Suit, said suit being numbered DC-10-14934, the nature of which demand is as follows:
Suit on MASS TORT/MDL/RULE 11 etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas County, Texas.
Given under my hand and the Seal of said Court at office this 17th day of November, 2010.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts, Dallas County, Texas

By: _____
RITA RODGERS

---

FILED
10 DEC -1 AM 10: 40
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

---

**CITATION**

DC-10-14934

RAYMOND RICE
vs.
CAMERON INTERNATIONAL
CORPORTATION ETAL

ISSUED THIS
17th day of November, 2010

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: RITA RODGERS, Deputy

**Attorney for Plaintiff**
Kyla Gail Cole
Waters & Kraus LLP
3219 McKinney Avenue, Ste 3000
Dallas Tx 75204
214-357-6244

DALLAS COUNTY
FEES NOT
PAID
FEES
PAID

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____.M. Executed

at _____ day of _____, 20 _____, at _____ o'clock _____ o'clock _____.M.

on the _____ day of _____, 20 _____, by delivering to the within

named _____

**\*\* SEE ATTACHED \*\***

**\*\*\* SEE AFFIDAVIT \*\*\***

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date

of delivery.  The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify

which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $ _____ | |
| For mileage | $ _____ | of _____ County, _____, |
| For Notary | $ _____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

Notary Public _____

_____ County _____

# AFFIDAVIT OF SERVICE

Came to hand on the 19th day of *November, 2010,* at *12:00* o'clock p.m.
Cause No. *DC-10-14934*

Executed at 211 E. 7th Street, Suite 620, in the City of *Austin, Texas 78701,* within the County of *Travis* on the 19th day of *November, 2010,* at *1:25* o'clock p.m., by delivering to the within named:

### SCHNEIDER ELECTRIC USA, INC.,
*by delivering to its Registered Agent, CORPORATION SERVICE COMPANY d/b/a*
*CSC –LAWYERS INCORPORATING SERVICE COMPANY,*
*by delivering to its designated agent, SUE VERTREES,*

in person, a true copy of this Citation together with the accompanying copy of the Plaintiff's Original Petition and Jury Demand, Civil Case Information Sheet, Plaintiff's Notice of Intent to Take the Expedited Videotaped Deposition of Plaintiff Raymond Rice, Plaintiff's Request for Disclosure, Interrogatories, and Requests for Production to Defendants, having first endorsed upon such copy of such citation the date of delivery.

I am not a party to or interested in the outcome of the suit referenced above. I am authorized by written order to serve citation and other notices. I am not less than eighteen (18) years of age.

| |
|---|
| Raymond Rice,<br>                    Plaintiff,<br>            v.<br><br>Cameron International<br>Corporation, et al,<br>                    Defendant, |

By: _____
       Jeff Keyton, SCH - 0735

### VERIFICATION

STATE OF TEXAS          §
COUNTY OF TRAVIS     §

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared **Jeff Keyton,** known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.

Given under my hand and seal of office this 20th day of *November, 2010.*

_____
NOTARY PUBLIC, STATE OF TEXAS

*[Notary seal: SCOTT L. THOMAS, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 01-19-2012]*



# The State of Texas

## Secretary of State

2011-192004-11

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's Original Petition and Jury Demand in the cause styled:

    Raymond Rice VS Cameron International Corporation et al
    44th Judicial District Court Of Dallas County, Texas
    Cause No: DC1014934

was received by this office on November 19, 2010,  and that a copy was forwarded on November 22, 2010, by CERTIFIED MAIL, return receipt requested to:

    Thomas Dee Engineering Co Inc
    4314 Redwood Hwy
    #300
    San rapheal, CA 94903

The RETURN RECEIPT was received in this office dated November 29, 2010, bearing the Signature Of Addressee's  Agent.



Date issued: December 1, 2010

Hope Andrade
Secretary of State

ST/vo



# The State of Texas

## Secretary of State

2011-192004-4

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's Original Petition and Jury Demand in the cause styled:

    Raymond Rice VS Cameron International Corporation et al
    44th Judicial District Court Of Dallas County, Texas
    Cause No: DC1014934

was received by this office on November 19, 2010, and that a copy was forwarded on November 22, 2010, by CERTIFIED MAIL, return receipt requested to:

    Plastic Engineering Company
    3518 Lakeshore Rd
    Sheboygan, WI 53083

The RETURN RECEIPT was received in this office dated November 24, 2010, bearing the Signature Of Addressee's Agent.



Date issued: November 30, 2010

Hope Andrade
Secretary of State

ST/vo



# The State of Texas

## Secretary of State

2011-192004-8

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's Original Petition and Jury Demand in the cause styled:

> Raymond Rice VS Cameron International Corporation et al
> 44th Judicial District Court Of Dallas County, Texas
> Cause No: DC1014934

was received by this office on November 19, 2010,  and that a copy was forwarded on November 22, 2010, by CERTIFIED MAIL, return receipt requested to:

> Quintec Industries Inc Sued Individually and As Successor In Interest To
> Western Fibrous Glass Products Co
> 1435 East 2000 North
> Leah, UT 84043

The RETURN RECEIPT was received in this office on November 29, 2010,  bearing the Signature Of Addressee's Agent.

Date issued: November 30, 2010

Hope Andrade
Secretary of State

ST/vo



# The State of Texas

## Secretary of State

2011-192004-3

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's Original Petition and Jury Demand in the cause styled:

> Raymond Rice VS Cameron International Corporation et al
> 44th Judicial District Court Of Dallas County, Texas
> Cause No: DC1014934

was received by this office on November 19, 2010, and that a copy was forwarded on November 22, 2010, by CERTIFIED MAIL, return receipt requested to:

> Smithco Engineering Inc As Successor In Interest To Alco Products Inc
> 3333 Beverly Road
> Hoffman Estates, IL 60179

The RETURN RECEIPT was received in this office dated November 30, 2010, bearing the Signature Of Addressee's Agent.



Date issued: December 2, 2010

Hope Andrade
Secretary of State

ST/vo



# The State of Texas

## Secretary of State

2011-192004-9

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's Original Petition and Jury Demand in the cause styled:

Raymond Rice VS Cameron International Corporation et al
44th Judicial District Court Of Dallas County, Texas
Cause No: DC1014934

was received by this office on November 19, 2010, and that a copy was forwarded on November 22, 2010, by CERTIFIED MAIL, return receipt requested to:

General Electric Company
3135 Easton Turnpike
Fairfield, CT 06828

The RETURN RECEIPT was received in this office dated November 29, 2010, bearing the Signature Of Addressee's Agent.



Date issued: December 2, 2010

Hope Andrade
Secretary of State

ST/vo



# The State of Texas

## Secretary of State

2011-192004-5

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's Original Petition and Jury Demand in the cause styled:

Raymond Rice VS Cameron International Corporation et al
44th Judicial District Court Of Dallas County, Texas
Cause No: DC1014934

was received by this office on November 19, 2010, and that a copy was forwarded on November 23, 2010, by CERTIFIED MAIL, return receipt requested to:

Syd Carpenter Marine Contractor Inc
Registered Agent Kenneth B Prindle Esq
Prindle Decker & Amaro LLP
310 Golden Shore, 4th Floor
Long Beach, CA 90802

The RETURN RECEIPT was received in this office dated November 29, 2010, bearing the Signature Of Addressee's Agent.



Date issued: December 1, 2010

Hope Andrade
Secretary of State

ST/vo

FORM NO. 353-4—CITATION

THE STATE OF TEXAS

ATTY (SOS)

CITATION

No.: DC-10-14934

To:   SMITHCO ENGINEERING INC (AS SUCCESSOR-IN-INTEREST TO ALCO
PRODUCTS, INC)
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079, AUSTIN, TX, 78711-2079

RAYMOND RICE
VS.
CAMERON INTERNATIONAL
CORPORTATION ET AL

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with
the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty
days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION AND JURY
DEMAND, a default judgment may be taken against you.

Your answer should be addressed to the clerk of the 44th District Court
at 600 Commerce Street, Dallas, Texas 75202.

ISSUED
ON THIS THE
17TH DAY OF NOVEMBER, 2010

Said PLAINTIFF being RAYMOND RICE

Filed in said Court 16th day of November, 2010 against
CAMERON INTERNATIONAL CORPORTATION FKA COOPER CAMERON
CORPORATION, ETAL

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

For suit, said suit being numbered   DC-10-14934   the nature of which demand is as follows:
Suit On  MASS TORT/MDL/RULE 11 etc.
as shown on said petition        , a copy of which accompanies this citation.  If this citation is not served, it
shall be returned unexecuted.

By RITA RODGERS, Deputy

Attorney for : Plaintiff
KYLA GAIL COLE
WATERS & KRAUS LLP
3219 MCKINNEY AVENUE, STE 3000
DALLAS TX  75204
214-357-6244

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office on this the 17th day of November, 2010
ATTEST: GARY FITZSIMMONS
Clerk of the District Courts of Dallas, County, Texas

By_____
RITA RODGERS

FILED
10 DEC -1  AM 10:41
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
_____DEPUTY

DALLAS COUNTY CONSTABLE
FEES NOT
PAID
FEES
PAID

## OFFICER'S RETURN
### FOR INDIVIDUALS

Received this Citation the _____ day of _____, State of _____, 20 ____ at _____ o'clock. Executed at _____, within the County of _____ on the _____ day of _____, 20 ____ at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

------000000------

## OFFICER'S RETURN
### FOR CORPORATIONS

Received this Citation the _____ day of _____, State of _____, 20 ____ at _____ o'clock _____ .M. on the _____ day of _____, 20 ____ , at o'clock _____ .M. by summoning the within named Corporation, _____ by delivering to _____ President - Vice President - Registered Agent - in person, of the said

**\*\* SEE ATTACHED AFFIDAVIT \*\***

a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

------000000------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:  To certify which witness by my hand.

| For Serving Citation | $ _____ | Sheriff _____ |
| For Mileage | $ _____ | County of _____ |
| For Notary | $ _____ | State of _____ |
| Total Fees | $ _____ | By _____ |

(Must be verified if served outside the State of Texas)

State of _____

County of _____

Signed and sworn to me by the said _____ before me this _____ day of _____, 20 ____ , to certify which witness my hand and seal of office.

_____
State & County of _____

Seal

# AFFIDAVIT OF SERVICE

Came to hand on the 19th day of *November, 2010,* at *12:00* o'clock p.m.
Cause No. *DC-10-14934*

Executed at 1019 **Brazos Street,** 2nd **Floor,** in the City of *Austin, Texas 78701,* within
the County of *Travis* on the 19th day of *November, 2010,* at *2:00* o'clock p.m., by
delivering to the within named:

### *SMITHCO ENGINEERING INC.*
#### *as Successor in Interest to ALCO PRODUCTS, INC.,*
*by delivering to the Texas Secretary of State, by delivering to her designated agent,*
*Venita Okpegbue,*

in person, true duplicate copies of this Citation together with the accompanying copy of
the Plaintiff's Original Petition and Jury Demand, Civil Case Information Sheet,
Plaintiff's Notice of Intent to Take the Expedited Videotaped Deposition of Plaintiff
Raymond Rice, Plaintiff's Request for Disclosure, Interrogatories, and Requests for
Production to Defendants, having first endorsed upon both copies of such citation the
date of delivery, and tendering the $55 Statutory Fee.

I am not a party to or interested in the outcome of the suit referenced above. I am
authorized by written order to serve citation and other notices. I am not less than eighteen
(18) years of age.

| | |
|---|---|
| **Raymond Rice,** <br> Plaintiff, <br> v. <br><br> **Cameron International Corporation, et al,** <br> Defendant, | By: _____ <br> Tom Kroll, SCH - 3012 <br><br><br> **VERIFICATION** |

STATE OF TEXAS          §
COUNTY OF **TRAVIS**     §

 BEFORE ME, A NOTARY PUBLIC, on this day personally appeared
**Tom Kroll,** known to me to be the person whose name is subscribed to the foregoing
document and, being by me first duly sworn, declared that the statements therein
contained are true and correct.

Given under my hand and seal of office this 20th day of *November, 2010.*

_____
NOTARY PUBLIC, STATE OF TEXAS

FORM NO. 353-4—CITATION

# THE STATE OF TEXAS

ATTY (SOS)

## CITATION

No. : DC-10-14934

To:  SYD CARPENTER, MARINE CONTRACTOR INC
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079, AUSTIN, TX, 78711-2079

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND**, a default judgment may be taken against you.

Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said **PLAINTIFF** being **RAYMOND RICE**

Filed in said Court 16th day of November, 2010 against

**CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON CORPORATION, ET AL**

For suit, said suit being numbered   **DC-10-14934**   the nature of which demand is as follows:

Suit On **MASS TORT/MDL/RULE 11 etc.**

as shown on said petition        , a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.

Given under my name and the Seal of said Court at office on **this the 17th day of November, 2010**

ATTEST: GARY FITZSIMMONS
Clerk of the District Courts of Dallas County, Texas

By _____
RITA RODGERS

FILED
10 DEC -1  AM 10:41
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

RAYMOND RICE
VS.
CAMERON INTERNATIONAL
CORPORATION ET AL

ISSUED
ON THIS THE
17TH DAY OF NOVEMBER, 2010

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By **RITA RODGERS**, Deputy

Attorney for : Plaintiff
**KYLA GAIL COLE**
WATERS & KRAUS LLP
3219 MCKINNEY AVENUE, STE 3000
DALLAS TX  75204
214-357-6244

DALLAS COUNTY CONSTABLE
FEES
PAID
FEES NOT
PAID

## OFFICER'S RETURN
### FOR INDIVIDUALS

Received this Citation the _____ day of _____, 20 ___ at _____ o'clock. Executed at _____, within the County of _____, State of _____ on the _____ day of _____, 20 ___, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

------000000------

## OFFICER'S RETURN
### FOR CORPORATIONS

Received this Citation the _____ day of _____, 20 *** SEE ATTACHED ***.M. Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20 ___, at _____ o'clock _____ .M. by summoning the within named Corporation, *** AFFIDAVIT *** by delivering to _____ President - Vice President - Registered Agent - in person, of the said _____

a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

------000000------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:  To certify which witness by my hand.

| | | |
|---|---|---|
| For Serving Citation | $ | Sheriff _____ |
| For Mileage | $ | County of _____ |
| For Notary | $ | State of _____ |
| Total Fees | $ | By _____ |

(Must be verified if served outside the State of Texas)

State of _____
County of _____

Signed and sworn to me by the said _____ before me this _____ day of _____, 20 ___, to certify which witness my hand and seal of office.

_____

Seal

State & County of

_____

# AFFIDAVIT OF SERVICE

Came to hand on the **19**[th] day of *November, 2010,* at *12:00* o'clock p.m.
Cause No. *DC-10-14934*

Executed at **1019 Brazos Street, 2**[nd] **Floor,** in the City of *Austin, Texas 78701,* within
the County of *Travis* on the **19**[th] day of *November, 2010,* at *2:00* o'clock p.m., by
delivering to the within named:

### SYD CARPENTER, MARINE CONTRACTOR, INC.,
*by delivering to the Texas Secretary of State, by delivering to her designated agent,*
*Venita Okpegbue,*

in person, true duplicate copies of this Citation together with the accompanying copy of
the Plaintiff's Original Petition and Jury Demand, Civil Case Information Sheet,
Plaintiff's Notice of Intent to Take the Expedited Videotaped Deposition of Plaintiff
Raymond Rice, Plaintiff's Request for Disclosure, Interrogatories, and Requests for
Production to Defendants, having first endorsed upon both copies of such citation the
date of delivery, and tendering the $55 Statutory Fee.

I am not a party to or interested in the outcome of the suit referenced above. I am
authorized by written order to serve citation and other notices. I am not less than eighteen
(18) years of age.

| | |
|---|---|
| Raymond Rice,<br>Plaintiff,<br>v.<br><br>Cameron International<br>Corporation, et al,<br>Defendant, | By: _____<br>Tom Kroll, SCH - 3012 |

## VERIFICATION

STATE OF TEXAS          §
COUNTY OF **TRAVIS**     §

        BEFORE ME, A NOTARY PUBLIC, on this day personally appeared
**Tom Kroll,** known to me to be the person whose name is subscribed to the foregoing
document and, being by me first duly sworn, declared that the statements therein
contained are true and correct.

        Given under my hand and seal of office this **20**[th] day of *November, 2010.*

NOTARY PUBLIC, STATE OF TEXAS

*(Notary seal: SCOTT L. THOMAS, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES -19-2012)*

FORM NO. 353-4—CITATION

# THE STATE OF TEXAS

**CITATION**

No.: DC-10-14934

**To:**
**THE WILLIAM POWELL COMPANY**
**BY SERVING THE SECRETARY OF STATE**
**OFFICE OF THE SECRETARY OF STATE**
**CITATIONS UNIT - P.O. BOX 12079, AUSTIN, TX, 78711-2079**

RAYMOND RICE
VS.
CAMERON INTERNATIONAL
CORPORATION ET AL

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND**, a default judgment may be taken against you.

Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said **PLAINTIFF** being **RAYMOND RICE**

Filed in said Court 16th day of November, 2010 against
**CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON CORPORATION, ETAL**

For suit, said suit being numbered   **DC-10-14934**  the nature of which demand is as follows:
Suit On  **MASS TORT/MDL/RULE 11 etc.**
as shown on said petition       , a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office **on this the 17th day of November, 2010**
ATTEST: GARY FITZSIMMONS
Clerk of the District Courts of Dallas, County, Texas

By _____
    RITA RODGERS

ISSUED
ON THIS THE
17TH DAY OF NOVEMBER, 2010

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By **RITA RODGERS**, Deputy

Attorney for : Plaintiff
KYLA GAIL COLE
WATERS & KRAUS LLP
3219 MCKINNEY AVENUE, STE 3000
DALLAS TX 75204
214-357-6244

ATTY (SOS)

FILED
10 DEC -1  AM 10: 41
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
DEPUTY

DALLAS COUNTY CONSTABLE
FEES NOT
PAID
FEES
PAID

**OFFICER'S RETURN
FOR INDIVIDUALS**

Received this Citation the _____ day of _____, 20 ___ at _____ o'clock. Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20 ___, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

---------000000---------

**OFFICER'S RETURN
FOR CORPORATIONS**

Received this Citation the _____ day of _____, 20 ___ at _____ o'clock ___ .M. Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20 ___, at _____ o'clock ___ .M. by summoning the within named Corporation, by delivering to _____

**\*\* SEE ATTACHED \*\***

President - Vice President - Registered Agent - in person, of the

**\*\*\* AFFIDAVIT \*\*\***

said _____ a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

---------000000---------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:  To certify which witness by my hand.

| | | |
|---|---|---|
| For Serving Citation | $ _____ | Sheriff _____ |
| For Mileage | $ _____ | County of _____ |
| For Notary | $ _____ | State of _____ |
| Total Fees | $ _____ | By _____ |

(Must be verified if served outside the State of Texas)

State of _____
County of _____

Signed and sworn to me by the said _____ before me this _____ day of _____, 20 ___, to certify which witness my hand and seal of office.

_____
State & County of

Seal

# AFFIDAVIT OF SERVICE

Came to hand on the **19**[th] day of *November, 2010,* at *12:00* o'clock p.m.
Cause No. *DC-10-14934*

Executed at **1019 Brazos Street, 2**[nd] **Floor**, in the City of *Austin, Texas 78701*, within
the County of *Travis* on the **19**[th] day of *November, 2010,* at *2:00* o'clock p.m., by
delivering to the within named:

### THE WILLIAM POWELL COMPANY,
*by delivering to the Texas Secretary of State, by delivering to her designated agent,*
*Venita Okpegbue,*

in person, true duplicate copies of this Citation together with the accompanying copy of
the Plaintiff's Original Petition and Jury Demand, Civil Case Information Sheet,
Plaintiff's Notice of Intent to Take the Expedited Videotaped Deposition of Plaintiff
Raymond Rice, Plaintiff's Request for Disclosure, Interrogatories, and Requests for
Production to Defendants, having first endorsed upon both copies of such citation the
date of delivery, and tendering the $55 Statutory Fee.

I am not a party to or interested in the outcome of the suit referenced above. I am
authorized by written order to serve citation and other notices. I am not less than eighteen
(18) years of age.

| | |
|---|---|
| **Raymond Rice,**<br>                Plaintiff,<br>           v.<br><br>**Cameron International**<br>**Corporation, et al,**<br>                Defendant, | By: _____<br>          Tom Kroll, SCH - 3012<br><br><br>          **VERIFICATION** |

STATE OF TEXAS          §
COUNTY OF **TRAVIS**     §

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared
**Tom Kroll,** known to me to be the person whose name is subscribed to the foregoing
document and, being by me first duly sworn, declared that the statements therein
contained are true and correct.

Given under my hand and seal of office this **20**[th] day of *November, 2010.*

NOTARY PUBLIC, STATE OF TEXAS



# The State of Texas
## Secretary of State

2011-192004-10

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's Original Petition and Jury Demand in the cause styled:

    Raymond Rice VS Cameron International Corporation et al·
    44th Judicial District Court Of Dallas County, Texas
    Cause No: DC1014934

was received by this office on November 19, 2010, and that a copy was forwarded on November 22, 2010, by CERTIFIED MAIL, return receipt requested to:

    The William Powell Company
    2503 Spring Grove Avenue
    Cincinnati, OH 45214

The RETURN RECEIPT was received in this office on November 24, 2010, bearing the Signature Of Addressee's Agent.



Date issued: November 29, 2010

Hope Andrade
Secretary of State

ST/vo

FORM NO. 353-4—CITATION

# THE STATE OF TEXAS

To:     THOMAS DEE ENGINEERING CO INC
        BY SERVING THE SECRETARY OF STATE
        OFFICE OF THE SECRETARY OF STATE
        CITATIONS UNIT - P.O. BOX 12079, AUSTIN, TX, 78711-2079

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, a default judgment may be taken against you.

Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said **PLAINTIFF** being **RAYMOND RICE**

Filed in said Court 16th day of November, 2010 against **CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON CORPORATION, ET AL.**

For suit, said suit being numbered  **DC-10-14934**  the nature of which demand is as follows:
Suit On  **MASS TORT/MDL/RULE 11** etc.
as shown on said petition       , a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office **on this the 17th day of November, 2010**
ATTEST: GARY FITZSIMMONS
Clerk of the District Courts of Dallas, County, Texas

By _____
            RITA RODGERS

---

FILED

10 DEC -1  AM 10:41

GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

ATTY. (SOS)

## CITATION

No.: DC-10-14934

RAYMOND RICE
VS.
CAMERON INTERNATIONAL
CORPORTATION ET AL

ISSUED
ON THIS THE
17TH DAY OF NOVEMBER, 2010

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By RITA RODGERS, Deputy

Attorney for : Plaintiff
KYLA GAIL COLE
WATERS & KRAUS LLP
3219 MCKINNEY AVENUE, STE 3000
DALLAS TX 75204
214-357-6244

DALLAS COUNTY CONSTABLE

FEES        FEES NOT
PAID        PAID

## OFFICER'S RETURN
### FOR INDIVIDUALS

Received this Citation the _____ day of _____, _____ 20 ____ at _____ o'clock. Executed at _____, within the County of _____, on the _____ day of _____ 20 ____, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

## OFFICER'S RETURN
### FOR CORPORATIONS

Received this Citation the _____ day of _____, _____ 20 ____ at _____ o'clock ____M. Executed at _____, within the County of _____, State of ** SEE ATTACHED _____ day of _____, 20 ____, at _____ o'clock ____M. by summoning the within named Corporation **** AFFIDAVIT *** President - Vice President - Registered Agent - in person, of the said _____ by delivering to _____ a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:  To certify which witness by my hand.

For Serving Citation  $ _____
For Mileage            $ _____         Sheriff _____
For Notary             $ _____         County of _____
  Total Fees           $ _____         State of _____
                                            By _____

(Must be verified if served outside the State of Texas)

State of _____
County of _____
  Signed and sworn to me by the said _____ before me this _____ day of _____, 20 ____, to certify which witness my hand and seal of office.

Seal

State & County of _____

# AFFIDAVIT OF SERVICE

Came to hand on the 19th day of *November, 2010,* at *12:00* o'clock p.m.
Cause No. *DC-10-14934*

Executed at **1019 Brazos Street, 2**[nd] **Floor,** in the City of *Austin, Texas 78701,* within
the County of *Travis* on the 19th day of *November, 2010,* at *2:00* o'clock p.m., by
delivering to the within named:

*THOMAS DEE ENGINEERING COMPANY,*
*by delivering to the Texas Secretary of State, by delivering to her designated agent,*
*Venita Okpegbue,*

in person, true duplicate copies of this Citation together with the accompanying copy of
the Plaintiff's Original Petition and Jury Demand, Civil Case Information Sheet,
Plaintiff's Notice of Intent to Take the Expedited Videotaped Deposition of Plaintiff
Raymond Rice, Plaintiff's Request for Disclosure, Interrogatories, and Requests for
Production to Defendants, having first endorsed upon both copies of such citation the
date of delivery, and tendering the $55 Statutory Fee.

I am not a party to or interested in the outcome of the suit referenced above. I am
authorized by written order to serve citation and other notices. I am not less than eighteen
(18) years of age.

| | |
|---|---|
| **Raymond Rice,**<br> Plaintiff,<br> v.<br><br> **Cameron International**<br> **Corporation, et al,**<br> Defendant, | By: _____<br>      Tom Kroll, SCH - 3012<br><br><br> **VERIFICATION** |

STATE OF TEXAS     §
COUNTY OF **TRAVIS**    §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared
**Tom Kroll,** known to me to be the person whose name is subscribed to the foregoing
document and, being by me first duly sworn, declared that the statements therein
contained are true and correct.

Given under my hand and seal of office this **20**[th] day of *November, 2010.*

_____
NOTARY PUBLIC, STATE OF TEXAS

FILED

10 DEC -1 AM 10:40

GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS

DEPUTY

---

**FORM NO. 353-3 – CITATION**

**THE STATE OF TEXAS**

**To:**

UNION CARBIDE CORPORATION
SERVE THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
350 N ST PAUL STREET SUITE 2900
DALLAS TX 75201

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND**, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **RAYMOND RICE**

Filed in said Court **16th day of November, 2010** against

**CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON CORPORATION, ETAL**

For Suit, said suit being numbered **DC-10-14934**, the nature of which demand is as follows: Suit on **MASS TORT/MDL/RULE 11** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas County Texas.
Given under my name and the Seal of said Court at office this 17th day of November, 2010.

ATTEST: GARY FITZSIMMONS, Clerk of the District Court of Dallas County Texas

By: _____
RITA RODGERS

---

**ATTY**

**CITATION**

**DC-10-14934**

**RAYMOND RICE**
vs.
**CAMERON INTERNATIONAL CORPORATION ETAL**

ISSUED THIS
**17th day of November, 2010**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: RITA RODGERS, Deputy

**Attorney for Plaintiff**
Kyla Gail Cole
Waters & Kraus LLP
3219 McKinney Avenue, Ste 3000
Dallas Tx 75204
214-357-6244

---

DALLAS COUNTY CONSTABLE

FEES PAID

FEES NOT PAID

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M. Executed

at _____, within the County of _____, at _____ o'clock _____.M.

on the _____ day of _____, 20_____ , by delivering to the within

named _____

## ** SEE ATTACHED **
## AFFIDAVIT **

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date

of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify

which witness my hand.

For serving Citation   $ _____

For mileage   $ _____   of _____ County, _____

For Notary   $ _____   By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20_____ ,

to certify which witness my hand and seal of office.

_____ County _____

Notary Public _____

## CAUSE NO. <u>DC-10-14934</u>

| | | |
|---|---|---|
| RAYMOND RICE, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| VS. | § | 44TH JUDICIAL DISTRICT |
| | § | |
| CAMERON INTERNATIONAL | § | |
| CORPORATION, ET AL, | § | |
| | § | |
| **Defendant(s).** | § | DALLAS COUNTY, TEXAS |

## <u>AFFIDAVIT OF SERVICE</u>

Came to hand on **Thursday, November 18, 2010 at 2:00 PM,**
Executed at: **350 NORTH ST PAUL STREET, SUITE 2900, DALLAS, TX 75201**
within the county of **DALLAS** at 3:40 PM, on **Thursday, November 18, 2010,**
by delivering to the within named:

### UNION CARBIDE CORPORATION

By delivering to its' **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its' **Authorized Agent, RUTH SANCHEZ**
Each, in person a true copy of this

**CITATION, PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, CIVIL CASE
INFORMATION SHEET, PLAINTIFF'S NOTICE OF INTENT TO TAKE THE EXPEDITED
VIDEOTAPED DEPOSITION OF PLAINTIFF RAYMOND RICE, PLAINTIFF'S REQUEST FOR
DISCLOSURE, INTERROGATORIES, AND REQUESTS FOR PRODUCTION TO DEFENDANTS**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Danny L. Haney** who after
being duly sworn on oath states: "My name is **Danny L. Haney.** I am a person over eighteen (18) years
of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal
knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I
am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of
the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies
Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor
involving moral turpitude."

**Danny L. Haney**

Of:   **Dallas County**

By:   _Authorized Person - SCH566_

**Subscribed and Sworn to by Danny L. Haney, Before Me, the undersigned authority, on this**
_24 TH_ day of November, 2010.

_Dwight Mullen_
**Notary Public in and for The State of Texas**

DWIGHT MULLEN
Notary Public, State of Texas
My Commission Exp. 08-20-2013

FORM NO. 353-3 - CITATION

# THE STATE OF TEXAS

To:

**YARWAY CORPORATION**
SERVE THROUGH ITS REGISTERED AGENT: CT CORPORATION SYSTEM
350 N ST PAUL STREET SUITE 2900
**DALLAS TX 75201**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND**, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **RAYMOND RICE**

Filed in said Court **16th day of November, 2010** against

**CAMERON INTERNATIONAL CORPORATION FKA COOPER CAMERON CORPORATION, ETAL**

For Suit, said suit being numbered **DC-10-14934**, the nature of which demand is as follows:
Suit on **MASS TORT/MDL/RULE 11** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office this 17th day of November, 2010.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts Dallas County, Texas

By: _____
RITA RODGERS

---

FILED
10 DEC -1 AM 10: 40
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
DEPUTY

---

ATTY

# CITATION

## DC-10-14934

**RAYMOND RICE**
vs.
**CAMERON INTERNATIONAL CORPORATION ETAL**

ISSUED THIS
**17th day of November, 2010**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: RITA RODGERS, Deputy

**Attorney for Plaintiff**
Kyla Gail Cole
Waters & Kraus LLP
3219 McKinney Avenue, Ste 3000
Dallas Tx 75204
214-357-6244

DALLAS COURT

FEES
PAID

FEES NOT
PAID

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____.M. Executed

at _____, within the County of _____, at _____ o'clock _____.M.

on the _____ day of _____, 20 _____, by delivering to the within

named _____

**\*\* SEE ATTACHED \*\***

each, in person, a true copy of this Citation together with the **AFFIDAVIT** copy of this pleading, having first endorsed on same date

of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify

which witness my hand.

For serving Citation   $ _____ of _____ County, _____

For mileage   $ _____ By _____ Deputy

For Notary   $ _____

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____ Notary Public _____ County

CAUSE NO. <u>DC-10-14934</u>

| | | |
|---|---|---|
| RAYMOND RICE, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | 44TH JUDICIAL DISTRICT |
| | § | |
| CAMERON INTERNATIONAL | § | |
| CORPORATION, ET AL, | § | |
| | § | |
| Defendant(s). | § | DALLAS COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

Came to hand on **Thursday, November 18, 2010 at 2:00 PM,**
Executed at: **350 NORTH ST PAUL STREET, SUITE 2900, DALLAS, TX 75201**
within the county of **DALLAS** at 3:40 PM, on Thursday, November 18, 2010,
by delivering to the within named:

### YARWAY CORPORATION

By delivering to its' **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its' **Authorized Agent, RUTH SANCHEZ**
Each, in person a true copy of this

**CITATION, PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, CIVIL CASE INFORMATION SHEET, PLAINTIFF'S NOTICE OF INTENT TO TAKE THE EXPEDITED VIDEOTAPED DEPOSITION OF PLAINTIFF RAYMOND RICE, PLAINTIFF'S REQUEST FOR DISCLOSURE, INTERROGATORIES, AND REQUESTS FOR PRODUCTION TO DEFENDANTS**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Danny L. Haney** who after being duly sworn on oath states: "My name is **Danny L. Haney.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

**Danny L. Haney**

Of:   **Dallas County**

By:   Authorized Person - SCH566

**Subscribed and Sworn to by Danny L. Haney, Before Me, the undersigned authority, on this**
_24 TH_ day of November, 2010.

DWIGHT MULLEN
Notary Public, State of Texas
My Commission Exp. 08-20-2013

Notary Public in and for The State of Texas