UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GUY BUCK and MARYLN BUCK,<br><br>        Plaintiffs,<br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>        Defendants. | (ASBESTOS)<br>U.S.D.C. Northern District of California<br>3:10-cv-05964<br><br>PROOF OF SERVICE |

    I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On the date below, I served the following:

NOTICE OF TAG-ALONG ACTION OF DEFENDANT BAYER CROPSCIENCE, INC., successor to AMCHEM PRODUCTS, INC., incorrectly sued as BAYER CROPSCIENCE, INC.

SCHEDULE OF ACTIONS; and

UNITED STATES NORTHRN DISTRICT COURT DOCKET SHEET w/COMPLAINT

on the following:

| | |
|---|---|
| Brent Coon & Associates<br>44 Montgomery Street, Suite 800<br>San Francisco, CA 94104 | See Attached Service List |

→ By transmitting via facsimile the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m.

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

PROOF OF SERVICE

I declare under penalty of perjury that the above is true and correct. Executed on March 11, 2011, at San Francisco, California.

*Wanda D. Claudio*
Wanda D. Claudio

BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
For Defendant NATIONAL STEEL AND SHIPBUILDING COMPANY
Telephone: (415) 808-0300
Facsimile: (415) 808-0333

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2
PROOF OF SERVICE

*Buck, Edward, et al. v. A.W. Chesterton Company, et al.*
U.S.D.C. Northern District of CA 3:10-cv-05964

| | |
|---|---|
| Cooley Manion Jones Hake Hurowski<br>444 S. Flower Street, Suite 1550<br>Los Angeles, CA 90071<br>Attorneys for Defendant A.W. Chesterton Company<br>Fax: (213)622-7313 | Gordon & Rees<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Attorneys for Defendant Air & Liquid Systems Corporation<br>Fax: (415) 986-8054 |
| Sedgwick, Detert Moran & Arnold<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Attorneys for Defendant General Electric Company<br>Fax: (415) 781-2635 | Crosby & Rowell<br>The American Bag Blvd.<br>299 3rd Street, 2nd Floor<br>Oakland, CA 94607<br>Attorneys for Defendant Goulds Pumps Incorporation<br>Fax: (510) 839-6610 |
| Hillary H. Huth<br>Attorney at Law<br>601 Montgomery Street, 9th Floor<br>San Francisco, CA 94111<br>Attorneys for Defendant Quintec Industries, Inc.<br>Fax: (415) 391-6258 | Schiff Hardin<br>1 Market<br>Spear Street Tower, 32nd Floor<br>San Francisco, CA 94105<br>Attorneys for Defendaant Sulzer Pumps (US) Inc.<br>Fax: (415) 901-8701 |
| Foley Mansfield<br>300 Lakeside Drive, Suite 1900<br>Oakland, CA 94612<br>Attorneys for Defendant The WM. Powell Company<br>Fax: (510) 590-9595 | The Davis Law Firm<br>1730 I Street, Suite 240<br>Sacramento, CA 95811<br>Attorneys for Defendant Viad Corporation<br>Fax: (916) 448-9009 |
| Brent Coon & Associates<br>44 Montgomery Street, Suite 800<br>San Francisco, CA 94104<br>Attorneys for Plaintiffs<br>Edward Guy Buck and Maryln Buck<br>Fax: (415) 489-7426 | Carroll Burdick & McDonough<br>44 Montgomery Street, Suite 400<br>San Francisco, CA 94104<br>Attorneys for Defendant Warren Pumps<br>Fax: (415) 989-0932 |