CJRA_B, MSD

# U.S. District Court
## Southern District of Illinois (East St. Louis)
### CIVIL DOCKET FOR CASE #: 3:10-cv-01046-DRH -SCW

Robinson et al v. BNSF Railway Company
Assigned to: Chief Judge David R. Herndon
Referred to: Magistrate Judge Stephen C. Williams
Cause: 45:51 Railways: Fed. Employer's Liability Act

Date Filed: 12/29/2010
Jury Demand: Both
Nature of Suit: 330 Federal Employer's Liability
Jurisdiction: Federal Question

**Plaintiff**

**Willie Robinson** represented by **Kevin A. Sullivan**
Sauter, Sullivan et al.
Generally Admitted
3415 Hampton Avenue
St. Louis, MO 63139
314-781-3222
Fax: 314-781-2726
Email: ksullivan@ss-law.net
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Flazell Redfield** represented by **Kevin A. Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Ross** represented by **Kevin A. Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tommy Turner** represented by **Kevin A. Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willie Brooks** represented by **Kevin A. Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BNSF Railway Company**
*Individually and as Successor-in-*
represented by **Linda R. Self**
Brasher Law Firm

*Interest to the Burlington Northern and Santa Fe Railway Company, Atchison Topeka and Santa Fe Railway Company, Chicago, Burlington and Quincy Railroad Company, Burlington Northern Inc., & Burlington Northern Railroad Co.*

Generally Admitted
211 North Broadway
Suite 2300
St. Louis, MO 63102
314-621-7700
Email: lself@boylebrasher.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William A. Brasher**
Brasher Law Firm
Generally Admitted
211 North Broadway
Suite 2300
St. Louis, MO 63102
314-621-7700
Email: wbrasher@boylebrasher.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2010 | 1 | Case Opened. Filing fee due. Documents may now be electronically filed. Case number 10-1046-DRH-CJP must be placed on all documents prior to filing them electronically. (Attachments: # 1 Notice and Consent to Proceed Before a Magistrate Judge)(slj) (Entered: 12/29/2010) |
| 12/30/2010 | 2 | COMPLAINT against BNSF Railway Company ( Filing fee $ 350 receipt number 0754-1297676.), filed by Willie Robinson, Flazell Redfield, Tommy Turner, Willie Brooks, Richard Ross.(Sullivan, Kevin) (Entered: 12/30/2010) |
| 12/30/2010 | 3 | DEMAND for Trial by Jury by Willie Brooks, Flazell Redfield, Willie Robinson, Richard Ross, Tommy Turner. (Sullivan, Kevin) (Entered: 12/30/2010) |
| 12/30/2010 | 4 | NOTICE by Willie Brooks, Flazell Redfield, Willie Robinson, Richard Ross, Tommy Turner *of Related Action* (Sullivan, Kevin) (Entered: 12/30/2010) |
| 12/30/2010 | 5 | ENTRY STRICKEN - NOTICE by Willie Brooks, Flazell Redfield, Willie Robinson, Richard Ross, Tommy Turner *of Related Action* (Sullivan, Kevin) Modified on 12/30/2010 (slj). (Entered: 12/30/2010) |
| 12/30/2010 | 6 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 5 Notice (Other) filed by Willie Robinson, Willie Brooks, Flazell Redfield, Tommy Turner, Richard Ross. Document is a duplicate entry. Entry stricken, no further action required by filer. (slj) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 12/30/2010) |
| 12/30/2010 | 7 | NOTICE OF ERRORS AND/OR DEFICIENCIES re 2 Complaint filed by Willie Robinson, Willie Brooks, Flazell Redfield, Tommy Turner, Richard |

| | | |
|---|---|---|
| | | Ross. See attached document for specifics. (slj) (Entered: 12/30/2010) |
| 01/03/2011 | 8 | EXHIBIT by Willie Brooks, Flazell Redfield, Willie Robinson, Richard Ross, Tommy Turner. Exhibit to 2 Complaint *Civil Cover Sheet*. (Sullivan, Kevin) (Entered: 01/03/2011) |
| 01/03/2011 | 9 | ADMINISTRATIVE ORDER 133 REASSIGNING CASE. Case reassigned to Magistrate Judge Stephen C. Williams for all further proceedings. Magistrate Judge Clifford J. Proud no longer assigned to case. (krm) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 01/03/2011) |
| 01/04/2011 | 10 | Summons issued as to BNSF Railway Company. (slj) (Entered: 01/04/2011) |
| 01/14/2011 | 11 | SUMMONS Returned Executed by Willie Robinson, Flazell Redfield, Tommy Turner, Willie Brooks, Richard Ross. BNSF Railway Company served on 1/11/2011, answer due 2/1/2011. (Sullivan, Kevin) (Entered: 01/14/2011) |
| 01/31/2011 | 12 | NOTICE of Appearance by Linda R. Self on behalf of BNSF Railway Company (Self, Linda) (Entered: 01/31/2011) |
| 01/31/2011 | 13 | ANSWER to 2 Complaint by BNSF Railway Company.(Self, Linda) (Entered: 01/31/2011) |
| 02/01/2011 | 14 | CJRA TRACK B assigned: Jury Trial set for the presumptive trial month of January 2012 in East St. Louis Courthouse before Chief Judge David R. Herndon.(skp) (Entered: 02/01/2011) |
| 02/01/2011 | 15 | ORDER directing BNSF Railway Company to comply with Federal Rule of Civil Procedure 7.1. ( Action due by 2/11/2011.). Signed by Chief Judge David R. Herndon on 2/1/2011. (msdi, ) (Entered: 02/01/2011) |
| 02/03/2011 | 16 | NOTICE of Scheduling and Discovery Conference: Telephone Scheduling/Discovery Conference set for 3/1/2011 at 10:00 AM in East St. Louis Courthouse before Magistrate Judge Stephen C. Williams. (amv) (Entered: 02/03/2011) |
| 02/04/2011 | 17 | NOTICE of Appearance by William A. Brasher on behalf of BNSF Railway Company (Brasher, William) (Entered: 02/04/2011) |
| 02/04/2011 | 18 | Corporate Disclosure Statement by BNSF Railway Company. (Brasher, William) (Entered: 02/04/2011) |
| 02/28/2011 | | Reset Hearings: Telephone Scheduling/Discovery Conference set for 4/5/2011 at 9:30 AM in East St. Louis Courthouse before Magistrate Judge Stephen C. Williams. Counsel for Plaintiff shall initiate the conference call. Joint Report shall be submitted 7 days prior to the conference. (amv) (Entered: 02/28/2011) |
| 03/02/2011 | 19 | ENTRY STRICKEN: NOTICE of Scheduling and Discovery Conference: Telephone Scheduling/Discovery Conference set for 3/21/2011 at 3:45 AM in East St. Louis Courthouse before Magistrate Judge Stephen C. Williams. (amv) (Entered: 03/02/2011) |
| 03/02/2011 | 20 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 19 Notice of Counsel of Telephone Scheduling and Discovery Conference. |

|  |  | Document was entered in error. Case remains set for 4/5/11 at 9:30 am. (amv) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 03/02/2011) |

| PACER Service Center |||
| :---: | :---: | :---: |
| Transaction Receipt |||
| 03/11/2011 11:42:07 |||
| PACER Login: | ds1134 | Client Code: |
| Description: | Docket Report | Search Criteria: | 3:10-cv-01046-DRH -SCW |
| Billable Pages: | 3 | Cost: | 0.24 |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WILLIE ROBINSON,<br>FLAZELL REDFIELD,<br>RICHARD ROSS,<br>TOMMY TURNER, and<br>WILLIE BROOKS,<br><br>          Plaintiffs,<br>vs.<br><br>BNSF RAILWAY COMPANY<br>(Individually and as Successor-in<br> Interest to the Burlington Northern<br>and Santa Fe Railway Company,<br>Atchison Topeka and Santa Fe<br>Railway Company, Chicago,<br>Burlington and Quincy Railroad<br>Company, Burlington Northern Inc.,<br>and Burlington Northern Railroad<br>Company)<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:10-CV-01046 DRH-CJP<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

SERVE:   C.T. Corporation System
         208 South LaSalle Street
         Chicago, Illinois 60604

## PLAINTIFFS' ORIGINAL COMPLAINT

NOW COME PLAINTIFFS, by and through counsel, and for this action against the BNSF Railway Company, individually and as successor-in-interest to the Burlington Northern & Santa Fe Railway Company, Atchison Topeka and Santa Fe Railway Company, Chicago, Burlington and Quincy Railroad Company, Burlington Northern Inc., and Burlington Northern Railroad Company, "Defendant Railroad", respectfully state:

1.     Plaintiff Willie Robinson is a resident of Chicago, Illinois, who worked for the Defendant Railroad and/or its predecessors from 1955-1993 as a Laborer and a Hostler Helper. He

1

has been diagnosed with an occupational lung disease.

2. Plaintiff Flazell Redfield is a resident of Chicago, Illinois, who worked for the Defendant Railroad and/or its predecessors from 1956-1993 as a Laborer and a Clerk. He has been diagnosed with an occupational lung disease.

3. Plaintiff Richard Ross is a resident of Chicago, Illinois, who worked for the Defendant Railroad and/or its predecessors from 1955 to 1993 as a Laborer and a Clerk. He has been diagnosed with an occupational lung disease.

4. Plaintiff Tommy Turner is a resident of Chicago, Illinois, who worked for the Defendant Railroad and/or its predecessors from 1964 to 2004 as a Carman. He has been diagnosed with an occupational lung disease.

5. Plaintiff Willie Brooks is a resident of Chicago, Illinois, who worked for the Defendant Railroad and/or its predecessors from 1948 to 1989 as a Laborer and a Carman. He has been diagnosed with an occupational lung disease.

6. That at all times mentioned herein, and for some time prior thereto and thereafter, BNSF Railway Company (Individually and as Successor-in-Interest to The Burlington Northern Santa Fe Railway Company, The Atchison Topeka & Santa Fe Railway Company, and Burlington Northern Railroad Company), and/or its predecessors in interest, were engaged in the business of interstate commerce in and throughout the several states of the United States as a common carrier by railroad; and for the purposes thereof, did operate its business, maintain offices and place its agents, servants and employees throughout the state of Illinois.

7. That during the course of Plaintiffs' employment, the Defendant Railroad was engaged in interstate commerce as a common carrier by rail, and all or part of their duties were in furtherance of and did closely, directly and substantially affect interstate commerce; wherefore the

rights and liabilities of the parties were and are governed by the Federal Employers' Liability Act, 45 U.S.C., Section 1 et. seq., which Act grants this Court jurisdiction over this action.

8. That during the course of Plaintiffs' employment with the Defendant Railroad, they were engaged in the course of their employment performing their craft and in other various roles and capacities where they were required and caused to work with, and in the vicinity of, toxic substances and dusts including dust from asbestos-containing products and materials, silicates and silica-containing products, diesel fumes, diesel exhaust, welding fumes, cleaning solvents, and others, which caused them to suffer severe and permanent personal injuries.

9. That at all times relevant, Plaintiffs were unaware of the dangerous propensities of the dusts, fumes, vapors and toxins they were required to work with and around and were unaware of the cause of any latent abnormal medical condition.

## COUNT I - NEGLIGENCE

10. Plaintiffs re-allege Paragraphs 1-9 as if restated here verbatim.

11. That the Defendant Railroad, by and through its duly authorized agents, servants and employees, was then and there guilty of one or more of the following negligent acts or omissions in violation of the Federal Employers' Liability Act:

    (a) in failing to provide Plaintiffs with a reasonably safe place within which to work;

    (b) in failing to furnish Plaintiffs with safe and suitable tools and equipment including adequate protective masks and/or protective inhalation devices;

    (c) in failing to warn Plaintiffs of the true nature and hazardous effects of exposure to dusts, fumes, vapors, toxins, and other hazardous materials;

    (d) in failing to exercise reasonable care in publishing and enforcing a safety plan

and method of handling and installing products that contained or produced hazardous dusts and toxins;

(e) in failing to provide adequate, if any, instructions in the use or removal of products that contained or produced hazardous dusts, fumes, vapors and toxins;

(f) in failing to provide Plaintiffs with safe and proper ventilation systems in the workplace;

(g) in failing to inquire of the suppliers of products to its shops regarding the hazardous nature of exposure to the dusts, fumes, vapors and toxins contained in such products;

(h) in requiring Plaintiffs to work with and around ultra-hazardous products; and

(i) in failing to periodically test and examine Plaintiffs to determine if they were subject to any ill effects of their exposure to dusts, fumes, vapors, toxins and other hazardous substances.

12. That as a direct and proximate result, in whole or in part, of one or more of the foregoing negligent acts or omissions on the part of the Defendant Railroad, Plaintiffs developed an occupational lung disease and as a result sustained injury to their bodies and respiratory systems, resulting in pain and suffering, mental anguish, and progressive impairment and disability.

COUNT II
NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

13. Plaintiffs re-allege Paragraphs 1-12 as if set forth herein verbatim.

14. That during the course of their employment and in the performance of their duties with the Defendant Railroad, Plaintiffs worked with, came into contact with, and were physically struck with hazardous dusts, fumes, vapors and toxins, including asbestos fibers and other toxic

substances. Plaintiffs' contact with these hazardous dusts, fumes, vapors and toxins occurred directly with their clothing, skin, mouths, noses, and respiratory and digestive tracts.

15. That Plaintiffs' contact with these hazardous dusts, fumes, vapors and toxins have manifested in the form of occupationally-related injuries to Plaintiffs.

16. That Plaintiffs have been informed by physicians that as a result of their employment with the Defendant Railroad, they are at a significantly increased risk for the development of various medical ailments, including but not limited to progressive lung disease, bronchogenic carcinomas and gastro-intestinal carcinomas. Further, their expected life spans have been greatly diminished.

17. That, as a result, in whole or in part, of one or more of the Defendant Railroad's aforementioned negligent acts or omissions, Plaintiffs have suffered mental anguish, distress and a decreased ability to enjoy life.

## DAMAGES COMMON TO ALL COUNTS

18. That as a result of the Defendant Railroad's negligent actions as are described above, Plaintiffs have suffered pain, nervousness and mental anguish. Plaintiffs will be forced to suffer the same for the remainder of their lives and their enjoyment of life has been greatly reduced. Also as a result of the Defendant Railroad's negligent acts and omissions, Plaintiffs' expected life spans have been greatly shortened.

19. As a result of their health problems, Plaintiffs have been forced to incur medical expenses by way of doctor, hospital and drug bills. Plaintiffs will be forced to incur additional, similar expenses in the future in an effort to treat their permanent and progressive condition.

20. Further, Plaintiffs will incur medical expenses necessary to monitor their permanent and progressive condition, including regular and periodic chest x-rays, computerized tomography scans, pulmonary function tests, blood work and physical examinations, which may lead to other

testing, all in an attempt to adequately diagnose and treat their condition, which includes a significantly increased risk of the development and progression of the ailments and carcinomas set forth above.

WHEREFORE, Plaintiffs demand judgment against the Defendant Railroad, for money damages for the injuries suffered as herein alleged, in an amount to be determined by the trier of fact; together with costs and all other relief permitted.

**PLAINTIFFS DEMAND A JURY TRIAL.**

Respectfully submitted,

SAUTER SULLIVAN, L.L.C.
/s/ Kevin A. Sullivan
Kevin Sullivan
Illinois Bar No. 06212244
3415 Hampton Ave.
St. Louis, MO 63139
Tel: (314) 768-6800
Fax: (314) 781-2726

JONES & GRANGER
10,000 Memorial Drive, #888
Houston, TX 77024
Tel: (713) 668-0230
Fax: (713) 956-7139

ATTORNEYS FOR PLAINTIFFS