UNITED STATES JUDICIAL PANEL MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GUY BUCK and MARYLN BUCK,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | USDC Case No. 3:10-cv-05976-JSW<br><br>San Francisco Superior Court Case No. CGC-10-275694 |

**SCHEDULE OF ACTIONS**

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. § 1442, Defendant BAYER CROPSCIENCE, INC., successor to AMCHEM PRODUCTS, INC. incorrectly sued as BAYER CROPSCIENCE, INC. ("AMCHEM") hereby provides notice of related actions currently pending before the Judicial Panel of Multidistrict Litigation:

///

///

///

///

///

///

///

///

1

Removing party, AMCHEM, currently has one cases pending transfer to the MDL 875 group currently in the *Edward Buck, et al. v. A.W. Chesterton Company, et al.*, Northern District of California, Case No. 3:10-cv-05965 JSW.

Dated: March 11, 2011               BRYDON HUGO & PARKER

                                By:   /s/ Thomas J. Moses
                                      Brian H. Buddell [CA Bar No. 166103]
                                      George A. Otstott [CA Bar No. 184671]
                                      Thomas J. Moses [Bar No. 116002]
                                      BRYDON HUGO & PARKER
                                      135 Main Street, 20th Floor
                                      San Francisco, California 94105
                                      Telephone:  (415) 808-0300
                                      Facsimile:  (415) 808-0333
                                      Email:  tmoses@bhplaw.com

                                      Attorneys for Defendant
                                      BAYER CROPSCIENCE, INC., SUCCESSOR
                                      TO AMCHEM PRODUCTS, INC., incorrectly
                                      sued as BAYER CROPSCIENCE, INC.