ADRMOP, E-Filing, RELATE

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:10-cv-05976-JSW

| | |
|---|---|
| Buck et al v. A.W. Chesterson Company et al | Date Filed: 12/30/2010 |
| Assigned to: Hon. Jeffrey S. White | Jury Demand: Defendant |
| Relate Case Case: 3:10-cv-05958-JSW | Nature of Suit: 368 P.I. : Asbestos |
| Case in other court: San Francisco Superior Court, CGC-10-275694 | Jurisdiction: Federal Question |
| Cause: 28:1446 Petition for Removal- Personal Injury | |

**Plaintiff**

**Edward Guy Buck**　　　　　　　　　represented by **Richard A. Brody**
Brent Coon & Associates
44 Montgomery Street, Suite 800
San Francisco, CA 94104
415-489-7420
Fax: 415-489-7426
Email: rick.brody@bcoonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Ann Rasmussen**
Brent Coon & Associates
44 Montgomery Street
Suite 800
San Francisco, CA 94104
415-489-7420
Fax: 415-489-7426
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maryln Buck**　　　　　　　　　represented by **Richard A. Brody**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Ann Rasmussen**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**A.W. Chesterson Company**

**Defendant**

**Air & Liquid Systems Corporation**  represented by **Glen R. Powell**
*as successor by merger*                                Gordon & Rees LLP
*Successor*                                             Embarcadero Center West
Buffalo Pumps, Inc.                                     275 Battery Street
                                                        Suite 2000
                                                        San Francisco, CA 94111
                                                        415-986-5900
                                                        Fax: 415-986-8054
                                                        Email: gpowell@gordonrees.com
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Alfa Laval, Inc.**
*individually and as successor in interest*

*Successor*
Sharples, Inc.
*Successor*
Alfa Laval Separation, Inc.
*Successor*
Delaval Separator Company

**Defendant**

**Bayer Cropscience, Inc.**  represented by **Thomas J. Moses**
*formerly known as*                                     Brydon Hugo & Parker
Amchem Products, Inc                                    135 Main Street, 20th Floor
*formerly known as*                                     San Francisco, CA 94105
Benjamin Foster Company                                 (415) 808-0300
                                                        Fax: (415) 808-0333
                                                        Email: tmoses@bhplaw.com
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**BW/IP, Inc.**
*and its wholly-owned subsidiaries*

**Defendant**

**Crane Co.**

**Defendant**

**Crown Cork & Seal Company, Inc.**
*individually and as successor in interest*

*Successor*
Mundet Cork Company

**Defendant**

**Eaton Corporation**

*individually and as successor in interest*

*Successor*
Eaton Electrical, Inc.
*formerly known as*
Cutler-Hammer, Inc.

**Defendant**

| | | |
|---|---|---|
| **Elliott Company** *also known as* Elliott Turbomachinery Company, Inc. | represented by | **Theodore Thomas Cordery** Imai Tadlock Keeney & Cordery, LLP 100 Bush Street Suite 1300 San Francisco, CA 94104 415-675-7000 Fax: 415-675-7008 Email: tcordery@itkc.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Michael James Boland** Imai, Tadlock, Keeney & Cordery, LLP 100 Bush Street Suite 1300 San Francisco, CA 94104 415-675-7000 Fax: 415-675-7008 Email: mboland@itkc.com *ATTORNEY TO BE NOTICED* |
| | | **Stephen Earl Carlson** Imai, Tadlock, Keeney & Cordery, LLP 100 Bush Street Suite 1300 San Francisco, CA 94104 415-675-7000 Fax: 415-675-7008 Email: scarlson@itkc.com *ATTORNEY TO BE NOTICED* |

**Defendant**

**Ericsson Inc.**
*which will do business in California as EUS Inc., individually and as successor in interest*
*Successor*
Anaconda Cable & Wire Company
*Successor*
Continental Wire & Cable Company

**Defendant**

**General Electric Company**    represented by    **Charles Todd Sheldon**
Sedgwick Detert Moran & Arnold LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900
Fax: 415-781-2635
Email: charles.sheldon@sdma.com
*ATTORNEY TO BE NOTICED*

**Derek S. Johnson**
Sedgwick Detert Moran & Arnold LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900 x1569
Fax: 415-781-2635
Email: derek.johnson@sdma.com
*ATTORNEY TO BE NOTICED*

**Katherine Paige Gardiner**
Sedgwick, Detert, Moran & Arnold
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900
Fax: 415-781-2635
Email: katherine.gardiner@sdma.com
*ATTORNEY TO BE NOTICED*

**Marc Brainich**
Sedgwick Detert Moran & Arnold LLp
One Market Plaza
Steuart Tower, 18th Floor
San Francisco, CA 94105
415-781-7900
Fax: 415-781-2635
Email: marc.brainich@sdma.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Goulds Pumps Incorporated**    represented by    **Amy Margaret Kimmel**
Crosby & Rowell LLP
The American Bag Bldg
299 3rd St 2FL
Oakland, CA 94607
510-267-0300
Email: akimmel@crosbyrowell.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Carlisle Crosby**
Crosby & Rowell LLP
The American Bag Bldg
299 Third Street
2nd Floor
Oakland, CA 94607
510-267-0300
Fax: 510-839-6610
Email: tcrosby@crosbyrowell.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Graybar Electric Company, Inc.**

**Defendant**

**Hill Brothers Chemical Company**

**Defendant**

**IMO Industries, Inc.**
*individually and as successor in interest*

*Successor*
Delaval Steam Turbine Co.

**Defendant**

**Ingersoll-Rand Company**
*individually and as successor in interest*

*Successor*
Terry Steam Turbine Company

**Defendant**

**J.T. Thorpe & Son, Inc.**

**Defendant**

**John Crane, Inc.**
*as successor*
*Successor*
Crane Packing Company
*Successor*
John Crane-Houdaille, Inc.

**Defendant**

**Metalclad Insulation Corporation**
*individually and as successor-in-interest*

*Successor*
Northern California Insulation

**Defendant**

**Owens-Illinois, Inc.**

**Defendant**

**Parker-Hannifan Corporation**
*individually and as successor in interest*

*Successor*
Sacomo-Sierra

**Defendant**

**Rapid-American Corporation**

**Defendant**

**Rockwell Automation, Inc.**
*individually and as the successor in interest*
*Successor*
Allen-Bradley Company, LLC

**Defendant**

**SB Decking, Inc.**
*formerly known as*
Selby, Battersby & Company

**Defendant**

**Schneider Electric USA, Inc.**
*formerly known as*
Square D Co.

**Defendant**

**Sulzer Pumps (US) Inc.**                 represented by **Alex Paul Catalona**
                                                            Schiff Hardin LLP
                                                            1 Market, Spear Tower
                                                            32nd Floor
                                                            San Francisco, CA 94105
                                                            (415) 901-8700
                                                            Fax: (415) 901-8701
                                                            Email: acatalona@schiffhardin.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**The WM. Powell Company**

**Defendant**

| | | |
|---|---|---|
| **Union Carbide Corporation** | represented by | **Thomas J. Moses**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Uniroyal Holding, Inc.**

**Defendant**

**Viad Corporation**
*individually and as successor in interest*

*Successor*
Griscom-Russell
*Successor*
Dial Corporation

**Defendant**

| | | |
|---|---|---|
| **Warren Pumps, LLC** | represented by | **Susanne Gheseri Arani**<br>Carroll Burdick & McDonough LLP<br>44 Montgomery Street<br>Suite 400<br>San Francisco, CA 94104<br>415-989-5900<br>Fax: 415-989-0932<br>Email: sarani@linerlaw.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/30/2010 | 1 | NOTICE OF REMOVAL from San Francisco Superior Court. Their case number is CGC-10-275694. (Filing fee $350 receipt number 34611054466, no process). Filed by Elliott Company. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet)(wsn, COURT STAFF) (Filed on 12/30/2010) (Entered: 12/30/2010) |
| 12/30/2010 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 4/1/2011. Case Management Conference set for 4/8/2011 01:30 PM in Courtroom A, 15th Floor, San Francisco. (Attachments: # 1 Standing Order, # 2 Standing Order)(wsn, COURT STAFF) (Filed on 12/30/2010) (Entered: 12/30/2010) |
| 12/30/2010 | | CASE DESIGNATED for Electronic Filing. (wsn, COURT STAFF) (Filed on 12/30/2010) (Entered: 12/30/2010) |
| 01/05/2011 | 3 | MOTION to Relate Case *ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, PURSUANT TO CIVIL LOCAL RULE 7-11* filed by Air & Liquid Systems Corporation. (Powell, Glen) (Filed on 1/5/2011) (Entered: 01/05/2011) |
| 01/05/2011 | 4 | *Defendant Warren Pumps, LLC's* ANSWER to Complaint with Jury Demand byWarren Pumps, LLC. (Arani, Susanne) (Filed on 1/5/2011) (Entered: 01/05/2011) |

| 01/05/2011 | 5 | Joinder *to Elliott Company's Notice of Removal* by Warren Pumps, LLC. (Arani, Susanne) (Filed on 1/5/2011) (Entered: 01/05/2011) |
|---|---|---|
| 01/05/2011 | 6 | Statement *Defendant Warren Pumps, LLC's Disclosure Statement PUrsuant to FRCP, Rule 7.1.* by Warren Pumps, LLC. (Arani, Susanne) (Filed on 1/5/2011) (Entered: 01/05/2011) |
| 01/06/2011 | 7 | Certificate of Interested Entities by Elliott Company (Carlson, Stephen) (Filed on 1/6/2011) (Entered: 01/06/2011) |
| 01/06/2011 | 8 | NOTICE by Elliott Company *DEFENDANT ELLIOTT COMPANY'S CORPORATE DISCLOSURE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 7.1, AND LOCAL RULE 3-16* (Carlson, Stephen) (Filed on 1/6/2011) (Entered: 01/06/2011) |
| 01/07/2011 | 9 | NOTICE by Elliott Company *Formal request to be transferred to MDL Panel No. 875* (Carlson, Stephen) (Filed on 1/7/2011) (Entered: 01/07/2011) |
| 01/12/2011 | 10 | NOTICE by Elliott Company *OF ECF REGISTRATION HANDOUT* (Cordery, Theodore) (Filed on 1/12/2011) (Entered: 01/12/2011) |
| 01/12/2011 | 11 | Declination to Proceed Before a U.S. Magistrate Judge by Elliott Company *AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.* (Cordery, Theodore) (Filed on 1/12/2011) (Entered: 01/12/2011) |
| 01/12/2011 | 12 | NOTICE by Elliott Company *OF ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES* (Cordery, Theodore) (Filed on 1/12/2011) (Entered: 01/12/2011) |
| 01/12/2011 | 13 | NOTICE by Elliott Company *DEMAND FOR JURY TRIAL* (Cordery, Theodore) (Filed on 1/12/2011) (Entered: 01/12/2011) |
| 01/12/2011 | 14 | NOTICE of Appearance by Alex Paul Catalona (Catalona, Alex) (Filed on 1/12/2011) (Entered: 01/12/2011) |
| 01/14/2011 | 15 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klhS, COURT STAFF) (Filed on 1/14/2011) (Entered: 01/14/2011) |
| 01/14/2011 | 16 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. William H. Alsup for all further proceedings. Magistrate Judge Joseph C. Spero no longer assigned to the case. Signed by Executive Committee on 1/14/11. (mab, COURT STAFF) (Filed on 1/14/2011) (Entered: 01/14/2011) |
| 01/18/2011 | 17 | ERRATA *re NOTICE OF TAG-ALONG ACTION TO BE TAKEN TRANSFERRED TO THE MDL PANEL NO. 875, PURSUANT TO 28 U.S.C. SECTION 1407* by Elliott Company. (Cordery, Theodore) (Filed on 1/18/2011) (Entered: 01/18/2011) |
| 01/18/2011 | 18 | Joinder re 1 Notice of Removal, by General Electric Company. (Johnson, Derek) (Filed on 1/18/2011) (Entered: 01/18/2011) |
| 01/19/2011 | 19 | NOTICE of Appearance by Amy Margaret Kimmel *on behalf of Goulds Pumps, Inc.* (Kimmel, Amy) (Filed on 1/19/2011) (Entered: 01/19/2011) |
| 01/19/2011 | 20 | NOTICE by Goulds Pumps Incorporated *of Filing State Court Answer to* |

|            |    |                                                                                                                                                                                                                                                                |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | *Complaint and Demand for Jury Trial* (Kimmel, Amy) (Filed on 1/19/2011) (Additional attachment(s) added on 1/20/2011: # 1 Endorsed Answer) (wsn, COURT STAFF). (Entered: 01/19/2011)                                                                         |
| 01/19/2011 | 21 | CLERKS NOTICE Scheduling Initial CMC on Reassignment. Case Management Conference set for 4/7/2011 03:00 PM in Courtroom 9, 19th Floor, San Francisco. (dt, COURT STAFF) (Filed on 1/19/2011) (Entered: 01/19/2011)                                            |
| 01/19/2011 | 22 | SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE re 21 Clerks Notice. Signed by Judge William Alsup on 11/20/08. (dt, COURT STAFF) (Filed on 1/19/2011) (Entered: 01/19/2011)                                                           |
| 01/19/2011 | 23 | ANSWER to Complaint with Jury Demand bySulzer Pumps (US) Inc.. (Catalona, Alex) (Filed on 1/19/2011) (Entered: 01/19/2011)                                                                                                                                     |
| 01/20/2011 | 24 | *JURY DEMAND AND* ANSWER to Complaint (Notice of Removal) byGeneral Electric Company. (Brainich, Marc) (Filed on 1/20/2011) (Entered: 01/20/2011)                                                                                                              |
| 01/20/2011 | 25 | Certificate of Interested Entities by General Electric Company (Brainich, Marc) (Filed on 1/20/2011) (Entered: 01/20/2011)                                                                                                                                     |
| 01/20/2011 | 26 | NOTICE by General Electric Company *OF RELATED CASES* (Brainich, Marc) (Filed on 1/20/2011) (Entered: 01/20/2011)                                                                                                                                              |
| 01/25/2011 | 27 | ORDER by Judge Jeffrey S. White granting 3 Motion to Relate Cases (jjoS, COURT STAFF) (Filed on 1/25/2011) (Entered: 01/25/2011)                                                                                                                               |
| 01/26/2011 |    | Case Reassigned to Judge Hon. Jeffrey S. White. Judge Hon. William H. Alsup no longer assigned to the case. (mab, COURT STAFF) (Filed on 1/26/2011) (Entered: 01/26/2011)                                                                                      |
| 01/27/2011 | 28 | INITIAL SCHEDULING CONFERENCE ORDER: Case Management Conference set for 4/8/2011 01:30 PM in Courtroom 11, 19th Floor, San Francisco. Case Management Statement due by 4/1/2011.. Signed by Judge Jeffrey S. White on 1/27/11. (jjoS, COURT STAFF) (Filed on 1/27/2011) (Entered: 01/27/2011) |
| 03/11/2011 | 29 | ANSWER to Complaint with Jury Demand byBayer Cropscience, Inc.. (Moses, Thomas) (Filed on 3/11/2011) (Entered: 03/11/2011)                                                                                                                                     |
| 03/11/2011 | 30 | NOTICE by Bayer Cropscience, Inc. re 29 Answer to Complaint *Notice of Tag Along Action* (Moses, Thomas) (Filed on 3/11/2011) (Entered: 03/11/2011)                                                                                                            |
| 03/11/2011 | 31 | Certificate of Interested Entities by Bayer Cropscience, Inc. re 29 Answer to Complaint, 30 Notice (Other) *Disclosure Statement and Certification of Interested Entities or Persons* (Attachments: # 1 Affidavit Certificate of Service)(Moses, Thomas) (Filed on 3/11/2011) (Entered: 03/11/2011) |
| 03/11/2011 | 32 | ANSWER to Complaint with Jury Demand byUnion Carbide Corporation. (Moses, Thomas) (Filed on 3/11/2011) (Entered: 03/11/2011)                                                                                                                                   |
| 03/11/2011 | 33 | Certificate of Interested Entities by Union Carbide Corporation re 32 Answer                                                                                                                                                                                   |

|  |  | to Complaint *and Disclosure Statement* (Moses, Thomas) (Filed on 3/11/2011) (Entered: 03/11/2011) |
|---|---|---|
| 03/11/2011 | 34 | NOTICE by Union Carbide Corporation re 33 Certificate of Interested Entities, 32 Answer to Complaint *Notice of Tag Along Action* (Attachments: # 1 Affidavit Certificate of Service)(Moses, Thomas) (Filed on 3/11/2011) (Entered: 03/11/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/11/2011 14:16:30 | | | |
| **PACER Login:** | bh1524 | **Client Code:** | 1104-0089 |
| **Description:** | Docket Report | **Search Criteria:** | 3:10-cv-05976-JSW |
| **Billable Pages:** | 6 | **Cost:** | 0.48 |