UNITED STATES JUDICIAL PANEL MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GUY BUCK and MARYLN BUCK,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | USDC Case No. 3:10-cv-05976-JSW<br><br>San Francisco Superior Court Case No. CGC-10-275694 |

**SCHEDULE OF ACTIONS**

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. § 1442, Defendant UNION CARBIDE CORPORATION ("UNION CARBIDE") hereby provides notice of related actions currently pending before the Judicial Panel of Multidistrict Litigation:

///

///

///

///

///

///

///

///

///

1

Removing party, UNION CARBIDE, currently has one cases pending transfer to the MDL 875 group, *Edward Guy Buck, et al. v. A.W. Chesterton Company, et al.*, Northern District of California Case No. 3:10-05964 JSW.

Dated: March 11, 2011                                         BRYDON HUGO & PARKER

                                                                By:     /s/ Thomas J. Moses
                                                                         Brian H. Buddell [CA Bar No. 166103]
                                                                          George A. Otstott [CA Bar No. 184671]
                                                                          Thomas J. Moses [Bar No. 116002]
                                                                          BRYDON HUGO & PARKER
                                                                          135 Main Street, 20th Floor
                                                                          San Francisco, California 94105
                                                                          Telephone:  (415) 808-0300
                                                                          Facsimile:  (415) 808-0333
                                                                          Email:  tmoses@bhplaw.com

                                                                          Attorneys for Defendant
                                                                          UNION CARBIDE CORPORATION