OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

120 North Henry Street, Room 320 ● P.O. Box 432 ● Madison, WI 53701-0432 ● 608-264-5156

March 10, 2011

Jeffrey N. Luthi, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, NE
Washington, DC  20002-8041

Re:   Moss v. A.W. Chesterton
      WD WI Case Number 11-cv-54-slc

Dear Mr. Beck:

    Enclosed please find a copy of the complaint and docket sheet in the above-captioned case for consideration as a possible tag-along asbestos action.

    Please feel free to contact us if you have any questions.

               Sincerely,

               PETER OPPENEER, CLERK

               s/K. Jacobson, Deputy Clerk

*[Stamp: JUDICIAL PANEL ON MULTIDISTRICT LITIGATION  2011 MAR 14  P 2:22  RECEIVED CLERK'S OFFICE]*

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WISCONSIN

120 North Henry Street, Room 320 ● P.O. Box 432 ● Madison, WI 53701-0432 ● 608-264-5156

March 10, 2011

Jeffrey N. Luthi, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, NE
Washington, DC  20002-8041

Re:   Behr v. A.W. Chesterton
      WD WI Case Number 11-cv-55-slc

Dear Mr. Beck:

Enclosed please find a copy of the complaint and docket sheet in the above-captioned case for consideration as a possible tag-along asbestos action.

Please feel free to contact us if you have any questions.

Sincerely,

PETER OPPENEER, CLERK

s/K. Jacobson, Deputy Clerk

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

120 North Henry Street, Room 320 • P.O. Box 432 • Madison, WI 53701-0432 • 608-264-5156

March 10, 2011

Jeffery N. Lüthi, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, NE
Washington, DC  20002-8041

Re:   BONNIE SHANNON v. CBS CORPORATION, et. al.
      WD WI Case Number 11-cv-59-slc

Dear Mr. Lüthi:

Enclosed please find a copy of the complaint and docket sheet in the above-captioned case.

Please feel free to contact us if you have any questions.

Sincerely,

PETER OPPENEER, CLERK

By: _____

Deputy Clerk

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

120 North Henry Street, Room 320 ● P.O. Box 432 ● Madison, WI 53701-0432 ● 608-264-5156

March 10, 2011

Jeffery N. Lüthi, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, NE
Washington, DC  20002-8041


      Re:    EARL SMITH v. CERTAINTEED CORPORATION, et. al.
                WD WI Case Number 11-cv-60-slc

Dear Mr. Lüthi:

      Enclosed please find a copy of the complaint and docket sheet in the above-captioned case.

      Please feel free to contact us if you have any questions.

                                      Sincerely,

                                      PETER OPPENEER, CLERK

                                      By: *[signature]*

                                      Deputy Clerk

*Office of the Clerk*

# United States District Court
# For the Western District of Wisconsin

*120 North Henry Street, Room 320 ● P.O. Box 432 ● Madison, WI 53701-0432 ● 608-264-5156*

March 11, 2011

Clerk Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, NE
Washington, DC  20002-8041

    Re:    Budig v. Bayer Crop Science, Inc., et al.
           WD WI Case No: 11-cv-61-slc
           Asbestos Tag-Along Action

Clerk:

    Enclosed please find a copy of the complaint and docket sheet in the above-captioned case.

    Please feel free to contact us if you have any questions.

                            Sincerely,

                            PETER OPPENEER, CLERK

                        By:    s/ L. Jensen

                            Deputy Clerk

cc: Counsel of Record (via cm/ecf)

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

120 North Henry Street, Room 320 ● P.O. Box 432 ● Madison, WI 53701-0432 ● 608-264-5156

March 9, 2011

Clerk,
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, NE
Washington, DC 20002-8041

Re:
 WD WI Case Number 11-cv-62-slc and 11-cv-63-slc

Dear Clerk:

Enclosed please find a copy of the complaint and docket sheet in the above-captioned case.

Please feel free to contact us if you have any questions.

Sincerely,

PETER OPPENEER, CLERK

By: Vivian Olmo

Deputy Clerk

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

120 North Henry Street, Room 320 ● P.O. Box 432 ● Madison, WI 53701-0432 ● 608-264-5156

March 10, 2011

Jeffrey N. Luthi, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, NE
Washington, DC  20002-8041

Re:   Brown v. A.W. Chesterton
      WD WI Case Number 11-cv-64-slc

Dear Mr. Beck:

Enclosed please find a copy of the complaint and docket sheet in the above-captioned case for consideration as a possible tag-along asbestos action.

Please feel free to contact us if you have any questions.

Sincerely,

PETER OPPENEER, CLERK

s/K. Jacobson, Deputy Clerk

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

120 North Henry Street, Room 320 ● P.O. Box 432 ● Madison, WI 53701-0432 ● 608-264-5156

March 10, 2011

Jeffrey N. Luthi, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, NE
Washington, DC 20002-8041

Re:   Streber v. A.W. Chesterton
      WD WI Case Number 11-cv-65-slc

Dear Mr. Beck:

Enclosed please find a copy of the complaint and docket sheet in the above-captioned case for consideration as a possible tag-along asbestos action.

Please feel free to contact us if you have any questions.

Sincerely,

PETER OPPENEER, CLERK

s/K. Jacobson, Deputy Clerk

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

120 North Henry Street, Room 320 ● P.O. Box 432 ● Madison, WI 53701-0432 ● 608-264-5156

March 10, 2011

Jeffrey N. Luthi, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, NE
Washington, DC  20002-8041

Re:   Reising v. A.W. Chesterton
      WD WI Case Number 11-cv-66-slc

Dear Mr. Beck:

Enclosed please find a copy of the complaint and docket sheet in the above-captioned case for consideration as a possible tag-along asbestos action.

Please feel free to contact us if you have any questions.

Sincerely,

PETER OPPENEER, CLERK

s/K. Jacobson, Deputy Clerk

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2011 MAR 14  P 2:22

RECEIVED
CLERK'S OFFICE

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

120 North Henry Street, Room 320 ● P.O. Box 432 ● Madison, WI 53701-0432 ● 608-264-5156

March 10, 2011

Jeffrey N. Luthi, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, NE
Washington, DC  20002-8041

Re:   Anderson v. A.W. Chesterton
      WD WI Case Number 11-cv-74-slc

Dear Mr. Beck:

Enclosed please find a copy of the complaint and docket sheet in the above-captioned case for consideration as a possible tag-along asbestos action.

Please feel free to contact us if you have any questions.

Sincerely,

PETER OPPENEER, CLERK

s/K. Jacobson, Deputy Clerk