DIVERSITY, KO, LS, UNCONSENTED

# U.S. District Court
## Western District of Wisconsin (Madison)
## CIVIL DOCKET FOR CASE #: 3:11-cv-00055-slc
### Internal Use Only

Behr, Mary v. A.W. Chesterton Company et al
Assigned to: Magistrate Judge Stephen L. Crocker
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 01/25/2011
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**Mary Ann Behr**
*Inidvidually and as Special
Administrator of the Estate of Clifford
J. Behr, Deceased*

represented by **Michael P. Cascino**
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600
Fax: (312) 944-1870
Email: michaelp.cascino@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**A.W. Chesterton Company**
*a corporation*

**Defendant**

**Albany Felt Company Inc.**
*a corporation*

**Defendant**

**Alfa Laval, Inc.**
*a corporation*

**Defendant**

**Bayer Crop Science, Inc.**
*as successor to Rhone-Poulenc AG
Company Inc. & Benjamin-Foster, Inc.,
a corporation*

represented by **Daniel Alexander Manna**
Foley & Lardner LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
414-319-7364
Fax: 414-297-4900
Email: dmanna@foley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bechtel Corporation**
*a corporation*

**Defendant**

**Borg-Warner Inc.**                           represented by **Scott John Thomsen**
*a corporation*                                                 Siesennop & Sullivan
                                                                200 North Jefferson Street, Ste 200
                                                                Milwaukee, WI 53202
                                                                414-223-1760
                                                                Fax: 414-223-1199
                                                                Email: sthomsen@s-s-law.com
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Brake Supply Company, Inc.**
*a corporation*

**Defendant**

**Brandon Drying Fabrics, Inc.**
*a corporation*

**Defendant**

**Buffalo Pumps, Inc.**
*a corporation*

**Defendant**

**CBS Corporation**
*a corporation*

**Defendant**

**Ceco Friction Products, Inc.**
*a corporation*

**Defendant**

**Certainteed Corporation**                    represented by **Daniel Alexander Manna**
*a corporation*                                                 (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Cornell Pump Company**
*a corporation*

**Defendant**

**Crane Co.**
*a corporation*

**Defendant**

**Eaton Electrical, Inc.**
*as successor to Cutler-Hammer Inc., a*
*corporation*

**Defendant**

**Fenner, Inc.**
*a corporation*

**Defendant**

**Flowserve US Inc.**
*Inidividually and as successor to*
*Worthington Pumps, Inc., a*
*corporation*

**Defendant**

**Foster Wheeler LLC**
*a corporation*

**Defendant**

**Gardner Denver**                       represented by **Emily Zapotocny**
*a corporation*                                           Segal McCambridge Singer & Mahoney,
                                                          Ltd.
                                                          Sears Tower
                                                          233 S. Wacker Drive, Ste 5500
                                                          Chicago, IL 60606
                                                          312-645-8438
                                                          Email: ezapotocny@smsm.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**General Electric Company**
*a corporation*

**Defendant**

**General Refractories Company**
*a corporation*

**Defendant**

**Georgia Pacific, LLC**
*a corporation*

**Defendant**

**Goulds Pumps, Inc.**
*a corporation*

**Defendant**

**Honeywell International Inc.**
*a corporation*

**Defendant**

**ITT Corporation**
*a corporation*

**Defendant**

**Ingersoll Rand Company**                    represented by    **Daniel Alexander Manna**
*a corporation*                                                (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**John Crane Inc.**
*a corporation*

**Defendant**

**Kadant Black Clawson, Inc.**
*as successor to Black Clawson, Inc., a*
*corporation*

**Defendant**

**M-E-C Company**
*a corporation*

**Defendant**

**Maremont Corporation**                      represented by    **Daniel Alexander Manna**
*a corporation*                                                (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Metso Paper U.S.A., Inc.**
*a corporation*

**Defendant**

**Michelin North America, Inc.**
*as successor to Uniroyal, Inc., a*
*corporation*

**Defendant**

**Minnesota Mining and**                      represented by    **Edward J. McCambridge**
**Manufacturing Co.**                                         Segal McCambridge Singer & Mahoney,
*a corporation*                                              Ltd.
                                                              Sears Tower
                                                              233 S. Wacker Drive, Ste 5500
                                                              Chicago, IL 60606
                                                              312-645-7800x7803

Fax: 312-645-7811
Email: EMcCambridge@smsm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Motion Industries, Inc.**
*as successor to Wisconsin Bearing*
*Company, a corporation*

**Defendant**

**Mount Vernon Mills, Inc.**
*a corporation*

**Defendant**

**Navistar Inc.**
*a corporation*

**Defendant**

**Oakfabco Inc.**
*a corporation*

**Defendant**

**Owens-Illinois Inc.**
*a corporation*

**Defendant**

**Parker-Hannifin Corporation**
*a corporation*

**Defendant**

**Patterson Pump Company**
*a corporation*

**Defendant**

**Peerless Pump Company**                    represented by **Mark S. DesRochers**
*a corporation*                                             Celba & DesRochers, LLP
                                                            600 East Northland Avenue
                                                            Appleton, WI 54911
                                                            920-882-1600
                                                            Fax: 920-882-0232
                                                            Email: markdesrochers1@gmail.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Pentair Pump Group, Inc.**
*Individually and as successor to Aurora*

Pumps, a corporation

**Defendant**

**Pneumo Abex Corporation**
*a corporation*

**Defendant**

**Rapid American Corporation**                 represented by   **Mark Russell Feldmann**
*a corporation*                                                 Menn Law Firm, Ltd.
                                                                2501 East Enterprise Avenue
                                                                P.O. Box 785
                                                                Appleton, WI 54912-0785
                                                                920-731-6631
                                                                Fax: 920-560-4745
                                                                Email: mark-feldmann@mennlaw.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Sandusky International, Inc.**                represented by   **Terri L. Weber**
*a corporation*                                                 Nash, Spindler, Grimstad &
                                                                McCracken, LLP
                                                                4221 Michigan Avenue
                                                                Manitowoc, WI 54220
                                                                920-684-3321x323
                                                                Fax: 920-684-0544
                                                                Email: TWeber@Nashlaw.com
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Standco Industries, Inc.**
*a corporation*

**Defendant**

**The Marley-Wylain Company**                  represented by   **Edward J. McCambridge**
*a corporation*                                                 (See above for address)
*also known as*                                                 *LEAD ATTORNEY*
Weil-McLain Company                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**The Orr Felt Company**
*a corporation*

**Defendant**

**Trane U.S. Inc.**                            represented by   **Daniel Alexander Manna**
*a corporation*                                                 (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

3/10/2011 11:18 AM

**Defendant**

**Union Carbide Corporation**
*a corporation*

represented by **Daniel Alexander Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Viking Pump Inc.**
*a corporation*

**Defendant**

**Warren Pumps**
*a corporation*

**Defendant**

**Xerium Technologies, Inc.**
*as successor to Weavexx Corporation,*
*a corporation*

**Defendant**

**Zurn Industries**
*a corporation*

represented by **Emily Zapotocny**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Sandusky International, Inc.**
*a corporation*

represented by **Terri L. Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**A.W. Chesterton Company**
*a corporation*

represented by **Adam J Jagadich**
Segal, McCambridge Singer & Mahoney
Willis Tower
233 S. Wacker Drive
Suite 5500
Chicago, IL 60606
312-645-7811
Fax: 312-645-7711
Email: ajagadich@smsm.com
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Albany Felt Company Inc.**
*a corporation*

**Cross Defendant**

**Alfa Laval, Inc.**
*a corporation*

**Cross Defendant**

**Bayer Crop Science, Inc.**                    represented by **Daniel Alexander Manna**
*as successor to Rhone-Poulenc AG*                              (See above for address)
*Company Inc. & Benjamin-Foster, Inc.,*                         *ATTORNEY TO BE NOTICED*
*a corporation*

**Cross Defendant**

**Bechtel Corporation**
*a corporation*

**Cross Defendant**

**Borg-Warner Inc.**
*a corporation*

**Cross Defendant**

**Brake Supply Company, Inc.**
*a corporation*

**Cross Defendant**

**Brandon Drying Fabrics, Inc.**
*a corporation*

**Cross Defendant**

**Buffalo Pumps, Inc.**
*a corporation*

**Cross Defendant**

**CBS Corporation**
*a corporation*

**Cross Defendant**

**Ceco Friction Products, Inc.**
*a corporation*

**Cross Defendant**

**Certainteed Corporation**                      represented by **Daniel Alexander Manna**
*a corporation*                                                  (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cornell Pump Company**
*a corporation*

**Cross Defendant**

**Crane Co.**
*a corporation*

<u>**Cross Defendant**</u>

**Eaton Electrical, Inc.**
*as successor to Cutler-Hammer Inc., a*
*corporation*

<u>**Cross Defendant**</u>

**Fenner, Inc.**
*a corporation*

<u>**Cross Defendant**</u>

**Flowserve US Inc.**
*Inidividually and as successor to*
*Worthington Pumps, Inc., a*
*corporation*

<u>**Cross Defendant**</u>

**Foster Wheeler LLC**
*a corporation*

<u>**Cross Defendant**</u>

**Gardner Denver**
*a corporation*

<u>**Cross Defendant**</u>

**General Electric Company**
*a corporation*

<u>**Cross Defendant**</u>

**General Refractories Company**
*a corporation*

<u>**Cross Defendant**</u>

**Georgia Pacific, LLC**
*a corporation*

<u>**Cross Defendant**</u>

**Goulds Pumps, Inc.**
*a corporation*

<u>**Cross Defendant**</u>

**Honeywell International Inc.**
*a corporation*

<u>**Cross Defendant**</u>

**ITT Corporation**
*a corporation*

<u>**Cross Defendant**</u>

**Ingersoll Rand Company**                    represented by **Daniel Alexander Manna**
*a corporation*                                (See above for address)
                                               *ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**John Crane Inc.**
*a corporation*

<u>**Cross Defendant**</u>

**Kadant Black Clawson, Inc.**
*as successor to Black Clawson, Inc., a*
*corporation*

<u>**Cross Defendant**</u>

**M-E-C Company**
*a corporation*

<u>**Cross Defendant**</u>

**Maremont Corporation**                      represented by **Daniel Alexander Manna**
*a corporation*                                (See above for address)
                                               *ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**Metso Paper U.S.A., Inc.**
*a corporation*

<u>**Cross Defendant**</u>

**Michelin North America, Inc.**
*as successor to Uniroyal, Inc., a*
*corporation*

<u>**Cross Defendant**</u>

**Minnesota Mining and**                      represented by **Edward J. McCambridge**
**Manufacturing Co.**                          (See above for address)
*a corporation*                                *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Adam J Jagadich**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

3/10/2011 11:18 AM

**Motion Industries, Inc.**
*as successor to Wisconsin Bearing*
*Company, a corporation*

<u>**Cross Defendant**</u>

**Mount Vernon Mills, Inc.**
*a corporation*

<u>**Cross Defendant**</u>

**Navistar Inc.**
*a corporation*

<u>**Cross Defendant**</u>

**Oakfabco Inc.**
*a corporation*

<u>**Cross Defendant**</u>

**Owens-Illinois Inc.**
*a corporation*

<u>**Cross Defendant**</u>

**Parker-Hannifin Corporation**
*a corporation*

<u>**Cross Defendant**</u>

**Patterson Pump Company**
*a corporation*

<u>**Cross Defendant**</u>

**Peerless Pump Company**
*a corporation*

<u>**Cross Defendant**</u>

**Pentair Pump Group, Inc.**
*Individually and as successor to Aurora*
*Pumps, a corporation*

<u>**Cross Defendant**</u>

**Pneumo Abex Corporation**
*a corporation*

<u>**Cross Defendant**</u>

**Rapid American Corporation**          represented by **Mark Russell Feldmann**
*a corporation*                                         (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**Standco Industries, Inc.**
*a corporation*

**Cross Defendant**

**The Marley-Wylain Company**
*a corporation*

**Cross Defendant**

**The Orr Felt Company**
*a corporation*

**Cross Defendant**

**Trane U.S. Inc.**                              represented by **Daniel Alexander Manna**
*a corporation*                                                (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Union Carbide Corporation**                    represented by **Daniel Alexander Manna**
*a corporation*                                                (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Viking Pump Inc.**
*a corporation*

**Cross Defendant**

**Warren Pumps**
*a corporation*

**Cross Defendant**

**Xerium Technologies, Inc.**
*as successor to Weavexx Corporation,*
*a corporation*

**Cross Defendant**

**Zurn Industries**
*a corporation*

**Cross Claimant**

**Peerless Pump Company**                        represented by **Mark S. DesRochers**
*a corporation*                                                (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**A.W. Chesterton Company**
*a corporation*

**Cross Defendant**

**Albany Felt Company Inc.**
*a corporation*

**Cross Defendant**

**Alfa Laval, Inc.**
*a corporation*

**Cross Defendant**

**Bayer Crop Science, Inc.**                    represented by **Daniel Alexander Manna**
*as successor to Rhone-Poulenc AG*                            (See above for address)
*Company Inc. & Benjamin-Foster, Inc.,*                       *ATTORNEY TO BE NOTICED*
*a corporation*

**Cross Defendant**

**Bechtel Corporation**
*a corporation*

**Cross Defendant**

**Borg-Warner Inc.**                            represented by **Scott John Thomsen**
*a corporation*                                               (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Brake Supply Company, Inc.**
*a corporation*

**Cross Defendant**

**Brandon Drying Fabrics, Inc.**
*a corporation*

**Cross Defendant**

**Buffalo Pumps, Inc.**
*a corporation*

**Cross Defendant**

**CBS Corporation**
*a corporation*

**Cross Defendant**

**Ceco Friction Products, Inc.**
*a corporation*

**Cross Defendant**

**Certainteed Corporation**
*a corporation*

represented by **Daniel Alexander Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cornell Pump Company**
*a corporation*

**Cross Defendant**

**Crane Co.**
*a corporation*

**Cross Defendant**

**Eaton Electrical, Inc.**
*as successor to Cutler-Hammer Inc., a corporation*

**Cross Defendant**

**Fenner, Inc.**
*a corporation*

**Cross Defendant**

**Flowserve US Inc.**
*Inidividually and as successor to Worthington Pumps, Inc., a corporation*

**Cross Defendant**

**Foster Wheeler LLC**
*a corporation*

**Cross Defendant**

**Gardner Denver**
*a corporation*

represented by **Emily Zapotocny**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**General Electric Company**
*a corporation*

**Cross Defendant**

**General Refractories Company**
*a corporation*

**Cross Defendant**

**Georgia Pacific, LLC**
*a corporation*

**Cross Defendant**

**Goulds Pumps, Inc.**
*a corporation*

**Cross Defendant**

**Honeywell International Inc.**
*a corporation*

**Cross Defendant**

**ITT Corporation**
*a corporation*

**Cross Defendant**

**Ingersoll Rand Company**                        represented by **Daniel Alexander Manna**
*a corporation*                                                    (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**John Crane Inc.**
*a corporation*

**Cross Defendant**

**Kadant Black Clawson, Inc.**
*as successor to Black Clawson, Inc., a*
*corporation*

**Cross Defendant**

**M-E-C Company**
*a corporation*

**Cross Defendant**

**Maremont Corporation**                          represented by **Daniel Alexander Manna**
*a corporation*                                                    (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Metso Paper U.S.A., Inc.**
*a corporation*

**Cross Defendant**

**Michelin North America, Inc.**
*as successor to Uniroyal, Inc., a*
*corporation*

**Cross Defendant**

**Minnesota Mining and**                          represented by **Edward J. McCambridge**
**Manufacturing Co.**                                             (See above for address)

_a corporation_

LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Cross Defendant**

**Motion Industries, Inc.**
_as successor to Wisconsin Bearing_
_Company, a corporation_

**Cross Defendant**

**Mount Vernon Mills, Inc.**
_a corporation_

**Cross Defendant**

**Navistar Inc.**                    represented by  **Adam J Jagadich**
_a corporation_                                     (See above for address)
                                                    ATTORNEY TO BE NOTICED

**Cross Defendant**

**Oakfabco Inc.**
_a corporation_

**Cross Defendant**

**Owens-Illinois Inc.**
_a corporation_

**Cross Defendant**

**Parker-Hannifin Corporation**
_a corporation_

**Cross Defendant**

**Patterson Pump Company**
_a corporation_

**Cross Defendant**

**Peerless Pump Company**              represented by  **Mark S. DesRochers**
_a corporation_                                      (See above for address)
                                                     ATTORNEY TO BE NOTICED

**Cross Defendant**

**Pentair Pump Group, Inc.**
_Individually and as successor to Aurora_
_Pumps, a corporation_

**Cross Defendant**

**Pneumo Abex Corporation**
_a corporation_

3/10/2011 11:18 AM

**Cross Defendant**

**Rapid American Corporation**
*a corporation*

represented by **Mark Russell Feldmann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Sandusky International, Inc.**
*a corporation*

represented by **Terri L. Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Standco Industries, Inc.**
*a corporation*

**Cross Defendant**

**The Marley-Wylain Company**
*a corporation*

**Cross Defendant**

**The Orr Felt Company**
*a corporation*

**Cross Defendant**

**Trane U.S. Inc.**
*a corporation*

represented by **Daniel Alexander Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Union Carbide Corporation**
*a corporation*

represented by **Daniel Alexander Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Viking Pump Inc.**
*a corporation*

**Cross Defendant**

**Warren Pumps**
*a corporation*

**Cross Defendant**

**Xerium Technologies, Inc.**
*as successor to Weavexx Corporation,*
*a corporation*

**Cross Defendant**

3/10/2011 11:18 AM

**Zurn Industries**    represented by **Emily Zapotocny**
*a corporation*    (See above for address)
    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2011 | | Case non-randomly assigned to Magistrate Judge Stephen L. Crocker. (arw) (Entered: 01/25/2011) |
| 01/25/2011 | 1 | COMPLAINT against A.W. Chesterton Company, Albany Felt Company Inc., Alfa Laval, Inc., Bayer Crop Science, Inc., Bechtel Corporation, Borg-Warner Inc., Brake Supply Company, Inc., Brandon Drying Fabrics, Inc., Buffalo Pumps, Inc., CBS Corporation, Ceco Friction Products, Inc., Certainteed Corporation, Cornell Pump Company, Crane Co., Eaton Electrical, Inc., Fenner, Inc., Flowserve US Inc., Foster Wheeler LLC, Gardner Denver, General Electric Company, General Refractories Company, Georgia Pacific, LLC, Goulds Pumps, Inc., Honeywell International Inc., ITT Corporation, Ingersoll Rand Company, John Crane Inc., Kadant Black Clawson, Inc., M-E-C Company, Maremont Corporation, Metso Paper U.S.A., Inc., Michelin North America, Inc., Minnesota Mining and Manufacturing Co., Motion Industries, Inc., Mount Vernon Mills, Inc., Navistar Inc., Oakfabco Inc., Owens-Illinois Inc., Parker-Hannifin Corporation, Patterson Pump Company, Peerless Pump Company, Pentair Pump Group, Inc., Pneumo Abex Corporation, Rapid American Corporation, Sandusky International, Inc., Standco Industries, Inc., The Marley-Wylain Company, The Orr Felt Company, Trane U.S. Inc., Union Carbide Corporation, Viking Pump Inc., Warren Pumps, Xerium Technologies, Inc., Zurn Industries. Service to be completed by Waiver of Service of Summons. (Filing fee $ 350 receipt number 0758-695298), filed by Mary Ann Behr. (Attachments: # 1 JS-44 Civil Cover Sheet, # 2 Exhibit A - Defendants' Home States and Principal Places of Business, # 3 Exhibit B - Decedent's Work History) (Cascino, Michael) Added exhibit descriptions on 1/26/2011 (jas). (Entered: 01/25/2011) |
| 01/25/2011 | 2 | Notice by Plaintiff Mary Ann Behr. (Cascino, Michael) (Entered: 01/25/2011) |
| 01/25/2011 | 3 | Corporate Disclosure Statement by Plaintiff Mary Ann Behr (Cascino, Michael) (Entered: 01/25/2011) |
| 01/26/2011 | | Standard attachments for Magistrate Judge Stephen L. Crocker required to be served on all parties with summons or waiver of service: Briefing Guidelines, Corporate Disclosure Statement, Order Regarding Assignment of Civil Cases, Notice of Assignment to a Magistrate Judge and Consent/Request for Reassignment, Order on Dispositive Motions. (krj) (Entered: 01/26/2011) |

| 02/21/2011 | 4 | Notice of Appearance filed by Edward J. McCambridge for Defendant Minnesota Mining and Manufacturing Co. (McCambridge, Edward) (Entered: 02/21/2011) |
| --- | --- | --- |
| 02/26/2011 | 5 | Notice of Appearance filed by Mark Russell Feldmann for Defendant Rapid American Corporation (Feldmann, Mark) (Entered: 02/26/2011) |
| 02/26/2011 | 6 | Certificate of Service by Defendant Rapid American Corporation (Feldmann, Mark) (Entered: 02/26/2011) |
| 03/03/2011 | 7 | Notice of Appearance filed by Terri L. Weber for Defendant Sandusky International, Inc. (Weber, Terri) (Entered: 03/03/2011) |
| 03/03/2011 | 8 | ANSWER with Jury Demand, CROSSCLAIM *and Answer to All Cross-Claims* by Defendant Sandusky International, Inc. (Weber, Terri) Modified docket text on 3/4/2011 (jas/p/c). (Entered: 03/03/2011) |
| 03/03/2011 | 9 | ANSWER by Cross Defendant Bayer Crop Science, Inc., Defendant Bayer Crop Science, Inc.. (Manna, Daniel) (Entered: 03/03/2011) |
| 03/03/2011 | 10 | Corporate Disclosure Statement by Cross Defendant Bayer Crop Science, Inc., Defendant Bayer Crop Science, Inc. (Manna, Daniel) (Entered: 03/03/2011) |
| 03/03/2011 | 11 | ANSWER by Cross Defendant Certainteed Corporation, Defendant Certainteed Corporation. (Manna, Daniel) (Entered: 03/03/2011) |
| 03/03/2011 | 12 | Corporate Disclosure Statement by Cross Defendant Certainteed Corporation, Defendant Certainteed Corporation (Manna, Daniel) (Entered: 03/03/2011) |
| 03/03/2011 | 13 | ANSWER by Defendants Ingersoll Rand Company, Trane U.S. Inc., Cross Defendants Ingersoll Rand Company, Trane U.S. Inc. (Manna, Daniel) Modified on 3/4/2011 (jas/t). (Entered: 03/03/2011) |
| 03/03/2011 | 14 | Corporate Disclosure Statement by Defendant Ingersoll Rand Company, Cross Defendant Ingersoll Rand Company (Manna, Daniel) (Entered: 03/03/2011) |
| 03/03/2011 | 15 | Corporate Disclosure Statement by Cross Defendant Trane U.S. Inc., Defendant Trane U.S. Inc. (Manna, Daniel) (Entered: 03/03/2011) |
| 03/03/2011 | 16 | ANSWER by Defendant Maremont Corporation, Cross Defendant Maremont Corporation. (Manna, Daniel) (Entered: 03/03/2011) |
| 03/03/2011 | 17 | Corporate Disclosure Statement by Defendant Maremont Corporation, Cross Defendant Maremont Corporation (Manna, Daniel) (Entered: 03/03/2011) |
| 03/03/2011 | 18 | ANSWER by Cross Defendant Union Carbide Corporation, Defendant Union Carbide Corporation. (Manna, Daniel) (Entered: 03/03/2011) |
| 03/03/2011 | 19 | Corporate Disclosure Statement by Cross Defendant Union Carbide Corporation, Defendant Union Carbide Corporation (Manna, Daniel) |

| | | |
|---|---|---|
| | | (Entered: 03/03/2011) |
| 03/03/2011 | 20 | Certificate of Service (Manna, Daniel) Modified docket text on 3/4/2011 (jas/p). (Entered: 03/03/2011) |
| 03/04/2011 | 21 | ANSWER with Jury Demand by Defendant Borg-Warner Inc. (Thomsen, Scott) Modified on 3/7/2011 (jas/t). (Entered: 03/04/2011) |
| 03/04/2011 | 22 | Notice of Appearance filed by Scott John Thomsen for Defendant Borg-Warner Inc. (Thomsen, Scott) (Entered: 03/04/2011) |
| 03/04/2011 | 23 | Corporate Disclosure Statement by Defendant Borg-Warner Inc. (Thomsen, Scott) (Entered: 03/04/2011) |
| 03/04/2011 | 24 | Certificate of Service by Defendant Borg-Warner Inc. (Thomsen, Scott) (Entered: 03/04/2011) |
| 03/04/2011 | 25 | Notice of Appearance filed by Emily Zapotocny for Defendant Zurn Industries (Zapotocny, Emily) (Entered: 03/04/2011) |
| 03/04/2011 | 26 | Notice of Appearance filed by Emily Zapotocny for Defendant Gardner Denver (Zapotocny, Emily) (Entered: 03/04/2011) |
| 03/07/2011 | 27 | **MOTION TO DISMISS** *Pursuant to FRCP 12(b) (6)* by Defendant Minnesota Mining and Manufacturing Co. Brief in Opposition due 3/28/2011. Brief in Reply due 4/7/2011. (Attachments: # 1 Text of Proposed Order) (McCambridge, Edward) Modified attachment text on 3/8/2011 (jas). (Entered: 03/07/2011) |
| 03/07/2011 | 28 | ANSWER, CROSSCLAIM *Motion to Dismiss, Answer to Cross Claim* against A.W. Chesterton Company, Albany Felt Company Inc., Alfa Laval, Inc., Bayer Crop Science, Inc., Bechtel Corporation, Borg-Warner Inc., Brake Supply Company, Inc., Brandon Drying Fabrics, Inc., Buffalo Pumps, Inc., CBS Corporation, Ceco Friction Products, Inc., Certainteed Corporation, Cornell Pump Company, Crane Co., Eaton Electrical, Inc., Fenner, Inc., Flowserve US Inc., Foster Wheeler LLC, Gardner Denver, General Electric Company, General Refractories Company, Georgia Pacific, LLC, Goulds Pumps, Inc., Honeywell International Inc., ITT Corporation, Ingersoll Rand Company, John Crane Inc., Kadant Black Clawson, Inc., M-E-C Company, Maremont Corporation, Metso Paper U.S.A., Inc., Michelin North America, Inc., Minnesota Mining and Manufacturing Co., Motion Industries, Inc., Mount Vernon Mills, Inc., Navistar Inc., Oakfabco Inc., Owens-Illinois Inc., Parker-Hannifin Corporation, Patterson Pump Company, Peerless Pump Company, Pentair Pump Group, Inc., Pneumo Abex Corporation, Rapid American Corporation, Sandusky International, Inc., Standco Industries, Inc., The Marley-Wylain Company, The Orr Felt Company, Trane U.S. Inc., Union Carbide Corporation, Viking Pump Inc., Warren Pumps, Xerium Technologies, Inc., Zurn Industries by Defendant Peerless Pump Company. (Attachments: # 1 Certificate of Service) (DesRochers, Mark) Requested attorney refile |

| | | separate motion to dismiss and answer to cross claims and modified docket text on 3/8/2011 (jas/p). (Entered: 03/07/2011) |
|---|---|---|
| 03/08/2011 | 29 | Notice of Appearance filed by Edward J. McCambridge for Defendant The Marley-Wylain Company (McCambridge, Edward) (Entered: 03/08/2011) |
| 03/08/2011 | 30 | **MOTION TO DISMISS** by Defendant The Marley-Wylain Company. Brief in Opposition due 3/29/2011. Brief in Reply due 4/8/2011. (McCambridge, Edward) (Entered: 03/08/2011) |
| 03/09/2011 | 31 | Notice of Appearance filed by Adam J Jagadich for Cross Defendant A.W. Chesterton Company (Jagadich, Adam) (Entered: 03/09/2011) |
| 03/09/2011 | 32 | Notice of Appearance filed by Adam J Jagadich for Cross Defendant Minnesota Mining and Manufacturing Co. (Jagadich, Adam) (Entered: 03/09/2011) |
| 03/10/2011 | 33 | Notice of Appearance filed by Adam J Jagadich for Cross Defendant Navistar Inc. (Jagadich, Adam) (Entered: 03/10/2011) |
| 03/10/2011 | 34 | Letter to MDL court re possible tag-along case. (krj) (Entered: 03/10/2011) |

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

Mary Ann Behr,  individually and as Special
Administrator of the Estate of Clifford J Behr,
Deceased

                    Plaintiff,

      v.

A.W. Chesterton Company, a corporation,
Albany Felt Company Inc., a corporation,
Alfa Laval, Inc., a corporation,
Bayer Crop Science, Inc., as successor to
Rhone-Poulenc AG Company Inc. &
Benjamin-Foster, Inc., a corporation,
Bechtel Corporation, a corporation,
Borg-Warner Inc., a corporation,
Brake Supply Company, Inc., a corporation,
Brandon Drying Fabrics, Inc., a corporation,
Buffalo Pumps, Inc., a corporation,
CBS Corporation, a corporation,
Ceco Friction Products, Inc., a corporation,
Certainteed Corporation, a corporation,
Cornell Pump Company, a corporation,
Crane Co., a corporation,
Eaton Electrical, Inc., as successor to
Cutler-Hammer Inc., a corporation,
Fenner, Inc., a corporation,
Flowserve US Inc, Individually and as
Successor to Worthington Pumps, Inc., a
corporation,
Foster Wheeler LLC, a corporation,
Gardner Denver, a corporation,
General Electric Company, a corporation,
General Refractories Company, a corporation,
Georgia Pacific, LLC, a corporation,
Goulds Pumps, Inc., a corporation,
Honeywell International Inc., a corporation,
ITT Corporation, a corporation,
Ingersoll Rand Company, a corporation,
John Crane Inc., a corporation,
Kadant Black Clawson, Inc., as successor to
Black Clawson, Inc., a corporation,
M-E-C Company, a corporation,

Case No.

Maremont Corporation, a corporation,
Metso Paper U.S.A., Inc., a corporation,
Michelin North America, Inc., as successor to
Uniroyal, Inc., a corporation,
Minnesota Mining and Manufacturing Co., a
corporation,
Motion Industries, Inc., as successor to
Wisconsin Bearing Company, a corporation,
Mount Vernon Mills, Inc., a corporation,
Navistar Inc., a corporation,
Oakfabco Inc., a corporation,
Owens-Illinois Inc., a corporation,
Parker-Hannifin Corporation, a corporation,
Patterson Pump Company, a corporation,
Peerless Pump Company, a corporation,
Pentair Pump Group, Inc., Individually and as
Successor to Aurora Pumps, a corporation,
Pneumo Abex Corporation, a corporation,
Rapid American Corporation, a corporation,
Sandusky International, Inc., a corporation,
Standco Industries, Inc., a corporation,
The Marley-Wylain Company a/k/a/
Weil-McLain Company, a corporation,
The Orr Felt Company, a corporation,
Trane U.S. Inc., a corporation,
Union Carbide Corporation, a corporation,
Viking Pump Inc, a corporation,
Warren Pumps, a corporation,
Xerium Technologies, Inc., as successor to
Weavexx Corporation, a corporation,
Zurn Industries, a corporation,

                                    Defendants.

## **COMPLAINT**

Now comes the plaintiff, Mary Ann Behr, (hereinafter "Plaintiff"), individually and as Special

Administrator of the Estate of Clifford J Behr (hereinafter "Decedent"), by and through her attorneys, Cascino

Vaughan Law Offices, Ltd., and complains against defendants A.W. Chesterton Company, a corporation,

Albany Felt Company Inc., a corporation, Alfa Laval, Inc., a corporation, Bayer Crop Science, Inc.,

as successor to Rhone-Poulenc AG Company Inc. & Benjamin-Foster, Inc., a corporation, Bechtel

Corporation, a corporation, Borg-Warner Inc., a corporation, Brake Supply Company, Inc., a corporation, Brandon Drying Fabrics, Inc., a corporation, Buffalo Pumps, Inc., a corporation, CBS Corporation, a corporation, Ceco Friction Products, Inc., a corporation, Certainteed Corporation, a corporation, Cornell Pump Company, a corporation, Crane Co., a corporation, Eaton Electrical, Inc., as successor to Cutler-Hammer Inc., a corporation, Fenner, Inc., a corporation, Flowserve US Inc, Individually and as Successor to Worthington Pumps, Inc., a corporation, Foster Wheeler LLC, a corporation, Gardner Denver, a corporation, General Electric Company, a corporation, General Refractories Company, a corporation, Georgia Pacific, LLC, a corporation,

Goulds Pumps, Inc., a corporation, Honeywell International Inc., a corporation, ITT Corporation, a corporation, Ingersoll Rand Company, a corporation, John Crane Inc., a corporation, Kadant Black Clawson, Inc., as successor to Black Clawson, Inc., a corporation, M-E-C Company, a corporation, Maremont Corporation, a corporation, Metso Paper U.S.A., Inc., a corporation, Michelin North America, Inc., as successor to Uniroyal, Inc., a corporation, Minnesota Mining and Manufacturing Co., a corporation, Motion Industries, Inc., as successor to Wisconsin Bearing Company, a corporation, Mount Vernon Mills, Inc., a corporation, Navistar Inc., a corporation, Oakfabco Inc., a corporation, Owens-Illinois Inc., a corporation, Parker-Hannifin Corporation, a corporation,

Patterson Pump Company, a corporation, Peerless Pump Company, a corporation, Pentair Pump Group, Inc., Individually and as Successor to Aurora Pumps, a corporation, Pneumo Abex Corporation, a corporation, Rapid American Corporation, a corporation, Sandusky International, Inc., a corporation, Standco Industries, Inc., a corporation, The Marley-Wylain Company a/k/a/ Weil-McLain Company, a corporation, The Orr Felt Company, a corporation, Trane U.S. Inc., a corporation, Union Carbide Corporation, a corporation, Viking Pump Inc, a corporation, Warren Pumps, a corporation, Xerium Technologies, Inc., as successor to Weavexx Corporation, a corporation, Zurn Industries, a corporation, as follows:

## JURISDICTION

1.  Plaintiff Mary Ann Behr is the wife of decedent, Clifford J Behr, and resides in Plover, Wisconsin.

2.  Decedent was an adult citizen and resident of Wisconsin.

3.  Decedent passed away on 11/25/2010.

4.  Defendants are all corporations, none of which is incorporated in or has its principal place of business in the State of Wisconsin, and at all times relevant to the allegations contained herein were engaged in the business of designing, manufacturing, mining and selling asbestos and/or asbestos-containing products and/or asbestos-insulated equipment, hereinafter referred to as "asbestos products." Please refer to the attached Exhibit A for the state of incorporation and principal place of business of each defendant.

5.  Jurisdiction is based on diversity of citizenship of the parties hereto under Title 28, United States Code, §1332.

6.  The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

7.  Venue is proper pursuant to Title 28, United States Code, §1391.

## GENERAL ALLEGATIONS

8.  Decedent during the course of his employment as a paper mill worker at various job sites, including those listed on the attached Exhibit B was exposed to asbestos dust or fibers emanating from the asbestos products and/or asbestos insulated equipment which was sold, manufactured, mined, distributed, packaged, installed or otherwise placed into commerce by defendants.

9.  Decedent was ignorant of the dangerous nature of asbestos and of the nature of the risks incurred by workers working with or near asbestos products.

10. Decedent became aware of the asbestos-related condition and that said condition was caused by Defendants' wrongful conduct within the statute of limitations before the filing of this action.

11.  As a direct and proximate result of the conduct of Defendants, Decedent developed and had been diagnosed with lung cancer on 3/8/2010.

12.  Decedent suffered great pain, physical impairment, great mental pain and anguish, is liable for large sums of money for medical and hospital care, and suffered losses to his personal property and possessions.

## COUNT I - PRODUCTS LIABILITY - NEGLIGENCE

13.  Plaintiff brings this count for negligence against all defendants and incorporates by reference all general allegations.

14.  It was reasonably foreseeable that decedent and other workers would be working with or in the proximity of defendants' asbestos products and be exposed to airborne asbestos fibers.

15.  Defendants had a duty to exercise reasonable care for the safety of decedent and others who worked with or were exposed to the defendants' asbestos products.

16.  Defendants knew or in the exercise of ordinary or reasonable care ought to have known asbestos causes disease and or death, and that Decedent did not know that asbestos products were dangerous or harmful at the time of his exposures.

17.  Each defendant breached its duty of care and was negligent, including without limitation in one or more of the following acts or omissions:

   a.  Failed to adequately warn Decedent or others of the health hazards of asbestos;

   b.  Failed to warn Decedent or others of the danger and harm of the asbestos after the products or equipment were installed at the premises;

   c.  Failed to investigate or test for the health effects of asbestos prior to distribution and sale;

   d.  Failed to instruct Decedent, his employers or others in the use of precautionary measures relating to asbestos-containing products and/or asbestos-insulated equipment; and/or

     e.      Manufactured, mined, supplied, or installed unsafe asbestos-containing products or asbestos-insulated equipment.

18.    As a direct and proximate result of the acts and omissions of the product defendants above, Decedent was injured as described above.

## COUNT II – PRODUCT LIABILITY - UNREASONABLY DANGEROUS PRODUCT

19.    This cause of action is asserted against the manufacturing and supplying defendants.

20.    The defendants' above-described asbestos products were manufactured, supplied and installed in an unreasonably dangerous condition presenting dangers to the life and health of the ultimate users thereof and to persons in the position of the Decedent.

21.    At all relevant times, the defendants placed their asbestos products on the market knowing that they would be used without inspection for such unreasonably dangerous defects and defendants expected such asbestos products to reach Decedent and other users and consumers without substantial change in the condition they were in when sold.

22.    Decedent removed, installed, used and/or handled, or was otherwise exposed to, the supplying defendants' asbestos products in the conditions in which they left the possession or control of such defendants and in a manner that was reasonably foreseeable and/or anticipated by such defendants.

23.    Defendants manufactured, supplied or installed a product, or equipment, that was unreasonably dangerous in nature in that it contained asbestos, and in particular:

     a.      Was not accompanied by an adequate warning relating to the health hazards of asbestos products;

     b.      Was not accompanied by instructions concerning precautionary measures to be taken to minimize the risk of health hazards associated with asbestos products;

     c.      Was not subjected to adequate investigation regarding its hazards to health; and

     d.      Was improperly designed with, or specified for, the use of asbestos as opposed to non-asbestos substitutes.

24.     Decedent's exposure to the unreasonably dangerous products manufactured, supplied and
        installed by the defendants proximately caused injuries set forth above.

### COUNT III – DECLARATORY JUDGMENT

25.     Defendants' conduct alleged herein occurred many years before certain changes in the
        Wisconsin Statutes affecting the law of joint and several liability, as set forth in
        §§895.045(1) and 895.85, Wis. Stats., were enacted as part of so-called "tort reform" in
        1995.

26.     Retroactive application of the 1995 legislation purporting to apply to the new versions of
        §§895.045(1) and 895.86, Wis. Stats, to defendants' tortious acts, which occurred many
        years before the effective date of such legislation, merely because this lawsuit was filed after
        the effective date of such legislation, would materially and adversely affect the interests of
        plaintiff in this matter.

27.     Retroactive application of the current versions of §§895.045(1) and 895.85, Wis. Stats., to
        the facts of this case would be unreasonable and unconstitutional, in violation of Article I,
        §10 and the Fifth and Fourteenth Amendments of the Constitution of the United States, and
        in violation of Article IV, §17(2) of the Constitution of the State of Wisconsin, and contrary
        to the Supreme Court of Wisconsin's ruling in Martin v. Richards, 192 Wis. 2d 156, (Docket
        #91-0016, 1995).

### WRONGFUL DEATH

28.     Plaintiff brings this count for wrongful death against all defendants and incorporates by
        reference all allegations 1 through 27 above.

29.     Defendants' actions, jointly and severally, as described in the preceding paragraphs,
        caused the wrongful death of decedent  and loss of society and companionship, funeral,

medical and other expenses, pecuniary damages and other damages have been suffered

by Decedent and plaintiff.

### PRAYER FOR RELIEF

30.  Plaintiff prays for relief as follows:

    a.    Judgment against defendants, jointly and severally, for compensatory and general damages.

    b.    Such further legal and equitable relief as the Court orders to do justice in this case; costs and disbursements of this action.

### JURY TRIAL DEMAND

Plaintiff hereby demands a trial by a jury of 6.


Dated:  January 25, 2011


/S/ Michael P. Cascino
One of the Plaintiff's Attorneys


Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Ph: (312) 944-0600

℠JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Mary Ann Behr, individually as as Special Administrator of the Estate of
Clifford J Behr, deceased,

**DEFENDANTS**
A.W. Chesterton Company, et al.,

**(b)** County of Residence of First Listed Plaintiff  Eau Claire
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave., Chicago, IL 60607
(312) 944-0600

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government
     Plaintiff

☐ 3 Federal Question
     (U.S. Government Not a Party)

☐ 2 U.S. Government
     Defendant

☒ 4 Diversity
     (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES(Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                       and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☒ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original
     Proceeding

☐ 2 Removed from
     State Court

☐ 3 Remanded from
     Appellate Court

☐ 4 Reinstated or
     Reopened

☐ 5 Transferred from
     another district
     (specify)

☐ 6 Multidistrict
     Litigation

☐ 7 Appeal to District
     Judge from
     Magistrate
     Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 28, United States Sec. 1332

Brief description of cause:
Asbestos Injury OCcupational Exposure

**VII. REQUESTED IN
COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $
75,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes   ☐ No

**VIII. RELATED CASE(S)
IF ANY**
(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE  1-24-2011

SIGNATURE OF ATTORNEY OF RECORD
_mile Cass_

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**Exhibit A**
**Defendants' Home States and Principal Places of Business**

| Defendant | Headquarters | Principal Business |
|---|---|---|
| A.W. Chesterton Company | Massachusetts | Massachusetts |
| Albany Felt Company Inc. | New York | New York |
| Alfa Laval, Inc. | New Jersey | Virginia |
| Bayer Crop Science, Inc., as successor to Rhone-Poulenc AG Company Inc. & Benjamin-Foster, Inc. | Delaware | North Carolina |
| Bechtel Corporation | Nevada | California |
| Borg-Warner Inc. | Delaware | Michigan |
| Brake Supply Company, Inc. | Indiana | Indiana |
| Brandon Drying Fabrics, Inc. | Delaware | South Carolina |
| Buffalo Pumps, Inc. | Delaware | New York |
| CBS Corporation | Delaware | Pennsylvania |
| Ceco Friction Products, Inc. | North Carolina | North Carolina |
| Certainteed Corporation | Delaware | Pennsylvania |
| Cornell Pump Company | Delaware | Oregon |
| Crane Co. | Delaware | Connecticut |
| Crane Co. | Delaware | Connecticut |
| Eaton Electrical, Inc., as successor to Cutler-Hammer Inc. | Delaware | Ohio |
| Fenner, Inc. | Delaware | Pennsylvania |
| Flowserve US Inc, Individually and as Successor to Worthington Pumps, Inc. | Delaware | Texas |
| Foster Wheeler LLC | Pennsylvania | New York |
| Gardner Denver | Delaware | Illinois |
| General Electric Company | New York | Connecticut |
| General Refractories Company | Pennsylvania | Pennsylvania |
| Georgia Pacific, LLC | Delaware | Georgia |
| Goulds Pumps, Inc. | Delaware | New York |

| Defendant | Headquarters | Principal Business |
|---|---|---|
| Honeywell International Inc. | Delaware | New Jersey |
| ITT Corporation | Indiana | New York |
| Ingersoll Rand Company | New Jersey | New Jersey |
| John Crane Inc. | Delaware | Illinois |
| Kadant Black Clawson, Inc., as successor to Black Clawson, Inc. | Delaware | Ohio |
| M-E-C Company | Kansas | Kansas |
| Maremont Corporation | Delaware | Michigan |
| Metso Paper U.S.A., Inc. | Delaware | Georgia |
| Michelin North America, Inc., as successor to Uniroyal, Inc. | South Carolina | South Carolina |
| Minnesota Mining and Manufacturing Co. | Delaware | Delware |
| Motion Industries, Inc., as successor to Wisconsin Bearing Company | Delaware | Alabama |
| Mount Vernon Mills, Inc. | Maryland | South Cerolina |
| Navistar Inc. | Delaware | Illinois |
| Oakfabco Inc. | Illinois | Illinois |
| Owens-Illinois Inc. | Delaware | Ohio |
| Parker-Hannifin Corporation | Ohio | Ohio |
| Patterson Pump Company | Ohio | Georgia |
| Peerless Pump Company | Delaware | Indiana |
| Pentair Pump Group, Inc., Individually and as Successor to Aurora Pumps | Minnesota | Minnesota |
| Pneumo Abex Corporation | Delaware | Connecticut |
| Rapid American Corporation | Delaware | New York |
| Sandusky International, Inc. | Ohio | Ohio |
| Standco Industries, Inc. | Delaware | Texas |
| The Marley-Wylain Company a/k/a/ Weil-McLain Company | Delaware | North Carolina |
| The Orr Felt Company | Ohio | Ohio |

| Defendant | Headquarters | Principal Business |
|---|---|---|
| Trane U.S. Inc. | Delaware | New Jersey |
| Union Carbide Corporation | New York | Texas |
| Viking Pump Inc | Delaware | Illinois |
| Warren Pumps | Delaware | New Jersey |
| Xerium Technologies, Inc., as successor to Weavexx Corporation | Delaware | North Carolina |
| Zurn Industries | Delaware | Pennsylvania |

Dbt f ;!4;22.dw 11166.t rd!!!Epdvn f ou$;!2.4!!!!Gjrfe;!1203602!!!Qbhf !2!pg2

**Exhibit B**
Decedent's work history

| SiteLocation | SiteCity | SiteSt | FirstYrId | LastYrId |
|---|---|---|---|---|
| Consolidated Papers | Whiting | WI | 1964 | 2001 |