DIVERSITY, UNCONSENTED

# U.S. District Court
## Western District of Wisconsin (Madison)
## CIVIL DOCKET FOR CASE #: 3:11-cv-00064-slc
## Internal Use Only

| | |
|---|---|
| Brown, Thomas v. A.W. Chesterton Company et al | Date Filed: 01/25/2011 |
| Assigned to: Magistrate Judge Stephen L. Crocker | Jury Demand: Defendant |
| Cause: 28:1332 Diversity-Asbestos Litigation | Nature of Suit: 368 P.I. : Asbestos |
| | Jurisdiction: Diversity |

**Plaintiff**

| **Thomas E. Brown** | represented by | **Michael P. Cascino** |
|---|---|---|
| | | Cascino Vaughan Law Offices, Ltd. |
| | | 220 S. Ashland Avenue |
| | | Chicago, IL 60607 |
| | | 312-944-0600 |
| | | Fax: 312-944-1870 |
| | | Email: michaelp.cascino@gmail.com |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| **A.W. Chesterton Company** | represented by | **Adam J Jagadich** |
|---|---|---|
| *a corporation* | | Segal, McCambridge Singer & Mahoney |
| | | Willis Tower |
| | | 233 S. Wacker Drive |
| | | Suite 5500 |
| | | Chicago, IL 60606 |
| | | 312-645-7811 |
| | | Fax: 312-645-7711 |
| | | Email: ajagadich@smsm.com |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

**Albany Felt Company, Inc.**
*a corporation*

**Defendant**

**Alfa Laval, Inc.**
*a corporation*

**Defendant**

**Bayer Crop Science, Inc.**
*as successor to Rhone-Poulenc AG*
*Company Inc. & Benjamin-Foster, Inc.*

represented by **Daniel Alexander Manna**
Foley & Lardner LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
414-319-7364
Fax: 414-297-4900
Email: dmanna@foley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bechtel Corporation**
*a corporation*

**Defendant**

**Borg-Warner Inc.**
*a corporation*

represented by **Scott John Thomsen**
Siesennop & Sullivan
200 North Jefferson Street, Ste 200
Milwaukee, WI 53202
414-223-1760
Fax: 414-223-1199
Email: sthomsen@s-s-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brake Supply Company, Inc.**
*a corporation*

**Defendant**

**Brandon Drying Fabrics, Inc.**
*a corporation*

**Defendant**

**Buffalo Pumps, Inc.**
*a corporation*

**Defendant**

**CBS Corporation**
*a corporation*

**Defendant**

**Ceco Friction Products, Inc.**
*a corporation*

**Defendant**

**Certainteed Corporation**
*a corporation*

represented by **Daniel Alexander Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cornell Pump Company**
*a corporation*

**Defendant**

**Crane Co.**
*a corporation*

**Defendant**

**Eaton Electrical, Inc.**
*as successor to Cutler-Hammer Inc. , a corporation*

**Defendant**

**Fenner, Inc.**
*a corporation*

**Defendant**

**Flowserve US Inc.**
*Individually and as Successor to Worthington Pumps, Inc., a corporation*

**Defendant**

**Foster Wheeler LLC**
*a corporation*

**Defendant**

**Gardner Denver**
*a corporation*

represented by **Emily Zapotocny**
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower
233 S. Wacker Drive, Ste 5500
Chicago, IL 60606
312-645-8438
Email: ezapotocny@smsm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**General Electric Company**
*a corporation*

**Defendant**

**General Refractories Company**
*a corporation*

**Defendant**

**Georgia Pacific, LLC**
*a corporation*

<u>Defendant</u>

**Goulds Pumps, Inc.**
*a corporation*

<u>Defendant</u>

**Honeywell International, Inc.**
*a corporation*

<u>Defendant</u>

**ITT Corporation**
*a corporation*

<u>Defendant</u>

**Ingersoll Rand Company**                    represented by **Daniel Alexander Manna**
*a corporation*                                               (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**John Crane Inc.**
*a corporation*

<u>Defendant</u>

**Kadant Black Clawson, Inc.**
*as successor to Black Clawson, Inc, a
corporation*

<u>Defendant</u>

**M-E-C Company**
*a corporation*

<u>Defendant</u>

**Maremont Corporation**                       represented by **Daniel Alexander Manna**
*a corporation*                                               (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Metso Paper U.S.A., Inc.**
*a corporation*

<u>Defendant</u>

**Michelin North America, Inc.**
*as successor to Uniroyal, Inc., a
corporation*

<u>Defendant</u>

**Minnesota Mining and
Manufacturing Co.**
*a corporation*

represented by **Edward J. McCambridge**
Segal McCambridge Singer & Mahoney,
Ltd.
Sears Tower
233 S. Wacker Drive, Ste 5500
Chicago, IL 60606
312-645-7800x7803
Fax: 312-645-7811
Email: EMcCambridge@smsm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Motion Industries, Inc.**
*as successor to Wisconsin Bearing
Company, a corporation*

<u>Defendant</u>

**Mount Vernon Mills, Inc.**
*a corporation*

<u>Defendant</u>

**Navistar Inc.**
*a corporation*

<u>Defendant</u>

**Oakfabco Inc.**
*a corporation*

<u>Defendant</u>

**Owens-Illinois Inc.**
*a corporation*

<u>Defendant</u>

**Parker-Hannifin Corporation**
*a corporation*

<u>Defendant</u>

**Patterson Pump Company**
*a corporation*

<u>Defendant</u>

**Peerless Pump Company**
*a corporation*

represented by **Mark S. DesRochers**
Celba & DesRochers, LLP
600 East Northland Avenue
Appleton, WI 54911
920-882-1600

Fax: 920-882-0232
Email: markdesrochers1@gmail.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pentair Pump Group, Inc.**
*Individually and as Successor to
Aurora Pumps, a corporation*

**Defendant**

**Pneumo Abex Corporation**
*a corporation*

**Defendant**

**Rapid American Corporation**                    represented by   **Mark Russell Feldmann**
*a corporation*                                                    Menn Law Firm, Ltd.
                                                                   2501 East Enterprise Avenue
                                                                   P.O. Box 785
                                                                   Appleton, WI 54912-0785
                                                                   920-731-6631
                                                                   Fax: 920-560-4745
                                                                   Email: mark-feldmann@mennlaw.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Sandusky International, Inc.**                   represented by   **Terri L. Weber**
*a corporation*                                                    Nash, Spindler, Grimstad &
                                                                   McCracken, LLP
                                                                   4221 Michigan Avenue
                                                                   Manitowoc, WI 54220
                                                                   920-684-3321x323
                                                                   Fax: 920-684-0544
                                                                   Email: TWeber@Nashlaw.com
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Standco Industries, Inc.**
*a corporation*

**Defendant**

**The Marley-Wylain Company**                      represented by   **Edward J. McCambridge**
*also known as*                                                    (See above for address)
Weil-McLain Company, a corporation                                 *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**The Orr Felt Company**
*a corporation*

<u>**Defendant**</u>
**Trane U.S., Inc.**                    represented by   **Daniel Alexander Manna**
*a corporation*                                          (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>
**Union Carbide Corporation**           represented by   **Daniel Alexander Manna**
*a corporation*                                          (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>
**Viking Pump Inc.**
*a corporation*

<u>**Defendant**</u>
**Warren Pumps**
*a corporation*

<u>**Defendant**</u>
**Xerium Technologies, Inc.**
*as successor to Weavexx Corporation,*
*a corporation*

<u>**Defendant**</u>
**Zurn Industries**                     represented by   **Emily Zapotocny**
*a corporation*                                          (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

<u>**Cross Claimant**</u>
**Sandusky International, Inc.**         represented by   **Terri L. Weber**
*a corporation*                                          (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

V.

<u>**Cross Defendant**</u>
**A.W. Chesterton Company**
*a corporation*

<u>**Cross Defendant**</u>
**Albany Felt Company, Inc.**
*a corporation*

<u>**Cross Defendant**</u>

**Alfa Laval, Inc.**
*a corporation*

<u>Cross Defendant</u>

**Bayer Crop Science, Inc.**                        represented by   **Daniel Alexander Manna**
*as successor to Rhone-Poulenc AG*                        (See above for address)
*Company Inc. & Benjamin-Foster, Inc.*                    *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Bechtel Corporation**
*a corporation*

<u>Cross Defendant</u>

**Borg-Warner Inc.**
*a corporation*

<u>Cross Defendant</u>

**Brake Supply Company, Inc.**
*a corporation*

<u>Cross Defendant</u>

**Brandon Drying Fabrics, Inc.**
*a corporation*

<u>Cross Defendant</u>

**Buffalo Pumps, Inc.**
*a corporation*

<u>Cross Defendant</u>

**CBS Corporation**
*a corporation*

<u>Cross Defendant</u>

**Ceco Friction Products, Inc.**
*a corporation*

<u>Cross Defendant</u>

**Certainteed Corporation**                         represented by   **Daniel Alexander Manna**
*a corporation*                                              (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Cornell Pump Company**
*a corporation*

<u>Cross Defendant</u>

3/10/2011 11:19 AM

**Crane Co.**
*a corporation*

<u>Cross Defendant</u>

**Eaton Electrical, Inc.**
*as successor to Cutler-Hammer Inc. , a*
*corporation*

<u>Cross Defendant</u>

**Fenner, Inc.**
*a corporation*

<u>Cross Defendant</u>

**Flowserve US Inc.**
*Individually and as Successor to*
*Worthington Pumps, Inc., a*
*corporation*

<u>Cross Defendant</u>

**Foster Wheeler LLC**
*a corporation*

<u>Cross Defendant</u>

**Gardner Denver**
*a corporation*

<u>Cross Defendant</u>

**General Electric Company**
*a corporation*

<u>Cross Defendant</u>

**General Refractories Company**
*a corporation*

<u>Cross Defendant</u>

**Georgia Pacific, LLC**
*a corporation*

<u>Cross Defendant</u>

**Goulds Pumps, Inc.**
*a corporation*

<u>Cross Defendant</u>

**Honeywell International, Inc.**
*a corporation*

<u>Cross Defendant</u>

**ITT Corporation**
*a corporation*

**Cross Defendant**

**Ingersoll Rand Company**
*a corporation*

represented by **Daniel Alexander Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**John Crane Inc.**
*a corporation*

**Cross Defendant**

**Kadant Black Clawson, Inc.**
*as successor to Black Clawson, Inc, a corporation*

**Cross Defendant**

**M-E-C Company**
*a corporation*

**Cross Defendant**

**Maremont Corporation**
*a corporation*

represented by **Daniel Alexander Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Metso Paper U.S.A., Inc.**
*a corporation*

**Cross Defendant**

**Michelin North America, Inc.**
*as successor to Uniroyal, Inc., a corporation*

**Cross Defendant**

**Minnesota Mining and Manufacturing Co.**
*a corporation*

represented by **Edward J. McCambridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Motion Industries, Inc.**
*as successor to Wisconsin Bearing Company, a corporation*

**Cross Defendant**

**Mount Vernon Mills, Inc.**
*a corporation*

<u>**Cross Defendant**</u>

**Navistar Inc.**
*a corporation*

<u>**Cross Defendant**</u>

**Oakfabco Inc.**
*a corporation*

<u>**Cross Defendant**</u>

**Owens-Illinois Inc.**
*a corporation*

<u>**Cross Defendant**</u>

**Parker-Hannifin Corporation**
*a corporation*

<u>**Cross Defendant**</u>

**Patterson Pump Company**
*a corporation*

<u>**Cross Defendant**</u>

**Peerless Pump Company**
*a corporation*

<u>**Cross Defendant**</u>

**Pentair Pump Group, Inc.**
*Individually and as Successor to*
*Aurora Pumps, a corporation*

<u>**Cross Defendant**</u>

**Pneumo Abex Corporation**
*a corporation*

<u>**Cross Defendant**</u>

**Rapid American Corporation**                    represented by **Mark Russell Feldmann**
*a corporation*                                                    (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**Standco Industries, Inc.**
*a corporation*

<u>**Cross Defendant**</u>

**The Marley-Wylain Company**

<u>Cross Defendant</u>

**The Orr Felt Company**
*a corporation*

<u>Cross Defendant</u>

**Trane U.S., Inc.**                            represented by **Daniel Alexander Manna**
*a corporation*                                        (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Union Carbide Corporation**                   represented by **Daniel Alexander Manna**
*a corporation*                                        (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Viking Pump Inc.**
*a corporation*

<u>Cross Defendant</u>

**Warren Pumps**
*a corporation*

<u>Cross Defendant</u>

**Xerium Technologies, Inc.**
*as successor to Weavexx Corporation,*
*a corporation*

<u>Cross Defendant</u>

**Zurn Industries**
*a corporation*

<u>Cross Claimant</u>

**Rapid American Corporation**                  represented by **Mark Russell Feldmann**
*a corporation*                                        (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

V.

<u>Cross Defendant</u>

**A.W. Chesterton Company**                     represented by **Adam J Jagadich**
*a corporation*                                        (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Albany Felt Company, Inc.**
*a corporation*

<u>Cross Defendant</u>

**Alfa Laval, Inc.**
*a corporation*

<u>Cross Defendant</u>

**Bayer Crop Science, Inc.**
*as successor to Rhone-Poulenc AG
Company Inc. & Benjamin-Foster, Inc.*

represented by **Daniel Alexander Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Bechtel Corporation**
*a corporation*

<u>Cross Defendant</u>

**Borg-Warner Inc.**
*a corporation*

<u>Cross Defendant</u>

**Brake Supply Company, Inc.**
*a corporation*

<u>Cross Defendant</u>

**Brandon Drying Fabrics, Inc.**
*a corporation*

<u>Cross Defendant</u>

**Buffalo Pumps, Inc.**
*a corporation*

<u>Cross Defendant</u>

**CBS Corporation**
*a corporation*

<u>Cross Defendant</u>

**Ceco Friction Products, Inc.**
*a corporation*

<u>Cross Defendant</u>

**Certainteed Corporation**
*a corporation*

represented by **Daniel Alexander Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Cornell Pump Company**
*a corporation*

<u>**Cross Defendant**</u>

**Crane Co.**
*a corporation*

<u>**Cross Defendant**</u>

**Eaton Electrical, Inc.**
*as successor to Cutler-Hammer Inc. , a corporation*

<u>**Cross Defendant**</u>

**Fenner, Inc.**
*a corporation*

<u>**Cross Defendant**</u>

**Flowserve US Inc.**
*Individually and as Successor to Worthington Pumps, Inc., a corporation*

<u>**Cross Defendant**</u>

**Foster Wheeler LLC**
*a corporation*

<u>**Cross Defendant**</u>

**Gardner Denver**
*a corporation*

<u>**Cross Defendant**</u>

**General Electric Company**
*a corporation*

<u>**Cross Defendant**</u>

**General Refractories Company**
*a corporation*

<u>**Cross Defendant**</u>

**Georgia Pacific, LLC**
*a corporation*

<u>**Cross Defendant**</u>

**Goulds Pumps, Inc.**
*a corporation*

<u>**Cross Defendant**</u>

**Honeywell International, Inc.**
*a corporation*

Cross Defendant

**ITT Corporation**
*a corporation*

Cross Defendant

**Ingersoll Rand Company**                 represented by **Daniel Alexander Manna**
*a corporation*                                              (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

Cross Defendant

**John Crane Inc.**
*a corporation*

Cross Defendant

**Kadant Black Clawson, Inc.**
*as successor to Black Clawson, Inc, a*
*corporation*

Cross Defendant

**M-E-C Company**
*a corporation*

Cross Defendant

**Maremont Corporation**                   represented by **Daniel Alexander Manna**
*a corporation*                                              (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

Cross Defendant

**Metso Paper U.S.A., Inc.**
*a corporation*

Cross Defendant

**Michelin North America, Inc.**
*as successor to Uniroyal, Inc., a*
*corporation*

Cross Defendant

**Minnesota Mining and**                   represented by **Edward J. McCambridge**
**Manufacturing Co.**                                        (See above for address)
*a corporation*                                              *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

Cross Defendant

**Motion Industries, Inc.**
*as successor to Wisconsin Bearing Company, a corporation*

<u>Cross Defendant</u>

**Mount Vernon Mills, Inc.**
*a corporation*

<u>Cross Defendant</u>

**Navistar Inc.**
*a corporation*

represented by **Adam J Jagadich**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Oakfabco Inc.**
*a corporation*

<u>Cross Defendant</u>

**Owens-Illinois Inc.**
*a corporation*

<u>Cross Defendant</u>

**Parker-Hannifin Corporation**
*a corporation*

<u>Cross Defendant</u>

**Patterson Pump Company**
*a corporation*

<u>Cross Defendant</u>

**Peerless Pump Company**
*a corporation*

<u>Cross Defendant</u>

**Pentair Pump Group, Inc.**
*Individually and as Successor to Aurora Pumps, a corporation*

<u>Cross Defendant</u>

**Pneumo Abex Corporation**
*a corporation*

<u>Cross Defendant</u>

**Sandusky International, Inc.**
*a corporation*

represented by **Terri L. Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Standco Industries, Inc.**
*a corporation*

**Cross Defendant**

**The Marley-Wylain Company**

**Cross Defendant**

**The Orr Felt Company**
*a corporation*

**Cross Defendant**

**Trane U.S., Inc.**                    represented by  **Daniel Alexander Manna**
*a corporation*                                        (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Union Carbide Corporation**           represented by  **Daniel Alexander Manna**
*a corporation*                                        (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Viking Pump Inc.**
*a corporation*

**Cross Defendant**

**Warren Pumps**
*a corporation*

**Cross Defendant**

**Xerium Technologies, Inc.**
*as successor to Weavexx Corporation,*
*a corporation*

**Cross Defendant**

**Zurn Industries**
*a corporation*

**Cross Claimant**

**Peerless Pump Company**              represented by  **Mark S. DesRochers**
*a corporation*                                        (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**A.W. Chesterton Company**
*a corporation*

**Cross Defendant**

**Albany Felt Company, Inc.**
*a corporation*

**Cross Defendant**

**Alfa Laval, Inc.**
*a corporation*

**Cross Defendant**

**Bayer Crop Science, Inc.**                    represented by  **Daniel Alexander Manna**
*as successor to Rhone-Poulenc AG*                              (See above for address)
*Company Inc. & Benjamin-Foster, Inc.*                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Bechtel Corporation**
*a corporation*

**Cross Defendant**

**Borg-Warner Inc.**                            represented by  **Scott John Thomsen**
*a corporation*                                                 (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Brake Supply Company, Inc.**
*a corporation*

**Cross Defendant**

**Brandon Drying Fabrics, Inc.**
*a corporation*

**Cross Defendant**

**Buffalo Pumps, Inc.**
*a corporation*

**Cross Defendant**

**CBS Corporation**
*a corporation*

**Cross Defendant**

**Ceco Friction Products, Inc.**
*a corporation*

**Cross Defendant**

**Certainteed Corporation**                     represented by  **Daniel Alexander Manna**
*a corporation*                                                 (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cornell Pump Company**
*a corporation*

**Cross Defendant**

**Crane Co.**
*a corporation*

**Cross Defendant**

**Eaton Electrical, Inc.**
*as successor to Cutler-Hammer Inc. , a
corporation*

**Cross Defendant**

**Fenner, Inc.**
*a corporation*

**Cross Defendant**

**Flowserve US Inc.**
*Individually and as Successor to
Worthington Pumps, Inc., a
corporation*

**Cross Defendant**

**Foster Wheeler LLC**
*a corporation*

**Cross Defendant**

**Gardner Denver**                      represented by **Emily Zapotocny**
*a corporation*                                          (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**General Electric Company**
*a corporation*

**Cross Defendant**

**General Refractories Company**
*a corporation*

**Cross Defendant**

**Georgia Pacific, LLC**
*a corporation*

**Cross Defendant**

**Goulds Pumps, Inc.**
*a corporation*

3/10/2011 11:19 AM

**Cross Defendant**

**Honeywell International, Inc.**
*a corporation*

**Cross Defendant**

**ITT Corporation**
*a corporation*

**Cross Defendant**

**Ingersoll Rand Company**                    represented by **Daniel Alexander Manna**
*a corporation*                                              (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**John Crane Inc.**
*a corporation*

**Cross Defendant**

**Kadant Black Clawson, Inc.**
*as successor to Black Clawson, Inc, a*
*corporation*

**Cross Defendant**

**M-E-C Company**
*a corporation*

**Cross Defendant**

**Maremont Corporation**                      represented by **Daniel Alexander Manna**
*a corporation*                                              (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Metso Paper U.S.A., Inc.**
*a corporation*

**Cross Defendant**

**Michelin North America, Inc.**
*as successor to Uniroyal, Inc., a*
*corporation*

**Cross Defendant**

**Minnesota Mining and**                      represented by **Edward J. McCambridge**
**Manufacturing Co.**                                        (See above for address)
*a corporation*                                              *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Adam J Jagadich**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Motion Industries, Inc.**
*as successor to Wisconsin Bearing*
*Company, a corporation*

**Cross Defendant**

**Mount Vernon Mills, Inc.**
*a corporation*

**Cross Defendant**

**Navistar Inc.**
*a corporation*

**Cross Defendant**

**Oakfabco Inc.**
*a corporation*

**Cross Defendant**

**Owens-Illinois Inc.**
*a corporation*

**Cross Defendant**

**Parker-Hannifin Corporation**
*a corporation*

**Cross Defendant**

**Patterson Pump Company**
*a corporation*

**Cross Defendant**

**Peerless Pump Company**                    represented by **Mark S. DesRochers**
*a corporation*                                              (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Pentair Pump Group, Inc.**
*Individually and as Successor to*
*Aurora Pumps, a corporation*

**Cross Defendant**

**Pneumo Abex Corporation**
*a corporation*

**Cross Defendant**

**Rapid American Corporation**
*a corporation*

represented by **Mark Russell Feldmann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Sandusky International, Inc.**
*a corporation*

represented by **Terri L. Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Standco Industries, Inc.**
*a corporation*

**Cross Defendant**

**The Marley-Wylain Company**

**Cross Defendant**

**The Orr Felt Company**
*a corporation*

**Cross Defendant**

**Trane U.S., Inc.**
*a corporation*

represented by **Daniel Alexander Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Union Carbide Corporation**
*a corporation*

represented by **Daniel Alexander Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Viking Pump Inc.**
*a corporation*

**Cross Defendant**

**Warren Pumps**
*a corporation*

**Cross Defendant**

**Xerium Technologies, Inc.**
*as successor to Weavexx Corporation,*
*a corporation*

**Cross Defendant**

**Zurn Industries**
*a corporation*

represented by **Emily Zapotocny**
(See above for address)

3/10/2011 11:19 AM

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2011 | 1 | COMPLAINT against A.W. Chesterton Company, Albany Felt Company, Inc., Alfa Laval, Inc., Bayer Corporation, Bechtel Corporation, Borg-Warner Inc., Brake Supply Company, Inc., Brandon Drying Fabrics, Inc., Buffalo Pumps, Inc., CBS Corporation, Ceco Friction Products, Inc., Certainteed Corporation, Cornell Pump Company, Crane Co., Eaton Electrical, Inc., Fenner, Inc., Flowserve US Inc., Foster Wheeler, LLC, Gardner Denver, General Electric Company, General Refractories Company, Georgia Pacific, LLC, Goulds Pumps, Inc., Honeywell International, Inc., ITT Corporation, Ingersoll Rand Company, John Crane, Inc., Kadant Black Clawson, Inc., M-E-C Company, Maremont Corporation, Metso Paper U.S.A., Inc., Michelin North America, Inc., Minnesota Mining and Manufacturing Co., Motion Industries, Inc., Mount Vernon Mills, Inc., Navistar Inc., Oakfabco Inc., Owens-Illinois Inc., Parker-Hannifin Corporation, Patterson Pump Company, Peerless Pump Company, Pentair Pump Group, Inc., Pneumo Abex Corporation, Rapid American Corporation, Sandusky International, Inc., Standco Industries, Inc., The Marley-Wylain Company, The Orr Felt Company, Trane U.S., Inc., Union Carbide Corporation, Viking Pump Inc., Warren Pumps, Xerium Technologies, Inc., Zurn Industries. Service to be completed by Waiver of Service of Summons. ( Filing fee $ 350 receipt number 0758-695253.), filed by Thomas E. Brown. (Attachments: # 1 JS-44 Civil Cover Sheet, # 2 Exhibit A-Defendants Home States and Principal Places of Business, # 3 Exhibit B-Plaintiff's Work History) (Cascino, Michael) Modified exhibit letters/descriptions on 1/26/2011 (mmo). (Entered: 01/25/2011) |
| 01/25/2011 | 2 | Notice by Plaintiff Thomas E. Brown. (Cascino, Michael) (Entered: 01/25/2011) |
| 01/25/2011 | 3 | Corporate Disclosure Statement by Plaintiff Thomas E. Brown (Cascino, Michael) (Entered: 01/25/2011) |
| 01/26/2011 | | Case non-randomly assigned to Magistrate Judge Stephen L. Crocker. (krj) (Entered: 01/26/2011) |
| 01/26/2011 | | Standard attachments for Magistrate Judge Stephen L. Crocker required to be served on all parties with summons or waiver of service: Briefing Guidelines, Corporate Disclosure Statement, Order Regarding Assignment of Civil Cases, Notice of Assignment to a Magistrate Judge and Consent/Request for Reassignment, Order on Dispositive Motions. (krj) (Entered: 01/26/2011) |
| 02/21/2011 | 4 | Notice of Appearance filed by Edward J. McCambridge for Defendant Minnesota Mining and Manufacturing Co. (McCambridge, Edward) (Entered: 02/21/2011) |

| 02/26/2011 | 5 | Notice of Appearance filed by Mark Russell Feldmann for Defendant Rapid American Corporation (Feldmann, Mark) (Entered: 02/26/2011) |
|---|---|---|
| 02/26/2011 | 6 | Certificate of Service by Defendant Rapid American Corporation (Feldmann, Mark) (Entered: 02/26/2011) |
| 03/03/2011 | 7 | ANSWER with Jury Demand by Defendant Rapid American Corporation. (Feldmann, Mark) (Entered: 03/03/2011) |
| 03/03/2011 | 8 | Corporate Disclosure Statement by Defendant Rapid American Corporation (Feldmann, Mark) (Entered: 03/03/2011) |
| 03/03/2011 | 9 | Disregard-refiled as entry 34 ; Modified on 3/4/2011; asked to refile as Answer. (mmo). (Entered: 03/03/2011) |
| 03/03/2011 | 10 | Disregard-refiled as entry 15 ; Modified on 3/4/2011; asked to refile as Cross Claim. (mmo). (Entered: 03/03/2011) |
| 03/03/2011 | 11 | Notice by Defendant Rapid American Corporation *of Tag-Along Action.* (Feldmann, Mark) (Entered: 03/03/2011) |
| 03/03/2011 | 12 | Certificate of Service by Defendant Rapid American Corporation (Feldmann, Mark) (Entered: 03/03/2011) |
| 03/03/2011 | 13 | Notice of Appearance filed by Terri L. Weber for Defendant Sandusky International, Inc. (Weber, Terri) (Entered: 03/03/2011) |
| 03/03/2011 | 14 | ANSWER with Jury Demand, Affirmative Defenses, Cross-Claims and Answer to All Cross-Claims by defendant Sandusky International, Inc. (Weber, Terri) Modified event/docket text on 3/4/2011 (mmo/p). (Entered: 03/03/2011) |
| 03/04/2011 | 15 | CROSSCLAIM against all other defendants by Rapid America Corporation. (Feldmann, Mark) Modified docket text on 3/4/2011 (mmo/p). (Entered: 03/04/2011) |
| 03/04/2011 | 16 | Notice of Appearance filed by Emily Zapotocny for Defendant Zurn Industries (Zapotocny, Emily) (Entered: 03/04/2011) |
| 03/04/2011 | 17 | Notice of Appearance filed by Emily Zapotocny for Defendant Gardner Denver (Zapotocny, Emily) (Entered: 03/04/2011) |
| 03/04/2011 | 18 | ANSWER with Jury Demand by Defendant Borg-Warner Inc.. (Thomsen, Scott) (Entered: 03/04/2011) |
| 03/04/2011 | 19 | Notice of Appearance filed by Scott John Thomsen for Defendant Borg-Warner Inc. (Thomsen, Scott) (Entered: 03/04/2011) |
| 03/04/2011 | 20 | Corporate Disclosure Statement by Defendant Borg-Warner Inc. (Thomsen, Scott) (Entered: 03/04/2011) |
| 03/04/2011 | 21 | Certificate of Service by Defendant Borg-Warner Inc. (Thomsen, Scott) (Entered: 03/04/2011) |

| 03/05/2011 | 22 | ANSWER to Complaint by Cross Defendants Bayer Crop Science, Inc., Bayer Crop Science, Inc., Defendant Bayer Crop Science, Inc.. (Manna, Daniel) Modified on 3/7/2011; asked to refile as Answer. (mmo). Modified event on 3/7/2011; filer having problems filing documents. (mmo). (Entered: 03/05/2011) |
|---|---|---|
| 03/05/2011 | 23 | Corporate Disclosure Statement by Cross Defendants Bayer Crop Science, Inc., Bayer Crop Science, Inc., Defendant Bayer Crop Science, Inc. (Manna, Daniel) (Entered: 03/05/2011) |
| 03/05/2011 | 24 | ANSWER by Cross Defendants Certainteed Corporation, Certainteed Corporation, Defendant Certainteed Corporation. (Manna, Daniel) (Entered: 03/05/2011) |
| 03/05/2011 | 25 | Corporate Disclosure Statement by Cross Defendants Certainteed Corporation, Certainteed Corporation, Defendant Certainteed Corporation (Manna, Daniel) (Entered: 03/05/2011) |
| 03/05/2011 | 26 | ANSWER by Cross Defendants Ingersoll Rand Company, Ingersoll Rand Company, Trane U.S., Inc., Trane U.S., Inc., Defendants Ingersoll Rand Company, Trane U.S., Inc.. (Manna, Daniel) (Entered: 03/05/2011) |
| 03/05/2011 | 27 | Corporate Disclosure Statement by Cross Defendants Ingersoll Rand Company, Ingersoll Rand Company, Defendant Ingersoll Rand Company (Manna, Daniel) (Entered: 03/05/2011) |
| 03/05/2011 | 28 | Corporate Disclosure Statement by Cross Defendants Trane U.S., Inc., Trane U.S., Inc., Defendant Trane U.S., Inc. (Manna, Daniel) (Entered: 03/05/2011) |
| 03/05/2011 | 29 | ANSWER by Defendant Maremont Corporation, Cross Defendants Maremont Corporation, Maremont Corporation. (Manna, Daniel) (Entered: 03/05/2011) |
| 03/05/2011 | 30 | Corporate Disclosure Statement by Defendant Maremont Corporation, Cross Defendants Maremont Corporation, Maremont Corporation (Manna, Daniel) (Entered: 03/05/2011) |
| 03/05/2011 | 31 | ANSWER by Cross Defendants Union Carbide Corporation, Union Carbide Corporation, Defendant Union Carbide Corporation. (Manna, Daniel) (Entered: 03/05/2011) |
| 03/05/2011 | 32 | Corporate Disclosure Statement by Cross Defendants Union Carbide Corporation, Union Carbide Corporation, Defendant Union Carbide Corporation (Manna, Daniel) (Entered: 03/05/2011) |
| 03/05/2011 | 33 | Certificate of Service by Cross Defendants Bayer Crop Science, Inc., Bayer Crop Science, Inc., Certainteed Corporation, Certainteed Corporation, Ingersoll Rand Company, Ingersoll Rand Company, Maremont Corporation, Maremont Corporation, Trane U.S., Inc., Trane U.S., Inc., Union Carbide Corporation, Union Carbide Corporation, Defendants Bayer Crop Science, Inc., Certainteed Corporation, Ingersoll |

| | | Rand Company, Maremont Corporation, Trane U.S., Inc., Union Carbide Corporation (Manna, Daniel) (Entered: 03/05/2011) |
|---|---|---|
| 03/06/2011 | 34 | ANSWER to Crossclaim by Cross Defendant Rapid American Corporation, Defendant Rapid American Corporation. (Feldmann, Mark) (Entered: 03/06/2011) |
| 03/07/2011 | 35 | **MOTION TO DISMISS** *Pursuant to FRCP 12(b) (6)* by Defendant Minnesota Mining and Manufacturing Co., now known as 3M Company. Brief in Opposition due 3/28/2011. Brief in Reply due 4/7/2011. (Attachments: # 1 Text of Proposed Order Proposed Order) (McCambridge, Edward) Modified docket text on 3/8/2011; contacted filer, no 3M listed as deft. Filer notified court that MN Mining is now known as 3M Company. (mmo/p). (Entered: 03/07/2011) |
| 03/07/2011 | 36 | ANSWER, CROSSCLAIM *Affirmative Defenses, Motion to Dismiss, Answer to Cross Claim* by defendant Sterling Fluid Systems (USA), LLC, improperly sued as Peerless Pump Company. (Attachments: # 1 Certificate of Service) (DesRochers, Mark) Modified docket text on 3/8/2011 (mmo/p). (Entered: 03/07/2011) |
| 03/08/2011 | 37 | Notice of Appearance filed by Edward J. McCambridge for Defendant The Marley-Wylain Company (McCambridge, Edward) (Entered: 03/08/2011) |
| 03/08/2011 | 38 | **MOTION TO DISMISS** *Pursuant to FRCP 12(b)(6)* by Defendant The Marley-Wylain Company. Brief in Opposition due 3/29/2011. Brief in Reply due 4/8/2011. (McCambridge, Edward) (Entered: 03/08/2011) |
| 03/09/2011 | 39 | Notice of Appearance filed by Adam J Jagadich for Cross Defendant A.W. Chesterton Company (Jagadich, Adam) (Entered: 03/09/2011) |
| 03/09/2011 | 40 | Notice of Appearance filed by Adam J Jagadich for Cross Defendant Minnesota Mining and Manufacturing Co. (Jagadich, Adam) (Entered: 03/09/2011) |
| 03/10/2011 | 41 | Notice of Appearance filed by Adam J Jagadich for Cross Defendant Navistar Inc. (Jagadich, Adam) (Entered: 03/10/2011) |
| 03/10/2011 | 42 | Letter to MDL court re possible tag-along case. (krj) (Entered: 03/10/2011) |

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

Thomas E Brown

                            Plaintiff,

    v.

A.W. Chesterton Company, a corporation,
Albany Felt Company Inc., a corporation,
Alfa Laval, Inc., a corporation,
Bayer Crop Science, Inc., as successor to
Rhone-Poulenc AG Company Inc. &
Benjamin-Foster, Inc., a corporation,
Bechtel Corporation, a corporation,
Borg-Warner Inc., a corporation,
Brake Supply Company, Inc., a corporation,
Brandon Drying Fabrics, Inc., a corporation,
Buffalo Pumps, Inc., a corporation,
CBS Corporation, a corporation,
Ceco Friction Products, Inc., a corporation,
Certainteed Corporation, a corporation,
Cornell Pump Company, a corporation,
Crane Co., a corporation,
Eaton Electrical, Inc., as successor to
Cutler-Hammer Inc., a corporation,
Fenner, Inc., a corporation,
Flowserve US Inc, Individually and as
Successor to Worthington Pumps, Inc., a
corporation,
Foster Wheeler LLC, a corporation,
Gardner Denver, a corporation,
General Electric Company, a corporation,
General Refractories Company, a corporation,
Georgia Pacific, LLC, a corporation,
Goulds Pumps, Inc., a corporation,
Honeywell International Inc., a corporation,
ITT Corporation, a corporation,
Ingersoll Rand Company, a corporation,
John Crane Inc., a corporation,
Kadant Black Clawson, Inc., as successor to
Black Clawson, Inc., a corporation,
M-E-C Company, a corporation,

Case No.

Maremont Corporation, a corporation,
Metso Paper U.S.A., Inc., a corporation,
Michelin North America, Inc., as successor to
Uniroyal, Inc., a corporation,
Minnesota Mining and Manufacturing Co., a
corporation,
Motion Industries, Inc., as successor to
Wisconsin Bearing Company, a corporation,
Mount Vernon Mills, Inc., a corporation,
Navistar Inc., a corporation,
Oakfabco Inc., a corporation,
Owens-Illinois Inc., a corporation,
Parker-Hannifin Corporation, a corporation,
Patterson Pump Company, a corporation,
Peerless Pump Company, a corporation,
Pentair Pump Group, Inc., Individually and as
Successor to Aurora Pumps, a corporation,
Pneumo Abex Corporation, a corporation,
Rapid American Corporation, a corporation,
Sandusky International, Inc., a corporation,
Standco Industries, Inc., a corporation,
The Marley-Wylain Company a/k/a/
Weil-McLain Company, a corporation,
The Orr Felt Company, a corporation,
Trane U.S. Inc., a corporation,
Union Carbide Corporation, a corporation,
Viking Pump Inc, a corporation,
Warren Pumps, a corporation,
Xerium Technologies, Inc., as successor to
Weavexx Corporation, a corporation,
Zurn Industries, a corporation,

                              Defendants.

## **COMPLAINT**

Now comes the plaintiff, Thomas E Brown (hereinafter "Plaintiff"), by and through his attorneys,

Cascino Vaughan Law Offices, Ltd., and complains against defendants as follows: A.W. Chesterton

Company, a corporation, Albany Felt Company Inc., a corporation, Alfa Laval, Inc., a corporation,

Bayer Crop Science, Inc., as successor to Rhone-Poulenc AG Company Inc. & Benjamin-Foster,

Inc., a corporation, Bechtel Corporation, a corporation, Borg-Warner Inc., a corporation,

Brake Supply Company, Inc., a corporation, Brandon Drying Fabrics, Inc., a corporation,

Buffalo Pumps, Inc., a corporation, CBS Corporation, a corporation, Ceco Friction Products, Inc.,

a corporation, Certainteed Corporation, a corporation, Cornell Pump Company, a corporation,

Crane Co., a corporation, Eaton Electrical, Inc., as successor to Cutler-Hammer Inc., a corporation,

Fenner, Inc., a corporation, Flowserve US Inc, Individually and as Successor to Worthington Pumps,

Inc., a corporation, Foster Wheeler LLC, a corporation, Gardner Denver, a corporation, General

Electric Company, a corporation, General Refractories Company, a corporation, Georgia Pacific,

LLC, a corporation, Goulds Pumps, Inc., a corporation, Honeywell International Inc., a corporation,

ITT Corporation, a corporation, Ingersoll Rand Company, a corporation, John Crane Inc., a

corporation, Kadant Black Clawson, Inc., as successor to Black Clawson, Inc., a corporation,

M-E-C Company, a corporation, Maremont Corporation, a corporation, Metso Paper U.S.A., Inc.,

a corporation, Michelin North America, Inc., as successor to Uniroyal, Inc., a corporation,

Minnesota Mining and Manufacturing Co., a corporation, Motion Industries, Inc., as successor to

Wisconsin Bearing Company, a corporation, Mount Vernon Mills, Inc., a corporation, Navistar Inc.,

a corporation, Oakfabco Inc., a corporation, Owens-Illinois Inc., a corporation, Parker-Hannifin

Corporation, a corporation, Patterson Pump Company, a corporation, Peerless Pump Company, a

corporation, Pentair Pump Group, Inc., Individually and as Successor to Aurora Pumps, a

corporation, Pneumo Abex Corporation, a corporation, Rapid American Corporation, a corporation,

Sandusky International, Inc., a corporation, Standco Industries, Inc., a corporation, The

Marley-Wylain Company a/k/a/ Weil-McLain Company, a corporation, The Orr Felt Company, a

corporation, Trane U.S. Inc., a corporation, Union Carbide Corporation, a corporation, Viking Pump

Inc, a corporation, Warren Pumps, a corporation, Xerium Technologies, Inc., as successor to

Weavexx Corporation, a corporation, and Zurn Industries, a corporation.

## JURISDICTION

1.    Plaintiff is an adult citizen and resident of Wisconsin and resides in Fall Creek, Wisconsin.

2.    Defendants are all corporations, none of which is incorporated in or has its principal place of
      business in the State of Wisconsin, and at all times relevant to the allegations contained herein
      were engaged in the business of designing, manufacturing, mining and selling asbestos and/or
      asbestos-containing products and/or asbestos-insulated equipment, hereinafter referred to as
      "asbestos products." Please refer to the attached Exhibit A for the state of incorporation and
      principal place of business of each defendant.

3.    Jurisdiction is based on diversity of citizenship of the parties hereto under Title 28, United States
      Code, §1332.

4.    The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000),
      exclusive of interest and costs.

5.    Venue is proper pursuant to Title 28, United States Code, §1391.

## GENERAL ALLEGATIONS

6.    Plaintiff during the course of his employment as a Paper Maker at various job sites, including
      those listed on the attached Exhibit B was exposed to asbestos dust or fibers emanating from
      the asbestos products and/or asbestos insulated equipment which was sold, manufactured, mined,
      distributed, packaged, installed or otherwise placed into commerce by defendants.

7.    Plaintiff was ignorant of the dangerous nature of asbestos and of the nature of the risks incurred
      by workers working with or near asbestos products.

8.    Plaintiff became aware of the asbestos-related condition and that said condition was caused by
      Defendants' wrongful conduct within the statute of limitations before the filing of this action.

9.    As a direct and proximate result of the conduct of Defendants, Plaintiff developed and had been
      diagnosed with bilateral pleural thickening on 1/21/2011.

10.     Plaintiff suffers great pain, physical impairment, great mental pain and anguish, is liable for large

        sums of money for medical and hospital care, and suffered losses to his personal property and

        possessions.

## COUNT I - PRODUCTS LIABILITY - NEGLIGENCE

11.     Plaintiff brings this count for negligence against all defendants and incorporates by

        reference all general allegations.

12.     It was reasonably foreseeable that Plaintiff and other workers would be working with or

        in the proximity of defendants' asbestos products and be exposed to airborne asbestos

        fibers.

13.     Defendants had a duty to exercise reasonable care for the safety of Plaintiff and others

        who worked with or were exposed to the defendants' asbestos products.

14.     Defendants knew or in the exercise of ordinary or reasonable care ought to have known

        asbestos causes disease and or death, and that Plaintiff did not know that asbestos

        products were dangerous or harmful at the time of his exposures.

15.     Each defendant breached its duty of care and was negligent, including without limitation

        in one or more of the following acts or omissions:

        a.      Failed to adequately warn Plaintiff or others of the health hazards of asbestos;

        b.      Failed to warn Plaintiff or others of the danger and harm of the asbestos after the
                products or equipment were installed at the premises;

        c.      Failed to investigate or test for the health effects of asbestos prior to distribution
                and sale;

        d.      Failed to instruct Plaintiff, his employers or others in the use of precautionary
                measures relating to asbestos-containing products and/or asbestos-insulated
                equipment; and/or

        e.      Manufactured, mined, supplied, or installed unsafe asbestos-containing products
                or asbestos-insulated equipment.

16.     As a direct and proximate result of the acts and omissions of the product defendants
        above, Plaintiff was injured as described above.

### COUNT II – PRODUCT LIABILITY - UNREASONABLY DANGEROUS PRODUCT

17.     This cause of action is asserted against the manufacturing and supplying defendants.

18.     The defendants' above-described asbestos products were manufactured, supplied and
        installed in an unreasonably dangerous condition presenting dangers to the life and health
        of the ultimate users thereof and to persons in the position of the Plaintiff.

19.     At all relevant times, the defendants placed their asbestos products on the market
        knowing that they would be used without inspection for such unreasonably dangerous
        defects and defendants expected such asbestos products to reach Plaintiff and other users
        and consumers without substantial change in the condition they were in when sold.

20.     Plaintiff removed, installed, used and/or handled, or was otherwise exposed to, the
        supplying defendants' asbestos products in the conditions in which they left the
        possession or control of such defendants and in a manner that was reasonably foreseeable
        and/or anticipated by such defendants.

21.     Defendants manufactured, supplied or installed a product, or equipment, that was
        unreasonably dangerous in nature in that it contained asbestos, and in particular:

        a.      Was not accompanied by an adequate warning relating to the health hazards of
                asbestos products;

        b.      Was not accompanied by instructions concerning precautionary measures to be
                taken to minimize the risk of health hazards associated with asbestos products;

        c.      Was not subjected to adequate investigation regarding its hazards to health; and

        d.      Was improperly designed with, or specified for, the use of asbestos as opposed to
                non-asbestos substitutes.

22.     Plaintiff's exposure to the unreasonably dangerous products manufactured, supplied and

Dbt f ;!4;22. dw 11175. t rdl!!Epdvn f ou$;!2!!!!Gjrhe;!12086022!!!Qbhf !8!pg9

installed by the defendants proximately caused injuries set forth above.

### COUNT III – DECLARATORY JUDGMENT

23.    Defendants' conduct alleged herein occurred many years before certain changes in the Wisconsin Statutes affecting the law of joint and several liability, as set forth in §§895.045(1) and 895.85, Wis. Stats., were enacted as part of so-called "tort reform" in 1995.

24.    Retroactive application of the 1995 legislation purporting to apply to the new versions of §§895.045(1) and 895.86, Wis. Stats, to defendants' tortious acts, which occurred many years before the effective date of such legislation, merely because this lawsuit was filed after the effective date of such legislation, would materially and adversely affect the interests of plaintiff in this matter.

25.    Retroactive application of the current versions of §§895.045(1) and 895.85, Wis. Stats., to the facts of this case would be unreasonable and unconstitutional, in violation of Article I, §10 and the Fifth and Fourteenth Amendments of the Constitution of the United States, and in violation of Article IV, §17(2) of the Constitution of the State of Wisconsin, and contrary to the Supreme Court of Wisconsin's ruling in <u>Martin v. Richards</u>, 192 Wis. 2d 156, (Docket #91-0016, 1995).

### PRAYER FOR RELIEF

26.    Plaintiff prays for relief as follows:

    a.    Judgment against defendants, jointly and severally, for compensatory and general damages.

    b.    Such further legal and equitable relief as the Court orders to do justice in this case; costs and disbursements of this action.

### JURY TRIAL DEMAND

Dbt f ;!4;22.dw.11175.t rd!!!Epdvn f ou!$;!2!!!!Gjrhe;!12036022!!!Qbhf !9!pg9

Plaintiff hereby demands a trial by a jury of 6.

Dated: January 25, 2011


  s/ Michael P. Cascino
One of the Plaintiff's Attorneys


Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Ph: (312) 944-0600

JS 44 (Rev. 12/07)

Dbt f ;!4;22.dw 11175. [gIIJEpdvp foU$;!2.2IIIGithe;!12C6C22!!!Qbhf !2!pg2

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Thomas Brown

## DEFENDANTS
A.W. Chesterton Company, a corporation

**(b)** County of Residence of First Listed Plaintiff   Eau Claire, WI
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue, Chicago, IL 60607
(312) 944-0600

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☒ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 28, United States Sec. 1332
Brief description of cause:
Asbestos Injury Occupational Exposure

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ >775,000

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE  1/25/2011

SIGNATURE OF ATTORNEY OF RECORD
Mike Cain

### FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

Dbtf;!4;22.dw11175.tmd!!!Epdvnfou\$;!2.3!!!!Gjmfe;!12036022!!!Qbhf!2!pg4

**Exhibit A**
**Defendants' Home States and Principal Places of Business**

| Defendant | State Hdq | StatePrincBus |
|---|---|---|
| A.W. Chesterton Company | Massachusetts | Massachusetts |
| Albany Felt Company Inc. | New York | New York |
| Alfa Laval, Inc. | New Jersey | Virginia |
| Bayer Crop Science, Inc., as successor to Rhone-Poulenc AG Company Inc. & Benjamin-Foster, Inc. | Delaware | North Carolina |
| Bechtel Corporation | Nevada | California |
| Borg-Warner Inc. | Delaware | Michigan |
| Brake Supply Company, Inc. | Indiana | Indiana |
| Brandon Drying Fabrics, Inc. | Delaware | South Carolina |
| Buffalo Pumps, Inc. | Delaware | New York |
| CBS Corporation | Delaware | Pennsylvania |
| Ceco Friction Products, Inc. | North Carolina | North Carolina |
| Certainteed Corporation | Delaware | Pennsylvania |
| Cornell Pump Company | Delaware | Oregon |
| Crane Co. | Delaware | Connecticut |
| Crane Co. | Delaware | Connecticut |
| Eaton Electrical, Inc., as successor to Cutler-Hammer Inc. | Delaware | Ohio |
| Fenner, Inc. | Delaware | Pennsylvania |
| Flowserve US Inc, Individually and as Successor to Worthington Pumps, Inc. | Delaware | Texas |
| Foster Wheeler LLC | Pennsylvania | New York |
| Gardner Denver | Delaware | Illinois |
| General Electric Company | New York | Connecticut |
| General Refractories Company | Pennsylvania | Pennsylvania |
| Georgia Pacific, LLC | Delaware | Georgia |

| Defendant | State Hdq | StatePrincBus |
|---|---|---|
| Goulds Pumps, Inc. | Delaware | New York |
| Honeywell International Inc. | Delaware | New Jersey |
| ITT Corporation | Indiana | New York |
| Ingersoll Rand Company | New Jersey | New Jersey |
| John Crane Inc. | Delaware | Illinois |
| Kadant Black Clawson, Inc., as successor to Black Clawson, Inc. | Delaware | Ohio |
| M-E-C Company | Kansas | Kansas |
| Maremont Corporation | Delaware | Michigan |
| Metso Paper U.S.A., Inc. | Delaware | Georgia |
| Michelin North America, Inc., as successor to Uniroyal, Inc. | South Carolina | South Carolina |
| Minnesota Mining and Manufacturing Co. | Delaware | Delaware |
| Motion Industries, Inc., as successor to Wisconsin Bearing Company | Delaware | Alabama |
| Mount Vernon Mills, Inc. | Maryland | South Carolina |
| Navistar Inc. | Delaware | Illinois |
| Oakfabco Inc. | Illinois | Illinois |
| Owens-Illinois Inc. | Delaware | Ohio |
| Parker-Hannifin Corporation | Ohio | Ohio |
| Patterson Pump Company | Ohio | Georgia |
| Peerless Pump Company | Delaware | Indiana |
| Pentair Pump Group, Inc., Individually and as Successor to Aurora Pumps | Minnesota | Minnesota |
| Pneumo Abex Corporation | Delaware | Connecticut |
| Rapid American Corporation | Delaware | New York |
| Sandusky International, Inc. | Ohio | Ohio |
| Standco Industries, Inc. | Delaware | Texas |

| Defendant | State Hdq | StatePrincBus |
|---|---|---|
| The Marley-Wylain Company a/k/a/ Weil-McLain Company | Delaware | North Carolina |
| The Orr Felt Company | Ohio | Ohio |
| Trane U.S. Inc. | Delaware | New Jersey |
| Union Carbide Corporation | New York | Texas |
| Viking Pump Inc | Delaware | Illinois |
| Warren Pumps | Delaware | New Jersey |
| Xerium Technologies, Inc., as successor to Weavexx Corporation | Delaware | North Carolina |
| Zurn Industries | Delaware | Pennsylvania |

Dbt f ;!4;22.dw 11175.t rdl!!Epdvn f ou\$;!2.4!!!!Gjrfe;!1203602!!!Qbhf !2!pg2

## Exhibit B
### Plaintiff's work history

| Site Location | Site City | Site St | First Year | LastYear |
|---|---|---|---|---|
| Paper Mills | Eau Claire | WI | 1966 | 2005 |

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

Mary Ann Behr,  individually and as Special
Administrator of the Estate of Clifford J Behr,
Deceased

                           Plaintiff,

     v.

A.W. Chesterton Company, a corporation,
Albany Felt Company Inc., a corporation,
Alfa Laval, Inc., a corporation,
Bayer Crop Science, Inc., as successor to
Rhone-Poulenc AG Company Inc. &
Benjamin-Foster, Inc., a corporation,
Bechtel Corporation, a corporation,
Borg-Warner Inc., a corporation,
Brake Supply Company, Inc., a corporation,
Brandon Drying Fabrics, Inc., a corporation,
Buffalo Pumps, Inc., a corporation,
CBS Corporation, a corporation,
Ceco Friction Products, Inc., a corporation,
Certainteed Corporation, a corporation,
Cornell Pump Company, a corporation,
Crane Co., a corporation,
Eaton Electrical, Inc., as successor to
Cutler-Hammer Inc., a corporation,
Fenner, Inc., a corporation,
Flowserve US Inc, Individually and as
Successor to Worthington Pumps, Inc., a
corporation,
Foster Wheeler LLC, a corporation,
Gardner Denver, a corporation,
General Electric Company, a corporation,
General Refractories Company, a corporation,
Georgia Pacific, LLC, a corporation,
Goulds Pumps, Inc., a corporation,
Honeywell International Inc., a corporation,
ITT Corporation, a corporation,
Ingersoll Rand Company, a corporation,
John Crane Inc., a corporation,
Kadant Black Clawson, Inc., as successor to
Black Clawson, Inc., a corporation,
M-E-C Company, a corporation,

                                   Case No.