DIVERSITY, UNCONSENTED

# U.S. District Court
## Western District of Wisconsin (Madison)
## CIVIL DOCKET FOR CASE #: 3:11-cv-00066-slc
## Internal Use Only

Reising, Francis v. A.W. Chesterton Company et al
Assigned to: Magistrate Judge Stephen L. Crocker
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 01/25/2011
Jury Demand: Plaintiff
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

## **Plaintiff**

**Francis D Reising**

represented by **Michael P. Cascino**
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607
312-944-0600
Fax: 312-944-1870
Email: michaelp.cascino@gmail.com
*ATTORNEY TO BE NOTICED*

V.

## **Defendant**

**A.W. Chesterton Company**
*a corporation*

represented by **Adam J Jagadich**
Segal, McCambridge Singer & Mahoney
Willis Tower
233 S. Wacker Drive
Suite 5500
Chicago, IL 60606
312-645-7811
Fax: 312-645-7711
Email: ajagadich@smsm.com
*ATTORNEY TO BE NOTICED*

## **Defendant**

**Alfa Laval, Inc.**
*a corporation*

## **Defendant**

**Amtico International, Inc.**
*a corporation*

## **Defendant**

**Atlantic Richfield Company**
*a corporation*

**Defendant**

**Bayer Crop Science, Inc.**
*as successor to Rhone-Poulenc AG*
*Company Inc. and Benjamin Foster,*
*Inc., a corporation*

represented by **Daniel Alexander Manna**
Foley & Lardner LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
414-319-7364
Fax: 414-297-4900
Email: dmanna@foley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bechtel Corporation**
*a corporation*

**Defendant**

**Buffalo Pumps, Inc.**
*a corporation*

**Defendant**

**CBS Corporation**
*a corporation*

**Defendant**

**Certainteed Corporation**
*a corporation*

represented by **Daniel Alexander Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chevron U.S.A., Inc.**
*a corporation*

represented by **Jonathon P. Parrington**
Pustorino, Tilton, Parrington &
Lindquist, PLLC
4005 West 65th Street
Suite 200
Minneapolis, MN 55435
952-925-3001x135
Fax: 952-925-4203
Email: jpp@pptplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cornell Pump Company**
*a corporation*

**Defendant**

**Crane Co.**
*a corporation*

<u>**Defendant**</u>

**DAP Products, Inc.**
*Individually and as Successor to DAP,*
*Inc., a corporation*

<u>**Defendant**</u>

**Dal-Tile Corporation**
*Individually and as Successor to*
*American Olean Corporation, a*
*corporation*

<u>**Defendant**</u>

**Eaton Electrical, Inc.**
*as successor to Cutler-Hammer Inc., a*
*corporation*

<u>**Defendant**</u>

**ExxonMobil Oil Corporation**
*a corporation*

<u>**Defendant**</u>

**Flowserve US Inc.**
*Individually and as Successor to*
*Worthington Pumps, Inc., a*
*corporation*

<u>**Defendant**</u>

**Foseco Inc.**
*a corporation*

<u>**Defendant**</u>

**Foster Wheeler LLC**
*a corporation*

<u>**Defendant**</u>

**Gardner Denver**            represented by   **Emily Zapotocny**
*a corporation*                                 Segal McCambridge Singer & Mahoney,
                                                Ltd.
                                                Sears Tower
                                                233 S. Wacker Drive, Ste 5500
                                                Chicago, IL 60606
                                                312-645-8438
                                                Email: ezapotocny@smsm.com
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**General Electric Company**
*a corporation*

**Defendant**

**General Refractories Company**
*a corporation*

**Defendant**

**Georgia Pacific, LLC**
*a corporation*

**Defendant**

**Goulds Pumps, Inc.**
*a corporation*

**Defendant**

**Honeywell International Inc.**
*a corporation*

**Defendant**

**ITT Corporation**
*a corporation*

**Defendant**

**Ingersoll Rand Company**              represented by **Daniel Alexander Manna**
*a corporation*                                         (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**International Paper Company**
*a corporation*

**Defendant**

**John Crane Inc.**
*a corporation*

**Defendant**

**Kaiser Gypsum Company, Inc.**         represented by **David L. Szlanfucht**
*a corporation*                                         Rasmussen, Willis, Dickey & Moore
                                                        9200 Ward Parkway
                                                        Suite 400
                                                        Kansas City, MO 64114
                                                        816-360-1720
                                                        Fax: 816-960-1669
                                                        Email: dszlanfucht@rwdmlaw.com
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Kentile, Inc.**
*a corporation*

**Defendant**

**Mannington Mills, Inc.**
*a corporation*

**Defendant**

**Michelin North America, Inc.**
*as successor to Uniroyal, Inc., a
corporation*

**Defendant**

**Minnesota Mining and
Manufacturing Co.**
*a corporation*

represented by **Edward J. McCambridge**
Segal McCambridge Singer & Mahoney,
Ltd.
Sears Tower
233 S. Wacker Drive, Ste 5500
Chicago, IL 60606
312-645-7800x7803
Fax: 312-645-7811
Email: EMcCambridge@smsm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Oakfabco Inc.**
*a corporation*

**Defendant**

**Owens-Illinois Inc.**
*a corporation*

**Defendant**

**Parker-Hannifin Corporation**
*a corporation*

**Defendant**

**Patterson Pump Company**
*a corporation*

**Defendant**

**Peerless Pump Company**
*a corporation*

represented by **Mark S. DesRochers**
Celba & DesRochers, LLP
600 East Northland Avenue
Appleton, WI 54911

920-882-1600
Fax: 920-882-0232
Email: markdesrochers1@gmail.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pentair Pump Group, Inc.**
*Individually and as Successor to*
*Aurora Pumps, a corporation*

**Defendant**

**Rapid American Corporation**                    represented by    **Mark Russell Feldmann**
*a corporation*                                                      Menn Law Firm, Ltd.
                                                                     2501 East Enterprise Avenue
                                                                     P.O. Box 785
                                                                     Appleton, WI 54912-0785
                                                                     920-731-6631
                                                                     Fax: 920-560-4745
                                                                     Email: mark-feldmann@mennlaw.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Tarkett, Inc.**
*Individually as and successor to*
*Domco, Inc., and Azrock, Inc., a*
*corporation*

**Defendant**

**Texaco, Inc.**                                   represented by    **Jonathon P. Parrington**
*a corporation*                                                      (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**The Marley-Wylain Company**                      represented by    **Edward J. McCambridge**
*a corporation*                                                      (See above for address)
*also known as*                                                      *LEAD ATTORNEY*
Weil-McLain Company                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Trane U.S. Inc.**                                represented by    **Daniel Alexander Manna**
*a corporation*                                                      (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Union Carbide Corporation**                      represented by    **Daniel Alexander Manna**
*a corporation*                                                      (See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Viking Pump Inc.**
*a corporation*

**Defendant**

**Warren Pumps**
*a corporation*

**Defendant**

**Weyerhaeuser Company**
*a corporation*

**Defendant**

**Zurn Industries**                    represented by **Emily Zapotocny**
*a corporation*                        (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Peerless Pump Company**              represented by **Mark S. DesRochers**
*a corporation*                        (See above for address)
                                       *ATTORNEY TO BE NOTICED*


V.

**Cross Defendant**

**Peerless Pump Company**              represented by **Mark S. DesRochers**
*a corporation*                        (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**A.W. Chesterton Company**            represented by **Adam J Jagadich**
*a corporation*                        (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Alfa Laval, Inc.**
*a corporation*

**Cross Defendant**

**Amtico International, Inc.**
*a corporation*

**Cross Defendant**

**Atlantic Richfield Company**
*a corporation*

**Cross Defendant**

**Bayer Crop Science, Inc.**
*as successor to Rhone-Poulenc AG*
*Company Inc. and Benjamin Foster,*
*Inc., a corporation*

represented by **Daniel Alexander Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Bechtel Corporation**
*a corporation*

**Cross Defendant**

**Buffalo Pumps, Inc.**
*a corporation*

**Cross Defendant**

**CBS Corporation**
*a corporation*

**Cross Defendant**

**Certainteed Corporation**
*a corporation*

represented by **Daniel Alexander Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Chevron U.S.A., Inc.**
*a corporation*

represented by **Jonathon P. Parrington**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cornell Pump Company**
*a corporation*

**Cross Defendant**

**Crane Co.**
*a corporation*

**Cross Defendant**

**DAP Products, Inc.**
*Individually and as Successor to DAP,*
*Inc., a corporation*

**Cross Defendant**

**Dal-Tile Corporation**
*Individually and as Successor to*
*American Olean Corporation, a*
*corporation*

**Cross Defendant**

**Eaton Electrical, Inc.**
*as successor to Cutler-Hammer Inc., a*
*corporation*

**Cross Defendant**

**ExxonMobil Oil Corporation**
*a corporation*

**Cross Defendant**

**Flowserve US Inc.**
*Individually and as Successor to*
*Worthington Pumps, Inc., a*
*corporation*

**Cross Defendant**

**Foseco Inc.**
*a corporation*

**Cross Defendant**

**Foster Wheeler LLC**
*a corporation*

**Cross Defendant**

**Gardner Denver**                    represented by **Emily Zapotocny**
*a corporation*                                       (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**General Electric Company**
*a corporation*

**Cross Defendant**

**General Refractories Company**
*a corporation*

**Cross Defendant**

**Georgia Pacific, LLC**
*a corporation*

**Cross Defendant**

**Goulds Pumps, Inc.**
*a corporation*

**Cross Defendant**

**Honeywell International Inc.**
*a corporation*

**Cross Defendant**

**ITT Corporation**
*a corporation*

**Cross Defendant**

**Ingersoll Rand Company**
*a corporation*

represented by **Daniel Alexander Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**International Paper Company**
*a corporation*

**Cross Defendant**

**John Crane Inc.**
*a corporation*

**Cross Defendant**

**Kaiser Gypsum Company, Inc.**
*a corporation*

**Cross Defendant**

**Kentile, Inc.**
*a corporation*

**Cross Defendant**

**Mannington Mills, Inc.**
*a corporation*

**Cross Defendant**

**Michelin North America, Inc.**
*as successor to Uniroyal, Inc., a corporation*

**Cross Defendant**

**Minnesota Mining and Manufacturing Co.**
*a corporation*

represented by **Edward J. McCambridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam J Jagadich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Oakfabco Inc.**
*a corporation*

**Cross Defendant**

**Owens-Illinois Inc.**
*a corporation*

**Cross Defendant**

**Parker-Hannifin Corporation**
*a corporation*

**Cross Defendant**

**Patterson Pump Company**
*a corporation*

**Cross Defendant**

**Pentair Pump Group, Inc.**
*Individually and as Successor to*
*Aurora Pumps, a corporation*

**Cross Defendant**

**Rapid American Corporation**                represented by **Mark Russell Feldmann**
*a corporation*                                                        (See above for address)
                                                                                *LEAD ATTORNEY*
                                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Tarkett, Inc.**
*Individually as and successor to*
*Domco, Inc., and Azrock, Inc., a*
*corporation*

**Cross Defendant**

**Texaco, Inc.**                                   represented by **Jonathon P. Parrington**
*a corporation*                                                      (See above for address)
                                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**The Marley-Wylain Company**
*a corporation*

**Cross Defendant**

**Trane U.S. Inc.**                               represented by **Daniel Alexander Manna**
*a corporation*                                                     (See above for address)
                                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Union Carbide Corporation**              represented by **Daniel Alexander Manna**
*a corporation*                                                     (See above for address)
                                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Viking Pump Inc.**
*a corporation*

**Cross Defendant**

**Warren Pumps**
*a corporation*

**Cross Defendant**

**Weyerhaeuser Company**
*a corporation*

**Cross Defendant**

**Zurn Industries**                              represented by **Emily Zapotocny**
*a corporation*                                                (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2011 | 1 | COMPLAINT against A.W. Chesterton Company, Alfa Laval, Inc., Amtico International, Inc., Atlantic Richfield Company, Bayer Crop Science, Inc., Bechtel Corporation, Buffalo Pumps, Inc., CBS Corporation, Certainteed Corporation, Chevron U.S.A., Inc., Cornell Pump Company, Crane Co., DAP Products, Inc., Dal-Tile Corporation, Eaton Electrical, Inc., ExxonMobil Oil Corporation, Flowserve US Inc., Foseco Inc., Foster Wheeler LLC, Gardner Denver, General Electric Company, General Refractories Company, Georgia Pacific, LLC, Goulds Pumps, Inc., Honeywell International Inc., ITT Corporation, Ingersoll Rand Company, International Paper Company, John Crane Inc., Kaiser Gypsum Company, Inc., Kentile, Inc., Mannington Mills, Inc., Michelin North America, Inc., Minnesota Mining and Manufacturing Co., Oakfabco Inc., Owens-Illinois Inc., Parker-Hannifin Corporation, Patterson Pump Company, Peerless Pump Company, Pentair Pump Group, Inc., Rapid American Corporation, Tarkett, Inc., Texaco, Inc., The Marley-Wylain Company, Trane U.S. Inc., Union Carbide Corporation, Viking Pump Inc., Warren Pumps, Weyerhaeuser Company, Zurn Industries. Service to be completed by Waiver of Service of Summons. ( Filing fee $ 350 receipt number 0758-695248.), filed by Francis D Reising. (Attachments: # 1 JS-44 Civil Cover Sheet, # 2 Exhibit A-Defendants Home States and Principal Places of Business, # 3 Exhibit B-Plaintiff's Work History) (Cascino, Michael) Modified exhibit descriptions on 1/26/2011 (mmo). (Entered: 01/25/2011) |
| 01/25/2011 | 2 | Notice by Plaintiff Francis D Reising. (Cascino, Michael) (Entered: 01/25/2011) |

| 01/25/2011 | 3 | Corporate Disclosure Statement by Plaintiff Francis D Reising (Cascino, Michael) (Entered: 01/25/2011) |
|---|---|---|
| 01/26/2011 | | Case non-randomly assigned to Magistrate Judge Stephen L. Crocker. (krj) (Entered: 01/26/2011) |
| 01/26/2011 | | Standard attachments for Magistrate Judge Stephen L. Crocker required to be served on all parties with summons or waiver of service: Briefing Guidelines, Corporate Disclosure Statement, Order Regarding Assignment of Civil Cases, Notice of Assignment to a Magistrate Judge and Consent/Request for Reassignment, Order on Dispositive Motions. (krj) (Entered: 01/26/2011) |
| 02/21/2011 | 4 | Notice of Appearance filed by Edward J. McCambridge for Defendant Minnesota Mining and Manufacturing Co. (McCambridge, Edward) (Entered: 02/21/2011) |
| 02/26/2011 | 5 | Notice of Appearance filed by Mark Russell Feldmann for Defendant Rapid American Corporation (Feldmann, Mark) (Entered: 02/26/2011) |
| 02/26/2011 | 6 | Certificate of Service by Defendant Rapid American Corporation (Feldmann, Mark) (Entered: 02/26/2011) |
| 03/01/2011 | 7 | ANSWER with Jury Demand by Defendant Chevron U.S.A., Inc. and Texaco Inc. (Parrington, Jonathon) Modified docket text on 3/2/2011 (mmo/p). (Entered: 03/01/2011) |
| 03/03/2011 | 8 | ANSWER by Defendant Bayer Crop Science, Inc.. (Manna, Daniel) (Entered: 03/03/2011) |
| 03/03/2011 | 9 | Corporate Disclosure Statement by Defendant Bayer Crop Science, Inc. (Manna, Daniel) (Entered: 03/03/2011) |
| 03/03/2011 | 10 | ANSWER by Defendant Certainteed Corporation. (Manna, Daniel) (Entered: 03/03/2011) |
| 03/03/2011 | 11 | Corporate Disclosure Statement by Defendant Certainteed Corporation (Manna, Daniel) (Entered: 03/03/2011) |
| 03/03/2011 | 12 | ANSWER by Defendants Ingersoll Rand Company, Trane U.S. Inc.. (Manna, Daniel) (Entered: 03/03/2011) |
| 03/03/2011 | 13 | Corporate Disclosure Statement by Defendant Ingersoll Rand Company (Manna, Daniel) (Entered: 03/03/2011) |
| 03/03/2011 | 14 | Corporate Disclosure Statement by Defendant Trane U.S. Inc. (Manna, Daniel) (Entered: 03/03/2011) |
| 03/03/2011 | 15 | ANSWER by Defendant Union Carbide Corporation. (Manna, Daniel) (Entered: 03/03/2011) |
| 03/03/2011 | 16 | Corporate Disclosure Statement by Defendant Union Carbide Corporation (Manna, Daniel) (Entered: 03/03/2011) |

| 03/03/2011 | 17 | Certificate of Service by Defendants Bayer Crop Science, Inc., Certainteed Corporation, Ingersoll Rand Company, Trane U.S. Inc., Union Carbide Corporation (Manna, Daniel) (Entered: 03/03/2011) |
|---|---|---|
| 03/04/2011 | 18 | Notice of Appearance filed by Emily Zapotocny for Defendant Zurn Industries (Zapotocny, Emily) (Entered: 03/04/2011) |
| 03/04/2011 | 19 | Notice of Appearance filed by Emily Zapotocny for Defendant Gardner Denver (Zapotocny, Emily) (Entered: 03/04/2011) |
| 03/07/2011 | 20 | **MOTION TO DISMISS *Pursuant to FRCP 12(b) (6)*** by Defendant Minnesota Mining and Manufacturing Co., now known as 3M Company. Brief in Opposition due 3/28/2011. Brief in Reply due 4/7/2011. (Attachments: # 1 Text of Proposed Order Proposed Order) (McCambridge, Edward) Modified docket text on 3/8/2011; contacted filer, MN Mining now known as 3M Company. (mmo/p). (Entered: 03/07/2011) |
| 03/07/2011 | 21 | ANSWER, CROSSCLAIM *Affirmative Defenses, Motion to Dismiss, Answer to Cross Claim* by defendant Sterling Fluid Systems (USA), LLC, improperly sued as Peerless Pump Company. (Attachments: # 1 Certificate of Service) (DesRochers, Mark) Modified docket text on 3/8/2011 (mmo/p). (Entered: 03/07/2011) |
| 03/08/2011 | 22 | Notice of Appearance filed by Edward J. McCambridge for Defendant The Marley-Wylain Company (McCambridge, Edward) (Entered: 03/08/2011) |
| 03/08/2011 | 23 | **MOTION TO DISMISS** by Defendant The Marley-Wylain Company. Brief in Opposition due 3/29/2011. Brief in Reply due 4/8/2011. (McCambridge, Edward) (Entered: 03/08/2011) |
| 03/08/2011 | 24 | ANSWER by Defendant Kaiser Gypsum Company, Inc.. (Szlanfucht, David) (Entered: 03/08/2011) |
| 03/09/2011 | 25 | Notice of Appearance filed by Adam J Jagadich for Cross Defendant A.W. Chesterton Company (Jagadich, Adam) (Entered: 03/09/2011) |
| 03/09/2011 | 26 | Notice of Appearance filed by Adam J Jagadich for Cross Defendant Minnesota Mining and Manufacturing Co. (Jagadich, Adam) (Entered: 03/09/2011) |
| 03/10/2011 | 27 | Letter to MDL court re possible tag-along case. (krj) (Entered: 03/10/2011) |

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN**

Francis D Reising

                                             Plaintiff,

     v.

A.W. Chesterton Company, a corporation,                Case No.
Alfa Laval, Inc., a corporation,
Amtico International, Inc., a corporation,
Atlantic Richfield Company, a corporation,
Bayer Crop Science, Inc., as successor to
Rhone-Poulenc AG Company Inc. &
Benjamin-Foster, Inc., a corporation,
Bechtel Corporation, a corporation,
Buffalo Pumps, Inc., a corporation,
CBS Corporation, a corporation,
Certainteed Corporation, a corporation,
Chevron U.S.A., Inc., a corporation,
Cornell Pump Company, a corporation,
Crane Co., a corporation,
DAP Products, Inc., Individually and as Successor
to DAP, Inc., a corporation,
Dal-Tile Corporation, Individually and as
Successor to American Olean Corporation, a
corporation,
Eaton Electrical, Inc., as successor to
Cutler-Hammer Inc., a corporation,
ExxonMobil Oil Corporation, a corporation,
Flowserve US Inc, Individually and as Successor to
Worthington Pumps, Inc., a corporation,
Foseco Inc., a corporation,
Foster Wheeler LLC, a corporation,
Gardner Denver, a corporation,
General Electric Company, a corporation,
General Refractories Company, a corporation,
Georgia Pacific, LLC, a corporation,
Goulds Pumps, Inc., a corporation,
Honeywell International Inc., a corporation,
ITT Corporation, a corporation,
Ingersoll Rand Company, a corporation,
International Paper Company, a corporation,
John Crane Inc., a corporation,

Kaiser Gypsum Company, Inc., a corporation,
Kentile, Inc., a corporation,
Mannington Mills, Inc., a corporation,
Michelin North America, Inc., as successor to
Uniroyal, Inc., a corporation,
Minnesota Mining and Manufacturing Co., a
corporation,
Oakfabco Inc., a corporation,
Owens-Illinois Inc., a corporation,
Parker-Hannifin Corporation, a corporation,
Patterson Pump Company, a corporation,
Peerless Pump Company, a corporation,
Pentair Pump Group, Inc., Individually and as
Successor to Aurora Pumps, a corporation,
Rapid American Corporation, a corporation,
Tarkett, Inc., Individually as and successor to
Domco, Inc., & Azrock, Inc., a corporation,
Texaco, Inc., a corporation,
The Marley-Wylain Company a/k/a/ Weil-McLain
Company, a corporation,
Trane U.S. Inc., a corporation,
Trane U.S. Inc., a corporation,
Union Carbide Corporation, a corporation,
Union Carbide Corporation, a corporation,
Viking Pump Inc, a corporation,
Warren Pumps, a corporation,
Weyerhaeuser Company, a corporation,
Zurn Industries, a corporation,

Defendants.

## COMPLAINT

Now comes the plaintiff, Francis D Reising (hereinafter "Plaintiff"), by and through his attorneys,

Cascino Vaughan Law Offices, Ltd., and complains against defendants A.W. Chesterton Company, a

corporation, Alfa Laval, Inc., a corporation, Amtico International, Inc., a corporation, Atlantic Richfield

Company, a corporation, Bayer Crop Science, Inc., as successor to Rhone-Poulenc AG Company Inc. &

Benjamin-Foster, Inc., a corporation, Bechtel Corporation, a corporation, Buffalo Pumps, Inc., a corporation,

CBS Corporation, a corporation, Certainteed Corporation, a corporation, Chevron U.S.A., Inc., a

corporation, Cornell Pump Company, a corporation, Crane Co., a corporation, DAP Products, Inc.,

Individually and as Successor to DAP, Inc., a corporation, Dal-Tile Corporation, Individually and as

Successor to American Olean Corporation, a corporation, Eaton Electrical, Inc., as successor to Cutler-Hammer Inc., a corporation, ExxonMobil Oil Corporation, a corporation, Flowserve US Inc, Individually and as Successor to Worthington Pumps, Inc., a corporation, Foseco Inc., a corporation, Foster Wheeler LLC, a corporation, Gardner Denver, a corporation, General Electric Company, a corporation, General Refractories Company, a corporation, Georgia Pacific, LLC, a corporation, Goulds Pumps, Inc., a corporation, Honeywell International Inc., a corporation, ITT Corporation, a corporation, Ingersoll Rand Company, a corporation, International Paper Company, a corporation, John Crane Inc., a corporation, Kaiser Gypsum Company, Inc., a corporation, Kentile, Inc., a corporation, Mannington Mills, Inc., a corporation, Michelin North America, Inc., as successor to Uniroyal, Inc., a corporation, Minnesota Mining and Manufacturing Co., a corporation, Oakfabco Inc., a corporation, Owens-Illinois Inc., a corporation,

Parker-Hannifin Corporation, a corporation, Patterson Pump Company, a corporation, Peerless Pump Company, a corporation, Pentair Pump Group, Inc., Individually and as Successor to Aurora Pumps, a corporation, Rapid American Corporation, a corporation, Tarkett, Inc., Individually as and successor to Domco, Inc., & Azrock, Inc., a corporation, Texaco, Inc., a corporation, The Marley-Wylain Company a/k/a/ Weil-McLain Company, a corporation, Trane U.S. Inc., a corporation, Trane U.S. Inc., a corporation, Union Carbide Corporation, a corporation, Union Carbide Corporation, a corporation, Viking Pump Inc, a corporation, Warren Pumps, a corporation, Weyerhaeuser Company, a corporation, Zurn Industries, a corporation, as follows:

## JURISDICTION

1.   Plaintiff is an adult citizen and resident of Wisconsin and resides in Lake Mills, Wisconsin.

2.   Defendants are all corporations, none of which is incorporated in or has its principal place of business in the State of Wisconsin, and at all times relevant to the allegations contained herein were engaged in the business of designing, manufacturing, mining and selling asbestos and/or asbestos-containing products and/or asbestos-insulated equipment, hereinafter referred to as "asbestos products." Please refer to the attached Exhibit A for the state of incorporation and principal place of business of each defendant.

3.    Jurisdiction is based on diversity of citizenship of the parties hereto under Title 28, United States
      Code, §1332.

4.    The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000),
      exclusive of interest and costs.

5.    Venue is proper pursuant to Title 28, United States Code, §1391.

## GENERAL ALLEGATIONS

6.    Plaintiff during the course of his employment as a Laborer at various job sites, including those
      listed on the attached Exhibit B was exposed to asbestos dust or fibers emanating from the
      asbestos products and/or asbestos insulated equipment which was sold, manufactured, mined,
      distributed, packaged, installed or otherwise placed into commerce by defendants.

7.    Plaintiff was ignorant of the dangerous nature of asbestos and of the nature of the risks incurred
      by workers working with or near asbestos products.

8.    Plaintiff became aware of the asbestos-related condition and that said condition was caused by
      Defendants' wrongful conduct within the statute of limitations before the filing of this action.

9.    As a direct and proximate result of the conduct of Defendants, Plaintiff developed and had been
      diagnosed with bilateral asbestos-related pleural disease on 7/10/2010.

10.   Plaintiff suffers great pain, physical impairment, great mental pain and anguish, is liable for large
      sums of money for medical and hospital care, and suffered losses to his personal property and
      possessions.

## COUNT I - PRODUCTS LIABILITY - NEGLIGENCE

11.   Plaintiff brings this count for negligence against all defendants and incorporates by reference all
      general allegations.

12.   It was reasonably foreseeable that Plaintiff and other workers would be working with or in the
      proximity of defendants' asbestos products and be exposed to airborne asbestos fibers.

13.   Defendants had a duty to exercise reasonable care for the safety of Plaintiff and others who
      worked with or were exposed to the defendants' asbestos products.

14. Defendants knew or in the exercise of ordinary or reasonable care ought to have known asbestos causes disease and or death, and that Plaintiff did not know that asbestos products were dangerous or harmful at the time of his exposures.

15. Each defendant breached its duty of care and was negligent, including without limitation in one or more of the following acts or omissions:

   a. Failed to adequately warn Plaintiff or others of the health hazards of asbestos;

   b. Failed to warn Plaintiff or others of the danger and harm of the asbestos after the products or equipment were installed at the premises;

   c. Failed to investigate or test for the health effects of asbestos prior to distribution and sale;

   d. Failed to instruct Plaintiff, his employers or others in the use of precautionary measures relating to asbestos-containing products and/or asbestos-insulated equipment; and/or

   e. Manufactured, mined, supplied, or installed unsafe asbestos-containing products or asbestos-insulated equipment.

16. As a direct and proximate result of the acts and omissions of the product defendants above, Plaintiff was injured as described above.

## COUNT II – PRODUCT LIABILITY - UNREASONABLY DANGEROUS PRODUCT

17. This cause of action is asserted against the manufacturing and supplying defendants.

18. The defendants' above-described asbestos products were manufactured, supplied and installed in an unreasonably dangerous condition presenting dangers to the life and health of the ultimate users thereof and to persons in the position of the Plaintiff.

19. At all relevant times, the defendants placed their asbestos products on the market knowing that they would be used without inspection for such unreasonably dangerous defects and defendants expected such asbestos products to reach Plaintiff and other users and consumers without substantial change in the condition they were in when sold.

20. Plaintiff removed, installed, used and/or handled, or was otherwise exposed to, the supplying defendants' asbestos products in the conditions in which they left the possession or control of such defendants and in a manner that was reasonably foreseeable and/or anticipated by such

defendants.

21.     Defendants manufactured, supplied or installed a product, or equipment, that was unreasonably

        dangerous in nature in that it contained asbestos, and in particular:

        a.     Was not accompanied by an adequate warning relating to the health hazards of asbestos
               products;

        b.     Was not accompanied by instructions concerning precautionary measures to be taken to
               minimize the risk of health hazards associated with asbestos products;

        c.     Was not subjected to adequate investigation regarding its hazards to health; and

        d.     Was improperly designed with, or specified for, the use of asbestos as opposed to non-
               asbestos substitutes.

22.     Plaintiff's exposure to the unreasonably dangerous products manufactured, supplied and installed

        by the defendants proximately caused injuries set forth above.

## COUNT III – DECLARATORY JUDGMENT

23.     Defendants' conduct alleged herein occurred many years before certain changes in the Wisconsin

        Statutes affecting the law of joint and several liability, as set forth in §§895.045(1) and 895.85, Wis.

        Stats., were enacted as part of so-called "tort reform" in 1995.

24.     Retroactive application of the 1995 legislation purporting to apply to the new versions of

        §§895.045(1) and 895.86, Wis. Stats, to defendants' tortious acts, which occurred many years before

        the effective date of such legislation, merely because this lawsuit was filed after the effective date

        of such legislation, would materially and adversely affect the interests of plaintiff in this matter.

25.     Retroactive application of the current versions of §§895.045(1) and 895.85, Wis. Stats., to the facts

        of this case would be unreasonable and unconstitutional, in violation of Article I, §10 and the Fifth

        and Fourteenth Amendments of the Constitution of the United States, and in violation of Article IV,

        §17(2) of the Constitution of the State of Wisconsin, and contrary to the Supreme Court of

        Wisconsin's ruling in Martin v. Richards, 192 Wis. 2d 156, (Docket #91-0016, 1995).

## PRAYER FOR RELIEF

26.     Plaintiff prays for relief as follows:

a.  Judgment against defendants, jointly and severally, for compensatory and general damages.

b.  Such further legal and equitable relief as the Court orders to do justice in this case; costs and disbursements of this action.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by a jury of 6.

Dated: January 25, 2011


 s/ Michael P. Cascino
One of the Plaintiff's Attorneys


Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Ph: (312) 944-0600

Dbtf;!4;22.dw11177.trd!!!Epdvnfou\$;!2.2!!!!Gjmfe;!12036022!!!Qbhf!2!pg2

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Francis D Reising

## DEFENDANTS
A.W. Chesterton Company, et al.,

**(b)** County of Residence of First Listed Plaintiff  Jefferson, WI
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue, Chicago, IL 60607
(312) 944-0600

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) |
| ☒ 2 U.S. Government Defendant | ☒ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES(Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                           and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☒ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | | | Appeal to District |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 28, United States Sec. 1332
Brief description of cause:
Asbestos Injury Occupational Exposure

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $
> 75,000

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S)
IF ANY          (See instructions):

JUDGE

DOCKET NUMBER

DATE  1/25/2011

SIGNATURE OF ATTORNEY OF RECORD
Mike Cain

FOR OFFICE USE ONLY

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

**Exhibit A**
**Defendants' Home States and Principal Places of Business**

| Defendant | Headquarters State | Principal Business State |
|---|---|---|
| A.W. Chesterton Company | Massachusetts | Massachusetts |
| Alfa Laval, Inc. | New Jersey | Virginia |
| Amtico International, Inc. | Delaware | Georgia |
| Atlantic Richfield Company | Delaware | Texas |
| Bayer Crop Science, Inc., as successor to Rhone-Poulenc AG Company Inc. & Benjamin-Foster, Inc. | Delaware | North Carolina |
| Bechtel Corporation | Nevada | California |
| Buffalo Pumps, Inc. | Delaware | New York |
| CBS Corporation | Delaware | Pennsylvania |
| Certainteed Corporation | Delaware | Pennsylvania |
| Chevron U.S.A., Inc. | Pennsylvania | Texas |
| Cornell Pump Company | Delaware | Oregon |
| Crane Co. | Delaware | Connecticut |
| DAP Products, Inc., Individually and as Successor to DAP, Inc. | Delaware | Maryland |
| Dal-Tile Corporation, Individually and as Successor to American Olean Corporation | Texas | Texas |
| Eaton Electrical, Inc., as successor to Cutler-Hammer Inc. | Delaware | Ohio |
| ExxonMobil Oil Corporation | New York | Texas |
| Flowserve US Inc, Individually and as Successor to Worthington Pumps, Inc. | Delaware | Texas |
| Foseco Inc. | Delaware | Ohio |
| Foster Wheeler LLC | Pennsylvania | New York |
| Gardner Denver | Delaware | Illinois |
| General Electric Company | New York | Connecticut |
| General Refractories Company | Pennsylvania | Pennsylvania |
| Georgia Pacific, LLC | Delaware | Georgia |

| Defendant | Headquarters State | Principal Business State |
|---|---|---|
| Goulds Pumps, Inc. | Delaware | New York |
| Honeywell International Inc. | Delaware | New Jersey |
| ITT Corporation | Indiana | New York |
| Ingersoll Rand Company | New Jersey | New Jersey |
| International Paper Company | New York | Tennesee |
| John Crane Inc. | Delaware | Illinois |
| Kaiser Gypsum Company, Inc. | Washington | Pennsylvania |
| Kentile, Inc. | Delaware | New York |
| Mannington Mills, Inc. | New Jersey | New Jersey |
| Michelin North America, Inc., as successor to Uniroyal, Inc. | South Carolina | South Carolina |
| Minnesota Mining and Manufacturing Co. | Delaware | Delware |
| Oakfabco Inc. | Illinois | Illinois |
| Owens-Illinois Inc. | Delaware | Ohio |
| Parker-Hannifin Corporation | Ohio | Ohio |
| Patterson Pump Company | Ohio | Georgia |
| Peerless Pump Company | Delaware | Indiana |
| Pentair Pump Group, Inc., Individually and as Successor to Aurora Pumps | Minnesota | Minnesota |
| Rapid American Corporation | Delaware | New York |
| Tarkett, Inc., Individually as and successor to Domco, Inc., & Azrock, Inc. | Delaware | Pennsylvania |
| Texaco, Inc. | Delware | New York |
| The Marley-Wylain Company a/k/a/ Weil-McLain Company | Delaware | North Carolina |
| Trane U.S. Inc. | Delaware | New Jersey |
| Trane U.S. Inc. | Delaware | New Jersey |
| Union Carbide Corporation | New York | Texas |
| Union Carbide Corporation | New York | Texas |
| Viking Pump Inc | Delaware | Illinois |

| Defendant | Headquarters State | Principal Business State |
|---|---|---|
| Warren Pumps | Delaware | New Jersey |
| Weyerhaeuser Company | Washington | Washington |
| Zurn Industries | Delaware | Pennsylvania |

**Exhibit B**
Plaintiff's work history

| SiteLocation | SiteCity | SiteSt | FirstYrId | LastYrId |
|---|---|---|---|---|
| Kadinger Construction | Milwaukee | WI | 2003 | 2004 |
| Lindberg heavy duty | Watertown | WI | 1959 | 1963 |
| Lunda Construction | Black River Falls | WI | 1965 | 1968 |
| Union Upholstering | Jefferson | WI | 1959 | 1963 |