SEDGWICK, DETERT, MORAN & ARNOLD LLP
CHARLES T. SHELDON (Bar No. 155598)
charles.sheldon@sdma.com
KATHERINE P. GARDINER (Bar No. 215542)
Katherine.gardiner@sdma.com
DEREK S. JOHNSON (Bar No. 220988)
derek.johnson@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for
GENERAL ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT PIERCE;<br><br>Plaintiff,<br><br>vs.<br><br>CBS CORPORATION, et al.,<br><br>Defendants. | CASE NO. 3:10-cv-05841-MEJ<br><br>**CERTIFICATE OF SERVICE FOR LETTER DATED MARCH 10, 2011 TO MICHAEL BECK, JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of March, 2011, a copy of the foregoing document has been served via ECF upon all counsel of record in the Court's electronic filing system.

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/Katherine P. Gardiner
CHARLES SHELDON
KATHERINE P. GARDINER
DEREK S. JOHNSON
Attorneys for Defendant
GENERAL ELECTRIC COMPANY

SF/2126952v1                                                                 3:10-cv-05841-MEJ
CERTIFICATE OF SERVICE