# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re: Asbestos Products Liability Litigation (No. VI)

*William Andrew Smith v. 3M Company, et al.*
N.D. California, C.A.N. No. 3:11 – 01073 [1]

## NOTICE OF OPPOSITION TO CTO - 373

I represent plaintiff William Andrew Smith in the above-referenced action which was included on the conditional transfer order issued March 10, 2011 (i.e., CTO-373). Plaintiff hereby submits notice of opposition to CTO-373. I understand that pursuant to Rule 7.1(f), R.P.J.P.M.L., the Motion and Brief to Vacate CTO-373 are due in 14 days.

Sincerely,

Mark A. Swanson,
PAUL & HANLEY, LLP
1608 Fourth Street, Suite 300
Berkeley, CA 94710
(510) 559-9980
mswanson@paulandhanley.com

Counsel for Plaintiff

---

[1] On March 10, 2011, this case was reassigned to the Honorable Claudia Wilken of the U.S. District Court for the Northern District of California, Oakland Division. Upon reassignment, the case number was changed to 4:11 – 01073. In the hopes of preventing any confusion, plaintiff's counsel has here identified this matter by its previous case number, as it was that previous case number that was included in CTO-373.

# PROOF OF SERVICE

I am employed in the County of Alameda, State of California, I am over the age of 18 years and not a party to the within action. My business address is 1608 Fourth Street, Suite 300, Berkeley, CA 94710.

On March 15, 2011, I served the foregoing:

**NOTICE OF OPPOSITION TO CTO - 373**

and a copy of this declaration to the interested parties herein as follows:

[XX] By electronic submission on the ECF website:

[XX] By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Berkeley, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Berkeley, California.

DATE: March 15, 2011

_____
Anne Scott

William Andrew Smith v. 3M Company, et al.
Case No. 3:11-01073

PROOF OF SERVICE

Smith, William Andrew  14949
ASC Case Number RG10544220
Mar 14 11                Page 1 of 1

# Service List

**3M COMPANY**
GORDON & REES (SF)
275 Battery Street, Suite 2000
San Francisco, CA  94111
Phone:      (415) 986-5900
FAX         (415) 986-8054

**ALLIED PACKING & SUPPLY, INC.**
HERR & ZAPALA, LLP
152 N. 3rd Street, Suite 500
San Jose, CA  95112
Phone:      (408) 287-7788
FAX         (408) 927-0408

**ASBESTOS CORPORATION, LTD.**
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP (LA)
555 South Flower Street, Suite 2900
Los Angeles, CA  90071
Phone:      (213) 443-5100
FAX         (213) 443-5101

**ATLANTIC RICHFIELD COMPANY**
TROPIO & MORLAN
21700 Oxnard Street, Suite 1700
Woodland Hills, CA  91367
Phone:      (818) 883-4000
FAX         (818) 883-4242

**BERRY & BERRY**
BERRY & BERRY
P.O. Box 16070
Oakland, CA  94610
Phone:      (510) 835-8330
FAX         (510) 835-5117

**CROWN CORK & SEAL COMPANY, INC.**
ARMSTRONG & ASSOCIATES, LLP
One Kaiser Plaza, Suite 625
Oakland, CA  94612
Phone:      (510) 433-1830
FAX         (510) 433-1836

**CROWN CORK & SEAL COMPANY, INC.**
MORRIS, POLICH & PURDY, LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA  90017-2503
Phone:      (213) 891-9100
FAX         (213) 488-1178

**GENERAL ELECTRIC COMPANY**
SEDGWICK, DETERT, MORAN & ARNOLD (SF)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA  94105
Phone:      (415) 781-7900
FAX         (415) 781-2635

**LOS ANGELES RUBBER COMPANY**
LOMBARDI, LOPER & CONANT, LLP
Lake Merrit Plaza, 1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Phone:      (510) 433-2600
FAX         (510) 433-2699

**METALCLAD INSULATION CORPORATION**
McKENNA LONG & ALDRIDGE, LLP (San Francisco)
101 California Street, 41st Floor
San Francisco, CA  94111
Phone:      (415) 267-4000
FAX         (415) 267-4198

**NATIONAL STEEL AND SHIPBUILDING COMPANY**
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA  94105
Phone:      (415) 808-0300
FAX         (415) 808-0333

**RAPID-AMERICAN CORPORATION**
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, CA  94105
Phone:      (415) 882-5000
FAX         (415) 882-0300

**RIC-WIL, INCORPORATED**
ARCHER NORRIS (Walnut Creek)
2033 North Main Street, Suite 800
Walnut Creek, CA  94596
Phone:      (925) 930-6600
FAX         (925) 930-6620

**SANTA FE BRAUN, INC.**
MORGAN, LEWIS & BOCKIUS, LLP (SF)
One Market Street, Spear Tower, 5th Floor
San Francisco, CA  94105
Phone:      (415) 442-1000
FAX         (415) 442-1001

**SEQUOIA VENTURES, INC.**
HASSARD BONNINGTON, LLP (San Francisco)
Two Embarcadero Center, Suite 1800
San Francisco, CA  94111
Phone:      (415) 288-9800
FAX         (415) 288-9802

**SOUTHERN CALIFORNIA EDISON COMPANY**
WALSWORTH, FRANKLIN, BEVINS & McCALL (ORANGE)
One City Boulevard West, Fifth Floor
Orange, CA  92868-3604
Phone:      (714) 634-2522
FAX         (714) 634-0686