# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

THIS FORM MUST BE FILED WITH THE PANEL NO LATER THAN (Noon Eastern Time) ON THE DATE INDICATED IN THE NOTICE FROM THE PANEL

MDL No. __875__ & TITLE - IN RE: __Asbestos Products Liability Litigation (No. VI)__

## NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):** Plaintiff William Andrew Smith

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):** William Andrew Smith v. 3M Company, et al.
N.D. California, C.A.N. No.: 3:11-01073

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

__3/14/11__ Date     __[signature]__ Signature of Attorney or Designee

**Name and Address of Designated Attorney:** Mark A. Swanson, Esq.
PAUL & HANLEY, LLP
1608 Fourth Street, Suite 300
Berkeley, CA 94710

Telephone No.: __(510) 559-9980__     Fax No.: __(510) 559-9970__

Email Address: __mswanson@paulandhanley.com__

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

## PROOF OF SERVICE

I am employed in the County of Alameda, State of California, I am over the age of 18 years and not a party to the within action. My business address is 1608 Fourth Street, Suite 300, Berkeley, CA 94710.

On March 15, 2011, I served the foregoing:

**NOTICE OF APPEARANCE**

and a copy of this declaration to the interested parties herein as follows:

[XX] By electronic submission on the ECF website:

[XX] By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Berkeley, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Berkeley, California.

DATE: March 15, 2011

_____
Anne Scott

William Andrew Smith v. 3M Company, et al.
Case No. 3:11-01073

PROOF OF SERVICE

Smith, William Andrew   14949
ASC Case Number RG10544220
Mar 14 11                    Page 1 of 1

# Service List

**3M COMPANY**
GORDON & REES (SF)
275 Battery Street, Suite 2000
San Francisco, CA 94111
Phone:          (415) 986-5900
FAX             (415) 986-8054

**ALLIED PACKING & SUPPLY, INC.**
HERR & ZAPALA, LLP
152 N. 3rd Street, Suite 500
San Jose, CA 95112
Phone:          (408) 287-7788
FAX             (408) 927-0408

**ASBESTOS CORPORATION, LTD.**
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP (LA)
555 South Flower Street, Suite 2900
Los Angeles, CA 90071
Phone:          (213) 443-5100
FAX             (213) 443-5101

**ATLANTIC RICHFIELD COMPANY**
TROPIO & MORLAN
21700 Oxnard Street, Suite 1700
Woodland Hills, CA 91367
Phone:          (818) 883-4000
FAX             (818) 883-4242

**BERRY & BERRY**
BERRY & BERRY
P.O. Box 16070
Oakland, CA 94610
Phone:          (510) 835-8330
FAX             (510) 835-5117

**CROWN CORK & SEAL COMPANY, INC.**
ARMSTRONG & ASSOCIATES, LLP
One Kaiser Plaza, Suite 625
Oakland, CA 94612
Phone:          (510) 433-1830
FAX             (510) 433-1836

**CROWN CORK & SEAL COMPANY, INC.**
MORRIS, POLICH & PURDY, LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017-2503
Phone:          (213) 891-9100
FAX             (213) 488-1178

**GENERAL ELECTRIC COMPANY**
SEDGWICK, DETERT, MORAN & ARNOLD (SF)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
Phone:          (415) 781-7900
FAX             (415) 781-2635

**LOS ANGELES RUBBER COMPANY**
LOMBARDI, LOPER & CONANT, LLP
Lake Merrit Plaza, 1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Phone:          (510) 433-2600
FAX             (510) 433-2699

**METALCLAD INSULATION CORPORATION**
McKENNA LONG & ALDRIDGE, LLP (San Francisco)
101 California Street, 41st Floor
San Francisco, CA 94111
Phone:          (415) 267-4000
FAX             (415) 267-4198

**NATIONAL STEEL AND SHIPBUILDING COMPANY**
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Phone:          (415) 808-0300
FAX             (415) 808-0333

**RAPID-AMERICAN CORPORATION**
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Phone:          (415) 882-5000
FAX             (415) 882-0300

**RIC-WIL, INCORPORATED**
ARCHER NORRIS (Walnut Creek)
2033 North Main Street, Suite 800
Walnut Creek, CA 94596
Phone:          (925) 930-6600
FAX             (925) 930-6620

**SANTA FE BRAUN, INC.**
MORGAN, LEWIS & BOCKIUS, LLP (SF)
One Market Street, Spear Tower, 5th Floor
San Francisco, CA 94105
Phone:          (415) 442-1000
FAX             (415) 442-1001

**SEQUOIA VENTURES, INC.**
HASSARD BONNINGTON, LLP (San Francisco)
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111
Phone:          (415) 288-9800
FAX             (415) 288-9802

**SOUTHERN CALIFORNIA EDISON COMPANY**
WALSWORTH, FRANKLIN, BEVINS & McCALL (ORANGE)
One City Boulevard West, Fifth Floor
Orange, CA 92868-3604
Phone:          (714) 634-2522
FAX             (714) 634-0686