## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DIANE ANTONELLI, Executrix for the
Estate of MICHAEL HARVEY : DKT NO: CT/3:10-CV-344
:
:
v. :
:
:
ELECTRIC BOAT CORP. March 16, 2011

### NOTICE OF APPEARANCE

Please enter my appearance, as below, on behalf of the Plaintiff, DIANE ANTONELLI, Executrix for the estate of MICHAEL HARVEY.

RESPECTFULLY

/s/ John G. Geida, Esq. /s/
John F. Geida, Esq.
Fed Bar No ct27468
Embry & Neusner
118 Poquonnock Road
Groton, CT 06340
T. 860-449-0341
F. 860-449-9070
jgeida@embryneusner.com

1

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically through the Court's electronic filing system. Pursuant to Court rules, all parties registered will receive notification.

RESPECTFULLY

/s/ John G. Geida, Esq. /s/
John F. Geida, Esq.
Fed Bar No ct27468
Embry & Neusner
118 Poquonnock Road
Groton, CT 06340
T. 860-449-0341
F. 860-449-9070
jgeida@embryneusner.com