**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DIANE ANTONELLI, Executrix for the
Estate of MICHAEL HARVEY                :        DKT NO: CT/3:10-CV-344
                                        :
                                        :
                                        :
v.                                      :
                                        :
                                        :
ELECTRIC BOAT CORP.                              March 16, 2011

**MOTION IN OPPOSITION TO REMOVAL TO MDL DOCKET**

Pursuant to the applicable rules of this Court, Plaintiff respectfully requests that

this court deny the removal of this case from the District of Connecticut. In support

thereof plaintiff submits the attached memorandum of law.

RESPECTFULLY

/s/ John G. Geida, Esq. /s/
John F. Geida, Esq.
Fed Bar No ct27468
Embry & Neusner
118 Poquonnock Road
Groton, CT 06340
T. 860-449-0341
F. 860-449-9070
jgeida@embryneusner.com

1

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically through the Court's electronic filing system. Pursuant to Court rules, all parties registered will receive notification.

RESPECTFULLY

/s/ John G. Geida, Esq. /s/
John F. Geida, Esq.
Fed Bar No ct27468
Embry & Neusner
118 Poquonnock Road
Groton, CT 06340
T. 860-449-0341
F. 860-449-9070
jgeida@embryneusner.com