# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** **03/17/2011**

**District Court:** W.D. North Carolina

**Number of Actions:** 1

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL