ADRMOP, E-Filing, RELATE

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:10-cv-05963-TEH

Carter et al v. A.W. Chesterton Company et al
Assigned to: Hon. Thelton E. Henderson
Relate Case Cases: 3:10-cv-05960-TEH
　　　　　　　　　　3:10-cv-05959-TEH
　　　　　　　　　　3:10-cv-05977-TEH
Case in other court: San Francisco County Superior Court,
　　　　　　　　　　CGC-10-275695
Cause: 28:1442 Petition for Removal- Breach of Contract

Date Filed: 12/30/2010
Jury Demand: Defendant
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**Luther Eugene Carter**　　　represented by　**Richard A. Brody**
　　　　　　　　　　　　　　　　　　　　　　Brent Coon & Associates
　　　　　　　　　　　　　　　　　　　　　　44 Montgomery Street, Suite 800
　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　　　　　415-489-7420
　　　　　　　　　　　　　　　　　　　　　　Fax: 415-489-7426
　　　　　　　　　　　　　　　　　　　　　　Email: rick.brody@bcoonlaw.com
　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　**J. Dennis Weitzel ,**
　　　　　　　　　　　　　　　　　　　　　　Morgan and Morgan, PA
　　　　　　　　　　　　　　　　　　　　　　20 N. Orange Avenue
　　　　　　　　　　　　　　　　　　　　　　Suite 1600
　　　　　　　　　　　　　　　　　　　　　　Orlando, FL 32802
　　　　　　　　　　　　　　　　　　　　　　(407) 420-1414
　　　　　　　　　　　　　　　　　　　　　　Fax: 407-422-8925
　　　　　　　　　　　　　　　　　　　　　　Email: DWeitzel@forthepeople.com
　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　**Paula Ann Rasmussen**
　　　　　　　　　　　　　　　　　　　　　　Brent Coon & Associates
　　　　　　　　　　　　　　　　　　　　　　44 Montgomery Street
　　　　　　　　　　　　　　　　　　　　　　Suite 800
　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　　　　　415-489-7420
　　　　　　　　　　　　　　　　　　　　　　Fax: 415-489-7426
　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sonja C. Carter**　　　represented by　**Richard A. Brody**
　　　　　　　　　　　　　　　　　　　　　　(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Dennis Weitzel ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paula Ann Rasmussen**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **A.W. Chesterton Company** | represented by | **Melissa Rose Badgett**<br>Cooley Manion Jones Hake Hurowski LLP<br>444 S. Flower Street, Suite 1550<br>Los Angeles, CA 90071<br>(213) 622-7300<br>Fax: (213) 622-7313<br>Email: rbadgett@cmjhklaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Fernando Charles Saldivar**<br>Cooley Manion Jones Hake Kurowski LLP<br>444 S. Flower Street, Suite 1550<br>Los Angeles, CA 90071<br>(213) 622-7300<br>Fax: (213) 622-7313<br>*ATTORNEY TO BE NOTICED*<br><br>**William M. Hake**<br>Cooley Manion Jones Hake Kurowski LLP<br>444 S. Flower Street, Suite 1550<br>Los Angeles, CA 90071<br>(213) 622-7300<br>Fax: (213) 622-7313<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Air & Liquid Systems Corporation**<br>*Successor*<br>Buffalo Pumps, Inc. | represented by | **Glen R. Powell**<br>Gordon & Rees LLP<br>Embarcadero Center West<br>275 Battery Street<br>Suite 2000<br>San Francisco, CA 94111 |

415-986-5900
Fax: 415-986-8054
Email: gpowell@gordonrees.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alfa Laval, Inc.**
*individually*
*Successor*
Sharples, Inc.

**Defendant**

**Alfa Laval Separation, Inc.**

**Defendant**

**Delaval Separator Company**

**Defendant**

**Bayer Cropscience, Inc.**
*formerly known as*
Amchem Products, Inc.
*formerly known as*
Benjamin Foster

**Defendant**

**BW/IP, Inc.**
*and its wholly-owned subsidiaries*

**Defendant**

**Crane Co.**

**Defendant**

**Crown Cork & Seal Company, Inc.**
*Successor*
Mundet Cork Company

**Defendant**

**Eaton Corporation**
*individually*
*Successor*
Eaton Electrical, Inc.
*formerly known as*
Cutler-Hammer, Inc.

**Defendant**

**Elliott Company**
*also known as*
Elliott Turbomachinery Company, Inc.

**Defendant**

**Ericsson Inc.**
*doing business as*
EUS Inc.
*Successor*
Anaconda Cable & Wire Company
*Successor*
Continental Wire & Cable Company

**Defendant**

**General Electric Company**

**Defendant**

**Goulds Pumps Incorporated**

**Defendant**

**Graybar Electric Company, Inc.**

**Defendant**

**Hill Brothers Chemical Company**

**Defendant**

**IMO Industries, Inc.**
*individually*
*Successor*
Delaval Steam Turbine Co.

**Defendant**

**Ingersoll-Rand Company**
*individually*
*Successor*
Terry Steam Turbine Company

**Defendant**

**J.T. Thorpe & Son, Inc.**

**Defendant**

**John Crane, Inc.**
*Successor*
Crane Packing Company
*Successor*
John Crane-Houdaille, Inc.

**Defendant**

**Metalclad Insulation Corporation**
*individually*
*Successor*
Northern California Insulation

**Defendant**

**Owens-Illinois, Inc.**

**Defendant**

**Parker-Hannifin Corporation**
*individually*
*Successor*
Sacomo-Sierra

**Defendant**

**Quintec Industries, Inc.**

**Defendant**

**Rapid-American Corporation**

**Defendant**

**Rockwell Automation, Inc.**
*individually*
*Successor*
Allen-Bradley Company, LLC

**Defendant**

**SB Decking, Inc.**
*formerly known as*
Selby, Battersby & Company

**Defendant**

**Schneider Electric USA, Inc.**
*formerly known as*
Square D Co.

**Defendant**

**Sulzer Pumps (US) Inc.**                    represented by **Alex Paul Catalona**
                                              Schiff Hardin LLP
                                              1 Market, Spear Tower
                                              32nd Floor
                                              San Francisco, CA 94105
                                              (415) 901-8700
                                              Fax: (415) 901-8701
                                              Email: acatalona@schiffhardin.com
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**The WM. Powell Company**

**Defendant**

**Union Carbide Corporation**                 represented by **Thomas J. Moses**

        Brydon Hugo & Parker
        135 Main Street, 20th Floor
        San Francisco, CA 94105
        (415) 808-0300
        Fax: (415) 808-0333
        Email: tmoses@bhplaw.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Uniroyal Holding, Inc.**

**Defendant**

**Viad Corporation**
*individually*
*Successor*
Griscom-Russell
*Successor*
Dial Corporation

represented by **Whitney A. Davis**
The Davis Law Firm
Attorneys at Law
3620 Fair Oaks Boulevard
Suite 200
Sacramento, CA 95864
(916) 333-5363
Fax: (916) 333-5373
Email: wdavis@davistrialcounsel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Steven J. McEvoy**
        The Davis Law Firm
        3620 Fair Oaks Blvd.
        Suite 200
        Sacramento, CA 95864
        916-333-5363
        Fax: 916-333-5373
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Warren Pumps, LLC**

represented by **Jeffrey Thomas Thayer**
Liner Grode Stein Yankelevitz
Sunshine Regenstreif & Taylor
199 Fremont Street
20th Floor
San Francisco, CA 94105
415-489-7700
Fax: (415) 989-0932
Email: jthayer@cbmlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/30/2010 | 1 | NOTICE OF REMOVAL from San Francisco County Superior. Their case number is CGC-10-275695. (Filing fee $350 receipt number 34611054454). |

| | | |
|---|---|---|
| | | Filed by Viad Corporation. (mjj2, COURT STAFF) (Filed on 12/30/2010) (Additional attachment(s) added on 2/7/2011: # 1 Exhibit A, # 2 Civil Cover Sheet) (wsn, COURT STAFF). (Entered: 12/30/2010) |
| 12/30/2010 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 4/1/2011. Case Management Conference set for 4/8/2011 01:30 PM in Courtroom A, 15th Floor, San Francisco. (Attachments: # 1 Standing Order, # 2 Standing Order re Case Management Conference, # 3 Standing Order for all Judges, # 4 Notice of Rule Discontinuing Service by Mail)(mjj2, COURT STAFF) (Filed on 12/30/2010) (Entered: 12/30/2010) |
| 12/30/2010 | 3 | Certificate of Interested Entities by Viad Corporation (mjj2, COURT STAFF) (Filed on 12/30/2010) (wsn, COURT STAFF). (Entered: 12/30/2010) |
| 12/30/2010 | | CASE DESIGNATED for Electronic Filing. (mjj2, COURT STAFF) (Filed on 12/30/2010) (Entered: 12/30/2010) |
| 01/05/2011 | 4 | MOTION to Relate Case *ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, PURSUANT TO CIVIL LOCAL RULE 7-11* filed by Air & Liquid Systems Corporation. (Powell, Glen) (Filed on 1/5/2011) (Entered: 01/05/2011) |
| 01/07/2011 | 5 | *Viad Corp's* ANSWER to Complaint with Jury Demand byViad Corporation. (Davis, Whitney) (Filed on 1/7/2011) (Entered: 01/07/2011) |
| 01/07/2011 | 6 | NOTICE by Warren Pumps, LLC *of Filing Answer in "Companion" Case* (Thayer, Jeffrey) (Filed on 1/7/2011) (Entered: 01/07/2011) |
| 01/12/2011 | 7 | NOTICE of Appearance by Alex Paul Catalona (Catalona, Alex) (Filed on 1/12/2011) (Entered: 01/12/2011) |
| 01/19/2011 | 8 | ANSWER to Complaint with Jury Demand bySulzer Pumps (US) Inc.. (Catalona, Alex) (Filed on 1/19/2011) (Entered: 01/19/2011) |
| 01/31/2011 | 9 | ORDER RELATING CASE TO C10-5959, C10-5960, and C10-5977. Signed by Judge Joseph C. Spero on 1/31/11. (klhS, COURT STAFF) (Filed on 1/31/2011) (Entered: 01/31/2011) |
| 02/02/2011 | 10 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *by Viad Corp* (Davis, Whitney) (Filed on 2/2/2011) (Entered: 02/02/2011) |
| 02/02/2011 | 11 | NOTICE by Viad Corporation *OF TAG-ALONG ACTION* (Davis, Whitney) (Filed on 2/2/2011) (Entered: 02/02/2011) |
| 02/03/2011 | 12 | Declination to Proceed Before a U.S. Magistrate Judge by Viad Corporation. (Davis, Whitney) (Filed on 2/3/2011) (Entered: 02/03/2011) |
| 02/03/2011 | 13 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klh, COURT STAFF) (Filed on 2/3/2011) (Entered: 02/03/2011) |
| 02/03/2011 | 14 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Richard Seeborg for all further proceedings. Judge Magistrate Judge Joseph C. Spero no longer assigned to the case.. Signed by Executive Committee on 2/3/11. (as, COURT STAFF) (Filed on 2/3/2011) (Entered: 02/03/2011) |
| | | |

| 02/04/2011 | 15 | ORDER OF RECUSAL. Signed by Judge Richard Seeborg on 2/4/11. (cl, COURT STAFF) (Filed on 2/4/2011) (Entered: 02/04/2011) |
| 02/04/2011 | 16 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. William Alsup for all further proceedings. Judge Hon. Richard Seeborg no longer assigned to the case.. Signed by Executive Committee on 2/4/11. (as, COURT STAFF) (Filed on 2/4/2011) Modified on 2/7/2011 (wsn, COURT STAFF). (Entered: 02/04/2011) |
| 02/07/2011 | 17 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Thelton E. Henderson for all further proceedings. Judge Hon. William H. Alsup no longer assigned to the case.. Signed by Executive Committee on 2/7/11. (as, COURT STAFF) (Filed on 2/7/2011) (Entered: 02/07/2011) |
| 02/25/2011 | 18 | ANSWER to Complaint filed by A.W. Chesterton Company. (Attachments: # (1) Proof of Service)(Badgett, Melissa) (Filed on 2/25/2011) (Entered: 02/25/2011) |
| 02/25/2011 | 19 | Certification of Interested Entities or Persons filed by A.W. Chesterton Company (Attachments: #(1) Proof of Service)(Badgett, Melissa) (Filed on 2/25/2011) (Entered: 02/25/2011) |
| 03/17/2011 | 20 | CLERKS NOTICE on Reassignment. Initial Case Management Conference set for 5/2/2011 01:30 PM in Courtroom 12, 19th Floor, San Francisco. (tmi, COURT STAFF) (Filed on 3/17/2011) (Entered: 03/17/2011) |
| 03/18/2011 | 21 | ANSWER to Complaint with Jury Demand byUnion Carbide Corporation. (Moses, Thomas) (Filed on 3/18/2011) (Entered: 03/18/2011) |
| 03/18/2011 | 22 | Certificate of Interested Entities by Union Carbide Corporation re 21 Answer to Complaint *with Disclosure Statement Pursuant to FRCP 7.1* (Moses, Thomas) (Filed on 3/18/2011) (Entered: 03/18/2011) |
| 03/18/2011 | 23 | NOTICE by Union Carbide Corporation re 21 Answer to Complaint, 22 Certificate of Interested Entities *Notice of Tag-Along Action with Certificate of Service* (Attachments: # 1 Affidavit Certificate of Service)(Moses, Thomas) (Filed on 3/18/2011) (Entered: 03/18/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/18/2011 11:17:39 | | | |
| PACER Login: | bh1524 | Client Code: | 1104-0090 |
| Description: | Docket Report | Search Criteria: | 3:10-cv-05963-TEH |
| Billable Pages: | 6 | Cost: | 0.48 |