UNITED STATES JUDICIAL PANEL MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUTHER EUGENE CARTER and SONJA C. CARTER,<br><br>   Plaintiffs,<br><br> vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>   Defendants. | (ASBESTOS)<br><br>USDC Case No. 3:10-cv-05977-TEH<br><br>San Francisco Superior Court Case No. CGC-10-275695 |

**DEFENDANT UNION CARBIDE CORPORATION'S
NOTICE OF POTENTIAL TAG-ALONG ACTION**

**TO THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:**

  1. On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is aslo named or in which that counsel appears.

1

2.	The undersigned hereby notifies the court that this state court action being removed (a copy of the removed state court complaint is submitted with this Notice) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Defendant UNION CARBIDE CORPORATION ("UNION CARBIDE") is providing written notice of this Notice of Tag-Along Action to all adverse parties. UNION CARBIDE reserves the right to amend or supplement this Notice of Tag-Along Action.

Dated: March 18, 2011						BRYDON HUGO & PARKER

					By:	/s/ Thomas J. Moses
						Brian H. Buddell [CA Bar No. 166103]
						George A. Otstott [CA Bar No. 184671]
						Thomas J. Moses [Bar No. 116002]
						BRYDON HUGO & PARKER
						135 Main Street, 20th Floor
						San Francisco, California 94105
						Telephone:  (415) 808-0300
						Facsimile:  (415) 808-0333
						Email:  tmoses@bhplaw.com

						Attorneys for Defendant
						UNION CARBIDE CORPORATION