UNITED STATES JUDICIAL PANEL MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUTHER EUGENE CARTER and SONJA C. CARTER,<br><br>        Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>        Defendants. | USDC Case No. 3:10-cv-05977-TEH<br><br>San Francisco Superior Court Case No. CGC-10-275695 |

**SCHEDULE OF ACTIONS**

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. § 1442, Defendant UNION CARBIDE CORPORATION ("UNION CARBIDE") hereby provides notice of related actions currently pending before the Judicial Panel of Multidistrict Litigation:

///

///

///

///

///

///

///

///

///

1

Removing party, UNION CARBIDE, currently has one cases pending transfer to the MDL 875 group, *Luther Eugene Carter, et al. v. A.W. Chesterton Company, et al.*, Northern District of California Case No. 3:10-05963 THE, *Edward Guy Buck, et al. v. A.W. Chesterton Company, et al.* Northern District of California Case No. 3:10-cv-05976 JSW and *Edward Guy Buck, et al. v. A.W. Chesterton Company, et al.* Northern District of California Case No. 3:10-cv-05964 JSW.

Dated: March 18, 2011	BRYDON HUGO & PARKER

By:	/s/ Thomas J. Moses
Brian H. Buddell [CA Bar No. 166103]
George A. Otstott [CA Bar No. 184671]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, California 94105
Telephone:  (415) 808-0300
Facsimile:  (415) 808-0333
Email:  tmoses@bhplaw.com

Attorneys for Defendant
UNION CARBIDE CORPORATION