ADRMOP, E-Filing, RELATE

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:10-cv-05977-TEH

| | |
|---|---|
| Carter et al v. A.W. Chesterton Company et al | Date Filed: 12/30/2010 |
| Assigned to: Hon. Thelton E. Henderson | Jury Demand: Defendant |
| Relate Case Cases: 3:10-cv-05959-TEH | Nature of Suit: 365 Personal Inj. Prod. Liability |
| 3:10-cv-05960-TEH | Jurisdiction: Federal Question |
| 3:10-cv-05963-TEH | |
| Case in other court: San Francisco Superior Court, CGC-10-275695 | |
| Cause: 28:1441 Petition for Removal- Asbestos Litigation | |

**Plaintiff**

**Luther Eugene Carter**   represented by   **Richard A. Brody**
Brent Coon & Associates
44 Montgomery Street, Suite 800
San Francisco, CA 94104
415-489-7420
Fax: 415-489-7426
Email: rick.brody@bcoonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Ann Rasmussen**
Brent Coon & Associates
44 Montgomery Street
Suite 800
San Francisco, CA 94104
415-489-7420
Fax: 415-489-7426
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sonja C. Carter**   represented by   **Richard A. Brody**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Ann Rasmussen**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**A.W. Chesterton Company**

**Defendant**

**Air & Liquid Systems Corporation**
*a sucessor by meger to Buffalo Pumps, Inc.*

represented by **Glen R. Powell**
Gordon & Rees LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111
415-986-5900
Fax: 415-986-8054
Email: gpowell@gordonrees.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alfa Laval, Inc.**
*individually and as successor in interest to Sharples, Inc., Alfa Lavel Separation, Inc. and Delaval Separator Company*

**Defendant**

**Bayer Cropscience, Inc.**
*formerly doing business as*
Amchem Products, Inc.
*formerly known as*
Benjamin Foster Company

**Defendant**

**BW/IP, Inc.**
*and its wholly-owned subsidiaries*

**Defendant**

**Crane Co.**

**Defendant**

**Crown Cork & Seal Company, Inc.**
*individually and as successor to Mundet Cork Company*

**Defendant**

**Eaton Corporation**
*individually and as successor in interest to Eaton Electrical, Inc.*
*formerly known as*
Cutler-Hammer, Inc.

**Defendant**

**Elliott Company**
*also known as*

represented by **Theodore Thomas Cordery**
Imai Tadlock Keeney & Cordery, LLP

Elliott Turbomachinery Company, Inc.                100 Bush Street
                                                    Suite 1300
                                                    San Francisco, CA 94104
                                                    415-675-7000
                                                    Fax: 415-675-7008
                                                    Email: tcordery@itkc.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Michael James Boland**
                                                    Imai, Tadlock, Keeney & Cordery, LLP

                                                    100 Bush St.
                                                    Ste. 1300
                                                    San Francisco, CA 04105
                                                    415-675-7000
                                                    Fax: 415-675-7008
                                                    Email: mboland@itkc.com
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Stephen Earl Carlson**
                                                    Imai, Tadlock, Keeney & Cordery, LLP

                                                    100 Bush Street
                                                    Suite 1300
                                                    San Francisco, CA 94104
                                                    415-675-7000
                                                    Fax: 415-675-7008
                                                    Email: scarlson@itkc.com
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Ericsson Inc.**
*individually and as successor interest to Anaconda Cable & Wire Company and Continental Wire & Cable Company*
*also known as*
EUS, Inc.

**Defendant**

**General Electric Company**

**Defendant**

**Goulds Pumps, Incorporated**          represented by   **Amy Margaret Kimmel**
                                                        Crosby & Rowell LLP
                                                        The American Bag Bldg
                                                        299 3rd St 2FL
                                                        Oakland, CA 94607
                                                        510-267-0300
                                                        Email: akimmel@crosbyrowell.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Carlisle Crosby**
Crosby & Rowell LLP
The American Bag Bldg
299 3rd St 2FL
Oakland, CA 94607
510-267-0300
Fax: 510-839-6610
*ATTORNEY TO BE NOTICED*

**William Blake Rowell**
Crosby & Rowell LLP
The American Bag Building
299 Third Street
Second Floor
Oakland, CA 94607
510-267-0300
Fax: 510-839-6610
Email: browell@crosbyrowell.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Graybar Electric Company, Inc.**

**Defendant**

**Hill Brothers Chemical Company**          represented by   **Brian Ethan Nussbaum**
Vasquez Estrada and Conway LLP
Courthouse Square
1000 Fourth Street, Suite 700
San Rafael, CA 94901
415-453-0555
Fax: 415-453-0549
Email: bnussbaum@vandelaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**IMO Industries, Inc.**
*individually and as successor in interest
to Delaval Steam Turbine Co.*

**Defendant**

**Ingersoll-Rand Company**
*individually and as successor in interest
to Terry Steam Turbine Company*

**Defendant**

**J.T. Thorpe & Son, Inc.**

**Defendant**

**John Crane, Inc.**
*as successor to Crane Packing Company and John Crane-Housaille, Inc.*

**Defendant**

**Metalclad Insulation Corporation**
*individually and as successor-in-interest to Northern California Insulation*

**Defendant**

**Owens-Illinois, Inc.**

**Defendant**

**Parker-Hannifin Corporation**
*individually and as sucessor in interest to Sacomo-Sierra*

**Defendant**

| | | |
|---|---|---|
| **Quintec Industries, Inc.** | represented by | **Hillary H Huth** |
| | | Attorney at Law |
| | | 601 Montgomery St |
| | | 9th Floor |
| | | San Francisco, CA 94111 |
| | | 415-781-7072 |
| | | Fax: 415-391-6258 |
| | | Email: hhuth@wfbm.com |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Rapid-American Corporation** | represented by | **Edward Kong Low** |
| | | SNR Denton US LLP |
| | | 525 Market Street, 26th Floor |
| | | San Francisco, CA 94105 |
| | | 415-882-5018 |
| | | Fax: 415-882-0300 |
| | | Email: edward.low@snrdenton.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

**Rockwell Automation, Inc.**
*individually and as the successor in interest to Allen-Bradley Company, LLC*

**Defendant**

**SB Decking, Inc.**
*formerly known as*
Selby, Battersby & Company

**Defendant**

**Schneider Electric USA, Inc.**
*formerly known as*
Square D Co.

**Defendant**

| | | |
|---|---|---|
| **Sulzer Pumps (US) Inc.** | represented by | **Alex Paul Catalona**<br>Schiff Hardin LLP<br>1 Market, Spear Tower<br>32nd Floor<br>San Francisco, CA 94105<br>(415) 901-8700<br>Fax: (415) 901-8701<br>Email: acatalona@schiffhardin.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**The WM Powell Company**

**Defendant**

| | | |
|---|---|---|
| **Union Barbide Corporation** | represented by | **Thomas J. Moses**<br>Brydon Hugo & Parker<br>135 Main Street, 20th Floor<br>San Francisco, CA 94105<br>(415) 808-0300<br>Fax: (415) 808-0333<br>Email: tmoses@bhplaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Uniroyal Holding, Inc.**

**Defendant**

**Viad Corporation**
*individually and as successor in interest to Griscom-Russell and Dial Corporation*

**Defendant**

**Warren Pumps, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/30/2010 | 1 | NOTICE OF REMOVAL (no process) from San Francisco Superior Court. |

| | | |
|---|---|---|
| | | Their case number is CGC-10-275695. (Filing fee $350 receipt number 34611054467). Filed by Elliott Company. (cjl, COURT STAFF) (Filed on 12/30/2010) (Additional attachment(s) added on 1/14/2011: # 1 Civil Cover Sheet) (kk, COURT STAFF). (Entered: 01/03/2011) |
| 12/30/2010 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 4/14/2011. Case Management Conference set for 4/21/2011 01:30 PM in Courtroom 4, 3rd Floor, Oakland. (Attachments: # 1 Standing Order)(cjl, COURT STAFF) (Filed on 12/30/2010) (Entered: 01/03/2011) |
| 12/30/2010 | | CASE DESIGNATED for Electronic Filing. (cjl, COURT STAFF) (Filed on 12/30/2010) (Entered: 01/03/2011) |
| 01/05/2011 | 3 | ***IMPROPER EVENT USED, MOTION TERMINATED*** ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, PURSUANT TO CIVIL LOCAL RULE 7-11 filed by Air & Liquid Systems Corporation. (Powell, Glen) (Filed on 1/5/2011) Modified on 1/6/2011 (cjl, COURT STAFF). (Entered: 01/05/2011) |
| 01/06/2011 | 4 | Certificate of Interested Entities by Elliott Company (Carlson, Stephen) (Filed on 1/6/2011) (Entered: 01/06/2011) |
| 01/06/2011 | 5 | DEFENDANT ELLIOTT COMPANY'S CORPORATE DISCLOSURE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 7.1, AND LOCAL RULE 3-16, Identifying Corporate Parent - Ebara Corporation by Elliott Company. (Carlson, Stephen) (Filed on 1/6/2011) Modified on 1/7/2011 (cjl, COURT STAFF). (Entered: 01/06/2011) |
| 01/07/2011 | 6 | NOTICE Re: Formal request to be transferred to MDL Panel No. 875 by Elliott Company. (Carlson, Stephen) (Filed on 1/7/2011) Modified on 1/10/2011 (cjl, COURT STAFF). (Entered: 01/07/2011) |
| 01/12/2011 | 7 | NOTICE OF ECF REGISTRATION HANDOUT by Elliott Company. (Cordery, Theodore) (Filed on 1/12/2011) Modified on 1/13/2011 (cjl, COURT STAFF). (Entered: 01/12/2011) |
| 01/12/2011 | 8 | Declination to Proceed Before a U.S. Magistrate Judge by Elliott Company. (Cordery, Theodore) (Filed on 1/12/2011) (Entered: 01/12/2011) |
| 01/12/2011 | 9 | NOTICE OF ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES by Elliott Company. (Cordery, Theodore) (Filed on 1/12/2011) Modified on 1/13/2011 (cjl, COURT STAFF). (Entered: 01/12/2011) |
| 01/12/2011 | 10 | NOTICE OF DEMAND FOR JURY TRIAL by Elliott Company. (Cordery, Theodore) (Filed on 1/12/2011) Modified on 1/13/2011 (cjl, COURT STAFF). (Entered: 01/12/2011) |
| 01/12/2011 | 11 | NOTICE of Appearance by Alex Paul Catalona (Catalona, Alex) (Filed on 1/12/2011) (Entered: 01/12/2011) |
| 01/13/2011 | 12 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge. (ls, COURT STAFF) (Filed on 1/13/2011) (Entered: 01/13/2011) |
| | | |

| | | |
|---|---|---|
| 01/14/2011 | 13 | ORDER REASSIGNING CASE. Case reassigned to Hon. Susan Illston for all further proceedings. Magistrate Judge Laurel Beeler no longer assigned to the case. Signed by Executive Committee on 1/14/11. (kk, COURT STAFF) (Filed on 1/14/2011) (Entered: 01/14/2011) |
| 01/18/2011 | 14 | ERRATA *re NOTICE OF TAG-ALONG ACTION TO BE TAKEN TRANSFERRED TO THE MLD PANEL NO. 875, PURSUANT TO 28 U.S.C. SECTION 1407* by Elliott Company. (Cordery, Theodore) (Filed on 1/18/2011) (Entered: 01/18/2011) |
| 01/19/2011 | 15 | NOTICE of Appearance by Amy Margaret Kimmel *on behalf of Goulds Pumps, Inc.* (Kimmel, Amy) (Filed on 1/19/2011) (Entered: 01/19/2011) |
| 01/19/2011 | 16 | NOTICE by Goulds Pumps, Incorporated *of Filing State Court Answer to Complaint and Demand for Jury Trial* (Kimmel, Amy) (Filed on 1/19/2011) (Entered: 01/19/2011) |
| 01/19/2011 | 17 | ANSWER to Complaint with Jury Demand bySulzer Pumps (US) Inc.. (Catalona, Alex) (Filed on 1/19/2011) (Entered: 01/19/2011) |
| 01/19/2011 | 18 | NOTICE of Appearance by Edward Kong Low *on behalf of Rapid-American Corporation* (Low, Edward) (Filed on 1/19/2011) (Entered: 01/19/2011) |
| 01/19/2011 | 19 | NOTICE by Rapid-American Corporation *of Re-Filing State Court Answer* (Low, Edward) (Filed on 1/19/2011) (Entered: 01/19/2011) |
| 01/19/2011 | 20 | Certificate of Interested Entities by Rapid-American Corporation (Low, Edward) (Filed on 1/19/2011) (Entered: 01/19/2011) |
| 01/24/2011 | 21 | Statement *and Certificate of Interested Entities or Persons* by Hill Brothers Chemical Company. (Nussbaum, Brian) (Filed on 1/24/2011) (Entered: 01/24/2011) |
| 01/28/2011 | 22 | ANSWER to Complaint with Jury Demand byQuintec Industries, Inc.. (Huth, Hillary) (Filed on 1/28/2011) (Entered: 01/28/2011) |
| 01/28/2011 | 23 | CLERKS NOTICE Initial Case Management Conference set for 4/22/2011 02:30 PM. (Attachments: # 1 Standing Order) (tf, COURT STAFF) (Filed on 1/28/2011) (Entered: 01/28/2011) |
| 01/31/2011 | 24 | ORDER RELATING CASE To C10-5959, C10-5960 and C10-5963.. Signed by Judge Joseph C. Spero on 1/31/11. (klhS, COURT STAFF) (Filed on 1/31/2011) (Entered: 01/31/2011) |
| 01/31/2011 | | Case Reassigned to Judge Magistrate Judge Joseph C. Spero. Judge Hon. Susan Illston no longer assigned to the case. (mab, COURT STAFF) (Filed on 1/31/2011) (Entered: 01/31/2011) |
| 02/03/2011 | 25 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klh, COURT STAFF) (Filed on 2/3/2011) (Entered: 02/03/2011) |
| 02/04/2011 | 26 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Richard Seeborg for all further proceedings. Judge Magistrate Judge Joseph C. Spero no longer assigned to the case.. Signed by Executive Committee on 2/4/11. (as, COURT STAFF) (Filed on 2/4/2011) (Entered: 02/04/2011) |

| 02/07/2011 | 27 | ORDER OF RECUSAL. Signed by Judge Richard Seeborg on 2/7/11. (cl, COURT STAFF) (Filed on 2/7/2011) (Entered: 02/07/2011) |
| --- | --- | --- |
| 02/07/2011 | 28 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Thelton E. Henderson for all further proceedings. Judge Hon. Richard Seeborg no longer assigned to the case.. Signed by Executive Committee on 2/7/11. (as, COURT STAFF) (Filed on 2/7/2011) (Entered: 02/07/2011) |
| 03/17/2011 | 29 | CLERKS NOTICE on Reassignment. Initial Case Management Conference set for 5/2/2011 01:30 PM in Courtroom 12, 19th Floor, San Francisco. (tmi, COURT STAFF) (Filed on 3/17/2011) (Entered: 03/17/2011) |
| 03/18/2011 | 30 | ANSWER to Complaint with Jury Demand byUnion Barbide Corporation. (Moses, Thomas) (Filed on 3/18/2011) (Entered: 03/18/2011) |
| 03/18/2011 | 31 | Certificate of Interested Entities by Union Barbide Corporation re 30 Answer to Complaint *and Disclosure Statement Pursuant to RFCP 7.1* (Moses, Thomas) (Filed on 3/18/2011) (Entered: 03/18/2011) |
| 03/18/2011 | 32 | NOTICE by Union Barbide Corporation re 30 Answer to Complaint, 31 Certificate of Interested Entities *Notice of Tag Along Action* (Attachments: # 1 Affidavit Certificate of Service)(Moses, Thomas) (Filed on 3/18/2011) (Entered: 03/18/2011) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 03/18/2011 12:38:59 | | | |
| **PACER Login:** | bh1524 | **Client Code:** | 1104-0090 |
| **Description:** | Docket Report | **Search Criteria:** | 3:10-cv-05977-TEH |
| **Billable Pages:** | 6 | **Cost:** | 0.48 |