UNITED STATES JUDICIAL PANEL MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUTHER EUGENE CARTER and SONJA C. CARTER,<br><br>        Plaintiffs,<br><br>    vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>        Defendants. | USDC Case No. 3:10-cv-05977-TEH<br><br>San Francisco Superior Court Case No. CGC-10-275695 |

**SCHEDULE OF ACTIONS**

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. § 1442, Defendant BAYER CROPSCIENCE, INC., successor to AMCHEM PRODUCTS, INC. incorrectly sued as BAYER CROPSCIENCE, INC. ("AMCHEM") hereby provides notice of related actions currently pending before the Judicial Panel of Multidistrict Litigation:

///

///

///

///

///

///

///

///

Removing party, AMCHEM, currently has three cases pending transfer to the MDL 875 group currently in the *Luther Eugene Carter, et al. v. A.W. Chesterton Company, et al.*, Northern District of California, Case No. 3:10-cv-05963 THE , *Buck, Edward Guy, et al. v. A.W. Chesterton Company, et al.*, Northern District of California, Case No. 3:10-05964 JSW and *Buck, Edward Guy, et al. v. A.W. Chesterton Company, et al.*, Northern District of California, Case No. 3:10-cv-05976 JSW.

Dated: March 21, 2011                                    BRYDON HUGO & PARKER

By:     /s/ Thomas J. Moses
Brian H. Buddell [CA Bar No. 166103]
George A. Otstott [CA Bar No. 184671]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, California 94105
Telephone:  (415) 808-0300
Facsimile:  (415) 808-0333
Email:  tmoses@bhplaw.com

Attorneys for Defendant
BAYER CROPSCIENCE, INC., SUCCESSOR TO AMCHEM PRODUCTS, INC., incorrectly sued as BAYER CROPSCIENCE, INC.