ADRMOP, E-Filing, RELATE

## U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:10-cv-05977-TEH

Carter et al v. A.W. Chesterton Company et al  
Assigned to: Hon. Thelton E. Henderson  
Relate Case Cases: 3:10-cv-05959-TEH  
                     3:10-cv-05960-TEH  
                     3:10-cv-05963-TEH  
Case in other court: San Francisco Superior Court, CGC-10-275695  
Cause: 28:1441 Petition for Removal- Asbestos Litigation

Date Filed: 12/30/2010  
Jury Demand: Defendant  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Federal Question

**Plaintiff**

**Luther Eugene Carter**      represented by    **Richard A. Brody**  
Brent Coon & Associates  
44 Montgomery Street, Suite 800  
San Francisco, CA 94104  
415-489-7420  
Fax: 415-489-7426  
Email: rick.brody@bcoonlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Paula Ann Rasmussen**  
Brent Coon & Associates  
44 Montgomery Street  
Suite 800  
San Francisco, CA 94104  
415-489-7420  
Fax: 415-489-7426  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sonja C. Carter**      represented by    **Richard A. Brody**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Paula Ann Rasmussen**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**A.W. Chesterton Company**

**Defendant**

**Air & Liquid Systems Corporation**
*a sucessor by meger to Buffalo Pumps, Inc.*

represented by **Glen R. Powell**
Gordon & Rees LLP
Embarcadero Center West
275 Battery Street
Suite 2000
San Francisco, CA 94111
415-986-5900
Fax: 415-986-8054
Email: gpowell@gordonrees.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alfa Laval, Inc.**
*individually and as successor in interest to Sharples, Inc., Alfa Lavel Separation, Inc. and Delaval Separator Company*

**Defendant**

**Bayer Cropscience, Inc.**
*formerly doing business as*
Amchem Products, Inc.
*formerly known as*
Benjamin Foster Company

represented by **Thomas J. Moses**
Brydon Hugo & Parker
135 Main Street, 20th Floor
San Francisco, CA 94105
(415) 808-0300
Fax: (415) 808-0333
Email: tmoses@bhplaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**BW/IP, Inc.**
*and its wholly-owned subsidiaries*

**Defendant**

**Crane Co.**

**Defendant**

**Crown Cork & Seal Company, Inc.**
*individually and as successor to Mundet Cork Company*

**Defendant**

**Eaton Corporation**
*individually and as successor in interest to Eaton Electrical, Inc.*
*formerly known as*
Cutler-Hammer, Inc.

**Defendant**

**Elliott Company**
*also known as*
Elliott Turbomachinery Company, Inc.

represented by **Theodore Thomas Cordery**
Imai Tadlock Keeney & Cordery, LLP
100 Bush Street
Suite 1300
San Francisco, CA 94104
415-675-7000
Fax: 415-675-7008
Email: tcordery@itkc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael James Boland**
Imai, Tadlock, Keeney & Cordery, LLP

100 Bush St.
Ste. 1300
San Francisco, CA 04105
415-675-7000
Fax: 415-675-7008
Email: mboland@itkc.com
*ATTORNEY TO BE NOTICED*

**Stephen Earl Carlson**
Imai, Tadlock, Keeney & Cordery, LLP

100 Bush Street
Suite 1300
San Francisco, CA 94104
415-675-7000
Fax: 415-675-7008
Email: scarlson@itkc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ericsson Inc.**
*individually and as successor interest to Anaconda Cable & Wire Company and Continental Wire & Cable Company*
*also known as*
EUS, Inc.

**Defendant**

**General Electric Company**

**Defendant**

**Goulds Pumps, Incorporated**

represented by **Amy Margaret Kimmel**
Crosby & Rowell LLP
The American Bag Bldg
299 3rd St 2FL
Oakland, CA 94607

        510-267-0300
        Email: akimmel@crosbyrowell.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Thomas Carlisle Crosby**
        Crosby & Rowell LLP
        The American Bag Bldg
        299 3rd St 2FL
        Oakland, CA 94607
        510-267-0300
        Fax: 510-839-6610
        *ATTORNEY TO BE NOTICED*

        **William Blake Rowell**
        Crosby & Rowell LLP
        The American Bag Building
        299 Third Street
        Second Floor
        Oakland, CA 94607
        510-267-0300
        Fax: 510-839-6610
        Email: browell@crosbyrowell.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Graybar Electric Company, Inc.**

**Defendant**

**Hill Brothers Chemical Company**     represented by    **Brian Ethan Nussbaum**
        Vasquez Estrada and Conway LLP
        Courthouse Square
        1000 Fourth Street, Suite 700
        San Rafael, CA 94901
        415-453-0555
        Fax: 415-453-0549
        Email: bnussbaum@vandelaw.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**IMO Industries, Inc.**
*individually and as successor in interest to Delaval Steam Turbine Co.*

**Defendant**

**Ingersoll-Rand Company**
*individually and as successor in interest to Terry Steam Turbine Company*

**Defendant**

**J.T. Thorpe & Son, Inc.**

**Defendant**

**John Crane, Inc.**
*as successor to Crane Packing Company and John Crane-Housaille, Inc.*

**Defendant**

**Metalclad Insulation Corporation**
*individually and as successor-in-interest to Northern California Insulation*

**Defendant**

**Owens-Illinois, Inc.**

**Defendant**

**Parker-Hannifin Corporation**
*individually and as sucessor in interest to Sacomo-Sierra*

**Defendant**

**Quintec Industries, Inc.**                    represented by **Hillary H Huth**
                                                Attorney at Law
                                                601 Montgomery St
                                                9th Floor
                                                San Francisco, CA 94111
                                                415-781-7072
                                                Fax: 415-391-6258
                                                Email: hhuth@wfbm.com
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Rapid-American Corporation**                  represented by **Edward Kong Low**
                                                SNR Denton US LLP
                                                525 Market Street, 26th Floor
                                                San Francisco, CA 94105
                                                415-882-5018
                                                Fax: 415-882-0300
                                                Email: edward.low@snrdenton.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Rockwell Automation, Inc.**
*individually and as the successor in interest to Allen-Bradley Company, LLC*

**Defendant**

**SB Decking, Inc.**
*formerly known as*
Selby, Battersby & Company

**Defendant**

**Schneider Electric USA, Inc.**
*formerly known as*
Square D Co.

**Defendant**

**Sulzer Pumps (US) Inc.**                          represented by **Alex Paul Catalona**
                                                                    Schiff Hardin LLP
                                                                    1 Market, Spear Tower
                                                                    32nd Floor
                                                                    San Francisco, CA 94105
                                                                    (415) 901-8700
                                                                    Fax: (415) 901-8701
                                                                    Email: acatalona@schiffhardin.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**The WM Powell Company**

**Defendant**

**Union Barbide Corporation**                       represented by **Thomas J. Moses**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Uniroyal Holding, Inc.**

**Defendant**

**Viad Corporation**
*individually and as successor in interest
to Griscom-Russell and Dial
Corporation*

**Defendant**

**Warren Pumps, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/30/2010 | 1 | NOTICE OF REMOVAL (no process) from San Francisco Superior Court. Their case number is CGC-10-275695. (Filing fee $350 receipt number 34611054467). Filed by Elliott Company. (cjl, COURT STAFF) (Filed on 12/30/2010) (Additional attachment(s) added on 1/14/2011: # 1 Civil Cover |

|  |  | Sheet) (kk, COURT STAFF). (Entered: 01/03/2011) |
|---|---|---|
| 12/30/2010 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 4/14/2011. Case Management Conference set for 4/21/2011 01:30 PM in Courtroom 4, 3rd Floor, Oakland. (Attachments: # 1 Standing Order)(cjl, COURT STAFF) (Filed on 12/30/2010) (Entered: 01/03/2011) |
| 12/30/2010 |  | CASE DESIGNATED for Electronic Filing. (cjl, COURT STAFF) (Filed on 12/30/2010) (Entered: 01/03/2011) |
| 01/05/2011 | 3 | ***IMPROPER EVENT USED, MOTION TERMINATED*** ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, PURSUANT TO CIVIL LOCAL RULE 7-11 filed by Air & Liquid Systems Corporation. (Powell, Glen) (Filed on 1/5/2011) Modified on 1/6/2011 (cjl, COURT STAFF). (Entered: 01/05/2011) |
| 01/06/2011 | 4 | Certificate of Interested Entities by Elliott Company (Carlson, Stephen) (Filed on 1/6/2011) (Entered: 01/06/2011) |
| 01/06/2011 | 5 | DEFENDANT ELLIOTT COMPANY'S CORPORATE DISCLOSURE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 7.1, AND LOCAL RULE 3-16, Identifying Corporate Parent - Ebara Corporation by Elliott Company. (Carlson, Stephen) (Filed on 1/6/2011) Modified on 1/7/2011 (cjl, COURT STAFF). (Entered: 01/06/2011) |
| 01/07/2011 | 6 | NOTICE Re: Formal request to be transferred to MDL Panel No. 875 by Elliott Company. (Carlson, Stephen) (Filed on 1/7/2011) Modified on 1/10/2011 (cjl, COURT STAFF). (Entered: 01/07/2011) |
| 01/12/2011 | 7 | NOTICE OF ECF REGISTRATION HANDOUT by Elliott Company. (Cordery, Theodore) (Filed on 1/12/2011) Modified on 1/13/2011 (cjl, COURT STAFF). (Entered: 01/12/2011) |
| 01/12/2011 | 8 | Declination to Proceed Before a U.S. Magistrate Judge by Elliott Company. (Cordery, Theodore) (Filed on 1/12/2011) (Entered: 01/12/2011) |
| 01/12/2011 | 9 | NOTICE OF ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES by Elliott Company. (Cordery, Theodore) (Filed on 1/12/2011) Modified on 1/13/2011 (cjl, COURT STAFF). (Entered: 01/12/2011) |
| 01/12/2011 | 10 | NOTICE OF DEMAND FOR JURY TRIAL by Elliott Company. (Cordery, Theodore) (Filed on 1/12/2011) Modified on 1/13/2011 (cjl, COURT STAFF). (Entered: 01/12/2011) |
| 01/12/2011 | 11 | NOTICE of Appearance by Alex Paul Catalona (Catalona, Alex) (Filed on 1/12/2011) (Entered: 01/12/2011) |
| 01/13/2011 | 12 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge. (ls, COURT STAFF) (Filed on 1/13/2011) (Entered: 01/13/2011) |
| 01/14/2011 | 13 | ORDER REASSIGNING CASE. Case reassigned to Hon. Susan Illston for all further proceedings. Magistrate Judge Laurel Beeler no longer assigned to the case. Signed by Executive Committee on 1/14/11. (kk, COURT STAFF) (Filed |

| | | |
|---|---|---|
| | | on 1/14/2011) (Entered: 01/14/2011) |
| 01/18/2011 | 14 | ERRATA re *NOTICE OF TAG-ALONG ACTION TO BE TAKEN TRANSFERRED TO THE MLD PANEL NO. 875, PURSUANT TO 28 U.S.C. SECTION 1407* by Elliott Company. (Cordery, Theodore) (Filed on 1/18/2011) (Entered: 01/18/2011) |
| 01/19/2011 | 15 | NOTICE of Appearance by Amy Margaret Kimmel *on behalf of Goulds Pumps, Inc.* (Kimmel, Amy) (Filed on 1/19/2011) (Entered: 01/19/2011) |
| 01/19/2011 | 16 | NOTICE by Goulds Pumps, Incorporated *of Filing State Court Answer to Complaint and Demand for Jury Trial* (Kimmel, Amy) (Filed on 1/19/2011) (Entered: 01/19/2011) |
| 01/19/2011 | 17 | ANSWER to Complaint with Jury Demand bySulzer Pumps (US) Inc.. (Catalona, Alex) (Filed on 1/19/2011) (Entered: 01/19/2011) |
| 01/19/2011 | 18 | NOTICE of Appearance by Edward Kong Low *on behalf of Rapid-American Corporation* (Low, Edward) (Filed on 1/19/2011) (Entered: 01/19/2011) |
| 01/19/2011 | 19 | NOTICE by Rapid-American Corporation *of Re-Filing State Court Answer* (Low, Edward) (Filed on 1/19/2011) (Entered: 01/19/2011) |
| 01/19/2011 | 20 | Certificate of Interested Entities by Rapid-American Corporation (Low, Edward) (Filed on 1/19/2011) (Entered: 01/19/2011) |
| 01/24/2011 | 21 | Statement *and Certificate of Interested Entities or Persons* by Hill Brothers Chemical Company. (Nussbaum, Brian) (Filed on 1/24/2011) (Entered: 01/24/2011) |
| 01/28/2011 | 22 | ANSWER to Complaint with Jury Demand byQuintec Industries, Inc.. (Huth, Hillary) (Filed on 1/28/2011) (Entered: 01/28/2011) |
| 01/28/2011 | 23 | CLERKS NOTICE Initial Case Management Conference set for 4/22/2011 02:30 PM. (Attachments: # 1 Standing Order) (tf, COURT STAFF) (Filed on 1/28/2011) (Entered: 01/28/2011) |
| 01/31/2011 | 24 | ORDER RELATING CASE To C10-5959, C10-5960 and C10-5963.. Signed by Judge Joseph C. Spero on 1/31/11. (klhS, COURT STAFF) (Filed on 1/31/2011) (Entered: 01/31/2011) |
| 01/31/2011 | | Case Reassigned to Judge Magistrate Judge Joseph C. Spero. Judge Hon. Susan Illston no longer assigned to the case. (mab, COURT STAFF) (Filed on 1/31/2011) (Entered: 01/31/2011) |
| 02/03/2011 | 25 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klh, COURT STAFF) (Filed on 2/3/2011) (Entered: 02/03/2011) |
| 02/04/2011 | 26 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Richard Seeborg for all further proceedings. Judge Magistrate Judge Joseph C. Spero no longer assigned to the case.. Signed by Executive Committee on 2/4/11. (as, COURT STAFF) (Filed on 2/4/2011) (Entered: 02/04/2011) |
| 02/07/2011 | 27 | ORDER OF RECUSAL. Signed by Judge Richard Seeborg on 2/7/11. (cl, COURT STAFF) (Filed on 2/7/2011) (Entered: 02/07/2011) |

| | | |
|---|---|---|
| 02/07/2011 | 28 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Thelton E. Henderson for all further proceedings. Judge Hon. Richard Seeborg no longer assigned to the case.. Signed by Executive Committee on 2/7/11. (as, COURT STAFF) (Filed on 2/7/2011) (Entered: 02/07/2011) |
| 03/17/2011 | 29 | CLERKS NOTICE on Reassignment. Initial Case Management Conference set for 5/2/2011 01:30 PM in Courtroom 12, 19th Floor, San Francisco. (tmi, COURT STAFF) (Filed on 3/17/2011) (Entered: 03/17/2011) |
| 03/18/2011 | 30 | ANSWER to Complaint with Jury Demand byUnion Barbide Corporation. (Moses, Thomas) (Filed on 3/18/2011) (Entered: 03/18/2011) |
| 03/18/2011 | 31 | Certificate of Interested Entities by Union Barbide Corporation re 30 Answer to Complaint *and Disclosure Statement Pursuant to RFCP 7.1* (Moses, Thomas) (Filed on 3/18/2011) (Entered: 03/18/2011) |
| 03/18/2011 | 32 | NOTICE by Union Barbide Corporation re 30 Answer to Complaint, 31 Certificate of Interested Entities *Notice of Tag Along Action* (Attachments: # 1 Affidavit Certificate of Service)(Moses, Thomas) (Filed on 3/18/2011) (Entered: 03/18/2011) |
| 03/18/2011 | 33 | ANSWER to Complaint with Jury Demand byBayer Cropscience, Inc.. (Moses, Thomas) (Filed on 3/18/2011) (Entered: 03/18/2011) |
| 03/18/2011 | 34 | Certificate of Interested Entities by Bayer Cropscience, Inc. re 33 Answer to Complaint *and Disclosure Statement Pursuant to FRCP 7.1* (Moses, Thomas) (Filed on 3/18/2011) (Entered: 03/18/2011) |
| 03/18/2011 | 35 | NOTICE by Bayer Cropscience, Inc. re 34 Certificate of Interested Entities, 33 Answer to Complaint *Notice of Tag Along Action* (Attachments: # 1 Affidavit Certificate of Service)(Moses, Thomas) (Filed on 3/18/2011) (Entered: 03/18/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/18/2011 15:50:12 | | | |
| **PACER Login:** | bh1524 | **Client Code:** | 1101-0344 |
| **Description:** | Docket Report | **Search Criteria:** | 3:10-cv-05977-TEH |
| **Billable Pages:** | 6 | **Cost:** | 0.48 |