ONE MARKET PLAZA   STEUART TOWER, 8TH FLOOR   SAN FRANCISCO, CALIFORNIA 94105-1101

www.sdma.com   415.781.7900 *phone*   415.781.2635 *fax*



March 21, 2011

<u>Via ECF Filing</u>

Michael Beck
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:   *Guadalupe Ramirez, et al. v. General Electric Company, et al.* Case No. 11-cv-01258-LB
      *Guadalupe Ramirez, et al. v. General Electric Company, et al.* Case No. 11-cv-01031-WHA
      U.S. District Court, Northern District Of California
      Our File No.: 00045-079666

## NOTICE OF TAG-ALONG ACTION

Dear Mr. Beck:

On behalf of our client, General Electric Company ("GE"), we write to inform the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" asbestos case currently pending in the United States District Court for the Northern District of California.

Plaintiffs in the above-referenced matter have initiated a wrongful death asbestos-related action. Plaintiffs claim that decedent Raul Ramirez was exposed to asbestos-containing products at his job sites. Thus, this action involves common questions of fact with numerous other asbestos actions previously transferred by the Panel pursuant to 28 U.S.C. § 1407. Accordingly, GE requests that the Panel transfer this case to the Eastern District of Pennsylvania for consolidated pretrial proceedings. Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of Procedure, the panel is authorized to enter a conditional transfer order or file an order to show cause why this action should not be transferred.

This "tag-along" case was removed to the United States District Court for the Northern District of California on March 4, 3011 and again on March 15, 2011 by two separate defendants. These cases should be related as they relate to the same plaintiffs, the same claims of asbestos exposure, and stem from the same state court case. In sum, (1) it involves claims of personal injury based on identical plaintiff's exposure to asbestos and asbestos-containing products, (2) it calls for the determination of the same or substantially identical questions of law, and (3) it is likely to entail duplication of labor if heard by different judges.

SF/2126214v1

March 21, 2011
Page 2

questions of law, and (3) it is likely to entail duplication of labor if heard by different judges. A Notice of Related cases has been filed with the United States District Court for the Northern District of California.

I enclose plaintiffs' complaint in this action, as well as the docket sheet for this case in the United States District Court for the Northern District of California for both dockets.

Plaintiffs in this action are represented by David R. Donadio, 222 Rush Landing Road, Novato, California 94948, Telephone: (415) 898-1555.

Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

Regards,

Allison Low
Sedgwick, Detert, Moran & Arnold LLP

Enclosure


cc: (via facsimile only) (w/out enclosure)

Brayton*Purcell

SF/2126214v1