## CERTIFICATE OF SERVICE

On March 21, 2011, I electronically filed this letter and enclosure through the CM/ECF system, and served the letter via facsimile on plaintiff's counsel: David Donadio, Esq., 222 Rush Landing, Novato, California 94945.

/s/ Allison Low
Allison Low
Sedgwick, Detert, Moran & Arnold LLP
One Market, 8th Floor, Steuart Tower
San Francisco, CA 94105
Phone: (415) 781-7900
Fax: (415) 781-2635
Attorney for: General Electric Company
