1  DAVID R. DONADIO, ESQ., S.B. #154436
2  NOAH J. WOODS, ESQ., S.B. #264823
   BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169                    ASBESTOS
4  Novato CA 94948-6169  CASE MANAGEMENT CONFERENCE
   (415) 898-1555
5                        DEC 1 5 2011  1:30 PM
   Attorneys for Plaintiffs
6                        DEPARTMENT   220
7

ENDORSED
FILED
San Francisco County Superior Court

DEC 3 0 2010

CLERK OF THE COURT
BY: ___PARAM NATT___
                    Deputy Clerk

8              SUPERIOR COURT OF CALIFORNIA

9                 COUNTY OF SAN FRANCISCO

10

11  GUADALUPE RAMIREZ, as Wrongful            )  ASBESTOS
    Death Heir, and as Successor-in-Interest to )  No.
12  RAUL RAMIREZ, Deceased; and               )  C G C - 1 0 - 2 7 5 7 4 1
    MARTA RAMIREZ, MARIBEL ALEXIS,            )
13  CHARMAINE CARR, and RAUL                  )  COMPLAINT FOR SURVIVAL,
    RAMIREZ, JR., as Legal Heirs of RAUL      )  WRONGFUL DEATH - ASBESTOS
14  RAMIREZ, Deceased,                        )
                                              )
15              Plaintiffs,                   )
                                              )
16  vs.                                       )
                                              )
17  GENERAL ELECTRIC COMPANY;                 )
    Defendants as Reflected on Exhibit 1      )
18  attached to the Summary Complaint         )  THIS CASE IS SUBJECT TO
    herein; and DOES 1-8500.                  )  MANDATORY ELECTRONIC FILING
19  _____  )  PURSUANT TO AMENDED G.O. 158

20         1.    RAUL RAMIREZ (hereinafter and in the Complaint referred to as "decedent")

21  died on May 30, 2010.

22         2.    GUADALUPE RAMIREZ is the Successor-in-Interest to decedent.

23         3.    The heirs-at-law of decedent and their relationships to the decedent are:

24  NAME                   AGE              RELATIONSHIP TO DECEDENT

25  GUADALUPE RAMIREZ       65 Years         Spouse
    MARTA RAMIREZ           Over 18          Daughter
26  MARIBEL ALEXIS          Over 18          Daughter
    CHARMAINE CARR          Over 18          Daughter
27  RAUL RAMIREZ, JR.       Over 18          Son

28  ///

K:\injured\135091-PLD\cmp-whr-2.wpd                    1
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1       4.    Plaintiffs bring this action as specified in Section 377.60 of the Code of Civil

2   Procedure as decedent's legal heirs.

3       5.    At all times prior to his death, decedent was a faithful and dutiful spouse to

4   plaintiff GUADALUPE RAMIREZ and parent to plaintiff children.

5       6.    Plaintiffs' claims are set forth in ©Brayton✜Purcell **Master Complaint for**

6   **[Survival] [Loss of Consortium] Wrongful Death** (hereinafter "Master Complaint") - Asbestos

7   No. 828684 filed March 3, 2003, in San Francisco Superior Court.  A copy of the Master

8   Complaint and General Order No. 55 may be obtained upon request from Brayton✜Purcell, and

9   designated portions of the Master Complaint are incorporated by reference herein pursuant to the

10  authority conferred by General Order No. 55.  Plaintiffs' claims are as set forth in said Master

11  Complaint against defendants herein as follows:

12  ///

13  ///

14  ///

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

DEFENDANTS* ON EXHIBITS:

| Cause of Action | B | B-1 | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First (Negligence-Survival) | ⊠ | ☐ |  |  |  | ☐ | ☐ | ☐ | ☐ |  | ☐ | ☐ |  |  |
| Second (Products Liability-Survival) | ⊠ | ☐ |  |  |  | ☐ | ☐ | ☐ | ☐ |  | ☐ | ☐ |  |  |
| Third (False Representation) | ☐ | ☐ |  |  |  |  | ☐ |  |  |  |  |  |  |  |
| Fourth (Loss of Consortium) | ☐ |  | ☐ | ☐ | ☐ | ☐ |  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| Fifth (Negligence-Wrongful Death) | ⊠ | ☐ |  | ☐ | ☐ |  |  | ☐ |  |  | ☐ | ☐ | ☐ |  |
| Sixth (Products Liability-Wrongful Death) | ⊠ | ☐ |  |  |  |  | ☐ |  |  |  |  | ☐ |  |  |
| Seventh (Premises Owner/Contractor Liability) |  | ☐ | ⊠ |  |  |  |  |  |  |  |  |  |  |  |
| Eighth, Ninth, Tenth (Unseaworthiness, Negligence [Jones Act], Maintenance and Cure) |  |  |  | ☐ |  |  |  |  |  |  |  |  |  |  |
| Eleventh (Longshore and Harbor Workers Compensation Act [LHWCA]) |  |  |  |  | ☐ |  |  |  |  |  |  |  |  |  |
| Twelfth, Thirteenth (F.E.L.A.) |  |  |  |  |  | ☐ |  |  |  |  |  |  |  |  |
| Fourteenth, Fifteenth (Respiratory Safety Devices) |  |  |  |  |  |  | ☐ |  |  |  |  |  |  |  |
| Sixteenth, Seventeenth (Brake Shoe Grinding) |  |  |  |  |  |  | ☐ |  |  |  |  |  |  |  |
| Eighteenth (Concert of Action) |  |  |  |  |  |  |  | ⊠ |  |  |  |  |  |  |
| Nineteenth (Fraud, Deceit/Negligent Misrepresentation) |  |  |  |  |  |  |  |  | ⊠ |  |  |  |  |  |
| Twentieth (Fraud and Deceit/Concealment) |  |  |  |  |  |  |  |  | ⊠ |  |  |  |  |  |
| Twenty-First (Fraud and Deceit/Intentional Misrepresentation) |  |  |  |  |  |  |  |  |  | ☐ |  |  |  |  |
| Twenty-Second (Fraud/Deceit - Kent) |  |  |  |  |  |  |  |  |  |  | ☐ |  |  |  |
| Twenty-Third (Aiding/Abetting Battery - Met Life) |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Twenty-Fourth (Civil Battery) |  |  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

*and their alternate entities as set forth in the Master Complaint or on any Exhibit.

1      7.     Decedent's asbestos-related injury, date of diagnosis, employment status, and

2 history of exposure to asbestos are as stated on Exhibit A.

3      8.     Plaintiffs do not make a claim for either false representative or punitive damages

4 against any named defendant herein.

5 Dated: \_\_12/3/11\_\_            BRAYTON❖PURCELL LLP

6

7                        By: _____

8                            David R. Donadio
                           Attorneys for Plaintiffs

K:\Injured\13096\PLD\emp-wdsrv2.wpd
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT 1

1

## EXHIBIT 1 - LIST OF DEFENDANTS

2

3   GENERAL ELECTRIC COMPANY
    METALCLAD INSULATION CORPORATION
4   CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION)
    GENERAL DYNAMICS CORPORATION
5   NORTHROP GRUMMAN SHIPBUILDING, INC.
    and DOES 1-8500,
6

7        Defendants.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

1

<u>EXHIBIT A</u>

2

Decedent's exposure to asbestos and asbestos-containing products occurred at various

3

locations both inside and outside the State of California, including but not limited to:

4

5

6

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Department of Defense | Mare Island Naval Shipyard, Vallejo, CA | Electrician | 1983 - 1991 |
| | <u>PERMIT</u> (SSN-594) | | 1983 |
| | <u>DOLPHIN</u> (AGSS-555) | | |
| | <u>MARIANO G. VALLEJO</u> (SSBN-658) | | |
| | <u>GUITARRO</u> (SSN-665) | | |
| | <u>LA JOLLA</u> (SSN-701) | | |
| | <u>HADDOCK</u> (SSN-621) | | |
| | <u>SEA WOLF</u> (SSN-575) | | |
| | <u>NAUTILUS</u> (SSN-571) | | |
| | <u>PLUNGER</u> (SSN-595) | | |
| | <u>POLLACK</u> (SSN-603) | | |
| | <u>STURGEON</u> (SSN-637) | | |
| | <u>SWORDFISH</u> (SSN-579) | | |
| | <u>HAMMERHEAD</u> (SSN-663) | | |
| | <u>WILLIAM H. BATES</u> (SSN-680) | | |
| | <u>SHARK</u> (SSN-591) | | |

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Department of Defense (cont'd.) | Mare Island Naval Shipyard, Vallejo, CA | Electrician | 1983 - 1991 |
| | BERGALL (SSN-667) | | |
| | RICHARD B. RUSSELL (SSN-687) | | |

Decedent's exposure to asbestos and asbestos-containing products caused severe and permanent injury to the decedent, including, but not limited to breathing difficulties and/or other lung damage. Decedent was diagnosed with lung cancer on or about October 2009.

Decedent retired from his last place of employment at regular retirement age. He had therefore suffered no disability from his asbestos-related disease as "disability" is defined in California Code of Civil Procedure § 340.2.

EXHIBIT A

K:\lmuied\113026\PLD-cmp-tidsn2 wpd
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT B

1

<u>EXHIBIT B</u>

2

<u>DEFENDANTS</u>

3

GENERAL ELECTRIC COMPANY
METALCLAD INSULATION CORPORATION

4

CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION)
GENERAL DYNAMICS CORPORATION

5

NORTHROP GRUMMAN SHIPBUILDING, INC.
DOES 1-800

6

<u>ALTERNATE ENTITY</u>

7

GENERAL ELECTRIC COMPANY

MATTERN X-RAY

8

HOTPOINT ELECTRIC APPLIANCE COMPANY LIMITED
TRUMBULL ELECTRIC MANUFACTURING COMPANY
G E INDUSTRIAL SYSTEMS

9

CURTIS TURBINES
PARSONS TURBINES

10

GENERAL ELECTRIC JET ENGINES

11

METALCLAD INSULATION
CORPORATION

NORTHERN CALIFORNIA INSULATION, INC.
SWEETSER ENTERPRISES

12

PACIFIC ASBESTOS & SUPPLY
PACIFIC INSULATION SERVICES, INC.

13

KEMPER CONSULTANTS, INC.

14

CBS CORPORATION (F/K/A VIACOM
INC., F/K/A WESTINGHOUSE
ELECTRIC CORPORATION)

VIACOM, INC.
CBS CORPORATION

15

WESTINGHOUSE ELECTRIC CORPORATION
WESTINGHOUSE ELECTRIC AND

16

MANUFACTURING COMPANY
B.F. STURTEVANT

17

KPIX TELEVISION STATION
PARAMOUNT COMMUNICATIONS, INC

18

GULF & WESTERN INDUSTRIES, INC.
NORTH & JUDD MANUFACTURING COMPANY

19

20

GENERAL DYNAMICS CORPORATION

CONVAIR
VULTEE AIRCRAFT INC.
CONSOLIDATED VULTEE AIRCRAFT CORPORATION

21

ASBESTOS CORPORATION LIMITED

22

NORTHROP GRUMMAN
SHIPBUILDING, INC.

AVONDALE INDUSTRIES, INC.
AVONDALE SHIPYARDS, INC.

23

CONTINENTAL MARITIME INDUSTRIES, INC.
EASTERN IDAHO CONSTRUCTION COMPANY

24

INGALLS SHIPBUILDING, INC.
NEWPORT NEWS SHIPBUILDING AND DRY DOCK

25

COMPANY
NORTH CAROLINA SHIPBUILDING

26

NORTHROP GRUMMAN SHIP SYSTEMS, INC.
SERVICE ENGINEERING INDUSTRIES, INC.

27

28

EXHIBIT B

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT C

1

EXHIBIT C

2 <u>DEFENDANTS</u>

3 DOES 1001-2000

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                                     EXHIBIT C

K:\Universe\013096\PLD\cmp-wdsrv2.wpd
13
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT H

1

EXHIBIT H

2   <u>DEFENDANTS</u>

3   DOES 5000-8000

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                                    EXHIBIT H

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT I

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 1

DEFENDANTS

DOES 5000-7500

EXHIBIT 1

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

1  DAVID R. DONADIO, ESQ., S.B. #154436
   BRAYTON❖PURCELL LLP
2  Attorneys at Law
   222 Rush Landing Road
3  P.O. Box 6169
   Novato, California  94948-6169
4  (415) 898-1555

5  Attorneys for Plaintiffs

ENDORSED
**FILED**
San Francisco County Superior Court

DEC 3 0 2010

CLERK OF THE COURT
BY:  PARAM NATT
              Deputy Clerk

6

7

8                    SUPERIOR COURT OF CALIFORNIA

9                        COUNTY OF SAN FRANCISCO

10

11  GUADALUPE RAMIREZ, as Wrongful        )   ASBESTOS
    Death Heir, and as Successor-in-Interest to  )   No.   CGC-10-275741
12  RAUL RAMIREZ, Deceased; and           )
    MARTA RAMIREZ, MARIBEL ALEXIS,        )
13  CHARMAINE CARR, and RAUL              )   **PRELIMINARY FACT SHEET/NEW**
    RAMIREZ, JR., as Legal Heirs of RAUL  )   **FILING/ASBESTOS LITIGATION**
14  RAMIREZ, Deceased,                    )
                                          )
15                Plaintiffs,             )   (See General Order No. 129, In Re:
                                          )   Complex Asbestos Litigation)
16  vs.                                   )
                                          )
17  GENERAL ELECTRIC COMPANY;             )
    Defendants as Reflected on Exhibit 1  )
18  attached to the Summary Complaint     )
    herein; and DOES 1-8500.              )
19

20                              NOTICE

21  TO NEW DEFENDANTS SERVED IN COMPLEX ASBESTOS LITIGATION IN THE
    SUPERIOR COURT IN AND FOR THE STATE OF CALIFORNIA, CITY AND COUNTY OF
22  SAN FRANCISCO

23        You have been served with process in an action which has been designated by the Court
    as complex litigation pursuant to Standard 19 of the Standards of Judicial Administration.  This
24  litigation bears the caption "In Re:  Complex Asbestos Litigation", [San Francisco Superior
    Court No. 828684].
25
          This litigation is governed by various general orders, some of which affect the judicial
26  management and/or discovery obligations, including the responsibility to answer interrogatories
    deemed propounded in the case.  You may contact the Court or Designated Defense Counsel,
27  Berry & Berry, P.O. Box 16070, 2930 Lakeshore Avenue, Oakland, CA 94610; Telephone:
    (510) 835-8330; FAX: (510) 835-5117, for further information and/or copies of these orders, at
28  your expense.

K:\Injured\113096\PLD\cmp-facts-wd.wpd                    1
PRELIMINARY FACT SHEET/NEW FILING/ASBESTOS LITIGATION

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1. State the complete name and address of each person whose claimed exposure to asbestos is the basis of this lawsuit ("exposed person"): Raul Ramirez, deceased.

2. Does plaintiff anticipate filing a motion for a preferential trial date within the next four months? _____ Yes      __X__ No

[If yes, the action will be governed by General Order No. 140; if no, the action will be governed by General Order No. 129.]

3. Date of birth of each exposed person in item one and, if applicable, date of death:

    Date of Birth:  ___December 11, 1928___

    Date of Death:  ___May 30, 2010___

Social Security Number of each exposed person:

   Social Security Numbers are confidential pursuant to Calif. Rule of Court 1.20.

4. Specify the nature or type of asbestos-related disease alleged by each exposed person.

   _____ Asbestosis    _____ Mesothelioma

   _____ Pleural Thickening/Plaques  _____Other Cancer: Specify: _____

  __X__ Lung Cancer Other Than Mesothelioma  _____ Other: Specify: _____

5. For purposes of identifying the nature of exposure allegations involved in this action, please check one or more:

  __X__ Shipyard  _____ Construction  _____ Friction-Automotive

  _____ Premises  _____ Aerospace  __X__ Military

  __X__ Other: Specify all that apply: __Military Civilian___

If applicable, indicate which exposure allegations apply to which exposed person.

6. Identify each location alleged to be a source of an asbestos exposure, and to the extent known, provide the beginning and ending year(s) of each such exposure. Also specify each exposed person's employer and job title or job description during each period of exposure. (For example: "San Francisco Naval Shipyard - Pipefitter - 1939-1948"). Examples of locations of exposure might be a specific shipyard, a specific railroad maintenance yard, or perhaps more generalized descriptions such as "merchant marine" or "construction". If an exposed person claims exposure ///

1  during only a portion of a year, the answer should indicate that year as the beginning and ending

2  year (e.g., 1947-1947).

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Department of Defense | Mare Island Naval Shipyard, Vallejo, CA | Electrician | 1983 - 1991 |
| | PERMIT (SSN-594) | | 1983 |
| | DOLPHIN (AGSS-555) | | |
| | MARIANO G. VALLEJO (SSBN-658) | | |
| | GUITARRO (SSN-665) | | |
| | LA JOLLA (SSN-701) | | |
| | HADDOCK (SSN-621) | | |
| | SEA WOLF (SSN-575) | | |

17  (Attach Additional Pages, If Necessary) SEE ATTACHED CONTINUATION

18  7. For each exposed person who:

19      a. worked in the United States or for a U.S. agency outside the territorial United States,

20  attach to the copy of this fact sheet provided to Designated Defense Counsel a fully executed

21  Social Security Earnings authorization (Exhibit N-4 to General Order No. 129);

22      b. may have had a Social Security disability award or is no longer employed and whose

23  last employment was not with a United States government agency, attach to the copy of this fact

24  sheet provided to Designated Defense Counsel a fully executed Social Security Disability

25  authorization (Exhibit N-5 to General Order No. 129);

26      c. served at any time in the United States military, attach to the copy of this fact sheet

27  provided to Designated Defense Counsel two fully executed originals of the stipulation (Exhibit

28  N-3 to General Order No. 129);

1        d. was employed by the United States government in a civilian capacity, attach to the

2    copy of this fact sheet provided to Designated Defense Counsel two fully executed originals of

3    the stipulation (Exhibit N-3 to General Order No. 129).

4    8. If there is a wrongful death claim, attach to the copy of this fact sheet provided to Designated

5    Defense Counsel a copy of the death certificate, if available. If an autopsy report was done, also

6    attach a copy of it to the copy of this fact sheet provided to Designated Defense Counsel.

7    9. State the date of the filing of the initial complaint in this matter:

8    Dated: _____12/30/2010_____          BRAYTON✦PURCELL LLP

9

10                                         By: _____

11                                         David R. Donadio
                                           Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

K:\Injured\113096\PLD\cmp-facts-wd.wpd                              4
PRELIMINARY FACT SHEET/NEW FILING/ASBESTOS LITIGATION

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Department of Defense (cont'd.) | Mare Island Naval Shipyard, Vallejo, CA | Electrician | 1983 - 1991 |
| | NAUTILUS (SSN-571) | | |
| | PLUNGER (SSN-595) | | |
| | POLLACK (SSN-603) | | |
| | STURGEON (SSN-637) | | |
| | SWORDFISH (SSN-579) | | |
| | HAMMERHEAD (SSN-663) | | |
| | WILLIAM H. BATES (SSN-680) | | |
| | SHARK (SSN-591) | | |
| | BERGALL (SSN-667) | | |
| | RICHARD B. RUSSELL (SSN-687) | | |

///

PRELIMINARY FACT SHEET/NEW FILING/ASBESTOS LITIGATION

1   DAVID R. DONADIO, ESQ., S.B. #154436
2   NANCY T. WILLIAMS, ESQ., S.B. #201095
    BRAYTON❖PURCELL LLP
3   Attorneys at Law
    222 Rush Landing Road
4   P.O. Box 6169
    Novato, California  94948-6169
5   Telephone : (415) 898-1555
    Facsimile:   (415) 898-1247
6   Attorneys for Plaintiffs

7

**ELECTRONICALLY**
**F I L E D**
*Superior Court of California,*
*County of San Francisco*
**JAN 11 2011**
Clerk of the Court
BY: ALISON AGBAY
Deputy Clerk

8           SUPERIOR COURT OF CALIFORNIA

9             COUNTY OF SAN FRANCISCO

10  GUADALUPE RAMIREZ, as Wrongful          )   ASBESTOS
    Death Heir, and as Successor-in-Interest to  )   No. CGC-10-275741
11  RAUL RAMIREZ, Deceased; and MARTA       )
    RAMIREZ, MARIBEL ALEXIS,                )
12  CHARMAINE CARR, and RAUL                )   DECLARATION OF GUADALUPE
    RAMIREZ, JR., as Legal Heirs of RAUL    )   RAMIREZ UNDER C.C.P. § 377.32
13  RAMIREZ, Deceased,                      )
                                            )
14              Plaintiffs,                 )
                                            )
15  vs.
16  GENERAL ELECTRIC COMPANY;
    Defendants as Reflected on Exhibit 1
17  attached to the Summary Complaint herein;
    and DOES 1-8500.

18

19       The undersigned hereby declares:

20       1.     I, GUADALUPE RAMIREZ, am over the age of 18 years and the surviving spouse

21  of decedent RAUL RAMIREZ.

22       2.     I make this declaration pursuant to Code of Civil Procedure Section 377.32 to allow

23  me to continue and/or commence any and all actions related to decedent's exposure to asbestos which

24  survive decedent's death.

25       3.     The name of the decedent is RAUL RAMIREZ.

26       4.     Decedent died in Fairfield, California, on May 30, 2010, leaving no will and no

27  trust.

28       5.     No proceeding is now pending in California for the administration of decedent's

    estate.
    K:\Injured\113056\PLD\337decl.wpd
                                            1
              DECLARATION OF GUADALUPE RAMIREZ UNDER C.C.P. § 377.32

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
PO BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

6.     The declarant is the decedent's successor-in-interest (as defined in §377.11 of the California Code of Civil Procedure) and succeeds to the decedent's interest in the action or proceeding.

7.     No other person has a superior right to commence and/or continue the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

8.     A certified copy of decedent's death certificate is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on _July 24_, ,2010 at Fairfield, California.


_Guadalupe R. Ramirez_
Guadalupe Ramirez

2
DECLARATION OF GUADALUPE RAMIREZ UNDER C.C.P. § 377.32

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# COUNTY of SOLANO
HEALTH AND SOCIAL SERVICES DEPARTMENT

CERTIFICATE OF DEATH    3201048001198

| Field | Value |
|---|---|
| NAME OF DECEDENT—FIRST | RAUL |
| MIDDLE | LABRADO |
| LAST | RAMIREZ |
| DATE OF BIRTH | 12/11/1928 |
| AGE | 81 |
| SEX | M |
| BIRTH STATE/FOREIGN COUNTRY | CA |
| DATE OF DEATH | 05/30/2010 |
| HOUR | 1421 |
| EVER IN U.S. ARMED FORCES | YES |
| MARITAL STATUS | MARRIED |
| EDUCATION | HS GRADUATE |
| DECEDENT'S RACE | MEXICAN AMERICAN |
| USUAL OCCUPATION | ELECTRICIAN |
| KIND OF BUSINESS OR INDUSTRY | CIVIL SERVICE |
| YEARS IN OCCUPATION | 42 |

| RESIDENCE | |
|---|---|
| STREET | 2014 PEACHTREE DR |
| CITY | FAIRFIELD |
| COUNTY/PROVINCE | SOLANO |
| ZIP CODE | 94533 |
| YEARS IN COUNTY | 49 |
| STATE/FOREIGN COUNTRY | CA |

| INFORMANT'S NAME, RELATIONSHIP | GUADALUPE RAMIREZ, WIFE |
| MAILING ADDRESS | 2014 PEACHTREE DR, FAIRFIELD, CA 94533 |

| NAME OF SURVIVING SPOUSE—FIRST | GUADALUPE |
| MIDDLE | AYON |
| LAST (BIRTH NAME) | AYON |

| NAME OF FATHER—FIRST | EVODIO |
| MIDDLE | |
| LAST | RAMIREZ |
| BIRTH STATE | MEXICO |

| NAME OF MOTHER—FIRST | AURELIA |
| MIDDLE | |
| LAST (BIRTH NAME) | LABRADO |
| BIRTH STATE | MEXICO |

| DISPOSITION DATE | 06/03/2010 |
| PLACE OF FINAL DISPOSITION | SACRAMENTO VALLEY NATIONAL CEMETERY |
| | 5810 MIDWAY RD, DIXON, CA 95620 |
| TYPE OF DISPOSITION(S) | CR/BU |
| SIGNATURE OF EMBALMER | NOT EMBALMED |
| NAME OF FUNERAL ESTABLISHMENT | BRYAN-BRAKER FUNERAL HOME |
| LICENSE NUMBER | FD988 |
| SIGNATURE OF LOCAL REGISTRAR | MICHAEL W. STACEY, MD. |
| DATE | 06/03/2010 |

| PLACE OF DEATH | |
|---|---|
| COUNTY | SOLANO |
| | 2014 PEACHTREE DR |
| | RESIDENCE |
| CITY | FAIRFIELD |

| CAUSE OF DEATH | | |
|---|---|---|
| IMMEDIATE CAUSE | RESPIRATORY FAILURE | MOS |
| | LUNG MASS | 8 MOS |
| OTHER SIGNIFICANT CONDITIONS | CONGESTIVE HEART FAILURE | |

| WAS AN AUTOPSY PERFORMED | NO |

I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED    ATOSA HORMOZYARI M.D.    LICENSE NUMBER A93584    08/02/2010
DATE    10/16/2007    TO    05/20/2010
TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE    ATOSA HORMOZYARI M.D.    1650 GATEWAY BLVD, FAIRFIELD, CA 94533

STATE REGISTRAR

*000327305*

CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF SOLANO
This is a true and exact reproduction of the document officially registered and placed on file in the office of the SOLANO COUNTY HEALTH AND SOCIAL SERVICES DEPARTMENT, PUBLIC HEALTH DIVISION.

RONALD WASHINGTON, M.D., MPH
HEALTH OFFICER AND LOCAL REGISTRAR

By

DATE ISSUED    06 / 04 / 2010

This copy is not valid unless prepared on an engraved border displaying the seal, date of issuance and the original signature of the Deputy.

ADRMOP, E-Filing

**U.S. District Court**
**California Northern District (Oakland)**
**CIVIL DOCKET FOR CASE #: 4:11-cv-01258-LB**

Ramirez et al v. General Electric Company et al
Assigned to: Magistrate Judge Laurel Beeler
Case in other court: San Francisco Superior Court, CGC-10-
                     275741
Cause: 28:1441 Petition for Removal- Asbestos Litigation

Date Filed: 03/15/2011
Jury Demand: Defendant
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

## Plaintiff

**Guadalupe Ramirez**
*as Wronful Death Heir, and as*
*Successor-in-interest to Raul Ramirez,*
*Deceased*

represented by **David R. Donadio**
Brayton Purcell LLP
222 Rush Landing Road
Novato, CA 94948-6169
(415) 898-1555
Fax: 415-898-1247
Email: DDonadio@braytonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah Jacob Woods**
Brayton Purcell
222 Rush Landing Rd
Novato, CA 94948
415-898-1555
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Marta Ramirez**
*as Legal Heirs of Raul Ramirez*

represented by **David R. Donadio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah Jacob Woods**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Maribel Alexis**
*as Legal Heirs of Raul Ramirez*

represented by **David R. Donadio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah Jacob Woods**
(See above for address)

*ATTORNEY TO BE NOTICED*

### Plaintiff

**Charmaine Carr**
*as Legal Heirs of Raul Ramirez*

represented by **David R. Donadio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah Jacob Woods**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Raul Ramirez, Jr.**
*as Legal Heirs of Raul Ramirez*

represented by **David R. Donadio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah Jacob Woods**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**General Electric Company**

represented by **Charles Todd Sheldon**
Sedgwick Detert Moran & Arnold LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
(415) 781-7900
Fax: (415) 781-2635
Email: charles.sheldon@sdma.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison Michele Low**
Sedgwick
One Market Plaza
Steuart Tower 8th Fl
SF, CA 94105
415-781-7900
Fax: 415-781-2635
Email: allison.low@sdma.com
*ATTORNEY TO BE NOTICED*

**Marc Brainich**
Sedgwick Detert Moran & Arnold LLp
One Market Plaza
Steuart Tower, 18th Floor

San Francisco, CA 94105
415-781-7900
Fax: 415-781-2635
Email: marc.brainich@sdma.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Metalclad Insulation Corporation**

**Defendant**

**CBS Corporation**
*formerly known as*
Viacom Inc.
*formerly known as*
Westinghouse Electric Corporation

**Defendant**

**General Dynamics Corporation**

**Defendant**

**Northrop Grumman Shipbuilding, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/15/2011 | 1 | NOTICE OF REMOVAL (with jury demand) from San Francisco Superior Court. Their case number is CGC-10-275741. (Filing fee $350 receipt number 34611057526). Filed by General Electric Company. (Attachments: # 1 Civil Cover Sheet)(cjl, COURT STAFF) (Filed on 3/15/2011) Modified on 3/17/2011 (cjl, COURT STAFF). (Entered: 03/17/2011) |
| 03/15/2011 | 2 | Certificate of Interested Entities by General Electric Company. (cjl, COURT STAFF) (Filed on 3/15/2011) (Entered: 03/17/2011) |
| 03/15/2011 | 3 | NOTICE of Pendency of Other Actions by General Electric Company. (cjl, COURT STAFF) (Filed on 3/15/2011) (Entered: 03/17/2011) |
| 03/15/2011 | 4 | Declination to Proceed Before a U.S. Magistrate Judge by General Electric Company. (cjl, COURT STAFF) (Filed on 3/15/2011) (Entered: 03/17/2011) |
| 03/15/2011 | 5 | ADR SCHEDULING ORDER: Case Management Statement due by 6/30/2011. Case Management Conference set for 7/7/2011 10:30 AM in Courtroom 4, 3rd Floor, Oakland. (Attachments: # 1 Standing Order)(cjl, COURT STAFF) (Filed on 3/15/2011) (Entered: 03/17/2011) |
| 03/15/2011 | | CASE DESIGNATED for Electronic Filing. (cjl, COURT STAFF) (Filed on 3/15/2011) (Entered: 03/17/2011) |
| 03/18/2011 | 6 | NOTICE of Refiling Answer and Answer to Complaint for Wrongful Death and Jury Demand (Asbestos) by General Electric Company. (Low, Allison) (Filed on 3/18/2011) Modified on 3/21/2011 (cjl, COURT STAFF). (Entered: |

| | | 03/18/2011 |
|---|---|---|
| 03/18/2011 | 7 | NOTICE of Related Cases by General Electric Company. (Low, Allison) (Filed on 3/18/2011) Modified on 3/21/2011 (cjl, COURT STAFF). (Entered: 03/18/2011) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/21/2011 09:06:08 | | |
| **PACER Login:** se6190 | **Client Code:** | 05045 |
| **Description:** Docket Report | **Search Criteria:** | 4:11-cv-01258-LB |
| **Billable Pages:** 3 | **Cost:** | 0.24 |

ADRMOP, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:11-cv-01031-WHA

Ramiriez et al v. General Electric Company et al

Assigned to: Hon. William H. Alsup

Case in other court: San Francisco County Superior Court, CGC-10-275741

Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 03/04/2011

Jury Demand: Defendant

Nature of Suit: 368 P.I. : Asbestos

Jurisdiction: Federal Question

### Plaintiff

**Guadalupe Ramirez**
*as Wrongful Death Heir, and as Successor-in-Interest to RAUL RAMIREZ, Deceased*

represented by **David R. Donadio**
Brayton Purcell LLP
222 Rush Landing Road
Novato, CA 94948-6169
(415) 898-1555
Fax: 415-898-1247
Email: DDonadio@braytonlaw.com
*ATTORNEY TO BE NOTICED*

**Noah Jacob Woods**
Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94948
415-898-1555
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Marta Ramirez**

represented by **David R. Donadio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Noah Jacob Woods**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Maribel Alexis**

represented by **David R. Donadio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Noah Jacob Woods**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Charmaine Carr**                    represented by  **David R. Donadio**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Noah Jacob Woods**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raul Ramirez, Jr.**                 represented by  **David R. Donadio**
*as Legal Heirs of RAUL RAMIREZ,*                     (See above for address)
*Deceased*                                            *ATTORNEY TO BE NOTICED*

                                                      **Noah Jacob Woods**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**General Electric Company**          represented by  **Allison Michele Low**
                                                      Sedgwick
                                                      One Market Plaza
                                                      Steuart Tower 8th Fl
                                                      SF, CA 94105
                                                      415-781-7900
                                                      Fax: 415-781-2635
                                                      Email: allison.low@sdma.com
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Metalclad Insulation Corporation**

**Defendant**

**CBS Corporation**                   represented by  **Kevin Douglas Jamison**
*formerly known as*                                   Pond North LLP
Viacom, Inc.                                          350 South Grand Avenue, Suite 2850
*formerly known as*                                   Los Angeles, CA 90071
Westinghouse Electric Corporation                     (213) 617-6170
                                                      Fax: (213) 623-3594
                                                      Email: kjamison@pondnorth.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**General Dynamics Corporation**

**Defendant**

**Northrop Grumman Shipbuilding,**    represented by  **Daniel James Kelly**

**Inc.**

Tucker Ellis & West LLP
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400
Fax: 415-617-2409
Email: daniel.kelly@tuckerellis.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/04/2011 | 1 | NOTICE OF REMOVAL of Action; No Process from San Francisco County Superior Court. Their case number is 222 Rush Landing. (Filing fee $350.00 receipt number 34611057117). Filed by Northrop Grumman Shipbuilding, Inc.. (Attachments: # 1 Civil Cover Sheet) (gba, COURT STAFF) (Filed on 3/4/2011) (Entered: 03/07/2011) |
| 03/04/2011 | 1 | Answer to Complaint by Northrop Grumman Shipbuilding, Inc.. (gba, COURT STAFF) (Filed on 3/4/2011) (Entered: 03/07/2011) |
| 03/04/2011 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 6/3/2011. Case Management Conference set for 6/10/2011 01:30 PM in Courtroom A, 15th Floor, San Francisco. (gba, COURT STAFF) (Filed on 3/4/2011) (Entered: 03/07/2011) |
| 03/04/2011 | | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 3/4/2011) (Entered: 03/07/2011) |
| 03/09/2011 | 3 | NOTICE by Northrop Grumman Shipbuilding, Inc. *of Tag-Along Action* (Kelly, Daniel) (Filed on 3/9/2011) (Entered: 03/09/2011) |
| 03/09/2011 | 4 | NOTICE by Northrop Grumman Shipbuilding, Inc. *of Pendency of Other Action* (Kelly, Daniel) (Filed on 3/9/2011) (Entered: 03/09/2011) |
| 03/09/2011 | 5 | NOTICE by Northrop Grumman Shipbuilding, Inc. *of Disclosure Statement and Certification of Interested Entities or Persons* (Kelly, Daniel) (Filed on 3/9/2011) (Entered: 03/09/2011) |
| 03/14/2011 | 6 | NOTICE by CBS Corporation *of Filing State Court Answer and Demand for Jury Trial* (Attachments: # 1 Exhibit 1 - CBS' Answer to Complaint, # 2 Exhibit 2 - CBS' Demand for Jury Trial)(Jamison, Kevin) (Filed on 3/14/2011) (Entered: 03/14/2011) |
| 03/14/2011 | 7 | NOTICE by CBS Corporation *of Related Cases* (Jamison, Kevin) (Filed on 3/14/2011) (Entered: 03/14/2011) |
| 03/14/2011 | 8 | Certificate of Interested Entities by CBS Corporation (Jamison, Kevin) (Filed on 3/14/2011) (Entered: 03/14/2011) |
| 03/17/2011 | 9 | *Defendant General Electric Company's* ANSWER to Complaint with Jury Demand byGeneral Electric Company. (Low, Allison) (Filed on 3/17/2011) (Entered: 03/17/2011) |
| 03/17/2011 | 10 | Declination to Proceed Before a U.S. Magistrate Judge by General Electric |

| | | |
|---|---|---|
| | | Company. (Low, Allison) (Filed on 3/17/2011) (Entered: 03/17/2011) |
| 03/17/2011 | 11 | Certificate of Interested Entities by General Electric Company (Low, Allison) (Filed on 3/17/2011) (Entered: 03/17/2011) |
| 03/17/2011 | 12 | NOTICE by General Electric Company *of Other Actions* (Low, Allison) (Filed on 3/17/2011) (Entered: 03/17/2011) |
| 03/17/2011 | 13 | NOTICE by General Electric Company *Notice of Related Cases* (Low, Allison) (Filed on 3/17/2011) (Entered: 03/17/2011) |
| 03/18/2011 | 14 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klhS, COURT STAFF) (Filed on 3/18/2011) (Entered: 03/18/2011) |
| 03/18/2011 | 15 | Joinder *in Defendant Northrop Grumman Shipbuilding, Inc.'s Removal Under 28 U.S.C. §§ 1331, 1442(A)(1), and 1446* by General Electric Company. (Low, Allison) (Filed on 3/18/2011) (Entered: 03/18/2011) |
| 03/18/2011 | 16 | ORDER REASSIGNING CASE. Case reassigned to Hon. William H. Alsup for all further proceedings. Magistrate Judge Joseph C. Spero no longer assigned to the case. Signed by Executive Committee on 3/18/11. (ha, COURT STAFF) (Filed on 3/18/2011) (Entered: 03/18/2011) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/21/2011 09:06:32 | | |
| **PACER Login:** | se6190 | **Client Code:** | 05045 |
| **Description:** | Docket Report | **Search Criteria:** | 3:11-cv-01031-WHA |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |