BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| LOLA and MICHAEL BOUCHARD, wife and husband,<br><br>Plaintiffs,<br><br>v.<br><br>CBS CORPORATION, *et al.*,<br><br>Defendants. | MDL DOCKET NO. 875<br><br>DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S NOTICE OF TAG-ALONG ACTION<br><br>W.D. WASH. NO. 2:11-CV-00458 |
| LOLA and MICHAEL BOUCHARD, wife and husband,<br><br>Plaintiffs,<br><br>v.<br><br>CSK AUTO, INC., et al,<br><br>Defendants. | |

TO: Clerk of the Panel, Judicial Panel on Multidistrict Litigation:

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

Case MDL No. 875 Document 6902 Filed 03/22/11 Page 2 of 5

proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause. Panel Rules 1.1 and 7.4(a) provide:

> Any party or counsel in action previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this case, currently pending in United States District Court of Western District of Washington at Seattle (No. 2:11-CV-00458), is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 7.4 or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3.

DATED this 17th day of March, 2011.

OGDEN MURPHY WALLACE, P.L.L.C.

By s/Robert G. André

Robert G. André, WSBA #13072
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215
Attorneys for Defendant
Lockheed Shipbuilding Company

{APR866638.DOC;1/12060.000025/ }
NOTICE OF TAG-ALONG ACTION - 2

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

**CERTIFICATE OF SERVICE**

I certify under the laws of the United States of America that on the 17th day of March, 2011, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF System and mailed a copy to the Clerk of the Panel, Judicial Panel on Multidistrict Litigation and served counsel below by the method indicated:

| Counsel | Method |
| --- | --- |
| Janet L. Rice<br>Schroeter Goldmark & Bender<br>810 Third Avenue<br>Suite 500<br>Seattle, Washington 98104<br>**Attorney for Plaintiffs** | [X] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] CM/ECF |
| Gene Barton<br>Karr Tuttle Campbell<br>1201 Third Avenue<br>Suite 2900<br>Seattle, Washington 98101<br>gbarton@karrtuttle.com<br>**Attorneys for Todd Shipyards Corp.** | [ ] U.S. Mail<br>[ ] Messenger<br>[X] Email<br>[ ] CM/ECF |
| Dirk Bernhardt<br>Murray Dunham Murray<br>P.O. Box 9844<br>200 West Thomas<br>Suite 350<br>Seattle, Washington 98109-0844<br>dirk@murraydunham.com<br>**Attorneys for Foster Wheeler Energy Corporation, Hopeman Brothers, Inc.** | [ ] U.S. Mail<br>[ ] Messenger<br>[X] Email<br>[ ] CM/ECF |
| Jan Brucker<br>Greg Thoming<br>Rebecca Thorn<br>Rick Rosser<br>Jackson Jenkins Renstrom<br>701 Fifth Avenue<br>42nd Floor<br>Seattle, Washington 98104<br>jbrucker@jjr-law.com<br>gthorming@jjr-law.com<br>rthorn@jjr-law.com<br>**Attorneys for E&E Lumber, Inc.** | [ ] U.S. Mail<br>[ ] Messenger<br>[X] Email<br>[ ] CM/ECF |

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

Case MDL No. 875 Document 6902 Filed 03/22/11 Page 4 of 5

| | |
|---|---|
| Richard Gawlowski<br>Wilson Smith Cochran & Dickerson<br>1215 Fourth Avenue<br>Suite 1700<br>Seattle, Washington 98161-1007<br>gawlowski@wscd.com<br>**Attorneys for Metropolitan Life Insurance Co.** | [ ] U.S. Mail<br>[ ] Messenger<br>[ X ] Email<br>[ ] CM/ECF |
| Diane Kero<br>Gordon Thomas<br>600 University Street<br>Suite 2100<br>Seattle, Washington 98101<br>dkero@gth-law.com<br>**Attorneys for Saint Gobain Containers, Inc.** | [ ] U.S. Mail<br>[ ] Messenger<br>[ X ] Email<br>[ ] CM/ECF |
| Stephen Leatham<br>Heurlin & Potter<br>211 East McLoughlin Boulevard<br>Suite 100<br>Vancouver, Washington 98666-0611<br>sgl@hpl-law.com<br>**Attorneys for CSK Auto** | [ ] U.S. Mail<br>[ ] Messenger<br>[ X ] Email<br>[ ] CM/ECF |
| Barry Mesher<br>Brian Zeringer<br>Lane Powell<br>1420 Fifth Avenue<br>Suite 4100<br>Seattle, Washington 98101-2338<br>mesherb@lanepowell.com<br>zeringerb@lanepowell.com<br>lowesheedyl@lanepowell.com<br>asbestos@lanepowell.com<br>**Attorneys for Georgia Pacific** | [ ] U.S. Mail<br>[ ] Messenger<br>[ X ] Email<br>[ ] CM/ECF |
| Steven V. Rizzo<br>Rizzo Mattingly Bosworth<br>411 Southwest 2nd Avenue<br>Suite 200<br>Portland, Oregon 97204<br>srizzo@rizzopc.com<br>recordsmanagement@rizzopc.com<br>**Attorneys for International Paper Company** | [ ] U.S. Mail<br>[ ] Messenger<br>[ X ] Email<br>[ ] CM/ECF |

{APR866638.DOC;1/12060.000025/ }
NOTICE OF TAG-ALONG ACTION - 4

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

| | |
|---|---|
| Katherine Steele<br>Katrina Mulligan<br>Stafford Frey<br>601 Union Street<br>Suite 3100<br>Seattle, Washington 98101<br>ksteele@staffordfrey.com<br>kmulligan@staffordfrey.com<br>**Attorneys for J.T. Thorpe & Son, Inc., Metalclad Insulation Corp.** | [ ] U.S. Mail<br>[ ] Messenger<br>[ X ] Email<br>[ ] CM/ECF |
| Timothy Thorson<br>Carney Badley Smith & Spellman<br>701 Fifth Avenue<br>Suite 3600<br>Seattle, Washington 98104-7010<br>thorson@carneylaw.com<br>berman@carneylaw.com<br>**Attorneys for Saberhagen Holdings, Inc.** | [ ] U.S. Mail<br>[ ] Messenger<br>[ X ] Email<br>[ ] CM/ECF |
| Matthew Turetsky<br>Schwabe Williamson & Wyatt<br>1420 Fifth Avenue<br>Suite 3010<br>Seattle, Washington 98101<br>mturetsky@schwabe.com<br>**Attorneys for General Refractories Co.** | [ ] U.S. Mail<br>[ ] Messenger<br>[ X ] Email<br>[ ] CM/ECF |

DATED this 17th day of March, 2011.

s/Robert G. André, WSBA#13072
Robert G. André

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215