# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
### CIVIL DOCKET FOR CASE #: 2:11-cv-00458-RAJ

Bouchard et al v. CBS Corporation, et al
Assigned to: Judge Richard A Jones
Case in other court: King County Superior Court, 10-00002-32586-7
Cause: 28:1442 Notice of Removal

Date Filed: 03/16/2011
Jury Demand: None
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**Lola Bouchard**

represented by **Janet L Rice**
SCHROETER GOLDMARK & BENDER
810 3RD AVE
STE 500
SEATTLE, WA 98104
206-622-8000
Fax: 206-682-2305
Email: rice@sgb-law.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Bouchard**

represented by **Janet L Rice**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CBS Corporation**
*formerly known as*
Westinghouse Electric Corporation

**Defendant**

**Foss Maritime Company**
*a Washington corporation*

**Defendant**

**Foster Wheeler USA Corporation**

represented by **R Dirk Bernhardt**
MURRAY DUNHAM & MURRAY
PO BOX 9844
200 W THOMAS ST, SUITE 350
SEATTLE, WA 98109-0844
206-622-2655
Email: dirk@murraydunham.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fryer-Knowles Inc**
*a Washington corporation*

**Defendant**

**General Electric Company**
*a Delaware corporation*

**Defendant**

**Hopeman Brothers Inc**

**Defendant**

**International Paper**                    represented by **Steven V Rizzo**
                                           411 SW SECOND AVE., SUITE 200
                                           PORTLAND, OR 97204
                                           503-229-1819
                                           Fax: 503-229-0630
                                           Email: srizzo@rizzopc.com
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Lake Union Drydock Company**
*a Washington corporation*

**Defendant**

**Lockheed Shipbuilding Company**         represented by **Robert Gregory Andre**
                                           OGDEN MURPHY WALLACE PLLC
                                           1601 FIFTH AVE
                                           STE 2100
                                           SEATTLE, WA 98101-1686
                                           206-447-7000
                                           Email: randre@omwlaw.com
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Todd Shipyards Corporation**            represented by **Walter Eugene Barton**
                                           KARR TUTTLE CAMPBELL
                                           1201 THIRD AVE
                                           STE 2900
                                           SEATTLE, WA 98101-3028
                                           206-223-1313
                                           Fax: FAX 682-7100
                                           Email: gbarton@karrtuttle.com
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**CSK Auto Inc**                          represented by **Stephen Garrett Leatham**
                                           HEURLIN POTTER & LEATHAM PS

PO BOX 611
VANCOUVER, WA 98666-0611
360-750-7547
Fax: FAX 1-360-750-7548
Email: sgl@hpl-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**E&E Lumber Inc**
*a Washington corporation*

represented by **Jan Elizabeth Brucker**
JACKSON JENKINS RENSTROM
LLP
701 FIFTH AVENUE SUITE 4200
SEATTLE, WA 98104
206-262-7600
Email: jbrucker@jjr-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**General Refractories Company**

represented by **Matthew Turetsky**
SCHWABE WILLIAMSON &
WYATT (SEA)
1420 5TH AVE
STE 3400
SEATTLE, WA 98101-2339
206-622-1711
Fax: FAX 292-0460
Email: mturetsky@schwabe.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Georgia-Pacific Corporation**

represented by **Barry Neal Mesher**
LANE POWELL PC (SEA)
1420 FIFTH AVE
STE 4100
SEATTLE, WA 98101-2338
206-223-7100
Email: mesherb@lanepowell.com
*ATTORNEY TO BE NOTICED*

**Brian D Zeringer**
LANE POWELL PC (SEA)
1420 FIFTH AVE
STE 4100
SEATTLE, WA 98101-2338
206-223-7000
Email: zeringerb@lanepowell.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Honeywell International Inc**

*as successor-in-interest to Bendix*

**Defendant**
**JT Thorpe & Son Inc**                    represented by   **Katherine M. Steele**
                                                            STAFFORD FREY COOPER
                                                            3100 TWO UNION SQ
                                                            601 UNION ST
                                                            SEATTLE, WA 98101-1374
                                                            206-623-9900
                                                            Email: ksteele@staffordfrey.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Katrina Elsa Mulligan**
                                                            STAFFORD FREY COOPER
                                                            3100 TWO UNION SQ
                                                            601 UNION ST
                                                            SEATTLE, WA 98101-1374
                                                            206-623-9900
                                                            Email: kmulligan@staffordfrey.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**
**Longview Fibre Company**
*a Washington corporation*

**Defendant**
**Metalclad**                              represented by   **Katherine M. Steele**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Katrina Elsa Mulligan**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**
**Metropolitan Life Insurance**            represented by   **Richard G Gawlowski**
**Company**                                                 WILSON SMITH COCHRAN &
                                                            DICKERSON
                                                            1700 FINANCIAL CENTER
                                                            1215 4TH AVE
                                                            SEATTLE, WA 98161-1007
                                                            206-623-4100
                                                            Fax: 206-623-4100
                                                            Email: gawlowski@wscd.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**
**Quintec Industries Inc**

**Defendant**

**Rapid-American Corporation**

**Defendant**

**Saberhagen Holdings Inc**                      represented by    **Timothy Kost Thorson**
                                                  CARNEY BADLEY SPELLMAN
                                                  701 FIFTH AVENUE
                                                  STE 3600
                                                  SEATTLE, WA 98104-7010
                                                  206-622-8020
                                                  Email: thorson@carneylaw.com
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Saint Gobain Containers Inc**                  represented by    **Diane J. Kero**
*individually and as successor-in-*                               GORDON THOMAS HONEYWELL
*interest to Saint Gobain Containers Inc*                         (SEA)
                                                  600 UNIVERSITY
                                                  STE 2100
                                                  SEATTLE, WA 98101-4185
                                                  206-676-7500
                                                  Fax: 206-447-9505
                                                  Email: dkero@gth-law.com
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Ball Glass Container Corporation**

**Defendant**

**Ball Corporation**

**Defendant**

**Indian Head**

**Defendant**

**Northwestern Glass Company**

**Defendant**

**Soco West Inc**
*formerly known as*
Brenntag West

**Defendant**

**Union Carbide Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2011 | 1 | NOTICE OF REMOVAL from King County Superior Court, case number 10-2-32586-7; (Receipt # 0981-2365734), filed by Lockheed Shipbuilding Company. |

| | | (Attachments: # 1 Civil Cover Sheet)(Andre, Robert) (Entered: 03/16/2011) |
|---|---|---|
| 03/16/2011 | 2 | DECLARATION of Admiral Roger B. Horne re 1 Notice of Removal by Defendant Lockheed Shipbuilding Company. (Andre, Robert) (Entered: 03/16/2011) |
| 03/16/2011 | 3 | DECLARATION of Robert G. Andre re 1 Notice of Removal by Defendant Lockheed Shipbuilding Company. (Andre, Robert) (Entered: 03/16/2011) |
| 03/16/2011 | 4 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1. by Lockheed Shipbuilding Company Filed by Defendant Lockheed Shipbuilding Company.(Andre, Robert) (Entered: 03/16/2011) |
| 03/17/2011 | 5 | NOTICE *of Tag-Along Action* ; filed by Defendant Lockheed Shipbuilding Company. (Andre, Robert) (Entered: 03/17/2011) |
| 03/17/2011 | 6 | NOTICE of Related Case(s) 2:10-cv-01810RAJ, by Plaintiffs Lola Bouchard, Michael Bouchard. (Rice, Janet) (Entered: 03/17/2011) |
| 03/18/2011 | | Judge Richard A Jones added. (RE) (Entered: 03/18/2011) |
| 03/18/2011 | 7 | LETTER from Clerk to counsel re receipt of case from King County Superior Court and advising of WAWD case number and judge assignment. (RE) (Entered: 03/18/2011) |
| 03/18/2011 | | NOTICE to Filer: PARTIES MISSING ON DOCKET:In the future please enter ALL parties on the docket as they are listed on the Complaint. The missing parties have now been entered on the docket. (RE) (Entered: 03/18/2011) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/22/2011 08:26:08 | | |
| **PACER Login:** | om0003 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:11-cv-00458-RAJ |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |

1

2

Honorable Douglass North
Hearing Date: Wednesday, February 23, 2011
Without Oral Argument

3

4

5

6

7

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

8   LOLA and MICHAEL BOUCHARD, wife
and husband

9                                    Plaintiffs,

10        v.

11   CBS CORPORATION, et al.,
                                      Defendants.

No. 10-2-32586-7SEA

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR
CONSOLIDATION

12   LOLA and MICHAEL BOUCHARD, wife
and husband

13                                   Plaintiffs,

14        v.

15   CSK AUTO, INC., et al.,
                                      Defendants.

No. 10-2-32587-5 SEA

16

17        This matter came before the Court on Plaintiffs' Motion for Consolidation.   The

18   Court having considered the motion and the responses:

19        It is hereby ORDERED that Plaintiffs' Motion for Consolidation is hereby

20   GRANTED.  Cause Nos. 10-2-32586-7 and 10-2-32587-5 shall hereby be consolidated into

21   one cause of action Cause No. 10-2-32586-7 before Judge Douglass North. *The parties*

22   *have 30 days to ~~either~~ set a hearing before Judge NORTH for*
     *The purpose of setting a new trial date and case schedule. TRIAL*

23   *Date of 4/18/11 is stricken.*
          DONE IN OPEN COURT this *28th* day of *February*, 20*11*.

24

25

26

ORIGINAL

HONORABLE ~~DOUGLASS NORTH~~
RICHARD F. McDERMOTT

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR CONSOLIDATION – 1
N:\ASBESTOS\Bouchard 18387\P\Mot Consolidate - Order.docx

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1   Presented by:

2   PAUL & HANLEY

3

4   _Janet L. Rice_

5   JON NEUMANN, WSBA # 36057

6

7   SCHROETER, GOLDMARK & BENDER

8

9   _Janet L. Rice_

10  JANET RICE, WSBA #9386
    Counsel for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING PLAINTIFFS'         SCHROETER GOLDMARK & BENDER
MOTION FOR CONSOLIDATION – 2                  500 Central Building • 810 Third Avenue • Seattle, WA 98104
N:\ASBESTOS\Bouchard 18387\P\Mot Consolidate - Order.docx        Phone (206) 622-8000 • Fax (206) 682-2305

1
2
3
4
5
6
7

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

8   LOLA and MICHAEL BOUCHARD, wife
    and husband
9                           Plaintiffs,

        v.
10

11  **CBS CORPORATION** f/k/a
    **WESTINGHOUSE ELECTRIC**
12  **CORPORATION;**
    **FOSS MARITIME COMPANY,** a
13  Washington corporation;
    **FOSTER WHEELER USA**
14  **CORPORATION;**
    **FRYER-KNOWLES, INC., A**
15  **WASHINGTON CORPORATION;**
    **GENERAL ELECTRIC COMPANY,** a
16  Delaware corporation;
    **HOPEMAN BROTHERS INC.;**
17  **INTERNATIONAL PAPER;**
    **LAKE UNION DRYDOCK COMPANY,**
18  a Washington corporation;
    **LOCKHEED SHIPBUILDING CO.;** and
19  **TODD SHIPYARDS CORP.,**
20

21                          Defendants.

No.

SUPPLEMENTAL COMPLAINT FOR
PERSONAL INJURY

22              FACTUAL BACKGROUND:

23      1.      Plaintiffs are Lola and Michael Bouchard, wife and husband.  Plaintiffs reside in
24
        Everett, Washington.
25
        2.      For Plaintiff Lola Bouchard:
26
                A.      Date of Birth:  November 7, 1959.

SUPPLEMENTAL COMPLAINT FOR PERSONAL
INJURY – 1
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Complaint - shipyard.docx

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1        B.     Plaintiff Lola Bouchard was exposed to asbestos from asbestos dust and

2  fibers brought home on her ex-husband Ronald Berger's work clothing when they were married

3  from 1975 to 1979.  During 1975, Mr. Berger worked as a floorboy at Northwestern Glass

4  Company in Seattle, WA.  From approximately 1976 to 1979, Mr. Berger was a shipscaler

5  working out of the Shipscalers Union, Local 541 at local shipyards including Todd Shipyard,

6  Lockheed Shipyard, Foss Shipyard and Lake Union Shipyard.  Throughout Mrs. Bouchard's

7  marriage to Mr. Berger, Mr. Berger also performed brake work on cars, both his own and

8  those of friends and family.  Mr. Berger purchased all of his brake materials at CSK Auto.

9  During his employment and home brake work, he was exposed to asbestos and asbestos-

10  containing products manufactured, sold, supplied, and/or installed by the defendants.

11        C.     Plaintiff Lola Bouchard was also exposed to asbestos from asbestos dust

12  and fibers brought home on her father, Fred Carl Gerlach's clothes.  Mr. Gerlach began building

13  his family home in 1969.  Plaintiff Lola Bouchard resided in this home during its construction,

14  which included drywall and joint compound work.    Additionally, during Plaintiff Lola

15  Bouchard's childhood from 1960 until 1975, Mr. Gerlach worked at Northwestern Glass

16  Company in Seattle, WA.  Mr. Gerlach's work at Northwestern Glass Company included

17  facility maintenance as a floorboy, machinery maintenance and operation as an oiler, operator,

18  and working foreman.  During his employment and home construction work, he was exposed to

19  asbestos and asbestos-containing products manufactured, sold, supplied, and/or installed by

20  defendants.

21        D.     Based on information and belief Plaintiff Lola Bouchard has been

22  exposed to the asbestos-containing products of every named defendant in this lawsuit.

SUPPLEMENTAL COMPLAINT FOR PERSONAL
INJURY – 2
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Complaint - shipyard.docx

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle,WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

E.     As a result of the exposure, Plaintiff Lola Bouchard has developed an asbestos-related disease, mesothelioma.   The defendants' products and/or negligence proximately caused the development of the mesothelioma.  Plaintiff Lola Bouchard first learned in approximately April, 2010 that she had mesothelioma, caused by asbestos exposure.  Plaintiff has been treated for mesothelioma by Dr. James Congdon.

3.     Defendant CBS Corporation, successor by merger to Viacom, Inc., f/k/a Westinghouse Electric Corporation, is a Delaware corporation licensed to do business in the state of Washington.   Westinghouse Electric Corporation and/or its predecessor(s) was engaged in the manufacture, sale, distribution and/or supply of products that contained asbestos.

4.     Defendant Foss Maritime Company, is a Washington state corporation.  Foss Maritime Company was formerly known as Foss Launch & Tug Co. and is the owner of several vessels commonly known as tug boats.

5.     Defendant Fryer-Knowles, Inc., a Washington Corporation, used vinyl asbestos tile in marine decking installation throughout much of the Pacific Northwest.

6.     Defendant General Electric Company is a Delaware corporation, licensed to do business in the state of Washington.  General Electric was a manufacturer of engines that contained asbestos.

7.     Defendant Hopeman Brothers Inc. is a Virginia corporation licensed to do business in the state of Washington.   Hopeman Brothers Inc. and/or its predecessor(s) manufactured, distributed and installed asbestos-containing products.

SUPPLEMENTAL COMPLAINT FOR PERSONAL
INJURY – 3
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Complaint - shipyard.docx

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

8.      Defendant International Paper is a New York corporation licensed to do business in the state of Washington. International Paper and/or its predecessor(s) manufactured and distributed asbestos-containing products.

9.      Defendant Lake Union Drydock Company is a Washington corporation.

10.     Defendant Lockheed Shipbuilding is a Nevada corporation licensed to do business in the State of Washington.

11.     Defendant Todd Shipyards Corporation is a Delaware corporation licensed to do business in the state of Washington.

<u>LIABILITY AS TO CERTAIN DEFENDANTS</u>

12.     Defendants Foss Maritime Company, Lake Union Drydock Company, Lockheed Shipbuilding, and Todd Shipyards Corporation, during the relevant periods of time, negligently failed to provide a safe place to work and were negligent towards plaintiff.

13.     Defendants Foss Maritime Company, Lake Union Drydock Company, Lockheed Shipbuilding and Todd Shipyards Corporation, during relevant periods of time, negligently failed to take corrective action to eliminate a dangerous condition that the defendant knew or in the exercise of reasonable care should have known existed.

14.     Defendants Foss Maritime Company, Lake Union Drydock Company, Lockheed Shipbuilding and Todd Shipyards Corporation, during relevant periods of time, negligently failed to provide sufficient and adequately trained personnel throughout its Shipyards and negligently failed to warn Ronald Berger or plaintiff of the hazards of asbestos.

15.     In addition, because of the nature of the material, substances and/or operations involved at its Shipyards, during relevant periods of time, working there was an abnormally dangerous activity, with a high degree of risk for substantial harm. Plaintiff 's injuries were

SUPPLEMENTAL COMPLAINT FOR PERSONAL
INJURY – 4
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Complaint - shipyard.docx

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

proximately caused by the abnormally dangerous nature of the work activities performed by Ronald Berger at these shipyards. Because the activities at its Shipyards were abnormally dangerous, defendant is strictly liable for the injuries to plaintiff.

### THEORIES OF LIABILITY

16.     Plaintiffs' claims are as set forth in Schroeter, Goldmark & Bender First Amended Style Complaint For Personal Injury and Wrongful Death No. 81-2-08703-5 filed November 10, 1994, in King County Superior Court.

17.     Plaintiffs' claims against each defendant are based *inter alia* on strict product liability pursuant to Restatement Second of Torts, Section 402A including both design defect and failure to provide warnings and also based on negligence.

### DAMAGES

18.     Plaintiffs have suffered the following damages:

A.     Past and future medical expenses;

B.     Loss of wage-earning capacity;

C.     Past and future disability; pain and suffering, both physical and emotional; greatly increased risk of further disease; anxiety and fear of further disease and shortening of life expectancy; and interference with normal life, all resulting in general damages;

D.     Interest from the date of injury;

E.     Plaintiff Michael Bouchard has suffered and will suffer damages for loss of companionship, services and consortium;

F.     Mrs. Bouchard's children have also suffered and will suffer damages for loss of love, care, and companionship; and

SUPPLEMENTAL COMPLAINT FOR PERSONAL
INJURY – 5
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Complaint - shipyard.docx

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1        G.     The aforementioned damages sought from each of the above-named

2 defendants are in an amount to be proved at trial.

3

4        DATED this *13ᵗ* day of September, 2010.

5                            SCHROETER, GOLDMARK & BENDER

6

7

8                            JANET L. RICE, WSBA #9386
                                 Counsel for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SUPPLEMENTAL COMPLAINT FOR PERSONAL
INJURY – 6
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Complaint - shipyard.docx

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1

2

3

4

5

6                    IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
                             IN AND FOR THE COUNTY OF KING
7

8    LOLA and MICHAEL BOUCHARD, wife          No. 10-2-32587-5 SEA
     and husband
9                               Plaintiffs,   SUPPLEMENTAL COMPLAINT FOR
                                              PERSONAL INJURY
10        v.

11   CSK AUTO, INC.;
     E&E LUMBER, INC., a Washington
12   corporation;
     GENERAL REFRACTORIES
13   COMPANY;
     GEORGIA-PACIFIC CORPORATION;
14   HONEYWELL INTERNATIONAL
     INC., as successor-in-interest to BENDIX;
15   J.T. THORPE & SON, INC.;
     LONGVIEW FIBRE COMPANY, a
16   Washington corporation;
     METALCLAD;
17   METROPOLITAN LIFE INSURANCE
     COMPANY;
18   QUINTEC INDUSTRIES, INC.;
     RAPID-AMERICAN CORPORATION;
19   SABERHAGEN HOLDINGS, INC.;
     SAINT GOBAIN CONTAINERS INC.,
20   individually and as successor-in-interest to,
     SAINT GOBAIN CONTAINER, INC.,
21   BALL GLASS CONTAINER
     CORPORATION, BALL CORPORATION,
22   INDIAN HEAD and NORTHWESTERN
     GLASS COMPANY;
23   SOCO WEST, INC., f/k/a BRENNTAG
     WEST; and
24   UNION CARBIDE CORPORATION
25
26                              Defendants.

SUPPLEMENTAL COMPLAINT FOR PERSONAL          SCHROETER GOLDMARK & BENDER
INJURY – 1                                   500 Central Building • 810 Third Avenue • Seattle, WA 98104
M:\ASBESTOS\Bouchard 11287\CSK Auto et al\Pleadings - noshipyard.docx        Phone (206) 622-8000 • Fax (206) 682-2305

## FACTUAL BACKGROUND:

1.     Plaintiffs are Lola and Michael Bouchard, wife and husband.  Plaintiffs reside in Everett, Washington.

2.     For Plaintiff Lola Bouchard:

    A.     Date of Birth: November 7, 1959.

    B.     Plaintiff Lola Bouchard was exposed to asbestos from asbestos dust and fibers brought home on her ex-husband Ronald Berger's work clothing when they were married from 1975 to 1979.  During 1975, Mr. Berger worked as a floorboy at Northwestern Glass Company in Seattle, WA.  From approximately 1976 to 1979, Mr. Berger was a shipscaler working out of the Shipscalers Union, Local 541 at local shipyards including Todd Shipyard, Lockheed Shipyard, Foss Shipyard and Lake Union Shipyard.  Throughout Mrs. Bouchard's marriage to Mr. Berger, Mr. Berger also performed brake work on cars, both his own and those of friends and family.  Mr. Berger purchased all of his brake materials at CSK Auto.  During his employment and home brake work, he was exposed to asbestos and asbestos-containing products manufactured, sold, supplied, and/or installed by the defendants.

    C.     Plaintiff Lola Bouchard was also exposed to asbestos from asbestos dust and fibers brought home on her father, Fred Carl Gerlach's clothes.  Mr. Gerlach began building his family home in 1969.  Plaintiff Lola Bouchard resided in this home during its construction, which included drywall and joint compound work.  Additionally, during Plaintiff Lola Bouchard's childhood from 1960 until 1975, Mr. Gerlach worked at Northwestern Glass Company in Seattle, WA.  Mr. Gerlach's work at Northwestern Glass Company included facility maintenance as a floorboy, machinery maintenance and operation as an oiler, operator, and working foreman.  During his employment and home construction work, he was exposed to

SUPPLEMENTAL COMPLAINT FOR PERSONAL
INJURY — 2
N:\ASBESTOS\Bouchard 18387\CSK Auto et al\9\Complaint - noshipyard.docx

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1   asbestos and asbestos-containing products manufactured, sold, supplied, and/or installed by

2   defendants.

3          D.      Based on information and belief Plaintiff Lola Bouchard has been

4   exposed to the asbestos-containing products of every named defendant in this lawsuit, except

5   Metropolitan Life Insurance Company.

6

7          E.      As a result of the exposure, Plaintiff Lola Bouchard has developed an

8   asbestos-related disease, mesothelioma.  The defendants' products and/or their negligence

9   proximately caused the development of the mesothelioma.  Plaintiff Lola Bouchard first learned

10  in approximately April, 2010 that she had mesothelioma, caused by asbestos exposure.  Plaintiff

11  has been treated for mesothelioma by Dr. James Congdon.

12         3.      Defendant CSK Auto, Inc., is an Arizona corporation licensed to do business

13  in the state of Washington.  CSK Auto, Inc., and/or its predecessor(s) was an auto parts

14  retailer engaged in the manufacture, sale, distribution and/or supply of products that

15  contained asbestos.

16

17         4.      Defendant E&E Lumber, Inc. is a Washington state corporation.  E&E

18  Lumber, Inc., and/or its predecessor(s) sold and distributed asbestos-containing materials to

19  individuals, contractors and sub-contractors.

20         5.      Defendant General Refractories Company is a Pennsylvania corporation.

21  General Refractories Company and/or its predecessor(s) was engaged in the manufacture,

22  sale, distribution and/or supply of products that contained asbestos.

23

24         6.      Defendant Georgia-Pacific Corp. is a Georgia corporation licensed to do

25  business in the state of Washington.  Georgia-Pacific Corp. manufactured asbestos-

26

SUPPLEMENTAL COMPLAINT FOR PERSONAL
INJURY – 3
N:\ASBESTOS\Bouchard 18387\CSK Auto et al\PI Complaint - mesothelioma\pleadings.docx

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1  containing materials and distributed these products to numerous contractors and sub-

2  contractors in Washington.

3      7.    Defendant Honeywell International Inc., as successor-in-interest to Bendix is

4  a Delaware corporation.  Honeywell International Inc. and/or its predecessor(s) manufactured

5  and/or distributed asbestos-containing automotive brake and clutch products.

6

7      8.    Defendant J.T. Thorpe & Son, Inc. is a California corporation licensed to do

8  business in the state of Washington.  J.T. Thorpe & Son, Inc. and/or its predecessor(s)

9  supplied and installed refractory materials, which contained asbestos, at Northwestern Glass

10 Company in Seattle, WA.

11     9.    Defendant Longview Fibre Company is a Washington State corporation.

12 Longview Fibre Company was engaged in the manufacture, sale, distribution and/or supply

13 of products that contained asbestos.

14

15    10.    Defendant Metalclad is a California corporation, licensed to do business in the

16 state of Washington.  Metalclad and/or its predecessor(s) supplied and installed insulation

17 materials, which contained asbestos.

18    11.    Defendant Metropolitan Life Insurance Company was involved in actions to

19 prevent the dissemination of accurate information to the public concerning the hazards of

20 asbestos dust and to cause false or misleading information about the health effects of asbestos to

21 be published.  Metropolitan Life Insurance Company acted in concert with and aided and

22 abetted the defendants and other manufacturers of asbestos-containing products in wrongful

23 conduct which was a cause of harm to Plaintiff.

24

25

26

SUPPLEMENTAL COMPLAINT FOR PERSONAL
INJURY – 4
N:\ASBESTOS\Bouchard 18347\CSK Auto et al\P\Complaint – new shipyard.docx

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

12. Defendant Quintec Industries, Inc. is a California corporation. Quintec Industries, Inc. and/or its predecessor(s) supplied and installed insulation materials, which contained asbestos.

13. Defendant Rapid-American Corporation is a Delaware corporation. Rapid-American Corporation and/or its predecessor(s) supplied and installed insulation materials, which contained asbestos.

14. Defendant Saint Gobain Containers Inc., individually and as successor-in-interest to, Saint Gobain Container, Inc., Ball Glass Container Corporation, Ball Corporation, Indian Head and Northwestern Glass Company is a Delaware corporation licensed to do business in the state of Washington. Saint Gobain Containers Inc., and/or its predecessor(s), during the relevant periods of time, negligently failed to provide a safe place to work and were negligent towards plaintiff.

15. Defendant Soco West, Inc., f/k/a Brenntag West is a Delaware corporation. Soco West, Inc., f/k/a Brenntag West and/or its predecessor(s) was engaged in the manufacture, sale, distribution and/or supply of asbestos-containing products.

16. Defendant Union Carbide Corporation is a New York corporation licensed to do business in the state of Washington. Union Carbide was engaged in the sale, distribution, and manufacture of raw asbestos fiber used in the manufacture of various hazardous asbestos-containing products as well as the manufacture, supply, and distribution of hazardous asbestos-containing products.

## THEORIES OF LIABILITY

SUPPLEMENTAL COMPLAINT FOR PERSONAL
INJURY – 5
N:\ASBESTOS\Bouchard 18387\CSK Auto et al\PP\Complaint - north\report.docx

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

17.     Plaintiffs' claims are as set forth in Schroeter, Goldmark & Bender First Amended Style Complaint For Personal Injury and Wrongful Death No. 81-2-08703-5 filed November 10, 1994, in King County Superior Court.

18.     Plaintiffs' claims against each defendant are based *inter alia* on strict product liability pursuant to Restatement Second of Torts, Section 402A including both design defect and failure to provide warnings and also based on negligence.

## DAMAGES

19.     Plaintiffs have suffered the following damages:

A.     Past and future medical expenses;

B.     Loss of wage-earning capacity;

C.     Past and future disability; pain and suffering, both physical and emotional; greatly increased risk of further disease; anxiety and fear of further disease and shortening of life expectancy; and interference with normal life, all resulting in general damages;

D.     Interest from the date of injury;

E.     Plaintiff Michael Bouchard has suffered and will suffer damages for loss of companionship, services and consortium;

F.     Mrs. Bouchard's children have also suffered and will suffer damages for loss of love, care, and companionship; and

G.     The aforementioned damages sought from each of the above-named defendants are in an amount to be proved at trial.

SUPPLEMENTAL COMPLAINT FOR PERSONAL INJURY - 6

N:\ASBESTOS\Bouchard 18387\CSK Auto et al\P\Complaint - noestshipyard.docx

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1    DATED this *13th* day of September, 2010.

2                                    SCHROETER, GOLDMARK & BENDER

3
4                                    _____
                                     JANET L. RICE, WSBA #9386
5                                    Counsel for Plaintiffs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SUPPLEMENTAL COMPLAINT FOR PERSONAL               SCHROETER GOLDMARK & BENDER
INJURY – 7                                        500 Central Building • 810 Third Avenue • Seattle, WA 98104
N:\ASBESTOS\Bouchard 18187\CSX Auto et al\F\Complaint - nonshipyard.docx      Phone (206) 622-8000 • Fax (206) 682-2305

1

## CERTIFICATE OF SERVICE

2   I certify under the laws of the United States of America that on the 16th day of March 2011 I

3   electronically filed a true and correct copy of the foregoing document with the Clerk of the Court
using the CM/ECF System and served counsel below by the method indicated:

4

| | |
|---|---|
| Janet L. Rice<br>Schroeter Goldmark & Bender<br>810 Third Avenue<br>Suite 500<br>Seattle, Washington  98104<br>**Attorney for Plaintiffs** | [  ]   U.S. Mail<br>[ X ]   Messenger<br>[  ]   Email<br>[  ]   CM/ECF |
| Gene Barton<br>Karr Tuttle Campbell<br>1201 Third Avenue<br>Suite 2900<br>Seattle, Washington  98101<br>gbarton@karrtuttle.com<br>**Attorneys for Todd Shipyards Corp.** | [  ]   U.S. Mail<br>[  ]   Messenger<br>[ X ]   Email<br>[  ]   CM/ECF |
| Dirk Bernhardt<br>Murray Dunham Murray<br>P.O. Box 9844<br>200 West Thomas<br>Suite 350<br>Seattle, Washington  98109-0844<br>dirk@murraydunham.com<br>**Attorneys for Foster Wheeler Energy Corporation,<br>Hopeman Brothers, Inc.** | [  ]   U.S. Mail<br>[  ]   Messenger<br>[ X ]   Email<br>[  ]   CM/ECF |
| Jan Brucker<br>Greg Thoming<br>Rebecca Thorn<br>Rick Rosser<br>Jackson Jenkins Renstrom<br>701 Fifth Avenue<br>42nd Floor<br>Seattle, Washington  98104<br>jbrucker@jjr-law.com<br>gthorming@jjr-law.com<br>rthorn@jjr-law.com<br>**Attorneys for E&E Lumber, Inc.** | [  ]   U.S. Mail<br>[  ]   Messenger<br>[ X ]   Email<br>[  ]   CM/ECF |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

APR866233.DOC;1\12060.000025\
DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S NOTICE
OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1442(a)(1) - 8

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

| | | |
|---|---|---|
| 1 | Richard Gawlowski | [ ] U.S. Mail |
| | Wilson Smith Cochran & Dickerson | [ ] Messenger |
| 2 | 1215 Fourth Avenue | [ X ] Email |
| 3 | Suite 1700 | [ ] CM/ECF |
| | Seattle, Washington  98161-1007 | |
| 4 | gawlowski@wscd.com | |
| | **Attorneys for Metropolitan Life Insurance Co.** | |
| 5 | | |
| 6 | Diane Kero | [ ] U.S. Mail |
| | Gordon Thomas | [ ] Messenger |
| 7 | 600 University Street | [ X ] Email |
| | Suite 2100 | [ ] CM/ECF |
| 8 | Seattle, Washington  98101 | |
| 9 | dkero@gth-law.com | |
| | **Attorneys for Saint Gobain Containers, Inc.** | |
| 10 | | |
| 11 | Stephen Leatham | [ ] U.S. Mail |
| | Heurlin & Potter | [ ] Messenger |
| 12 | 211 East McLoughlin Boulevard | [ X ] Email |
| | Suite 100 | [ ] CM/ECF |
| 13 | Vancouver, Washington  98666-0611 | |
| | sgl@hpl-law.com | |
| 14 | **Attorneys for CSK Auto** | |
| 15 | Barry Mesher | [ ] U.S. Mail |
| | Brian Zeringer | [ ] Messenger |
| 16 | Lane Powell | [ X ] Email |
| | 1420 Fifth Avenue | [ ] CM/ECF |
| 17 | Suite 4100 | |
| 18 | Seattle, Washington  98101-2338 | |
| | mesherb@lanepowell.com | |
| 19 | zeringerb@lanepowell.com | |
| | lowesheedyl@lanepowell.com | |
| 20 | asbestos@lanepowell.com | |
| 21 | **Attorneys for Georgia Pacific** | |
| 22 | Steven V. Rizzo | [ ] U.S. Mail |
| | Rizzo Mattingly Bosworth | [ ] Messenger |
| 23 | 411 Southwest 2nd Avenue | [ X ] Email |
| | Suite 200 | [ ] CM/ECF |
| 24 | Portland, Oregon  97204 | |
| 25 | srizzo@rizzopc.com | |
| | recordsmanagement@rizzopc.com | |
| 26 | **Attorneys for International Paper Company** | |

DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S NOTICE
OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1442(a)(1) - 9

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

| | | |
|---|---|---|
| Katherine Steele | [   ] | U.S. Mail |
| Katrina Mulligan | [   ] | Messenger |
| Stafford Frey | [ X ] | Email |
| 601 Union Street | [   ] | CM/ECF |
| Suite 3100 | | |
| Seattle, Washington  98101 | | |
| ksteele@staffordfrey.com | | |
| kmulligan@staffordfrey.com | | |
| **Attorneys for J.T. Thorpe & Son, Inc., Metalclad Insulation Corp.** | | |

| | | |
|---|---|---|
| Timothy Thorson | [   ] | U.S. Mail |
| Carney Badley Smith & Spellman | [   ] | Messenger |
| 701 Fifth Avenue | [ X ] | Email |
| Suite 3600 | [   ] | CM/ECF |
| Seattle, Washington  98104-7010 | | |
| thorson@carneylaw.com | | |
| berman@carneylaw.com | | |
| **Attorneys for Saberhagen Holdings, Inc.** | | |

| | | |
|---|---|---|
| Matthew Turetsky | [   ] | U.S. Mail |
| Schwabe Williamson & Wyatt | [   ] | Messenger |
| 1420 Fifth Avenue | [ X ] | Email |
| Suite 3010 | [   ] | CM/ECF |
| Seattle, Washington  98101 | | |
| mturetsky@schwabe.com | | |
| **Attorneys for General Refractories Co.** | | |

DATED this 16th day of March 2011.

s/Robert G. André, WSBA#13072
Robert G. André

APR866233.DOC;1\12060.000025\

DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S NOTICE
OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1442(a)(1) - 10

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215