| | |
|---|---|
| 1 | ALAN R. BRAYTON, ESQ., S.B. #73685<br>LLOYD F. LEROY, ESQ., S.B. #203502 |
| 2 | RICHARD M. GRANT, ESQ., S.B. #55677<br>BRAYTON❖PURCELL LLP |
| 3 | 222 Rush Landing Road<br>PO Box 6169 |
| 4 | Novato, California 94948-6169<br>(415) 898-1555 |
| 5 | (415) 898-1247 Fax |
| 6 | Attorneys for Plaintiffs |

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (NO. VI) | ) ) ) | **MDL DOCKET NO. 875, CTO - 358**<br>Originating Court No.: CAC 2:11-00791 |
| ROBERT McNAUGHTON,<br>        Plaintiff,<br>vs.<br>GOODRICH CORPORATION, et al.<br>        Defendants. | ) ) ) ) ) ) ) ) | |

**PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO VACATE**

**CONDITIONAL TRANSFER ORDER 358**

ROBERT McNAUGHTON ("Movant" or "Plaintiff") by and through their counsel of record file this Reply to Defendant's Opposition to Motion to Vacate Conditional Transfer Order 358 entered by the Judicial Panel on Multi-District Litigation ("JPML" or "Panel".)

Movants respectfully move the Panel pursuant to JPML Rule 7.1(f) to vacate its order conditionally transferring the above entitled and numbered case to the United States District Court for the Eastern District of Pennsylvania.

**I.**

**PRELIMINARY STATEMENT**

As set forth in Plaintiff's Motion, defendant's alleged ground for removal is that defendant was acting under the direction of an officer of the United States within the meaning

K:\Injured\112614\FED\Reply-Mtn vacate CTO-358.wpd       1
PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO VACATE CONDITIONAL TRANSFER ORDER 358

of 28 U.S.C. sec 1442 (a)(1), and that defendant has a colorable federal defense to plaintiff's state court claims. Plaintiff has filed his Motion to remand to the Los Angeles County Superior Court based upon lack of subject matter jurisdiction.

Plaintiff moves this Panel to vacate the Conditional Order in furtherance of justice, and to defer to the United States District Court for the Central District of California or the Superior Court for the State of California, County of San Francisco to move the case speedily along to trial.

## II.

## ARGUMENT

### THERE IS NO FEDERAL SUBJECT MATTER JURISDICTION AND THIS CASE SHOULD BE REMANDED TO THE STATE COURT.

As set forth above, defendant Lockheed Martin Corporation ("Lockheed") filed its Notice of Removal on January 26, 2011.  Its alleged ground for removal as stated in the Notice is that defendant was acting under the direction of an officer of the United States within the meaning of 28 U.S.C. sec 1442 (a)(1), and that defendant has a colorable federal defense to plaintiff's state court claims.  Defendant does not contest that Mr. McNaughton my have been exposed to asbestos while working on defendant's aircraft.

Removal pursuant to 28 U.S.C. Sec. 1442(a)(1) is inappropriate in that the moving party cannot demonstrate that it acted under the direction of a federal officer, cannot raise a colorable federal defense to plaintiff's claims, and cannot demonstrate a causal nexus between plaintiff's claims and the acts it alleges it performed under color of federal office.

Removal is also inappropriate in that the Lockheed cannot demonstrate that the United States approved reasonably precise specifications that actually specified the use of asbestos in a product, that absent the specifications, would not have contained asbestos.

Removal was improper as a matter of law.  The United States District Courts do not have jurisdiction pursuant to the federal officer removal statute, 28 U.S. C. sec 1442, and are without subject-matter jurisdiction to hear the case.  Plaintiff's Motion to Remand, filed before

the District Court for the Central District of California, should be granted and the case remanded in its entirety to the California Superior Court for the County of Los Angeles.

Transfer will serve only to delay the matter, while increasing the judicial workload of the Pennsylvania court, and accomplishing no effective progress in the action.

## CONCLUSION

Transfer will serve neither the convenience of the parties nor the just and efficient conduct of these cases. Most importantly, the United States District Courts lack federal subject matter jurisdiction.

For these reasons, it is respectfully requested that the Panel vacate Conditional Transfer Order 358 as to this matter.

DATED: March 22, 2011                    BRAYTON ❖ PURCELL LLP

/s/ Richard M. Grant
Richard M. Grant (Calif. SB# 55677)
222 Rush Landing Road
Novato, California 94945
Telephone: (415) 898-1555
rgrant@braytonlaw.com
Counsel for Plaintiff, ROBERT McNAUGHTON

ASBESTOS MDL 875 - Re: CTO 358
*Robert McNaughton v. Goodrich Corp., et al* CAC 2:11-00791

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the JUDICIAL PANEL ON MULTIDISTRICT LITIGATION by efiling w/the court's CM/ECF system on <u>March 22, 2011</u>.

**PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO VACATE CONDITIONAL TRANSFER ORDER 358**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users and that they were served by mail.

**SEE ATTACHED SERVICE LIST**

<u>  XX  </u>   BY OFFICE MAILING

I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Petaluma, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed March 22, 2011, at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.

  /s/ Jane Ehni
Jane Ehni
222 Rush Landing Rd.
Novato, CA 94102
415/899-1011 ext. 232

K:\Injured\112614\FED\Reply-Mtn vacate CTO-358.wpd          4
PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO VACATE CONDITIONAL TRANSFER ORDER 358

Date Created: 3/22/2011-1:51:23 PM                                              Run By : Ehni, Jane (JAE)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 112614.001 - Robert McNaughton

| | | |
|---|---|---|
| **Bryan Cave LLP**<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>310-576-2100   310-576-2200 (fax)<br>**Defendants:**<br>  McDonnell Douglas Corporation (MCDONL) | **Gordon & Rees LLP**<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>415-986-5900   415-986-8054 (fax)<br>**Defendants:**<br>  Curtiss-Wright Corporation (CURTWR)<br>  Meggitt Aircraft Braking Systems Corporation ( fka Aircraft Braking Systems Corporation) (ABS) | **Jackson Jenkins Renstrom LLP**<br>55 Francisco Street, 6th Floor<br>San Francisco, CA 94133<br>415-982-3600   415-982-3700 (fax)<br>**Defendants:**<br>  General Dynamics Corporation (GENDYN) |
| **Knott & Glazier, LLP**<br>707 Willshire Blvd.<br>Suite 2025<br>Los Angeles, CA 90017<br>213-312-9200   213-312-9201 (fax)<br>**Defendants:**<br>  Lockheed Martin Corporation (LOCCOR) | **Law Offices of Glaspy & Glaspy**<br>One Walnut Creek Center<br>100 Pringle Avenue, Suite 750<br>Walnut Creek, CA 94596<br>925-947-1300   925-947-1594 (fax)<br>**Defendants:**<br>  Goodrich Corporation (BFGOOD)<br>  Rohr, Inc. (ROHR) | **Lewis Brisbois Bisgaard & Smith LLP**<br>221 North Figueroa Street<br>Suite 1200<br>Los Angeles, CA 90012<br>213-250-1800   213-580-7942 (fax)<br>**Defendants:**<br>  Goodyear Tire & Rubber Company, The (GOODYR) |
| **Recordtrak - Headquarters**<br>651 Allendale Road<br>P.O. Box 61591<br>King of Prussia, PA 19406<br>610-992-5000   610-992-1416 (fax)<br>**Defendants:**<br>  Recordtrak - Headquarters (RECTHQ) | **Sedgwick, Detert, Moran & Arnold**<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>415-781-7900   415-781-2635 (fax)<br>**Defendants:**<br>  General Electric Company (GE) | **Steptoe & Johnson LLP**<br>633 West Fifth St., 7th Floor<br>Los Angeles, CA 90071<br>213-439-9400   213-439-9599 (fax)<br>**Defendants:**<br>  Metropolitan Life Insurance Company (MET) |
| **Tucker Ellis & West LLP**<br>515 South Flower Street<br>Forty Second Floor<br>Los Angeles, CA 90071-2223<br>213-430-3400   213-430-3409 (fax)<br>**Defendants:**<br>  United Technologies Corporation (UNTECH) | **Tucker Ellis & West LLP**<br>135 Main Street, Suite 700<br>San Francisco, CA 94105<br>415-617-2400   415-617-2409 (fax)<br>**Defendants:**<br>  United Technologies Corporation (UNTECH) | **Walsworth, Franklin, Bevins & McCall**<br>One City Boulevard W.<br>5th Floor<br>Orange, CA 92868-3677<br>714-634-2522   714-634-0686 (fax)<br>**Defendants:**<br>  Boeing Company, The (BOEING) |