*OFFICE OF THE CLERK*
## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

*120 North Henry Street, Room 320 ● P.O. Box 432 ● Madison, WI 53701-0432 ● 608-264-5156*

March 17, 2011

608 264-5219
261-5719

Mr. Jeffery N. Luthi, Clerk
U.S. Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, NE
Washington, DC  20002-8041

     Re:   Bertha Bucknell v. CBS Corporation et al.
            WIWD Case No. 11-cv-57-slc

Dear Mr. Luthi:

    Enclosed please find a copy of the complaint and docket sheet in the above-captioned case for consideration as a possible tag-along asbestos action.

    Please contact us if you have any questions.

                            Sincerely,

                            PETER OPPENEER
                            Clerk of Court

                            By: s/ Andrew Wiseman
                            Deputy Clerk

2011 MAR 22  A 8:54
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

*Office of the Clerk*
## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

*120 North Henry Street, Room 320* ● *P.O. Box 432* ● *Madison, WI 53701-0432* ● *608-264-5156*

March 17, 2011

Mr. Jeffery N. Luthi, Clerk
U.S. Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, NE
Washington, DC 20002-8041

    Re:    James Lantta v. A.W. Chesterton Company et al.
               WIWD Case No. 11-cv-68-slc

Dear Mr. Luthi:

    Enclosed please find a copy of the complaint and docket sheet in the above-captioned case for consideration as a possible tag-along asbestos action.

    Please contact us if you have any questions.

                               Sincerely,

                               PETER OPPENEER
                               Clerk of Court

                               By: s/ Andrew Wiseman
                               Deputy Clerk

*OFFICE OF THE CLERK*
# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

*120 North Henry Street, Room 320 • P.O. Box 432 • Madison, WI 53701-0432 • 608-264-5156*

March 17, 2011

Mr. Jeffery N. Luthi, Clerk
U.S. Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, NE
Washington, DC  20002-8041

    Re:   Judy Novak v. CBS Corporation et al.
             WIWD Case No. 11-cv-77-slc

Dear Mr. Luthi:

Enclosed please find a copy of the complaint and docket sheet in the above-captioned case for consideration as a possible tag-along asbestos action.

Please contact us if you have any questions.

                          Sincerely,

                          PETER OPPENEER
                          Clerk of Court

                          By: s/ Andrew Wiseman
                          Deputy Clerk

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION   2011 MAR 22  A  8:55   RECEIVED CLERK'S OFFICE