## SCHEDULE OF ACTIONS

| Michael R. Ferrara,<br><br>    Plaintiff,<br><br>v.<br><br>Airgas Merchant Gases, LLC,<br>as successor to AGA Gas, Inc., a corporation,<br><br>Hobart Brothers Company, a corporation,<br><br>Lincoln Electric Company, a corporation,<br><br>Linde, Inc., f/k/a The Boc Group and/or Airco, a corporation,<br><br>Miller Electric Manufacturing Company,<br>a corporation,<br><br>    Defendants. | United States District Court for the Northern District of Illinois | Case No.:<br>1:10-cv-05258 | Honorable<br>Joan H. Lefkow |
|---|---|---|---|