**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| Michael R. Ferrara, )<br>)<br>Plaintiff, )<br>) MDL Docket No. 875<br>v. )<br>) *N. Dist. Ill. Case No.* 1:10-cv-05258<br>Airgas Merchant Gases, LLC, as successor )<br>to AGA Gas, Inc., *et al.*, )<br>)<br>Defendants. ) | |

**PROOF OF SERVICE**

    I hereby certify that on March 23, 2011, I electronically filed the foregoing Notice of Tag-Along Action and Motion to Stay Proceedings, Schedule of Actions and Plaintiff's Complaint and Court Docket Sheet with the Clerk of the Panel using the ECF system, and copies of said documents have been placed in the U.S. Mail, First Class, postage prepaid in Chicago, Illinois, and sent to:

Mr. Michael P. Cascino, Cascino Vaughan Law Offices, Ltd., 220 S. Ashland Avenue, Chicago, Illinois, 60607, and all counsel of record.

                                    By: _s/Michael W. Drumke_____
                                    Michael W. Drumke
                                    Northern District of Illinois Bar No. 90784298
                                    Attorneys for Defendant, Georgia-Pacific LLC
                                    HEPLERBROOM LLC
                                    150 N. Wacker Drive, Suite 3100
                                    Chicago, Illinois 60606
                                    Telephone: (312) 230-9100
                                    Facsimile:  (312) 230-9201
                                    E-mail: mdrumke@heplerbroom.com