IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Michael R Ferrara,<br><br>                              Plaintiff,<br>v.<br><br>Airgas Merchant Gases, LLC as successor to AGA Gas, Inc., a corporation,<br>Georgia Pacific, LLC, a corporation,<br>Hobart Brothers Company, a corporation,<br>Lincoln Electric Company, a corporation,<br>Linde, Inc. F/k/a/ The Boc Group and/or Airco, a corporation,<br>Miller Electric Manufacturing Company, a corporation,<br><br>                              Defendants. | Case No. |

## COMPLAINT

Now comes the plaintiff, (hereinafter "Plaintiff"), Michael R Ferrara, by and through his attorneys, Cascino Vaughan Law Offices, Ltd., and complains against defendants Airgas Merchant Gases, LLC as successor to AGA Gas, Inc., a corporation, Georgia Pacific, LLC, a corporation, Hobart Brothers Company, a corporation, Lincoln Electric Company, a corporation, Linde, Inc. F/k/a/ The Boc Group and/or Airco, a corporation, and Miller Electric Manufacturing Company, a corporation, as follows:

### JURISDICTION

1. Plaintiff is an adult citizen and resident of Illinois, and resides in Chicago, Illinois.

2. Defendants are all corporations, none of which is incorporated in or has its principal place of business in the State of Illinois, and at all times relevant to the allegations contained herein were engaged in the business of designing, manufacturing, mining and selling welding rods and/or asbestos and/or asbestos-containing products and/or asbestos-insulated equipment, hereinafter referred to as "asbestos products." Please refer to the attached Exhibit A for the state of

incorporation and principal place of business of each defendant.

3. Jurisdiction is based on diversity of citizenship of the parties hereto under Title 28, United States Code, §1332.

4. The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

5. Venue is proper pursuant to Title 28, United States Code, §1391.

## GENERAL ALLEGATIONS

6. Plaintiff during the course of his employment as a Welder, Painter and Clerk at various job sites, including those listed on the attached Exhibit B was exposed to welding fumes and asbestos dust or fibers emanating from the welding and/or asbestos products and/or asbestos insulated equipment which was sold, manufactured, mined, distributed, packaged, installed or otherwise placed into commerce by defendants.

7. Plaintiff was ignorant of the dangerous nature of welding fumes and/or asbestos and of the nature of the risks incurred by workers working with or near welding products and/or asbestos products.

8. Plaintiff became aware of the welding fumes and asbestos-related condition and that said condition was caused by Defendants' wrongful conduct within the statute of limitations before the filing of this action.

9. As a direct and proximate result of the conduct of Defendants, Plaintiff developed and had been diagnosed with lung cancer on .

10. Plaintiff suffers great pain, physical impairment, great mental pain and anguish, is liable for large sums of money for medical and hospital care, and suffered losses to his personal property and possessions.

## COUNT I - PRODUCTS LIABILITY - NEGLIGENCE

11. Plaintiff brings this count for negligence against all defendants and incorporates by reference all general allegations.

12. It was reasonably foreseeable that plaintiff and other workers would be working with or in the proximity of defendants' welding products and/or asbestos products and be exposed to welding fumes and/or airborne asbestos fibers.

13. Defendants had a duty to exercise reasonable care for the safety of plaintiff and others who worked with or were exposed to the defendants' welding products and/or asbestos products.

14. Defendants knew or in the exercise of ordinary or reasonable care ought to have known welding fumes and/or asbestos causes disease and or death, and that plaintiff did not know that welding fumes and/or asbestos products were dangerous or harmful at the time of his exposures.

15. Each defendant breached its duty of care and was negligent, including without limitation in one or more of the following acts or omissions:

   a. Failed to adequately warn Plaintiff or others of the health hazards of welding fumes and/or asbestos;

   b. Failed to warn Plaintiff or others of the danger and harm of the asbestos after the products or equipment were installed at the premises;

   c. Failed to investigate or test for the health effects of welding fumes and/or asbestos prior to distribution and sale;

   d. Failed to instruct Plaintiff, his employers or others in the use of precautionary measures relating to welding fumes and/or asbestos-containing products and/or asbestos-insulated equipment; and/or

   e. Manufactured, mined, supplied, or installed unsafe welding products and/or asbestos-containing products or asbestos-insulated equipment.

16. As a direct and proximate result of the acts and omissions of the product defendants above, plaintiff was injured as described above.

### PRAYER FOR RELIEF

17. Plaintiff prays for relief as follows:

   a. Judgment against defendants, jointly and severally, for compensatory and general damages.

   b. Such further legal and equitable relief as the Court orders to do justice in this case; costs and disbursements of this action.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by a jury of 6.

Dated: August 19, 2010.

/S/ Michael P. Cascino
One of the Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Ph: (312) 944-0600

## Exhibit A
## Defendants' Home States and Principal Places of Business

| Defendant | StateHdq | StatePrincBus |
|---|---|---|
| Airgas Merchant Gases, LLC as successor to AGA Gas, Inc. | Delaware | Arizona |
| Georgia Pacific, LLC | Delaware | Georgia |
| Hobart Brothers Company | Ohio | Ohio |
| Lincoln Electric Company | Ohio | Ohio |
| Linde, Inc. f/k/a The Boc Group and/or Airco | Delaware | New Jersey |
| Miller Electric Mfg. Co. | Wisconsin | Wisconsin |

## Exhibit B
## Plaintiff's work history

| SiteLocation | SiteCity | SiteSt | FirstYrId | LastYrId |
|---|---|---|---|---|
| Triton College | River Grove | IL | 1978 | 1980 |
| Cook County Clerks Offices | Chicago | IL | 1980 | 2000 |
| Display Engineering | Skokie | IL | 1976 | 1980 |
| O'Hare International Airport | Chicago | IL | 2001 | 2004 |

COX

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 4.2 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:10-cv-05258

| | |
|---|---|
| Ferrara v. Airgas Merchant Gases, LLC, et al | Date Filed: 08/19/2010 |
| Assigned to: Honorable Joan H. Lefkow | Jury Demand: Both |
| Demand: $75,000 | Nature of Suit: 368 P.I. : Asbestos |
| Cause: 28:1332 Diversity-Asbestos Litigation | Jurisdiction: Diversity |

**Plaintiff**

**Michael R Ferrara**            represented by **Michael Peter Cascino**
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600
Email: michaelp.cascino@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Airgas Merchant Gases, LLC**
*as successor to AGA Gas, Inc., a corporation*

**Defendant**

**Georgia Pacific, LLC**            represented by **Michael William Drumke**
*a corporation*                     HeplerBroom LLC
                                    150 N. Wacker Drive
                                    Suite 3100
                                    Chicago, IL 60606-1659
                                    312-230-9100
                                    Fax: 312-230-9201
                                    Email: mdrumke@heplerbroom.com
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Hobart Brothers Company**        represented by **Michael William Drumke**
*a corporation*                    (See above for address)
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Lincoln Electric Company**       represented by **Michael William Drumke**

*a corporation*     (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Linde, Inc.**
*formerly known as*
Boc Group and/or Airco, The; a corporation

represented by **Michael William Drumke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Miller Electric Manufacturing Company**
*a corporation*

represented by **Ronald Austin , Jr.**
Brothers & Thompson, P.C.
Two Prudential Plaza
180 N. Stetson Street
Suite 4525
Chicago, IL 60601
(312) 372-2909
Fax: (312) 297-1020
Email: raustin@brothersthompson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2010 | 1 | COMPLAINT filed by Michael R Ferrara; Jury Demand. Filing fee $ 350, receipt number 0752-5137705. (Attachments: # 1 Exhibit A - Defendant's Home States and Principal Places of Business, # 2 Exhibit B - Plaintiff's work history)(Cascino, Michael) (Entered: 08/19/2010) |
| 08/19/2010 | 2 | CIVIL Cover Sheet (Cascino, Michael) (Entered: 08/19/2010) |
| 08/19/2010 | 3 | ATTORNEY Appearance for Plaintiff Michael R Ferrara by Michael Peter Cascino (Cascino, Michael) (Entered: 08/19/2010) |
| 08/19/2010 | 4 | Certificate of Interest by Michael R Ferrara (Cascino, Michael) (Entered: 08/19/2010) |
| 08/19/2010 | 5 | Notice of Tag-Along Action by Michael R Ferrara (Cascino, Michael) (Entered: 08/19/2010) |
| 08/20/2010 |  | CASE ASSIGNED to the Honorable Joan H. Lefkow. Designated as Magistrate Judge the Honorable Susan E. Cox. (vcf, ) (Entered: 08/20/2010) |
| 09/07/2010 | 6 | ANSWER to Complaint with Jury Demand by Miller Electric Manufacturing Company(Austin, Ronald) (Entered: 09/07/2010) |
| 09/07/2010 | 7 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Miller Electric Manufacturing Company (Austin, Ronald) (Entered: 09/07/2010) |
| 09/22/2010 | 8 | MINUTE entry before Honorable Joan H. Lefkow: Status hearing set for 10/5/2010 at 08:30 AM.Mailed notice (mad, ) (Entered: 09/22/2010) |

| 10/05/2010 | 9 | MINUTE entry before Honorable Joan H. Lefkow:Status hearing held on 10/5/2010 and continued to 11/16/2010 at 08:30 AM.Mailed notice (mad, ) (Entered: 10/05/2010) |
|---|---|---|
| 10/19/2010 | 10 | ATTORNEY Appearance for Defendant Georgia Pacific, LLC by Michael William Drumke (Attachments: # 1 Certificate of Service of Attorney Appearance Form)(Drumke, Michael) (Entered: 10/19/2010) |
| 10/19/2010 | 11 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Georgia Pacific, LLC (Attachments: # 1 Certificate of Service of Notification as to Affiliates) (Drumke, Michael) (Entered: 10/19/2010) |
| 10/19/2010 | 12 | MOTION by Defendant Georgia Pacific, LLC to stay *Proceedings and Notice of Tag-Along Action* (Attachments: # 1 Certificate of Service of Notice of Tag-Along Action and Motion to Stay Proceedings)(Drumke, Michael) (Entered: 10/19/2010) |
| 10/19/2010 | 13 | MOTION by Defendant Georgia Pacific, LLC to dismiss *Plaintiff's Complaint at Law Pursuant to Federal Rule of Civil Procedure 12(b)(6)* (Attachments: # 1 Certificate of Service of Motion to Dismiss)(Drumke, Michael) (Entered: 10/19/2010) |
| 10/19/2010 | 14 | NOTICE by Georgia Pacific, LLC re notification of affiliates pursuant to local rule 3.2 11 , MOTION by Defendant Georgia Pacific, LLC to stay *Proceedings and Notice of Tag-Along Action* 12 , MOTION by Defendant Georgia Pacific, LLC to dismiss *Plaintiff's Complaint at Law Pursuant to Federal Rule of Civil Procedure 12(b)(6)* 13 , attorney appearance 10 *of Filing* (Attachments: # 1 Certificate of Service of Notice of Filing)(Drumke, Michael) (Entered: 10/19/2010) |
| 10/19/2010 | 15 | ATTORNEY Appearance for Defendant Hobart Brothers Company by Michael William Drumke (Attachments: # 1 Certificate of Service of Attorney Appearance Form)(Drumke, Michael) (Entered: 10/19/2010) |
| 10/19/2010 | 16 | ATTORNEY Appearance for Defendant Lincoln Electric Company by Michael William Drumke (Attachments: # 1 Certificate of Service of Attorney Appearance Form)(Drumke, Michael) (Entered: 10/19/2010) |
| 10/19/2010 | 17 | ATTORNEY Appearance for Defendant Linde, Inc. by Michael William Drumke (Attachments: # 1 Certificate of Service of Attorney Appearance Form)(Drumke, Michael) (Entered: 10/19/2010) |
| 10/19/2010 | 18 | MOTION by Defendants Hobart Brothers Company, Lincoln Electric Company, Linde, Inc. to stay *Proceedings and Notice of Tag-Along Action* (Attachments: # 1 Certificate of Service of Notice of Tag-Along Action and Motion to Stay Proceedings)(Drumke, Michael) (Entered: 10/19/2010) |
| 10/19/2010 | 19 | MOTION by Defendants Linde, Inc., Hobart Brothers Company, Lincoln Electric Company to dismiss *Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)* (Attachments: # 1 Certificate of Service of Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6))(Drumke, Michael) (Entered: 10/19/2010) |
| 10/19/2010 | 20 | NOTICE by Hobart Brothers Company, Lincoln Electric Company, Linde, Inc. |

| | | |
|---|---|---|
| | | re attorney appearance <u>15</u>, attorney appearance <u>17</u>, MOTION by Defendants Hobart Brothers Company, Lincoln Electric Company, Linde, Inc. to stay *Proceedings and Notice of Tag-Along Action* <u>18</u>, attorney appearance <u>16</u>, MOTION by Defendants Linde, Inc., Hobart Brothers Company, Lincoln Electric Company to dismiss *Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)*MOTION by Defendants Linde, Inc., Hobart Brothers Company, Lincoln Electric Company to dismiss *Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)* <u>19</u> *of Filing* (Attachments: # <u>1</u> Certificate of Service of Notice of Filing)(Drumke, Michael) (Entered: 10/19/2010) |
| 10/20/2010 | <u>21</u> | MOTION by Plaintiff Michael R Ferrara For leave to file First Amended Complaint Instanter In Lieu of a response to Defendant Georgia-Pacific LLCs motion to dismiss Plaintiffs complaint at law pursuant to Federal Rule of Civil Procedure 12(b)(6) (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Text of Proposed Order, # <u>3</u> Plaintiff's First Amended Complaint)(Cascino, Michael) (Entered: 10/20/2010) |
| 10/20/2010 | <u>22</u> | MOTION by Plaintiff Michael R FerraraFor leave to file First Amended Complaint Instanter In Lieu of a response to Defendants Linde LLC, The Lincoln Electric Company and Hobart brothers Companys motion to dismiss Plaintiffs complaint at law pursuant to Federal Rule of Civil Procedure 12(b)(6) (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Text of Proposed Order, # <u>3</u> Plaintiff's First Amended Complaint)(Cascino, Michael) (Entered: 10/20/2010) |
| 10/20/2010 | <u>23</u> | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Hobart Brothers Company (Attachments: # <u>1</u> Certificate of Service of Notification as to Affiliates)(Drumke, Michael) (Entered: 10/20/2010) |
| 10/20/2010 | <u>24</u> | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Lincoln Electric Company (Attachments: # <u>1</u> Certificate of Service of Notification as to Affiliates)(Drumke, Michael) (Entered: 10/20/2010) |
| 11/08/2010 | <u>25</u> | RESPONSE by Georgia Pacific, LLCin Opposition to MOTION by Plaintiff Michael R Ferrara For leave to file First Amended Complaint Instanter In Lieu of a response to Defendant Georgia-Pacific LLCs motion to dismiss Plaintiffs complaint at law pursuant to Federal Rule of Civil Procedure 12(b)(6) MOTION by Plaintiff Michael R Ferrara For leave to file First Amended Complaint Instanter In Lieu of a response to Defendant Georgia-Pacific LLCs motion to dismiss Plaintiffs complaint at law pursuant to Federal Rule of Civil Procedure 12(b)(6) <u>21</u> (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Certificate of Service of Motion in Opposition to Plaintiff's Motion for Leave to File First Amended Complaint)(Drumke, Michael) (Entered: 11/08/2010) |
| 11/08/2010 | <u>26</u> | RESPONSE by Hobart Brothers Company, Lincoln Electric Company, Linde, Inc.in Opposition to MOTION by Plaintiff Michael R FerraraFor leave to file First Amended Complaint Instanter In Lieu of a response to Defendants Linde LLC, The Lincoln Electric Company and Hobart brothers Companys motion to dismiss Plaintiffs complaint at law pursuant to F <u>22</u> (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Certificate of Service of Response to Plaintiff's Motion to Amend and Memorandum in Further Support of Defendants' Motion to Dismiss)(Drumke, Michael) (Entered: 11/08/2010) |

| Date | No. | Description |
|---|---|---|
| 11/08/2010 | 27 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Linde, Inc. re attorney appearance 17 (Attachments: # 1 Certificate of Service of Notification as to Affiliates)(Drumke, Michael) (Entered: 11/08/2010) |
| 11/10/2010 | 28 | MOTION by Plaintiff Michael R FerraraMotion for Leave to File a Reply to Georgia-Pacific's Motion in Opposition to Plaintiff's Motion for Leave to File First Amended Complaint (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Cascino, Michael) (Entered: 11/10/2010) |
| 11/10/2010 | 29 | MOTION by Plaintiff Michael R FerraraFor Leave to File a Reply to Linde LLC, The Lincoln Electric Company and Hobart Brothers Company's Motion in Opposition to Plaintiff's Motion for Leave to File First Amended Complaint (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Cascino, Michael) (Entered: 11/10/2010) |
| 11/16/2010 | 30 | SUMMONS Issued as to Defendant Airgas Merchant Gases, LLC. (ph, ) (Entered: 11/16/2010) |
| 11/16/2010 | 31 | MINUTE entry before Honorable Joan H. Lefkow: Status hearing held and continued to 2/1/2011 at 8:30 a.m. Defendants motions to stay proceedings 12 18 are granted. This action is stayed pending decision and disposition by the MDL Panel. Mailed notice (ph, ) (Entered: 11/17/2010) |
| 01/31/2011 | 32 | MINUTE entry before Honorable Joan H. Lefkow: Status hearing of 2/1/2011 stricken and reset for 3/31/2011 at 08:30 AM.Mailed and telephoned notice (mad, ) (Entered: 01/31/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/23/2011 15:13:15 | | | |
| PACER Login: | he1713 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:10-cv-05258 |
| Billable Pages: | 4 | Cost: | 0.32 |