BEFORE THE JUDICIAL PANEL
ON MULTI DISTRICT LITIGATION

| | | |
|---|---|---|
| OPAL FARR SAMUEL, SHERANDA LYNN SAMUEL AND SAUNDRA LAFREDIA SAMUEL-MCGOWAN, INDIVIDUALLY AND ON BEHALF OF THEIR DECEASED HUSBAND AND FATHER, ROOSEVELT SAMUEL | * * * * * * * | MDL NO. 875<br><br>IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION |
| VERSUS | * * | |
| ANCO INSULATIONS, INC., THE MCCARTY CORPORATION, THE ABER COMPANY, INC., ARROWOOD INDEMNITY COMPANY f/k/a ROYAL INDEMNITY COMPANY AS SUCCESSOR BY MERGER TO ROYAL INSURANCE COMPANY OF AMERICA f/k/a ROYAL GLOBE INSURANCE COMPANY, INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO QUEEN INSURANCE COMPANY OF AMERICA AS INSURER OF THE ABER COMPANY, LIBERTY MUTUAL INSURANCE COMPANY AS INSURER OF THE ABER COMPANY, INC. B&B ENGINEERING AND SUPPLY COMPANY, INC., BITUMINOUS FIRE AND MARINE INSURANCE COMPANYAS INSURER OF B&B ENGINEERING AND SUPPLY INC., THE TRAVELERS INDEMNITY COMPANY AS INSURER OF B&B ENGINEERING AND SUPPLYCOMPANY, INC. AND LIBERTY MUTUAL INSURANCE COMPANYAS INSURER OF B&B ENGINEERING AND SUPPLY COMPANY, INC. | * * * * * * * * * * * * * * * * * * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

*This applies to Opal Farr Samuel v. The Aber Company, Inc., et al. USDC, Middle District of Louisiana, No.: C.A. No.: 3:11-cv-00178-JJB-SCR*

## NOTICE OF POTENTIAL TAG ALONG

TO:   Clerk of the Panel, Judicial Panel on Multi-District Litigation:

The undersigned hereby notifies the Court that this case, currently pending in the United States District Court for the Middle District of Louisiana, C.A. No.: 3:11-cv-00178-JJB-SCR is a potential "tag-along" action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 7.4 or (2) file an order to show cause why the action should not be transferred pursuant to MDL Rule 7.3.

DATED this 24th day of March, 2011.

> Respectfully submitted:
>
> DUNCAN, COURINGTON & RYDBERG, L.L.C.
>
> /s/ *William J. Sommers, Jr.*
> KAYE N. COURINGTON (#18582)
> WILLIAM J. SOMMERS, JR. (#12253)
> MAGALI ANN PUENTE-MARTIN (#27279)
> 400 Poydras Street, Suite 1200
> New Orleans, LA 70130
> Telephone: (504) 524-5566
> ***Attorneys for Defendants, Liberty Mutual Insurance Company, Bituminous Fire And Marine Insurance Company, and The Travelers Indemnity Company, solely as the alleged insurers of and B&B Engineering and Supply Company, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March, 2011, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel which has email addresses related to this litigation.

I also certify that I have sent a copy to plaintiff's counsel either via email or U.S. Mail.

**PLAINTIFF'S COUNSEL (via U.S. Mail and Email: brian@blackwell-associates.com)**
Brian F. Blackwell, Esq.
Sandra A. Jelks
Blackwell & Associates
9270 Siegen Lane
Suite 201
Baton Rouge, LA 70810

/s/ *William J. Sommers.*