# BEFORE THE JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | § § § § | MDL DOCKET NO. 875 |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS C. STAPLETON and CARLOTTA S. STAPLETON<br>    Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION (sued individually and as successor by merger to BUFFALO PUMPS, INC.), et al.<br>    Defendants. | § § § § § § § § § § § | CIVIL CASE NO. 3:11-CV-0428 |

## MOTION TO REINSTATE CONDITIONAL TRANSFER ORDER 374 UNDER FRCP 60(b)

Comes now Plaintiffs and move this Court to Vacate the Transfer Order (CTO-374) conditionally entered by the Panel on March 11, 2011, and made effective by expiration of the stay on March 21, 2011. Plaintiffs move for relief from the Conditional Transfer Order and expiration of the stay under Rule 60(b) of the Federal Rules of Civil Procedure.

This motion is based on the attached Brief in Support of Motion to Vacate Order to Transfer Under FRCP 60(b) and such other materials as may be presented to the Panel at the

1

time of the hearing on the motion.

Pursuant to 11.1, movants request the Clerk to set this motion for hearing at the next session of the Panel.

Respectfully submitted,

Paul C. Cook  
California State Bar No. 170901  
**Waters Kraus & Paul**  
222 N. Sepulveda Blvd.  
Suite 1900  
El Segundo, California 90245  
(310) 414-8146  
(310) 414-8156 Telecopier

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion in Support of Brief to Vacate the Conditional Transfer Order Under FRCP 60(b) has been served by facsimile on all counsel of record (Schedule CTO-374 / Docket No. 875), in addition to the counsel listed below on this 24 day of March 2011.

SEE ATTACHED SERVICE LIST

/s/  
Paul C. Cook

2

W&K File No. 10-0831-

Plaintiff's Service List

**International Paper Company (Indiv. and as sii to Champion Paper Corporation)**
M. Slayen and Associates, Inc.
Kannett, Mark S.
Fraenkel, Constance
BECHERER, KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608-2604
Tel: 510-658-3600          Fax: 510-658-1151
CA Speed Dial 131

**Campbell Industries (indiv & successor by merger to San Diego Marine Construction Corp.)**
Mak, Carley G.
FOLEY & MANSFIELD, PLLP
300 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Tel: 213-283-2100          Fax: 213-283-2101
CA Speed Dial 120

**Warren Pumps, LLC**
Ulloa, Edward
HAWKINS, PARNELL, THACKSTON & YOUNG, LLP
444 South Flower Street
Suite 1100
Los Angeles, CA 90071
Tel: 213-486-8000          Fax: 213-486-8080

**IMO Industries, Inc. (indiv. & sii to DeLaval Steam Turbine Company)**
Rome, Henry D.
HOWARD, ROME, MARTIN & RIDLEY, LLP
1775 Woodside Rd., Suite 200
Redwood City, CA 94061-3436
Tel: 650-365-7715          Fax: 650-364-5297
CA Speed Dial 08

**Crane Co.**
Farkas, Stephen P.
K&L GATES LLP
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Tel: 310-552-5000          Fax: 310-552-5001
CA Speed Dial 118

**CertainTeed Corporation**
**Union Carbide Corporation**
McKelvey, Mary
MCKENNA, LONG & ALDRIDGE LLP
300 S. Grand Avenue
Suite 1400
Los Angeles, CA 90071
Tel: 213-688-1000          Fax: 213-243-6330
CA Speed Dial 52

**Yarway Corporation**
Duffy, Joe
MORGAN LEWIS & BOCKIUS, LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel: 213-612-2500          Fax: 213-612-2501
CA Speed Dial 409

**Yarway Corporation**
Takagi, Tricia A.
MORGAN LEWIS & BOCKIUS, LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel: 213-612-2500          Fax: 213-612-2501
CA Speed Dial 409

**Georgia-Pacific, LLC (sii to Bestwall Gypsum Company)**
**Honeywell International, Inc. (individ & successor to Alliedsignal, Inc., successor to Bendix Corpor**
McMahon, Brien F.
PERKINS COIE, LLP
1888 Century Park East
Suite 1700
Los Angeles, CA 90067-1721
Tel: 310-788-9900          Fax: 310-843-1284
CA Speed Dial 48

**CBS Corporation f/k/a Viacom, Inc. successor by merger with CBS Corporation f/k/a Westinghouse Elect**
**Fraser's Boiler Service, Inc.**
Jamison, Kevin
Shah, Manoj N.
POND NORTH LLP
350 S. Grand Avenue
Suite 3300
Los Angeles, CA 90071
Tel: 213-617-6170          Fax: 213-623-3594
CA Speed Dial 146

W&K File No. 10-0831-

Plaintiff's Service List

**Syd Carpenter, Marine Contractor, Inc.**
**Triple A Machine Shop, Inc. a/k/a Triple A South**
Prindle, Kenneth B.
PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP
310 Golden Shore
4th Floor
Long Beach, CA 90802
Tel: 562-436-3946          Fax: 562-495-0564
CA Speed Dial 29

**Parker-Hannifin Corporation (ind & sii to Sacoma-Sierra, Inc.)**
Di Saia, Steven D.
SEDGWICK DETERT MORAN & ARNOLD, LLP
801 South Figueroa Street
19th Floor
Los Angeles, CA 90017
Tel: 213-426-6900          Fax: 213-426-6921
CA Speed Dial 85

**General Electric Company**
Gardiner, Katherine P.
SEDGWICK DETERT MORAN & ARNOLD, LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
Tel: 415-781-7900          Fax: 415-781-2635
CA Speed Dial 33

**Thomas Dee Engineering Co., Inc.**
Gritzer, Anne C.
WALSWORTH, FRANKLIN, BEVINS & MCCALL, LLP
One City Boulevard West, Fifth Floor
Orange, CA 92868-3677
Tel: 714-634-2522          Fax: 714-634-0686
CA Speed Dial 37