# EXHIBIT A

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | §<br>§<br>§<br>§ | MDL DOCKET NO. 875 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CARLOS C. STAPLETON and<br>CARLOTTA S. STAPLETON<br>    Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS<br>CORPORATION (sued individually and<br>as successor by merger to BUFFALO<br>PUMPS, INC.), et al.<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL CASE NO. 3:11-CV-0428 |

**NOTICE OF OPPOSITION TO TRANSFER**

Comes now Plaintiffs and file this Notice of Opposition to the Conditional Transfer Order (CTO-374) entered by the Panel on March 11, 2011.

CARLOS C. STAPLETON and CARLOTTA S. STAPLETON v. AIR & LIQUID SYSTEMS, CORPORATION (sued individually and as successor by merger to BUFFALO PUMPS, INC.), et al.; No. 3:11-CV-0428, is pending in the United States District Court Southern District of California. Pursuant to Panel Rule 7.4(c), the plaintiff files this notice of opposition to apprise the Panel of their opposition to transfer.

1

Pursuant to Panel Rule 7.4(d), plaintiff shall file, within 15 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief.

Respectfully submitted,

WATERS KRAUS & PAUL

Michael L. Armitage
CA State Bar No. 152740
Paul C. Cook
CA State Bar No. 170901
Charles S. Siegel
Texas State Bar No. 18341875
222 N. Sepulveda Blvd.
El Segundo, California 90245
(310) 414-8146
(310) 414-8156 Telecopier

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition has been served by facsimile on all counsel of record (Schedule CTO-374 / Docket No. 875), in addition to the counsel listed below on this 16th day of March, 2011.

### SEE ATTACHED SERVICE LIST

Paul C. Cook

W&K File No. 10-0831-

Plaintiff's Service List

International Paper Company (indiv. and as sii to Champion Paper Corporation)
M. Slayen and Associates, Inc.
Kannett, Mark S.
Fraenkel, Constance
BECHERER, KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608-2604
Tel: 510-658-3600          Fax: 510-658-1151
CA Speed Dial 131

Campbell Industries (indiv & successor by merger to San Diego Marine Construction Corp.)
Mak, Carley G.
FOLEY & MANSFIELD, PLLP
300 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Tel: 213-283-2100          Fax: 213-283-2101
CA Speed Dial 120

Air & Liquid Systems Corporation (sued indiv & successor-by-merger to Buffalo Pumps, Inc.)
Powell, Glen R.
GORDON & REES, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: 415-986-5900          Fax: 415-986-8054
CA Speed Dial 79

Warren Pumps, LLC
Ulloa, Edward
HAWKINS, PARNELL, THACKSTON & YOUNG, LLP
444 South Flower Street
Suite 1100
Los Angeles, CA 90071
Tel: 213-486-8000          Fax: 213-486-8080

IMO Industries, Inc. (indiv. & sii to DeLaval Steam Turbine Company)
Rome, Henry D.
HOWARD, ROME, MARTIN & RIDLEY, LLP
1775 Woodside Rd., Suite 200
Redwood City, CA 94061-3436
Tel: 650-365-7715          Fax: 650-364-5297
CA Speed Dial 08

Crane Co.
Farkas, Stephen P.
K&L GATES LLP
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Tel: 310-552-5000          Fax: 310-552-5001
CA Speed Dial 118

Yarway Corporation
Duffy, Joe
MORGAN LEWIS & BOCKIUS, LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel: 213-612-2500          Fax: 213-612-2501
CA Speed Dial 409

Yarway Corporation
Takagi, Tricia A.
MORGAN LEWIS & BOCKIUS, LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel: 213-612-2500          Fax: 213-612-2501
CA Speed Dial 409

Georgia-Pacific, LLC (sii to Bestwall Gypsum Company)
Honeywell International, Inc. (individ & successor to Alliedsignal, Inc., successor to Bendix Corpor
McMahon, Brien F.
PERKINS COIE, LLP
1888 Century Park East
Suite 1700
Los Angeles, CA 90067-1721
Tel: 310-788-9900          Fax: 310-843-1284
CA Speed Dial 48

CBS Corporation f/k/a Viacom, Inc. successor by merger with CBS Corporation f/k/a Westinghouse Elect
Fraser's Boiler Service, Inc.
Jamison, Kevin
Shah, Manoj N.
POND NORTH LLP
350 S. Grand Avenue
Suite 3300
Los Angeles, CA 90071
Tel: 213-617-6170          Fax: 213-623-3594
CA Speed Dial 146

Syd Carpenter, Marine Contractor, Inc.
Triple A Machine Shop, Inc. a/k/a Triple A South
Prindle, Kenneth B.
PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP
310 Golden Shore
4th Floor
Long Beach, CA 90802
Tel: 562-436-3946          Fax: 562-495-0564
CA Speed Dial 29