# EXHIBIT B

**waterskraus**

March 16, 2011

**VIA FACSIMILE: 202-502-2888**

Mr. Jeffery N. Luthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 2-0002

  Re: MDL Docket 875 (CTO-374)
     In Re: Asbestos Products Liability Litigation (No. VI)
     United States Judicial Panel on Multidistrict Litigation
   *Transferred from:*
     Civil Action No. 3:11-CV-0428
     *Carlos C. Stapleton, et al. v. Air & Liquid Systems Corp., et al.*
     In the U.S. District Court of California, Southern District

Dear Mr. Luthi:

Enclosed please find plaintiffs' Notice of Opposition to Transfer in the above matter. By copy of this correspondence all counsel of record are being served with this notice.

Thank you for your assistance in this matter. Should you have any questions, please do not hesitate to contact me in our Los Angeles office at 1-310-414-8146.

        Sincerely,

        WATERS KRAUS & PAUL

        Paul C. Cook

Enclosure(s)

cc: All Known Counsel of Record (*via facsimile or regular mail* – see attached list)

PARTNERS
C. Andrew Waters (CA, DC, MD, TX)
Peter A. Kraus (TX, VA)
Charles S. Siegel (TX)
Troyce G. Wolf (NY, TX)
Michael L. Armitage (CA, LA)
B. Scott Kruka (TX)
Leslie C. MacLean (TX)
Charles E. Valles (TN, TX)
Paul C. Cook (CA)
Gary M. Paul (CA)
Michelle Whitman (TX)
Kyla Gall Cole (TX)
John S. Janofsky (CA, DC)
Michael B. Gurien (CA)
Scott L. Frost (CA, GA, IL, KY, TX)
Greg W. Lisemby (TX)
Loren Jacobson (NY, TX)

ASSOCIATES
Joy Sperling (IL)
Kevin M. Loew (CA)
Julie L. Celum (TX)
Dimitri N. Nichols (CA)
Benno Ashrafi (CA)
Mark Bratt (CA)
Demetrios T. Zacharopoulos (MO)
Susannah B. Chester (TX)
Jillian Rice-Loew (CA)
Cindy Young (CA)
Melanie J. Garner (DC, MD, NJ, NY)
Gibbs C. Henderson (TX)
Tae Kim (CA)
Carrie B. Waters (TX)
Laurel Halbany (CA)
Katherine N. Williams (CA, TX)
Joanne A. Hojdus (FL, TX)
Mark Linder (CA, TX)
Benafsheh Saifollahi (DC)
Jennifer L. McIntosh (CA)
Andrew Seitz (CA)
Elizabeth A. Davis (CA)
Peter Klausner (CA)

OF COUNSEL
Kevin E. Oliver (TX)
William Galerston (IL, TX)
Randall L. Iola (IL, OK, TX)
George G. Tankard III (DC, VA, MD, PA, TX)
Jonathan A. George (CA, TX, WI)
Wm. Paul Lawrence II (LA, TX, WA)
David Bricker (CA)

WATERS, KRAUS & PAUL ATTORNEYS AND COUNSELORS

LOS ANGELES: 222 NORTH SEPULVEDA BOULEVARD  SUITE 1900  EL SEGUNDO, CALIFORNIA 90245  TEL 310 414 8146  FAX 310 414 8156
SAN FRANCISCO: 711 VAN NESS AVENUE  SUITE 220  SAN FRANCISCO, CALIFORNIA 94102  TEL 800 226 9880  FAX 214 777 0470
BALTIMORE: 315 NORTH CHARLES STREET  BALTIMORE, MARYLAND 21201  TEL 410 528 1153  FAX 410 528 1006
DALLAS: 3219 McKINNEY AVENUE  DALLAS, TEXAS 75204  TEL 214 357 6244  FAX 214 357 7252

Carlos Cecil Stapleton vs. Air & Liquid Systems Corporation (sued indiv & successor-by-merger to Buffalo Pumps, Inc.)
San Diego ---- Court 3:11-cv-00428-LAB (BLM)

W&K File No. 10-0831-

Plaintiff's Service List

International Paper Company (Indiv. and as sli to Champion Paper Corporation)
M. Slayen and Associates, Inc.
Kannett, Mark S.
Fraenkel, Constance
BECHERER, KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608-2604
Tel: 510-658-3600        Fax: 510-658-1151
CA Speed Dial 131

Campbell Industries (indiv & successor by merger to San Diego Marine Construction Corp.)
Mak, Carley G.
FOLEY & MANSFIELD, PLLP
300 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Tel: 213-283-2100        Fax: 213-283-2101
CA Speed Dial 120

Air & Liquid Systems Corporation (sued indiv & successor-by-merger to Buffalo Pumps, Inc.)
Powell, Glen R.
GORDON & REES, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: 415-986-5900        Fax: 415-986-8054
CA Speed Dial 79

Warren Pumps, LLC
Ulloa, Edward
HAWKINS, PARNELL, THACKSTON & YOUNG, LLP
444 South Flower Street
Suite 1100
Los Angeles, CA 90071
Tel: 213-486-8000        Fax: 213-486-8080

IMO Industries, Inc. (Indiv. & sli to DeLaval Steam Turbine Company)
Rome, Henry D.
HOWARD, ROME, MARTIN & RIDLEY, LLP
1775 Woodside Rd., Suite 200
Redwood City, CA 94061-3436
Tel: 650-365-7715        Fax: 650-364-5297
CA Speed Dial 08

Crane Co.
Farkas, Stephen P.
K&L GATES LLP
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Tel: 310-552-5000        Fax: 310-552-5001
CA Speed Dial 118

Yarway Corporation
Duffy, Joe
MORGAN LEWIS & BOCKIUS, LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel: 213-612-2500        Fax: 213-612-2501
CA Speed Dial 409

Yarway Corporation
Takagi, Tricia A.
MORGAN LEWIS & BOCKIUS, LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel: 213-612-2500        Fax: 213-612-2501
CA Speed Dial 409

Georgia-Pacific, LLC (sli to Bestwall Gypsum Company)
Honeywell International, Inc. (Individ & successor to Alliedsignal, Inc., successor to Bendix Corpor
McMahon, Brien F.
PERKINS COIE, LLP
1888 Century Park East
Suite 1700
Los Angeles, CA 90067-1721
Tel: 310-788-9900        Fax: 310-843-1284
CA Speed Dial 48

CBS Corporation f/k/a Viacom, Inc. successor by merger with CBS Corporation f/k/a Westinghouse Elect
Fraser's Boiler Service, Inc.
Jamison, Kevin
Shah, Manoj N.
POND NORTH LLP
350 S. Grand Avenue
Suite 3300
Los Angeles, CA 90071
Tel: 213-617-6170        Fax: 213-623-3594
CA Speed Dial 146

Syd Carpenter, Marine Contractor, Inc.
Triple A Machine Shop, Inc. a/k/a Triple A South
Prindle, Kenneth B.
PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP
310 Golden Shore
4th Floor
Long Beach, CA 90802
Tel: 562-436-3946        Fax: 562-495-0564
CA Speed Dial 29

Case 3:11-cv-00428-LAB -BLM   Document 26   Filed 03/16/11   Page 3 of 3

Carlos Cecil Stapleton vs. Air & Liquid Systems Corporation (sued indiv & successor-by-merger to Buffalo Pumps, Inc.)
San Diego ---- Court 3:11-cv-00428-LAB (BLM)

W&K File No. 10-0831-

Plaintiff's Service List

**Parker-Hannifin Corporation (ind & s/l to Sacoma-Sierra, Inc.)**
Kum, Robert
Di Sala, Steven D.
SEDGWICK DETERT MORAN & ARNOLD, LLP

801 South Figueroa Street
19th Floor
Los Angeles, CA 90017
Tel: 213-426-6900          Fax: 213-426-6921
CA Speed Dial 85

**General Electric Company**
Gardiner, Katherine P.
SEDGWICK DETERT MORAN & ARNOLD, LLP

One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
Tel: 415-781-7900          Fax: 415-781-2635
CA Speed Dial 33

**Thomas Dee Engineering Co., Inc.**
Gritzer, Anne C.
WALSWORTH, FRANKLIN, BEVINS & MCCALL, LLP

One City Boulevard West, Fifth Floor
Orange, CA 92868-3677
Tel: 714-634-2522          Fax: 714-634-0686
CA Speed Dial 37