BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | §<br>§<br>§<br>§ | MDL DOCKET NO. 875 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS C. STAPLETON and<br>CARLOTTA S. STAPLETON<br>　　Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS<br>CORPORATION (sued individually and<br>as successor by merger to BUFFALO<br>PUMPS, INC.), et al.<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL CASE NO. 3:11-CV-0428 |

**CERTIFICATE OF SERVICE RE MOTION TO REINSTATE CONDITIONAL
TRANSFER ORDER 374**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Brief in Support of Motion to Vacate Order To Transfer Under FRCP 60(b) has been served by facsimile on all counsel of record (Schedule CTO-374 / Docket No. 875), in addition to the counsel listed below on this ___ day of March 2011.

SEE ATTACHED SERVICE LIST

_____
Paul C. Cook

Carlos Cecil Stapleton vs. Campbell Industries (indiv & successor by merger to San Diego Marine Construction Corp.)
San Diego ---- Court 3:11-cv-00428-LAB (BLM)

W&K File No. 10-0831-

Plaintiff's Service List

**International Paper Company (Indiv. and as sli to Champion Paper Corporation)**
M. Slayen and Associates, Inc.
Kannett, Mark S.
Fraenkel, Constance
BECHERER, KANNETT & SCHWEITZER

1255 Powell Street
Emeryville, CA 94608-2604
Tel: 510-658-3600          Fax: 510-658-1151
CA Speed Dial 131

**Campbell Industries (indiv & successor by merger to San Diego Marine Construction Corp.)**
Mak, Carley G.
FOLEY & MANSFIELD, PLLP

300 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Tel: 213-283-2100          Fax: 213-283-2101
CA Speed Dial 120

**Warren Pumps, LLC**
Ulloa, Edward
HAWKINS, PARNELL, THACKSTON & YOUNG, LLP

444 South Flower Street
Suite 1100
Los Angeles, CA 90071
Tel: 213-486-8000          Fax: 213-486-8080

**IMO Industries, Inc. (indiv. & sii to DeLaval Steam Turbine Company)**
Rome, Henry D.
HOWARD, ROME, MARTIN & RIDLEY, LLP

1775 Woodside Rd., Suite 200
Redwood City, CA 94061-3436
Tel: 650-365-7715          Fax: 650-364-5297
CA Speed Dial 08

**Crane Co.**
Farkas, Stephen P.
K&L GATES LLP

10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Tel: 310-552-5000          Fax: 310-552-5001
CA Speed Dial 118

**CertainTeed Corporation**
**Union Carbide Corporation**
McKelvey, Mary
MCKENNA, LONG & ALDRIDGE LLP

300 S. Grand Avenue
Suite 1400
Los Angeles, CA 90071
Tel: 213-688-1000          Fax: 213-243-6330
CA Speed Dial 52

**Yarway Corporation**
Duffy, Joe
MORGAN LEWIS & BOCKIUS, LLP

300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel: 213-612-2500          Fax: 213-612-2501
CA Speed Dial 409

**Yarway Corporation**
Takagi, Tricia A.
MORGAN LEWIS & BOCKIUS, LLP

300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel: 213-612-2500          Fax: 213-612-2501
CA Speed Dial 409

**Georgia-Pacific, LLC (sii to Bestwall Gypsum Company)**
**Honeywell International, Inc. (individ & successor to Alliedsignal, Inc., successor to Bendix Corpor**
McMahon, Brien F.
PERKINS COIE, LLP

1888 Century Park East
Suite 1700
Los Angeles, CA 90067-1721
Tel: 310-788-9900          Fax: 310-843-1284
CA Speed Dial 48

**CBS Corporation f/k/a Viacom, Inc. successor by merger with CBS Corporation f/k/a Westinghouse Elect**
**Fraser's Boiler Service, Inc.**
Jamison, Kevin
Shah, Manoj N.
POND NORTH LLP

350 S. Grand Avenue
Suite 3300
Los Angeles, CA 90071
Tel: 213-617-6170          Fax: 213-623-3594
CA Speed Dial 146

W&K File No. 10-0831-

Plaintiff's Service List

**Syd Carpenter, Marine Contractor, Inc.**
**Triple A Machine Shop, Inc. a/k/a Triple A South**
Prindle, Kenneth B.
PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP
310 Golden Shore
4th Floor
Long Beach, CA 90802
Tel: 562-436-3946            Fax: 562-495-0564
CA Speed Dial 29

**Parker-Hannifin Corporation (ind & sii to Sacoma-Sierra, Inc.)**
Di Saia, Steven D.
SEDGWICK DETERT MORAN & ARNOLD, LLP
801 South Figueroa Street
19th Floor
Los Angeles, CA 90017
Tel: 213-426-6900            Fax: 213-426-6921
CA Speed Dial 85

**General Electric Company**
Gardiner, Katherine P.
SEDGWICK DETERT MORAN & ARNOLD, LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
Tel: 415-781-7900            Fax: 415-781-2635
CA Speed Dial 33

**Thomas Dee Engineering Co., Inc.**
Gritzer, Anne C.
WALSWORTH, FRANKLIN, BEVINS & MCCALL, LLP
One City Boulevard West, Fifth Floor
Orange, CA 92868-3677
Tel: 714-634-2522            Fax: 714-634-0686
CA Speed Dial 37