UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Carlos C. Stapleton, et al. v. Air & Liquid Systems Corp.,
et al., S.D. California, C.A. No. 3:11-00428 )    MDL No. 875

### ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Stapleton*) on March 11, 2011. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Stapleton* was lifted on March 21, 2011, and the action was transferred to the Eastern District of Pennsylvania. Subsequently, on March 24, 2011, plaintiffs in *Stapleton* filed a motion to reinstate the conditional transfer order. Plaintiffs, through counsel, state that due to clerical error, the notice of opposition was filed on March 16, 2011, in the Southern District of California instead of with the Panel. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in *Stapleton* in order to permit plaintiffs to pursue their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-374" filed on March 11, 2011, is REINSTATED insofar as it relates to this action. Plaintiffs' notice of opposition is deemed filed as of March 16, 2011. In accordance with Rule 7.1(f), plaintiffs shall file the required motion and supporting brief to vacate the conditional transfer order on or before March 30, 2011. No extensions of time will be granted.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel