JANET L. RICE, WSBA#9386
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington  98104
Telephone:  (260) 622-8000
Facsimile:  (206) 682-2305

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

THIS DOCUMENT RELATES TO:

<u>Bouchard v. CBS Corp., et al.</u>
United States District Court
Western District of Washington
Cause No. 2:11-cv-00458RAJ

PLAINTIFFS' MOTION TO ALLOW DISCOVERY PRIOR TO FED. R. CIV. P. 26(f) CONFERENCE

Hearing Date: April 15, 2011

COMES NOW plaintiffs, Lola and Michael Bouchard, by and through their attorney, Janet L. Rice of Schroeter, Goldmark & Bender, and move the Court to allow discovery to take place prior to the Rule 26(f) conference.  This motion is based upon the Memorandum in Support of Plaintiff's Motion to Allow Discovery Prior to Fed. R. Civ. P. 26(f) Conference and the records and documents on file in <u>Bouchard v. CBS Corp., et al.</u>, United States District Court, Western District of Washington at Seattle, Cause No. 2:11-cv-00458RAJ and 2:10-cv-01810RAJ.

PLAINTIFFS' MOTION TO ALLOW DISCOVERY PRIOR TO FED. R. CIV. P. 26(f) CONFERENCE - 1

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

RESPECTFULLY SUBMITTED, this 24th day of March, 2011.

        PAUL & HANLEY

        *s/ Jon R. Neumann*_____
        JON R. NEUMANN, WSBA #36057
        Counsel for Plaintiffs
        1608 Fourth Street, Suite 300
        Berkley, California, 94710
        (510) 559-9980


        SCHROETER, GOLDMARK & BENDER


        *s/ Janet L. Rice*_____
        JANET L. RICE, WSBA #9386
        Counsel for Plaintiffs
        810 Third Avenue, Suite 500
        Seattle, Washington  98104
        (206) 622-8000

PLAINTIFFS' MOTION TO ALLOW DISCOVERY
PRIOR TO FED. R. CIV. P. 26(f) CONFERENCE - 2

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on **March 24, 2011**, I electronically filed the foregoing Plaintiffs' Motion to allow Discovery Prior to Fed. R. Civ. P. 26(F) Conference with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Counsel for **CSK Auto**<br>Stephen Leatham<br>HEURLIN & POTTER<br>211 East McLoughlin Blvd., Suite 100<br>Vancouver, WA 98666-0611 | Counsel for **Todd Shipyards**<br>KARR TUTTLE CAMPBELL<br>Walter Barton<br>Gene Barton<br>1201 Third Avenue, Suite 2900<br>Seattle, Washington 98101-3028 |
| Counsel for **General Refractories Co.**<br>Mathew Turetsky<br>Schwabe Williamson & Wyatt, PC<br>1420 Fith Avenue, Suite 3010<br>Seattle, WA 98101-2393 | Counsel for **Georgia Pacific**<br>Barry Mesher/Brian Zeringer/Bruce Hamlin<br>LANE POWELL PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, Washington 98101-2338 |
| **Counsel for Metropolitan Life Insurance Co.**<br>Richard Gawlowski<br>WILSON, SMITH, COCHRAN & DICKERSON<br>1215 Fourth Avenue, Suite 1700<br>Seattle, Washington 98161-1007 | **Counsel for J.T. Thorpe & Son, Inc.; Metalclad Insulation Corp**<br>Katherine M. Steele<br>STAFFORD FREY COOPER, PC<br>3100 Two Union Square<br>601 Union Street<br>Seattle, WA 98101 |
| Counsel for **Union Carbide; Saint Gobain Containers Inc**<br>Diane Kero<br>GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM<br>600 University Street, Suite 2101<br>Seattle, Washington 98101 | Counsel for **Saberhagen Holdings, Inc**.<br>Randy Aliment /Timothy Thorson<br>CARNEY, BADLEY, SMITH & SPELLMAN<br>701 Fifth Avenue, Suite 3600<br>Seattle, Washington 98104-7010 |
| Counsel for **Foster-Wheeler Energy Corp.; Hopeman Brothers, Inc.**<br>Dirk Bernhardt<br>MURRAY, DUNHAM & MURRAY<br>200 West Thomas, Suite 350<br>Seattle, WA 98119 | Counsel for **International Paper Co**.<br>Steve Rizzo<br>RIZZO MATTINGLY BOSWORTH, PC<br>411 SW 2nd Avenue, Suite 200<br>Portland, Oregon 97204 |
| Counsel for **Lockheed Shipbuilding Co**<br>Robert Andre.<br>OGDEN MURPHY WALLACE, PLLC<br>1601 Fifth Avenue, Suite 2100<br>Seattle, Washington 98101 | Counsel for **E & E Lumber, Inc. a Washington Corp.**<br>Jan Brucker<br>JACKSON JENKINS & RENSTROM,<br>701 Fifth Ave., 42nd Floor,<br>Seattle, WA 98104 |

PLAINTIFFS' MOTION TO ALLOW DISCOVERY PRIOR TO FED. R. CIV. P. 26(f) CONFERENCE - 3

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

I further certify that I served the foregoing on attorney of record for E & E Lumber, Inc. a Washington Corporation by having said copies sent via legal messenger, electronic mail, U.S. Mail and/or Federal Express to the office addresses below to the office address below:

> Counsel for E & E Lumber, Inc. a Washington Corporation
> Ronald G. Housh, P.S.
> Seattle Office:
> 800 Fifth Avenue, Suite 4000
> Seattle, WA 98104-3180

SCHROETER, GOLDMARK & BENDER

/s/*Nona Farley*
Legal Assistant
810 Third Avenue, Suite 500
Seattle, Washington 98104
(206) 622-8000
(206) 682-2305
E-mail: farley@sgb-law.com

PLAINTIFFS' MOTION TO ALLOW DISCOVERY
PRIOR TO FED. R. CIV. P. 26(f) CONFERENCE - 4

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305