JANET L. RICE, WSBA#9386
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington  98104
Telephone:  (260) 622-8000
Facsimile:  (206) 682-2305

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

THIS DOCUMENT RELATES TO:

<u>Bouchard v. CBS Corp., et al.</u>
United States District Court
Western District of Washington
Cause No. 2:11-cv-00458RAJ

MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO ALLOW DISCOVERY PRIOR TO FED. R. CIV. P. 26(f) CONFERENCE

## I.   RELIEF REQUESTED

Defendant Lockheed Shipbuilding Co. filed a Notice of Removal in this action on March 16, 2011.  Ct docket No. 1.  Plaintiffs Lola and Michael Bouchard filed a Motion to Remand on March 24, 2011.  Plaintiffs seek approval of the Court to continue discovery in this case, prior to the Fed. R. Civ. P. 26(f) conference.

At the time of the removal of this case, the parties had disclosed their witnesses and claims, taken the depositions of the Plaintiffs' product identification witnesses, and completed some of the plaintiffs' and defense expert depositions.  Declaration of Janet L. Rice in Support

MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTION TO ALLOW DISCOVERY PRIOR TO
FED. R. CIV. P. 26(f) CONFERENCE - 1

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

of Motion to Allow Discovery. The trial was scheduled to take place in state court on June 20, 2011 before the Honorable Douglass North. Id., Exhibit A. This case was previously removed to federal court by another defendant in the case on November 5, 2010. Cause No. 2:10-cv-01810RAJ.[1] The Court granted plaintiffs' motion to remand in that case on January 12, 2011. Id. at Ct docket No. 57. The Court previously allowed discovery to take place in that case prior to the 26(f) conference. Id. at Ct docket No. 37.

Plaintiffs seek permission to continue discovery as planned in the state court in order to either: 1) argue for an expedited trial in federal court or, 2) complete discovery in time to try the case in state court on June 20, 2011, in the event the Court grants the motion to remand. Plaintiff Lola Bouchard was diagnosed with mesothelioma in April 2010. Rice Dec., Exhibit B. Plaintiffs are attempting to obtain a trial date, either in federal court or state court, that will allow Ms. Bouchard to participate in the trial before succumbing to her cancer.

## II.   FACTS OF THE CASE

Ms. Lola Bouchard is a 51-year-old woman who was diagnosed with mesothelioma in April 2010. Rice Dec., Exhibit B.[2] Plaintiff is likely to die within the next few months. Id., Exhibit C (Declaration of James E. Congdon, D.O. in Support of Plaintiffs' Motion for Accelerated Trial Setting). Plaintiff was exposed to asbestos, in part, from washing the clothes of her deceased husband Ronald Berger who was employed as a shipscaler by Todd and Lockheed shipyards on the Seattle, Washington waterfront during the late 1970's. The case was expedited in state court and a trial was scheduled on April 18, 2011. Rice Dec., Exhibit D. On November 5, 2010, defendant General Electric Company ("GE") removed this case to

---

[1] For this reason, plaintiffs filed a Notice of Related Case in this cause number. Ct docket No. 6.
[2] All exhibits referenced are attached to the Rice Declaration.

MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO ALLOW DISCOVERY PRIOR TO FED. R. CIV. P. 26(f) CONFERENCE - 2

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

Federal Court. Cause no. 2:10-cv-01810RAJ. Plaintiffs filed a motion to conduct discovery before the 26(f) conference. Id., Ct docket No. 16. The Court granted the motion, in part, allowing the parties to take the perpetuation and discovery deposition of Lola Bouchard. Id., Ct docket No. 37. Plaintiffs also filed a motion to remand on November 17, 2010, which was unopposed, and the Court subsequently remanded the case to state court on January 12, 2011. Id., Ct docket No. 13 and No. 57.

After the case was remanded to state court, it was consolidated with a parallel case filed by plaintiffs (the parallel case was based on exposure to non-shipyard defendant products) and the trial date was continued to June 20, 2011. Rice Dec., Exhibit A. To date the parties have disclosed their witnesses pursuant to the King County asbestos style rules, taken the depositions of plaintiffs' product identification witnesses, and taken the depositions of 3 plaintiffs' experts and 5 defense experts. Declaration of Janet L. Rice. At the time the notice of removal was filed, depositions of CR 30(b)(6) witnesses and expert depositions were scheduled. Id. There also were 5 outstanding discovery requests propounded both by plaintiffs and defendants. Id. The parties were proceeding with discovery in anticipation of a June 20, 2011 trial date.

### III.   STATEMENT OF ISSUES

Should the Court permit discovery before the Fed. R. Civ. P. 26 (f) conference consistent with the ongoing discovery in the state court?

### IV.   EVIDENCE RELIED UPON

Plaintiffs rely upon the Declaration of Janet L. Rice in Support of Motion to Allow Discovery and the exhibits attached thereto.

MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTION TO ALLOW DISCOVERY PRIOR TO
FED. R. CIV. P. 26(f) CONFERENCE - 3

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

## V.   ARGUMENT

Pursuant to Fed. R. Civ. P. 26(a)(1), the court may authorize discovery prior to the Rule 26(f) conference:

> **(d) Timing and Sequence of Discovery.**
>
> **(1) *Timing.*** A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(1)(1)(B), or when authorized by these rules, by stipulation, or <u>by court order</u>.

Fed. R. Civ. P. 26(d)(1) (emphasis added).

Discovery in this case should be allowed to proceed prior to the Rule 26(f) conference in accordance with the discovery that was ongoing in state court prior to the removal of this case for three reasons: 1) the disclosure of witnesses and claims have already been filed; 2) many of the lay witnesses and some of the expert witnesses have been deposed already; 3) the plaintiffs will lose any hope of an expedited trial if discovery does not continue.

This Court is familiar with the asbestos style rules which require extensive disclosure of a party's claims and witnesses. The asbestos style rules also control the procedure of an expedited case. The parties to date have been conducting discovery according to these rules and were prepared to try the case in June.

If the Court allows the discovery to continue, the plaintiffs will be in a position to either argue for an expedited trial in federal court (having conducted sufficient discovery to allow for an expedited trial date) or maintain the June 20, 2011 trial date in state court, if the case is remanded. The Rule 26(f) conference will be delayed by the court's ruling on the remand motion. Therefore, without a court order, the discovery in this case will be delayed for a significant amount of time. The defendants are not prejudiced by allowing discovery to

MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTION TO ALLOW DISCOVERY PRIOR TO
FED. R. CIV. P. 26(f) CONFERENCE - 4

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

continue because all of the parties have been working toward the June 2011 trial date and the witnesses and experts have been scheduled for their depositions.

Ms. Bouchard's health is precarious.  Further discovery should proceed while Ms. Bouchard can participate in her case.

### VI.   CONCLUSION

Discovery prior to the Rule 26(f) conference should be allowed in this case.  The plaintiffs ultimately are seeking an expedited trial date in this Court or a June trial date in state court.  Without an expedited trial, Ms. Bouchard will not be able to participate in the trial.

RESPECTFULLY SUBMITTED, this 24th day of March, 2011.

        PAUL & HANLEY

        *s/ Jon R. Neumann*_____
        JON R. NEUMANN, WSBA #36057
        Counsel for Plaintiffs
        1608 Fourth Street, Suite 300
        Berkley, California, 94710
        (510) 559-9980

        SCHROETER, GOLDMARK & BENDER

        *s/ Janet L. Rice*_____
        JANET L. RICE, WSBA #9386
        Counsel for Plaintiffs
        810 Third Avenue, Suite 500
        Seattle, Washington  98104
        (206) 622-8000

MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO ALLOW DISCOVERY PRIOR TO FED. R. CIV. P. 26(f) CONFERENCE - 5

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

**CERTIFICATE OF SERVICE**

I hereby certify that on **March 24, 2011**, I electronically filed the foregoing Memorandum in Support of Plaintiffs' Motion to allow Discovery Prior to Fed. R. Civ. P. 26(F) Conference with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Counsel for **CSK Auto**<br>Stephen Leatham<br>HEURLIN & POTTER<br>211 East McLoughlin Blvd., Suite 100<br>Vancouver, WA 98666-0611 | Counsel for **Todd Shipyards**<br>KARR TUTTLE CAMPBELL<br>Walter Barton<br>Gene Barton<br>1201 Third Avenue, Suite 2900<br>Seattle, Washington 98101-3028 |
| Counsel for **General Refractories Co.**<br>Mathew Turetsky<br>Schwabe Williamson & Wyatt, PC<br>1420 Fith Avenue, Suite 3010<br>Seattle, WA 98101-2393 | Counsel for **Georgia Pacific**<br>Barry Mesher/Brian Zeringer/Bruce Hamlin<br>LANE POWELL PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, Washington 98101-2338 |
| **Counsel for Metropolitan Life Insurance Co.**<br>Richard Gawlowski<br>WILSON, SMITH, COCHRAN & DICKERSON<br>1215 Fourth Avenue, Suite 1700<br>Seattle, Washington 98161-1007 | **Counsel for J.T. Thorpe & Son, Inc.; Metalclad Insulation Corp**<br>Katherine M. Steele<br>STAFFORD FREY COOPER, PC<br>3100 Two Union Square<br>601 Union Street<br>Seattle, WA 98101 |
| Counsel for **Union Carbide; Saint Gobain Containers Inc**<br>Diane Kero<br>GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM<br>600 University Street, Suite 2101<br>Seattle, Washington 98101 | Counsel for **Saberhagen Holdings, Inc**.<br>Randy Aliment /Timothy Thorson<br>CARNEY, BADLEY, SMITH & SPELLMAN<br>701 Fifth Avenue, Suite 3600<br>Seattle, Washington 98104-7010 |
| Counsel for **Foster-Wheeler Energy Corp.; Hopeman Brothers, Inc.**<br>Dirk Bernhardt<br>MURRAY, DUNHAM & MURRAY<br>200 West Thomas, Suite 350<br>Seattle, WA 98119 | Counsel for **International Paper Co**.<br>Steve Rizzo<br>RIZZO MATTINGLY BOSWORTH, PC<br>411 SW 2nd Avenue, Suite 200<br>Portland, Oregon 97204 |

MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO ALLOW DISCOVERY PRIOR TO FED. R. CIV. P. 26(f) CONFERENCE - 6

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

| | |
|---|---|
| Counsel for **Lockheed Shipbuilding Co**<br>Robert Andre.<br>OGDEN MURPHY WALLACE, PLLC<br>1601 Fifth Avenue, Suite 2100<br>Seattle, Washington 98101 | |

I further certify that I served the foregoing on attorney of record for E & E Lumber, Inc. a Washington Corporation by having said copies sent via legal messenger, electronic mail, U.S. Mail and/or Federal Express to the office addresses below to the office address below:

Counsel for E & E Lumber, Inc. a Washington Corporation
Ronald G. Housh, P.S.
Seattle Office:
800 Fifth Avenue, Suite 4000
Seattle, WA 98104-3180

SCHROETER, GOLDMARK & BENDER

/s/*Nona Farley*
Legal Assistant
810 Third Avenue, Suite 500
Seattle, Washington 98104
(206) 622-8000
(206) 682-2305
E-mail: farley@sgb-law.com

MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO ALLOW DISCOVERY PRIOR TO FED. R. CIV. P. 26(f) CONFERENCE - 7

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305