JANET L. RICE, WSBA#9386
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington  98104
Telephone:  (260) 622-8000
Facsimile:  (206) 682-2305

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

THIS DOCUMENT RELATES TO:

Bouchard v. CBS Corp., et al.
United States District Court
Western District of Washington
Cause No. 2:11-cv-00458RAJ

DECLARATION OF JANET L. RICE IN SUPPORT OF
PLAINTIFFS' MOTION TO ALLOW DISCOVERY

I, Janet L. Rice declare as follows:

1.      I am one of the attorneys for the plaintiff.

2.      At the time of the removal of this case, the parties had disclosed their witnesses and claims, taken the depositions of the Plaintiffs' product identification witnesses, and completed three of the plaintiffs' and five of the defense expert depositions.

3.      The trial was scheduled to take place in state court on June 20, 2011 before the Honorable Douglass North.   Attached as Exhibit A is a true and correct copy of Order Re

DECLARATION OF JANET L. RICE IN SUPPORT
OF PLAINTIFFS' MOTION TO ALLOW
DISCOVERY - 1

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

1   Individual Calendar for Asbestos Cases (Schroeter, Goldmark & Bender) in King County Cause

2   No. 10-2-32586-7SEA.

3          4.      Plaintiff Lola Bouchard is likely to die of mesothelioma within the next few

4   months.  Attached as Exhibit B is a true and correct copy of the diagnosis of mesothelioma.

5   Attached as Exhibit C is true and correct copy of  the declaration of Dr. James Congdon.

6          5.      The state court in this case granted a motion to expedite the trial setting and

7   scheduled a trial for April 18, 2010.  Attached as Exhibit D is a true and correct copy of the

8   Order Granting Accelerated Trial Setting, signed October 14, 2010.

9          I declare under penalty of perjury under the laws of the state of Washington that the

10  foregoing is true and correct.

11         DATED at Seattle, Washington, this 24th day of March, 2011.

12

13

14

15                                              SCHROETER, GOLDMARK & BENDER

16                                              s/ Janet L. Rice
                                                JANET L. RICE, WSBA #9386
17                                              Counsel for Plaintiffs
                                                810 Third Avenue, Suite 500
18                                              Seattle, Washington  98104
                                                (206) 622-8000
19

20

21

22

23

24

25

26

DECLARATION OF JANET L. RICE IN SUPPORT             SCHROETER, GOLDMARK & BENDER
OF PLAINTIFFS' MOTION TO ALLOW                      500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
DISCOVERY - 2                                       Phone (206) 622-8000 ● Fax (206) 682-2305

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on **March 24, 2011**, I electronically filed the foregoing Declaration of Janet L. Rice in Support of Plaintiffs' Motion to allow Discovery with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Counsel for **CSK Auto**<br>Stephen Leatham<br>HEURLIN & POTTER<br>211 East McLoughlin Blvd., Suite 100<br>Vancouver, WA 98666-0611 | Counsel for **Todd Shipyards**<br>KARR TUTTLE CAMPBELL<br>Walter Barton<br>Gene Barton<br>1201 Third Avenue, Suite 2900<br>Seattle, Washington 98101-3028 |
| Counsel for **General Refractories Co.**<br>Mathew Turetsky<br>Schwabe Williamson & Wyatt, PC<br>1420 Fith Avenue, Suite 3010<br>Seattle, WA 98101-2393 | Counsel for **Georgia Pacific**<br>Barry Mesher/Brian Zeringer/Bruce Hamlin<br>LANE POWELL PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, Washington 98101-2338 |
| **Counsel for Metropolitan Life Insurance Co.**<br>Richard Gawlowski<br>WILSON, SMITH, COCHRAN & DICKERSON<br>1215 Fourth Avenue, Suite 1700<br>Seattle, Washington 98161-1007 | **Counsel for J.T. Thorpe & Son, Inc.;**<br>**Metalclad Insulation Corp**<br>Katherine M. Steele<br>STAFFORD FREY COOPER, PC<br>3100 Two Union Square<br>601 Union Street<br>Seattle, WA 98101 |
| Counsel for **Union Carbide; Saint Gobain**<br>**Containers Inc**<br>Diane Kero<br>GORDON, THOMAS, HONEYWELL,<br>MALANCA, PETERSON & DAHEIM<br>600 University Street, Suite 2101<br>Seattle, Washington 98101 | Counsel for **Saberhagen Holdings, Inc**.<br>Randy Aliment /Timothy Thorson<br>CARNEY, BADLEY, SMITH &<br>SPELLMAN<br>701 Fifth Avenue, Suite 3600<br>Seattle, Washington 98104-7010 |
| Counsel for **Foster-Wheeler Energy Corp.;**<br>**Hopeman Brothers, Inc.**<br>Dirk Bernhardt<br>MURRAY, DUNHAM & MURRAY<br>200 West Thomas, Suite 350<br>Seattle, WA 98119 | Counsel for **International Paper Co**.<br>Steve Rizzo<br>RIZZO MATTINGLY BOSWORTH, PC<br>411 SW 2nd Avenue, Suite 200<br>Portland, Oregon 97204 |

DECLARATION OF JANET L. RICE IN SUPPORT
OF PLAINTIFFS' MOTION TO ALLOW
DISCOVERY - 3

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

p

1

| Counsel for **Lockheed Shipbuilding Co** | |
| Robert Andre. | |
| OGDEN MURPHY WALLACE, PLLC | |
| 1601 Fifth Avenue, Suite 2100 | |
| Seattle, Washington 98101 | |

I further certify that I served the foregoing on attorney of record for E & E Lumber, Inc. a Washington Corporation by having said copies sent via legal messenger, electronic mail, U.S. Mail and/or Federal Express to the office addresses below to the office address below:

Counsel for E & E Lumber, Inc. a Washington
Corporation
Ronald G. Housh, P.S.
Seattle Office:
800 Fifth Avenue, Suite 4000
Seattle, WA 98104-3180

SCHROETER, GOLDMARK & BENDER

/s/*Nona Farley*
Legal Assistant
810 Third Avenue, Suite 500
Seattle, Washington 98104
(206) 622-8000
(206) 682-2305
E-mail: farley@sgb-law.com

DECLARATION OF JANET L. RICE IN SUPPORT
OF PLAINTIFFS' MOTION TO ALLOW
DISCOVERY - 4

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

p

# EXHIBIT A

1

2                                                                Honorable Douglass North

3

4

5

6

7          IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
                      IN AND FOR THE COUNTY OF KING

8    LOLA and MICHAEL BOUCHARD, wife
9    and husband                              No. 10-2-32586-7SEA
                              Plaintiffs,
10              v.                             [PROPOSED] ORDER RE:
                                              INDIVIDUAL CALENDAR FOR
11   CBS CORPORATION, et al.,                 ASBESTOS CASES (SCHROETER,
                                              GOLDMARK & BENDER)
12                            Defendants
                                              TRIAL DATE:  JUNE 20, 2011
13   LOLA and MICHAEL BOUCHARD, wife
14   and husband
                              Plaintiffs,
15              v.

16   CSK AUTO, INC., et al.,

17                            Defendants.

18

19      __ORDER RE: INDIVIDUAL CALENDAR FOR ASBESTOS CASES__
                   __(SCHROETER, GOLDMARK & BENDER)__
20
21          Based on the foregoing stipulation, now, therefore, the King County Superior Court

22   issues this case scheduling order to establish due dates for discovery, settlement discussions,

23   pretrial preparation and trial in this action; existing Style Orders governing asbestos actions

24   remain in effect and govern this action except to the extent specifically modified herein.

25          IT IS HEREBY ORDERED:

26

ORDER RE: INDIVIDUAL CALENDAR FOR
ASBESTOS CASES (SCHROETER, GOLDMARK
& BENDER)– 1                                      SCHROETER GOLDMARK & BENDER
N:\ASBESTOS\Bouchard 18387\P - Consolidated\Case Scheduling Order (proposed) re    500 Central Building • 810 Third Avenue • Seattle, WA 98104
trial 062011.doc                                       Phone (206) 622-8000 • Fax (206) 682-2305

1.     <u>Individual Calendar</u>.   The Court hereby adopts the following schedule and procedures for the action, and assigns this case for all further rulings and for trial to the Hon. Douglass North.

2.     <u>Modifications of Schedule</u>.  The filing dates and action deadlines set forth in this schedule shall not be modified except upon motion, <u>provided that</u> the parties may at any time agree to expand the scope of and time available for discovery, <u>provided further that</u> the court will not enforce any modifications of this Order's discovery provisions unless they were also incorporated into an Order of the Court issued upon motion by or stipulation of one or more of the parties hereto.

3.     <u>Defendants-Settlement Authority</u>.  The responsible attorney for each defendant shall have authority from and access to any out-of-state representative of the defendant or defendant's Insurer who has ultimate settlement authority for the particular defendant during the settlement periods designated below:

4.     <u>Discovery</u>.

    a.     <u>Interrogatories</u>.  To the extent they have not already been completed pursuant to General Pretrial Discovery Style Order No. 7, plaintiffs shall serve answers to the Defendants' First Style Interrogatories to Plaintiffs within thirty (30) days of the date of this Order, whichever is later.  If discovery is not provided, sanctions may be entered upon motion of any affected defendant.

    b.     <u>Standard Defendant Discovery</u>.     Defendant shall serve answers to the Plaintiffs' Interrogatories to Defendant within thirty (30) days of the date of service.  If discovery is not provided, sanctions may be entered upon motion of any affected plaintiff.

ORDER RE: INDIVIDUAL CALENDAR FOR
ASBESTOS CASES (SCHROETER, GOLDMARK
& BENDER)– 2
N:\ASBESTOS\Bouchard 18387\P - Consolidated\Case Scheduling Order (proposed) re
trial 062011.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

c.   <u>Releases and Records</u>.   Plaintiff shall deliver to counsel for each defendant, within thirty (30) days of the date of this Order, a copy of all medical records, workers compensation/disability records, and employment records in the possession of plaintiffs' counsel, and a release for all medical records of physicians listed in Plaintiffs' Answers to Interrogatories Nos. 16 & 17, subject to any declared claims of privilege or irrelevance.   Copying costs shall be shared by the defendant(s).   Plaintiff shall prepare and distribute a case profile to each defense counsel.

d.   <u>Requests for Further Discovery and Integration with Style Order</u>.   The parties may obtain further information to facilitate the evaluation of cases subject to this Order. All discovery herein shall be in addition to, and not in lieu of, such discovery as authorized under the existing Style Orders.   Also, the requirements under this paragraph may be modified by the Court upon motion of any party.

5.   <u>Defendant's Case Evaluation</u>.   By the date set in paragraph 6(f) below, each defendant shall have completed its review and evaluation of this case, and arrived at its settlement authority.   Each defendant, who requests additional information pursuant to paragraph 4(e), above, shall have 7 days from the date the additional information is supplied or its request is denied by the Court, to complete its evaluation and to arrive at settlement authority for such cases.

6.   The Court hereby establishes the following deadlines for settlement efforts:

a.   <u>March 21, 2011</u> Plaintiff to serve settlement demand upon defense counsel.

ORDER RE: INDIVIDUAL CALENDAR FOR
ASBESTOS CASES (SCHROETER, GOLDMARK
& BENDER)-- 3
N:\ASBESTOS\Bouchard 18387\P - Consolidated\Case Scheduling Order (proposed) re
trial 062011.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

e.      <u>March 28, 2011</u> Defendants to serve completed Case Profiles on plaintiffs' counsel, with copies to the judge, for all cases in which defendants believe plaintiffs' case profile should be corrected or supplemented.

f.      <u>March 28, 2011</u> Defendants to serve responsive settlement offers upon plaintiffs' counsel.

g.      <u>April 4, 2011</u> Plaintiffs' counsel shall submit the first monthly settlement report to the court, and shall do so each month thereafter until the case is settled or trial is commenced.

h.      <u>April 4, 2011</u> Starting at any time on or after this date, the Court may require the personal presence of all counsel, including lead counsel, if any, to report on or participate in settlement discussions; such date (s) may be set by the Court on its own motion.

7.      Final Pretrial deadlines: The following deadlines shall apply unless otherwise modified by the Court, <u>provided that</u>, if the designated date falls on a non-court day, the next court day shall be treated as the designated date.

(i)     <u>No later than 49 days prior to trial</u>      <u>May 2, 2011</u>

All parties must serve and file:  a designation by page and line of all depositions intended to be used at trial in the case-in-chief; and a list of all exhibits intended to be used at trial in the case-in-chief.

(ii)    <u>No later than 35 days prior to trial</u>      <u>May 16, 2011</u>

All parties must have completed all discovery.

(iii)   <u>No later than 32 days prior to trial</u>      <u>May 19, 2011</u>

All parties must serve and file all memoranda in opposition to dispositive motions, with supporting affidavits.

→ *No later than 28 days before trial - May 23, 2011 - Engage in*

(iv)    <u>No later than 26 days prior to trial</u>      <u>May 25, 2011</u>   *Alternative Dispute Resolution.*

*D.A.N.*

ORDER RE: INDIVIDUAL CALENDAR FOR
ASBESTOS CASES (SCHROETER, GOLDMARK
& BENDER)– 4
N:\ASBESTOS\Bouchard 18387\P - Consolidated\Case Scheduling Order (proposed) re
trial 062011.doc

SCHROETER GOLDMARK *&* BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

All parties must serve and file all rebuttal memoranda regarding dispositive motions, with supporting affidavits.

(v)    <u>No later than 21 days prior to trial</u>      <u>May 31, 2011</u>

Oral argument will be heard on all dispositive motions.
Exchange of Witness and Exhibit Lists and Documentary Exhibits

(vi)   <u>No later than 14 days prior to trial</u>      <u>June 6, 2011</u>

All parties must serve and file: all remaining pretrial motions, including motions in limine, with supporting memoranda and affidavits, a list, with page and line number, of all deposition counter-designations, and a list of all objections to original deposition designations.

(vii)  <u>No later than 7 days prior to trial</u>      <u>June 13, 2011</u>

All parties must serve and file: a trial memorandum; all memoranda in opposition to all remaining pretrial motions, including motions in limine; a proposed jury questionnaire; proposed jury instructions; proposed verdict form(s); a list, with page and line number, of all redirect designations of depositions, and a list of all objections to counter-designations.

Joint Statement of Evidence

(viii) <u>No later than 4 days prior to trial</u>      <u>June 16, 2011</u>

All parties must serve and file all reply memoranda on all remaining motions, including motions in limine.

(ix)   <u>No later than 3 days prior to trial</u>      <u>June 17, 2011</u>

Except as otherwise ordered by the Court, oral argument will be heard on all remaining motions, including motions in limine; all objections regarding deposition designations and counter-designations; and all other pretrial matters.

(x)    <u>Trial Date – June 20, 2011</u>

Jury selection commences, unless otherwise ordered by the Court.

DONE IN OPEN COURT this _____ day of _____ *March* _____, 2011.

*Douglass a. North*

JUDGE DOUGLASS NORTH

ORDER RE: INDIVIDUAL CALENDAR FOR
ASBESTOS CASES (SCHROETER, GOLDMARK
& BENDER)– 5
N:\ASBESTOS\Bouchard 18387\P - Consolidated\Case Scheduling Order (proposed) re
trial 062011.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1

2    Presented by:
     SCHROETER, GOLDMARK & BENDER

3

4    _Janet L. R_____

5    JANET L. RICE, WSBA# 9386
     Counsel for Plaintiffs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER RE: INDIVIDUAL CALENDAR FOR
ASBESTOS CASES (SCHROETER, GOLDMARK
& BENDER)– 6
N:\ASBESTOS\Bouchard 18387\P - Consolidated\Case Scheduling Order (proposed) re
trial 062011.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

# EXHIBIT B


**CELLNETIX**
PATHOLOGY & LABORATORIES

1321 Colby Avenue
Everett, WA 98206
(425) 261-3670

1124 Columbia Street, Suite 200
Seattle, WA 98104
(866) 236-8296

Tajinder S. Bisla, MD
Alan C. Boudousquie, MD
Mark A. Edgar, MD
Chris Chong, MD
Barry T. Kahn, MD
Ernest Kawamoto, MD
Deirdre P. McDonagh, MD
Kirstine Y. Oh, MD
Martin J. Pointon, MD
Jon A. Reed, MD
Charles Sturgis, MD
Donald T. Tran, MD

| | | |
|---|---|---|
| Patient Name: | **Bouchard, Lola S** | |
| Patient ID: | ███████ | |

| | |
|---|---|
| Pathology No.: | S10-022221 |
| Collection Date: | 4/30/2010 |
| Received Date: | 4/30/2010 |

## SURGICAL PATHOLOGY REPORT

### FINAL DIAGNOSIS:

**Right Chest Pleural Mass, CT-Guided Core Biopsy:**
    **Poorly differentiated epithelioid malignant neoplasm, consistent with malignant mesothelioma**
    **(see comment).**

### DIAGNOSIS COMMENT:

The biopsy consists of tissue that is extensively infiltrated by a sheet-like tumor; a small portion of non-neoplastic lung parenchyma is seen. The tumor has a poorly differentiated epithelioid morphology. The differential diagnosis includes malignant mesothelioma and adenocarcinoma.

Immunohistochemistry was performed to help clarify the diagnosis. Although the neoplastic cells are negative for WT1, they are positive for calretinin, CK5/6 and D2-40; they are also focally positive for CK7. The neoplasm is negative for adenocarcinoma markers (TTF1, BerEp4, MOC31, monoclonal CEA and Bg8), CK20, S100 (background staining present) and CD45 (abundant background of inflammatory cells present).

Overall, this is a malignant neoplasm has morphologic and immunophenotypic features that are most consistent with a diagnosis of malignant epithelioid mesothelioma. Clinical correlation is recommended.

### CLINICAL INFORMATION:
A 50-year-old female with a very large right lung mass involving a large portion of the chest. Clinical differential diagnosis includes mesothelioma. Please note, this is a rush case.

### INTRAPROCEDURAL EVALUATION:
Right chest pleural mass (touch prep): "Neoplastic cells. Diagnostic material obtained".
Performed by: Tajinder S. Bisla, M.D.

### GROSS DESCRIPTION:

| | | | |
|---|---|---|---|
| Patient: | **Bouchard, Lola S** | Clinician: | **James E Congdon, DO** |
| Patient ID: | ███████ | Group: | **Providence Regional Cancer** |
| Date of Birth: | ███████ Age: 50 | | **Partnership** |
| Gender: | F | | **1717 13th St.** |
| Location: | PEMC Colby - Outpatient | | **Ste. 300** |
| Reference No: | 1012000146 | | **EVERETT, WA. 98201** |
| Referring Clinician: | James E Congdon, DO | | **CR: 26** |
| Copies To: | Mohammed F Quraishi, MD | | |

Additional CellNetix Pathologists: TS Bisla, MD, AC Boudousquie, MD, KM Braaten, MD, F Cady, MD, C Chong, MD, D Coco, MD, DJ Corwin, MD, MA Edgar, MD, N Fidda, MD, JA Freed, MD, MP Horton, MD, DR Howard, MD PhD, CJ Hunter, MD, C Isacson, MD, BT Kahn, MD, E Kawamoto, MD, CC Kitchell, MD, RH Knierim, MD, BG Kulander, MD,KM Mantel, MD, DP McDonagh, MD, JM Odell, MD, KY Oh, MD, DF Peck, MD, N Perez-Reyes, MD, ES Pizer, MD, PhD, MJ Pointon, MD, RD Rangusolov, MD, JP Rank, MD, JA Reed, MD, SW Rostad, MD, C Sturgis, MD, SD Thornton, MD, RJ Tickman, MD, DT Tran, MD, NP Wang, MD, PhD, RO Whitten, MD, DC Wolinsky, MD

Received in formalin labeled, "Bouchard, Lola", and designated "**right chest pleural mass**", are seven 0.1 cm diameter elongated portions of tissue, 0.2, 0.2, 0.3, 0.3, 0.4, 0.6 and 0.6 cm in length, submitted in A1. (axp/bas)

## IMMUNOHISTOCHEMISTRY STUDY:

Deparaffinized sections of formalin-fixed tissue and the appropriate controls are incubated with a panel of antibodies or a specific fluorescein-labeled (oligo)nucleotide probe.  Localization is via one or all of the following three systems: Alkaline Phosphatase multimer-based method, indirect biotin streptavidin immunoperoxidase method, and biotin free multimer immunoperoxidase method.  Results are outlined in the table below:

Block A1

| Antibody | Result | Comment |
|---|---|---|
| CK7 | Focally positive | |
| CK20 | Negative | |
| TTF-1 | Negative | A positive internal control is identified. |
| WT-1 | Negative | A positive internal control is identified. |
| Calretinin | Positive | |
| D2-40 | Positive | |
| BerEP4 | Negative | |
| BG8 | Negative | |
| S-100 | Negative | Background staining and probably some dendritic cells present |
| CD45 | Negative | Background inflammatory cells positive |
| CK 5/6 | Variably positive | |
| MOC31 | Negative | |
| CEA-M | Negative | |

**Impression:** See above.
**Interpreted by:** Don T Tran M.D.
**Comment:**

The immunohistochemical tests reported were developed and performance characteristics determined by CellNetix Labs, LLC.  Some tests have not been cleared or approved by the U.S. Food and Drug Administration.  The FDA has determined that such clearance or approval is not necessary.  These tests may be used for clinical purposes.  They should not be regarded as investigational or for research use only.  CellNetix Labs, LLC is certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA) as qualified to perform high complexity clinical laboratory testing.

## PHYSICIAN NOTIFICATION:

A preliminary diagnosis of malignant epithelioid neoplasm was verbally communicated to Dr. James Congdon on 5/3/10.

## INTRADEPARTMENTAL CONSULTATION:

CellNetix Pulmonary pathologist, Dr. Matthew Horton, also reviewed this case and agrees with the above diagnosis of malignant mesothelioma.

**Don T Tran, M.D.** Electronically signed 05/07/2010

# EXHIBIT C

1

2

3

4

Honorable Richard McDermott

Motion Date:

Without Oral Argument

5    IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

6    IN AND FOR THE COUNTY OF KING

7    LOLA and MICHAEL BOUCHARD, wife )   No. 10-2-32587-5SEA

8    and husband

9                          Plaintiffs,

10   v.

11   CSK AUTO, INC., et al.,

12   Defendants.

13

)
)
)    **DECLARATION OF JAMES E.**
)    **CONGDON. D.O., IN SUPPORT OF**
)    **PLAINTIFFS' MOTION FOR**
)    **ACCELERATED TRIAL SETTING**
)
)    <u>Clerk's Action Required</u>
)
)    Hearing Date:
)
)
)

14   I, James E. Congdon, D.O., declare as follows:

15        1. I am licensed to practice medicine in the State of Washington. I am board certified in

16   Internal Medicine. I am the treating Oncologist for LOLA BOUCHARD. My office is located

17   at 1717 13th St., Everett, Washington 98201.

18        2. Mrs. BOUCHARD, who is 50 years old, has been seen by me on multiple occasions,

19   most recently on or about September 9, 2010. She is terminally ill with mesothelioma.

20        3. LOLA BOUCHARD initially presented to the emergency room on April 17, 2010 at

21   Everett Providence Regional Medical Center in Everett, Washington complaining of a several

22   week history of increasing exertional dyspnea along with a dry cough with a small amount of

23   whitish-yellow sputum along with a several day history of a low-grade fever. In the course of

24   the emergency room evaluation, they performed a chest x-ray, which revealed a large pleural

25   base mass in the right hemithorax with possible mediastinal adenopathy. They then went on to

26   perform a CT scan of the chest which revealed a massive right hemithorax mass filling perhaps

27   75% of the total right hemithorax volume. The lesion was multilobular and likely pleural-based

28
1
DECLARATION OF JAMES E. CONGDON. D.O., IN SUPPORT OF PLAINTIFFS' MOTION FOR
ACCELERATED TRIAL SETTING
Document

1   in origin.  Within the tumor mass were noted scattered foci of calcium.  The mass had deformed

2   and displaced the heart more laterally into the left chest.  It filled the mesoesophageal recess

3   while abutting the esophagus and aorta.  The right hilum was engulfed.  There was no evidence

4   of pericardial infusion and no obvious bone destruction.  The major airways were not occluded

5   and the left lung was clear.

6       4.  On April 26, 2010 Mrs. BOUCHARD was referred to my care for a medical oncology

7   consultation after she was informed she probably had a primary lung cancer.  Following my

8   thorough review of her current illness, past medical history, social history, family history and in

9   person physical examination I recommended a repeat of her prior laboratory examinations and a

10  CT-directed core needle biopsy.  The biopsy was performed on April 30, 2010 at Providence

11  Everett Medical Center.  The treating pathologist who reviewed the pathology materials

12  diagnosed poorly differentiated epithelioid malignant neoplasm, consistent with malignant

13  mesothelioma.  On May 5, 2010 I informed Mrs. BOUCHARD and her husband of the

14  malignancy.

15      5.  On May 7, 2010, while waiting for the final results of the additional pathology review,

16  Mrs. BOUCHARD underwent the placement of an implanted in-chest power port as well as an

17  MRI of her brain.  On May 13, 2010 Mrs. BOUCHARD underwent a PET-CT scan of the chest

18  for tumor staging.  The results of the PET-CT scan indicated that the disease was regionally

19  advanced and unresectable.

20      6.  The reviewing pathologist performed additional Immunohistochemical stains and

21  completed an interdepartmental consultation which confirmed the diagnosis of malignant

22  mesothelioma.  On May 19, 2010 I informed Mrs. BOUCHARD and her husband of the

23  diagnosis and prognosis.  I informed them that mesothelioma is not curable and is poorly

24  responsive to therapy.

25      7. Unfortunately Mrs. BOUCHARD was not seen as a surgical candidate due to the local

26  extensive infiltration into surrounding tissues and mediastinal nodal involvement.  Subsequently,

27

28

1  radiation therapy would have been ineffective and quite toxic.  The best chance for palliation was

2  systemic chemotherapy.

3       8.  Palliative systemic chemotherapy, with Cisplatin and Alimta, commenced on May 26,

4  2010.  Chemotherapy would be administered every three weeks.  To date, Mrs. BOUCHARD

5  has undergone 5 cycles of chemotherapy.  The chemotherapy is not being administered with

6  curative intent; rather Mrs. BOUCHARD's treatment is solely palliative.

7       9.  LOLA BOUCHARD's disease is currently measured as Stage III mesothelioma, a

8  terminal disease.  Mrs. BOUCHARD's condition will continue to deteriorate as a result of her

9  mesothelioma.  On July 26, 2010, following the third cycle of her chemotherapy Mrs.

10  BOUCHARD underwent a CT scan of the chest to determine if there was any objective response

11  to the treatment.  The interpreting radiologist noted bulky masses within the right hemithorax

12  involving the visceral and parietal pleura.  Though there was no measurable change in size the

13  masses were noted to be quite extensive.  A new, small right sided pleural effusion was also

14  noted.  Following the administration of chemotherapy Mrs. BOUCHARD suffers from nausea

15  and fatigue.  Prior to her diagnosis of mesothelioma and commencement of chemotherapy Mrs.

16  BOUCHARD weighed 135-138 pounds.  She has lost approximately 20 pounds and currently

17  weighs 114 pounds and is now anemic.  She complains of intermittent chest pain with coughing,

18  deep breathing and strenuous activity.  She appears chachetic and chronically ill.  Narcotic pain

19  medications have been prescribed and will be administered in increasing dosages in the near

20  future.  Neither surgery, radiation nor the chemotherapy will cure her of her disease and she will

21  likely die from it or its complications.

22       10.  It is my medical opinion, as a physician involved in the care and treatment of LOLA

23  BOUCHARD, she may survive a few more months but there is substantial medical doubt Mrs.

24  BOUCHARD will survive beyond one year from the date of this declaration.  My medical

25  opinion is based on all of the facts and factors as specifically outlined below.  My opinion is

26  based upon several factors: my training as a physician; my considerable experience treating

27  cancer patients; my experience treating patients suffering from Mrs. BOUCHARD's specific

28
DECLARATION OF JAMES E. CONGDON. D.O., IN SUPPORT OF PLAINTIFFS' MOTION FOR
ACCELERATED TRIAL SETTING
Document

1  opinion is based on all of the facts and factors as specifically outlined below. My opinion is

2  based upon several factors: my training as a physician; my considerable experience treating

3  cancer patients; my experience treating patients suffering from Mrs. BOUCHARD's specific

4  disease of mesothelioma; my specialized knowledge regarding the typical course of this cancer

5  in patients like Mrs. BOUCHARD; my knowledge of the specifics of Mrs. BOUCHARD's

6  current condition; how her condition has deteriorated since her diagnosis and the significance of

7  her signs and symptoms; and my knowledge of the specifics of the recent treatments rendered to

8  Mrs. BOUCHARD and how such treatments affect her prognosis.

9     11. There is no set mathematical formula and "decision matrix" for estimating life

10  expectancy in terminal patients. Rather, such judgments are made on a case by case basis based

11  on the physician's training, education, and experience. I have attempted to present, in so far as

12  possible, the basis for my conclusions and opinions regarding Mrs. BOUCHARD.

13     I declare under penalty of perjury under the laws of the State of Washington that the

14  foregoing is true and correct.

15     Executed on *September 16*____, 2010 in Everett, Washington.

16

17                          James E. Congdon, D.O.

18

19

20

21

22

23

24

25

26

27                                    4

28  DECLARATION OF JAMES E. CONGDON. D.O., IN SUPPORT OF PLAINTIFFS' MOTION FOR
    ACCELERATED TRIAL SETTING

    Document

# EXHIBIT D

RECEIVED

OCT 1 8 2010

SCHROETER GOLDMARK & BENDER

Honorable Douglass North
Hearing Date: October 13, 2010
Without Oral Argument

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| LOLA and MICHAEL BOUCHARD, wife and husband<br><br>                     Plaintiffs,<br><br>    v.<br><br>**CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION;<br>FOSS MARITIME COMPANY,** a Washington corporation;<br>**FOSTER WHEELER USA CORPORATION;<br>FRYER-KNOWLES, INC., A WASHINGTON CORPORATION;<br>GENERAL ELECTRIC COMPANY,** a Delaware corporation;<br>**HOPEMAN BROTHERS INC.;<br>INTERNATIONAL PAPER;<br>LAKE UNION DRYDOCK COMPANY,** a Washington corporation;<br>**LOCKHEED SHIPBUILDING CO.;** and<br>**TODD SHIPYARDS CORP.,**<br><br>                     Defendants. | No.  10-2-32586-7 SEA<br><br>ORDER GRANTING ACCELERATED TRIAL SETTING<br><br>(PROPOSED) |

THIS MATTER having come on for hearing before the undersigned Judge of the

above-entitled Court; plaintiffs appearing by and through their attorneys, Schroeter, Goldmark &

Bender; defendants appearing by and through their attorneys of record; and the Court having

reviewed the declaration of counsel and other records in this case, having afforded all parties an

opportunity to present evidence, having heard the argument of counsel and being fully apprised in

the premises; now, therefore,

ORDER GRANTING ACCELERATED TRIAL
SETTING - 1
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Accelerate Trial - Order-092810.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1        IT IS HEREBY ORDERED that plaintiff's motion for an accelerated trial setting, setting this

2  case for trial on _____April 18, 2011_____ is GRANTED.

3

4

5

6        DONE IN OPEN COURT this _14_ day of ___October___, 2010.

7                                    Douglass A. North

8                    |s|

             HON. DOUGLASS NORTH

9

10  Presented by:

11  SCHROETER, GOLDMARK & BENDER

12

13  JANET RICE, WSBA #9386
      Counsel for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING ACCELERATED TRIAL
SETTING - 2
N:\ASBESTOS\Bouchard 18387\CBS et al\P\Accelerate Trial - Order-092810.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305