# SCHEDULE OF ACTIONS

| James S Lantta,<br><br>  Plaintiff,<br><br>v.<br><br>A.W. Chesterton Company, CBS Corporation, Certainteed Corporation, Cornell Pump Company, Crane Co., Flint Hills Resources, Ltd., Foster Wheeler LLC, General Electric Company, Georgia-Pacific LLC, Goodrich Corporation, Goulds Pumps, Inc., Ingersoll-Rand Company, John Crane Inc., Oakfabco Inc., Rapid American Corporation, The Marley-Wylain Company, Trane US, Inc., Union Carbide Corporation, Viking Pump Inc., Warren Pumps, Zurn Industries,<br><br>  Defendants. | United States District Court for the Western District of Wisconsin | Case No.:<br>3:11-cv-00068-slc | Honorable<br>Stephen L. Crocker |
|---|---|---|---|