**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| James S Lantta, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MDL Docket No. 875 |
| v. | ) | |
| | ) | *W. Dist. WI Case No. 3:11-cv-00068-slc* |
| A.W. Chesterton Co., *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**PROOF OF SERVICE**

I hereby certify that on March 25, 2011, I electronically filed the foregoing Notice of Tag-Along Action and Motion to Stay Proceedings, Schedule of Actions and Plaintiff's Complaint and Court Docket Sheet with the Clerk of the Panel using the ECF system, and copies of said documents have been placed in the U.S. Mail, First Class, postage prepaid in Chicago, Illinois, and sent to:

Mr. Michael P. Cascino, Cascino Vaughan Law Offices, Ltd., 220 S. Ashland Avenue, Chicago, Illinois, 60607, and all counsel of record.

By: s/Michael W. Drumke
Michael W. Drumke
Wisconsin State Bar No. 1010146
Attorneys for Defendant, Flint Hills Resources Pine Bend, LLC
HEPLERBROOM LLC
150 N. Wacker Drive, Suite 3100
Chicago, Illinois 60606
Telephone: (312) 230-9100
Facsimile:  (312) 230-9201
E-mail: mdrumke@heplerbroom.com