BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

| | | |
|---|---|---|
| WILLIAM ANDREW SMITH., | ) | Previous Civil Action No.: 3:11-01073 |
| | ) | |
| Plaintiff, | ) | Current Civil Action No.: 4:11-cv-01073-CW |
| | ) | |
| v. | ) | in the U. S. District Court, Northern District of California [1] |
| | ) | |
| 3M COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-373)

Plaintiff William Andrew Smith, by and through his undersigned counsel, hereby moves this Panel to vacate the Conditional Transfer Order entered in the above-captioned action (CTO-373). The grounds for this Motion are set forth in the accompanying supporting Brief and are incorporated herein.

Wherefore, plaintiff requests that this Panel **VACATE** the Conditional Transfer Order in the above-captioned case.

Dated: March 29, 2011

Respectfully submitted,

Mark A. Swanson,
PAUL & HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone:   (510) 559-9980
Facsimile:   (510) 559-9970
mswanson@paulandhanley.com
Attorneys for Plaintiff William A. Smith

---

[1] After CTO-373 was entered, the federal case number of this action was changed.

## CERTIFICATE OF SERVICE

I, Enedra L. Harden, hereby certify that I served a true and correct copy of:

- **MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-373)**

- **BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER**

- **DECLARATION OF MARK A. SWANSON IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-373)**

- **APPENDIX OF EXHIBITS**

upon the United States Judicial Panel on Multidistrict Litigation via UPS overnight mail, and upon the attached Panel Service List via first class mail, postage prepaid, on this 29th day of March, 2011

Enedra L. Harden

## PROOF OF SERVICE

I am employed in the County of Alameda, State of California, I am over the age of 18 years and not a party to the within action. My business address is 1608 Fourth Street, Suite 300, Berkeley, CA 94710.

On March 16, 2011, I served the foregoing:

- **MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-373)**

- **BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER**

- **DECLARATION OF MARK A. SWANSON IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-373)**

- **APPENDIX OF EXHIBITS**

and a copy of this declaration to the interested parties herein as follows:
[XX]   By submitting an electronic version to ECF for service upon:

[ XX]   By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Berkeley, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Berkeley, California.

DATE: March 16, 2011

Enedra L. Harden

William Andrew Smith v. 3M Company, et al.
Civil Case No. 4:11-cv-01073-CW

Smith, William Andrew  14949
ASC Case Number RG10544220
Mar 29 11                    Page 1 of 1

# Service List

**3M COMPANY**
GORDON & REES (SF)
275 Battery Street, Suite 2000
San Francisco, CA  94111
Phone:            (415) 986-5900
FAX               (415) 986-8054

**ALLIED PACKING & SUPPLY, INC.**
HERR & ZAPALA, LLP
152 N. 3rd Street, Suite 500
San Jose, CA  95112
Phone:            (408) 287-7788
FAX               (408) 927-0408

**ASBESTOS CORPORATION, LTD.**
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP (LA)
555 South Flower Street, Suite 2900
Los Angeles, CA  90071
Phone:            (213) 443-5100
FAX               (213) 443-5101

**ATLANTIC RICHFIELD COMPANY**
TROPIO & MORLAN
21700 Oxnard Street, Suite 1700
Woodland Hills, CA  91367
Phone:            (818) 883-4000
FAX               (818) 883-4242

**BERRY & BERRY**
BERRY & BERRY
P.O. Box 16070
Oakland, CA  94610
Phone:            (510) 835-8330
FAX               (510) 835-5117

**CROWN CORK & SEAL COMPANY, INC.**
ARMSTRONG & ASSOCIATES, LLP
One Kaiser Plaza, Suite 625
Oakland, CA  94612
Phone:            (510) 433-1830
FAX               (510) 433-1836

**CROWN CORK & SEAL COMPANY, INC.**
MORRIS, POLICH & PURDY, LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA  90017-2503
Phone:            (213) 891-9100
FAX               (213) 488-1178

**GENERAL ELECTRIC COMPANY**
SEDGWICK, DETERT, MORAN & ARNOLD (SF)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA  94105
Phone:            (415) 781-7900
FAX               (415) 781-2635

**LOS ANGELES RUBBER COMPANY**
LOMBARDI, LOPER & CONANT, LLP
Lake Merrit Plaza, 1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Phone:            (510) 433-2600
FAX               (510) 433-2699

**METALCLAD INSULATION CORPORATION**
McKENNA LONG & ALDRIDGE, LLP (San Francisco)
101 California Street, 41st Floor
San Francisco, CA  94111
Phone:            (415) 267-4000
FAX               (415) 267-4198

**NATIONAL STEEL AND SHIPBUILDING COMPANY**
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA  94105
Phone:            (415) 808-0300
FAX               (415) 808-0333

**RAPID-AMERICAN CORPORATION**
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, CA  94105
Phone:            (415) 882-5000
FAX               (415) 882-0300

**RIC-WIL, INCORPORATED**
ARCHER NORRIS (Walnut Creek)
2033 North Main Street, Suite 800
Walnut Creek, CA  94596
Phone:            (925) 930-6600
FAX               (925) 930-6620

**SANTA FE BRAUN, INC.**
MORGAN, LEWIS & BOCKIUS, LLP (SF)
One Market Street, Spear Tower, 5th Floor
San Francisco, CA  94105
Phone:            (415) 442-1000
FAX               (415) 442-1001

**SEQUOIA VENTURES, INC.**
HASSARD BONNINGTON, LLP (San Francisco)
Two Embarcadero Center, Suite 1800
San Francisco, CA  94111
Phone:            (415) 288-9800
FAX               (415) 288-9802

**SOUTHERN CALIFORNIA EDISON COMPANY**
WALSWORTH, FRANKLIN, BEVINS & McCALL (ORANGE)
One City Boulevard West, Fifth Floor
Orange, CA  92868-3604
Phone:            (714) 634-2522
FAX               (714) 634-0686