# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

| | | |
|---|---|---|
| WILLIAM ANDREW SMITH., | ) | Previous Civil Action No.: |
| | ) | 3:11-01073 |
| | ) | |
| Plaintiff, | ) | Current Civil Action No.: |
| | ) | 4:11-cv-01073-CW |
| | ) | |
| | ) | in the U. S. District Court, |
| v. | ) | Northern District of California |
| | ) | |
| 3M COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF MARK A. SWANSON IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-373)

I, Mark A. Swanson, declare as follows:

1.      I am an attorney admitted to practice law before the United States District Court, Northern District of California, and all courts of the State of California, and am entitled to practice before the United States Judicial Panel on Multidistrict Litigation pursuant to Panel Rule 2.1(c).

2.      I am a partner of Paul & Hanley LLP, attorneys of record for plaintiff herein. I have been an attorney with this toxic tort litigation law firm since January of 2003, working primarily on asbestos cases, and have been involved in the pre-trial preparation of more than 50 cases that commenced trial since that time. The matters stated herein are true to my own personal knowledge. If called upon as a witness to testify, I could and would testify to the following:

3.      Attached hereto as **Exhibit "A"** is a true and correct copy of the December 9, 2010 Declaration of Jonathan Polikoff, M.D., in Support of Plaintiff's Motion for

Preference and filed in support of Plaintiff's motion for a preferential trial date in the Superior Court of the State of California, Alameda County, in the matter entitled *William Andrew Smith v. 3M Company, et al.*, (A.C.S.C., Case No. RG10544220).

4.      Attached hereto as **Exhibit "B"** is a true and correct copy of the February 28, 2011 caseload statistics for MDL-875 (In Re Asbestos Products Liability Litigation (No. VI)) issued by the Office of the Clerk of Court of the United States District Court, Eastern District of Pennsylvania.  I accessed, downloaded, and printed that document on today's date from the official website of the United States District Court, Eastern District of Pennsylvania: http://www.paed.uscourts.gov.

5.      Attached hereto as **Exhibit "C"** is a true and correct copy of the February 12, 2010 Order issued by the Honorable Eduardo C. Robreno, United States District Court Judge for the Eastern District of Pennsylvania, issued and entered in the matter entitled *Roger Daub, et al., v. A.P.I., Inc., et al.*, Civil Action No. 01-md-875, consolidated under MDL-875.


        I declare under the penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.


Executed on March 29, 2011, at Berkeley, California.

Mark A. Swanson

**EXHIBIT "A"**

1   Dean A. Hanley, Esq.  (State Bar No. 169507)
    Young S. Lee, Esq.   (State Bar No. 184506)
2   PAUL & HANLEY LLP
    1608 Fourth Street, Suite 300
3   Berkeley, California 94710
    Telephone:  (510) 559-9980
4   Facsimile:  (510) 559-9970

5   Attorneys for Plaintiff

6

7

8                 SUPERIOR COURT OF THE STATE OF CALIFORNIA

9             COUNTY OF ALAMEDA-COURT OF UNLIMITED JURISDICTION

10

11   WILLIAM SMITH,           )  Case No.: RG0544220
                          )
12       Plaintiff,          )  **DECLARATION OF JONATHAN**
                          )  **POLIKOFF, M.D., IN SUPPORT OF**
13   vs.                  )  **PLAINTIFF'S MOTION FOR**
                          )  **PREFERENCE**
14   3M COMPANY, et al.,       )
                          )
15       Defendants.       )
                          )
16                           )

17         I, Jonathan Polikoff, M.D. declare as follows:

18         1. I am licensed to practice medicine in the State of California. I am board certified in

19   _ONCOLOGY_ . I am the treating oncologist for WILLIAM SMITH. My office is

20   located at 400 Craven Road, San Marcos, California. A copy of my Curriculum Vitae is attached

21   to this Declaration as Exhibit A.

22         2. Mr. SMITH, who is 77 years old, has been seen by me on multiple occasions, most

23   recently on or about _Dec 3, 2010_ . He is terminally ill with malignant mesothelioma.

24         3. Mr. SMITH initially presented on August 16, 2010, at Kaiser Carlsbad Medical

25   Offices to see his personal care provider, Dr. Chitra Minocha, with unintentional weight loss of

26   approximately 20lbs and lower left abdominal pain. After examination and given Mr. SMITH's

27

28

                                      1

DECLARATION OF JONATHAN POLIKOFF, M.D., IN SUPPORT OF PLAINTIFF'S MOTION FOR PREFERENCE

long history of exposure to asbestos, Dr. Minocha ordered a CT scan of the chest, abdomen and

pelvis. The treating radiologist who reviewed the films noted:

> "Interval development of omental caking... Differential
> considerations include peritoneal malignant mesothelioma versus
> metastatic disease." Additionally the report stated, "There are
> bilateral calcified pleural plaques, compatible with asbestos-related
> disease."

The CT exams showed abnormal findings, but further evaluation would be needed to

confirm the malignancy. Dr. Minocha referred Mr. SMITH to general surgery for a consultation.

A true and correct copy of the radiology report is attached hereto as Exhibit B.

4. On September 2, 2010, Mr. SMITH had a surgery consultation with Dr. Michael

Ditmars at Kaiser San Diego. Dr. Ditmars ordered a CT-guided biopsy of the tumor which took

place on September 14, 2010. The pathology materials extracted from the surgical operation

were sent to the pathology department for analysis. The treating pathologist who reviewed the

materials observed malignant neoplasm from the pathology materials and diagnosed Mr. SMITH

with malignant mesothelioma. A true and correct copy of the diagnosing pathology report is

attached hereto as Exhibit C.

5. After the biopsy, Mr. SMITH was referred to the surgical oncology department at

Kaiser Los Angeles on October 6, 2010, for additional consultations regarding his treatment

options. He decided to undergo an exploratory laparotomy, cytoreductive surgery and

omentectomy to remove the malignant tumors after consulting with the attending surgeon, Dr.

Louis Difronzo. This surgery took place on October 28, 2010, but Dr. Difronzo discovered

during the surgery that the disease and metastasized and spread to several other locations

including the gastrohepatic ligament, sigmoid colon, spleen and umbilical nodule. Dr. Difronzo

excised as much of the tumor as possible from all these regions and the materials were sent to the

pathology department at Kaiser Los Angeles where the treating pathologist further confirmed the

diagnosis of malignant mesothelioma. Mr. SMITH subsequently spent several following weeks

recovering in intensive care. A true and correct copy of the pathology report is attached hereto

as Exhibit D.

6. Mr. SMITH will require several months time to recover from this extensive surgery and there is no guarantee that he will make a full recovery. He has had a very difficult recovery. He is completely devoid of energy and is in constant pain. I recently consulted with him regarding further courses of treatment. However, given his advanced age, the recent extensive surgery and after observing him post surgery, I decided that he was too frail and weak to be able to tolerate chemotherapy treatment at this time. It is uncertain at this time when, if ever Mr. SMITH will be able to be deposed for his pending case.

7. Mesothelioma is an incurable and terminal disease. Mr. SMITH underwent extensive surgery to attempt to remove the metastatic malignant mesothelioma. Even though it seems at the present that most of the tumor was removed during the surgery in October, recurrence and increased susceptibility to infection is a significant concern. Recovery and treatment post-surgery are also a concern, particularly in light of his advanced age.

8. Mr. SMITH's condition will continue to deteriorate as a result of his disease. He will continue to suffer from severe fatigue, weakness and significant weight loss due to a lack of appetite. Absent further treatment, Mr. SMITH's terminal disease, which has already metastasized, will likely continue to spread to other parts of the body until it consumes him entirely. Neither surgery, radiation nor the chemotherapy will cure him of his disease and he will likely die from it or its complications.

9. It is my medical opinion, as a physician involved in the care and treatment of WILLIAM SMITH, that there is substantial medical doubt Mr. SMITH will survive beyond four to six months from the date of this declaration. My medical opinion is based on all of the facts and factors as specifically outlined above. My opinion is based upon several factors: my training as a physician; my considerable experience treating cancer patients; my specialized knowledge regarding the typical course of this cancer in patients like Mr. SMITH; my knowledge of the specifics of Mr. SMITH's current condition; how his condition has deteriorated since his diagnosis and the significance of his signs and symptoms; and my knowledge of the specifics of the recent treatments rendered to Mr. SMITH and how such treatments affect his prognosis.

3

DECLARATION OF JONATHAN POLIKOFF, M.D., IN SUPPORT OF PLAINTIFF'S MOTION FOR PREFERENCE

1    10.  There is no set mathematical formula and "decision matrix" for estimating life

2  expectancy in terminal patients. Rather, such judgments are made on a case by case basis based

3  on the physician's training, education, and experience. I have attempted to present, in so far as

4  possible, the basis for my conclusions and opinions regarding Mr. SMITH.

5      I declare under penalty of perjury under the laws of the State of California that the

6  foregoing is true and correct.

7      Executed on ___December 9___, 2010, in San Marcos, California.

8

9

10      _____
        Jonathan Polikoff, M.D.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

DECLARATION OF JONATHAN POLIKOFF, M.D., IN SUPPORT OF PLAINTIFF'S MOTION FOR PREFERENCE

# EXHIBIT "A"

## CURRICULUM VITAE

Name:                          Jonathan A. Polikoff

California License #:           G-043519  NCI Investigator # 13109

Work Address:                  Southern California Permanente Medical Group
                               10992 San Diego Mission Rd, Ste 2201
                               San Diego, Ca 92108

                               Kaiser Permanente San Marcos
                               400 Craven Rd
                               San Marcos, Ca 92069

Work Phone:                    (619) 641-2675  San Diego

                               (760) 510-4013  San Marcos

Personal:

Date of Birth:                 August 2, 1954
Place of Birth:                Queens, New York, NY
Citizenship:                   USA

### Education and Academic Experience:

1971 - 1973      Rensselaer Polytechnic Institute, Troy, New York, BS Cum Laude

1973 - 1977      Albany Medical College of Union University Albany, New York,  M.D.

### Professional Experience:

1977 - 1978      Intern, Department of Medicine, Albany Medical College, Albany, New York

1978 - 1980      Resident, Department of Medicine, Albany Medical College, Albany, New York

1980 - 1983      Fellow, Department of Hematology/Oncology, University of California at San Diego

1983 - 1986      Clinical Faculty, University of California at Irvine

1983 - 1988      Hematology/Oncology Practice at Kaiser Hospital Anaheim, California

1986 - Present   Partner, Southern California Permanente Medical Group

1988 - Present   Hematology/Oncology Practice at Kaiser Hospital San Diego, California

1988- 2000       Assistant Director for Oncology Research Kaiser Permanente San Diego

1995 - 1997      Head of Division Hematology/Oncology Kaiser Hospital San Diego, California

2000- Present    Director Oncology Research Kaiser Permanente Southern California – Cancer Clinical
                 Trials Access Program

Awards and Honors:

| | |
|---|---|
| 1974, 1975 | Deans Letter of Commendation, Albany Medical College |
| 1975 | Alpha Omega Alpha, Albany Medical College, N.Y.S. Regents Medical Scholarship |
| 1980 | Certification, American Board of Internal Medicine |
| 1983 | Certification, American Board of Internal Medicine, Subspecialty exam in Oncology |
| 1984 | Certification, American Board of Internal Medicine, Subspecialty exam in Hematology |
| 2009 | Physician's Exceptional Contribution Award  So California Permanente Medical Gp |

Research Experience / Organizations / Committees/ Lectures:

| | |
|---|---|
| 1981 - 1983 | Cell Biology Research UCSD |
| 1990 - 1997 | Assistant Principal Investigator, CCOP Kaiser Permanente, San Diego, California |
| 1997 - 1998 | Principal Investigator, CCOP Kaiser Permanente, San Diego, California |
| 2000- present | Director Cancer Clinical Trials Access Program,  So Cal Kaiser Permanente |

Organization Affiliations: CALGB, NSABP,  Am Soc of Clinical Oncology (ASCO).

Regional Symposium Lectures:
The Role of Tamoxifen in Breast Cancer Prevention.  SCPMG  Surgery Symposium May 4, 2001.
Clinical Trials Update  SCPMG Hematology/Oncology Symposium Feb 22, 2008

Bibliography:

Biologic Effects in vitro of Monoclonal Antibodies to Human EGF Receptors, Mol Bio Med 1983 Dec; 1(5) 511-529.

Growth Stimulation of A431 Cells by EGF:  Identification of High Affinity EGF Receptors by an Antireceptor Monoclonal Antibody. PNAS 1983 Mar; 80(5): 1337-1341.

Phase I/II Trial of ISIS 3521 an Antisense Inhibitor of PKC-Alpha with Carboplatin and Paclitaxel in Non-Small Cell Lung Cancer.  Abstract 1234 Proceedings of ASCO Volume 20,  2001

Phase II study of the combination of docetaxel/mitoxantrone/ low dose presnisone in men with hormone refractory prostate cancer. Abstract 1735 ASCO Proceedings  Volume 22,  2003

Pemetrexed in malignant pleural and peritoneal malignant mesothelioma expanded access program results.  Abstracts (3) 7192/ 7195/ 7198  ASCO Proceedings Volume 23,  2004

Body Weight Correlates with Mortality in Early-Stage Breast Cancer.  Arch Surg 2004; 39:954-960. Enger ME,  Greif JM, Polikoff J, Press M,

Randomized Multicenter Phase II Trial of Bolus Plus Infusional Flourouracil/Leucovorin Compared with Flourouracil/Leucovorin Plus Oxaliplatin As Third-Line Treatment of Patients with Advanced Colorectal Cancer.  Journal of Clinical Oncology 2004; 22:4701-4709

2005;11:413-421. Somkin CP, Altshuler A, Ackerson L, Geiger A, Greene S, Mouchawar J, Holup J, Fehrenbacher L, Nelson A, Glass A, Polikoff J, Wagner E.

Open-Label Study of Pemetrexed Alone or in Combination with Cisplatinum for the Treatment of Patients with Peritoneal Mesothelioma: Outcomes of an Expanded Access Program.  Clinical Lung Cancer 2005; 7:40-46. Janne PA, Wozniak AJ, Belani CP, Keohan ML, Ross HJ, Polikoff JA, Mintzer DM, Taylor L, Ashland J, Ye Z, Monberg MJ, Obasaju CK.

Rituximab Therapy after Response to RCHOP Induction Therapy for Patients with Previously Untreated Indolent Non-Hodgkin's Lymphoma (NHL):  Clinical Outcomes and Pharmacokinetics.  ASH Abstract /Poster (1295) 12-07. L Fehrenbacher, J Polikoff, R Hermann, H Jhangiani; J Bjerke; D Loecke; L Hart

Initial Results from an International Study in Relapsed/ Refractory Aggressive Non-Hodgkin's Lymphoma to Confirm the Activity Safety and Criteria for Predicting Response to Lenalidomide Monotherapy. ASH Abstract/Poster (2572) 12-07 Witzig, Reeder, Polikoff, Chowhan, Esseessee, Greenberg, Patel, Vafai, Wiernick, Ervin-Haynes, Pietronigro. Zeldis, Cruesman

Analysis of k-ras mutation status and EGFR gene copy number in the EXPORE study: FOLFOX4 vs FOLFOX4+ cetuximab in previously treated metastatic colorectal cancer. ASCO GI 2008 Abstract #306
Mitchell EP, Polikoff J, Jennis A, Labrosciano A, Lu A, Langer C, Khambata-Ford S.

Single-arm, open label study of pemetrexed plus cisplatin in chemotherapy naïve patients with malignant pleural mesothelioma: Outcomes of an expanded access program
Coleman K. Obasaju, , , Zhishen Yea, Antoinette J. Wozniakb, Chandra P. Belanic, Mary-Louise Keohand, Helen J. Rosse, Jonathan A. Polikoff, David M. Mintzerg, Matthew J. Monberga, Pasi A. Jänneh and On Behalf of Pemetrexed Expanded Access Program Investigators
Lung Cancer  Volume 55, Issue 2, February 2007, Pages 187-194

Adjuvant imatinib mesylate after resection of localised,
primary gastrointestinal stromal tumour: a randomised,
double-blind, placebo-controlled trial
Lancet 2009 Mar 28; 373(9669)
Dematteo RP, Ballman KV, Antonescu CR, Maki RG, Pisters PW, Demetri GD, Blackstein ME, Blanke CD, von Mehren M, Brennan MF, Patel S, McCarter MD, Polikoff JA, Tan BR, Owzar K; American College of Surgeons Oncology Group (ACOSOG) Intergroup Adjuvant GIST Study Team

Phase II trial of bevacizumab in combination with temozolamide and regional radiation therapy for up-front treatment of patients with newly diagnosed glioblastoma multiforme.
A Lai, P Nghiemphu, R Green, L Spier, S Peak, S phphanich, L Fehrenbacher, T Kolevska, J Polikoff, T Cloughesy.
J Clin Oncology 27;15s 2009 (supl; abstr 2000)

Durable Responses after Lenolidomide Oral Monotherapy in Patients with Relapsed or Refractory Aggressive Non-Hodgkin's Lymphoma: Results from an International Phase 2 Study (CC-5013-NHL-003) Witzig TE, Vose JM, Zinzani PL, Reeder CB, Buckstein R, Polikoff J, Guo P, Pietronigro D, Ervin-Haynes A, Czuczman MS.
ASH 2009

Efficacy and Safety of Lenalidomide Oral Monotherapy in Patients with Relapsed or Refractory Diffuse Large B-cell Lymphoma.  Results from an International Study (NHL -003)
Haloun C, Czuczman MS, Vose JM, Zinzani PL, Reeder CB, Buckstein R, Bouabdellah R, Polikoff J, Ervin-Haynes A, Witzig TE.
ASH 2009

Longer Therapy, Iatrogenic Amenorrhea, and Survival in Early Breast Cancer.
Swain S, Jeong J, Geyer C, Costantino J, Pajon E, Fehrenbacher L, Atkins J, Polikoff J, Vogel V, Erban J, Rastogi P, Livingston R, Perez E, Mamounas E, Land S, Ganz P and Wolmark N.
New England Journal of Medicine 2010 June 3; 363:2053-2065

JCO/2010/302729

**Phase II study of bevacizumab plus temozolomide during and after radiation therapy for patients with newly diagnosed glioblastoma multiforme**

Albert Lai, Anh Tran, Phioanh L. Nghiemphu, Whitney B. Pope, Orestes E. Solis, Michael Selch, Emese Filka, William H. Yong, Paul S. Mischel, Linda M. Liau, Surasak Phuphanich, Keith Black, Scott Peak, Richard M. Green, Cynthia E. Spier, Tatjana Kolevska, Jonathan Polikoff, Louis Fehrenbacher, Robert Elashoff, and Timothy Cloughesy

The differential effect of lenalidomide monotherapy in patients with relapsed or refractory transformed non-Hodgkin's lymphoma of distinct histologic origin.

S Czuczman, JM Vose, TE Witzig, PL Zinzani, R Buckstein, J Polikoff, J Li, D Peitronigro, A Ervin-Haynes and CB Reeder.

Submitted to Annals Oncology Dec 2010

# EXHIBIT "B"

**PRELIMINARY RESULT: (Abnormal):**
**40,000 cfu/ml Enterococcus species**
**Susceptibility to follow.**

## Result Narrative

RMS ACCN: 458246517

## Entry Date

8/27/2010

## Result Summary for CT CHEST ABDOMEN AND PELVIS, W CONTRAST☐

### Result Information

| Status | Provider Status |
|---|---|
| Final result (8/26/2010 11:48 AM) | Reviewed |

### Entry Date

8/26/2010

### Result Narrative

Recent weight loss,night sweats Vague adbominal pains  If after hours, there
needs to be MD to MD contact for scheduling. DOES PT HAVE: KNOWN CONTRAST
ALLERGY, RENAL DISEASE, MULTIPLE MYELOMA, OR IS TAKING METFORM

### Transcription

| Type | ID | Date and Time | Author |
|---|---|---|---|
| Diagnostic imaging | 38794002 | 8/27/2010 3:07 PM | Ton, Anthony Tuan (M.D.) |

Authenticated by Ton, Anthony Tuan (M.D.), MEDICAL DOCTOR on 08/27/10 at 1526

### Document Text

PATIENT:  SMITH, WILLIAM
MRN:  05365228
DATE:  8/26/10
EXAM:  CT CHEST, ABDOMEN AND PELVIS WITH CONTRAST
Comparison to chest CT 1/4/08.
CONTRAST:  100 mL Omnipaque 350 was administered intravenously
without adverse reaction.  Oral contrast was also given.
FINDINGS:
Chest:  There are bilateral calcified pleural plaques, compatible
with asbestos-related pleural disease.  There is no significant
interval change in three 4-6 mm right lower lobe non-calcified
pulmonary nodules, or a 7 mm subpleural left lower lobe pulmonary
nodule.  No evidence of pulmonary consolidation, pulmonary mass or
new parenchymal nodule.  There is atelectasis versus parenchymal
scarring within the bilateral lower lobes.  The heart is not
enlarged.  The central airways are patent.  No evidence for a
pneumothorax or central pulmonary artery embolus.  No evidence for
significant mediastinal or hilar adenopathy.  No evidence of
pulmonary fibrosis or bronchiectasis.

Abdomen/Pelvis:  There is interval development of omental caking.
There is a 2.2 x 1.1 cm soft tissue nodule within the region of the
umbilicus, which may represent a subcutaneous node.  No significant
intra-abdominal, retroperitoneal or pelvic adenopathy is seen.  A
small amount of ascites is present within the right lower abdomen.
No discrete fluid collection, abscess or free air is visualized.
There is no evidence for colitis, acute diverticulitis or small bowel
obstruction.  The urinary bladder is distended but otherwise grossly

normal.  Atherosclerotic calcifications are present within a normal
caliber aorta.
The liver, biliary tree, gallbladder, pancreas and bilateral adrenal
glands are unremarkable.  There is a small amount of perinephric and
perisplenic fluid without a discrete collection.  Findings are
nonspecific.  There are normal bilateral nephrograms without
hydronephrosis or soft tissue renal mass.  No evidence of a
destructive or osseous lesion.

IMPRESSION:
1.  Interval development of omental caking.   No discrete colonic
mass is visualized.  Small amount of lower abdominal ascites.
Differential considerations include peritoneal malignant mesothelioma
versus metastatic disease.
2.  No significant change in bilateral calcified pleural plaques,
compatible with asbestos-related pleural disease.  Stable pulmonary
nodules within the bilateral lower lobes measuring up to 7 mm.  No
pulmonary mass, pulmonary consolidation or new parenchymal nodule is
seen.
3.  Nonspecific mild perisplenic and perirenal edema without a
discrete fluid collection.
4.  2.2 x 1.1 cm soft tissue nodule within the region of the
umbilicus, which may represent a subcutaneous node.
5.  Abnormal results clerk was notified.
/pn

**Order**                                    **CT CHEST ABDOMEN AND PELVIS, W CONTRAST**
                                             **[200572 (Custom)] (Order 142305010)**

**Lab Information**
Lab
SCAL RADIOLOGY INTERFACE

**Lab Collection Information**
Collection Date and Time
8/26/2010 11:48 AM

**Lab IDs**
Specimen #
38794002

**Results History**                         **CT CHEST ABDOMEN AND PELVIS, W CONTRAST**
                                             **(Order 142305010)**

**Entry Date**
8/26/2010

**Result Narrative**
Recent weight loss,night sweats Vague adbominal pains  If after hours, there
needs to be MD to MD contact for scheduling. DOES PT HAVE: KNOWN CONTRAST
ALLERGY, RENAL DISEASE, MULTIPLE MYELOMA, OR IS TAKING METFORM

**Entry Date**
8/26/2010

**Result Narrative**
Recent weight loss,night sweats Vague adbominal pains  If after hours, there

# EXHIBIT "C"

2010-10-29 10:34          FAX          6195286729 >> aul & Hanley LLP   P 8/9

**San Diego Medical Center**
4647 Zion Avenue
San Diego, CA 92120
**KAISER PERMANENTE**   Tel: 619-528-5393      Fax: 619-528-6729
Frederick D. Walker, Jr. M.D., Chief of Pathology/Laboratory Director

## SURGICAL PATHOLOGY REPORT

| | | |
|---|---|---|
| Patient Name: | **SMITH, WILLIAM A** | |
| Accession #: | SDXS10-40828 | |
| DOB/Age: | 5/31/1933 (Age: 77)  Sex: M | |
| Facility: | San Diego Medical Center | |
| Location: | POST-08 | |
| Provider(s): | DIANE DAHLSTROM BRICCO M.D. | |
| CC: | MICHAEL LEE DITMARS M.D. | |
| | MICHAEL LEE DITMARS M.D. | |
| | CHITRA MINOCHA M.D. | |

| | |
|---|---|
| Med. Rec. #: | 000005365228 |
| Patient Type: | Outpatient |
| Obtained: | 9/14/2010 |
| Received: | 9/14/2010 |
| Reported: | 9/15/2010 10:29 |

### IMMUNOHISTOCHEMISTRY

Date Ordered:      9/17/2010

**Interpretation**
Omental cake, biopsy
~ MALIGNANT MESOTHELIOMA

**Results-Comments**
Multiple immunohistochemical* stains are performed with appropriate controls.  The
neoplastic cells are strongly positive for pancytokeratin and calretinin.  The
neoplastic cells are negative for mCEA, CD 15, and BRST-3.  QCR

The immunohistochemistry and/or in situ hybridization tests were developed and their performance characteristics determined by the SCPMG
Regional Reference Laboratory. Unless otherwise indicated, these tests have not been approved by the USFDA, although such approval is not
required for analyte specific reagents of this type.  This testing was performed at:
SCPMG Regional Reference Laboratories
11668 Sherman Way, N. Hollywood, CA 91605
Gary A. Gochman, M.D., Laboratory Director

Report Electronically Signed by
JULIA PHILLIPSON M.D.
Date Signed Out: 9/17/2010

### FINAL PATHOLOGIC DIAGNOSIS
Omentum, core biopsy
~ MALIGNANT NEOPLASM
~ FINAL DIAGNOSIS PENDING IMMUNOHISTOCHEMICAL STAINS, ADDENDUM TO FOLLOW

rjs/9/15/2010

Report Electronically Signed by
JULIA PHILLIPSON M.D.
Date Signed Out: 9/15/2010

### Microscopic Description
Sections show pleomorphic cells in nests.  The smears show neoplastic cells with
similar cytologic characteristics.  Immunohistochemical stains are pending.

San Diego Staff Pathologists:
A. Bedoya, MD, F. Walker, Jr., MD, N. Buckwalter, MD, D. Felix, MD, M. Ghassemi, MD, S. Holland, MD,
K. Lasser, MD, A. Mnoyan, MD, J. Phillipson, MD, T. Russo, MD, D. Wallace, MD

Page 1 of 2

2010-10-29 10:34                 FAX         6195286729 >> aul & Hanley LLP  P 9/9

SMITH, WILLIAM A  000005365228         SURGICAL PATHOLOGY REPORT                    SDXS10-40929

**Clinical Information**
77 yo male with history of asbestos exposure, now with omental caking. No prior history of malignancy.  + for 20 lb, unintentional weight loss.

**Gross Description**
Case verification is performed.   Received are multiple, yellow cores of tissue aggregating to 0.2 x 0.2 x 0.1 cm.   TEx1.   DM

gnl/9/14/2010
**Specimen(s) Submitted As:**
NEEDLE (CORE) BIOPSY - CT Guided biopsy abdomen

## EXHIBIT "D"



## Los Angeles Medical Center

4867 Sunset Blvd., 2nd Floor
Los Angeles, CA 90027
Tel: 323-783-5820     Fax: 323-783-7825
Najeeb Alshak, M.D., Chief of Pathology/Laboratory Director

## SURGICAL PATHOLOGY REPORT

| | | | |
|---|---|---|---|
| Patient Name: | **SMITH, WILLIAM A** | Med. Rec. #: | **000005365228** |
| Accession #: | LAXS10-23095 | Patient Type: | Inpatient |
| DOB/Age: | 5/31/1933 (Age: 77)  Sex M | Obtained: | 10/28/2010 |
| Facility: | Los Angeles Medical Center | Received: | 11/1/2010 |
| Location: | 1MOR-01 | Reported: | 11/2/2010 15:46 |
| Provider(s): | LOUIS ANDREW DIFRONZO M.D. | | |

### FINAL PATHOLOGIC DIAGNOSIS

A.    OMENTUM, RESECTION:  MALIGNANT MESOTHELIOMA

B.    GASTROHEPATIC LIGAMENT, BIOPSY:  METASTATIC MALIGNANT MESOTHELIOMA

C.    RIGHT PERICOLIC PERITONEUM, BIOPSY:  MALIGNANT MESOTHELIOMA

D.    SIGMOID COLON, RESECTION:
      1.    METASTATIC MALIGNANT MESOTHELIOMA
      2.    DIMENSION OF METASTATIC FOCUS: UP TO 3.0 CM
      3.    COLONIC MUCOSA WITHOUT ANY SIGNIFICANT CHANGE
      4.    SURGICAL MARGINS:  UNINVOLVED BY MALIGNANCY

E.    PERITONEUM, BIOPSY:  MALIGNANT MESOTHELIOMA

F.    SPLEEN, SPLENECTOMY:
      1.    METASTATIC MALIGNANT MESOTHELIOMA PRESENT ON THE SEROSAL
         SURFACE OF THE SPLEEN
      2.    MAXIMUM DIMENSION OF METASTATIC FOCUS:  9.0 CM
      3.    SPLENIC PARENCHYMA WITHOUT ANY HISTOPATHOLOGICAL
         CHANGE

G.    UMBILICAL NODULE, BIOPSY:  METASTATIC MALIGNANT MESOTHELIOMA

emo/11/2/2010

Report Electronically Signed by
SATHYABAMA NATARAJAN M.D.
Date Signed Out 11/2/2010

### Microscopic Description
A-G.  A microscopic examination is performed.

### Clinical Information
mesothelioma

### Gross Description
A.    Received fresh and later fixed in formalin is a 30.0 x 10.2 x 4.5 cm portion of
yellow lobulated adipose tissue.  The tissue is caked in white tan firm tissue.
The specimen is sectioned to reveal a yellow white fibrotic cut surface.
Representative sections are submitted.  AG/3

B.    Received fresh and later fixed in formalin are two irregular yellow white
portions of tissue measuring 7.0 x 4.0 x 1.3 cm and 7.9 x 7.1 x 1.2 cm.  The

LAMC Staff Pathologists:
N. Alshak, MD, T.-C. Cheng, MD, PhD, K. Cove, MD, T. Danial, MD, A. Hever, MD, C. Koo, MD
S. Natarajan, MD, J. Thompson, MD, D. Varshney, MD, H. Zha, MD, PhD

Page 1 of 2

specimens are sectioned to reveal a yellow white cut surface.  Representative
sections are submitted.  AG/3

C.   Received fresh and later fixed in formalin is an 9.0 x 7.2 x 3.1 cm aggregate of
yellow white firm soft membranous portions of tissue and adipose tissue.  The
membranous tissue displays a white thickened cut surface.  The adipose tissue is
sectioned to reveal a white yellow cut surface.  Representative sections are
submitted.  AG/3

D.   Received fresh and later fixed in formalin is a 49.0 cm in length portion of
bowel with a 4.0 cm averaging circumference.  There is a moderate amount of
adherent yellow lobulated adipose tissue.  The serosa is tan pink.  The adipose
tissue displays multiple white firm nodules.  The mucosa is tan pink and
unremarkable.  Representative sections are submitted.
     1,2   margins
     3,4   mucosa
     5-9   tumor         AG/9

E.   Received fresh and later fixed in formalin is a 5.1 x 4.6 x 2.3 cm aggregate of
yellow lobulated adipose tissue.  The specimen is sectioned to reveal focal
areas of white firm tissue.  Representative sections are submitted.  AG/3

F.   Received fresh and subsequently placed in formalin is a 483 gram, 14.5 x 11.6 x
7.0 cm spleen encased in yellow white firm fibroadipose tissue.  The specimen is
sectioned to reveal a 9.0 x 8.5 x 2.5 cm red absolutely friable spleen that
displays white speckling.  The spleen is encased in white yellow firm fat.
Representative sections are submitted.
     1-7   spleen and mass
      8    uninvolved        AG/8

G.   Received in formalin is a 3.0 x 2.4 x 2.3 cm firm yellow white portion of tissue
that is sectioned to reveal a white cut surface.  The specimen is submitted in
its entirety.  AE/5

AB:D

emo/11/1/2010
**Specimen(s) Submitted As:**
A: OMENTUM, BIOPSY - P1 OMENTUM
B: STOMACH, BIOPSY - P2 GASTROHEPATIC LIGAMENT
C: PERITONEUM, BIOPSY - P3 RIGHT PERICOLIC PERITONEUM
D: COLON, NON-TUMOR, RESECTION - P4 SIGMOID COLON
E: PERITONEUM, BIOPSY - P5 ADDITIONAL PERITONEUM
F: SPLEEN, SPLENECTOMY - P6 SPLEEN
G: LYMPH NODE, EXCISION - P7 UMBILICAL NODULE

**EXHIBIT "B"**

UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF PENNSYLVANIA**

**Asbestos Products Liability Litigation**
**Land-Based Caseload Statistics**
Office of the Clerk of Court

August 1, 2006  -  February 28, 2011
as of 9:00 AM March 2, 2011

**Michael E. Kunz**
Clerk of Court

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
875 -IN RE: Asbestos Products Liability Litigation (No.VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

## CUMULATIVE TOTALS

| | CASES TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CASES PENDING IN EDPA | |
|---|---|---|---|---|
| 8/1/2006 - 10/31/2008 | 53,850 | 1,810 | AS OF 10/31/08 | 52,040 |
| 11/1/2008 - 12/31/2009 | 44,044 | 45,663 | AS OF 12/31/09 | 50,421 |
| 1/1/2010 - 12/31/2010 | 25,733 | 57,633 | AS OF 12/31/10 | 18,521 |
| 1/1/2011- 2/28/2011 | 1,296 | 4,702 | AS OF 2/28/11 | 15,115 |
| TOTAL | 124,923 | 109,808 | AS OF 2/28/11 | 15,115 |

# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROGER DAUB, et al.,                    :
                                       :
         Plaintiffs,                   :        Consolidated Under
                                       :        MDL DOCKET NO 875
    v.                                 :
                                       :        Civil Action
                                       :        No. 01-md-875
A.P.I., Inc., et al.,                  :
                                       :
         Defendants.                   :


**O R D E R**

**AND NOW**, this **12th** day of **February 2010** it is hereby

**ORDERED** that, for the cases listed in exhibit "A", attached,

Plaintiffs' motion for remand (doc. no. 1405) to North Dakota

state district court, Burleigh County, filed on April 13, 1995 is

**DENIED**.[1]

─────────────────

[1]     The cases at issue were filed in North Dakota state
district court, Burleigh County, for asbestos-related personal
injury and/or wrongful death in 1989 and 1990.  The cases were
subsequently removed to the United States District Court for the
District of North Dakota, Southwestern Division, by defendant
Asbestos Corporation, Ltd. ("ACL").  ACL, an instrumentality of a
foreign state under 28 U.S.C. § 1603, removed the action under 28
U.S.C. § 1441(d).  The cases were then consolidated in the
Eastern District of Pennsylvania as part of MDL No. 875.  After
removal, ACL settled its claims and was dismissed from these
cases.  Plaintiffs argue that they are entitled to remand because
§ 1441(d) does not provide for pendent-party jurisdiction over
the state claims at issue, and additionally, that federal
jurisdiction was lost when ACL settled its claims.

     A district court considering a motion to remand "must focus
on the plaintiff's complaint at the time the petition for removal
was filed . . . [and] must assume as true all factual allegations
of the complaint."  In re Briscoe, 448 F.3d 201, 218 (3d Cir.

2006).  The "party who urges jurisdiction on a federal court bears the burden of proving that jurisdiction exists . . ." Boyer v. Snap-on Tools Corp., 913 F.2d 108, 111 (3d Cir. 1990); see also Steel Valley Auth. v. Union Switch & Signal Div., 809 F.2d 1006, 1010 (3d Cir. 1987), cert. dismissed sub nom. American Standard v. Steel Valley Auth., 484 U.S. 1021 (1988) ("It remains the defendant's burden to show the existence and continuance of federal jurisdiction.").  Because the removal of an action from the state court to a federal forum implicates comity and federalism, it is said that "removal statutes are to be strictly construed against removal and all doubts should be resolved in favor of remand."  Steel Valley Auth., 809 F.2d at 1010 (citing Abels v. State Farm Fire & Cas. Co., 770 F.2d 26, 29 (3d Cir. 1985)); accord Brown v. Francis, 75 F.3d 860, 865 (3d Cir. 1996); Boyer, 913 F.2d at 111.  See Various Plaintiffs v. Various Defendants ("Oil Field Cases"), No. 09-MC-103, 2009 WL 4729906 at *2 (E.D. Pa. Dec. 10th, 2009).

As to Plaintiff's first argument, the Court finds that § 1441(d) provides for pendent-party jurisdiction.  Section 1441(d) allows "[a]ny civil action brought in State court against a foreign state . . . [to be] removed by the foreign state to the district court of the United States."  The phrase "civil action" means not only the claims against the foreign state, but the entire action, including pendent-parties.  Therefore, applying Third Circuit precedent, the FSIA provides for pendent-party jurisdiction.  See Trump Taj. Mahal Assoc. v. Costruzioni Aeronautiche Giovanni Augusta S.P.A, 761 F. Supp. 1143, 1153 (D.N.J. 1991) (finding that the "jurisdictional provision of the FSIA is quite broad") (aff'd without opinion by Trump Taj. Mahal Assoc. v. Costruzioni Aeronautiche Giovanni Agusta S.P.A., 958 F.2d 365 (3d Cir. 1992).

Plaintiff's second argument is also unavailing.  Even though ACL is no longer a party to these cases, the continued exercise of jurisdiction under these circumstances is discretionary.  The Third Circuit has held that, "[W]here the jurisdiction-conferring party drops out and the federal court retains jurisdiction over what becomes a state law claim between non-diverse parties, the bounds of Article III have not been crossed."  New Rock Asset Partners, L.P. v. Preferred Entity Advancements, 101 F.3d 1492, 1506 (3d Cir. 1996).  In determining whether to maintain jurisdiction in the absence of the jurisdiction-conferring party, the court should weigh the consideration of "judicial economy, convenience and fairness to litigants."  United Mine Workers v. Gibbs, 383 U.S. 715, 726 (1966).

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

---

        In the instant case, the considerations of judicial economy,
convenience, and fairness to the litigants point squarely in
favor of this Court maintaining jurisdiction.  This Court has
devoted substantial resources to Plaintiffs' cases, and to MDL-
875 in general.  Each Plaintiff in the instant cases has been
referred to Chief Magistrate Judge Thomas J. Rueter for
settlement proceedings.  Judge Rueter has held several settlement
conferences with Plaintiffs' counsel, and has made progress on
these claims.  Also, each of these Plaintiffs have a second case,
based on the same exposure, filed against different Defendants
and pending in MDL 875.  Exercising jurisdiction over these cases
allows the Court and Judge Rueter to conduct consolidated
pretrial proceedings as to all claims by these Plaintiffs against
all Defendants.  This is the most efficient and fair
administration of these cases.  For the reasons stated above,
Plaintiffs' motion to remand is denied.

Exhibit "A"

## DISTRICT OF NORTH DAKOTA - MDL 875 - (Pipefitter II Group)

| Plaintiff | Decedent/Estate | Transferor Court & Civil Action No. | EDPA Civil Action No. |
|-----------|-----------------|--------------------------------------|------------------------|
| Mauritz Alm | | ND - SW Div. A1-90-024 | 09-66581 |
| Norman Anvik | | ND - SW Div. A1-90-025 | 09-68082 |
| Alphonse Bailly | | ND - NE Div. A2-90-022 | 09-66687 |
| Willard Borlaug | | ND - SW Div. A1-90-026 | 09-68084 |
| Joseph Bosch | | ND - SW Div. A1-90-027 | 09-66584 |
| Billie Crawford | | ND - SW Div. A1-90-028 | 09-66585 |
| Arnold Dockter | | ND - SW Div. A1-90-029 | 09-66586 |
| Vernon Erickson | | ND - SW Div. A1-90-030 | 09-66587 |
| Leo G. Ferderer | | ND - SW Div. A1-90-031 | 09-68089 |
| Everett Finken | | ND - SW Div. A1-90-032 | 09-66589 |
| Alphonse Fleck | | ND - SW Div. A1-90-033 | 09-68091 |
| Fred Fredrickson | | ND - SW Div. A1-90-034 | 09-66591 |
| Stanley Freidt | | ND - SW Div. A1-90-035 | 09-66592 |
| Herbert Fried | | ND - SW Div. A1-90-036 | 09-66593 |
| Herbert Gartner | | ND - SW Div. A1-90-037 | 09-66594 |

## DISTRICT OF NORTH DAKOTA - MDL 875 - (Pipefitter II Group)

| Plaintiff | Decedent/Estate | Transferor Court & Civil Action No. | EDPA Civil Action No. |
|-----------|-----------------|-------------------------------------|-----------------------|
| Byron F. Gaylord | Joseph Gaylord | ND - SW Div. A1-90-038 | 09-68124 |
| Leo Goldade | | ND - SW Div. A1-90-039 | 09-66596 |
| Glen Griffin | | ND - SW Div. A1-90-040 | 09-66597 |
| Roger Harris | | ND - SW Div. A1-90-041 | 09-66598 |
| Paul Hempel | | ND - NE Div. A2-90-023 | 09-66688 |
| Howard Herberg | | ND - SW Div. A1-90-042 | 09-66599 |
| Helmer Hoglund | | ND - SW Div. A1-90-043 | 09-66600 |
| Howard Holter | | ND - SW Div. A1-90-044 | 09-66601 |
| Allen Huelsman | | ND - SW Div. A1-90-045 | 09-66602 |
| Kenneth Jeffries | | ND - SW Div. A1-90-046 | 09-66603 |
| Svend Jensen | | ND - SW Div. A1-90-047 | 09-66604 |
| Raymond Johnson | | ND - NE Div. A2-90-024 | |
| Kenneth Kady | | ND - SW Div. A1-90-048 | 09-66605 |
| Sabastian Kraft | | ND - SW Div. A1-90-049 | 09-66606 |
| Mahlon Lantz | | ND - NE Div. A2-90-025 | 09-66690 |

## DISTRICT OF NORTH DAKOTA - MDL 875 - (Pipefitter II Group)

| Plaintiff | Decedent/Estate | Transferor Court & Civil Action No. | EDPA Civil Action No. |
|---|---|---|---|
| Ronald Lucier | | ND - SW Div. A1-90-050 | 09-66607 |
| Arnold Miller | | ND - SW Div. A1-90-051 | 09-66608 |
| Erasmus Monzelowsky | | ND - SW Div. A1-90-052 | 09-66609 |
| Dennis O'Shea | | ND - SW Div. A1-90-053 | 09-66610 |
| Arnold Paschke | | ND - NE Div. A2-90-026 | 09-66691 |
| Albert Rall | | ND - SW Div. A1-90-054 | |
| Richard Ramsett | | ND - NE Div. A2-90-027 | 09-66692 |
| James Ruelle | | ND - SW Div. A1-90-055 | 09-66612 |
| Jack Schaff | | ND - SW Div. A1-90-056 | 09-66613 |
| Emanuel Schutt | | ND - SW Div. A1-90-057 | 09-66614 |
| Layman Slavick | | ND - SW Div. A1-90-058 | 09-66615 |
| Raymond Sumpter | | ND - NE Div. A2-90-028 | 09-66693 |
| Lester Wallace | | ND - SW Div. A1-90-059 | 09-66616 |
| Fred Wendt | | ND - NE Div. A2-90-029 | 09-66694 |

## DISTRICT OF NORTH DAKOTA - MDL 875 ( AMOCO GROUP)

| Plaintiff | Transferor Court & Civil Action No. | EDPA Civil Action No. |
|---|---|---|
| Robert Albin | ND - SW Div. - A1-90-235 | 09-66618 |
| Douglas M. Anvik | ND - SW Div. - A1-90-236 | 09-68015 |
| Otto Anvik | ND - SW Div. - A1-90-237 | 09-66619 |
| Norlin O. Backman | ND - SW Div. - A1-90-238 | 09-66620 |
| Kenneth E. Baudien | ND - SW Div. - A1-90-239 | 09-66621 |
| William H. Bentley | ND - SW Div. - A1-90-240 | 09-66622 |
| Raymond W. Birst | ND - SW Div. - A1-90-241 | 09-66623 |
| Clarence G. Bolken | ND - SW Div. - A1-90-243 | 09-68020 |
| Emil W. Doerr | ND - SW Div. - A1-90-245 | 09-66626 |
| Michael W. Ehreth | ND - SW Div. - A1-90-246 | 09-68022 |
| Leonard J. Ereth | ND - SW Div. - A1-90-242 | 09-66624 |
| John D. Ewine | ND - SW Div. - A1-90-248 | 09-66629 |
| Clarence Fateley | ND - SW Div. - A1-90-249 | 09-66630 |
| Marlin L. Gay | ND - SW Div. - A1-90-250 | 09-66631 |
| Arnold C. Gilbert, Sr. | ND - SW Div. - A1-90-251 | 09-66632 |
| Warren W. Guenthner | ND - SW Div. - A1-90-252 | 09-66633 |
| Elmer A. Gustafson | ND - SW Div. - A1-90-253 | 09-66634 |
| Earl Hall | ND - SW Div. - A1-90-254 | 09-66635 |
| Lloyd R. Heid | ND - SW Div. - A1-90-255 | 09-66636 |
| Mike Hilzendeger | ND - SW Div. - A1-90-256 | 09-66637 |
| Eugene R. Hochhalter | ND - SW Div. - A1-90-257 | 09-66638 |
| Jerome Jacobs | ND - SW Div. - A1-90-258 | 09-66639 |
| Boyd F. Jaskoviak | ND - SW Div. - A1-90-259 | 09-66640 |

| Gerald L. Karch | ND - SW Div. - A1-90-260 | 09-66641 |
| Ted Kary | ND - SW Div. - A1-90-261 | 09-66642 |
| Creighton G. Kettleson | ND - SW Div. - A1-90-262 | 09-66643 |
| Edmund Kindsvogel | ND - SW Div. - A1-90-263 | 09-66644 |
| Virgil D. Koenig | ND - SW Div. - A1-90-264 | 09-66645 |
| Joseph T. Leingang | ND - SW Div. - A1-90-265 | 09-66646 |
| Richard N. Leingang | ND - SW Div. - A1-90-266 | 09-66647 |
| Martin F. Lipp | ND - SW Div. - A1-90-267 | 09-66648 |
| Earl F. Lippert | ND - SW Div. - A1-90-268 | 09-66649 |
| Alvin J. Loebeck | ND - SW Div. - A1-90-269 | 09-66650 |
| Frank Manolovitz | ND - SW Div. - A1-90-271 | 09-66652 |
| Lorraine E. McCulley | ND - SW Div. - Al-90-270 | 09-66651 |
| Alvie E. Nixon | ND - SW Div. - A1-90-272 | 09-66653 |
| Theodore R. Ost | ND - SW Div. - Al-90-273 | 09-66654 |
| Wesley A. Perman | ND - SW Div. - A1-90-274 | 09-66655 |
| Albert J. Petrasek | ND - SW Div. - A1-90-275 | 09-66656 |
| Walter Quashnick | ND - SW Div. - A1-90-276 | 09-66657 |
| Thomas M. Rambur | ND - SW Div. - A1-90-277 | 09-66658 |
| Dale V. Satermo | ND - SW Div. - A1-90-278 | 09-66659 |
| Victor N. Schiermeister | ND - SW Div. - A1-90-279 | 09-66660 |
| David L. Schmidt | ND - SW Div. - A1-90-280 | 09-66661 |
| Joseph F. Schneider | ND - SW Div. - A1-90-281 | 09-66662 |
| Peter Schneider | ND - SW Div. - A1-90-282 | 09-66663 |
| Duane Selfors | ND - SW Div. - A1-90-283 | 09-66664 |
| Joe A. Senger | ND - SW Div. - A1-90-284 | 09-66665 |
| Russell F. Senne | ND - SW Div. - A1-90-285 | 09-66666 |

| | | |
|---|---|---|
| Earl R. Setterlund | ND - SW Div. - A1-90-286 | 09-66667 |
| Daryl Sheldon | ND - SW Div. - A1-90-287 | 09-66668 |
| Gerard M. Sheldon | ND - SW Div. - A1-90-288 | 09-66669 |
| Melvin E. Skager | ND - SW Div. - A1-90-289 | 09-66670 |
| Sharon Stimac **(Estate of John Stimac)** | ND - SW Div. - A1-90-290 | 09-66671 |
| Donald T. Stumpf | ND - SW Div. - A1-90-291 | 09-66672 |
| Larrry Sullivan | ND - SW Div. - A1-90-292 | 09-66673 |
| Alan Sundby | ND - SW Div. - A1-90-293 | 09-66674 |
| Wallace E. Toepke | ND - SW Div. - A1-90-294 | 09-66675 |
| Gustof Voegele | ND - SW Div. - A1-90-295 | 09-66676 |
| Milan E. Ward | ND - SW Div. - A1-90-296 | 09-66677 |
| Clement Wirtz | ND - SW Div. - A1-90-297 | 09-66678 |
| William B. Woods | ND - SW Div. - A1-90-298 | 09-66679 |
| DuWayne R. Zachmeier | ND - SW Div. - Al-90-299 | 09-66680 |
| Richard G. Zachmeier | ND - SW Div. - A1-90-300 | 09-66681 |
| William R. Zachmeier | ND - SW Div. - A1-90-301 | 09-66682 |
| James P. Zoller | ND - SW Div. - A1-90-302 | 09-66683 |