BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

| | | |
|---|---|---|
| WILLIAM ANDREW SMITH., | ) | Previous Civil Action No.: 3:11-01073 |
| Plaintiff, | ) ) ) | Current Civil Action No.: 4:11-cv-01073-CW |
| v. | ) ) ) | in the U. S. District Court, Northern District of California |
| 3M COMPANY, et al., | ) ) | |
| Defendants. | ) | |

## APPENDIX OF EXHIBITS

A –  December 9, 2010 Declaration of Jonathan Polikoff, M.D., filed in support of Plaintiff's motion for a preferential trial date in the Superior Court of the State of California, Alameda County, in the matter entitled *William Andrew Smith v. 3M Company, et al.*, (A.C.S.C., Case No. RG10544220.)

B –  United States District Court, Eastern District of Pennsylvania, Asbestos Products Liability Litigation (No. VI) Land-Based Caseload Statistics as of February 28, 2011

C –  February 12, 2010 Order issued by the Honorable Eduardo C. Robreno, United States District Court Judge, Eastern District of Pennsylvania, entered in the matter entitled *Roger Daub, et al., v. A.P.I., Inc., et al.*, Civil Action No. 01-md-875, consolidated under MDL Docket No. 875