BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | §<br>§<br>§<br>§ | MDL DOCKET NO. 875 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS C. STAPLETON and<br>CARLOTTA S. STAPLETON<br>    Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS<br>CORPORATION (sued individually and<br>as successor by merger to BUFFALO<br>PUMPS, INC.), et al.<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL CASE NO. 3:11-CV-0428 |

## MOTION TO VACATE
## CONDITIONAL TRANSFER ORDER

Plaintiffs, pursuant to Rule 7(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, move the Panel to vacate its order of March 11, 2011, conditionally transferring the above-captioned case to the United States District Court for the Eastern District

1

of Pennsylvania. This motion is based on the concurrently submitted Brief in Support of Motion to Vacate Conditional Transfer Order and such other materials as may be presented to the Panel at the time of the hearing on the motion.

Pursuant to Rule 7.1(f) and Rule 11.1, movants request the Clerk set this motion for hearing at the next session of the Panel.

Respectfully submitted,

Paul C. Cook
California State Bar No. 170901
**Waters Kraus & Paul**
222 N. Sepulveda Boulevard
Suite 1900
El Segundo, California 90245
(310) 414-8146
(310) 414-8156 Fax