# EXHIBIT B

DECLARATION OF SREEKANTH REDDY, M.D.

I, SREEKANTH REDDY, M.D., declare:

1. I am a physician licensed to practice medicine in the State of California with offices at Atlanta Cancer Care located at 5760 Peachtree Dunwoody Road, Suite 1100, Atlanta, GA 30342 and 1505 Northside Boulevard, Suite 4600, Cumming, GA 30041. The matters set forth in this declaration are known to me and are true and correct.

2. I am Board Certified in Oncology and Internal Medicine. I received my Medical Degree from St. George's University in 1997. I completed my internship and residency at St. Lukes-Roosevelt Columbia University in New York. I also completed my fellowship at Emory Univeristy in Atlanta, GA. As a practicing oncologist, I am involved with the diagnosis and treatment of patients with mesothelioma. Based upon my education, training and experience, I am familiar with the symptoms, diagnosis, prognosis and treatment options for mesothelioma, which is an asbestos-related cancer.

3. I am one of Carlos Stapleton's treating physicians and currently his treating oncologist. I have reviewed Mr. Stapleton's medical records regarding the diagnosis and treatment of his mesothelioma. As such, I have personal knowledge of the facts upon which this declaration is made. All of my opinions are stated within a reasonable degree of medical certainty.

4. Carlos Stapleton was diagnosed with mesothelioma, an asbestos-related cancer, in October of 2010. While treatment options for mesothelioma patients are limited, Carlos Stapleton has been undergoing chemotherapy treatment under my care and supervision. I last saw Mr. Stapleton during his chemotherapy treatment on Friday, March 4, 2011.

5. Based on my education, training and experience, as well as my knowledge of Mr. Stapleton's diagnosis, care and treatment, it is my opinion, within a reasonable degree of medical certainty that Mr. Stapleton will continue to experience shortness of breath and fatigue as a result of the progression of his malignant mesothelioma. Additionally, managing pain for mesothelioma patients is extremely challenging. As the tumor grows, so does the pressure against internal organs such as the heart and lungs. Such pressure commonly causes severe shortness of breath and

1. excruciating pain. Rising pain levels are commonly fought with increasing levels of pain medications, which in turn can cause deterioration of the patient's ability to remember, concentrate, and relate to others. Because of the nature of the disease, which is progressive, terminal and always fatal, mesothelioma patients, including Mr. Stapleton, are at risk for imminent death. This malignancy has been known to progress rapidly following diagnosis, and the risk of intervening infections and other complications, including potentially fatal ones, are always a concern. The majority of patients with pleural mesothelioma, treated or untreated, will die of complications of local disease.

6. Within a reasonable degree of medical certainty, Mr. Stapleton's health and condition will not improve and he will more likely than not experience a progression of his disease and its symptoms, ultimately culminating in his death.

7. Mr. Stapleton's condition has an extremely poor prognosis, and therefore, I would urge that any and all steps be taken to expeditiously resolve Mr. Stapleton's legal claims while he is able to meaningfully participate in his lawsuit.

8. It is my opinion within a reasonable degree of medical certainty, that there is substantial medical doubt of Mr. Stapleton's survival beyond six months. Additionally, as Mr. Stapleton's health deteriorates, his ability to participate meaningfully in his lawsuit will become severely compromised and then absent.

Executed this 11 day of March, 2011 in Cumming, Georgia. I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

S.C. [signature]

SREEKANTH REDDY, M.D.