## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | §<br>§<br>§<br>§ | MDL DOCKET NO. 875 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS C. STAPLETON and<br>CARLOTTA S. STAPLETON<br>    Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS<br>CORPORATION (sued individually and<br>as successor by merger to BUFFALO<br>PUMPS, INC.), et al.<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL CASE NO. 3:11-CV-0428 |

**CERTIFICATE OF SERVICE RE MOTION IN SUPPORT OF BRIEF TO VACATE
THE CONDITIONAL TRANSFER ORDER**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion in Support of Brief to Vacate the Conditional Transfer Order has been served by facsimile on all counsel of record (Schedule CTO-374 / Docket No. 875), in addition to the counsel listed below on this 30th day of March 2011.

SEE ATTACHED SERVICE LIST

_____
Paul C. Cook

W&K File No. 10-0831-

## Plaintiff's Service List

International Paper Company (Indiv. and as sii to Champion Paper Corporation)
M. Slayen and Associates, Inc.
Kannett, Mark S.
Fraenkel, Constance
BECHERER, KANNETT & SCHWEITZER

1255 Powell Street
Emeryville, CA 94608-2604
Tel: 510-658-3600          Fax: 510-658-1151
CA Speed Dial 131

CertainTeed Corporation
Union Carbide Corporation
McKelvey, Mary
MCKENNA, LONG & ALDRIDGE LLP

300 S. Grand Avenue
Suite 1400
Los Angeles, CA 90071
Tel: 213-688-1000          Fax: 213-243-6330
CA Speed Dial 52

Fryer-Knowles, Inc.
Bishop, Charles S. (Anticipated Counsel)
CONNOR & BISHOP

44 Montgomery Street
Suite 1750
San Francisco, CA 94104
Tel: 415-434-3006          Fax: 415-434-1445

Yarway Corporation
Duffy, Joe
MORGAN LEWIS & BOCKIUS, LLP

300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel: 213-612-2500          Fax: 213-612-2501
CA Speed Dial 409

Campbell Industries (indiv & successor by merger to San Diego Marine Construction Corp.)
Mak, Carley G.
FOLEY & MANSFIELD, PLLP

300 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Tel: 213-283-2100          Fax: 213-283-2101
CA Speed Dial 120

Yarway Corporation
Takagi, Tricia A.
MORGAN LEWIS & BOCKIUS, LLP

300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel: 213-612-2500          Fax: 213-612-2501
CA Speed Dial 409

Warren Pumps, LLC
Ulloa, Edward
HAWKINS, PARNELL, THACKSTON & YOUNG, LLP

444 South Flower Street
Suite 1100
Los Angeles, CA 90071
Tel: 213-486-8000          Fax: 213-486-8080

Georgia-Pacific, LLC (sii to Bestwall Gypsum Company)
Honeywell International, Inc. (individ & successor to Alliedsignal, Inc., successor to Bendix Corpor
McMahon, Brien F.
PERKINS COIE, LLP

1888 Century Park East
Suite 1700
Los Angeles, CA 90067-1721
Tel: 310-788-9900          Fax: 310-843-1284
CA Speed Dial 48

IMO Industries, Inc. (indiv. & sii to DeLaval Steam Turbine Company)
Rome, Henry D.
HOWARD, ROME, MARTIN & RIDLEY, LLP

1775 Woodside Rd., Suite 200
Redwood City, CA 94061-3436
Tel: 650-365-7715          Fax: 650-364-5297
CA Speed Dial 08

CBS Corporation f/k/a Viacom, Inc. successor by merger with CBS Corporation f/k/a Westinghouse Elect
Jamison, Kevin
POND NORTH LLP

350 S. Grand Avenue
Suite 3300
Los Angeles, CA 90071
Tel: 213-617-6170          Fax: 213-623-3594
CA Speed Dial 146

Crane Co.
Farkas, Stephen P.
K&L GATES LLP

10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Tel: 310-552-5000          Fax: 310-552-5001
CA Speed Dial 118

W&K File No. 10-0831-

Plaintiff's Service List

**Alfa Laval, Inc. (sii to DeLaval Separator Company)**
**Syd Carpenter, Marine Contractor, Inc.**
**Triple A Machine Shop, Inc. a/k/a Triple A South**
Klausen, Stephen C. (Anticipated Counsel)
Prindle, Kenneth B.
PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP
310 Golden Shore
4th Floor
Long Beach, CA 90802
Tel: 562-436-3946        Fax: 562-495-0564
CA Speed Dial 29

**Parker-Hannifin Corporation (ind & sii to Sacoma-Sierra, Inc.)**
Di Saia, Steven D.
SEDGWICK DETERT MORAN & ARNOLD, LLP
801 South Figueroa Street
19th Floor
Los Angeles, CA 90017
Tel: 213-426-6900        Fax: 213-426-6921
CA Speed Dial 85

**General Electric Company**
Gardiner, Katherine P.
SEDGWICK DETERT MORAN & ARNOLD, LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
Tel: 415-781-7900        Fax: 415-781-2635
CA Speed Dial 33

**Fryer-Knowles, Inc., A Washington Corporation**
Maki, Craig R. (Anticipated Counsel)
SELMAN-BREITMAN, LLP
11766 Wilshire Blvd., 6th Floor
Los Angeles, CA 90025-6538
Tel: 310-445-0800        Fax: 310-473-2525
CA Speed Dial 137

**Thomas Dee Engineering Co., Inc.**
Gritzer, Anne C.
WALSWORTH, FRANKLIN, BEVINS & MCCALL, LLP
One City Boulevard West, Fifth Floor
Orange, CA 92868-3677
Tel: 714-634-2522        Fax: 714-634-0686
CA Speed Dial 37