# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 - In re Asbestos Products Liability Litigation (No. VI)

*Lola and Michael Bouchard v. CBS Corporation, et al.*, WAW No. 2:11-cv-00458RAJ

## NOTICE OF OPPOSITION TO CTO-380

I, Janet L. Rice, represent plaintiffs, Lola and Michael Bouchard in the above captioned action which is included on the conditional transfer order (CTO-380). Plaintiffs submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

    Sincerely,

    */s/ Janet L. Rice*
    JANET L. RICE, WSBA #9386
    Counsel for Plaintiffs
    810 Third Avenue, Suite 500
    Seattle, Washington  98104
    (206) 622-8000
    rice@sgb-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on **March 30, 2011,** I electronically filed the foregoing **NOTICE OF OPPOSITION TO CTO-380** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Counsel for **CSK Auto**<br>Stephen Leatham<br>HEURLIN & POTTER<br>211 East McLoughlin Blvd., Suite 100<br>Vancouver, WA 98666-0611 | Counsel for **Todd Shipyards**<br>KARR TUTTLE CAMPBELL<br>Walter Barton<br>Gene Barton<br>1201 Third Avenue, Suite 2900<br>Seattle, Washington 98101-3028 |
| Counsel for **General Refractories Co.**<br>Mathew Turetsky<br>Schwabe Williamson & Wyatt, PC<br>1420 Fith Avenue, Suite 3010<br>Seattle, WA 98101-2393 | Counsel for **Georgia Pacific**<br>Barry Mesher/Brian Zeringer/Bruce Hamlin<br>LANE POWELL PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, Washington 98101-2338 |
| **Counsel for Metropolitan Life Insurance Co.**<br>Richard Gawlowski<br>WILSON, SMITH, COCHRAN & DICKERSON<br>1215 Fourth Avenue, Suite 1700<br>Seattle, Washington 98161-1007 | **Counsel for J.T. Thorpe & Son, Inc.; Metalclad Insulation Corp**<br>Katherine M. Steele<br>STAFFORD FREY COOPER, PC<br>3100 Two Union Square<br>601 Union Street<br>Seattle, WA 98101 |
| Counsel for **Union Carbide; Saint Gobain Containers Inc**<br>Diane Kero<br>GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM<br>600 University Street, Suite 2101<br>Seattle, Washington 98101 | Counsel for **Saberhagen Holdings, Inc**.<br>Randy Aliment /Timothy Thorson<br>CARNEY, BADLEY, SMITH & SPELLMAN<br>701 Fifth Avenue, Suite 3600<br>Seattle, Washington 98104-7010 |
| Counsel for **Foster-Wheeler Energy Corp.; Hopeman Brothers, Inc.**<br>Dirk Bernhardt<br>MURRAY, DUNHAM & MURRAY<br>200 West Thomas, Suite 350<br>Seattle, WA 98119 | Counsel for **International Paper Co**.<br>Steve Rizzo<br>RIZZO MATTINGLY BOSWORTH, PC<br>411 SW 2nd Avenue, Suite 200<br>Portland, Oregon 97204 |

| Counsel for **Lockheed Shipbuilding Co** | Counsel for **E & E Lumber, Inc. a** |
| --- | --- |
| Robert Andre. | **Washington Corp.** |
| OGDEN MURPHY WALLACE, PLLC | Jan Brucker |
| 1601 Fifth Avenue, Suite 2100 | JACKSON JENKINS & RENSTROM, |
| Seattle, Washington 98101 | 701 Fifth Ave., 42nd Floor, |
| | Seattle, WA 98104 |

I further certify that I served the foregoing on attorney of record for defendant E & E Lumber, Inc. a Washington Corporation by having said copies sent via legal messenger to the office address below:

Counsel for **E & E Lumber, Inc. a**
**Washington Corporation**
Ronald G. Housh, P.S.
Seattle Office:
800 Fifth Avenue, Suite 4000
Seattle, WA 98104-3180

*s/ Robert Ylitalo*
ROBERT YLITALO
Legal Assistant