UNITED STATES JUDICIAL PANEL MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO. VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SILVER,<br><br>      Plaintiff,<br><br>vs.<br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), NORTHROP GRUMMAN SHIPBUILDING, INC.,<br><br>      Defendants. | Case No. 3:11-cv-00749-WHA |

**NOTICE OF POTENTIAL TAG-ALONG ACTION OF DEFENDANT FOSTER WHEELER LLC (fka FOSTER WHEELER CORPORATION)**

**TO THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:**

    1.    On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is aslo named or in which that counsel appears.

1

2. The undersigned hereby notifies the Court that this action (a copy of which is submitted herewith) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Defendant FOSTER WHEELER LLC, fka FOSTER WHEELER CORPORATION ("FOSTER WHEELER") is providing written notice of this Notice of Potential Tag-Along Action to all adverse parties. FOSTER WHEELER reserves the right to amend or supplement this Notice of Tag-Along Action.

Dated: March 30, 2011

BRYDON HUGO & PARKER

By: /s/ Thomas J. Moses
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: tmoses@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER LLC
(fka FOSTER WHEELER CORPORATION)