UNITED STATES JUDICIAL PANEL MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO. VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SILVER,<br><br>      Plaintiff,<br><br>vs.<br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), NORTHROP GRUMMAN SHIPBUILDING, INC.,<br><br>      Defendants. | Case No. 3:11-cv-00749-WHA |

## SCHEDULE OF ACTIONS

In connection with Plaintiff's Complaint for Personal Injury/Products Liability, Case No. 3:11-cv-00749-WHA, (a copy of which is sububmitted with this filing), defendant FOSTER WHEELER LLC (fka FOSTER WHEELER CORPORATION)("FOSTER WHEELER"), hereby provides notice of related actions currently pending before the Judicial Panel of Multidistrict Litigation:

FOSTER WHEELER currently has no cases pending transfer to the MDL.

Dated: March 30, 2011
BRYDON HUGO & PARKER

By:   /s/ Thomas J. Moses
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, California 94105
Telephone:  (415) 808-0300
Facsimile:  (415) 808-0333
Email:  tmoses@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER LLC
(fka FOSTER WHEELER CORPORATION)

1