UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION

NO VI                                          MDL 875

This Document Relates To:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD SILVER,                    (ASBESTOS)
                                  U.S.D.C. Northern District of California
              Plaintiff,          3:11-cv-00749-WHA
        vs.
                                  PROOF OF SERVICE
FOSTER WHEELER LLC (fka FOSTER
WHEELER CORPORATION), et al.,

              Defendants.

        I am a resident of the State of California, over the age of 18 years, and not a party
to the within action.  My electronic notification address is service@bhplaw.com and my
business address is 135 Main Street, 20th Floor, San Francisco, California 94105.  On the
date below, I served the following:

        NOTICE OF POTENTIAL TAG-ALONG ACTION OF DEFENDANT FOSTER
              WHEELER LLC (fka FOSTER WHEELER CORPORATION)

                    SCHEDULE OF ACTIONS; and

        UNITED STATES NORTHRN DISTRICT COURT DOCKET SHEET w/COMPLAINT

on the following:

Alan R. Brayton                        Daniel J. Kelley
David R. Donadio                       Tucker Ellis & West
Brayton❖Purcell                        135 Main Street, Suite 700
222 Rush Landing Road                  San Francisco, CA 95105
Novato, CA 94948                       Fax: (415) 617-2409
Fax: (415) 898-1247                    Attorneys for Defendant
Attorneys for Plaintiff Donald Silver  Northrop Grumman Shipbuilding, Inc.

        ➔   By transmitting via facsimile the document(s) listed above to the fax
            number(s) set forth above on this date before 5:00 p.m.

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

PROOF OF SERVICE

I declare under penalty of perjury that the above is true and correct.  Executed on March 30, 2011, at San Francisco, California.

*Wanda D. Claudio*

Wanda D. Claudio

BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
For Defendant UNION CARBIDE
CORPORATION
Email: tmoses@bhplaw.com
Telephone: (415) 808-0300
Facsimile: (415) 808-0333

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

PROOF OF SERVICE