ADRMOP, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:11-cv-00749-WHA

| | |
|---|---|
| Silver v. Foster Wheeler LLC et al | Date Filed: 02/18/2011 |
| Assigned to: Hon. William Alsup | Jury Demand: Defendant |
| Cause: 28:1332 Diversity-Product Liability | Nature of Suit: 368 P.I. : Asbestos |
| | Jurisdiction: Diversity |

**Plaintiff**

**Donald Silver**                    represented by **Alan R. Brayton**
Brayton Purcell LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
415-898-1555
Fax: 415-898-1247
*ATTORNEY TO BE NOTICED*

**David R. Donadio**
Brayton Purcell LLP
222 Rush Landing Road
Novato, CA 94948-6169
(415) 898-1555
Fax: 415-898-1247
Email: DDonadio@braytonlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Foster Wheeler LLC**                represented by **Thomas J. Moses**
*formerly known as*                   Brydon Hugo & Parker
Foster Wheeler Corporation            135 Main Street, 20th Floor
San Francisco, CA 94105
(415) 808-0300
Fax: (415) 808-0333
Email: tmoses@bhplaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Northrop Grumman Shipbuilding,**    represented by **Daniel James Kelly**
**Inc.**                              Tucker Ellis & West LLP
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400

Fax: 415-617-2409
Email: daniel.kelly@tuckerellis.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/18/2011 | 1 | COMPLAINT for Asbestos; Demand for Jury Trial against Foster Wheeler LLC, Northrop Grumman Shipbuilding, Inc. (Filing fee $ 350.00, receipt number 34611056506). Filed by Donald Silver. (Attachments: # 1 Civil Cover Sheet) (gba, COURT STAFF) (Filed on 2/18/2011) (Entered: 02/23/2011) |
| 02/18/2011 | 2 | Declination to Proceed Before a U.S. Magistrate Judge by Donald Silver. (gba, COURT STAFF) (Filed on 2/18/2011) (Entered: 02/23/2011) |
| 02/18/2011 | 3 | Certificate of Interested Entities by Donald Silver (gba, COURT STAFF) (Filed on 2/18/2011) (Entered: 02/23/2011) |
| 02/18/2011 | 4 | NOTICE of Tag-Along Action by Donald Silver (gba, COURT STAFF) (Filed on 2/18/2011) (Entered: 02/23/2011) |
| 02/18/2011 | 5 | Summons Issued as to Foster Wheeler LLC, Northrop Grumman Shipbuilding, Inc.. (gba, COURT STAFF) (Filed on 2/18/2011) (Entered: 02/23/2011) |
| 02/18/2011 | 6 | ADR SCHEDULING ORDER: Case Management Statement due by 5/20/2011. Case Management Conference set for 5/27/2011 01:30 PM in Courtroom A, 15th Floor, San Francisco. (gba, COURT STAFF) (Filed on 2/18/2011) (Entered: 02/23/2011) |
| 02/18/2011 |  | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 2/18/2011) (Entered: 02/23/2011) |
| 02/28/2011 | 7 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klhS, COURT STAFF) (Filed on 2/28/2011) (Entered: 02/28/2011) |
| 02/28/2011 | 8 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. William Alsup for all further proceedings. Judge Magistrate Judge Joseph C. Spero no longer assigned to the case. Signed by Executive Committee on 2/28/11. (as, COURT STAFF) (Filed on 2/28/2011) Modified on 3/1/2011 (wsn, COURT STAFF). (Entered: 02/28/2011) |
| 03/04/2011 | 9 | CLERKS NOTICE Scheduling Initial CMC on Reassignment. Case Management Statement due by 5/19/2011. Case Management Conference set for 5/26/2011 03:00 PM in Courtroom 9, 19th Floor, San Francisco. (dt, COURT STAFF) (Filed on 3/4/2011) (Entered: 03/04/2011) |
| 03/04/2011 | 10 | SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE re 9 Clerks Notice. Signed by Judge William Alsup on 11/20/08. (dt, COURT STAFF) (Filed on 3/4/2011) (Entered: 03/04/2011) |
| 03/22/2011 | 11 | ANSWER to Complaint with Jury Demand byNorthrop Grumman Shipbuilding, Inc.. (Kelly, Daniel) (Filed on 3/22/2011) (Entered: 03/22/2011) |

| 03/22/2011 | 12 | Certificate of Interested Entities by Northrop Grumman Shipbuilding, Inc. (Kelly, Daniel) (Filed on 3/22/2011) (Entered: 03/22/2011) |
| 03/30/2011 | 13 | ANSWER to Complaint with Jury Demand byFoster Wheeler LLC. (Moses, Thomas) (Filed on 3/30/2011) (Entered: 03/30/2011) |
| 03/30/2011 | 14 | Certificate of Interested Entities by Foster Wheeler LLC re 13 Answer to Complaint *and Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1* (Moses, Thomas) (Filed on 3/30/2011) (Entered: 03/30/2011) |
| 03/30/2011 | 15 | NOTICE by Foster Wheeler LLC re 13 Answer to Complaint, 14 Certificate of Interested Entities *Notice of Tag-Along Action* (Attachments: # 1 Affidavit Certificate of Service)(Moses, Thomas) (Filed on 3/30/2011) (Entered: 03/30/2011) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/30/2011 14:45:19 | | |
| **PACER Login:** | bh1524 | **Client Code:** | 4801-2512 |
| **Description:** | Docket Report | **Search Criteria:** | 3:11-cv-00749-WHA |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |