

# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Nick J. Lorio**  
**Clerk of Court**

Telephone: 225-389-3500  
Facsimile: 225-389-3501

March 30, 2011

Jeffery N. Luthi, Clerk of the Panel  
One Columbus Circle, NE  
Thurgood Marshall Federal Judiciary Building  
Room G-255, North Lobby  
Washington, D.C. 20002-8004

Re:   11-199-BAJ-SCR  Lewis v. Atlas Refinery, Inc. et al

Dear Sir:

    Enclosed please find a docket sheet, civil cover sheet and a copy of the Notice of Removal with accompanying documents, filed in the above captioned cases. This is a **potential** MDL case.

Sincerely,

*Beth Perry*

Deputy Clerk