UNITED STATES DISTRICT COURT
BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                          Docket No. 875

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| HAROLD DOWELL, | ) | |
| Plaintiff, | ) | Case No. 3:11-CV-0076 |
| vs. | ) | |
| | ) | |
| BNSF RAILWAY COMPANY | ) | |
| (Individually and as Successor-in | ) | |
| Interest to the Burlington Northern | ) | |
| and Santa Fe Railway Company, | ) | |
| Atchison Topeka and Santa Fe | ) | |
| Railway Company, Chicago, | ) | |
| Burlington and Quincy Railroad | ) | |
| Company, Burlington Northern Inc., | ) | |
| and Burlington Northern Railroad | ) | |
| Company) | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF POTENTIAL "TAG ALONG" ACTION

The above captioned case is a Federal Employer's Liability Act asbestos action currently pending in the United States District Court for the Southern District of Illinois. The Panel has not listed this case for transfer or conditional transfer to the Eastern District of Pennsylvania in the various conditional transfer orders and correction orders it has issued. The Plaintiff represented by undersigned counsel hereby respectfully requests that the Panel take action to transfer this case to the Eastern District of Pennsylvania, and that the Clerk of the Panel immediately notify the Clerks of the relevant United States District Court that this action shall be transferred for consolidated pretrial

1

proceedings under 28 U.S.C. '1407, pursuant to the Panel's July 29, 1991 order.

In accordance with the Panel's opinion and order and Rule 13(e), the undersigned counsel for the Plaintiff hereby notifies the Clerk of the Panel of the above-captioned related action.

Respectfully submitted,

**SAUTER SULLIVAN, LLC**

/s/ Kevin A. Sullivan
Kevin Sullivan
Illinois Bar No. 06212244
3415 Hampton Ave.
St. Louis, MO 63139
Tel: (314) 768-6800
Fax: (314) 781-2726

JONES & GRANGER
10,000 Memorial Drive, #888
Houston, TX 77024
Tel: (713) 668-0230
Fax: (713) 956-7139

ATTORNEYS FOR PLAINTIFF