

# Sauter • Sullivan LLC
Attorneys & Counselors
3415 Hampton Avenue • St. Louis • Missouri 63139
Telephone: (314)768-6800 • Facsimile: (314)781-2726

Matthew J. Sauter
Kevin A. Sullivan
Christopher K. Geldmacher
Carolyn G. Caruthers

March 31, 2011

MultiDistrict Litigation Panel
CM/ECF

RE:   In RE Asbestos Products Liability Litigation (No. VI)
      Docket No. 875

Dear Clerk:

I would like to withdraw the Notice of Potential Tag-Along Action pleadings (4 separate pleadings) which were erroneously filed with the ECF on today's date. These pleadings will be properly refiled with the appropriate attachments on this date.

Thank you.

Very truly yours,


/s/Kevin A. Sullivan
Kevin A. Sullivan
ksullivan@ss-law.net
Direct Dial (314)768-6802

KAS/kt

www.sautersullivan.com