UNITED STATES DISTRICT COURT
BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                                    Docket No. 875

### NOTICE OF POTENTIAL "TAG ALONG" ACTIONS

The below-listed cases are Federal Employer's Liability Act asbestos actions currently pending in the United States District Court for the Southern District of Illinois.  The Panel has not listed these cases for transfer or conditional transfer to the Eastern District of Pennsylvania in the various conditional transfer orders and correction orders it has issued.  The Plaintiffs represented by undersigned counsel hereby respectfully request that the Panel take action to transfer these cases to the Eastern District of Pennsylvania, and that the Clerk of the Panel immediately notify the Clerk of the relevant United States District Court that these actions shall be transferred for consolidated pretrial proceedings under 28 U.S.C. '1407, pursuant to the Panel's July 29, 1991 order.

In accordance with the Panel's opinion and order and Rule 13(e), the undersigned counsel for the Plaintiffs hereby notifies the Clerk of the Panel of the below-listed related actions.

Jack Hoefer v. BNSF Railway Company
        USDC Southern District of Illinois, Case No. 3:11CV0074
Michael Applegarth v. BNSF Railway Company
        USDC Southern District of Illinois, Case No. 3:11CV0075
Harold Dowell v. BNSF Railway Company
         USDC Southern District of Illinois, Case No. 3:11CV0076
Barry Huff v. BNSF Railway Company
        USDC Southern District of Illinois, Case No. 3:11CV0077

Respectfully submitted,

**SAUTER SULLIVAN, LLC**

/s/ Kevin A. Sullivan
Kevin Sullivan
Illinois Bar No. 06212244
3415 Hampton Ave.
St. Louis, MO 63139
Tel: (314) 768-6800
Fax: (314) 781-2726

JONES & GRANGER
10,000 Memorial Drive, #888
Houston, TX 77024
Tel: (713) 668-0230
Fax: (713) 956-7139

ATTORNEYS FOR PLAINTIFF