UNITED STATES DISTRICT COURT
BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                                    Docket No. 875

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

## SCHEDULE OF ACTIONS

Jack Hoefer v. BNSF Railway Company, USDC Southern District of Illinois, Case No. 3:11CV0074

Michael Applegarth v. BNSF Railway Company, USDC Southern District of Illinois, Case No. 3:11CV0075

Harold Dowell v. BNSF Railway Company, USDC Southern District of Illinois, Case No. 3:11CV0076.

Barry Huff v. BNSF Railway Company, USDC Southern District of Illinois, Case No. 3:11CV0077.

Respectfully submitted,

**SAUTER SULLIVAN, LLC**

/s/ Kevin A. Sullivan
Kevin Sullivan
Illinois Bar No. 06212244
3415 Hampton Ave.
St. Louis, MO 63139
Tel: (314) 768-6800
Fax: (314) 781-2726

JONES & GRANGER
10,000 Memorial Drive, #888
Houston, TX 77024
Tel: (713) 668-0230
Fax: (713) 956-7139

ATTORNEYS FOR PLAINTIFF