UNITED STATES DISTRICT COURT
BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                                          Docket No. 875

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**PROOF OF SERVICE**

The undersigned certifies that the Notice of Potential Tag Along Action with respect to the cases listed below has been served on counsel of record via MDL Electronic Filing System (CM/ECF) on this 31st day of March, 2011.

Jack Hoefer v. BNSF Railway Company
    USDC Southern District of Illinois, Case No. 3:11CV0074
Michael Applegarth v. BNSF Railway Company
    USDC Southern District of Illinois, Case No. 3:11CV0075
Harold Dowell v. BNSF Railway Company
    USDC Southern District of Illinois, Case No. 3:11CV0076
Barry Huff v. BNSF Railway Company
    USDC Southern District of Illinois, Case No. 3:11CV0077

Respectfully submitted,

**SAUTER SULLIVAN, LLC**

/s/ Kevin A. Sullivan
Kevin Sullivan
Illinois Bar No. 06212244
3415 Hampton Ave.
St. Louis, MO 63139
Tel: (314) 768-6800
Fax: (314) 781-2726

JONES & GRANGER
10,000 Memorial Drive, #888
Houston, TX 77024
Tel: (713) 668-0230
Fax: (713) 956-7139

ATTORNEYS FOR PLAINTIFF