# BradleyMurchison Kelly & Shea llc

1100 POYDRAS STREET, SUITE 2700
NEW ORLEANS, LOUISIANA 70163-2700
TELEPHONE: 504.596.6300
FAX: 504.596.6301

DAVID E. REDMANN, JR.
NEW ORLEANS OFFICE
504.596.6307
DREDMANN@BRADLEYFIRM.COM

SHREVEPORT OFFICE:
MAIL: 401 EDWARDS STREET, 10TH FLOOR
SHREVEPORT, LOUISIANA 71101-5529
RECEPTION: NINTH FLOOR
TELEPHONE: 318.227.1131
FAX: 318.227.1141

WWW.BRADLEYFIRM.COM

April 4, 2011

Mr. Jeffery N. Lüthi
Judicial Panel on Multidistrict Litigation
via CM/ECF

    re:    M.D.L. No. 875 – In re Asbestos Products Liability Litigation (No. VI)
            Frank Mumfrey v. Anco Insulation [sic], Inc. et. al.
            U.S.D.C., E.D. La., C.A. No. 11-cv-711-K-5
            notice of potential tag-along action
            our file no. 7110-110008

Dear Mr. Lüthi:

    Pursuant to the Panel's Rule 7.1(a), it is my obligation as counsel in actions previously transferred under 28 U.S.C. § 1407 to promptly notify you of any potential tag-along actions. Accordingly, attached is the notice of removal and related documents for the *Mumfrey* suit. Please do not hesitate to contact me if you need anything else.

                                    Sincerely,

                                    /s/
                                  David E. Redmann, Jr.

cc:    Ms. Loretta G. Whyte, U.S.D.C., Eastern District of Louisiana (via CM/ECF)
        all known counsel of record (by e-mail), listed on the following page

BRADLEY MURCHISON KELLY & SHEA LLC

*Frank Mumfrey* **suit e-mail list**

| party | lawyer | e-mail address |
|---|---|---|
| Frank Mumfrey | Darren McDowell | dmcdowell@seglaw.com |
| Frank Mumfrey | Frank Swarr | fswarr@landryswarr.com |
| Chevron Phillips | Kathleen Drew | Kathleen.Drew@arlaw.com |
| DAP | Leigh Ann Schell | lschell@kuchlerpolk.com |
| Georgia-Pacific | Janice Culotta | janice.culotta@keanmiller.com |
| Kaiser Gypsum | Dean Church | ChurchD@fpwk.com |
| Hanson Aggregates | Dean Church | ChurchD@fpwk.com |
| Hanson Building | Dean Church | ChurchD@fpwk.com |
| Hanson Permanente | Dean Church | ChurchD@fpwk.com |
| Lincoln | William Maestri | wmaestri@dkslaw.com |
| Met Life | Jay Jalenak | jay.jalenak@keanmiller.com |
| Montello | David Gibbons | dgibbons@tgwlaw.net |
| Montello | Sheila Powers | sheila.powers@andrewshartman.com |
| RT Vanderbilt | John Hainkel | JHainkel@frilot.com |
| RT Vanderbilt | Sheri Faust | SFaust@frilot.com |
| Schlumberger | Charles Wilmore | cbwilmore@liskow.com |
| Saint-Gobain | Michelle DeShazo | mdeshazo@kuchlerpolk.com |
| Saint-Gobain | Michelle DeShazo | dsantos@kuchlerpolk.com |
| Saint-Gobain | Michelle DeShazo | sjohnson@kuchlerpolk.com |
| Union Carbide | McGready Richeson | mricheson@kuchlerpolk.com |
| United Gilsonite | Ken Royer | KenR@willingham-law.com |
| Welco | Jackie Romero | jromero@pugh-law.com |
| Anco | Margaret Joffe | mjoffe@dkslaw.com |
| Taylor-Seidenbach | Kelly Lightfoot | klightfoot@hmhlp.com |
| Taylor-Seidenbach | Anne Medo | amedo@hmhlp.com |
| Reilly-Benton | Jeannette Seraile-R. | jeanettesr@willingham-law.com |
| Reilly-Benton | Diane Sweezer Davis | dianes@willingham-law.com |
| Reilly-Benton | Jennifer Zajak | jenniferz@willingham-law.com |