schedule of actions

*Frank Mumfrey v. Anco Insulation [sic], Inc. et. al.*, United States District Court, Eastern District of Louisiana, No. 11-cv-711-K-5