Bradley Murchison Kelly & Shea LLC

I served the following persons with this notice by e-mail as indicated below on Aril 4, 2011.

/s/ David E. Redmann, Jr.

*Frank Mumfrey* suit e-mail list

| party | lawyer | e-mail address |
|---|---|---|
| Frank Mumfrey | Darren McDowell | dmcdowell@seglaw.com |
| Frank Mumfrey | Frank Swarr | fswarr@landryswarr.com |
| Chevron Phillips | Kathleen Drew | Kathleen.Drew@arlaw.com |
| DAP | Leigh Ann Schell | lschell@kuchlerpolk.com |
| Georgia-Pacific | Janice Culotta | janice.culotta@keanmiller.com |
| Kaiser Gypsum | Dean Church | ChurchD@fpwk.com |
| Hanson Aggregates | Dean Church | ChurchD@fpwk.com |
| Hanson Building | Dean Church | ChurchD@fpwk.com |
| Hanson Permanente | Dean Church | ChurchD@fpwk.com |
| Lincoln | William Maestri | wmaestri@dkslaw.com |
| Met Life | Jay Jalenak | jay.jalenak@keanmiller.com |
| Montello | David Gibbons | dgibbons@tgwlaw.net |
| Montello | Sheila Powers | sheila.powers@andrewshartman.com |
| RT Vanderbilt | John Hainkel | JHainkel@frilot.com |
| RT Vanderbilt | Sheri Faust | SFaust@frilot.com |
| Schlumberger | Charles Wilmore | cbwilmore@liskow.com |
| Saint-Gobain | Michelle DeShazo | mdeshazo@kuchlerpolk.com |
| Saint-Gobain | Michelle DeShazo | dsantos@kuchlerpolk.com |
| Saint-Gobain | Michelle DeShazo | sjohnson@kuchlerpolk.com |
| Union Carbide | McGready Richeson | mricheson@kuchlerpolk.com |
| United Gilsonite | Ken Royer | KenR@willingham-law.com |
| Welco | Jackie Romero | jromero@pugh-law.com |
| Anco | Margaret Joffe | mjoffe@dkslaw.com |
| Taylor-Seidenbach | Kelly Lightfoot | klightfoot@hmhlp.com |
| Taylor-Seidenbach | Anne Medo | amedo@hmhlp.com |
| Reilly-Benton | Jeannette Seraile-R. | jeanettesr@willingham-law.com |
| Reilly-Benton | Diane Sweezer Davis | dianes@willingham-law.com |
| Reilly-Benton | Jennifer Zajak | jenniferz@willingham-law.com |