# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:11–cv–00711–SRD–ALC

| | |
|---|---|
| Mumfrey v. Anco Insulations, Inc. et al | Date Filed: 04/01/2011 |
| Assigned to: Judge Stanwood R. Duval, Jr | Jury Demand: Defendant |
| Referred to: Magistrate Judge Alma L. Chasez | Nature of Suit: 368 P.I. : Asbestos |
| Case in other court:  Louisiana Civil District Court, Orleans Parish, 10–12080 | Jurisdiction: Diversity |
| Cause: 28:1441 Petition for Removal– Asbestos Litigation | |

**Plaintiff**

**Mr. Frank A Mumfrey, III**           represented by  **Frank A Mumfrey, III**
                                                      PRO SE

V.

**Defendant**

**Anco Insulations, Inc.**

**Defendant**

**Carruth Brothers Lumber Company, Inc.**

**Defendant**

**Chevron Phillips Chemical Company, LP**

**Defendant**

**DAP Products Inc.**

**Defendant**

**Georgia–Pacific LLC**

**Defendant**

**Hanson Aggregates West, Inc.**

**Defendant**

**Hanson Building Materials America, Inc.**

**Defendant**

**Hanson Permanente Cement, Inc.**

**Defendant**

**Kaiser Gypsum Company**

**Defendant**

**Lincoln Electric Company**

**Defendant**

**Metropolitan Life Insurance Company**

**Defendant**

**Montello, Inc.**

**Defendant**

**RT Vanderbilt Company, Inc.**

**Defendant**

**Saint−Gobain Abrasives, Inc.**

**Defendant**

| | | |
|---|---|---|
| **Sherwin−Williams Company** | represented by | **David Edmund Redmann , Jr.**<br>Bradley, Murchison, Kelly &Shea, LLC<br>1100 Poydras St.<br>Suite 2700<br>New Orleans, LA 70163<br>504−596−6300<br>Fax: 504−596−6301<br>Email: dredmann@bradleyfirm.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Taylor−Seidenbach, Inc.**

**Defendant**

**Union Carbide Corporation**

**Defendant**

**United Gilsonite Laboratories**

**Defendant**

**Welco Manufacturing Company**

**Defendant**

**Schlumberger Limited**

**Defendant**

**Reilly−Benton Company, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2011 | 1 | NOTICE OF REMOVAL with jury demand from Louisiana Civil District Court, Orleans Parish, case number 2010−12080 (Filing fee $ 350 receipt number 053L−2922630) filed by Sherwin−Williams Company. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3a, # 5 Exhibit 3b, # 6 Exhibit 4)(Redmann, David) (Entered: 04/01/2011) |
| 04/04/2011 | 2 | Initial Case Assignment to Judge Stanwood R. Duval, Jr and Magistrate Judge Alma L. Chasez. (cl, ) (Entered: 04/04/2011) |