FILED

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

NO. 2010-12080　　　　　　　　　SECTION 14　　CIVIL DISTRICT COURT　DIV."I"

### FRANK MUMPHREY

### VERSUS

### ANCO INSULATION, INC.., ET AL

FILED:_____　　　　_____
　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

### FIRST SUPPLEMENTAL AND AMENDING PETITION

NOW INTO COURT, through undersigned counsel, comes Petitioner who file this his First Supplement and Amendment to the Original Petition for Damages filed herein the following respects:

I.　　For the purpose of adding the following Defendant:

**REILLY-BENTON COMPANY, INC**
A Louisiana Corporation
Through Registered Agent for Service of Process:
Thomas Cougill
Willingham, Fultz & Cougill, LLP
8550 United Plaza Blvd, Suite 702
Baton Rouge, LA 70808

II.　　The Petitioner reiterates all matters contained in the Original Petition for Damages and allege same against this defendant including the prayer of their original petition as though set forth at length herein.

WHEREFORE, the Petitioner prays that his original Petition be supplemented and amended in the above particulars and that, after due proceedings had, there be judgment herein in favor of Petitioner in appropriate amounts to be determined by the fact finder, said judgments against all defendants, jointly, severally, and *in solido*, said amounts to bear legal interest from the date of judicial demand until paid, for all costs of these proceedings, and for all general and equitable relief.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**LANDRY SWARR & CANNELLA, L.L.C.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**MICKEY P. LANDRY, Bar No. 22817**

FRANK J. SWARR, Bar No. 23322
DAVID R. CANNELLA, Bar No. 26231
PHILIP C. HOFFMAN, Bar No. 32277
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
Telephone: (504) 299-1214
Facsimile: (504) 299-1215

COUNSEL FOR PLAINTIFFS

and

DARREN MCDOWELL
SIMON EDDINS & GREENSTONE, LLP
3232 McKinney Ave.
Suite 610
Dallas, TX 75204
Telephone: (214) 276-7680
Facsimile: (214) 276-7699

COUNSEL FOR PETITIONER

## ORDER

Let the above and foregoing Supplement and Amendment to the Original Petition for Damages be filed as prayed for.

SO ORDERED this the ____ day of _____, 2011.

MAR 4 - 2011

Sgd. Piper D. Griffin
Judge, Division "I"
A TRUE COPY

~~JUDGE~~

Civil District Court
Parish of Orleans, State of La.

**PETITIONERS WILL SERVE THE FOLLOWING DEFENDANT WITH
A COPY OF THE FIRST SUPPLEMENT PURSUANT TO LA CCP 1313:**

1. ANCO INSULATIONS, INC.
   A Louisiana Corporation
   Via The Long Arm Statute
   Thomas E. Balhoff
   Roedel, Parsons, Koch, Frost et al
   8440 Jefferson Highway
   Suite 301
   Baton Rouge, LA 70809

2. CARRUTH BROTHERS LUMBER COMPANY, INC.
   A Louisiana Corporation
   Through its Registered Agent:
   Michael J Laughlin
   365 Canal St.
   One Canal Place, Suite 2800
   New Orleans, LA 70130

3. CHEVRON PHILLIPS CHEMICAL COMPANY LP d/b/a DRILLING SPECIALTIES COMPANY
   Through its Registered Agent:
   C.T. Corporation System
   5615 Corporate Blvd.
   Suite 400B
   Baton Rouge, LA 70808

4. DAP PRODUCTS INC.
   A Delaware Corporation
   Via The Long Arm Statute:
   2400 Boston St.
   Suite 200
   Baltimore, MD, 21224

5. GEORGIA PACIFIC LLC
   A Delaware Corporation
   Through its Registered Agent:
   C.T. Corporation System
   5615 Corporate Blvd.
   Suite 400B
   Baton Rouge, LA 70808

6. HANSON AGGREGATES WEST, INC. (sued individually and as successor-in-interest to KAISER GYPSUM COMPANY, INC.)
   A Delaware Corporation
   Via The Long Arm Statute
   300 E. John Carpenter Freeway
   Suite 1645
   Irving, TX 75062-2772

7. HANSON BUILDING MATERIALS AMERICA, INC. (sued individually and/or as successor-in-interest to HANSON AGGREGATES WEST, KAISER CEMENT CORPORATION and/or KAISER GYPSUM COMPANY)
   A New Jersey Corporation
   Via The Long Arm Statute
   300 E. John Carpenter Freeway
   Suite 1645
   Irving, TX 75062-2772

8. HANSON PERMANENTE CEMENT, INC. f/k/a KAISER CEMENT CORPORATION (sued individually and as successor-in-interest to KAISER GYPCUM COMPANY, INC.)
   An Arizona Corporation
   Via The Long Arm Statute
   8505 Freeport Parkway
   Ste. 200
   Irving, TX 75063

9. KAISER GYPSUM COMPANY
   A Washington Corporation
   Via The Long Arm Statute
   300 E. John Carpenter Freeway
   Suite 1645
   Irving, TX 75062-2772

10. THE LINCOLN ELECTRIC COMPANY
    A Maryland Corporation
    Through its Registered Agent:
    C.T. Corporation System
    5615 Corporate Blvd.
    Suite 400B
    Baton Rouge, LA 70808

11. METROPOLITAN LIFE INSURANCE COMPANY
    A New York Corporation
    (For Service of Process via the Louisiana Direct Action Statute, L.R.S. 22:169)
    Through the Louisiana Secretary of State
    8549 United Plaza Boulevard
    Baton Rouge, LA 70809

12. MONTELLO, INC.
    An Oklahoma Corporation
    Via The Long Arm Statute
    210 Interstate North Pkwy.
    7th Floor
    Atlanta, GA 30339

13. RT VANDERBILT COMPANY, INC.
    A New York Corporation
    Via The Long Arm Statute
    30 Winfield Street
    Norwalk, CT 06856

14. SAINT-GOBAIN ABRASIVES, INC.
    A Delaware Corporation
    Via The Long Arm Statute
    750 E. Swedesford Road
    Valley Forge, PA 19482

15. THE SHERWIN-WILLIAMS CO.
    An Ohio Corporation

Through its Registered Agent:
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802

16. TAYLOR-SEIDENBACH, INC.
    A Louisiana Corporation
    Through its Registered Agent:
    731 So. Scott Street
    New Orleans, LA 70119

17. UNION CARBIDE CORPORATION
    A New York Corporation
    Through its Registered Agent:
    C.T. Corporation System
    5615 Corporate Blvd.
    Suite 400B
    Baton Rouge, LA 70808

18. UNITED GILSONITE LABORATORIES
    A Pennsylvania Corporation
    Via The Long Arm Statute
    1396 Jefferson Ave.
    Scranton, PA 18509-2425

19. WELCO MANUFACTURING COMPANY
    A Missouri Corporation
    Via The Long Arm Statute
    1225 Ozark Street
    North Kansas City, MO 64116

**EMPLOYER DEFENDANT**

20. SCHLUMBERGER LIMITED
    A Delaware Corporation
    Via The Long Arm Statute
    25 Corporate Dr.
    Ste. 130
    Burlington, MA 01803

**PLEASE SERVE THE FOLLOWING DEFENDANT WITH PETITIONER'S FIRST SUPPLEMENT AND AMENDING PETITION:**

**REILLY-BENTON COMPANY, INC**
A Louisiana Corporation
Through Registered Agent for Service of Process:
Thomas Cougill
Willingham, Fultz & Cougill, LLP
8550 United Plaza Blvd, Suite 702
Baton Rouge, LA 70808