# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

THIS FORM MUST BE FILED WITH THE PANEL NO LATER THAN (Noon Eastern Time) ON THE DATE INDICATED IN THE NOTICE FROM THE PANEL

MDL No. **875** & TITLE - IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Bouchard v. CBS Corp., et al., WAW / 2:11-cv-00458

*************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

4/1/11
/Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Telephone No.: 206-622-2655    Fax No.: 206-684-6924

Email Address: asbestos@murraydunham.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

# DECLARATION OF SERVICE

I hereby certify that on this day of April 6, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| **Counsel for Plaintiffs** | **Co-Counsel for Plaintiffs** |
|---|---|
| Janet Rice | Jon Neumann |
| SCHROETER GOLDMARK & BENDER | Paul & Hanley, LLP |
| 500 Central Building | 1608 Fourth Street, Ste. 300 |
| 810 Third Avenue | Berkeley, CA 94710 |
| Seattle, WA 98104 | |

| **Counsel to CSK Auto, Inc.** | **Counsel to E & E Lumber, Inc.** |
|---|---|
| Steven G. Leatham | Ronald Housh |
| Heurlin, Potter, Jahn, Leatham & Holtmann, P.S. | Ronald G. Housh, P.S. |
| 211 E. McLoughlin Boulevard, Ste. 100 | 800 Fifth Ave., Suite 4000 |
| Vancouver, WA 98666-0611 | Seattle, WA 98104-3180 |
| sgl@hpl-law.com | ron@housh.org |

| **Counsel to General Refractories Company** | **Counsel to Georgia-Pacific Corporation** |
|---|---|
| Matthew Turetsky | Barry N. Mesher |
| Schwabe Williamson & Wyatt | Lane Powell PC |
| U.S. Bank Centre, Suite 3400 | 1420 Fifth Avenue, Suite 4100 |
| 1420 Fifth Avenue | Seattle, WA 98101-2338 |
| Seattle, WA 98101-2339 | asbestos@lanepowell.com |
| mturetsky@schwabe.com | |

| **Counsel to International Paper Company** | **Counsel to J.T. Thorpe & Son, Inc.; Metalclad Insulation Corp.** |
|---|---|
| J. Michael Mattingly | Katherine M. Steele |
| Rizzo Mattingly Bosworth PC | Stafford Frey Cooper |
| 411 SW 2nd Avenue, Suite 200 | Two Union Square |
| Portland, OR 97204 | 601 Union St., Suite 3100 |
| recordsmanagement@rizzopc.com | Seattle, WA 98101 |
| | asbestos@staffordfrey.com |

| | | |
|---|---|---|
| 1 | **Counsel to Lockheed Shipbuilding Company** | **Counsel to Metropolitan Life Insurance Company** |
| | Robert G. Andre | Richard Gawloski |
| | Ogden Murphy Wallace, PLLC | Wilson, Smith, Cochran & Dickerson |
| | 1601 Fifth Avenue, Suite 2100 | 1215 Fourth Avenue, Suite 1700 |
| | Seattle, WA 98101-1686 | Seattle, WA 98161 |
| | randre@omwlaw.com | MetLifeAsbestos@wscd.com |

**Counsel to Saberhagen Holdings, Inc.**
Timothy Thorson
Caney Badley Spellman, PS
701 Fifth Ave., Suite 3600
Seattle, WA 98104-7010
thorson@carneylaw.com
berman@carneylaw.com

**Counsel to Saint Gobain Containers; Union Carbide Corp.**
Diane Kero
Gordon Thomas Honeywell et al
600 University, Suite 2101
Seattle, WA 98101-4185
Dkero@gth-law.com
service@gth-law.com

**Counsel to Todd Shipyards Corp.**
Walter E. Barton
Karr Tuttle Campbell
1201 Third Ave., Suite 2900
Seattle, WA 98101
gbarton@karrtuttle.com

Executed this April 6, 2011, at Seattle, Washington.

/s/Oscar Ramos Jr.
Oscar Ramos Jr., Paralegal