JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS
LIABILITY LITIGATION                    MDL DKT NO. 875

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DIANE ANTONELLI, Executrix for the
Estate of MICHAEL HARVEY            :    DKT NO: CT/3:10-CV-344
                                    :
                                    :
v.                                  :
                                    :
                                    :
ELECTRIC BOAT CORP.                      April 6, 2011

**MOTION IN OPPOSITION TO REMOVAL TO MDL DOCKET**

  Plaintiff, pursuant to the applicable rules of this Court, including Rule 7(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, respectfully requests that the Panel vacate its order of March 9, 2011, conditionally transferring the above captioned case to the United State District Court for the Eastern District of Pennsylvania. In support thereof, Plaintiff submits the attached Brief in Support of Motion to Vacate, and all other material filed in this case as well as other such materials that may be presented to the Panel at the time of the hearing on this motion.

1

2

Pursuant to Rule 7.1(f) and Rule 11.1, Plaintiff requests that the Clerk set this motion for hearing at the next session of the Panel.

RESPECTFULLY

/s/ John G. Geida, Esq. /s/
John F. Geida, Esq.
Fed Bar No ct27468
Embry & Neusner
118 Poquonnock Road
Groton, CT 06340
T. 860-449-0341
F. 860-449-9070
jgeida@embryneusner.com

## CERTIFICATE OF SERVICE

      A copy of the foregoing was filed electronically through the Court's electronic filing system. Pursuant to Court rules, all parties registered will receive notification.

      RESPECTFULLY

      <u>/s/ John G. Geida, Esq. /s/</u>
      John F. Geida, Esq.
      Fed Bar No ct27468
      Embry & Neusner
      118 Poquonnock Road
      Groton, CT 06340
      T. 860-449-0341
      F. 860-449-9070
      jgeida@embryneusner.com