IN THE UNITED STATES DISCTICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| WILLIAM M. CUNNINGHAM, JR., Personal Representative and Executor of the Estate of REBECCA C. CUNNINGHAM, Deceased, | * * * * * * | |
| Plaintiff, | * * | |
| vs. | * * | CIVIL ACTION NUMBER |
| HONEYWELL INTERNATIONAL, INC., et al. | * * * | 1:10-CV--00671 |
| Defendants. | * | |

## NOTICE OF TAG-ALONG ACTION

COMES NOW Defendant, A. W. CHESTERTON COMPANY, and hereby submits this, its Notice of Tag-Along Action, and shows the Court as follows:

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order").  That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's order to Show Cause.  MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions: in which the party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the Panel

may either: (1) enter a conditional transfer order pursuant to the MDL Rule 7.4(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rules 7.5(b) and 7.3.

                                        s/Edward B. McDonough, Jr.
                                        EDWARD B. McDONOUGH, JR. (MCD020)
                                        Attorney for Defendant,
                                        A. W. CHESTERTON COMPANY

OF COUNSEL:
EDWARD B. McDONOUGH, JR., P.C.
POST OFFICE BOX 1943
MOBILE, ALABAMA  36633
Telephone:   251-432-3296
Facsimile:   251-432-3300
Email:       ebm@emcdonoughlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 5th day of April, 2011, the foregoing, together with copies of the docket sheet and complaint, has been sent via overnight mail to:

      Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      Thurgood Marshall Federal Judiciary Building
      One Columbus Circle, N.E., Room G-255, North Lobby
      Washington, D.C. 20544-0005

      I further certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                        s/Edward B. McDonough, Jr.
                                        Edward B. McDonough, Jr., (MCD020)