1  Peter B. Langbord (SBN 144319)
   plangbord@foleymansfield.com
2  FOLEY & MANSFIELD, PLLP
   300 South Grand Avenue, Suite 2800 Los Angeles, CA  90071
3  Telephone:    (213) 283-2100
   Facsimile:    (213) 283-2101
4                                                         JS-6

   Attorneys for Defendant
5  **VIAD CORP**

6
7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | GENEVIEVE SCHROEDER, KEITH     Case No.: CV 11-00738 R (VBKx)
12 | SCHROEDER, CRAIG SCHROEDER,
                                    **ORDER**
13 |        Plaintiffs,
14 |
15 |    vs.
16 | A.W. CHESTERTON COMPANY: et
   | al.,
17 |        Defendants,
18
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1
[PROPOSED] ORDER

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that defendant Viad Corp. is hereby dismissed without prejudice from the instant action. It is further ordered that the above-captioned case, *Genevieve Schroeder, et al. v. A. W. Chesterton, et al.*, U.S. District Court Case No. CV 11-00738 R (VBKx), is hereby remanded to the Superior Court of the State of California in and for the County of Los Angeles. Each party shall bear its own costs and expenses in relation to this action as against each other.

DATED: March 15, 2011

_____
HONORABLE MANUEL L. REAL