UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

TO: United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 2002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon) Eastern Time April 6, 2011
Panel Fax No.: (202) 502-2888

MDL No. 875 – IN RE: Asbestos Products Liability Litigation (No. VI)

NOTICE OF APPEARANCE (CTO-380)
(Appearances should be entered for parties in civil actions the MDL has been previously notified of)

**PARTIES REPRESENTED** (indicate plaintiff or defendant – attach list if necessary):

Defendant Todd Shipyards Corp.

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s). – attach list if necessary)

Bouchard v. CBS Corporation, et al.    (WAW/2:11-cv-00458)
                                       MDL 875 LITIGATION

*******************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 4/4/2011 | s/Walter E. Barton |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Walter E. Barton
Karr Tuttle Campbell
1201 3rd Ave, Ste 2900
Seattle, WA 98101

Telephone No.: 206-224-8030    Fax No.: 206-682-7100

Email Address: gbarton@karrtuttle.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

#794075 v1 / 20157-122

## DECLARATION OF SERVICE

I am over 18 years of age and not a party to the within action. I am employed in the County of King; my business address is Karr Tuttle Campbell, 1201 Third Avenue, Suite 2900, Seattle, WA 98101.

On April 4, 2011, I caused to be served the foregoing:

**NOTICE OF APPEARANCE**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

All Parties As Listed on the ECF Service List

---

**VIA E-MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, and that this declaration was executed on April 4, 2011, at Seattle, Washington.

s/ Walter E. Barton
Walter E. Barton
gbarton@karrtuttle.com

#794075 v1 / 20157-122