UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Genevieve Schroeder, et al., v. A.W. Chesterton Co., )
et. al., C.D. California, C.A. No. 2:11-00738 )  MDL No. 875

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Schroeder*) on February 1, 2011.  Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Schroeder* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order.  The Panel has now been advised that *Schroeder* was remanded to the Superior Court of the State of California, in and for the County of Los Angeles, by the Honorable Manuel L. Real in an order filed on March 15, 2011.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-358" filed on February 1, 2011, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel