BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| LOLA and MICHAEL BOUCHARD, wife and husband, | ) ) MDL 875 LITIGATION |
| Plaintiffs, | ) ) TRANSFER CASE NO. 11-00458 |
| v. | ) WESTERN DISTRICT OF WASHINGTON |
| CBS CORPORATION,, *et al.*, | ) ) TODD SHIPYARDS CORPORATION'S |
| Defendants. | ) FRCP 7.1 CORPORATE DISCLOSURE ) STATEMENT |

    I am over 18 years of age and not a party to the within action.  I am employed in the County of King; my business address is Karr Tuttle Campbell, 1201 Third Avenue, Suite 2900, Seattle, WA  98101.

    On April 6, 2011, I caused to be served the foregoing:

**TODD SHIPYARDS CORPORATION'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT**

**NOTICE OF APPEARANCE**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

    All Parties As Listed on the ECF Service List

E.E. Lumber, Inc.
Ronald G. Housh, PS
800 Fifth Ave, Suite 4000
Seattle, WA 98104-3180

CERTIFICATE OF SERVICE
MDL No. 875 -- WAW/2:11-cv-00458
#794228 v2 / 20157-122

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

_____

**VIA E-MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, and that this declaration was executed on April 6, 2011, at Seattle, Washington.

                                            s/ David Anderson
                                            David Anderson
                                            danderson@karrtuttle.com

CERTIFICATE OF SERVICE
MDL No. 875 -- WAW/2:11-cv-00458
#794228 v2 / 20157-122

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100