## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FRANK MUMFREY** | * | CIVIL ACTION No. 2:11-cv-00711 |
| | * | |
| vs. | * | JUDGE:  DUVAL |
| | * | SECTION "K " |
| **ANCO INSULATIONS, INC., ET AL** | * | |
| | * | MAGISTRATE:  CHASEZ |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

*Pertains to:*   MDL-875 – In re Asbestos Products Liability Litigation (No. VI)
              **CONDITIONAL TRANSFER ORDER 384 (CTO-384)**
              **Schedule CTO-384 - Tag-Along Action**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

**MAY IT PLEASE THE COURT:**

Plaintiff, Frank Mumfrey, respectfully files this his Notice of Opposition to Conditional Transfer Order entered on April 5, 2011, on the grounds that this action was originally filed in state court, was improperly removed by one of the defendants, and Plaintiff is currently seeking to have the case remanded to the state court from which it was wrongfully removed, and that a ruling on said Motion to Remand is imminent.  Hearing on the Motion to Remand is currently set for April 27, 2011, at 9:30 a.m., before the Honorable Judge Stanwood R. Duval, Jr., of the Eastern District of Louisiana, and that hearing date is subject to being moved up in accordance with the Motion for Expedited Consideration filed by Plaintiff.  Once it is determined that there

is no federal jurisdiction in this case, remand is mandatory. *Insigna v. LaBella*, 485 F.2d 249 (11th Cir. 1988); *Bobby Jones Garden Apts. v. Suleski*, 391 F.2d 172 (5th Cir. 1968).

**WHEREFORE**, Plaintiff respectfully requests that this matter not be transferred to the MDL before Judge Duval can make the threshold determination of whether the Court has jurisdiction in this matter.

Respectfully submitted,

**LANDRY, SWARR & CANNELLA, L.L.C.**

/s/ *Frank J. Swarr*
Frank J. Swarr (La. Bar No. 23322) (T.A.)
David R. Cannella (La. Bar 26231)
Philip C. Hoffman (La. Bar No. 32277)
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
Telephone: (504) 299-1214
Facsimile: (504) 299-1215
E-mail: lslaw@landryswarr.com

SIMON, EDDINS & GREENSTONE, LLP
Lisa White Shirley, Bar No. 26511
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
Telephone: 214-276-7680
Facsimile: 214-276-7699
E-mail: lshirley@seglaw.com

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April, 2011, a copy of the foregoing has been filed with the MDL and all Counsel of record are being served via the ECF system.

/s/ *Frank J. Swarr*