# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

THIS FORM MUST BE FILED WITH THE PANEL NO LATER THAN (Noon Eastern Time) ON THE DATE INDICATED IN THE NOTICE FROM THE PANEL

MDL No. __875__ & TITLE - IN RE: __Asbestos Products Liability Litigation (No. VI)__

# NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Defendant E & E Lumber, Inc.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Bouchard v. CBS Corporation, et al. (WAW/2:11-cv-00458), MDL 875 LITIGATION

*********************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 4/5/2011 | /S/ Daniel D. O'Shea |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Daniel D. O'Shea Jackson Jenkins Renstrom LLP 55 Francisco St, 6th Fl San Francisco, CA 94133

Telephone No.: 415.982.3600     Fax No.: 415.982.3700

Email Address: doshea@jjr-law.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

## DECLARATION OF SERVICE

I am over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is Jackson Jenkins Renstrom LLP, 55 Francisco Street, Sixth Floor, San Francisco, CA 94133.

On April 6, 2011, I caused to be served the foregoing:

**NOTICE OF APPEARANCE**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

All Parties As Listed on the ECF Service List

**VIA E-MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on April 6, 2011, at San Francisco, California.

/S/ Daniel D. O'Shea
Daniel D. O'Shea
doshea@jjr-law.com