BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |
| | § | |
| | § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALTON LEWIS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:11-CV-00199 |
| | § | |
| ATLAS REFINERY, INC., et al. | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF OPPOSITION TO TRANSFER**

Comes now Plaintiff and files this Notice of Opposition to the Conditional Transfer Order (CTO-383) entered by the Panel on April 1, 2011.

ALTON LEWIS v. ATLAS REFINERY, INC., et al.; No. 3:11-cv-00199 is pending in the United States District Court for the Middle District of Louisiana. Pursuant to Panel Rule 7.4(c), the plaintiff files this notice of opposition to apprise the Panel of his opposition to transfer.

Pursuant to Panel Rule 7.4(d), plaintiff shall file, within 15 days of the filing of this notice, his motion to vacate conditional transfer order and supporting brief.

1

Respectfully submitted,

**WATERS & KRAUS, LLP**


 /s/  Charles S. Siegel
Charles S. Siegel
Texas State Bar No. 18341875
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 Telecopier


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Notice of Opposition has been served

via facsimile on all counsel of record listed below on this 7th day of April, 2011.

Rhodes, Lydia M.
610 Marshall Street, Suite 314
Shreveport, LA 71101
Tel: 318-674-9730
Fax: 318-674-9731
    **Attorney for Weyerhauser Company (indiv & sii to Willamette Industries, Inc.)**

Dempsey, M. James
COSMICH, SIMMONS & BROWN
P.O. Box 22626
Jackson, MS 39225
Tel: 601-863-2100
Fax: 601-863-0078
    **Attorney for Libby, Inc.**

Rosamond, III, Samuel
deMahy, Adam D.
CRAWFORD LEWIS
400 Poydras Street, Suite 2100
New Orleans, LA 70130
Tel: 504-568-1933
Fax: 504-568-9699
    **Attorney for Commercial Union Insurance Company (as insurer for Eagle, Inc.,**
    **f/k/a Eagle Asbestos & Packing Co.,**

Church, Dean
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
1717 St. James Place
Suite 600
Houston, TX 77056
Tel: 713-402-1717
Fax: 713-621-6746
>   **Attorney for International Paper Company (Indiv. and as sii to Champion Paper Corporation) Kaiser Gypsum Company, Inc.**

Hainkel, III, John J.
Tafaro, Peter R.
FRILOT L.L.C.
1100 Poydras Street
3700 Energy Centre
New Orleans, LA 70163
Tel: 504-599-8000
Fax: 504-599-8100
>   **Attorney for Foster Wheeler Energy Corporation**
>   **Foster Wheeler, LLC**
>   **General Electric Company**

Dille, Robert E.
Bezet, Gary A.
Douglas, Vionne M.
KEAN, MILLER, HAWTHORNE, D'ARMOND, MCCOWAN & JARMAN, L.L.P.
P.O. Box 3513
Baton Rouge, LA 70821
Tel: 225-387-0999
Fax: 225-388-9133
>   **Attorney for Georgia-Pacific, LLC (sii to Bestwall Gypsum Company)**

Abraham, Michael H.
KUCHLER, POLK, SCHELL, WEINER, & RICHESON
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Tel: 504-592-0691
Fax: 504-592-0697
>   **Attorney for Union Carbide Corporation**

Kohn, Susan B.
SIMON, PERAGINE, SMITH, REDFEARN, LLP
1100 Poydras Street
30th Floor, Energy Center
New Orleans, LA 70163-3000
Tel: 504-569-2030
Fax: 504-569-2999
 **Attorney for Eagle, Inc. f/k/a Eagle Asbestos & Packing Co., Inc.**
 **The McCarty Corporation f/k/a McCarty Branton, Inc.**

Susan D. McNamara
WELLS, MOORE, SIMMONS & HUBBARD, PLLC
4450 Old Canton Road, Sutie 200
P. O. Box 1970
Jackson, MS  39215-1970
Tel:  601-353-5400
Fax: 601-355-5850
 **Attorneys for Air & Liquid Systems Corporation, successor-by-merger**
 **to Buffalo Pumps, Inc.**

          /s/ Charles S. Siegel
         Charles S. Siegel