## SCHEDULE OF ACTIONS

Northern District of California

    4:11-cv-01646-DMR    *Robert Baker v. Hopeman Brothers, et al.*