IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERI GRABENSTEIN, Executrix of the Estate of CHARLES A. MALLOY, Deceased,<br>    Plaintiff,<br><br>vs.<br><br>A.O. SMITH CORPORATION,, et al.,<br><br>    Defendants | CIVIL ACTION NO. 2:11-cv-00467-RCM |

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation ("Panel") entered an order transferring all asbestos cases pending in federal court to the United States District Court for the Eastern District of Pennsylvania (M.D.L. No. 875) for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer order under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this case is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 7.4(a) or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

Respectfully submitted,

PIETRAGALLO GORDON ALFANO BOSICK AND RASPANTI, LLP

By: s/Bryan S. Neft
    Bryan S. Neft, Esquire
    Pa. I.D. No. 60007

One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
(412) 263-2000

*Attorneys for Defendant General Electric Company*

Dated: April 8, 2011

*Doc #1965673*