Schedule of Actions

Case(s) to be transferred:

Civil Action No. 2:11-cv-00467-RCM
In the United States District Court for
the Western District of Pennsylvania