## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, the 8th day of April, 2011, a true and correct copy of the foregoing **Notice of Tag-along Action** was served upon plaintiffs' counsel and all defense counsel of record through the Court's CM/ECF system. Absent confirmation from the court that such electronic service has been made, service is being made this date upon plaintiffs' counsel by first class mail, postage prepaid, addressed as follows, and upon all other known counsel of record at the addresses and in the manner set forth on the attached service list:

Peter T. Paladino, Jr., Esquire
David P. Chervenick, Esquire
Goldberg, Persky & White, P.C.
1030 Fifth Avenue
Pittsburgh, PA 15219

*Attorneys for Plaintiff*

PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP

By:  s/Bryan S. Neft
     Bryan S. Neft, Esquire

*Attorneys for Defendant,
General Electric Company*

SERVICE LIST
GERI GRABENSTEIN, EXECUTRIX OF THE ESTATE OF CHARLES A. MALLOY,
DECEASED v. A. O. SMITH CORPORATION, ET AL.

To the extent not served pursuant to the Court's CM/ECF system, service of the foregoing pleading (without exhibits) is being made upon counsel for all parties by first class mail, addressed as follows, except that all counsel of the firm of Pietragallo Gordon Alfano Bosick & Raspanti, LLP are being served by hand delivery. Copies of all exhibits will be provided to any party upon request.

| *Defendant* | *Counsel of Record* |
|---|---|
| A. O. Smith Corporation | *No appearance to date* |
| Anchor Packing Company | *No appearance to date* |
| Buffalo Pumps, Inc. | Edward J. Wilbraham, Esquire<br>Jennifer E. Watson, Esquire<br>Wilbraham, Lawler & Buba<br>603 Stanwix Street<br>Two Gateway Center, 17 North<br>Pittsburgh, PA 15222<br>(412) 255-0500 |
| Cashco, Inc. | Edward A. Miller, Esquire<br>Michael A. Karaffa, Esquire<br>Melissa Devich Cochran, Esquire<br>Marshall, Dennehey, Warner, Coleman & Goggin, P.C.<br>U.S. Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(412) 803-1140 |
| CBS Corporation, successor by merger to Westinghouse Electric Corporation, CBS Corporation and Viacom, Inc. | Eric Horne, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>600 Grant Street, 45th Floor<br>Pittsburgh, PA 15219<br>(412) 566-1289 |
| Crane Company | Eric R. I. Cottle, Esquire<br>Kristen M. DelSole, Esquire<br>K&L Gates, LLP<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, PA 15222-2613<br>(412) 355-6500 |
| Derbyshire Machine & Tool Co. | *No appearance to date* |

| *Defendant* | *Counsel of Record* |
| --- | --- |
| Dezurik, Inc. | Joseph R. Schaper, Esquire<br>Maron Pierce, LLC<br>Landmarks Building<br>Suite 250<br>100 West Station Square Drive<br>Pittsburgh, PA 15219<br>(412) 281-5360 |
| Elliott Company, f/k/a Elliott Turbomachinery Company | Kimberly A. Brown, Esquire<br>Thorp Reed & Armstrong<br>One Oxford Centre, 14th Floor<br>Pittsburgh, PA 15219<br>(412) 394-2323 |
| Flowserve Corporation, successor-in-interest to Durametallic Corporation | Edward A. Miller, Esquire<br>Michael A. Karaffa, Esquire<br>Melissa Devich Cochran, Esquire<br>Marshall, Dennehey, Warner, Coleman & Goggin, P.C.<br>U.S. Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(412) 803-1140 |
| Foster-Wheeler, LLC | Dennis F. Wolford, Esquire<br>Reed, Luce, Tosh, Wolford & Douglass, P.C.<br>804 Turnpike Street<br>Beaver, PA 15009<br>(724) 774-9220 |
| Garlock Sealing Technologies, LLC, f/k/a Garlock, Inc. | Gregory L. Fitzpatrick, Esquire<br>Margolis Edelstein<br>525 William Penn Place<br>Suite 3300<br>Pittsburgh, PA 15219<br>(412) 281-4256 |
| General Electric Company | Bryan S. Neft, Esquire<br>Pietragallo Gordon Alfano Bosick & Raspanti, LLP<br>One Oxford Centre, 38th Floor<br>Pittsburgh, PA 15219<br>(412) 263-2000 |
| Honeywell, Inc. | *No appearance to date* |

| *Defendant* | *Counsel of Record* |
|---|---|
| IMO Industries, Inc., f/k/a IMO Delaval, Inc., f/k/a Transamerica DeLaval, Inc., f/k/a DeLaval Turbine, Inc., Devalco Corporation | Eric K. Falk, Esquire<br>Julie Nord Friedman, Esquire<br>Natalie M. Kreter, Esquire<br>Davies, McFarland & Carroll<br>One Gateway Center, 10th Floor<br>Pittsburgh, PA 15222-1416<br>(412) 281-0737 |
| Ingersoll-Rand Corporation | William J. Donovan, Esquire<br>Francis D. Wymard, Esquire<br>Burns White<br>Four Northshore Center<br>Pittsburgh, PA 15212<br>(412) 995-3000 |
| ITT Industries, Inc. | Robert W. Hastings, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402<br>(412) 281-7272 |
| McNally Industries, LLC, and its Northern Pump Division | W. Matthew Reber, Esquire<br>Anne Wilcox Lewis, Esquire<br>Kelley Jasons McGowan Spinelli & Hanna, LLP<br>Allegheny Building, Suite 1202<br>429 Forbes Avenue<br>Pittsburgh, PA 15219<br>(412) 434-6577 |
| Metropolitan Life Insurance Company, f/k/a Metropolitan Insurance Company | Stewart R. Singer, Esquire<br>Salmon, Ricchezza, Singer & Turchi, LLP<br>1700 Market Street, Suite 3110<br>Philadelphia, PA 19103<br>(215) 606-6604 |
| Nagle Pumps, Inc. | Richard C. Polley, Esquire<br>Adam J. Warhola, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402<br>(412) 281-7272 |
| Owens-Illinois, Inc. | John L. Vitsas, Esquire<br>Joshua D. Verdi, Esquire<br>Reed Smith, LLP<br>225 Fifth Avenue<br>Pittsburgh, PA 15222<br>(412) 288-3131 |
| Pacific Marine Supply, Inc. | Action voluntarily discontinued against this defendant by Order dated April 19, 2010 |

| *Defendant* | *Counsel of Record* |
|---|---|
| Thrush Company, Inc. | Eric K. Falk, Esquire<br>Julie Nord Friedman, Esquire<br>Natalie M. Kreter, Esquire<br>Davies, McFarland & Carroll<br>One Gateway Center, 10th Floor<br>Pittsburgh, PA 15222-1416<br>(412) 281-0737 |
| Warren Pumps, LLC | Edward A. Miller, Esquire<br>Michael A. Karaffa, Esquire<br>Melissa Devich Cochran, Esquire<br>Marshall, Dennehey, Warner, Coleman & Goggin, P.C.<br>U.S. Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(412) 803-1140 |