**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**NOTICE OF HEARING SESSION**

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:   **Monday, May 16, 2011**

LOCATION OF HEARING SESSION:   Gene Snyder U.S. Courthouse
Courtroom No. 1
601 West Broadway
Louisville, Kentucky  40202

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:30 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- • Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) does not need to appear at the Hearing Session.
- • Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the hearing session.

For those matters listed on Section A of the Schedule, the enclosed "Notice of Presentation or Waiver of Oral Argument" must be returned to this office no later than **April 28, 2011.**  The procedures governing Panel oral argument (Panel Rule 11.1) are attached.  The Panel strictly adheres these procedures.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

cc: Clerk, U.S. District Court for the Western District of Kentucky

# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION

## HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on Monday, May 16, 2011, the Panel will convene a hearing session in Louisville, Kentucky, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c).  The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION:

John G. Heyburn II
Chairman

Kathryn H. Vratil   W. Royal Furgeson, Jr.
Frank C. Damrell, Jr.   Barbara S. Jones
Paul J. Barbadoro

SCHEDULE OF MATTERS FOR HEARING SESSION
Monday, May 16, 2011 -- Louisville, Kentucky


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT[1]**


MDL No. 2233 -- **IN RE: PORSCHE CARS NORTH AMERICA, INC., PLASTIC COOLANT TUBES PRODUCTS LIABILITY LITIGATION**

Motion of plaintiff Dane McIntosh for centralization of the following actions in the United States District Court for the Southern District of New York or, in the alternative, the United States District Court for the Northern District of California:

<u>Northern District of California</u>

David Graas, et al. v. Porsche Cars North America, Inc., C.A. No. 5:11-00514

<u>District of New Jersey</u>

Nicholas Spagnoletti v. Porsche Cars North America, Inc., C.A. No. 2:11-00218

<u>Southern District of New York</u>

Dane McIntosh v. Porsche Cars North America, Inc., C.A. No. 7:11-00068

<u>Southern District of Ohio</u>

Douglas Suter v. Porsche Cars North America, Inc., C.A. No. 2:11-00056

---

[1]  This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer.  See Panel Rules 6.1 and 6.2.  In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.

## MDL No. 2234 -- **IN RE: WAL-MART ATM FEE NOTICE LITIGATION**

Motion of plaintiff Eva Sebrow for centralization of the following actions in a single United States district court:

#### Northern District of Mississippi

Shannon McOlgan v. Wal-Mart Stores, Inc., C.A. No. 2:10-00157
Greg Fondren v. Wal-Mart Stores, Inc., C.A. No. 3:10-00089

#### Eastern District of New York

Eva Sebrow v. Wal-Mart Stores, Inc., C.A. No. 1:10-04743

#### Eastern District of Pennsylvania

Sarah Archbold v. Wal-Mart Stores, Inc., et al., C.A. No. 2:10-04541

#### Western District of Tennessee

James Weir v. Wal-Mart Stores, Inc., C.A. No. 1:10-01223
Janis Donaville v. Wal-Mart Stores, Inc., C.A. No. 2:10-02620

#### Eastern District of Texas

Donald C. Thomas v. Wal-Mart Stores, Inc., C.A. No. 4:10-00472

## MDL No. 2235 -- **IN RE: FOOT LOCKER, INC., FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION**

Motion of defendants Foot Locker, Inc., and Foot Locker Retail, Inc., for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:

#### District of Massachusetts

Marissa Smith v Foot Locker, Inc., C.A. No. 1:10-12233

MDL No. 2235 (Continued)

        <u>District of New Jersey</u>

Joann Hernandez, et al. v. Foot Locker, Inc., et al., C.A. No. 1:10-06789

        <u>Western District of North Carolina</u>

Damita Kennedy v. Foot Locker, Inc., et al., C.A. No. 3:10-00570

        <u>Eastern District of Pennsylvania</u>

Francisco Pereira v. Foot Locker, Inc., et al., C.A. No. 2:07-02157


MDL No. 2236 -- **IN RE: REMOVAL FROM UNITED STATES MARINE CORPS
RESERVE ACTIVE STATUS LIST LITIGATION**

Motion of plaintiff John W. Haverty for centralization of the following actions in the
United States District Court for the District of New Hampshire:

        <u>District of Massachusetts</u>

John W. Haverty v. Honorable Raymond E. Mabus, C.A. No. 1:09-12159

        <u>District of New Hampshire</u>

Gary E. Lambert v. U.S. Department of Navy, Secretary, C.A. No. 1:09-00354


MDL No. 2237 -- **IN RE: CHILEAN NITRATE PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs City of Pomona and City of Lindsay for centralization of the
following actions in the United States District Court for the Central District of California:

        <u>Central District of California</u>

City of Pomona v. Sociedad Quimica Y Minera De Chile S.A., et al.,
  C.A. No. 2:11-00167

Schedule of Matters for Hearing Session, Section A                          p. 4
Louisville, Kentucky


MDL No. 2237 (Continued)


      Eastern District of California

City of Lindsay v. Sociedad Quimica Y Minera De Chile S.A., et al.,
  C.A. No. 1:11-00046


MDL No. 2238 -- **IN RE: GROUPON, INC., MARKETING AND SALES PRACTICES
        LITIGATION**

    Motion of plaintiffs Sarah Gosling and Anthony Ferreira for centralization of the
following actions in the United States District Court for the Northern District of California:

      Northern District of California

Sarah Gosling v. Groupon, Inc., C.A. No.  3:11-01038
William Eidenmuller v. Groupon, Inc., C.A. No. 4:11-00984

      Southern District of California

Anthony Ferreira v. Groupon, Inc., et al., C.A. No. 3:11-00132

      District of District of Columbia

Carlos Vazquez v. Groupon, Inc., et al., C.A. No. 1:11-00495

      Southern District of Florida

Jason Cohen v. Groupon, Inc., C.A. No. 9:11-80149

      Northern District of Illinois

Eli R. Johnson v. Groupon, Inc., et al., C.A. No. 1:11-01426

      District of Minnesota

Ashley Christensen v. Groupon, Inc., et al., C.A. No.0:11-00501
Brian Zard v. Groupon, Inc., C.A. No. 0:11-00605

Schedule of Matters for Hearing Session, Section A                              p. 5
Louisville, Kentucky


MDL No. 2238 (Continued)


   <u>Northern District of Ohio</u>

 Heather Kimel v. Groupon, Inc., et al., C.A. No. 5:11-00488


MDL No. 2239 -- **IN RE: L'OREAL USA, INC., MARKETING, SALES PRACTICES
    AND PRODUCTS LIABILITY LITIGATION**

 Motion of plaintiff Jessica Motta for centralization of the following actions in the United
States District Court for the Southern District of New York or, in the alternative, the United
States District Court for the Southern District of Florida:

   <u>Eastern District of  Arkansas</u>

 LaKesia Chandler v. L'Oreal USA, Inc., et al., C.A. No. 2:11-00011

   <u>Southern District of  Florida</u>

 Jessica Motta v. L'Oreal USA, Inc., et al., C.A. No. 0:11-60457

   <u>Southern District of New York</u>

 Catherine Altamura, et al. v. L'Oreal USA, Inc., et al.,  C.A. No.  1:11-00799


MDL No. 2240 -- **IN RE: LUIS BELTRAN FLORES LITIGATION**

 Motion of plaintiff Luis Beltran Flores for centralization of the following actions in the
United States District Court for the Southern District of Texas:

   <u>District of New Jersey</u>

 Luis Beltran Flores v. Predco Services Corp., et al., C.A. No. 1:10-01320

   <u>Southern District of Texas</u>

 In Re The Complaint and Petition of D.S.L. & R., Inc., C.A. No. 1:10-00048

Schedule of Matters for Hearing Session, Section A                                p. 6
Louisville, Kentucky


## MDL No. 2241 -- **IN RE: FENOFIBRATE PATENT LITIGATION**

Motion of plaintiff Lupin Atlantis Holdings S.A. for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:

<u>District of Delaware</u>

Lupin Atlantis Holdings S.A. v. Apotex Inc., et al., C.A. No. 1:11-00234

<u>Southern District of New York</u>

Lupin Atlantis Holdings S.A., et al. v. Paddock Laboratories, Inc., et al.,
   C.A. No. 1:11-00668

<u>Eastern District of Pennsylvania</u>

Lupin Atlantis Holdings S.A. v. Ranbaxy Laboratories Limited, et al.,
   C.A. No. 2:10-03897
Lupin Atlantis Holdings S.A. v. Mylan Inc., et al., C.A. No. 2:11-01930
Lupin Atlantis Holdings S.A. v. Apotex Inc., et al., C.A. No. 2:11-01931

<u>Western District of Pennsylvania</u>

Lupin Atlantis Holdings S.A. v. Mylan, Inc., et al., C.A. No. 2:11-00358


## MDL No. 2242 -- **IN RE: PROGRAF ANTITRUST LITIGATION**

Motion of plaintiffs Stephen L. LaFrance Holdings, Inc., and Stephen L. LaFrance Pharmacy, Inc., for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:

<u>District of Delaware</u>

Louisiana Wholesale Drug Company, Inc. v. Astellas Pharma US, Inc.,
   C.A. No. 1:11-00225
Burlington Drug Company Inc. v. Astellas Pharma US, Inc., C.A. No. 1:11-00228

<u>District of Massachusetts</u>

Stephen L. LaFrance Holdings, Inc., et al. v. Astellas Pharma US, Inc.,
   C.A. No. 1:11-10344

Schedule of Matters for Hearing Session, Section A                    p. 7
Louisville, Kentucky


MDL No. 2243 -- **IN RE: FOSAMAX (ALENDRONATE SODIUM) PRODUCTS**
**LIABILITY LITIGATION (NO. II)**

Motion of defendant Merck Sharp & Dohme Corp., for centralization of the following actions in the United States District Court for the District of New Jersey or, in the alternative, the United States District Court for the Western District of Louisiana:

<u>Middle District of Florida</u>

Gloria Holbrook v. Merck & Co., Inc., C.A. No. 2:10-00422

<u>Southern District of Illinois</u>

Betty Miller v. Merck & Co., Inc., C.A. No. 3:10-00117

<u>Eastern District of Kentucky</u>

Lucille Collins v. Merck & Co., Inc., et al., C.A. No. 2:11-00044

<u>Western District of Louisiana</u>

Janet Boudreaux, et al. v. Merck & Co., Inc., C.A. No. 6:10-00546

<u>Eastern District of Missouri</u>

Patrick Welch, et al. v. Merck, Sharpe & Dohme, Corp., et al., C.A. No. 4:11-00535

<u>District of New Jersey</u>

Phyllis Molnar, et al. v. Merck & Co., Inc., C.A. No. 3:08-00008
Margaret Gozdziak v. Merck & Co., Inc., C.A. No. 3:09-05630
Dolores Duke, et al. v. Merck & Co., Inc., C.A. No. 3:09-05693
Dolores Kuczajda, et al. v. Merck & Co., Inc., C.A. No. 3:10-00679
Susan Schultz v. Merck Sharp & Dohme, Corp., C.A. No. 3:10-03545
Cynthia Hines, et al. v. Merck & Co., Inc., C. A. No. 3:10-04839
Denise Libke, et al v. Merck Sharp & Dohme Corp., C.A. No. 3:10-04981
Joan Goodwin v. Merck & Co., Inc., et al., C.A. No. 3:10-05461
Barbara Moline, et al. v. Merck & Co., Inc., C.A. No. 3:10-05462
Elma Davis v. Merck & Co., Inc., C.A. No. 3:10-05694
Louella Lamirande v. Merck & Co., Inc., C.A. No. 3:10-06049

Schedule of Matters for Hearing Session, Section A                    p. 8
Louisville, Kentucky


MDL No. 2243 (Continued)


      <u>District of New Jersey</u> (Continued)

   Kathryn Wheeler v. Merck & Co., Inc., C.A. No. 3:10-06282
   Donna Shuler v. Merck & Co., Inc., C.A. No. 3:10-06315
   Elayne Denker, et al. v. Merck & Co., Inc., et al., C.A. No. 3:11-00033
   Nancy Heaton v. Merck Sharp & Dohme Corp., C.A. No. 3:11-00570
   Virginia Bonne v. Merck Sharp & Dohme Corp., C.A. No. 3:11-00571
   Carol Kreckler v. Merck Sharp & Dohme Corp., C.A. No. 3:11-00585
   Alice Lefebvre v. Merck Sharp & Dohme Corp., C.A. No. 3:11-00586
   Marie Hogan v. Merck Sharp & Dohme Corp., C.A. No. 3:11-00587
   Carol Reidy v. Merck Sharp & Dohme Corp., C.A. No. 3:11-00588
   Lillie Karch v. Merck Sharp & Dohme Corp., C.A. No. 3:11-00589
   Paul Roth v. Merck Sharp & Dohme Corp., C.A. No.  3:11-00590
   Susan Walraed, et al. v. Merck & Co., Inc., C.A. No. 3:11-00869
   Theresa Metz v. Merck Sharp & Dohme Corp., C.A. No. 3:11-01286
   Lauren Kolb, et al. v. Merck & Co., Inc., et al., C.A. No. 3:11-01498
   Debbie Prince, et al. v. Merck Sharp & Dohme Corp., C.A. No. 3:11-01529


      <u>Southern District of New York</u>

   Virginia Lee Germino v. Merck & Co., Inc., C.A. 1:09-01185
   Linette Santos-Meagher v. Merck & Co., Inc., C.A. No. 1:09-03644
   Jeanette Chaires v. Merck & Co., Inc., C.A. No. 1:10-04893
   Sheila Salvatore v. Merck & Co., Inc., C.A. No. 1:11-00492


      <u>Middle District of Tennessee</u>

   Shirley Homler v. Merck Sharp & Dohme Corp., C.A. No. 3:10-01154

## MDL No. 2244 -- IN RE: DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION

Motion of plaintiff Catherine Falvey for centralization of the following actions in the United States District Court for the Southern District of Texas or, in the alternative, the United States District Court for the Central District of California.  Alternatively, plaintiff seeks transfer of the following actions to the United States District Court for the Northern District of Ohio for inclusion in MDL No. 2197 -- In re: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation:

Cental District of California

Grace Purnia v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:10-09192
Catherine Falvey v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:11-02441

Western District of Washington

David Cornis, et al. v. DePuy Orthopaedics Inc., et al., C.A. No. 2:10-02000

## MDL No. 2245 -- IN RE: CARDTRONICS ATM FEE NOTICE LITIGATION

Motion of defendants Cardtronics USA, Inc., and Cardtronics, Inc., for centralization of the following actions in the United States District Court for the Southern District of Texas:

Southern District of California

Joshua Sandoval v. Cardtronics USA, Inc., et al., C.A. 3:11-00217
Gini Christensen v. Cardtronics USA, Inc., et al., C.A. No. 3:11-00236

Northern District of Mississippi

Sheryl Johnson v. Target Stores, Inc., C.A. No. 2:10-00151

Western District of Tennessee

Sheryl Johnson v. Target Corporation, C.A. No. 2:10-02650

Schedule of Matters for Hearing Session, Section A                              p. 10
Louisville, Kentucky


MDL No. 2246 -- **IN RE: AIR CRASH NEAR RIO GRANDE, PUERTO RICO, ON
                    DECEMBER 3, 2008**

    Motion of plaintiffs Alexander Kent Clapp, et al., for centralization of the following
actions in the United States District Court for the Southern District of Florida:

        <u>Southern District of Florida</u>

    Chris Turner v. Websta's Aviation Services, Inc., et al., C.A. No. 1:11-20869
    Chris Turner v. Ramo, LLC, C.A. No. 9:09-81609
    Chris Turner v. Websta's Aviation Services, Inc., et al., C.A. No. 9:10-81551
    Alexander Kent Clapp, et al. v. Ramo, LLC, et al., C.A. No. 9:11-80059

        <u>Northern District of Ohio</u>

    Alexander Kent Clapp, et al. v. United States of America, C.A. No. 1:11-00190

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 875 -- **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Oppositions of plaintiffs Robert McNaughton; William Andrew Smith; Carlos Stapleton, et al.; Diane Antonelli; Alice R. Jefferson, et al.; and Lola Bouchard, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Central District of California

Robert McNaughton v. Goodrich Corporation, et al., C.A. No. 2:11-00791

Northern District of California

William Andrew Smith v. 3M Company, et al., C.A. No. 4:11-01073

Southern District of California

Carlos Stapleton, et al. v. Air & Liquid Systems Corporation, et al., C.A. No. 3:11-00428

District of Connecticut

Diane Antonelli v. Electric Boat Corp., C.A. No. 3:10-00344

Eastern District of Louisiana

Alice R. Jefferson, et al. v. American Sugar Refining, Inc., et al., C.A. No. 2:10-04440

Western District of Washington

Lola Bouchard, et al. v. CBS Corporation, et al., C.A. No. 2:11-00458

## MDL No. 1334 -- **IN RE: MANAGED CARE LITIGATION**

Motion of defendants Connecticut General Life Insurance Co., and Metropolitan Life Insurance Co. to transfer the following action to the United States District Court for the Southern District of Florida:

### District of Puerto Rico

College of Dental Surgeons of Puerto Rico, et al. v. Triple S. Management, Inc., et al., C.A. No. 3:09-01209

## MDL No. 1431 -- **IN RE: BAYCOL PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Mark Stodghill to transfer of the following action to the United States District Court for the District of Minnesota:

### Northern District of Oklahoma

Mark Stodghill v. Bayer AG, et al., C.A. No. 4:11-00128

## MDL No. 1507 -- **IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Nanette J. Bonderson, Isabel Diaz, Julia M. Polizzi, and Ingrid R. Galliano for remand, pursuant to 28 U.S.C. § 1407(a), of their respective following actions to the United States District Court for the District of Minnesota:

### Eastern District of Arizona

Jacquie D. Slover v. Wyeth, Inc., et al., C.A. No. 4:08-904 (D. Minnesota,
  C.A. No. 0:08-01992)
Isabel Diaz v. Wyeth, et al., C.A. No. 4:08-1978 (D. Minnesota, C.A. No. 0:08-02986)
Julia M. Polizzi v. Wyeth, et al., C.A. No. 4:08-2230 (D. Minnesota,
  C.A. No. 0:08-03140)
Ingrid R. Galliano v. Wyeth, et al., C.A. No. 4:08-2176 (D. Minnesota,
  C.A. No. 0:08-03396)

Schedule of Matters for Hearing Session, Section B                    p. 13
Louisville, Kentucky


MDL No. 1700 -- **IN RE: FEDEX GROUND PACKAGE SYSTEM, INC., EMPLOYMENT
PRACTICES LITIGATION (NO. II)**

Opposition of defendant FedEx Ground Package System, Inc., to remand, under 28
U.S.C. § 1407(a), of the following actions to their respective transferor courts:

> Northern District of Indiana

Bruce Edwin Gentle, et al. v. FedEx Ground Package System, Inc., et al., C.A. No.
   3:07-00191 (N.D. Alabama, C.A. No. 5:07-00392)
David Harris v. FedEx Ground Package System, Inc., C.A. No. 3:06-00209
   (E.D. Arkansas, C.A. No. 4:06-00175)
Ricardo Huerta v. FedEx Ground, et al., C.A. No. 3:08-00052 (C.D. California,
   C.A. No. 2:07-08123)
Dean Alexander, et al. v. FedEx Ground Package System, Inc., et al., C.A. No.
   3:05-00528 (N.D. California, C.A. No. 3:05-00038)
Jeremiah Pedrazzi v. FedEx Corp., et al., C.A. No. 3:06-00429 (N.D. California,
   C.A. No. 5:06-02393)
Donald E. Carlson, et al. v. FedEx Ground Package Systems, Inc., C.A. No. 3:05-00664
   (M.D. Florida, C.A. No. 8:05-01380)
Scott Ward, et al. v. FedEx Ground Package System, Inc., C.A. No. 3:09-00356
   (S.D. Florida, C.A. No. 9:09-80729)
Charlie Bertram, et al. v. Federal Express Corp., et al., C.A. No. 3:05-00666
   (W.D. Kentucky, C.A. No. 3:05-00522)
Robert Gennell, Jr., et al. v. FedEx Corp., et al., C.A. No. 3:05-00534 (D. New
   Hampshire, C.A. No. 1:05-00145)
Walter Wallace v. FedEx Ground Package System, Inc., et al., C.A. No. 3:06-00801
   (N.D. Ohio, C.A. No. 1:06-01632)
Edward Slayman v. FedEx Ground Package System, Inc., C.A. No. 3:05-00596
   (D. Oregon, C.A. No. 3:05-01127)
Jon Leighter, et al. v. FedEx Ground Package System, Inc., C.A. No. 3:07-00328
   (D. Oregon, C.A. No. 3: 07-00818)

Schedule of Matters for Hearing Session, Section B                                    p. 14
Louisville, Kentucky


**MDL No. 1742 -- IN RE: ORTHO EVRA PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Gena Hanhan, et al.; Tash Casso; and Kristi Benninghoff to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

Central District of California

Gena Hanhan, et al. v. Ortho-McNeil Pharmaceutical Inc., et al., C.A. No. 2:11-00619
Tash Casso v. Ortho-McNeil Pharmaceutical Inc., et al., C.A. No. 2:11-00622
Kristi Benninghoff v. Ortho-McNeil Pharmaceutical Inc., et al., C.A. No. 2:11-01226


**MDL No. 1789 -- IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION**

Motion of defendant Merck Sharp & Dohme Corp., to transfer the following action to the United States District Court for the Southern District of New York:

District of Idaho

Judith Leavitt v. Merck & Co., Inc., C.A. No. 4:11-00056


**MDL No. 1811 -- IN RE: GENETICALLY MODIFIED RICE LITIGATION**

Opposition of plaintiffs Tommy Sims, et al., to transfer of the following action to the United States District Court for the Eastern District of Missouri:

Eastern District of Arkansas

Tommy Sims, et al. v. Bayer CropScience LP, et al., C.A. No. 2:11-00033

**MDL No. 1871 -- IN RE: AVANDIA MARKETING, SALES PRACTICES AND
　　　　　　　　　　PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff State of Louisiana to transfer of the following action to the United
States District Court for the Eastern District of Pennsylvania:

　　　　　　　Middle District of Louisiana

State of Louisiana v. GlaxoSmithKline LLC, et al., C.A. No. 3:11-00139


**MDL No. 1905 -- IN RE: MEDTRONIC, INC., SPRINT FIDELIS LEADS PRODUCTS
　　　　　　　　　　LIABILITY LITIGATION**

Opposition of plaintiffs Mildred L. Hawkins, et al., to transfer of the following action to
the United States District Court for the District of Minnesota:

　　　　　　　Eastern District of Tennessee

Mildred L. Hawkins, et al. v. Medtronic, Inc., et al., C.A. No. 3:11-00105


**MDL No. 1968 -- IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**

Motion of defendant Actavis Totowa LLC to transfer the following action to the United
States District Court for the Southern District of West Virginia:

　　　　　　　Central District of California

Elizabeth Vigeant v. Actavis Totowa LLC, et al., C.A. No. 5:10-01991


**MDL No. 2002 -- IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION**

Opposition of plaintiffs Associated Wholesale Grocers, Inc., et al., to transfer of the
following action to the United States District Court for the Eastern District of Pennsylvania:

　　　　　　　District of Kansas

Associated Wholesale Grocers, Inc., et al. v. United Egg Producers, et al.,
　　C.A. No. 2:11-02063

MDL No. 2017 -- **IN RE: LEHMAN BROTHERS HOLDINGS, INC., SECURITIES
EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA)
LITIGATION**

Opposition of plaintiffs Phil Walker, et al., to transfer of the following action to the
United States District Court for the Southern District of New York:

Northern District of California

Phil Walker, et al. v. Ernst & Young LLP, C.A. No. 4:11-01155

MDL No. 2036 -- **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

Oppositions of defendants Renasant Bank and Sovereign Bank to transfer of their
respective following actions to the United States District Court for the Southern District of
Florida:

Northern District of Georgia

Amos Davis v. Renasant Bank, C.A. No. 1:11-00401

District of Maryland

Diane Lewis v. Sovereign Bank, C.A. No. 1:11-00064

MDL No. 2070 -- **IN RE: CITIGROUP INC. SECURITIES LITIGATION**

Opposition of plaintiff Wesley Odom to transfer of the following action to the United
States District Court for the Southern District of New York:

Northern District of Florida

Wesley Odom v. Morgan Stanley Smith Barney LLC, et al., C.A. No. 3:11-00075

MDL No. 2088 -- **IN RE: FAIRFIELD GREENWICH GROUP SECURITIES
LITIGATION**

Motion of defendants Standard Chartered Bank International (Americas) Ltd., and Standard Chartered PLC to transfer the following action to the United States District Court for the Southern District of New York:

Southern District of Florida

Joaquina Teresa Barbachano Herrero v. Standard Chartered Bank International (Americas) Limited, et al., C.A. No. 1:10-24387

MDL No. 2092 -- **IN RE: CHANTIX (VARENICLINE) PRODUCTS LIABILITY
LITIGATION**

Opposition of plaintiff Peggy E. Parsley to transfer of the following action to the United States District Court for the Northern District of Alabama:

Southern District of West Virginia

Peggy E. Parsley v. Pfizer, Inc., et al., C.A. No. 2:11-00069

MDL No. 2100 -- **IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Holly Detroit to transfer of the following action to the United States District Court for the Southern District of Illinois:

Western District of Washington

Holly Detroit v. Bayer Healthcare, LLC, et al., C.A. No. 3:11-05089

Schedule of Matters for Hearing Session, Section B                              p. 18
Louisville, Kentucky


**MDL No. 2151 -- IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

Motion of defendant Toyota Motor Sales, U.S.A., Inc., to transfer the following action to the United States District Court for the Central District of California:

Northern District of Ohio

Willette Riley v. Toyota Motor Sales U.S.A., Inc., C.A. No. 5:10-01745


**MDL No. 2190 -- IN RE: MCNEIL CONSUMER HEALTHCARE, ET AL., MARKETING AND SALES PRACTICES LITIGATION**

Opposition of plaintiffs State of Oregon, et al., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

District of Oregon

State of Oregon, et al. v. Johnson & Johnson, et al., C.A. No. 3:11-00086


**MDL No. 2196 -- IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION**

Opposition of plaintiff Factory Direct, Inc., to transfer of the following action to the United States District Court for the Northern District of Ohio:

Western District of Oklahoma

Factory Direct, Inc. v. The Carpenter Company, et al., C.A. No. 5:11-00045

MDL No. 2197 -- **IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

### District of Arizona

Terri LeMarr, et al. v. DePuy Orthopaedics Inc., et al., C.A. No. 2:11-00445

### Northern District of Georgia

Mary Bedgood, et al. v. DC Medical, LLC, et al., C.A. No. 1:11-00670
Dana Beaver v. DC Medical, LLC, et al., C.A. No. 1:11-00869
Betty F. Davis, et al. v. DC Medical, LLC, et al., C.A. No. 1:11-00870
Hartley Gray v. DC Medical, LLC, et al., C.A. No. 1:11-00871
Carl Jackson, et al. v. DC Medical, LLC, et al., C.A. No. 1:11-00873
Maryellen Lebeda v. DC Medical, LLC, et al., C.A. No. 1:11-00875
Renee Scott, et al. v. DC Medical, LLC, et al., C.A. No. 1:11-00878
Patrick Scullin, et al. v. DC Medical, LLC, et al., C.A. No. 1:11-00879
Patric Welch, et al. v. DC Medical, LLC, et al., C.A. No. 1:11-00880
Sandra Davis v. DC Medical, LLC, et al., C.A. No. 1:11-00881
Sheila King v. DC Medical, LLC, et al., C.A. No. 1:11-00882

### Southern District of Georgia

Earl Crawley v. DC Medical, LLC, et al., C.A. No. 4:11-00067

### Western District of Missouri

Anthony Proper, et al. v. DePuy Orthopaedics Inc., et al., C.A. No. 4:11-00217

### Western District of New York

Heidi Marie Dio, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 1:11-00042
Malcolm Randall Yousey, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 1:11-00043

### Eastern District of Virginia

Judith Garris v. DePuy Orthopaedics, Inc., et al., C.A. No. 4:11-00042

Schedule of Matters for Hearing Session, Section B                           p. 20
Louisville, Kentucky


MDL No. 2218 -- **IN RE: CAMP LEJEUNE, NORTH CAROLINA, WATER
                 CONTAMINATION LITIGATION**

   Opposition of plaintiff Joel Shriberg to transfer of the following action to the United
States District Court for the Northern District of Georgia:

           <u>Eastern District of North Carolina</u>

   Joel Shriberg v. United States of America, et al., C.A. No. 7:11-00026

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a)   Schedule.   The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b)   Oral Argument Statement.   Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

(i)   The parties affected by a motion to transfer may agree to waive oral argument. The Panel will take this into consideration in determining the need for oral argument.

(c)   Hearing Session.   The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

(i)    the dispositive issue(s) have been authoritatively decided; or

(ii)   the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d)   Notification of Oral Argument.   The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

(i)   Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

(ii)   The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

- 2 -

(e)      <u>Duty to Confer</u>.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f)      <u>Time Limit for Oral Argument</u>.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.