BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) ) ) ) ) | MDL DOCKET NO. 875<br><br>CAC No. 2:11-CV-00467-RCM |
| GERI GRABENSTEIN, Executrix of the Estate of CHARLES A. MALLOY, Deceased, ) ) ) | |
| Plaintiff, ) ) | **NOTICE OF ERRATA OF DEFENDANT GENERAL ELECTRIC COMPANY'S NOTICE OF REMOVAL** |
| vs. ) ) | |
| A. O. SMITH CORPORATION; ANCHOR PACKING COMPANY; BUFFALO PUMPS, INC.; CASHCO, INC.; CBS CORPORATION, successor by merger to Westinghouse Electric Corporation, CBS Corporation and Viacom Inc.; CRANE COMPANY; DERBYSHIRE MACHINE & TOOL CO.; DEZURIK, INC.' ELLIOTT COMPANY, f/k/a Elliott Turbomachinery Company; FLOWSERVE CORPORATION, successor-in-interest to Durametallic Corporation; FOSTER-WHEELER, LLC; GARLOCK SEALING TECHNOLOGIES, LLC, f/k/a Garlock, Inc.; GENERAL ELECTRIC COMPANY; HONEYWELL, INC.; IMO INDUSTRIES, INC., f/k/a IMO Delaval, Inc., f/k/a Transamerica DeLaval, Inc., f/k/a DeLaval Turbine, Inc., DeValco Corporation; INGERSOLL-RAND CORPORATION; ITT INDUSTRIES, INC.; MCNALLY INDUSTRIES, LLC, and its Northern Pump Division; METROPOLITAN LIFE INSURANCE COMPANY, f/k/a Metropolitan Insurance Company; NAGLE PUMPS, INC.; OWENS-ILLINOIS, INC., THRUSH COMPANY, INC., WARREN PUMPS, LLC, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | |

TO THE CLERK OF THE PANEL, THIS COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS HEREIN:

Please be advised the header/caption for the Notice of Removal inadvertently state United States District Court for the Western District of Pennsylvania. The caption/header should state United States Judicial Panel on Multidistrict Litigation.

Dated: April 11, 2011                                   Respectfully submitted,

                                                        PIETRAGALLO GORDON ALFANO BOSICK
                                                        AND RASPANTI, LLP


                                                        By: s/Bryan S. Neft
                                                            Bryan S. Neft, Esquire
                                                            Pa. I.D. No. 60007

                                                        One Oxford Centre, 38th Floor
                                                        Pittsburgh, PA 15219
                                                        (412) 263-2000

                                                        *Attorneys for Defendant General Electric Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 8th day of April, 2011, a true and correct copy of the foregoing **Notice of Errata** was served upon plaintiff's counsel and all defense counsel of record through the Court's CM/ECF system. Absent confirmation from the court that such electronic service has been made, service is being made upon plaintiff's counsel by first class mail, postage prepaid, addressed as follows, and upon all other known counsel of record at the addresses and in the manner set forth on the attached service list:

Peter T. Paladino, Jr., Esquire<br>
David P. Chervenick, Esquire<br>
Goldberg, Persky & White, P.C.<br>
1030 Fifth Avenue<br>
Pittsburgh, PA 15219<br>
<br>
*Attorneys for Plaintiff*

PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP

By: __s/Bryan S. Neft_____
      Bryan S. Neft, Esquire

*Attorneys for Defendant,*
*General Electric Company*

#1967461

## SERVICE LIST
## GERI GRABENSTEIN, EXECUTRIX OF THE ESTATE OF CHARLES A. MALLOY, DECEASED v. A. O. SMITH CORPORATION, ET AL.

To the extent not served pursuant to the Court's CM/ECF system, service of the foregoing pleading (without exhibits) is being made upon counsel for all parties by first class mail, addressed as follows, except that all counsel of the firm of Pietragallo Gordon Alfano Bosick & Raspanti, LLP are being served by hand delivery.

| *Defendant* | *Counsel of Record* |
|---|---|
| A. O. Smith Corporation | *No appearance to date* |
| Anchor Packing Company | *No appearance to date* |
| Buffalo Pumps, Inc. | Edward J. Wilbraham, Esquire<br>Jennifer E. Watson, Esquire<br>Wilbraham, Lawler & Buba<br>603 Stanwix Street<br>Two Gateway Center, 17 North<br>Pittsburgh, PA 15222<br>(412) 255-0500 |
| Cashco, Inc. | Edward A. Miller, Esquire<br>Michael A. Karaffa, Esquire<br>Melissa Devich Cochran, Esquire<br>Marshall, Dennehey, Warner, Coleman & Goggin, P.C.<br>U.S. Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(412) 803-1140 |
| CBS Corporation, successor by merger to Westinghouse Electric Corporation, CBS Corporation and Viacom, Inc. | Eric Horne, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>600 Grant Street, 45th Floor<br>Pittsburgh, PA 15219<br>(412) 566-1289 |
| Crane Company | Eric R. I. Cottle, Esquire<br>Kristen M. DelSole, Esquire<br>K&L Gates, LLP<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, PA 15222-2613<br>(412) 355-6500 |
| Derbyshire Machine & Tool Co. | *No appearance to date* |

| *Defendant* | *Counsel of Record* |
|---|---|
| Dezurik, Inc. | Joseph R. Schaper, Esquire<br>Maron Pierce, LLC<br>Landmarks Building<br>Suite 250<br>100 West Station Square Drive<br>Pittsburgh, PA 15219<br>(412) 281-5360 |
| Elliott Company, f/k/a Elliott Turbomachinery Company | Kimberly A. Brown, Esquire<br>Thorp Reed & Armstrong<br>One Oxford Centre, 14th Floor<br>Pittsburgh, PA 15219<br>(412) 394-2323 |
| Flowserve Corporation, successor-in-interest to Durametallic Corporation | Edward A. Miller, Esquire<br>Michael A. Karaffa, Esquire<br>Melissa Devich Cochran, Esquire<br>Marshall, Dennehey, Warner, Coleman & Goggin, P.C.<br>U.S. Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(412) 803-1140 |
| Foster-Wheeler, LLC | Dennis F. Wolford, Esquire<br>Reed, Luce, Tosh, Wolford & Douglass, P.C.<br>804 Turnpike Street<br>Beaver, PA 15009<br>(724) 774-9220 |
| Garlock Sealing Technologies, LLC, f/k/a Garlock, Inc. | Gregory L. Fitzpatrick, Esquire<br>Margolis Edelstein<br>525 William Penn Place<br>Suite 3300<br>Pittsburgh, PA 15219<br>(412) 281-4256 |
| General Electric Company | Bryan S. Neft, Esquire<br>Pietragallo Gordon Alfano Bosick & Raspanti, LLP<br>One Oxford Centre, 38th Floor<br>Pittsburgh, PA 15219<br>(412) 263-2000 |
| Honeywell, Inc. | *No appearance to date* |

| Defendant | Counsel of Record |
|---|---|
| IMO Industries, Inc., f/k/a IMO Delaval, Inc., f/k/a Transamerica DeLaval, Inc., f/k/a DeLaval Turbine, Inc., Devalco Corporation | Eric K. Falk, Esquire<br>Julie Nord Friedman, Esquire<br>Natalie M. Kreter, Esquire<br>Davies, McFarland & Carroll<br>One Gateway Center, 10th Floor<br>Pittsburgh, PA 15222-1416<br>(412) 281-0737 |
| Ingersoll-Rand Corporation | William J. Donovan, Esquire<br>Francis D. Wymard, Esquire<br>Burns White<br>Four Northshore Center<br>Pittsburgh, PA 15212<br>(412) 995-3000 |
| ITT Industries, Inc. | Robert W. Hastings, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402<br>(412) 281-7272 |
| McNally Industries, LLC, and its Northern Pump Division | W. Matthew Reber, Esquire<br>Anne Wilcox Lewis, Esquire<br>Kelley Jasons McGowan Spinelli & Hanna, LLP<br>Allegheny Building, Suite 1202<br>429 Forbes Avenue<br>Pittsburgh, PA 15219<br>(412) 434-6577 |
| Metropolitan Life Insurance Company, f/k/a Metropolitan Insurance Company | Stewart R. Singer, Esquire<br>Salmon, Ricchezza, Singer & Turchi, LLP<br>1700 Market Street, Suite 3110<br>Philadelphia, PA 19103<br>(215) 606-6604 |
| Nagle Pumps, Inc. | Richard C. Polley, Esquire<br>Adam J. Warhola, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402<br>(412) 281-7272 |
| Owens-Illinois, Inc. | John L. Vitsas, Esquire<br>Joshua D. Verdi, Esquire<br>Reed Smith, LLP<br>225 Fifth Avenue<br>Pittsburgh, PA 15222<br>(412) 288-3131 |
| Pacific Marine Supply, Inc. | Action voluntarily discontinued against this defendant by Order dated April 19, 2010 |

| Defendant | Counsel of Record |
|---|---|
| Thrush Company, Inc. | Eric K. Falk, Esquire<br>Julie Nord Friedman, Esquire<br>Natalie M. Kreter, Esquire<br>Davies, McFarland & Carroll<br>One Gateway Center, 10th Floor<br>Pittsburgh, PA 15222-1416<br>(412) 281-0737 |
| Warren Pumps, LLC | Edward A. Miller, Esquire<br>Michael A. Karaffa, Esquire<br>Melissa Devich Cochran, Esquire<br>Marshall, Dennehey, Warner, Coleman & Goggin, P.C.<br>U.S. Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(412) 803-1140 |