JANET L. RICE, WSBA#9386
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington  98104
Telephone:  (260) 622-8000
Facsimile:  (206) 682-2305

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

THIS DOCUMENT RELATES TO:

<u>Bouchard v. CBS Corp., et al.</u>
United States District Court
Western District of Washington
Cause No. 2:11-cv-00458RAJ

PLAINTIFFS' MOTIONS FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER, DATED MARCH 23, 2011

HEARING DATE:  May 16, 2011

COME NOW plaintiffs, Lola Bouchard and Michael Bouchard, by and through their attorney, Janet L. Rice of Schroeter, Goldmark & Bender, and move the Judicial Panel on Multidistrict Litigation for a suggestion of remand and for an order, pursuant to Rule of Procedure 12(d) and (f), vacating the Conditional Transfer Order, dated March 23, 2011.  This Motion is based upon the Memorandum in Support of Plaintiffs' Motions for a Suggestion of Remand and to Vacate Conditional Transfer Order, Dated March 23, 2011, filed herewith, and the records and documents on file in <u>Bouchard v. CBS Corp., et al.</u>, United States District

PLAINTIFFS' MOTIONS FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER, DATED NOVEMBER 10, 2010- 1

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

Court, Western District of Washington at Seattle, Cause No. 2:10-cv-01810 and 2:11-cv-00458RAJ.

RESPECTFULLY SUBMITTED, this 11th day of April, 2011.

        SCHROETER, GOLDMARK & BENDER

        *s/ Janet L. Rice*
        JANET L. RICE, WSBA #9386
        Counsel for Plaintiffs
        810 Third Avenue, Suite 500
        Seattle, Washington 98104
        (206) 622-8000

PLAINTIFFS' MOTIONS FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER, DATED NOVEMBER 10, 2010- 2

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 11, 2011,** I electronically filed the foregoing **PLAINTIFFS' MOTIONS FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER, DATED MARCH 23, 2011** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Counsel for **Foster-Wheeler Energy Corp**.; **Hopeman Brothers, Inc.**<br>Dirk Bernhardt<br>MURRAY, DUNHAM & MURRAY<br>200 West Thomas, Suite 350<br>Seattle, WA 98119 | Counsel for **Saberhagen Holdings, Inc**.<br>Timothy Thorson<br>CARNEY, BADLEY SPELLMAN<br>701 Fifth Avenue, Suite 3600<br>Seattle, Washington 98104-7010 |
| Counsel for **Lockheed Shipbuilding Co.**<br>Robert Andre<br>OGDEN MURPHY WALLACE, PLLC<br>1601 Fifth Avenue, Suite 2100<br>Seattle, Washington 98101 | Counsel for **Todd Shipyards**<br>KARR TUTTLE CAMPBELL<br>Walter Eugene Barton<br>1201 Third Avenue, Suite 2900<br>Seattle, Washington 98101-3028 |
| Counsel for **CSK Auto**<br>Stephen Leatham<br>HEURLIN & POTTER<br>211 East McLoughlin Blvd., Suite 100<br>Vancouver, WA 98666-0611 | Counsel for **E & E Lumber**, Inc. a Washington Corporation<br>Jan Brucker<br>JACKSON JENKINS & RENSTROM, LLP<br>701 Fifth Ave., 42nd Floor,<br>Seattle, WA 98104 |
| Counsel for **Georgia Pacific**<br>Barry Mesher/Brian Zeringer/Bruce Hamlin<br>LANE POWELL PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, Washington 98101-2338 | Counsel for **Metalclad Insulation Corp**<br>Katherine M. Steele<br>STAFFORD FREY COOPER, PC<br>3100 Two Union Square<br>601 Union Street<br>Seattle, WA 98101 |
| Counsel for **Metropolitan Life Insurance Co**.<br>Richard Gawlowski<br>WILSON, SMITH, COCHRAN & DICKERSON<br>1215 Fourth Avenue, Suite 1700<br>Seattle, Washington 98161-1007 | Counsel for **Union Carbide** and **Saint Gobain Containers Inc.**<br>Diane Kero<br>GORDON THOMAS HONEYWELL<br>600 University Street, Suite 2101<br>Seattle, Washington 98101 |

I further certify that I served the foregoing on attorney of record for defendant E&E Lumber by having said copies sent via legal messenger to the office address below:

---

PLAINTIFFS' MOTIONS FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER, DATED NOVEMBER 10, 2010- 3

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

1  Counsel for **E & E Lumber**, Inc. a Washington
   Corporation
2  Ronald G. Housh, P.S.
   800 Fifth Avenue, Suite 4000
3  Seattle, WA 98104-3180

4
                    *s/ Robert Ylitalo*
5                   ROBERT YLITALO
                    Legal Assistant
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PLAINTIFFS' MOTIONS FOR A SUGGESTION OF
REMAND AND TO VACATE CONDITIONAL
TRANSFER ORDER, DATED NOVEMBER 10, 2010- 4

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305