JANET L. RICE, WSBA#9386
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington  98104
Telephone:  (260) 622-8000
Facsimile:  (206) 682-2305

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

THIS DOCUMENT RELATES TO:

<u>Bouchard v. CBS Corp., et al.</u>
United States District Court
Western District of Washington
Cause No. 2:11-cv-00458RAJ

MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTIONS FOR A SUGGESTION OF REMAND AND TO VACATE
CONDITIONAL TRANSFER ORDER, DATED MARCH 23, 2011

I.   FACTS

Plaintiff Lola Bouchard is a 51-year-old woman who was diagnosed with mesothelioma in April 2010.  Exhibit A attached to the Declaration of Janet L. Rice in Support of Plaintiffs' Motions for a Suggestion of Remand and to Vacate Conditional Transfer Order, Dated March 23, 2011.[1]  Plaintiff was exposed to asbestos, in part, from washing the clothes of her deceased husband Ronald Burger and in part, from living with her father who was exposed to asbestos. Defendant Lockheed Shipbuilding Co. filed a Notice of Removal in this action on March 16,

---

[1] All referenced exhibits are attached to the Rice Declaration.

MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTIONS FOR A SUGGESTION OF REMAND AND
TO VACATE CONDITIONAL TRANSFER ORDER,
DATED NOVEMBER 10, 2010- 1
N:\ASBESTOS\Bouchard 18387\P - Consolidated\Federal Pleadings-2\Motion to Vacate CTO\MotVacateCTO-memo-041111.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

2011.  Cause No. 2:11-cv-00458RAJ, Ct docket No. 1.  Plaintiffs Lola and Michael Bouchard filed a Motion to Remand on March 24, 2011.  <u>Id.</u> at Ct docket No. 9.  The hearing on the motion to remand is scheduled for April 15, 2011.  This case was previously removed to federal court by another defendant in the case on November 5, 2010.  Cause No. 2:10-cv-01810RAJ, Ct. docket No. 1.  The Court granted plaintiffs' motion to remand in that case on January 12, 2011.  <u>Id.</u> at Ct docket No. 57.

Ms. Bouchard is likely to die of mesothelioma.  She may survive a few more months but there is substantial doubt that she will survive beyond one year.  Exhibit B (Declaration of James E. Congdon, D.O. in Support of Plaintiffs' Motion for Accelerated Trial Setting).  After the case was previously remanded to state court, it was consolidated with a parallel case filed by plaintiffs (the parallel case was based on exposure to non-shipyard defendant products) and the trial date was schedule for June 20, 2011.  Rice Dec., Exhibit C.  To date the parties have disclosed their witnesses pursuant to the King County asbestos style rules, taken the depositions of plaintiff and plaintiffs' product identification witnesses, and taken the depositions of three plaintiffs' experts and five defense experts.  Declaration of Janet L. Rice.  At the time the notice of removal was filed, depositions of CR 30(b)(6) witnesses and expert depositions were scheduled.  <u>Id.</u>  There also were five outstanding discovery requests propounded both by plaintiffs and defendants.  <u>Id.</u>  The parties were proceeding with discovery in anticipation of a June 20, 2011 trial date.

## II.   EVIDENCE RELIED UPON

Plaintiffs rely upon the Declaration of Janet L. Rice in Support of Plaintiffs' Motions for a Suggestion of Remand and to Vacate Conditional Transfer Order, Dated March 23, 2011. and the exhibits attached thereto.

MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTIONS FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER, DATED NOVEMBER 10, 2010- 2
N:\ASBESTOS\Bouchard 18387\P - Consolidated\Federal Pleadings-2\Motion to Vacate CTO\MotVacateCTO-memo-041111.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

III.   ARGUMENT

Based on the foregoing, transferring this case to the Multi-District Litigation No. 875 is unjust and would be prejudicial to plaintiff, as she will likely be deceased before the resolution of her case.

28 U.S.C. Section 1367(c) states:

(c)   The district courts may decline to exercise supplemental jurisdiction over a claim under subsection (a) if --
  (1)   the claim raises a novel or complex issue of State law,
  (2)   the claim substantially predominates over the claim or claims over which the district court has original jurisdiction,
  (3)   the district court has dismissed all claims over which it has original jurisdiction, or
  (4)   **in exceptional circumstance, there are other compelling reasons for declining jurisdiction.**

(Emphasis added)

There are compelling reasons for declining jurisdiction in this case. Plaintiffs obtained an expedited jury trial in state court so that Ms. Bouchard would be alive and able to participate in her day in court. Plaintiffs will seek an expedited trial date in federal court for the same reason. Such a trial should be held in Seattle so that Ms. Bouchard will not have to travel long distances in her condition. It would be a waste of judicial time for the case to be transferred to the MDL if the Court is likely to refer the case back to the Seattle District Court for trial. It would also delay the setting of the trial date until after Ms. Bouchard dies if the case is transferred to the MDL. In order for this case to be tried in an expedited manner so that Ms. Bouchard can participate in her trial, the case should not be transferred to the MDL. [2]

RESPECTFULLY SUBMITTED, this 11th day of April, 2011.

---

[2] Complying with Administrative Order No. 18, plaintiff states that a Rule 26(f) report has not yet been made nor have plaintiffs complied yet with Administrative orders 12 and 12A. There are no outstanding motions in the case other than the motion for remand.

MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTIONS FOR A SUGGESTION OF REMAND AND
TO VACATE CONDITIONAL TRANSFER ORDER,
DATED NOVEMBER 10, 2010- 3
N:\ASBESTOS\Bouchard 18387\P - Consolidated\Federal Pleadings-2\Motion to Vacate CTO\MotVacateCTO-memo-041111.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

SCHROETER, GOLDMARK & BENDER

*s/ Janet L. Rice*_____
JANET L. RICE, WSBA #9386
Counsel for Plaintiffs
810 Third Avenue, Suite 500
Seattle, Washington  98104
(206) 622-8000

MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTIONS FOR A SUGGESTION OF REMAND AND
TO VACATE CONDITIONAL TRANSFER ORDER,
DATED NOVEMBER 10, 2010- 4
N:\ASBESTOS\Bouchard 18387\P - Consolidated\Federal Pleadings-2\Motion to
Vacate CTO\MotVacateCTO-memo-041111.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on **April 11, 2011,** I electronically filed the foregoing **MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTIONS FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER, DATED MARCH 23, 2011** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Counsel for **Foster-Wheeler Energy Corp**.; **Hopeman Brothers, Inc.**<br>Dirk Bernhardt<br>MURRAY, DUNHAM & MURRAY<br>200 West Thomas, Suite 350<br>Seattle, WA 98119 | Counsel for **Saberhagen Holdings, Inc**.<br>Timothy Thorson<br>CARNEY, BADLEY SPELLMAN<br>701 Fifth Avenue, Suite 3600<br>Seattle, Washington 98104-7010 |
| Counsel for **Lockheed Shipbuilding Co.**<br>Robert Andre<br>OGDEN MURPHY WALLACE, PLLC<br>1601 Fifth Avenue, Suite 2100<br>Seattle, Washington 98101 | Counsel for **Todd Shipyards**<br>KARR TUTTLE CAMPBELL<br>Walter Eugene Barton<br>1201 Third Avenue, Suite 2900<br>Seattle, Washington 98101-3028 |
| Counsel for **CSK Auto**<br>Stephen Leatham<br>HEURLIN & POTTER<br>211 East McLoughlin Blvd., Suite 100<br>Vancouver, WA 98666-0611 | Counsel for **E & E Lumber**, Inc. a Washington Corporation<br>Jan Brucker<br>JACKSON JENKINS & RENSTROM, LLP<br>701 Fifth Ave., 42nd Floor,<br>Seattle, WA 98104 |
| Counsel for **Georgia Pacific**<br>Barry Mesher/Brian Zeringer/Bruce Hamlin<br>LANE POWELL PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, Washington 98101-2338 | Counsel for **Metalclad Insulation Corp**<br>Katherine M. Steele<br>STAFFORD FREY COOPER, PC<br>3100 Two Union Square<br>601 Union Street<br>Seattle, WA 98101 |
| Counsel for **Metropolitan Life Insurance Co**.<br>Richard Gawlowski<br>WILSON, SMITH, COCHRAN & DICKERSON<br>1215 Fourth Avenue, Suite 1700<br>Seattle, Washington 98161-1007 | Counsel for **Union Carbide** and **Saint Gobain Containers Inc.**<br>Diane Kero<br>GORDON THOMAS HONEYWELL<br>600 University Street, Suite 2101<br>Seattle, Washington 98101 |

I further certify that I served the foregoing on attorney of record for defendant E&E Lumber by having said copies sent via legal messenger to the office address below:

MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTIONS FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER, DATED NOVEMBER 10, 2010- 5
N:\ASBESTOS\Bouchard 18387\P - Consolidated\Federal Pleadings-2\Motion to Vacate CTO\MotVacateCTO-memo-041111.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

1
2  Counsel for **E & E Lumber**, Inc. a Washington Corporation
3  Ronald G. Housh, P.S.
   800 Fifth Avenue, Suite 4000
   Seattle, WA 98104-3180

4
5          *s/ Robert Ylitalo*
           ROBERT YLITALO
6          Legal Assistant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTIONS FOR A SUGGESTION OF REMAND AND
TO VACATE CONDITIONAL TRANSFER ORDER,
DATED NOVEMBER 10, 2010- 6
N:\ASBESTOS\Bouchard 18387\P - Consolidated\Federal Pleadings-2\Motion to Vacate CTO\MotVacateCTO-memo-041111.doc

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305