JANET L. RICE, WSBA#9386
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington  98104
Telephone:  (260) 622-8000
Facsimile:  (206) 682-2305

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

THIS DOCUMENT RELATES TO:

<u>Bouchard v. CBS Corp., et al.</u>
United States District Court
Western District of Washington
Cause No. 2:11-cv-00458RAJ

DECLARATION OF JANET L. RICE IN SUPPORT OF PLAINTIFFS' MOTIONS FOR SUGGESTION OF REMAND AND TO VACATE
CONDITIONAL TRANSFER ORDER, DATED MARCH 23, 2011

I, Janet L. Rice declare as follows:

1. I am one of the attorneys for the plaintiff.

2. Plaintiff Lola Bouchard is likely to die of mesothelioma and may survive a few more months but there is substantial doubt that she will survive beyond one year.  Attached as Exhibit A and B are true and correct copies of diagnosis of mesothelioma and the declaration of Dr. James Congdon.

3. The trial was scheduled to take place in state court on June 20, 2011 before the Honorable Douglass North.  Attached as Exhibit C is a true and correct copy of Order Re

DECLARATION OF JANET L. RICE IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUGGESTION OF
REMAND AND TO VACATE CONDITIONAL
TRANSFER ORDER, DATED MARCH 23, 2011 - 1

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

1  Individual Calendar for Asbestos Cases (Schroeter, Goldmark & Bender) in King County Cause No. 10-2-32586-7SEA.

4.  To date the parties have disclosed their witnesses pursuant to the King County asbestos style rules, taken the depositions of plaintiffs' product identification witnesses, and taken the depositions of three plaintiffs' experts and five defense experts.  At the time the notice of removal was filed, depositions of CR 30(b)(6) witnesses and expert depositions were scheduled.  There also were five outstanding discovery requests propounded both by plaintiffs and defendants.  The parties were proceeding with discovery in anticipation of a June 20, 2011 trial date.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 11th day of April, 2011.

SCHROETER, GOLDMARK & BENDER

*s/ Janet L. Rice*
JANET L. RICE, WSBA #9386
Counsel for Plaintiffs
810 Third Avenue, Suite 500
Seattle, Washington  98104
(206) 622-8000

DECLARATION OF JANET L. RICE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER, DATED MARCH 23, 2011 - 2

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on **April 11, 2011,** I electronically filed the foregoing **DECLARATION OF JANET L. RICE IN SUPPORT OF PLAINTIFFS' MOTIONS FOR SUGGESTION OF REMAND AND TO VACATECONDITIONAL TRANSFER ORDER, DATED MARCH 23, 2011** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Counsel for **Foster-Wheeler Energy Corp**.; **Hopeman Brothers, Inc.**
Dirk Bernhardt
MURRAY, DUNHAM & MURRAY
200 West Thomas, Suite 350
Seattle, WA 98119

Counsel for **Saberhagen Holdings, Inc**.
Timothy Thorson
CARNEY, BADLEY SPELLMAN
701 Fifth Avenue, Suite 3600
Seattle, Washington 98104-7010

Counsel for **Lockheed Shipbuilding Co.**
Robert Andre
OGDEN MURPHY WALLACE, PLLC
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101

Counsel for **Todd Shipyards**
KARR TUTTLE CAMPBELL
Walter Eugene Barton
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028

Counsel for **CSK Auto**
Stephen Leatham
HEURLIN & POTTER
211 East McLoughlin Blvd., Suite 100
Vancouver, WA 98666-0611

Counsel for **E & E Lumber**, Inc. a Washington Corporation
Jan Brucker
JACKSON JENKINS & RENSTROM, LLP
701 Fifth Ave., 42nd Floor,
Seattle, WA 98104

Counsel for **Georgia Pacific**
Barry Mesher/Brian Zeringer/Bruce Hamlin
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338

Counsel for **Metalclad Insulation Corp**
Katherine M. Steele
STAFFORD FREY COOPER, PC
3100 Two Union Square
601 Union Street
Seattle, WA 98101

Counsel for **Metropolitan Life Insurance Co**.
Richard Gawlowski
WILSON, SMITH, COCHRAN & DICKERSON
1215 Fourth Avenue, Suite 1700
Seattle, Washington 98161-1007

Counsel for **Union Carbide** and **Saint Gobain Containers Inc.**
Diane Kero
GORDON THOMAS HONEYWELL
600 University Street, Suite 2101
Seattle, Washington 98101

I further certify that I served the foregoing on attorney of record for defendant E&E Lumber by having said copies sent via legal messenger to the office address below:

DECLARATION OF JANET L. RICE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER, DATED MARCH 23, 2011 - 3

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

1  Counsel for **E & E Lumber**, Inc. a Washington Corporation
2  Ronald G. Housh, P.S.
   800 Fifth Avenue, Suite 4000
3  Seattle, WA 98104-3180

4
                                    *s/ Robert Ylitalo*
5                                   ROBERT YLITALO
                                    Legal Assistant
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF JANET L. RICE IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUGGESTION OF
REMAND AND TO VACATE CONDITIONAL
TRANSFER ORDER, DATED MARCH 23, 2011 - 4

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305