# EXHIBIT A



1321 Colby Avenue
Everett, WA 98206
(425) 261-3670

1124 Columbia Street, Suite 200
Seattle, WA 98104
(866) 236-8296

Tajinder S. Bisla, MD
Alan C. Boudousquie, MD
Mark A. Edgar, MD
Chris Chong, MD
Barry T. Kahn, MD
Ernest Kawamoto, MD
Deirdre P. McDonagh, MD
Kirstine Y. Oh, MD
Martin J. Pointon, MD
Jon A. Reed, MD
Charles Sturgis, MD
Donald T. Tran, MD

| | | | |
|---|---|---|---|
| Patient Name: | **Bouchard, Lola S** | Pathology No.: | S10-022221 |
| Patient ID: | | Collection Date: | 4/30/2010 |
| | | Received Date: | 4/30/2010 |

## SURGICAL PATHOLOGY REPORT

**FINAL DIAGNOSIS:**

**Right Chest Pleural Mass, CT-Guided Core Biopsy:**
  **Poorly differentiated epithelioid malignant neoplasm, consistent with malignant mesothelioma (see comment).**

**DIAGNOSIS COMMENT:**
The biopsy consists of tissue that is extensively infiltrated by a sheet-like tumor; a small portion of non-neoplastic lung parenchyma is seen. The tumor has a poorly differentiated epithelioid morphology. The differential diagnosis includes malignant mesothelioma and adenocarcinoma.

Immunohistochemistry was performed to help clarify the diagnosis. Although the neoplastic cells are negative for WT1, they are positive for calretinin, CK5/6 and D2-40; they are also focally positive for CK7. The neoplasm is negative for adenocarcinoma markers (TTF1, BerEp4, MOC31, monoclonal CEA and Bg8), CK20, S100 (background staining present) and CD45 (abundant background of inflammatory cells present).

Overall, this is a malignant neoplasm has morphologic and immunophenotypic features that are most consistent with a diagnosis of malignant epithelioid mesothelioma. Clinical correlation is recommended.

**CLINICAL INFORMATION:**
A 50-year-old female with a very large right lung mass involving a large portion of the chest. Clinical differential diagnosis includes mesothelioma. Please note, this is a rush case.

**INTRAPROCEDURAL EVALUATION:**
Right chest pleural mass (touch prep): "Neoplastic cells. Diagnostic material obtained".
Performed by: Tajinder S. Bisla, M.D.

**GROSS DESCRIPTION:**

| | | | |
|---|---|---|---|
| Patient: | Bouchard, Lola S | Clinician: | James E Congdon, DO |
| Patient ID: | | Group: | Providence Regional Cancer Partnership |
| Date of Birth: | Age: 50 | | 1717 13th St. |
| Gender: | F | | Ste. 300 |
| Location: | PEMC Colby - Outpatient | | EVERETT, WA. 98201 |
| Reference No: | | | CR: 26 |
| Referring Clinician: | James E Congdon, DO | | |
| Copies To: | Mohammed F Quraishi, MD | | |

Additional CellNetix Pathologists: TS Bisla, MD, AC Boudousquie, MD, KM Braaten, MD, F Cady, MD, C Chong, MD, D Coco, MD, DJ Corwin, MD, MA Edgar, MD, N Fidde, MD, JA Freed, MD, NP Horton, MD, DR Howard, MD PhD, CJ Hunter, MD, C Isacson, MD, BT Kahn, MD, E Kawamoto, MD, CC Kitchell, MD, RH Knierim, MD, BG Kulander, MD, KM Mantei, MD, DP McDonagh, MD, JM Odell, MD, KY Oh, MD, DF Peck, MD, N Perez-Reyes, MD, ES Pizer, MD, MJ Pointon, MD, RD Ranguelov, MD, JP Rank, MD, JA Reed, MD, SW Rostad, MD, C Sturgis, MD, SD Thornton, MD, RJ Tickman, MD, DT Tran, MD, NP Wang, MD, PhD, RO Whitten, MD, DC Wolinsky, MD

Page 1 of 2
Cellnetix Path Labs, Tran MD Page 1 of 2

Affidavit of Janet L. Rice
Exhibit A

Received in formalin labeled, "Bouchard, Lola", and designated "**right chest pleural mass**", are seven 0.1 cm diameter elongated portions of tissue, 0.2, 0.2, 0.3, 0.3, 0.4, 0.6 and 0.6 cm in length, submitted in A1. (axp/bas)

## IMMUNOHISTOCHEMISTRY STUDY:

Deparaffinized sections of formalin-fixed tissue and the appropriate controls are incubated with a panel of antibodies or a specific fluorescein-labeled (oligo)nucleotide probe. Localization is via one or all of the following three systems: Alkaline Phosphatase multimer-based method, indirect biotin streptavidin immunoperoxidase method, and biotin free multimer immunoperoxidase method. Results are outlined in the table below:

Block A1

| Antibody | Result | Comment |
| --- | --- | --- |
| CK7 | Focally positive | |
| CK20 | Negative | |
| TTF-1 | Negative | A positive internal control is identified. |
| WT-1 | Negative | A positive internal control is identified. |
| Calretinin | Positive | |
| D2-40 | Positive | |
| BerEP4 | Negative | |
| BG8 | Negative | |
| S-100 | Negative | Background staining and probably some dendritic cells present |
| CD45 | Negative | Background inflammatory cells positive |
| CK 5/6 | Variably positive | |
| MOC31 | Negative | |
| CEA-M | Negative | |

**Impression:** See above.
**Interpreted by:** Don T Tran M.D.
**Comment:**

The immunohistochemical tests reported were developed and performance characteristics determined by CellNetix Labs, LLC. Some tests have not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. These tests may be used for clinical purposes. They should not be regarded as investigational or for research use only. CellNetix Labs, LLC is certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA) as qualified to perform high complexity clinical laboratory testing.

## PHYSICIAN NOTIFICATION:
A preliminary diagnosis of malignant epithelioid neoplasm was verbally communicated to Dr. James Congdon on 5/3/10.

## INTRADEPARTMENTAL CONSULTATION:
CellNetix Pulmonary pathologist, Dr. Matthew Horton, also reviewed this case and agrees with the above diagnosis of malignant mesothelioma.

**Don T Tran, M.D.** Electronically signed 05/07/2010

---

Patient: **Bouchard, Lola S**
Gender: F   Age: 50

Affidavit of Janet L. Rice
Exhibit A

**Surgical Pathology Report**
**S10-022221**

Page 2 of 2
CellNetix Path Labs, Tran MD Page 2 of 2

# EXHIBIT B

Honorable Douglass North

Hearing Date:

Without Oral Argument

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| LOLA and MICHAEL BOUCHARD, wife and husband<br><br>Plaintiffs,<br><br>v.<br><br>CBS CORPORATION, et al.,<br><br>Defendants. | No. 10-2-32586-7SEA<br><br>**DECLARATION OF JAMES E. CONGDON. D.O., IN SUPPORT OF PLAINTIFFS' MOTION FOR ACCELERATED TRIAL SETTING**<br><br>**Clerk's Action Required**<br><br>Hearing Date: |

I, James E. Congdon, D.O., declare as follows:

1. I am licensed to practice medicine in the State of Washington. I am board certified in Internal Medicine. I am the treating Oncologist for LOLA BOUCHARD. My office is located at 1717 13th St., Everett, Washington 98201.

2. Mrs. BOUCHARD, who is 50 years old, has been seen by me on multiple occasions, most recently on or about September 9, 2010. She is terminally ill with mesothelioma.

3. LOLA BOUCHARD initially presented to the emergency room on April 17, 2010 at Everett Providence Regional Medical Center in Everett, Washington complaining of a several week history of increasing exertional dyspnea along with a dry cough with a small amount of whitish-yellow sputum along with a several day history of a low-grade fever. In the course of the emergency room evaluation, they performed a chest x-ray, which revealed a large pleural base mass in the right hemithorax with possible mediastinal adenopathy. They then went on to

1
DECLARATION OF JAMES E. CONGDON. D.O., IN SUPPORT OF PLAINTIFFS' MOTION FOR ACCELERATED TRIAL SETTING

Document

perform a CT scan of the chest which revealed a massive right hemithorax mass filling perhaps 75% of the total right hemithorax volume. The lesion was multilobular and likely pleural-based in origin. Within the tumor mass were noted scattered foci of calcium. The mass had deformed and displaced the heart more laterally into the left chest. It filled the mesoesophageal recess while abutting the esophagus and aorta. The right hilum was engulfed. There was no evidence of pericardial infusion and no obvious bone destruction. The major airways were not occluded and the left lung was clear.

4. On April 26, 2010 Mrs. BOUCHARD was referred to my care for a medical oncology consultation after she was informed she probably had a primary lung cancer. Following my thorough review of her current illness, past medical history, social history, family history and in person physical examination I recommended a repeat of her prior laboratory examinations and a CT-directed core needle biopsy. The biopsy was performed on April 30, 2010 at Providence Everett Medical Center. The treating pathologist who reviewed the pathology materials diagnosed poorly differentiated epithelioid malignant neoplasm, consistent with malignant mesothelioma. On May 5, 2010 I informed Mrs. BOUCHARD and her husband of the malignancy.

5. On May 7, 2010, while waiting for the final results of the additional pathology review, Mrs. BOUCHARD underwent the placement of an implanted in-chest power port as well as an MRI of her brain. On May 13, 2010 Mrs. BOUCHARD underwent a PET-CT scan of the chest for tumor staging. The results of the PET-CT scan indicated that the disease was regionally advanced and unresectable.

6. The reviewing pathologist performed additional Immunohistochemical stains and completed an interdepartmental consultation which confirmed the diagnosis of malignant mesothelioma. On May 19, 2010 I informed Mrs. BOUCHARD and her husband of the diagnosis and prognosis. I informed them that mesothelioma is not curable and is poorly responsive to therapy.

2
DECLARATION OF JAMES E. CONGDON. D.O., IN SUPPORT OF PLAINTIFFS' MOTION FOR ACCELERATED TRIAL SETTING

7. Unfortunately Mrs. BOUCHARD was not seen as a surgical candidate due to the local extensive infiltration into surrounding tissues and mediastinal nodal involvement. Subsequently, radiation therapy would have been ineffective and quite toxic. The best chance for palliation was systemic chemotherapy.

8. Palliative systemic chemotherapy, with Cisplatin and Alimta, commenced on May 26, 2010. Chemotherapy would be administered every three weeks. To date, Mrs. BOUCHARD has undergone 5 cycles of chemotherapy. The chemotherapy is not being administered with curative intent; rather Mrs. BOUCHARD's treatment is solely palliative.

9. LOLA BOUCHARD's disease is currently measured as Stage III mesothelioma, a terminal disease. Mrs. BOUCHARD's condition will continue to deteriorate as a result of her mesothelioma. On July 26, 2010, following the third cycle of her chemotherapy Mrs. BOUCHARD underwent a CT scan of the chest to determine if there was any objective response to the treatment. The interpreting radiologist noted bulky masses within the right hemithorax involving the visceral and parietal pleura. Though there was no measurable change in size the masses were noted to be quite extensive. A new, small right sided pleural effusion was also noted. Following the administration of chemotherapy Mrs. BOUCHARD suffers from nausea and fatigue. Prior to her diagnosis of mesothelioma and commencement of chemotherapy Mrs. BOUCHARD weighed 135-138 pounds. She has lost approximately 20 pounds and currently weighs 114 pounds and is now anemic. She complains of intermittent chest pain with coughing, deep breathing and strenuous activity. She appears chachetic and chronically ill. Narcotic pain medications have been prescribed and will be administered in increasing dosages in the near future. Neither surgery, radiation nor the chemotherapy will cure her of her disease and she will likely die from it or its complications.

10. It is my medical opinion, as a physician involved in the care and treatment of LOLA BOUCHARD, she may survive a few more months but there is substantial medical doubt Mrs. BOUCHARD will survive beyond one year from the date of this declaration. My medical

3
DECLARATION OF JAMES E. CONGDON. D.O., IN SUPPORT OF PLAINTIFFS' MOTION FOR ACCELERATED TRIAL SETTING

1 opinion is based on all of the facts and factors as specifically outlined below. My opinion is
2 based upon several factors: my training as a physician; my considerable experience treating
3 cancer patients; my experience treating patients suffering from Mrs. BOUCHARD's specific
4 disease of mesothelioma; my specialized knowledge regarding the typical course of this cancer
5 in patients like Mrs. BOUCHARD; my knowledge of the specifics of Mrs. BOUCHARD's
6 current condition; how her condition has deteriorated since her diagnosis and the significance of
7 her signs and symptoms; and my knowledge of the specifics of the recent treatments rendered to
8 Mrs. BOUCHARD and how such treatments affect her prognosis.

9     11. There is no set mathematical formula and "decision matrix" for estimating life
10 expectancy in terminal patients. Rather, such judgments are made on a case by case basis based
11 on the physician's training, education, and experience. I have attempted to present, in so far as
12 possible, the basis for my conclusions and opinions regarding Mrs. BOUCHARD.

13     I declare under penalty of perjury under the laws of the State of Washington that the
14 foregoing is true and correct.

15     Executed on September 16, 2010 in Everett, Washington.

17     _____
    James E. Congdon, D.O.

27     4
28 DECLARATION OF JAMES E. CONGDON. D.O., IN SUPPORT OF PLAINTIFFS' MOTION FOR ACCELERATED TRIAL SETTING

Document

# EXHIBIT C

Honorable Douglass North

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| LOLA and MICHAEL BOUCHARD, wife and husband<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CBS CORPORATION, et al.,<br><br>　　　　　　　　　　　Defendants | No. 10-2-32586-7SEA<br><br>[PROPOSED] ORDER RE: INDIVIDUAL CALENDAR FOR ASBESTOS CASES (SCHROETER, GOLDMARK & BENDER)<br><br>TRIAL DATE: JUNE 20, 2011 |
| LOLA and MICHAEL BOUCHARD, wife and husband<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CSK AUTO, INC., et al.,<br><br>　　　　　　　　　　　Defendants. | |

### ORDER RE: INDIVIDUAL CALENDAR FOR ASBESTOS CASES (SCHROETER, GOLDMARK & BENDER)

Based on the foregoing stipulation, now, therefore, the King County Superior Court issues this case scheduling order to establish due dates for discovery, settlement discussions, pretrial preparation and trial in this action; existing Style Orders governing asbestos actions remain in effect and govern this action except to the extent specifically modified herein.

IT IS HEREBY ORDERED:

---

ORDER RE: INDIVIDUAL CALENDAR FOR
ASBESTOS CASES (SCHROETER, GOLDMARK
& BENDER)- 1
N:\ASBESTOS\Bouchard 18387\P - Consolidated\Case Scheduling Order (proposed) re
trial 062011.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1. **Individual Calendar.** The Court hereby adopts the following schedule and procedures for the action, and assigns this case for all further rulings and for trial to the Hon. Douglass North.

2. **Modifications of Schedule.** The filing dates and action deadlines set forth in this schedule shall not be modified except upon motion, *provided that* the parties may at any time agree to expand the scope of and time available for discovery, *provided further that* the court will not enforce any modifications of this Order's discovery provisions unless they were also incorporated into an Order of the Court issued upon motion by or stipulation of one or more of the parties hereto.

3. **Defendants-Settlement Authority.** The responsible attorney for each defendant shall have authority from and access to any out-of-state representative of the defendant or defendant's Insurer who has ultimate settlement authority for the particular defendant during the settlement periods designated below:

4. **Discovery.**

   a. **Interrogatories.** To the extent they have not already been completed pursuant to General Pretrial Discovery Style Order No. 7, plaintiffs shall serve answers to the Defendants' First Style Interrogatories to Plaintiffs within thirty (30) days of the date of this Order, whichever is later. If discovery is not provided, sanctions may be entered upon motion of any affected defendant.

   b. **Standard Defendant Discovery.** Defendant shall serve answers to the Plaintiffs' Interrogatories to Defendant within thirty (30) days of the date of service. If discovery is not provided, sanctions may be entered upon motion of any affected plaintiff.

ORDER RE: INDIVIDUAL CALENDAR FOR
ASBESTOS CASES (SCHROETER, GOLDMARK
& BENDER)- 2
N:\ASBESTOS\Bouchard 18387\P - Consolidated\Case Scheduling Order (proposed) re
trial 062011.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

c. <u>Releases and Records</u>. Plaintiff shall deliver to counsel for each defendant, within thirty (30) days of the date of this Order, a copy of all medical records, workers compensation/disability records, and employment records in the possession of plaintiffs' counsel, and a release for all medical records of physicians listed in Plaintiffs' Answers to Interrogatories Nos. 16 & 17, subject to any declared claims of privilege or irrelevance. Copying costs shall be shared by the defendant(s). Plaintiff shall prepare and distribute a case profile to each defense counsel.

d. <u>Requests for Further Discovery and Integration with Style Order</u>. The parties may obtain further information to facilitate the evaluation of cases subject to this Order. All discovery herein shall be in addition to, and not in lieu of, such discovery as authorized under the existing Style Orders. Also, the requirements under this paragraph may be modified by the Court upon motion of any party.

5. <u>Defendant's Case Evaluation</u>. By the date set in paragraph 6(f) below, each defendant shall have completed its review and evaluation of this case, and arrived at its settlement authority. Each defendant, who requests additional information pursuant to paragraph 4(e), above, shall have 7 days from the date the additional information is supplied or its request is denied by the Court, to complete its evaluation and to arrive at settlement authority for such cases.

6. The Court hereby establishes the following deadlines for settlement efforts:

a. <u>March 21, 2011</u> Plaintiff to serve settlement demand upon defense counsel.

ORDER RE: INDIVIDUAL CALENDAR FOR
ASBESTOS CASES (SCHROETER, GOLDMARK
& BENDER)– 3
N:\ASBESTOS\Bouchard 18387\P - Consolidated\Case Scheduling Order (proposed) re trial 062011.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

e. <u>March 28, 2011</u> Defendants to serve completed Case Profiles on plaintiffs' counsel, with copies to the judge, for all cases in which defendants believe plaintiffs' case profile should be corrected or supplemented.

f. <u>March 28, 2011</u> Defendants to serve responsive settlement offers upon plaintiffs' counsel.

g. <u>April 4, 2011</u> Plaintiffs' counsel shall submit the first monthly settlement report to the court, and shall do so each month thereafter until the case is settled or trial is commenced.

h. <u>April 4, 2011</u> Starting at any time on or after this date, the Court may require the personal presence of all counsel, including lead counsel, if any, to report on or participate in settlement discussions; such date (s) may be set by the Court on its own motion.

7. Final Pretrial deadlines: The following deadlines shall apply unless otherwise modified by the Court, <u>provided that</u>, if the designated date falls on a non-court day, the next court day shall be treated as the designated date.

(i) <u>No later than 49 days prior to trial     May 2, 2011</u>

All parties must serve and file: a designation by page and line of all depositions intended to be used at trial in the case-in-chief; and a list of all exhibits intended to be used at trial in the case-in-chief.

(ii) <u>No later than 35 days prior to trial     May 16, 2011</u>

All parties must have completed all discovery.

(iii) <u>No later than 32 days prior to trial     May 19, 2011</u>

All parties must serve and file all memoranda in opposition to dispositive motions, with supporting affidavits.

→ *No later than 28 days before trial - May 23, 2011 - Engage in*

(iv) <u>No later than 26 days prior to trial     May 25, 2011</u> *Alternative Dispute Resolution.*

*D.A.N.*

ORDER RE: INDIVIDUAL CALENDAR FOR
ASBESTOS CASES (SCHROETER, GOLDMARK
& BENDER)– 4
N:\ASBESTOS\Bouchard 18387\P - Consolidated\Case Scheduling Order (proposed) re trial 062011.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

All parties must serve and file all rebuttal memoranda regarding dispositive motions, with supporting affidavits.

(v) <u>No later than 21 days prior to trial</u>    <u>May 31, 2011</u>

Oral argument will be heard on all dispositive motions.
Exchange of Witness and Exhibit Lists and Documentary Exhibits

(vi) <u>No later than 14 days prior to trial</u>    <u>June 6, 2011</u>

All parties must serve and file: all remaining pretrial motions, including motions in limine, with supporting memoranda and affidavits, a list, with page and line number, of all deposition counter-designations, and a list of all objections to original deposition designations.

(vii) <u>No later than 7 days prior to trial</u>    <u>June 13, 2011</u>

All parties must serve and file: a trial memorandum; all memoranda in opposition to all remaining pretrial motions, including motions in limine; a proposed jury questionnaire; proposed jury instructions; proposed verdict form(s); a list, with page and line number, of all redirect designations of depositions, and a list of all objections to counter-designations.

Joint Statement of Evidence

(viii) <u>No later than 4 days prior to trial</u>    <u>June 16, 2011</u>

All parties must serve and file all reply memoranda on all remaining motions, including motions in limine.

(ix) <u>No later than 3 days prior to trial</u>    <u>June 17, 2011</u>

Except as otherwise ordered by the Court, oral argument will be heard on all remaining motions, including motions in limine; all objections regarding deposition designations and counter-designations; and all other pretrial matters.

(x) <u>Trial Date – June 20, 2011</u>

Jury selection commences, unless otherwise ordered by the Court.

DONE IN OPEN COURT this 11th day of March, 2011.

_Douglass A. North_
JUDGE DOUGLASS NORTH

ORDER RE: INDIVIDUAL CALENDAR FOR
ASBESTOS CASES (SCHROETER, GOLDMARK
& BENDER)– 5

N:\ASBESTOS\Bouchard 18387\P - Consolidated\Case Scheduling Order (proposed) re trial 062011.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1  Presented by:
2  SCHROETER, GOLDMARK & BENDER
3
4  _____
   JANET L. RICE, WSBA# 9386
5  Counsel for Plaintiffs

ORDER RE: INDIVIDUAL CALENDAR FOR
ASBESTOS CASES (SCHROETER, GOLDMARK
& BENDER)– 6
N:\ASBESTOS\Bouchard 18387\P - Consolidated\Case Scheduling Order (proposed) re trial 062011.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305