## Before the Judicial Panel on Multidistrict Litigation
## MDL-875 – In re Paul W. Nickerson Litigation

### SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Paul W. Nickerson<br>Plaintiff<br>v.<br>Air & Liquid Systems, Corp., CBS Corporation, Foster Wheeler LLC, and General Electric Company<br>Defendants | United States District Court for the District of Connecticut (New Haven) | 3:11-cv-00449 | Vanessa L. Bryant |

1975585v.1