BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In re Paul W. Nickerson                                          MDL 875

Proof of Service

I hereby certify that a copy of the foregoing was served by email on this 12th day of April, 2011 to the following:

**Christopher Meisenkothen, Esq.**
Early Lucarelli Sweeney & Meisenkothen
One Century Tower
265 Church St., 11th Fl.
PO Box 1866
New Haven, CT 06508-1866
cmeisenkothen@elslaw.com

**Michael D. Simons**
Governo Law Firm LLC
Two International Place
Boston, MA 02110
MSimons@governo.com

**Thomas F. Maxwell, Jr.**
Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT 06601-7006
tmaxwell@pullcom.com

**Bryna Rosen Misiura**
Governo Law Firm LLC
Two International Place
Boston, MA 02110
bmisiura@governo.com

/s/ Dan E. LaBelle

1975438v.1