UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

April 6, 2011

J. T. Noblin
CLERK

245 E. Capitol St., Suite 316
Jackson, MS 39201

Mailing Address:
P. O. Box 23552
Jackson, MS 39225-3552

TELEPHONE
(601) 965-4440

*Karen Shearer*

DIVISIONS
SOUTHERN at Gulfport
2012 15th Street, Suite 403
Zip 39501

HATTIESBURG at Hattiesburg
701 Main St., Suite 200 Zip 39401

JACKSON at Jackson (601) 965-4439
245 E. Capitol, Suite 316
Zip 39201

EASTERN & WESTERN at Jackson
245 E. Capitol, Suite 316
Zip 39201

Mr. Jeffery N. Luthi, Clerk
Judicial Panel on Multidistrict Litigation
1 Columbus Circle, N. E. #G-255
Washington, DC   20002-8000

Re:   MDL - 875 - Asbestos
      Products Liability Litigation
      Civil Action No. 3:11cv100 WJG-JMR

Dear Mr. Luthi:

It has come to the attention of the clerk's office that the captioned litigation may involve issues related to: Asbestos Products Liability Litigation . If so, this litigation may be subject to the jurisdiction of the Multidistrict Litigation Panel, MDL Panel.

According to the directive of your office, we enclose a copy of the docket sheet, as well as a copy of the complaint and/or notice of removal which has been filed in this cause. Attorneys for the parties of this action are being notified by NEF.

If we can provide any additional or more specific information concerning the status of this case, we will be pleased to promptly do so.

Yours very truly,

J. T. Noblin, Clerk

By: _____
    Deputy Clerk

cc:   Counsel of Record