UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

MDL No: **875**                                                                                          Docket No. **6984**

MAJOR DEFICIENCY LIST
*(Counsel Notification of Deficiency Required)*

The following deficiencies are considered MAJOR and must be corrected by the filing party within the allotted time or an *Order Striking Pleading* may be issued by the Clerk of the Panel.

**Correction Required: 24 hours from date of Notice**

  x   ___CM/ECF Practice/Case not selected to be Transferred

    **Action Required: Please select the appropriate case to be transferred.**

  x   ___CM/ECF Practice/Docket Entry Not Spread to Appropriate case (s)

    **Action Required: Please select the appropriate case to be spreaded.**

Use the Withdrawal Event first; then re-file your Notice of Potential Tag-Along.

***The time allotted to correct deficiencies are subject to change. Please read carefully to ensure full compliance with Notice of Deficiency***

**Correction Deadline: April 14, 2011**


Dated: **April 13, 2011**                                                                            FOR THE PANEL:
                                                                                                Jeffery N. Luthi

                                                                                                 Clerk of the Panel