

# HALLORAN & SAGE LLP
ATTORNEYS AT LAW

DAN E. LABELLE  Direct 203 222-4303  labelle@halloran-sage.com
Also admitted in New York

April 13, 2011

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

Re:  *In Re: Asbestos Products Liability Litigation (MDL 875)*
Notice of Pendency of Potential Tag-Along Action
*Paul W. Nickerson v. Air & Liquid Systems,, et al*
Dkt. No. : 3:11-cv-00449(VLB)
District of Connecticut

Dear Sir/Madam:

This letter is to inform you that we are withdrawing our filing due to a notice we received from the Clerk of the Panel that a correction was needed on our initial filing.

Very truly yours,

Dan E. LaBelle

DEL/cys

1976287v.1