# Attachment A

Foster Wheeler Energy Corporation, a private non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held. Foster Wheeler AG is a publicly held entity which owns 100% of the stock of Foster Wheeler Ltd. (Bermuda). Foster Wheeler Ltd. owns 100% of the stock of Foster Wheeler Holdings Ltd. Foster Wheeler Holdings Ltd. owns 100% of the stock of Foster Wheeler LLC (Delaware). Foster Wheeler LLC owns 100% of the stock of Foster Wheeler Inc. (Delaware). Foster Wheeler Inc. owns 100% of the stock of Foster Wheeler North America Corp. Foster Wheeler North America Corp. owns 100% of the stock of Foster Wheeler Energy Corporation. Based on 13F filings that have been filed to date with the U.S. Securities and Exchange Commission for the period ending December 31, 2008, no publicly held corporation owned 10% or more of Foster Wheeler AG stock.

DECLARATION OF SERVICE -1-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, Washington 98109-0844
(206) 622-2655, (FAX) 684-6924