UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

MDL No: **875**                                                                                       Docket No. **6991**

## MAJOR DEFICIENCY LIST
*(Counsel Notification of Deficiency Required)*

The following deficiencies are considered MAJOR and must be corrected by the filing party within the allotted time or an *Order Striking Pleading* may be issued by the Clerk of the Panel.

**Correction Required: 24 hours from date of Notice**

 x  Add Corporate Parent Companies, Affiliates and Subsidiaries

   **Action Required: Please docket an Amended Corporate Disclosure Statement and follow all steps which include adding the correct corporate parents, affiliates and subsidiaries to the case(s).**

Please File document using the Corporate Disclosure Statement (Amended) event.

   ***The time allotted to correct deficiencies are subject to change. Please read carefully to ensure full compliance with Notice of Deficiency***

**Correction Deadline:  April 15, 2011**

Dated: **April 14, 2011**

FOR THE PANEL:

Jeffery N. Luthi
C l e r k   o f   t h e   P a n e l