# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk        April 14, 2011        TELEPHONE:
CIVIL (336) 332-6030
CRIMINAL (336) 332-6020
ADMIN (336) 332-6015

Mr. Jeffery N. Lüthi, Clerk
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Dear Mr. Luthi:

    Re: MDL - 875; In Re: Asbestos Product Liability Litigation

    For your consideration as a potential "tag-along" action, we have enclosed copies of the docket sheet and complaint in pdf form for the following case filed April 12, 2011, in the Middle District of North Carolina:

<u>M.D.N.C. Case No.: 1:11CV283</u>

<u>Helen G. Beck, Administrator of the Estate of Kenneth Wiseman Beck</u>
<u>v. Norfolk Southern Railway Company</u>

Sincerely,

John S. Brubaker, Clerk

By: /s/ Jamie L. Sheets
Deputy Clerk

JSB/jls

Enclosures