## SCHEDULE OF ACTIONS

Northern District of California

*Fernandez, v. General Electric Company, et al.,*
U.S.D.C., Northern District of California, Case No. 3:11-cv-01754-MEJ