UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION

NO VI                                                    MDL 875

This Document Relates To:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AIDA SAVELESKY,

        Plaintiff,

    vs.

ALLIED PACKING & SUPPLY, INC.,
CAMPBELL INDUSTRIES, NATIONAL
STEEL AND SHIPBUILDING
COMPANY, and DOES 1 through 800,

        Defendants.

(ASBESTOS)
U.S.D.C. No. 3:11-cv-1778 EDL

Alameda County Superior Court
Case No. RG10529660

**DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S
NOTICE OF POTENTIAL TAG-ALONG ACTION**

**TO THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:**

    1.    On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order

transferring all asbestos cases pending in federal court to the United States District Court,

Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to 28 U.S.C. §

1407 ("MDL Transfer Order").  That order also applies to "tag-along actions," or actions

involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order

to Show Cause.  MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under section
> 1407 or under consideration by the Panel for transfer under section 1407
> shall promptly notify the Clerk of the Panel of any potential "tag-along

1

actions" in which that party is aslo named or in which that counsel appears.

2.      The undersigned hereby notifies the court that this state court action being removed (a copy of the removed state court complaint is provided herewith as an attachment to this filing) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

3.      Defendant NATIONAL STEEL AND SHIPBUILDING COMPANY is providing written notice of this Notice of Potential Tag-Along Action to all adverse parties.  Defendant NATIONAL STEEL AND SHIPBUILDING COMPANY reserves the right to amend or supplement this Notice of Potential Tag-Along Action

Dated: April 14, 2011                    BRYDON HUGO & PARKER

                                By:     /s/ Thomas J. Moses
                                        Edward R. Hugo
                                        P. M. Bessette
                                        Thomas J. Moses
                                        BRYDON HUGO & PARKER
                                        135 Main Street, 20th Floor
                                        San Francisco, CA 94105
                                        Telephone: (415) 808-0300
                                        Facsimile: (415) 808-0333
                                        Email: pbessette@bhplaw.com
                                               tmoses@bhplaw.com
                                        Attorneys for Defendant
                                        NATIONAL STEEL AND
                                        SHIPBUILDING COMPANY