UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA SAVELESKY,<br><br>        Plaintiff,<br><br>vs.<br><br>ALLIED PACKING & SUPPLY, INC., CAMPBELL INDUSTRIES, NATIONAL STEEL AND SHIPBUILDING COMPANY, and DOES 1 through 800,<br><br>        Defendants. | (ASBESTOS)<br>U.S.D.C. No. 3:11-cv-1778 EDL<br><br>Alameda County Superior Court<br>Case No. RG10529660 |

**SCHEDULE OF ACTIONS**

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. § 1442, Defendant NATIONAL STEEL AND SHIPBUILDING COMPANY ("NASSCO") hereby provides notice of related actions currently pending before the Judicial Panel of Multidistrict Litigation:

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S SCHEDULE OF ACTIONS

*William Andrew Smith v. 3M Company, et al.* currently in the Northern District of California, Case No. 3:11-cv-01073-CW, submitted to the Judicial Panel of Multidistrict Litigation on March 9, 2011.

Date: April 14, 2011                                    BRYDON HUGO & PARKER

By:   /s/ Thomas J. Moses
      Edward R. Hugo [Bar No. 124839]
      P. M. Bessette [Bar No. 127588]
      Thomas J. Moses [Bar No. 116002]
      BRYDON HUGO & PARKER
      135 Main Street, 20th Floor
      San Francisco, CA 94105
      Telephone: (415) 808-0300
      Facsimile: (415) 808-0333
      Email: pbessette@bhplaw.com
             tmoses@bhplaw.com
      Attorneys for Defendant
      NATIONAL STEEL AND
      SHIPBUILDING COMPANY

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S SCHEDULE OF ACTIONS