UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA SAVELESKY,<br><br>          Plaintiff,<br>vs.<br><br>ALLIED PACKING & SUPPLY, INC., CAMPBELL INDUSTRIES, NATIONAL STEEL AND SHIPBUILDING COMPANY, and DOES 1 through 800,<br><br>          Defendants. | (ASBESTOS)<br>U.S.D.C. No. 3:11-cv-1778 EDL<br><br>Alameda County Superior Court<br>Case No. RG10529660 |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On the date below, I served the following:

DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION;

SCHEDULE OF ACTIONS; and

UNITED STATES NORTHRN DISTRICT COURT DOCKET SHEET w/SUMMONS and COMPLAINT

on the following:

PAUL & HANLEY LLP
1608 Fourth Street #300
Berkeley, CA 94710
Fax: (510) 559-9970

Herr & Zapala
152 North Third Street, Suite 500
San Jose, CA 95112
Fax: (408) 297-0408

→ By transmitting via facsimile the document(s) listed above to the fax numbers set forth above on this date before 5:00 p.m.

1

PROOF OF SERVICE

I declare under penalty of perjury that the above is true and correct. Executed on April 14, 2011, at San Francisco, California.

*Wanda D. Claudio*
Wanda D. Claudio

Edward R. Hugo
P. M. Bessette
Thomas J. Moses
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: pbessette@bhplaw.com
tmoses@bhplaw.com
Attorneys for Defendant
NATIONAL STEEL AND
SHIPBUILDING COMPANY