ADRMOP, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:11-cv-01778-EDL

| | |
|---|---|
| Savelesky v. Allied Packing & Supply, Inc. et al | Date Filed: 04/12/2011 |
| Assigned to: Magistrate Judge Elizabeth D. Laporte | Jury Demand: None |
| Case in other court:  Alameda County Superior Court, RG10529660 | Nature of Suit: 368 P.I. : Asbestos |
| | Jurisdiction: Federal Question |
| Cause: 28:1446 Petition for Removal- Personal Injury | |

**Plaintiff**

**Aida Savelesky**  represented by  **Dean Allan Hanley**
Paul & Hanley LLP
1608 Fourth Street
Suite 300
Berkeley, CA 94710
510-559-9980
Fax: 510-559-970
Email: drosenthal@paulandhanley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin David Goldstein**
Paul & Hanley, LLP
1608 Fourth Street
Suite 300
Berkeley, CA 94710
510-559-9980
Fax: 510-559-9970
*ATTORNEY TO BE NOTICED*

**Rohit Kodical**
Paul and Hanley
1608 4th St Suite 300
Berkeley, CA 94710
(510) 559-9980
Fax: (510) 559-9970
Email: rkodical@paulandhanley.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Allied Packing & Supply, Inc.**

**Defendant**

**Campbell Industries**

**Defendant**

**National Steel and Shipbuilding Company**    represented by **Edward R. Hugo**
Brydon Hugo & Parker
135 Main Street, 20th Floor
San Francisco, CA 94105
(415) 808-0300
Fax: (415) 808-0333
Email: ehugo@bhplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul M. Bessette**
Brydon Hugo & Parker
135 Main Street
20th Floor
San Francisco, CA 94105
415-808-0300
Fax: 415-808-0333
*ATTORNEY TO BE NOTICED*

**Thomas J. Moses**
Brydon Hugo & Parker
135 Main Street, 20th Floor
San Francisco, CA 94105
(415) 808-0300
Fax: (415) 808-0333
Email: tmoses@bhplaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2011 | 1 | NOTICE OF REMOVAL from Alameda County Superior Court. Their case number is RG10529660. (Filing fee $350 receipt number 34611058562). Filed by National Steel and Shipbuilding Company. (mjj2, COURT STAFF) (Filed on 4/12/2011) (Entered: 04/13/2011) |
| 04/12/2011 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 7/12/2011. Case Management Conference set for 7/19/2011 10:00 AM in Courtroom E, 15th Floor, San Francisco. (Attachments: # 1 Standing Order, # 2 Standing Order re Case Management Conference, # 3 Standing Order for all Judges) (mjj2, COURT STAFF) (Filed on 4/12/2011) (Entered: 04/13/2011) |
| 04/12/2011 | 3 | Disclosure Statement and Certificate of Interested Entities by National Steel and Shipbuilding Company identifying Corporate Parent NAASCO Holdings Incorporated, Corporate Parent General Dynamics Corporation for National Steel and Shipbuilding Company. (mjj2, COURT STAFF) (Filed on 4/12/2011) (Entered: 04/13/2011) |

| | | |
|---|---|---|
| 04/12/2011 | 4 | NOTICE of Tag-Along Action (MDL 875, E. Dist. Pennsylvania) by National Steel and Shipbuilding Company (mjj2, COURT STAFF) (Filed on 4/12/2011) (Entered: 04/13/2011) |
| 04/12/2011 | | CASE DESIGNATED for Electronic Filing. (mjj2, COURT STAFF) (Filed on 4/12/2011) (Entered: 04/13/2011) |
| 04/14/2011 | 5 | Declination to Proceed Before a U.S. Magistrate Judge by National Steel and Shipbuilding Company *with Certificate of Service*. (Moses, Thomas) (Filed on 4/14/2011) (Entered: 04/14/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/14/2011 09:20:51 | | | |
| **PACER Login:** | bh1524 | **Client Code:** | 4385-0269 |
| **Description:** | Docket Report | **Search Criteria:** | 3:11-cv-01778-EDL |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |