## SCHEDULE OF ACTIONS

Northern District of California

*Juarez vs General Electric Company, et al,*
U.S. District Court, Northern District of California, Case No. 4:11-cv-01753-PJH