CERTIFICATE OF CM/ECF SERVICE

I hereby certify that I electronically filed with the Clerk of the Court for the United States District Court, Eastern District of Pennsylvania by using the CM/ECF system on **April 14, 2011** the following document(s).

NOTICE OF TAG-ALONG ACTION LETTER; DOCKET/COMPLAINT; SCHEDULE OF ACTIONS

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: April 14, 2011

*/s/ Marie Banas*
Marie Banas

*Juarez vs General Electric Company, et al*,
U.S. District Court, Northern District of California, Case No. 4:11-cv-01753-PJH

BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
PO BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555