BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |
| | § | |
| | § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALTON LEWIS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:11-CV-00199 |
| | § | |
| ATLAS REFINERY, INC., et al. | § | |
| | § | |
| Defendants. | § | |

### BRIEF IN SUPPORT OF MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER

I.  PRELIMINARY STATEMENT

Plaintiff respectfully files this brief in support of his Motion to Vacate the Conditional Transfer Order (CTO-383) entered by the Judicial Panel on Multidistrict Litigation April 1, 2011.  Pursuant to Panel Rule 7.1(f), this brief is being filed in support of plaintiff's Motion to Vacate, and his previous Notice of Opposition, filed on April 7, 2011 in accordance with Panel Rule 7.1(f) (*See* notice attached as Exhibit "A").  This submission is being filed within 14 days of the filing of the Notice of Opposition.  For the reasons stated below, the Conditional Transfer Order should be vacated so that plaintiff can proceed in the timely resolution of his claim in state court.

Plaintiff will soon file a motion for remand in the above case. Despite the fact that the Panel entered its Conditional Transfer Order before the district court judge was able to rule on the motion, that judge has not lost jurisdiction over this case and, therefore, can make a determination as to plaintiff's motion for remand.  Faulk v. Owens-Corning Fiberglas Corp., et al., 48 F.Supp.2d 653, 657 (E.D. Tex. 1999); *See* Panel Rule 1.5, 181 F.R.D. 1,3 (1998); *See also* Bartley v. Borden, Inc. et al., 1996 WL 68482 (E.D. La. 1996)(citing Panel Rule 18 which states that the pendency of a conditional transfer order "does not affect or suspend orders and pretrial proceedings in the district court in which the action is pending and does not in any way limit the pretrial jurisdiction of that court" within the prescribed fifteen day period.)

Plaintiff filed his notice of opposition within the prescribed period.  Therefore, transmittal of the CTO was stayed and continues to be stayed until further action by this Panel.  Finally, since the case has not been finally transferred, but only "provisionally" transferred, pending a final decision on transfer, it is still pending in the original district court to which it was removed.  Thus, not only does the United States District Court retain jurisdiction to rule on the motion for remand before it, but it may promptly do so and preserve the plaintiff's right to a timely resolution of his claim.

Plaintiff respectfully requests that his motion to vacate the CTO be granted, so that the court to which the case was removed may resolve his motion for remand.

Respectfully submitted,

/s/ Charles S. Siegel
Charles S. Siegel
Texas State Bar No. 18341875
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244 Telephone
(214) 871-2263 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Brief to Vacate the Conditional Transfer Order has been served by facsimile on all counsel of record listed below on this 14th day of April, 2011.

Rhodes, Lydia M.
610 Marshall Street, Suite 314
Shreveport, LA 71101
Tel: 318-674-9730
Fax: 318-674-9731
**Attorney for Weyerhauser Company (indiv & sii to Willamette Industries, Inc.)**

Dempsey, M. James
COSMICH, SIMMONS & BROWN
P.O. Box 22626
Jackson, MS 39225
Tel: 601-863-2100
Fax: 601-863-0078
**Attorney for Libby, Inc.**

Rosamond, III, Samuel
deMahy, Adam D.
CRAWFORD LEWIS
400 Poydras Street, Suite 2100
New Orleans, LA 70130
Tel: 504-568-1933
Fax: 504-568-9699
**Attorney for Commercial Union Insurance Company (as insurer for Eagle, Inc., f/k/a Eagle Asbestos & Packing Co.,**

Church, Dean
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
1717 St. James Place
Suite 600
Houston, TX 77056
Tel: 713-402-1717
Fax: 713-621-6746
    **Attorney for International Paper Company (Indiv. and as sii to Champion Paper Corporation) Kaiser Gypsum Company, Inc.**

Hainkel, III, John J.
Tafaro, Peter R.
FRILOT L.L.C.
1100 Poydras Street
3700 Energy Centre
New Orleans, LA 70163
Tel: 504-599-8000
Fax: 504-599-8100
    **Attorney for Foster Wheeler Energy Corporation**
    **Foster Wheeler, LLC**
    **General Electric Company**

Dille, Robert E.
Bezet, Gary A.
Douglas, Vionne M.
KEAN, MILLER, HAWTHORNE, D'ARMOND, MCCOWAN & JARMAN, L.L.P.
P.O. Box 3513
Baton Rouge, LA 70821
Tel: 225-387-0999
Fax: 225-388-9133
    **Attorney for Georgia-Pacific, LLC (sii to Bestwall Gypsum Company)**

Abraham, Michael H.
KUCHLER, POLK, SCHELL, WEINER, & RICHESON
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Tel: 504-592-0691
Fax: 504-592-0697
    **Attorney for Union Carbide Corporation**

Kohn, Susan B.
SIMON, PERAGINE, SMITH, REDFEARN, LLP
1100 Poydras Street
30th Floor, Energy Center
New Orleans, LA 70163-3000
Tel: 504-569-2030
Fax: 504-569-2999
> **Attorney for Eagle, Inc. f/k/a Eagle Asbestos & Packing Co., Inc.**
> **The McCarty Corporation f/k/a McCarty Branton, Inc.**


Susan D. McNamara
WELLS, MOORE, SIMMONS & HUBBARD, PLLC
4450 Old Canton Road, Suite 200
P. O. Box 1970
Jackson, MS  39215-1970
Tel:  601-353-5400
Fax:  601-355-5850
> **Attorney for Air & Liquid Systems corporation, successor-by-merger to Buffalo Pumps, Inc.**


 /s/ Charles S. Siegel
Charles S. Siegel