**waterskraus**

PARTNERS

C. Andrew Waters (CA, DC, NC, TX)
Peter A. Kraus (TX, VA)
Charles S. Siegel (TX)
Troyce G. Wolf (NY, TX)
Michael L. Armitage (CA, LA)
B. Scott Kruka (TX)
Leslie C. MacLean (TX)
Charles E. Valles (TN, TX)
Paul C. Cook (CA)
Gary M. Paul (CA)
Michelle Whitman (TX)
Kyla Gail Cole (TX)
John S. Janofsky (CA, DC)
Michael B. Gurien (CA)
Scott L. Frost (CA, GA, IN, KY, TX)
Greg W. Lisemby (TX)
Loren Jacobson (NY, TX)

ASSOCIATES

Joy Sparling (IL)
Kevin M. Loew (CA)
Julie L. Celum (TX)
Dimitri N. Nichols (CA)
Benno Ashrafi (CA)
Mark Bratt (CA)
Demetrios T. Zacharopoulos (MD)
Susannah B. Chester (TX)
Jillian Rice-Loew (CA)
Cindy Young (CA)
Brent Zadorozny (CA)
Melanie J. Garner (DC, MD, NJ, NY)
Gibbs C. Henderson (TX)
Tae Kim (CA)
Carrie B. Waters (TX)
Laurel Halbany (CA)
Katherine N. Williams (CA, TX)
Joanna A. Hojdus (FL, TX)
Mark Linder (CA, TX)
Jason Marks (CA)
Banafsheh Saifollahi (MD)
Jennifer L McIntosh (CA)
Andrew Seitz (CA)
Elizabeth A. Davis (CA)
Peter Klausner (CA)

OF COUNSEL

Kevin E. Oliver (TX)
William Galerston (IL, TX)
Randall L. Iola (IL, OK, TX)
George G. Tankard III (DC, MA, MD, PA, TX)
Jonathan A. George (CA, TX, VA)
Wm. Paul Lawrence II (LA, TX, WA)
David Bricker (CA)

April 14, 2011

Clerk of the Panel
Judicial panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N. E., Room G-255, North Lobby
Washington, DC 20002-8004

    Re:    In Re: Asbestos Products Liability Litigation (MDL 875)
            Alton Lewis v. Atlas Refinery, Inc., et al
            C. A. No. 3:11-CV-00199
            U. S. D. C. for the Middle District of Louisiana

Dear Sir/Madm:

    The letter is to inform you that we are withdrawing our filing of April 14, 2011, Document 5 due to notification of a correction is needed on our filing as it was filed in error.

                          Sincerely,

                          WATERS & KRAUS

                          /s/ Charles S. Siegel

                          Charles S. Siegel

CSS/kh

**WATERS & KRAUS**, LLP ATTORNEYS AND COUNSELORS

**DALLAS:** 3219 McKINNEY AVENUE   DALLAS, TEXAS 75204   **TEL** 214 357 6244   **FAX** 214 357 7252

**BALTIMORE:** 315 NORTH CHARLES STREET   BALTIMORE, MARYLAND 21201   **TEL** 410 528 1153   **FAX** 410 528 1006

**SAN FRANCISCO:** 711 VAN NESS AVENUE   SUITE 220   SAN FRANCISCO, CALIFORNIA 94102   **TEL** 800 226 9880   **FAX** 214 777 0470

**LOS ANGELES:** 222 NORTH SEPULVEDA BOULEVARD   SUITE 1900   EL SEGUNDO, CALIFORNIA 90245   **TEL** 310 414 8146   **FAX** 310 414 8156