IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : | Consolidated Under MDL DOCKET NO. 875 |
| RICHARD AND LILLIAN ANDERSON | : | |
| v. | : | |
| VARIOUS DEFENDANTS | : | Transferred from the Western District of Washington (Case No. 09-05801) |
| | : | E.D. PA Case No. 10-61118 |

FILED APR 13 2011 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk

**SUGGESTION OF REMAND**

**AND NOW**, this **12th** day of **April, 2011**, it is hereby **ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that:

a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

c.) All discovery has been completed.

d.) Settlement conferences have been held in front of the Honorable Magistrate Judge David Strawbridge, and these negotiations have been exhausted as to the remaining viable defendants.

1

d.) The Court has adjudicated all outstanding motions.

e.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.

f.) The remaining viable Defendants in this case to be pursued at trial are:[1]

   **i. Lockheed Shipbuilding**

   **ii. Salmon Bay Sand & Gravel**

Accordingly, the Court **SUGGESTS** that the above captioned case should be **REMANDED** to the United States District Court for the Western District of Washington for resolution of all matters pending within this case except punitive damages.[2]

Alternatively, parties in the above-captioned case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania. In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to

---

[1] Plaintiffs' counsel has informed the Court that dismissals of any remaining viable defendants are forthcoming.

[2] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.