# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __875__ & TITLE - IN RE: __Asbestos Product Liability (No. VI)__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Bouchard, Lola v. CBS Corp., et al., WAW/2:11-cv-00458, King County Superior Court No. 10-2-32586-7 SEA

## AMENDED CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __Foster Wheeler Energy Corporation__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

This party's parent, subsidiary and other affiliate corporations are listed below (for affiliates, briefly describe nature of affiliation; attach separate document if necessary)

### See Attachment A

The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

### See Attachment A

The following publicly-held corporation(s), although not parties to the matter, have a financial interest in the outcome of the matter (e.g., by reason of insurance, a franchise agreement, or an indemnity agreement). Briefly describe the nature of the interest. (Note: parent, subsidiary, or affiliate corporations of a publicly-held corporation that falls within this category need not be disclosed.)

**OR**

This party does not have any parent, subsidiary or affiliate corporations; no publicly-held corporation owns 10% or more of the party's stock; and no publicly-held corporation has a financial interest in the outcome of the matter.

| _[signature]_ | Murray Dunham & Murray |
|---|---|
| Signature of Attorney | Name of Firm |
| 200 West Thomas, Suite 350 | Seattle, WA 98119 |
| Address | City/State/Zip Code |

Date __4/15/2011__

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

## DECLARATION OF SERVICE

I hereby certify that on this day of April 15, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Counsel for Plaintiffs**
Janet Rice
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, WA 98104

**Co-Counsel for Plaintiffs**
Jon Neumann
Paul & Hanley, LLP
1608 Fourth Street, Ste. 300
Berkeley, CA 94710

**Counsel to CSK Auto, Inc.**
Steven G. Leatham
Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Ste. 100
Vancouver, WA 98666-0611
sgl@hpl-law.com

**Counsel to E & E Lumber, Inc.**
Ronald Housh
Ronald G. Housh, P.S.
800 Fifth Ave., Suite 4000
Seattle, WA 98104-3180
ron@housh.org

**Counsel to General Refractories Company**
Matthew Turetsky
Schwabe Williamson & Wyatt
U.S. Bank Centre, Suite 3400
1420 Fifth Avenue
Seattle, WA 98101-2339
mturetsky@schwabe.com

**Counsel to Georgia-Pacific Corporation**
Barry N. Mesher
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
asbestos@lanepowell.com

**Counsel to International Paper Company**
J. Michael Mattingly
Rizzo Mattingly Bosworth PC
411 SW 2nd Avenue, Suite 200
Portland, OR 97204
recordsmanagement@rizzopc.com

**Counsel to J.T. Thorpe & Son, Inc.; Metalclad Insulation Corp.**
Katherine M. Steele
Stafford Frey Cooper
Two Union Square
601 Union St., Suite 3100
Seattle, WA 98101
asbestos@staffordfrey.com

**Counsel to Lockheed Shipbuilding Company**
Robert G. Andre
Ogden Murphy Wallace, PLLC
1601 Fifth Avenue, Suite 2100
Seattle, WA 98101-1686
randre@omwlaw.com

**Counsel to Metropolitan Life Insurance Company**
Richard Gawloski
Wilson, Smith, Cochran & Dickerson
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161
MetLifeAsbestos@wscd.com

**Counsel to Saberhagen Holdings, Inc.**
Timothy Thorson
Caney Badley Spellman, PS
701 Fifth Ave., Suite 3600
Seattle, WA 98104-7010
thorson@carneylaw.com
berman@carneylaw.com

**Counsel to Saint Gobain Containers; Union Carbide Corp.**
Diane Kero
Gordon Thomas Honeywell et al
600 University, Suite 2101
Seattle, WA 98101-4185
Dkero@gth-law.com
service@gth-law.com

**Counsel to Todd Shipyards Corp.**
Walter E. Barton
Karr Tuttle Campbell
1201 Third Ave., Suite 2900
Seattle, WA 98101
gbarton@karrtuttle.com

Executed this April 15, 2011, at Seattle, Washington.

/s/Oscar Ramos Jr.
Oscar Ramos Jr., Paralegal