UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ANDREW SMITH,<br><br>        Plaintiff,<br>vs.<br><br>3M COMPANY, et al.,<br><br>        Defendants. | (ASBESTOS)<br>U.S.D.C. Northern District of California<br>4:11-cv-01073<br><br>PROOF OF SERVICE |

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On the date below, I served the following:

**DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 373**

on the following:

PAUL & HANLEY LLP                     Via Facsimile to Attached Service List
1608 Fourth Street #300
Berkeley, CA 94710
Fax: (510) 559-9970

    ➔    By transmitting electronically the document(s) listed above as set forth on the Judicial Panel Multidistrict Litigation's electronic service list on this date before 5:00 p.m.

    ➔    By transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached service list on this date before 5:00 p.m.

I declare under penalty of perjury that the above is true and correct. Executed on April 15, 2011, at San Francisco, California.

*Wanda D. Claudio*
Wanda D. Claudio

P.M. Bessette [CA SBN 127588]
Thomas J. Moses [CA SBN 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Email:   pbessette@bhplaw.com
         tmoses@bhplaw.com
For Defendant NATIONAL STEEL AND SHIPBUILDING COMPANY
Telephone: (415) 808-0300
Facsimile: (415) 808-0333

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2
PROOF OF SERVICE

*Smith, William Andrew*
United States District Court Northern District of California Case No. CV11-1073

## SERVICE LIST

Filice, Brown, Eassa & McLeod LLP
1999 Harrison Street, Suite 1800
Oakland, CA 94612-3520
Fax : (510) 839-7940

Hassard Bonnington LLP
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111-3993
Fax : (415) 288-9801

McKenna Long & Aldridge
101 California Street, 41st Floor
San Francisco, CA 94111
Fax : (415) 267-4198

Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Fax : (415) 442-1001

Archer Norris
2033 N. Main Street, Ste. 800
Post Office Box 8035
Walnut Creek, CA 94596
Fax : (925) 930-6620

Lombardi, Loper & Conant, LLP
Lake Merritt Plaza, Suite 2600
1999 Harrison Street,
Oakland, CA 94612
Fax : (510) 433-2699

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Fax : (415) 986-8054

Herr & Zapala
152 N. Third Street, Suite 500
San Jose, CA 95112
Fax : (408) 927-0408

Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Fax : (415) 781-2635

SNR Denton US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Fax : (415) 882-0300

Tropio & Morlan
21700 Oxnard Street, Suite 1700
Woodland Hills, CA 91367
Fax : (818) 883-4242

Franklin, Bevins & McCall LLP
1 City Bvld., 5th FL
Orange, CA 92868-3060
Fax : (714) 634-0686

Armstrong & Associates, LLP
One Kaiser Plaza, Ste. 625
Oakland, CA 94612
Fax : (510) 433-1836

Walsworth Franklin Bevins & McCall
601 Montgomery Street, Ninth Floor
San Francisco, CA 94111-2612
Fax : (415) 391-6258

Berry & Berry, PLC
2930 Lakeshore Avenue
P. O. Box 16070
Oakland, CA 94610
Fax : (510) 835-5117