# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

NICK J. LORIO  Telephone: 225-389-3500
CLERK OF COURT  Facsimile: 225-389-3501

April 15, 2011

Multidistrict Litigation Panel
Jeffery N. Luthi, Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

RE: CV 11-166-BAJ-CN
Arthur J. Porter, et ux vs Greater Baton Rouge Port Commission, et al

Dear Clerk:

Enclosed you will find a copy of the docket sheet and complaint in reference to possible pending Products Litigation filed in your court.

Respectfully submitted,

NICK J. LORIO, CLERK

By: Janice LeBlanc
 Case Administrator

Enclosure