

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana  70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

Rebecca A. Zotti       504/599-8224 direct phone
rzotti@frilot.com      504/599-8155 direct fax

April 18, 2010

**VIA CM/ECF FILING**

Honorable Jeffery N. Lüthi
Clerk of the Panel
United States Judicial Panel on MultiDistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

    Re:   *Terry Cardaro and Jo Ann Cardaro v. Aerojet General Corporation, et al*
          MDL No. 875, Section "F-2"
          USDC Eastern District, Judge Martin L.C. Feldman, Magistrate Joseph C. Wilkinson, Jr.

          NOTICE OF POTENTIAL "TAG-ALONG" ACTION

Dear Mr. Lüthi:

    In accordance with Multidistrict Litigation Rule 7.1 (formerly Rule 7.4), defendant, Foster Wheeler Energy Corporation, provides notice that the following action naming Foster Wheeler Energy Corporation is a potential "tag-along" action to the above-captioned MDL:

    1.   *Terry Cardaro and Jo Ann Cardaro v. Aerojet General Corporation, et al*,
         Case No. 11-876, filed in the Eastern District of Louisiana.

    The action involves questions of fact that are common to actions previously transferred by this Panel to the above-referenced MDL. Therefore, we are requesting that your office transfer this action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

    A copy of the above-referenced complaint is attached for your consideration.

                                                       Sincerely,

                                                        /s/ Rebecca A. Zotti
                                                        Rebecca A. Zotti

RAZ/dd
Enclosures
cc:    All Counsel of Record