BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL-875 *Terry Cardaro and Jo Ann Cardaro v. Aerojet Corporation, et al*

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No.. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Terry Cardaro and Jo Ann Cardaro<br>**Defendants:**<br>Aerojet General. Corporation; Agco Corporation ; Alfa Laval, Inc.; Aqua-Chem, Inc.; Babcock Borsig Power, Inc.; Badger Meter, Inc.; Beach-Russ Company; Beaird Industries, Inc.; Buffalo Pumps, Inc.; Carver Pump Company; Cooper Industries, LLC; Crane Co.; Dana Corporation; Durabla Manufacturing, Inc.; Eaton Corporation; Elliott Company; Enpro Industries; Employers Insurance Company of Wausau; Travelers Casualty and Surety Company; Entergy Louisiana, Inc.; Fiatallis North America; Flowserve Corporation; FMC Corporation; Furmanite America, Inc.; Gardner Denver, Inc.; Garlock Sealing Technologies, LLC; General Electric Company; General Motors Corporation; The Goodyear Tire & Rubber Company; Gorman-Rupp Company; Goulds Pump, Incorporated; Graham Manufacturing Corporation; Hardie-Tynes, Inc.; Henry Technologies, Inc.; Henry Vogt Machine Co.; IMO Industries, Inc.; Joy Global, Inc.; Leslie Controls, Inc.; The McCarty Corporation; Metallo Gasket Company, Inc.; Metropolitan Life Insurance Company; The Nash Engineering Company; Pentair Pump Group; Reilly Benton Company; Riley Power, Inc.; Sepco Corporation; Smithco Engineering, Inc.; Taylor-Seidenbach, Inc.; Tuthill Corporation; Tyco International, Inc.; Uniroyal Holding, Inc.; Viacom, Inc.; Viad Corp.; Viking Pump; Warren Pumps, LLC; Yarway Corporation; Yuba Heat Transfer Company; Zurn Industries, Inc.; Trinity Industries, Inc.; Trinity Yachts, LLC, and Foster Wheeler Energy Corporation | Eastern District of Louisiana | 11-876 | Martin L.C. Feldman |

Dated: April 18, 2011

Respectfully submitted,

**FRILOT L.L.C.**

*/s/ Rebecca A. Zotti*
JOHN J. HAINKEL, III - 18246
ANGELA M. BOWLIN – 20714
SHERI S. FAUST – 26283
REBECCA A. ZOTTI - 33446
3700 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3700
T: (504) 599-8000; F: (504) 599-8100

**Attorneys for Defendant, Foster Wheeler Energy Corporation**