BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

*Terry Cardaro and Jo Ann Cardaro v. Aerojet General Corporation, et al*
MDL No. 875

## PROOF OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Notice of Potential Tag-Along(s), Schedule of Actions, Case Docket Sheets, Complaints, and this Certificate of Service were served by First Class Mail on April 18, 2011, to the following:

1. Clerk, United States District Court for the Eastern District of Louisiana

2. **TERRY CARDARO AND JO ANN CARDARO, PLAINTIFFS:**
   Through their attorneys of record:
   Mickey P. Landry
   Frank J. Swarr
   David R. Cannella
   Landry, Swarr & Cannella, L.L.C.
   1010 Common Street, Ste. 2050
   New Orleans, Louisiana 70112
   Ph. 504-299-1214 Fax 504-299-1215
   mlandry@landryswarr.com, fswarr@landryswarr.com,
   dcannella@landryswar.com

   and

   Julie L. Celum
   Waters & Kraus, LLP
   3219 McKinney Avenue
   Dallas, Texas 75204
   Ph. 214-357-6244 Fax 214-357-7252
   jcelum@waterskraus.com

3. **DEFENDANT CRANE COMPANY**
   Upon information and belief and through their attorney of record:
   Matthew Lott/W. Charles McVea
   Matthew P. Lachaussee/Thomas L. Musselman
   Dogan & Wilkinson, PLLC
   734 Delmas Avenue/P.O. Box 1618
   Pascagoula, MS 39568-1618
   Ph. 228-762-2272 Fax 228-762-3223
   mlott@doganwilkinson.com, cmcvea@doganwilkinson.com,
   mlachaussee@doganwilkinson.com, tmusselman@doganwilkinson.com

4.  **DEFENDANT EQUITABLE SHIPYARDS, LLC**
    Upon information and belief and through their attorney of record:
    James R. Logan, IV
    Logan & Soileau
    1010 Common Street, Suite 2910
    New Orleans, LA 70112
    Ph. 504-522-5900 Fax 504-522-5998
    jlogan@loganandsoileau.com

5.  **DEFENDANTS EQUITABLE SHIPYARDS, LLC AND TRAVELERS CASUALTY AND SURETY COMPANY**
    Upon information and belief and through their attorney of record:
    Elia Diaz-Yeager
    Colin Sherman
    Christopher T. Wilson
    Lugenbuhl, Wheaton, Peck,
      Rankin & Hubbard
    601 Poydras Street, Suite 2775
    New Orleans, LA 70130
    Ph. 504-568-1990 Fax 504-310-9195
    ediaz-yeager@lawla.com, csherman@lawla.com, kwilson@lawla.com

6.  **DEFENDANT TRINITY INDUSTRIES, INC.**
    Upon information and belief and through their attorney of record:
    Barbara Arras
    Phelps Dunbar, LLP
    365 Canal Street
    Suite 2000, Canal Place
    New Orleans, LA 70130
    Ph. 504-566-1311 Fax 504-568-9130
    arrasb@phelps.com

7.  **DEFENDANT TRINITY YACHTS, LLC**
    Upon information and belief and through their attorney of record:
    Stewart F. Peck
    Lugenbuhl, Wheaton, Peck,
      Rankin & Hubbard
    601 Poydras Street, Suite 2775
    New Orleans, LA 70130
    Ph. 504-568-1990 Fax 504-310-9195
    speck@lawla.com

8. **DEFENDANT YARWAY CORPORATION**
   Upon information and belief and through their attorney of record:
   M. James Dempsey
   Cosmich, Simmons & Brown
   101 South Congress Street
   Jackson, MS 39201
   Ph. 601-863-2100 Fax 601-863-0078
   jimmy@cs-law.com

9. **DEFENDANT YARWAY CORPORATION**
   Upon information and belief and through their attorney of record:
   Winstol D. Carter
   Morgan, Lewis & Bockus, LLP
   1000 Louisiana, Suite 4200
   Houston, TX 77002
   Ph. 713-890-5000 Fax 713-890-5001
   wcarter@morganlewis.com

Dated: April 18, 2011

Respectfully submitted,

**FRILOT L.L.C.**

*/s/ Rebecca A. Zotti*
JOHN J. HAINKEL, III - 18246
ANGELA M. BOWLIN – 20714
SHERI S. FAUST – 26283
REBECCA A. ZOTTI - 33446
3700 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3700
T: (504) 599-8000; F: (504) 599-8100

**Attorneys for Defendant,
Foster Wheeler Energy Corporation**