# U.S. District Court
## District of South Carolina (Charleston)
## CIVIL DOCKET FOR CASE #: 2:11-cv-00867-ASB
### Internal Use Only

Karst et al v. AW Chesterton Company et al
Assigned to: Unassigned - ASB
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 04/12/2011
Jury Demand: None
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**
**Gerald M Karst, Sr**

represented by **V Brian Bevon**
Motley Rice
28 Bridgeside Boulevard
Mt Pleasant, SC 29464
843-216-9090
Fax: 843-216-9430
Email: bbevon@motleyrice.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Dorothy Karst**

represented by **Dorothy Karst**
PRO SE

V.

**Defendant**
**AW Chesterton Company**

**Defendant**
**Bayer Cropscience Inc**

represented by **Moffatt Grier McDonald**
Haynsworth Sinkler Boyd
PO Box 2048
Greenville, SC 29602
864-240-3200
Email: mmcdonald@hsblawfirm.com
*ATTORNEY TO BE NOTICED*

**William David Conner**
Haynsworth Sinkler Boyd
PO Box 2048
Greenville, SC 29602
864-240-3200
Fax: 864-240-3336
Email: dconner@hsblawfirm.com

ATTORNEY TO BE NOTICED

**Defendant**
**CBS Corporation**
*Successor by merger to CBS Corporation*
*formerly known as*
Viacom Inc
*formerly known as*
Westinghouse Corporation

**Defendant**
Crane Co

**Defendant**
Fisher Controls International LLC

**Defendant**
Foster Wheeler Energy Corporation

**Defendant**
General Electric Company

**Defendant**
Goulds Pumps Incorporated

**Defendant**
Grinnell LLC

**Defendant**
IMO Industries Inc
*individually and as successor to Transamerica Delaval Inc and IMO Delaval Inc Delaval Inc and Ima Delaval Inc*

**Defendant**
Industrial Holdings Corporation
*FKA The Carborundum Company*

**Defendant**
Ingersoll Rand Company

**Defendant**
ITT Corporation
*dba Bell and Gossett Pumps*

**Defendant**

McNally Industries LLC

**Defendant**
Metropolitan Life Insurance Company

**Defendant**
Milwaukee Valve Company

**Defendant**
National Service Industries Inc
*fka North Brothers Inc*

**Defendant**
Sepco Corporation

**Defendant**
Sterling Fluid Systems USA LLC    represented by   Moffatt Grier McDonald
(See above for address)
*ATTORNEY TO BE NOTICED*

William David Conner
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
Union Carbide Corporation    represented by   Moffatt Grier McDonald
(See above for address)
*ATTORNEY TO BE NOTICED*

William David Conner
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
William Powell Company, The

**Defendant**
Yarway Corporation

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2011 | 1 | NOTICE OF REMOVAL from Common Pleas, case number 11-CP-10-1953. (Filing fee $ 350 receipt number 0420-3317455), filed by Union Carbide Corporation, Bayer Cropscience Inc, Sterling Fluid Systems USA LLC. (Attachments: # 1 State Court Documents, # 2 State Court Documents Amended, # 3 State Court Documents Amended Motion)(jsmi, ) (Entered: 04/13/2011) |

| 04/12/2011 | 2 | (Court only) CIVIL COVER SHEET - Private Entry. (jsmi, ) (Entered: 04/13/2011) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

**In re:** Asbestos Litigation
Coordinated Docket

| | |
|---|---|
| GERALD M. KARST, SR. and DOROTHY KARST, <br><br> Plaintiffs, <br><br> vs. <br><br> A. W. CHESTERTON COMPANY, <br> AIR & LIQUID SYSTEMS CORPORATION, successor by Merger to Buffalo Pumps, Inc., <br> BAYER CROPSCIENCE, INC., <br> CBS CORPORATION, f/k/a Viacom, Inc., successor. by merger to CBS Corporation, f/k/a Westinghouse Corporation, <br> CRANE CO., <br> FISHER CONTROLS INTERNATIONAL, LLC, <br> FOSTER WHEELER ENERGY CORPORATION, <br> GENERAL ELECTRIC COMPANY, <br> GOULDS PUMPS, INCORPORATED, <br> GRINNELL LLC, <br> IMO INDUSTRIES, INC., individually and as successor to Transamerica Delaval, Inc. and IMO Delaval, Inc., Delaval, Inc. and Ima Delaval, Inc., <br> INDUSTRIAL HOLDINGS CORPORATION, f/k/a The Carborundum Company, <br> INGERSOLL-RAND COMPANY, <br> ITT CORPORATION, d/b/a Bell & Gossett Pumps, <br> McNALLY INDUSTRIES, LLC, <br> METROPOLITAN LIFE INSURANCE COMPANY, <br> MILWAUKEE VALVE COMPANY, <br> NATIONAL SERVICE INDUSTRIES, INC., f/k/a North Brothers, Inc., <br> SEPCO CORPORATION, <br> STERLING FLUID SYSTEMS (USA) LLC, <br> UNION CARBIDE CORPORATION, <br> THE WILLIAM POWELL COMPANY, <br> YARWAY CORPORATION, <br><br> Defendants. | NOTICE OF REMOVAL |

Bayer Cropscience, Inc., Sterling Fluid Systems (USA) LLC, and Union Carbide Corporation, acting for themselves and the other proper defendants, would respectfully show unto the Court in support of their Notice of Removal:

1. Bayer Cropscience, Inc., Sterling Fluid Systems (USA) LLC, and Union Carbide Corporation are defendants in the above-entitled action.

2. The above-entitled action was instituted by the plaintiffs against Bayer Cropscience, Inc., Sterling Fluid Systems (USA) LLC, and Union Carbide Corporation, as defendants, by the service of a Summons and Complaint on or about March 18, 2011, and this action is now pending in the court of Common Pleas for Charleston County, South Carolina.

3. At the time of the commencement of the action, the plaintiffs were and still are citizens of the State of South Carolina, and Bayer Cropscience, Inc., Sterling Fluid Systems (USA) LLC, and Union Carbide Corporation, as well as all of the other defendants herein, were at the time of the commencement of this action and still are corporations organized and existing under and by virtue of the laws of jurisdictions other than South Carolina and having their principal place of business in a jurisdiction other than South Carolina.

4. This action accordingly is of a civil nature and involves a controversy wholly between citizens of different states and the value of the matter in dispute in said cause exceeds the sum of Seventy-Five Thousand and no/100 Dollars ($75,000.00), exclusive of interest and costs, as appears from the allegations contained in plaintiff's Complaint, and said action is one over which the District Court of the United States has original jurisdiction.

5. The allegations of the Complaint allege that decedent's exposure to asbestos containing products occurred while he was employed as a pipefitter at the Charleston Naval Shipyard. Accordingly, this action is also one over which the United States District Court has

original federal subject matter jurisdiction because the Charleston Naval Shipyard is a Federal enclave.

6.  This action accordingly is of a civil nature and is one over which the District Court of the United States has original jurisdiction. The Court has subject matter jurisdiction over any claims for exposure at jobsites other than the Charleston Naval Shipyard based on supplemental jurisdiction. 28 U.S.C. ¶1367(a).

7.  That filed herewith is a copy of all process, pleadings and orders served upon the defendants in this action.

8.  That the Clerk of the Court of Common Pleas for Charleston County, South Carolina, has been provided a copy of this Notice of Removal.

9.  All other proper defendants consent to the removal of the case.

        HAYNSWORTH SINKLER BOYD, P.A.

        By___/s/ W. David Conner_____
           Moffatt G. McDonald, #2805
           mmcdonald@hsblawfirm.com
           W. David Conner, #05986
           dconner@hsblawfirm.com
           75 Beattie Place, 11th Floor
           P.O. Box 2048
           Greenville, SC 29602
           (864) 240-3200
           (864) 240-3300 (fax)
        Attorneys for the Defendants Bayer Cropscience,
        Inc., Sterling Fluid Systems (USA) LLC, and Union
        Carbide Corporation

April 12, 2011

        DEFENDANT DEMANDS JURY TRIAL

CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing Notice of Removal was mailed to the following this 13th day of April, 2011:

V. BRIAN BEVON
MOTLEY RICE LLP
P. O. Box 1792
MT. PLEASANT, SC 29465
*Attorneys for Plaintiffs*

                /s/ W. David Conner