CLOSED, EFILE

# U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:10-cv-00344-VLB

| | |
|---|---|
| Harvey v. Electric Boat Corp | Date Filed: 03/09/2010 |
| Assigned to: Judge Vanessa L. Bryant | Date Terminated: 02/24/2011 |
| Cause: 28:1441 Petition for Removal- Personal Injury | Jury Demand: Defendant |
| | Nature of Suit: 368 P.I. : Asbestos |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Diane Antonelli**  
*Executrix for the Estate of Michael Harvey*

represented by **John F. Geida**  
Embry & Neusner  
118 Poquonnock Road  
Groton, CT 06340-1409  
860-449-0341  
Fax: 860-449-9070  
Email: jgeida@embryneusner.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Harvey**  
*TERMINATED: 08/26/2010*

represented by **John F. Geida**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Electric Boat Corp**

represented by **Eric W. F. Niederer**  
Wilson, Elser, Moskowitz, Edelman & Dicker , LLP - Stmfd CT  
1010 Washington Boulevard  
Stamford, CT 06901  
203-388-9100  
Fax: 203-388-9101  
Email: eric.niederer@wilsonelser.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Erik C. DiMarco**  
Wilson, Elser, Moskowitz, Edelman & Dicker - 42nd NY  
150 East 42Nd St.  
New York, NY 10017-5639

212-490-3000 x2126  
Fax: 212-490-3038  
Email: erik.dimarco@wilsonelser.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Shannon N. Philipp**  
Wilson, Elser, Moskowitz, Edelman & Dicker , LLP - Stmfd CT  
1010 Washington Boulevard  
Stamford, CT 06901  
293-388-9100  
Email: shannon.philipp@wilsonelser.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2010 | 1 | ENTERED IN ERROR - COMPLAINT against Michael Harvey ( Filing fee $ 350 receipt number B019376), filed by Electric Boat Corp.(Simpson, T.) Modified on 3/10/2010 (Simpson, T.). (Entered: 03/10/2010) |
| 03/09/2010 | 2 | NOTICE OF REMOVAL from Superior Court, Judicial District of Fairfield at Bridgeport Filing fee $ 350 receipt number B019376, filed by Electric Boat Corp.(Simpson, T.) (Entered: 03/10/2010) |
| 03/09/2010 | 3 | Order on Pretrial Deadlines: Motions to Dismiss due on 6/9/2010. Amended Pleadings due by 5/8/2010 Discovery due by 9/8/2010 Dispositive Motions due by 10/8/2010. Signed by Clerk on 3/9/2010. (Simpson, T.) (Entered: 03/10/2010) |
| 03/09/2010 | 4 | ELECTRONIC FILING ORDER - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Vanessa L. Bryant on 3/9/2010. (Attachments: # 1 Ntc regarding electronic filing)(Simpson, T.) (Entered: 03/10/2010) |
| 03/09/2010 | 5 | NOTICE of Appearance by Shannon N. Philipp on behalf of Electric Boat Corp (Simpson, T.) (Entered: 03/10/2010) |
| 03/09/2010 | 6 | NOTICE of No Pending Motions by Electric Boat Corp (Simpson, T.) (Entered: 03/10/2010) |
| 03/09/2010 | 7 | Compliance with Standing Order in Removed Cases by Electric Boat Corp (Simpson, T.) (Entered: 03/10/2010) |
| 03/09/2010 | 8 | DEMAND for Trial by Jury by Electric Boat Corp. (Simpson, T.) (Entered: 03/10/2010) |
| 03/09/2010 | 9 | Corporate Disclosure Statement by Electric Boat Corp identifying Corporate Parent General Dynamics Corp for Electric Boat Corp. (Simpson, T.) (Entered: 03/10/2010) |

| | | |
|---|---|---|
| 03/09/2010 | 10 | Certificate of Filing and Service of Notice of Removal by Electric Boat Corp (Simpson, T.) (Entered: 03/10/2010) |
| 03/10/2010 | | Docket Entry Correction re 1 Complaint MODIFIED TO NOTE ENTERED IN ERROR - USED WRONG EVENT (Simpson, T.) (Entered: 03/10/2010) |
| 03/10/2010 | 11 | ORDER RE: Judges Chambers Practices. Counsel are directed to read and comply with the Chambers Practices and Standing Orders prior to filing any document. So ordered. Signed by Judge Vanessa L. Bryant on 3/10/10. (Walker, J.) (Entered: 03/10/2010) |
| 03/11/2010 | 12 | NOTICE of Appearance by Erik C. DiMarco on behalf of Electric Boat Corp (DiMarco, Erik) (Entered: 03/11/2010) |
| 03/22/2010 | 13 | MOTION for Extension of Time until April 16, 2010 To File Rsponsive Pleading by Electric Boat Corp. (Philipp, Shannon) (Entered: 03/22/2010) |
| 03/24/2010 | 14 | ORDER granting 13 Motion for Extension of Time until 4/16/10 to respond to the complaint contained within 2 Notice of Removal. Counsel are reminded that pursuant to Local Rule 7(b)(3), all motions for extensions of time, whether for consideration by the Clerk or a Judge, shall include a statement of the moving counsel that (1) he or she has inquired of opposing counsel and there is agreement or objection to the motion, or that (2) despite diligent effort, he or she cannot ascertain opposing counsel's position. So ordered. Signed by Judge Vanessa L. Bryant on 3/24/10. (Walker, J.) (Entered: 03/24/2010) |
| 03/24/2010 | | Answer deadline updated for Electric Boat Corp to 4/16/2010. (Walker, J.) (Entered: 03/24/2010) |
| 03/25/2010 | 15 | CERTIFICATE OF SERVICE by Electric Boat Corp (Philipp, Shannon) (Entered: 03/25/2010) |
| 05/03/2010 | 16 | Clerk's ENTRY OF DEFAULT as to Electric Boat Corp. Motion for default judgment due by 6/2/2010. A Motion for Default Judgment pursuant to FRCP 55(b) shall be filed or this action will be dismissed by the Clerk pursuant to Rule 41(b) FRCP. (Walker, J.) (Entered: 05/03/2010) |
| 05/04/2010 | 17 | ANSWER to Complaint (Notice of Removal) by Electric Boat Corp.(Philipp, Shannon) (Entered: 05/04/2010) |
| 05/11/2010 | 18 | ORDER: Rule 26 Meeting Report due by 5/26/2010. Signed by Judge Vanessa L. Bryant on 5/11/10. (Walker, J.) (Entered: 05/11/2010) |
| 05/26/2010 | 19 | REPORT of Rule 26(f) Planning Meeting. (Philipp, Shannon) (Entered: 05/26/2010) |
| 08/24/2010 | 20 | MOTION to Substitute Party by Michael Harvey. (Attachments: # 1 Exhibit Amended Complaint)(Geida, John) (Entered: 08/24/2010) |
| 08/25/2010 | 21 | ORDER denying without prejudice to refiling 20 Motion to Substitute Party. Counsel are directed to comply with the electronic filing requirement included in Court's current version of the Chambers Practices document number 11 , which are available on the District of Connecticut website. See http://www.ctd.uscourts.gov/vlb.html. Pursuant to the electronic filing |

| | | |
|---|---|---|
| | | requirement, pleadings and motions must be typewritten using Arial Bold 12 point font, double spaced, and comply with all applicable provisions of D. Conn. L. Civ. R. 10(a). All documents filed electronically should be published in PDF and filed in this format rather than scanned manually. SO ORDERED. Signed by Judge Vanessa L. Bryant on 8/25/10. (S-Basile, F.) (Entered: 08/25/2010) |
| 08/26/2010 | 22 | Second MOTION to Substitute Party by Michael Harvey. (Attachments: # 1 Amended Complaint)(Geida, John) (Entered: 08/26/2010) |
| 08/26/2010 | 23 | ORDER granting absent objection 22 Motion to Substitute Party to add DIANE ANTONELLI, Executrix for the Estate of MICHAEL HARVEY. SO ORDERED. Signed by Judge Vanessa L. Bryant on 8/26/10. (S-Basile, F.) (Entered: 08/26/2010) |
| 08/26/2010 | 24 | AMENDED COMPLAINT against Electric Boat Corp filed by Diane Antonelli.(Grady, B.) (Entered: 08/27/2010) |
| 09/09/2010 | 25 | ANSWER to 24 Amended Complaint with Special Defenses. by Electric Boat Corp.(Philipp, Shannon) (Entered: 09/09/2010) |
| 09/09/2010 | 26 | Second REPORT of Rule 26(f) Planning Meeting. (Geida, John) (Entered: 09/09/2010) |
| 09/15/2010 | 27 | SCHEDULING ORDER adopting 26 Report of Parties' Planning Meeting: Discovery due by 8/1/2011; Dispositive Motions due by 9/12/2011; if no dispositive motions are filed, the Joint Trial Memorandum due by 12/1/2011 and Jury Selection set for 1/3/2012 at 09:30AM; if dispositive motions are filed, the Joint Trial Memorandum is due 8/1/12 and Jury Selection set for 9/4/12. Signed by Judge Vanessa L. Bryant on 9/15/10. (LaLone, L.) (Entered: 09/15/2010) |
| 02/22/2011 | 28 | NOTICE CONCERNING WAIVER OF JUDICIAL DISQUALIFICATION (Grady, B.) (Entered: 02/23/2011) |
| 02/24/2011 | 29 | EXHIBIT re 28 Notice. (Attachments: # 1 Exhibit)(LaLone, L.) (Entered: 02/24/2011) |
| 02/24/2011 | 30 | ORDER: This case is ordered administratively closed to avoid inadvertent violation of the Code. The Court will entertain unopposed motions during the closure period. Notwithstanding the administrative closure of the case, any scheduling order in effect on the date of this notice remains in effect and the parties are ordered to proceed with preparation of the case for trial or other disposition in accordance with such operative scheduling order. Signed by Judge Vanessa L. Bryant on 2/24/11. (LaLone, L.) (Entered: 02/24/2011) |
| 02/24/2011 | | JUDICIAL PROCEEDINGS SURVEY: The following link to the survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Upon entering the survey, all responses are completely anonymous.<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey (LaLone, L.) (Entered: 02/25/2011) |

| 03/08/2011 | 31 | NOTICE of Appearance by Eric W. F. Niederer on behalf of Electric Boat Corp (Niederer, Eric) (Entered: 03/08/2011) |
| --- | --- | --- |
| 03/09/2011 | 32 | ENTERED IN ERROR . . . NOTICE by Electric Boat Corp (Niederer, Eric) Modified on 3/9/2011 (Grady, B.). (Entered: 03/09/2011) |

| PACER Service Center |||||
| --- | --- | --- | --- | --- |
| Transaction Receipt |||||
| 04/14/2011 12:25:54 |||||
| PACER Login: | we2275 | Client Code: || 07411.00050 8907 |
| Description: | Docket Report | Search Criteria: || 3:10-cv-00344-VLB |
| Billable Pages: | 3 | Cost: || 0.24 |