IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : <br> : Consolidated Under <br> : MDL DOCKET NO. 875 |
| This Document Relates To: | : |
| ALLEN H. DONN, | : CIVIL ACTION NO. MDL 875 <br> : EDPA NO. 10-CV-62071 |
| v. | : <br> : Transferor District |
| A.W. CHESTERTON CO., INC., et al | : SDNY 10-CV-00311 <br> : |

| | |
|---|---|
| NORMAN K. MCCOLLUM | : CIVIL ACTION NO. MDL 875 <br> : EDPA NO. 10-CV-65924 |
| v. | : <br> : Transferor District <br> : SDNY 10-CV-01742 |
| ALLEN-BRADLEY CO., et al | : |

| | |
|---|---|
| JOANNE LANE, Individually and as personal representative of the heirs and Estate of HARVEY LANE, deceased | : CIVIL ACTION NO. MDL 875 <br> : EDPA NO. 10-CV-67423 <br> : <br> : |
| v. | : Transferor District <br> : District of Delaware 09-CV-586 |
| ALDRICH CO. BOILERS, et al | : |

## **O R D E R**

AND NOW, this 15th day of March, 2011, these matters having been referred by the Honorable Eduardo C. Robreno, IT IS HEREBY ORDERED that Oral Argument will be held with respect to certain summary judgment motions on **MONDAY, APRIL 25, AND, TUESDAY, APRIL 26, 2011.**[1] **The court will hear argument on the motions at 10:00 a.m.**

---

[1] Until further notice counsel are expected to be present both days.

in Courtroom 6, 2nd Floor, United States Courthouse Robert N.C. Nix Federal Building, 900 Market Street, Philadelphia, Pennsylvania. The court will hear argument only on the issue of product identification/causation. Any other issues, including government contractor and bare metal defenses are reserved for Judge Robreno.

The Court has identified the following motions that raise product identification/causation to be argued, and the parties shall advise immediately if they believe this list is inaccurate or incomplete.[2] In addition, Plaintiff's counsel shall advise the court of the motions going forward for argument by Thursday, April 21, 2011.

Donn
VIAD (Doc. 38)                         Crane Co. (Doc. 53)

McCollum
Belden Wire & Cable Co. (Doc. 90)      American Insulated Wire Corp. (Doc. 91)
General Cable (Doc. 98)                Okonite Co., Inc. (Doc. 104)
Ericsson, Inc. (Doc. 110)              Honeywell International, Inc. (Doc. 113)
Scheinder Electric USA, Inc.(Doc. 114) Ingersoll-Rand Co. (Doc. 117)
Crane Co. (Doc. 119)

Lane
Ingersoll-Rand (Doc. 54)               CBS Corp. (Doc. 57)
Cutler-Hammer Inc. (Doc. 59)           Kentile (Doc. 62)
Hoffman/New York Inc. (Doc. 65)        FMC Corporation (Doc. 66)
General Electric Co. (Doc. 69)         Warren Pumps, LLC (Doc. 70)
Crane Co. (Doc. 71)

BY THE COURT:

ELIZABETH T. HEY

---

[2] Judge Robreno will be handling the motions filed by CBS & GE (Doc. 33) and Foster Wheeler (Doc. 57) in Donn, and the motions filed by Ford (Doc. 109) and Long Island Railroad (Doc. 125) in McCollum. These motions will not be argued before Judge Hey.