UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF PENNSYLVANIA**

# Asbestos Products Liability Litigation
## Caseload Statistics
Office of the Clerk of Court

August 1, 2006 - March 31, 2011

**Michael E. Kunz**
Clerk of Court

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
875 -IN RE: Asbestos Products Liability Litigation (No.VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

## CUMULATIVE TOTALS

|  | CASES TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CASES PENDING IN EDPA | |
|---|---|---|---|---|
| 8/1/2006 - 10/31/2008 | 53,788 | 1,982 | AS OF 10/31/08 | 51,806 |
| 11/1/2008 - 12/31/2009 | 44,266 | 44,550 | AS OF 12/31/09 | 51,522 |
| 1/1/2010 - 12/31/2010 | 25,754 | 57,707 | AS OF 12/31/10 | 19,569 |
| 1/1/2011 - 3/31/2011 | 3,556 | 8,760 | AS OF 3/31/11 | 14,365 |
| **TOTAL** | 127,364 | 112,999 | AS OF 3/31/11 | 14,365 |

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
875 - IN RE: Asbestos Products Liability Litigation (No. VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | CASES ADDED TO BANKRUPTCY DOCKET | C.T.O.S FILED |
|---|---|---|---|---|---|---|
| NOVEMBER 2008 | 522 | 33,982 | 2 | 2,304 | 2,064 | 0 |
| DECEMBER 2008 | 1,215 * | 16,112 | 12 | 4,278 | 143 | 56 |
| JANUARY 2009 | 2,795 | 72,511 | 0 | 10,681 | 358 | 152 |
| FEBRUARY 2009 | 475 | 35,222 | 5,183 | 216,095 | 222 | 542 |
| MARCH 2009 | 2,652 | 40,890 | 1,462 | 282,683 | 0 | 762 |
| APRIL 2009 | 2,328 | 51,932 | 3,170 | 149,129 | 695 | 72 |
| MAY 2009 | 1,841 | 71,401 | 5,882 | 1,151,139 | 3,890 | 46 |
| JUNE 2009 | 6,088 | 145,735 | 6,543 | 146,093 | 2,366 | 53 |
| JULY 2009 | 4,463 * | 114,537 | 4,736 | 404,157 | 4,576 | 24 |
| AUGUST 2009 | 5,789 | 971,937 | 3,876 | 60,009 | 1,022 | 138 |
| SEPTEMBER 2009 | 11,755 | 643,476 | 2,721 | 2,474,855 | 317 | 0 |
| OCTOBER 2009 | 2,144 | 93,632 | 5,554 | 435,802 | 645 | 92 |
| NOVEMBER 2009 | 888 | 53,768 | 2,652 | 77,986 | 2,618 | 53 |
| DECEMBER 2009 | 1,311 | 42,651 | 2,757 | 155,072 | 4,187 | 43 |
| TOTAL 11/1/2008 - 12/31/2009 | 44,266 | 2,387,786 | 44,550 | 5,570,283 | 23,103 | 2,033 |

* EACH INCLUDE 1 NEW CASE WITH ORIGINAL JURISDICTION

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
875 - IN RE: Asbestos Products Liability Litigation (No. VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | CASES ADDED TO BANKRUPTCY DOCKET | CTOS FILED |
|---|---|---|---|---|---|---|
| JANUARY 2010 | 312 | 12,185 | 2,828 | 59,644 | 727 | 1 |
| FEBRUARY 2010 | 1,187 | 21,427 | 898 | 44,821 | 270 | 37 |
| MARCH 2010 | 92 | 2,370 | 7,840 | 647,192 | 2,309 | 0 |
| APRIL 2010 | 4,517 | 218,523 | 4,342 | 235,284 | 2,415 | 31 |
| MAY 2010 | 2,498 * | 75,420 | 8,973 | 553,430 | 2,726 | 62 |
| JUNE 2010 | 1,061 | 6,321 | 12,685 | 1,071,056 | 770 | 0 |
| JULY 2010 | 226 | 25,410 | 4,899 | 111,232 | 5,438 | 34 |
| AUGUST 2010 | 9,538 | 46,208 | 12,293 | 114,556 | 5,273 | 91 |
| SEPTEMBER 2010 | 1,930 | 33,072 | 699 | 7,714 | 4,814 | 13 |
| OCTOBER 2010 | 2,489 | 101,484 | 1,277 | 23,675 | 5,343 | 9 |
| NOVEMBER 2010 | 177 | 16,400 | 586 | 12,167 | 771 | 9 |
| DECEMBER 2010 | 1,727 | 69,633 | 387 | 8,900 | 1,201 | 19 |
| TOTAL 1/1/2010 – 12/31/2010 | 25,754 | 628,453 | 57,707 | 2,889,671 | 32,057 | 306 |

* INCLUDES 1 NEW CASE WITH ORIGINAL JURISDICTION

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
875 -IN RE: Asbestos Products Liability Litigation (No. VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | CASES ADDED TO BANKRUPTCY DOCKET | C.T.O.S FILED |
|---|---|---|---|---|---|---|
| JANUARY 2011 | 98 | 6,042 | 1,490 | 59,532 | 66 | 11 |
| FEBRUARY 2011 | 1,037 * | 16,987 | 4,236 | 117,555 | 131 | 15 |
| MARCH 2011 | 2,421 | 51,360 | 3,034 | 40,858 | 1,088 | 51 |
| APRIL 2011 | | | | | | |
| MAY 2011 | | | | | | |
| JUNE 2011 | | | | | | |
| JULY 2011 | | | | | | |
| AUGUST 2011 | | | | | | |
| SEPTEMBER 2011 | | | | | | |
| OCTOBER 2011 | | | | | | |
| NOVEMBER 2011 | | | | | | |
| DECEMBER 2011 | | | | | | |
| TOTAL 1/1/2011 - 3/31/2011 | 3,556 | 74,389 | 8,760 | 217,945 | 1,285 | 77 |

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
875 -IN RE: Asbestos Products Liability Litigation (No.VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

## TOTAL CASELOAD
11/1/2008 - 3/31/2011

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | CASES ADDED TO BANKRUPTCY DOCKET | C.T.O.S FILED |
|---|---|---|---|---|---|---|
| 11/1/2008 - 12/31/2009 | 44,266 | 2,387,786 | 44,550 | 5,570,283 | 23,103 | 2,033 |
| 1/1/2010 - 12/31/2010 | 25,754 | 628,453 | 57,707 | 2,889,671 | 32,057 | 306 |
| 1/1/2011 - 3/31/2011 | 3,556 | 74,389 | 8,760 | 217,945 | 1,285 | 77 |
| TOTAL 11/1/2008 - 3/31/2011 | 73,576 | 3,090,628 | 111,017 | 8,677,899 | 56,445 | 2,416 |

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
## 875 - IN RE: Asbestos Products Liability Litigation (No.VI)
### PENNSYLVANIA EASTERN
8/1/2006 - 3/31/2011

| DISTRICT COURT | CASES FILED | CASES TERMINATED | CASES PENDING |
|---|---|---|---|
| **DC** | **32** | **30** | **2** |
| District of Columbia | 32 | 30 | 2 |
| **1ST CIRCUIT** | **2,812** | **2,506** | **306** |
| Maine | 279 | 268 | 11 |
| Massachusetts | 2,062 | 1,789 | 273 |
| New Hampshire | 127 | 120 | 7 |
| Puerto Rico | 77 | 77 | 0 |
| Rhode Island | 267 | 252 | 15 |
| **2ND CIRCUIT** | **19,113** | **17,599** | **1,514** |
| Connecticut | 1,248 | 94 | 1,154 |
| New York Eastern | 6,876 | 6,641 | 235 |
| New York Northern | 323 | 323 | 0 |
| New York Southern | 10,218 | 10,094 | 124 |
| New York Western | 446 | 446 | 0 |
| Vermont | 2 | 1 | 1 |
| **3RD CIRCUIT** | **10,066** | **10,003** | **63** |
| Delaware | 458 | 446 | 12 |
| New Jersey | 815 | 798 | 17 |
| Pennsylvania Eastern | 8,504 | 8,473 | 31 |
| Pennsylvania Middle | 1 | 1 | 0 |
| Pennsylvania Western | 86 | 84 | 2 |
| Virgin Islands | 202 | 201 | 1 |
| **4TH CIRCUIT** | **18,683** | **11,723** | **6,960** |
| Maryland | 1,309 | 756 | 553 |
| North Carolina Eastern | 1,238 | 858 | 380 |
| North Carolina Middle | 812 | 691 | 121 |
| North Carolina Western | 1,800 | 1,587 | 213 |
| South Carolina | 2,242 | 2,089 | 153 |
| Virginia Eastern | 10,212 | 4,679 | 5,533 |
| Virginia Western | 906 | 903 | 3 |
| West Virginia Northern | 66 | 66 | 0 |
| West Virginia Southern | 98 | 94 | 4 |
| **5TH CIRCUIT** | **43,502** | **41,488** | **2,014** |
| Louisiana Eastern | 364 | 309 | 55 |
| Louisiana Middle | 128 | 118 | 10 |
| Louisiana Western | 77 | 70 | 7 |
| Mississippi Northern | 562 | 560 | 2 |
| Mississippi Southern | 33,295 | 33,047 | 248 |
| Texas Eastern | 6,723 | 5,149 | 1,574 |
| Texas Northern | 1,529 | 1,496 | 33 |
| Texas Southern | 741 | 657 | 84 |
| Texas Western | 83 | 82 | 1 |

| DISTRICT COURT | CASES FILED | CASES TERMINATED | CASES PENDING |
|---|---|---|---|
| **6TH CIRCUIT** | **12,722** | **12,571** | **151** |
| Kentucky Eastern | 275 | 243 | 32 |
| Kentucky Western | 256 | 211 | 45 |
| Michigan Eastern | 118 | 112 | 6 |
| Michigan Western | 30 | 26 | 4 |
| Ohio Northern | 11,367 | 11,312 | 55 |
| Ohio Southern | 248 | 245 | 3 |
| Tennessee Eastern | 250 | 245 | 5 |
| Tennessee Middle | 87 | 87 | 0 |
| Tennessee Western | 91 | 90 | 1 |
| **7TH CIRCUIT** | **8,585** | **6,536** | **2,049** |
| Illinois Central | 1,716 | 1,473 | 243 |
| Illinois Northern | 1,084 | 791 | 293 |
| Illinois Southern | 421 | 285 | 136 |
| Indiana Northern | 1,514 | 1,048 | 466 |
| Indiana Southern | 1,971 | 1,522 | 449 |
| Wisconsin Eastern | 1,241 | 886 | 355 |
| Wisconsin Western | 638 | 531 | 107 |
| **8TH CIRCUIT** | **3,462** | **3,112** | **350** |
| Arkansas Eastern | 86 | 85 | 1 |
| Arkansas Western | 19 | 19 | 0 |
| Iowa Northern | 27 | 24 | 3 |
| Iowa Southern | 1,925 | 1,911 | 14 |
| Minnesota | 460 | 368 | 92 |
| Missouri Eastern | 349 | 346 | 3 |
| Missouri Western | 109 | 108 | 1 |
| Nebraska | 126 | 117 | 9 |
| North Dakota | 339 | 112 | 227 |
| South Dakota | 22 | 22 | 0 |
| **9TH CIRCUIT** | **2,751** | **2,348** | **403** |
| Alaska | 121 | 120 | 1 |
| Arizona | 598 | 571 | 27 |
| California Central | 224 | 193 | 31 |
| California Eastern | 19 | 10 | 9 |
| California Northern | 712 | 460 | 252 |
| California Southern | 57 | 33 | 24 |
| Guam | 3 | 2 | 1 |
| Hawaii | 57 | 57 | 0 |
| Idaho | 114 | 110 | 4 |
| Montana | 143 | 130 | 13 |
| Nevada | 186 | 183 | 3 |
| Northern Mariana Island | 4 | 4 | 0 |
| Oregon | 159 | 155 | 4 |
| Washington Eastern | 174 | 169 | 5 |
| Washington Western | 180 | 151 | 29 |

| DISTRICT COURT | CASES FILED | CASES TERMINATED | CASES PENDING |
|---|---|---|---|
| **10TH CIRCUIT** | **2,519** | **2,497** | **22** |
| Colorado | 503 | 503 | 0 |
| Kansas | 609 | 609 | 0 |
| New Mexico | 277 | 273 | 4 |
| Oklahoma Eastern | 28 | 26 | 2 |
| Oklahoma Northern | 223 | 217 | 6 |
| Oklahoma Western | 303 | 301 | 2 |
| Utah | 454 | 446 | 8 |
| Wyoming | 122 | 122 | 0 |
| **11TH CIRCUIT** | **3,117** | **2,586** | **531** |
| Alabama Middle | 74 | 66 | 8 |
| Alabama Northern | 404 | 396 | 8 |
| Alabama Southern | 291 | 275 | 16 |
| Florida Middle | 120 | 99 | 21 |
| Florida Northern | 22 | 21 | 1 |
| Florida Southern | 604 | 570 | 34 |
| Georgia Middle | 35 | 29 | 6 |
| Georgia Northern | 683 | 613 | 70 |
| Georgia Southern | 884 | 517 | 367 |
| **TOTAL** | **127,364** | **112,999** | **14,365** |