# Asbestos Personal Injury Litigation in the Federal Courts: MDL-875

Eduardo C. Robreno, Presiding Judge

United States District Court for the Eastern District of Pennsylvania

© June 12, 2009
As Amended
February 15, 2011

Available at: http://www.paed.uscourts.gov/mdl875a.asp

1

# Status of MDL-875 as of 10/1/2008

- About 110,000 plaintiffs, each of whom had sued, on average, over 50 defendants.
- Estimated number of open claims in excess of 10 million.
- Maritime Docket (MARDOC): a separate docket consisting of about 42,000 cases.

2

# Integration of Principles and Procedures

- The Flow Chart on the following slide illustrates how the Court is implementing its Case Management principles and procedures.

# Progress since 1/1/2009

- Beginning in January of 2009, the Court has fully implemented the procedures described.
  – The Court began by addressing the "land-based" litigation in MDL-875.
  – In December of 2009, the Court began applying these procedures to the MARDOC cases.

# Flowchart: Case Processing

**CASE IS LISTED FOR HEARING**

Branches from "Case is Listed for Hearing":

1. **Plaintiff has complied with Admin. Ords. 11 & 12.** → **Rule 26(f) Report/ Rule 16 Conference**

2. **Contested Compliance with Admin. Ords.** → **Daubert Hearing/ other Evidentiary Hearing** → either:
   - back to **Rule 26(f) Report/ Rule 16 Conference**, or
   - **Involuntary Dismissal**

3. **Voluntary /Involuntary Dismissal of Viable Defendants**

4. **Non-Viable Defendants → Bankruptcy docket**

From **Rule 26(f) Report/ Rule 16 Conference**:
- → **Settlement Conference** → (returns to flow)
- → **Summary Judgment Motions Hearing before District Judge or three judge panel of Magistrate Judges**

Then: → **Settlement/Final Pretrial Conference** → **Malignancy & Non-Malignancy Tracks** → **Trial in E.D. Pa. or Remand to Transferor District (pursuant to Admin. Ord. 18)**

**NOTE:** A non-viable defendant is a party that is in bankruptcy proceedings

Cases Opened and Transferred to the Eastern District of Pennsylvania as Part of MDL 875
from November 2008 - December 2009

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | CASES ADDED TO BANKRUPTCY DOCKET | C.T.O.s FILED |
|---|---|---|---|---|---|---|
| NOVEMBER 2008 | 1,024 | 33,982 | 2 | 2,304 | 2,064 | 0 |
| DECEMBER 2008 | 834 | 16,112 | 12 | 4,278 | 143 | 56 |
| JANUARY 2009 | 2,469 | 72,511 | 0 | 10,681 | 358 | 152 |
| FEBRUARY 2009 | 1,253 | 35,222 | 5,233 | 216,095 | 222 | 542 |
| MARCH 2009 | 1,891 | 40,890 | 1,463 | 282,683 | 0 | 762 |
| APRIL 2009 | 2,433 | 51,932 | 3,187 | 149,129 | 605 | 72 |
| MAY 2009 | 2,220 | 71,401 | 9,751 | 1,151,139 | 3,890 | 46 |
| JUNE 2009 | 5,566 | 145,735 | 2,880 | 146,093 | 2,368 | 53 |
| JULY 2009 | 4,463 | 114,537 | 4,588 | 404,157 | 4,578 | 24 |
| AUGUST 2009 | 5,822 | 971,937 | 3,882 | 60,009 | 1,022 | 138 |
| SEPTEMBER 2009 | 11,722 | 643,476 | 2,724 | 2,474,855 | 317 | 0 |
| OCTOBER 2009 | 2,169 | 93,632 | 6,396 | 435,802 | 645 | 92 |
| NOVEMBER 2009 | 1,169 | 53,768 | 3,366 | 77,986 | 2,618 | 53 |
| DECEMBER 2009 | 1,009 | 41,843 | 2,179 | 155,072 | 4,167 | 43 |
| TOTAL 11/1/2008 - 12/31/2009 | 44,044 | 2,386,978 | 45,663 | 5,570,283 | 23,103 | 2,033 |

5

Cases Opened and Transferred to the Eastern District of Pennsylvania as Part of MDL 875 in 2010

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | CASES ADDED TO BANKRUPTCY DOCKET | C.T.O.S FILED |
|---|---|---|---|---|---|---|
| JANUARY 2010 | 426 | 12,185 | 2,408 | 59,644 | 727 | 1 |
| FEBRUARY 2010 | 1,082 | 21,427 | 864 | 44,821 | 270 | 37 |
| MARCH 2010 | 79 | 2,370 | 8,655 | 647,192 | 2,309 | 0 |
| APRIL 2010 | 4,579 | 218,523 | 3,525 | 235,284 | 2,415 | 31 |
| MAY 2010 | 2,754 | 75,420 | 8,806 | 553,430 | 2,726 | 62 |
| JUNE 2010 | 856 | 6,321 | 14,244 | 1,071,056 | 770 | 0 |
| JULY 2010 | 3,449 | 25,410 | 3,578 | 111,232 | 5,438 | 34 |
| AUGUST 2010 | 6,280 | 46,208 | 11,785 | 114,556 | 5,273 | 91 |
| SEPTEMBER 2010 | 1,852 | 33,072 | 569 | 7,714 | 4,814 | 13 |
| OCTOBER 2010 | 2,480 | 101,484 | 1,203 | 23,675 | 5,343 | 9 |
| NOVEMBER 2010 | 176 | 16,400 | 602 | 12,167 | 771 | 9 |
| DECEMBER 2010 | 1,726 | 69,633 | 1,362 | 8,900 | 1,201 | 19 |
| TOTAL 1/1/2010 – 12/31/2010 | 25,739 | 628,453 | 57,601 | 2,889,671 | 32,057 | 306 |

Cases Opened and Transferred to the Eastern District of Pennsylvania as Part of MDL 875 in 2011

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | CASES ADDED TO BANKRUPTCY DOCKET | C.T.O.S FILED |
|---|---|---|---|---|---|---|
| JANUARY 2011 | 97 | 6,010 | 489 | 117,555 | 66 | 11 |
| FEBRUARY 2011 | | | | | | |
| MARCH 2011 | | | | | | |
| APRIL 2011 | | | | | | |
| MAY 2011 | | | | | | |
| JUNE 2011 | | | | | | |
| JULY 2011 | | | | | | |
| AUGUST 2011 | | | | | | |
| SEPTEMBER 2011 | | | | | | |
| OCTOBER 2011 | | | | | | |
| NOVEMBER 2011 | | | | | | |
| DECEMBER 2011 | | | | | | |
| TOTAL 1/1/2011 - 1/31/2011 | 97 | 6,010 | 489 | 117,555 | 66 | 11 |

8

# Case Totals 2006-2011

| | CASES TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CASES PENDING IN EDPA | |
|---|---|---|---|---|
| 8/1/2006 - 10/31/2008 | 53,849 | 1,809 | AS OF 10/31/08 | 52,040 |
| 11/1/2008 - 12/31/2009 | 44,044 | 45,663 | AS OF 12/31/09 | 50,421 |
| 1/1/2010 - 12/31/2010 | 25,739 | 57,601 | AS OF 12/31/10 | 18,559 |
| 1/1/2011 - 1/31/2011 | 97 | 489 | AS OF 1/31/11 | 18,167 |
| TOTAL | 123,729 | 105,562 | AS OF 1/31/11 | 18,167* |

*7,265 Referred to Magistrate Judges and Judge Reed



# Summary Judgment Procedure

- As of the response date for motions for summary judgment, the Court can ascertain the number of cases/claims that may be remanded.

- If some or all of the motions in a case are opposed, a hearing on those motions will be scheduled within 30 days.

# All MDL 875 Cases Hearing Dates

available at: http://www.paed.uscourts.gov/documents/MDL/MDL875/Remand%20Dates%201.24.pdf

| Jurisdiction (and Magistrate Judge) | # of Cases | Hearing Date | Sugg. of Remand Date |
|---|---|---|---|
| D. ME | 60 | 9.22.2010 | 10.22.2010 |
| D.N.H. | 60 | 9.22.2010 | 10.22.2010 |
| D.MASS | 30 | 9.22.2010 | 10.22.2010 |
| D. DEL | 1 | 10.5.2010 | 11.5.2010 |
| W.D. PA | 10 | 10.5.2010 | 11.5.2010 |
| D.N.J | approx. 300 | 10.5.2010 | 11.5.2010 |
| D. MINN | 249 | 10.5.2010 | 11.5.2010 |
| W.D. MO | 6 | 10.5.2011 | 11.5.2010 |
| E.D. MO | 37 | 10.5.2010 | 11.5.2010 |
| D. IA | 5 | 10.5.2010 | 11.5.2010 |
| D. KS | 2 | 10.5.2010 | 11.5.2010 |
| D. UT | 9 | 10.5.2010 | 11.5.2010 |
| D.N.M | 18 | 10.5.2010 | 11.5.2010 |
| D.W.Y | 4 | 10.5.2010 | 11.5.2010 |
| E.D. OK | 9 | 10.21.2010 | 11.19.2010 |
| N.D. OK | 11 | 10.21.2010 | 11.19.2010 |
| W.D. OK | 10 | 10.21.2010 | 11.19.2010 |
| D. OR | 1 | 10.21.2010 | 11.19.2010 |
| D. MT | 2 | 10.21.2010 | 11.19.2010 |
| D. ID | 2 | 10.21.2010 | 11.19.2010 |
| D. NM | 3 | 10.21.2010 | 11.19.2010 |
| W.D. WA | 19 | 10.21.2010 | 11.19.2010 |
| E.D. WA | 1 | 10.21.2010 | 11.19.2010 |
| CAL | 12 | 10.21.2010 | 11.19.2010 |
| D.C. | 1 | 11.2.2010 | 12.2.2010 |
| S.D. FL | 1 | 11.2.2010 | 12.2.2010 |
| N.D.W.V | 1 | 11.2.2010 | 12.2.2010 |
| S.D.W.V. | 9 | 11.2.2010 | 12.2.2010 |
| D. ME | 1 | 11.2.2010 | 12.2.2010 |
| D.N.J | 8 | 11.16.2010 | 12.16.2010 |
| E.D. KY | 53 | 11.16.2010 | 12.16.2010 |
| E.D. TN | 2 | 11.16.2010 | 12.16.2010 |
| W.D. TN | 69 | 11.16.2010 | 12.16.2010 |
| D. MD | 639 | 12.7.2010 | 1.7.2011 |

| Court | Cases | Date | Date |
|---|---|---|---|
| N.D. FL | 16 | | 1.14.2011 |
| S.D. FL | 190 | 12.14.2010 | 1.14.2011 |
| S.D. GA | 464 | 12.14.2010 | 1.14.2011 |
| E.D. TX | 1 | 12.14.2010 | 1.14.2011 |
| D. ID | 1 | 12.14.2010 | 1.14.2011 |
| N.D. AL | 3 | 1.11.2011 | 2.11.2011 |
| S.D. AL | 1 | 1.11.2011 | 2.11.2011 |
| M.D. MS | 3 | 1.11.2011 | 2.11.2011 |
| D. DEL | 1 | 1.11.2011 | 2.11.2011 |
| S.D. TX | 47 | 1.11.2011 | 2.11.2011 |
| W.D. TX | 3 | 1.11.2011 | 2.11.2011 |
| N.D. TX | 206 | 1.11.2011 | 2.11.2011 |
| D.N.H | 1 | 1.11.2011 | 2.11.2011 |
| UT, CA-S, WA-W (Judge Rueter) | 3 | *1.11.2011* | 2.11.2012 |
| W.D. WA (Judge Strawbridge) | 1 | *1.11.2011* | 2.11.2013 |
| D. KY | 3 | 1.25.2011 | 2.25.2011 |
| M.D. GA | 1 | 1.25.2011 | 2.25.2011 |
| D. LA | 32 | 1.25.2011 | 2.25.2011 |
| D.AK | 4 | 1.25.2011 | 2.25.2011 |
| D.AZ | 1 | 1.25.2011 | 2.25.2011 |
| S.C. (Judge Angell) | approx. 530 | *1.25.2011* | 2.25.2011 |
| UT (Judge Angell) | 1 | *1.25.2011* | *2.25.2011* |
| UT, AL-M, GA-N (Judge Rueter) | 3 | *1.25.2011* | *2.25.2011* |
| C.D. ILL | 160 | 2.8.2011 | 3.8.2011 |
| N.D. ILL | 5 | 2.8.2011 | 3.8.2011 |
| S.D. ILL | 45 | 2.8.2011 | 3.8.2011 |
| E.D. WI | 8 | 2.8.2011 | 3.8.2011 |
| D. ME | 57 | 2.8.2011 | 3.8.2011 |
| S.D. IN | 54 | 2.8.2011 | 3.8.2011 |
| LA-M (Judge Angell) | 2 | 2.8.2011 | 3.8.2011 |

13

← Hearings still to be completed in bold

| Court | Cases | Date 1 | Date 2 |
|---|---|---|---|
| W.D.N.C. | 36 | 2.22.2011 | 3.22.2011 |
| E.D.N.C | 36 | 2.22.2011 | 3.22.2011 |
| M.D.N.C | 36 | 2.22.2011 | 3.22.2011 |
| S.C. | 36 | 2.22.2011 | 3.22.2011 |
| N.D. OH | 27 | 2.22.2011 | 3.22.2011 |
| S.D. OH | 27 | 2.22.2011 | 3.22.2011 |
| E.D. MI | 27 | 2.22.2011 | 3.22.2011 |
| W.D. MI | 27 | 2.22.2011 | 3.22.2011 |
| OK-W *Wilkins (09-92451) (Judge Hey)* | *1* | *2.22.2011* | *3.22.2011* |
| FL-S *(Judge Rueter)* | *1* | *2.22.2011* | *3.22.2011* |
| GA-S *(Judge Angell)* | *approx. 350* | *2.22.2011* | *3.22.2011* |
| **E.D. TX** | **50** | **3.8.2011** | **4.8.2011** |
| **S.D. IN** | **3** | **3.8.2011** | **4.8.2011** |
| **D. ME** | **3** | **3.8.2011** | **4.8.2011** |
| **S.D.N.Y** | **337** | **3.22.2011** | **4.22.2011** |
| **N.D.** *(Judge Rueter)* | *approx. 80* | *3.22.2011* | *4.22.2011* |
| **D.C.** *(Judge Rueter)* | *1* | *3.22.2011* | *4.22.2011* |
| **E.D.N.Y** | **266** | **4.5.2011** | **5.5.2011** |
| **D. UT** | **1** | **4.5.2011** | **5.5.2011** |
| **E.D. TX** | **1** | **4.5.2011** | **5.5.2011** |
| *Levy Phillips II (Judge Hey)* | *3* | *4.5.2011* | *5.5.2011* |
| *Wallace and Graham II (Judge Hey)* | *441* | *4.5.2011* | *5.5.2011* |
| **S.D. MS** | **286** | **4.26.2011** | **5.26.2011** |
| **D.MT** | **9** | **5.18.2011** | **5.29.2011** |
| *WA-W, N.D. AL, E.D. LA (Judge Rueter)* | *3* | *5.18.2011* | *5.29.2011* |
| *N.D. CAL (Judge Rueter)* | *approx 192* | *5.18.2011* | *5.29.2011* |
| *NC (Wallace and Graham III)(Judge Hey)* | *367* | *5.18.2011* | *5.29.2011* |
| E.D. VA | 5,900 | 6.6.2011 | 7.5.2011 |

| | | | |
|---|---|---|---|
| Various Districts | 62 | 6.14.2011 | 7.14.2011 |
| E.D. VA (Judge Strawbridge) | 2 | 6.14.2011 | 7.24.2011 |
| Various Districts | 5 | 6.28.2011 | 7.28.2011 |
| C.D. CA (Judge Angell) | 2 | 6.28.2011 | 7.28.2011 |
| RI, CT (Judge Rueter) | 4 | 6.28.2011 | 7.28.2011 |
| Wallace and Graham IV (Judge Hey) | 367 | 6.28.2011 | 7.28.2011 |
| RI (Judge Hey) | 1 | 6.28.2011 | 7.28.2011 |
| CT (Judge Strawbridge) | 13 | 7.7.2011 | 8.7.2011 |
| MS Motley Rice (Judge Hey) | 95 | 7.12.2011 | 8.12.2011 |
| NC Ward Black (Judge Hey) | 200 | 7.12.2011 | 8.12.2011 |
| NC | 2 | 7.12.2011 | 8.12.2011 |
| E.D. PA | 2 | 7.26.2011 | N/A |
| D.N.J | 1 | 8.9.2011 | 9.9.2011 |
| N.D. (Judge Rueter) | 128 | 8.23.2011 | 9.23.2011 |
| CA (Judge Hey) | 1 | 8.23.2011 | 9.23.2011 |
| LA (Judge Hey) | 1 | 8.23.2011 | 9.23.2011 |
| CAL-C (Judge Angell) | 1 | 10.1.2011 | 11.1.2011 |
| GA-S (Judge Angell) | 1 | 10.5.2011 | 11.5.2011 |

# MDL 875 Hearing Results

| Hearing Date | Cases Listed | Transferor Districts | Opposed Motions | Remands |
|---|---|---|---|---|
| 9.22.10 | 150 | NH, MA, ME | 0 | 0 |
| 10.5.10 | 617 | MO, UT, NM, WDPA, NJ, WY, DE, KS, IA | 31 (in 7 cases) | 41 |
| 10.21.10 | 37 | OK, OR, MT, ID, NM, WA, CA | 4 (in 3 cases) | 2 |
| 11.2.10 | 16 | DC, FL, WV, ME | 3 in (2 cases) | 2 |
| 11.17.10 | 165 | NJ, KY, TN | 8 (in 3 cases) | 1 |
| 12.7.11 | 639 | MD | 10 (in 10 cases) | 10 |
| 12.14.11 | 250 | FL, GA, TX, ID | 6 (in 4 cases) | 5 |
| 1.11.11 | 230 | AL, MC, DEL, TX, NH | 13 (in 4 cases) | 2 |
| 1.25.11 | 600 | KY, GA, LA, AK, AZ, SC | 18 (in 15 cases) | 15 |
| 2.8.11 | 66 | ILL, WI, ME, IN | 2 (in 2 cases) | 2 (potential) |
| 2.22.11 | | NC, OH, MI | | |
| 3.8.11 | | TX, IN, ME, NY, ND | | |
| TOTALS | 2770* | | 95 | 80 |

*2690 cases settled, dismissed to bankruptcy only docket or dismissed for lack of prosecution.

# Breakdown of all Cases Pending in MDL 875

| | |
|---|---|
| All cases pending | 18,167 |
| Subject to Summary Judgment Hearings | -9,181 |
| | 8986 |
| Cases recently opened in the system that will likely be dismissed | -4,738 |
| Cases that will be closed subject to docket clean up | -1,148 |
| Cases in which settlement is nearly finalized and dismissal is forthcoming | -1,000 |
| | 2,100 |
| Cases referred to Judge Reed | -2,000 |
| Newly transferred cases with 2011 hearings | 100 |

# Status of MARDOC

- As of December 2009, MARDOC contained approximately 40,000 plaintiffs.
- The Court has separated these cases and will be administering MARDOC independently of the "land-based" litigation
- All of the cases were administratively dismissed in 1996
  – Each case is being reactivated, but is kept separate from "land-based" cases for statistical purposes

18

# Administration of MARDOC

- Number of cases transferred (or to be transferred): 44,492
- Elimination of claims
  - Plaintiffs' original complaints name approximately 150 defendants in each case.
  - Plaintiffs' Counsel has agreed to dismiss all but 15 defendants in each remaining MARDOC case
- Plaintiffs' counsel has voluntarily dismissed approx. 41,000 cases and is moving forward with 3,384 cases.
- Further administrative procedures to be implemented to promote settlement and/or begin dismissals.

19

# Remaining Cases in MDL-875 as of February 15, 2011

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
875 - IN RE: Asbestos Products Liability Litigation (No. VI)
PENNSYLVANIA EASTERN

| FROM 2006-2011 | CASES TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CASES REMAINING IN EDPA |
|---|---|---|---|
| LAND CASES | 123,729 | 105,562 | 18,167 |
| MARDOC | 44,492* | 41,108 | 3,384 |
| TOTAL | 163,584 | 142,908 | 21,551 |

*Subject to processing of case files.