BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FRANK MUMFREY** | * | CIVIL ACTION No. 2:11-cv-00711 |
| | * | |
| vs. | * | JUDGE: DUVAL |
| | * | SECTION "K" |
| **ANCO INSULATIONS, INC., ET AL** | * | |
| | * | MAGISTRATE: CHASEZ |
| | * | |
| | * | |

*****************************************************************************

*Pertains to:* MDL-875 – In re Asbestos Products Liability Litigation (No. VI)
  CONDITIONAL TRANSFER ORDER 384 (CTO-384)
  Schedule CTO-384 - Tag-Along Action

*****************************************************************************

## MOTION TO VACATE CONDITIONAL TRANSFER ORDER

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff who files his Motion to Vacate Conditional Transfer Order for the reasons set forth in the accompanying Memorandum in Support.

In light of the reasons discussed in the Memorandum in Support, most particularly the fact that Plaintiff's Motion to Remand has been briefed by the parties and is currently under advisement by the Honorable Stanwood Duval of the Eastern District of Louisiana, Plaintiff submits that transferring the instant case at this time would be a significant waste of judicial resources as the Motion for Remand is under advisement. If the court grants the motion and

remands the case to state court, then the matter is no longer before the federal courts.  If the court denies the motion, the case can then be transferred as this court deems appropriate.

**WHEREFORE**, Plaintiff respectfully requests that Conditional Transfer Order 384 be vacated insofar as relates to the instant case.

Respectfully submitted,

**LANDRY & SWARR, L.L.C.**

/s/ *Frank J. Swarr*
Frank J. Swarr (La. Bar No. 23322) (T.A.)
David R. Cannella (La. Bar 26231)
Philip C. Hoffman (La. Bar No. 32277)
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
Telephone:  (504) 299-1214
Facsimile:  (504) 299-1215
E-mail:  lslaw@landryswarr.com

SIMON, EDDINS & GREENSTONE, LLP
Lisa White Shirley, Bar No. 26511
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
Telephone:  214-276-7680
Facsimile:  214-276-7699
E-mail:  lshirley@seglaw.com

/

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of April, 2011, a copy of the foregoing has been filed with the MDL and all Counsel of record on the attached Panel Service List are being served via electronic mail.

*/s/ Frank J. Swarr*

2