BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FRANK MUMFREY** | * | CIVIL ACTION No. 2:11-cv-00711 |
| | * | |
| vs. | * | JUDGE:  DUVAL |
| | * | SECTION "K " |
| **ANCO INSULATIONS, INC., ET AL** | * | |
| | * | MAGISTRATE:  CHASEZ |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

*Pertains to:*   MDL-875 – In re Asbestos Products Liability Litigation (No. VI)
         CONDITIONAL TRANSFER ORDER 384 (CTO-384)
         Schedule CTO-384 - Tag-Along Action

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MEMORANDUM IN SUPPORT OF MOTION
TO VACATE CONDITIONAL TRANSFER ORDER**

**MAY IT PLEASE THE COURT:**

The Court should vacate Conditional Transfer Order 384 insofar as it relates to the instant case.  This action was originally filed in Louisiana State Court and was improperly removed to the Eastern District of Louisiana by one of the defendants on the grounds of fraudulent joinder of non-diverse parties. On April 5, 2011, this Honorable Court issued Conditional Transfer Order 384 (Record LAE/2:11-cv-00711 Doc. 1). On April 6, 2011, Plaintiff moved to have the case remanded to the state court from which it was wrongfully removed, and further requested expedited consideration of that motion.[1]  On April 8, 2011, the Honorable Judge Stanwood R. Duval, Jr., of the Eastern District of Louisiana, granted Plaintiff's request for expedited

---

[1] See Exhibit "1," Plaintiff's Motion to Remand and  Exhibit "2," Memorandum in Support.

consideration and gave the removing defendant until April 13, 2011 to oppose the remand motion, at which time the matter was taken under advisement without oral argument.[2] The Motion to Remand has therefore been briefed by the parties, is currently under advisement with the Court, and judgment is imminent.

It would be a needless waste of judicial resources to transfer this case to MDL-875 before the Eastern District of Louisiana is able to issue its ruling on the threshold issue of whether this case belongs in federal court at all. If the case is remanded, then obviously this court would have no further involvement. If the case is not remanded, it can then be transferred to MDL-875 as this court sees fit. There is simply no good reason not to allow the remand issue to be sorted out prior to any transfer.

**WHEREFORE**, Plaintiff respectfully requests that Conditional Transfer Order 384 be vacated insofar as relates to the instant case.

Respectfully submitted,

LANDRY, SWARR & CANNELLA, L.L.C.

*/s/ Frank J. Swarr*
FRANK J. SWARR, Bar No. 23322 (T.A.)
MICKEY P. LANDRY, Bar No. 22817
DAVID R. CANNELLA, Bar No. 26231
PHILIP C. HOFFMAN, Bar No 32277
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
Telephone:  (504) 299-1214
Facsimile:    (504) 299-1215
E-mail:  lslaw@landryswarr.com

SIMON, EDDINS & GREENSTONE, LLP
LISA WHITE SHIRLEY, Bar No. 26511
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
214-276-7680
214-276-7699 Fax

---

[2] See Exhibit "3," Order Granting Expedited Consideration of Plaintiff's Motion to Remand.

2

E-mail:  lshirley@seglaw.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of April, 2011, a copy of the foregoing has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management.  All Counsel of record are being served this filing by the court's electronic filing system.

/s/ *Frank J. Swarr*