UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FRANK MUMFREY | * | CIVIL ACTION |
| | * | |
| vs | * | NO. 2:11-CV-00711 |
| | * | |
| ANCO INSULATIONS, INC., ET AL. | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAG. JUDGE ALMA L. CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff to move this Honorable Court to remand this matter to the Civil District Court for the Parish of Orleans, State of Louisiana, for the reasons set forth herein:

I.

On April 1, 2011, Plaintiff received notice of removal to the United States District Court for the Eastern District of Louisiana by defendant The Sherwin-Williams Company ("Sherwin-Williams").

II.

Plaintiff opposes removal and moves for remand back to the State Court on the basis that this Court does not have subject matter jurisdiction over this matter. As more fully set forth in accompanying Memorandum in Support, there is not complete diversity in this case because Plaintiff Frank Mumfrey and four defendants in this case are Louisiana citizens. Moreover, Sherwin-Williams's Notice of Removal is procedurally defective for failure to adequately reflect authority to give formal notice of consent of all other defendants in this matter.

**WHEREFORE**, Plaintiff respectfully requests that this matter be remanded to the Civil District Court for the Parish of Orleans, State of Louisiana.  Additionally, Plaintiff asks that the Court award costs, including reasonable attorney fees, incurred in bringing this Motion to Remand.

Respectfully submitted,

LANDRY, SWARR & CANNELLA, L.L.C.

*/s/ Frank J. Swarr*
FRANK J. SWARR, Bar No. 23322 (T.A.)
MICKEY P. LANDRY, Bar No. 22817
DAVID R. CANNELLA, Bar No. 26231
PHILIP C. HOFFMAN, Bar No 32277
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
Telephone:  (504) 299-1214
Facsimile:    (504) 299-1215
E-mail:  lslaw@landryswarr.com

SIMON, EDDINS & GREENSTONE, LLP
LISA WHITE SHIRLEY, Bar No. 26511
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
214-276-7680
214-276-7699 Fax
E-mail:  lshirley@seglaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2011, a copy of the foregoing has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management.  All Counsel of record are being served this filing by the court's electronic filing system.

*/s/ Frank J. Swarr*

2