# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRANK MUMFREY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-711** |
| **ANCO INSULATIONS, INC., ET AL** | **SECTION "K"(5)** |

## ORDER

Before the Court is a Motion for Expedited Hearing (Doc. 9) on a Motion to Remand (Doc. 8). Considering the circumstances involved,

**IT IS ORDERED** that the Motion for Expedited Hearing (Doc. 9) is **GRANTED**. Defendants shall file their opposition to the Motion to Remand (Doc. 8) **no later than Wednesday, April 13, 2011** at which time the motion shall be taken on the papers without oral argument.

New Orleans, Louisiana, this  8th   day of April, 2011.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE