# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS STAPLETON AND CARLOTTA STAPLETON, <br><br> Plaintiffs, <br><br> vs. <br><br> AIR AND LIQUID COOLING SYSTEMS, et al., <br><br> Defendants. | CASE NO. 11-CV-428-LAB-BAM <br><br> **ORDER REMANDING CASE** |

Pursuant to the joint motion of Plaintiffs and Defendants Air and Liquid Systems Corporation, CBS Corporation, General Electric Company, and John Crane, Inc., all pending motions are withdrawn and this case is remanded to San Diego Superior Court.

**IT IS SO ORDERED.**

DATED: April 19, 2011

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -