UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)

Carlos Stapleton, et al. v. Air & Liquid Cooling Systems Corp., et al., S.D. California, C.A. No. 3:11-00428 ) ) ) MDL No. 875

ORDER VACATING CONDITIONAL TRANSFER ORDER
AND VACATING THE MAY 16, 2011, HEARING SESSION

A conditional transfer order was filed in this action (*Stapleton*) on March 11, 2011. Plaintiffs in *Stapleton* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now learned that *Stapleton* was remanded to San Diego Superior Court, State of California, by the Honorable Larry Alan Burns in an order filed on April 19, 2011.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-374" filed on March 11, 2011, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed April 11, 2011, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel