ASBESTOS MDL 875 - Re: CTO 358
*Robert McNaughton v. Goodrich Corp., et al* CAC 2:11-00791

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the JUDICIAL PANEL ON MULTIDISTRICT LITIGATION by efiling w/the court's CM/ECF system on  April 20, 2011.

**Letter to JPML Withdrawing Opposition to CTO-358**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Executed April 20, 2011, at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jane Ehni
Jane Ehni
222 Rush Landing Rd.
Novato, CA 94102
415/899-1011 ext. 232
jehni@braytonlaw.com