# BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS LITIGATION (NO. VI)**           **MDL NO. 875**

**THIS DOCUMENT RELATES TO:**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EDWARD HOLEWIAK and GERALDINE HOLEWIAK,<br><br>        Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, As successor by merger to BUFFALO PUMPS, INC.;<br>FOSTER WHEELER LLC, survivor to merger with FOSTER WHEELER CORPORATION GENERAL ELECTRIC COMPANY.<br>PACKINGS & INSULATIONS CORPORATION<br>P.I.C. CONTRACTORS, INC.<br><br>        Defendants. | **Civil Action<br>No.: 1:11-cv-00160-S-LDA** |

## SCHEDULE OF ACTIONS

1.     <u>Edward Holewiak and Geraldine Hoelwiak  v. Air & Liquid Systems Corporation, et. al.,</u> Civil Action No.: 1:11-cv-00160-S-LDA (United States District Court for the District of Rhode Island)

Respectfully submitted,

Air & Liquid Systems Corp., as Successor by
Merger to Buffalo Pumps, Inc.,
By its attorneys,


*/s/ Michael D. Simons*
Michael D. Simons
Fed. Bar No. ct28100
Governo Law Firm LLC
Two International Place, 15th Floor
Boston, MA  02110
Phone:  (617) 737-9045
Fax: (716) 737-9046
msimons@governo.com


Dated:  April 20, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this 20TH day of April, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.


*/s/ Michael D. Simons*
Michael D. Simons