# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

THIS FORM MUST BE FILED WITH THE PANEL NO LATER THAN (Noon Eastern Time) ON THE DATE INDICATED IN THE NOTICE FROM THE PANEL

MDL No. __875__ & TITLE - IN RE: __Asbestos Products Liability Litigation (No. VI)__

## NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):** Metropolitan Life Insurance Company, defendant

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):** Mumfrey v. Anco Insulation, Inc. et al, 2:11-cv-00711 (United States District Court, Eastern District of Louisiana)

*************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

__April 18, 2011__   __[signature]__
Date     Signature of Attorney or Designee

**Name and Address of Designated Attorney:** Jay M. Jalenak, Jr.
KeanMiller Law Firm
400 Convention Street, Suite 700
Baton Rouge, LA 70802

Telephone No.: __(225) 382-3438__   Fax No.: __(225) 215-4038__

Email Address: __jay.jalenak@keanmiller.com__

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.