IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | | |
|---|---|---|
| VARIOUS PLAINTIFFS | ) | Case No. _____ |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GENERAL ELECTRIC COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation ("Panel") entered an order transferring all asbestos cases pending in federal court to the United States District Court for the Eastern District of Pennsylvania (M.D.L. No. 875) for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer order under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this case is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 7.4(a)

or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

A list of applicable cases to which this notice applies, along with the Complaints and docket sheets, is attached hereto.

                                                Respectfully submitted,

                                                */s/ Matthew D. Joss*
                                                Anthony B. Taddeo, Jr., Esquire (VSB No. 70677)
                                                David M. Sturm, Esquire (VSB No. 44580)
                                                Matthew D. Joss, Esq. (VSB No. 48434)
                                                TADDEOSTURM, PLC
                                                3 West Cary Street
                                                Richmond, Virginia 23220
                                                (804) 344-8540
                                                taddeo@taddeosturm.com
                                                sturm@taddeosturm.com
                                                joss@taddeosturm.com
                                                *Counsel for General Electric Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of April, 2011, I will electronically file the foregoing with the Clerk of the Panel using the CM/ECF system, and send a notification of such filing (NEF) to all parties listed below participating in ECF via Notice of Electronic Filing (NEF) and to all other parties by first class mail, postage prepaid:

Paul A. Weykamp, Esquire
LAW OFFICES OF PAUL A. WEYKAMP
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030
**Counsel for Plaintiff**

Patricia B. Turner, Esquire
SPOTTS FAIN, P.C.
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
**Counsel for CBS Corporation**

James G. Kennedy, Esquire
PIERCE, HERNS, SLOAN & McLEOD, LLC
PO Box 22437
The Blake House, 321 East Bay Street
Charleston, SC 29401
**Counsel for Amchem Products, Inc.**
**Counsel for Union Carbide Corporation**

Kenneth J. Ries, Esquire
JOHNSON, AYERS & MATTHEWS
210 First Street, S.W., Suite 300
P.O. Box 2200
Roanoke, Virginia 24009
**Counsel for General Refractories Company**

Gerard E. Voyer, Esquire
Christopher Wiemken, Esquire
Matthew P. Morken, Esquire
TAYLOR & WALKER, P.C.
1300 First Virginia Tower,
555 Main Street
Norfolk, Virginia 23514
**Counsel for Hopeman Brothers, Inc.**

Kay Millicent Brown, Esq.
Kira A. Ligato, Esq.
DeHay & Elliston, L.L.P.
36 South Charles Street, Suite 1300
Baltimore, Maryland 21201
**Counsel for Dana Companies, LLC**

William D. Bayliss, Esquire
WILLIAMS MULLEN
Williams Mullen Center
200 South 10th Street
Richmond, Virginia 23219
**Counsel for Honeywell, Inc.**

Dwight D. Murray, Esquire
Clinton R. Shaw Jr., Esquire
JORDAN, COYNE & SAVITS, L.L.P.
10509 Judicial Drive, Suite 200
Fairfax, Virginia 22030
**Counsel for 3M Company**

Jeffrey S. Poretz, Esquire
Miles & Stockbridge P.C.
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102-3833
**Counsel for Georgia-Pacific Corporation**
**Counsel for Mallinckrodt, Inc.**
**Counsel for SB Decking, Inc.**

Richard M. Reed, Esquire
SEMMES, BOWEN & SEMMES
6862 Elm Street, Suite 410
McLean, Virginia 22101
**Counsel for Argent Development Corporation of Virginia**

3

Robert L. O'Donnell, Esquire
VANDEVENTER BLACK, LLP
500 World Trade Center
Norfolk, Virginia 23510
**Counsel for Owens-Illinois, Inc.**

Ford Loker, Esq.
Miles & Stockbridge PC
10 Light Street
Baltimore, MD 21202-1487
**Counsel for SB Decking, Inc.**
**Counsel for Pfizer, Inc.**

John P. Fishwick, Jr., Esquire
Lichtenstein, Fishwick & Johnson, PLC
Liberty Trust Building
101 S. Jefferson Street, Suite 400
Roanoke, Virginia 24011
**Counsel for Metropolitan Life Insurance Company**

C. Stinson Mundy, Esq.
Moran Reeves & Conn PC
4110 E. Parham Rd.
Richmond, VA 23228
**Counsel for John Crane, Inc.**

Joyce Jackson Wood, Esquire
Stephen R. Jackson, Esquire
WILLCOX & SAVAGE, P.C.
Wells Fargo Center
440 Monticello Avenue,
Suite 2200
Norfolk, VA 23510-2243
**Counsel for International Paper Corporation**
**Counsel for Rapid American Corporation**
**Counsel for Exxon-Mobil Corporation**

George Dancigers, Esquire
McKENRY, DANCIGERS, DAWSON & LAKE
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
**Counsel for Uniroyal**
**Counsel for WACO, Inc.**

Albert H. Poole, Esquire
HUFF, POOLE & MAHONEY, P.C.
4705 Columbus Street
Virginia Beach, Virginia 23462-6749
**Counsel for Noland Company**

*/s/ Matthew D. Joss*
Anthony B. Taddeo, Jr., Esquire (VSB No. 70677)
David M. Sturm, Esquire (VSB No. 44580)
Matthew D. Joss, Esq. (VSB No. 48434)
TADDEOSTURM, PLC
3 West Cary Street
Richmond, Virginia 23220
(804) 344-8540
taddeo@taddeosturm.com
sturm@taddeosturm.com
joss@taddeosturm.com
*Counsel for General Electric Company*