| Name | | | | Case Number |
|---|---|---|---|---|
| ERVIN | CARLTON | ADAMS | SR. | 4:11-CV-03304 |
| MARK | KIM | BAKER | | 4:11-CV-03305 |
| GARY | WAYNE | BARCO | | 4:11-CV-03278 |
| JOHN | PERCELL | BARNES | | 4:11-CV-03279 |
| LEOPOLDO | CLAUDIO | BAUSAS | | 4:11-CV-03296 |
| NORMAN | KENNEDY | BAYNARD | SR. | 4:11-CV-03297 |
| GEORGE | | BEALE | | 4:11-CV-03303 |
| MICHAEL | WILLIAM | BELCH | | 4:11-CV-03298 |
| GENE | FLENARD | BELL | | 4:11-CV-03299 |
| JOHN | EDWIN | BELL | | 4:11-CV-03300 |
| LEON | TRIPPE | BELL | | 4:11-CV-03301 |
| PAUL | | BELLAMY | | 4:11-CV-03302 |
| NICHOLAS | OCHARE | BERNAS | | 4:11-CV-03280 |
| JOSEPH | | BOLTON | | 4:11-CV-03281 |
| CHARLES | ALGERWON | BOOMER | | 4:11-CV-03282 |
| HERBERT | LEE | BOONE | | 4:11-CV-03283 |
| JOE | HENRY | BOONE | | 4:11-CV-03284 |
| MENNIS | THOMAS | BOONE | | 4:11-CV-03285 |
| RICHARD | | BOONE | | 4:11-CV-03286 |
| WALTER | LEE | BOONE | | 4:11-CV-03287 |
| OTHA | JAMES | BOWMAN | | 4:11-CV-03288 |
| SHARON | DAVIS | BOWSER | | 4:11-CV-03289 |
| JAMES | EARL | BRADDOCK | | 4:11-CV-03290 |
| CRAWFORD | LEE | BRASWELL | | 4:11-CV-03291 |
| JEROME | ROOSEVELT | BRITE | JR. | 4:11-CV-03318 |
| DORIS | A. | BROCK | | 4:11-CV-03292 |
| LINDA | YVONNE | BROWN | | 4:11-CV-03293 |
| DENNIS | | BRYANT | JR. | 4:11-CV-03315 |
| ERVIN | | BUDDEN | JR. | 4:11-CV-03316 |
| ROBERT | LARRY | BULLOCK | | 4:11-CV-03317 |
| WILLIAM | DANCE | BURDEN | | 4:11-CV-03314 |
| BETTY | LUE | BUSSELL | | 4:11-CV-03320 |
| EUGENE | A. | BUTTS | | 4:11-CV-03319 |
| MARTIN | | BUTTS | JR. | 4:11-CV-03313 |
| OTIS | L. | BUTTS | | 4:11-CV-03312 |
| WILLIAM | ALVAN | BUTTS | | 4:11-CV-03311 |
| ELWOOD | RAY | CARAWAN | | 4:11-CV-03310 |
| LEON | ANTHONY | CARLISLE | | 4:11-CV-03309 |
| MARIE | D | CARPENTER | | 4:11-CV-03308 |
| LESTER | ARNOLD | CARVER | SR. | 4:11-CV-03306 |
| GENE | RICHARD | CLAYTON | | 4:11-CV-03307 |
| JEFFREY | WALT | CLEMMONS | | 4:11-CV-03294 |
| ROBERT | R. | SMITH | | 4:11-CV-03295 |