UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)**

Robert McNaughton v. Goodrich Corp., et al., )
C.D. California, C.A. No. 2:11-00791 ) MDL No. 875

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
AND VACATING THE MAY 16, 2011, HEARING SESSION

    A conditional transfer order was filed in this action (*McNaughton*) on February 1, 2011. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *McNaughton* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. Plaintiffs have now withdrawn their opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-358" filed on February 1, 2011, is LIFTED. This action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eduardo C. Robreno.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed April 11, 2011, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel