# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re: Asbestos Products Liability Litigation (No. VI)

*Aida Savelesky v. Allied Packing & Supply, Inc., et al.*
N.D. California, C.A.N. No. 3:11-cv-01778

## NOTICE OF OPPOSITION TO CTO - 389

I represent plaintiff Aida Savelesky in the above-referenced action, which was included on the conditional transfer order issued April 15, 2011 (i.e., CTO-389). Plaintiff hereby submits notice of opposition to CTO-389. I understand that pursuant to Rule 7.1(f), R.P.J.P.M.L., the Motion and Brief to Vacate CTO-389 are due in 14 days.

Sincerely,

Anya Fuchs,
PAUL & HANLEY, LLP
1608 Fourth Street, Suite 300
Berkeley, CA 94710
(510) 559-9980
afuchs@paulandhanley.com

Counsel for Plaintiff

## PROOF OF SERVICE

I am employed in the County of Alameda, State of California, I am over the age of 18 years and not a party to the within action.  My business address is 1608 Fourth Street, Suite 300, Berkeley, CA 94710.

On April 21, 2011, I served the foregoing:

**NOTICE OF OPPOSITION TO CTO - 389**

and a copy of this declaration to the interested parties herein as follows:

[ XX]  By submitting an electronic version to ECF for service upon

[XX]  By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Berkeley, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed in Berkeley, California.

DATE:  April 21, 2011

Anne Scott

Aida Savelesky v. Allied Packing  & Supply, Inc., et al.
N.D. California, C.A.N. No. 3:11-cv-01778

Savelesky, Aida E.   14689
ASC Case Number RG10529660
Apr 21 11                    Page 1 of 1

# Service List

**ALLIED PACKING & SUPPLY, INC.**
HERR & ZAPALA, LLP
152 N. 3rd Street, Suite 500
San Jose, CA  95112
Phone:          (408) 287-7788
FAX             (408) 927-0408

**BERRY & BERRY**
BERRY & BERRY
P.O. Box 16070
Oakland, CA  94610
Phone:          (510) 835-8330
FAX             (510) 835-5117

**NATIONAL STEEL AND SHIPBUILDING COMPANY**
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA  94105
Phone:          (415) 808-0300
FAX             (415) 808-0333