# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

THIS FORM MUST BE FILED WITH THE PANEL NO LATER THAN (Noon Eastern Time) ON THE DATE INDICATED IN THE NOTICE FROM THE PANEL

MDL No. __875__ & TITLE - IN RE: __Asbestos Products Liability Litigation (No. VI)__

## NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Plaintiff Aida Savelesky

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Aida Savelesky v. Allied Packing & Supply, Inc., et al.
N.D. California, C.A.N. No. 3:11-cv-01778

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

__4/21/2011__                                  __/s/ Anya Fuchs__
Date                                             Signature of Attorney or Designee

**Name and Address of Designated Attorney:** Anya Fuchs, Esq.
PAUL & HANLEY, LLP
1608 Fourth Street, Suite 300
Berkeley, CA 94710

Telephone No.: (510) 559-9980         Fax No.: (510) 559-9970

Email Address: afuchs@paulandhanley.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

## PROOF OF SERVICE

I am employed in the County of Alameda, State of California, I am over the age of 18 years and not a party to the within action. My business address is 1608 Fourth Street, Suite 300, Berkeley, CA 94710.

On April 21, 2011, I served the foregoing:

**NOTICE OF APPEARANCE**

and a copy of this declaration to the interested parties herein as follows:

[XX]  By submitting an electronic version to ECF for service upon

[XX]  By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Berkeley, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Berkeley, California.

DATE: April 21, 2011

_____
Anne Scott

Aida Savelesky v. Allied Packing & Supply, Inc., et al.
N.D. California, C.A.N. No. 3:11-cv-01778

Savelesky, Aida E.   14689
ASC Case Number RG10529660
Apr 21 11                       Page 1 of 1

# Service List

**ALLIED PACKING & SUPPLY, INC.**
HERR & ZAPALA, LLP
152 N. 3rd Street, Suite 500
San Jose, CA  95112
Phone:          (408) 287-7788
FAX             (408) 927-0408

**BERRY & BERRY**
BERRY & BERRY
P.O. Box 16070
Oakland, CA  94610
Phone:          (510) 835-8330
FAX             (510) 835-5117

**NATIONAL STEEL AND SHIPBUILDING COMPANY**
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA  94105
Phone:          (415) 808-0300
FAX             (415) 808-0333