BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)                          MDL DOCKET NO. 875

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ALTON LEWIS                                                       PLAINTIFF

V.                                        CIVIL ACTION NO. 3:11-cv-00199-BAJ-SCR

ATLAS REFINERY, INC., et al                                       DEFENDANTS

## DEFENDANT AIR & LIQUID SYSTEMS CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Defendant, Air & Liquid Systems Corporation, successor-by-merger to Buffalo Pumps, Inc. ("Buffalo Pumps"), one of the Defendants in the above styled and numbered proceeding, files this Corporate Disclosure Statement, respectfully representing as follows:

1. Air & Liquid Systems Corporation is a wholly-owned subsidiary of Ampco-Pittsburgh Corporation.

2. Ampco-Pittsburgh Corporation is a publicly-traded corporation.

DATED: this the 21st day of April, 2011.

Respectfully submitted,

AIR & LIQUID SYSTEMS CORPORATION

By: WELLS, MOORE, SIMMONS & HUBBARD, PLLC

By: s/ Susan D. McNamara
SUSAN D. McNAMARA (LBN 26872)
STACEY L. STRAIN (LBN 29682)

Of Counsel:

Susan D. McNamara (LBN 26872)
Stacey L. Strain (LBN 29682)
WELLS, MOORE, SIMMONS & HUBBARD, PLLC
4450 Old Canton Road, Suite 200
Post Office Box 1970
Jackson, Mississippi 39215-1970
Telephone: (601) 354-5400
Facsimile: (601) 355-5850

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 21st day of April, 2011 served a copy of the above and foregoing by electronic means via the CM/ECF to those registered with the CM/ECF and to all known counsel of record via email.

                                               s/ Susan D. McNamara
                                               SUSAN D. McNAMARA (LBN 26872)
                                               WELLS, MOORE, SIMMONS & HUBBARD, PLLC 4450 Old Canton Road, Suite 200
                                               Post Office Box 1970
                                               Jackson, Mississippi 39215-1970
                                               Telephone: (601) 354-5400
                                               Facsimile: (601) 355-5850