**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |
| | § | |
| | § | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| TERRY CARDARO and | § | |
| JO ANN CARDARO | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:11-CV-00876 |
| | § | |
| AEROJET GENERAL | § | |
| CORPORATION, et al. | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF OPPOSITION TO**
**CONDITIONAL TRANSFER ORDER (CTO-390)**

Come now Plaintiffs and file this Notice of Opposition to the Conditional Transfer Order (CTO-390) entered by the Panel on April 20, 2011.

TERRY CARDARO and JO ANN CARDARO v. AEROJET GENERAL CORPORATION, et al.; No. 2:11-cv-00876 is pending in the United States District Court for the Eastern District of Louisiana. Pursuant to Panel Rule 7.1(c), the plaintiffs file this notice of opposition to apprise the Panel of their opposition to transfer.

Pursuant to Panel Rule 7.4(f), plaintiffs shall file, within 14 days of the filing of this notice, their motion to vacate conditional transfer order and supporting brief.

Respectfully submitted,

**WATERS & KRAUS, LLP**


 /s/  Charles S. Siegel
Charles S. Siegel
Texas State Bar No. 18341875
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244  Telephone
(214) 871-2263  Facsimile


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition has been served via facsimile and email on all counsel of record listed below on this 22nd  day of April, 2011.

Matthew Lott
W. Charles McVea
Matthew P. Lachaussee
Thomas 1. Musselman
Dogan & Wilkinson, PLLC
734 Delmas Avenue
P.O. Box 1618
Pascagoula, MS 39568-1618
mlott@doganwilkinson.com, cmcvea@doganwilkinson.com,
mlachaussee@doganwilkinson.com, tmusselman@doganwilkinson.com
**Attorneys for Defendant Crane Company**

James R. Logan, IV
Logan & Soileau
1010 Common Street, Suite 2910
New Orleans, LA 70112
jlogan@loganandsoileau.com
**Attorney for Defendant Equitable Shipyards, Llc**

2

Elia Diaz-Yeager
Colin Sherman
Christopher T. Wilson
Lugenbuhl, Wheaton, Peck,
    Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
ediaz-yeager@lawla.com, csherman@lawla.com, kwilson@lawla.com
   **Attorneys for Defendants Travelers Casualty and Surety**
   **Company Trinity Yachts, LLC (Ind & Sii Trinity Industries, Inc.**
   **And Equitable Equipment Company F/K/A Equitable**

Barbara Arras
Phelps Dunbar, LLP
365 Canal Street
Suite 2000, Canal Place
New Orleans, LA 70130
arrasb@phelps.com
   **Attorney for Defendant Trinity Industries**

Stewart F. Peck
Lugenbuhl, Wheaton, Peck,
Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
speck@lawla.com
   **Attorney for Defendant Trinity Yachts, LLC**

M. James Dempsey
Cosmich, Simmons & Brown
101 South Congress Street
Jackson, MS 39201
jimmY@cs-law.com
   **Attorney for Defendant Yarway Corporation**

Winstol D. Carter
Morgan, Lewis & Bockus, LLP
1000 Louisiana, Suite 4200
Houston, TX 77002
wcarter@morganlewis.com
   **Attorney for Defendant Yarway Corporation**

Hainkel, III, John J.
FRILOT L.L.C.
1100 Poydras Street
3700 Energy Centre
New Orleans, LA 70163
jhainkel@frilot.com
**Attorney for Defendant Foster Wheeler Energy Corporation and General Electric Company**

    /s/ Charles S. Siegel
Charles S. Siegel