**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**                                                MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO–389)**

On July 29, 1991, the Panel transferred 21,937 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 85,603 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C Robreno.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 25, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                      MDL No. 875

### SCHEDULE CTO–389 – TAG–ALONG ACTIONS

| <ins>DIST</ins> | <ins>DIV.</ins> | <ins>C.A.NO.</ins> | <ins>CASE CAPTION</ins> |
|---|---|---|---|

ALABAMA NORTHERN

| ALN | 2 | 11–00900 | Adams et al v. 3M et al |

CALIFORNIA NORTHERN

| ~~CAN~~ | ~~3~~ | ~~11–01778~~ | ~~Savelesky v. Allied Packing &Supply, Inc. et al~~ |
| CAN | 4 | 11–01753 | Juarez et al v. General Electric Company et al |
| CAN | 4 | 11–01754 | Fernandez et al v. Rolls–Royce, PLC et al |

NORTH CAROLINA MIDDLE

| NCM | 1 | 11–00283 | BECK V. NORFOLK SOUTHERN RAILWAY COMPANY |

NORTH CAROLINA WESTERN

| NCW | 1 | 11–00048 | Phillips v. Norfolk Southern Railway Company |