BEFORE THE JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS            MDL No. 875

LIABILITY LITIGATION (NO. VI)

**************************************************************************

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ARTHUR J. PORTER, ET UX** | **CIVIL ACTION NO. 3:11-CV-00166** |
| **VERSUS** | **JUDGE JACKSON** |
| **GREATER BATON ROUGE PORT COMMISSION** | **MAGISTRATE JUDGE NOLAND** |

## NOTICE OF OPPOSITION TO CTO-390

I represent the plaintiffs, Arthur J. Porter and Joyce Marie Porter, in the above-captioned action which is included on Conditional Transfer Order 390 (CTO-390). Plaintiffs, Arthur J. Porter and Joyce Marie Porter, submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 15 days.

    Respectfully submitted,
    **BLACKWELL & ASSOCIATES**

    /s/Brian F. Blackwell
    Brian F. Blackwell (18119)
    9270 Siegen Lane, Suite 201
    Baton Rouge, Louisiana 70810
    Telephone:   (225) 769-2462
    Telecopier:  (225) 769-2463
    E-mail:       brian@blackwell-associates.com

    *Counsel for plaintiffs,*
       *Arthur J. Porter and Joyce Marie Porter*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **Notice of Opposition to CTO-390** has been served upon all parties as noted below:

**Greater Baton Rouge Port Commission**
By electronic mail to:       Stephen W. Glusman (sglusman@bellsouth.net)

**3M Company**
By electronic mail to:       Andrew Weinstock (andreww@duplass.com)

**SSA Gulf, Inc.**
By electronic mail to:       Robert E. Williams, IV (RWilliams@sulzerandwilliams.com)

**Hartford Accident & Indemnity Company**
By electronic mail to:       John K. Nieset (jknieset@christovich.com)

**Baton Rouge Marine Contractors, Inc., Marion J. Bergeron, Harold Bourque, P&O Ports Louisiana, Inc.**
By electronic mail to:       Patrick E. Costello (pcostello@mblb.com)

**South African Marine Corporation, Ltd.**
By electronic mail to:       Norman Charles Sullivan , Jr. (nsullivan@frc-law.com)
                             W. Jacob Gardner, Jr. (jgardner@frvf-law.com)

**Industrial Development Corporation of South Africa, Ltd.**
By electronic mail to:       Antonio J. Rodriguez (ajr@frvf-law.com)
                             Philip C. Brickman (pbrickman@frvf-law.com)
                             Susan G. Keller-Garcia (skgarcia@frvf-law.com)

**McKoin Trucking Company**
By electronic mail to:       David M. Bienvenu, Jr. (david.bienvenu@taylorporter.com)
                             Tam Catherine Bourgeois (tam.bourgeois@taylorporter.com)

Baton Rouge, Louisiana, this 25th day of April, 2011.

                             /s/Brian F. Blackwell
                             Brian F. Blackwell