UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
OFFICE OF THE CLERK

ANN THOMPSON
CLERK OF THE COURT

400 E. 9TH STREET
KANSAS CITY, MO. 64106

**Mr. Jeffery N Lüthi**
Clerk of the Panel
One Columbus Circle NE
Federal Judiciary Bldg
Room G-255 North Lobby
Washington DC 20002-8004

RE: **( Potential MDL 875 )**

Dear **Mr. Lüthi**:

Listed below are new cases filed in our court that could potentially become part of the above MDL. Copies of the complaints and docket sheets are enclosed for this case.

11-CV-00305-W-SOW
11-CV-00346-W-DGK
11-CV-00347-W-REL
11-CV-00348-W-SOW

Sincerely,

Ann Thompson, Court Executive
By Jan Martin, Deputy Clerk

encl.