**BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ASBESTOS LITIGATION (NO. VI)        MDL NO. 875

THIS DOCUMENT RELATES TO:

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| THERESA PROKOP, EXECUTRIX TO THE ESTATE OF ROBERT PROKOP AND THERESA PROKOP INDIVIDUALLY AS SURVING SPOUSE<br><br>    PLAINTIFFS<br><br>v.<br><br>BUFFALO PUMPS, INC.<br>FOSTER WHEELER, LLC<br>GENERAL ELECTRIC COMPANY<br><br>    DEFENDANTS | Civil Action<br>No.:   3:11-cv-00651-VLB |

## SCHEDULE OF ACTIONS

1. *Theresa Prokop, Executrix to the Estate of Robert Prokop and Individually as Surviving Spouse v. Buffalo Pumps, Inc. et al.* Civil Action No.: 3:11-cv-00651-VLB (United States District Court for the District of Connecticut)

1

        Respectfully submitted,

        Air & Liquid Systems Corp., as Successor by
        Merger to Buffalo Pumps, Inc.,
        By its attorneys,


        */s/ Michael D. Simons*
        Michael D. Simons
        Fed. Bar No. ct28100
        Governo Law Firm LLC
        Two International Place, 15th Floor
        Boston, MA  02110
        Phone:  (617) 737-9045
        Fax: (617) 737-9046
        msimons@governo.com

Dated:  April 26, 2011

## CERTIFICATE OF SERVICE

    I hereby certify that on this 26TH day of April, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.


        */s/ Michael D. Simons*
        Michael D. Simons