**BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

IN RE:  MDL No. 875, ASBESTOS PRODUCTS LIABILITY CTO-391

PLAINTIFFS' NOTICES OF OPPOSITION TO TRANSFERS
CTO – 391

**NOTICE OF OPPOSITION**

Come now the plaintiffs listed below, and by their attorney, hereby give Notice of Opposition to the inclusion of their respective cases in CTO-391.

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| VIRGINIA EASTERN | | | |
| VAE | 4 | 11-03278 | Barco v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03279 | Barnes v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03280 | Bernas v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03281 | Bolton v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03282 | Boomer v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03283 | Boone v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03284 | Boone v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03285 | Boone v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03286 | Boone v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03287 | Boone v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03288 | Bowman v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03289 | Bowser v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03290 | Braddock v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03291 | Braswell v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03292 | Brock v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03293 | Brown v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03294 | Clemmons v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03295 | Imel v. EXXON – Mobile Corporation et al |
| VAE | 4 | 11-03296 | Bausas v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03297 | Baynard v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03298 | Belch v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03299 | Bell v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03300 | Bell v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03301 | Bell v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03302 | Bellamy v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03303 | Beale v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03304 | Adams v. Bayer CropScience, Inc., et al |

| | | | |
|---|---|---|---|
| VAE | 4 | 11-03305 | Baker v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03306 | Carver v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03307 | Clayton v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03308 | Carpenter v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03309 | Carlisle v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03310 | Carawan v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03311 | Butts v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03312 | Butts v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03313 | Butts v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03314 | Burden v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03315 | Bryant v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03316 | Budden v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03317 | Bullock v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03318 | Brite v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03319 | Butts v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03320 | Bussell v. Bayer CropScience, Inc., et al |

Respectfully submitted,

/s/Paul A. Weykamp
Paul A. Weykamp
Law Offices of Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030
Tel: 410-584-0660
Va. Bar: 43688
Counsel for Plaintiff

**Certificate of Service**

I hereby certify that on the 29th day of April, 2011, the foregoing was electronically filed with the Judicial Panel on Multidistrict Litigation's CM/ECF website, and a Notification of Electronic Filing was sent to the parties listed below.

Robert L. O'Donnell
VANDEVENTER BLACK, LLP
500 World Trade Center
Norfolk, VA 23510
Counsel for Owens-Illinois, Inc.

Ford Loker
Miles & Stockbridge PC
10 Light Street
Baltimore, MD 21202
Counsel for SB Decking, Inc, and Pfizer, Inc.

John P. Fishwick, Jr.
Lichtenstein, Fiskwick & Johnson, PLC
Liberty Trust Building
101 S. Jefferson Street, Suite 400

C. Stinson Mundy
Moran, Reeves & Conn, PC
4110 E. Parham Road
Richmond, VA

Roanoke, VA  24011  
Counsel for Metropolitan Life Insurance Co.

Counsel for John Crane, Inc.

Stephen Jackson  
Joyce Jackson Wood  
Willcox & Savage  
Wells Fargo Center  
440 Monticello Avenue, Ste. 2200  
Norfolk, VA  23510  
Counsel for Rapid-American Corp.; Exxon-Mobil Corp.; and International Paper Corporation

George Dancigers  
McKenry, Dancigers, Dawson & Lake  
192 Ballard Court, Suite 400  
Virginia Beach, VA  23462  
Counsel for Uniroyal and WACO, Inc.

Williams Mullen Center  
200 South 10th Street  
Richmond, Virginia 23219  
Counsel for Honeywell, Inc.

Anthony B. Taddeo, Jr., Esquire  
David M. Sturm, Esquire  
Matthew D. Joss, Esq.  
TADDEOSTURM, PLC  
3 West Cary Street  
Richmond, Virginia 23320  
**Counsel for General Electric Company**

Patricia B. Turner, Esquire  
SPOTTS FAIN, P.C.  
411 East Franklin Street, Suite 600  
Richmond, Virginia 23219  
**Counsel for CBS Corporation**

James G. Kennedy, Esquire  
PEIRCE, HERNS, SLOAN & McLEOD, LLC  
P.O. Box 22437  
The Blake House, 321 East Bay Street  
Charleston, SC 29401  
**Counsel for Amchem Products, Inc.**  
**Counsel for Union Carbide Corporation**

Kenneth J. Ries, Esquire  
JOHNSON, AYERS & MATTHEWS  
210 First Street, S.W., Suite 300  
P.O. Box 2200  
Roanoke, Virginia 24009  
**Counsel for General Refractories Company**

Gerard E. Voyer, Esquire  
Christopher Wiemken, Esquire  
Matthew P. Morken, Esquire  
TAYLOR & WALKER, P.C.  
1300 First Virginia Tower,  
555 Main Street  
Norfolk, Virginia 23514

**Counsel for Hopeman Brothers, Inc.**

Kay Millicent Brown, Esq.
Kira A. Ligato, Esq.
DeHay & Elliston, L.L.P.
36 South Charles Street, Suite 1300
Baltimore, Maryland 21201
**Counsel for Dana Corporations, LLC**



Dwight D. Murray, Esquire
JORDAN, COYNE & SAVITS, L.L.P.
10509 Judicial Drive, Suite 200
Fairfax, Virginia 22030
**Counsel for 3M Company**


Jeffrey S. Poretz, Esquire
Miles & Stockbridge P.C.
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102-3883
**Counsel for Georgia-Pacific Corporation**
**Counsel for Mallinckrodt, Inc.**
**Counsel for SB Decking, Inc.**

Richard M. Reed, Esquire
SEMMES, BOWEN & SEMMES
6862 Elm Street, Suite 410
McLean, Virginia 22101
**Counsel for Argent Development Corporation of Virginia**


        /s/Paul A. Weykamp
        Paul A. Weykamp