BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL 875 |
| This document relates to: | |
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION | |
| Mike Thurmon, Mary K. Thurmon, Helen Johnson, William H. Thurmon, Jr., George Thurmon, Esther Rhidenhour, Mark Thurmon, Patricia Guthrie, Joan Greenlees, and Julie Chambers, in their capacities as the surviving children of William H. Thurmon, Sr., deceased; and Jim Chambers, in his capacity as Executor of the Estate of William H. Thurmon, Sr., deceased, | CIVIL ACTION FILE NO.: 1:11-CV-1407 |
| Plaintiffs, | |
| v. | |
| GEORGIA-PACIFIC, LLC, et. al, | |
| Defendants. | |

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial

proceedings pursuant to 18 U.S.C. § 1407 ("MDL Transfer Order").  That MDL Transfer Order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause.  MDL Rule 7.1(a) provides:

> Any party or counsel in actions previously transferred under section 1407 shall promptly notify the Clerk of the Panel of any potential tag-along actions in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the Panel may either (1) enter a Conditional Transfer Order pursuant to MDL Rule 7.1(b); or (2) enter an order to show cause why the action should not be transferred, pursuant to MDL Rule 8.1(a).

Respectfully submitted, this 3rd day of May, 2011.

                              CHILIVIS, COCHRAN, LARKINS & BEVER LLP

                              By:  */s/ J.D. Dalbey*
                                   J.D. Dalbey
                                   Georgia Bar No. 003150
                                   Emma R. Cecil
                                   Georgia Bar No. 076181
                                   Attorney for Defendant,
                                   General Electric Company

3127 Maple Drive, N.E.
Atlanta, Georgia 30305
Telephone No.: (404) 233-4171
Facsimile No.:  (404) 261-2842
*jddalbey@cclblaw.com*
*ercecil@cclblaw.com*

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL 875 |
| This document relates to: | |
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION | |
| Mike Thurmon, Mary K. Thurmon, Helen Johnson, William H. Thurmon, Jr., George Thurmon, Esther Rhidenhour, Mark Thurmon, Patricia Guthrie, Joan Greenlees, and Julie Chambers, in their capacities as the surviving children of William H. Thurmon, Sr., deceased; and Jim Chambers, in his capacity as Executor of the Estate of William H. Thurmon, Sr., deceased, | CIVIL ACTION FILE NO.: 1:11-CV-1407 |
| Plaintiffs, | |
| v. | |
| GEORGIA-PACIFIC, LLC, et. al, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing Notice of Tag-Along Action

upon all Defense Counsel of record via electronic mail and upon Plaintiffs' Counsel of record via

3

electronic mail and United States First Class Mail, with adequate postage affixed thereto, as follows:

>Robert C. Buck, Esq.
>1050 Crown Pointe Parkway #940
>Atlanta, GA 30338
>rbuck@buckfirm.com.

This 3rd day of May, 2011.

>CHILIVIS, COCHRAN, LARKINS & BEVER LLP

>By:  /s/ J.D. Dalbey
>J.D. Dalbey
>Georgia State Bar No. 003150
>Emma R. Cecil
>Georgia Bar No. 076181
>Attorney for Defendant,
>General Electric Company

3127 Maple Drive, N.E.
Atlanta, Georgia 30305
Telephone No.: (404) 233-4171
Facsimile No.:  (404) 261-2842
jddalbey@cclblaw.com
ercecil@cclblaw.com