# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received: 05/02/2011**

District Court:  E.D. Virginia

Number of Actions:  41

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL