# THOMPSON COBURN LLP

525 West Main Street
Post Office Box 750
Belleville, Illinois 62222-0750
618-277-4700
FAX 618-236-3434
www.thompsoncoburn.com

May 3, 2011

Kurt E. Reitz
618-236-3415
FAX 618-236-3434
EMAIL kreitz@
thompsoncoburn.com

Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC 20002-8041

Re:   Potential tag-along action; MDL Docket No. 875 (FELA asbestos)

Dear Sir or Madam:

This letter is to notify the Clerk of the Judicial Panel on Multidistrict Litigation of a potential tag along action pending in the Southern District of Illinois – <u>Donnie J. Vest, Richard N. Howard, Toby C. Chambers, Richard L. Patton, Billy T. Proffitt, George S. Brewer, Sr., Francis B. Reynolds, and Jerry W. Evans, Sr. v. Norfolk Southern Railway Company</u>, Case No. 11-cv-206, before Judge J. Phil Gilbert.  A copy of the Complaint and Docket Sheet are attached hereto pursuant to MDL 875 Administrative Order No. 6, paragraph 2.

Plaintiffs brought the subject action for personal injuries against their former employer, Norfolk Southern Railway Company, as successor in interest to Norfolk & Western Railway Company, pursuant to the Federal Employers' Liability Act on March 17, 2011.  This case involves claimed asbestos exposure and injury to railroad workers.  *See* Complaint, paragraphs #3, 5, and 7(a)-(f).

Pursuant to Pretrial Order No. 5 in the Multidistrict Litigation, Civil Action No. MDL 875, FELA actions wherein a plaintiff alleges that his personal injuries are due to exposure to asbestos in the railroad industry are to be transferred to the United States District Court for the Eastern District of Pennsylvania.  *See* Pretrial Order No. 5, <u>In re: Asbestos Products Liability Litigation (No. VI), FELA Actions</u>, Civil Action No. MDL 875.   The Order establishes that all such actions pending in a United States District Court wherein a plaintiff alleges a cause of action under the Federal Employers' Liability Act, 45 U.S.C. § 51 et seq. are to be transferred for further handling of the disposition to the United States District Court for the Eastern District of Pennsylvania.

May 3, 2011
Page 2

Accordingly, Norfolk Southern respectfully requests that the Panel transfer the above-captioned action from the Southern District of Illinois to MDL 875 in the United States District Court for the Eastern District of Pennsylvania for further disposition.

Very truly yours,

Thompson Coburn LLP

By _____
    Kurt E. Reitz

Enclosures

Cc: William P. Gavin
    Gavin Law Firm
    #17 Park Place Professional Centre
    Belleville, IL 62226

    Robert Norton
    Jones, Granger, Tramuto & Halstead
    10000 Memorial Drive
    Suite 888
    P.O. Box 4340
    Houston, TX 77210

5334004.1