JPG

## U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:11-cv-00206-JPG -SCW

| | |
|---|---|
| Vest et al v. Norfolk Southern Railway Company | Date Filed: 03/16/2011 |
| Assigned to: Judge J. Phil Gilbert | Jury Demand: Both |
| Referred to: Magistrate Judge Stephen C. Williams | Nature of Suit: 330 Federal Employer's Liability |
| Demand: $3,000,000 | |
| Cause: 45:51 Railways: Fed. Employer's Liability Act | Jurisdiction: Federal Question |

**Plaintiff**

Donnie J Vest     represented by    **William P. Gavin**
Gavin Law Firm
Generally Admitted
17 Park Place Professional Centre
Belleville, IL 62226
618-236-0100
Email: billg@gavinlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Richard N Howard     represented by    **William P. Gavin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Toby C Chambers     represented by    **William P. Gavin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Richard L Patton     represented by    **William P. Gavin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Billy T Proffitt     represented by    **William P. Gavin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

George S Brewer, Sr     represented by    **William P. Gavin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| Francis B Reynolds | represented by | **William P. Gavin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| Jerry Evans, Sr | represented by | **William P. Gavin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Norfolk Southern Railway Company**<br>*as successor in interest to Norfolk & Western Railway Company* | represented by | **Kurt E. Reitz**<br>Thompson Coburn - Belleville<br>Generally Admitted<br>525 West Main Street<br>P.O. Box 750<br>Belleville, IL 62220-0750<br>618-277-4700<br>Email: kreitz@thompsoncoburn.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2011 | 1 | Case Opened. Documents may now be electronically filed. Case number 11-206-JPG/PMF must be placed on all documents prior to filing them electronically. (Attachments: # 1 consent form)(dka, ) (Entered: 03/16/2011) |
| 03/17/2011 | 2 | COMPLAINT against George S Brewer, Sr, Richard N Howard, Richard L Patton, Billy T Proffitt, Jerry Evans, Sr, Donnie J Vest, Francis B Reynolds, Toby C Chambers ( Filing fee $ 350 receipt number 0754-1359932.), filed by George S Brewer, Sr, Richard N Howard, Richard L Patton, Billy T Proffitt, Jerry Evans, Sr, Donnie J Vest, Francis B Reynolds, Toby C Chambers. (Attachments: # 1 Exhibit Attachment A, # 2 Civil Cover Sheet)(Gavin, William) (Attachment 1 replaced on 3/17/2011) (bkl, ). (Entered: 03/17/2011) |
| 03/17/2011 | 3 | Summons Issued as to Norfolk Southern Railway Company. (bkl) (Entered: 03/17/2011) |
| 03/21/2011 | 4 | ORDER OF RECUSAL. Magistrate Judge Philip M. Frazier recused. Case reassigned to Magistrate Judge Stephen C. Williams for all further proceedings. All further filings shall bear case number 11-cv-206-JPG-SCW. Signed by Magistrate Judge Philip M. Frazier on 3/21/2011. (krm) (Entered: 03/21/2011) |
| 04/29/2011 | 5 | ANSWER to 2 Complaint, by Norfolk Southern Railway Company.(Reitz, Kurt) (Entered: 04/29/2011) |
| 04/29/2011 | 6 | DEMAND for Trial by Jury by Norfolk Southern Railway Company. (Reitz, Kurt) (Entered: 04/29/2011) |
| | | |

| 04/29/2011 | 7 | DISCLOSURE OF INTERESTED PARTIES by Norfolk Southern Railway Company.(Reitz, Kurt) (Entered: 04/29/2011) |
|---|---|---|
| 04/29/2011 | 8 | NOTICE by Norfolk Southern Railway Company *of Sending Notice of Tag-Along Action to the Clerk of the Judicial Panel on Multidistrict Litigation* (Attachments: # 1 Exhibit A)(Reitz, Kurt) (Entered: 04/29/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/03/2011 14:06:48 | | | |
| PACER Login: | tc1038 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:11-cv-00206-JPG - SCW |
| Billable Pages: | 3 | Cost: | 0.24 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNIE J. VEST,<br>RICHARD N. HOWARD,<br>TOBY C. CHAMBERS,<br>RICHARD L. PATTON,<br>BILLY T. PROFFITT,<br>GEORGE S. BREWER, SR.<br>FRANCIS B. REYNOLDS, and<br>JERRY W. EVANS, SR.<br><br>    Plaintiffs,<br><br>vs.<br><br>NORFOLK SOUTHERN<br>RAILWAY COMPANY, as successor<br>in interest to Norfolk & Western<br>Railway Company<br><br>    Defendant.<br><br><br>SERVE: Registered Agent (Norfolk<br>        Southern Railway Company)<br>        Illinois Corporation Service C<br>        801 Adlai Stevenson Drive<br>        Springfield, IL  62703-4261 | Case No. 3:11-cv-00206-JPG-PMF<br>**ASBESTOS CASE** |

## COMPLAINT

Now come Plaintiffs, by their attorneys, William P. Gavin and Robert L. Norton, and for their Complaint against Defendant, Norfolk Southern Railway Company, state:

### COUNT I (FELA)

1. Defendant is currently a railroad corporation engaged in the interstate business of transportation of goods in and through the jurisdiction of this Court.

2. Each Plaintiff identified on Attachment A to this Complaint became employed by Defendant and/or its predecessors in interest (hereinafter collectively

1

referred to as "Defendant") in the occupation listed on Attachment A for each Plaintiff and in furtherance of each Plaintiff's employment duties each Plaintiff was engaged in activities that materially and substantially affected interstate commerce when he was injured as described more fully below. Attachment A to this Complaint is incorporated into the Complaint by reference.

3. Each Plaintiff was injured when he was required to perform work, during the course of his employment with defendant, which caused him to be exposed to asbestos, diesel exhaust, environmental tobacco smoke, welding fumes, silica, toxic dusts, gases, and fumes.

4. During the course of each Plaintiff's employment with Defendant, Defendant was engaged in interstate commerce as a common carrier by rail and all or part of each Plaintiff's duties were in furtherance of and did closely, directly and substantially affect interstate commerce. Wherefore, the rights and liabilities of the parties were and are governed by the Federal Employers Liability Act, 45 U.S.C., §§ 51 *et seq*.

5. During the course of each Plaintiff's employment as shown on Attachment A, each Plaintiff was engaged in the scope and course of his employment with Defendant when he was required and caused to work in the vicinity of and be exposed to toxic substances including asbestos, diesel exhaust, environmental tobacco smoke, welding fumes, silica, toxic dusts, gases, and fumes which caused him to suffer permanent injuries to his lungs and/or other parts of his body as reflected on Attachment A.

6. Each Plaintiff first became aware that his injuries were caused by his employment with Defendant within three years of the filing of this suit.

7. Defendant by and through its authorized agents, servants, and employees,

was guilty of one or more of the following negligent acts or omissions in violation of the Federal Employers Liability Act:

    a.    Negligently failed to provide each Plaintiff with a reasonably safe place to work;

    b.    Negligently failed to provide each Plaintiff with safe equipment including adequate protection masks and/or respiratory protection devices;

    c.    Negligently failed to warn each Plaintiff of the hazardous nature of asbestos, diesel exhaust, environmental tobacco smoke, welding fumes, silica, toxic dusts, gases, and fumes; and/or

    d.    Negligently failed to provide each Plaintiff with safe and proper ventilation in his work place; and/or

    e.    Negligently failed to inspect its locomotives, cars, cabooses, appurtenances, and other equipment and buildings in order to determine their contamination by asbestos, diesel exhaust, environmental tobacco smoke, welding fumes, silica, toxic dusts, gases, and fumes; and/or

    f.    Negligently agreed with other railroads operating in Illinois to conceal the hazards of asbestos from their employees.

8. One or more of the foregoing negligent acts or omissions caused, in whole or in part, each Plaintiff to develop and suffer from respiratory illness and disease and/or other illness and disease.

9. As a result of each Plaintiff's illness and disease caused, in whole or in part, by Defendant's negligence each Plaintiff has suffered and will continue to suffer great pain and disability, genuine and serious mental anguish and extreme nervousness as

a result of his reasonable concern over the prospects of developing cancer caused by asbestos, diesel exhaust, environmental tobacco smoke, welding fumes, silica, toxic dusts, gases, and fumes and each Plaintiff has incurred and will continue to incur great expense in endeavoring to be cured of his illness and disease and each plaintiff has lost and will continue to lose large amounts of income because of his disability caused by the respiratory illness and disease.

10. This Court has subject matter jurisdiction over this suit pursuant to 28 USC §1331 in that this action arises under the statutes of the United States of America.

WHEREFORE, each Plaintiff named on Attachment A, prays that a judgment be entered in his favor against Defendant, Norfolk and Southern Railway, in the amount of $2,500,000.00 plus costs of suit.

## COUNT II
## (BOILER INSPECTION)

1. Defendant is currently a railroad corporation engaged in the interstate business of transportation of goods in and through the jurisdiction of this Court.

2. Each Plaintiff identified on Attachment A became employed by Defendant in the occupation listed on Attachment A and in furtherance of each Plaintiff's employment duties was engaged in activities that materially and substantially affected interstate commerce when each Plaintiff was injured as described more fully below.

3. During the course of each Plaintiff's employment, defendant was engaged in interstate commerce as a common carrier by rail and all or part of the duties of each Plaintiff's employment involved the operation of locomotives or the presence in locomotives operated on Defendant's line and were in furtherance of and did closely, directly, and substantially affect interstate commerce. Wherefore, the rights and

4

liabilities of the parties were and are governed by the Locomotive Boiler Inspection Act, 49 U.S.C., §§ 20701 *et seq.*

4. As reflected in Attachment A, each Plaintiff was engaged in the course of his employment with Defendant when he was required and caused to work in the vicinity of and be exposed to toxic substances including asbestos, diesel exhaust, environmental tobacco smoke, welding fumes, silica, toxic dusts, gases, and fumes emitted from and/or present in locomotives being operated on Defendant's line which caused him to suffer permanent injuries in the nature of respiratory disease and/or other illnesses as reflected on Attachment A.

5. Each Plaintiff first became aware that his injuries were caused by his employment with Defendant within three years of the filing of this suit.

6. Defendant, by and through its agents, servants, and employees violated the Locomotive Boiler Inspection Act in one or more of the following respects:

> a. Failed to provide each Plaintiff with locomotives whose appurtenances were in proper and safe conditions;
>
> b. Required each Plaintiff to work on or near locomotives, which were defective because they were contaminated with asbestos and asbestos-containing products;
>
> c. Required each Plaintiff to work on or near locomotives, which were defective because they were contaminated with and emitted dangerous amounts of diesel exhaust; and/or
>
> d. Required each Plaintiff to work on or near locomotives, which were defective because they were contaminated with and emitted dangerous amounts of silica; and/or
>
> e. Required each Plaintiff to work on or near

>locomotives, which were defective because they were contaminated with and emitted dangerous amounts of environmental tobacco smoke.

7. One or more of the foregoing violations of the Locomotive Boiler Inspection Act caused, in whole or in part, each Plaintiff to develop and suffer from illness and disease as reflected on Attachment A which is incorporated into this Complaint.

8. As a result of each Plaintiff's illness and disease caused, in whole or in part, by Defendant's violations of the Locomotive Boiler Inspection Act, each Plaintiff has suffered and will continue to suffer great pain and disability, genuine and serious mental anguish and extreme nervousness as a result of his reasonable concern over the prospects of developing cancer caused by asbestos, diesel exhaust, environmental tobacco smoke, welding fumes, silica, toxic dusts, gases, and fumes and each Plaintiff has incurred and will continue to incur great expense in endeavoring to be cured of his respiratory illness and disease and each Plaintiff has lost and will continue to lose large amounts of income because of his disability caused by the illness and disease.

9. This Court has subject matter jurisdiction over this suit pursuant to 28 USC §1331 in that this action arises under the statutes of the United States of America.

WHEREFORE, each Plaintiff named on Attachment A, prays that a judgment be entered in his favor and against Defendant, Norfolk and Southern Railway Company, in the amount of $2,500,000.00, plus costs of suit.

<u>s/William P. Gavin</u>
WILLIAM P. GAVIN IL#03127132
Attorney for Plaintiffs-Lead Counsel
GAVIN LAW FIRM
#17 Park Place Professional Centre
Belleville, Illinois 62226
(618) 236-0100
FAX: (618) 236-2684
<u>billg@gavinlaw.com</u>

ROBERT NORTON, IL #58505
JONES, GRANGER, TRAMUTO & HALSTEAD
10000 Memorial Drive
Suite 888
P.O. Box 4340
Houston, TX 77210
(713) 688-0230
bnor@jonesgranger.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DONNIE J. VEST, )
RICHARD N HOWARD, )
TOBY C. CHAMBERS, )
RICHARD L. PATTON, )
BILLY T. PROFFITT, )
GEORGE S. BREWER, SR. )
FRANCIS B. REYNOLDS, and )
JERRY W. EVANS, SR., )
 )
    Plaintiffs, )
 )
vs. ) Case No. 3:11-cv-00206-JPG-PMF
 ) **ASBESTOS CASE**
NORFOLK SOUTHERN )
RAILWAY COMPANY, )
 )
 )
    Defendant. )

## ATTACHMENT A- COMPLAINT

| Name | Years Employed | Job/Craft | Illness | Date of Discovery |
|---|---|---|---|---|
| Donnie J. Vest | 1966-2003 | Machinist | Asbestosis and pleural disease | February 23, 2009 |
| Richard N. Howard | 1969-2008 | Machinist | Asbestosis | February 23, 2009 |
| Toby C. Chambers | 1966-1971 and 1979-1989 | Machinist | Asbestosis | February 23, 2009 |
| Richard L. Patton | 1967-2005 | Machinist | Asbestosis | February 23, 2009 February 23, 2009 |
| Billy T. Proffitt | 1950-1961 and 1963-1966 | Pipefitter | Asbestosis and pleural disease | February 23, 2009 |
| George S. Brewer, Sr. | 1967-2007 | Electrician | Asbestosis | February 23, 2009 |
| Francis B. Reynolds | 1951-1958 and 1969-1988 | Machinist | Asbestosis | February 23, 2009 |
| Jerry W. Evans, Sr. | 1968-2005 | Machinist | Asbestosis | February 23, 2009 |

s/William P. Gavin
WILLIAM P. GAVIN IL#03127132
Attorney for Plaintiffs-Lead Counsel
GAVIN LAW FIRM
#17 Park Place Professional Centre
Belleville, Illinois 62226
(618) 236-0100
FAX: (618) 236-2684
billg@gavinlaw.com

ROBERT NORTON, IL #58505
JONES, GRANGER, TRAMUTO & HALSTEAD
10000 Memorial Drive
Suite 888
P.O. Box 4340
Houston, TX 77210
(713) 688-0230
bnor@jonesgranger.com

%JS 44 (Rev. 12/07)      **CIVIL COVER SHEET**      3:11-cv-00206-JPG-PMF

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Donnie Vest, Richard Howard, Toby Chambers, Richard Patton, Billy Proffitt, George Brewer, Sr. Francis Reynolds, Jerry Evans, S

## DEFENDANTS
Norfolk Southern Railway Company

(b) County of Residence of First Listed Plaintiff: **Floyd**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Sangamon County Illinois**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
William P. Gavin, Gavin Law Firm, 17 Park Place, Belleville, IL 62226, (618) 236-0100

Attorneys (If Known)
Unknown

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☒ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / Habeas Corpus: |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | IMMIGRATION |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
45 USC Secs. 51 et. seq
Brief description of cause:
Plaintiffs seeks damages for injuries caused by exposure to asbestos and other toxic substances.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 2,500,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 03/16/2011
SIGNATURE OF ATTORNEY OF RECORD
William P. Gavin #03127132

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____