BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |
| | § | |
| | § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRY CARDARO and | § | |
| JO ANN CARDARO | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:11-CV-00876 |
| | § | |
| AEROJET GENERAL | § | |
| CORPORATION, et al. | § | |
| | § | |
| Defendants. | § | |

## MOTION TO VACATE THE
## CONDITIONAL TRANSFER ORDER (CTO-390)

Plaintiffs, pursuant to Rule 7.1(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, move the Panel to vacate its order of April 20, 2011, conditionally transferring the above-captioned case to the United States District Court for the Eastern District of Pennsylvania. This motion is accompanied by the attached Brief in Support of Motion to Vacate Conditional Transfer Order.

Movants respectfully request the Clerk to set this motion for hearing at the next session of the Panel.

Respectfully submitted,

/s/ Charles S. Siegel
Charles S. Siegel
Texas State Bar No. 18341875
**Waters & Kraus, LLP**
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 Telecopier

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion to Vacate the Conditional Transfer Order has been served by facsimile on all counsel of record listed below on this 4th day of May, 2011.

Matthew Lott
W. Charles McVea
Matthew P. Lachaussee
Thomas 1. Musselman
Dogan & Wilkinson, PLLC
734 Delmas Avenue
P.O. Box 1618
Pascagoula, MS 39568-1618
mlott@doganwilkinson.com, cmcvea@doganwilkinson.com,
mlachaussee@doganwilkinson.com, tmusselman@doganwilkinson.com
      **Attorneys for Defendant Crane Company**

James R. Logan, IV
Logan & Soileau
1010 Common Street, Suite 2910
New Orleans, LA 70112
jlogan@loganandsoileau.com
      **Attorney for Defendant Equitable Shipyards, Llc**

Elia Diaz-Yeager
Colin Sherman
Christopher T. Wilson
Lugenbuhl, Wheaton, Peck,
	Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
ediaz-yeager@lawla.com, csherman@lawla.com, kwilson@lawla.com
	**Attorneys for Defendants Travelers Casualty and Surety**
	**Company Trinity Yachts, LLC (Ind & Sii Trinity Industries, Inc.**
	**And Equitable Equipment Company F/K/A Equitable**

Barbara Arras
Phelps Dunbar, LLP
365 Canal Street
Suite 2000, Canal Place
New Orleans, LA 70130
arrasb@phelps.com
	**Attorney for Defendant Trinity Industries**

Stewart F. Peck
Lugenbuhl, Wheaton, Peck,
Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
speck@lawla.com
	**Attorney for Defendant Trinity Yachts, LLC**

M. James Dempsey
Cosmich, Simmons & Brown
101 South Congress Street
Jackson, MS 39201
jimmY@cs-law.com
	**Attorney for Defendant Yarway Corporation**

Winstol D. Carter
Morgan, Lewis & Bockus, LLP
1000 Louisiana, Suite 4200
Houston, TX 77002
wcarter@morganlewis.com
	**Attorney for Defendant Yarway Corporation**

Hainkel, III, John J.
FRILOT L.L.C.
1100 Poydras Street
3700 Energy Centre
New Orleans, LA 70163
jhainkel@frilot.com
   **Attorney for Defendant Foster Wheeler Energy Corporation and General Electric Company**

            /s/ Charles S. Siegel
            Charles S. Siegel