## Before the Judicial Panel on Multidistrict Litigation
## MDL-875 -- In re Donald and Joan Mazzaia Litigation

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| | | | |
| Donald and Joan Mazzaia<br>Plaintiffs<br><br>v.<br><br>General Electric Company,<br>Air & Liquid Systems Corporation,<br>Foster Wheeler and Viad Corp.<br>Defendants | United States District Court for the District of Connecticut (New Haven) | 3:11-cv-00683 | Warren W. Eginton |
| | | | |

1987728v.1