BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In re Donald and Joan Mazzaia                    MDL 875

## Proof of Service

I hereby certify that a copy of the foregoing was served by email on this 5th day of May, 2011 to the following:

**Christopher Meisenkothen, Esq.**
Early Lucarelli Sweeney & Meisenkothen
One Century Tower
265 Church St., 11th Fl.
PO Box 1866
New Haven, CT 06508-1866
cmeisenkothen@elslaw.com

**Bryna Rosen Misiura**
Governo Law Firm LLC
Two International Place
Boston, MA 02110
bmisiura@governo.com

**James R. Oswald**
Adler, Pollock & Sheehan
2300 BankBoston Plaza
Providence, RI 02903
djoswald@apslaw.com

**Christopher J. Lynch**
LeClairRyan
One Financial Plaza
755 Main Street, Suite 2000
Hartford, CT 06103
christopher.lynch@leclairryan.com

/s/ Dan E. LaBelle

1987752v.1