1  **RUDOLPH & HAMMOND, LLC**
   Kent Hammond, Esq., #015100
2  8686 E. San Alberto Drive, Ste. 200
   Scottsdale, Arizona 85258
3  480-951-9700
   kent@rudolphhammond.com
4
   Attorneys for the Plaintiffs
5

6                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF ARIZONA
7

8
   KENNETH OSTERHAUS,
9                                            Case 2:11-CV-00588-MHB
            Plaintiffs,
10
       vs.                                   **CERTIFICATE OF SERVICE**
11                                           **BY PRIVATE PROCESS SERVER**
   BNSF RAILWAY COMPANY, Individually and as
   successor-in-interest to the BURLINGTON
12 NORTHERN & SANTA FE RAILWAY COMPANY,
   ATCHISON TOPEKA AND SANTA FE RAILWAY
   COMPANY, CHICAGO, BURLINGTON AND
13 QUINCY RAILROAD COMPANY, BURLINGTON
   NORTHERN INC., and BURLINGTON
   NORTHERN RAILROAD COMPANY,
14
            Defendant.
15

16      LINDA L. SARRETT states: That she is duly qualified and licensed to serve process in this cause within the State in which it was served, having been so appointed by the Court; that she received the documents as described below:
17

18                           **Summons & Complaint**

19      That she personally served true copies of the above documents at 11:55 AM on March 31, 2011 at 2394 E Camelback Road, Phoenix, Arizona 85016. Service was effected by leaving copies with Molly
20 Martinez, clerk with CT Corporation Systems, Statutory Agent for **BNSF Railway Company.**

21         Service Fees:    Service                                              50.00
22

23      I declare under penalty of perjury that the foregoing is true and correct. Executed on April 1, 2011.

24  *Linda L. Sarrett*
    Linda L. Sarrett, Reg. #5847
25  Extreme Process Service
    602-404-2075
26

27

- 1 -

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

Kenneth Osterhaus

*Plaintiff*

v. Civil Action No.

BNSF Railway Company

*Defendant*

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BNSF Railway Company
stat agent C T Corporation System
2394 E Camelback Road
Phoenix, AZ 85016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kent Hammond, Esq.
RUDOLPH & HAMMOND, LLC
8686 E. San Alberto Suite 200
Scottsdale, AZ 85258
(480) 951-9700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*



4:17 pm, Mar 29, 2011
s/ Richard H. Weare, Clerk