# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

| | |
|---|---|
| AIDA SAVELESKY., <br><br> Plaintiff, <br><br> v. <br><br> ALLIED PACKING & SUPPLY, INC., et al. <br> Defendants. | Civil Action No.: <br> 3:11-cv-01778 <br><br> in the U. S. District Court, <br> Northern District of California |

### MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-389)

Plaintiff Aida Savelesky, by and through her undersigned counsel, hereby moves this Panel to vacate the Conditional Transfer Order entered in the above-captioned action (CTO-389). The grounds for this Motion are set forth in the accompanying supporting Brief and are incorporated herein.

Wherefore, plaintiff requests that this Panel **VACATE** the Conditional Transfer Order in the above-captioned case.

Dated: May 5, 2011

Respectfully submitted,

_/s/ Anya Fuchs_
Anya Fuchs
PAUL & HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone: (510) 559-9980
Facsimile: (510) 559-9970
afuchs@paulandhanley.com
Attorneys for Plaintiff Aida Savelesky

## CERTIFICATE OF SERVICE

I, Anne M. Scott, hereby certify that I served a true and correct copy of Plaintiff's Motion to Vacate Conditional Transfer Order (CTO-389), Brief In Support of Plaintiff's Motion to Vacate Conditional Transfer Order, Appendix, and Declaration of Anya Fuchs, upon the attached Service List via first class mail, postage prepaid, on this 5th day of May, 2011.

*Anne Scott*
Anne M. Scott

Savelesky, Aida E.   14689
ASC Case Number RG10529660
May 05 11                    Page 1 of 1

# Service List

**ALLIED PACKING & SUPPLY, INC.**

HERR & ZAPALA, LLP
152 N. 3rd Street, Suite 500
San Jose, CA  95112
Phone:         (408) 287-7788
FAX            (408) 927-0408

**BERRY & BERRY**

BERRY & BERRY
P.O. Box 16070
Oakland, CA  94610
Phone:         (510) 835-8330
FAX            (510) 835-5117

**NATIONAL STEEL AND SHIPBUILDING COMPANY**

BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA  94105
Phone:         (415) 808-0300
FAX            (415) 808-0333