BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

| | |
|---|---|
| AIDA SAVELESKY., <br><br> Plaintiff, <br><br> v. <br><br> ALLIED PACKING & SUPPLY, INC., et al. <br> Defendants. | Civil Action No.: <br> 3:11-cv-01778 <br><br> in the U. S. District Court, <br> Northern District of California |

## APPENDIX OF EXHIBITS

*A –*   *Letter dated September 17, 2010 to the office of Paul & Hanley, LLP, counsel for plaintiff Aida Savelesky in the above-captioned action, from P.M. Bessette of BRYDON HUGO & PARKER, counsel for defendant National Steel and Shipbuilding Company (hereinafter "NASSCO counsel")*

*B –*   *Reply letter dated September 17, 2010 to NASSCO counsel from Deborah R. Rosenthal of Paul & Hanley, LLP, counsel for plaintiff Aida Savelesky*

*C –*   *Letter dated April 20, 2011 to NASSCO counsel from Anya Fuchs of Paul & Hanley, LLP, counsel for plaintiff Aida Savelesky*

*D –*   *Reply letter dated April 22, 2011 to the office of Paul & Hanley, LLP, counsel for plaintiff Aida Savelesky from NASSCO counsel*

*E –*   *United States District Court, Eastern District of Pennsylvania, Asbestos Products Liability Litigation (No. VI) Land-Based Caseload Statistics as of March 31, 2011*

*F –*   *February 12, 2010 Order issued by the Honorable Eduardo C. Robreno, United States District Court Judge, Eastern District of Pennsylvania, entered in the matter entitled* Roger Daub, et al., v. A.P.I., Inc., et al., *Civil Action No. 2:01-md-00875-ER*