BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |
| | § | |
| | § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM CLEVE DAVIDSON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:11-CV-01013 |
| | § | |
| ADVOCATE MINES, LTD., et al | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF OPPOSITION TO
CONDITIONAL TRANSFER ORDER (CTO-393)**

Comes now Plaintiff and files this Notice of Opposition to the Conditional Transfer Order (CTO-393) entered by the Panel on May 4, 2011.

WILLIAM CLEVE DAVIDSON v. ADVOCATE MINES. LTD., et al; No. 2:11-cv-01013 is pending in the United States District Court for the Eastern District of Louisiana. Pursuant to Panel Rule 7.1(c), the plaintiff files this notice of opposition to apprise the Panel of his opposition to transfer.

Pursuant to Panel Rule 7.1(f), plaintiff shall file, within 14 days of the filing of this notice, his motion to vacate conditional transfer order and supporting brief.

1

Respectfully submitted,

**WATERS & KRAUS, LLP**

 /s/  Charles S. Siegel
Charles S. Siegel
Texas State Bar No. 18341875
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244  Telephone
(214) 871-2263  Facsimile

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Notice of Opposition has been served via facsimile and email on all counsel of record listed below on this 6th day of May, 2011.

Elliott, Douglas
Adams, Jennifer E.
Stout, III, A. Wendel
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130
Tel: 504-581-5141
Fax: 504-566-1201
  **Attorneys for Beazer East, Inc. fka Koppers Company, Inc.,**
    **CertainTeed Corporation**

Bezet, Gary A.
Moncla, Gayla M.
Kean, Miller, Hawthorne, D'armond, Mccowan & Jarman, L.L.P.
P.O. Box 3513
Baton Rouge, LA 70821
Tel: 225-387-0999
Fax: 225-388-9133
  **Attorneys for Georgia-Pacific, LLC (sii to Bestwall Gypsum Company)**

Abraham, Michael H.
Guidry, Robert E.
Kuchler, Polk, Schell, Weiner, & Richeson
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Tel: 504-592-0691
Fax: 504-592-0697
    **Attorneys for Union Carbide Corporation**


Lafontaine, Monique M.
Locke Lord Bissell & Liddell Llp
601 Poydras Street, Suite 2660
New Orleans, LA 70130
Tel: 504-558-5100
Fax: 504-558-5200
    **Attorneys for Hongkong Shanghai Banking Corporation Limited**
        **(ind & sii Antony Gibbs and Co.) and HSBC Holdings, PLC**
        **(ind & sii Anthony Gibbs and Co.)**


Swetman, Glenn L.M.
Baxter, Kay Barnes
Massenburg, Christopher O.
Hays, B. Adam
Thibodeaux, Brandie Mendoza
Casey, Margaret Adams
Swetman Baxter Massenburg, Llc
650 Poydras, Suite 2400
New Orleans, LA 70130
Tel: 504-799-0500
Fax: 504-799-0501
    **Attorneys for Bird Incorporated f/k/a Bird & Son, Inc.**


                      /s/ Charles S. Siegel
                      Charles S. Siegel