BEFORE THE JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS          MDL No. 875

LIABILITY LITIGATION (NO. VI)

*****************************************************************************

*Arthur J. Porter, et ux v. Greater Baton Rouge Port Commission,*
M.D. Louisiana, C.A. No. 11-00166

### MOTION TO VACATE CTO-390

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs, Arthur J. Porter and Joyce Marie Porter, who move this Panel to vacate its order conditionally transferring this matter to the Eastern District of Pennsylvania for inclusion in the centralized proceedings occurring there on that docket. Support for this motion is set forth in "Memorandum in Support of Plaintiff's Motion to Vacate CTO-390" filed in this matter.

                                                   Respectfully submitted,
                                                   **BLACKWELL & ASSOCIATES**

                                                   /s/Brian F. Blackwell
                                                   Brian F. Blackwell (18119)
                                                   9270 Siegen Lane, Suite 201
                                                   Baton Rouge, Louisiana 70810
                                                   Telephone:   (225) 769-2462
                                                   Telecopier:   (225) 769-2463
                                                   E-mail:        brian@blackwell-associates.com

                                                   *Counsel for plaintiffs,*
                                                        *Arthur J. Porter and Joyce Marie Porter*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **Motion to Vacate CTO-390** was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the Court's electronic filing system. I also certify that I have e-mailed a copy of this filing to all non-CM/ECF participants.

Baton Rouge, Louisiana this 9th day of May, 2011.

/s/Brian F. Blackwell
Brian F. Blackwell