UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

DOCKET NO. 875                              CASE NO. LAM/3:11-cv-00166

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*************************************************

THIS PLEADING APPLIES TO:
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ARTHUR J. PORTER, ET AL. *Plaintiffs* | Civ. Action No. 11-00166 |
| VERSUS | |
| GREATER BATON ROUGE PORT COMMISSION, ET AL. *Defendants* | Judge: Brian A. Jackson |
| | Magistrate Judge: Christine Noland |

## CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes third party defendant, South African Marine Corporation Limited ("Safmarine"), and pursuant to Federal Rule 7.1, discloses that Safmarine was first incorporated in 1946. Over the subsequent years it had many different stockholders. During the 1970's, all of the vessels that called upon the Port of Baton Rouge were either sold or scrapped. In 1998 the majority shareholder of Safmarine was Old Mutual, a life insurer. It decided to demutualise and convert itself into a public company listed on the London and Johannesburg stock exchanges, but in that process its different divisions were sold

1

off separately to third party buyers. The "sold shares" of South African Marine Corporation, Ltd. are one hundred (100%) percent owned by Capital Finance S.A.

RESPECTFULLY SUBMITTED:

NORMAN C. SULLIVAN, JR. (12574)
W. JACOB GARDNER, JR. (30511)
**FOWLER RODRIGUEZ VALDES-FAULI**
400 Poydras Street, 30th Floor
New Orleans, LA 70130
Telephone: (504) 523-2600
Fax: (504) 523-2705
Email: nsullivan@frvf-law.com
       jgardner@frvf-law.com
*Attorneys for South African Marine Corporation Limited*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 9th day of May, 2011, served a copy of the foregoing pleading by using the court's CM/ECF system which will send a notice of electronic filing to all counsel of record.