**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS					MDL No. 875

LIABILITY LITIGATION (NO. VI)

*************************************************************************************

ARTHUR J. PORTER, ET UX			MIDDLE DISTRICT OF LOUISIANA

VERSUS						C.A. NO. 11-00166

GREATER BATON ROUGE PORT COMMISSION

**THIRD PARTY DEFENDANT P&O PORTS LOUISIANA, INC.'S
CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes Third Party Defendant, P&O Ports Louisiana, Inc., and files the following Corporate Disclosure Statement, listing upon information and belief, all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities that are financially interested in the outcome of this litigation, as follows:

Ports America Services, Inc. owns 100% of P&O Ports Louisiana, Inc.

Respectfully submitted,

/s/ Patrick E. Costello
PATRICK E. COSTELLO, T.A.   (#26619)
WILTON E. BLAND, III        (#3123)
JACQUES P. DeGRUY           (#29144)
TREVOR M. CUTAIAR           (#33082)
MOULEDOUX, BLAND, LEGRAND & BRACKETT LLC
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
*Attorneys for P&O Ports Louisiana, Inc. and
Baton Rouge Marine Contractors, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the Court's electronic filing system. I also certify that I have e-mailed a copy of this filing to all non-CM/ECF participants.

New Orleans, Louisiana this 9th day of May, 2011.

/s/ Patrick E. Costello