BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (VI) | * * * * | MDL DOCKET NO. 875 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRY CARDARO and JO ANN CARDARO<br><br>   Plaintiffs<br>versus<br><br>AEROJET GENERAL CORPORATION, et al.<br><br>   Defendants | * * * * * * * * * * * | CIVIL ACTION NO. 2:11-cv-00876 |

## AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for General Electric Company ("GE") certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

1) Publicly-traded companies in which GE and affiliates (including NBCU and GE Capital) own 10% or more of the outstanding stock:

ValueVision Media, Inc. *(NBCU and GE Capital Equity)*
Paxson Communications Corp. *(NBCU)*
Transit Group, Inc. *(GE Capital Equity)*
Primesource Healthcare *(GE Capital Equity)*
Thermoview Industries, Inc. *(GE Capital Equity)*

Scient, Inc. *(GE Capital Equity)*
Plug Power, Inc. *(GE Power)*
Superior Essex Inc. *(GE Capital)*

2) GE's subsidiaries which have outstanding securities in the hands of the public (debt, equity or other types of securities) are:

General Electric Capital Services, Inc. (formerly, General Electric Financial Services, Inc.)
General Electric Capital Corporation
Municipal Securities Purchase Corporation
Universal City Development Partners, Ltd. (50% ownership), and its wholly owned subsidiary, UCDP Finance, Inc.

3) There is no parent of GE and no publicly-traded company or other entity who owns 10% or more of GE.


Dated: May 10, 2011

>Respectfully submitted,
>
>**FRILOT L.L.C.**
>
>
>*/s/ John J. Hainkel, III*
>JOHN J. HAINKEL, III - 18246
>ANGELA M. BOWLIN – 20714
>SHERI S. FAUST – 26283
>REBECCA A. ZOTTI - 33446
>3700 Energy Centre, 1100 Poydras Street
>New Orleans, Louisiana 70163-3700
>T: (504) 599-8000; F: (504) 599-8100
>
>**Attorneys for Defendant,
>General Electric Company**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2011, I have served, by electronic transmission, a copy of the foregoing document upon all known counsel of record, as set forth below:

Charles S. Siegel
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, Texas  75204
css@waterskraus.com

**Attorney for Plaintiffs**

Elia Diaz-Yeager
Colin Sherman
Christopher T. Wilson
Lugenbuhl, Wheaton, Peck,
 Rankin & Hubbard
601 Poydras Street, Suite 2773
New Orleans, Louisiana  70130
ediaz-yeager@lawla.com, csherman@lawla.com, cwilson@lawla.com

**Attorneys for Defendants, Travelers Casualty and Surety Company, Trinity Yachts, LLC (Ind. and Sii Trinity Industries, Inc.) and Equitable Equipment Company f/k/a Equitable**

Barbara Arras
Phelps Dunbar, LLP
365 Canal Street
Canal Place, Suite 2000
New Orleans, Louisiana  70130
arrasb@phelps.com

**Attorney for Defendant, Trinity Industries**

Stewart F. Peck
Lugenbuhl, Wheaton, Peck,
 Rankin & Hubbard
601 Poydras Street, Suite 2773
New Orleans, Louisiana  70130
speck@lawla.com

**Attorney for Defendant, Trinity Yachts, LLC**

M. James Dempsey
Cosmich, Simmons & Brown
101 South Congress Street
Jackson, Mississippi 39201
jimmy@cs-law.com

### Attorney for Defendant, Yarway Corporation

Winstol D. Carter
Morgan, Lewis & Bockus, LLP
1000 Louisiana, Suite 4200
Houston, Texas 77002
wcarter@morganlewis.com

### Attorney for Defendant, Yarway Corporation

Matthew Lott
W. Charles McVea
Matthew P. Lachaussee
Thomas J. Musselman
Dogan & Wilkinson, PLLC
734 Delmas Avenue
P.O. Box 1618
Pascagoula, Mississippi 39568-1618
mlott@doganwilkinson.com , cmcvea@doganwilkinson.com ,
mlachaussee@doganwilkinson.com , tmusselman@doganwilkinson.com

### Attorneys for Defendant, Crane Company

James R. Logan, IV
Logan & Soileau
1010 Common Street, Suite 2910
New Orleans, Louisiana 70112
jlogan@loganandsoileau.com

### Attorney for Defendant, Equitable Shipyards, LLC

 

/s/ *John. J. Hainkel, III*
John. J. Hainkel, III