## SCHEDULE OF ACTIONS

Northern District of California

*Founds vs Foster Wheeler, et al*
U.S. District Court, Northern District of California, Case No. 3:10-cv-01851-WHA