CERTIFICATE OF CM/ECF SERVICE

I hereby certify that I electronically filed with the Judicial Panel MDL using the CM/ECF system on **May 10, 2011** the following document(s).

NOTICE OF TAG-ALONG ACTION, DOCKET/COMPLAINT, SCHEDULE OF ACTIONS

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: May 10, 2011

*Marie Banas*
Marie Banas

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

*Majorie Founds v. Foster Wheeler, et al*
United States District Court, Northern District of California, Case No. 3:10-cv-01851-WHA