

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

**Rebecca A. Zotti**     504/599-8224 direct phone
rzotti@frilot.com     504/599-8155 direct fax

May 10, 2011

**VIA CM/ECF FILING**

Honorable Jeffery N. Lüthi
Clerk of the Panel
United States Judicial Panel on MultiDistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

Re:    ***Terry Cardaro and Jo Ann Cardaro v. Aerojet General Corporation, et al***
       MDL No. 875, Section "F-2"
       United States District Court for the Eastern District of Louisiana, Case No. 11-876, Judge Martin L. C. Feldman, Magistrate Judge Joseph C. Wilkinson, Jr.

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Dear Mr. Lüthi:

     Please be advised that I am withdrawing my appearance on behalf of Foster Wheeler Energy Corporation and General Electric Company in the above referenced matter. I am withdrawing my appearance as a result of the appearance of John J. Hainkel, III for Foster Wheeler Energy Corporation and General Electric Company in this matter.

                            Sincerely,

                            */s/ Rebecca A. Zotti*
                            Rebecca A. Zotti

RAZ/dd
cc:     All Counsel of Record (Via email)