UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA SAVELESKY,<br><br>   Plaintiff,<br><br>  vs.<br><br>ALLIED PACKING & SUPPLY, INC., CAMPBELL INDUSTRIES, NATIONAL STEEL AND SHIPBUILDING COMPANY, and DOES 1 through 800,<br><br>   Defendants. | (ASBESTOS)<br>U.S.D.C. Northern District of California [San Francisco] Case No. 3:11-cv-01778 SI<br><br>Alameda County Superior Court Case No. RG10529660 |

**DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S WITHDRAWAL OF MDL 875 DOCUMENT NUMBERS 7101 AND 7102**

  Defendant National Steel and Shipbuilding Company's Notice of Withdrawal of MDL 875 Document Numbers 7101 and 7102. The filer mistakenly unchecked the transaction to be a "spread" transaction. Documents will be refiiled correctly.

Dated: May 10, 2011

          BRYDON HUGO & PARKER

By:  /s/ Thomas J. Moses   
    Edward R. Hugo
    P. M. Bessette
    Thomas J. Moses
    Attorneys for Defendant
    NATIONAL STEEL AND
    SHIPBUILDING COMPANY
    BRYDON HUGO & PARKER
    135 Main Street, 20th Floor
    San Francisco, CA 94104
    Telephone: (415) 808-0300
    Facsimile: (415) 808-0333
    Email: tmoses@bhplaw.com
       pbessette@bhplaw.com