UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA SAVELSKY,<br><br>        Plaintiff,<br>vs.<br><br>ALLIED PACKING & SUPPLY, INC., CAMPBELL INDUSTRIES, NATIONAL STEEL AND SHIPBUILDING COMPANY, and DOES 1 THROUGH 800,<br><br>        Defendants. | (ASBESTOS)<br>U.S.D.C. Northern District of California [San Francisco] Case No. 3:11-cv-01778 SI<br><br>PROOF OF SERVICE |

       I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On the date below, I served the following:

**DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S NOTICE OF WITHDRAWAL OF MDL 875 DOCUMENT NUMBERS 7101 AND 7102**

on the following:

PAUL & HANLEY LLP
1608 Fourth Street #300
Berkeley, CA 94710
Fax: (510) 559-9970

Herr and Zapala, LLP
152 N. 3rdSt., Ste. 500
San Jose, CA 95112
Fax: (408) 927-0408

   ➔   By transmitting electronically the document(s) listed above as set forth on the Judicial Panel Multidistrict Litigation's electronic service list on this date before 5:00 p.m.

   ➔   By transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached service list on this date before 5:00 p.m.

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

PROOF OF SERVICE

I declare under penalty of perjury that the above is true and correct. Executed on May 10, 2011, at San Francisco, California.

_____
Wanda D. Claudio

P.M. Bessette [CA SBN 127588]
Thomas J. Moses [CA SBN 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Email:        pbessette@bhplaw.com
              tmoses@bhplaw.com
For Defendant NATIONAL STEEL AND SHIPBUILDING COMPANY
Telephone: (415) 808-0300
Facsimile: (415) 808-0333

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

PROOF OF SERVICE