

**FRILOT** LLC

ATTORNEYS AT LAW

**John J. Hainkel, III**       504/599-8021 direct phone
jhainkel@frilot.com       504/599-8121 direct fax

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

May 10, 2011

**VIA CM/ECF FILING**

Honorable Jeffery N. Lüthi
Clerk of the Panel
United States Judicial Panel on MultiDistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

Re:   ***Terry Cardaro and Jo Ann Cardaro v. Aerojet General Corporation, et al***
MDL No. 875, Section "F-2"
United States District Court for the Eastern District of Louisiana, Case No. 11-876, Judge
Martin L. C. Feldman, Magistrate Judge Joseph C. Wilkinson, Jr.

**NOTICE OF WITHDRAWAL OF FILING**

Dear Mr. Lüthi:

Please remove Document Nos. 7097 and 7098 from the MDL No. 875 docket and also
Document Nos. 12 and 13 from LAE/2:11-cv-00876, on behalf of General Electric Company in
the above-referenced matter per attached Notices of Electronic Filing.

Thank you for your courtesies with the handling of this matter.

Sincerely,

*/s/ John J. Hainkel, III*
John J. Hainkel, III

JJH,III/dd
cc:   All Counsel of Record (Via email)

## Corporate Disclosures
MDL No. 875 IN RE: Asbestos
Products Liability Litigation (No.
VI)

MDL_TRANSFERRED

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered by Hainkel, John on 5/10/2011 at 12:36 PM EDT and filed on
5/10/2011
**Case Name:**       IN RE: Asbestos Products Liability Litigation (No. VI)
**Case Number:**   MDL No. 875
**Filer:**
**Document Number:** 7097

**Docket Text:**
**CORPORATE DISCLOSURE STATEMENT (AMENDED) - re: pldg. ([11] in LAE/2:11-
cv-00876) Identifying Corporate Parent General Electric Company for General Electric
Company. Associated Cases: MDL No. 875, LAE/2:11-cv-00876 (Hainkel, John)**

**Case Name:**       Cardaro et al v. Aerojet General Corporation et al
**Case Number:**   LAE/2:11-cv-00876
**Filer:**              General Electric Company
**Document Number:** 12

**Docket Text:**
**CORPORATE DISCLOSURE STATEMENT (AMENDED) - re: pldg. ( 11 in LAE/2:11-
cv-00876) Identifying Corporate Parent General Electric Company for General Electric
Company. Associated Cases: MDL No. 875, LAE/2:11-cv-00876 (Hainkel, John)**

**MDL No. 875 Notice has been electronically mailed to:**

David C Landin     dlandin@hunton.com

Peter G Angelos    mjolley@lawpga.com

**MDL No. 875 Notice will not be electronically mailed to:**

**LAE/2:11-cv-00876 Notice has been electronically mailed to:**

Angela M. Bowlin     abowlin@frilot.com

Barbara Lee Arras    arrasb@phelps.com

Charles Siegel    siegel@waterskraus.com, khewlett@waterskraus.com

David Ryan Cannella    dcannella@landryswarr.com

Frank J. Swarr    fswarr@landryswarr.com

James R. Logan , IV    jlogan@loganandsoileau.com

John J Hainkel , III    jhainkel@frilot.com, bdoll@frilot.com

John Joseph Hainkel , III    jhainkel@frilot.com

Martin James Dempsey , Jr    jimmy@cs-law.com

Matthew Stephen Lott    mlott@dwwattorneys.com

Mickey P. Landry    mlandry@landryswarr.com

Rebeca A Zotti    rzotti@frilot.com

Rebecca Abbott Zotti    rzotti@frilot.com

Sheri Sport Faust    sfaust@frilot.com

Stewart Foster Peck    speck@lawla.com

Thomas Lee Musselman    tmusselman@doganwilkinson.com

William Charles McVea    cmcvea@doganwilkinson.com

Winstol D. Carter , Jr    wcarter@morganlewis.com

**LAE/2:11-cv-00876 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/10/2011] [FileNumber=188043-0]
[b1e12e82fd9f75867a0282cd2aab2998aa1c8e16e1e701dfcb264386fa363768ef1f9
fba32ebccf14d641b106657f4d34f746535313a27b8da121406a6527dd1]]

# Corporate Disclosures

MDL No. 875 IN RE: Asbestos
Products Liability Litigation (No.
VI)

MDL_TRANSFERRED

## United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered by Hainkel, John on 5/10/2011 at 1:06 PM EDT and filed on 5/10/2011

**Case Name:**      IN RE: Asbestos Products Liability Litigation (No. VI)
**Case Number:**    MDL No. 875
**Filer:**
**Document Number:** 7098

**Docket Text:**
**CORPORATE DISCLOSURE STATEMENT (AMENDED) - re: pldg. ([11] in LAE/2:11-cv-00876) Identifying Corporate Parent No Parent Corp., Corporate Parent No Parent Corp. for General Electric Company. Associated Cases: MDL No. 875, LAE/2:11-cv-00876 (Hainkel, John)**

**Case Name:**      Cardaro et al v. Aerojet General Corporation et al
**Case Number:**    LAE/2:11-cv-00876
**Filer:**          General Electric Company
**Document Number:** 13

**Docket Text:**
**CORPORATE DISCLOSURE STATEMENT (AMENDED) - re: pldg. ( 11 in LAE/2:11-cv-00876) Identifying Corporate Parent No Parent Corp., Corporate Parent No Parent Corp. for General Electric Company. Associated Cases: MDL No. 875, LAE/2:11-cv-00876 (Hainkel, John)**

**MDL No. 875 Notice has been electronically mailed to:**

David C Landin    dlandin@hunton.com

Peter G Angelos   mjolley@lawpga.com

**MDL No. 875 Notice will not be electronically mailed to:**

**LAE/2:11-cv-00876 Notice has been electronically mailed to:**

Angela M. Bowlin     abowlin@frilot.com

Barbara Lee Arras     arrasb@phelps.com

Charles Siegel     siegel@waterskraus.com, khewlett@waterskraus.com

David Ryan Cannella     dcannella@landryswarr.com

Frank J. Swarr     fswarr@landryswarr.com

James R. Logan , IV     jlogan@loganandsoileau.com

John J Hainkel , III     jhainkel@frilot.com, bdoll@frilot.com

John Joseph Hainkel , III     jhainkel@frilot.com

Martin James Dempsey , Jr     jimmy@cs-law.com

Matthew Stephen Lott     mlott@dwwattorneys.com

Mickey P. Landry     mlandry@landryswarr.com

Rebeca A Zotti     rzotti@frilot.com

Rebecca Abbott Zotti     rzotti@frilot.com

Sheri Sport Faust     sfaust@frilot.com

Stewart Foster Peck     speck@lawla.com

Thomas Lee Musselman     tmusselman@doganwilkinson.com

William Charles McVea     cmcvea@doganwilkinson.com

Winstol D. Carter , Jr     wcarter@morganlewis.com

**LAE/2:11-cv-00876 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/10/2011] [FileNumber=188059-0]
[0eb2eb0b4ad5db36e96240d270a86a077d8085ccac41e8579f55ec952f18753d9c01a
4c2faf5c3ac931e2c86a94438fa8876c499cbc52cf9ae67960612e83071]]