BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION § DOCKET NO. 875

NOTICE OF POTENTIAL TAG-ALONG ACTION

CLEAVER BROOKS, INC. ("Cleaver Brooks") notifies the Judicial Panel on Multidistrict Litigation of the filing of an action related to MDL 875, pending in the United States District Court, Eastern District of Texas. The related action is **Civil Action No. 2:11-cv-196, styled Billy F. Wall and Sandra S. Wall, Husband and Wife, Plaintiffs, vs. A.W. Chesterton, et al., Defendants, and was filed on March 28, 2011, in the United States District Court, Eastern District of Texas, Marshall Division.** Cleaver Brooks is named as a Defendant in the action. Copies of the Plaintiffs' Original Complaint, the Eastern District of Texas Court's docket sheet, Schedule of Cases and Service List for counsel having currently appeared in the matter are attached to this Notice as Exhibit 1, Exhibit 2, Exhibit 3 and Exhibit 4, respectively.

The action filed in the Eastern District of Texas is a proper case for a tag-along action to MDL 875, as alleged by Plaintiffs in ¶ 1 of their Original Complaint. Cleaver Brooks asks the Panel to enter an Order transferring this action to MDL 875 in the United States District Court, Eastern District of Pennsylvania, for coordinated and consolidated pre-trial proceedings under 28 U.S.C. § 1407 (a).

Respectfully submitted,

**WHITE SHAVER**
205 W. Locust Ave.
Tyler, Texas 75702
Telephone: 903/533-9447
Telefax: 903/595-3766
Email: cwhite@whiteshaverlaw.com

By: _____
CLAY M. WHITE
State Bar No. 21292220

**ATTORNEY FOR DEFENDANT, CLEAVER BROOKS, INC.**

**CERTIFICATE OF SERVICE**

A true and correct copy of the above notice was served via ECF Pacer Service, on this the 11th day of May, 2011.

_____
CLAY M. WHITE