## U.S. District Court [LIVE]
### Eastern District of TEXAS (Marshall)
### CIVIL DOCKET FOR CASE #: 2:11-cv-00196-TJW -CE

| | |
|---|---|
| Wall et al v A W Chesterton Co et al | Date Filed: 03/28/2011 |
| Assigned to: Judge T. John Ward | Jury Demand: Both |
| Referred to: Magistrate Judge Charles Everingham | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Cause: 28:1332 Diversity-Personal Injury | Jurisdiction: Diversity |

**Plaintiff**

Billy F. Wall     represented by **D Scott Carlile**
The Carlile Law Firm LLP
400 South Alamo
Marshall, TX 75670
903/938-1655
Fax: 19039380235
Email: scarlile@carlilelawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Sandra S. Wall     represented by **D Scott Carlile**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cleaver-Brooks Company**     represented by **Clay Marion White**
White Shaver
205 W Locust
Tyler, TX 75702
903/533-9447
Fax: 903/595-3766
Email: cwhite@whiteshaverlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**A.W. Chesterton Company**     represented by **Matthew Thomas McLain**
Cotten Schmidt & Abbott LLP
550 Bailey Avenue
Suite 600
Fort Worth, TX 76107
817-338-4500
Fax: 817-338-4599
Email: mmclain@csa-lawfirm.com
*ATTORNEY TO BE NOTICED*

EXHIBIT 2

**Defendant**

**Goulds Pumps Incorporated**     represented by **Leonard Hayes Fuller , III**
Naman Howell Smith & Lee - Waco
900 Washington Ave
P O Box 1470
Waco, TX 76703-1470
254/755-4100
Fax: 254-754-3172
Email: fuller@namanhowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shreveport Rubber & Gasket**     represented by **Steven Ray Thomas**
Chambers Templeton Cashiola & Thomas
2090 Broadway
Beaumont, TX 77701-4950
409/755-7373
Fax: 409-755-7383
Email: sthomas@ctclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**J. Graves Insulation Company Inc**     represented by **Barbara Jane Barron**
Mehaffy & Weber - Beaumont
P.O. Box 16
Beaumont, TX 77704-0016
409/835-5011
Email: barbarabarron@mehaffyweber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2011 | 1 | COMPLAINT *Billy F. Wall and Sandra S. Wall vs. A. W. Chesterton, Co., and* against Cleaver-Brooks Company ( Filing fee $ 350 receipt number 0540-2957498.), filed by Billy F. Wall.(Carlile, D) (Additional attachment(s) added on 3/29/2011: # 1 Civil Cover Sheet) (sm, ). (Entered: 03/28/2011) |
| 03/28/2011 | | Case assigned to Judge T. John Ward. (ch, ) (Entered: 03/28/2011) |
| 03/28/2011 | 2 | ORDER REFERRING CASE to Magistrate Judge Charles Everingham. Signed by Judge T. John Ward on 3/28/2011. (ch, ) (Entered: 03/28/2011) |
| 03/28/2011 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available here by clicking on the hyperlink and is also on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice of Consent to Proceed Before Magistrate Judge*. (ch, ) (Entered: 03/28/2011) |

| | | |
|---|---|---|
| 04/06/2011 | 3 | E-GOV SEALED SUMMONS Issued as to A.W. Chesterton Company (Attachments: # 1 Cleaver-Brooks Company Inc, # 2 Goulds Pumps Incorporated, # 3 J. Graves Insulation Company Inc, # 4 Shreveport Rubber & Gasket)(ch, ) (Entered: 04/06/2011) |
| 04/14/2011 | 4 | E-GOV SEALED SUMMONS Returned Executed by Billy F. Wall, Sandra S. Wall. Cleaver-Brooks Company served on 4/8/2011 by CM RRR through Registered Agent for Cleaver-Brooks Co, answer due 4/29/2011. (ehs, ) (Entered: 04/14/2011) |
| 04/14/2011 | 5 | E-GOV SEALED SUMMONS Returned Executed by Billy F. Wall, Sandra S. Wall. A.W. Chesterton Company served on 4/8/2011 by CM RRR through Registered CT Corporation, answer due 4/29/2011. (ehs, ) (Entered: 04/14/2011) |
| 04/14/2011 | 6 | E-GOV SEALED SUMMONS Returned Executed by Billy F. Wall, Sandra S. Wall. J. Graves Insulation Company Inc served on 4/8/2011 by CM RRR through Registered Agent J Graves Co Inc, answer due 4/29/2011. (ehs, ) (Entered: 04/14/2011) |
| 04/21/2011 | 7 | E-GOV SEALED SUMMONS Returned Executed by Billy F. Wall, Sandra S. Wall. Goulds Pumps Incorporated served on 4/11/2011 by CM RRR through CT Corporation, answer due 5/2/2011. (ehs, ) (Entered: 04/21/2011) |
| 04/29/2011 | 8 | ***FILED IN ERROR. PER ATTORNEY. PLEASE IGNORE.***<br><br>*J. Graves Insulation Company's Original* ANSWER to 1 Complaint, by J. Graves Insulation Company Inc.(Barron, Barbara) Modified on 5/5/2011 (ch, ). (Entered: 04/29/2011) |
| 04/29/2011 | 9 | *A.W. Chesterton's* ANSWER to 1 Complaint, by A.W. Chesterton Company.(McLain, Matthew) (Entered: 04/29/2011) |
| 04/29/2011 | 10 | NOTICE of Disclosure by A.W. Chesterton Company *Corporate Disclosure Statement* (McLain, Matthew) (Entered: 04/29/2011) |
| 05/02/2011 | 11 | ANSWER to 1 Complaint, by Goulds Pumps Incorporated.(Fuller, Leonard) Modified to reflect only the answer - is a two part pleading, motion was filed separately per clerk instructions on 5/3/2011 (sm, ). (Entered: 05/02/2011) |
| 05/02/2011 | 12 | ***FILED IN ERROR, PLEASE IGNORE***<br><br>***NOTICE of Disclosure by Goulds Pumps Incorporated (Fuller, Leonard) Modified on 5/2/2011 (sm, ). (Entered: 05/02/2011) |
| 05/02/2011 | 13 | ***DEFICIENT DOCUMENT, ATTY DID NOT SIGN AND TWO PART DOCUMENT WHICH WAS NOT DOCKETED SEPARATELY, PLEASE IGNORE***<br><br>**Defendant's ANSWER to 1 Complaint, *Motion to Dismiss, Original Answer* by Shreveport Rubber & Gasket. (Attachments: # 1 Civil Cover Sheet Filing Letter) (Thomas, Steven) Modified on 5/2/2011 (sm, ). Modified on 5/2/2011 (sm, ). (Entered: 05/02/2011)** |
| 05/02/2011 | | ***FILED IN ERROR, WRONG EVENT USED, ATTY MUST REFILE. Document # 12, Notice of Disclosure. PLEASE IGNORE.***<br><br>(sm, ) (Entered: 05/02/2011) |
| 05/02/2011 | 14 | MOTION to Dismiss *Under Rules 8, 12(b)(6) and 12(b)(7) of the Federal Rules of Civil Procedure* by Goulds Pumps Incorporated. (Fuller, Leonard) (Additional attachment(s) |

| | | |
|---|---|---|
| | | added on 5/4/2011: # 1 Text of Proposed Order) (sm, ). (Entered: 05/02/2011) |
| 05/02/2011 | 15 | CORPORATE DISCLOSURE STATEMENT filed by Goulds Pumps Incorporated identifying Corporate Parent ITT Corporation for Goulds Pumps Incorporated. (Fuller, Leonard) (Entered: 05/02/2011) |
| 05/02/2011 | | NOTICE of DEFICIENCY regarding the #13 Answer submitted by Shreveport Rubber & Gasket. Not signed by atty, two part pleading and not all events were docketed. Correction should be made by 1 business day and refiled. (sm, ) (Entered: 05/02/2011) |
| 05/03/2011 | 16 | MOTION to Dismiss by Shreveport Rubber & Gasket. (Attachments: # 1 Text of Proposed Order)(Thomas, Steven) (Additional attachment(s) added on 5/3/2011: # 2 REVISED ORDER) (sm, ). (Entered: 05/03/2011) |
| 05/03/2011 | 17 | *Original* ANSWER to 1 Complaint, by Shreveport Rubber & Gasket.(Thomas, Steven) (Entered: 05/03/2011) |
| 05/03/2011 | 18 | CORPORATE DISCLOSURE STATEMENT filed by J. Graves Insulation Company Inc (Barron, Barbara) (Entered: 05/03/2011) |
| 05/04/2011 | 19 | RESPONSE to Motion re 14 MOTION to Dismiss *Under Rules 8, 12(b)(6) and 12(b)(7) of the Federal Rules of Civil Procedure filed by Billy F. Wall, Sandra S. Wall* . (Attachments: # 1 Text of Proposed Order Order Denying Gould's Motion to Dismiss) (Carlile, D) (Entered: 05/04/2011) |
| 05/04/2011 | 20 | RESPONSE to Motion re 16 MOTION to Dismiss *filed by Billy F. Wall, Sandra S. Wall* . (Attachments: # 1 Text of Proposed Order Order Denying Shreveport Rubber Motion to Dismiss)(Carlile, D) (Entered: 05/04/2011) |
| 05/04/2011 | 21 | NOTICE by Billy F. Wall, Sandra S. Wall re 8 Answer to Complaint *Regarding Plaintiff's Response to J. Graves Motion to Dismiss* (Carlile, D) (Entered: 05/04/2011) |
| 05/05/2011 | | ***FILED IN ERROR. PER ATTORNEY - ATTY WILL REFILE - ANSWER AND MOTION TO DISMISS FILED TOGETHER Document # 8, Answer. PLEASE IGNORE.***<br><br>(ch, ) (Entered: 05/05/2011) |
| 05/05/2011 | 22 | MOTION to Dismiss *under Rules 8, 12(B)(6) and 12(B)(7)* by J. Graves Insulation Company Inc. (Attachments: # 1 Text of Proposed Order)(Barron, Barbara) (Entered: 05/05/2011) |
| 05/05/2011 | 23 | ANSWER to 1 Complaint, *subject to Motion to Dismiss under rules 8, 12(B)(6) and 12(B)(7)* by J. Graves Insulation Company Inc.(Barron, Barbara) (Entered: 05/05/2011) |
| 05/05/2011 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available here by clicking on the hyperlink and is also on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice of Consent to Proceed Before Magistrate Judge.* (sm, ) (Entered: 05/05/2011) |
| 05/05/2011 | 24 | RESPONSE to Motion re 22 MOTION to Dismiss *under Rules 8, 12(B)(6) and 12(B)(7) filed by Billy F. Wall, Sandra S. Wall* . (Attachments: # 1 Text of Proposed Order Order Denying J. Graves' Motion to Dismiss)(Carlile, D) (Entered: 05/05/2011) |
| 05/06/2011 | 25 | *ORIGINAL* ANSWER to 1 Complaint, by Cleaver-Brooks Company.(White, Clay) |

(Entered: 05/06/2011)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/10/2011 13:57:50 | | | |
| PACER Login: | ws1917 | Client Code: | 52103 |
| Description: | Docket Report | Search Criteria: | 2:11-cv-00196-TJW -CE |
| Billable Pages: | 3 | Cost: | 0.24 |