## SCHEDULE OF CASES

**Div.**      **C.A.#**           **Judge**              **Case Caption**

Eastern District of Texas

1.      2:11-CV-196   T. John Ward      Billy F. Wall and Sandra S. Wall, Husband and Wife vs. A.W. Chesterton, et al.

EXHIBIT 3