**2:11-cv-00196-TJW -CE** Wall et al v A W Chesterton Co et al
T. John Ward, presiding
Charles Everingham, referral
Date filed: 03/28/2011
Date of last filing: 05/06/2011

# Attorneys

**Barbara Jane Barron**
Mehaffy & Weber - Beaumont
P.O. Box 16
Beaumont, TX 77704-0016
409/835-5011
barbarabarron@mehaffyweber.com
  *Assigned: 04/29/2011*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**J. Graves Insulation Company Inc**
*(Defendant)*

**D Scott Carlile**
The Carlile Law Firm LLP
400 South Alamo
Marshall, TX 75670
903/938-1655
19039380235 (fax)
scarlile@carlilelawfirm.com
  *Assigned: 03/28/2011*
  *ATTORNEY TO BE NOTICED*

representing

**Billy F. Wall**
*(Plaintiff)*

**Sandra S. Wall**
*(Plaintiff)*

**Leonard Hayes Fuller, III**
Naman Howell Smith & Lee - Waco
900 Washington Ave
P O Box 1470
Waco, TX 76703-1470
254/755-4100
254-754-3172 (fax)
fuller@namanhowell.com
  *Assigned: 05/02/2011*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Goulds Pumps Incorporated**
*(Defendant)*

**Matthew Thomas McLain**
Cotten Schmidt & Abbott LLP
550 Bailey Avenue
Suite 600
Fort Worth, TX 76107

representing

**A.W. Chesterton Company**

EXHIBIT 4

| | | |
|---|---|---|
| 817-338-4500<br>817-338-4599 (fax)<br>mmclain@csa-lawfirm.com<br>*Assigned: 04/29/2011*<br>*ATTORNEY TO BE NOTICED* | | *(Defendant)* |
| **Steven Ray Thomas**<br>Chambers Templeton Cashiola & Thomas<br><br>2090 Broadway<br>Beaumont, TX 77701-4950<br>409/755-7373<br>409-755-7383 (fax)<br>sthomas@ctclaw.com<br>*Assigned: 05/02/2011*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Shreveport Rubber & Gasket**<br>*(Defendant)* |
| **Clay Marion White**<br>White Shaver<br>205 W Locust<br>Tyler, TX 75702<br>903/533-9447<br>903/595-3766 (fax)<br>cwhite@whiteshaverlaw.com<br>*Assigned: 05/06/2011*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Cleaver-Brooks Company**<br>*(Defendant)* |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/10/2011 13:57:01 | | | |
| PACER Login: | ws1917 | Client Code: | 52103 |
| Description: | Attorney List | Search Criteria: | 2:11-cv-00196-TJW - CE |
| Billable Pages: | 1 | Cost: | 0.08 |