# U.S. District Court
## Northern District of Alabama (Southern)
### CIVIL DOCKET FOR CASE #: 2:11-cv-00495-AKK

| | |
|---|---|
| Richardson et al v. Crown Cork & Seal Co Inc et al | Date Filed: 02/11/2011 |
| Assigned to: Judge Abdul K Kallon | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Asbestos Litigation | Nature of Suit: 368 P.I. : Asbestos |
| | Jurisdiction: Diversity |

**Plaintiff**

**Roy H Richardson**　　　represented by　**G Patterson Keahey , Jr**
LAW OFFICES OF G PATTERSON KEAHEY PC
1 Independence Plaza, Suite 612
Birmingham, AL 35209
205-871-0707
Fax: 205-871-0801
Email: efile@mesohlep.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Uman S Thomas**　　　represented by　**G Patterson Keahey , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven D Rider**　　　represented by　**G Patterson Keahey , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bobby D Horton**　　　represented by　**G Patterson Keahey , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roger May**　　　represented by　**G Patterson Keahey , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Crown Cork & Seal Co Inc**　　　represented by　**Anne Laurie McClurkin**
MCDOWELL KNIGHT ROEDDER & SLEDGE LLC
63 South Royal Street, Suite 900
P O Box 350

|  |  |
|---|---|
|  | Mobile, AL 36601<br>251-432-5300<br>Fax: 251-432-5303<br>Email: amcclurkin@mcdowellknight.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Walter T Gilmer , Jr**<br>MCDOWELL KNIGHT ROEDDER & SLEDGE LLC<br>P O Box 350<br>Mobile, AL 36601<br>251-432-5300<br>Fax: 251-432-5303<br>Email: wgilmer@mcdowellknight.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Honeywell International Inc**<br>*individually as as Successors in interest to Alied Chemical Inc, fka Bendix Corporation* | represented by | **Frank E Lankford , Jr**<br>HUIE FERNAMBUCQ & STEWART LLP<br>Three Protective Center<br>2801 Highway 280 S, Suite 200<br>Birmingham, AL 35223-2484<br>205-251-1193<br>Fax: 205-251-1256<br>Email: fel@hfsllp.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Stewart W McCloud**<br>HUIE FERNAMBUCQ & STEWART LLP<br>Three Protective Center<br>2801 Highway 280 South, Suite 200<br>Birmingham, AL 35223-2484<br>205-251-1193<br>Fax: 205-251-1256<br>Email: swm@hfsllp.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Metropolitan Life Insurance Company**

**Defendant**

| | | |
|---|---|---|
| **Georgia Pacific Corp** | represented by | **Allan R Wheeler**<br>BURR & FORMAN LLP<br>3400 Wachovia Tower<br>420 North 20th Street |

        Birmingham, AL 35203
        205-251-3000
        Fax: 205-485-5100
        Email: awheeler@burr.com
        *ATTORNEY TO BE NOTICED*

**C Paul Cavender**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
205-251-3000
Fax: 205-458-5100
Email: pcavende@burr.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sepco**     represented by     **Frank E Lankford , Jr**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Stewart W McCloud**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**CSR Ltd**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/11/2011 | 1 | COMPLAINT against CSR Ltd, Crown Cork & Seal Co Inc, Georgia Pacific Corp, Honeywell International Inc, Metropolitan Life Insurance Company, Sepco, filed by Uman S Thomas, Bobby D Horton, Roger May, Roy H Richardson, Steven D Rider.(KAM) (Entered: 02/14/2011) |
| 02/11/2011 | 2 | Request for service by certified mail filed by Bobby D Horton, Roger May, Roy H Richardson, Steven D Rider, Uman S Thomas. (KAM, ) (Entered: 02/14/2011) |
| 02/16/2011 |  | Filing fee: $ 350.00, receipt number B4601020128 (CVA) (Entered: 02/16/2011) |
| 02/16/2011 | 3 | Summons Issued as to Crown Cork & Seal Co Inc, Georgia Pacific Corp, Honeywell International Inc, Metropolitan Life Insurance Company, and Sepco; mailed via certified mail. (CVA) (Entered: 02/16/2011) |
| 02/16/2011 | 4 | Summons Issued as to CSR Ltd., returned to pla for service. (CVA) (Entered: 02/16/2011) |
| 02/22/2011 | 5 | SUMMONS Returned Executed by Uman S Thomas, Bobby D Horton, Roy H Richardson, Steven D Rider. Honeywell International Inc served on 2/19/2011, |

| | | |
|---|---|---|
| | | answer due 3/14/2011; Sepco served on 2/18/2011, answer due 3/11/2011. (CVA) (Entered: 02/22/2011) |
| 02/28/2011 | 6 | NOTICE of Appearance by Frank E Lankford, Jr on behalf of Honeywell International Inc (Lankford, Frank) (Entered: 02/28/2011) |
| 02/28/2011 | 7 | NOTICE of Appearance by Stewart W McCloud on behalf of Honeywell International Inc (McCloud, Stewart) (Entered: 02/28/2011) |
| 02/28/2011 | 8 | NOTICE of Appearance by Frank E Lankford, Jr on behalf of Sepco (Lankford, Frank) (Entered: 02/28/2011) |
| 02/28/2011 | 9 | Corporate Disclosure Statement by Honeywell International Inc. (Lankford, Frank) (Entered: 02/28/2011) |
| 02/28/2011 | 10 | Corporate Disclosure Statement by Sepco. (Lankford, Frank) (Entered: 02/28/2011) |
| 02/28/2011 | 11 | NOTICE by Honeywell International Inc *of Tag Along Action* (Lankford, Frank) (Entered: 02/28/2011) |
| 02/28/2011 | 12 | NOTICE by Sepco *of Tag Along Action* (Lankford, Frank) (Entered: 02/28/2011) |
| 03/01/2011 | 13 | SUMMONS Returned Executed (deemed filed 2/24/11) by Uman S Thomas, Bobby D Horton, Roger May, Roy H Richardson, Steven D Rider. Georgia Pacific Corp served on 2/22/2011, answer due 3/15/2011. (CVA) (Entered: 03/01/2011) |
| 03/01/2011 | 14 | SUMMONS Returned Executed (deemed filed 2/28/11) by Uman S Thomas, Bobby D Horton, Roger May, Roy H Richardson, Steven D Rider. Crown Cork & Seal Co Inc served, no date on card. Answer due 3/21/2011. (CVA) (Entered: 03/01/2011) |
| 03/02/2011 | 15 | NOTICE of Appearance by Stewart W McCloud on behalf of Sepco (McCloud, Stewart) (Entered: 03/02/2011) |
| 03/15/2011 | 16 | MOTION to Dismiss *or in the Alternative*, MOTION for More Definite Statement by Georgia Pacific Corp. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Wheeler, Allan) (Entered: 03/15/2011) |
| 03/15/2011 | 17 | Corporate Disclosure Statement by Georgia Pacific Corp. (Cavender, C) (Entered: 03/15/2011) |
| 03/15/2011 | 18 | ANSWER to Complaint by Crown Cork & Seal Co Inc.(Gilmer, Walter) (Entered: 03/15/2011) |
| 03/15/2011 | 19 | Corporate Disclosure Statement by Crown Cork & Seal Co Inc. (Gilmer, Walter) (Entered: 03/15/2011) |
| 03/16/2011 | | ORDER setting briefing schedule on 16 MOTION to Dismiss *or in the Alternative* MOTION for More Definite Statement. Plaintiffs' response due by 3/25/11 and defendants' reply due by 4/1/11. Signed by Judge Abdul K Kallon on 03/16/11. (CVA) (Entered: 03/16/2011) |
| | | |

| | | |
|---|---|---|
| 03/16/2011 | 20 | ALND UNIFORM INITIAL ORDER GOVERNING ALL FURTHER PROCEEDINGS reminding parties of their obligations under FRCP26(f) and LR26.1(d) - with appendices attached. Signed by Judge Abdul K Kallon on 3/16/2011. (KSS) (Entered: 03/16/2011) |
| 03/16/2011 | 21 | Summons Returned Unexecuted by Uman S Thomas, Bobby D Horton, Roger May, Roy H Richardson and Steven D Rider as to Metropolitan Life Insurance Company, "not at this address." (CVA) (Entered: 03/16/2011) |
| 03/25/2011 | 22 | RESPONSE in Opposition re 16 MOTION to Dismiss *or in the Alternative* MOTION for More Definite Statement filed by Bobby D Horton, Roger May, Roy H Richardson, Steven D Rider, Uman S Thomas. (Keahey, G) (Entered: 03/25/2011) |
| 04/12/2011 | 23 | MOTION to Dismiss *or in the Alternative Motion for a More Definite Statement* by Sepco. (Lankford, Frank) (Entered: 04/12/2011) |
| 04/12/2011 | 24 | MOTION to Dismiss *or in the Alternative Motion for More Definite Statement* by Honeywell International Inc. (Lankford, Frank) (Entered: 04/12/2011) |
| 04/14/2011 | 25 | MOTION to Stay by Georgia Pacific Corp. (Wheeler, Allan) (Entered: 04/14/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/11/2011 12:56:01 | | | |
| **PACER Login:** | pk0470 | **Client Code:** | Richardson |
| **Description:** | Docket Report | **Search Criteria:** | 2:11-cv-00495-AKK |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |