BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL 875

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **ROY H. RICHARDSON** | ) | |
| | ) | |
| **UMAN S. THOMAS** | ) | |
| | ) | |
| **STEVEN D. RIDER** | ) | **PROOF OF SERVIC E OF** |
| | ) | **NOTICE OF** |
| **BOBBY D. HORTON** | ) | **TAG-ALONG ACTION** |
| | ) | |
| **ROGER MAY** | ) | Civil Action No.: |
| | ) | |
| **Plaintiffs,** | ) | |
| vs. | ) | **2:11-CV-495AKK** |
| | ) | |
| | ) | |
| **CROWN CORK & SEAL Co. Inc.** | ) | |
| | ) | |
| **HONEYWELL** | ) | **JURY DEMAND** |
| **INTERNATIONAL INC.,** | ) | |
| individually and as Successors in | ) | |
| Interest to Allied Chemical Inc., f/k/a | ) | |
| Bendix Corporation | ) | |
| | ) | |
| **METROPOLITAN LIFE** | ) | |
| **INSURANCE COMPANY** | ) | |
| | ) | |
| **GEORGIA PACIFIC CORP.** | ) | |
| | ) | |
| **SEPCO** | ) | |
| | ) | |
| **CSR LTD.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Notice of Tag-Along and this Certificate of Service was served on the following by email with the exception of the clerk's office, which is being served by electronic filing through the ECF system:

Clerk of Court Northern District of Alabama Southern Division
Hugo L. Black Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Anne Laurie McClurkin
amcclurkin@mcdowellknight.com
Walter T. Gilmer, Jr.
wgilmer@mcdowellknight.com
McDowell Knight Roedder & Sledge, LLC
63 Royal Street, Ste 900
P.O. Box 350
Mobile, Alabama 36601
251-432-5300 Telephone
251-432-5303 Facsimile
    Counsel for Crown Cork & Seal Co.

Frank E. Lankford, Jr., Esq.
fel@hfsllp.com
Stewart W. McCloud, Esq.
swm@hfsllp.com
Huie, Fernambucq & Stewart LLP
2801 Highway 280 South, Ste 200
Birmingham, Alabama 35223-2484
205-251-1193 Telephone
205-251-1256 Facsimile
    Counsel for Defendant Honeywell International, Inc.
    Counsel for Defendant Sepco

Michael Vercher
Vercher@csattorneys.com
Christian and Small, LLP
505 North 20th Street
1800 Financial Center
Birmingham, AL  35203
205-795-6588 Telephone
205-328-7234 Facsimile

   Counsel for Metropolitan Life Insurance Company

Allan R. Wheeler
awheeler@burr.com
C. Paul Cavender
pcavende@burr.com
Burr & Forman, LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
205-251-3000 Telephone
205-485-5100 Facsimile
   Counsel for Georgia Pacific Corporation

Frank Accardo
fpa@pugh-law.com
Pugh, Accardo, Haas & Radecker, LLC
1100 Poydra Street, Ste 2000
New Orleans, LA 70163
504-799-4531 Telephone
504-799-4520 Facsimile
   Counsel for CSR LTD


   This the 11th Day of May 2011.

              s/G. Patterson Keahey
              Attorney for Plaintiffs