IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Thomas John,
        Plaintiff,

vs.

BNSF Railway Company,
        Defendant.

No. CV-10-8091-PCT-PGR

SCHEDULING ORDER

A Scheduling Conference having been held before this Court on November 8, 2010,

IT IS ORDERED that:

(1) Motions pursuant to Fed.R.Civ.P. 12(b), motions to amend pleadings, and motions to join additional parties shall be filed no later than **January 14, 2011**.[1]

(2) Parties shall exchange their respective initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1), and file a notice of such exchange, no later than **December 3, 2010**. The plaintiff shall disclose his expert witnesses, if any, and

---

[1] In order to conserve scarce judicial resources, the parties are directed to promptly inform the Court if they are involved in negotiations which they reasonably believe may make the resolution of any pending motion unnecessary.
    Counsel are advised that the Chambers' e-mail box, established pursuant to the Court's CM/ECF rules, is to be used solely for the purpose of sending proposed orders to the Court, **and is NOT to be used as a means of communicating with Chambers' staff**.

1  their reports in compliance with Fed.R.Civ.P. 26(a)(2)(B) no later than **February
2  4, 2011**.  The defendant shall disclose its expert witnesses, if any, and their
3  reports in compliance with Fed.R.Civ.P. 26(a)(2)(B) no later than **March 4, 2011**.
4  Rebuttal experts and their reports, if any, shall be disclosed no later than **April 1,
5  2011**.  Expert witness depositions shall be completed by **May 6, 2011**.

6      (3) All discovery, including answers to interrogatories, shall be completed
7  by **June 3, 2011**, and supplemental disclosures and discovery responses shall
8  thereafter be made as required by Fed.R.Civ.P. 26(e).  Discovery which cannot
9  be timely responded to prior to the discovery deadline will be met with disfavor,
10 and could result in denial of an extension, exclusion of evidence, or the imposition
11 of other sanctions.  Parties are directed to LRCiv 7.2(j), which prohibits filing
12 discovery-related motions unless the parties have first met to resolve any
13 discovery difficulties.  If parties cannot reach a resolution of discovery disputes
14 arising during depositions, they are directed to arrange a conference call with the
15 Court to resolve the disputes.

16     (4) All dispositive motions shall be filed by **July 1, 2011.**

17     (5) A Joint Pretrial Statement shall be filed by **August 5, 2011**.  If
18 dispositive motions are filed, then this Joint Pretrial Statement shall be due either
19 on the above date or 30 days following the resolution of the motions, whichever is
20 later.  The content of the Joint Pretrial Statement shall include, but not be limited
21 to, that prescribed in a standard form of Joint Pretrial Statement provided to the
22 parties.  The parties shall augment the Joint Pretrial Statement as necessary so it
23 contains all of the pretrial disclosures as defined and required by Fed.R.Civ.P.
24 26(a)(3).  It shall be the responsibility of the plaintiff to timely initiate the process
25 of drafting the Joint Pretrial Statement and the plaintiff shall submit his draft of the
26 Joint Pretrial Statement to the defendant no later than <u>ten business days</u> prior to
27 the date for filing the Joint Pretrial Statement.

28     (6) Motions in limine shall be filed no later than the date of filing of the Joint
Pretrial Statement.  Responses to motions in limine are due ten business days

- 2 -

1  after service.  No replies are permitted.  The hearing on the motions in limine, if
2  one is permitted by the Court, will take place at the time of the Pretrial
3  Conference.  <u>No motion in limine shall be filed unless a statement of moving</u>
4  <u>counsel is attached thereto certifying that after personal consultation and sincere</u>
5  <u>efforts to do so, counsel have been unable to satisfactorily resolve the matter</u>.
6         (7) The attorneys for each party who will be responsible for trial of the
7  lawsuit shall appear and participate in a final Pretrial Conference on **Monday,**
8  **September 12, 2011, at 11:00 a.m.** in Courtroom 601 of the Sandra Day
9  O'Connor United States Courthouse in Phoenix, AZ.  Because Pretrial
10 Conferences are held for the parties' benefit, and further because the parties'
11 presence will facilitate frank discussion of the pertinent issues in the lawsuit, each
12 party, or a representative of each party with binding settlement authority, shall
13 attend the Pretrial Conference.  If dispositive motions are filed, the Court will
14 continue the date of the Pretrial Conference, if one is still necessary, until after
15 the resolution of such motions and the filing of a Joint Pretrial Statement.
16        (8) Unless otherwise ordered by the Court, the parties' trial briefs, proposed
17 findings of fact and conclusions of law or proposed jury instructions and proposed
18 voir dire questions shall be filed no later than **September 21, 2011**.[2]
19        (9) Unless otherwise ordered by the Court, the trial of this action shall
20 commence on **Tuesday, October 4, 2011, at 9:00 a.m.**  at the U.S. Post Office
21 and Courthouse, Second Floor, 101 W. Goodwin St., **Prescott, AZ**.
22        (10) **The parties are cautioned that the deadlines set in this**
23 **Scheduling Order shall be enforced, and that the Court will not entertain**

---

[2]

     The trial brief shall raise all significant disputed issues of law and fact, including foreseeable procedural and evidentiary issues, and shall set forth the party's positions thereon with supporting arguments and authorities.
     A form with instructions regarding the marking, listing and custody of exhibits, and a form with instructions regarding the submission of jury instructions, shall be given to counsel at the Pretrial Conference.

- 3 -

**any stipulations to continue them - any request to extend any of the deadlines set herein must be made by means of a motion, joint or otherwise, and no such motion shall be granted unless very good cause is shown.**

DATED this 9th day of November, 2010.

Paul G. Rosenblatt
United States District Judge

- 4 -