Case MDL No 875 Document 7110-2 Filed 05/11/11 Page 1 of 2

```
┌─────────────────────────────────┐
│ ☒ FILED      ___ LODGED          │
│ ___ RECEIVED  ___ COPY           │
│                                  │
│        JUN 1 4 2010              │
│                                  │
│   CLERK U S DISTRICT COURT       │
│     DISTRICT OF ARIZONA          │
│   BY _____ DEPUTY        │
└─────────────────────────────────┘
```

E-Z MESSENGER
1209 E. Washington Street
Phoenix, AZ 85034
(602) 258-8081  FAX: (602) 258-8864

IN THE UNITED STATES DISTRICT COURT
MARICOPA
STATE OF ARIZONA

**THOMAS JOHN**                                    CASE NO. 3:10CV08091DKD

        VS

**THE BURLINGTON NORTHERN AND SANTAFE**

---

| | |
|---|---|
| STATE OF ARIZONA ) | AFFIDAVIT OF SERVICE |
| PINAL COUNTY ) | |

THE AFFIANT, being sworn, states: That I am a private process server registered in PINAL COUNTY and an Officer of the Court. On 06/07/10 I received the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT (TORT-FEDERAL EMPLOYERS' LIABILITY)

from THE KILLE LAW FIRM PLLC and by MARK A KILLE in each instance I personally served a copy of each document listed above upon:
THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY, BY SERVICE UPON ITS STATATORY AGENT, CT CORPORATION SYSTEM on 06/08/10 at 12:45 pm at 2394 E CAMELBACK RD PHOENIX, AZ 85016 MARICOPA COUNTY in the manner shown below:

by leaving true copy(ies) of the above documents with GAIL FLOCK, CLERK, STATED AUTHORIZED TO ACCEPT.

Description: WHITE, Female, Approx. 60 yrs. of age, 5' 4" tall, Weighing 250lbs., BROWN Eyes, GRAY Hair,


CHAD AUSTIN BARBER                          Affiant
Sworn to before me the    Jun 10, 2010

Denise M. Corral                            Notary

My Commission expires:  05/31/2014

| | | |
|---|---|---|
| SERVICE OF PROCESS | $ | 16.00 |
| MILES  8 | $ | 19.20 |
| SERVICE CHARGE | $ | 6.50 |
| AFFIDAVIT PREP/NOTARY | $ | 10.00 |
| TOTAL | $ | 51.70 |

1921158 16396
ORIGINAL

AX021921158





OFFICIAL SEAL
DENISE M. CORRAL
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Exp. May 31, 2014

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| THOMAS JOHN, | ) | |
| | ) | |
| Plaintiff, | ) | **Civil Action No.** |
| | ) | |
| vs. | ) | |
| | ) | |
| THE BURLINGTON NORTHERN AND | ) | |
| SANTA FE RAILWAY COMPANY, | ) | |
| individually and as successor in interest to | ) | |
| the Atchison, Topeka & Santa Fe Railway | ) | |
| Company | ) | |
| | ) | |
| Defendants. | ) | |

## SUMMONS IN A CIVIL ACTION

TO:    The Burlington Northern and Santa Fe Railway Company
C/O CT Corporation, 2394 East Camelback Road, Phoenix, Arizona 85016.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark A. Kille, Esq.
THE KILLE LAW FIRM, PLLC
8521 East Florentine Road, Suite A
Prescott Valley, Arizona 86314.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SIGNED AND SEALED this date:          Clerk of the Court

_____
Signature of Clerk



9:48 am, Jun 03, 2010

s/ Richard H. Weare, Clerk