BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION | ) <br> ) <br> ) | MDL DOCKET NO. 875 |

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALTON LEWIS<br><br>Plaintiff<br><br>V.<br><br>ATLAS REFINERY, INC., et al<br><br>Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. 3:11-cv-00199 |

### DEFENDANT AIR & LIQUID SYSTEMS CORPORATION'S RESPONSE TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER

**COMES NOW** Defendant, Air & Liquid Systems Corporation, successor-by-merger to Buffalo Pumps, Inc. ("Buffalo Pumps") and files this its Response to Plaintiff's Motion to Vacate the Conditional Transfer Order. This Response is accompanied by the attached Brief in Support of Response to Plaintiff's Motion to Vacate Conditional Transfer Order.

1. On April 1, 2011, the Judicial Panel on Multidistrict Litigation entered a Conditional Transfer Order (CTO-383), which transferred this matter to the United States District Court for the Eastern District of Pennsylvania.

2. On April 14, 2011, Plaintiff filed his Motion to Vacate the Conditional Transfer Order. Pursuant to the prior Order, Defendant's Response is due on May 12.

3. For the reasons set forth in the attached Brief, this matter is properly before this Court, and the Conditional Transfer Order should not be vacated.

DATED: this the 12th day of May, 2011.

Respectfully submitted,

AIR & LIQUID SYSTEMS CORPORATION

By: WELLS, MOORE, SIMMONS & HUBBARD, PLLC

By: _s/ Susan D. McNamara_
SUSAN D. McNAMARA (LBN 26872)
STACEY L. STRAIN (LBN 29682)

Of Counsel:

Susan D. McNamara (LBN 26872)
smcnamara@wellsmoore.com
Stacey L. Strain (LBN 29682)
strain@wellsmoore.com
WELLS, MOORE, SIMMONS & HUBBARD, PLLC
4450 Old Canton Road, Suite 200
Post Office Box 1970
Jackson, Mississippi 39215-1970
Telephone: (601) 354-5400
Facsimile: (601) 355-5850

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 12th day of May, 2011 served a copy of the above and foregoing by electronic means via the CM/ECF to those registered with the CM/ECF and to all known counsel of record via email.

s/ Susan D. McNamara
SUSAN D. McNAMARA (LBN 26872)
WELLS, MOORE, SIMMONS & HUBBARD, PLLC
4450 Old Canton Road, Suite 200
Post Office Box 1970
Jackson, Mississippi 39215-1970
Telephone: (601) 354-5400
Facsimile: (601)355-5850