## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 _____ & TITLE - IN RE: Asbestos Product Liability Litigation (No. VI) _____

# NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Defendant CBS Corporation

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).--- attach list if more than one action):**

Please see attached list.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

| 5/13/2011 | /s/ Patricia Bugg Turner |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Patricia Bugg Turner, Spotts Fain, PC, 411 East Franklin Street, Suite 600, Richmond, VA, 23219

Telephone No.: 804-697-2088          Fax No.: 804-697-2188

Email Address: pturner@spottsfain.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format.  (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance.  Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                    **MDL No. 875**

## CONDITIONAL TRANSFER ORDER (CTO.391)

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **VIRGINIA EASTERN** | | | |
| VAE | 4 | 11-03278 | Barco v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03279 | Barnes v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03280 | Bernas v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03281 | Bolton v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03282 | Boomer v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03283 | Boone v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03284 | Boone v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03285 | Boone v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03286 | Boone v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03287 | Boone v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03288 | Bowman v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03289 | Bowser v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03290 | Braddock v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03291 | Braswell v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03292 | Brock v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03293 | Brown v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03294 | Clemmons v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03295 | Imel v. EXXON – Mobile Corporation et al |
| VAE | 4 | 11-03296 | Bausas v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03297 | Baynard v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03298 | Belch v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03299 | Bell v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03300 | Bell v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03301 | Bell v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03302 | Bellamy v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03303 | Beale v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03304 | Adams v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03305 | Baker v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03306 | Carver v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03307 | Clayton v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03308 | Carpenter v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03309 | Carlisle v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03310 | Carawan v. Bayer CropScience, Inc., et al |

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| VAE | 4 | 11-03311 | Butts v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03312 | Butts v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03313 | Butts v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03314 | Burden v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03315 | Bryant v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03316 | Budden v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03317 | Bullock v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03318 | Brite v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03319 | Butts v. Bayer CropScience, Inc., et al |
| VAE | 4 | 11-03320 | Bussell v. Bayer CropScience, Inc., et al |

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2011, I will electronically file Defendant CBS Corporation's Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.


Dated: May 13, 2011.

By:_____/s/_____

Patricia Bugg Turner (VSB #72775)
Email:  pturner@spottsfain.com
M.F. Connell Mullins, Jr. (VSB #47213)
Email:  cmullins@spottsfain.com
Henry N. Ware, Jr. (VSB #22832)
Email:  hnware@spottsfain.com
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
P.O. Box 1555
Richmond, Virginia 23218-1555
Telephone:  (804) 697-2000
Facsimile:  (804) 697-2100
*Counsel for CBS Corporation*