## SCHEDULE

| Div. | C.A.# | Judge | Case Caption |
|---|---|---|---|
| Northern District of California | | | |
| 1. | 11-cv-1796 EDL | Hon. Laporte | Linda Leavy, et al. v. Asbestos Corporation Ltd., et al. |