# SERVICE LIST

Linda Leavy, et al. v. Asbestos Corporation Ltd., et al.

| | |
|---|---|
| **A.W. CHESTERTON COMPANY, INC.**<br>Ct Corporation System<br>818 W. 7th Street<br>Los Angeles, CA 90017 | **ASBSTOS CORPORATION LTD.**<br>Asbestos Corporation Ltd.<br>840 Ouellet Boulevard West<br>Thetford Mines Quebec<br>Canada G6G 7A5 |
| **BERRY & BERRY**<br>Berry & Berry Law Office<br>2930 Lakeshore Ave<br>Oakland, CA 94610-3614 | **CBS Corporation, a DELAWARE CORPORATION, individually, successor-in-interest to and formerly known as VIACOM, INC. and WESTINGHOUSE ELECTRIC CORPORATION**<br>Frank D. Pond, Esq.<br>Pond North LLP<br>350 South Grand Avenue, Suite 3300<br>Los Angeles, CA 90071 |
| **CRANE CO.**<br>Raymond L. Gill, Esq.<br>K&L Gates LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111 | **CROWN CORK & SEAL COMPANY, INC., individually and as successor-in-interest to MUNDET CORK COMPANY**<br>Crown Cork & Seal, Inc.<br>One Crown Way<br>Philadelphia, PA 19154 |
| **CUTLER-HAMMAR INC., (no known as EATON CORPORATION)**<br>Shawn M. Ridley, Esq.<br>Howard Rome Martin & Ridley Llp<br>1775 Woodside Road, Suite 200<br>Redwood City, CA 940613436 | **DOUGLASS INSULATION COMPANY, INC.**<br>Selman Breitman Llp<br>33 New Montgomery, Sixth Floor<br>San Francisco, CA 94105 |
| **ERICSSON, INC. individually and as successor-in-interest to ANACONDA WIRE *AND* CABLE COMPANY, MARCONI CORPORATION PLC**<br>Capital Corporate Services, Inc.<br>455 Capitol Mall Ste 217<br>Sacramento CA 95814 | **FMC CORPORATION**<br>Frank D. Pond, Esq.<br>Pond North LLP<br>350 South Grand Avenue, Suite 3300<br>Los Angeles, CA 90071 |
| **GENERAL CABLE CORPORATION**<br>Robert M. Hamblett, Esq.<br>Hassard Bonnington LLP<br>2 Embarcadero Center, Ste. 1800<br>San Francisco, CA 94111 | GENERAL ELECTRIC COMPANY<br>Charles Sheldon, Esq.<br>Sedgwick, Detert, Moran & Arnold LLP<br>1 Market Street, Steuart Tower, 8th Floor<br>San Francisco, CA 94105 |
| **GRAYBAR ELECTRIC COMPANY**<br>Corporation Service Company<br>2730 Gateway Oaks Dr. Ste 100<br>Sacramento, CA 95833 | **GRINNELL CORPORATION**<br>Joseph Duffy, Esq.<br>Morgan, Lewis & Bockius LLP<br>1 Market, Spear Street Tower |

| | |
|---|---|
| | San Francisco, CA 94105 |
| **IMO INDUSTRIES, INC**<br>Henry D. Rome, Esq..<br>Howard Rome Martin & Ridley LLP<br>1775 Woodside Road, Suite 200<br>Redwood City, CA 94061 | **INGERSOLL-RAND COMPANY**<br>Michael J. Pietrykowski, Esq.<br>Gordon & Rees LLP<br>275 Battery Street, 20th Floor<br>San Francisco, CA 94111 |
| **ITT CORPORATION individually and as successor-in-interest to BELL & GOSSETT**<br>Kenneth B. Prindle, Esq.<br>Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP<br>1 California Street, Suite 1910<br>San Francisco, CA 94111 | **J.T. THORPE & SON, INC.**<br>Mark C. Stutzman<br>1060 Hnesley Street,<br>Richmond, CA 9801 |
| **JOHN K. BICE COMPANY, INC.**<br>Kathy Miller<br>1277 Stonehedge Lane<br>La Habra, CA 90631 | **KAISER GYPSUM COMPANY**<br>Jennifer Judin, Esq.<br>DeHay & Elliston LLP<br>1300 Clay Street, Ste. 840<br>Oakland, CA 94612 |
| **METALCLAD INSULATION CORPORATION, individually and as successor-in-interest to NOR-CAL INSULATION**<br>David R. Trueblood<br>1818 E. Rosslynn Avenue<br>Fullerton, CA 92831 | **OSRAM SYLVANIA, INC.**<br>Robert M. Hamblett, Esq.<br>Hassard Bonnington LLP<br>2 Embarcadero Center, Ste. 1800<br>San Francisco, CA 94111 |
| **OWENS ILLINOIS, INC.**<br>Jean L. Bertrand, Esq.<br>Schiff Hardin LLP<br>1 Market , Spear Street Tower, 32nd Floor<br>San Francisco, CA 94105 | **PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, individually and as successor-in-interest to PHILIPS NORTH AMERICA, NOREL CO., MAGNAVOX**<br>Steven E. Knott, Esq.<br>Knott & Glazier LLP<br>201 Spear Street, Suite 1520<br>San Francisco, CA 94103 |
| **QUINTEC INDUSTRIES, INC.**<br>Kirtland Enterprise Group, Inc.<br>1435 E. 2000 North<br>Lehi, UT 84043 | **RAPID AMERICAN CORP., individually and as successor-in-interest to PHILIP CAREY CORPORATION**<br>Ivor E. Samson, Esq.<br>SNR Denton US LLP<br>525 Market Street, 26th Floor<br>San Francisco, CA 94105 |
| **SCHNEIDER ELECTRIC USA, INC.**<br>Raymond L. Gill, Esq.<br>K&L Gates LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, Ca 94111 | **STERLING FLUID SYSTEM (USA) LLC, dba and individually and successor-in-interest to PEERLESS PUMP COMPANY, INDIAN HEAD, INC.**<br>Frank D. Pond, Esq.<br>Pond North LLP<br>350 South Grand Avenue, Suite 3300<br>Los Angeles, Ca 90071 |

| **SUMITOMO BAKELITE NORTH AMERICA, individually and as successor-in-interest to DUREZ CORPORATION** <br> Sumitomo Bakelite North America, Inc. <br> 46820 Magellan Dr., Suite C <br> Novi, MI 48377 | **TYCO ELECTRONICS CORPORATION** <br> Gabriel A. Jackson, Esq. <br> Jackson Jenkins Renstrom LLP <br> 55 Francisco Street, 6th Floor <br> San Francisco, CA 94133 |
|---|---|
| **UNION CARBIDE CORPORATION** <br> Farah S. Nicol, Esq. <br> McKenna Long & Aldridge LLP <br> 101 California Street, 41st Floor <br> San Francisco, CA 94111 | Stephen M. Fishback <br> KELLER, FISHBACK & JACKSON LLP <br> 18425 BURBANK BLVD., STE. 610 <br> TARZANA, CA 91356-6918 |