1   TUCKER ELLIS & WEST LLP
    EVAN C. NELSON – STATE BAR NO. 172957
2   evan.nelson@tuckerellis.com
    NICOLE E. GAGE – STATE BAR NO. 208658
3   nicole.gage@tuckerellis.com
    135 Main Street, Suite 700
4   San Francisco, California 94105
    Telephone: (415) 617-2400
5   Facsimile: (415) 617-2409

6   Attorneys for Defendant
    ROCKWELL AUTOMATION, INC.

7

**FILED**

2011 APR 13 P 1:33

RICHARD W. ____
CLERK, U.S. DISTRICT ____
NORTHERN DISTRICT ____

**E-filing**

8                **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10

11   LINDA LEAVY, individually and as          Case No.  **cv 11   1796**
     successor in interest to HENRY LEAVY,
12   deceased; DIANNE BOSCHEE; PATRICIA
     CLARK; RALPH LEAVY;                        **DEFENDANT ROCKWELL**
13                                              **AUTOMATION, INC.'S NOTICE OF**
                                                **TAG-ALONG ACTION**
                 Plaintiffs,
14                                              Multi-District Rule 7.5(e)
          v.
15
     ASBESTOS CORPORATION LTD; CBS
16   CORPORATION, a DELAWARE
     CORPORATION, individually, successor-in-
17   interest to and formerly known as VIACOM,
     INC. and WESTINGHOUSE ELECTRIC
18   CORPORATION; CRANE CO,; CROWN
     CORK & SEAL COMPANY INC.,
19   individually and as successor-in-interest to
     MUNDET CORK COMPANY; CUTLER-
20   HAMMER, INC.; DOUGLASS
     INSULATION COMPANY, INC.;
21   ERICSSON, INC. individually and as
     successor-in-interest to ANACONDA WIRE
22   AND CABLE COMPANY, MARCONI
     CORPORATION PLC; FMC
23   CORPORATION; GENERAL CABLE
     CORPORATION; GENERAL ELECTRIC
24   COMPANY; GRAYBAR ELECTRIC
     COMPANY; GRINNELL CORPORATION;
25   IMO INDUSTRIES, INC., individually and as
     successor-in-interest to DELALVAL PUMPS;
26   INGERSOLL-RAND COMPANY; ITT
     INDUSTRIES, INC., individually and as
27   successor-in-interest to BELL & GOSSETT;
     J.T. THORPE & SONS, INC.; JOHN K. BICE
28   COMPANY, INC.; KAISER GYPSUM

                                    1
     DEFENDANT ROCKWELL AUTOMATION, INC.'S NOTICE OF TAG-ALONG ACTION

1    COMPANY; METALCLAD INSULATION
      CORPORATION, individually and as
2    successor-in-interest to NOR-CAL
      INSULATION; OSRAM SYLVANIA, INC.;
3    OWENS-ILLINOIS, INC.; PHILLIPS
      ELECTRONICS NORTH AMERICA
4    CORPORATION, individually and as
      successor-in-interest to PHILIPS NORTH
5    AMERICA, NORELCO, MAGNAVOX;
      QUINTEC INDUSTRIES, INC.; RAPID
6    AMERICAN CORP., individually and as
      successor-in-interest to PHILIP CAREY
7    CORPORATION; ROCKWELL
      AUTOMATION, INC.; SCHNEIDER
8    ELECTRIC COMPANY, INC.; STERLING
      FLUID SYSTEMS (USA) LLC, dba and
9    individually and successor-in-interest to
      PEERLESS PUMP COMPANY, INDIAN
10   HEAD, INC.; SUMITOMO BAKELITE
      NORTH AMERICA, individually and as
11   successor-in-interest to DUREZ
      CORPORATION; TYCO INTERNATIONAL
12   (US) INC.; UNION CARBIDE
      CORPORATION; and DOES 1-500;
13

                 Defendants.
14

15

16 **TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS**

17 **OF RECORD:**

18      **PLEASE TAKE NOTICE** that on July 29, 1991, the Judicial Panel on Multidistrict

19 Litigation entered an order transferring all asbestos cases pending in federal court to the United

20 States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial

21 proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order").  That order also applies to "tag-

22 along actions," or actions involving common questions of fact filed after the January 1991 filings

23 of the Panel's Order to Show Cause.  MDL Rule 13(e) provides:

24          Any party or counsel in actions previously transferred under
          section 1407 or under consideration by the Panel for transfer under
25         section 1407 shall promptly notify the Clerk of the Panel of any
          potential "tag-along actions" in which that party is also named or
26         in which that counsel appears.

27

28

Tucker Ellis & West LLP
515 South Flower Street
Forty Second Floor
Los Angeles, CA 90071

2

DEFENDANT ROCKWELL AUTOMATION, INC.'S NOTICE OF TAG-ALONG ACTION
SFOiManage/010802/000445/219724/1

1     The undersigned hereby notifies the court that this is a potential "tag-along action" which

2 may be subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the Panel may

3 either: (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to

4 show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

5 DATED:  April 13, 2011            TUCKER ELLIS & WEST LLP

7                         By:

8                         Evan C. Nelson

9                         Nicole E. Gage
                         Attorneys for Defendant
                         ROCKWELL AUTOMATION, INC.

Tucker Ellis & West LLP
515 South Flower Street
Forty Second Floor
Los Angeles, CA 90071

3

DEFENDANT ROCKWELL AUTOMATION, INC.'S NOTICE OF TAG-ALONG ACTION
SFOiManage/010802/000445/219724/1