Counsel for **GENERAL ELECTRIC COMPANY** in the attached schedule of actions, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

**1)** Publicly-traded companies in which GE and affiliates (incl NBCU and GE Capital) own 10% or more of the outstanding stock:

ValueVision Media, Inc. *(NBCU and GE Capital Equity)*
Paxson Communications Corp. *(NBCU)*
Transit Group, Inc. *(GE Capital Equity)*
Primesource Healthcare *(GE Capital Equity)*
Thermoview Industries, Inc. *(GE Capital Equity)*
Scient, Inc. *(GE Capital Equity)*
Plug Power, Inc. *(GE Power)*
Superior Essex Inc. *(GE Capital)*

**2)** GE's subsidiaries which have outstanding securities in the hands of the public (debt, equity or other types of securities) are:

General Electric Capital Services, Inc. (formerly, General Electric Financial Services, Inc.)
General Electric Capital Corporation
Municipal Securities Purchase Corporation
Universal City Development Partners, Ltd. (50% ownership), and its wholly owned subsidiary, UCDP Finance, Inc.

**3)** There is no parent of GE and no publicly traded company or other entity owns 10% or more of GE.