## SCHEDULE OF ACTIONS

Northern District of California

*Muse vs General ElectricCompany*
U.S. District Court, Northern District of California, Case No. 3:11-cv-2308-MEJ