S8824: 11550

S8824

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| DALE R. WOODS, | ) IN RE: ASBESTOS LITIGATION |
| Plaintiff, | ) |
| vs. | ) LAW NO. 11-1952 |
| A.W. CHESTERTON COMPANY, | ) |
| Defendants. | ) |

## NOTICE OF TAG-ALONG ACTION AND MOTION TO STAY PROCEEDINGS

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel of Multi-District Litigation entered an order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That Order also applies to "tag-along actions", or actions involving common questions of fact filed after January 17, 1991 filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

S8824

## PROOF OF SERVICE

    I hereby certify that on May 3, 2011, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

See attached list.

                                                    /s/ Tobin J. Taylor

Dale R. Woods  
HRVA File:  S8824  
5/13/2011

# SERVICE LIST

**Matter #   S8824**                                                                                     Page 1

**A.W. Chesterton Company**  
Segal, McCambridge, Singer & Mahone  
233 South Wacker Drive, Suite 5500  
Chicago, IL 60606-  
Phone Number:  (312) 645-7800  
Fax Number:    (312) 645-7711  
Edward McCambridge

**Exxon Mobil Corp.**  
Johnson & Bell  
33 W. Monroe St., Ste. 2700  
Chicago, IL 60603-  
Phone Number:  (312) 372-0770  
Fax Number:    (312) 372-9818  
H. Patrick Morris

**Bayer CropScience, LP**  
Stamos & Trucco, LLP  
1 E. Wacker Dr. 3rd Floor  
Chicago, IL 60601-  
Phone Number:  (312) 630-7979  
Fax Number:    (312) 630-1183  
Michael T. Trucco

**General Electric Company - PEORIA COUNTY**  
Quinn, Johnston, Henderson & Pretorius  
227 N.E. Jefferson  
Peoria, IL 61602-  
Phone Number:  (309) 674-1133  
Fax Number:    (309) 674-6503  
David B. Collins

**Cleaver-Brooks Company, Inc.**  
O'Connell, Tivin, Miller & Burns, LLC  
135 S. LaSalle Street, Suite 2300  
Chicago, IL 60603-  
Phone Number:  (312) 256-8800  
Fax Number:    (312) 256-8808  
Thomas J. Burns/Mark Tivin

**General Refractories GREFCO**  
Johnson & Bell, Ltd.  
33 W. Monroe St., Ste. 2700  
Chicago, IL 60603-  
Phone Number:  (312) 372-0770  
Fax Number:    (312) 372-9818  
Mark D. Johnson/Robert Spitkovsky, Jr.

**Crane Co.**  
Gunty & McCarthy  
150 S. Wacker Dr. Suite 1025  
Chicago, IL 60606-4102  
Phone Number:  (312) 541-0022  
Fax Number:    (312) 541-0033  
Susan Gunty

**Georgia-Pacific Corporation - Peoria County**  
HeplerBroom  
103 West Vandalia Street, Suite 300, P.O. Box 510  
Edwardsville, IL 62025-0510  
Phone Number:  (618) 656-0184  
Fax Number:    (618) 656-1364  
Brenda G. Baum/Anne B. Schmidt/George Kiser

**Cutler Hammer, Inc. n/k/a Eaton Electrical, Inc.**  
MacCabe & McGuire  
77 W. Wacker Dr., Ste. 3333  
Chicago, IL 60601-  
Phone Number:  (312) 357-2600  
Fax Number:    (312) 357-0317  
Edward MacCabe

**Goulds Pumps, Inc.**  
Hinshaw & Culbertson  
222 N. LaSalle Street, Ste. 300  
Chicago, IL 60601-1081  
Phone Number:  (312) 704-3000  
Fax Number:    (312) 704-3001  
Craig Liljestrand

| Matter #   S8824 | Page 2 |
|---|---|

**Graybar Electric Co., Inc. - WISCONSIN CASES**

Crivello Carlson, S.C.
710 N. Plankinton Avenue, Suite 500
Milwaukee, WI 53203-
Phone Number:  (414) 271-7722
Fax Number:     (414) 271-4438

Travis Rhoades

**Greene Tweed & Company**

Segal, McCambridge, Singer & Mahone
233 South Wacker Drive, Suite 5500
Chicago, IL 60606-
Phone Number:  (312) 645-7800
Fax Number:     (312) 645-7711

Paige Norian

**Hobart Brothers Co.**

HeplerBroom
103 West Vandalia Street, Suite 300, P.O. Box 510
Edwardsville, IL 62025-0510
Phone Number:  (618) 656-0184
Fax Number:     (618) 656-1364

Brenda G. Baum/Anne B. Schmidt/George Kiser

**Ingersoll-Rand Company - PEORIA COUNTY**

HeplerBroom
103 West Vandalia Street, Suite 300, P.O. Box 510
Edwardsville, IL 62025-0510
Phone Number:  (618) 656-0184
Fax Number:     (618) 656-1364

Brenda G. Baum/Anne B. Schmidt/George Kiser

**ITT Corporation**

McGuireWoods LLC
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Phone Number:  (312) 849-8100
Fax Number:     (312) 849-3690

**J.P. Bushnell Packing Supply Company**

McKenna Storer
33 N. LaSalle St., Ste. 1400
Chicago, IL 60602-2610
Phone Number:  (312) 558-3900
Fax Number:     (312) 558-8348

Richard Rettberg/Margaret Foster

**Lincoln Electric Company - PEORIA COUNTY**

HeplerBroom
103 West Vandalia Street, Suite 300, P.O. Box 510
Edwardsville, IL 62025-0510
Phone Number:  (618) 656-0184
Fax Number:     (618) 656-1364

Brenda G. Baum/Anne B. Schmidt/George Kiser

**Linde, Inc. f/k/a The BOC Group f/k/a Airco**

Gloor Law Group
225 W. Wacker Drive, Suite 1700
Chicago, IL 60606-
Phone Number:  (312) 752-3777
Fax Number:     (312) 752-3701

Jeffrey R. Sandler

**Maremont Corporation**

Greensfleder, Hemker & Gale
12 Wolf Creek Drive, Suite 100
Swansea, IL 62226-
Phone Number:  (618) 257-7308
Fax Number:     (918) 257-7353

David W. Ybarra

**Miller Electric Manufacturing Co.**

Brothers & Thompson, P.C.
180 N. Stetson St., Suite 4525
Chicago, IL 60601-
Phone Number:  (312) 372-2909
Fax Number:     (312) 704-6693

Alan W. Brothers/Ronald Austin, Jr.

**Okonite Co.**

Segal, McCambridge, Singer & Mahone
233 South Wacker Drive, Suite 5500
Chicago, IL 60606-
Phone Number:  (312) 645-7800
Fax Number:     (312) 645-7711

Paige Norian

Matter #   **S8824**                                                                                                Page 3

### OWENS-ILLINOIS - PEORIA COUNTY

Polsinelli Shughart, P.C.
180 N. Stetson Ave., Suite 4525
Chicago, IL 60601-
Phone Number:   (312) 819-1900
Fax Number:   (312) 819-1910

Jeremy Unruh

### Owens-Illinois, Inc.

Schiff, Hardin, LLP
6600 Sears Tower
Chicago, IL 60606-
Phone Number:   (312) 258-5500
Fax Number:   (312) 258-5600

Joshua D. Lee/Renee C. Kelley/Adam R. Sorkin

### Patterson Pump Company

Swanson Martin & Bell, LLP
330 N. Wabash Ave, Suite 3300
Chicago, IL 60611-
Phone Number:   (312) 321-9100
Fax Number:

Robert E. Haley

### Peerless Industries, Inc.

Matushek, Nilles & Sinars, L.L.C.
55 W. Monroe Street, Suite
Chicago, IL 60602-
Phone Number:   (312) 750-1215
Fax Number:   (312) 750-1273

David A. Nilles

### PLAINTIFF'S ATTORNEY - CASCINO

Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607-
Phone Number:   (312) 944-0600
Fax Number:   (312) 944-1870

Robert G. McCoy/Salvador Gutierrez

### Rapid American Corp.

Hinshaw & Culbertson
222 N. LaSalle Street, Ste. 300
Chicago, IL 60601-1081
Phone Number:   (312) 704-3000
Fax Number:   (312) 704-3001

Craig Liljestrand

### RSCC Wire & Cable, Inc. f/k/a Rockbestos

Sanchez & Daniels
333 W. Wacker Dr., Ste. 500
Chicago, IL 60606-
Phone Number:   (312) 641-1555
Fax Number:   (312) 641-3004

Manuel Sanchez

### Trane U.S., Inc. f/k/a American Standard

Hepler Broom
103 W. Vandalia Street, Suite 300
Edwardsville, IL 62025-0510
Phone Number:
Fax Number:

Brenda Baum

### Viacom, Inc. f/k/a CBS Corporation

Foley & Mansfield PLLP
55 W. Monroe, Suite 3430
Chicago, IL 60603-
Phone Number:   (312) 233-2560
Fax Number:   (312) 233-2565

Demetra Arapakis Christos

### Weil-McLain

Segal, McCambridge, Singer & Mahone
233 South Wacker Drive, Suite 5500
Chicago, IL 60606-
Phone Number:   (312) 645-7800
Fax Number:   (312) 645-7711

Paige Norian

### Young Insulation Group of St. Louis, Inc.

Roberts, Perryman, Bomkamp & Meives
One U.S. Bank Plaza, Suite 2300
St. Louis, MO 63101-
Phone Number:   (314) 421-1850
Fax Number:   (314) 421-4346

Thomas J. Kernell