## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Dale R Woods,

                              Plaintiff,

         v.

A.W. Chesterton Company, a corporation,
Airgas Merchant Gases, LLC as succes in int to
AGA Gas, Inc., a corporation,
Bayer Crop Science, Inc., as successor to
Rhone-Poulenc AG Company Inc. &
Benjamin-Foster, Inc., a corporation,
Bechtel Corporation, a corporation,
CBS Corporation, a corporation,
Cleaver Brooks, Inc., a corporation,
Crane Co., a corporation,
Eaton Electrical, Inc., as successor to Cutler-
Hammer Inc., a corporation,
ExxonMobil Oil Corporation, a corporation,
General Electric Company, a corporation,
General Refractories Company, a corporation,
Georgia Pacific, LLC, a corporation,
Goulds Pumps, Inc., a corporation,
Graybar Electric Company, Inc., a corporation,
Greene, Tweed & Co, a corporation,
Hobart Brothers Company, a corporation,
ITT Corporation, a corporation,
Ingersoll Rand Company, a corporation,
JP Bushnell Packing & Supply Co., a
corporation,
Kobelco Machinery Machinery America
U.S.A., Inc, a corporation,
Lincoln Electric Company, a corporation,
Linde, LLC, f/k/a The Boc Group and/or
Airco, a corporation,
Maremont Corporation, a corporation,
Miller Electric Mfg. Co., a corporation,
Owens-Illinois Inc., a corporation,
Patterson Pump Company, a corporation,
Peerless Pump Company, a corporation,
RSCC Wire & Cable f/k/a Rockbestos-
Suprenant Cable, a corporation,
Rapid American Corporation, a corporation,

Case No.

Riley Power, Inc., a corporation,
Terex Corporation, Individually and as a
successor to Clark Material Handling
Company, a corporation,
The Manitowoc Company, a corporation,
The Marley-Wylain Company a/k/a Weil-
McLain Company, a corporation,
The Okonite Company, a corporation,
Trane U.S. Inc., a corporation,
Warren Pumps, a corporation,
Young Insulation Group of St. Louis, Inc., a
corporation,

                                Defendants.

## COMPLAINT

Now comes the plaintiff, Dale R Woods (hereinafter "Plaintiff"), by and through his attorneys,

Cascino Vaughan Law Offices, Ltd., and complains against defendants A.W. Chesterton Company, a

corporation, Airgas Merchant Gases, LLC as succes in int to AGA Gas, Inc., a corporation, Bayer

Crop Science, Inc., as successor to Rhone-Poulenc AG Company Inc. & Benjamin-Foster, Inc., a

corporation, Bechtel Corporation, a corporation, CBS Corporation, a corporation, Cleaver Brooks,

Inc., a corporation, Crane Co., a corporation, Eaton Electrical, Inc., as successor to Cutler-Hammer

Inc., a corporation, ExxonMobil Oil Corporation, a corporation, General Electric Company, a

corporation, General Refractories Company, a corporation, Georgia Pacific, LLC, a corporation,

Goulds Pumps, Inc., a corporation, Graybar Electric Company, Inc., a corporation, Greene, Tweed

& Co, a corporation, Hobart Brothers Company, a corporation, ITT Corporation, a corporation,

Ingersoll Rand Company, a corporation, JP Bushnell Packing & Supply Co., a corporation, Kobelco

Machinery Machinery America U.S.A., Inc, a corporation, Lincoln Electric Company, a corporation,

Linde, LLC, f/k/a The Boc Group and/or Airco, a corporation, Maremont Corporation, a corporation,

Miller Electric Mfg. Co., a corporation, Owens-Illinois Inc., a corporation, Patterson Pump

Company, a corporation, Peerless Pump Company, a corporation, RSCC Wire & Cable f/k/a Rockbestos-Suprenant Cable, a corporation, Rapid American Corporation, a corporation, Riley Power, Inc., a corporation, Terex Corporation, Individually and as a successor to Clark Material Handling Company, a corporation, The Manitowoc Company, a corporation, The Marley-Wylain Company a/k/a/ Weil-McLain Company, a corporation, The Okonite Company, a corporation, Trane U.S. Inc., a corporation, Warren Pumps, a corporation, Young Insulation Group of St. Louis, Inc., a corporation, as follows:

## JURISDICTION

1.   Plaintiff is an adult citizen and resident of Illinois and resides in New Lenox, Illinois.

2.   Defendants are all corporations, none of which is incorporated in or has its principal place of business in the State of Illinois, and at all times relevant to the allegations contained herein were engaged in the business of designing, manufacturing, mining and selling welding rods and/or welding equipment, hereinafter referred to as "welding products", and/or asbestos and/or asbestos-containing products and/or asbestos-insulated equipment, hereinafter referred to as "asbestos products." Please refer to the attached Exhibit A for the state of incorporation and principal place of business of each defendant.

3.   Jurisdiction is based on diversity of citizenship of the parties hereto under Title 28, United States Code, §1332.

4.   The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

5.   Venue is proper pursuant to Title 28, United States Code, §1391.

## GENERAL ALLEGATIONS

6.   Plaintiff during the course of his employment as an electrician at various job sites, including those listed on the attached Exhibit B, was exposed to welding fumes and asbestos dust or fibers emanating from the welding and/or asbestos products and/or asbestos insulated equipment.

which was sold, manufactured, mined, distributed, packaged, installed or otherwise placed into commerce by defendants.

7.  Plaintiff was ignorant of the dangerous nature of welding fumes and/or asbestos and of the nature of the risks incurred by workers working with or near welding products and/or asbestos products.

8.  Plaintiff became aware of the welding fumes and asbestos-related condition and that said condition was caused by Defendants' wrongful conduct within the statute of limitations before the filing of this action.

9.  As a direct and proximate result of the conduct of Defendants, Plaintiff developed and had been diagnosed with lung cancer on 1/12/2010

10. Plaintiff suffers great pain, physical impairment, great mental pain and anguish, is liable for large sums of money for medical and hospital care, and suffered losses to his personal property and possessions.

## COUNT I - PRODUCTS LIABILITY - NEGLIGENCE

11. Plaintiff brings this count for negligence against all defendants except Airgas Merchant Gases, LLC; ExxonMobil Oil Corporation; Hobart Brothers Company; Lincoln Electric Company; Miller Electric Mfg. Co.; and Linde, Inc. and incorporates by reference all general allegations.

12. It was reasonably foreseeable that Plaintiff and other workers would be working with or in the proximity of defendants' asbestos products and be exposed to airborne asbestos fibers.

13. Defendants had a duty to exercise reasonable care for the safety of Plaintiff and others who worked with or were exposed to the defendants' asbestos products.

14. Defendants knew or in the exercise of ordinary or reasonable care ought to have known asbestos causes disease and or death, and that Plaintiff did not know that asbestos

products were dangerous or harmful at the time of his exposures.

15.     Each defendant breached its duty of care and was negligent, including without limitation

in one or more of the following acts or omissions:

a.      Failed to adequately warn Plaintiff or others of the health hazards of asbestos;

b.      Failed to warn Plaintiff or others of the danger and harm of the asbestos after the
products or equipment were installed at the premises;

c.      Failed to investigate or test for the health effects of asbestos prior to distribution
and sale;

d.      Failed to instruct Plaintiff, his employers or others in the use of precautionary
measures relating to asbestos-containing products and/or asbestos-insulated
equipment; and/or

e.      Manufactured, mined, supplied, or installed unsafe asbestos-containing products
or asbestos-insulated equipment.

16.     As a direct and proximate result of the acts and omissions of the product defendants

above, Plaintiff was injured as described above.

## COUNT II - PRODUCTS LIABILITY - NEGLIGENCE

17.     Plaintiff brings this count for negligence and incorporates by reference all general

allegations against the following defendants:

a. Airgas Merchant Gases, LLC.

b. Hobart Brother's company

c. Lincoln Electric Company

d. Linde, Inc.

e. Miller Electric Mfg. Co.

18.     It was reasonably foreseeable that Plaintiff and other workers would be working with or

in the proximity of defendants' welding products would be exposed to welding fumes

and/or airborne asbestos fibers.

19.   Defendants had a duty to exercise reasonable care for the safety of Plaintiff and others who worked with or were exposed to the defendants' welding products and/or asbestos products.

20.   Defendants knew or in the exercise of ordinary or reasonable care ought to have known welding fumes and/or asbestos causes disease and or death, and that Plaintiff did not know that welding fumes and/or asbestos products were dangerous or harmful at the time of his exposures.

21.   Each defendant breached its duty of care and was negligent, including without limitation in one or more of the following acts or omissions:

    a.   Failed to adequately warn Plaintiff or others of the health hazards of welding fumes and/or asbestos;

    b.   Failed to warn Plaintiff or others of the danger and harm of the welding fumes and/or asbestos after the products or equipment were installed at the premises;

    c.   Failed to investigate or test for the health effects of welding fumes and/or asbestos prior to distribution and sale;

    d.   Failed to instruct Plaintiff, his employers or others in the use of precautionary measures relating to welding fumes and/or asbestos-containing products and/or asbestos-insulated equipment; and/or

    e.   Manufactured, mined, supplied, or installed unsafe welding products and/or asbestos-containing products or asbestos-insulated equipment.

22.   As a direct and proximate result of the acts and omissions of the product defendants above, Plaintiff was injured as described above.

### COUNT III- NEGLIGENCE - PREMISES OWNER

23.   Plaintiff reasserts and realleges the above general allegations 1-22 above.

24.   This claim for negligence is brought against the following Defendant (hereinafter "Premises Defendant";

a. ExxonMobil Oil Corporation

25.    Defendants were the owners of the premises during the dates and times of Plaintiff's

exposures to asbestos indicated on exhibit B.

26.    The condition of airborne dust containing asbestos insulation fibers released during the

process of applying and removing thermal insulation existed at the premises in exhibit B.

27.    When Plaintiff worked at the premises, defendants knew or should have known about the

health hazards of asbestos.

28.    Defendants in the exercise of ordinary care knew or should have known that the condition

of its property involved an unreasonable risk of harm to persons on the premises,

including employees of independent contractors such as Plaintiff, working at the

premises.

29.    Defendants knew or should have known that persons on the premises would not discover

or realize the danger or would otherwise fail to protect themselves against it.

30.    As the owners of the premises, defendants owed a duty to use ordinary care to provide a

reasonably safe place for persons lawfully on the property, including Plaintiff.

31.    Defendants breached its duty of care and was negligent by one or more of the following

acts or omissions:

32.

a.    failing to adequately warn Plaintiff of the dangers of harm from exposure to
asbestos;

b.    failing to instruct Plaintiff adequately about safety precautions for exposure to
asbestos;

c.    failing to establish adequate safety measures to protect Plaintiff from exposure to
asbestos;

d.    failing to adequately test for asbestos where Plaintiff worked;

  e.  employing any contractor which failed to take reasonable precautions against the danger of asbestos;

  f.  allowing the use of asbestos containing products at the premises;

  g.  failing to assign or hire personnel qualified to recognize, evaluate and control asbestos exposures at the premises.

33.  As a direct and proximate result of the acts and omissions of the premise defendants

above, Plaintiff was injured as described above.

### PRAYER FOR RELIEF

34.  Plaintiff prays for relief as follows:

  a.  Judgment against defendants, jointly and severally, for compensatory and general damages.

  b.  Such further legal and equitable relief as the Court orders to do justice in this case; costs and disbursements of this action.

### JURY TRIAL DEMAND

Plaintiff hereby demands a trial by a jury of 6.

Dated: March 21, 2011.

/S/ Michael P. Cascino
One of the Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Ph: (312) 944-0600

**Exhibit A**
Defendants' Home States and Principal Places of Business

| Defendant | StateHdq | StatePrincBus |
|---|---|---|
| A.W. Chesterton Company | Massachusetts | Massachusetts |
| Airgas Merchant Gases, LLC as succes in int to AGA Gas, Inc. | Delaware | Arizona |
| Bayer Crop Science, Inc., as successor to Rhone-Poulenc AG Company Inc. & Benjamin-Foster, Inc. | Delaware | North Carolina |
| Bechtel Corporation | Nevada | California |
| CBS Corporation | Delaware | Pennsylvania |
| Cleaver Brooks, Inc. | Delaware | Wisconsin |
| Crane Co. | Delaware | Connecticut |
| Eaton Electrical, Inc., as successor to Cutler-Hammer Inc. | Delaware | Ohio |
| ExxonMobil Oil Corporation | New York | Texas |
| General Electric Company | New York | Connecticut |
| General Refractories Company | Pennsylvania | Pennsylvania |
| Georgia Pacific, LLC | Delaware | Georgia |
| Goulds Pumps, Inc. | Delaware | New York |
| Graybar Electric Company, Inc. | New York | Missouri |
| Greene, Tweed & Co | Pennsylvania | Pennsylvania |
| Hobart Brothers Company | Ohio | Ohio |
| ITT Corporation | Indiana | New York |
| Ingersoll Rand Company | New Jersey | New Jersey |
| JP Bushnell Packing & Supply Co. | Missouri | Missouri |
| Kobelco Machinery Machinery America U.S.A., Inc | Delaware | Georgia |
| Lincoln Electric Company | Ohio | Ohio |
| Linde, LLC, f/k/a The Boc Group and/or Airco | Delaware | New Jersey |
| Maremont Corporation | Delaware | Michigan |
| Miller Electric Mfg. Co. | Wisconsin | Wisconsin |

| Defendant | StateHdq | StatePrincBus |
| --- | --- | --- |
| Owens-Illinois Inc. | Delaware | Ohio |
| Patterson Pump Company | Ohio | Georgia |
| Peerless Pump Company | Delaware | Indiana |
| RSCC Wire & Cable f/k/a Rockbestos-Suprenant Cable | Delaware | Connecticut |
| Rapid American Corporation | Delaware | New York |
| Riley Power, Inc. | Massachusetts | Massachusetts |
| Terex Corporation, Individually and as a successor to Clark Material Handling Company | Delaware | Connecticut |
| The Manitowoc Company | Wisconsin | Texas |
| The Marley-Wylain Company a/k/a/ Weil-McLain Company | Delaware | North Carolina |
| The Okonite Company | New Jersey | New Jersey |
| Trane U.S. Inc. | Delaware | New Jersey |
| Warren Pumps | Delaware | New Jersey |
| Young Insulation Group of St. Louis, Inc. | Missouri | Missouri |

**Exhibit B**
Plaintiff's work history

| SiteLocation | SiteCity | SiteSt | FirstYrId | LastYrId |
|---|---|---|---|---|
| Braidwood Nuclear Power Station | Braidwood | IL | 1978 | 1986 |
| Byron Nuclear Power Station | Rockford | IL | 1984 | 1984 |
| Corn Products | Argo | IL | 1987 | 1987 |
| Dresden Nuclear Power Station | Morris | IL | 1977 | 1977 |
| Dresden Nuclear Power Station | Morris | IL | 1977 | 1985 |
| Florsheim Shoes | Chicago | IL | 1975 | 1975 |
| Ford Torrence Plant | Chicago | IL | 1985 | 1985 |
| Henkel | Kankakee | IL | 1995 | 1995 |
| Hinsdale Hospital | Hinsdale | IL | 1975 | 1975 |
| Interlake Steel | Chicago | IL | 1988 | 1988 |
| LaSalle Nuclear Power Station | Seneca | IL | | |
| LaSalle Nuclear Power Station | Seneca | IL | 1976 | 1981 |
| Little Company of Mary Hospital | Evergreen Park | IL | 1967 | 1971 |
| McCormick Place | Chicago | IL | 1972 | 1995 |
| Mobil Oil Refinery | Joliet | IL | 1972 | 1993 |
| Northern Petro Chem | Morris | IL | 1974 | 1979 |
| Northern Petro Chem | Morris | IL | 1977 | 1985 |
| Olin Chemical | Joliet | IL | 1985 | 1985 |
| Republic Steel | Chicago | IL | 1976 | 1982 |
| Reynolds Aluminum | McCook | IL | 1978 | 1986 |
| Reynolds Aluminum | McCook | IL | 1978 | 1991 |
| Sherwin Williams Plant | Chicago | IL | 1974 | 1974 |
| South Works Steel Plant | Chicago | IL | 1973 | 1975 |
| Stephan Chemicals | Joliet | IL | 1986 | 1986 |
| Union Oil Refinery | Romeoville | IL | 1983 | 1985 |
| University Of Illinois | Chicago | IL | 1968 | 1970 |

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the costs of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgement may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than in the summons had been actually served when the request for waiver of service was received.

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

220 S. Ashland Ave.
Chicago, IL 60607-9940

# BUSINESS REPLY MAIL

FIRST CLASS MAIL   PERMIT NO. 94203   CHICAGO, IL

POSTAGE WILL BE PAID BY ADDRESSEE:

**CASCINO VAUGHAN LAW OFFICES LTD**
**220 S ASHLAND AVE**
**CHICAGO IL 60607-9940**

ATTN. _Beth_



049J82C34115
$05.000
C4101/2011
Mailed From 60607
US POSTAGE



**PRIORITY® MAIL**

UNITED STATES POSTAL SERVICE

Mailing Envelope

For Domestic and International Use

From: CASCINO VAUGHAN LAW OFFICES, LTD.
220 S. Ashland Avenue
Chicago, IL 60607
RETURN SERVICE REQUESTED

To: / Destinataire:

Riley Power, Inc.
c/o CT Corporation System
208 S LaSalle Street – Suite 814
Chicago, IL 60604

Visit us at usps.com

INTERNATIONAL RESTRICTIONS

LIMITATIONS ON CONTENT:

Customs forms are required. Consult the
International Mail Manual (IMM) at pe.usps.gov or
a retail associate for details.

DENLOW

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 4.2 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:11-cv-01952

Woods v. AW Chesterton Company et al
Assigned to: Honorable Robert W. Gettleman
Demand: $75,000
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 03/21/2011
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

### Plaintiff

**Dale R Woods**

represented by **Michael Peter Cascino**
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600
Email: michaelp.cascino@gmail.com
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**AW Chesterton Company**

represented by **Adam J Jagadich**
Segal, McCambridge, Singer &
Mahoney
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
(312) 645-7800
Fax: (312) 645-7711
Email: ajagadich@smsm.com
*ATTORNEY TO BE NOTICED*

### Defendant

**Airgas Merchant Gases LLC**
*successor*
AGA Gas, Inc.

### Defendant

**Bayer Crop Science Inc**
*successor*
Rhone-Poulenc AG Co
*successor*
Benjamin Foster Co.

### Defendant

**Bechtel Corporation**

**Defendant**

**CBS Corporation**                    represented by   **Demetra Arapakis Christos**
                                                        Foley & Mansfield
                                                        39 S. LaSalle St.
                                                        Suite 1110
                                                        Chicago, IL 60603
                                                        312-233-2560 x702
                                                        Email: dchristos@foleymansfiled.com
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Cleaver Brooks Inc.**                represented by   **Daniel R. Griffin**
                                                        O'Connell Tivin Miller & Burns, LLC
                                                        135 South LaSalle Street
                                                        Suite 2300
                                                        Chicago, IL 60603
                                                        312 256 8800
                                                        Fax: 312 256 8808
                                                        Email: dgriffin@djoalaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Crane Co**                           represented by   **Stephen K. Milott**
                                                        Gunty and McCarthy
                                                        150 South Wacker Drive
                                                        Suite 1025
                                                        Chicago, IL 60606
                                                        (312) 541-0022
                                                        Email:
                                                        stephen.milott@guntymccarthy.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James Paul Kasper**
                                                        Gunty & McCarthy Law Offices
                                                        150 South Wacker Drive
                                                        Suite 1025
                                                        Chicago, IL 60606
                                                        (312) 541-0022
                                                        Email:
                                                        jamie.kasper@guntymccarthy.com
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Eaton Electrical Inc**
*successor*
Cutler-Hammer Inc.

**Defendant**

**ExxonMobil Oil Corporation**                    represented by **Howard Patrick Morris**
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603
(312) 372-0770
Email: morrisp@jbltd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Francis Fanning**
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603
(312)984-0289
Email: fanningd@jbltd.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**General Electric Company**

**Defendant**

**General Refractories Company**

**Defendant**

**Georgia Pacific LLC**

**Defendant**

**Goulds Pumps Inc**

**Defendant**

**Graybar Electric Company Inc**

**Defendant**

**Green Tweed & Co**                    represented by **Edward J. McCambridge**
Segal, McCambridge, Singer &
Mahoney, Ltd.
5500
233 S. Wacker Drive
Chicago, IL 60606
(312) 645-7800
Email: emccambridge@smsm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hobart Brothers Company**

**Defendant**

**ITT Corporation**

**Defendant**

**Ingersoll Rand Company**

**Defendant**

**JP Bushnell Packing & Supply Co**

**Defendant**

**Kobelco Machinery America USA Inc**

**Defendant**

**Lincoln Electric Company**

**Defendant**

**Linde LLC**
*formerly known as*
The Boc Group Inc
*formerly known as*
Airco Inc

**Defendant**

**Maremont Corporation**

**Defendant**

**Miller Electric Mfg Co**                    represented by    **Ronald Austin , Jr.**
                                                               Brothers & Thompson, P.C.
                                                               Two Prudential Plaza
                                                               180 N. Stetson Street
                                                               Suite 4525
                                                               Chicago, IL 60601
                                                               (312) 372-2909
                                                               Fax: (312) 297-1020
                                                               Email: raustin@brothersthompson.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Owens-Illinois Inc**                        represented by    **Matthew J. Fischer**
                                                               Schiff Hardin LLP
                                                               233 South Wacker Drive
                                                               Suite 6600
                                                               Chicago, IL 60606
                                                               (312) 258-5500
                                                               Email: mfischer@schiffhardin.com
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Patterson Pump Company**

**Defendant**

**Peerless Pump Company**

**Defendant**

**RSCC Wire & Cable**
*formerly known as*
Rockbestos-Suprenant Cable

**Defendant**

**Rapid American Corporation**

**Defendant**

**Riley Power, Inc.**

**Defendant**

**Terex Corporation**
*successor*
Clark Material Handling Company

**Defendant**

**The Manitowoc Company, Inc.**

**Defendant**

**The Marley-Wylain Company**          represented by   **Edward J. McCambridge**
*also known as*                                            (See above for address)
Weil-McLain Company                                       *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**The Okonite Company**                represented by   **Brian M. Hogan**
                                                          Segal, McCambridge, Singer &
                                                          Mahoney
                                                          233 South Wacker Drive
                                                          Suite 5500
                                                          Chicago, IL 60606
                                                          (312) 645-8433
                                                          Email: bhogan@smsm.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Trane US Inc**

**Defendant**

**Warren Pumps Inc**                   represented by   **Michael J Denning**
                                                          Heyl, Royster, Voelker & Allen

120 West State Street
2nd Floor
Rockford, IL 61105
(815) 963-4454
Email: mdenning@heylroyster.com
*LEAD ATTORNEY*

**Defendant**

**Young Insulation Group of St. Louis**      represented by **Steven Alan Hart**
**Inc**                                                        Segal, McCambridge, Singer &
                                                               Mahoney
                                                               233 South Wacker Drive
                                                               Suite 5500
                                                               Chicago, IL 60606
                                                               (312) 645-7800
                                                               Email: shart@smsm.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Elizabeth Ashley Eldridge**
                                                               Segal McCambridge Singer &
                                                               Mahoney, Ltd.
                                                               233 South Wacker Drive
                                                               Suite 5500
                                                               Chicago, IL 60606
                                                               (312) 645-7800
                                                               Fax: (312) 645-7880
                                                               Email: eeldridge@smsm.com
                                                               *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Warren Pumps Inc**                         represented by **Michael J Denning**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*

V.

**Cross Defendant**

**Warren Pumps Inc**                         represented by **Michael J Denning**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*

**Cross Defendant**

**AW Chesterton Company**

**Cross Defendant**

**Airgas Merchant Gases LLC**

**Cross Defendant**

Bayer Crop Science Inc

**Cross Defendant**
**Bechtel Corporation**

**Cross Defendant**
**CBS Corporation**

**Cross Defendant**
**Cleaver Brooks Inc.**

**Cross Defendant**
**Crane Co**

**Cross Defendant**
**Eaton Electrical Inc**

**Cross Defendant**
**ExxonMobil Oil Corporation**

**Cross Defendant**
**General Electric Company**

**Cross Defendant**
**General Refractories Company**

**Cross Defendant**
**Georgia Pacific LLC**

**Cross Defendant**
**Goulds Pumps Inc**

**Cross Defendant**
**Graybar Electric Company Inc**

**Cross Defendant**
**Green Tweed & Co**

**Cross Defendant**
**Hobart Brothers Company**

**Cross Defendant**
**ITT Corporation**

**Cross Defendant**
**Ingersoll Rand Company**

**Cross Defendant**

**JP Bushnell Packing & Supply Co**

<u>Cross Defendant</u>

**Kobelco Machinery America USA Inc**

<u>Cross Defendant</u>

**Lincoln Electric Company**

<u>Cross Defendant</u>

**Linde LLC**

<u>Cross Defendant</u>

**Maremont Corporation**

<u>Cross Defendant</u>

**Miller Electric Mfg Co**                    represented by **Ronald Austin , Jr.**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Owens-Illinois Inc**

<u>Cross Defendant</u>

**Patterson Pump Company**

<u>Cross Defendant</u>

**Peerless Pump Company**

<u>Cross Defendant</u>

**RSCC Wire & Cable**

<u>Cross Defendant</u>

**Rapid American Corporation**

<u>Cross Defendant</u>

**Riley Power, Inc.**

<u>Cross Defendant</u>

**Terex Corporation**

<u>Cross Defendant</u>

**The Manitowoc Company, Inc.**

<u>Cross Defendant</u>

**The Marley-Wylain Company**

<u>Cross Defendant</u>

**The Okonite Company**

**Cross Defendant**

**Trane US Inc**

**Cross Defendant**

**Young Insulation Group of St. Louis Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2011 | 41 | MOTION by Defendant The Marley-Wylain Company to dismiss *Pursuant to FRCP 12(b)(b)* (McCambridge, Edward) (Entered: 05/12/2011) |
| 05/12/2011 | 40 | ATTORNEY Appearance for Defendant The Marley-Wylain Company by Edward J. McCambridge (McCambridge, Edward) (Entered: 05/12/2011) |
| 05/10/2011 | 39 | MOTION by Defendant Green Tweed & Co to dismiss *Pursuant to FRCP 12 (b)(6)* (McCambridge, Edward) (Entered: 05/10/2011) |
| 05/10/2011 | 38 | ATTORNEY Appearance for Defendant Green Tweed & Co by Edward J. McCambridge (McCambridge, Edward) (Entered: 05/10/2011) |
| 05/09/2011 | 37 | CERTIFICATE of Service by Brian M. Hogan on behalf of The Okonite Company regarding answer to complaint 35 (Hogan, Brian) (Entered: 05/09/2011) |
| 05/09/2011 | 36 | ANSWER to Complaint by AW Chesterton Company(Jagadich, Adam) (Entered: 05/09/2011) |
| 05/09/2011 | 35 | ANSWER to Complaint by The Okonite Company(Hogan, Brian) (Entered: 05/09/2011) |
| 05/09/2011 | 34 | ATTORNEY Appearance for Defendant AW Chesterton Company by Adam J Jagadich (Jagadich, Adam) (Entered: 05/09/2011) |
| 05/09/2011 | 33 | ATTORNEY Appearance for Defendant The Okonite Company by Brian M. Hogan (Hogan, Brian) (Entered: 05/09/2011) |
| 05/05/2011 | 32 | ATTORNEY Appearance for Defendant ExxonMobil Oil Corporation by David Francis Fanning *Certificate of Service* (Fanning, David) (Entered: 05/05/2011) |
| 05/05/2011 | 31 | Disclosure Statement by ExxonMobil Oil Corporation *pursuant to F.R.C.P 7.1* (Morris, Howard) (Entered: 05/05/2011) |
| 05/05/2011 | 30 | ANSWER to Complaint with Jury Demand *Affirmative Defenses* by ExxonMobil Oil Corporation(Morris, Howard) (Entered: 05/05/2011) |
| 05/05/2011 | 29 | ATTORNEY Appearance for Defendant ExxonMobil Oil Corporation by Howard Patrick Morris *Certificate of Service* (Morris, Howard) (Entered: 05/05/2011) |
|  |  |  |

| 05/04/2011 | 28 | Disclosure Statement by CBS Corporation *Pursuant to F.R.C.P 7.1* (Christos, Demetra) (Entered: 05/04/2011) |
|---|---|---|
| 05/04/2011 | 27 | Notice of Tag-Along Action by CBS Corporation (Christos, Demetra) (Entered: 05/04/2011) |
| 05/04/2011 | 26 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by CBS Corporation (Christos, Demetra) (Entered: 05/04/2011) |
| 05/04/2011 | 25 | ANSWER to Complaint with Jury Demand by CBS Corporation (Attachments: # 1 Jury Demand)(Christos, Demetra) (Entered: 05/04/2011) |
| 05/03/2011 | 24 | MOTION by Defendant Bechtel Corporation to stay *Notice of Tag-Along Action and Motion to Stay Proceedings* (Taylor, Tobin) (Entered: 05/03/2011) |
| 05/03/2011 | 23 | Summary Answer, Affirmative Defenses and Jury Demand by Bechtel Corporation (Taylor, Tobin) (Entered: 05/03/2011) |
| 05/02/2011 | 22 | ATTORNEY Appearance for Defendant Crane Co by Stephen K. Milott (Milott, Stephen) (Entered: 05/02/2011) |
| 05/02/2011 | 21 | Notice of Tag-Along Action by Crane Co (Kasper, James) (Entered: 05/02/2011) |
| 05/02/2011 | 20 | Corporate Disclosure STATEMENT by Crane Co (Kasper, James) (Entered: 05/02/2011) |
| 05/02/2011 | 19 | ATTORNEY Appearance for Defendant Crane Co by James Paul Kasper (Kasper, James) (Entered: 05/02/2011) |
| 05/02/2011 | 18 | ANSWER to Complaint with Jury Demand by Crane Co(Kasper, James) (Entered: 05/02/2011) |
| 04/29/2011 | 17 | ANSWER to Complaint by Cleaver Brooks Inc. (Attachments: # 1 Notice of Filing, # 2 Certificate of Service)(Griffin, Daniel) (Entered: 04/29/2011) |
| 04/29/2011 | 16 | ATTORNEY Appearance for Defendant Cleaver Brooks Inc. by Daniel R. Griffin (Griffin, Daniel) (Entered: 04/29/2011) |
| 04/28/2011 | 15 | *Appearance and Short Form* ANSWER to Complaint by Owens-Illinois Inc (Fischer, Matthew) (Entered: 04/28/2011) |
| 04/27/2011 | 14 | ATTORNEY Appearance for Defendant Young Insulation Group of St. Louis Inc by Elizabeth Ashley Eldridge (Eldridge, Elizabeth) (Entered: 04/27/2011) |
| 04/27/2011 | 13 | ATTORNEY Appearance for Defendant Young Insulation Group of St. Louis Inc by Steven Alan Hart (Hart, Steven) (Entered: 04/27/2011) |
| 04/27/2011 | 12 | AFFIDAVIT of WARREN PUMPS, LLC. *RULE 7.1 DISCLOSURE STATEMENT* (Denning, Michael) (Entered: 04/27/2011) |
| 04/27/2011 | 11 | ATTORNEY Appearance for Defendant Warren Pumps Inc by Michael J Denning *CORRECTED* (Denning, Michael) (Entered: 04/27/2011) |
| 04/25/2011 | 10 | *WARREN PUMPS, LLC, improperly named as WARREN PUMPS, a Corporation,* ANSWER to Complaint with Jury Demand *AFFIRMATIVE* |

| | | |
|---|---|---|
| | | *DEFENSES, ANSWER TO EXISTING AND FUTURE CROSS-CLAIMS OF CO-DEFENDANTS*, CROSSCLAIM by Warren Pumps Inc against All Defendants. by Warren Pumps Inc(Denning, Michael) (Entered: 04/25/2011) |
| 04/25/2011 | 9 | ATTORNEY Appearance for Defendant Warren Pumps Inc by Michael J Denning (Denning, Michael) (Entered: 04/25/2011) |
| 04/14/2011 | 8 | ATTORNEY Appearance for Defendant Miller Electric Mfg Co by Ronald Austin, Jr (Austin, Ronald) (Entered: 04/14/2011) |
| 04/13/2011 | 7 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Miller Electric Mfg Co (Austin, Ronald) (Entered: 04/13/2011) |
| 04/13/2011 | 6 | ANSWER to Complaint with Jury Demand by Miller Electric Mfg Co(Austin, Ronald) (Entered: 04/13/2011) |
| 04/13/2011 | 5 | ATTORNEY Appearance for Defendant Miller Electric Mfg Co by Ronald Austin, Jr (Austin, Ronald) (Entered: 04/13/2011) |
| 03/21/2011 | | CASE ASSIGNED to the Honorable Robert W. Gettleman. Designated as Magistrate Judge the Honorable Morton Denlow. (daj, ) (Entered: 03/22/2011) |
| 03/21/2011 | 4 | ATTORNEY Appearance for Plaintiff Dale R Woods by Michael Peter Cascino (Cascino, Michael) (Entered: 03/21/2011) |
| 03/21/2011 | 3 | Notice of Tag-Along Action by Dale R Woods (Cascino, Michael) (Entered: 03/21/2011) |
| 03/21/2011 | 2 | Disclosure Statement by Dale R Woods (Cascino, Michael) (Entered: 03/21/2011) |
| 03/21/2011 | 1 | COMPLAINT filed by Dale R Woods; Jury Demand. Filing fee $ 350, receipt number 0752-5819428. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A - Defendant's home states and principal places of business, # 3 Exhibit B - Plaintiff's work history)(Cascino, Michael) (Entered: 03/21/2011) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/13/2011 14:31:08 | | |
| PACER Login: | hr0023 | Client Code: | Woods |
| Description: | Docket Report | Search Criteria: | 1:11-cv-01952 |
| Billable Pages: | 7 | Cost: | 0.56 |