S9254

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| FRANCIS J. JOHNSON, ) | **IN RE: ASBESTOS LITIGATION** |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | LAW NO. 11-50075 |
| ) | |
| A.W. CHESTERTON COMPANY ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF TAG-ALONG ACTION AND MOTION TO STAY PROCEEDINGS

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel of Multi-District Litigation entered an order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That Order also applies to "tag-along actions", or actions involving common questions of fact filed after January 17, 1991 filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

1

S9254

The undersigned notifies the Court and the Panel that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania, and further moves this Court to stay the instant proceeding pending acknowledgment of the acceptance or rejection to the transfer. The Clerk of the Panel may either : (1) enter a conditional transfer Order pursuant to MDL Rule 12(a); or (2) file an Order to Show Cause why the action should not be transferred, pursuant to MDL Rule 13(b).

This is also to certify that this same pleading has been mailed this date to the Clerk of the Judicial Panel on Multi-District Litigation, Thurgood Marshall Federal Judiciary Building, One Columbus Circle, N.E., Room 6-255, North Lobby, Washington, D.C. 20002."

CERTAINTEED CORPORATION

BY: _____/s/ Mark A. Ludolph_____
HEYL, ROYSTER, VOELKER & ALLEN
Mark A. Ludolph
#6243388

HEYL, ROYSTER, VOELKER & ALLEN
Suite 600
124 SW Adams Street
Peoria, IL 61602
Telephone: 309.676.0400
Facsimile: 309.676.3374

S9254

## PROOF OF SERVICE

I hereby certify that on 4-29, 2011, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

See attached list.

/s/ Mark A. Ludolph

Francis J. Johnson  4/29/2011
HRVA File:   S9254

# SERVICE LIST

| Matter # | S9254 | | Page 1 |

### A.W. Chesterton Company

Segal, McCambridge, Singer & Mahone
233 South Wacker Drive, Suite 5500
Chicago, IL 60606-
Phone Number:  (312) 645-7800
Fax Number:     (312) 645-7711

Edward McCambridge

### Cleaver-Brooks Company, Inc.

O'Connell, Tivin, Miller & Burns, LLC
135 S. LaSalle Street, Suite 2300
Chicago, IL 60603-
Phone Number:  (312) 256-8800
Fax Number:     (312) 256-8808

Thomas J. Burns/Mark Tivin

### Commonwealth Edison Co.

Sidley, Austin LLP
One South Dearborn
Chicago, IL 60603-
Phone Number:  (312) 853-7000
Fax Number:     (312) 853-7036

Maja C. Eaton/John Fonstad

Manuel Sanchez

John J. O'Sullivan

### Crane Co.

Gunty & McCarthy
150 S. Wacker Dr. Suite 1025
Chicago, IL 60606-4102
Phone Number:  (312) 541-0022
Fax Number:     (312) 541-0033

Susan Gunty

### DAP, Inc.

Segal, McCambridge, Singer & Mahone
233 South Wacker Drive, Suite 5500
Chicago, IL 60606-
Phone Number:  (312) 645-7800
Fax Number:     (312) 645-7711

Paige Norian

### Foster Wheeler Corporation

Law Offices of Robert P. Harris
180 N. Michigan Ave., Ste. 2105
Chicago, IL 60601-7478
Phone Number:  (312) 236-7587
Fax Number:     (312) 236-7589

Robert P. Harris

### Ingersoll Rand Company

Cheely, O'Flaherty & Ayres
19 S. LaSalle St., Suite 1203
Chicago, IL 60603-
Phone Number:  (312) 853-8700
Fax Number:     (312) 782-0040

Paul B. O'Flaherty, Jr.

### Oakfabco, Inc.

Hinshaw & Culbertson LLP
100 E. Wisconsin Ave., Suite 2600
Milwaukee, WI 53202-4115
Phone Number:  (414) 276-6464
Fax Number:     (414) 276-9220

Thomas R. Schrimpf

### PLAINTIFF'S ATTORNEY - CASCINO

Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607-
Phone Number:  (312) 944-0600
Fax Number:     (312) 944-1870

Robert G. McCoy/Salvador Gutierrez

### Rapid American Corp.

Hinshaw & Culbertson
222 N. LaSalle Street, Ste. 300
Chicago, IL 60601-1081
Phone Number:  (312) 704-3000
Fax Number:     (312) 704-3001

Craig Liljestrand

*Matter #*  **S9254**                                                                                       Page 2

### Rapid American Corp. - Sonnenschein Firm

SNR Denton US LLP
One Metropolitan Square, Suite 3000
St. Louis, MO 63102-
Phone Number: (314) 259-5808
Fax Number: (314) 259-5959

Roger Heidenreich

### Trane U.S., Inc. f/k/a American Standard

Hepler Broom
103 W. Vandalia Street, Suite 300
Edwardsville, IL 62025-0510
Phone Number:
Fax Number:

Brenda Baum

### Viacom, Inc. f/k/a CBS Corporation

Foley & Mansfield PLLP
55 W. Monroe, Suite 3430
Chicago, IL 60603-
Phone Number: (312) 233-2560
Fax Number: (312) 233-2565

Demetra Arapakis Christos

### Weil-McLain

Segal, McCambridge, Singer & Mahone
233 South Wacker Drive, Suite 5500
Chicago, IL 60606-
Phone Number: (312) 645-7800
Fax Number: (312) 645-7711

Paige Norian