S5652

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| PARNELL H. KAISER, | ) | **IN RE: ASBESTOS LITIGATION** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | LAW NO. 11-1121 |
| | ) | |
| A.W. CHESTERTON COMPANY | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF TAG-ALONG ACTION AND MOTION TO STAY PROCEEDINGS

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel of Multi-District Litigation entered an order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That Order also applies to "tag-along actions", or actions involving common questions of fact filed after January 17, 1991 filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

1

The undersigned notifies the Court and the Panel that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania, and further moves this Court to stay the instant proceeding pending acknowledgment of the acceptance or rejection to the transfer.  The Clerk of the Panel may either : (1) enter a conditional transfer Order pursuant to  MDL Rule 12(a); or (2) file an Order to Show Cause why the action should not be transferred, pursuant to MDL Rule 13(b).

This is also to certify that this same pleading has been mailed this date to the Clerk of the Judicial Panel on Multi-District Litigation, Thurgood Marshall Federal Judiciary Building, One Columbus Circle, N.E., Room 6-255, North Lobby, Washington, D.C. 20002."

CERTAINTEED CORPORATION


BY: _____ /s/ Mark A. Ludolph _____
HEYL, ROYSTER, VOELKER & ALLEN
Mark A. Ludolph
#6243388



HEYL, ROYSTER, VOELKER & ALLEN
Suite 600
124 SW Adams Street
Peoria, IL 61602
Telephone: 309.676.0400
Facsimile: 309.676.3374

S8823

## PROOF OF SERVICE

I hereby certify that on _April 29th_, 2011, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

See attached list.

_/s/ Mark A. Ludolph_

Parnell H. Kaiser                                                          4/29/2011
HRVA File:   S8823

# SERVICE LIST

**Matter #   S8823**                                                      Page 1

---

**A.W. Chesterton Company**

Segal , McCambridge, Singer & Mahone
233 South Wacker Drive, Suite 5500
Chicago, IL 60606-
Phone Number:   (312) 645-7800
Fax Number:      (312) 645-7711

Edward McCambridge

---

**Airco, Inc.**

HeplerBroom
103 West Vandalia Street, Suite 300, P.O. Box 510
Edwardsville, IL 62025-0510
Phone Number:   (618) 656-0184
Fax Number:      (618) 656-1364

Brenda G. Baum/Anne B. Schmidt/George Kiser

---

**Atlantic Richfield**

Pretzel & Stouffer
One S. Wacker Dr., Ste. 2500
Chicago, IL 60606-4673
Phone Number:   (312) 346-1973
Fax Number:      (312) 346-8242

Alan S. Zelkowitz

---

**Bayer CropScience, LP**

Stamos & Trucco, LLP
1 E. Wacker Dr. 3rd Floor
Chicago, IL 60601-
Phone Number:   (312) 630-7979
Fax Number:      (312) 630-1183

Michael T. Trucco

---

**Cleaver-Brooks Company, Inc.**

O'Connell , Tivin, Miller & Burns, LLC
135 S. LaSalle Street, Suite 2300
Chicago, IL 60603-
Phone Number:   (312) 256-8800
Fax Number:      (312) 256-8808

Thomas J. Burns/Mark Tivin

---

**Cornell Pump Company**

Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603-
Phone Number:   (312) 372-0770
Fax Number:      (312) 372-9818

James K. Toohey

---

**Crane Co.**

Gunty & McCarthy
150 S. Wacker Dr. Suite 1025
Chicago, IL 60606-4102
Phone Number:   (312) 541-0022
Fax Number:      (312) 541-0033

Susan Gunty

---

**DAP, Inc.**

Segal, McCambridge, Singer & Mahone
233 South Wacker Drive, Suite 5500
Chicago, IL 60606-
Phone Number:   (312) 645-7800
Fax Number:      (312) 645-7711

Paige Norian

---

**Foseco, Inc.**

HeplerBroom
103 West Vandalia Street, Suite 300, P.O. Box 510
Edwardsville, IL 62025-0510
Phone Number:   (618) 656-0184
Fax Number:      (618) 656-1364

Brenda G. Baum/Anne B. Schmidt/George Kiser

---

**Foster Wheeler Corporation**

Law Offices of Robert P. Harris
180 N. Michigan Ave., Ste. 2105
Chicago, IL 60601-7478
Phone Number:   (312) 236-7587
Fax Number:      (312) 236-7589

Robert P. Harris

**Matter #   S8823**

Page 2

**General Electric Company - PEORIA COUNTY**

Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson
Peoria, IL 61602-
Phone Number:   (309) 674-1133
Fax Number:      (309) 674-6503
David B. Collins

**General Refractories GREFCO**

Johnson & Bell, Ltd.
33 W. Monroe St., Ste. 2700
Chicago, IL 60603-
Phone Number:   (312) 372-0770
Fax Number:      (312) 372-9818
Mark D. Johnson/Robert Spitkovsky, Jr.

**Georgia-Pacific Corporation - Peoria County**

HeplerBroom
103 West Vandalia Street, Suite 300, P.O. Box 510
Edwardsville, IL 62025-0510
Phone Number:   (618) 656-0184
Fax Number:      (618) 656-1364
Brenda G. Baum/Anne B. Schmidt/George Kiser

**Goulds Pumps, Inc.**

Hinshaw & Culbertson
222 N. LaSalle Street, Ste. 300
Chicago, IL 60601-1081
Phone Number:   (312) 704-3000
Fax Number:      (312) 704-3001
Craig Liljestrand

**Hobart Brothers Co.**

HeplerBroom
103 West Vandalia Street, Suite 300, P.O. Box 510
Edwardsville, IL 62025-0510
Phone Number:   (618) 656-0184
Fax Number:      (618) 656-1364
Brenda G. Baum/Anne B. Schmidt/George Kiser

**Ingersoll Rand Company**

Cheely, O'Flaherty & Ayres
19 S. LaSalle St., Suite 1203
Chicago, IL 60603-
Phone Number:   (312) 853-8700
Fax Number:      (312) 782-0040

Paul B. O'Flaherty, Jr.

**Lincoln Electric Company - PEORIA COUNTY**

HeplerBroom
103 West Vandalia Street, Suite 300, P.O. Box 510
Edwardsville, IL 62025-0510
Phone Number:   (618) 656-0184
Fax Number:      (618) 656-1364
Brenda G. Baum/Anne B. Schmidt/George Kiser

**Linde, Inc. f/k/a The BOC Group f/k/a Airco**

Gloor Law Group
225 W. Wacker Drive, Suite 1700
Chicago, IL 60606-
Phone Number:   (312) 752-3777
Fax Number:      (312) 752-3701
Jeffrey R. Sandler

**Miller Electric Manufacturing Co.**

Brothers & Thompson, P.C.
180 N. Stetson St., Suite 4525
Chicago, IL 60601-
Phone Number:   (312) 372-2909
Fax Number:      (312) 704-6693
Alan W. Brothers/Ronald Austin, Jr.

**Minnesota Mining & Manufacturing (a/k/a 3M)**

Segal, McCambridge, Singer & Mahone
233 South Wacker Drive, Suite 5500
Chicago, IL 60606-
Phone Number:   (312) 645-7800
Fax Number:      (312) 645-7711
Paige Norian

**OWENS-ILLINOIS - PEORIA COUNTY**

Polsinelli Shughart, P.C.
180 N. Stetson Ave., Suite 4525
Chicago, IL 60601-
Phone Number:   (312) 819-1900
Fax Number:      (312) 819-1910
Jeremy Unruh

| *Matter #*   **S8823** | Page 3 |
|---|---|

**Peerless Industries, Inc.**

Matushek, Nilles & Sinars, L.L.C.
55 W. Monroe Street, Suite
Chicago, IL 60602-
Phone Number:   (312) 750-1215
Fax Number:       (312) 750-1273

David A. Nilles

**PLAINTIFF'S ATTORNEY - CASCINO**

Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607-
Phone Number:   (312) 944-0600
Fax Number:       (312) 944-1870

Robert G. McCoy/Salvador Gutierrez

**Rapid American Corp.**

Hinshaw & Culbertson
222 N. LaSalle Street, Ste. 300
Chicago, IL 60601-1081
Phone Number:   (312) 704-3000
Fax Number:       (312) 704-3001

Craig Liljestrand

**Sprinkmann Sons Corp.**

Crivello Carlson S.C
710 N. Plankinton Ave., Ste. 500
Milwaukee, WI 53203-
Phone Number:   (414) 271-7722
Fax Number:       (414) 271-4438

Agatha K. Raynor

**Trane U.S., Inc. f/k/a American Standard**

Hepler Broom
103 W. Vandalia Street, Suite 300
Edwardsville, IL 62025-0510
Phone Number:
Fax Number:

Brenda Baum

**Viacom, Inc. f/k/a CBS Corporation**

Foley & Mansfield PLLP
55 W. Monroe, Suite 3430
Chicago, IL 60603-
Phone Number:   (312) 233-2560
Fax Number:       (312) 233-2565

Demetra Arapakis Christos

**Weil-McLain**

Segal, McCambridge, Singer & Mahone
233 South Wacker Drive, Suite 5500
Chicago, IL 60606-
Phone Number:   (312) 645-7800
Fax Number:       (312) 645-7711

Paige Norian