## Before the Judicial Panel on Multidistrict Litigation
## MDL-875 – In re Frank J. Barbera Litigation

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Frank J. Barbera<br>Plaintiff<br><br>v.<br><br>CBS Corporation and<br>General Electric Company<br>Defendants | United States District Court for the District of Connecticut (New Haven) | 3:10-cv-02043 | Warren W. Eginton |

1993968v.1