# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

**In re Frank J. Barbera**             **MDL 875**

## Proof of Service

I hereby certify that a copy of the foregoing was served by email on this 16th day of May, 2011 to the following:

John F. Geida, Esq.
Embry & Neusner
118 Poquonnock Road
Groton, CT 06340-1409
jgeida@embryneusner.com

Thomas F. Maxwell, Jr.
Pullman & Comley
850 Main Street
PO Box 7006
Bridgeport, CT 06601-7006
tmaxwell@pullcom.com

/s/ Dan E. LaBelle

1993974v.1