EFILE

# U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:10-cv-02043-WWE

Barbera v. CBS Corporation et al
Assigned to: Judge Warren W. Eginton
Cause: 28:1442 Notice of Removal

Date Filed: 12/29/2010
Jury Demand: Defendant
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**Frank J. Barbera**

represented by **John F. Geida**
Embry & Neusner
118 Poquonnock Road
Groton, CT 06340-1409
860-449-0341
Fax: 860-449-9070
Email: jgeida@embryneusner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CBS Corporation**
*a Delaware corporation*
*formerly known as*
Viacom Inc.
*Successor*
CBS Corporation
*formerly known as*
Westinghouse Electric Corporation

represented by **Thomas F. Maxwell , Jr.**
Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT 06601-7006
203-330-2252
Email: tmaxwell@pullcom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**General Electric Co.**

represented by **Dan E. LaBelle**
Halloran & Sage
315 Post Rd. West
Westport, CT 06880
203-227-2855
Email: labelle@halloran-sage.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**CBS Corporation**

represented by **Thomas F. Maxwell , Jr.**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**CBS Corporation**                          represented by **Thomas F. Maxwell , Jr.**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**General Electric Co.**                     represented by **Dan E. LaBelle**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2010 | 1 | NOTICE OF REMOVAL from Judicial District of Fairfield at Bridgeport, case number FBT-CV-10-6014752-S., filed by CBS Corporation (Attachments: # 1 Notice to State Court of Removal, # 2 Certificate of Service) (Heard, J.) Modified on 12/30/2010 (Heard, J.). (Entered: 12/30/2010) |
| 12/29/2010 | 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 3/29/2011. Amended Pleadings due by 2/27/2011. Discovery due by 6/30/2011. Dispositive Motions due by 7/30/2011. Signed by Clerk on 12/29/2010. (Heard, J.) (Entered: 12/30/2010) |
| 12/29/2010 | 3 | ELECTRONIC FILING ORDER - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Warren W. Eginton on 12/29/2010. (Heard, J.) (Entered: 12/30/2010) |
| 12/29/2010 | 4 | NOTICE of Appearance by Thomas F. Maxwell, Jr on behalf of CBS Corporation. (Heard, J.) Modified on 12/30/2010 (Heard, J.). (Entered: 12/30/2010) |
| 12/29/2010 | 5 | NOTICE of No Pending Motions by CBS Corporation. (Heard, J.) Modified on 12/30/2010 (Heard, J.). (Entered: 12/30/2010) |
| 12/29/2010 | 6 | Corporate Disclosure Statement by CBS Corporation identifying Other Affiliate National Amusements Inc for CBS Corporation. (Heard, J.) Modified on 12/30/2010 (Heard, J.). (Entered: 12/30/2010) |
| 12/29/2010 | 7 | ANSWER to Complaint (Notice of Removal), CROSSCLAIM against All Defendants by CBS Corporation.(Heard, J.) (Entered: 12/30/2010) |
| 12/29/2010 | | Filing fee received from Pullman & Comley LLC: $350, receipt number CTXB00000122. (Heard, J.) (Entered: 12/30/2010) |
| 12/29/2010 | 8 | NOTICE TO COUNSEL: Counsel initiating or removing this action is responsible for serving all parties with attached documents and copies of 2 |

| | | |
|---|---|---|
| | | Order on Pretrial Deadlines, <u>4</u> Notice of Appearance filed by CBS Corporation, <u>1</u> Notice of Removal, filed by CBS Corporation, <u>6</u> Corporate Disclosure Statement filed by CBS Corporation, <u>5</u> Notice (Other) filed by CBS Corporation, <u>3</u> Electronic Filing Order, <u>7</u> Answer to Complaint (Notice of Removal), Crossclaim filed by CBS Corporation. Signed by Clerk on 12/29/2010. (Attachments: # <u>1</u> Notice to Counsel in Removed Cases) (Heard, J.) (Entered: 12/30/2010) |
| 12/30/2010 | | Docket Entry Correction re <u>4</u> Notice of Appearance, <u>1</u> Notice of Removal, <u>6</u> Corporate Disclosure Statement, <u>5</u> Notice. MODIFIED TO CORRECT FILER. (Heard, J.) (Entered: 12/30/2010) |
| 01/04/2011 | <u>9</u> | NOTICE by CBS Corporation *Pursuant to Standing Orders* (Maxwell, Thomas) (Entered: 01/04/2011) |
| 01/06/2011 | <u>10</u> | NOTICE of Appearance by Dan E. LaBelle on behalf of General Electric Co. (LaBelle, Dan) (Entered: 01/06/2011) |
| 01/06/2011 | <u>11</u> | Corporate Disclosure Statement by General Electric Co.. (LaBelle, Dan) (Entered: 01/06/2011) |
| 05/05/2011 | <u>12</u> | NOTICE TO COUNSEL/PRO SE PARTIES re: Parties must file a Form 26(f) report by June 6th, 2011 along with a written statement signed by all counsel and pro se parties explaining why sanctions should not be imposed for the parties' failure to comply with Local Rule 26(f). Failure to comply with this order will result in dismissal of the complaint. Signed by Clerk on 5/5/2011. (Rule 26 Meeting Report due by 6/6/2011). Signed by Clerk on 5/5/2011. (Candee, D.) (Entered: 05/10/2011) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/13/2011 11:22:27 | | |
| PACER Login: | hs0028 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:10-cv-02043-WWE |
| Billable Pages: | 2 | Cost: | 0.16 |