**BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ASBESTOS LITIGATION (NO. VI)          MDL NO. 875

THIS DOCUMENT RELATES TO:

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GLADYS JUTILA, EXECUTRIX FOR THE ESTATE OF JAMES JUTILA AND GLADYS JUTILA PERSONALLY,<br><br>    Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY<br>CBS CORPORATION f/k/a VIACOM, INC., successor by merger with CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION,<br>AIR & LIQUID SYSTEMS CORPORATION, As successor by merger to BUFFALO PUMPS, INC.<br><br>    Defendants. | Civil Action<br>No.:   3:11-cv-792 |

## SCHEDULE OF ACTIONS

1. <u>Gladys Jutila, Executrix for the Estate of James Jutila and Gladys Jutila, Personally v. General Electric Company  et. al.,</u> Civil Action No.: 3:11-cv-00792 (United States District Court for the District of Connecticut)

1

Respectfully submitted,

Air & Liquid Systems Corp., as Successor by
Merger to Buffalo Pumps, Inc.,
By its attorneys,


*/s/ Michael D. Simons*
Michael D. Simons
Fed. Bar No. ct28100
Governo Law Firm LLC
Two International Place, 15th Floor
Boston, MA  02110
Phone:  (617) 737-9045
Fax: (617) 737-9046
msimons@governo.com


Dated:  May 16, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this 16TH day of May, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.


*/s/ Michael D. Simons*
Michael D. Simons