BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| Gene Bell, | ) | |
|     Plaintiff | ) | Asbestos Case-MDL 875 CTO-391 |
| | ) | |
| v. | ) | Civil Action No.: 4:11-cv-03299-MSD |
| | ) | Newport News |
| General Electric Co., et al, | ) | Circuit Court Case No.: |
|     Defendants | ) | CL1000992P-03 |
| | ) | |

<u>ERRATA TO CORRECT CAPTION OF MOTION TO VACATE CTO-391 BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION</u>

The plaintiff, Gene Bell, files this errata to correct the caption on the Motion to Vacate Conditional Transfer Order (No. 391), and hereby corrects the caption to read: BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, rather than the "Joint Panel".

Wherefore, the plaintiff, Gene Bell, respectfully requests that this Errata correction be made to the Motion to Vacate the Conditional Transfer Order previously filed.

                                                      Respectfully submitted,

                                                      /s/Paul A. Weykamp
                                                      Paul A. Weykamp
                                                      Law Offices of Paul A. Weykamp
                                                      16 Stenersen Lane, Suite 2
                                                      Hunt Valley, MD 21030
                                                      Tel: 410-584-0660
                                                      Va. Bar: 43688, Counsel for Plaintiff

<b><u>Certificate of Service</u></b>

I hereby certify that a copy of the foregoing was served via email and per the electronic Pacer/CM-ECF system to all counsel for defendants on this 16th day of May, 2011.

                                                      /s/Paul A. Weykamp
                                                      Paul A. Weykamp