BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| Crawford Braswell,<br>　　　Plaintiff | ) | Asbestos Case-MDL 875 CTO-391 |
| | ) | |
| v. | ) | Civil Action No.: 4:11-cv-03291-MSD |
| | ) | Newport News |
| General Electric Co., et al, | ) | Circuit Court Case No.: |
| 　　　Defendants | ) | CL1001009F-15 |
| | ) | |

## ERRATA TO CORRECT CAPTION OF MOTION TO VACATE CTO-391 BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

　　　The plaintiff, Crawford Braswell, files this errata to correct the caption on the Motion to Vacate Conditional Transfer Order (No. 391), and hereby corrects the caption to read: BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, rather than the "Joint Panel".

　　　Wherefore, the plaintiff, Crawford Braswell, respectfully requests that this Errata correction be made to the Motion to Vacate the Conditional Transfer Order previously filed.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/Paul A. Weykamp
　　　　　　　　　　　　　　　　　　　　　　Paul A. Weykamp
　　　　　　　　　　　　　　　　　　　　　　Law Offices of Paul A. Weykamp
　　　　　　　　　　　　　　　　　　　　　　16 Stenersen Lane, Suite 2
　　　　　　　　　　　　　　　　　　　　　　Hunt Valley, MD 21030
　　　　　　　　　　　　　　　　　　　　　　Tel: 410-584-0660
　　　　　　　　　　　　　　　　　　　　　　Va. Bar: 43688, Counsel for Plaintiff

### Certificate of Service

　　　I hereby certify that a copy of the foregoing was served via email and per the electronic Pacer/CM-ECF system to all counsel for defendants on this 16th day of May, 2011.

　　　　　　　　　　　　　　　　　　　　　　/s/Paul A. Weykamp
　　　　　　　　　　　　　　　　　　　　　　Paul A. Weykamp