BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| Otis Butts, | ) | |
|     Plaintiff | ) | Asbestos Case-MDL 875 CTO-391 |
| | ) | |
| v. | ) | Civil Action No.: 4:11-cv-03312-MSD |
| | ) | Newport News |
| General Electric Co., et al, | ) | Circuit Court Case No.: |
|     Defendants | ) | CL1001022P-03 |
| | ) | |

ERRATA TO CORRECT CAPTION OF MOTION TO VACATE CTO-391 BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

The plaintiff, Otis Butts, files this errata to correct the caption on the Motion to Vacate Conditional Transfer Order (No. 391), and hereby corrects the caption to read:  BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, rather than the "Joint Panel".

Wherefore, the plaintiff, Otis Butts, respectfully requests that this Errata correction be made to the Motion to Vacate the Conditional Transfer Order previously filed.

Respectfully submitted,

/s/Paul A. Weykamp
Paul A. Weykamp
Law Offices of Paul A. Weykamp
16 Stenersen Lane,  Suite 2
Hunt Valley, MD 21030
Tel: 410-584-0660
Va. Bar: 43688, Counsel for Plaintiff

**Certificate of Service**

I hereby certify that a copy of the foregoing was served via email and per the electronic Pacer/CM-ECF system to all counsel for defendants on this 16th day of May, 2011.

/s/Paul A. Weykamp
Paul A. Weykamp