May 16, 2011

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC  20002-8004

RE:     MDL No. 875-IN RE:   Asbestos Products Liability Litigation
            Johnson v. A.W. Chesterton-Case No. 11-50075
            (Northern District of Illinois)



Dear Clerk of the Panel:

On this date, I am withdrawing the Notice of Tag-Along Action that was e-filed on 5/13/11 in the above-referenced case because it contained an improper heading. I will correct the heading and refile the Notice of Tag-Along on May 16, 2011.

If you have any questions, please feel free to contact me.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN

By: 
Tobin J. Taylor
Suite 600
124 S. W. Adams St.
Peoria, Illinois  61602
Telephone: 309-676-0400
Facsimile: 309-676-3374
ttaylor@heylroyster.com
TJT/kas
16733156_1.DOC