**E-FILED**
Monday, 21 March, 2011  08:42:06 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

Parnell H Kaiser,

                            Plaintiff,

    v.

A.W. Chesterton Company, a corporation,
Airgas Merchant Gases, LLC as succes in int to
AGA Gas, Inc., a corporation,
Atlantic Richfield Company, a corporation,
Bayer Crop Science, Inc., as successor to
Rhone-Poulenc AG Company Inc. &
Benjamin-Foster, Inc., a corporation,
Buffalo Pumps, Inc., a corporation,
CBS Corporation, a corporation,
Certainteed Corporation, a corporation,
Cleaver Brooks, Inc., a corporation,
Cornell Pump Company, a corporation,
Crane Co., a corporation,
DAP Products, Inc., Individually and as
Successor to DAP, Inc., a corporation,
Foseco Inc., a corporation,
Foster Wheeler LLC, a corporation,
General Electric Company, a corporation,
General Refractories Company, a corporation,
Georgia Pacific, LLC, a corporation,
Goulds Pumps, Inc., a corporation,
Hobart Brothers Company, a corporation,
Ingersoll Rand Company, a corporation,
Lincoln Electric Company, a corporation,
Linde, LLC, f/k/a The Boc Group and/or
Airco, a corporation,
Midwest Generation EME, LLC, a corporation,
Miller Electric Mfg. Co., a corporation,
Minnesota Mining and Manufacturing Co., a
corporation,
Owens-Illinois Inc., a corporation,
Parker-Hannifin Corporation, a corporation,
Peerless Pump Company, a corporation,
Rapid American Corporation, a corporation,
Riley Power, Inc., a corporation,
Sprinkmann Sons Corporation, a corporation,

Case No.

The Marley-Wylain Company a/k/a/ Weil-
McLain Company, a corporation,
Trane U.S. Inc., a corporation,
Warren Pumps, a corporation,

                             Defendants.

## COMPLAINT

Now comes the plaintiff, Deon W Wright (hereinafter "Plaintiff"), by and through his attorneys, Cascino Vaughan Law Offices, Ltd., and complains against defendants as follows:

### JURISDICTION

1. Plaintiff is an adult citizen and resident of Illinois and resides in Washington, Illinois.

2. Defendants are all corporations, none of which is incorporated in or has its principal place of business in the State of Illinois, and at all times relevant to the allegations contained herein were engaged in the business of designing, manufacturing, mining and selling welding rods and/or welding equipment, hereinafter referred to as "welding products", and/or asbestos and/or asbestos-containing products and/or asbestos-insulated equipment, hereinafter referred to as "asbestos products." Please refer to the attached Exhibit A for the state of incorporation and principal place of business of each defendant.

3. Jurisdiction is based on diversity of citizenship of the parties hereto under Title 28, United States Code, §1332.

4. The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

5. Venue is proper pursuant to Title 28, United States Code, §1391.

### GENERAL ALLEGATIONS

6. Plaintiff during the course of his employment as a construction Steamfitter and Welder at various job sites, including those listed on the attached Exhibit B, was exposed to welding fumes and asbestos dust or fibers emanating from the welding and/or asbestos products and/or asbestos

insulated equipment which was sold, manufactured, mined, distributed, packaged, installed or otherwise placed into commerce by defendants.

7.   Plaintiff was ignorant of the dangerous nature of welding fumes and/or asbestos and of the nature of the risks incurred by workers working with or near welding products and/or asbestos products.

8.   Plaintiff became aware of the welding fumes and asbestos-related condition and that said condition was caused by Defendants' wrongful conduct within the statute of limitations before the filing of this action.

9.   As a direct and proximate result of the conduct of Defendants, Plaintiff developed and had been diagnosed with lung cancer on 6/5/2009.

10.   Plaintiff suffers great pain, physical impairment, great mental pain and anguish, is liable for large sums of money for medical and hospital care, and suffered losses to his personal property and possessions.

## COUNT I - PRODUCTS LIABILITY - NEGLIGENCE

11.   Plaintiff brings this count for negligence against all defendants except Airgas Merchant Gases, LLC; Hobart Brothers Company; Lincoln Electric Company; Midwest Generation EME, LLC; Miller Electric Mfg. Co.; and Linde, Inc., and incorporates by reference all general allegations.

12.   It was reasonably foreseeable that Plaintiff and other workers would be working with or in the proximity of defendants' asbestos products and be exposed to airborne asbestos fibers.

13.   . Defendants had a duty to exercise reasonable care for the safety of Plaintiff and others who worked with or were exposed to the defendants' asbestos products.

14.   Defendants knew or in the exercise of ordinary or reasonable care ought to have known asbestos causes disease and or death, and that Plaintiff did not know that asbestos

products were dangerous or harmful at the time of his exposures.

15.     Each defendant breached its duty of care and was negligent, including without limitation

in one or more of the following acts or omissions:

a.      Failed to adequately warn Plaintiff or others of the health hazards of asbestos;

b.      Failed to warn Plaintiff or others of the danger and harm of the asbestos after the products or equipment were installed at the premises;

c.      Failed to investigate or test for the health effects of asbestos prior to distribution and sale;

d.      Failed to instruct Plaintiff, his employers or others in the use of precautionary measures relating to asbestos-containing products and/or asbestos-insulated equipment; and/or

e.      Manufactured, mined, supplied, or installed unsafe asbestos-containing products or asbestos-insulated equipment.

16.     As a direct and proximate result of the acts and omissions of the product defendants

above, Plaintiff was injured as described above.

### COUNT II - PRODUCTS LIABILITY - NEGLIGENCE

17.     Plaintiff brings this count for negligence and incorporates by reference all general

allegations against the following defendants:

a. Airgas Merchant Gases, LLC.

b. Hobart Brother's company

c. Lincoln Electric Company

d. Linde, Inc.

e. Miller Electric Mfg. Co.

18.     It was reasonably foreseeable that Plaintiff and other workers would be working with or

in the proximity of defendants' welding products would be exposed to welding fumes

and/or airborne asbestos fibers.

19.     Defendants had a duty to exercise reasonable care for the safety of Plaintiff and others who worked with or were exposed to the defendants' welding products and/or asbestos products.

20.     Defendants knew or in the exercise of ordinary or reasonable care ought to have known welding fumes and/or asbestos causes disease and or death, and that Plaintiff did not know that welding fumes and/or asbestos products were dangerous or harmful at the time of his exposures.

21.     Each defendant breached its duty of care and was negligent, including without limitation in one or more of the following acts or omissions:

    a.     Failed to adequately warn Plaintiff or others of the health hazards of welding fumes and/or asbestos;

    b.     Failed to warn Plaintiff or others of the danger and harm of the welding fumes and/or asbestos after the products or equipment were installed at the premises;

    c.     Failed to investigate or test for the health effects of welding fumes and/or asbestos prior to distribution and sale;

    d.     Failed to instruct Plaintiff, his employers or others in the use of precautionary measures relating to welding fumes and/or asbestos-containing products and/or asbestos-insulated equipment; and/or

    e.     Manufactured, mined, supplied, or installed unsafe welding products and/or asbestos-containing products or asbestos-insulated equipment.

22.     As a direct and proximate result of the acts and omissions of the product defendants above, Plaintiff was injured as described above.

### COUNT III- NEGLIGENCE - PREMISES OWNER

23.     Plaintiff reasserts and realleges the above general allegations 1-22 above.

24.     This claim for negligence is brought against the following Defendants (hereinafter

"Premises Defendants";

    a.    Midwest Generation EME, LLC

    b.    General Electric Company

25. Defendants were the owners of the premises during the dates and times of Plaintiff's

exposures to asbestos indicated on exhibit B.

26. The condition of airborne dust containing asbestos insulation fibers released during the

process of applying and removing thermal insulation existed at the premises in exhibit B.

27. When Plaintiff worked at the premises, defendants knew or should have known about the

health hazards of asbestos.

28. Defendants in the exercise of ordinary care knew or should have known that the condition

of its property involved an unreasonable risk of harm to persons on the premises,

including employees of independent contractors such as Plaintiff, working at the

premises.

29. Defendants knew or should have known that persons on the premises would not discover

or realize the danger or would otherwise fail to protect themselves against it.

30. As the owners of the premises, defendants owed a duty to use ordinary care to provide a

reasonably safe place for persons lawfully on the property, including Plaintiff.

31. Defendants breached its duty of care and was negligent by one or more of the following

acts or omissions:

32.

    a.    failing to adequately warn Plaintiff of the dangers of harm from exposure to
asbestos;

    b.    failing to instruct Plaintiff adequately about safety precautions for exposure to
asbestos;

    c.    failing to establish adequate safety measures to protect Plaintiff from exposure to

asbestos;

d.      failing to adequately test for asbestos where Plaintiff worked;

e.      employing any contractor which failed to take reasonable precautions against the danger of asbestos;

f.      allowing the use of asbestos containing products at the premises;

g.      failing to assign or hire personnel qualified to recognize, evaluate and control asbestos exposures at the premises.

33.   As a direct and proximate result of the acts and omissions of the premise defendants

above, Plaintiff was injured as described above.

### PRAYER FOR RELIEF

34.   Plaintiff prays for relief as follows:

a.      Judgment against defendants, jointly and severally, for compensatory and general damages.

b.      Such further legal and equitable relief as the Court orders to do justice in this case; costs and disbursements of this action.

### JURY TRIAL DEMAND

Plaintiff hereby demands a trial by a jury of 6.

Dated: March 21, 2011.

/S/ Michael P. Cascino
One of the Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Ph: (312) 944-0600

**E-FILED**
Monday, 21 March, 2011  08:42:06 PM
Clerk, U.S. District Court, ILCD

## Exhibit A
### Defendants' Home States and Principal Places of Business

| Defendant | StateHdq | StatePrincBus |
|---|---|---|
| A.W. Chesterton Company | Massachusetts | Massachusetts |
| Airgas Merchant Gases, LLC as succes in int to AGA Gas, Inc. | Delaware | Arizona |
| Atlantic Richfield Company | Delaware | Texas |
| Bayer Crop Science, Inc., as successor to Rhone-Poulenc AG Company Inc. & Benjamin-Foster, Inc. | Delaware | North Carolina |
| Buffalo Pumps, Inc. | Delaware | New York |
| CBS Corporation | Delaware | Pennsylvania |
| Certainteed Corporation | Delaware | Pennsylvania |
| Cleaver Brooks, Inc. | Delaware | Wisconsin |
| Cornell Pump Company | Delaware | Oregon |
| Crane Co. | Delaware | Connecticut |
| DAP Products, Inc., Individually and as Successor to DAP, Inc. | Delaware | Maryland |
| Foseco Inc. | Delaware | Ohio |
| Foster Wheeler LLC | Pennsylvania | New York |
| General Electric Company | New York | Connecticut |
| General Refractories Company | Pennsylvania | Pennsylvania |
| Georgia Pacific, LLC | Delaware | Georgia |
| Goulds Pumps, Inc. | Delaware | New York |
| Hobart Brothers Company | Ohio | Ohio |
| Ingersoll Rand Company | New Jersey | New Jersey |
| Lincoln Electric Company | Ohio | Ohio |
| Linde, LLC, f/k/a The Boc Group and/or Airco | Delaware | New Jersey |
| Midwest Generation EME, LLC | Delaware | California |
| Miller Electric Mfg. Co. | Wisconsin | Wisconsin |

| Defendant | StateHdq | StatePrincBus |
|---|---|---|
| Minnesota Mining and Manufacturing Co. | Delaware | Delaware |
| Owens-Illinois Inc. | Delaware | Ohio |
| Parker-Hannifin Corporation | Ohio | Ohio |
| Peerless Pump Company | Delaware | Indiana |
| Rapid American Corporation | Delaware | New York |
| Riley Power, Inc. | Massachusetts | Massachusetts |
| Sprinkmann Sons Corporation | Wisconsin | Wisconsin |
| The Marley-Wylain Company a/k/a/ Weil-McLain Company | Delaware | North Carolina |
| Trane U.S. Inc. | Delaware | New Jersey |
| Warren Pumps | Delaware | New Jersey |

E-FILED
Monday, 21 March, 2011  08:42:06 PM
Clerk, U.S. District Court, ILCD

**Exhibit B**
Plaintiff's work history

| SiteLocation | SiteCity | SiteSt | FirstYrId | LastYrId |
|---|---|---|---|---|
| Barton Ville | Barton Ville | IL | 1959 | 1961 |
| Journal Star Paper | Peoria | IL | 1960 | 1962 |
| Kraft Cheese | | IL | 1963 | 1965 |
| North woods Mall | Peoria | IL | 1972 | 1975 |
| Power House | Peoria | IL | 1960 | 1970 |
| Power House | Pontiac | IL | 1966 | 1967 |
| Tuckers Food | Jacksonvilles | IL | 1970 | 1972 |
| Caterpillar | Peoria | IL | 1952 | 1985 |
| Hiram Walker/ Cooper Shop | Peoria | IL | 1960 | 1970 |
| Corn Products | Argo | IL | 1973 | 1975 |
| Keystone Steel & Wire | Bartonville | IL | 1955 | 1960 |
| General Electric | Bloomington | IL | 1967 | 1969 |
| State Hospital | Bartonville | IL | 1960 | 1965 |
| Pekin Power House | Powerton | IL | 1976 | 1979 |
| Rozell Dairy | Peoria | IL | 1963 | 1965 |

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the costs of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgement may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than in the summons had been actually served when the request for waiver of service was received.

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL

FIRST CLASS MAIL    PERMIT NO. 94203    CHICAGO, IL

POSTAGE WILL BE PAID BY ADDRESSEE:

**CASCINO VAUGHAN LAW OFFICES LTD**
**220 S ASHLAND AVE**
**CHICAGO IL 60607-9940**

220 S. Ashland Ave.
Chicago, IL 60607-9940

ATTN. Brett

049J82034115
$01.730
04/01/2011
Mailed From 60607
US POSTAGE

neopost™



**CASCINO VAUGHAN LAW OFFICES, LTD.**
220 S. ASHLAND AVENUE
CHICAGO, IL 60607-5308

RETURN SERVICE REQUESTED

Buffalo Pump, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

ASBESTOS, REFER

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Peoria)
## CIVIL DOCKET FOR CASE #: 1:11-cv-01121-MMM -JAG

Kaiser v. AW Chesterton Company et al
Assigned to: Judge Michael M. Mihm
Referred to: Magistrate Judge John A. Gorman
Demand: $75,000
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 03/21/2011
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**Parnell H Kaiser**

represented by **Michael P Cascino**
CASCINO VAUGHAN LAW
OFFICES LTD
220 S Ashland Ave
Chicago, IL 60607-5308
312-944-0600
Fax: 312-944-1870
Email: michaelp.cascino@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AW Chesterton Company**
*a corporation*

represented by **Curtis R Bailey**
KUROWSKI BAILEY & SHULTZ
LLC
24 Bronze Pointe
Swansea, IL 62226
618-277-5500
Fax: 618-277-6334
Email: cbailey@kbslf.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Airgas Merchant Gases LLC**
*LLC as successor to AGA Gas Inc. a
corporation*

**Defendant**

**Atlantic Richfield Company**
*a corporation*

**Defendant**

**Bayer Crop Science Inc**
*as successor to Rhone-Poulenc AG*

*Company Inc. and Benjamin-Foster Inc., a corporation*

**Defendant**

**Buffalo Pumps Inc**
*a corporation*

**Defendant**

**CBS Corporation**
*a corporation*

represented by **Lise Alexandra Newton**
FOLEY & MANSFIELD
Suite 400
1001 Highlands Plaza Drive West
St Louis, MO 63110
314-925-5700
Fax: 314-925-5701
Email: anewton@foleymansfield.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Certainteed Corp**
*a corporation*

represented by **Mark A Ludolph**
HEYL ROYSTER VOELKER & ALLEN
Suite 600
124 SW Adams St
Peoria, IL 61602
309-676-0400
Fax: 309-676-3374
Email: mludolph@heylroyster.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cleaver Brooks Inc**
*a corporation*

**Defendant**

**Cornell Pump Company**
*a corporation*

**Defendant**

**Crane Co**
*a corporation*

represented by **James Paul Kasper**
GUNTY & MCCARTHY
Suite 1025
150 S Wacker Dr
Chicago, IL 60606
312-541-0022
Email:
jamie.kasper@guntymccarthy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DAP Products Inc**
*individually and as successor to DAP,*
*Inc., a corporation*

**Defendant**

**Foseco Inc**
*a corporation*

**Defendant**

**Foster Wheeler LLC**
*a corporation*

**Defendant**

**General Electric Company**
*a corporation*

**Defendant**

**General Refractories Company**
*a corporation*

**Defendant**

**Georgia Pacific LLC**
*a corporation*

**Defendant**

**Goulds Pumps Inc**
*a corporation*

**Defendant**

**Hobart Brothers Company**
*a corporation*

**Defendant**

**Lincoln Electric Company**
*a corporation*

**Defendant**

**Linde LLC**
*formerly known as*
The BOC Group Inc
*formerly known as*
Airco Inc

**Defendant**

**Midwest Generation EME LLC**
*a corporation*

**Defendant**

**Miller Electric Mfg Co**
*a corporation*

represented by **Ronald Austin , Jr.**
BROTHERS & THOMPSON PC
Suite 1700
100 W Monroe St
Chicago, IL 60603
312-372-2909
Fax: 312-297-1020
Email: ra2law@cs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Minnesota Mining And
Manufacturing Company**
*a corporation*

represented by **Edward J McCambridge**
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
Sears Tower
Suite 5500
233 South Wacker Drive
Chicago, IL 60606
(312) 645-7800
Fax: (312) 645-7711
Email: Emccambridge@smsm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Owens Illinois Inc**
*a corporation*

**Defendant**

**Parker-Hannifin Corporation**
*a corporation*

**Defendant**

**Peerless Pump Company**
*a corporation*

**Defendant**

**Rapid American Corporation**
*a corporation*

**Defendant**

**Riley Power Inc**
*a corporation*

**Defendant**

**. Sprinkmann Sons Corporation**
*a corporation*

represented by **James R Carter**
CARTER LAW OFFICES
Commerce Bank Bldg

416 Main St
Suite 529
Peoria, IL 61602
309-673-3517
Fax: 309-673-3318
Email: jcarter@jcarterlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Marley-Wylain Company**                represented by   **Edward J McCambridge**
*also known as*                                                (See above for address)
Weil-McLain Company                                           *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Trane US Inc**
*a corporation*

**Defendant**

**Warren Pumps Inc**
*a corporation*

**Defendant**

**Ingersoll Rand Company**
*a corporation*

**Defendant**

**McLain Company**
*a corporation*

**Cross Claimant**

**. Sprinkmann Sons Corporation**            represented by   **James R Carter**
*a corporation*                                               (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**. Sprinkmann Sons Corporation**            represented by   **James R Carter**
*a corporation*                                               (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**AW Chesterton Company**                    represented by   **Curtis R Bailey**
*a corporation*                                               (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Airgas Merchant Gases LLC**

*LLC as successor to AGA Gas Inc. a corporation*

**Cross Defendant**

**Atlantic Richfield Company**
*a corporation*

**Cross Defendant**

**Bayer Crop Science Inc**
*as successor to Rhone-Poulenc AG Company Inc. and Benjamin-Foster Inc., a corporation*

**Cross Defendant**

**Buffalo Pumps Inc**
*a corporation*

**Cross Defendant**

| | | |
|---|---|---|
| **CBS Corporation**<br>*a corporation* | represented by | **Lise Alexandra Newton**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Cross Defendant**

| | | |
|---|---|---|
| **Certainteed Corp**<br>*a corporation* | represented by | **Mark A Ludolph**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Cross Defendant**

**Cleaver Brooks Inc**
*a corporation*

**Cross Defendant**

**Cornell Pump Company**
*a corporation*

**Cross Defendant**

| | | |
|---|---|---|
| **Crane Co**<br>*a corporation* | represented by | **James Paul Kasper**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Cross Defendant**

**DAP Products Inc**
*individually and as successor to DAP, Inc., a corporation*

**Cross Defendant**

**Foseco Inc**

*a corporation*

**Cross Defendant**

**Foster Wheeler LLC**
*a corporation*

**Cross Defendant**

**General Electric Company**
*a corporation*

**Cross Defendant**

**General Refractories Company**
*a corporation*

**Cross Defendant**

**Georgia Pacific LLC**
*a corporation*

**Cross Defendant**

**Goulds Pumps Inc**
*a corporation*

**Cross Defendant**

**Hobart Brothers Company**
*a corporation*

**Cross Defendant**

**Ingersoll Rand Company**
*a corporation*

**Cross Defendant**

**Lincoln Electric Company**
*a corporation*

**Cross Defendant**

**Linde LLC**

**Cross Defendant**

**McLain Company**
*a corporation*

**Cross Defendant**

**Midwest Generation EME LLC**
*a corporation*

**Cross Defendant**

**Miller Electric Mfg Co**                    represented by **Ronald Austin , Jr.**
*a corporation*                                              (See above for address)
                                                             *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Minnesota Mining And
Manufacturing Company**
*a corporation*

**Cross Defendant**

**Owens Illinois Inc**
*a corporation*

**Cross Defendant**

**Parker-Hannifin Corporation**
*a corporation*

**Cross Defendant**

**Peerless Pump Company**
*a corporation*

**Cross Defendant**

**Rapid American Corporation**
*a corporation*

**Cross Defendant**

**Riley Power Inc**
*a corporation*

**Cross Defendant**

**The Marley-Wylain Company**

**Cross Defendant**

**Trane US Inc**
*a corporation*

**Cross Defendant**

**Warren Pumps Inc**
*a corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2011 | 1 | COMPLAINT against AW Chesterton Company, Airgas Merchant Gases LLC, Atlantic Richfield Company, Bayer Crop Science Inc, Buffalo Pumps Inc, CBS Corporation, Certainteed Corp, Cleaver Brooks Inc, Cornell Pump Company, Crane Co, DAP Products Inc, Foseco Inc, Foster Wheeler LLC, General Electric Company, General Refractories Company, Georgia Pacific LLC, Goulds Pumps Inc, Hobart Brothers Company, Lincoln Electric Company, Linde LLC, Midwest Generation EME LLC, Miller Electric Mfg Co, Minnesota Mining And Manufacturing Company, Owens Illinois Inc, |

| | | |
|---|---|---|
| | | Parker-Hannifin Corporation, Peerless Pump Company, Rapid American Corporation, Riley Power Inc,. Sprinkmann Sons Corporation, The Marley-Wylain Company, Trane US Inc, Warren Pumps Inc ( Filing fee $ 350 receipt number 0753-1115987.), filed by Parnell H Kaiser. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A - Defendant's home states and principal places of business, # 3 Exhibit B - Plaintiff's work history)(Cascino, Michael) (Entered: 03/21/2011) |
| 03/21/2011 | 2 | CERTIFICATE OF INTEREST pursuant to Local Rule 11.3 by Parnell H Kaiser. (Cascino, Michael) (Entered: 03/21/2011) |
| 03/21/2011 | 3 | NOTICE of Tag-Along Action (Cascino, Michael) (Entered: 03/21/2011) |
| 03/28/2011 | | TEXT ONLY ORDER OF RECUSAL by Magistrate Judge Byron G. Cudmore. Judge Cudmore disqualifies himself and recuses himself from participation in the above listed matter pursuant to 28 U.S.C. Section 455(b)(4). (RK, ilcd) (Entered: 03/28/2011) |
| 03/28/2011 | | Magistrate Judge John A. Gorman added. (RK, ilcd) (Entered: 03/28/2011) |
| 04/13/2011 | 4 | NOTICE of Appearance of Attorney by Ronald Austin, Jr on behalf of Miller Electric Mfg Co (Austin, Ronald) (Entered: 04/13/2011) |
| 04/13/2011 | 5 | ANSWER to 1 Complaint,,,, AND AFFIRMATIVE DEFENSES by Miller Electric Mfg Co.(Austin, Ronald) (Entered: 04/13/2011) |
| 04/20/2011 | 6 | Short Form ANSWER to 1 Complaint,,,, AND AFFIRMATIVE DEFENSES by AW Chesterton Company.(Bailey, Curtis) (Entered: 04/20/2011) |
| 04/20/2011 | 7 | MOTION to Stay Proceedings and Notice of Tag-Along Action by Defendant AW Chesterton Company. Responses due by 5/9/2011 (Bailey, Curtis) (Entered: 04/20/2011) |
| 04/20/2011 | 8 | NOTICE of Appearance of MDL Attorney by Curtis R Bailey on behalf of AW Chesterton Company (Bailey, Curtis) (Entered: 04/20/2011) |
| 04/20/2011 | | TEXT ORDER STRIKING/VACATING DOCUMENT: 8 Notice of Appearance of MDL Attorney filed by AW Chesterton Company is stricken as the wrong document is attached. Counsel is directed to refile the Appearance with the correct attachment. Entered by Judge Michael M. Mihm on 4/20/11. (SM, ilcd) (Entered: 04/20/2011) |
| 04/20/2011 | 9 | NOTICE of Appearance of MDL Attorney by Curtis R Bailey on behalf of AW Chesterton Company (Bailey, Curtis) (Entered: 04/20/2011) |
| 04/21/2011 | 10 | Letter from CDIL to Michael Kuntze advising of asbestos case filed in this court. (DK, ilcd) (Entered: 04/21/2011) |
| 04/29/2011 | 11 | MOTION to Stay Proceedings by Defendant Certainteed Corp. Responses due by 5/16/2011 (Ludolph, Mark) (Entered: 04/29/2011) |
| 04/29/2011 | 12 | AFFIRMATIVE DEFENSES and Jury Demand by Defendant Certainteed Corp. (Ludolph, Mark) (Entered: 04/29/2011) |
| 05/02/2011 | 13 | ANSWER to 1 Complaint,,,,, AND AFFIRMATIVE DEFENSES by Crane Co. |

| | | (Kasper, James) (Entered: 05/02/2011) |
|---|---|---|
| 05/02/2011 | 14 | NOTICE of Appearance of Attorney by James Paul Kasper on behalf of Crane Co (Kasper, James) (Entered: 05/02/2011) |
| 05/02/2011 | 15 | NOTICE *of Tag-Along Action* (Kasper, James) (Entered: 05/02/2011) |
| 05/02/2011 | 16 | NOTICE *Corporate Disclosure Statement* (Kasper, James) (Entered: 05/02/2011) |
| 05/02/2011 | 17 | ANSWER to 1 Complaint,,,, AND AFFIRMATIVE DEFENSES by Crane Co. (Kasper, James) (Entered: 05/02/2011) |
| 05/04/2011 | 18 | ANSWER to Complaint by CBS Corporation. (Attachments: # 1 Jury Demand) (Newton, Lise) (Entered: 05/04/2011) |
| 05/04/2011 | 19 | NOTICE *of Tag-Along Action* (Newton, Lise) (Entered: 05/04/2011) |
| 05/04/2011 | 20 | CERTIFICATE OF INTEREST pursuant to Local Rule 11.3 by CBS Corporation. (Newton, Lise) (Entered: 05/04/2011) |
| 05/05/2011 | 21 | NOTICE *of Affiliates* (Newton, Lise) (Entered: 05/05/2011) |
| 05/06/2011 | 22 | *Sprinkmann Sons Corporation's* ANSWER to Complaint AND AFFIRMATIVE DEFENSES, CROSSCLAIM against. Sprinkmann Sons Corporation, AW Chesterton Company, Airgas Merchant Gases LLC, Atlantic Richfield Company, Bayer Crop Science Inc, Buffalo Pumps Inc, CBS Corporation, Certainteed Corp, Cleaver Brooks Inc, Cornell Pump Company, Crane Co, DAP Products Inc, Foseco Inc, Foster Wheeler LLC, General Electric Company, General Refractories Company, Georgia Pacific LLC, Goulds Pumps Inc, Hobart Brothers Company, Ingersoll Rand Company, Lincoln Electric Company, Linde LLC, McLain Company, Midwest Generation EME LLC, Miller Electric Mfg Co, Minnesota Mining And Manufacturing Company, Owens Illinois Inc, Parker-Hannifin Corporation, Peerless Pump Company, Rapid American Corporation, Riley Power Inc, The Marley-Wylain Inc, Trane US Inc, Warren Pumps Inc by. Sprinkmann Sons Corporation.(Carter, James) (Entered: 05/06/2011) |
| 05/06/2011 | 23 | NOTICE *of Tag-Along Action and Motion to Stay Proceedings* (Carter, James) (Entered: 05/06/2011) |
| 05/06/2011 | 24 | NOTICE of Appearance of Attorney by James R Carter on behalf of. Sprinkmann Sons Corporation (Carter, James) (Entered: 05/06/2011) |
| 05/11/2011 | 25 | NOTICE of Appearance of Attorney by Edward J McCambridge on behalf of Minnesota Mining And Manufacturing Company (Attachments: # 1 Supplement Certificate of Service)(McCambridge, Edward) (Entered: 05/11/2011) |
| 05/12/2011 | 26 | NOTICE of Appearance of Attorney by Edward J McCambridge on behalf of The Marley-Wylain Company (McCambridge, Edward) (Entered: 05/12/2011) |
| 05/12/2011 | 27 | MOTION to Dismiss *Pursuant to FRCP 12(b)(6)* by Defendant The Marley-Wylain Company. Responses due by 5/31/2011 (McCambridge, Edward) (Entered: 05/12/2011) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/16/2011 14:29:29 | | |
| **PACER Login:** | hr0023 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:11-cv-01121-MMM - JAG |
| **Billable Pages:** | 6 | **Cost:** | 0.48 |