S9254

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | ) | MDL DOCKET NO.: MDL 875 |
| LIABILITY LITIGATION (No. VI) | ) | Transfer State: Illinois |
| | ) | |

---

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| FRANCIS J. JOHNSON, | ) | **IN RE: ASBESTOS LITIGATION** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | LAW NO. 11-50075 |
| | ) | |
| A.W. CHESTERTON COMPANY | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF TAG-ALONG ACTION AND MOTION TO STAY PROCEEDINGS

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel of Multi-District Litigation entered an order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That Order also applies to "tag-along actions", or actions involving common questions of fact filed after January 17, 1991 filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

1

The undersigned notifies the Court and the Panel that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania, and further moves this Court to stay the instant proceeding pending acknowledgment of the acceptance or rejection to the transfer. The Clerk of the Panel may either : (1) enter a conditional transfer Order pursuant to MDL Rule 12(a); or (2) file an Order to Show Cause why the action should not be transferred, pursuant to MDL Rule 13(b).

This is also to certify that this same pleading has been mailed this date to the Clerk of the Judicial Panel on Multi-District Litigation, Thurgood Marshall Federal Judiciary Building, One Columbus Circle, N.E., Room 6-255, North Lobby, Washington, D.C. 20002."

CERTAINTEED CORPORATION

BY: _____/s/ Mark A. Ludolph_____
HEYL, ROYSTER, VOELKER & ALLEN
Mark A. Ludolph
#6243388

HEYL, ROYSTER, VOELKER & ALLEN
Suite 600
124 SW Adams Street
Peoria, IL 61602
Telephone: 309.676.0400
Facsimile: 309.676.3374

S9254

PROOF OF SERVICE

I hereby certify that on May 16, 2011, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

See attached list.

/s/ Mark A. Ludolph