## SCHEDULE OF ACTIONS

| TRANSFEROR<br>DIST DIV   C.A. NO. | TRANSFEREE<br>DIST DIV  C.A. NO | CASE CAPTION |
|---|---|---|
| NDCA  3:11-cv-02367-JCS | U.S.D.C., EDPA | *Geraldine Hilt, et al., vs Foster Wheeler LLC (fka Foster Wheeler Corporation)* U.S. District Court, Northern District of California, Case No.  3:11-cv-02367 |