CERTIFICATE OF CM/ECF SERVICE

I hereby certify that I electronically filed with the Judicial Panel MDL using the CM/ECF system on **May 17, 2011** the following document(s).

NOTICE OF TAG-ALONG ACTION, DOCKET/COMPLAINT, SCHEDULE OF ACTIONS

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: May 17, 2011

*Marie Banas* (signature)
Marie Banas

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

<u>Geraldine Hilt, et al., vs Foster Wheeler LLC (fka Foster Wheeler Corporation)</u>
U.S. District Court, Northern District of California, Case No. 3:11-cv-02367-JCS