BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |
| | § | |
| | § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM CLEVE DAVIDSON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:11-CV-01013 |
| | § | |
| ADVOCATE MINES, LTD., et al. | § | |
| | § | |
| Defendants. | § | |

MOTION TO VACATE THE
CONDITIONAL TRANSFER ORDER (CTO-393)

Plaintiff, pursuant to Rule 7.1(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, moves the Panel to vacate its order of May 4, 2011, conditionally transferring the above-captioned case to the United States District Court for the Eastern District of Pennsylvania. This motion is accompanied by the attached Brief in Support of Motion to Vacate Conditional Transfer Order.

Movant respectfully requests the Clerk to set this motion for hearing at the next session of the Panel.

1

                Respectfully submitted,

                /s/ Charles S. Siegel
                Charles S. Siegel
                Texas State Bar No. 18341875
                **Waters & Kraus, LLP**
                3219 McKinney Avenue
                Dallas, Texas 75204
                (214) 357-6244  Telephone
                (214) 357-7252  Facsimile

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this Motion in Support of Brief to Vacate the Conditional Transfer Order has been served by facsimile on all counsel of record listed below on this 18th day of May, 2011.

Elliott, Douglas
Adams, Jennifer E.
Stout, III, A. Wendel
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130
Tel: 504-581-5141
Fax: 504-566-1201
        **Attorneys for Beazer East, Inc. fka Koppers Company, Inc.,**
             **CertainTeed Corporation**

Bezet, Gary A.
Moncla, Gayla M.
Kean, Miller, Hawthorne, D'armond, Mccowan & Jarman, L.L.P.
P.O. Box 3513
Baton Rouge, LA 70821
Tel: 225-387-0999
Fax: 225-388-9133
        **Attorneys for Georgia-Pacific, LLC (sii to Bestwall Gypsum Company)**

Abraham, Michael H.
Guidry, Robert E.
Kuchler, Polk, Schell, Weiner, & Richeson
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Tel: 504-592-0691
Fax: 504-592-0697
 **Attorneys for Union Carbide Corporation**


Lafontaine, Monique M.
Locke Lord Bissell & Liddell Llp
601 Poydras Street, Suite 2660
New Orleans, LA 70130
Tel: 504-558-5100
Fax: 504-558-5200
 **Attorneys for Hongkong Shanghai Banking Corporation Limited**
  **(ind & sii Antony Gibbs and Co.) and HSBC Holdings, PLC**
  **(ind & sii Anthony Gibbs and Co.)**


Swetman, Glenn L.M.
Baxter, Kay Barnes
Massenburg, Christopher O.
Hays, B. Adam
Thibodeaux, Brandie Mendoza
Casey, Margaret Adams
Swetman Baxter Massenburg, Llc
650 Poydras, Suite 2400
New Orleans, LA 70130
Tel: 504-799-0500
Fax: 504-799-0501
 **Attorneys for Bird Incorporated f/k/a Bird & Son, Inc.**


        /s/ Charles S. Siegel
       Charles S. Siegel