**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |
| | § | |
| | § | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| WILLIAM CLEVE DAVIDSON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:11-CV-01013 |
| | § | |
| ADVOCATE MINES, LTD., et al. | § | |
| | § | |
| Defendants. | § | |

**BRIEF IN SUPPORT OF MOTION TO VACATE THE CONDITIONAL
TRANSFER ORDER (CTO-393)**

I.       PRELIMINARY STATEMENT

Plaintiff respectfully files this brief in support of his Motion to Vacate the

Conditional Transfer Order (CTO-393) entered by the Judicial Panel on Multidistrict

Litigation May 4, 2011.  Pursuant to Panel Rule 7.1(f), this brief is being filed in support

of plaintiff's motion to vacate, and his previous notice of opposition, filed on May 6,

2011 in accordance with Panel Rule 7.1(f) (*See* notice attached as Exhibit "A").  This

submission is being filed within 14 days of the filing of the Notice of Opposition.  For the

reasons stated below, the Conditional Transfer Order should be vacated so that plaintiff

can proceed in the timely resolution of his claim in state court.

1

Plaintiff will soon file a motion for remand in the above case. Despite the fact that the Panel entered its Conditional Transfer Order before the district court judge was able to rule on the motion, that judge has not lost jurisdiction over this case and, therefore, can make a determination as to plaintiff's motion for remand.   Faulk v. Owens-Corning Fiberglas Corp., et al., 48 F.Supp.2d 653, 657 (E.D. Tex. 1999); *See* Panel Rule 1.5, 181 F.R.D. 1,3 (1998); *See also* Bartley v. Borden, Inc. et al., 1996 WL 68482 (E.D. La. 1996)(citing Panel Rule 18 which states that the pendency of a conditional transfer order "does not affect or suspend orders and pretrial proceedings in the district court in which the action is pending and does not in any way limit the pretrial jurisdiction of that court" within the prescribed fifteen day period.)

Plaintiff filed his notice of opposition within the prescribed period.  Therefore, transmittal of the CTO was stayed and continues to be stayed until further action by this Panel.  Finally, since the case has not been finally transferred, but only "provisionally" transferred, pending a final decision on transfer, it is still pending in the original district court to which it was removed.  Thus, not only does the United States District Court retain jurisdiction to rule on the motion for remand before it, but it may promptly do so and preserve the plaintiff's right to a timely resolution of his claim.

Plaintiff respectfully requests that his motion to vacate the CTO be granted, so that the court to which the case was removed may resolve his motion for remand.

Respectfully submitted,

/s/ Charles S. Siegel
Charles S. Siegel
Texas State Bar No. 18341875
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244 Telephone
(214) 357-7252 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Brief to Vacate the Conditional Transfer Order has been served by facsimile on all counsel of record listed below on this 18th day of May, 2011.

Elliott, Douglas
Adams, Jennifer E.
Stout, III, A. Wendel
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130
Tel: 504-581-5141
Fax: 504-566-1201
**Attorneys for Beazer East, Inc. fka Koppers Company, Inc.,
CertainTeed Corporation**

Bezet, Gary A.
Moncla, Gayla M.
Kean, Miller, Hawthorne, D'armond, Mccowan & Jarman, L.L.P.
P.O. Box 3513
Baton Rouge, LA 70821
Tel: 225-387-0999
Fax: 225-388-9133
**Attorneys for Georgia-Pacific, LLC (sii to Bestwall Gypsum Company)**

Abraham, Michael H.
Guidry, Robert E.
Kuchler, Polk, Schell, Weiner, & Richeson
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Tel: 504-592-0691
Fax: 504-592-0697
       **Attorneys for Union Carbide Corporation**

Lafontaine, Monique M.
Locke Lord Bissell & Liddell Llp
601 Poydras Street, Suite 2660
New Orleans, LA 70130
Tel: 504-558-5100
Fax: 504-558-5200
       **Attorneys for Hongkong Shanghai Banking Corporation Limited**
            **(ind & sii Antony Gibbs and Co.) and HSBC Holdings, PLC**
            **(ind & sii Anthony Gibbs and Co.)**

Swetman, Glenn L.M.
Baxter, Kay Barnes
Massenburg, Christopher O.
Hays, B. Adam
Thibodeaux, Brandie Mendoza
Casey, Margaret Adams
Swetman Baxter Massenburg, Llc
650 Poydras, Suite 2400
New Orleans, LA 70130
Tel: 504-799-0500
Fax: 504-799-0501
       **Attorneys for Bird Incorporated f/k/a Bird & Son, Inc.**

            /s/ Charles S. Siegel
            Charles S. Siegel