## IN THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **WILLIAM CLEVE DAVIDSON** | § | |
| | § | **CAUSE NO.: LAE/2:11-cv-01013** |
| **Plaintiff,** | § | |
| | § | (Orleans Parish No. 2010-05127) |
| vs. | § | |
| | § | **SECTION F** |
| **ADVOCATE MINES, LTD., et al.,** | § | |
| | § | **MARTIN L. C. FELDMAN, JUDGE** |
| **Defendants.** | § | **MAGISTRATE JUDGE 2** |

### WITHDRAWAL OF FILING OF NOTICE OF APPEARANCE

A Notice of Appearance was inadvertently filed on behalf of Kay Baxter for Bird, Incorporated in the *Murphy Exploration & Production Co. v. McCarty Corp., et al.* Case Number: LAE/2:04-cv-01554. This Notice of Appearance should be withdrawn and another Notice of Appearance filed in the correct matter.

Respectfully submitted,

**SWETMAN BAXTER MASSENBURG, LLC**

 /s/  Kay Barnes Baxter_____
Kay Barnes Baxter  (LSBA No. 22938)
Glenn L.M. Swetman (LSBA No. 21904)
Christopher O. Massenburg (LSBA No. 26989)
Brandie M. Thibodeaux (LSBA No. 29344)
Margaret Adams Casey (LSBA No. 22918)
650 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Telephone: (504) 799-0500
Facsimile:   (504) 799-0501

**ATTORNEYS FOR BIRD, INCORPORATED**

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this date delivered, a true and correct copy of the foregoing document to counsel for Plaintiff and all known counsel for defendants.

**SO CERTIFIED,** this the 18th day of May, 2011.

 /s/  Kay Barnes Baxter_____
**KAY BARNES BAXTER**