**CT Corporation**

**Service of Process Transmittal**
03/16/2011
CT Log Number 518194755

TO: Frederick C Wolsky
Foster Wheeler Inc.
Perryville Corporate Park
Clinton, NJ 08809

RE: **Process Served in Louisiana**

FOR: Foster Wheeler Energy Corporation (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Terry Cardaro and Jo Ann, Pltfs. vs. Aerojet General Corporation, etc., et al. including Foster Wheeler Energy Corporation, Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Second Supplemental and Amended Petition, Exhibit(s), Motion, Certificate of Service, First Supplemental and Amended Petition, Order, Petition |
| **COURT/AGENCY:** | Orleans Civil District Court, Parish of Orleans, LA
Case # 2011-6700 |
| **NATURE OF ACTION:** | Asbestos Litigation - Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/16/2011 at 08:35 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after the service |
| **ATTORNEY(S) / SENDER(S):** | Mickey P. Landry
Landry & Swarr, L.L.C.
1010 Common Street
Suite 2050
New Orleans, LA 70112
504-299-1214 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/16/2011, Expected Purge Date: 04/15/2011
Image SOP
Email Notification, Lorraine Gibbons Lorraine_gibbons@fwc.com
Email Notification, Elaine McIntosh elaine_mcintosh@fwc.com
Email Notification, Frederick C Wolsky Fred_Wolsky@fwc.com
Email Notification, Mike Lovitto mike_lovitto@fwc.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Lisa Uttech |
| **ADDRESS:** | 5615 Corporate Blvd
Suite 400B
Baton Rouge, LA 70808 |
| **TELEPHONE:** | 225-922-4490 |


EXHIBIT B

Page 1 of 1 / CM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

ATTORNEY'S NAME: Hoffman, Philip  32277
AND ADDRESS:    1010 Common St, Ste 2050
                New Orleans   LA  70112

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2005 -- 06700    14    DIVISION: L              SECTION: 6

CARDARO, TERRY          ETAL VERSUS AEROJET GENERAL CORPORATION    ETAL

## CITATION

TO: FOSTER WHEELER ENERGY CORPORATION, A DELAWARE CORPORATION
THROUGH: THEIR AGENT: C.T. CORPORATION SYSTEM
5615 CORPORATE BLVD., STE. 400 B

BATON ROUGE                    LA

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
SECOND SUPPLEMENTAL AND AMENDING PETITION W/ 1ST SUPPL. & AMEND. PETITION & ORIGINAL
PETITION ATTACHED
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk
of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the
service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the
New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the
New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

**********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for
the Parish of Orleans, State of LA    March 11, 2011    .

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _Amber Darby_
                 Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ | On this _____ day of _____ |
| _____ served a copy of the w/i petition | _____ served a copy of the w/i petition |
| SECOND SUPPLEMENTAL AND AMENDING PETITION W/ 1ST SUPPL. & AMEND. PETITION & ORIGINAL PETITION ATTACHED | SECOND SUPPLEMENTAL AND AMENDING PETITION W/ 1ST SUPPL. & AMEND. PETITION & ORIGINAL PETITION ATTACHED |
| On | On |
| FOSTER WHEELER ENERGY CORPORATION, A DELAWARE CORPORATION | FOSTER WHEELER ENERGY CORPORATION, A DELAWARE CORPORATION |
| THROUGH: THEIR AGENT: C.T. CORPORATION SYSTEM | THROUGH: THEIR AGENT: C.T. CORPORATION SYSTEM |
| | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ |
| Returned same day | a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ |
| No. _____ | FOSTER WHEELER ENERGY CORPORATION, A DELAWARE CORPORATION |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____/ ENTERED /_____ | being absent from the domicile at time of said service. |
| PAPER         RETURN | Returned same day |
| ____/_____/_____ | No. _____ |
| SERIAL NO.   DEPUTY   PARISH | Deputy Sheriff of _____ |

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2005-6700　　　　　　　　　　　　　　　　DIVISION "L"

TERRY CARDARO and JO ANN CARDARO

VERSUS

AEROJET GENERAL CORPORATION (sued individually and as successor-in-interest to JOHNSTON PUMP COMPANY), ET AL

FILED:_____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

## SECOND SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

NOW COME Petitioners, by and through undersigned counsel, to respectfully file this Second Supplemental and Amended Petition for Damages in the following particulars:

1. For the purpose of confirming the following defendant:

　　A. FOSTER WHEELER ENERGY CORPORATION
　　　　A Delaware Corporation
　　　　Through Registered Agent:
　　　　C.T. Corporation System
　　　　5615 Corporate Blvd., Suite 400 B
　　　　Baton Rouge, LA 70808

2. Petitioners reiterate all other matters contained in the Original Petition for Damages and First Amended Petition for Damages and allege same as though set forth at length herein against the above named defendant.

WHEREFORE, the petitioners pray that their Original Petition for Damages and First Amended Petition for Damages be supplemented and amended in the above particulars and that, after due proceedings had, there be judgment herein in favor of petitioners and against the defendants as originally prayed for herein.

Respectfully submitted,

LANDRY SWARR & CANNELLA, L.L.C.

_____
MICKEY P. LANDRY, Bar No. 22817
FRANK J. SWARR, Bar No. 23322
DAVID R. CANNELLA, Bar No. 26231
PHILIP C. HOFFMAN, Bar No. 32277

1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
Telephone: (504) 299-1214
Facsimile: (504) 299-1215

COUNSEL FOR PETITIONER

## ORDER

Let the above and foregoing Second Supplement and Amendment to the Original Petition for Damages and First Amended Petition for Damages be filed as prayed for.

SO ORDERED this the 10th day of March, 2011.

(Sgd.) KERN A. REESE
JUDGE

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

PLEASE SERVE THE FOLLOWING DEFENDANT WITH PLAINTIFF'S ORIGINAL PETITION FOR DAMAGES, PLAINTIFF'S FIRST AMENDED PETITION FOR DAMAGES AND PLAINTIFF'S SECOND SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES:

1. **FOSTER WHEELER ENERGY CORPORATION,**
    A Delaware Corporation
    Through Registered Agent:
    C.T. Corporation System
    5615 Corporate Blvd., Suite 400 B
    Baton Rouge, LA 70808

PLEASE SERVE THE FOLLOWING DEFENDANTS WITH THE SECOND SUPPLEMENTAL AND AMENDING PETITION ONLY:

1. **CRANE CO.**
    By and through its attorney of record:
    Matthew Lott
    Dogan & Wilkinson, PLLC
    734 Delmas Avenue
    P.O. Box 1618
    Pascagoula, MS 39568-1618

2. **TRAVELERS CASUALTY AND SURETY COMPANY**
    By and through its attorney of record:
    Kristopher T. Wilson
    Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
    601 Poydras Street, Ste. 2775
    New Orleans, LA 70130

3. **GENERAL ELECTRIC COMPANY**
    By and through its attorney of record:
    John Hainkel
    Frilot, LLC
    1100 Poydras Street, Suite 3700
    New Orleans, Louisiana 70163
    Tel: 504-599-8000
    Fax: 504-599-8100

4. **METROPOLITAN LIFE INSURANCE COMPANY,**
    By and through its attorney of record:
    Jay M. Jalenak
    Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P.
    P.O. Box 3513
    Baton Rouge, LA 70821

5. **TRINITY INDUSTRIES, INC.,**
    **through the Louisiana Long Arm Statute pursuant Article 1261(3) to-wit:**
    2525 N Stemmons Freeway
    Dallas, Texas 75207

6. **TRINITY YACHTS, LLC**
    Stewart F. Peck
    Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
    601 Poydras Street, Suite 2775
    New Orleans, LA 70130

7. **YARWAY CORP.**
    M. James Dempsey
    Cosmich, Simmons & Brown

101 South Congress Street
Plaza Building, Suite 400
Jackson, Mississippi 39201
Tel: (601)863-2100
Fax: (601)863-0078