TERRY CARDARO

Page 1

CAUSE NO. 2004-58994

| | | |
|---|---|---|
| TERRY CARDARO and | ) | IN THE DISTRICT COURT |
| JO ANN CARDARO | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| VS | ) | HARRIS COUNTY, TEXAS |
| | ) | |
| AEROJET CORPORATION (sued | ) | |
| individually and as | ) | |
| successor-in-interest to | ) | |
| JOHNSTON PUMP COMPANY); | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | 11TH JUDICIAL DISTRICT |

TRANSFERRED FROM

CAUSE NO. 04-08933

| | | |
|---|---|---|
| TERRY CARDARO and | ) | IN THE DISTRICT COURT |
| JO ANN CARDARO | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| VS | ) | DALLAS COUNTY, TEXAS |
| | ) | |
| AEROJET CORPORATION (sued | ) | |
| individually and as | ) | |
| successor-in-interest to | ) | |
| JOHNSTON PUMP COMPANY); | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | 193RD JUDICIAL DISTRICT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL VIDEOTAPED DEPOSITION OF

TERRY CARDARO

JANUARY 26, 2005

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TERRY CARDARO

Page 2

1  ORAL DEPOSITION OF TERRY CARDARO, produced as a
2  witness at the instance of the Plaintiffs, and duly
3  sworn, was taken in the above-styled and numbered cause
4  on the 26th of January, 2005, from 10:03 to 4:19, before
5  Susan S. Klinger, CSR in and for the State of Texas,
6  reported by stenographic method, at 221 Camp Street, New
7  Orleans, Louisiana, pursuant to the Texas Rules of Civil
8  Procedure and the provisions stated on the record or
9  attached hereto.

Page 3

APPEARANCES

FOR THE PLAINTIFF(S):
 Mr. Troyce Wolf
 Mr. Jay Stuemke
 WATERS & KRAUS, LLP
 3219 McKinney Avenue, Suite 3000
 Dallas, Texas 75204
FOR THE DEFENDANT(S): McNALLY INDUSTRIES, FMC
 CORPORATION, DANA CORPORATION, CERTAINTEED CORPORATION
 AND RILEY STOKER CORPORATION:
 Mr. Dean Pilkington
 DEHAY & ELLISTON, LLP
 901 Main Street, Suite 3500
 Dallas, Texas 75202
FOR THE DEFENDANT(S): FIATALLIS NORTH AMERICA
 Mr. Erik Knudop
 BALL & WEED, PC
 745 East Mulberry, Suite 500
 San Antonio, Texas 78212-3191
FOR THE DEFENDANT(S): DURABLA
 Mr. Jevan S. Fleming
 DOGAN & WILKINSON, PLLC
 P.O. Box 1618
 Pascagoula, Mississippi 39568
FOR THE DEFENDANT(S): AGCO
 Mr. Jim McLeroy
 McLEROY, LITZLER, RUTHERFORD, BAUER & FRIDAY, P.C.
 430 Church Street
 Sulphur Springs, Texas 75483-0657
FOR THE DEFENDANT(S): WARREN PUMPS, GARDNER DENVER AND
 VIKING PUMPS
 Mr. Drew Schilling
 HAWKINS, PARNELL & THACKSTON, LLP
 Suite 550, 4514 Cole Avenue
 Dallas, Texas 75205

FOR THE DEFENDANT(S): HARDIE-TYNES
 Mr. Adam T. Fox
 MACDONALD & DEVIN
 3800 Renaissance Tower
 1201 Elm Street
 Dallas, Texas 75270

Page 4

FOR THE DEFENDANT(S): GORMAN-RUPP
 Mr. Frank A. Domino
 MEHAFFY & WEBER, PC
 2615 Calder Avenue, Suite 800
 Beaumont, Texas 77704
FOR THE DEFENDANT(S): ALFA LAVAL INC.
 Mr. Peter Santos
 NEXSEN, PRUET, ADAMS, KLEEMEIER, PLLC
 201 South Tryon Street, Suite 1200
 Charlotte, North Carolina 28202
FOR THE DEFENDANT(S): GOULDS PUMPS
 Mr. David J. Fisher
 NAMAN, HOWELL, SMITH & LEE, LLP
 8310 Capital of Texas Highway, North
 Suite 490
 Austin, Texas 78731-3485

FOR THE DEFENDANT(S): JOHN CRANE AND GRAHAM
 Mr. Michael Hearn
 BAILEY, CROWE & KUGLER, LLP
 4600 Bank of America Plaza
 901 Main Street
 Dallas, Texas 75202
FOR THE DEFENDANT(S): SMITHCO ENGINEERING
 Mr. Jack T. Akin, Sr.
 LAW OFFICES OF G.R. AKIN
 3400 West Marshall Avenue, Suite 300
 Longview, Texas 75604
FOR THE DEFENDANT(S): CRANE CO
 Ms. Amy Ainsworth
 KIRKPATRICK & LOCKHART, LLP
 2828 North Harwood, Suite 1800
 Dallas, Texas 75201-6966
FOR THE DEFENDANT(S): GE
 Mr. Keith Foley
 MEHAFFY & WEBER, PC
 2615 Calder Avenue, Suite 800
 Beaumont, Texas 77704
FOR THE DEFENDANT(S): ELLIOTT CO.
 Mr. Andy Atkins
 CROUCH & RAMEY, LLP
 1445 Ross Avenue, Suite 2300
 Dallas, Texas 75202

Page 5

FOR THE DEFENDANT(S): COOPER INDUSTRIES
 Ms. Laurie Easter
 JACKSON WALKER, LLP
 1401 McKinney, Suite 1900
 Houston, Texas 77010
FOR THE DEFENDANT(S): TYCO VALVES & CONTROLS
 Ms. Amy Maccherone
 ABBOTT, SIMSES & KUCHLER, P.C.
 1360 Post Oak Boulevard, Suite 1700
 Houston, Texas 77056
FOR THE DEFENDANT(S): AURORA PUMP
 Mr. Nathan Horne
 SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD
 One Hundred Congress Avenue, Suite 700
 Austin, Texas 78701
FOR THE DEFENDANT(S): THE NASH ENGINEERING CO.
 Ms. Jennifer Tatum
 JENKENS & GILCHRIST, P.C.
 1445 Ross Avenue, Suite 3200
 Dallas, Texas 75202-2799
FOR THE DEFENDANT(S): CLEAVER-BROOKS (AQUA-CHEM)
 Mr. Ney J. Gehrum
 O'BRYON & SCHNABEL, P.L.C.
 1515 Poydras Street, Suite 830
 New Orleans, Louisiana 70112-4541
FOR THE DEFENDANT(S): FLOWSERVE CORPORATION
 Mr. Wes Sprague
 SHEEHY, SERPE & WARE, PC
 2500 Two Houston Center, 909 Fannin Street
 Houston, Texas 77010-1003
FOR THE DEFENDANT(S): VIACOM
 Mr. John G. Gomila, Jr.
 JONES, WALKER, WAECHTER, POITEVENT, CARRERE &
 DENEGRE, LLP
 201 St. Charles Avenue
 New Orleans, Louisiana 70170-5100

FOR THE DEFENDANT(S): IMO INDUSTRIES AND TUTHILL
 Mr. Jackie Claborn
 GARDERE, WYNNE, SEWELL, LLP
 3000 Thanksgiving Tower
 1601 Elm Street
 Dallas, Texas 75201-4761

TERRY CARDARO

Page 6

1  FOR THE DEFENDANT(S): GUARD-LINE, INC.; METALLO
   GASKET; CARVER PUMP COMPANY
2    Mr. Michael Watson
     DOGAN & WILKINSON, PLLC
3    P.O. Box 1618
     Pascagoula, Mississippi 39568
4
   FOR THE DEFENDANT(S): BADGER METER
5    Mr. Jesus Garcia, Jr.
     LOCKE, LIDDELL & SAPP, LLP
6    600 Travis Street, Suite 3400
     Houston, Texas 77002-3095
7
   FOR THE DEFENDANT(S): GENERAL MOTORS
8    Mr. Anthony A. Avey
     PRICHARD, HAWKINS, McFARLAND & YOUNG
9    Union Square, Suite 600
     10101 Reunion Place
10   San Antonio, Texas 78216
11 FOR THE DEFENDANT(S): YARWAY
     Mr. Charles E. Riley, IV
12   SIMON, PERAGINE, SMITH & REDFEARN, LLP
     30th Floor - Energy Centre
13   1100 Poydras Street
     New Orleans, Louisiana 70163-3000
14
   FOR THE DEFENDANT(S): LESLIE
15   Mr. Joe Michael Russell
     KENT, GOOD & ANDERSON, P.C.
16   One American Center, Suite 777
     909 E.S.E. Loop 323
17   Tyler, Texas 75701
18 FOR THE DEFENDANT(S): GARLOCK
     Mr. Troy N. Bell
19   AULTMAN, TYNER & RUFFIN, LTD
     400 Poydras Street, Suite 1900
20   New Orleans, Louisiana 70130
21 FOR THE DEFENDANT(S): HENRY TECHNOLOGIES, INC.
     Mr. Michael Stuart Lee
22   THE LEE FIRM
     615 N. Upper Broadway, Suite 708
23   Corpus Christi, Texas 78477
24 ALSO PRESENT:
25   Jo Ann Cardaro
     Charles Lee, videographer

Page 7

1           INDEX
2  WITNESS                              PAGE
3  TERRY CARDARO
4  EXAMINATION BY MR. WOLF               11
5  EXAMINATION BY MR. FISHER            125
6  EXAMINATION BY MR. AKIN              142
7  EXAMINATION BY MR. PILKINGTON        147
8  EXAMINATION BY MR. AVEY              153
9  EXAMINATION BY MR. BELL              162
10 EXAMINATION BY MR. FOLEY             184
11 EXAMINATION BY MR. HORNE             191
12 EXAMINATION BY MR. KRUDOP            205
13 EXAMINATION BY MR. SPRAGUE           208
14 EXAMINATION BY MR. GAMILA            218
15 EXAMINATION BY MR. WATSON            219
16 EXAMINATION BY MR. GARCIA            230
17 EXAMINATION BY MR. WOLF              240

Page 8

1        MR. WOLF: I will agree that one objection
2  by one defendant is good for all. When I get through
3  with my direct examination, if we don't take a break
4  somewhere in the middle of that, we'll certainly take a
5  break when I get through. I will then give up my seat
6  and sit over here by Terry, and then each one of y'all
7  can come and sit here across from him to ask your
8  questions, okay? Does anybody need to get anything on
9  the record before we begin? Nothing? All right.
10       VIDEOGRAPHER: Today is January 26th, 2005.
11 The time is approximately 10:00 a.m. The location is
12 International Hall, 221 Camp Street, New Orleans,
13 Louisiana. My name is Charles Lee of Legal
14 Specialists -- of LegalEyes, Inc., Denton, Texas. The
15 case number is 2004-58994 entitled Cardaro versus
16 Arrowjet Corp, et al. The deponent is Terry Cardaro.
17 The video deposition is requested by Waters & Kraus,
18 Troyce G. Wolf. If counsel and all present will please
19 identify themselves for the record, and the deponent may
20 be sworn.
21       MR. WOLF: This is Troyce Wolf with Waters
22 and Krause on behalf of the plaintiffs.
23       MR. STUEMKE: Jay Stuemke with Waters &
24 Krause on behalf of the plaintiffs.
25       MR. FISHER: David Fisher on behalf of

Page 9

1  Goulds Pumps.
2        MR. HEARN: Mike Hearn for John Crane
3  Company and Graham Corporation.
4        MR. AKIN: Jack Akin on behalf of Smithco
5  Engineering Company, Inc.
6        MS. AINSWORTH: Amy Ainsworth on behalf of
7  Crane Co.
8        MR. ATKINS: Andy Atkins for the Elliott
9  Company.
10       MS. EASTER: Laurie Easter with Cooper
11 Industries, Inc.
12       MS. MACCHERONE: Amy Maccherone on behalf of
13 Tyco Valves & Controls, Inc.
14       MR. HORNE: Nathan Horne on behalf of Aurora
15 Pump.
16       MS. TATUM: Jennifer Tatum on behalf of the
17 Nash Engineering Company.
18       MR. PILKINGTON: Dean Pilkington for McNally
19 Industries, Riley Stoker Corporation, Dana Corporation,
20 Certainteed Corporation and FMC Corporation.
21       MR. KRUDOP: Erik Krudop for Fiatallis.
22       MR. McLEROY: Jim McLeroy for AGCO
23 Corporation.
24       MR. SCHILLING: Drew Schilling here for
25 Warren Pumps, Viking Pumps, Gardner Denver.

3 (Pages 6 to 9)

5fbecdfa-56b7-46ee-bbd3-e992113b1f92

TERRY CARDARO

Page 14

1  what you did at these various facilities, and once we do
2  that, Terry, then I want to go back and ask you some
3  more detailed questions about what you did at each of
4  those facilities, okay?
5      A. Okay.
6      Q. It's my understanding that sometime between 1968
7  and '69, you went to work for the New Orleans Shipyard?
8      A. New Orleans Shipyard?
9      Q. Equitable.
10     A. Equitable.
11     Q. At the New Orleans Shipyard; is that right?
12     A. Right.
13     Q. Okay. And that job lasted for approximately one
14 year?
15     A. Yes.
16     Q. All right. And what was your job title or
17 description there at the New Orleans Shipyard for
18 Equitable?
19     A. Yeah. I hired on as a tacker, and in about three
20 months I was a second-class welder. They needed
21 somebody to climb up high.
22     Q. Okay. Let me ask you right quick, can you
23 explain to the ladies and gentlemen of the jury what a
24 tacker was?
25     A. Well, you usually work with a shipfitter or a

Page 15

1  pipefitter, and he fits the -- either the plate or the
2  material together, and when he gets it fit in a certain
3  position, we would tack it together to get it ready for
4  the welder to make the completed joint, or the completed
5  weld.
6      Q. Would I be correct to say a tacker is somewhat of
7  a welder's assistant or helper?
8      A. Or the shipfitter -- or the fitter's helper,
9  yeah.
10     Q. Okay. How long were you -- for this one year at
11 Equitable there at New Orleans Shipyard were you a
12 tacker before you became a welder?
13     A. Approximately three months, two to three months.
14     Q. So after two or three months you moved up and
15 became a welder?
16     A. Right.
17     Q. And probably everyone knows pretty much what a
18 welder entails, but in that particular job, can you give
19 me a little bit more detail what you were doing as
20 welder there at the New Orleans Shipyard?
21     A. They were building small boats out of, you know,
22 fairly thin sheet metal, and they would have to weld it
23 all up. It was small boats and barges also. And -- but
24 what they mainly hired -- moved me up for was to plug
25 weld, I guess you call it girders in the overheads so

Page 16

1  that the cranes could hold the boats that they were
2  building. So they would cut holes in the eyebeam, and I
3  would go up there on the top of a crane and weld them
4  in. That was the jest of the job. There was other
5  things. It was just general, whatever they had to do.
6  There was also -- I was subcontracting for basically a
7  place called Taylor Die & Salvage while they were there,
8  and they were building decompression chambers for Taylor
9  Die & Salvage.
10     Q. But the entire time that you worked for Equitable
11 for this year '68 to '69, that was at the New Orleans
12 Shipyard?
13     A. Delta Shipyard.
14     Q. And then you left that position and joined the
15 United States Navy starting in 1969?
16     A. 1969, right.
17     Q. And you were in the United States Navy from 1969
18 to 1977?
19     A. Right, two hitches.
20     Q. Did you say two hitches?
21     A. Yeah, two four-year terms.
22     Q. And were they back to back?
23     A. Back to back.
24     Q. So from '69 to '77, you were a full-time enlisted
25 serviceman in the United States Navy?

Page 17

1      A. Right.
2      Q. What were you doing during that approximately
3  eight-year period for the Navy?
4      A. I went through boot camp, and after boot camp, it
5  made what we call a fireman apprentice, and from that
6  point, I got stationed aboard a ship called the USS L.Y.
7  Spear, which was a submarine tanker, and I basically was
8  a welder, same thing. I got hired on as a welder. I
9  mean, that's what they were looking for was welders.
10     Q. Let me back up and ask you about that, and we're
11 going to talk about the various ships here in just a
12 second. The approximately eight years -- have I got
13 that right?
14     A. Yes.
15     Q. -- that you were in the United States Navy, is it
16 fair to say that your job description was that of a
17 welder that entire time, or did it change at any time
18 during that eight-year period?
19     A. Welder the whole time.
20     Q. Okay. All right.
21     A. Actually, my classification was called a pipe --
22 they changed the technology of it. When I first went in
23 the service, it was considered pipefitter, and then they
24 changed it to a shipfitter, and then they changed it to
25 a hull technician over the years, which is the same

5 (Pages 14 to 17)

TERRY CARDARO

Page 18

1 thing. I was welder in the Navy.
2  Q. Okay. So even though you may have been called a
3 pipefitter, some of these other names, basically you
4 were a welder that entire time?
5  A. Right.
6  Q. Is that fair?
7  A. That's fair. I stood watches and stuff like
8 that. Also I was patrol for the ship that we was on,
9 which was fighting fires or anything like that.
10  Q. Okay. Then you got an honorable discharge from
11 the U.S. Navy?
12  A. Two, yeah.
13  Q. All right. Two, all right. And then in
14 approximately 1977, where did you go to work?
15  A. In 1977, I went to work for Louisiana Power &
16 Light Company.
17  Q. And where is that located?
18  A. It was in the New Orleans area, the one I was at,
19 right here in New Orleans.
20  Q. The outskirts of New Orleans?
21  A. Right, and then they stationed me — I went to
22 Nine-Mile Point, which is right down the river.
23  Q. Okay. And you were at Louisiana Power & Light
24 from approximately 1977 to 1982?
25  A. Right.

Page 19

1  Q. And what were you doing for those folks?
2  A. They called me a mechanic. I hired on as a
3 Mechanic B, but within one year I was a Mechanic A, but
4 basically I was still a welder. That's it.
5  Q. Okay. Was it safe for me to assume then, Terry,
6 that from 1968 to — through 1982, through these three
7 different employers, so to speak, you were a welder
8 during that entire time?
9  A. Yeah, welder. I also worked with the pumps and
10 the valves and stuff like that.
11  Q. Okay. You left Louisiana Power & Light in 1982?
12  A. Right.
13  Q. And what did you do after that?
14  A. I went to work for Martin Marietta, which is now
15 called Lockheed Martin, and we built — I was an
16 inspector — a welding inspector then for the external
17 tank for the space shuttle.
18  Q. And how long did you work at that facility?
19  A. 21 years now.
20  Q. So from 1982 until when?
21  A. Until January of this year.
22  Q. January '05?
23  A. Right. That's when they declared me retired.
24  Q. And was that because of your mesothelioma?
25     THE WITNESS: It wasn't January? It was —

Page 20

1     MRS. CARDARO: December 1st.
2     THE WITNESS: December the 1st, that's
3 right.
4     MRS. CARDARO: 2004.
5  A. That's right, December the 1st.
6  Q. The end of —
7  A. Of 2004.
8  Q. And that was because of your mesothelioma?
9  A. Yes.
10  Q. And did you receive disability because of your
11 mesothelioma at that time, shortly —
12  A. Not before that. At that time I did, yeah,
13 workmen's compensation up until that point.
14  Q. Working with Lockheed, same thing, were you a
15 welder?
16  A. No. It was a completely different job. I was an
17 inspector. I inspected other people's welds.
18  Q. And by that, I'm assuming you would just review
19 the work that other welders were doing to make sure that
20 it was up to par and was satisfactory and met the
21 criteria or standards that Lockheed was requiring?
22  A. That's it.
23  Q. You didn't have any hands-on welding at any time
24 in that phase of your career?
25  A. No, no hands-on welding at all.

Page 21

1  Q. Let me back up just on your Navy career for a
2 second, Terry. I've got a list of vessels that you
3 worked with or on, and I'm going to go through that list
4 and then ask you if you, in fact, worked on those
5 vessels, okay? It's a rather lengthy list, so just bear
6 with me.
7  A. I know that.
8  Q. Okay. The USS Orion, the USS L.Y. Spear —
9  A. That is Orion.
10  Q. Orion?
11  A. Orion, yeah.
12  Q. Okay. Thank you. The USS L.Y. Spear, and that's
13 an AS-36?
14  A. Submarine tanker.
15  Q. All right. The USS Narwhal?
16  A. Narwhal is a — I can't remember exactly what the
17 Narwhal was. I think that's a submarine, as far as I
18 know. I'm not sure with the Narwhal.
19  Q. Well, I've got it down as SSN-671. Does that
20 sound right?
21  A. I don't know. That's one of the ones that I
22 worked on, but not for — in other words, the L.Y. Spear
23 was the — and the Orion was the tender, and then from
24 there we would work on several ships and boats.
25  Q. Okay. The Orion was the tender?

6 (Pages 18 to 21)

TERRY CARDARO

Page 22

1   A. Tender, right, submarine tender also.
2   Q. And the Spear was too?
3   A. Yes.
4   Q. Before we go any further, can you explain to the
5   ladies and gentlemen of the jury what a tender is and
6   how that works?
7   A. Well, it's a mobile repair ship. It's designed
8   to go anywhere, and submarine comes to it. It can
9   handle 13 boats at one time, they say so, I don't
10  believe that, but we always had 13, whether it was -- or
11  better, either on the piers or next to it, and we would
12  go down to the ships or the subs and work on the subs.
13  And then sometimes we would take the stuff off the sub
14  and bring it to the weld shop or the pipe shop and we
15  would fix things on there, and basically did repairs of
16  piping, valves. Removal of pumps was done by a -- or
17  one division A Gang, but they would remove them. We had
18  to go out there and take the valves loose or the pumps
19  loose for them, and then they would transport it out and
20  it was basically just repair. Also on -- it was nuclear
21  components, we worked on nuclear submarines, so there
22  was nuclear components, which was valves and stuff like
23  that, basically welding all the time.
24  Q. Okay. These tenders, though, is it fair to say
25  they are basically vessels that were used to repair

Page 23

1   other vessels?
2   A. Right.
3   Q. And they were floating vessels?
4   A. Right. They were -- every time -- they didn't go
5   out to sea very much, but when they did go out, we had
6   to grind -- take the coffee grounds from underneath to
7   move it, but yeah, it did float.
8   Q. It did float?
9   A. Yeah.
10  Q. Well, let me ask you about that. Even though
11  they were floating repair vessels, did most of the subs
12  or the other vessels that were coming in for repair, did
13  they come into port for that?
14  A. Right.
15  Q. So you were actually stationed aboard the Orion
16  and the Spear, those two tenders?
17  A. No, I was stationed aboard the L.Y. Spear. The
18  Orion was the first ship I worked on. It was the sister
19  ship, or the first ship. It was a diesel repair -- had
20  a diesel engine in it, diesel engine.
21      And when I first got to Norfolk, they sent us to
22  the Orion to do work for that ship while we was waiting
23  for our ship to come in, which was the L.Y. Spear. And
24  we would often swap back and forth while we were there,
25  but then eventually within the year, the Orion went to

Page 24

1   Charleston and we stayed in Norfolk, Virginia.
2   Q. Okay. What about the USS Narwhal?
3   A. The Narwhal, I don't have recollection of that
4   one. I remember the name, but I'm not sure what the
5   Narwhal was. That had to be in my records, but I can't
6   remember exactly where the Narwhal was or what it was.
7   Q. Okay. What about the USS Whale?
8   A. Yeah, submarine.
9   Q. That was a submarine?
10  A. Yeah, submarine.
11  Q. What work did you do for that sub?
12  A. Well, the Whale was when I first got aboard the
13  L.Y. Spear, the Whale was one of them. It's a nuclear
14  attack submarine, and it's -- mainly then I was doing
15  piping and valves, removing the valves, removing the
16  piping or welding or setting up for the welder at that
17  time to put the valves back in after they were fixed or
18  repaired and stuff like that.
19  Q. Were you actually stationed aboard the Whale or
20  was it just pulled up alongside?
21  A. It was pulled up alongside, yeah.
22  Q. It was pulled up alongside a tender?
23  A. Almost all the ships that you are going to do are
24  all basically the same ships, which is the submarines.
25  That's what I worked on mostly.

Page 25

1   Q. And so -- just so that I understand, Terry, the
2   subs -- primarily subs, they would pull up and be
3   connected in some fashion to these tenders, and then you
4   would go aboard to do work on them?
5   A. Right.
6   Q. But you didn't actually reside or stay or sleep
7   on those particular subs?
8   A. I can't say I didn't sleep on them. If I got a
9   chance to sleep on one, I would sleep on one, but I
10  never sailed on them. I didn't particularly like the
11  idea of going on a submarine, no.
12  Q. Did you have a bunk on the submarines?
13  A. No, I didn't have an assigned place there.
14  Q. Okay. All right. The next one I have is the
15  USS -- is it Borgall or Bergall, B-E-R-G-A-L-L?
16  A. That's a submarine, but I didn't pay much
17  attention to the names of those submarines. They all
18  look alike. I mean, actually they look exactly alike
19  except the Whale and the Nautilus. They were quite
20  different in design inside and out.
21  Q. Okay. What about the USS Nautilus?
22  A. The Nautilus, that's -- that's the first
23  submarine, a dirty boat.
24  Q. Do you recall working on the Nautilus?
25  A. Oh, yeah.

TERRY CARDARO

Page 30

1  A. That I actually was assigned to, yes.
2  Q. And then we've got this list of primarily subs,
3  attack subs that you worked on at various times?
4  A. Right.
5  Q. On these particular subs that we've been talking
6  about, Terry, do you recall just working on them on one
7  occasion for a period of time, or would it be something
8  where that particular sub, the Swordfish or the Shark
9  would come in for repairs and then go out to sea and
10 then come back at various times?
11 A. That's what they would do. They'd sometimes go
12 out about six months, sometimes only two months. They
13 go out, they come back. It depended upon what their
14 assignment was. And when they come back, if they didn't
15 use up their six months, they would come back. They
16 usually were in a very big hurry to get back out, or
17 they would change the crew or they double up on the
18 crews, and we had a certain amount of time to fix the
19 problems and then -- then move on, you know, so they can
20 get them out of there. It was kind of a rush, rush
21 thing.
22 Q. Okay. But am I correct in assuming then that you
23 worked on these various subs on more than one occasion?
24 A. Yeah, back and forth. They would go, come -- I
25 mean, I was there at Norfolk for four years the first

Page 31

1  time, and in four years, you're talking about seeing
2  them several times. Some of them would come in and we'd
3  never see them again after a couple of trips, and then
4  they'd go back to -- they would be assigned to somewhere
5  else and they would move on. Some of them would stay.
6  We always had the Nautilus. It haunted me. It followed
7  me everywhere.
8  Q. The Nautilus?
9  A. Yeah.
10 Q. Was it always needing something done?
11 A. Yeah, it was always needing something done.
12 Q. You mentioned Norfolk. That was my next
13 question. While you were in the Navy during these two
14 stints from '69 to 77, you just testified that you were
15 at Norfolk in Virginia for approximately four years?
16 A. Yes.
17 Q. And then you were in Charleston, South Carolina
18 for a time?
19 A. Well, we were permanently assigned to Norfolk
20 except for about two to three months when we -- I was
21 stationed in Charleston with the USS Orion. The USS
22 Orion was in Charleston, and the L.Y. Spear was in
23 Norfolk, and that's because we were going to swap, so to
24 speak. The Charleston was going to -- I mean, the Orion
25 was going to go to Norfolk and the Spear was going to go

Page 32

1  to Charleston, so they assigned me over to the Orion for
2  about three months. I wasn't actually -- I was
3  stationed to the ship, but I lived off -- off base.
4  Q. Okay. All right. And then were you stationed
5  in -- was it Groton, Connecticut for a time?
6  A. Yeah. That was after I went to C-1 welding
7  school in San Diego, and I was there and -- well, I went
8  back to the L.Y. Spear for one year and then went to
9  Groton, Connecticut for the last two years in the Navy.
10 Q. That was your last two years in the Navy?
11 A. Right.
12 Q. But while you were stationed in Connecticut, were
13 you doing the same thing as a welder?
14 A. Yes, I was the same thing. It was -- but it was
15 shore. It wasn't a tender. It was shore duty. It was
16 supposed to be R&R, rest and relaxation, and it didn't
17 quite turn out that way.
18 Q. Okay. You were still working as a welder?
19 A. Right.
20 Q. And then you mentioned San Diego. When were you
21 in San Diego?
22 A. Right before my first -- my second hitch, they
23 sent me to C-1 welding school. That's what I shipped
24 over for to go to -- become a nuclear component welder.
25 Q. So would that have been sometime in '63 or '64?

Page 33

1  A. That would be '68 -- yeah, right around '74,
2  yeah.
3  Q. '74?
4  A. '74, right.
5  Q. Okay.
6  A. About '73, excuse me.
7  Q. '73, okay. And how long were you in San Diego?
8  A. Nine months.
9  Q. And what were you doing there?
10 A. I was in C-1 welding school.
11 Q. You were actually in school?
12 A. Right. Well, it's a mixture of things. The
13 school -- you have to back up from where you were
14 before. Right before I shipped over, they sent me to
15 Portsmouth Naval Shipyard to challenge the course. I
16 didn't know it was to challenge the course, but they
17 sent me to school there to certify there. They were
18 trying to keep people from having to go all the way to
19 the West Coast to certify as nuclear component, so they
20 tried to certify them in what you call it -- excuse me,
21 in Nor -- not Norfolk -- Portsmouth Naval Shipyard, so
22 that was to keep everybody from having to go that far.
23 And -- but they couldn't do it because we didn't do
24 pipe. They were just testing for plate, so I took the
25 test there and challenged the course, passed it, and

9 (Pages 30 to 33)

TERRY CARDARO

Page 54

1  A. Some of them is as big as 5 feet in diameter.
2  Some of them only as big as 4 or 5 inches in diameter.
3  Q. So they varied greatly in size?
4  A. Depended on what they were being used for, yeah.
5  Q. The ones that were 5 feet in diameter, were they
6  covered in insulation?
7  A. Yeah. They all were covered in insulation.
8  Q. Whenever they had one of these turnarounds or
9  major overhaul, do you recall approximately how many of
10 these large heat exchangers you would have to work on
11 and remove the insulation?
12 A. I only remember one heat exchanger that we used
13 to have to work on a lot, but that was an old one, but
14 that would have to be -- there was two of them exactly
15 alike and we would work on those, you know, off and on
16 all year long. But the other ones, no. Condensers, not
17 that much for removing anything out of the condensers
18 that much, but it was done.
19 Q. Did you ever have to replace any of the
20 insulation on those heat exchangers?
21 A. No.
22 Q. Were you present while others did that type of
23 work?
24 A. Sometimes, yeah.
25 Q. Did that create any dust?

Page 55

1  A. When I was there, it did. I don't know about the
2  other -- what you call it. The laggers, like I said,
3  were hired from outside, and they were pretty messy.
4  They wanted to get in and get out, and they would cut
5  stuff with saws and handsaws and beat on it and
6  everything else, break it. It was dusty, especially if
7  you was working underneath them.
8  Q. Would you breathe that dust?
9  A. Yeah.
10 Q. Do you know who these outside laggers were, who
11 they worked for?
12 A. No. Most of the work they hired -- let's see,
13 with LP&L, they did a lot of Brown & Root, they used the
14 locals, Local 60, which was the pipefitters, and the
15 locals -- whatever locals that were working on it at the
16 time, low bid. Whoever would get the low bid. Some of
17 those guys would come in with a pickup truck and leave
18 with two 18-wheelers full of equipment. So they were
19 making a lot of money doing that kind of stuff.
20    MR. WOLF: We've been going for about an
21 hour. Why don't we take a quick break.
22    THE WITNESS: Yes, please.
23    VIDEOGRAPHER: This is the end of Tape 1 of
24 the video deposition of Terry Cardaro, and we are now
25 going off the record. The time is approximately 10:50.

Page 56

1    (Recess from 10:50 to 11:06 a.m.)
2    VIDEOGRAPHER: We are now going back on the
3  record. The time is approximately 11:06 a.m.
4  Q. All right. Terry, when we left off for the
5  break, I think we had been talking about heat
6  exchangers. I now want to talk to you a little bit
7  about boilers, okay?
8  A. Uh-huh.
9  Q. Can you explain just very briefly to the ladies
10 and gentlemen of the jury what a boiler is and how it
11 was used, the ones you worked around?
12 A. Well, in the Navy, the only boiler I fooled with
13 was on the L.Y. Spear. We were out at sea one time when
14 they -- one of them went out, and we had to get in there
15 and try to patch it. That was one time, and then the
16 other time was when we got back in, we had -- they did a
17 permanent repair on it. We did a repair on that, and
18 that's basically the first time I ever worked in the
19 boiler. And we did the shell plating, I guess you call
20 it, or the plating on the outside of it which all had to
21 be welded in, and --
22 Q. Okay. Let me stop you right there. You said you
23 had to repair one or work on one on the USS Spear?
24 A. Uh-huh.
25 Q. And you said something about coming back in. Was

Page 57

1  that -- did you do work on that same boiler on the USS
2  Spear or --
3  A. Right.
4  Q. On that same vessel?
5  A. Same vessel, right.
6  Q. Okay. That particular boiler on the USS Spear,
7  is that the only boiler that you have worked with or
8  around?
9  A. In the Navy.
10 Q. In the Navy?
11 A. Yeah, that's the only boiler I ever worked on in
12 the Navy.
13 Q. Did you work around any boilers at New Orleans
14 Shipyard for Equitable?
15 A. Not at Equitable, no.
16 Q. Okay. What about Louisiana Power & Light?
17 A. Yeah, I worked on -- they had -- they had five
18 steam -- I mean, generators. They had a 50-megawatt
19 generator, a 150-watt generator, a 450, and two 275s or
20 250s -- I mean, 750-megawatt units, and they all had
21 boilers on them.
22 Q. Okay. Let's focus real quick on the boiler on
23 the USS Spear. What exactly did you have to do in
24 connection with working on that boiler?
25 A. Well, when they -- when it -- when we broke down

15 (Pages 54 to 57)

Henjum Goucher Reporting Services, LP
888-656-DEPO

5fbecdfa-56b7-46ee-bbd3-e992113b1f92

TERRY CARDARO

Page 58

1  at sea, we had the -- we had to go in there while the
2  other one was running and they -- we tore the shell
3  plate or the plating off the outside of it, cut the
4  plating out, and then they went in from -- the other
5  people, the people that worked with the boilers, they
6  went in and put the refractory, which is bricks, I
7  think, back in, and then they put the insulation back
8  in, and then when they was putting the insulation in, we
9  had to weld the seal that -- seal it up again for the
10 draft or whatever that was going on in there.
11     Q. Okay. Did you personally remove any of that
12 insulation or brick on the inside of that boiler?
13     A. No.
14     Q. Were you present while these other workers were
15 doing that?
16     A. Yes, we were there.
17     Q. What were the conditions like while they were
18 removing this insulation on the outside or the brick on
19 the inside?
20     A. We were pretty hasty. They were just pulling it
21 out. It was quite dirty and dusty.
22     Q. Did you breathe that dust?
23     A. Sure. So did everybody else.
24     Q. How long did that particular work over -- or
25 repair to that boiler on the USS Spear take?

Page 59

1     A. We -- it broke down -- we broke down about -- in
2  the afternoon, and we were out there steaming, and I
3  guess we stayed in there that whole night, maybe 20
4  hours we was down in there. We came out and ate and
5  stuff like that, but 20 hours down in there.
6     Q. Okay. But you were present while all of that
7  work was going on?
8     A. Well, most of it, yes. A lot of times we were
9  waiting for them to finish something or, you know,
10 something like that, but we were still down in there.
11    Q. Okay. You would have to wait on them before you
12 could do your welding work?
13    A. Right.
14    Q. What about -- then you said something about when
15 you came back in. Did you have to do some more work on
16 the USS Spear when you came back in?
17    A. Yeah. It was -- they considered it a temporary
18 fix. So when we got back in, it took them about maybe
19 about a month and they'd set up and then we got
20 called -- or sand crabs they would call them. They'd
21 come in there and work -- work on it -- worked on it and
22 basically tore the whole thing apart and put it all back
23 together.
24    Q. Were you present when these sand crabs tore the
25 entire boiler apart?

Page 60

1     A. Well, we were in there mostly to remove piping
2  and stuff like that that they didn't want them to fool
3  with or that type of thing. We would go in and out, in
4  and out, off and on, but not as extensive time as -- at
5  one time. We would just go in there and remove
6  something or to work on something, you know, valves or
7  pipes that was in the way, but we didn't actually work
8  on the boiler itself. The other guys did.
9     Q. Were you present on that occasion when you came
10 back in and they did this major overhaul?
11    A. Yeah, I would go in there when they were in there
12 working on it, right.
13    Q. When they were removing the insulation?
14    A. Right, when they were -- well, they had already
15 removed a lot of it, and they were still moving it out
16 of the way, moved it all -- and there's a lot of piping
17 in there and it was being removed.
18    Q. Were they removing the insulation on the outside
19 of the boiler?
20    A. Outside of the boiler, right.
21    Q. Okay. What were the conditions --
22    A. Well, that was inside too, but I didn't really
23 work on that part of it. They had their own welders
24 down in there. And a lot of it had to do with just
25 keeping -- keeping -- because they were using our

Page 61

1  welding machines. They were keeping them satisfied with
2  what they needed to do. We also supplied them with rods
3  too, welding rods and stuff like that.
4     Q. Were you present though while they were removing
5  the insulation both on the inside and the outside of
6  that boiler on the second occasion?
7     A. Off and on, but not -- not constantly. They were
8  in there damn near a month, I guess.
9     Q. And was that a dusty process?
10    A. Oh, yes. They wasn't very neat either. I never
11 met anybody that worked on any of that stuff that was
12 ever neat, including us.
13    Q. Did you breathe that dust?
14    A. Sure.
15    Q. Okay. Let's now talk about the boilers. You
16 said there were five boilers at Louisiana Power & Light?
17    A. Right.
18    Q. First of all, let me back up. I'm getting ahead
19 of myself. This boiler on the USS Spear, can you give
20 us some idea of the size of that boiler?
21    A. It was about, I don't know, 15 foot high and
22 about from here to the wall, about this big right here
23 (indicating).
24    Q. So about 15 feet tall?
25    A. 15 by 16 -- 15 by 15 by maybe 20 foot tall,

16 (Pages 58 to 61)

Henjum Goucher Reporting Services, LP
888-656-DEPO