0029

THIS IS AN IMPORTANT RECORD
SAFEGUARD IT.

### PERSONAL DATA

| 1. LAST NAME-FIRST NAME-MIDDLE NAME | 2. SERVICE NUMBER | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| CARDARO, Terry Michael | NA | [redacted] |

| 4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | 5a. GRADE, RATE OR RANK | b. PAY GRADE | 6. DATE OF RANK | DAY | MONTH | YEAR |
|---|---|---|---|---|---|---|
| NAVY - USN | HT2 | E-5 | | 01 | JUN | 72 |

| 7. U.S. CITIZEN | 8. PLACE OF BIRTH (City and State or Country) | 9. DATE OF BIRTH | DAY | MONTH | YEAR |
|---|---|---|---|---|---|
| ☒ YES ☐ NO | New Orleans, Louisiana | | [redacted] | | |

### SELECTIVE SERVICE DATA

| 10a. SELECTIVE SERVICE NUMBER | b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY, STATE AND ZIP CODE | c. DATE INDUCTED |
|---|---|---|
| 16 54 48 217 | 54, Chalmette, St Bernard, Louisiana 70043 | NA |

### TRANSFER OR DISCHARGE DATA

| 11a. TYPE OF TRANSFER OR DISCHARGE | b. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| Discharged | USS L. Y. SPEAR (AS 36) at Norfolk, Virginia |

| c. REASON AND AUTHORITY | EFFECTIVE DATE | DAY | MONTH | YEAR |
|---|---|---|---|---|
| BUPERSMAN 3850220.1c - 206 - To immediately reenlist | | 08 | JUL | 73 |

| 12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 13a. CHARACTER OF SERVICE | b. TYPE OF CERTIFICATE ISSUED |
|---|---|---|
| USS L. Y. SPEAR (AS 36) | HONORABLE | DD Form 256N |

| 14. DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED | 15. REENLISTMENT CODE |
|---|---|
| NA | RE-R1 |

| 16. TERMINAL DATE OF RESERVE/UNIT&S OBLIGATION | 17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION | 18. TERM OF SERVICE (Years) | 19. DATE OF ENTRY |
|---|---|---|---|
| DAY MONTH YEAR — NA | SOURCE OF ENTRY: ☒ ENLISTED (First Enlistment) ☐ ENLISTED (Prior Service) ☒ REENLISTED ☐ OTHER | 4 | DAY 14 MONTH JUL YEAR 69 |

| 18. PRIOR REGULAR ENLISTMENTS | 19. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC | 20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State) |
|---|---|---|
| NONE | SR | New Orleans, Louisiana |

### SERVICE DATA

| 21. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County, State and ZIP Code) | 22. STATEMENT OF SERVICE | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| 2516 Charles Drive Arabi, St Bernard, Louisiana 70032 | CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 03 | 11 | 25 |
| | | (2) OTHER SERVICE | 00 | 00 | 00 |
| | | (3) TOTAL (Line (1) plus Line (2)) | 03 | 11 | 25 |

| 23. SPECIALTY NUMBER & TITLE | a. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | a. TOTAL ACTIVE SERVICE | 03 | 11 | 25 |
|---|---|---|---|---|---|
| HT 0000 | Trans. Equip Assemblers - 806 | b. FOREIGN AND/OR SEA SERVICE | 03 | 08 | 27 |

24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED

National Defense Service Medal
X
X

25. EDUCATION AND TRAINING COMPLETED

Shipfitter, Class "A", SDiego, Ca (11/6/70 - 3/4/71)
Shielded Metal Arc Welding, Portsmouth, Va (5/21/73 - 5/30/73)
Basic Military Requirements   NTC for FIREMAN   Military Requirements for PO 3 & 2
NTC for SF 3 & 2
X
X

### VA AND EMP. SERVICE DATA

| 26a. NONPAY PERIODS TIME LOST (Preceding Two Years) | b. DAYS ACCRUED LEAVE PAID | 27a. INSURANCE IN FORCE (USGLI or USGLI) | b. AMOUNT OF ALLOTMENT | c. MONTH ALLOTMENT DISCONTINUED |
|---|---|---|---|---|
| TL NONE | 32 | ☐ YES ☒ NO | NA | NA |

| 28. VA CLAIM NUMBER | 29. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE |
|---|---|
| c. NONE | ☒ $15,000 ☐ $10,000 ☐ $5,000 ☐ NONE |

### REMARKS

30. REMARKS

High School - 4
X
X
X
X

### AUTHENTICATION

| 31. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County, State and ZIP Code) | 32. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED |
|---|---|
| 771 A Sheppard Avenue Norfolk, Virginia 23503 | [signature] Terry Mich. Cardaro |

| 33. [signature] H.M. MILLER, LCDR, USN, Admin Assistant By direction of the Commanding Officer | 34. SIGNATURE OF OFFICER AUTHORIZED TO SIGN [signature] |
|---|---|

DD FORM 214N
B/N 0102 023-0601

PREVIOUS EDITION OF THIS FORM IS TO BE USED.

ARMED FORCES OF THE UNITED STATES
REPORT OF TRANSFER OR DISCHARGE

2

EXHIBIT E

CT 267

THIS IS AN IMPORTANT RECORD SAFEGUARD IT.

83

| 1. LAST NAME-FIRST NAME-MIDDLE NAME | 2. SEX | 3. SOCIAL SECURITY NUMBER | 4. DATE OF BIRTH YEAR/MONTH/DAY |
|---|---|---|---|
| CARDARO, TERRY MICHAEL | M | | |

| 5. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | 6a. GRADE, RATE OR RANK | 6b. PAY GRADE | 7. DATE OF RANK YEAR / MONTH / DAY |
|---|---|---|---|
| NAVY - USN | HT1 | E6 | 75 / 02 / 16 |

| 8a. SELECTIVE SERVICE NUMBER | b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, STATE AND ZIP CODE | c. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, State and ZIP Code) |
|---|---|---|
| NA | | ARABI, LA |

| 9a. TYPE OF SEPARATION | b. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| DISCHARGE | NAVSUBASE, NLON, GROTON, CT 06340 |

| c. AUTHORITY AND REASON | EFFECTIVE DATE YEAR / MONTH / DAY |
|---|---|
| | 77 / 07 / 08 |

| d. CHARACTER OF SERVICE | e. TYPE OF CERTIFICATE ISSUED | 10. REENLISTMENT CODE |
|---|---|---|
| HONORABLE | -DD256N- | |

| 11. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 12. COMMAND TO WHICH TRANSFERRED |
|---|---|
| NAVSUBSUPFACNLON, GROTON, CT 06340 | -NA- |

| 13. TERMINAL DATE OF RESERVE/SSS OBLIGATION YEAR/MONTH/DAY | 14. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City, State and ZIP Code) | 15. DATE ENTERED ACTIVE DUTY THIS PERIOD YEAR/MONTH/DAY |
|---|---|---|
| -- / NA / -- | NORFOLK, VA | 73 / 07 / 09 |

| 16.a. PRIMARY SPECIALTY NUMBER AND TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | 18. RECORD OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| 4956 - HT | 806-SHIPFITTERS | | | | |
| | | (a) NET ACTIVE SERVICE THIS PERIOD | 04 | 00 | 00 |
| | | (b) PRIOR ACTIVE SERVICE | 03 | 11 | 25 |
| 17.a. SECONDARY SPECIALTY NUMBER AND TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | (c) TOTAL ACTIVE SERVICE (a+b) | 07 | 11 | 25 |
| 9593 | NA | (d) PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| | | (e) TOTAL SERVICE FOR PAY (c+d) | 07 | 11 | 25 |
| | | (f) FOREIGN AND/OR SEA SERVICE THIS PERIOD | 00 | 00 | 00 |

| 19. INDOCHINA OR KOREA SERVICE SINCE AUGUST 5, 1964 | 20. HIGHEST EDUCATION LEVEL SUCCESSFULLY COMPLETED (In Years) |
|---|---|
| ☐ YES ☒ NO | SECONDARY/HIGH SCHOOL 12  TECH(1-12 grades)  COLLEGE 00 yrs |

| 21. TIME LOST (Preceding Two Yrs.) | 22. DAYS ACCRUED LEAVE PAID | 23. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE | 24. DISABILITY SEVERANCE PAY | 25. PERSONNEL SECURITY INVESTIGATION |
|---|---|---|---|---|
| TL NONE | XCS | ☐ $15,000  ☐ $5,000  ☒ $20,000  ☐ $10,000  ☐ NONE | ☒ NO  ☐ YES | a. TYPE: ENTNAC  b. DATE COMPLETED: 18AUG69 |

26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED
GOOD CONDUCT AWARD (1ST) FOR PERIOD ENDING 14 JULY 1973

27. REMARKS
MEMBER REQUESTS A COPY OF DD 214N  TMC

| 28. MAILING ADDRESS AFTER SEPARATION | 29. SIGNATURE OF PERSON BEING SEPARATED |
|---|---|
| 2516 CHARLES DRIVE CHALMETTE, LA 70043 | /s/ Terry Cardaro |

| 30. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | 31. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
|---|---|
| D. MARTINEAU, PNC, USN ASSTENLPERSOFFBYDIRCO | /s/ |

DD FORM 214N   REPORT OF SEPARATION FROM ACTIVE DUTY
BUREAU OF NAVAL PERSONNEL COPY 2

006437  11/16/77

## HISTORY OF ASSIGNMENTS

LEGEND: THE FOLLOWING ABBREVIATIONS WILL BE USED IN GAIN ENTRY AND LOSS ENTRY COLUMNS

GAINS:

| | | | |
|---|---|---|---|
| ENL — ENLISTED | | RECTADUINS | — RECEIVED FOR TEMPORARY ADDITIONAL DUTY UNDER INSTRUCTION |
| REEN — REENLISTED | | RECTREAT | — RECEIVED FOR TREATMENT |
| EXTENL — EXTENDED ENLISTMENT | | RECCFO | — RECEIVED IN CONNECTION WITH FITTING OUT |
| RECACDU — RECALLED TO ACTIVE DUTY | | | |
| RECDUT — RECEIVED FOR DUTY | | LOSSES: | |
| RECTAD — RECEIVED FOR TAD | | | |
| RECTD — RECEIVED FOR TEMPORARY DUTY | | RELACDU | — RELEASED FROM ACTIVE DUTY |
| RECTEMDUINS — RECEIVED FOR TEMPORARY DUTY UNDER INSTRUCTION | | DISCH | — DISCHARGED |
| RECDUINS — RECEIVED FOR DUTY UNDER INSTRUCTION | | TRAN | — TRANSFERRED |

| 1. TYPE AND DATE OF GAIN ENTRY | 2. ACTIVITY | 3. DUTIES | 4. TYPE AND DATE OF LOSS ENTRY | 5. INITIALS |
|---|---|---|---|---|
| 14 JUL 1969 ENL | CRUITSTA | ENLISTED | TRAN | |
| 15 JUL 1969 RECTEMDUINS | CRUITRACOM NTC ORLANDO FLA | RECRUIT TRAINING (03 RGOR) | 26 SEP 1969 TRAN | |
| 12 OCT 1969 RECCFO | NAVSTA NORVA | TRANSIENT ~~TRANS~~ | TRAN 28 FEB 70 | R.T.C. |
| 16 FEB 70 | NNSY, PRTSMTH, VA | OF RATE | | |
| 28 FEB 70 RECDUT | USS L. Y. SPEAR (AS-36) LANT-NORVA | OF RATE | 11-02-70 TRAN | |
| | SEA TOUR COMMENCED: OCT 69 | | | |
| 08 NOV 1970 RECTEMDUINS | SSC, NTC, SDIEGO, CALIF | STUDENT | 4 MAR TRAN | PHM |
| 12 MAR 1971 RECDUT | USS L. Y. SPEAR AS-36 (LANT - NORVA) | OF RATE HT2 | DISCH 8 JUL 73 | HMM |
| REEN 9 JUL 73 | USS L.Y.SPEAR(AS36) (LANT/NORVA) | OF RATE HT2 (45IAS) | TRAN 9 JUL 73 | JGZ |
| 730709 | FIRST 308 | S.F. ST THOMAS E8057 | $1755.60 | $1755.60 |
| 21 AUG 1973 RECDUINS | SSC NAVSTA SDIEGO | STUDENT | 12 MAR 1974 TRAN | |
| RECDUT 12 APR 74 | USS L. Y. SPEAR AS-36 HP: NORVA COMMENCED: NEUTRAL DUTY OF RATE HT2(63IAS) | | TRAN 30MAY75 | |
| 9 JUL 74 | Paid 2nd installment of VRB this date. | | | |
| RECDUT 10JUN75 | NAVAL SUB SUPPORT FAC NEW LONDON, CT. /FMAG | OF RATE HT1, PRD: JUL77 | TRAN 30MAR76 | LMN |
| RECDUT 30MAR76 | NAVSUBSUPFACNLON GROTON, CT. | OF RATE HT1, PRD: JUL77 | DISCH 08JUL77 | |
| | | CERTIFIED TO BE A TRUE COPY | | |

NAME (last, first, middle)  
GAPDARO TERRY MICHAEL

SERVICE NO.  
439 72 7081

NAVPERS 601—5 (Rev. 12-60)

5