# AFFIDAVIT OF J. THOMAS SCHROPPE

I, J. Thomas Schroppe, being under penalty of perjury, declare and say:

1.      I am a 1962 graduate of the New York State Maritime College with a degree in Marine Engineering. For three months in 1962,1 worked as a Third Assistant Engineer for American Export Lines. I began my career at Foster Wheeler in 1962 as a Proposal Engineer in the Marine Department. As a Proposal Engineer, I was responsible for taking shipyard specifications and designing a boiler to meet the thermal performance and physical requirements of those specifications. In 1967, 1 became the Manager of the Proposal Department and reviewed all proposals. In 1977, 1 was promoted to Vice President of Engineering at which point I supervised both proposal and contract execution activities. From 1978 to 1982, I was President of Foster Wheeler Boiler Corporation. In 1982,1 became Managing Director of Foster Wheeler U.K. From 1984 until my retirement in 1999, I was Executive Vice President of Foster Wheeler Power Systems.

2.      1 am personally familiar with the degree of supervision and control exercised by the Navy and its agencies in procurement contracts with Foster Wheeler for boilers and auxiliary equipment because I was personally involved in such contracts at all the various stages of development, from inquiry and bid through production, testing, sea trials and, ultimately, acceptance.

3.      I submit this affidavit to attest to the degree of involvement, supervision, direction and control exercised by the U.S. Navy and its authorized agents and officers in connection with procurement contracts with Foster Wheeler for equipment to be installed aboard U.S. Naval vessels. The following paragraphs describe the contract process from the perspective of Foster Wheeler as the vendor, as well as the levels of interaction between Foster Wheeler and the Navy agents and personnel through the various stages of a given contract.

4.      Foster Wheeler furnished and fabricated marine propulsion boilers and related auxiliary systems for U.S. Navy, Maritime Commission, and Coast Guard ships under contract between Foster Wheeler and the shipyards and/or the United States Navy Department and its authorized agencies, officers and personnel (hereafter collectively referred to as the "Navy").

5.      The Navy was responsible for all phases of the design of a vessel, which was accomplished by the Naval architect. Specifically, the Naval architect would prepare the ship design which involved the entire vessel, including the machinery space, and all performance requirements. In general, the ship design for any given class of ship would be contained in a Ship Specification ("Ship Spec") which covers all aspects of the vessel including the machinery space. As it relates to the boiler, the Ship Spec would cover all boiler operating criteria, performance requirements, and maximum physical dimension of the boiler(s). In general, the Ship Spec was written and prepared by the naval architect and approved by the Navy and, in the course of its projects with the Navy, Foster Wheeler was required to design, fabricate and furnish equipment which complied strictly with the requirements in the Ship Spec.

6.      In addition to the Ship Spec, Foster Wheeler was also obligated to comply with Military

1


EXHIBIT
F

Specifications ("Mil Specs") which cover all specific components of the boiler, including accessories, subcomponents, and materials required to fabricate the boilers and its components.

7.     The normal process by which Foster Wheeler sold marine boilers and economizers to the Navy first involved receipt and response to an inquiry from either BuShips (Bureau of Ships) or the shipyard, depending on the Navy's procurement process. The boiler inquiry would be assigned to a proposal engineer at Foster Wheeler's marine department who would review the inquiry, which consisted of the Ship Spec and the associated drawings, for the performance requirements and size limitations of the boiler.

8.     The performance requirements are contained in the specifications, namely MIL-B 18381 and the Ship Spec, which must be followed. I must point out that deviations from these specs were not acceptable as the boiler is just one piece of the entire power plant which was designed by BuShips or by a designated naval architecture firm such as Gibbs and Cox. In addition, the Foster Wheeler proposal engineer was aware that these requirements would be tested during the sea trials, so all calculations had to precisely conform with the Ship Spec.

9.     During the proposal phase, Foster Wheeler would prepare design drawings and related materials in conformance with the Ship Spec (which included performance specs and size limitations) and other requirements contained in MIL-B-18381 which was the Mil Spec pertaining to Naval propulsion boilers. I am personally familiar with the MIL-B-18381 as I saw it and referred to it throughout my career at Foster Wheeler. Foster Wheeler would prepare a proposal drawing and proposal specification that would outline the design and scope of material and equipment contained in the proposal. The boiler proposal submitted by Foster Wheeler would incorporate the specific requirements set forth in the Ship Spec and MIL-B 18381.

10.     Approximately half way through the proposal process, information is forwarded to Foster Wheeler's estimating department to start to prepare an estimate of the boiler cost. In parallel, the proposal engineer starts calling vendors to obtain quotes for the various boiler accessories such as burners, sootblowers, gauge glasses, safety valves, etc. All Navy approved vendors were asked to provide a quotation for the material in accordance with the Mil Spec covering their equipment or product.

11.     The finished boiler proposal consisted of an approximately 25 page booklet, a proposal drawing and an offering letter to the entity requesting a proposal so stating that the offering was in accordance with the Ship Spec and all required Mil Specs.

12.     The boiler proposal would be reviewed by the shipyard with the understanding that the proposed design, prepared specifically for the Navy in accordance with the Ship Spec at issue, conformed to all appropriate specifications stated above. Once final price negotiations were complete, the contract was awarded to Foster Wheeler.

13.     The boiler specifications would provide detailed requirements for the boiler and economizer and would always reference the boiler Mil Spec (MIL-B-18381) which dictated very specific material requirements such as:

2

(a)    Boiler, superheater and economizer tubes: Type of tube, tube diameter, tube thickness, material, and tensile strength.

(b)    Refractory and Insulation: Specification identified the material, arrangement of various bricks and insulating materials on various boiler walls and provided specific Mil Specs for each type of insulating/refractory material.

(c)    Boiler accessories: All accessories applied to the boiler, such as burners, safety valves, soot blowers, must conform to a specific Navy Mil Spec for each such component.

14.    At receipt of an order the same Foster Wheeler proposal engineer is assigned the project as a contract engineer which will entail a more detailed recalculation of the thermal performance for the boiler. In addition, calculations of all the pressure drops, design of drum de-superheaters and final selection of all boiler accessories are made. All this work will be double checked by the head of engineering. In parallel, the contract engineer will commence discussions with the contract design department who will make all the drawings required for both manufacture, for submission to the shipyard and the Navy for review and approval. Foster Wheeler would not commence production of the boilers until the Navy issued final approval of these contract drawings. The approved drawings prepared during this phase would eventually be incorporated into the technical manuals.

15.    The contract design department also provides the material requisitions to the purchasing department so they may procure materials in accordance with Mil Specs. With regard to procurement of insulating and refractory material, the specific requirements for insulation and refractory items are listed in MIL-B-18381, which then references additional Mil Specs for each specific type of refractory/insulating material required. Foster Wheeler's procurement process would involve the purchasing department contacting the vendor and requesting a quotation for the material. The Foster Wheeler purchase order would reference the appropriate Mil Spec for each item shipped. The vendor, in turn, would supply materials that conformed to the Mil Spec and ship it directly to the shipyard. Finished products such as burners, sootblowers, and all refractory and insulating materials, etc. are shipped direct to the shipyard so they may be incorporated into the final boiler erection. Upon arrival at the shipyard, there would be a receipt inspection to ensure what was on bill of materials was delivered.

16.    During manufacture of the boiler, a Navy resident inspector was present at Foster Wheeler's shops. The Navy inspector would review all fabrication processes, welding procedures, pressure part welding, and all weld x-rays for conformity to Mil Specs. The inspector would also ensure that all materials used at this stage (e.g., steel, flanges, tubes, etc.) conformed to applicable Mil Specs. All manufacturing was performed to drawings which had been reviewed and approved by the Navy,

17.    Once individual components (e.g., headers, tubes, pressure parts) were manufactured, inspected by a Foster Wheeler quality control inspector, and inspected and stamped with approval by the resident Navy inspector, the materials/components were moved to the shipping area. At this point, the boiler fabrication was complete, though the boilers were in a "knocked down" condition (unassembled) for shipment The economizers were always shop assembled since they could be shipped by rail. The boiler components and related materials were wrapped and/or boxed in accordance with Mil Specs relating to packaging and shipment of materials, which is also referred to in Mil Spec MIL-B-18381.

3

18.     The knocked down boilers are then shipped from Foster Wheeler's facility to the shipyard for assembly. For those not familiar with Naval propulsion boilers, they are simply too large and heavy to be shipped assembled. The assembly is done by shipyard workers with a Foster Wheeler employee on site to interpret drawings and answer questions that may arise during the assembly process. Resident Navy inspectors also witness the boiler assembly process.

19.     A critically important inspection item is the hydrostatic test put on the boiler after complete assembly of the pressure parts. This test is a water pressure test of the boiler at 50% over the boiler design pressure. At this point, leaks, even small ones, are not acceptable to the Navy. Formal written acceptance at this stage by the Navy inspector is a requirement. The boilers now sit idle in the ship as the remainder of the engine room and the balance of the ship are being completed. It is at this point that all the engine room piping is connected to the various connections on the boiler. Following the piping tests (shipyard responsibility) the shipyard insulates all piping up to the boiler casings.

20.     Upon completion of the vessel by the shipbuilder, dock trials start to test the various machinery systems in the engine room. The boilers are run at low power since the main turbine cannot be run very fast at the dock because any higher powers would tear the ship loose from the pier. Full power testing is done during sea trials where all aspects of the boiler performance are thoroughly tested. Foster Wheeler would send a service engineer to witness these tests and answer any questions which may arise. Foster Wheeler frequently sent the contract engineer on the first ship of a new class to obtain first-hand data on the boiler performance. Sea Trials were performed on every ship and formal approval by the head Navy inspector was required. Any punch list items which were identified had to be corrected before final acceptance of the boilers.

21.     In addition to the above design, manufacture and testing, there remains an obligation by Foster Wheeler to provide technical manuals for the boilers and economizers furnished in a given Navy contract. The Navy exercised intense direction and control over all written documentation to be delivered with its naval boilers such as engineering drawings, test reports and other technical data that could be used as needed by shipboard engineering officer during the life of the equipment. The Navy required that every piece of equipment be supplied with a defined number of copies of one or more technical manuals. Navy personnel participated intimately in the preparation of this kind of information and exercised specific direction and control over its contents. These manuals included safety information related to the operation of naval boilers and economizers only to the extent directed by the Navy.

22.     Furthermore, the Navy had precise specifications, practices and procedures that governed the content of any communication affixed to machinery supplied by Foster Wheeler to the Navy. Foster Wheeler would not be permitted, under the specifications, associated regulations and procedures, and especially under actual practice as it evolved in the field, to affix any type of warning or caution statement to a piece of equipment intended for installation onto a Navy vessel, beyond those required by the Navy.

23.     Exhibit A, attached hereto and identified by Foster Wheeler Contract No. 3-47-107-8 is a true and correct copy of the Foster Wheeler proposal and order brief for two (2) "D" type Oil

4

Fired Marine Steam Generators completed in accordance with MIL-B-18381 and installed on the AS-36 Submarine Tender (the U.S.S. L.Y. SPEAR) maintained in the regular course of Foster Wheeler's business.

24.    The equipment furnished in connection with Foster Wheeler Contract No. 3-47-107-8 was furnished and fabricated for an authorized agency of the United States Navy Department pursuant to Military Ship Specifications as identified in Part 5 in compliance with Military Specification B-18381 pertaining to Naval propulsion boilers, the plans for which were subject to Naval review and approval and the construction of which required Navy inspector review and approval.

I declare under the penalty of perjury under the laws of new Jersey and the United States of America that the foregoing facts are true and correct. Executed this 13 of April 2011 at Newark, New Jersey.

By: _J. Thomas Schroppe_
J. Thomas Schroppe

STATE OF NEW JERSEY

SOMERSET COUNTY

Personally appeared before me this 13 day of April, 2011, J. Thomas Schroppe, who made oath that the statements contained in the affidavit above are true and correct to the best of his knowledge.

Subscribed and sworn to before me this 13 day of April, 2011.

My commission expires _____

_Justine A. Vesuvio_

JUSTINE A. VESUVIO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires May 2, 2012

NOTARY PUBLIC

5

COPY FOR MR. C. C                                                      DATE 7-16-65

ORDER BRIEF

| COPIES OF THIS CHANGE IN ORDER BRIEF TO (X) | | | | DATES OF PREVIOUS CHANGES | |
|---|---|---|---|---|---|
| DRAFTING | X | TO ___ Marine ___ DIVISION | | No. | |
| CARTERET DRAFTING | | CUSTOMER ___ General Dynamics Corporation | | | |
| MANUFACTURING | | | | No. | |
| CARTERET | | FOR ___ U. S. Navy ___ | | | |
| DANSVILLE | X | | | No. | |
| CONSTRUCTION | X | AT ___ Quincy, Massachusetts ___ | | | |
| PURCHASING | WM | | | No. | |
| ESTIMATING | X | CONTRACT NO. ___ 3-47-107-8 ___ | | | |
| MOUNTAINTOP | X | | | No. | |
| PUBLIC RELATIONS | X | ESTIMATE NO. ___ 0-3-37369 ___ | | | |
| | | | | No. | |
| DRAFTING-ACCOUNTING | X | CUSTOMER'S REFERENCE ___ N-527-575 ___ | | | |
| GENERAL SALES | X | | | No. | |
| GENERAL ENGINEERING | X | | | No. | |

THE FOLLOWING CHANGES ARE TO BE MADE ON THE ORDER BRIEF
AS MODIFIED BY CHANGE NOTICES LISTED ABOVE.

D. COLANGELO
A. SUMUTKA
F. CLAUS
F. D'ZURILLA                Refer to Order Brief dated 7-2-65 and add the following
E. PICKEL                                                     notes:
J. KILFEATHER
R. A. LORENZINI
CONTRACT PLANNING           Note 14- Priority Rating DO-A3 Certified under DMS Reg. 1
H. B. WALLACE JR.
T. SCHROPPE                 Note 15- NObs No. 4901
V. PSILECHIO

USSLYSPEAR00000414



COPY FOR MR. C. C. W                                           DATE 7-2-64

| COPIES OF THIS BRIEF ORDER | |
|---|---|
| DRAFTING | X |
| CARTERET DRAFT. | |
| MANUFACTURING | |
| CARTERET | |
| DANSVILLE | X |
| CONSTRUCTION | X |
| PURCHASING | X |
| ESTIMATING | WM |
| MOUNTAINTOP | X |
| PUBLIC RELATIONS | X |
| DRAFTING-ACCOUNTING | |
| GENERAL SALES | X |
| GENERAL ENGINEERING | X |

TO _____Marine_____ DIVISION

CUSTOMER ___General Dynamics Corporation___

_____ FOR ___U.S. Navy___

AT ___Quincy, Massachusetts___

CONTRACT NO. ___3-47-107-8___

ESTIMATE NO. ___0-3-37369___

CUSTOMERS REFERENCE ___N-527-575___

| DEPARTMENTS AUTHORIZED TO PROCEED (X) | |
|---|---|
| DRAFTING | X |
| PURCHASING DEPT. | X |
| FABRICATION DEPT. | X |
| CONSTRUCTION DEPT. | |
| FOB SHOPS | |
| SCHEDULE | |
| SHIP | |
| DELIVER | |
| ERECT | |

### Authorized Departments Proceed Immediately With The Following

D. COLANGELO
A. SUMUTKA
F. CLAUS
F. D'ZURILLA
S. PICKEL
J. KILFEATHER
R. A. LORENZINI
CONTRACT PLANNING
H. B. WALLACE JR.
T. SCHROPPE
V. Pellechio

One (1) Shipset Marine Steam Generators, consisting of two (2)
Boilers per shipset ————————————— 3-47-107-8

Including:

Two (2) Boilers ——————————— C8-6381-2
Drawings (Contract Design Use Only) ——— 20-1225-6
Two (2) Economizers ——————————— 28-7783-4
Waterwalls ——————————— 36-4202-3
Boiler Enclosure Steel ——————————— 38-857-6
General Accessories ——————————— 39-1299-1300
Two (2) Superheaters ——————————— 75-19988-9

Note 1 - Inspection to be in accordance with U.S. Navy.
Note 2 - Domestic packing-basic equipment; on board repair parts packaged in accordance with military specifications.
Note 3 - Repair parts are to be provisioned through provisioning documentation.
Note 4 - Design Pressure 700 psi.
Note 5 - Shipped knocked down, except assembled economizers and superheaters.
Note 6 - U.S. Navy paint.
Note 7 - U.S. Navy materials and construction specifications with use of commercial materials as specified in MIL-B-18381B (Ships)
Note 8 - Subject to re-negotiation Act of 1951.
Note 9 - Non-Discrimination in employment - Subject to executive order 10925 of March 6, 1961, as amended.

Key Number 1724

FORM NO. 268-7

MANAGER CONTRACT DEPARTMENT

USSLYSPEAR00000415

COPY FOR _____                                                    DATE_____

| COPIES OF THIS BRIEF ORDER | | TO _____ DIVISION | DEPARTMENTS AUTHORIZED TO PROCEED (X) | |
|---|---|---|---|---|
| DRAFTING | | CUSTOMER _____ | DRAFTING | |
| CARTERET DRAFT. | | | PURCHASING DEPT. | |
| MANUFACTURING | | _____ FOR | FABRICATION DEPT. | |
| CARTERET | | | CONSTRUCTION DEPT. | |
| DANSVILLE | | | | |
| CONSTRUCTION | | AT _____ | | |
| PURCHASING | | | | |
| ESTIMATING | | CONTRACT NO. __ 3-47-107-8 | SCHEDULE | |
| MOUNTAINTOP | | | SHIP | |
| PUBLIC RELATIONS | | ESTIMATE NO. _____ | DELIVER | |
| | | | ERECT | |
| DRAFTING-ACCOUNTING | X | CUSTOMER'S REFERENCE _____ | | |
| GENERAL SALES | X | | | |
| GENERAL ENGINEERING | X | | | |

### Authorized Departments Proceed Immediately With The Following

```
Note 10 - Subject to Walsh-Healy Act.
Note 11 - Drums to be fabricated at Mountaintop, Pa., balance at
          Dansville, New York.
Note 12 - Required Delivery - 4-8-66.
Note 13 - One (1) right hand and one (1) left hand boiler.
```

FORM NO. 268-7                                        MANAGER CONTRACT DEPARTMENT

USSLYSPEAR00000416

GENERAL DYNAMICS - ELECTRIC BOAT

UNITED-STATES NAVY

AS-36 SUBMARINE TENDER

MAIN BOILERS

FOSTER WHEELER PROPOSAL NO. O-3-37369

FOSTER WHEELER CONTRACT NO. 3-47-107-8



# FOSTER WHEELER CORPORATION

110 SOUTH ORANGE AVENUE. LIVINGSTON, N. J.

Form 276-60

USSLYSPEAR00000299

# FOSTER WHEELER CORPORATION

### 110 SOUTH ORANGE AVENUE

### LIVINGSTON, N. J.

CONTRACT SPECIFICATION

No.  3-47-107-8                                    Date   July 1, 1965

To    General Dynamics - Electric Boat
      Quincy, Massachusetts
                (herein called the Purchaser)

      AS-36 Submarine Tender

Foster Wheeler Corporation (herein called the Corporation) proposes to furnish the Purchaser the following equipment upon the terms and conditions and in accordance with the specifications hereinafter set forth:

Two (2) "D" type Oil Fired Marine Steam Generators per ship, one right and one left hand.  Complete with:

1. Side, roof and rear waterwalls
2. Vertical cavity type superheater
3. Economizer
4. Auxiliary steam desuperheater

The boilers are in complete accordance with MIL-B-18381 B (Ships)

We are not furnishing onboard repair parts and tools as listed under paragraph 9510-1-e of page 501 as these are normally furnished by the shipyard.

All prices quoted are subject to increase without notice by the amount of any sales, use, excise or other tax directly applicable to the materials and/or services covered by this proposal which are or may be levied or charged by any federal, state, local taxing authority or other governmental agency.

FORM 276-59

USSLYSPEAR00000300

FOSTER WHEELER CORPORATION

**1. GENERAL DESIGN DATA FOR EACH GENERATOR**

| | | |
|---|---|---|
| Boiler heating surface | 5,680 | sq ft |
| Waterwall surface | 335 | " " |
| Economizer heating surface | 4,160 | " " |
| Total water heating surface | 10,175 | " " |
| Air heater surface | -- | " " |

**2. OPERATING DATA FOR EACH GENERATOR**

| | | |
|---|---|---|
| Superheated steam, full power | 80,000 | lb per hour |
| Desuperheated steam, full power | 20,000 | " " " |
| Total lb. steam per hour, full power | 100,000 | " " " |
| Total lb. steam per hour, maximum load | 120,000 | " " " |
| Steam pressure at superheater outlet, full power | 600 | lb per sq in. |
| Steam temperature at superheater outlet, full power | 850 | deg. F. |
| Feed water temp. to steam generators, full power | 250 | " " |
| Air temp. to forced draft fan | 100 | " " |
| Fuel (of  18,500  Btu per lb. as fired) | 7,400 | lb per hour |
| Efficiency, at full power | 87.0 | per cent |
| Based on $CO_2$ of | 14.0 | per cent |
| Furnace volume | 690 | cu ft |
| Liberation, at full power | 199,000 | Btu/cu ft |

**3. WEIGHTS—BASIC PROPOSAL ONLY**

| | | |
|---|---|---|
| Dry, each generator | 165,000 | lb. |
| Water, each generator (at steaming level and temperature) | 13,000 | " |
| Total, each generator, at steaming level and temperature | 178,000 | " |
| Total steaming weight per ship,  2  generators | 356,000 | " |
| Spares, on board | | " |
| Spares, on shore | | " |
| Total steaming weight including spares, on board | | |

PROPOSAL NO. 3-47-107-8

A-361 1900 PRINTED IN U.S.A.                PAGE 2                FORM 8-361-F

USSLYSPEAR00000301

FOSTER WHEELER CORPORATION

**4. MATERIAL INCLUDED PER SHIP**

| Paragraph | Quantity | Description |
|---|---|---|
| 11. | Two sets | Drums |
| 12. | Two sets | Drum internals |
| 13. | Two sets | Drum externals |
| 15. | Two sets | Tubes, boiler |
| 16. | Two sets | Tubes, water wall |
| 17. | Two sets | Superheaters (assembled) |
| 18. | Two sets | Economisers (assembled) |
| 19. | – – – | Air Heaters |
| 20. | Two sets | Casings |
| 21. | Two sets | Doors |
| 22. | Two sets | Brick and insulation |
| 23. | One set | Tools and spares |
| 24. | Two sets | Oil burning equipment |
| 25. | – – – | Coal burning equipment |
| 26. | Two sets | Soot blowers |
| 27. | – – – | Combustion control |
| 28. | – – – | Smoke indicators |
| 29. | Two sets | Feed water regulators |
| 30. | Two sets | Oil drip detectors |
| 31. | Two sets | Burner view ports and inspection lights |

**5. MATERIAL NOT INCLUDED**

Smoke indicator connecting pipes
Soot blower piping and valves
External piping, including steam, feed water, and drains.
Insulation on exposed drums and piping
Stacks and uptakes
Foundations and anchor bolts
Dampers
External ducts
External piping and tubing to remote steam gages, water level
    indicators, feed water regulating valves and controls, etc.

PROPOSAL NO.  3-47-107-8

USSLYSPEAR00000302

FOSTER WHEELER CORPORATION

**6.   WORK TO BE DONE BY PURCHASER**

Unloading and placing aboard ship

Erection and installation of all materials

Installation of testing equipment

**7.   CLASSIFICATION—RULES AND REGULATIONS**

~~U. S. Coast Guard~~

~~American Bureau of Shipping~~

~~Lloyd's Register of Shipping~~

~~Norske Veritas~~

U. S. Navy

A.S.M.E. Code

**8.   DRAWINGS**

Sets blueprints – As required.

Sets performance curves – As required.

**9.   INSTRUCTION BOOKS**

Copies (General) – As required.

**10.   INSTALLATION AND SERVICE**

Superintending Engineer will be furnished as provided on last page.

Guarantee Engineer will be furnished for dock and sea trials within continental U. S. only.

USSLYSPEAR00000303

FOSTER WHEELER CORPORATION

DETAIL DESIGN

## 11.  DRUMS

Designed pressure _____ 700  lb. per sq. in.

| | Steam Drum | Water Drum | Screen Header |
|---|---|---|---|
| Diameter _____ | 50" | 24" | 12" |
| Length shell _____ | 10' 4" | 11' 9" | 12' 0" |
| Thickness tube sheet _____ | 3 1/4" | 1 13/16" | 1 1/2" |
| Thickness wrapper sheet _____ | 1 1/4" | 1 13/16" | |
| Plain head _____ | 1 1/4" | 7/8" | |
| Manhole head _____ | 1 1/4" | 1" | |

Drums will be fusion welded X-rayed, stress relieved, of steel plate having tensile

strength of approximately 70,000 lb. per sq. in.

| | | Size | Number |
|---|---|---|---|
| Steam drum manholes (hinged) | (hemispherical) | 12" x 16" | 2 |
| Water drum manholes (hinged) | (ellipsoidal) | 12" x 16" | 1 |

## 12.  INTERNAL DRUM FITTINGS PER BOILER

Steam Drum

1—Dry box with 11 - 21" driers

1—Feed pipe

1—Chemical feed pipe

1—Perforated blow down line for continuous blow valve, and/or scum pan for surface
   blow valve.  (Refer to page 6 for type of valve furnished.)

9 —Horizontal separators each size - total of 18.

1 Set Baffles (Girth)

1—Desuperheater:  Single bundle in steam drum
   Capacity                     34,000   lb./hr.
   Exit steam temp.               725    °F. maximum
   Pressure drop across
     inlet and outlet flanges              lb./sq. in.

PROPOSAL N  3-47-107-8

USSLYSPEAR00000304

FOSTER WHEELER CORPORATION

**13.  EXTERNAL DRUM FITTINGS PER BOILER**

Steam Drum:

| | | | | |
|---|---|---|---|---|
| 2 | Safety valves, | 2 1/2 | in., type | Crosby 2 1/2 J4 HN-35 |
| 1 | Pilot safety valve | 1 1/2 | in., type | Crosby 1 1/2 F2 HNP-F |
| 2 | Feed stop valves, | 4 | in., type | * |
| 2 | Feed screw down check valves. | 4 | in., type | * |
| 1 | Surface blow valve | 1 1/2 | in., type | * |
| - | Continuous blow valve | --- | in., type | |
| 1 | Gage glasses, | 18 | in., type | Yarway or equal |
| 2 | Gage glass drain valves | 1/2 | in., type | Velan or equal |
| 2 | Gage glass shut off valves | 3/4 | in., type | Velan or equal |
| 1 | Steam gage, | 8 1/2 | in., type | Crosby or equal |
| - | Salinometer valve. | --- | in., type | |
| 1 | Test gage valve, | 1/2 | in., type | * |
| 1 | Vent gage valve, | 1/2 | in., type | * |
| 1 | Lock open valve, | 1/2 | in., type | * |
| 2 | Remote water level indicator | 24 | in., type | Yarway or equal |
| 4 | Remote water level indicator shutoff valves, | 1/2 | in., type | Velan or equal |
| - | Chemical feed valve, | --- | in., type | |

Screen Header:

| | | | | |
|---|---|---|---|---|
| 2 | Bottom blow valves | 1 1/2 | in., type | * |

Water Drum :

| | | | | |
|---|---|---|---|---|
| 1 | Bottom blow valves, | 1 1/2 | in., type | * |

Water Wall Header :

| | | | | |
|---|---|---|---|---|
| 4 | Drain valve. | 1 1/2 | in., type | * |

   *  Valve not furnished, necessary nozzles only.

**14.  SAFETY VALVE SETTINGS**

   1 —Superheater safety valve set to open at   690   lb. per sq. in.
   1 -Drum pilot actuator  690 lb. per sq. in.
   2 —Boiler safety valves set to open at  710  lb. per sq. in. and   715  lb. per sq. in.

PROPOSAL No. 3-47-107-8

USSLYSPEAR00000305

FOSTER WHEELER CORPORATION

## 15.  TUBES, BOILER, PER BOILER

All tubes will be seamless high grade resistance welded type.

| | | | | | | |
|---|---|---|---|---|---|---|
| 75 | — | 2 | " dia. | .134 | Wall | Screen |
| 1836 | — | 1 | " | .085 | " | Main Bank |
| 4 | — | 8 | " | .500 | " | Downcomers |
| 25 | — | | " | | " | Superheater Supports |

Rear waterwall header to be welded into side waterwall header.

## 16.  TUBES, WATER WALL, PER BOILER

All tubes will be seamless high grade resistance welded type.

Tubes

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | — | 2 | " dia. | .134 | Wall | Rear water wall |
| 1 | — | 6 | " | .432 | " | " " " downcomers |
| 36 | — | 2 | " | .134 | " | " " " risers |
| 48 | — | 2 | " | .134 | " | Side and Roof water wall |
| 2 | — | 6 | " | .432 | " | " " " " " downcomers |

Headers

| | | | | | |
|---|---|---|---|---|---|
| 2 | — | 7 1/4 | " sq. | .906 | " Wall thickness |

Thermocouples:  One (1) boiler per ship will be furnished with
twenty (20) thermocouples.

PROPOSAL No.  3-47-107-8

USSLYSPEAR00000306

FOSTER WHEELER CORPORATION

17. **SUPERHEATER**   Vertical Cavity   Type   Convection

Superheater will be shipped assembled.

138   Tubes                        1 1/2   " dia.      .120   Wall
      of carbon steel                              NO     passes
      of      carbon molybdenum       steel        ALL    passes

Superheater headers will be of      chrome molybdenum      P-22 steel
          10 3/4" OD x 1 1/2          " thick and will be fitted with Foster Wheeler
      standard handhole plates and steel gaskets.

1   Safety valves, size        2 1/2   ", type   Crosby 2 1/2 J 3 1/2 HNB-5

2   Drain valves, size        3/4    ", type   *
2   Drain and filling valves  1 1/2 ", type  *
——— Vent valves, size —————————————— ", type ———

18. **ECONOMIZER** (   Spirally wound   ) Extended Surface Type    welded on a carbon
                        carbon steel                                steel pipe.
      Economizer will be shipped    assembled
12   Tubes wide   on 4 1/8" centers
16   Tubes high
96   U-bend elements      2 " dia.   .165 Wall
      Length elements over rings   8' 8 1/2"

      Temperature of water economizer inlet   250       deg. F., normal load
      Temperature of water economizer outlet            deg. F., normal load
      Inlet and outlet headers will be of forged steel fitted with Foster Wheeler standard hand-
      hole plates and steel gaskets, with elements rolled and seal welded.
      Connections between U-bend elements will be

1   Vent valves, size       1/2   ", type   *

2   Drain valves, size      3/4   ", type   *

*   Valve not furnished, necessary nozzle only.

19. **AIR HEATER**      N O N E           Type

      Arranged for                  passes of gas and      passes of air. The air will pass
                              By-pass dampers will be included. The air heater will
      be shipped assembled.

      Tubes wide
      Tubes high
      Tubes       " dia.      BWG
      Length between tube sheets—
      Temperature of air entering air heater      deg. F., normal load
      Temperature of air leaving air heater       deg. F., normal load

      Steam jet soot blower valve, size              ", type
      Steam jets (     at each end)
      Automatic spring check valves for scavenging air for steam jets

                                          PROPOSAL No.   3-47-107-8

USSLYSPEAR00000307

FOSTER WHEELER CORPORATION

**20. STEEL CASINGS**

Casing will be suitably reinforced with structural shapes to carry the load required.

| | | |
|---|---|---|
| Burner front | 3/16 | ″ steel plate |
| Boiler casing | 1/8 | ″ ″ ″ |
| Upper casings | 1/8 | ″ ″ ″ |
| Air casings | 1/8 | ″ ″ ″ |
| Brick pan | 1/4 | ″ ″ ″ |

Casing to be provided with suitable fittings for soot blowers, flue gas sampling and air pressure readings.  Casing to be of welded carbon steel construction except in zone of removable panels, observation ports and clean out panels.

**21. DOORS**

| | |
|---|---|
| One set | —Access doors to waterwall headers. |
| One set | —Access doors to superheater headers. |
| One set | —Superheater element removal doors. |
| One set | —Clean out doors (tube removal doors) |
| – – – | —Peep hole to furnace |
| One | —Lighting Off Port |
| One set | —Access doors to economizer |

All doors to be properly lined with refractory and/or insulation depending upon the temperature conditions at the location of the doors and to be secured with substantial dogs. Access plate will be bolted and seated with suitable asbestos or equivalent gasket. Access to furnace will be through a hinged burner register.  Access doors will not exceed 12 square feet in area or weigh more than 60 lbs.

PROPOSAL N° 3-47-107-8

USSLYSPEAR00000308

FOSTER WHEELER CORPORATION

## 22.  BRICK AND INSULATION

| | | |
|---|---|---|
| Furnace Floor | 4 1/2 | " Refractory Firebrick, anchored |
| | 2 | " Firebrick, Insulating |
| | 1 | " High temp, insulating block |
| Furnace Walls, front | 4 1/2 | " Refractory Firebrick, anchored |
| | 1 1/2 | " High temperature insulating Brick |
| | 1 | "    "    "    " Block |
| Furnace Walls, rear | 4 1/2 | " Refractory Firebrick |
| | 1 1/4 | " High temperature insulating Block |
| Furnace Wall, side | 2 | " High Temp. Insulating Brick |
| | 1 | " High temperature insulating Block |
| Tube Bank | 2 1/2 | " High Temp. Insulating Brick |
| | 1 | " High temperature insulating Block |
| Roof | 2 | " High Temp. Insulating Brick |
| | 1 | " High temperature insulating Block |
| Superheater Tube Sheet | 4 | " Castable refractory |
| Superheater Casing | 3 | " Insulating Block Rock wool or equal |
| Superheater Doors | 2 | " Felted Block High-temperature insulation |
| Tube Doors | 3 | " Lightweight castable refractory " High temperature insulation |
| Economizer Doors | 1 1/2 | " Felted Block |
| Boiler Side | 1 1/2 | " Felted Block |
| Floor under Economizer | | " Firebrick " High temperature insulation |
| Economizer side (air casing) | 2 | " Felted Block |
| Air Heater | | " Rock wool or equal |
| Air Casing | 1 1/2 | " Felted Block |

PROPOSAL No  3-47-107-8

PAGE 19

USSLYSPEAR00000309

FOSTER WHEELER CORPORATION

**22. SPARES AND TOOLS PER SHIP**

1. Expanders with necessary rollered rolls, mandrels, and universal joints

    Two      2" complete, for Screen, Water Wall, & Economizer
    Two      1¼"    "      "  Main Bank & Superheater
    Two      1"     "      "  Main Bank

2. Tube cleaners, each with 35' 0" hose and coupling

    Two      2" Air Turbine driven, with one set of brushes
    Two      1¼"  "      "      "      with one set of brushes
    Two      1" Air Turbine driven, with fifteen sets of brushes

3. Wrenches

    Two for manhole covers
    Four for handhole covers
    Four for economizer & superheater handhole covers
    One set for expanders

4. Boiler tube tools

        2 round nose chisels
        4 tube drivers
        6 plug extractor
        2 oyster knife
        1 pull up plate
        1 plug fitting tool
        4 plugs for      2" tubes
        8   "    "      1¼"  "
        12  "    "       1"   "

5. 1 set safety valve gags, one set, for each boiler

6. 1 set safety valve springs with washers, one of each size

7. 200% gage glasses with packings

8. One gage glass frame

9. 200% boiler manhole gaskets

10. 100% waterwall handhole fittings, complete with nut and plate

11. 200% waterwall handhole gaskets

12. 100% economizer handhole fittings, complete with nut and plate

13. 200% economizer handhole gaskets

14. 100% economizer handhole fitting cap nuts with gaskets

PROPOSAL No 3-47-107-8

USSLYSPEAR00000310

FOSTER WHEELER CORPORATION

23. **SPARES AND TOOLS PER SHIP (Continued)**

15.200% superheater handhole gaskets

16.100% superheater handhole fittings, complete with nut and plate

17. — sectional header handhole gaskets

18. — sectional header handhole fittings, complete with nut and yoke

19. Burners   See page 13, paragraph 24.

Burners and tips (see par. 24)

Burner wrench

Burner vise bracket

20. Tubes

Boiler and water wall

One boiler set   —   2" dia., Screen tubes per ship

One boiler set   —   1 1/2" Superheater tubes per ship

One boiler set   —   2" " Water Wall tubes per ship

~~Superheater   5% of the installation of one boiler~~

Economizer—   1   U-bend elements, each complete with 2 return bends & 5 backing rings for welding.

21. Stoker or grate spares (see par. 25)

22. Combustion control spares (see par. 27)

23. — steam gage

24. — tool box with ship's name

PROPOSAL NO.   3-47-107-8

USSLYSPEAR00000311

FOSTER WHEELER CORPORATION
PROPOSAL No  3-47-107-8
PAGE No 12A

23.  SPARES AND TOOLS PER SHIP (Continued)

21.  Blind Nipples
     4 generating tubes per ship
     4 screen tubes per ship

22.  One manhole plate for water and steam drum complete with dogs, nuts and bolts

23.  One boiler test pump, 100 psi compressed air operated Sprague Engineering Corp. Model S-216-C or equivalent.

24.  Gasket templates, one for each size handhole, 1/16 thick.

25.  One set of reamers for preparing seating surface.

26.  Air motor-driven tools, including speed wrenches for casing bolts.  (One set per fireroom).

27.  Air motor-driven handhole seat cleaner, with a metal cupbrush per fireroom.

28.  Air motor-driven safer saw for cutting out superheater and economizer tubes.

29.  One safety valve of each size.

30.  50% glasses for peepholes (2 peepholes).

1-47  Printed in U.S.A.

USSLYSPEAR00000312

FOSTER WHEELER CORPORATION

**24.  OIL BURNING EQUIPMENT**

Make   TODD              Type Atomization   Steam assisted
                         Type Register  D-20  , Throat Diam.  20   Ins.

Number of burners per boiler     Three (3)

The following total numbers of items will be furnished, per ship:   See page 13A
    Burners, complete
    Burner Tips
    Flexible Burner Connections

**25.  COAL BURNING EQUIPMENT PER BOILER.   N O N E**

Stokers      Make_____   Type_____

Grates       Make_____   Type_____
             Area_____  Sq. Ft.

**26.  SOOT BLOWERS PER BOILER.**

Make  VULCAN or DIAMOND   Type  Design 600 psi., 875°F.
1  —  2        "dia.  Horizontal  retractable
1  —  1 1/2 "dia.  Hyvuloy   elements and   Hyvuloy        bearings
2  —  1 1/2 " "   Vulcrom      "    "      Velite           "
3  —  1 1/2 " "   Plain Steel  "    "      Plain Steel      "

**27.  COMBUSTION CONTROL PER SHIP**   Not required.

Make                                      Type

PROPOSAL No   3-47-107-8

USSLYSPEAR00000313

FOSTER WHEELER CORPORATION

PROPOSAL No. 3-47-107-8

PAGE No. 13A

24.  OIL BURNING EQUIPMENT

6   – "Todd" D-20 fuel oil burners each complete with steel air register, quick detachable union couplings, drip pans and tubes. All registers to have installed covers. Registers to be hinged.

15  – Mechanical pressure steam atomizers, without sprayer plates or mixing nozzles.

36  – Sprayer plates (2 sizes).

36  – Mixing nozzles.

* 6   – Steel check valves. (Steam supply 150 lbs.)

6   – "Todd" steel burner atomizer valves, complete with automatic shut-off device.

* 6   – Steel burner root valves. (Oil supply 600 lbs.)

* 6   – Steel root valves (steam). (Steam supply 150 lbs.)

6   – Branch oil supply pipes.

6   – Branch steam supply pipes.

1   – Set of moulds and sweep for forming plastic throat around burners, including 3 moulds and 1 sweep.

108 – Sprayer plates for straight mechanical atomizing (6 sizes).

15  – Adapter plates for straight mechanical atomizing.

15  – Sprayer plate nuts.

* 2   – 1" Leslie "DOS" atomizing steam control valves, complete with differential control pilot Leslie type "UDRVPN".

* 2   – Moore 61L boosters.

* 1   – 1 1/2" "LNS-4D" Leslie pressure reducing valve, S.B.S.S.T.


* To be purchased separately by Foster Wheeler.

7-47  Printed in U.S.A.

Form SD9-42

USSLYSPEAR00000314

FOSTER WHEELER CORPORATION
PROPOSAL No. 3-47-107-8
PAGE No. 13B

ON BOARD REPAIR PARTS CONSISTING OF:

1 - Set of tools and wrenches consisting of:

    2 - Burner wrenches

    1 - Burner vice bracket

    1 - Burner cleanout housing

1 - Set of on-board repair parts consisting of:

    1 - Mechanical pressure steam atomizer less sprayer plate and mixing nozzle

    1 - Burner safety shut-off device

    2 - Diffusers

    1 - Outer casing gasket

    11 - Air Doors

    2 - Observation port gaskets

    6 - Atomizer handle gaskets

    5 - Observation port glasses

    18 - Ball rotainer sleeve gaskets

    12 - Check valve gaskets

    1 - Set of "O" rings for gaskets for safety shut-off device

7-67  Printed in U.S.A.

Form XDP-44

USSLYSPEAR00000315

FOSTER WHEELER CORPORATION
PROPOSAL No 3-47-107-8
PAGE No. 13C

27. COMBUSTION CONTROL PER SHIP

1 - Steam pressure transmitter

1 - Steam pressure controller (providing proportional control)

1 - High limit relay

1 - Low limit relay

1 - Ratio relay

2 - Boiler master man-auto control stations

2 - Air flow transmitters

2 - Minimum signal selector relays

2 - Air flow controllers

2 - Blower man-auto control stations

2 - Fuel air ratio relays

2 - Air oil indicators

2 - Fuel oil man-auto control stations

2 - Fuel oil pressure characterizing relays

2 - Fuel oil pressure control valves (2"-300# ASA)

1 - Control air pressure gauge

4 - Air filters

4 - Air pressure regulators

2 - Master air locks

1 - Master reset valve

2 - Fuel oil valve air locks

2 - Fuel oil valve reset valves

1 - Console

7-67  Printed in U.S.A.

Form SDP-44

USSLYSPEAR00000316

FOSTER WHEELER CORPORATION

28.  SMOKE INDICATORS   NOT FURNISHED

    Make                Type

    Number per boiler

29.  FEED WATER REGULATORS

    Make   HAGAN or COPES  3" type "F" three element, balance flow

    Shutoff valves, size        ", type

    Drain valve, size         ", type

30.  FANS

    a)  Forced Draft             NOT    Furnished

    The air requirements for each generator are as follows:

    Capacity,  38,100   Cfm at 100°F for   120,000 lb. per hour evaporation, against
    18.0 " water head.

    Above Cfm and inches water head include factors of 1.15 and 1.32 respectively

| Make | Type | | | HP | RPM |
|------|------|--|--|----|-----|
| Motor Drive | Volts | Cycles | Phase | HP motor | |
| Make | Type | | | | |
| Turbine Drive | lb. | deg. F supply | | lb. exhaust | |
| Make | Type | | | | |
| Water rate each | | lbs. per hour | | HP | RPM |

    b)  Induced Draft               Furnished

    The air requirements for each generator are as follows:

    Capacity,         Cfm at     °F for     lb. per hour evaporation, against
    " water head.

    Above Cfm and inches water head include factors of 1.15 and 1.32 respectively

PROPOSAL No.  3-47-107-8

FORM 153-15

USSLYSPEAR00000317

FOSTER WHEELER CORPORATION
PROPOSAL No. 3-47-107-8
PAGE No. 15

# GENERAL CONDITIONS

**CONSTRUCTION
SUPERINTENDENTS
(Domestic)**

\* Included in
the boiler price.

The Corporation shall furnish, if required, superintendents to supervise, for the Purchaser, the erection of the apparatus. The Purchaser shall pay to the Corporation, for the services of such superintendent, $   \*   per day, Monday through Friday. The Purchaser shall also pay this rate for days or fractions thereof, consumed in travel, from and including the date of departure, to and including the date of return to home office headquarters.

The superintendent shall act as a consultant or an advisor in the interpretation of drawings and specifications and will make recommendations, when requested, on methods of erection of the equipment. He shall not be responsible for the procurement and direction of labor or quality of mechanical work performed by others.

No overtime shall be worked without a written order from the Purchaser, in which event the hours of overtime shall be paid for by the Purchaser as follows:

   a. For every hour in excess of eight hours per day, Monday through Friday, at the rate of $   per hour.

   b. For every hour worked on Saturdays at the rate of $   per hour.

   c. For every hour worked on Sundays and holidays at the rate of $   per hour.

The Purchaser shall also pay all the superintendents' traveling expenses incurred while enroute from the Corporation's home office headquarters to the job site and return.

If order for services of superintendents is not received with the order for the equipment to be erected, or if the services of the superintendent are not required prior to six months after receipt of order or three months after shipment of materials, whichever is t' least time, the Corporation reserves the right to charge the Corporation's standard rate in effect at the time the order for such service is actually placed.

The minimum invoice shall be for five days for every week or fraction of each week of each superintendent's assignment to job, including superintendent's date of departure from New York and date of arrival in New York.

Payments shall be made on presentation of invoice.

**SERVICE
ENGINEERS
(Domestic)**

\* At the prevailing rate when service is requested.

The Corporation shall furnish, if required, service engineers to advise and consult with the Purchaser in the operation of the apparatus. The Purchaser shall pay to the Corporation, for the service of each service engineer $   \*   per day, including days, or fractions thereof, consumed in travel, from and including the date of departure, to and including the date of return to home office headquarters.

No overtime shall be worked without a written order from the Purchaser, in which event the hours of overtime shall be paid for by the Purchaser at the rate of $   per hour for every hour in excess of eight hours per day.

The Purchaser shall also pay all the service engineers' traveling expenses incurred while enroute from the Corporation's home office headquarters to the job site and return.

If order for services of service engineers is not received with the order for the equipment to be placed in service, the Corporation reserves the right to charge the Corporation's standard rate in effect at the time the order for such service is actually placed.

Payments shall be made on presentation of invoice.

T-47   Printed in U.S.A.

Form 107-42-a

USSLYSPEAR00000318

FOSTER WHEELER CORPORATION
PROPOSAL No. 3-47-107-8
PAGE No. 16

# GENERAL CONDITIONS

**PRICE AND TERMS**

The contract price shall be as per accompanying letter. Payment shall be made in New York funds 90% on shipment, or on presentation of sight draft with the shipping receipt attached, at the option of the Corporation, and the balance within sixty days after shipment. Deferred and/or past due payments shall bear 6% interest. Pro rata payments shall be made in case of partial shipments. If shipment, erection or testing of the apparatus, or any part thereof, is delayed at the request of the Purchaser, the date of completion shall be regarded as the date when ready for shipment, or when erected, and payments shall be made accordingly. If shipment of the apparatus is delayed at the request of the Purchaser, it shall be held at the Purchaser's risk and the Purchaser agrees to pay for storage and handling charges.

The price quoted in this proposal is subject to change after fifteen days from its date. The proposal must be approved in writing by an officer of the Corporation to make it binding upon the Corporation. The price quoted is based on transportation rates effective as of the date of this proposal.

**DESIGN**

The design of the apparatus will be approximately as shown on drawing.

MP-651-15

**ERECTION AND SUPERINTENDENCE**

Erection contemplates continuous prosecution of the work and all costs and expenses of interference thereto caused by Purchaser shall be added to and become a part of the contract price to be paid by the Purchaser.

**EXECUTION OF CONTRACT**

All previous promises, representations or understandings, whether oral or written, relative to the subject matter of this proposal, are hereby abrogated, and this proposal when duly accepted and approved, shall constitute the entire contract between the parties hereto. No modification thereof shall be binding on either party hereto unless in writing and duly accepted by the Purchaser and approved by an officer of the Corporation.

ACCEPTANCE:

This proposal is hereby accepted at the price and upon the terms and conditions stated.

_____
(Purchaser)

By_____
(Title)

Dated_____ 19

FOSTER WHEELER CORPORATION

By_____

APPROVED
FOSTER WHEELER CORPORATION

By_____
(Title)

New York_____ 19

7-57   Printed in U.S.A.

Form SDP-43

USSLYSPEAR00000319