### UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **WILLIAM CLEVE DAVIDSON** | § | **MDL No. 875** |
| **Plaintiff,** | § | |
| vs. | § | **Eastern District of Louisiana**<br>**Civil Action No. 2:11-cv-01013** |
| **ADVOCATE MINES, LTD., et al** | § | **Section F** |
| **Defendants** | § | **Magistrate Judge 2** |

### CERTAINTEED CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Defendant CertainTeed Corporation hereby states that CertainTeed Corporation is an indirect, wholly-owned subsidiary of Compagnie de Saint-Gobain, Paris, France. There is no other parent company that is publicly held. No other publicly-held company owns stock in CertainTeed Corporation. The Wendel Group, Paris, France owns more than 10% of the stock of Compagnie de Saint-Gobain.

      Respectfully submitted,

/s/ *Jennifer E. Adams*
Jennifer E. Adams (#26588)
Jamie H. Baglio (#26326)
Margaret M. Joffe (#17643)
**DEUTSCH, KERRIGAN & STILES**
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
jadams@dkslaw.com
**Attorneys for CertainTeed Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that on 20th day of May, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

/s/ *Jennifer E. Adams*
Jennifer E. Adams (#26588)

#2039746v1<DKS> -Corporate Disclosure Statement -JPMDL