

**DEUTSCH, KERRIGAN & STILES**

755 Magazine Street
New Orleans, LA 70130
Direct  (504) 593-0629
Main    (504) 581-5141
Fax     (504) 566-4029
delliott@dkslaw.com
www.dkslaw.com

**DOUGLAS R. ELLIOTT**
Counselor at Law

May 20, 2011

Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC 20002-8041

> Re: In Re: Asbestos Products Liability Litigation (IV), MDL 875
> *Davidson v. Advocate Mines*, et al, No. LAE/2:11-cv-01013

Dear Clerk:

Please be advised that I am withdrawing my appearance before the panel for defendant CertainTeed Corporation. Jennifer Adams with my office has made an appearance and will be representing CertainTeed in this matter. I will continue to represent Beazer East, Inc. as indicated by my notice of appearance filed with the panel this week.

Please contact me if you have any questions regarding this matter.

Sincerely,

Douglas R. Elliott