David F. Beach (SBN 094847)
BISHOP | BARRY | DRATH
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
Telephone: (510) 596-0888
Facsimile: (510) 596-0899
E-mail: dbeach@bishop-barry.com

Attorneys for Defendant,
UNITED STATES STEEL CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY CULVER, et al.,

    Plaintiffs,

v.

ASBESTOS DEFENDANTS et al.,

    Defendants.

Case No.: CV 10 3484 JCS

NOTICE OF TAG-A-LONG ACTION

PLEASE TAKE NOTICE THAT on July 20, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (MDL Transfer Order). The MDL Transfer Order also applies to a "tag-a-long action", which refers to a civil action pending in a district court and involving common questions of facts with actions previously transferred under Section 1407

///
///
///
///
///

- 1 -
NOTICE OF TAG-A-LONG ACTION

ORIGINAL

1   by the Judicial Panel of Multi-District Litigation pursuant to a January 17, 1991 Order to Show
2   Cause. See Multi-District Rules (MDL Rules), Rule 1.1.
3
4   DATED: August 5, 2010                    BISHOP | BARRY | DRATH
5
6                                            By _____
7                                            David F. Beach
                                             Attorneys for Defendant
8                                            UNITED STATES STEEL
9
10  G:\1ToxicTort\US Steel 301\Culver - 10187\PXrelatedclaim.doc

BISHOP | BARRY | DRATH
A Professional Corporation
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
Tel. No. (510) 596-0888   Fax No. (510) 596-0899