3:10-cv-03484-SI Culver v. Allis-Chalmers Corporation Product Liability Trust et al
Susan Illston, presiding
Date filed: 08/09/2010
Date of last filing: 04/15/2011

# Deadlines/Hearings

| Doc. No. | Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated |
|---|---|---|---|---|---|
| 10 | Motion Hearing | 09/08/2010 | 10/15/2010 at 09:00 AM | | 09/15/2010 |
| 10 | Motion Hearing | 09/08/2010 | 11/04/2010 at 09:00 AM | | 11/05/2010 |
| 12 | Motion Hearing | 09/15/2010 | 11/04/2010 at 09:00 AM | | 11/05/2010 |
| 3 | Case Management Statement Due | 08/09/2010 | 11/12/2010 | | 08/24/2010 |
| 3 | Case Management Conference | 08/09/2010 | 11/19/2010 at 01:30 PM | | 08/24/2010 |
| | Case Management Conference | 09/15/2010 | 12/16/2010 at 02:30 PM | | 12/15/2010 |
| 25 | Initial Case Mgmt Conference | 12/15/2010 | 02/11/2011 at 02:30 PM | | 02/09/2011 |
| 29 | Initial Case Mgmt Conference | 02/09/2011 | 04/12/2011 at 02:30 PM | | 03/30/2011 |
| 30 | Initial Case Mgmt Conference | 03/30/2011 | 04/15/2011 at 02:30 PM | | 04/15/2011 |
| 33 | Initial Case Mgmt Conference | 04/15/2011 | 06/03/2011 at 02:30 PM | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/20/2011 09:56:26 | | | |
| PACER Login: | bb1034 | Client Code: | 301-10187-aee |
| Description: | Deadline/Hearings | Search Criteria: | 3:10-cv-03484-SI |
| Billable Pages: | 1 | Cost: | 0.08 |

5/20/2011