The following are publicly held corporate parents, affiliates and/or subsidiaries of Foster Wheeler Energy Corporation:

Foster Wheeler AG (Switzerland) is a publicly held entity that owns 100% of the stock of Foster Wheeler Ltd. (Bermuda). Foster Wheeler Ltd. (Bermuda) is a publicly held entity that owns 100% of the stock of Foster Wheeler Holdings, Ltd. (Bermuda). Foster Wheeler Holdings, Ltd. owns 100% of the stock of Foster Wheeler LLC (Delaware). Foster Wheeler LLC owns 100% of the stock of Foster Wheeler Inc. (Delaware). Foster Wheeler Inc. owns 100% of the stock of Foster Wheeler North America Corp. (Delaware) which in turn owns 100% of the stock of Foster Wheeler Energy Corporation (Delaware).