# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: **05/23/2011**

District Court: E.D. Louisiana

Number of Actions: 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL