1  TUCKER ELLIS & WEST LLP
   DANIEL J. KELLY – SBN 145088
2  135 Main Street, Suite 700
   San Francisco, CA 94105
3  Telephone: 415.617.2400
   Facsimile: 415.617.2409
4  Email: daniel.kelly@tuckerellis.com

5  Attorneys for Defendant
   HUNTINGTON INGALLS INCORPORATED fka
6  Northrop Grumman Shipbuilding, Inc.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | DONALD L. BASS and HANNELORE      | Case No. 3:11-cv-02345-EDL
12 | BASS,                              |
13 |         Plaintiffs,                | **DEFENDANT HUNTINGTON INGALLS INCORPORATED FKA NORTHROP GRUMMAN SHIPBUILDING, INC.'S NOTICE OF TAG-ALONG ACTION**
14 |   v.                               |
15 | SEQUOIA VENTURES, INC., et al.     |
16 |         Defendant.                 | Multi-District Rule 7.5(e)
17

18

19 **TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS**

20 **OF RECORD:**

21     **PLEASE TAKE NOTICE** that on July 29, 1991, the Judicial Panel on Multidistrict

22 Litigation entered an order transferring all asbestos cases pending in federal court to the United

23 States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial

24 proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-

25 along actions," or actions involving common questions of fact filed after the January 1991 filings

26 of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

27     Any party or counsel in actions previously transferred under
       section 1407 or under consideration by the Panel for transfer under
28
                                    1
   DEFENDANT HUNTINGTON INGALLS INCORPORATED FKA NORTHROP GRUMMAN
          SHIPBUILDING INC.'S NOTICE OF TAG-ALONG ACTION

SFOiManage/012640/000003/223555/1

section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either: (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

DATED: May 18, 2011                                  TUCKER ELLIS & WEST LLP


                                                     /s/ Daniel J. Kelly
                                                     Daniel J. Kelly
                                                     Attorneys for Defendant
                                                     HUNTINGTON INGALLS
                                                     INCORPORATED fka Northrop
                                                     Grumman Shipbuilding, Inc.

---

2

DEFENDANT HUNTINGTON INGALLS INCORPORATED FKA NORTHROP GRUMMAN SHIPBUILDING INC.'S NOTICE OF TAG-ALONG ACTION

SFOiManage/012640/000003/223555/1