| NELSON C. BARRY<br>JEFFREY N. HANEY<br>MARK C. RASKOFF<br>JONATHAN GROSS<br>ANDREW A. GOODE<br>MARY MARGARET RYAN<br>CAROL L. HEALEY<br>PETER J. LINN<br>JOHN M. DRATH | LAW OFFICES OF<br>**BISHOP | BARRY | DRATH**<br>A PROFESSIONAL CORPORATION<br><br>WATERGATE TOWER III<br>2000 POWELL STREET, SUITE 1425<br>EMERYVILLE, CALIFORNIA 94608<br>TELEPHONE (510) 596-0888 | FACSIMILE (510) 596-0899 | RICHARD S. BISHOP (1916-2007)<br>COLIN ADKINS<br>JOHN A. BURKE<br>DAVID F. BEACH<br>RAY Z. BACERDO<br>KELLY M. KERR<br>ELAINE I. VIDEA<br>VIVIAN L. LERCHE<br>SHEILA T. ADDIEGO<br>AARON HANCOCK<br>EDWARD M. LAI |
|---|---|---|

**Ashleigh E. Edwards**
PARALEGAL

DIRECT DIAL NUMBER
(510) 420-6385
aedwards@bishop-barry.com

May 23, 2011

Clerk
Judicial Panel on Multidistrict Litigation

    Re:    <u>Culver, Timothy v. Asbestos Defendants</u>
            United States District Court for the Northern District of California
            ***IN RE: MDL 875 Asbestos Litigation***
            Our Client:    U.S. Steel Corporation
            Our File No.:   301-10187

Dear Clerk:

Please withdraw the "Notice of Potential Tag-Along Action" filed on May 20, 2011 by this office on behalf of defendant UNITED STATES STEEL CORPORATION as the caption page erroneously listed the originating court instead of this Panel.

A corrected Notice will be filed as soon as feasible after this withdrawal.

Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact the undersigned.

                              Very truly yours,

                              BISHOP | BARRY | DRATH

                              *Ashleigh E. Edwards*

                              Ashleigh E. Edwards
                              Paralegal to David F. Beach, Esq.

/aee

8436