David F. Beach (SBN 094847)
BISHOP | BARRY | DRATH
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA  94608
Telephone:  (510) 596-0888
Facsimile:  (510) 596-0899
E-mail:  dbeach@bishop-barry.com

Attorneys for Defendant,
UNITED STATES STEEL CORP.

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL 875 |
|---|---|
| TIMOTHY CULVER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES STEEL CORPORATION et al., <br><br> Defendants. | **NOTICE OF POTENTIAL TAG-ALONG ACTION** <br><br> *Originating Court*: <br> United States District Court, Northern District of California <br><br> Case No.:  C 10-03484 SI |

PLEASE TAKE NOTICE that on July 20, 1991, the Judicial Panel on Multidistrict Litigation ("Panel") entered an order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (MDL Transfer Order). The MDL Transfer Order also applies to a "tag-along action," which refers to a civil action pending in a district court and involving common questions of facts with actions previously transferred under Section 1407 by the Judicial Panel of Multi-District Litigation pursuant to a January 17, 1991 Order to Show Cause. See Multi-District Rules (MDL Rules), Rule 1.1.

Pursuant to MDL Rule 7.5(d), "[a]ny party of counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under

section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears." MDL Rule 7.5(e).

Defendant UNITED STATES STEEL CORPORATION hereby notifies the Panel that this case is a potential "tag-along action" which may be subject to transfer to the United States District Court, Eastern District of Pennsylvania. The Clerk of the Panel may enter a conditional transfer order pursuant to MDL Rule 7.4(a).

DATED: May 23, 2011                    BISHOP | BARRY | DRATH

By _____
David F. Beach
Attorneys for Defendant
UNITED STATES STEEL

G:\1ToxicTort\US Steel 301\Culver - 10187\PXrelatedclaim.doc