David F. Beach (SBN 094847)
BISHOP | BARRY | DRATH
Watergate Tower III
2000 Powell Street, Suite1425
Emeryville, CA 94608
Telephone: (510) 596-0888
Facsimile: (510) 596-0899
E-mail: dbeach@bishop-barry.com

Attorneys for Defendant,
UNITED STATES STEEL CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CULVER, et al.,<br>Plaintiffs,<br>v.<br>ASBESTOS DEFENDANTS et al.,<br>Defendants. | Case No.: C 10-03484 SI<br><br>NOTICE OF TAG-A-LONG ACTION |

PLEASE TAKE NOTICE THAT on July 20, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (MDL Transfer Order). The MDL Transfer Order also applies to a "tag-a-long action", which refers to a civil action pending in a district court and involving common questions of facts with actions previously transferred under Section 1407

///

///

///

///

///

BISHOP | BARRY | DRATH
A Professional Corporation
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
Tel. No. (510) 596-0888 Fax No. (510) 596-0899

by the Judicial Panel of Multi-District Litigation pursuant to a January 17, 1991 Order to Show Cause. See Multi-District Rules (MDL Rules), Rule 1.1.

DATED: February 4, 2010

BISHOP | BARRY | DRATH

By [signature]
David F. Beach
Attorneys for Defendant
UNITED STATES STEEL

G:\1ToxicTort\US Steel 301\Culver - 10187\PXrelatedclaim.doc

BISHOP | BARRY | DRATH
A Professional Corporation
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
Tel. No. (510) 596-0888 Fax No. (510) 596-0899

**CERTIFICATE OF SERVICE**

***Timothy Culver, et al. v. Asbestos Defendants (B❖P), et al.***

**United States District Court, Northern District of California**

**Case No. 3:10-cv-03483-SI**

I , the undersigned, certify that I am employed in the County of Alameda, State of California, that I am over the age of eighteen years and not a party to the within action. My business address is Bishop | Barry | Drath, 2000 Powell Street, Suite 1425, Emeryville, California 94608. My electronic address is agarcia@bishop-barry.com.

On the date below written I electronically filed the following document with the Clerk of the Court for the United States District Court by using the CM/ECF system: **NOTICE OF TAG-A-LONG ACTION**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class United States Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

| | |
|---|---|
| Richard Grant, Esq.<br>Brayton ❖ Purcell LLP<br>222 Rush Landing Road<br>P.O. Box 6169<br>Novato, CA 94948-6169<br>Telephone: (415) 898-1555<br>Facsimile: (415) 898-1247<br><br>Attorneys for Plaintiff Timothy Culver | Bassi, Edlin, Huie & Blum LLP<br>351 California Street, Suite 200<br>San Francisco, CA 94104<br>Telephone: (415) 397-9006<br>Facsimile: (415) 397-1339<br><br>Attorneys for Defendants Hopeman Brothes, Inc., J.T. Thorpe & Son, Inc. and Parker-Hannifin Corporation |
| Berry & Berry<br>P.O. Box 16070<br>2930 Lakeshore Avenue<br>Oakland, CA 94610<br>Telephone: (510) 835-8330<br>Facsimile: (510) 835-5117<br><br>Attorneys for Defendant Berry & Berry | Brydon Hugo & Parker<br>135 Main Street, 20th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 808-0300<br>Facsimile: (415) 808-0333<br><br>Attorneys for Defendants Foster Wheeler LLC (fka Foster Wheeler Corporation) |

BISHOP | BARRY | DRATH
A Professional Corporation
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
Tel. No. (510) 596-0888 Fax No. (510) 596-0899

| | |
|---|---|
| Cooley, Manion, Jones, Hake & Kurowski LLP<br>201 Spear Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone: (415) 512-4381<br>Facsimile: (415) 512-6791<br><br>Attorneys for Defendant A.W. Chesterton Company | Gordon & Rees LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (415) 986-8054<br><br>Attorneys for Defendants Buffalo Pumps, Inc., Goodyear Tire & Rubber Company |
| Jackson Jenkins Renstrom LLP<br>55 Francisco Street, 6th Floor<br>San Francisco, CA 94133<br>Telephone: (415) 982-3600<br>Facsimile: (415) 982-3700<br><br>Attorneys for Defendant General Dynamics Corporation | K&L Gates LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220<br><br>Attorneys for Defendant Crane Co. |
| Keesal, Young & Logan<br>450 Pacific Avenue<br>San Francisco, CA 94133<br>Telephone: (415) 398-6000<br>Facsimile: (415) 981-0136<br><br>Attorneys for Defendant Wilmington Transportation Co. | Law Offices of Nancy E. Hudgins<br>565 Commercial, 4th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 979-0100<br>Facsimile: (415) 979-0747<br><br>Attorneys for Defendant Uniroyal Holding, Inc. |
| Oium Reyen & Pryor<br>Attorneys at Law<br>220 Montgomery Street, Suite 910<br>San Francisco, CA 94104<br>Telephone: (415) 392-8300<br>Facsimile: (415) 421-1254<br><br>Attorneys for Defendant Honeywell International, Inc. | Pond North, LLP<br>350 South Grand Avenue, Suite 3300<br>Los Angeles, A 90071<br>Telephone: (213) 617-6170<br>Facsimile: (213) 623-3594<br><br>Attorneys for Defendant CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) |
| Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP<br>One California Street, Suite 1910<br>San Francisco, CA 94111<br>Telephone: (415) 788-8354<br>Facsimile: (415) 788-3625<br><br>Attorneys for Defendants Skinner Corporation, Syd Carpenter Marine Contractor, Inc. | Schiff Hardin LLP<br>One Market Plaza<br>Spear Street Tower, 32nd Floor<br>San Francisco, CA 94105<br>Telephone: (415) 901-8700<br>Facsimile: (415) 901-8701<br><br>Attorneys for Defendant Owens-Illinois, Inc. |

BISHOP | BARRY | DRATH
A Professional Corporation
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
Tel. No. (510) 596-0888 Fax No. (510) 596-0899

| | |
|---|---|
| Sedgwick, Detert, Moran & Arnold<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br><br>Attorneys for Defendant General Electric Company | Steptoe & Johnson LLP<br>633 West Fifth Street, 7th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 439-9400<br>Facsimile: (213) 439-9599<br><br>Attorneys for Defendant Metropolitan Life Insurance Company |
| Walsowrth, Franklin, Bevins & McCall<br>601 Montgomery Street, 9th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 781-7072<br>Facsimile: (415) 391-6258<br><br>Attorneys for Defendant Thomas Dee Engineering Company | Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105-2725<br>Telephone: (415) 433-0990<br>Facsimile: (415) 434-1370<br><br>Attorneys for Defendant Asbestos Corporation Limited |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

This declaration was executed on February 4, 2011, at Emeryville, California.

Al Garcia

BISHOP | BARRY | DRATH
A Professional Corporation
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
Tel. No. (510) 596-0888 Fax No. (510) 596-0899