David F. Beach (CSB 094847)
Ray Z. Bacerdo (CSB 139221)
BISHOP | BARRY | DRATH
A Professional Corporation
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
Telephone: (510) 596-0888
Facsimile: (510) 596-0899
E-mail: rbacerdo@bishop-barry.com

Attorneys for Defendant,
UNITED STATES STEEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CULVER as Wrongful Death Heir and as Successor-in-Interest to ROBERT CULVER, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>ASBESTOS DEFENDANTS (B♦P),<br><br>Defendants. | Case No.: C-10-03484 SI<br><br>NOTICE OF TAG-ALONG ACTION |

PLEASE TAKE NOTICE that on July 20, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (MDL Transfer Order). The MDL Transfer Order also applies to a "tag-along action," which refers to a civil action pending in a district court and involving common questions of facts with actions previously transferred under Section 1407 by the Judicial Panel of Multi-District Litigation pursuant to a January 17, 1991 Order to Show Cause. See Multi-District Rules (MDL Rules), Rule 1.1.

Pursuant to MDL Rule 7.5(d), "[a]ny party of counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears." MDL Rule 7.5(e).

Defendant UNITED STATES STEEL CORPORATION hereby notifies the Court that this case is a potential "tag-along action" which may be subject to transfer to the United States District Court, Eastern District of Pennsylvania. The Clerk of the Panel may enter a conditional transfer order pursuant to MDL Rule 7.4(a).

Dated: April 13, 2011

BISHOP | BARRY | DRATH

By _____
Ray Z. Bagerdo
Attorneys for Defendant,
UNITES STATES STEEL CORPORATION

- 2 -

NOTICE OF TAG-ALONG ACTION

Timothy Culver, et al. v. Asbestos Defendants (BP), et al.
**United States District Court, Northern District of California**
Case No. C 10-03484 SI

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I am employed in the County of Alameda, State of California, that I am over the age of eighteen years and not a party to the within action. My business address is Bishop | Barry | Drath, 2000 Powell Street, Suite 1425, Emeryville, California 94608. My electronic address is agarcia@bishop-barry.com.

On the date below written I electronically filed the following document with the Clerk of the Court for the United States District Court by using the CM/ECF system: NOTICE OF TAG-ALONG ACTION.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system: See ECF SERVICE LIST.

__X__  **ELECTRONIC: Pursuant to Court Order, I submitted said document electronically to ECF to be posted to the website, and notice was given to all parties that the document has been served.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

This declaration was executed on April 13, 2011, at Emeryville, California.


Al Garcia

BISHOP | BARRY | DRATH
A Professional Corporation
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
Tel. No. (510) 596-0888  Fax No. (510) 596-0899

CERTIFICATE OF SERVICE