1  TUCKER ELLIS & WEST LLP
   DANIEL J. KELLY – SBN 145088
2  135 Main Street, Suite 700
   San Francisco, CA 94105
3  Telephone: 415.617.2400
   Facsimile: 415.617.2409
4  Email: daniel.kelly@tuckerellis.com

5  Attorneys for Defendant
   HUNTINGTON INGALLS INCORPORATED fka
6  Northrop Grumman Shipbuilding, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  DONALD L. BASS and HANNELORE            Case No. 3:11-cv-02345-EDL
    BASS,
12
                                            DEFENDANT HUNTINGTON
13              Plaintiffs,                 INGALLS INCORPORATED FKA
                                            NORTHROP GRUMMAN
14      v.                                  SHIPBUILDING, INC.'S
                                            NOTICE OF TAG-ALONG ACTION
15  SEQUOIA VENTURES, INC., et al.
                                            Multi-District Rule 7.5(e)
16              Defendant.

17

18

19  TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS

20  OF RECORD:

21      PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict

22  Litigation entered an order transferring all asbestos cases pending in federal court to the United

23  States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial

24  proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-

25  along actions," or actions involving common questions of fact filed after the January 1991 filings

26  of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

27          Any party or counsel in actions previously transferred under
            section 1407 or under consideration by the Panel for transfer under
28
                                            1
    DEFENDANT HUNTINGTON INGALLS INCORPORATED FKA NORTHROP GRUMMAN
              SHIPBUILDING INC.'S NOTICE OF TAG-ALONG ACTION
    SFOiManage/012640/000003/223555/1

1    section 1407 shall promptly notify the Clerk of the Panel of any
     potential "tag-along actions" in which that party is also named or
2    in which that counsel appears.

3        The undersigned hereby notifies the court that this is a potential "tag-along action" which

4    may be subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the Panel may

5    either: (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to

6    show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

7    DATED:  May 18, 2011                    TUCKER ELLIS & WEST LLP

8

9

10                                    /s/   Daniel J. Kelly
                                            Daniel J. Kelly
                                            Attorneys for Defendant
11                                          HUNTINGTON INGALLS
                                            INCORPORATED fka Northrop
12                                          Grumman Shipbuilding, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            2
     _____
     DEFENDANT HUNTINGTON INGALLS INCORPORATED FKA NORTHROP GRUMMAN
             SHIPBUILDING INC.'S NOTICE OF TAG-ALONG ACTION
     SFOiManage/012640/000003/223555/1