## SCHEDULE

| Division | CA Case No. | Judge | Case Caption |
|---|---|---|---|
| Northern District of California | 3:11-cv-02345-SI | Hon. Susan Illston | *Donald L. Bass et al. v. Sequoia Ventures, Inc. et al* |