## SERVICE LIST

*Donald L. Bass et al. v. Sequoia Ventures, Inc. et al.*

BRAYTON PURCELL LLP
222 Rush Landing Road
PO Box 6169
Novato, CA 94948–6169
415–898–1555 (voice)
415–898–1247 (fax)

BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA  94105

BROWN EASSA & MCLEOD LLP
1999 Harrison Street
Suite 1800
Oakland, Ca 94612-3520
(510) 444-3131

SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105

PRINDLE, AMARO, GOETZ, HILLYARD,
BARNES & REINHOLTZ LLP
One California Street, Ste 1910
San Francisco, Ca 94111
(415) 788-8354

SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, Ca 94105
(415) 979-0400

GLYNN & FINLEY
100 Pringle Ave, Ste 500
Walnut Creek, Ca 94596
(925) 210-2800

ARMSTRONG & ASSOCIATES, LLP
One Kaiser Plaza, Suite 625
Oakland, Ca 94612
(510) 433-1830

DAL SOGLIO & MARTENS LLP
222 North Sepulveda Blvd
Suite 2000
El Segundo, Ca 90245
(310) 662-4748

STEPTOE & JOHNSON LLP
633 West Fifth Street, Ste 700
Los Angeles, Ca 90071
(213) 439-9400

MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, Ca 94105-1126
(415) 442-1000

HASSARD BONNINGTON LLP
Two Embarcadero Ctr., # 1800
San Francisco, Ca 94111
(415) 288-9800

YARON & ASSOCIATES
601 California St. 21st Floor
San Francisco, Ca 94108
(415) 658-2929

POND NORTH LLP
350 South Grand Avenue
Suite 3300
Los Angeles, Ca 90071
(213) 617-6170