UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

LEONARD O. UNZICKER,

    Plaintiff,

v.                               CASE NO. 3:11-CV-00224

A. W. CHESTERTON COMPANY, et al.,

    Defendants.

## NOTICE OF TAG-ALONG ACTION

    PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending before the federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party or counsel in actions previously transferred under any section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

    The undersigned hereby notifies the court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer

order pursuant to MDL Rule 12(a) or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

                      FOLEY & MANSFIELD PLLP

*/s/ Daniel G. Donahue*
Daniel G. Donahue - #6193558
Attorneys for Defendant,
CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

Foley & Mansfield PLLP
1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110
Phone: 314-925-5700
Fax: 314-925-5701

Dated: May 10, 2011