PMF, SSD

# U.S. District Court
## Southern District of Illinois (East St. Louis)
### CIVIL DOCKET FOR CASE #: 3:11-cv-00224-GPM -PMF

Unzicker v. A.W. Chesterton Company et al  
Assigned to: Judge G. Patrick Murphy  
Referred to: Magistrate Judge Philip M. Frazier  
Demand: $75,000  
Cause: 28:1332 Diversity-Asbestos Litigation  

Date Filed: 03/21/2011  
Jury Demand: Both  
Nature of Suit: 368 P.I. : Asbestos  
Jurisdiction: Diversity  

**Plaintiff**

**Leonard O Unzicker**     represented by **Michael P. Cascino**  
Cascino, Vaughn Law Offices  
Generally Admitted  
220 South Ashland  
Chicago, IL 60607-5308  
312-944-0600  
Email: michaelp.cascino@gmail.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**A.W. Chesterton Company**  
*a corporation*

represented by **Curtis R. Bailey**  
Kurowski, Bailey et al.  
228 West Pointe Drive  
Swansea, IL 62226  
618-277-5500  
Email: cbailey@cateskurowski.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**CBS Corporation**  
*a corporation*

represented by **Daniel G. Donahue**  
Foley & Mansfield, PLLP  
Generally Admitted  
1001 Highlands Plaza Dr. West  
Suite 400  
St. Louis, MO 63110  
314-645-7788  
Fax: 314-645-9945  
Email: ddonahue@foleymansfield.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Certainteed Corporation**  
*a corporation*

represented by **Kent L. Plotner**  
Heyl, Royster et al. - Edwardsville

                          Generally Admitted
                          103 West Vandalia Street
                          P.O. Box 467
                          Edwardsville, IL 62025
                          618-656-4646
                          Email: kplotner@heylroyster.com
                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Cleaver Brooks Inc.**
*a corporation*
           represented by **Daniel J. O'Connell**
                        O'Connell, Tivin, Miller & Burns L.L.C.
                        135 S. LaSalle St.
                        Suite 2300
                        Chicago, IL 60603
                        312-256-8800
                        Fax: 312-256-8808
                        Email: Dan@djoalaw.com
                        *LEAD ATTORNEY*
                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Crane Co.**
*a corporation*
           represented by **James Paul Kasper**
                        Gunty & McCarthy
                        150 South Wacker
                        Suite 1025
                        Chicago, IL 60606
                        312-541-0022
                        Fax: 312-541-0033
                        Email: jamie.kasper@guntymccarthy.com
                        *LEAD ATTORNEY*
                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Foster Wheeler, LLC**
*a corporation*

**Defendant**

**General Electric Company**
*a corporation*

**Defendant**

**Greene, Tweed and Co.**
*a corporation*
           represented by **Edward J. McCambridge**
                        Segal, McCambridge et al.
                        Sears Tower - Suite 5500
                        233 South Wacker Drive
                        Chicago, IL 60606
                        312-645-7800
                        Fax: 312-645-7711
                        Email: emmccambridge@smsm.com
                        *LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**Defendant**

**Owens-Illinois Inc**
*a corporation*

**Defendant**

**Rapid American Corporation**
*a corporation*

**Defendant**

| | |
|---|---|
| **Riley Power, Inc.**<br>*a corporation* | represented by **Kent L. Plotner**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Marley-Wylain Company**<br>*a corporation*<br>*also known as*<br>Weil-Mclain Company | represented by **Edward J. McCambridge**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Trane US, Inc.**
*a corporation*

**Defendant**

| | |
|---|---|
| **Union Carbide Corporation**<br>*a corporation* | represented by **Kent L. Plotner**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2011 | 1 | Case Opened. Filing fee due. Documents may now be electronically filed. Case number 11-224-MJR-PMF must be placed on all documents prior to filing them electronically. (Attachments: # 1 Notice and Consent to Proceed Before a Magistrate Judge)(slj) (Entered: 03/21/2011) |
| 03/21/2011 | 2 | COMPLAINT against A.W. Chesterton Company, CBS Corporation, Certainteed Corporation, Cleaver Brooks Inc., Crane Co., Foster Wheeler, LLC, General Electric Company, Greene, Tweed and Co., Marley-Wylain Company, Owens-Illinois Inc, Rapid American Corporation, Riley Power, Inc., Trane US, Inc., Union Carbide Corporation ( Filing fee $ 350 receipt number 0754-1362613.), filed by Leonard O Unzicker. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A - Defendant's home states and principal places of business, # 3 Exhibit B - Plaintiff's work history)(Cascino, Michael) (Entered: 03/21/2011) |
| 03/21/2011 | 3 | Corporate Disclosure Statement by Leonard O Unzicker. (Cascino, Michael) (Entered: 03/21/2011) |
| 03/21/2011 | 4 | NOTICE by Leonard O Unzicker (Cascino, Michael) (Entered: 03/21/2011) |

| | | |
|---|---|---|
| 03/22/2011 | 5 | ORDER OF RECUSAL. Judge Michael J. Reagan recused. Case reassigned to Judge G. Patrick Murphy for all further proceedings. Signed by Judge Michael J. Reagan on 03/22/11. (dkd ) (Entered: 03/22/2011) |
| 04/19/2011 | 6 | ORDER: Plaintiff is ORDERED to file an Amendment to the Complaint on or before 5/3/2011 to establish the citizenship of Foster Wheeler LLC. Signed by Judge G. Patrick Murphy on 4/19/2011. (ssd) (Entered: 04/19/2011) |
| 04/20/2011 | 7 | ENTRY STRICKEN - *Short Form* ANSWER to 2 Complaint,, by A.W. Chesterton Company.(Bailey, Curtis) Modified on 4/20/2011 (lmt). (Entered: 04/20/2011) |
| 04/20/2011 | 8 | MOTION to Stay *Proceedings and Notice of Tag-Along Action* by A.W. Chesterton Company. (Bailey, Curtis) (Entered: 04/20/2011) |
| 04/20/2011 | 9 | *Short Form* ANSWER to 2 Complaint,, by A.W. Chesterton Company.(Bailey, Curtis) (Entered: 04/20/2011) |
| 04/20/2011 | 10 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 7 Answer to Complaint filed by A.W. Chesterton Company. Incorrect document attached. Clerk's Office to strike and attorney to refile correctly. (lmt)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 04/20/2011) |
| 04/20/2011 | 11 | NOTICE of Appearance by Curtis R. Bailey on behalf of A.W. Chesterton Company (Bailey, Curtis) (Entered: 04/20/2011) |
| 04/26/2011 | 12 | ORDER DENYING without prejudice 8 MOTION to Stay Proceedings filed by A.W. Chesterton Company. This Court previously ordered Plaintiff Leonard O. Unzicker to file an Amendment to the Complaint on or before May 3, 2011, to establish the citizenship of Defendant Foster Wheeler LLC. This Court will not consider staying these proceedings unless and until subject matter jurisdiction is established. Signed by Judge G. Patrick Murphy on 4/26/2011. (ssd)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 04/26/2011) |
| 04/29/2011 | 13 | AMENDED COMPLAINT against A.W. Chesterton Company, CBS Corporation, Certainteed Corporation, Cleaver Brooks Inc., Crane Co., Foster Wheeler, LLC, General Electric Company, Greene, Tweed and Co., Marley-Wylain Company, Owens-Illinois Inc, Rapid American Corporation, Riley Power, Inc., Trane US, Inc., Union Carbide Corporation, filed by Leonard O Unzicker. (Attachments: # 1 Exhibit A - Defendant's home states and principal places of business, # 2 Exhibit B - Plaintiff's work history, # 3 Certificate of Service) (Cascino, Michael) (Entered: 04/29/2011) |
| 05/04/2011 | 14 | STRICKEN PER DOCUMENT 16-NOTICE of Appearance by Kent L. Plotner on behalf of Certainteed Corporation, Riley Power, Inc., Union Carbide Corporation (Plotner, Kent) Modified on 5/4/2011 (jdh). (Entered: 05/04/2011) |
| 05/04/2011 | 15 | MOTION to Stay *Proceedings* by Certainteed Corporation, Riley Power, Inc., Union Carbide Corporation. (Plotner, Kent) (Entered: 05/04/2011) |
| 05/04/2011 | 16 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 14 Notice of Appearance filed by Union Carbide Corporation, Certainteed Corporation, Riley Power, Inc. See attached document for specifics. (jdh) (Entered: 05/04/2011) |
| 05/04/2011 | 17 | NOTICE of Appearance by Kent L. Plotner on behalf of Certainteed Corporation, Riley Power, Inc., Union Carbide Corporation (Plotner, Kent) (Entered: 05/04/2011) |

| | | |
|---|---|---|
| 05/04/2011 | 18 | ANSWER to 2 Complaint,, by Certainteed Corporation, Riley Power, Inc., Union Carbide Corporation.(Plotner, Kent) (Entered: 05/04/2011) |
| 05/10/2011 | 19 | ANSWER to 2 Complaint,, by CBS Corporation. (Attachments: # 1 Jury Demand)(Donahue, Daniel) (Entered: 05/10/2011) |
| 05/10/2011 | 20 | JOINDER by CBS Corporation. *Notice of Tag-Along Action.* (Donahue, Daniel) (Entered: 05/10/2011) |
| 05/10/2011 | 21 | Corporate Disclosure Statement by CBS Corporation. (Donahue, Daniel) (Entered: 05/10/2011) |
| 05/10/2011 | 22 | ENTRY STRICKEN: NOTICE by CBS Corporation *Certificate of Service* (Donahue, Daniel) Modified on 5/12/2011 (lmb). (Entered: 05/10/2011) |
| 05/11/2011 | 23 | NOTICE of Appearance by Edward J. McCambridge on behalf of Greene, Tweed and Co. (McCambridge, Edward) (Entered: 05/11/2011) |
| 05/11/2011 | 24 | MOTION to Dismiss *Pursuant to FRCP 12(b)(6)* by Greene, Tweed and Co.. Responses due by 6/13/2011 (McCambridge, Edward) (Entered: 05/11/2011) |
| 05/11/2011 | 25 | NOTICE of Appearance by James Paul Kasper on behalf of Crane Co. (Kasper, James) (Entered: 05/11/2011) |
| 05/11/2011 | 26 | NOTICE by Crane Co. *Notice of Tag-Along Action* (Kasper, James) (Entered: 05/11/2011) |
| 05/11/2011 | 27 | Corporate Disclosure Statement by Crane Co.. (Kasper, James) (Entered: 05/11/2011) |
| 05/11/2011 | 28 | ANSWER to 2 Complaint,, by Crane Co..(Kasper, James) (Entered: 05/11/2011) |
| 05/11/2011 | 29 | ENTRY STRICKEN: NOTICE by Crane Co. re 26 Notice (Other), 28 Answer to Complaint, 25 Notice of Appearance, 27 Corporate Disclosure Statement *Proof of Service* (Kasper, James) Modified on 5/12/2011 (lmb). (Entered: 05/11/2011) |
| 05/12/2011 | 30 | NOTICE of Appearance by Edward J. McCambridge on behalf of Marley-Wylain Company (McCambridge, Edward) (Entered: 05/12/2011) |
| 05/12/2011 | 31 | MOTION to Dismiss *Pursuant to FRCP 12(b)(6)* by Marley-Wylain Company. Responses due by 6/16/2011 (McCambridge, Edward) (Entered: 05/12/2011) |
| 05/12/2011 | 32 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 22 Notice (Other) filed by CBS Corporation, 29 Notice (Other) filed by Crane Co. A separate Notice of Filing/Certificate of Service is not to be efiled. Please see Local Rules for specifics. (lmb) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 05/12/2011) |
| 05/17/2011 | 33 | NOTICE of Appearance by Daniel J. O'Connell on behalf of Cleaver Brooks Inc. (O'Connell, Daniel) (Entered: 05/17/2011) |
| 05/17/2011 | 34 | ANSWER to 2 Complaint,, by Cleaver Brooks Inc..(O'Connell, Daniel) (Entered: 05/17/2011) |

| PACER Service Center |
|---|
| Transaction Receipt |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

Leonard O Unzicker,

                Plaintiff,

v.

A.W. Chesterton Company, a corporation,
CBS Corporation, a corporation,
Certainteed Corporation, a corporation,
Cleaver Brooks, Inc., a corporation,
Crane Co., a corporation,
Foster Wheeler LLC, a corporation,
General Electric Company, a corporation,
Greene, Tweed and Co., a corporation,
Owens-Illinois Inc., a corporation,
Rapid American Corporation, a corporation,
Riley Power, Inc., a corporation,
The Marley-Wylain Company a/k/a/
Weil-McLain Company, a corporation,
Trane U.S. Inc., a corporation,
Union Carbide Corporation, a corporation,

                Defendants.

Case No. 11-cv-224-MJR-PMF

## COMPLAINT

Now comes the plaintiff, Leonard O Unzicker (hereinafter "Plaintiff"), by and through his attorneys, Cascino Vaughan Law Offices, Ltd., and complains against defendants A.W. Chesterton Company, a corporation, CBS Corporation, a corporation, Certainteed Corporation, a corporation, Cleaver Brooks, Inc., a corporation, Crane Co., a corporation, Foster Wheeler LLC, a corporation, General Electric Company, a corporation, Greene, Tweed and Co., a corporation, Owens-Illinois Inc., a corporation, Rapid American Corporation, a corporation, Riley Power, Inc., a corporation, The Marley-Wylain Company a/k/a/ Weil-McLain Company, a corporation, Trane U.S. Inc., a corporation, Union Carbide Corporation, a corporation, as follows:

## JURISDICTION

1. Plaintiff is an adult citizen and resident of Illinois and resides in Fisher, Illinois.

2. Defendants are all corporations, none of which is incorporated in or has its principal place of business in the State of Illinois, and at all times relevant to the allegations contained herein were engaged in the business of designing, manufacturing, mining and selling asbestos and/or asbestos-containing products and/or asbestos-insulated equipment, hereinafter referred to as "asbestos products." Please refer to the attached Exhibit A for the state of incorporation and principal place of business of each defendant.

3. Jurisdiction is based on diversity of citizenship of the parties hereto under Title 28, United States Code, §1332.

4. The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

5. Venue is proper pursuant to Title 28, United States Code, §1391.

## GENERAL ALLEGATIONS

6. Plaintiff during the course of his employment as a Pipefitter at various job sites, including those listed on the attached Exhibit B was exposed to asbestos dust or fibers emanating from the asbestos products and/or asbestos insulated equipment which was sold, manufactured, mined, distributed, packaged, installed or otherwise placed into commerce by defendants.

7. Plaintiff was ignorant of the dangerous nature of asbestos and of the nature of the risks incurred by workers working with or near asbestos products.

8. Plaintiff became aware of the asbestos-related condition and that said condition was caused by Defendants' wrongful conduct within the statute of limitations before the filing of this action.

9. As a direct and proximate result of the conduct of Defendants, Plaintiff developed and had been diagnosed with lung cancer on 1/14/2011.

10. Plaintiff suffers great pain, physical impairment, great mental pain and anguish, is liable for large

sums of money for medical and hospital care, and suffered losses to his personal property and possessions.

## COUNT I - PRODUCTS LIABILITY - NEGLIGENCE

11. Plaintiff brings this count for negligence against all defendants and incorporates by reference all general allegations.

12. It was reasonably foreseeable that Plaintiff and other workers would be working with or in the proximity of defendants' asbestos products and be exposed to airborne asbestos fibers.

13. Defendants had a duty to exercise reasonable care for the safety of Plaintiff and others who worked with or were exposed to the defendants' asbestos products.

14. Defendants knew or in the exercise of ordinary or reasonable care ought to have known asbestos causes disease and or death, and that Plaintiff did not know that asbestos products were dangerous or harmful at the time of his exposures.

15. Each defendant breached its duty of care and was negligent, including without limitation in one or more of the following acts or omissions:

    a.  Failed to adequately warn Plaintiff or others of the health hazards of asbestos;

    b.  Failed to warn Plaintiff or others of the danger and harm of the asbestos after the products or equipment were installed at the premises;

    c.  Failed to investigate or test for the health effects of asbestos prior to distribution and sale;

    d.  Failed to instruct Plaintiff, his employers or others in the use of precautionary measures relating to asbestos-containing products and/or asbestos-insulated equipment; and/or

    e.  Manufactured, mined, supplied, or installed unsafe asbestos-containing products or asbestos-insulated equipment.

16. As a direct and proximate result of the acts and omissions of the product defendants

above, Plaintiff was injured as described above.

## PRAYER FOR RELIEF

17. Plaintiff prays for relief as follows:

   a. Judgment against defendants, jointly and severally, for compensatory and general damages.

   b. Such further legal and equitable relief as the Court orders to do justice in this case; costs and disbursements of this action.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by a jury of 6.


Dated: March 21, 2011


/S/ Michael P. Cascino
One of the Plaintiff's Attorneys


Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Ph: (312) 944-0600

**Exhibit A**
Defendants' Home States and Principal Places of Business

| Defendant | StateHdq | StatePrincBus |
|---|---|---|
| A.W. Chesterton Company | Massachusetts | Massachusetts |
| CBS Corporation | Delaware | Pennsylvania |
| Certainteed Corporation | Delaware | Pennsylvania |
| Cleaver Brooks, Inc. | Delaware | Wisconsin |
| Crane Co. | Delaware | Connecticut |
| Foster Wheeler LLC | Pennsylvania | New York |
| General Electric Company | New York | Connecticut |
| Greene, Tweed and Co. | Pennsylvania | Pennsylvania |
| Owens-Illinois Inc. | Delaware | Ohio |
| Rapid American Corporation | Delaware | New York |
| Riley Power, Inc. | Massachusetts | Massachusetts |
| The Marley-Wylain Company a/k/a Weil-McLain Company | Delaware | North Carolina |
| Trane U.S. Inc. | Delaware | New Jersey |
| Union Carbide Corporation | New York | Texas |

**Exhibit B**
Plaintiff's work history

| Site Location | Site City | State | First Year | Last Year |
|---|---|---|---|---|
| LaSalle Nuclear Power Station | Seneca | IL | 1978 | 1978 |
| University Of Illinois | Champaign | IL | 1970 | 1980 |
| University Of Illinois | Champaign | IL | 1970s | 1980s |
| Lauhoff Grain | Danville | IL | 1982 | 1982 |
| Staley Manufacturing | Decatur | IL | 1970 | 1980 |
| Residential And Commercial | Vandalia | IL | 1950 | 1959 |
| Residential And Commercial | Vandalia | IL | 1976 | 1978 |
| Residential And Commercial | Vandalia | IL | 1983 | 1983 |
| Residential And Commercial | Vandalia | IL | 1986 | 1987 |