

# TUCKER ELLIS & WEST LLP
ATTORNEYS AT LAW

135 Main Street • Suite 700 • San Francisco, California 94105
phone 415.617.2400  facsimile 415.617.2409  tuckerellis.com

CLEVELAND   COLUMBUS   DENVER   LOS ANGELES   SAN FRANCISCO

May 25, 2011

Clerk of the Panel
Judicial Panel on Multi-District Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

    Re:    *Donald L. Bass and Hannelore Bass v. Sequoia Ventures, Inc., et al.*
            United States District Court for the Northern District of California
            ***In Re: MDL 875 Asbestos Litigation***

Dear Clerk of the Panel:

    Please withdraw the two "Notice of Potential Tag-Along Action" filings of May 23, 2011 (document numbers 7258 and 7261) on behalf of our client, Huntington Ingalls Incorporated, as they were filed with improper headings. A corrected Notice will follow.

                                                        Respectfully submitted,

                                                         TUCKER ELLIS & WEST LLP

                                                         /S/ JOHN SON

                                                         John Son

SFOiManage/012640/000003/224057