1  TUCKER ELLIS & WEST LLP
   DANIEL J. KELLY – SBN 145088
2  135 Main Street, Suite 700
   San Francisco, CA 94105
3  Telephone:  415.617.2400
   Facsimile:  415.617.2409
4  Email:  daniel.kelly@tuckerellis.com

5  Attorneys for Defendant
   HUNTINGTON INGALLS INCORPORATED fka
6  Northrop Grumman Shipbuilding, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 **IN RE:  ASBESTOS PRODUCTS**          **MDL 875**
           **LIABILITY LITIGATION**
12
   DONALD L. BASS and HANNELORE
13 BASS,                                  **DEFENDANT HUNTINGTON
                                          INGALLS INCORPORATED FKA
14            Plaintiffs,                 NORTHROP GRUMMAN
                                          SHIPBUILDING, INC.'S**
15       v.                               **NOTICE OF POTENTIAL TAG-ALONG
                                          ACTION**
16 SEQUOIA VENTURES, INC., et al.
                                          Case No. 11-02345-SI
17            Defendant.

18

19       **PLEASE TAKE NOTICE** that on July 29, 1991, the Judicial Panel on Multidistrict

20 Litigation entered an order transferring all asbestos cases pending in federal court to the United

21 States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial

22 proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order").  That order also applies to "tag-

23 along actions," or actions involving common questions of fact filed after the January 1991 filings

24 of the Panel's Order to Show Cause.  MDL Rule 13(e) provides:

25              Any party or counsel in actions previously transferred under
                section 1407 or under consideration by the Panel for transfer under
26              section 1407 shall promptly notify the Clerk of the Panel of any
                potential "tag-along actions" in which that party is also named or
27              in which that counsel appears.

28

                                          1
                        NOTICE OF POTENTIAL TAG-ALONG ACTION
SFOiManage/012640/000003/224070/1

1    The undersigned hereby notifies the court that this is a potential "tag-along action" which

2  may be subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the Panel may

3  either: (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to

4  show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

5  DATED:  May 25, 2011                           TUCKER ELLIS & WEST LLP

6

7                                                     __/s/   John Son_____
                                                        John Son
8                                                       Attorneys for Defendant
                                                        HUNTINGTON INGALLS
9                                                       INCORPORATED fka Northrop
                                                        Grumman Shipbuilding, Inc.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF POTENTIAL TAG-ALONG ACTION

SFOiManage/012640/000003/224070/1