1 | TUCKER ELLIS & WEST LLP
DANIEL J. KELLY – SBN 145088
2 | 135 Main Street, Suite 700
San Francisco, CA 94105
3 | Telephone: 415.617.2400
Facsimile: 415.617.2409
4 | Email: daniel.kelly@tuckerellis.com

5 | Attorneys for Defendant
HUNTINGTON INGALLS INCORPORATED fka
6 | Northrop Grumman Shipbuilding, Inc.

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | DONALD L. BASS and HANNELORE BASS,  | Case No. 3:11-cv-02345-EDL
12 |
13 | Plaintiffs, | **DEFENDANT HUNTINGTON INGALLS INCORPORATED FKA NORTHROP GRUMMAN SHIPBUILDING, INC.'S CERTIFICATE OF SERVICE**
14 | v.
15 | SEQUOIA VENTURES, INC., et al.
16 | Defendant.

---

1

DEFENDANT ROCKWELL AUTOMATION, INC.'S CERTIFICATE OF SERVICE

SFOiManage/012640/000003/223658/1

1  I, Rene Paufve, certify and declare as follows:

2  I am over the age of 18 years and not a party to this action. I am employed by the law

3  firm Tucker Ellis & West LLP, and my business address is 135 Main Street, Suite 700, San

4  Francisco, California 94105, which is located in the city, county and state where the mailing

5  described below took place.

6  On May 19, 2011, I served on all interested parties in this action a copy of each of the following:

7  **DEFENDANT HUNTINGTON INGALLS INCORPORATED fka Northrop Grumman Shipbuilding, Inc.'s NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1442(A)(1)**

8

9  **DEFENDANT HUNTINGTON INGALLS INCORPORATED fka Northrop Grumman Shipbuilding, Inc.'s DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES**

10

11  **DEFENDANT HUNTINGTON INGALLS INCORPORATED fka Northrop Grumman Shipbuilding, Inc.'s NOTICE OF TAG-ALONG ACTION**

12  **DEFENDANT HUNTINGTON INGALLS INCORPORATED fka Northrop Grumman Shipbuilding, Inc.'s NOTICE OF PENDENCY OF OTHER ACTION**

13

14  **DEFENDANT HUNTINGTON INGALLS INCORPORATED fka Northrop Grumman Shipbuilding, Inc.'s DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

15

16

17  **U.S. DISTRICT COURT'S GUIDELINES**

18  **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

19  **STANDING ORDER – MAGISTRATE JUDGE ELIZABETH D. LAPORTE**

20  **STANDING ORDER RE CASE MANAGEMENT CONFERENCE**

21  **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED; DECLINATION TO PROCEED;**

22

23  **ECF REGISTRATION INFORMATION HANDOUT**

24  **CERTIFICATE OF SERVICE**

25  by placing it in an enclosed sealed envelope addressed as follows:

26  SEE ATTACHED SERVICE LIST

27  ///

28  ///

SFOiManage/012640/000003/223658/1

| | |
|---|---|
| 1 | I am readily familiar with the firm's practice of collection and processing correspondence |
| 2 | for mailing. It is deposited with the Unites States Postal Service on that same day in the ordinary |
| 3 | course of business with postage thereon fully prepaid. I am aware that on motion of the party |
| 4 | served, service is presumed invalid if postal cancellation date or postage meter date is more than |
| 5 | one day after date of deposit or mailing affidavit. |
| 6 | I declare under penalty of perjury that the foregoing is true and correct. Executed on |
| 7 | May 19, 2011. |

*[Signature]*
Rene Paufve

SFOiManage/012640/000003/223658/1

3
PROOF OF SERVICE

## Service List

BRAYTON PURCELL LLP
222 Rush Landing Road
PO Box 6169
Novato, CA 94948–6169
415–898–1555 (voice)
415–898–1247 (fax)

BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105

BROWN EASSA & MCLEOD LLP
1999 Harrison Street
Suite 1800
Oakland, Ca 94612-3520
(510) 444-3131

SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP
One California Street, Ste 1910
San Francisco, Ca 94111
(415) 788-8354

SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, Ca 94105
(415) 979-0400

GLYNN & FINLEY
100 Pringle Ave, Ste 500
Walnut Creek, Ca 94596
(925) 210-2800

ARMSTRONG & ASSOCIATES, LLP
One Kaiser Plaza, Suite 625
Oakland, Ca 94612
(510) 433-1830

DAL SOGLIO & MARTENS LLP
222 North Sepulveda Blvd
Suite 2000
El Segundo, Ca 90245
(310) 662-4748

SFOiManage/012640/000003/223658/1

| | |
|---|---|
| 1 | |
| 2 | STEPTOE & JOHNSON LLP<br>633 West Fifth Street, Ste 700 |
| 3 | Los Angeles, Ca 90071<br>(213) 439-9400 |
| 4 | |
| 5 | MORGAN, LEWIS & BOCKIUS LLP<br>One Market |
| 6 | Spear Street Tower<br>San Francisco, Ca 94105-1126 |
| 7 | (415) 442-1000 |
| 8 | HASSARD BONNINGTON LLP<br>Two Embarcadero Ctr., # 1800 |
| 9 | San Francisco, Ca 94111<br>(415) 288-9800 |
| 10 | |
| 11 | YARON & ASSOCIATES<br>601 California St. 21st Floor |
| 12 | San Francisco, Ca 94108<br>(415) 658-2929 |
| 13 | |
| 14 | POND NORTH LLP<br>350 South Grand Avenue<br>Suite 3300 |
| 15 | Los Angeles, Ca 90071<br>(213) 617-6170 |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |