ADRMOP

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:11-cv-02345-SI

Bass et al v. Huntington Ingalls Incorporated et al      Date Filed: 05/12/2011
Assigned to: Hon. Susan Illston                          Jury Demand: None
Cause: 28:1441 Petition for Removal- Asbestos Litigation  Nature of Suit: 368 P.I. : Asbestos
                                                          Jurisdiction: Federal Question

**Plaintiff**

**Donald L. Bass**                    represented by   **David R. Donadio**
                                                       Brayton Purcell LLP
                                                       222 Rush Landing Road
                                                       Novato, CA 94948-6169
                                                       (415) 898-1555
                                                       Fax: 415-898-1247
                                                       Email: DDonadio@braytonlaw.com
                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Hannelore Bass**                    represented by   **David R. Donadio**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Huntington Ingalls Incorporated**   represented by   **Daniel James Kelly**
*formerly known as*                                    Tucker Ellis & West LLP
Northrop Grumman Shipbuilding, Inc.                    135 Main Street, Suite 700
                                                       San Francisco, CA 94105
                                                       415-617-2400
                                                       Fax: 415-617-2409
                                                       Email: daniel.kelly@tuckerellis.com
                                                       *ATTORNEY TO BE NOTICED*


**Defendant**

**Sequoia Ventures, Inc.**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 05/23/2011 | 9 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Susan Illston for all further proceedings. Judge Magistrate Judge Elizabeth D. Laporte no longer assigned to the case.. Signed by Executive Committee on 5/23/11. (as, COURT STAFF) (Filed on 5/23/2011) (Entered: 05/23/2011) |

| 05/23/2011 | 8 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge. (cgk, COURT STAFF) (Filed on 5/23/2011) (Entered: 05/23/2011) |
|---|---|---|
| 05/19/2011 | 7 | CERTIFICATE OF SERVICE by Huntington Ingalls Incorporated (Kelly, Daniel) (Filed on 5/19/2011) (Entered: 05/19/2011) |
| 05/18/2011 | 6 | Declination to Proceed Before a U.S. Magistrate Judge by Huntington Ingalls Incorporated. (Kelly, Daniel) (Filed on 5/18/2011) (Entered: 05/18/2011) |
| 05/18/2011 | 5 | Certificate of Interested Entities by Huntington Ingalls Incorporated *and Corporate Disclosure* (Kelly, Daniel) (Filed on 5/18/2011) (Entered: 05/18/2011) |
| 05/18/2011 | 4 | NOTICE by Huntington Ingalls Incorporated *of Tag-Along Action* (Kelly, Daniel) (Filed on 5/18/2011) (Entered: 05/18/2011) |
| 05/18/2011 | 3 | NOTICE by Huntington Ingalls Incorporated *of Pendency of Other Action* (Kelly, Daniel) (Filed on 5/18/2011) (Entered: 05/18/2011) |
| 05/12/2011 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 8/23/2011. Case Management Conference set for 8/30/2011 10:00 AM. (hdj, COURT STAFF) (Filed on 5/12/2011) (Entered: 05/16/2011) |
| 05/12/2011 | 1 | NOTICE OF REMOVAL from San Francisco Superior Court. Their case number is CGC 11-275806. (Filing fee $350 receipt number 34611059803). Filed byHuntington Ingalls Incorporated. (hdj, COURT STAFF) (Filed on 5/12/2011) (Entered: 05/16/2011) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/23/2011 11:48:51 | | |
| **PACER Login:** | te0445 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:11-cv-02345-SI |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

1  DAVID R. DONADIO, ESQ., S.B. #154436
2  RON G. ARCHER, ESQ., S.B. #189429
   BRAYTON❖PURCELL LLP
3  Attorneys at Law
   222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5
   Attorneys for Plaintiffs
6

**SUMMONS ISSUED**
**FILED**
San Francisco County Superior Court

APR - 1 2011

CLERK OF THE COURT
By: _____
P. NAT'L  Deputy Clerk

ASBESTOS
CASE MANAGEMENT CONFERENCE

APR 1 9 2012  1:30 PM

7                         DEPARTMENT   220

8             SUPERIOR COURT OF CALIFORNIA

9                COUNTY OF SAN FRANCISCO

10

11  DONALD L. BASS and                     )  **ASBESTOS**
    HANNELORE BASS,                        )  No. **C G C - 1 1 - 2 7 5 8 0 6**
12                                         )
             Plaintiffs,                   )  COMPLAINT FOR PERSONAL INJURY
13                                         )  AND LOSS OF CONSORTIUM -
    vs.                                    )  ASBESTOS
14                                         )
    SEQUOIA VENTURES INC.;                 )
15  Defendants as Reflected on Exhibit 1   )
    attached to the Summary Complaint      )
16  herein; and DOES 1-8500.               )
                                           )
17

18      1.     Plaintiff DONALD L. BASS was born December 28, 1939.

19      2.     The ©Brayton❖Purcell Master Complaint for Personal Injury [and Loss of

20  Consortium]- Asbestos (hereinafter "Master Complaint") was filed January 2, 2003, in San

21  Francisco Superior Court.  A copy of the Master Complaint and General Order No. 55 may be

22  obtained upon request from Brayton❖Purcell, and designated portions of the Master Complaint

23  are incorporated by reference herein pursuant to the authority conferred by General Order No. 55.

24  Plaintiffs' claims are as set forth in said Master Complaint against defendants herein as follows:

25  ///

26  ///                        **THIS CASE IS SUBJECT TO**
27  ///                        **MANDATORY ELECTRONIC FILING**
                               **PURSUANT TO AMENDED G.O. 158**
28

K:\Injured\18607\PLD\cmp-pi\cpMct.wpd                    1
COMPLAINT FOR PERSONAL INJURY AND LOSS OF CONSORTIUM - ASBESTOS

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

| Cause of Action | DEFENDANTS* ON EXHIBITS: | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B | B-1 | C | D | E | F | G | H | I | J | K | L | M | N |
| First (Negligence) | ☒ | ☒ |  | ☐ |  |  | ☐ |  |  |  | ☐ | ☐ | ☐ |  |
| Second (Strict Liability) | ☒ | ☒ | ☒ |  |  |  |  |  |  |  |  |  |  |  |
| Third (False Representation) As to Defendant UNION CARBIDE CORPORATION only. | ☒ | ☒ |  |  |  |  |  |  |  |  |  |  |  |  |
| Fourth (Loss of Consortium) | ☒ | ☒ | ☒ | ☐ |  |  | ☐ |  |  |  | ☐ | ☐ | ☐ |  |
| Fifth (Premises Owner/ Contractor Liability) |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Sixth, Seventh, Eighth (Unseaworthiness, Negligence [Jones Act], Maintenance and Cure) |  | ☒ | ☒ | ☐ |  |  |  |  |  |  |  |  |  |  |
| Ninth (Longshore and Harbor Workers Compensation Act [LHWCA]) |  |  |  |  | ☒ |  |  |  |  |  |  |  |  |  |
| Tenth, Eleventh (F.E.L.A.) |  |  |  |  |  | ☐ |  |  |  |  |  |  |  |  |
| Twelfth, Thirteenth (Respiratory Safety Devices) |  |  |  |  |  |  | ☐ |  |  |  |  |  |  |  |
| Fourteenth, Fifteenth (Brake Shoe Grinding) |  |  |  |  |  |  | ☐ |  |  |  |  |  |  |  |
| Sixteenth (Concert of Action) |  |  |  |  |  |  |  | ☒ |  |  |  |  |  |  |
| Seventeenth, Eighteenth (Fraud, Deceit/Negligent Misrepresentation/Concealment) |  |  |  |  |  |  |  |  | ☒ |  |  |  |  |  |
| Nineteenth (Fraud/Deceit/ Intentional Misrepresentation) |  |  |  |  |  |  |  |  |  | ☒ |  |  |  |  |
| Twentieth (Fraud/Deceit - Kent) |  |  |  |  |  |  |  |  |  |  | ☐ |  |  |  |
| Twenty-First (Aiding/Abetting Battery - Met Life) |  |  |  |  |  |  |  |  |  |  |  |  |  | ☒ |

*and their alternate entities as set forth in the Master Complaint or on any Exhibit.

1        3.     Plaintiff's asbestos-related injury, date of diagnosis, employment status, and

2    history of exposure to asbestos are as stated on Exhibit A.

3        4.     Plaintiffs were married on December 30, 1960.

4        5.     Paragraph 8 of the Master Complaint is amended to add the following sentence:

5    In part, and without limitation as to other defendants, defendant NORTHROP GRUMMAN

6    SHIPBUILDING, INC., manufactured, modified, serviced and/or repaired asbestos-containing

7    ships and vessels.

8        6.     Plaintiffs' claims against defendant CBS CORPORATION (F/K/A VIACOM

9    INC., F/K/A WESTINGHOUSE ELECTRIC CORPORATION) exclude plaintiff's asbestos

10   exposure at military and federal government jobsites and aboard U.S. Navy vessels.

11       7.     Plaintiffs hereby allege that INSULECTRO and KIRTLAND ENTERPRISE

12   GROUP, INC., are the successors in interest to Quintec, Western Fiberglas Supply Company,

13   Western Fibrous Glass Products Co. and Wesglas. Defendants INSULECTRO and

14   KIRTLAND ENTERPRISE GROUP, INC., are liable for the tortious conduct of each

15   successor, successor in business, successor in product line or a portion thereof, assign,

16   predecessor in product line or a portion thereof, parent, subsidiary, whole or partial owner, or

17   wholly or partially owned entity, or entity that it was a member of, or funded, including

18   Quintec, Western Fiberglas Supply Company, Western Fibrous Glass Products Co. and Wesglas

19   which researched, repaired, marketed, distributed, supplied, warranted, re-branded,

20   manufactured for others and advertised a certain substance, the generic name of which is

21   asbestos, and other products containing said asbestos, including but not limited to Unibestos

22   insulation/pipe covering. Defendants INSULECTRO and KIRTLAND ENTERPRISE GROUP,

23   INC., are liable for the acts of each and every predecessor in interest, and each of them,

24   including Quintec, Western Fiberglas Supply Company, Western Fibrous Glass Products Co,

25   and Wesglas in that there was a transaction between these entities and each them, which

26   amounted to a consolidation or merger of the corporations and/or the purchasing corporation

27   became a mere continuation of the selling corporation. In the alternative, Defendants

28   INSULECTRO and KIRTLAND ENTERPRISE GROUP, INC., are liable for the acts of

1  Quintec, Western Fiberglas Supply Company, Western Fibrous Glass Products Co, and Wesglas
2  in that there has been a virtual destruction of plaintiffs' remedy against each such predecessor in
3  interest, including Quintec, Western Fiberglas Supply Company, Western Fibrous Glass
4  Products Co. and Wesglas;  Defendants INSULECTRO and KIRTLAND ENTERPRISE
5  GROUP, INC., have acquired the assets, product line, or a portion thereof, of each such
6  predecessor in interest, including Quintec, Western Fiberglas Supply Company, Western
7  Fibrous Glass Products Co. and Wesglas; Defendants INSULECTRO and KIRTLAND
8  ENTERPRISE GROUP, INC., have caused the destruction of plaintiffs' remedy against each
9  such predecessor in interest, including Quintec, Western Fiberglas Supply Company, Western
10  Fibrous Glass Products Co. and Wesglas; Defendants INSULECTRO and KIRTLAND
11  ENTERPRISE GROUP, INC., have the ability to assume the risk-spreading role of each such
12  predecessor in interest, including Quintec, Western Fiberglas Supply Company, Western
13  Fibrous Glass Products Co. and Wesglas; and that Defendants INSULECTRO and
14  KIRTLAND ENTERPRISE GROUP, INC., enjoy the goodwill originally attached to each
15  such predecessor in interest, including Quintec, Western Fiberglas Supply Company, Western
16  Fibrous Glass Product Co. and Wesglas.  Moreover, Defendants INSULECTRO and
17  KIRTLAND ENTERPRISE GROUP, INC., acquired the assets, product line, or a portion
18  thereof as the result of a fraudulent transfer, with the actual intent to hinder, delay or defraud
19  plaintiffs.  As a result, there is a unity of interest and ownership by and between Defendants
20  INSULECTRO and KIRTLAND ENTERPRISE GROUP, INC., and each predecessor in
21  interest including the commingling of funds and assets, similar equitable ownership and the
22  use of the same offices and employees, that the separate personalities of the corporations no
23  longer exist.
24       8.     Plaintiff hereby amends the Master Complaint on file herein, to incorporate a
25  new Twenty-First Cause of Action, set forth below, specially plead against the defendant listed
26  on Exhibit N, namely METROPOLITAN LIFE INSURANCE COMPANY.  (Plaintiffs are in
27  the process of amending the Master Complaint herein and will include this new Cause of Action
28  in said amendment.)

## "TWENTY-FIRST CAUSE OF ACTION
Aiding and Abetting Battery
[Against Metropolitan Life Insurance Company
and Does 7501-7900, Inclusive]

AS AND FOR A FURTHER, TWENTY-FIRST, SEPARATE AND DISTINCT CAUSE OF ACTION FOR AIDING AND ABETTING BATTERY, PLAINTIFF COMPLAINS OF DEFENDANTS METROPOLITAN LIFE INSURANCE COMPANY, DEFENDANTS ON EXHIBIT N, DOES 7501-7900, THEIR ALTERNATE ENTITIES AND EACH OF THEM, AND ALLEGES AS FOLLOWS:

225.    Plaintiff incorporates herein by reference, as though fully set forth hereat, each and every allegation of the First through Third and Sixteenth, Seventeenth, Eighteenth and Nineteenth Causes of Action as though fully set forth herein. (As used throughout this cause of action, 'plaintiff' refers to all named plaintiffs and/or all named decedents from whom the named plaintiff's injuries may derive.)

226.    This cause of action is for the aiding and abetting of battery by METROPOLITAN LIFE INSURANCE COMPANY ("MET LIFE"), primarily through its assistant medical director Anthony Lanza, M.D., of a breach of duty committed by Johns-Manville Corporation ("J-M").

227.    Plaintiff is informed and believes, and thereon alleges, that at all times herein mentioned defendant MET LIFE was and is a corporation organized and existing under and by virtue of the laws of the State of New York or the laws of some other state or foreign jurisdiction, and that this defendant was and is authorized to do and/or was and is doing business in the State of California, and regularly conducted or conducts business in the County of San Francisco, State of California. At times relevant to this cause of action, MET LIFE was an insurer of J-M.

228.    Plaintiff, was exposed to asbestos-containing dust created by the use of the asbestos products manufactured, distributed and/or supplied by J-M. This exposure to the asbestos or asbestos-related products supplied by J-M caused Plaintiff's asbestos-related disease and injuries.

COMPLAINT FOR PERSONAL INJURY AND LOSS OF CONSORTIUM - ASBESTOS

229. Starting in 1928, MET LIFE sponsored studies of asbestos dust and asbestos-related disease in Canadian mines and mills, including those of J-M. Those studies revealed that miners and mill workers were contracting asbestosis at relatively low levels of dust. McGill University, which conducted the studies, sought permission from MET LIFE to publish the results but they were never published. MET LIFE prepared its own report of these studies.

230. Between 1929 and 1931, MET LIFE studied dust levels and disease at five U.S. plants manufacturing asbestos-containing products, including a J-M plant. Those studies showed that workers in substantial numbers were contracting asbestosis, at levels less than what became the Threshold Limit Value ("TLV") of 5mppcf. The MET LIFE report was never published or disseminated except to plant owners, including J-M.

231. In 1932, MET LIFE studied dust levels and disease at the J-M plant at Manville, New Jersey. Results were consistent with those of the Canadian and previous U.S. plant studies. They were never published.

232. In 1934, J-M and others whose plants MET LIFE had studied agreed with MET LIFE that it should issue a report of its studies.

233. MET LIFE submitted a draft of its report to J-M. J-M requested, for legal and business reasons, that certain critical parts of the draft be changed. MET LIFE's official in charge was Lanza. MET LIFE through Lanza did make changes that J-M requested, including:

    (a)    Deletion of MET LIFE's conclusion that the permissible dust level for asbestos should be less than that for silica;

    (b)    Addition of the phrase that asbestosis clinically appeared to be milder than silicosis.

The report, thus altered, was published in 1935. It was misleading, and intentionally so, because it conveyed the incorrect propositions that asbestosis was a less serious disease process than silicosis and that higher levels of asbestos dust could be tolerated without contracting diseases than was the case for silica dust.

234. MET LIFE had a close relationship with J-M. It invested money in J-M. It provided group health and life insurance to J-M. MET LIFE IN 1934 agreed to supply

industrial hygiene services to J-M, including dust counts, training employees to monitor dust levels, examining employees, and recommending protective equipment. MET LIFE and Lanza were viewed as experts on industrial dusts.

235. In 1933, MET LIFE through Lanza issued the following advices to J-M:

(a)    Disagreeing with the recommendation of a J-M plant physician, MET LIFE advised against warning workers of the fact that asbestos dust is hazardous to their health, basing its advice in view of the extraordinary legal situation;

(b)    When the plant physician judged the best disposition of an employee with asbestosis was to remove him from the dust, MET LIFE advised instead that disposition should depend on his age, nature of work and other factors and to leave him alone if he is old and showing no disability, for, MET LIFE stated, economic and production factors must be balanced against medical factors.

236. J-M followed the MET LIFE advices and did not warn its workers, including plaintiff, of the hazards of asbestos dust, and J-M also intentionally refrained from notifying workers of their disease.

237. In 1936, MET LIFE, J-M and others founded the Air Hygiene Foundation ("AHF"). One of the AHF purposes was to develop standards for dust levels that would serve as a defense in lawsuits and workers' compensation claims.

238. MET LIFE funded partially another study that tentatively recommended in 1938 a TLV for asbestos dust of 5mpccf, the same as for silica dust. MET LIFE was aware of data from its own, unpublished reports that showed that level was too high for asbestos dust. MET LIFE nonetheless promoted that TLV as proper.

239. In June 1947, the Industrial Hygiene Foundation ("IHF") which succeeded to the AHF, issued a report of studies by Dr. Hemeon of U.S. asbestos plants, including a J-M plant. That report showed that workers exposed to less than the recommended maximum levels of dust were developing disease. MET LIFE was a member of the IHF and Lanza was on its medical committee. The Hemeon report, which was supplied to J-M and other owners, never was published.

240.  In 1936, J-M and other asbestos companies agreed with a leading medical research facility, Saranac Laboratories, that Saranac would research asbestos disease, but J-M and the others retained control over publication of the results.  In 1943 Saranac's Dr. Leroy Gardner, in charge of the research, sent a draft to J-M that revealed that 81.8% of mice exposed to long fiber asbestos contracted cancer.

241.  Dr. Gardner died in 1946.  J-M and other companies wanted parts of the Saranac results published and enlisted the assistance of MET LIFE's Lanza.  J-M and other companies decided that Saranac's findings of cancer caused by asbestos in mice must be deleted, as well as Saranac's critique of existing dust standards.  Lanza directed Saranac to delete the offending materials.  Saranac did so, and the altered report was published in 1951 by Saranac's Dr. Vorwald, in the *AMA Archives of Industrial Hygiene.*

242.  Lanza left MET LIFE at the end of 1948, and took a position at New York University, funded by MET LIFE.  He continued to misrepresent that asbestos does not cause cancer into the 1950s.

243.  The IHF (formerly AHF), of which MET LIFE was a member and MET LIFE official was on its medical committee, through Drs. Braun and Truan conducted a study of Canadian miners.  The original report, in 1957, found an increased incidence of lung cancer in persons exposed to asbestos.  The sponsors, including J-M, caused those findings to be stricken, and the report published in 1958 contained the false conclusion that asbestos exposure alone did not increase the risk of lung cancer.

244.  The false and misleading reports that a link between asbestos exposure and cancer was not proven influenced the TLV, for if a substance causes cancer the TLV must be very low or zero.

245.  J-M not later than 1933 was inflicting asbestos dust on its workers in its plants knowing that the dust was hazardous and was causing workers to contract disease that could and would disable and kill them.  As MET LIFE advised, J-M did not warn its workers of the hazard.  J-M committed battery on workers in its plants, including plaintiff, by that conduct.

///

246. MET LIFE knew that J-M's conduct constituted a breach of its duties to its workers. MET LIFE gave substantial assistance to J-M in committing batteries on its workers, including plaintiff, through MET LIFE's conduct described above, including by:

    (a)    Affirmatively urging J-M not to warn workers of the hazards of asbestos dust, in view of the extraordinary legal situation, such that J-M did not warn its workers, including plaintiff;

    (b)    Deleting the findings of its own draft report that the allowable limits for asbestos dust should be less than those for silica dust, and promoting a false and unsafe TLV which specified maximum levels of silica dust, and promoting a false and unsafe TLV which specified maximum levels of dust for workers, including plaintiff, which MET LIFE knew was wrong through its own studies;

    (c)    Advising J-M to keep certain workers continuing to work at dusty areas in the plant even after J-M was aware that their lungs showed asbestos-induced changes, lest other workers including plaintiff be alerted to the dangers of working in the dust.

WHEREFORE, plaintiff prays judgment as is hereinafter set forth."

9.    Plaintiffs do not make a claim for either false representative or punitive damages against any named defendant herein, except as against defendant UNION CARBIDE CORPORATION.

Dated: 5/3/11

BRAYTON❖PURCELL LLP

By: _____
David R. Donadio
Attorneys for Plaintiffs

# EXHIBIT 1

## EXHIBIT 1 - LIST OF DEFENDANTS

1

2

3

SEQUOIA VENTURES INC.

4

C.C. MOORE & CO. ENGINEERS

GENERAL ELECTRIC COMPANY

5

LAMONS GASKET COMPANY

METROPOLITAN LIFE INSURANCE COMPANY

6

POWER ENGINEERING AND EQUIPMENT COMPANY, INC.

INSULECTRO

7

KIRTLAND ENTERPRISE GROUP, INC.

UNION CARBIDE CORPORATION

8

CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION)

WESTERN MacARTHUR COMPANY

9

MacARTHUR COMPANY

WESTERN ASBESTOS COMPANY

10

BAYER CROPSCIENCE INC.

NORTHROP GRUMMAN SHIPBUILDING, INC.

11

CONSOLIDATED INSULATION, INC.

DOUGLASS INSULATION COMPANY, INC.

12

FREDERICK MEISWINKEL, INC.

SCOTT TECHNOLOGIES, INC.

13

MARCONI PLASTERING COMPANY, INC.

EXXON MOBIL CORPORATION

14

E.I. DU PONT DE NEMOURS AND COMPANY

CONOCOPHILLIPS COMPANY

15

CHEVRON U.S.A. INC.

TODD SHIPYARDS CORPORATION

16

TOSCO CORPORATION

TRIPLE A MACHINE SHOP, INC.

17

UNION OIL COMPANY OF CALIFORNIA

18

and DOES 1-8500.

19

     Defendants.

20

21

22

23

24

25

26

27

28

COMPLAINT FOR PERSONAL INJURY AND LOSS OF CONSORTIUM - ASBESTOS

# EXHIBIT A

## EXHIBIT A

Plaintiff's exposure to asbestos and asbestos-containing products occurred at various locations both inside and outside the State of California, including but not limited to:

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Western Asbestos 3150 Third St. San Francisco, CA | PG & E Antioch, CA | Insulator (Apprentice) | 8/1963-6/1964 |
| Western Asbestos 3150 Third St. San Francisco, CA | Sierra Conservation Center Jamestown, CA | Insulator | 6/1964-1/1966 |
| AC & S. Inc. Lancaster, PA | Shell Oil Martinez, CA | Insulator | 7/1965-11/1965 |
| Western MacArthur 2855 Mandela Pkwy Oakland, CA | Shell Oil Martinez, CA | Insulator | 11/1965-12/1965 |
| Western Asbestos 3150 Third St. San Francisco, CA | Todd Shipyard San Francisco, CA | Insulator | 1966 (1 month) |
| | PRESIDENT ADAMS 1953 | | (Approx. 1 week) |
| | GOLDEN BEAR 1955 | | (Approx. 1 week) |
| | CHINA BEAR 1962 | | (Approx. 1 week) |
| | OREGON BEAR 1952 | | (Approx. 1 week) |
| Western Asbestos 3150 Third St. San Francisco, CA later known as: Western MacArthur 2855 Mandela Pkwy Oakland, CA | PG & E Moss Landing, CA | Insulator | 1966-1968 (off & on) |
| Western Asbestos 3150 Third St. San Francisco, CA | PG & E Morro Bay, CA | Insulator | 1/1967- 6/1967 |

///

///

///

EXHIBIT A

COMPLAINT FOR PERSONAL INJURY AND LOSS OF CONSORTIUM - ASBESTOS

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| E.J. Bartells Co. Renton, WA | Various job sites, including: | Insulator | 10/1969-12/1969 |
| | Unknown Shipyard Portland, OR | | (Approx. 1 month) |
| | Willamette Industries Inc. Albany, OR | | (Approx. 2 months) |
| | Sunnyside Dairy Ceres, CA | | (Approx. 1 week) |
| Plant Insulation Company 1300 64th St. Emeryville, CA | Shell Oil Martinez, CA | Insulator | 4/13/1970-5/1970; 9/1970-12/1970 |
| Modesto Asbestos Co. Inc. 443 N. Blossom Waterford, CA | St. Joseph's Hospital & Medical Center Stockton, CA | Insulator | 4/1970-6/1970; (3-4 days) |
| Plant Insulation Company 1300 64th St. Emeryville, CA | Shell Chemical Martinez, CA | Insulator | 1/1971 (Approx. 1 week) |
| Sequoia Ventures, Inc. 50 Beale St. San Francisco, CA | Union Oil Rodeo, CA | Insulator | 1/1971-6/1971 (2-3 months) |
| Western MacArthur 2855 Mandela Pkwy Oakland, CA | Triple A Shipyard San Francisco, CA | Insulator | 2/25/1972; 2/28/1972 |
| | Matson Navigation, Oakland Piers, Oakland CA | | 2/24/1972 |
| | Todd Shipyard San Francisco, CA | | 2-3 days |
| Hunters Point Naval Shipyard Code 641 Building B Vallejo, CA | Mare Island Naval Shipyard Vallejo, CA | Insulator | 7/1972-9/1972 (Approx. 12 days) |
| Plant Insulation Company 1300 64th St. Emeryville, CA | PG & E Pittsburg, CA | Insulator | 7/1972-8/1972 8/28/1972; 9/5/1972 |

///

EXHIBIT A

COMPLAINT FOR PERSONAL INJURY AND LOSS OF CONSORTIUM - ASBESTOS

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Plant Insulation Company 1300 64th St. Emeryville, CA | Plant Insulation Company Emeryville, CA | Insulator | 7/1972-8/1972 (Approx. 4 days) |
| Plant Insulation Company 1300 64th St. Emeryville, CA | Fiberboard Antioch, CA | Insulator | 9/1972 (44 hours work) |
| Owens Corning Fiberglas Tower T 2 Toledo, OH | Rancho Seco Nuclear Powerhouse Herald, CA | Insulator | 1/1/1973- 1/15/1973 |
| Plant Insulation Company 1300 64th St. Emeryville, CA | Unknown Mine Green River, WY | Insulator | 4/1973 |
| Plant Insulation Company 1300 64th St. Emeryville, CA | American Smelting & Refining (ASARCO) Rodeo, CA | Insulator | 4/1973 (1 day) |
| Plant Insulation Company 1300 64th St. Emeryville, CA | Dupont Antioch, CA | Insulator | 4/1973 (2 days) |
| Western MacArthur 2855 Mandela Pkwy Oakland, CA | Various shipyards, including: | Insulator | 2/1974 (approx. 2 weeks) |
| | Todd Shipyard San Francisco, CA | | |
| | Bethlehem Steel San Francisco, CA | | |
| C.T. Hogan & Co. Inc. 2 Stamford Landing Ste. 100 Stamford, CT | Exxon Oil Benicia, CA | Insulator | 4/4/1974- 4/5/1974; 4/8/1974- 4/12/1974; 4/15/1974 |
| Casey Company Stockton, CA | Walnut Growers Plant Stockton, CA | Insulator | 4/1974-5/3/1974 |
| Casey Company Stockton, CA | Pencil Factory Highway 5 Stockton, CA | Insulator | 7/1974 (Approx. 2 days) |

///

///

EXHIBIT A

COMPLAINT FOR PERSONAL INJURY AND LOSS OF CONSORTIUM - ASBESTOS

K:\Injured\18607\PLD\cmp-pi&pMst.wpd

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| D. Cummins Corporation formerly known as Valley Asbestos Company Modesto, CA | Simpson Paper Ripon, CA | Insulator | 9/1974 |
| D. Cummins Corporation formerly known as Valley Asbestos Company Modesto, CA | Shell Development Salida, CA | Insulator | 9/25/1974; 11/6/1974 |
| D. Cummins Corporation formerly known as Valley Asbestos Company Modesto, CA | Foster Farms Waterford, CA | Insulator | 9/1974-10/1974 |
| D. Cummins Corporation formerly known as Valley Asbestos Company Modesto, CA | Johns-Manville Stockton, CA | Insulator | 10/1974 |
| D. Cummins Corporation formerly known as Valley Asbestos Company Modesto, CA | St. Joseph's Hospital & Medical Center Stockton, CA | Insulator | 10/1974 (Approx. 1 ½ weeks) |
| D. Cummins Corporation formerly known as Valley Asbestos Company Modesto, CA | Merced College Merced, CA | Insulator | 12/19/1974; 12/26/1974 |
| D. Cummins Corporation formerly known as Valley Asbestos Company Modesto, CA | Carnation Company (Division of Contadina) Modesto, CA | Insulator | 4/1/1975-4/8/1975; 4/14/1975-4/15/1975 |
| D. Cummins Corporation formerly known as Valley Asbestos Company Modesto, CA | Knudsen Modesto, CA | Insulator | 4/9/1975-4/10/1975 |
| D. Cummins Corporation formerly known as Valley Asbestos Company Modesto, CA | St. Joseph's Hospital & Medical Center Stockton, CA | Insulator | 7/15/1975-7/16/1975 |
| D. Cummins Corporation formerly known as Valley Asbestos Company Modesto, CA | Ragu Foods Inc. Merced, CA | Insulator | 7/22/1975-7/25/1975 |

EXHIBIT A

COMPLAINT FOR PERSONAL INJURY AND LOSS OF CONSORTIUM - ASBESTOS

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Plant Insulation Company 1300 64th St. Emeryville, CA | Phillips Petroleum Avon, CA | Insulator | 7/28/1975-10/1975 |
| Erickson Inc. 255 Parr Blvd. Richmond, CA | Dow Chemical Pittsburg, CA | Insulator | 3/1/1976-3/10/1976; 3/18/1976-4/16/1976 |
| Erickson Inc. 255 Parr Blvd. Richmond, CA | Monsanto Chemical Avon, CA | Insulator | 3/11/1976-3/17/1976; 4/19/1976-4/23/1976 |
| D. Cummins Corporation formerly known as Valley Asbestos Company Modesto, CA | Carnation Company (Division of Contadina) Modesto, CA | Insulator | 5/10/1976-5/11/1976; 5/14/1976-5/34/1976; 5/28/1976-6/14/1976; 6/22/1976-7/6/1976 |
| D. Cummins Corporation formerly known as Valley Asbestos Company Modesto, CA | Merced College Library Merced, CA | Insulator | 6/15/1976-6/21/1976 |
| Isotherm Company, Inc. 605 Williams St. Bakersfield, CA | U.S. Air Force Mather AFB Sacramento, CA | Insulator | 9/23/1976-9/28/1976; 10/1/1976-10/15/1976; 2/16/1977-2/18/1977; 2/28/1977; 3/8/1977-3/15/1977; 4/4/1077-4/5/1977 |

///

///

///

EXHIBIT A

17

COMPLAINT FOR PERSONAL INJURY AND LOSS OF CONSORTIUM - ASBESTOS



## EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Isotherm Company, Inc.<br>605 Williams St.<br>Bakersfield, CA | Mercy Hospital<br>Merced, CA | Insulator | 9/29/1976-<br>9/30/1976;<br>10/18/1976-<br>12/31/1976;<br>1/3/1977-<br>2/15/1977;<br>2/22/1977-<br>2/23/1977;<br>3/1/1977-<br>3/7/1977;<br>3/16/1977-<br>3/28/1977;<br>4/22/1977-<br>4/29/1977 |
| Isotherm Company, Inc.<br>605 Williams St.<br>Bakersfield, CA | Doctors Hospital<br>Modesto, CA | Insulator | 6/1/1977-<br>6/3/1977;<br>7/21/1977 |
| Champion Industrial<br>Contractors, Inc.<br>1420 Coldwell Ave.<br>Modesto, CA<br>also known as<br>Hansen Mechanical, Inc. | Ragu Foods Inc.<br>Merced, CA | Insulator | 10/20/1977-<br>10/21/1977;<br>11/23/1977-<br>12/31/1977 |
| Champion Industrial<br>Contractors, Inc.<br>1420 Coldwell Ave.<br>Modesto, CA<br>also known as<br>Hansen Mechanical, Inc. | Nestle<br>Ripon, CA | Insulator | 10/24/1977-<br>11/8/1977<br>1/1/1978-<br>1/9/1978;<br>4/6/1978-<br>4/14/1978;<br>3/14/1979-<br>3/15/1979 |
| Champion Industrial<br>Contractors, Inc.<br>1420 Coldwell Ave.<br>Modesto, CA<br>also known as<br>Hansen Mechanical, Inc. | Kraft General Foods<br>Modesto, CA | Insulator | 11/9/1977-<br>11/22/1977;<br>1/11/1978;<br>3/11/1980-<br>4/18/1980 |
| Champion Industrial<br>Contractors, Inc.<br>1420 Coldwell Ave.<br>Modesto, CA<br>also known as<br>Hansen Mechanical, Inc. | Ragu Foods Inc.<br>Merced, CA | Insulator | 1/10/1978;<br>1/12/1978-<br>2/3/1978 |

///

EXHIBIT A

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Champion Industrial Contractors, Inc. 1420 Coldwell Ave. Modesto, CA also known as Hansen Mechanical, Inc. | Heinz Tracy, CA | Insulator | 2/17/1978-4/5/1978; 4/24/1978-6/1/1978; 6/8/1978-6/15/1978; 6/29/1979-7/20/1979; 10/22/1979-10/26/1979; 2/4/1980-2/6/1980; 3/6/1980-3/10/1980; 4/21/1980-6/30/1980; 7/14/1980-7/30/1980; 7/6/1981-7/8/1981; 7/10/1981; 7/14/1981-7/29/1981 |
| Champion Industrial Contractors, Inc. 1420 Coldwell Ave. Modesto, CA also known as Hansen Mechanical, Inc. | Modesto Memorial Hospital Modesto, CA | Insulator | 6/2/1978-6/7/1978; 6/16/1978-6/19/1978; 7/31/1980-8/5/1980 |
| Champion Industrial Contractors, Inc. 1420 Coldwell Ave. Modesto, CA also known as Hansen Mechanical, Inc. | Doctors Hospital Modesto, CA | Insulator | 7/7/1978; 8/14/1979-8/17/1979 |

///

///

///

EXHIBIT A

COMPLAINT FOR PERSONAL INJURY AND LOSS OF CONSORTIUM - ASBESTOS

## EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Champion Industrial Contractors, Inc. 1420 Coldwell Ave. Modesto, CA also known as Hansen Mechanical, Inc. | Shell Development Salida, CA | Insulator | 7/31/1978-11/20/1978; 3/28/1979-4/3/1979; 5/25/1979-6/4/1979; 6/6/1979-6/12/1979; 9/27/1979-10/19/1979; 12/18/1979-12/31/1979; 1/1/1980-1/14/1980; 1/16/1980; 1/19/1981-3/6/1981; 4/6/1981-4/8/1981 |
| Champion Industrial Contractors, Inc. 1420 Coldwell Ave. Modesto, CA also known as Hansen Mechanical, Inc. | Farmers Insurance Merced, CA | Insulator | 1/25/1979-1/26/1979; 2/12/1979; 3/7/1979; 8/2/1979 |
| Champion Industrial Contractors, Inc. 1420 Coldwell Ave. Modesto, CA also known as Hansen Mechanical, Inc. | Spreckels Sugar Manteca, CA | Insulator | 2/14/1979-2/23/1979; 3/8/1979-3/9/1979; 3/12/1979-3/13/1979; 3/24/1979; 7/1/1980-7/11/1980 |
| Champion Industrial Contractors, Inc. 1420 Coldwell Ave. Modesto, CA also known as Hansen Mechanical, Inc. | Tri-Valley Cannery Modesto, CA | Insulator | 4/9/1979-4/23/1979; 6/26/1979-6/28/1979 |
| Champion Industrial Contractors, Inc. 1420 Coldwell Ave. Modesto, CA also known as Hansen Mechanical, Inc. | Kraft General Foods E. Taylor Rd. Ceres, CA | Insulator | 6/26/1979; 7/9/1981; 7/13/1981 |

EXHIBIT A

COMPLAINT FOR PERSONAL INJURY AND LOSS OF CONSORTIUM - ASBESTOS

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Champion Industrial Contractors, Inc. 1420 Coldwell Ave. Modesto, CA also known as Hansen Mechanical, Inc. | Almond Growers Salida, CA | Insulator | 8/21/1979 |
| Champion Industrial Contractors, Inc. 1420 Coldwell Ave. Modesto, CA also known as Hansen Mechanical, Inc. | Foremost Dairy Crow's Landing, CA | Insulator | 9/25/1979-9/26/1979 |
| Champion Industrial Contractors, Inc. 1420 Coldwell Ave. Modesto, CA also known as Hansen Mechanical, Inc. | Scenic General Hospital Modesto, CA | Insulator | 1/17/1980 |
| Metalclad Insulation Corporation 2198 S. DuPont Dr. Anaheim, CA | Kraft General Foods Ceres, CA | Insulator | 4/27/1982-5/5/1982; 5/10/1982-8/4/1982 |
| Plant Insulation Company 1300 64th St. Emeryville, CA | Tosco Refinery Avon, CA | Insulator | 9/15/1982-12/31/1982; 3/7/1983-12/31/1983; 1/1/1984-2/20/1984; 6/5/1984; 12/12/1984-12/13/1984; 12/26/1984-12/31/1984; 1/1/1985-3/18/1985; 2/7/1986-4/18/1986 |
| Plant Insulation Company 1300 64th St. Emeryville, CA | Pacific Refining Corp. Hercules, CA | Insulator (foreman) | 2/21/1984-3/6/1984; 4/13/1984-5/18/1984 |

///

///

EXHIBIT A

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Plant Insulation Company 1300 64th St. Emeryville, CA | Exxon Refinery Benicia, CA | Insulator (Foreman) | 3/7/1984-3/16/1984; 6/11/1984-12/11/1984 |
| Dillingham Construction NA, Inc. Pleasanton, CA | Shell Oil Martinez, CA | Insulator | 7/19/1985-7/30/1985 |
| Insulation Contracting and Supply 2706 S. Railroad Ave. Fresno, CA | Nestle Ripon, CA | Insulator | 8/1987 |
| F. Rodgers Insulation, Inc. 2505 W. 10th St. Antioch, CA | Merrithew Hospital Martinez, CA | Insulator | 10/24/1989-10/25/1989 |
| F. Rodgers Insulation, Inc. 2505 W. 10th St. Antioch, CA | Veterans Home of California Yountville, CA | Insulator | 1990 (2 days) |
| Energy Mechanical Insulation Inc. Las Vegas, NV | Central California Women's Facility Chowchilla, CA | Insulator | 1990 |

Plaintiff's exposure to asbestos and asbestos-containing products caused severe and permanent injury to the plaintiff, including, but not limited to breathing difficulties and/or other lung damage. Plaintiff was diagnosed with lung cancer on or about April 2002, esophageal cancer on or about February 2011 and asbestosis, asbestos-related pleural disease, on or about February 1997.

Plaintiff retired from his last place of employment at regular retirement age. He has therefore suffered no disability from his asbestos-related disease as "disability" is defined in California Code of Civil Procedure § 340.2.

EXHIBIT A

# EXHIBIT B

## EXHIBIT B

DEFENDANTS

| | |
|---|---|
| SEQUOIA VENTURES INC. | UNION CARBIDE CORPORATION |
| C.C. MOORE & CO. ENGINEERS | CBS CORPORATION (FKA VIACOM INC., FKA |
| GENERAL ELECTRIC COMPANY | WESTINGHOUSE ELECTRIC CORPORATION) |
| LAMONS GASKET COMPANY | WESTERN MacARTHUR COMPANY |
| METROPOLITAN LIFE INSURANCE | MacARTHUR COMPANY |
| COMPANY | WESTERN ASBESTOS COMPANY |
| POWER ENGINEERING AND EQUIPMENT | BAYER CROPSCIENCE INC. |
| COMPANY, INC. | NORTHROP GRUMMAN SHIPBUILDING, INC. |
| INSULECTRO | DOES 1-800 |
| KIRTLAND ENTERPRISE GROUP, INC. | |

ALTERNATE ENTITY

| | |
|---|---|
| SEQUOIA VENTURES, INC. | BECHTEL CORPORATION (DE) |
| | |
| GENERAL ELECTRIC COMPANY | MATTERN X-RAY |
| | HOTPOINT ELECTRIC APPLIANCE COMPANY LIMITED |
| | TRUMBULL ELECTRIC MANUFACTURING COMPANY |
| | G E INDUSTRIAL SYSTEMS |
| | CURTIS TURBINES |
| | PARSONS TURBINES |
| | GENERAL ELECTRIC JET ENGINES |
| | |
| LAMONS GASKET COMPANY | LAMONS METAL GASKET CO. |
| | POWER ENGINEERING AND EQUIPMENT COMPANY, INC. |
| | POWER ENGINEERING COMPANY |
| | |
| POWER ENGINEERING AND | POWER ENGINEERING COMPANY |
| EQUIPMENT COMPANY, INC. | LAMONS GASKET COMPANY |
| | LAMONS METAL GASKET CO. |
| | |
| UNION CARBIDE CORPORATION | UNION CARBIDE CHEMICALS AND PLASTICS |
| | COMPANY, INC. |
| | UNION CARBIDE AND CARBON PRODUCTS |
| | LINDE AIR PRODUCTS COMPANY |
| | |
| CBS CORPORATION (F/K/A VIACOM | VIACOM, INC. |
| INC., F/K/A WESTINGHOUSE | CBS CORPORATION |
| ELECTRIC CORPORATION) | WESTINGHOUSE ELECTRIC CORPORATION |
| | WESTINGHOUSE ELECTRIC AND |
| | MANUFACTURING COMPANY |
| | B.F. STURTEVANT |
| | KPIX TELEVISION STATION |
| | PARAMOUNT COMMUNICATIONS, INC |
| | GULF & WESTERN INDUSTRIES, INC. |
| | NORTH & JUDD MANUFACTURING COMPANY |

///

///                                                                   EXHIBIT B

24
COMPLAINT FOR PERSONAL INJURY AND LOSS OF CONSORTIUM - ASBESTOS

EXHIBIT B (cont'd.)

ALTERNATE ENTITY

WESTERN MacARTHUR
  COMPANY

WESTERN ASBESTOS CO.
MAC ARTHUR COMPANY
BAY CITIES ASBESTOS COMPANY
F.K. PINNEY, INC.

BAYER CROPSCIENCE, INC.

BAYER CROPSCIENCE USA, INC.
AVENTIS CROPSCIENCE USA, INC.
RHONE-POULENC AG COMPANY, INC.
RHODIA, INC.
RHONE-POULENC, INC.
STAUFFER CHEMICAL COMPANY
STAUFFER CHEMICALS CO.
AMCHEM PRODUCTS, INC., THE BENJAMIN
  FOSTER DIVISION

NORTHROP GRUMMAN
  SHIPBUILDING, INC.

AVONDALE INDUSTRIES, INC.
AVONDALE SHIPYARDS, INC.
CONTINENTAL MARITIME INDUSTRIES, INC.
EASTERN IDAHO CONSTRUCTION COMPANY
INGALLS SHIPBUILDING, INC.
NEWPORT NEWS SHIPBUILDING AND DRY DOCK
COMPANY
NORTH CAROLINA SHIPBUILDING
NORTHROP GRUMMAN SHIP SYSTEMS, INC.
SERVICE ENGINEERING INDUSTRIES, INC.

EXHIBIT B

COMPLAINT FOR PERSONAL INJURY AND LOSS OF CONSORTIUM - ASBESTOS

# EXHIBIT B-1

EXHIBIT B-1

DEFENDANTS

CONSOLIDATED INSULATION, INC.
DOUGLASS INSULATION COMPANY, INC.
FREDERICK MEISWINKEL, INC.
SCOTT TECHNOLOGIES, INC.
MARCONI PLASTERING COMPANY, INC.

ALTERNATE ENTITY

SCOTT TECHNOLOGIES, INC.          FIGGIE INTERNATIONAL, INC.
                                  A-T-O, INC.
                                  AUTOMATIC SPRINKLER CORPORATION OF AMERICA
                                  AMERICAN LAFRANCE CORPORATION (Post 4/21/66)
                                  SAFEWAY STEEL PRODUCTS

EXHIBIT B-1

COMPLAINT FOR PERSONAL INJURY AND LOSS OF CONSORTIUM - ASBESTOS

# EXHIBIT C

1                                          EXHIBIT C

2    DEFENDANTS

3    EXXON MOBIL CORPORATION                    FREDERICK MEISWINKEL, INC.
     E.I. DU PONT DE NEMOURS AND COMPANY        SCOTT TECHNOLOGIES, INC.
4    CONOCOPHILLIPS COMPANY                      MARCONI PLASTERING COMPANY, INC.
     CHEVRON U.S.A. INC.                         SEQUOIA VENTURES INC.
5    TODD SHIPYARDS CORPORATION                  C.C. MOORE & CO. ENGINEERS
     TOSCO CORPORATION                           WESTERN MacARTHUR COMPANY
6    TRIPLE A MACHINE SHOP, INC.                 MacARTHUR COMPANY
     UNION OIL COMPANY OF CALIFORNIA             WESTERN ASBESTOS COMPANY
7    CONSOLIDATED INSULATION, INC.               DOES 1001-2000
     DOUGLASS INSULATION COMPANY, INC.

8

9                                          ALTERNATE ENTITY

10   EXXON MOBIL CORPORATION            EXXON CORPORATION
                                        HUMBLE OIL AND REFINING COMPANY
11                                      STANDARD OIL OF NEW JERSEY
                                        ENCO
12                                      GENERAL PETROLEUM COMPANY
                                        GENERAL PETROLEUM CORPORATION OF CALIFORNIA
13
     CONOCOPHILLIPS COMPANY             CONOCO, INC.
14                                      DOUGLAS OIL CO. OF CALIFORNIA
                                        CONTINENTAL OIL COMPANY
15                                      PHILLIPS PETROLEUM COMPANY
                                        PHILLIPS OIL COMPANY
16                                      GENERAL AMERICAN OIL COMPANY OF TEXAS
                                        GENERAL AMERICAN OIL COMPANY
17                                      AMINOIL, INC.
                                        AMERICAN INDEPENDENT OIL COMPANY
18                                      SEASIDE OIL COMPANY
                                        TOSCO NORTHWEST, INC.
19                                      LYON WESTERN HEMISHPERE CORPORATION
                                        WESTERN HEMISPHERE CORPORATION
20
     CHEVRON U.S.A. INC.                CHEVRON CHEMICAL COMPANY
21                                      CHEVRON CORPORATION PRODUCTS COMPANY
                                        CHEVRON OIL REFINERY
22                                      CHEVRON PRODUCTS COMPANY
                                        CHEVRON RESEARCH AND TECHNOLOGY
23                                      GULF OIL CORPORATION
                                        GULF OIL PRODUCTS COMPANY
24                                      PACIFIC OIL REFINING
                                        PACIFIC REFINING CO PRE-1976
25                                      STANDARD OIL BUILDING
                                        STANDARD OIL COMPANY OF CALIFORNIA
26                                      STANDARD OIL COMPANY OF CALIFORNIA, WESTERN
                                          OPERATIONS, INC.
27                                      CHEVRON OVERSEAS PETROLEUM INC.

28   ///                                                                    EXHIBIT C

     COMPLAINT FOR PERSONAL INJURY AND LOSS OF CONSORTIUM - ASBESTOS

EXHIBIT C (cont'd.)

ALTERNATE ENTITY

| | |
|---|---|
| TOSCO CORPORATION | DIABLO SERVICES CORPORATION<br>LION OIL COMPANY<br>THE OIL SHALE CORPORATION |
| UNION OIL COMPANY OF<br>CALIFORNIA | COLLIER CARBON AND CHEMICAL CORPORATION<br>UNION CHEMICAL<br>UNION OIL COMPANY<br>WEST COAST SHIPPING COMPANY |

| PREMISES OWNER<br>DEFENDANTS | LOCATION | TIME PERIOD |
|---|---|---|
| EXXON MOBIL CORPORATION | Exxon Oil, Benicia, CA | 4/4/1974-4/5/1974;<br>4/8/1974-4/12/1974;<br>4/15/1974 |
| E.I. DU PONT DE NEMOURS AND<br>COMPANY | Dupont, Antioch, CA | 4/1973 (2 days) |
| CONOCOPHILLIPS COMPANY | Phillips Petroleum, Avon, CA | 4/1973 (2 days) |
| CHEVRON U.S.A. INC. | Standard Oil, Richmond, CA | 2/1970-3/3/1970<br>(Approx 20 work<br>days) |
| TODD SHIPYARDS CORPORATION | Todd Shipyard, San Francisco,<br>CA | 1966 (1 month);<br>2/1972; 2/1974 |
| TOSCO CORPORATION | Tosco Refinery, Avon, CA | 9/15/1982-<br>12/31/1982;<br>3/7/1983-<br>12/31/1983;<br>1/1/1984-2/20/1984;<br>6/5/1984;<br>12/12/1984-<br>12/13/1984;<br>12/26/1984-<br>12/31/1984;<br>1/1/1985-3/18/1985;<br>2/7/1986-4/18/1986 |
| TRIPLE A MACHINE SHOP, INC. | Triple A Shipyard, San<br>Francisco, CA | 2/25/1972;<br>2/28/1972 |
| UNION OIL COMPANY OF CALIFORNIA | Union Oil, Rodeo, CA | 1/1971-6/1971 (2-3<br>months) |

///

///

EXHIBIT C

30

COMPLAINT FOR PERSONAL INJURY AND LOSS OF CONSORTIUM - ASBESTOS

EXHIBIT C (cont'd.)

| CONTRACTOR DEFENDANTS | LOCATION | TIME PERIOD |
|---|---|---|
| CONSOLIDATED INSULATION, INC. | Shell Oil, Martinez, CA | 7/1965-11/1965 |
| | PG & E, Moss Landing, CA | 1966-1968 (off & on) |
| | Union Oil, Rodeo, CA | 1/1971-6/1971 (2-3 months) |
| | Mare Island Naval Shipyard, Vallejo, CA | 7/1972-9/1972 (Approx. 12 days) |
| | Dupont, Antioch, CA | 4/1973 (2 days) |
| | Exxon Oil, Benicia, CA | 4/4/1974-4/5/1974; 4/8/1974-4/12/1974; 4/15/1974 |
| | Dow Chemical, Pittsburg, CA | 3/1/1976-3/10/1976;3/18/197 6-4/16/1976 |
| | Monsanto Chemical, Avon, CA | 3/11/1976-3/17/1976; 4/19/1976-4/23/1976 |
| | Kraft General Foods, Modesto, CA | 11/9/1977-11/22/1977; 1/11/1978; 3/11/1980-4/18/1980 |
| | Tosco Refinery, Avon, CA | 9/15/1982-12/31/1982; 3/7/1983-12/31/1983; 1/1/1984-2/20/1984; 6/5/1984; 12/12/1984-12/13/1984; 12/26/1984-12/31/1984; 1/1/1985-3/18/1985; 2/7/1986-4/18/1986 |
| | Veterans Home of California, Yountville, CA | 1990 (2 days) |

///

EXHIBIT C

K:\Injured\18607\PLD\cmp-pilcpMet.wpd

COMPLAINT FOR PERSONAL INJURY AND LOSS OF CONSORTIUM - ASBESTOS

EXHIBIT C (cont'd.)

| CONTRACTOR DEFENDANTS | LOCATION | TIME PERIOD |
|---|---|---|
| DOUGLASS INSULATION COMPANY, INC. | Shell Oil, Martinez, CA | 7/1965-11/1965 |
| | Standard Oil, Richmond, CA | 2/1970-3/3/1970 (Approx 20 work days) |
| | Union Oil, Rodeo, CA | 1/1971-6/1971 (2-3 months) |
| | Triple A Shipyard, San Francisco, CA | 2/25/1972; 2/28/1972 |
| | Mare Island Naval Shipyard, Vallejo, CA | 7/1972-9/1972 (Approx. 12 days) |
| | Dupont, Antioch, CA | 4/1973 (2 days) |
| | Spreckels Sugar, Manteca, CA | 2/14/1979-2/23/1979; 3/8/1979-3/9/1979; 3/12/1979-3/13/1979; 3/24/1979; 7/1/1980-7/11/1980 |
| | Tosco Refinery, Avon, CA | 9/15/1982-12/31/1982; 3/7/1983-12/31/1983; 1/1/1984-2/20/1984; 6/5/1984; 12/12/1984-12/13/1984; 12/26/1984-12/31/1984; 1/1/1985-3/18/1985; 2/7/1986-4/18/1986 |
| SCOTT TECHNOLOGIES, INC. | Exxon Oil, Benicia, CA | 4/4/1974-4/5/1974; 4/8/1974-4/12/1974; 4/15/1974 |
| | Phillips Petroleum, Avon, CA | 4/1973 (2 days) |
| | Rancho Seco Nuclear Powerhouse, Herald, CA | 1/1/1973-1/15/1973 |
| | Shell Oil, Martinez, CA | 7/1965-11/1965 |

///

EXHIBIT C

EXHIBIT C (cont'd.)

| CONTRACTOR DEFENDANTS | LOCATION | TIME PERIOD |
|---|---|---|
| SCOTT TECHNOLOGIES, INC. (cont'd.) | Standard Oil, Richmond, CA | 2/1970-3/3/1970(Approx 20 work days) |
| | Todd Shipyard, San Francisco, CA | 1966 (1 month); 2/1972; 2/1974 |
| | Tosco Refinery, Avon, CA | 9/15/1982-12/31/1982; 3/7/1983-12/31/1983; 1/1/1984-2/20/1984; 6/5/1984; 12/12/1984-12/13/1984; 12/26/1984-12/31/1984; 1/1/1985-3/18/1985; 2/7/1986-4/18/1986 |
| | Union Oil, Rodeo, CA | 1/1971-6/1971 (2-3 months) |
| FREDERICK MEISWINKEL, INC. | Standard Oil Richmond, CA | 2/1970-3/3/1970(Approx 20 work days) |
| MARCONI PLASTERING COMPANY, INC. | Various | Various |
| SEQUOIA VENTURES INC. | Various | Various |
| C.C. MOORE & CO. ENGINEERS | Various | Various |
| WESTERN MacARTHUR COMPANY/MacARTHUR COMPANY/WESTERN ASBESTOS COMPANY | Various | Various |

EXHIBIT C

K:\Injured\18607\PLD\cmp-pilcpMei.wpd

COMPLAINT FOR PERSONAL INJURY AND LOSS OF CONSORTIUM - ASBESTOS

# EXHIBIT E

1

EXHIBIT E

2

<u>DEFENDANTS</u>

3

DOES 2501-3000

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT E

COMPLAINT FOR PERSONAL INJURY AND LOSS OF CONSORTIUM - ASBESTOS

# EXHIBIT H

EXHIBIT H

DEFENDANTS

METROPOLITAN LIFE INSURANCE COMPANY
DOES 5000-8000

EXHIBIT H

COMPLAINT FOR PERSONAL INJURY AND LOSS OF CONSORTIUM - ASBESTOS

# EXHIBIT I

1 <u>EXHIBIT I</u>

2 <u>DEFENDANTS</u>

3 METROPOLITAN LIFE INSURANCE COMPANY
DOES 5000-7500

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 EXHIBIT I

# EXHIBIT J

1

<u>EXHIBIT J</u>

2

<u>DEFENDANTS</u>

3

METROPOLITAN LIFE INSURANCE COMPANY
DOES 7400-7500

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT J

COMPLAINT FOR PERSONAL INJURY AND LOSS OF CONSORTIUM - ASBESTOS

# EXHIBIT N

1

<u>EXHIBIT N</u>

2

<u>DEFENDANTS</u>

3

METROPOLITAN LIFE INSURANCE COMPANY
DOES 7501-7900

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT N

COMPLAINT FOR PERSONAL INJURY AND LOSS OF CONSORTIUM - ASBESTOS