BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>(VI)<br><br>This Document Relates To: | MDL Docket No. 875<br><br>**NOTICE OF TAG-ALONG ACTION**<br><br>Western District of Washington<br>No. 2:11-CV-00455-RSM |
| JOANNE DENNIS, as Executor of the Estate of WILLIAM R. DENNIS deceased, and on behalf of Wrongful Death Heirs,<br><br>    Plaintiff,<br>  v.<br><br>TODD SHIPYARDS CORPORATION, et al.,<br><br>    Defendants. | |

TO:  United States District Court for the Western District of Washington;

AND TO: Clerk of the Judicial Panel on Multidistrict Litigation.

NOTICE OF TAG-ALONG ACTION - 1
11081-030490  7466952

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

Please take notice that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Show Cause Order. MDL Rule 1.1 and 7.4(a) provide:

> Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned attorney hereby notifies the Court that this case, currently pending in United States District Court for the Western District of Washington at Seattle (No. 2:11-CV-00455-RSM), is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The undersigned is providing a copy of this notice to the Clerk of the MDL Panel, and providing all adverse parties notification of this "tag-along action," along with the filing of this notice. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 7.4, or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3

DATED this 25th day of May, 2011.

STAFFORD FREY COOPER

By: /s/ Katherine M. Steele via ECF
    Katherine M. Steele, WSBA #11927
Attorneys for Defendant Kaiser Ventures, LLC

NOTICE OF TAG-ALONG ACTION - 2
11081-030490  7466952

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885