<u>Certificate of Service</u>

I certify that on the date noted below I electronically filed the documents entitled:

NOTICE OF TAG-ALONG ACTION

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record for all parties.

DATED this 25th day of May, 2011 at Seattle, Washington.

/s/ Katherine M. Steele via ECF

NOTICE OF TAG-ALONG ACTION - 3
11081-030490  7466952

S<small>TAFFORD</small> F<small>REY</small> C<small>OOPER</small>

PROFESSIONAL CORPORATION

601 Union Street, Suite 3100

Seattle WA 98101.1374

TEL 206.623.9900  FAX 206.624.6885