Attachment "A"

COUNSEL LIST

**ONEBEACON AMERICA INSURANCE COMPANY (AS SUCCESSOR TO COMMERCIAL UNION INSURANCE COMPANY and EMPLOYERS COMMERCIAL UNION INSURANCE COMPANY)**; and
**AMERICAN EMPLOYERS INSURANCE COMPANY**
Samuel M. Rosamond, III
Crawford Lewis, PLLC
400 Poydras Street, Ste. 2100
New Orleans, LA 70130
Telephone: (504) 568-1933
Fax: (225) 383-5508

**AMERICAN MOTORISTS INSURANCE COMPANY**
Brian Bossier
Blue Williams, L.L.P.
3421 N. Causeway Boulevard
Ninth Floor
Metairie, LA 70002
Telephone: (504) 830-4091
Fax: (504) 849-3055

**BAYER CROPSCIENCE, INC. (SUCCESSOR TO RHONE POULENC AG COMPANY, FORMERLY AMCHEM PRODUCTS, INC., FORMERLY BENJAMIN FOSTER COMPANY)**
Michael Abraham No. 22915
Kuchler, Polk, Schell, Weiner & Richeson, LLC
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone: 504-592-0691
Fax: (504) 592-0696

**CBS CORPORATION  (F/K/A WESTINGHOUSE ELECTRIC CORPORATION)**
**FOSTER WHEELER LLC (FORMERLY FOSTER WHEELER CORPORATION)**; and
**GENERAL ELECTRIC COMPANY**
John J. Hainkel, III
Frilot, LLC
1100 Poydras Street
Suite 3700, Energy Centre
New Orleans, Louisiana 70163
Phone: 504-599-8000
Fax: 504-599-8100

**EAGLE, INC.** and
**THE MCCARTY CORPORATON**
Susan B. Kohn
Simon, Peragine, Smith & Redfearn, L.L.P.
30th Floor Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3000
Phone: (504) 569-2030
FAX: (504) 569-2999

**HOPEMAN BROTHERS, INC.**
Kaye N. Courington
Duncan, Courington & Rydberg, L.L.C.
400 Poydras Street, Suite 1200
New Orleans, Louisiana 70130
Telephone: (504) 524-5566
Fax: (504) 524-7887

**MARYLAND CASUALTY COMPANY** (as an insurer of Marquette Insulations, Inc.)
Donald A. Hoffman
Hoffman Seydel L.L.C.
One Shell Square, Suite 3770
701 Poydras Street
New Orleans, LA 70139
Telephone (504) 587-0900
Fax: (504) 587-0901

**NORTHROP GRUMMAN SHIPBUILDING, INC., (formerly NORTHROP GRUMMAN SHIP SYSTEMS, INC., formerly, AVONDALE INDUSTRIES, INC., formerly AVONDALE SHIPYARDS, INC., and formerly, AVONDALE MARINE WAYS, INC.), ALBERT L. BOSSIER, JR., and J. MELTON GARRETT**
Gary A. Lee
Lee, Futrell & Perles, L.L.P.
Suite 4120, 201 St. Charles Avenue
New Orleans, LA 70170
Phone: (504) 569-1725
Fax: (504) 569-1726

**RAPID AMERICAN CORPORATION**
Charles V. Giordano
Michael E. Escudier 26761
Hebbler & Giordano, L.L.C.
3501 North Causeway Blvd.,
Suite 400
Metairie, LA 70002
Phone: (504)833-8007
Fax:    (504)833-2866

**REILLY-BENTON COMPANY, INC.**
Thomas S. Cougill
Willingham, Fultz & Cougill, LLP
Neils Esperson Building
808 Travis Street, Suite 1608
Houston TX 77002
Telephone: (713) 333-7600
Fax: (713) 333-7601

**TAYLOR-SEIDENBACH, INC.**
C. Kelly Lightfoot
Hailey, McNamara, Hall, Larmann, & Papale, L.L.P.
Suite 1400, One Galleria Boulevard
P. O. Box 8288
Metairie, LA 70001-8288
Phone: (504) 836-6500
Fax: (504) 836-6565