# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SALLY GROS VEDROS** | * | **CIVIL ACTION NO. 2:11-cv-01198** |
| VS. | * | DIVISION "R" |
| **NORTHROP GRUMMAN SHIPBUILDING, INC. ET AL** | * | MAG. "1" |

## MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Sally Gros Vedros, who seeks to have this Honorable Court remand this case to the state court from which it was removed on the grounds that it was improperly removed by defendants, CBS Corporation, Foster Wheeler, LLC, and General Electric Company, all as is more fully set forth in the Memorandum in Support of Motion To Remand attached hereto.

**WHEREFORE**, plaintiff, Sally Vedros, prays that plaintiff's motion be granted and that this action be remanded to the state court from which it was removed.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the **Motion To Remand** has been served on counsel of record for all parties by placing same in the United States mail, postage prepaid and properly addressed on this 23rd day of May, 2011, and/or by FAX or hand delivery.

S/ Gerolyn P. Roussel
GEROLYN P. ROUSSEL

Respectfully submitted,
**ROUSSEL & CLEMENT**

S/ Gerolyn P. Roussel
GEROLYN P. ROUSSEL - 1134
PERRY J. ROUSSEL, JR. - 20351
JONATHAN B. CLEMENT - 30444
LAUREN R. CLEMENT - 31106
LEONARD K. FISHER - 31456
BENJAMIN P. DINEHART - 33096
1714 Cannes Drive
LaPlace, LA 70068
Telephone: (985) 651-6591
ATTORNEYS FOR PLAINTIFF,
SALLY GROS VEDROS


Appendix A