Avondale/Foster Wheeler Contract List

| Hull# | Ship Name | FW K# | ShipName |
|---|---|---|---|
| 788 | De Soto County | 3-62-175-8 | |
| 789 | Grant County | 3-62-177-8 | |
| 985 | Bronstein | 3-37-4389-90 | |
| 986 | McCloy | 3-37-4391-2 | |
| 1011 | Edward McDonell | 3-37-4495-6 | |
| 1012 | Brumby | 3-37-4501 & 4504 | |
| 1013 | Davidson | 3-37-4505-4508 | |
| 1040 | Louise Lykes | 3-37-4536-7 | |
| 1041 | Elizabeth Lykes | 3-37-4531-2 | |
| 1042 | Ruth Lykes | 3-37-4533-4 | |
| 1043 | Letitia Lykes | 3-37-4537-8 | |
| 1052 | Genevieve Lykes | 3-37-4557-8 | |
| 1053 | ex Mason Lykes | 3-37-4563-64 | now Cape Blanco |
| 1054 | ex Mallory Lykes | 3-37-4559-60 | now Galveston Bay |
| 1055 | ex Stella Lykes | 3-37-4563-64 | now Cape Blanco |
| 1066 | Frederick Lykes | 3-37-4599-4600 | now Cape Bover |
| 1067 | Howell Lykes | 3-37-4601-02 | now Cape Borda |
| 1068 | Dolly Turman | 3-37-4603-04 | now Cape Breton |
| 1069 | Velma Lykes | 3-37-4605-06 | now Cape Bon |
| 2266 | El Paso Columbia | 3-37-2283 | also 3-37-9054 |
| 2267 | El Paso Savannah | 3-37-2283 | now Golden Phoenix 3-37-9054 |
| 2268 | El Paso Cave Point | 3-37-2283 | now Jade Phoenix 3-37-9054 |
| 2299 | Exxon North Slope | 3-37-3008 | |
| 2300 | Exxon Benicia | 3-37-3008 | |
| 2318 | OMI Dynachem | 3-62-9017 | ex Ogden Dynachem |
| 2319 | OMI Hudson | 3-62-9017 | ex Ogden Hudson |
| 2324 | Julius Hammer | 3-62-9009 | ex Oxy Trader |
| 2328 | Frances Hammer | 3-62-9009 | ex Oxy Grower |
| 2330 | President Washington | 3-62-9021 | |
| 2329 | President Lincoln | 3-62-9021 | |
| 2331 | President Monroe | 3-62-9021 | |
| 2335 | Exxon Charleston | 3-62-9048 | |
| 2336 | Exxon Wilmington | 3-62-9048 | |
| 2337 | Exxon Baytown | 3-62-9048 | |
| 2295 | Antigun Pass | 3-37-2618 | |
| 2296 | Keystone Canyon | 3-37-2618 | |
| 2297 | Brooks Range | 3-37-2618 | |
| 2298 | Thompson Pass | 3-37-2618 | |

EXHIBIT 2