UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN COMER MARCHAND, ET AL.<br><br>VERSUS<br><br>ANCO INSULATIONS INC., ET AL. | CIVIL ACTION<br><br>No. 09-6365<br><br>SECTION I |

### ORDER

Plaintiffs Colleen Comer Marchand et al. have filed a motion to remand[1] the above captioned case. Defendants have not filed an opposition.

**IT IS ORDERED** that the motion is **GRANTED** and the case shall be remanded to the Civil District Court for the Parish of Orleans, State of Louisiana.

New Orleans, Louisiana, October 21, 2009.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

EXHIBIT 11

---
[1] R. Doc. No. 4.

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

LORETTA G. WHYTE                                    500 POYDRAS ST., ROOM C-151
CLERK                                               NEW ORLEANS, LA 70130

October 22, 2009

Clerk
Civil District Court
Parish of Orleans
421 Loyola Ave., Room 402
New Orleans, LA 70112-1198

                                           RE: Colleen Comer Marchand
                                                 v.
                                          Anco Insulations Inc., et. Al.
                                          Civil Action No. 09-6365 I (3)
                                          Your No.09-08475 Div. L

Dear Sir:

      I am enclosing herewith a certified copy of an order entered by this court on October 22, 2009 remanding the above-entitled case to your court.

                                           Very truly yours,

                                           LORETTA G. WHYTE, CLERK

                                           By: _____C.Rose/memo copy_____
                                                 Deputy Clerk

Enclosure