BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL 875

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| **CYNTHIA ANNE GREENWOOD YANCEY AND PAYTON HIXON GREENWOOD,** co-personal representatives of **THE ESTATE OF ROBERT RAY GREENWOOD**, DECEASED, | ) ) ) ) ) ) ) | **NOTICE OF POTENTIAL TAG-ALONG ACTION** |
| **Plaintiff,** | ) ) | **Civil Action No.:** |
| vs. | ) ) | |
| **SEPCO,** | ) ) | **4:10-CV-03574-RBP** |
| **Defendant.** | ) | |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in the federal court to the United states District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions", or actions involving common questions of fact filed after the January 17, 1991, filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this case is a potential "tag-along action" within the meaning of Rule 1.1 of the Rules of Procedure of the Judicial Panel on Multidistrict

Litigation, which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either 1) enter a conditional transfer order pursuant to MDL Rule 7.4 (a), or 2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

This 27th day of May, 2011.

                                        s/G. Patterson Keahey
                                        G. PATTERSON KEAHEY (KEA004)
                                        Attorney for the Plaintiff

LAW OFFICES OF G. PATTERSON KEAHEY, P.C.
One Independence Plaza, Ste 612
Birmingham, Alabama 35209
(205) 871-0707      Telephone
(205) 871-0801      Facsimile
efile@mesohelp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of May, 2011, I have caused service of the foregoing on the parties of record by electronic filing with the Clerk of Court using the CM/ECF, electronic filing system, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, by e-mail and/or by first-class mail to those parties not registered to receive notice from the Clerk of Court.

Frank E. Lankford, Jr., Esq.
fel@hfsllp.com
Stewart W. McCloud, Esq.
swm@hfsllp.com
Huie, Fernambucq & Stewart LLP
2801 Highway 280 South, Ste 200
Birmingham, Alabama 35223-2484
205-251-1193 Telephone
205-251-1256 Facsimile
      Counsel for Defendant Sepco

                                        s/ G. Patterson Keahey
                                        COUNSEL