**4:10-cv-03574-RBP** Yancy et al v. Sepco Corporation
Robert B Propst, presiding
**Date filed:** 12/23/2010
**Date of last filing:** 04/18/2011

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed:* 12/23/2010  *Entered:* 12/27/2010 | Complaint |
| | *Docket Text:* COMPLAINT against Sepco Corporation, filed by Cynthia Ann Greenwood Yancy, Payton Hixon Greenwood.(KAM, ) | |
| 2 | *Filed:* 12/23/2010  *Entered:* 12/27/2010 | Notice (Other) |
| | *Docket Text:* NOTICE of Tag-Along action by Payton Hixon Greenwood, Cynthia Ann Greenwood Yancy (KAM, ) | |
| 3 | *Filed:* 12/23/2010  *Entered:* 12/27/2010 | Certified Mail Request |
| | *Docket Text:* Request for service by certified mail filed by Payton Hixon Greenwood, Cynthia Ann Greenwood Yancy. (KAM, ) | |
| | *Filed:* 12/27/2010  *Entered:* 12/29/2010 | Filing Fee Received |
| | *Docket Text:* Filing Fee received in the amount of $350.00, receipt number B4601018550. (JLC, ) | |
| 4 | *Filed & Entered:* 12/29/2010 | Summons Issued |
| | *Docket Text:* Summons Issued as to Sepco Corporation via certified U.S.Mail on this the 29th day of December, 2010. (JLC, ) | |
| 5 | *Filed & Entered:* 01/03/2011 | Summons Returned Executed |
| | *Docket Text:* SUMMONS Returned Executed upon Sepco Corporation, served on 12/31/2010, answer due 1/21/2011. (JLC, ) | |
| 6 | *Filed & Entered:* 01/22/2011 | Answer to Complaint |
| | *Docket Text:* ANSWER to Complaint by Sepco Corporation.(Lankford, Frank) | |
| 7 | *Filed & Entered:* 01/22/2011 | Notice (Other) |
| | *Docket Text:* NOTICE by Sepco Corporation *of Tag Along Action* (Lankford, Frank) | |
| 8 | *Filed & Entered:* 01/22/2011 | Corporate Disclosure Statement |
| | *Docket Text:* Corporate Disclosure Statement by Sepco Corporation. (Lankford, Frank) | |
| | *Filed & Entered:* 01/24/2011 | Set/Reset Scheduling Order Deadlines |
| | *Docket Text:* Set/Reset Scheduling Order Deadlines: Rule 26 Meeting Report due by 3/11/2011. (SCL, ) | |
| 9 | *Filed & Entered:* 01/24/2011 | Uniform Initial Order |
| | *Docket Text:* ALND UNIFORM INITIAL ORDER GOVERNING ALL FURTHER PROCEEDINGS - with appendices attached. Signed by Judge Robert B Propst on 1/24/2011. | |

| | | | |
|---|---|---|---|
| | (JLC, ) | | |
| 10 | *Filed & Entered:* | 01/24/2011 | Answer to Complaint |
| | *Docket Text:* (CORRECTED) ANSWER to Complaint by Sepco Corporation.(Lankford, Frank) Modified on 1/24/2011 (JLC, ). | | |
| 11 | *Filed & Entered:* | 01/24/2011 | Notice of Appearance |
| | *Docket Text:* NOTICE of Appearance by Stewart W McCloud on behalf of Sepco Corporation (McCloud, Stewart) | | |
| | *Filed & Entered:* | 03/16/2011 | Set/Reset Scheduling Order Deadlines |
| | *Docket Text:* Set/Reset Scheduling Order Deadlines: Discovery due by 6/14/2011; Proposed Pretrial Conference 8/25/2011. (SCL, ) | | |
| 12 | *Filed & Entered:* | 03/16/2011 | Order |
| | *Docket Text:* NOTICE AND ORDER TO ALL ATTORNEYS AND PARTIES. Signed by Judge Robert B Propst on 3/16/2011. (JLC, ) | | |
| 13 | *Filed & Entered:* | 03/24/2011 | Notice (Other) |
| | *Docket Text:* NOTICE by Sepco Corporation *of Compliance with Court Order* (Lankford, Frank) | | |
| 14 | *Filed & Entered:* | 04/18/2011 | Notice (Other) |
| | *Docket Text:* NOTICE by Sepco Corporation *of Initial Disclosures* (McCloud, Stewart) | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/27/2011 12:21:50 | | | |
| **PACER Login:** | pk0470 | **Client Code:** | greenwood |
| **Description:** | History/Documents | **Search Criteria:** | 4:10-cv-03574-RBP |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |