FILED
2011 Jan-03 PM 04:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   Date of Delivery |
| 1. Article Addressed to:<br><br>SEPCO Corporation<br>c/o CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017<br><br>4:10-CV-3574-RBP | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(*Transfer from service*) | 7007 2680 0001 3026 5610 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540