BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL 875

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMES D. GARNER, III, personal representative of **THE ESTATE OF JAMES D. GARNER, JR.**, Deceased; | ) ) ) ) ) ) ) | Civil Action No.: 2011-CV-00380 |
| PLAINTIFF, | ) ) ) | |
| V. | ) ) ) | NOTICE OF POTENTIAL TAG-ALONG ACTION |
| DANIEL CONSTRUCTION COMPANY, INC. | ) ) ) ) | |
| SEPCO CORPORATION, | ) ) ) | |
| KOBE STEEL LTD. | ) ) ) | |
| DEFENDANTS. | ) | |

### NOTICE OF POTENTIAL TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in the federal court to the United states District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions", or actions involving

common questions of fact filed after the January 17, 1991, filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this case is a potential "tag-along action" within the meaning of Rule 1.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either 1) enter a conditional transfer order pursuant to MDL Rule 7.4 (a), or 2) file an order to show cause why the action should not be transferred, pursuant o MDL Rule 7.5(b).

Dated this 31ST day of May, 2011.

s/ G. Patterson Keahey
G. Patterson Keahey, Attorney for Plaintiff
Alabama Bar No: ASB-6357-A64G

LAW OFFICE OF G. PATTERSON KEAHEY, P.C.
One Independence Plaza, Ste 612
Birmingham, Alabama 35209
(205) 871-0707    Telephone
(205) 871-0801    Facsimile
efile@mesohelp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Potential Tag-Along and this Certificate of Service was served on the following by email with the exception of the clerk's office, which is being served by electronic filing through the ECF system:

Clerk of Court Northern District of Alabama
Hugo L. Black Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Frank E. Lankford, Jr.
Huie, Fernambucq & Stewart LLP
2801 Highway 280 South, Ste 200
Birmingham, AL 35223-2484
    Counsel for Sepco Corporation
    Counsel for Daniel Construction Company, Inc.

Larkin W. Radney
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
    Counsel for Kobe Steel, Ltd.

This the 31ST Day of May, 2011

                                        s/ G. Patterson Keahey
                                        G. Patterson Keahey