# U.S. District Court
## Northern District of Alabama (Northeastern)
### CIVIL DOCKET FOR CASE #: 5:11-cv-00380-CLS

Garner v. Daniel Construction Company, Inc. et al  
Assigned to: Judge C Lynwood Smith, Jr  
Cause: 28:1332 Diversity−Asbestos Litigation

Date Filed: 02/02/2011  
Jury Demand: Plaintiff  
Nature of Suit: 368 P.I. : Asbestos  
Jurisdiction: Diversity

**Plaintiff**

**James D. Garner, III**  
*personal representative of the Estate of James D. Garner, Jr., deceased*

represented by **G Patterson Keahey , Jr**  
LAW OFFICES OF G PATTERSON KEAHEY PC  
1 Independence Plaza, Suite 612  
Birmingham, AL 35209  
205−871−0707  
Fax: 205−871−0801  
Email: efile@mesohelp.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Daniel Construction Company, Inc.**

represented by **Frank E Lankford , Jr**  
HUIE FERNAMBUCQ &STEWART LLP  
Three Protective Center  
2801 Highway 280 S, Suite 200  
Birmingham, AL 35223−2484  
205−251−1193  
Fax: 205−251−1256  
Email: fel@hfsllp.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Stewart W McCloud**  
HUIE FERNAMBUCQ &STEWART LLP  
Three Protective Center  
2801 Highway 280 South, Suite 200  
Birmingham, AL 35223−2484  
205−251−1193  
Fax: 205−251−1256  
Email: swm@hfsllp.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**SEPCO Corporation**

represented by **Frank E Lankford , Jr**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Stewart W McCloud**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kobe Steel, LTD**

| Date Filed | # | Docket Text |
|---|---|---|

| 02/02/2011 | 1 | COMPLAINT with jury demand thereon against Daniel Construction Company, Inc., Kobe Steel, LTD, SEPCO Corporation filed by James D. Garner, III.(AHI) (Entered: 02/03/2011) |
|---|---|---|
| 02/02/2011 | 2 | Request for service by certified mail filed by James D. Garner, III. (AHI) (Entered: 02/03/2011) |
| 02/02/2011 | 3 | NOTICE of Tag−Along Action by James D. Garner, III (AHI) (Entered: 02/03/2011) |
| 02/04/2011 |   | Filing fee: $ 350.00, receipt number B4601019786 (AHI) (Entered: 02/08/2011) |
| 02/08/2011 | 4 | Summons Issued by the clerk and delivered via certified mail as to Daniel Construction Company, Inc., Kobe Steel, LTD, SEPCO Corporation. (AHI) (Entered: 02/08/2011) |
| 02/15/2011 | 5 | SUMMONS Returned Executed Daniel Construction Company, Inc. served on 2/11/2011, answer due 3/4/2011; SEPCO Corporation served on 2/10/2011, answer due 3/3/2011. (AHI) (Entered: 02/15/2011) |
| 02/24/2011 | 6 | ANSWER to Complaint by Daniel Construction Company, Inc..(Lankford, Frank) (Entered: 02/24/2011) |
| 02/24/2011 | 7 | ANSWER to Complaint by SEPCO Corporation.(Lankford, Frank) (Entered: 02/24/2011) |
| 02/24/2011 | 8 | NOTICE by Daniel Construction Company, Inc. *of Tag Along Action* (Lankford, Frank) Modified on 2/24/2011 (AHI). (Entered: 02/24/2011) |
| 02/24/2011 | 9 | Corporate Disclosure Statement by SEPCO Corporation. (Lankford, Frank) (Entered: 02/24/2011) |
| 02/24/2011 | 10 | NOTICE by Daniel Construction Company, Inc. *of Tag Along Action* (Lankford, Frank) (Entered: 02/24/2011) |
| 02/24/2011 | 11 | NOTICE by SEPCO Corporation *of Tag Along Action* (Lankford, Frank) (Entered: 02/24/2011) |
| 02/28/2011 | 12 | Corporate Disclosure Statement by Daniel Construction Company, Inc.. (Lankford, Frank) (Entered: 02/28/2011) |
| 02/28/2011 | 13 | NOTICE of Appearance by Stewart W McCloud on behalf of Daniel Construction Company, Inc., SEPCO Corporation (McCloud, Stewart) (Entered: 02/28/2011) |
| 03/11/2011 | 14 | Summons Returned Unexecuted as to Kobe Steel, LTD. (UNCLAIMED−return to sender) (AHI) Modified on 3/14/2011 (AHI). (Entered: 03/14/2011) |