FILED
2011 Feb-15 PM 01:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____ ☐ Agent ☐ Addressee <br> B. Received by ( *Printed Name* )   C. Date of Delivery |
| 1. Article Addressed to: <br> *SEPCO Corporation* FEB 14 <br> *c/o CT Corporation System* <br> *818 West Seventh Street* <br> *Los Angeles, CA 90017* | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br><br> 5:11-CV-380-CLS |
| | 3. Service Type <br> ☒ Certified Mail   ☐ Express Mail <br> ☐ Registered   ☒ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number <br> (*Transfer from service*   7007 2680 0001 3026 5627 | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

*Clerk of Court*
*Hugo L. Black Courthouse*
*1729 Fifth Ave. North*
*B'ham, AL 35203*



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Daniel Construction Co.
100 Flour Daniel Dr.
Greenville, South Carolina 29607
Attn: Registered Agent or
Highest Ranking Officer

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )
Corey _____

C. Date of Delivery
2-11-11

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB 11 2011
CV-11-380-S

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from servic)* 7007 2680 0001 3026 5559

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STATES POSTAL SERVICE
GREENVILLE SC 296

11 FEB 2011 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Clerk of Court
Hugo L. Black Courthouse
1729 Fifth Ave N.
B'ham, Al 35203