**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS                                         MDL No. 875

LIABILITY LITIGATION (NO. VI)

*********************************************************************************************

ARTHUR J. PORTER, ET UX                    MIDDLE DISTRICT OF LOUISIANA

VERSUS                                                            C.A. NO. 11-00166

GREATER BATON ROUGE PORT COMMISSION

### RESPONSE TO PLAINTIFF'S MOTION TO VACATE CTO-390

MAY IT PLEASE THE COURT:

In opposition to the plaintiffs' Motion to Vacate CTO-390 (R. Doc. 7091), The Greater Baton Rouge Port Commission hereby adopts the opposition to same filed by defendants Baton Rouge Marine Contractors, Inc., P&O Ports Louisiana, Inc., Marion J. "Sonny" Bergeron, and Harold Bourque (Document 7285).

    Respectfully submitted,

    /s/ Stephen W. Glusman
    Stephen W. Glusman(#06069)
    Glusman, Broyles & Glusman
    PO Box 2711
    Baton Rouge, Louisiana 70821
    Telephone: (225) 387-5551
    Facsimile:   (225) 387-5561
    *Attorneys for The Greater Baton Rouge Port Commission*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the Court's electronic filing system. I also certify that I have e-mailed a copy of this filing to all non-CM/ECF participants.

New Orleans, Louisiana this 31st day of May, 2011.

/s/ Stephen W. Glusman