BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)　　　　　　MDL NO. 875

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DOUGLAS A. SWEREDOSKI AND ROSE K. SWEREDOSKI,<br><br>　　　Plaintiffs,<br><br>v.<br><br>BUFFALO PUMPS, INC.;<br><br>CBS CORPORATION a Delaware Corporation f/k/a VIACOM, INC., individually and as successor to CBS Corp., a Pennsylvania corporation f/ka and/or successor to Westinghouse Electric Corporation and B.F. Sturtevant,<br><br>FOSTER WHEELER LLC, survivor to merger with FOSTER WHEELER CORPORATION<br><br>GENERAL ELECTRIC COMPANY.<br><br>PACKINGS & INSULATIONS CORPORATION<br><br>P.I.C. CONTRACTORS, INC.<br><br>　　　Defendants. | Civil Action<br>No.: 1:11-cv-211-S-LDA |

**NOTICE OF FILING OF TAG-ALONG NOTICE**

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 1407, defendant Air & Liquid Systems Corp, as successor-by-merger to Buffalo Pumps, Inc.'s counsel filed the

1

attached notice of tag-along and supporting documents with the Judicial Panel on Multidistrict Litigation on June 1, 2011. <u>See</u> Notice of Tag-Along Action, a true and correct copy of which is attached hereto as Exhibit A.

>Respectfully submitted,
>
>Air & Liquid Systems Corp., as Successor by Merger to Buffalo Pumps, Inc.,
>By its attorneys,
>
><u>/s/ Michael D. Simons</u>
>Michael D. Simons
>Fed. Bar No. ct28100
>Governo Law Firm LLC
>Two International Place, 15th Floor
>Boston, MA  02110
>Phone:  (617) 737-9045
>Fax: (617) 737-9046
>msimons@governo.com

Dated:  June 1, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

>/s/ Michael D. Simons
>Michael D. Simons

EXHIBIT A

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)　　　　　MDL NO. 875

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DOUGLAS A. SWEREDOSKI AND ROSE K. SWEREDOSKI,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BUFFALO PUMPS, INC.;<br><br>CBS CORPORATION a Delaware Corporation f/k/a VIACOM, INC., individually and as successor to CBS Corp., a Pennsylvania corporation f/ka and/or successor to Westinghouse Electric Corporation and B.F. Sturtevant,<br><br>FOSTER WHEELER LLC, survivor to merger with FOSTER WHEELER CORPORATION<br><br>GENERAL ELECTRIC COMPANY.<br><br>PACKINGS & INSULATIONS CORPORATION<br><br>P.I.C. CONTRACTORS, INC.<br><br>　　　　Defendants. | Civil Action<br>No.:　1:11-cv-211-S-LDA |

**DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.'S NOTICE OF TAG-ALONG ACTION**

　　　　PLEASE TAKE NOTICE, that on July 29, 1991 the Judicial Panel on Multi-District Litigation entered an order transferring all asbestos personal injury cases pending in Federal Court to the United States District Court, Easter District of Pennsylvania, for

1

coordinated pre-trial proceedings pursuant to 28 U.S.C. Section 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show cause.

MDL Rule 7.5(e) provides:

Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

Defendant **AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.** hereby notifies the Court that this case is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. A copy of the Complaint is annexed hereto as **Exhibit 1** for the Court's convenience. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 7.4(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

    Respectfully submitted,
    Air & Liquid Systems Corporation, as Successor by
    Merger to Buffalo Pumps, Inc.,

    By:   /s/ Michael D. Simons
    Michael D. Simons
    David A. Goldman, #7097
    GOVERNO LAW FIRM LLC
    Two International Place, 15th Floor
    Boston, MA 02110
    (Ph) 617-737-9045
    (Fax) 617-737-9046
    msimons@governo.com

DATED: June 1, 2011

## CERTIFICATE OF SERVICE

This is to certify that on this 1st day of June, 2011, the undersigned served a copy of the above referenced document documents via the Pacer/ECF electronic service system to the following:

Jeffrey Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

All counsel of record

/s/ Michael D. Simons
Michael D. Simons