BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)          MDL NO. 875

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DOUGLAS A. SWEREDOSKI AND ROSE K. SWEREDOSKI,<br><br>　　　Plaintiffs,<br><br>v.<br><br>BUFFALO PUMPS, INC.;<br><br>CBS CORPORATION a Delaware Corporation f/k/a VIACOM, INC., individually and as successor to CBS Corp., a Pennsylvania corporation f/ka and/or successor to Westinghouse Electric Corporation and B.F. Sturtevant,<br><br>FOSTER WHEELER LLC, survivor to merger with FOSTER WHEELER CORPORATION<br><br>GENERAL ELECTRIC COMPANY.<br><br>PACKINGS & INSULATIONS CORPORATION<br><br>P.I.C. CONTRACTORS, INC.<br><br>　　　Defendants. | Civil Action<br>No.:  1:11-cv-211-S-LDA |

## SCHEDULE OF ACTIONS

1.　　Douglas Sweredoski and Rose K. Sweredoski v. Buffalo Pumps, Inc. et. al.,

1

Civil Action No.: 1:11-cv-211-S-LDA (United States District Court for the District of Rhode Island)

       Respectfully submitted,

       Air & Liquid Systems Corp., as Successor by
       Merger to Buffalo Pumps, Inc.,
       By its attorneys,


       */s/ Michael D. Simons*
       Michael D. Simons
       Fed. Bar No. ct28100
       Governo Law Firm LLC
       Two International Place, 15th Floor
       Boston, MA  02110
       Phone:  (617) 737-9045
       Fax: (617) 737-9046
       msimons@governo.com

Dated:  June 1, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

       */s/ Michael D. Simons*
       Michael D. Simons