# U.S. District Court
## District of Rhode Island (Providence)
### CIVIL DOCKET FOR CASE #: 1:11-cv-00211-S -LDA

Sweredoski et al v. Buffalo Pumps, Inc. et al
Assigned to: Judge William E Smith
Referred to: Magistrate Judge Lincoln D. Almond
Cause: 28:1442 Notice of Removal

Date Filed: 05/23/2011
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

Douglas A. Sweredoski        represented by  Robert J. Sweeney
                                              Early, Ludwich & Sweeney, LLC
                                              265 Church Street
                                              New Haven, CT 06508-1866
                                              203-777-7799
                                              Fax: 203-785-1671
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

Rose K. Sweredoski           represented by  Robert J. Sweeney
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

V.

**Defendant**

Buffalo Pumps, Inc.          represented by  David A. Goldman
                                              Governo Law Firm LLC
                                              Two International Place
                                              Boston, MA 02110
                                              617-737-9045
                                              Fax: 617-737-9046
                                              Email: dgoldman@governo.com
                                              *ATTORNEY TO BE NOTICED*

**Defendant**

CBS Corporation              represented by  Thomas W. Lyons , III
*a Delaware Corporation f/k/a/*               Strauss, Factor, Laing & Lyons
*VIACOM, INC., individually and as*           One Davol Square
*successor to CBS Corp., a Pennsylvania*      Suite 305
*corporation f/k/a and/or successor to*       Providence, RI 02903
*Westinhouse Electric Corporation and*        456-0700
*B.F. Sturtevant*                             Fax: 421-4730
                                              Email: tlyons@straussfactor.com
                                              *ATTORNEY TO BE NOTICED*

**Defendant**

Foster Wheeler LLC           represented by  Mark O. Denehy

| | | |
|---|---|---|
| *a survivor to merger with FOSTER WHEELER CORPORATION* | | Adler Pollock & Sheehan P.C.<br>One Citizens Plaza<br>8th Floor<br>Providence, RI 02903<br>401-274-7200<br>Fax: 401-351-4607<br>Email: mdenehy@apslaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **General Electric Company** | represented by | **Jeffrey M. Thomen**<br>McCarter & English LLP<br>185 Asylum St.<br>CityPlace I<br>Hartford, CT 06103<br>860-275-6726<br>Fax: 860-560-5939<br>Email: jthomen@mccarter.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Packings & Insulations Corporation** | represented by | **Danielle J. Mahoney**<br>Morrison Mahoney LLP<br>10 Weybosset Street<br>Suite 900<br>Providence, RI 02903-7141<br>401-331-4660<br>Fax: 401-351-4420<br>Email: dmahoney@morrisonmahoney.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **P.I.C. Contractors, Inc.** | represented by | **Danielle J. Mahoney**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Air & Liquid Systems Corporation**<br>*as successor by merger to Buffalo Pumps, Inc.* | represented by | **David A. Goldman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Cross Claimant**

| | | |
|---|---|---|
| **General Electric Company** | represented by | **Jeffrey M. Thomen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Cross Defendant**

| | | |
|---|---|---|
| **General Electric Company** | represented by | **Jeffrey M. Thomen** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Cross Defendant**

| | | |
|---|---|---|
| **Air & Liquid Systems Corporation** <br> *as successor by merger to Buffalo Pumps, Inc.* | represented by | **David A. Goldman** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Cross Defendant**

| | | |
|---|---|---|
| **Buffalo Pumps, Inc.** | represented by | **David A. Goldman** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Cross Defendant**

| | | |
|---|---|---|
| **CBS Corporation** <br> *a Delaware Corporation f/k/a/ VIACOM, INC., individually and as successor to CBS Corp., a Pennsylvania corporation f/k/a and/or successor to Westinhouse Electric Corporation and B.F. Sturtevant* | represented by | **Thomas W. Lyons, III** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Cross Defendant**

| | | |
|---|---|---|
| **Foster Wheeler LLC** <br> *a survivor to merger with FOSTER WHEELER CORPORATION* | represented by | **Mark O. Denehy** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Cross Defendant**

| | | |
|---|---|---|
| **P.I.C. Contractors, Inc.** | represented by | **Danielle J. Mahoney** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Cross Defendant**

| | | |
|---|---|---|
| **Packings & Insulations Corporation** | represented by | **Danielle J. Mahoney** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Cross Defendant**

| | | |
|---|---|---|
| **Douglas A. Sweredoski** | represented by | **Robert J. Sweeney** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Cross Defendant**

| | | |
|---|---|---|
| **Rose K. Sweredoski** | represented by | **Robert J. Sweeney** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2011 | 1 | NOTICE OF REMOVAL by Buffalo Pumps, Inc., Air & Liquid Systems Corporation from Superior Court, Providence County, case number PC11-1545. (Filing fee $350 receipt #14670005469); COMPLAINT filed by Rose K. Sweredoski, Douglas A. Sweredoski (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1 (State Court Complaint), # 3 Exhibit 2)(Jackson, Ryan) (Entered: 05/24/2011) |
| 05/23/2011 | 2 | NOTICE OF PENDING MOTIONS by Air & Liquid Systems Corporation, Buffalo Pumps, Inc. (Jackson, Ryan) (Entered: 05/24/2011) |
| 05/23/2011 | 3 | Corporate Disclosure Statement by Air & Liquid Systems Corporation, Buffalo Pumps, Inc. identifying Corporate Parent Ampco-Pittsburgh Corporation for Air & Liquid Systems Corporation, Buffalo Pumps, Inc. (Jackson, Ryan) (Entered: 05/24/2011) |
| 05/23/2011 | 4 | STATE COURT RECORD by Air & Liquid Systems Corporation, Buffalo Pumps, Inc.. (Attachments: # 1 Exhibit Answer of Buffalo Pumps, Inc.) (Jackson, Ryan) (Entered: 05/24/2011) |
| 05/25/2011 | 5 | NOTICE of Appearance by Jeffrey M. Thomen on behalf of General Electric Company (Thomen, Jeffrey) (Entered: 05/25/2011) |
| 05/25/2011 | 6 | ANSWER to Complaint, CROSSCLAIM *and Answer to Crossclaim* against All Parties by General Electric Company.(Thomen, Jeffrey) (Entered: 05/25/2011) |
| 05/25/2011 | 7 | Corporate Disclosure Statement by General Electric Company. (Thomen, Jeffrey) (Entered: 05/25/2011) |
| 05/25/2011 | 8 | MEMORANDUM IN SUPPORT by CBS Corporation in support of 1 Notice of Removal, *Notice of Joinder in Removal*. (Lyons, Thomas) (Entered: 05/25/2011) |
| 05/26/2011 | 9 | Corporate Disclosure Statement by CBS Corporation. (Lyons, Thomas) (Entered: 05/26/2011) |

 **CT Corporation**

**Service of Process Transmittal**
04/25/2011
CT Log Number 518412162

TO: Rose Hoover, Vice Pres. Admin. and Corporate Sec.
Ampco-Pittsburgh Corporation
600 Grant Street, Suite 4600
Pittsburgh, PA 15219

RE: **Process Served in Pennsylvania**

FOR: Air & Liquid Systems Corporation (Domestic State: PA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Douglas A. Sweredoski and Roase K. Sweredoski, Pltfs. vs. Buffalo Pumps, Inc., et al., Dfts. // To: Air & Liquid Systems Corporation |
| DOCUMENT(S) SERVED: | Summons, Complaint |
| COURT/AGENCY: | Providence County Superior Court, RI<br>Case # 11-1545 |
| NATURE OF ACTION: | Asbestos Litigation - Personal Injury |
| ON WHOM PROCESS WAS SERVED: | CT Corporation System, Harrisburg, PA |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 04/25/2011 postmarked on 04/21/2011 |
| JURISDICTION SERVED: | Pennsylvania |
| APPEARANCE OR ANSWER DUE: | Within 20 days, exclusive of day of service |
| ATTORNEY(S) / SENDER(S): | Robert J. Sweeney<br>Early Lucarelli, Sweeney & Meisenkothen, LLC<br>265 Church Street<br>11th Floor<br>P.O. Box 1866<br>New Haven, CT 06508-1866<br>203-777-7799 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 04/25/2011, Expected Purge Date: 04/30/2011<br>Image SOP<br>Email Notification, Rose Hoover RHOOVER@AMPCOPGH.COM<br>Email Notification, Jess Nock jnock@ampcopgh.com<br>Email Notification, Jen Sauers jsauers@ampcopgh.com<br>Email Notification, Nicole Sayles nsayles@ampcopgh.com<br>Email Notification, Insurance Department insurance@ampcopgh.com |
| SIGNED: | CT Corporation System |
| PER: | Sabra Dudding |
| ADDRESS: | 116 Pine Street<br>3rd Floor, Suite 320<br>Harrisburg, PA 17101 |
| TELEPHONE: | 717-234-6004 |

Page 1 of 1 / RS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

STATE OF RHODE ISLAND  AND PROVIDENCE PLANTATIONS

## SUPERIOR COURT

✓ *Providence/Bristol County*
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

___ *Kent County*
Kent County Courthouse
222 Quaker Lane
Warwick, Rhode Island 02886

___ *Newport County*
Murray Judicial Complex
45 Washington Square
Newport, Rhode Island 02840

___ *Washington County*
McGrath Judicial Complex
4800 Tower Hill Road
Wakefield, Rhode Island 02879

DOUGLAS A. SWEREDOSKI
and ROSE K. SWEREDOSKI
**Plaintiff**

ALFA LAVAL, INC., et al.
**Defendant**

CIVIL ACTION, FILE NO. 11-1545

## *Summons*

AIR & LIQUID SYSTEMS CORPORATION
as successor by merger to Buffalo Pumps,
Inc.
CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA 17101

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon ............Robert J. Sweeney, Esq............ Plaintiff's attorney, whose address is ............Early Lucarelli Sweeney & Meisenkothen............
265 Church Street, PO Box 1866, New Haven, CT 06508
an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

CLERK

Dated: April 11, 2011

(Seal of the Superior Court)

IN THE SUPERIOR COURT

FOR THE COUNTY OF PROVIDENCE

STATE OF RHODE ISLAND

DOUGLAS A. SWEREDOSKI and             CIVIL NO. PC 11-1545
ROSE K. SWEREDOSKI

VERSUS

BUFFALO PUMPS, INC.             JURY TRIAL DEMANDED
CBS CORPORATION, a Delaware Corporation
   f/k/a VIACOM, INC., individually and as successor
   by merger to CBS Corp., a Pennsylvania Corporation,
   f/k/a and/or successor-in-interest to Westinghouse
   Electric Corporation and BF Sturtevant.
FOSTER WHEELER LLC, survivor to merger with
   FOSTER WHEELER CORPORATION
GENERAL ELECTRIC COMPANY
PACKINGS & INSULATIONS CORPORATION
P.I.C. CONTRACTORS, INC.

**COMPLAINT FOR DAMAGES**

The complaint of DOUGLAS A. SWEREDOSKI and ROSE K. SWEREDOSKI,

husband and wife, respectfully represents:

1.

Each of the defendants named in the caption above has conducted business in the State of

Rhode Island and has produced, manufactured, or distributed asbestos and/or asbestos

containing products with the reasonable expectation that such products would be used or

consumed in this State.

2.

Every claim arising under the Constitution, treaties, or laws of the United States is

expressly disclaimed (including any claim arising from an act or omission on a federal enclave, or of any federal officer of the U.S. or any agency or person acting under him occurring under color of such office). No claim of admiralty or maritime law is raised. Plaintiffs sue no foreign state or agency. Venue is proper in this court.

3.

Plaintiffs specifically do not assert herein a claim for relief or cause of action for damages:

(A) Against the United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof for any act under color of such office or on account of any right, title or authority claimed under any Act of Congress, Treaties or Constitution of the United States of America.; and/or

(B) Against any Defendant named herein where (1) said Defendant acted under the direction, order, specification, and/or comprehensive and detailed regulation of a federal officer or federal agency in the performance of its contract duties; and (2) there is a causal nexus between said claim or cause of action for damages and the federal officer or federal agency's direction, order, specification, and/or comprehensive and detailed regulation in the performance of the Defendant's contract duties.

4.

The federal courts lack subject matter jurisdiction over this action as there is no federal question and incomplete diversity of citizenship due to the presence of a Rhode Island defendant.

5.

Plaintiff DOUGLAS A. SWEREDOSKI was exposed to various asbestos containing products beginning in the 1960's through his use of products manufactured, sold or distributed by the named defendants, including but not limited to exposure occurring through

his work as a boiler tender in the United States Navy, as the co-owner of painting stores and during personal home repair and renovation.

6.

As a result of the exposure to asbestos related products of the named defendants, plaintiff contracted asbestos-related mesothelioma and/or other asbestos-related pathologies.

7.

Named defendants, individually, and through their agents, employees, and/or distributors sold these asbestos containing products to plaintiff, his employer, and/or others working with these products around plaintiff.

8.

At all times relevant hereto, the asbestos containing products sold by defendants to plaintiff and/or third parties reached plaintiff without any substantial change in their condition from the time they were sold.

9.

Defendants instructed and intended that asbestos containing products would be used in conjunction with or incorporated in their products so as to render the entire product unsafe for its intended purposes.

10.

Defendants knew or should have known that the asbestos containing products sold by them, incorporated into their products and/or designed for use with their products, were inherently dangerous to those who used, handled or came in contact with said products.

11.

Defendants failed to provide proper, adequate and correct warnings and information about the dangers associated with the use of their products.

12.

Defendants breached their continuing duty to advise and warn plaintiff and others reasonably expected to come into contact with their products as to the dangers inherent in the unsafe handling and use of asbestos containing products sold by them, incorporated into their products, or intended to be used with their products.

13.

Defendant's actions represent a breach of the duty of reasonable care under the common law of the State of Rhode Island and of their duties to plaintiff under the Restatements, Torts 2d, Section 402A.

14.

Additionally, in the sale of the asbestos containing products, named defendants breached their warranties of merchantability and implied fitness found in R.I. G.L.§ 6A-2-314 and 315, in that the produces were inherently dangerous in the form they left the seller, were not fit for their ordinary purpose and/or were unsafe without directions and warnings as to their anticipated use by plaintiff and any person who may be reasonably expected to use, consume or be affected by the products.

15.

Defendants, individually and as agents of one another, engaged in a conspiracy to injure plaintiff by failing to disclose knowledge they had or intentionally misrepresenting the dangers of exposure to asbestos and asbestos containing products.

16.

As a result of the above acts of negligence, breaches of duties under the Restatement, Torts 2d, Section 402A, and breaches of the warranties of merchantability and implied fitness, plaintiff sustained severe, painful and permanent injuries proximately caused by named defendants conduct.

17.

In addition to damages for physical and mental pain and suffering, plaintiff has suffered medical expenses, loss of earning capacity, lost wages, lost future wages, and future medical expenses.

18.

Plaintiffs demand trial by jury on all issues herein.

WHEREFORE, plaintiffs DOUGLAS A. SWEREDOSKI and ROSE K. SWEREDOSKI pray that after due proceedings herein that there be judgment in their favor and against the Named Defendants, jointly and severally, for damages as are reasonable under the premises, including punitive damages, attorney's fees, interest and costs, and for all other general and equitable relief.

New Haven, Connecticut, this 17th day of March, 2011.

\

\

\

RESPECTFULLY SUBMITTED:

THE PLAINTIFFS

EARLY LUCARELLI, SWEENEY & MEISENKOTHEN, LLC

    265 Church Street, 11th Floor
    P.O. Box 1866
    New Haven, CT 06508-1866
    Telephone (203) 777-7799
    Telecopier (203) 785-1671

By: _____
    Robert J. Sweeney, Esq.
    R.I. Bar Roll No. 5865
    Brian P. Kenney, Esq.
    R.I. Bar Roll No. 7217
    Elizabeth R. Murray
    R.I. Bar Roll No. 8223
    Richard P. Bullock, Esq.
    R.I. Bar Roll No. 8297
    Donni E. Young, Esq.
    R.I. Bar Roll No. 8298

A TRUE COPY
ATTEST

T. JERRY JULIANO
STATE MARSHAL
NEW HAVEN COUNTY
AN INDIFFERENT PERSON

**T. JERRY JULIANO**
*State Marshal*
396 Orange Street
New Haven, CT 06511

CERTIFIED MAIL

7011 0110 0000 3770 2053

The Secretary
Air & Liquid Systems Corporation
c/o CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA 17101

RETURN RECEIPT REQUESTED

UNITED STATES POSTAGE
$ 005.71⁰
PITNEY BOWES
02 1P
0003080448 APR 21 2011
MAILED FROM ZIP CODE 06501