BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION (NO. VI) | MDL NO. 875 |

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE MOONEY,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY<br>CBS CORPORATION f/k/a VIACOM, INC., successor by merger with CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION,<br>AIR & LIQUID SYSTEMS CORPORATION, As successor by merger to BUFFALO PUMPS, INC.<br><br>    Defendants. | Civil Action<br>No.: 3:11-cv-877 |

## SCHEDULE OF ACTIONS

1. <u>Lawrence Mooney v. General Electric Company et. al.</u>, Civil Action No.: 3:11-cv-00877 (United States District Court for the District of Connecticut)

1

Respectfully submitted,

Air & Liquid Systems Corp., as Successor by Merger to Buffalo Pumps, Inc.,
By its attorneys,

/s/ Michael D. Simons
Michael D. Simons
Fed. Bar No. ct28100
Governo Law Firm LLC
Two International Place, 15th Floor
Boston, MA  02110
Phone:  (617) 737-9045
Fax: (617) 737-9046
msimons@governo.com

Dated:  June 1, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

/s/ Michael D. Simons
Michael D. Simons