# MALABY & BRADLEY, LLC
*Attorneys at Law*

150 Broadway, Suite 600
New York, New York 10038
Telephone: (212) 791-0285
Facsimile: (212) 791-0286
alipari@mblaw.net

June 1, 2011

<u>*VIA ECF FILING*</u>
Mr. Jeffrey Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Washington, DC 20002-8004

      Re: *Asbestos Products Liability Litigation- MDL 875 Notice of Potential Tag-Along Action*

Dear Mr. Luthi,

    Attached for filing is CBS Corporation's Notice of Potential Tag-Along Action in the case of *Hall v. A.W. Chesterton Co., Inc., et al.,* filed in the Southern District of New York.

    If you any questions or concerns, please feel free to contact me regarding this matter.

Respectfully submitted,

Matthew R. Straus, Esq.

MRS/al
Enclosures
All Counsel of Record via Mail

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

―――――――――――――――――――――x

THOMAS HALL,

Plaintiff,

-v-

A.W. CHESTERTON CO., INC., et al.,

Defendants.

―――――――――――――――――――――x

### CBS CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION

To the Clerk of the Multi-District Panel:

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multi-District Litigation, Defendant CBS Corporation, a Delaware Corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania Corporation, f/k/a Westinghouse Electric Corporation ("CBS Corporation") hereby notifies the Panel of the pendency, in the United States District Court for the Southern District of New York, of a tag-along action, styled *Hall v. A.W. Chesterton Co., Inc., et al.*, Case No. 11CV3400 (JGK). (See Notice of Tag-Along Action, dated June 1, 2011, attached hereto as Exhibit A and a copy of the docket sheet and Complaint filed by Thomas Hall attached hereto as Exhibit B). Transfer of this action is appropriate because it involves common questions of fact with those actions previously transferred by the Panel to MDL-875 pursuant to 28 U.S.C. § 1407.

      Wherefore CBS Corporation respectfully requests that the Panel transfer this action to the United States District Court for the Eastern District of Pennsylvania for coordinated proceedings as part of MDL-875, In Re: Asbestos Products Liability Litigation.

Dated:    New York, New York
             June 1, 2011

**MALABY & BRADLEY, LLC**

By: _____
Matthew R. Straus
Attorney Bar Code: MS2580
Attorneys for CBS Corporation
150 Broadway, Suite 600
New York, New York 10038
(212) 791-0285