# AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

I, **Anthony J. Lipari**, under penalty of perjury, affirm that I am over 18 years of age, reside in Somerset County, New Jersey, and am not a party to the within action. On June 1, 2011 I caused to be served, on behalf CBS Corporation, the attached Notice of Potential Tag-Along Action - MDL Docket No. 875 [re: Thomas Hall ] to:

> James Kramer, Esq.
> Levy Phillips & Konigsberg, LLP
> 800 Third Avenue, 13th Floor
> New York, New York 10022

and on all known defense counsel of record on attached service rider, by depositing a true and exact copy of the same enclosed in a postpaid addressed envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

_____
Anthony J. Lipari

Sworn to me this 1st day of
June, 2011

_____
NOTARY PUBLIC

ALLISON TORRES ORDONEZ
Notary Public, State of New York
No. 01TO6006394
Qualified in Queens County
Commission Expires May 4, 2014

# THOMAS HALL SERVICE RIDER

Julie Evans, Esq.
Virginia Squitieri, Esq.
Wilson Elser Moskowitz
Edelman & Dicker, LLP
150 East 42nd Street
New York, NY 10017
Phone # (212) 490-3000
Fax # (212) 490-3038
COUNSEL FOR A.W. CHESTERTON CO., INC. AND CARRIER CORPORATION

John Howarth, Esq.
Wilbraham, Lawler & Buba
1818 Market Street, Suite 3100
Philadelphia, PA 19103
Phone # (215) 564-4141
Fax # (215) 564-4385
COUNSEL FOR AIR & LIQUID SYSTEMS CORPORATION as successor by merger to BUFFALO PUMPS, INC. AND BUFFALO PUMPS, Division of Air & Liquid Systems Corporation by merger

Kerryann M. Cook, Esq.
McGivney & Kluger, P.C.
80 Broad Street 23rd Floor
New York. NY 10004
Phone # (212) 509-3456
Fax # (212) 509-4420
COUNSEL FOR AURORA COMPANY

Kirsten Kneis, Esq.
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
Phone # (212) 536-3900
Fax # (212) 536-3901
COUNSEL FOR CRANE CO., CRANE PUMPS & SYSTEMS, INC. AND PACIFIC STEEL BOILER

Peter Langenus, Esq.
Schnader, Harrison, Segal & Lewis
140 Broadway, Suite 3100
New York, NY 10005
Phone # (212) 973-8000
Fax # (212) 972-8798
COUNSEL FOR DUNHAM-BUSH, INC. N/K/A FORT KENT HOLDINGS, INC. AND KENT HOLDINGS, INC. f/k/a DUNHAM-BUSH, INC.

Christopher Hannan, Esq.
Kelley Jasons McGowan Spinelli & Hanna, LLP
120 Wall Street, 30th Floor
New York, NY 10005
Phone # (212) 344-7400
Fax # (212) 344-7402
COUNSEL FOR McNally Industries, Inc., Northern Pump and Peerless Pumps
    AND
Matthew Reber, Esq.
Kelley Jason McGowan Spinelli & Hanna, LLP
Two Liberty Place, Suite 1900
50 South 16th Street
Philadelphia, PA 19102
Phone # (215) 854-0658
Fax # (215) 854-8434
COUNSEL FOR FMC CORPORATION, on behalf of its former Peerless Pumps and Northern Pump businesses

Donald Fay, Esq.
Waters McPherson McNeil, P.C.
300 Lighting Way
P.O. Box 1560
Secaucus, NJ 07096
Phone # (201) 863-4400
Fax # (201) 863-2866
COUNSEL FOR ELLIOTT TURBOMACHINERY CO.

Michael Tannenbaum, Esq.
Sedgwick, Detert, Moran & Arnold
Three Gateway Center, 12th Floor
Newark, NJ 07102
Phone # (973) 242-002
Fax # (973) 242-8099
COUNSEL FOR FOSTER WHEELER

    AND

Mr. Don Ward
Special Claims Facility
809 Bosocton Avenue, Suite I
Mount Vernon, OH 43050-1931
Phone # (740) 397-6700
Fax # (740) 397-6701

Christian H. Gannon, Esq.
Katrina Murphy
Maria Carlucci, Esq.
Segal McCambridge Singer & Mahoney
850 Third Avenue, Suite 1100
New York, NY 10022
Phone # (212) 651-7500
Fax # (212) 651-7499
COUNSEL FOR GARDNER DENVER

Dennis Vega, Esq.
Sedgwick, Detert, Moran & Arnold LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
Phone # (973) 242-0002
Fax # (973) 242-8099
COUNSEL FOR GENERAL ELECTRIC

John J. Fanning, Esq.
Cullen & Dykman
177 Montague Street
Brooklyn, N.Y. 11201
Phone # (718) 855-9000
Fax # (718) 935-1509
COUNSEL FOR GOULDS PUMPS, INC.

Jennifer Darger, Esq.
Darger & Errante, LLP
116 E. 27th Street, 12th Floor
New York, NY 10016
Phone # (212) 452-5300
Fax # (212) 452-5301
COUNSEL FOR HOPEMAN BROTHERS

Heidi Brauer Ruchala, Esq.
Damon & Morey LLP
200 Delaware Avenue, Suite 1200
Buffalo, NY 14202
Phone # (716) 858-3811
Fax # (716) 856-5510
COUNSEL FOR HOWDEN BUFFALO INC.

Joseph Colao, Esq.
Leader & Berkon LLP
630 3rd Avenue, 17th Floor
New York, N.Y. 10017
Phone # (212) 486-2400
Fax # (212) 486-3099
COUNSEL FOR IMO INDUSTRIES, INC. AND WARREN PUMPS

Lisa M. Pascarella, Esq.
Pehlivanian, Braaten & Pascarella, LLC
2430 Route 34
Manasquan, N.J. 08736
Phone # (732) 528-8888
Fax # (732) 528-4445
INGERSOLL-RAND CO.
        AND
Carol G. Snider, Esq.
Jennifer L. Leonardi, Esq.
Damon & Morley LLP
1000 Cathedral Place
298 Main Street
Buffalo, NY 14202-4096
Phone # (716) 856-5500
Fax # (716) 856-5510

Suzanne Halbardier, Esq.
Barry McTiernan & Moore
2 Rector Street, 14th Floor
New York, NY 10006
Phone # (212) 313-3600
Fax # (212) 608-8902
COUNSEL FOR JOHN CRANE INC.
        AND

Lorraine Rann Mertell, Esq.
Green Hershdorfer & Sharpe
One Lincoln Center Suite 330
Syracuse, NY 13202-1317
Phone # (315) 422-6154
Fax # (315) 475-2672
    AND
Thomas Burns, Esq.
O'Connell Tivin Miller & Burns, LLC
645 Tollgate Rd, Ste. 220
Elgin, IL 60123

Chuck McGivney, Esq.
McGivney & Kluger, P.C.
80 Broad Street, 23rd Floor
New York, NY 10004
Phone # (212) 486-2400
Fax # (212) 486-3099
COUNSEL FOR THE NASH ENGINEERING CO. INC.

Rob C. Tonogbanua, Esq.
Dickie McCamey & Chilcote, PC
41 South Haddon Avenue, Suite 5
Haddonfield, NJ 08033
Phone # (856) 354-0192
Fax # (856) 354-8164
COUNSEL FOR YARWAY CORP
    AND
Paul A. Scrudato, Esq.
Jill Berry, Esq.
Schiff Hardin LLP
900 Third Avenue
New York, NY 10022
Phone # (212) 753-5000
Fax # (212) 753-5044

Judith Yavitz, Esq.
Reed Smith, LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
COUNSEL FOR UNION CARBIDE