Exhibit B

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:11-cv-03400-JGK

| | |
|---|---|
| Hall v. A.W. Chesterton Co., Inc. et al | Date Filed: 05/18/2011 |
| Assigned to: Judge John G. Koeltl | Jury Demand: None |
| Demand: $9,999,000 | Nature of Suit: 368 P.I. : Asbestos |
| Case in other court: Supreme Court- New York County, 190097-11 | Jurisdiction: Federal Question |
| Cause: 28:1441 Notice of Removal | |

**Plaintiff**

**Thomas Hall**     represented by     **James Michael Kramer**
Levy, Phillips & Konigsberg, LLP
800 Third Avenue, 13th Floor
New York, NY 10022
(212)-605-6200
Fax: (212)-605-6290
Email: jkramer@lpklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**A.W. Chesterton Co., Inc.**

**Defendant**

**Air & Liquid Systems Corporation**
*as successor by merger to Buffalo Pumps, Inc.*

**Defendant**

**Aurora Pump Company**

**Defendant**

**BF Sturtevant**

**Defendant**

**Buffalo Pumps**
*Division of Air & Liquid Systems Corporation by merger*

**Defendant**

**Cameron Compression Systems**

**Defendant**

**Carrier Corporation**

**Defendant**

**CBS Corporation**  
*successor by merger to CBS Corporation*  
*formerly known as*  
Viacom, Inc.  
*formerly known as*  
Westinghouse Electric Corporation

represented by **Matthew Robert Straus**  
MALABY & BRADLEY, LLC  
150 Broadway  
Suite 600  
New York, NY 10022  
212-791-0285  
Fax: 212-791-0286  
Email: mstraus@weinerlesniak.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crane Co.**

**Defendant**

**Crane Pumps & Systems, Inc.**

**Defendant**

**Dunham-Bush, Inc.**  
*now known as*  
Fort Kent Holdings, Inc.

**Defendant**

**Elliott Turbomachinery Co.**

**Defendant**

**FMC Corporation**  
*on behalf of its former Peerless Pumps and Northern Pump business*

**Defendant**

**Fort Kent Holdings, Inc.**  
*formerly known as*  
Dunham-Bush, Inc.

**Defendant**

**Foster Wheeler Energy Corp.**

**Defendant**

**Gardner Denver, Inc.**

**Defendant**

**General Electric Company**

**Defendant**

Goulds Pumps Inc.

**Defendant**

Hopeman Prothers, Inc.

**Defendant**

IMO Industries

**Defendant**

Ingersoll-Rand Company

**Defendant**

John Crane, Inc.

**Defendant**

McNally Industries, Inc.

**Defendant**

The Nash Engineering Co., Inc.

**Defendant**

Northern Pump
*Division of McNally Industries, L.L.C.*

**Defendant**

Pacific Steel Boiler

**Defendant**

Peerless Pumps

**Defendant**

Shutte & Koerting

**Defendant**

Warren Pumps

**Defendant**

Yarway Corporation

**Defendant**

Howden Buffalo, Inc.
*Individually*

**Defendant**

Howden Buffalo, Inc.
*as successor-interest-to BF Sturtevant, Buffalo Forge and The Howden Group*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2011 | 1 | NOTICE OF REMOVAL from State Supreme, County of New York. Case Number: 190097-11. (Filing Fee $ 350.00, Receipt Number 7151).Document filed by CBS Corporation. (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4)(ama) (Entered: 05/20/2011) |
| 05/18/2011 | | Magistrate Judge James L. Cott is so designated. (ama) (Entered: 05/20/2011) |
| 05/18/2011 | | Case Designated ECF. (ama) (Entered: 05/20/2011) |
| 05/18/2011 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying (See Enclosed Attached PDF) as Corporate Parent. Document filed by CBS Corporation.(ama) (Entered: 05/20/2011) |
| 05/20/2011 | 3 | NOTICE OF APPEARANCE by James Michael Kramer on behalf of Thomas Hall (Kramer, James) (Entered: 05/20/2011) |
| 05/20/2011 | 4 | AFFIDAVIT OF SERVICE of Notice of Removal served on All Parties of Record on 5/19/11. Service was made by Mail. Document filed by CBS Corporation. (Straus, Matthew) (Entered: 05/20/2011) |
| 05/25/2011 | 5 | AFFIDAVIT OF SERVICE of Notice of Removal served on James Kramer, Esq. on 5/18/11. Service was made by Federal Express. Document filed by CBS Corporation. (Straus, Matthew) (Entered: 05/25/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/31/2011 10:11:04 | | | |
| PACER Login: | mb4348 | Client Code: | 0056-la fauci |
| Description: | Docket Report | Search Criteria: | 1:11-cv-03400-JGK |
| Billable Pages: | 2 | Cost: | 0.16 |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------X
THOMAS HALL,

                                                                    Plaintiff,

            -against-

Index No.:190097/11
D.O.F.: 3-8-11

A.W. CHESTERTON CO., INC.;
AIR & LIQUID SYSTEMS CORPORATION,
      as successor by merger to Buffalo Pumps, Inc.;
AURORA PUMP COMPANY;
BF STURTEVANT;
BUFFALO PUMPS,
      Division of Air & Liquid Systems Corporation by merger;
CAMERON COMPRESSION SYSTEMS;
CARRIER CORPORATION;
CBS CORPORATION,
      f/k/a Viacom, Inc., successor by merger to CBS Corporation,
      f/k/a Westinghouse Electric Corporation;
CRANE CO.;
CRANE PUMPS & SYSTEMS, INC.;
DUNHAM-BUSH, INC.
      n/k/a/ FORT KENT HOLDINGS, INC.;
ELLIOTT TURBOMACHINERY CO.;
FMC CORPORATION,
      on behalf of its former Peerless Pumps and Northern Pump
      businesses
FORT KENT HOLDINGS, INC.
      f/k/a DUNHAM-BUSH, INC.;
FOSTER WHEELER ENERGY CORP.;
GARDNER DENVER, INC.;
GENERAL ELECTRIC COMPANY;
GOULDS PUMPS INC.;
HOPEMAN BROTHERS, INC.;
IMO INDUSTRIES;
INGERSOLL-RAND COMPANY;
JOHN CRANE, INC.;
MCNALLY INDUSTRIES, INC.;
THE NASH ENGINEERING CO., INC.;
NORTHERN PUMP
      Division of McNally Industries, L.L.C.;
PACIFIC STEEL BOILER;
PEERLESS PUMPS;
SCHUTTE & KOERTING;
WARREN PUMPS;
YARWAY CORPORATION; and
**HOWDEN BUFFALO INC.,**
      **individually and as successor-interest-to BF**
      **Sturtevant, Buffalo Forge and The Howden Group;**

**NOTICE OF AMENDMENT**

                                                                    Defendants.
------------------------------------------------X

/Y PHILLIPS &
IGSBERG, L.L.P.
D THIRD AVENUE
/ YORK, N.Y. 10022    00224904.WPD

Plaintiff in the above-named caption hereby amends his Complaint to bring a cause of action for wrongful death as outlined in New York Asbestos Complaint No. 2.

Dated:	New York, New York
	March 29, 2011

LEVY PHILLIPS & KONIGSBERG, L.L.P.

By: _____
James Kramer, Esq.
800 Third Avenue, 13th Floor
New York, NY 10022
(212) 605-6200
*Attorney for Plaintiffs*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------X
THOMAS HALL,

                                                       Plaintiff,      Index No.: 190097/11

    -against-                                    DOF: 3/8/11

A.W. CHESTERTON CO., INC.;
AIR & LIQUID SYSTEMS CORPORATION,           **AMENDED SUMMONS**
    as successor by merger to Buffalo Pumps, Inc.;
AURORA PUMP COMPANY;                             Plaintiff designates
BF STURTEVANT;                                       NEW YORK COUNTY
BUFFALO PUMPS,                                     as the place for trial
    Division of Air & Liquid Systems Corporation by
    merger;                                                  Plaintiff resides at:
CAMERON COMPRESSION SYSTEMS;                 55 West 14th Street
CARRIER CORPORATION;                               New York, New York 10011
CBS CORPORATION,
    f/k/a Viacom, Inc., successor by merger to CBS
    Corporation, f/k/a Westinghouse Electric Corporation;
CRANE CO.;
CRANE PUMPS & SYSTEMS, INC.;
DUNHAM-BUSH, INC.
    n/k/a/ FORT KENT HOLDINGS, INC.;
ELLIOTT TURBOMACHINERY CO.;
FMC CORPORATION,
    on behalf of its former Peerless Pumps and Northern
    Pump businesses
FORT KENT HOLDINGS, INC.
    f/k/a DUNHAM-BUSH, INC.;
FOSTER WHEELER ENERGY CORP.;
GARDNER DENVER, INC.;
GENERAL ELECTRIC COMPANY;
GOULDS PUMPS INC.;
HOPEMAN BROTHERS, INC.;
IMO INDUSTRIES;
INGERSOLL-RAND COMPANY;
JOHN CRANE, INC.;
MCNALLY INDUSTRIES, INC.;
THE NASH ENGINEERING CO., INC.;
NORTHERN PUMP
    Division of McNally Industries, L.L.C.;
PACIFIC STEEL BOILER;
PEERLESS PUMPS;
SCHUTTE & KOERTING;
WARREN PUMPS,
YARWAY CORPORATION; and
HOWDEN BUFFALO INC.,
    individually and as successor-interest-to BF
    Sturtevant, Buffalo Forge and The Howden Group
                                                    Defendants.
------------------------------------X

LEVY PHILLIPS &
KONIGSBERG, L.L.P.
800 THIRD AVENUE
NEW YORK, NY 10022

1

TO THE ABOVE NAMED DEFENDANTS:

You are hereby summoned to answer in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete is this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
March 29, 2011

LEVY PHILLIPS & KONIGSBERG, LLP
*Attorneys for Plaintiff*

By: _____
James Kramer, Esq.
800 Third Avenue - 11th Floor
New York, New York 10022
(212) 605-6200

To:
Howden Buffalo Inc.
2029 West Dekalb Street
Camden, South Carolina 29020

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
THOMAS HALL,

                                                Plaintiff,

                            Index No.:190097/11
      -against-                    D.O.F.: 3-8-11

A.W. CHESTERTON CO., INC.;
AIR & LIQUID SYSTEMS CORPORATION,
      as successor by merger to Buffalo Pumps, Inc.;
AURORA PUMP COMPANY;
BF STURTEVANT;                                   **AMENDED COMPLAINT**
BUFFALO PUMPS,
      Division of Air & Liquid Systems Corporation by merger;
CAMERON COMPRESSION SYSTEMS;
CARRIER CORPORATION;
CBS CORPORATION,
      f/k/a Viacom, Inc., successor by merger to CBS Corporation,
      f/k/a Westinghouse Electric Corporation;
CRANE CO.;
CRANE PUMPS & SYSTEMS, INC.;
DUNHAM-BUSH, INC.
      n/k/a/ FORT KENT HOLDINGS, INC.;
ELLIOTT TURBOMACHINERY CO.;
FMC CORPORATION,
      on behalf of its former Peerless Pumps and Northern Pump
      businesses
FORT KENT HOLDINGS, INC.
      f/k/a DUNHAM-BUSH, INC.;
FOSTER WHEELER ENERGY CORP.;
GARDNER DENVER, INC.;
GENERAL ELECTRIC COMPANY;
GOULDS PUMPS INC.;
HOPEMAN BROTHERS, INC.;
IMO INDUSTRIES;
INGERSOLL-RAND COMPANY;
JOHN CRANE, INC.;
MCNALLY INDUSTRIES, INC.;
THE NASH ENGINEERING CO., INC.;
NORTHERN PUMP
      Division of McNally Industries, L.L.C.;
PACIFIC STEEL BOILER;
PEERLESS PUMPS;
SCHUTTE & KOERTING;
WARREN PUMPS;
YARWAY CORPORATION; and
**HOWDEN BUFFALO INC.,**
      **individually and as successor-interest-to BF**
      **Sturtevant, Buffalo Forge and The Howden Group;**

                                                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

1

**TO THE ABOVE NAMED DEFENDANTS:**

Plaintiff, by his attorneys, LEVY PHILLIPS & KONIGSBERG, LLP, for his Amended Complaint, respectfully allege as follows:

1. Plaintiff repeats and re-alleges New York Asbestos Litigation Standard Complaint No. 2 as if fully incorporated herein.

2. Plaintiff is a citizen of the State of New York.

3. Plaintiff amends his Complaint to add HOWDEN BUFFALO INC., individually and as successor-interest-to BF Sturtevant, Buffalo Forge and The Howden Group, as additional defendants in this action pursuant to Case Management Order No. 1§VIE.

Dated: New York, New York
March 29, 2011

LEVY PHILLIPS & KONIGSBERG, L.L.P.

By: _____
James Kramer, Esq.
800 Third Avenue, 11th Floor
New York, NY 10022
(212) 605-6200
*Attorney for Plaintiffs*

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK       )
                                           )ss.:
COUNTY OF NEW YORK   )

ALYZA M. BARRAL, being duly sworn deposes and says she is an employee of Levy Phillips & Konigsberg, L.L.P., the attorneys for the plaintiff herein, that she is over the age of eighteen and is not a party to the within action. That on March 29, 2011 a copy of a **NOTICE OF AMENDMENT AND AMENDED COMPLAINT** was mailed postage pre-paid to the following:

Julie Evans, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, New York 10017
**A.W. CHESTERTON CO., INC.**
T:   (212) 490-3000
F:   (212) 490-3038
julie.evans@wilsonelser.com

John S. Howarth, Esq.
WILBRAHAM, LAWLER & BUBA
1818 Market Street
Philadelphia, PA 19103
**AIR & LIQUID SYSTEMS CORPORATION,**
**as successor by merger to Buffalo Pumps, Inc.**
T: 215-564-4141
F: 215-564-4385
ewilbraham@wlbdeflaw.com
jhowarth@wlbdeflaw.com

Kerryann M. Cook, Esq.
MCGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, NY 10024
**AURORA COMPANY**
T:   (212) 509-3456
F:   (212) 509-4420
Kcook@mcgivneyandkluger.com

John S. Howarth, Esq.
WILBRAHAM, LAWLER & BUBA
1818 Market Street
Philadelphia, PA 19103
**BUFFALO PUMPS,**
   **Division of Air & Liquid Systems**
   **Corporation by merger;**
T: 215-564-4141
F: 215-564-4385
jhowarth@wlbdeflaw.com

Julie R. Evans, Esq.
Virginia Squitieri, Esq.
WILSON ELSER MOSKOWITZ EDELMAN
& DICKER LLP
150 East 42nd Street
New York, NY 10017
**CARRIER CORPORATION**
(212) 490-3000 ext. 2668
(212) 490-3038 (fax)
julie.evans@wilsonelser.com
virginia.squitieri@wilsonelser.com

William J. Bradley, III, Esq.
MALABY & BRADLEY, LLC
150 Broadway, Suite 600
New York, New York 10038
**CBS CORPORATION, f/k/a Viacom, Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation**
T:   (212) 791-0285
F:   (212) 791-0286
wbradley@mblaw.net

LEVY PHILLIPS &
KONIGSBERG, L.L.P.
800 THIRD AVENUE
NEW YORK, N.Y. 10022

00224904.WPD

-1-     1

Kirsten Alford Kneis, Esq.
K&L Gates LLP
599 Lexington Avenue
New York, New York 10022
**CRANE CO. and CRANE PUMPS & SYSTEMS, INC.;**
(212) 536-3900 Phone
(212) 536-3901 Fax
(212) 536-3990 Direct Line
kirsten.kneis@klgates.com

Peter Langenus, Esq.
SCHNADER, HARRISON, SEGAL & LEWIS
140 Broadway, Suite 3100
New York, New York 10005
**DUNHAM-BUSH, INC. N/K/A FORT KENT HOLDINGS, INC.**
T:   (212) 973-8000
F:   (212) 972-8798
plangenus@schnader.com

Peter Langenus, Esq.
SCHNADER, HARRISON, SEGAL & LEWIS
140 Broadway, Suite 3100
New York, New York 10005
**FORT KENT HOLDINGS, INC. f/k/a DUNHAM-BUSH, INC.**
T:   (212) 973-8000
F:   (212) 972-8798
plangenus@schnader.com

Christopher Hannan, Esq.
KELLEY JASONS MCGOWAN SPINELLI & HANNA, LLP
120 Wall Street, 30th Floor
New York, NY 10005
T: (212) 344-7400
F: (212) 344-7402
channan@kjmsh.com
    -AND-

Matthew Reber, Esq.
KELLEY JASONS MCGOWAN SPINELLI & HANNA, LLP
Two Liberty Place, Suite 1900
50 South 16th Street
Philadelphia, PA 19102
**FMC CORPORATION, on behalf of its former Peerless Pumps and Northern Pump businesses**
T: 215-854-0658
F: 215-854-8434
C: 484-888-8600
mreber@kjmsh.com

Donald Fay, Esq.
WATERS McPHERSON McNEIL, P.C.
300 Lighting Way
P.O. Box 1560
Secaucus, NJ 07096
**ELLIOTT TURBOMACHINERY CO.**
T:   (201) 863-4400
F:   (201) 863-2866

djf@lawwmm.com

Michael A. Tanenbaum, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
**FOSTER WHEELER**
T: 973-242-0002
F: 973-242-8099
michael.tanenbaum@sdma.com
    -AND-
Mr. Don Ward
SPECIAL CLAIMS FACILITY
809 Bosocton Avenue, Suite I
Mount Vernon, OH 43050-1931
P:   (740) 397-6700
F:   (740) 397-6701

Christian H. Gannon, Esq.
Katrina Murphy
Maria Carlucci, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY
850 Third Avenue, Suite 1100
New York, NY 10022
**GARDNER DENVER**
T:   (212) 651-7500
T:   (212) 651-7414
F:   (212) 651-7499
cgannon@smsm.com
Kmurphy@smsm.com
Mcarlucci@smsm.com

Dennis Vega, Esq.
SEDGWICK, DETERT, MORAN
& ARNOLD LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
**GENERAL ELECTRIC**
T: 973-242-0002
F: 973-242-8099
dennis.vega@sdma.com

John Fanning, Esq.
CULLEN & DYKMAN LLP
177 Montague Street
Brooklyn, New York 11201
**GOULDS PUMPS**
T:   (718) 855-9000
F:   (718) 935-1509 or
     (718)-855-4282
jfanning@cullenanddykman.com

Jennifer Darger, Esq.
DARGER & ERRANTE, LLP
116 E.27th Street, 12th Floor
New York, NY 10016
**HOPEMAN BROTHERS**
T:   (212) 452-5300
F:   (212) 452-5301
jdarger@dargerrante.com

Joseph Colao, Esq.
LEADER & BERKON
630 Third Avenue, 17th Floor
New York, New York 10017
**IMO INDUSTRIES**
T:   (212) 486-2400
F:   (212) 486-3099
jcolao@leaderberkon.com

Lisa M. Pascarella, Esq.
BRAATEN & PASCARELLA, LLC
Paytner's Ridge Office Park
2430 Route 34
Manasquan, NJ 08736
**INGERSOLL-RAND CO.**
T:   (732)528-8888
F:   (732)528-4445
lp@pehli.com
    -AND-

Carol G. Snider, Esq.
Jennifer L. Leonardi, Esq.
DAMON & MORLEY LLP
1000 Cathedral Place
298 Main Street
uffalo, NY 14202-4096

T: (716) 856-5500
D: (716) 858-3782
F: (716) 856-5510
csnider@damonmorey.com
jleonardi@damonmorey.com
kborowiak@damonmorey.com

Suzanne Halbardier, Esq.
BARRY McTIERNAN & MOORE
2 Rector Street, 14th Floor
New York, New York 10006
**JOHN CRANE INC.**
T:   (212) 313-3600
F:   (212) 608-8902
shalbardier@bmmfirm.com
    -AND-

Lorraine Rann Mertell Esq.
Greene Hershdorfer & Sharpe
One Lincoln Center Suite 330
Syracuse NY 13202-1317
T: (315) 422-6154
F: (315) 475-2672
  -AND-
Thomas Burns, Esq.
O'CONNELL TIVIN MILLER & BURNS, LLC
645 Tollgate Rd., Ste. 220,
Elgin, IL 60123

Christopher Hannan, Esq.
KELLEY JASONS MCGOWAN SPINELLI & HANNA, LLP
120 Wall Street, 30th Floor
New York, NY 10005
**MCNALLY INDUSTRIES, INC.**
T: (212) 344-7400
F: (212) 344-7402
channan@kjmsh.com

Christopher Hannan, Esq.
KELLEY JASONS MCGOWAN SPINELLI & HANNA, LLP
120 Wall Street, 30th Floor
New York, NY 10005
**NORTHERN PUMP**
T: (212) 344-7400
F: (212) 344-7402
channan@kjmsh.com

Kirsten Alford Kneis, Esq.
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
**PACIFIC STEEL BOILER**
T: (212) 536-3900
F: (212) 536-3901
kirsten.kneis@klgates.com

Judith A. Yavitz
Reed Smith, LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022

Christopher Hannan, Esq.
KELLEY JASONS MCGOWAN SPINELLI & HANNA, LLP
120 Wall Street, 30th Floor
New York, NY 10005
**PEERLESS PUMPS**
T: (212) 344-7400
F: (212) 344-7402
channan@kjmsh.com

Chuck McGivney, Esq.
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
**THE NASH ENGINEERING CO INC**
T:   (212) 509-3456
F:   (212) 509-4420
cmcgivney@mcgivneyandkluger.com

Joseph Colao, Esq.
LEADER & BERKON LLP
630 Third Avenue, 17th Floor
New York, New York 10017
**WARREN PUMPS**
T:   (212) 486-2400
F:   (212) 486-3099
jcolao@leaderberkon.com

Rob C. Tonogbanua, Esq.
DICKIE MCCAMEY & CHILCOTE P.C.
41 South Haddon Avenue, Suite 5
Haddonfield, NJ 08033
**YARWAY CORP**
T: 856-354-0192 (Direct)
F: 856-354-8164
rtonogbanua@dmclaw.com

-AND-

Paul A. Scrudato
Jill Berry
SCHIFF HARDIN LLP
900 Third Avenue
New York, NY 10022
T: (212) 753-5000
F: (212) 753-5044
jberry@schiffhardin.com
pscrudato@schiffhardin.com

EVY PHILLIPS &
NIGSBERG, L.L.P.
800 THIRD AVENUE
EW YORK, N.Y. 10022  00224904/WPD

-4-    4

**Unknown Counsel:**

CAMERON COMPRESSION SYSTEMS
SCHUTTE & KOERTING

_____
Alyza M. Barral

Sworn to before me this
March 29, 2011

_____
Notary Public

MARC RUBY
Notary Public, State of New York
No. 01RU6200212
Qualified in New York County
Commission Expires January 20, 2013

LEVY PHILLIPS &
KONIGSBERG, L.L.P.
100 THIRD AVENUE
NEW YORK, NY 10022

00224904.WPD

-5-    5

## NOTICE OF ENTRY

Sir:

Please take notice that the within is a certified true copy of a _____ duly entered in the within named court on _____

Dated,

Yours, etc.

**LEVY PHILLIPS & KONIGSBERG, L.L.P.**
Attorneys for Plaintiff(s)

To
Attorney for

## NOTICE OF SETTLEMENT

Sir:

Please take notice that an order _____ of which the within is a true copy will be presented for settlement to the Hon. _____ one of the judges of the within named court, at _____ on the ___ th day of _____ 199_ at ___ M.

Yours, etc.

**LEVY PHILLIPS & KONIGSBERG, L.L.P.**
Attorneys for Plaintiff(s)

Index No. 190057/11
SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF NEW YORK

_____

Plaintiffs,

-against-

CHESTERTON _____

Defendant.

NOTICE OF AMENDMENT AND AMENDED COMPLAINT