Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
FRANK S. LA FAUCI and LUCILLE LA FAUCI,     CASE NO. 11 CV 3507 (TPG)

Plaintiff,

-v-     NOTICE OF TAG-ALONG ACTION

3M COMPANY, f/k/a Minnesota Mining &
Manufacturing Co., et al.,

Defendants.
----------------------------------------x

## CBS CORPORATION'S NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE that, on July 29, 1991, the Judicial panel on Multi-District Litigation entered an Order transferring all asbestos cases pending in Federal Court to the United States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings pursuant to 28 U.S.C. 1407 (a) (the "MDL Transfer Order"). The MDL Transfer Order applies to tag-along actions as defined in Multi-District Litigation Rule 1.1, or actions involving common questions of law or fact filed after the Panel's January 17, 1991 Order to Show Cause. MDL Rule 7.5 (e) provides:

> Any Party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under 1407 shall promptly notify the Clerk of the Panel of any potential tag-along actions in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this case is a potential tag-along action which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of The Panel may either (1) enter a Conditional Transfer Order pursuant to MDL Rule 7.4(a), or (2) file an Order to Show Cause why the action should not be transferred pursuant to MDL Rule 7.5(b).

Dated:   New York, New York
         June 1, 2011

**MALABY & BRADLEY, LLC**

By: _____
    Matthew R. Straus
    Attorney Bar Code: MS2580
Attorneys for CBS Corporation
150 Broadway, Suite 600
New York, New York  10038
(212) 791-0285

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
SOUTHERN DISTRICT OF NEW YORK )

    I, **Anthony J. Lipari**, under penalty of perjury, affirm that I am over 18 years of age, reside in Somerset County, New Jersey, and am not a party to the within action. On June 1, 2011 I caused to be served, on behalf CBS Corporation, the attached Notice of Tag-Along Action [re: Frank S. La Fauci- Case No: 11-CV-3507] to:

        Patrick J. Timmins, Esq.
        Levy Phillips & Konigsberg, LLP
        800 Third Avenue, 13th Floor
        New York, NY 10022

and on all known defense counsel of record on attached service rider, by depositing a true and exact copy of the same enclosed in a postpaid addressed envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

                                                                                      Anthony J. Lipari

Sworn to me this 1st day of
June, 2011

NOTARY PUBLIC

ALLISON TORRES ORDONEZ
Notary Public, State of New York
No. 01TO6006394
Qualified in Queens County
Commission Expires May 4, 2014

## FRANK S. LA FAUCI SERVICE RIDER

Timothy McHugh, Esq.
Lavin, O'Neil, Ricci, Cedrone & Disipio
Graubar Building
420 Lexington Avenue, Suite 335
New York, NY 10170
Phone # (212) 319-6932
COUNSEL FOR 3M COMPANY, f/k/a Minnesota Mining & Manufacturing Co.

Peter Bain, Esq.
Armenti & Brooks
44 Wall Street
New York, NY 10005
Phone # (212) 809-7713
COUNSEL FOR AEROFIN CORPORATION

Richard Mendelsohn, Esq.
London Fischer LLP
59 Maiden Lane, 41st Floor
New York, NY 10038
Phone # (212) 972-1030
COUNSEL FOR ALFA LAVAL INC.

John J. Fanning, Esq.
Cullen & Dykman
177 Montague Street
Brooklyn, N.Y. 11201
Phone # (718) 855-9000
Fax # (718) 935-1509
COUNSEL FOR ALPHA WIRE CORP., BURNHAM HOLDINGS, INC., as successor to Burnham Corporation AND GOULDS PUMPS, INCORPORATED

Jason Sultzer, Esq.
Littleton Joyce Ughetta Park & Kelly LLP
One Manhattanville Road, Suite 302
Purchase, NY 10577
Phone # (914) 417-3401
COUNSEL FOR AMERICAN INSULATED WIRE CORP.

Jason Cohen, Esq.
Fleming Zulack Williamson Zauderer LLP
One Liberty Plaza, 35th Floor
New York, NY 10006
Phone # (212) 964-9200
COUNSEL FOR AMERICAN LAUNDRY MACHINERY, INC.

Eric Fields, Esq.
McGivney & Kluger, P.C. (Florham Park)
23 Vreeland Road, Suite 220
Florham Park, NJ 07932
Phone # (212) 509-4420
COUNSEL FOR AMERICAN WIRE AND CABLE CO.

Nancy McDonald, Esq.
Joseph LaSala, Esq.
McElroy, Deutsch, Mlvany & Carpenter, LLP (NJ)
1300 Mount Kemble Avenue
PO Box 2075
Morristown, NJ 07932
Phone # (973) 425-0161
COUNSEL FOR A.O. SMITH WATER PRODUCTS COMPANY, DUREZ CORPORATION, EATON ELECTRICAL, INC., f/k/a Cutler Hammer, ROBERTSHAW INDUSTRIAL PRODUCTS AND ROCKWELL AUTOMATION INC., individually and a successor by merger to Allen Bradley Co.

Chuck McGivney, Esq.
Kerryann M. Cook, Esq.
Matthew Fairley, Esq.
McGivney & Kluger, P.C.
80 Broad Street 23rd Floor
New York. NY 10004
Phone # (212) 509-3456
Fax # (212) 509-4420
COUNSEL FOR AURORA COMPANY, KENTILE FLOORS, INC., LEVITON MANUFACTURING CO., THE NASH ENGINEERING COMPANY, TACO, INC. AND TATE ANDALE, INC.

Julie Evans, Esq.
Edward Low, Esq.
Wilson Elser Moskowitz
Edelman & Dicker, LLP
150 East 42nd Street
New York, NY 10017
Phone # (212) 490-3000
Fax # (212) 490-3038
COUNSEL FOR A.W. CHESTERTON CO., INC., CARRIER CORPORATION, ERICSSON, INC., as successor in interest to Anaconda Wire & Cable Co., GENERAL DYNAMICS, ROCKBESTOS SUPRENANT CABLE CORP. AND SIEMENS ENERGY & AUTOMATION, INC.

Michael Sena, Esq.
Herzfeld & Rubin, PC
40 Wall Street
New York, NY 10005
Phone # (212) 344-3333
COUNSEL FOR BALDOR ELECTRIC COMPANY

Thomas Rhatigan, Esq.
Costello Shea & Gaffney
44 Wall Street
New York, NY 10005
Phone # (212) 344-7680
COUNSEL FOR BELDEN WIRE & CABLE CO. AND HENRY VOGT MACHINE CO.

Anna DiLornardo, Esq.
Weiner Lesniak, LLP
888 Veterans Memorial Highway, Suite 540
Hauppauge, NY 11788
Phone # (631) 232-6184
COUNSEL FOR BORG-WARNER CORPORATION

John Howarth, Esq.
Wilbraham, Lawler & Buba
1818 Market Street, Suite 3100
Philadelphia, PA 19103
Phone # (215) 564-4141
Fax # (215) 564-4385
COUNSEL FOR AIR & LIQUID SYSTEMS CORPORATION as successor by merger to BUFFALO PUMPS, INC.

Kirsten Kneis, Esq.
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
Phone # (212) 536-3900
Fax # (212) 536-3901
COUNSEL FOR CRANE CO., CRANE PUMPS & SYSTEMS, INC. AND SQUARE D COMPANY

Judith Yavitz, Esq.
Reed Smith, LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Phone # (212) 521-5450
COUNSEL FOR DANA CORPORATION

Cynthia Antonucci, Esq.
Abbie Elisaberg Fuchs, Esq.
Harris Beach PLLC
100 Wall Street, 23rd Floor
New York, NY 10005
Phone # (212) 687-0659
COUNSEL FOR DEMING PUMPS AND PROGRESS LIGHTING, INC.

Laura Hollman, Esq.
McGivney & Kluger, PC (NYC)
80 Broad Street, 23rd Floor
New York, NY 10024
Phone # (212) 509-4420
COUNSEL FOR ELECTRIC SWITCHBOARD CO., INC.

Donald Fay, Esq.
Waters McPherson McNeil, PC
300 Lighting Way
P.O. Box 1560
Secaucus, NJ 07096
Phone # (201) 863-2866
COUNSEL FOR ELLIOTT TURBOMACHINERY CO.

Anthony Brosamle, Esq.
Tucker, Ellis & West, LLP
515 South Flower Street
Forty Second Floor
Los Angeles, CA 90071
Phone # (213) 430-3409
COUNSEL FOR FEDERAL PACIFIC ELECTRIC COMPANY

James Simpson, Esq.
Cozen O'Connor
277 Park Avenue
New York, NY 10172
Phone # (212) 986-0604
COUNSEL FOR FEDERAL PUMP CORPORATION

John Ryan, Esq.
Ahmuty Demers & McManus
200 I.U. Willets Road
Albertson, NY 11507
Phone # (516) 294-5387
COUNSEL FOR FISHBACH & MOORE, INC.

Christopher Hannan, Esq.
Kelley Jasons McGowan Spinelli & Hanna, LLP
120 Wall Street, 30th Floor
New York, NY 10005
Phone # (212) 344-7400
Fax # (212) 344-7402
COUNSEL FOR FMC CORPORATION, on behalf of its former Peerless Pumps

Nancy Penni, Esq.
Aaronson Rappaport Feinstein & Deutsch, LLP
757 Third Avenue
New York, NY 10017
Phone # (212) 593-6970
COUNSEL FOR FORD MOTOR COMPANY

Peter Langenus, Esq.
Schnader, Harrison, Segal & Lewis
140 Broadway, Suite 3100
New York, NY 10005
Phone # (212) 973-8000
Fax # (212) 972-8798
COUNSEL FOR FORT KENT HOLDINGS, INC., f/k/a Dunham-Bush, Inc.

Michael Tannenbaum, Esq.
Bridget Polloway, Esq.
Sedgwick, Detert, Moran & Arnold LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
Phone # (973) 242-002
Fax # (973) 242-8099
COUNSEL FOR FOSTER WHEELER AND UNITED STATES STEEL CORPORATION

Christian H. Gannon, Esq.
Steven Rosenblatt, Esq.
Segal McCambridge Singer & Mahoney
850 Third Avenue, Suite 1100
New York, NY 10022
Phone # (212) 651-7500
Fax # (212) 651-7499
COUNSEL FOR GARDNER DENVER AND WEIL-MCLAIN, a division of The Marley Company

Lisa Pascarella, Esq.
Pehlivanian Braaten & Pascarella LLC
Paynters Ridge Office Park
2430 Route 34- PO Box 648
Manasquan, NJ 08736
COUNSEL FOR GENERAL CABLE CORPORATION, individually and as successor-in-interest to Carol Cable Company, Inc., GENERAL WIRE AND CABLE, INGERSOLL-RAND COMPANY, THE TRANE COMPANY AND WESTINGHOUSE AIR BRAKE CO.

Dennis Vega, Esq.
Sedgwick, Detert, Moran & Arnold LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
Phone # (973) 242-0002
Fax # (973) 242-8099
COUNSEL FOR GENERAL ELECTRIC

Suzanne Halbardier, Esq.
Barry McTiernan & Moore
2 Rector Street, 14th Floor
New York, NY 10006
Phone # (212) 313-3600
Fax # (212) 608-8902
COUNSEL FOR GENERAL REFRACTORIES, CO. AND THE FULTON COMPANIES

Nicole Healy, Esq.
Feldman Kieffer, LLP
The Dun Building
110 Pearl Street, Suite 400
Buffalo, NY 14404
Phone # (716) 852-4253
COUNSEL FOR GENERAL WIRE PRODUCTS, INC.

Scott Emery, Esq.
Lynch Daskal Emery, LLP
264 West 40th Street
New York, NY 10018
Phone # (212) 302-2210
COUNSEL FOR GEORGIA-PACIFIC LLC, f/k/ Georgia-Pacific Corporation (individually and as successor to Bestwall Gyspum Company)

Donald Pugliese, Esq.
McDermott, Will & Emery, LLP
340 Madison Avenue
New York, NY 10173
Phone # (212) 547-5444
COUNSEL FOR HONEYWELL INTERNATIONAL, INC., f/k/a Alliedsignal, Inc., as successor-in-interest to the Bendix Corporation

Heidi Ruchala, Esq.
Jennifer Leonardi, Esq.
Damon & Morey LLP
Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, NY 14202-2150
Phone # (716) 856-5510
COUNSEL FOR HOWDEN BUFFALO INC. AND THE WM POWELL COMPANY

Joseph Colao, Esq.
Leader & Berkon, LLP
630 Third Avenue, 17th Floor
New York, NY 10017
Phone # (212) 486-3099
COUNSEL FOR IMO INDUSTRIES, INC. AND WARREN PUMPS, INC.

Marc Gaffrey, Esq.
Hoagland Longo Moran Dunst & Doukas
40 Patterson Street
P.O. Box 480
New Brunswick, N 08903
Phone # (732) 545-4579
COUNSEL FOR JOHNSON CONTROLS, INC., THERMO-ELECTRIC CO., INC. AND YORK INTERNATIONAL

Jason Sultzer, Esq.
Littleton Joyce Ughetta Park & Kelly LLP
One Manhattanville Road, Suite 302
Purchase, NY 10577
Phone # (904) 417-3401
COUNSEL FOR LEVITON MANUFACTURING CO.

Jennifer Darger, Esq.
Darger & Errante, LLP
116 East 27th Street, 12th Floor
New York, NY 10016
Phone # (212) 452-5301
COUNSEL FOR LIGHTOLIER INC.

Richard Plochocki, Esq.
McGivney & Kluger, P.C. (Syracuse)
100 Madison Street, Suite 1640
Syracuse, NY 13202
Phone # (315) 473-9654
COUNSEL FOR MILTON ROY COMPANY

William Mahoney, Esq.
Segal McCambridge Singer & Mahoney (IL)
233 S. Wacker Drive
Suite 5500
Chicago, IL 60606
COUNSEL FOR NATIONAL LIGHTING COMPANY

C. Dino Haloulos, Esq.
McCullough Ginsberg Montano & Partners, LLP
320 East 53rd Street, Suite 100
New York, NY 07041-1492
Phone # (646) 349-2217
COUNSEL FOR THE OKONITE COMPANY

Philip O'Rourke, Esq.
Lewis Brisbois Bisgaard & Smith LLP
77 Water Street, 21st Floor
New York, NY 10005
Phone # (212) 232-1399
COUNSEL FOR PEERLESS INDUSTRIES, INC.

Cynthia Messemer, Esq.
Hodges Walsh & Slater, LLP
55 Church Street
White Plains, NY 10601
Phone # (914) 385-6060
COUNSEL FOR SPIRAX SARCO, INC.

Rob Tonogbanua, Esq.
Dickie McCamey & Chilcote, P.C.
41 South Haddon Avenue, Suite 5
Haddonfiled, NJ 08033
Phone # (856) 354-8164
COUNSEL FOR TYCO FLOW CONTROL, INC. AND YARWAY CORPORATION

Richard O'Leary, Esq.
McCarter & English
245 Park Avenue, 27th Floor
New York, NY 10167
Phone # (212) 609-6921
COUNSEL FOR VELAN VALVE CORPORATION

John Ronca, Esq.
Ronca, Hanley, Nolan & Zaremba, LLP
Five Regent Street, Suite 517
Livingston, NJ 07039
Phone # (973) 994-2113
COUNSEL FOR YORK INDUSTRIES INC.