Exhibit B

ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:11-cv-03507-TPG

La Fauci et al v. 3M Company
Assigned to: Judge Thomas P. Griesa
Demand: $9,999,000
Case in other court:  Supreme Court- New York County,
                     190128-11
Cause: 28:1441 Notice of Removal

Date Filed: 05/23/2011
Jury Demand: None
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**Frank S. La Fauci**

**Plaintiff**

**Lucille La Fauci**

V.

**Defendant**

**3M Company**
*formerly known as*
Minnesota Mining & Manufacturing
Co.

**Defendant**

**Advance Auto Parts, Inc.**
*Individually*

**Defendant**

**Advance Auto Parts, Inc.**
*as successor-in-interest to Western Auto
Supply Corporation*

**Defendant**

**Aerofin Corporation**

**Defendant**

**Alco Division Of Nitram Energy, Inc.**

**Defendant**

**Alfa Laval Inc.**
*Individually*

**Defendant**

**Alfa Laval Inc.**
*as successor by merger with The Sharpless Company*

<u>Defendant</u>

**Alpha Wire Corp.**

<u>Defendant</u>

**American Insulated Wire Corp.**

<u>Defendant</u>

**American Laundry Machine Co.**

<u>Defendant</u>

**American Standard, Inc.**
*Individually*

<u>Defendant</u>

**American Standard, Inc.**
*on behalf of its division The Trane Company*

<u>Defendant</u>

**American Wire and Cable Co.**

<u>Defendant</u>

**Ansaldo STS USA**

<u>Defendant</u>

**A.O. Smith Water Products Company**

<u>Defendant</u>

**Aurora Pump Company**

<u>Defendant</u>

**A.W. Chesterton CO., Inc.**

<u>Defendant</u>

**Baldor Electric Company**
*Individually*

<u>Defendant</u>

**Baldor Electric Company**
*as successor-in-interest to Reliance Electric Company*

<u>Defendant</u>

**Belden Wire & Cable Co.**

**Defendant**

**Borg Warner Corporation**

**Defendant**

**Buffalo Pumps, Inc.**
*Division of Air & Liquid Systems*
*Corporation by merger*

**Defendant**

**Burnham Holdings, Inc.**
*as successor to Burnham Corporation*

**Defendant**

**BW/IP, Inc.**
*and its wholly owned subsidiaries*

**Defendant**

**Carrier Corporation**
*also known as*
Bryant Manufacturing Corporation

**Defendant**

**CBS Corporation**                     represented by **Matthew Robert Straus**
*successor by merger to CBS*                           MALABY & BRADLEY, LLC
*Corporation*                                          150 Broadway
*formerly known as*                                    Suite 600
Viacom, Inc.                                           New York, NY 10038
*formerly known as*                                    212-791-0285
Westinghouse Electric Corporation                      Fax: 212-791-0286
                                                       Email: mstraus@weinerlesniak.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Clarage**
*a subsidiary of Twin City Fan*
*Companies, Ltd.*

**Defendant**

**Cleaver-Brooks Inc.**

**Defendant**

**Crane Co.**

**Defendant**

**Crane Pumps & Systems, Inc.**

**Defendant**

**Dana Corporation**
*Individually*

<u>Defendant</u>

**Dana Corporation**
*and as successor to Victor Gaskets and
Smith and Kanzler*

<u>Defendant</u>

**Deming Pumps**

<u>Defendant</u>

**Durez Corporation**

<u>Defendant</u>

**Eaton Electrical, Inc.**
*formerly known as*
Cutler Hammer

<u>Defendant</u>

**Electric Switchboard Co.,Inc.**

<u>Defendant</u>

**Elliott Company**
*Individually*

<u>Defendant</u>

**Elliott Company**
*and as successor-in-interest to Croker-
Wheeler Companyy*

<u>Defendant</u>

**Elliott Turbomachinery Co.**

<u>Defendant</u>

**Ericsson, Inc.**
*as successor-in-interest to Anaconda
Wire & Cable Co. and Continental
Wire and Cable Co.*

<u>Defendant</u>

**Federal Pacific Electric Company**

<u>Defendant</u>

**Federal Pump Corporation**

<u>Defendant</u>

**Fischback & Moore, Inc.**

**Defendant**

**FMC Corporation**
*on behalf of its former Peerless Pump
and Northern Pump Business*

**Defendant**

**Ford Motor Company**

**Defendant**

**Fort Kent Holdings, Inc.**
*formerly known as*
Dunham-Bush, Inc.

**Defendant**

**Foster Wheeler, LLC**

**Defendant**

**Gardner Denver, Inc.**

**Defendant**

**General Cable Corporation**
*Individually*

**Defendant**

**General Cable Corporation**
*and as successor-in-interest to Carol
Cable Company, Inc.*

**Defendant**

**General Dynamics**

**Defendant**

**General Electric Company**

**Defendant**

**General Refractories Co.**

**Defendant**

**General Railway Signal Company**

**Defendant**

**General Wire & Cable**

**Defendant**

**General Wire Products, Inc.**

**Defendant**

**Georgia-Pacific LLC**

**Defendant**

**Goulds Pumps Incorporated**

**Defendant**

**Grundfos Pumps Corporation**

**Defendant**

**Henry Vogt Machine Co.**

**Defendant**

**Hercules Engine Components**

**Defendant**

**Honeywell International, Inc.**
*as successor-in-interet to The Bendix*
*Corporation*
*formerly known as*
AlliedSignal, Inc.

**Defendant**

**Howden Buffalo, Inc.**

**Defendant**

**IMO Industries, Inc.**
*as successor-in-interest to and f/k/a*
*Delaval Turbine, Transamerican*
*Delaval, IMO Delaval and Enterprise*
*Engine & Foundry Co.*

**Defendant**

**Ingersol-Rand Company**

**Defendant**

**J.H. France Refractories Co.**

**Defendant**

**Johnson Controls, Inc.**

**Defendant**

**Joy Global, Inc.**
*Individually*
*doing business as*
Joy Mining Machinery

**Defendant**

**Joy Global, Inc.**
*and successor-in-interest La Del*
*Conveyor & Manufacturing Company*

*doing business as*
Joy Mining Machinery

**Defendant**
**Kentile Floors, Inc.**

**Defendant**
**Kingsbury Corporation**

**Defendant**
**Leviton Manufacturing Co.**

**Defendant**
**Lightolier Inc.**
*Individually*

**Defendant**
**Lightolier Inc.**
*and as Lightolier, a Division of Genlyte*
*Thomas Group, LLC*

**Defendant**
**Marathon Electric Motors**

**Defendant**
**Mestek, Inc.**
*Individually*

**Defendant**
**Mestek, Inc.**
*as successor-in-interest to L.J. Wing*
*Company, Inc.*

**Defendant**
**Milton Roy Corporation**

**Defendant**
**National Lighting Company**

**Defendant**
**Peerless Electric Company**

**Defendant**
**Peerless Industries, Inc.**
*formerly doing business as*
Peerless Heater Co.

**Defendant**
**Peerless Lighting Corporation**

**Defendant**

**Pentair Pump Group, Inc.**

**Defendant**

**Progress Lighting, Inc.**

**Defendant**

**Robertshaw Industrial Products**
*formerly known as*
Robertshaw-Fulton Controls
*also known as*
Robertshaw Controls Fulton Sylphon
Division

**Defendant**

**Rockbestos-Suprenant Cable Corp.**

**Defendant**

**Rockwell Automation Inc.**
*Individually*

**Defendant**

**Rockwell Automation Inc.**
*a successor by merger to Allen Bradley
Co.*

**Defendant**

**RSCC Wire & Cable, LLC**

**Defendant**

**Schneider Electric Corp.**

**Defendant**

**Siemens Energy & Automation, Inc.**
*Individually*
*other*
Siemens Energy & Automation, Inc.

**Defendant**

**Siemens Energy & Automation, Inc.**
*as successor to I-T-E Circuit Breaker
Company*

**Defendant**

**Spirax Sarco, Inc.**

**Defendant**

**Square D Company**

**Defendant**

**Taco, Inc.**

**Defendant**

**Tate Andale, Inc.**
*Individually*

**Defendant**

**Tate Andale, Inc.**
*as successor-in-interest to C.H.*
*Wheeler Manufacturing Co.*

**Defendant**

**The Fulton Companies**
*Individually*

**Defendant**

**The Fulton Companies**
*as successor to Fulton Boiler Works,*
*Inc.*

**Defendant**

**The Louis Allis Company**

**Defendant**

**The Nash Engineering Company**

**Defendant**

**The Okonite Company**

**Defendant**

**The Trane Company**

**Defendant**

**The W.M. Powell Company**

**Defendant**

**Thermo-Electric Co., Inc.**

**Defendant**

**Tyco Flow Control, Inc.**

**Defendant**

**Union Carbide Corp.**

**Defendant**

**Union Switch and Signal, Inc.**

**Defendant**

**United States Steel Corporation**
*successor by merger to the former USX*
*Corporation, successor-in-interest to*
*American Steel & Wire Company*
*formerly known as*
United States Steel, LLC

**Defendant**

**Velan Value Corporation**

**Defendant**

**Victor Wire & Cable Corp.**
*also known as*
Victor Wire & Cable LLC

**Defendant**

**Viking Pump Co., Inc.**

**Defendant**

**Warren Pumps**

**Defendant**

**Weil-McLain**
*a division of The Marley Company*

**Defendant**

**Westinghouse Airbrake Co.**

**Defendant**

**Yarway Corporation**

**Defendant**

**York Industries Inc.**

**Defendant**

**York International**

**Defendant**

**Yuba Heat Transfer, LLC**
*a division of Connell-Limited*
*Partnership*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 05/23/2011 | 1 | NOTICE OF REMOVAL from State Supreme, County of New York. Case Number: 190128-11. (Filing Fee $ 350.00, Receipt Number |

| | | |
|---|---|---|
| | | 1007419).Document filed by CBS Corporation. (Attachments: # 1 Not. of Re. Part 2, # 2 Not. of Re. Part 3, # 3 Not. of Re. Part 4, # 4 Not. Of Re. Advers., # 5 Notice of Notice of Rem.)(ama) (Entered: 05/24/2011) |
| 05/23/2011 | | Magistrate Judge Kevin Nathaniel Fox is so designated. (ama) (Entered: 05/24/2011) |
| 05/23/2011 | | Case Designated ECF. (ama) (Entered: 05/24/2011) |
| 05/23/2011 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying (See Enclosed Attached PDF) as Corporate Parent. Document filed by CBS Corporation.(ama) (Entered: 05/24/2011) |
| 05/25/2011 | 3 | AFFIDAVIT OF SERVICE of Notice of Removal served on Patrick J. Timmins, Esq. on 5/23/11. Service was made by Federal Express. Document filed by CBS Corporation. (Straus, Matthew) (Entered: 05/25/2011) |
| 05/25/2011 | 4 | AFFIDAVIT OF SERVICE of Notice of Removal served on All Defense Counsel of Record on 5/23/11. Service was made by Mail. Document filed by CBS Corporation. (Straus, Matthew) (Entered: 05/25/2011) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/31/2011 10:11:29 | | |
| **PACER Login:** mb4348 | **Client Code:** | 0056-la fauci |
| **Description:** Docket Report | **Search Criteria:** | 1:11-cv-03507-TPG |
| **Billable Pages:** 6 | **Cost:** | 0.48 |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------X

FRANK S. LA FAUCI and LUCILLE LA FAUCI,

                    Plaintiffs,

         - against -

3M COMPANY,
    f/k/a Minnesota Mining & Manufacturing Co.;
ADVANCE AUTO PARTS, INC.
    Individually and as successor-in-interest
    to Western Auto Supply Corporation;
AEROFIN CORPORATION;
ALCO DIVISION OF NITRAM ENERGY, INC.;
ALFA LAVAL INC.,
    Individually and as successor by merger with The
    Sharples Company;
ALPHA WIRE CORP.;
AMERICAN INSULATED WIRE CORP.;
AMERICAN LAUNDRY MACHINE CO.;
AMERICAN STANDARD, INC.,
    Individually and on behalf of its
    division The Trane Company;
AMERICAN WIRE AND CABLE CO.;
ANSALDO STS USA;
A.O. SMITH WATER PRODUCTS COMPANY;
AURORA PUMP COMPANY;
A.W. CHESTERTON CO., INC.;
BALDOR ELECTRIC COMPANY,
    Individually and as successor-in-interest
    to Reliance Electric Company;
BELDEN WIRE & CABLE CO.;
BORG WARNER CORPORATION;
BUFFALO PUMPS, INC.;
    Division of Air & Liquid Systems
    Corporation by merger;
BURNHAM HOLDINGS, INC.
    as successor to Burnham Corporation;
BW/IP, INC.,
    and its wholly owned subsidiaries;
CARRIER CORPORATION,
    (a/k/a Bryant Manufacturing Corporation;
CBS CORPORATION, f/k/a Viacom, Inc.,
    successor by merger to CBS Corporation, f/k/a
    Westinghouse Electric Corporation;
CLARAGE,
    a Subsidiary of Twin City Fan Companies, Ltd.;
CLEAVER-BROOKS INC.;
CRANE CO.;
CRANE PUMPS & SYSTEMS, INC.;

Index No.: 11/190128
DOF: 4/8/11

**SUMMONS**

Plaintiffs Designate
NEW YORK COUNTY
As the place of trial

The basis for venue is
Defendant's place of business

Plaintiffs reside at
4456 Cordia Circle
Coconut Creek, FL 33066

NEW YORK
COUNTY CLERK'S OFFICE

APR - 8 2011

NOT COMPARED
WITH COPY FILE

LEVY PHILLIPS &
KONIGSBERG, L.L.P.
800 THIRD AVENUE
NEW YORK, NY 10022

00226004.WPD

DANA CORPORATION,
    Individually and as Successor to Victor Gaskets
    and Smith and Kanzler;
DEMING PUMPS;
DUREZ CORPORATION;
EATON ELECTRICAL, INC.;
    f/k/a Cutler Hammer;
ELECTRIC SWITCHBOARD CO., INC.;
ELLIOTT COMPANY,
    Individually and as successor-in-interest to
    Crocker-Wheeler Company;
ELLIOTT TURBOMACHINERY CO.;
ERICSSON, INC.,
    as successor-in-interest to Anaconda
    Wire & Cable Co. and Continental Wire
    and Cable Co.;
FEDERAL PACIFIC ELECTRIC COMPANY;
FEDERAL PUMP CORPORATION;
FISCHBACH & MOORE, INC.;
FMC CORPORATION,
    on behalf of its former Peerless Pump
    and Northern Pump businesses;
FORD MOTOR COMPANY;
FORT KENT HOLDINGS, INC. ;
    f/k/a Dunham-Bush, Inc.;
FOSTER WHEELER, LLC;
GARDNER DENVER, INC.;
GENERAL CABLE CORPORATION,
    Individually and as Successor-in-Interest to
    CarolCable Company, Inc.;
GENERAL DYNAMICS;
GENERAL ELECTRIC COMPANY;
GENERAL REFRACTORIES CO.;
GENERAL RAILWAY SIGNAL COMPANY.;
GENERAL WIRE & CABLE;
GENERAL WIRE PRODUCTS, INC.;
GEORGIA-PACIFIC LLC;
GOULDS PUMPS INCORPORATED;
GRUNDFOS PUMPS CORPORATION;
HENRY VOGT MACHINE CO.;
HERCULES ENGINE COMPONENTS;
HONEYWELL INTERNATIONAL, INC.
    f/k/a Alliedsignal, Inc., as successor-in-interest
    to The Bendix Corporation;
HOWDEN BUFFALO, INC.;
IMO INDUSTRIES, INC.,
    as successor-in-interest to and f/k/a Delaval
    Turbine, Transamerica Delaval, IMO Delaval

and Enterprise Engine & Foundry Co.;
INGERSOLL-RAND COMPANY;
J.H. FRANCE REFRACTORIES CO.;
JOHNSON CONTROLS, INC.;
JOY GLOBAL, INC.,
        d/b/a Joy Mining Machinery individually
        and successor-in-interest La Del Conveyor &
        Manufacturing Company;
KENTILE FLOORS, INC.;
KINGSBURY CORPORATION;
LEVITON MANUFACTURING CO.;
LIGHTOLIER INC.,
        Individually and as Lightolier, a Division of
        Genlyte Thomas Group, LLC;
MARATHON ELECTRIC MOTORS;
MESTEK, INC.,
        Individually and as successor-in-interest
        to L.J. Wing Company, Inc.;
MILTON ROY CORPORATION
NATIONAL LIGHTING COMPANY;
PEERLESS ELECTRIC COMPANY;
PEERLESS INDUSTRIES, INC.,
        f/d/b/a Peerless Heater Co.;
PEERLESS LIGHTING CORPORATION;
PENTAIR PUMP GROUP, INC.;
PROGRESS LIGHTING, INC.;
ROBERTSHAW INDUSTRIAL PRODUCTS,
        f/k/a Robertshaw-Fulton Controls
        a/k/a Robertshaw Controls Fulton Sylphon
        Division;
ROCKBESTOS-SUPRENANT CABLE CORP.;
ROCKWELL AUTOMATION INC.,
        individually and a successor by merger to
        Allen Bradley Co.;
RSCC WIRE & CABLE, LLC.;
SCHNEIDER ELECTRIC CORP.;
SIEMENS ENERGY & AUTOMATION, INC.;
        s/h/a Siemens Energy & Automation, Inc.,
        individually and as successor to
        I-T-E Circuit Breaker Company;
SPIRAX SARCO, INC.;
SQUARE D COMPANY;
TACO, INC.;
TATE ANDALE, INC.,
        Individually and as successor-in-interest to
        C.H. Wheeler Manufacturing Co.;

THE FULTON COMPANIES,
      Individually and as Successor to
      Fulton Boiler Works, Inc.;
THE LOUIS ALLIS COMPANY;
THE NASH ENGINEERING COMPANY;
THE OKONITE COMPANY:
THE TRANE COMPANY;
THE WM. POWELL COMPANY:
THERMO-ELECTRIC CO., INC.;
TYCO FLOW CONTROL, INC.
TYCO VALVES & CONTROLS, INC.;
UNION CARBIDE CORP.;
UNION SWITCH AND SIGNAL, INC.;
UNITED STATES STEEL CORPORATION,
      f/k/a United States Steel LLC, successor by merger
      to the former USX Corporation, successor-in-interest
      to American Steel & Wire Company;
VELAN VALUE CORPORATION;
VICTOR WIRE & CABLE CORP.,
      a/k/a Victor Wire & Cable, LLC.;
VIKING PUMP CO., INC.;
WARREN PUMPS;
WEIL MCLAIN,
      a division of The Marley Company;
WESTINGHOUSE AIRBRAKE CO.;
YARWAY CORPORATION;
YORK INDUSTRIES INC.;
YORK INTERNATIONAL;
YUBA HEAT TRANSFER, LLC,
      A Division of Connell-Limited Partnership;
                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

TO:    Above Named Defendants:

    *You are hereby summoned* to answer in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiffs' Attorneys within 20 days after the service of this summons, exclusive of the day of service or within 30 days after the service is complete is this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:    New York, New York
         April 8, 2011

                         LEVY PHILLIPS & KONIGSBERG, L.L.P.

                    By:   _____
                          Patrick J. Timmins, Esq.
                          800 Third Avenue, 13th Floor
                          New York, NY 10022
                          (212) 605-6200
                          *Attorneys for Plaintiffs*

## DEFENDANTS' ADDRESSES

3M COMPANY
Secretary of State

ADVANCE AUTO PARTS, INC.
5008 Airport Road
Roanoke, VA 24012

AEROFIN CORPORATION
4621 Murray Place
Lynchburg, VA 24506

ALCO DIVISION OF NITRAM ENERGY,
INC.
227 Thorn Avenue
Orchard Park, NY 14127-2666

ALFA LAVAL INC.
5400 International Trade Drive
Richmond, VA 23231

ALPHA WIRE CORP.
711 Lidgeerwood Avenue
Elizabeth, NJ 07207-0711

AMERICAN INSULATED WIRE CORP.
c/o Richard W. Zacks, Esq.
123 Dyer Street
Providence, RI 02903

AMERICAN LAUNDRY MACHINERY,
INC.
c/o CT Corporation
111 Eighth Avenue
New York, NY 10011

AMERICAN STANDARD INC.
One Centennial Avenue
P.O. Box 6820
Piscataway, NJ 08855

AMERICAN WIRE AND CABLE CO.
c/o Agent Richard McClain
6480 Lewis Road
Olsmted Falls, Ohio 44138

ANSALDO STS USA
Secretary of State

A.O. SMITH WATER PRODUCTS
COMPANY
11270 West Park Place
Milwaukee, WI 53224

AURORA PUMP COMPANY
Karen Carriker
13515 Ballantyne Corporate Place
Charlotte, NC 28277

A.W. CHESTERTON CO., INC.
P.O. Box 4004
Woburn, MA 01888-4004

BALDOR ELECTRIC COMPANY
P.O. Box 2400
Fort Smith, AR 72903

BELDEN WIRE & CABLE CO.
Secretary of State

BORG WARNER CORPORATION
3850 Hamlin Road
Auburn Hills, MI 48326

BUFFALO PUMPS, INC.
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

LEVY PHILLIPS &
KONIGSBERG, L.L.P.
800 THIRD AVENUE
NEW YORK, NY 10022

00226004.WPD

BURNHAM HOLDINGS, INC.
Secretary of State

BW/IP, INC.
Secretary of State

CARRIER CORPORATION
Secretary of State

CBS CORPORATION
c/o Asbestos Litigation Support Manager
Eckert Seamans Cherin & Mellott, LLC
Case Management & Technology Center
600 Grant Street, 5th Floor
Pittsburgh, PA 15219

CLARAGE, a Subsidiary of Twin City Fan
Companies, Ltd.
202 Commerce Way
Pulaski, TN 38478

CLEAVER-BROOKS INC.
c/o Ronald Thimm, Aqua-Chem, Inc.
7800 N. 113th Street
P.O. Box 421
Milwaukee, WI 53201

CRANE CO.
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

CRANE PUMPS & SYSTEMS, INC.
420 3rd Street
Piqua, OH 45356-3918

DANA CORPORATION
P.O. Box 1000
Toledo, OH 43697-1000

DEMING PUMPS
c/o Crane Pumps & Systems
420 3rd Street
Piqua, OH 45356-3918

DUREZ CORPORATION
Occidental Tower
5005 LBJ Freeway
Dallas, TX 75244

EATON ELECTRICAL, INC.
Eaton Corporation
Attn: Tax Dept.
111 Superior Street
Cleveland, OH 44114

ELECTRIC SWITHBOARD CO., INC.
Secretary of State

ELLIOTT COMPANY
Secretary of State

ELLIOTT TURBOMACHINERY CO.
North 4th Street
Jeannette, PA 15644

ERICSSON, INC.,
6300 Legacy Drive
Plano, TX 75024

FEDERAL PACIFIC ELECTRIC
COMPANY
820 Bear Tavern Road
Trenton, NJ 08628

FEDERAL PUMP CORPORATION
1144 Utica Avenue
Brooklyn, NY 11203-5392

LEVY PHILLIPS &
KONIGSBERG, LLP.
800 THIRD AVENUE
NEW YORK N Y 10022

FISCHBACH & MOORE, INC.
Secretary of State

FMC CORPORATION
1735 Market Street
Philadelphia, PA 19103

FORD MOTOR COMPANY
c/o CT Corporation System
111 Eight Avenue
New York, NY 10011

FORT KENT HOLDINGS, INC.
c/o Peter Langenus, Esq.
SCHNADER, HARRISON, SEGAL & LEWIS
140 Broadway, Suite 3100
New York, NY 10005

FOSTER WHEELER ENERGY CORP.
Perryville Corporate Park
P.O. Box 4000
Clinton, NJ 08809

GARDNER DENVER, INC.
Secretary of State

GENERAL CABLE CORPORATION
4 Tesseneer Drive
Highland heights, KY 41076

GENERAL DYNAMICS
3190 Fairview Park Drive
Falls Church, VA 22042

GENERAL ELECTRIC COMPANY
Henry J. King., Jr., Esq.
Managing Attorney
Electric Insurance Company
152 Conant Street
Beverly, MA 01915

GENERAL REFRACTORIES CO.
1 Bala Avenue, Suite 310
Bala Cynwyd, PA 19004

GENERAL RAILWAY SIGNAL
COMPANY
Secretary of State

GENERAL WIRE & CABLE
425 Shrewbury Street
Worcester, MA 01604

GENERAL WIRE PRODUCTS, INC.
425 Shrewsbury Street
Worcester, MA 01604

GEORGIA-PACIFIC LLC
133 Peachtree St., N.E.
Atlanta, GA 30303

GOULDS PUMPS INCORPORATED
Secretary of State

GRUNDFOS PUMPS CORPORATION
Secretary of State

HENRY VOGT MACHINE CO.
80 State Street
Albany, NY 12207

HERCULES ENGINE COMPNENTS
2770 S. Erie Street
Massillon, OH 44646

HONEYWELL INTERNATIONAL, INC.
101 Columbia Road
Morristown, NJ 07962-1057

HOWDEN BUFFALO, INC.
2029 West Dekalb Street
Camden, SC 29020

IMO INDUSTRIES, INC.
Secretary of State

INGERSOLL-RAND COMPANY
c/o CT Corporation
111 Eighth Avenue
New York, NY 10011

J.H. FRANCE REFRACTORIES CO.
P.O. Box 276
895 Clarence Road
Snow Shoe, PA 16874-0276

JOHNSON CONTROLS, INC.
5757 Greenbay Avenue
Milwaukee, WI 53201

JOY GLOBAL, INC.
100 E. Wisconsin Avenue, Suite 2780
Milwaukee, WI 53202

KENTILE FLOORS, INC.
c/o Sanders Gropper
G&K Consultants, Inc.
4 Rita Street
Syosset, NY 11791

KINGSBURY CORPORATION
80 Laurel Street
Keene, New Hampshire 03431-4207

LEVITON MANUFACTURING CO.
201 North Service Road
Melville, NY 11747

LIGHTOLIER INC.
631 Airport Road
Fall River, MA 02720

MARATHON ELECTRIC MOTORS
100 E. Randolph Street
P.O. Box 8003
Wausau, WI 54401-8003

MESTEK, INC.
260 North Elm Street
Westfield, MA 01085

MILTON ROY CORPORATION
Secretary of State

NATIONAL LIGHTING COMPANY
522 Cortlandt Street
Belleville, NJ 07109

PEERLESS ELECTRIC COMPANY
Secretary of State

PEERLESS INDUSTRIES, INC.,
f/d/b/a Peerless Heater Co.
Carol Martindell, NCC Paralegal
McGivney & Kluger, P.C.
23 Vreeland Road, Suite 220
Florham Park, NJ 07932

PEERLESS LIGHTING CORPORATION
Secretary of State

LEVY PHILLIPS &
KONIGSBERG, LLP.
800 THIRD AVENUE
NEW YORK, N Y 10022

00226004.WPD

-9-

PENTAIR PUMP GROUP, INC.
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

PROGRESS LIGHTING, INC.
c/o Corporation Service Co.
5000 Thurmond Mall Blvd.
Columbia, SC 29201

ROBERTSHAW INDUSTRIAL
PRODUCTS
1602 Mustang Drive
Maryville, TN 37801

ROCKBESTOS-SUPRENANT CABLE CORP.
c/o The Prentice Hall Corporation System, Inc.
80 State Street
Albany, New York 12207

ROCKWELL AUTOMATION, INC.
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

RSCC WIRE & CABLE, LLC
Secretary of State

SCHNEIDER ELECTRIC CORP.
Secretary of State

SIEMENS ENERGY & AUTOMATION, INC.
3333 Old Milton Parkway
Alpharetta, GA 30005

SPIRAX SARCO, INC.
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

SQUARE D COMPANY
1415 S. Roselle Road
Pallatine, IL 60067-7337

TACO, INC.
1160 Cranston Street
Cranston, RI 02920

TATE ANDALE, INC.
131 West Commercial Avenue
Moonachie, NY 07074-1790

THE FULTON COMPANIES
Secretary of State

THE LOUIS ALLIS COMPANY
645 Lester Doss Road
Warrior, AL 35180

THE NASH ENGINEERING COMPANY
45 Forest Falls Drive, Suite B4
Yarmouth, ME 04096-6999

THE OKONITE COMPANY
P.O. Box 340-102
Hilltop Road
Ramsey, NJ 07446
Attn: Legal Department

THE TRANE COMPANY
One Centennial Avenue
Piscataway, NJ 08855

THE WM POWELL COMPANY
2503 Spring Grove Avenue
Cincinnati, OH 45214

LEVY PHILLIPS &
KONIGSBERG, L.L.P.
800 THIRD AVENUE
NEW YORK, N Y 10022

00226004.WPD

THERMO-ELECTRIC CO., INC.
109 North Fifth Street
Saddle Brook, NJ 07663

TYCO VALVES & CONTROLS, INC.
Tyco International (US) Inc.
9 Roszel Road
Princeton, NJ 08540

UNION SWITCH AND SIGNAL, INC.
c/o Corporation Service Company
80 State Street
Albany, NY 12207

VELAN VALVE CORPORATION
94 Avenue C
Williston, VT 05495-9732

VIKING PUMP CO., INC.
406 State Street
P.O. Box 8
Cedar Falls, IA 50613-0008

WEIL MCLAIN
500 Blaine Street
Michigan City, IN 46360-2388

YARWAY CORPORATION
c/o CT Corporation
111 Eighth Avenue
New York, NY 10011

YORK INTERNATIONAL
631 South Richmond Avenue
York, PA 17403

TYCO FLOW CONTROL, INC.
Tyco International (US) Inc.
9 Roszel Road
Princeton, N.J. 08540

UNION CARBIDE CORP.
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

UNITED STATES STEEL CORPORATION
Secretary of State

VICTOR WIRE & CABLE CORP.
Secretary of State

WARREN PUMPS, INC.
82 Bridges Avenue
P.O. Box 969
Warren, MA 01083-0969

WESTINGHOUSE AIRBRAKE CO.
c/o CT Corporation Service Company
80 State Street
Albany, NY 12207-2543

YORK INDUSTRIES, INC.
c/o John Ronca, Esq.
Ronca, Hanley, Nolan & Zaremba, LLP
Five Regent Street, Suite 517
Livingston, NJ 07039

YUBA HEAT TRANSFER, LLC
Secretary of State

LEVY PHILLIPS &
KONIGSBERG, L.L.P
900 THIRD AVENUE
NEW YORK, N Y 10022

00226004.WPD

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------X

FRANK S. LAFAUCI and LUCILLE LAFAUCI,

                                   Plaintiffs,

                -against-

3M COMPANY,
        f/k/a Minnesota Mining & Manufacturing Co.;
ADVANCE AUTO PARTS, INC.
             Individually and as successor-in-interest
             to Western Auto Supply Corporation;
AEROFIN CORPORATION;
ALCO DIVISION OF NITRAM ENERGY, INC.;
ALFA LAVAL INC.,
             Individually and as successor by merger with The
             Sharples Company;
ALPHA WIRE CORP.;
AMERICAN INSULATED WIRE CORP.;
AMERICAN LAUNDRY MACHINE CO.;
AMERICAN STANDARD, INC.
             Individually and on behalf of its
             division The Trane Company;
AMERICAN WIRE AND CABLE CO.;
ANSALDO STS USA;
A.O. SMITH WATER PRODUCTS COMPANY;
AURORA PUMP COMPANY;
A.W. CHESTERTON CO., INC.;
BALDOR ELECTRIC COMPANY,
             Individually and as successor-in-interest
             to Reliance Electric Company;
BELDEN WIRE & CABLE CO.;
BORG WARNER CORPORATION;
BUFFALO PUMPS, INC.;
             Division of Air & Liquid Systems
             Corporation by merger;
BURNHAM HOLDINGS, INC.
             as successor to Burnham Corporation;
BW/IP, INC.,
             and its wholly owned subsidiaries;

INDEX NO.: 11/190128
DOF: 4/8/11

**COMPLAINT**

00223636.WPD

LEVY PHILLIPS &
KONIGSBERG, L.L.P
800 THIRD AVENUE
NEW YORK N.Y. 10022

CARRIER CORPORATION,
      (a/k/a Bryant Manufacturing Corporation;
CBS CORPORATION, f/k/a Viacom, Inc.,
       successor by merger to CBS Corporation, f/k/a
       Westinghouse Electric Corporation;
CLARAGE,
      a Subsidiary of Twin City Fan Companies, Ltd.;
CLEAVER-BROOKS INC.;
CRANE CO.;
CRANE PUMPS & SYSTEMS, INC.;
DANA CORPORATION,
      Individually and as Successor to Victor Gaskets
      and Smith and Kanzler;
DEMING PUMPS;
DUREZ CORPORATION;
EATON ELECTRICAL, INC.,
      f/k/a Cutler Hammer;
ELECTRIC SWITCHBOARD CO., INC.;
ELLIOTT COMPANY,
      Individually and as successor-in-interest to
      Crocker-Wheeler Company;
ELLIOTT TURBOMACHINERY CO.;
ERICSSON, INC.,
      as successor-in-interest to Anaconda Wire & Cable
      Co., and Continental Wire and Cable Co.;
FEDERAL PACIFIC ELECTRIC COMPANY;
FEDERAL PUMP CORPORATION;
FISCHBACH & MOORE, INC.;
FMC CORPORATION,
      on behalf of its former Peerless Pump
      and Northern Pump businesses;
FORD MOTOR COMPANY;
FORT KENT HOLDINGS, INC. ;
      f/k/a Dunham-Bush, Inc.;
FOSTER WHEELER, LLC;
GARDNER DENVER, INC.;
GENERAL CABLE CORPORATION,
      Individually and as Successor-in-Interest to
      CarolCable Company, Inc.;

00223636.WPD                       2

LEVY PHILLIPS &
KONIGSBERG, L.L.P
800 THIRD AVENUE
NEW YORK, N.Y. 10022

GENERAL DYNAMICS;
GENERAL ELECTRIC COMPANY;
GENERAL REFRACTORIES CO.;
GENERAL RAILWAY SIGNAL COMPANY.;
GENERAL WIRE & CABLE;
GENERAL WIRE PRODUCTS, INC.;
GEORGIA-PACIFIC LLC;
GOULDS PUMPS INCORPORATED;
GRUNDFOS PUMPS CORPORATION;
HENRY VOGT MACHINE CO.;
HERCULES ENGINE COMPONENTS;
HONEYWELL INTERNATIONAL, INC.
  f/k/a Alliedsignal, Inc., as successor-in-interest
  to The Bendix Corporation;
HOWDEN BUFFALO, INC.;
IMO INDUSTRIES, INC.;
  as successor-in-interest to and f/k/a Delaval
  Turbine, Transamerica Delaval, IMO Delaval
  and Enterprise Engine & Foundry Co.;
INGERSOLL-RAND COMPANY;
J.H. FRANCE REFRACTORIES CO.;
JOHNSON CONTROLS, INC.;
JOY GLOBAL, INC.,
  d/b/a Joy Mining Machinery individually
  and successor-in-interest La Del Conveyor &
  Manufacturing Company;
KENTILE FLOORS, INC.;
KINGSBURY CORPORATION;
LEVITON MANUFACTURING CO.;
LIGHTOLIER INC.,
  Individually and as Lightolier, a Division of
  Genlyte Thomas Group, LLC;
MARATHON ELECTRIC MOTORS;
MESTEK, INC.,
  Individually and as successor-in-interest
  to L.J. Wing Company, Inc.;
MILTON ROY CORPORATION;
NATIONAL LIGHTING COMPANY;
PEERLESS ELECTRIC COMPANY;
PEERLESS INDUSTRIES, INC.,
  f/d/b/a Peerless Heater Co.;
PEERLESS LIGHTING CORPORATION;

PENTAIR PUMP GROUP, INC.;
PROGRESS LIGHTING, INC.;
ROBERTSHAW INDUSTRIAL PRODUCTS,
     f/k/a Robertshaw-Fulton Controls
     a/k/a Robertshaw Controls Fulton Sylphon
     Division;
ROCKBESTOS-SUPRENANT CABLE CORP.;
ROCKWELL AUTOMATION INC.,
     individually and a successor by merger to
     Allen Bradley Co.;
RSCC WIRE & CABLE, LLC.;
SCHNEIDER ELECTRIC CORP.;
SIEMENS ENERGY & AUTOMATION, INC.;
     s/h/a Siemens Energy & Automation, Inc.,
     individually and as successor to
     I-T-E Circuit Breaker Company;
SPIRAX SARCO, INC.;
SQUARE D COMPANY;
TACO, INC.;
TATE ANDALE, INC.,
     Individually and as successor-in-interest to
     C.H. Wheeler Manufacturing Co.;
THE FULTON COMPANIES,
     Individually and as Successor to
     Fulton Boiler Works, Inc.;
THE LOUIS ALLIS COMPANY;
THE NASH ENGINEERING COMPANY;
THE OKONITE COMPANY;
THE TRANE COMPANY;
THE WM. POWELL COMPANY;
THERMO-ELECTRIC CO., INC.;
TYCO FLOW CONTROL, INC.
TYCO VALVES & CONTROLS, INC.;
UNION CARBIDE CORP.;
UNION SWITCH AND SIGNAL, INC.;

00223636.WPD                                    4

LEVY PHILLIPS &
KONIGSBERG, L.L.P.
800 THIRD AVENUE
NEW YORK, N.Y 10022

UNITED STATES STEEL CORPORATION,
      f/k/a United States Steel LLC, successor by merger
      to the former USX Corporation, successor-in-interest
      to American Steel & Wire Company;
VELAN VALUE CORPORATION;
VICTOR WIRE & CABLE CORP.,
      a/k/a Victor Wire & Cable, LLC.;
VIKING PUMP CO., INC.;
WARREN PUMPS;
WEIL MCLAIN,
      a division of The Marley Company;
WESTINGHOUSE AIRBRAKE CO.;
YARWAY CORPORATION;
YORK INDUSTRIES INC.;
YORK INTERNATIONAL;
YUBA HEAT TRANSFER, LLC,
      A Division of Connell-Limited Partnership;

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO THE ABOVE NAMED DEFENDANTS:

    Plaintiffs, by their attorneys, LEVY PHILLIPS & KONIGSBERG, LLP, for their

Complaint, respectfully allege as follows:

    1.      Plaintiffs repeat and reallege New York Asbestos Litigation Standard Complaint

No. 1 as if fully incorporated herein.

    2.      Plaintiffs are citizens of the State of Florida.

    3.      Frank S. La Fauci was diagnosed with mesothelioma and meets the minimum

00223636.WPD                           5

LEVY PHILLIPS &
KONIGSBERG, L.L.P.
800 THIRD AVENUE
NEW YORK N Y 10022

requirement for activation into the active docket pursuant to the Case Management Order governing these actions.

Dated:     New York, New York
              April 8, 2011

                       LEVY PHILLIPS & KONIGSBERG, LLP

By:    Patrick Timmins
800 Third Avenue, 13th Floor
New York, NY 10022
(212) 605-6200

*Attorneys for Plaintiffs*

00223636.WPD                    6

02/18/2011   13:05   9549704620                    F L                        PAGE  02/05

24 - 935 · 241

Page 1 of 2

## Cleveland Clinic Florida

a Cleveland Clinic hospital

3100 Weston Road
Weston, FL 33331

**4826505**

1011469424
Lafauci, Frank
Male 1/1/1943
Savage, Edward B

---

### Operative Report LAFAUCI,FRANK (MR #4826505)

| Author | Service | Author Type | Type | Filed |
|---|---|---|---|---|
| Edward B Savage | Thoracic Surgery | Physician | Operative Report | Fri Nov 19, 2010 10:19 AM |

Authorization Info
Signed by Edward B Savage at 11/19/10 1019

Cosign Required
No

### THORACIC OPERATIVE NOTE

**Patient Name:** Frank Lafauci
**MRN:** 4826505
**Date of Surgery:** 11/19/2010
**Gender:** male

**Account #:** 1011469424
**Date of Birth:** 1/1/1943
**Age:** 67 year old

### UNIVERSAL PROTOCOL / SAFETY CHECKLIST:

Procedure to be performed: Left thoracoscopy, biopsy, possible pleurodesis

Sign in Communication: Completed

Time Out: Team Confirms the Correct Patient, Correct Procedure, Correct Site and Site Marking, Correct Position (if applicable). Completed

Affirmation of Time Out: N/A

Sign Out Discussion: Completed

### Operative note:

**PROCEDURE:**
Bronchoscopy
Left Thoracoscopy
Pleural Biopsy

**PREOPERATIVE STATUS:** Elective
**PRE OP DIAGNOSIS:** Pleural effusion
**POST OP DIAGNOSIS:** Probable mesothelioma
**SURGEON:** Edward B. Savage, M.D.
**ASSISTANT:** None
**SECOND ASSISTANT:** None
**ANESTHESIOLOGIST:** Jeffrey Jacobs, M.D.

**DRAINS:** Chest tubes: Left Pleura

**COMPLICATIONS:** None

**INDICATIONS FOR SURGERY:**

F L
29- 9350 246

Page 2 of 2

Frank Lafauci presented with recurrent pleural effusion. Cytology showed reactive mesothelial cells.

**PREPARATION:** Consent was obtained, the patient identified and a "timeout" performed to incision. Anesthesia was induced and appropriate monitoring lines and equipment in place. The patient was prepped and draped in standard fashion.

## OPERATIVE PROCEDURE:

**BRONCHOSCOPY:** The airways were examined from mid trachea to the distal airways bilaterally. No endobronchial lesions noted from mid trachea to branch airways.

**POSITION:** right Lateral Decubitus

**INCISION:**
1.5 cm long, Anterior, Axillary Line, 8 Interspace

**THORACOSCOPY:** The camera was inserted and the chest inspected. Inspection of the pleural cavity revealed diffusely scattered white nodules on the visceral and parietal surfaces and heaped up tumor in the posterior pleural gutter. Biopsy forceps were inserted through the working ports an multiple pieces were sent for frozen and permanent section. The chest tube was inserted.

Frozen section demonstrated malignancy, probable mesothelioma

The patient was transferred to the PACU in stable condition after verification that all counts were correct.

Edward B. Savage, M.D.
Division of Cardiothoracic Surgery
954-659-5320

Related Notes
There are no related notes.

Lafauci, Frank (MR# 4826505)                              Printed 12/3/2010 3:03:30 PM

24- 935-246   FL

Encounter Date: 11/02/2010

## Results

SURGICAL PATHOLOGY, FL (Order 323501970)

### Patient Info

Patient Name.
Lafauci, Frank (4826505)

Sex
Male

DOB
01/01/1943

### Results

SURGICAL PATHOLOGY REPORT

Accession #: S10-15593

Final Pathologic Diagnosis
A-B: PLEURAL PLAQUE, LEFT, EXCISIONAL BIOPSY
- DIFFUSE MALIGNANT MESOTHELIOMA, EPITHELIOID TYPE. (SEE COMMENT)

Diagnosis Comment
Immunostains demonstrate the atypical cells express CK5/6, calretinin and lack TTF-1.

The morphologic features and immunostaining pattern support the diagnosis of a malignant mesothelioma. Correlation with clinical features is recommended.

Dr. Johnston reviewed the case and concurred with the diagnosis.
* * *Electronically Signed Out* * *
mjd/11/23/2010    M. Julia Diacovo, MD, MPI 1285755132

Specimen(s) Received
A:Pleural, left chest plaque
B:Left pleural tumor

Clinical History
Chronic pleural effusion (left lung), and pleural thickening.

Gross Description
A. The specimen is received fresh in a container labeled with the patient's name, medical record number and "pleural plaque left chest" are several irregular segments of tan-white soft tissue that have an aggregate measurement of 2.3 x 2 x 0.4 cm. The frozen section is entirely submitted in one cassette. The frozen section is entirely submitted for permanent section in cassette A1.

B. The specimen is received fresh in a container labeled with the patient's name, medical record number and "left pleural tumor" are several segments of pink to red soft tissue that have an aggregate measurement of 2.2 x 1.6 x 0.9 cm. The specimen is entirely submitted in one cassette.

seg/11/19/2010
SSC
Frozen Section Diagnosis

Lafauci, Frank (MR# 4826505)

Page 1 of 2

02/18/2011  13:05    9549704620                              PAGE  05/05

F L
24-935-246                    Encounter Date: 11/02/2010

A- LEFT PLEURA, BIOPSY
MALIGNANT NEOPLASM CONSISTENT WITH MESOTHELIOMA
DR. JOHNSTON

**Lab and Collection**
SURGICAL PATHOLOGY FL (Order #323581978) on 11/19/2010 - Lab and Collection Information
**Result Information**

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 11/30/2010 9:08 AM | Final result | Reviewed |

**MyChart Status:**
This result is currently not released to MyChart.

Display Full Result Report                    Display Order Report

Lafauci, Frank (MR# 4826505)