## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

## NOTICE OF POTENTIAL TAG ALONG ACTION
## PURSUANT TO J.P.M.L. RULE 7.2(i)

Now into court comes Christopher J. Keale, Esq., counsel for the defendants, Foster Wheeler Energy Corporation, in the case of "Margaret Sonia Flinker, Individually and as Executrix of the Estate of Rudolph G. Flinker vs. Foster Wheeler Energy Corporation, et al." Docket No. 2:11-cv-01178-FSH-PS, U.S. District Court, District of New Jersey, for the purpose of submitting this Notice of Potential Tag Along Action, and says as follows:

1. Pursuant to J.P.M.L. Rule 7.2(i), counsel hereby notifies the panel and all counsel that the undersigned counsel feels that the aforementioned action, "Margaret Sonia Flinker, Individually and as Executrix of the Estate of Rudolph G. Flinker vs. Foster Wheeler Energy Corporation, et al." Docket No. 2:11-cv-01178-FSH-PS, U.S. District Court, District of New Jersey, may be a potential tag along action in "In Re: Asbestos Products Liability Litigation (No. VI)" MDL No. 875.

2. Counsel hereto attaches proof of service on all parties to this action.

NJ/432808v1

Wherefore, counsel, Christopher J. Keale, prays this Notice of Potential Tag Along Action be deemed good and sufficient.

DATED: This 1st day of June, 2011.

                                              Respectfully submitted,

By: *Christopher J. Keale* (signature)
Christopher J. Keale
Christopher.keale@sedgwicklaw.com
SEDGWICK LLP
Attorneys for Defendant
Foster Wheeler Energy Corporation
Three Gateway Center-12th Floor
Newark, New Jersey 07102
Telephone: (973) 242-0002
Facsimile: (973) 242-8099

NJ/432808v12