BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

### CERTIFICATION OF SERVICE

I hereby certify that I have on this 1st day of June, 2011, caused to be served a copy of Defendant, Foster Wheeler Energy Corporation's Notice of Potential Tag Along Actions, letter to MDL filing same and this Certification of Service to plaintiff's counsel via the Court's ECF system on the 1st day of June, 2011, to all known defense counsel listed on the attached Attorney Service List by Court's ECF system.

DATED: June 1, 2011

        Respectfully submitted,

        *Christopher J. Keale*
        Christopher J. Keale
        Christopher.keale@sedgwicklaw.com
        SEDGWICK LLP
        Three Gateway Center -12th Floor
        Newark, New Jersey 07102
        (973) 242-0002
        (973) 242-8099 (Fax)
        Counsel for Defendant
        Foster Wheeler Energy Corporation

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL NO. 875 |

## ATTORNEY SERVICE LIST

**COUNSEL:**

| | |
|---|---|
| Rachel A. Placitella, Esq.<br>Cohen Placitella & Roth, P.C.<br>127 Maple Avenue<br>Red Bank, New Jersey 07701 | Counsel for Plaintiff(s) |
| Benajmin Bucca, Jr. Esq.<br>Bucca & Campisano<br>90 Livingston Avenue<br>New Brunswick, New Jersey 08901<br>buccacampisano@verizon.net | Counsel for IMO Industries Inc. |
| Michael A. Moroney, Esq.<br>Weber, Gallagher, Simpson, Stapleton, Fires & Newby, LLP<br>33 Washington Street, 10th Floor<br>Newark, NJ 07102<br>mmoroney@wglaw.com | Counsel for Copes-Vulcan, Inc. |
| Joanne Hawkins, Esq.<br>SPEZIALI, GREENWALD & HAWKINS<br>1081 Winslow Road<br>Box 1086<br>Williamstown, NJ 08094<br>Josiehawkins@comcast.net | Counsel for General Electric |
| Charles F. Forer, Esq.<br>Eckert Seamans Cherin & Mellott, LLC<br>Two Liberty Place | Counsel for CBS Corp. |

NJ/432810v12

50 South 16th Street
22nd Floor
Philadelphia, PA 19102
cforer@eckertseamans.com

NJ/432810v13