# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** **06/01/2011**

**District Court:** E.D. Virginia

**Number of Actions:** 1

Complaints and Docket Sheets are attached.

*Clerk of the Panel*