BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL NO. 875 - In re ASBESTOS LITIGATION

*Donald L. Bass, et al. v. Huntington Ingalls Incorp.,* N.D. California, CAN 3:11-02345

NOTICE OF OPPOSITION TO CTO - # 402

I represent plaintiff  Donald L. Bass, et al.  in the above captioned actions/actions listed on the attached schedule] which are included on the conditional transfer order (CTO- 402  ). Plaintiff Donald L. Bass  submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

Richard M. Grant (Calif. State Bar # 55677)
Brayton Purcell LLP
222 Rush Landing Rd., Novato, CA 94948
415-899-1555 x 621
rgrant@braytonlaw.com

Counsel for Plaintiff - DONALD BASS

ASBESTOS MDL 875 - Re: CTO 402
*Donald L. Bass, et al. v. Huntington Ingalls Incorp.*, N.D. California, CAN 3:11-02345

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the JUDICIAL PANEL ON MULTIDISTRICT LITIGATION by efiling w/the court's CM/ECF system on June 2, 2011.

**NOTICE OF OPPOSITION TO CTO - # 402**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users and that they were served by mail.

**SEE ATTACHED SERVICE LIST**

XX        BY OFFICE MAILING

I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Petaluma, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed June 2, 2011, at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jane Ehni
Jane Ehni
222 Rush Landing Rd.
Novato, CA 94102
415/899-1011 ext. 232

Case MDL No. 875 Document 7300 Filed 06/02/11 Page 3 of 3

Brayton-Purcell Service List                                                                    1
Date Created: 6/2/2011-9:04:32 AM                       Run By : Ehni, Jane (JAE)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 18607.007 - Donald Bass

**Archer Norris**
P.O. Box 8035
2033 N. Main Street, Suite 800
Walnut Creek, CA 94596
925-930-6600   925-930-6620 (fax)
**Defendants:**
  Marconi Plastering Company, Inc.
(MARCON)

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA 94612
510-433-1830   510-433-1836 (fax)
**Defendants:**
  Exxon Mobil Corporation (EXXMOB)

**Brown, Eassa & McLeod LLP**
1999 Harrison Street, 18th Floor
Oakland, CA 94612-0850
510-444-3131   510-839-7940 (fax)
**Defendants:**
  Chevron U.S.A. Inc. (CHEUSA)
  Tosco Corporation (TOSCO)
  Union Oil Company of California
(UNOCAL)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300   415-808-0333 (fax)
**Defendants:**
  Bayer Cropscience Inc. (BAYCRO)

**Dal Soglio & Martens LLP**
222 North Sepulveda Blvd.
Suite 2000
El Segundo, CA 90245
310-662-4748   310-861-5517 (fax)
**Defendants:**
  Insulectro (INSLEC)

**Glynn & Finley**
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
925-210-2800   925-945-1975 (fax)
**Defendants:**
  E.I. Du Pont De Nemours and Company
(DUPONT)

**Hassard Bonnington LLP**
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800   415-288-9802 (fax)
**Defendants:**
  Sequoia Ventures Inc. (SEQUOA)

**Latham & Watkins**
355 South Grand Avenue
Suite 100
Los Angeles, CA 90071
213-485-1234   213-891-8763 (fax)
**Defendants:**
  Insulectro (INSLEC)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000   415-442-1001 (fax)
**Defendants:**
  Scott Technologies, Inc. (SCOTEC)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
  CBS Corporation (fka Viacom Inc., fka
Westinghouse Electric Corporation)
(VIACOM)

**Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP.**
One California Street, Suite 1910
San Francisco, CA 94111
415-788-8354   415-788-3625 (fax)
**Defendants:**
  Consolidated Insulation, Inc. (CONSOL)
  Frederick Meiswinkel, Inc. (MEISWK)
  Triple A Machine Shop, Inc. (AAA)

**Sedgwick LLP**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900   415-781-2635 (fax)
**Defendants:**
  ConocoPhillips Company (CONPHI)
  General Electric Company (GE)

**Selman Breitman LLP**
33 New Montgomery
6th Floor
San Francisco, CA 94105
415-979-0400   415-979-2099 (fax)
**Defendants:**
  Douglass Insulation Company, Inc.
(DOUGLS)
  Lamons Gasket Company (LAMONS)

**Steptoe & Johnson LLP**
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
213-439-9400   213-439-9599 (fax)
**Defendants:**
  Metropolitan Life Insurance Company
(MET)

**Tucker Ellis & West LLP**
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400   415-617-2409 (fax)
**Defendants:**
  Huntington Ingalls Incorporated (fka
Northrop Grumman Shipbuilding, Inc.)
(NGSHBU)

**Yaron & Associates**
601 California Street, 21st Floor
San Francisco, CA 94108
415-658-2929   415-658-2930 (fax)
**Defendants:**
  Todd Shipyards Corporation (TODD)