UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 402 & TITLE - IN RE: MDL 875 ASBESTOS LITIGATION

## NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

PLAINTIFF - DONALD BASS, ET AL

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

BASS, et al v. HUNTINGTON INGALLS INCORP.

*********************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

6/1/2011
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

RICHARD M. GRANT - BRAYTON PURCELL LLP

Telephone No.: 415/898-1555        Fax No.: 415/898-1247

Email Address: rgrant@braytonlaw.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

ASBESTOS MDL 875 - Re: CTO 402
*Donald L. Bass, et al. v. Huntington Ingalls Incorp.*, N.D. California, CAN 3:11-02345

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the JUDICIAL PANEL ON MULTIDISTRICT LITIGATION by efiling w/the court's CM/ECF system on June 2, 2011.

**NOTICE OF APPEARANCE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users and that they were served by mail.

**SEE ATTACHED SERVICE LIST**

XX        BY OFFICE MAILING

I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Petaluma, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed June 2, 2011, at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jane Ehni
Jane Ehni
222 Rush Landing Rd.
Novato, CA 94102
415/899-1011 ext. 232

Brayton-Purcell Service List

Date Created: 6/2/2011-9:04:32 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 18607.007 - Donald Bass
Run By : Ehni, Jane (JAE)

**Archer Norris**
P.O. Box 8035
2033 N. Main Street, Suite 800
Walnut Creek, CA 94596
925-930-6600   925-930-6620 (fax)
**Defendants:**
    Marconi Plastering Company, Inc. (MARCON)

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA 94612
510-433-1830   510-433-1836 (fax)
**Defendants:**
    Exxon Mobil Corporation (EXXMOB)

**Brown, Eassa & McLeod LLP**
1999 Harrison Street, 18th Floor
Oakland, CA 94612-0850
510-444-3131   510-839-7940 (fax)
**Defendants:**
    Chevron U.S.A. Inc. (CHEUSA)
    Tosco Corporation (TOSCO)
    Union Oil Company of California (UNOCAL)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300   415-808-0333 (fax)
**Defendants:**
    Bayer Cropscience Inc. (BAYCRO)

**Dal Soglio & Martens LLP**
222 North Sepulveda Blvd.
Suite 2000
El Segundo, CA 90245
310-662-4748   310-861-5517 (fax)
**Defendants:**
    Insulectro (INSLEC)

**Glynn & Finley**
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
925-210-2800   925-945-1975 (fax)
**Defendants:**
    E.I. Du Pont De Nemours and Company (DUPONT)

**Hassard Bonnington LLP**
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800   415-288-9802 (fax)
**Defendants:**
    Sequoia Ventures Inc. (SEQUOA)

**Latham & Watkins**
355 South Grand Avenue
Suite 100
Los Angeles, CA 90071
213-485-1234   213-891-8763 (fax)
**Defendants:**
    Insulectro (INSLEC)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000   415-442-1001 (fax)
**Defendants:**
    Scott Technologies, Inc. (SCOTEC)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
    CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) (VIACOM)

**Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP.**
One California Street, Suite 1910
San Francisco, CA 94111
415-788-8354   415-788-3625 (fax)
**Defendants:**
    Consolidated Insulation, Inc. (CONSOL)
    Frederick Meiswinkel, Inc. (MEISWK)
    Triple A Machine Shop, Inc. (AAA)

**Sedgwick LLP**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900   415-781-2635 (fax)
**Defendants:**
    ConocoPhillips Company (CONPHI)
    General Electric Company (GE)

**Selman Breitman LLP**
33 New Montgomery
6th Floor
San Francisco, CA 94105
415-979-0400   415-979-2099 (fax)
**Defendants:**
    Douglass Insulation Company, Inc. (DOUGLS)
    Lamons Gasket Company (LAMONS)

**Steptoe & Johnson LLP**
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
213-439-9400   213-439-9599 (fax)
**Defendants:**
    Metropolitan Life Insurance Company (MET)

**Tucker Ellis & West LLP**
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400   415-617-2409 (fax)
**Defendants:**
    Huntington Ingalls Incorporated (fka Northrop Grumman Shipbuilding, Inc.) (NGSHBU)

**Yaron & Associates**
601 California Street, 21st Floor
San Francisco, CA 94108
415-658-2929   415-658-2930 (fax)
**Defendants:**
    Todd Shipyards Corporation (TODD)

1