# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

| | |
|---|---|
| AIDA SAVELESKY., <br><br> Plaintiff, <br><br> v. <br><br> ALLIED PACKING & SUPPLY, INC., et al. <br> Defendants. | Civil Action No.: 3:11-cv-01778 <br><br> in the U. S. District Court, Northern District of California |

## DECLARATION OF ANYA FUCHS IN SUPPORT OF PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION TO VACATE CTO-389

I, Anya Fuchs, declare as follows:

1. I am an attorney admitted to practice law before the United States District Court, Northern District of California, and all courts of the State of California, and am entitled to practice before the United States Judicial Panel on Multidistrict Litigation pursuant to Panel Rule 2.1(c).

2. I am an associate attorney of Paul & Hanley LLP, attorneys of record for plaintiff herein, Aida Savelesky. I have been an attorney with said toxic tort litigation law firm since November 2009, working primarily on asbestos cases, and have been involved in the pre-trial preparation of more than 20 cases that commenced trial since that time. The matters stated herein are true to my own personal knowledge. If called upon as a witness, I could and would testify to the following facts:

3. Attached hereto as **Exhibit "1"** is a true and correct copy of the "Notice of Motion and Motion to Remand Action to California Superior Court" plaintiff filed with the U.S. District Court, Northern District of California, and served on removing defendant National Steel and Shipbuilding Company ("NASSCO") on May 12, 2011, as well as the Proof of Service attached thereto.

4. Attached hereto as **Exhibit "2"** is a true and correct copy of the May 24, 2011 "Clerk's Notice" plaintiff's counsel received from the Clerk of the U.S. District Court, N.D. of CA, stating that due to the Court's unavailability, the hearing date on plaintiff's Motion to Remand was continued three weeks, from June 17, 2011 to July 8, 2011.

5. Attached hereto as **Exhibit "3"** is a true and correct copy of the May 27, 2011 "Certificate of Service" showing that defendant NASSCO filed and served an opposition to plaintiff's Motion to Remand on that date.

I declare under the penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on June 2, 2011, at Berkeley, California.

_____
Anya Fuchs

**EXHIBIT "1"**

Dean A. Hanley, Esq.   (State Bar No. 169507)
dhanley@paulandhanley.com
Anya Fuchs, Esq. (State Bar No. 215105)
afuchs@paulandhanley.com
Rohit C. Kodical, Esq. (State Bar No. 215497)
rkodical@paulandhanley.com
PAUL & HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone:  (510) 559-9980
Facsimile:   (510) 559-9970

Attorneys for Plaintiff
AIDA SAVELESKY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| AIDA SAVELESKY,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED PACKING & SUPPLY INC., et al.,<br><br>Defendants. | Case No.: 3:11-CV-01778-SI<br><br>Alameda County Superior Court<br>Case No.: RG10529660<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND ACTION TO CALIFORNIA SUPERIOR COURT**<br><br>[28 U.S.C. §§ 1441-1447; F.R.C.P. 7(b); N.D. Civil L.R. 7-1 & 7-2]<br><br>Hearing Date:  June 17, 2011<br>Time:             9:00 a.m.<br>Courtroom:    10, 19th Floor<br>Judge:           Hon. Susan Illston |

To the HONORABLE COURT AND TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT, on June 17, 2011 at 9:00 a.m., or as soon thereafter as this matter may be heard, in Courtroom 10 on the 19th Floor of the above-entitled Court, located at 450 Golden Gate Avenue in San Francisco, California, 94102,

1

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND – 3:10-cv-01778-SI

before the Honorable Susan Illston, District Court Judge, plaintiff Aida Savelesky will and hereby does move the Court for an Order remanding this action to the Superior Court of the State of California, County of Alameda.

This motion is made on the grounds that the April 12, 2011 removal of this action by defendant National Steel and Shipbuilding Company ("NASSCO") is both procedurally defective and substantively deficient. (*See*, 28 U.S.C. §§ 1442(a)(1), 1446(b), 1447(c).) More specifically, remand of this action is sought, and warranted, on each of the following grounds:

1. NASSCO's Notice of Removal is untimely under 28 U.S.C. § 1446(b). Said removal notice was <u>not</u> filed within thirty days after the first receipt by NASSCO of "other paper" from which it could ascertain that this action was removable on the basis of federal officer jurisdiction;

2. This Court lacks subject matter jurisdiction over this action. NASSCO removed this action pursuant to 28 U.S.C. § 1442(a)(1), the federal officer statute, but jurisdiction under that statute requires, among other things, that NASSCO possess a colorable federal defense to plaintiff's claims. To that end, NASSCO, in its removal notice, asserts the defense of "government contractor immunity" as articulated by the Supreme Court in *Boyle v. United Technologies Corp.*, 487 U.S. 500, 108 S. Ct. 2510 (1988). Plaintiff here, however, alleges no claim against NASSCO for which the government contractor defense is available. Indeed, government contractor immunity is a defense to *product* defect claims only, and not to *premises* liability claims or employee negligence claims, and plaintiff's claims against NASSCO in the instant action are of course exclusively limited to the latter.


The instant motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration Anya Fuchs filed herewith and the evidence attached as exhibits thereto, and on all papers and records on file with this Court and in the state court action, captioned *Aida Savelesky v. Allied Packing & Supply, Inc., et al.*, Alameda County Superior Court Case No. RG10529660.

Based on the foregoing, and because plaintiff Aida Savelesky suffers from an aggressive form of fatal cancer, plaintiff asks this Court to promptly remand this action to the Superior Court of the State of California, County of Alameda. Any delay in these litigation proceedings increases the risk that plaintiff will die before her case reaches trial. The necessity of immediate remand is further compounded by the fact that this action has already been conditionally transferred to federal asbestos multidistrict proceedings known as MDL-875. This action does not belong in federal court at all, much less the notoriously slow-moving MDL-875.

Given the blatant procedural and substantive defects of NASSCO's removal notice, and in light of the significant delay (and prejudice) plaintiff's case is sure to encounter if transferred to MDL-875, plaintiff submits that in the interest of judicial economy and for the convenience of plaintiff, a swift ruling as to remand is appropriate.

Plaintiff's remand motion is here timely filed within thirty days after the filing of NASSCO's removal notice on April 12, 2011. (*See*, 28 U.S.C. § 1447(c).)

DATED: May 12, 2011              PAUL & HANLEY LLP

                                 By: _____
                                 Anya Fuchs,
                                 Attorneys for Plaintiff

3

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND – 3:10-cv-01778-SI

## PROOF OF SERVICE

I am employed in the County of Alameda, State of California, I am over the age of 18 years and not a party to the within action. My business address is 1608 Fourth Street, Suite 300, Berkeley, CA 94710.

On May 12, 2011, I served the foregoing:

- **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND ACTION TO CALIFORNIA SUPERIOR COURT**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND ACTION TO CALIFORNIA SUPERIOR COURT**

- **DECLARATION OF ANYA FUCHS IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND**

- **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTIONTO REMAND**

- **PLAINTIFF'S OBJECTIONS TO EVIDENCE OFFERED BY DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY IN SUPPORT OF REMOVAL**

- **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND THIS ACTION TO CALIFORNIA SUPERIOR COURT**

- **PLAINTIFF'S CERTIFICATION AS TO INTERESTED ENTITIES OR PERSONS**

and a copy of this declaration to the interested parties herein as follows:

[XX]   By submitting an electronic version to ECF for service upon:

[XX]   By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Berkeley, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Berkeley, California.

DATE: May 12, 2011

_____
Anne Scott

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND – 3:10-cv-01778-SI

Savelesky, Aida E.   14689
ASC Case Number RG10529660
May 12 11                    Page 1 of 1

# Service List

**ALLIED PACKING & SUPPLY, INC.**
HERR & ZAPALA, LLP
152 N. 3rd Street, Suite 500
San Jose, CA  95112
Phone:           (408) 287-7788
FAX              (408) 927-0408

**BERRY & BERRY**
BERRY & BERRY
P.O. Box 16070
Oakland, CA  94610
Phone:           (510) 835-8330
FAX              (510) 835-5117

**NATIONAL STEEL AND SHIPBUILDING COMPANY**
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA  94105
Phone:           (415) 808-0300
FAX              (415) 808-0333

**EXHIBIT "2"**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: 6/17/11 CIVIL LAW AND MOTION CALENDARS

**CLERK'S NOTICE**

_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT due to the Court's unavailability, the following cases have been continued to Friday, July 8, 2011, at 9:00 a.m.

**09:00AM**

3:10-cv-04558-SI - Arch Insurance Company v. Mitchell Engineering Company et al
Motions to Dismiss & Motion to Strike   Hearing (#61, 67 and 75)   Motion to Strike

3:11-cv-01592-SI - Pabst v. Genesco, Inc.
Motion to Dismiss ((#13)

3:11-cv-01778-SI - Savelesky v. Allied Packing & Supply, Inc. et al
Motion to Remand (#12)

**<u>Counsel shall not adjust the briefing schedule for the new hearing date.</u>**

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: May 24, 2011

RICHARD W. WIEKING,
Clerk

_____
Tracy Peakis
Deputy Clerk

**EXHIBIT "3"**

# CERTIFICATE OF SERVICE

*Savelesky, Aida vs. Allied Packing & Supply, Inc., et al.*
U.S. Northern District of California Case No. 3:11-cv-01778 SI

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On May 27, 2011 I served the following:

DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND TO CALIFORNIA SUPERIOR COURT; DECLARATION OF THOMAS J. MOSES IN SUPPORT OF DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND TO CALIFORNIA SUPERIOR COURT; and [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR REMAND TO CALIFORNIA SUPERIOR COURT

on all parties via the Northern District of California Court's CM/ECF service list.

I declare under penalty of perjury that the above is true and correct. Executed on May 27, 2011, at San Francisco, California.

_____
Melanie Guidry

BRYDON
LAW GROUP
425 CALIFORNIA STREET
SUITE 1400
San Francisco, CA 94104