BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

| | | |
|---|---|---|
| AIDA SAVELESKY., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: |
| | ) | 3:11-cv-01778 |
| | ) | |
| | ) | in the U. S. District Court, |
| v. | ) | Northern District of California |
| | ) | |
| ALLIED PACKING & SUPPLY, INC., | ) | |
| et al. | ) | |
| Defendants. | ) | |

## APPENDIX OF EXHIBITS

### TO

### REPLY BRIEF SUBMITTED IN SUPPORT OF MOTION TO VACATE CTO-389

*1 –*     *May 12, 2011 Notice of Motion and Motion to Remand Action to California Superior Court filed by Aida Savelesky, plaintiff herein, in the U.S. District Court, Northern District of California, and served on removing defendant National Steel and Shipbuilding Company ("NASSCO"), and Proof of Service attached thereto.*

*2 –*     *May 24, 2011 "Clerk's Notice" plaintiff's counsel received from the Clerk of the U.S. District Court, N.D. of CA, indicating that plaintiff's Motion to Remand was continued three weeks, from June 17, 2011 to July 8, 2011.*

*3 –*     *May 27, 2011 "Certificate of Service" showing that defendant NASSCO filed and served an opposition to plaintiff's Motion to Remand on that date.*