# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: **06/01/2011**

District Court: W.D. Missouri

Number of Actions: 8

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL