GASS WEBER MULLINS LLC

309 N WATER ST   MILWAUKEE, WI 53202
TEL  414 223 3300     FAX  414 224 6116
WWW.GASSWEBERMULLINS.COM



TEIRNEY S. CHRISTENSON
DIRECT DIAL: 414 224-3447
christenson@gasswebermullins.com

June 3, 2011

Jeffery N. Luthi, Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC 20002-8004

    Re:    *Carol J. Zellner, individually and as Special Administrator of the Estate of Clifford R. Zellner, Deceased v. A.W. Chesterton Company, et al.*
Case No. 11-CV-283 (E.D. WI, Green Bay Division)

        Asbestors Products Liability Litigation
MDL Docket No. 875

Dear Mr. Luthi:

    Pursuant to Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, CBS Corporation provides notification of the above-referenced potential tag-along action. A copy of the docket sheet and the complaint in that matter are attached. If you have any questions or concerns, please do not hesitate to contact me.

    Respectfully,

    s/ Teirney S. Christenson

    Teirney S. Christenson

TSC/js

Encs.