IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

CAROL J. ZELLNER, individually and
as Special Administrator of the Estate of
CLIFFORD R. ZELLNER, Deceased,

      Plaintiff,                                Case No. 11-CV-283

v.

A. W. CHESTERTON CO., et al.,

      Defendants.

---

### NOTICE OF APPEARANCE BY DEFENDANT CBS CORPORATION

---

      PLEASE TAKE NOTICE that Gass Weber Mullins LLC, by Teirney S. Christenson, appears for defendant CBS Corporation in this action.  Please serve all further pleadings, correspondence and other papers on Gass Weber Mullins at the address stated below.  Please direct all ECF notices to Attorney Christenson at christenson@gasswebermullins.com (assistant schlichting@gasswebermullins.com).

      Dated this 3rd day of June, 2011.

                                          GASS WEBER MULLINS LLC
                                          Attorneys for CBS Corporation

                                          s/ Teirney S. Christenson
                                          John Franke, SBN 1017283
                                          Teirney S. Christenson, SBN 1056438
                                          309 North Water Street, 7TH Floor
                                          Milwaukee, WI  53202
                                          Phone:   414-223-3300
                                          Fax:       414-223-6116
                                          Email:   christenson@gasswebermullins.com