ATTYOPEN

# United States District Court
## Eastern District of Wisconsin (Green Bay)
## CIVIL DOCKET FOR CASE #: 1:11-cv-00283-WCG

Zellner v. AW Chesterton Company et al  
Assigned to: Judge William C Griesbach  
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 03/21/2011  
Jury Demand: Defendant  
Nature of Suit: 368 P.I. : Asbestos  
Jurisdiction: Diversity

**Plaintiff**

**Carol J Zellner**  
*Individually and as Special Administrator of the Estate of Clifford R Zellner, deceased.*

represented by **Michael P Cascino**  
Cascino Vaughan Law Offices Ltd  
220 S Ashland Ave  
Chicago, IL 60607  
312-944-0600  
Fax: 312-944-1870  
Email: michaelp.cascino@gmail.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AW Chesterton Company**

represented by **Adam J Jagadich**  
Segal McCambridge Singer & Mahoney Ltd  
Sears Tower  
233 S Wacker Dr - Ste 5500  
Chicago, IL 60606  
312-645-7800  
Fax: 32-645-7711  
Email: ajagadich@smsm.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Albany Felt Company Inc**

**Defendant**

**Borg-Warner Inc**

represented by **Scott J Thomsen**  
Siesennop & Sullivan  
200 N Jefferson St  
Milwaukee, WI 53202  
414-223-7900  
Fax: 414-223-1199  
Email: sthomsen@s-s-law.com  
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **W Wayne Siesennop**<br>Siesennop & Sullivan<br>200 N Jefferson St<br>Milwaukee, WI 53202<br>414-223-7900<br>Fax: 414-223-1199<br>Email: wsiesennop@s-s-law.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Brandon Drying Fabrics Inc**

**Defendant**

**CBS Corporation**

**Defendant**

| | |
|---|---|
| **CertainTeed Corporation** | represented by **Daniel A Manna**<br>Foley & Lardner LLP<br>777 E Wisconsin Ave<br>Milwaukee, WI 53202-5300<br>414-319-7364<br>Fax: 414-297-4900<br>Email: dmanna@foley.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Crane Co** | represented by **Joshua L Johanningmeier**<br>Godfrey & Kahn SC<br>1 E Main St - Ste 500<br>PO Box 2719<br>Madison, WI 53701-2719<br>608-257-3911<br>Fax: 608-257-0609<br>Email: jjohanni@gklaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**General Electric Company**

**Defendant**

| | |
|---|---|
| **Ingersoll Rand Company** | represented by **Daniel A Manna**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **John Crane Inc** | represented by **Daniel G Jardine**<br>Jardine Law Office LLC<br>119 S Main St<br>DeForest, WI 53532-1109 |

> 608-846-7230
> Fax: 608-846-7232
> Email: dan@jardinelawoffice.com
> *ATTORNEY TO BE NOTICED*

**Defendant**

**M-E-C Company**  represented by  **Christopher P Banaszak**
> Reinhart Boerner Van Deuren SC
> 1000 N Water St - Ste 1700
> PO Box 2965
> Milwaukee, WI 53202
> 414-298-1000
> Fax: 414-298-8097
> Email: cbanasza@reinhartlaw.com
> *ATTORNEY TO BE NOTICED*

> **Nora E Gierke**
> Reinhart Boerner Van Deuren SC
> 1000 N Water St - Ste 1700
> PO Box 2965
> Milwaukee, WI 53202
> 414-298-8149
> Fax: 414-298-8097
> Email: ngierke@reinhartlaw.com
> *ATTORNEY TO BE NOTICED*

**Defendant**

**Maremont Corporation**  represented by  **Daniel A Manna**
> (See above for address)
> *ATTORNEY TO BE NOTICED*

**Defendant**

**Metso Paper USA Inc**  represented by  **Thomas L Schober**
> Davis & Kuelthau SC
> 318 S Washington St - Ste 300
> Green Bay, WI 54301
> 920-435-9378
> Fax: 920-435-9391
> Email: tschober@dkattorneys.com
> *ATTORNEY TO BE NOTICED*

**Defendant**

**Mount Vernon Mills Inc**

**Defendant**

**Oakfabco Inc**  represented by  **Brett B Larsen**
> Hinshaw & Culbertson LLP
> 100 E Wisconsin Ave - Ste 2600
> Milwaukee, WI 53202-4115
> 414-276-6464

                        Fax: 414-276-9220
                        Email: blarsen@hinshawlaw.com
                        *ATTORNEY TO BE NOTICED*

                        **Thomas R Schrimpf**
                        Hinshaw & Culbertson LLP
                        100 E Wisconsin Ave - Ste 2600
                        Milwaukee, WI 53202-4115
                        414-276-6464
                        Fax: 414-276-9220
                        Email: tschrimpf@hinshawlaw.com
                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Owens-Illinois Inc**            represented by  **David T Morris**
                        Schiff Hardin LLP
                        Sears Tower
                        233 S Wacker Dr - Ste 6600
                        Chicago, IL 60606-6473
                        312-258-5642
                        Fax: 312-258-5600
                        Email: dmorris@schiffhardin.com
                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Pneumo Abex Corp**

**Defendant**

**Riley Power Inc**            represented by  **William L Shenkenberg**
                        Mallery & Zimmerman SC
                        731 N Jackson St - Ste 900
                        Milwaukee, WI 53202-4697
                        414-727-6272
                        Fax: 414-727-6302
                        Email: wshenkenberg@mzmilw.com
                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Sandusky International Inc**    represented by  **Terri L Weber**
                        Nash Spindler Grimstad & McCracken LLP
                        4221 Michigan Ave
                        Manitowoc, WI 54220
                        920-684-3321
                        Fax: 920-684-0544
                        Email: TWeber@Nashlaw.com
                        *ATTORNEY TO BE NOTICED*

**Defendant**

**The Marley-Wylain Company**

**Defendant**

**Rapid American Corporation**  represented by  **Mark R Feldmann**
Menn Law Firm Ltd
2501 E Enterprise Ave
PO Box 785
Appleton, WI 54912-0785
920-731-6631
Fax: 920-734-0981
Email: mark-feldmann@mennlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Orr Felt Company**  represented by  **Jonathan S Zweizig**
Lopez Severt & Pratt Co LPA
18 E Water St
Troy, OH 45373
937-335-5658
Fax: 937-335-8943
Email: jonz@lsplaw.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Trane US Inc**  represented by  **Daniel A Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Union Carbide Corp**  represented by  **Daniel A Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brake Supply Company Inc**  represented by  **James A Niquet**
Crivello Carlson SC
The Empire Building
710 N Plankinton Ave - Ste 500
Milwaukee, WI 53203-2404
414-271-7722
Fax: 414-271-4438
Email: jniquet@crivellocarlson.com
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**The Orr Felt Company**  represented by  **Jonathan S Zweizig**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**The Orr Felt Company**     represented by   **Jonathan S Zweizig**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**AW Chesterton Company**

**Cross Defendant**

**Albany Felt Company Inc**

**Cross Defendant**

**Borg-Warner Inc**     represented by   **Scott J Thomsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**W Wayne Siesennop**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Brake Supply Company Inc**     represented by   **James A Niquet**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Brandon Drying Fabrics Inc**

**Cross Defendant**

**CBS Corporation**

**Cross Defendant**

**CertainTeed Corporation**     represented by   **Daniel A Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Crane Co**     represented by   **Joshua L Johanningmeier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**General Electric Company**

**Cross Defendant**

**Ingersoll Rand Company**     represented by   **Daniel A Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**John Crane Inc**						represented by **Daniel G Jardine**
									(See above for address)
									*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**M-E-C Company**						represented by **Christopher P Banaszak**
									(See above for address)
									*ATTORNEY TO BE NOTICED*

									**Nora E Gierke**
									(See above for address)
									*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Maremont Corporation**					represented by **Daniel A Manna**
									(See above for address)
									*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Metso Paper USA Inc**					represented by **Thomas L Schober**
									(See above for address)
									*ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Mount Vernon Mills Inc**

**Cross Defendant**
**Oakfabco Inc**

**Cross Defendant**

**Owens-Illinois Inc**						represented by **David T Morris**
									(See above for address)
									*ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Pneumo Abex Corp**

**Cross Defendant**

**Rapid American Corporation**				represented by **Mark R Feldmann**
									(See above for address)
									*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Riley Power Inc**						represented by **William L Shenkenberg**
									(See above for address)
									*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Sandusky International Inc**     represented by **Terri L Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**The Marley-Wylain Company**

**Cross Defendant**

**Trane US Inc**     represented by **Daniel A Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Union Carbide Corp**     represented by **Daniel A Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2011 | 1 | COMPLAINT with Jury Demand; against All Defendants by Carol J Zellner. ( Filing Fee PAID $350 receipt number 0757-1272968) (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A - Defendant's home states and principal places of business, # 3 Exhibit B - Decedent's work history)(Cascino, Michael) |
| 03/21/2011 | 2 | DISCLOSURE Statement by Carol J Zellner. (Cascino, Michael) |
| 03/21/2011 | 3 | NOTICE by Carol J Zellner (Cascino, Michael) |
| 03/21/2011 |  | NOTICE Regarding assignment of this matter to Judge William C Griesbach ;Consent/refusal forms for Magistrate Judge Goodstein to be filed within 21 days;the consent/refusal form is available on our web site. (blr) (Entered: 03/22/2011) |
| 03/22/2011 |  | NOTICE of Electronic Filing Error to Michael Cascino re 1 Complaint, 2 Disclosure Statement and 3 Notice; The Court prefers that documents be extracted directly from your word processing software whenever possible. This document does not need to be re-filed; Please refer to the policies and procedures for electronic case filing found at www.wied.uscourts.gov (aw) |
| 04/11/2011 | 4 | ANSWER to 1 Complaint, with Jury Demand by Borg-Warner Inc.(Thomsen, Scott) |
| 04/11/2011 | 5 | DISCLOSURE Statement by Borg-Warner Inc. (Thomsen, Scott) |
| 04/11/2011 | 6 | NOTICE of Appearance by Scott J Thomsen on behalf of Borg-Warner Inc. Attorney(s) appearing: W. Wayne Siesennop and Scott J. Thomsen (Thomsen, Scott) |
| 04/11/2011 | 7 | CERTIFICATE OF SERVICE by Borg-Warner Inc (Thomsen, Scott) |
| 04/18/2011 | 8 | NOTICE of Appearance by Terri L Weber on behalf of Sandusky International Inc. Attorney(s) appearing: Terri L. Weber (Weber, Terri) |

| | | |
| --- | --- | --- |
| 04/18/2011 | 9 | ANSWER to Complaint AND CROSSCLAIM with Jury Demand of 12 Persons , *Affirmative Defenses and Answer to All Crossclaims* filed by Sandusky International Inc. (Weber, Terri) |
| 04/19/2011 | | NOTICE of Electronic Filing Error to Terri Weber re 8 Notice of Appearance; The Court prefers that documents be extracted directly from your word processing software whenever possible. This document does not need to be re-filed; Please refer to the policies and procedures for electronic case filing found at www.wied.uscourts.gov (aw) |
| 04/25/2011 | 10 | NOTICE of Appearance by Thomas L Schober on behalf of Metso Paper USA Inc. Attorney(s) appearing: Thomas L. Schober (Schober, Thomas) |
| 04/25/2011 | 11 | MOTION to Dismiss by Metso Paper USA Inc. (Schober, Thomas) |
| 04/25/2011 | 12 | DISCLOSURE Statement by Metso Paper USA Inc. (Schober, Thomas) |
| 04/26/2011 | 13 | ANSWER to Crossclaim filed by Owens-Illinois Inc. (Morris, David) |
| 05/02/2011 | 14 | *Short-Form* ANSWER to 1 Complaint, by CertainTeed Corporation.(Manna, Daniel) |
| 05/02/2011 | 15 | DISCLOSURE Statement by CertainTeed Corporation. (Manna, Daniel) |
| 05/02/2011 | 16 | *Short-Form* ANSWER to 1 Complaint, by Ingersoll Rand Company.(Manna, Daniel) |
| 05/02/2011 | 17 | DISCLOSURE Statement by Ingersoll Rand Company. (Manna, Daniel) |
| 05/02/2011 | 18 | *Short-Form* ANSWER to 1 Complaint, by Maremont Corporation.(Manna, Daniel) |
| 05/02/2011 | 19 | DISCLOSURE Statement by Maremont Corporation. (Manna, Daniel) |
| 05/02/2011 | 20 | *Short-Form* ANSWER to 1 Complaint, by Trane US Inc.(Manna, Daniel) |
| 05/02/2011 | 21 | DISCLOSURE Statement by Trane US Inc. (Manna, Daniel) |
| 05/02/2011 | 22 | *Short-Form* ANSWER to 1 Complaint, by Union Carbide Corp.(Manna, Daniel) |
| 05/02/2011 | 23 | DISCLOSURE Statement by Union Carbide Corp. (Manna, Daniel) |
| 05/02/2011 | 24 | CERTIFICATE OF SERVICE by CertainTeed Corporation, Ingersoll Rand Company, Maremont Corporation, Trane US Inc, Union Carbide Corp (Manna, Daniel) |
| 05/03/2011 | 25 | RESPONSE to Motion filed by Carol J Zellner re 11 MOTION to Dismiss. (Attachments: # 1 Brief in Support, # 2 Certificate of Service, # 3 Text of Proposed Order)(Cascino, Michael) |
| 05/05/2011 | 26 | ANSWER to Complaint with Jury Demand by BRAKE SUPPLY COMPANY, INC..(Niquet, James) |
| 05/05/2011 | 27 | DISCLOSURE Statement by BRAKE SUPPLY COMPANY, INC.. (Niquet, James) |

| | | |
|---|---|---|
| 05/06/2011 | 28 | ANSWER to 1 Complaint,, CROSSCLAIM against All Defendants filed by The Orr Felt Company. by The Orr Felt Company.(Zweizig, Jonathan) |
| 05/06/2011 | 29 | CERTIFICATE by The Orr Felt Company *of Interest* (Zweizig, Jonathan) |
| 05/06/2011 | 30 | CERTIFICATE OF SERVICE by The Orr Felt Company (Zweizig, Jonathan) |
| 05/06/2011 | 31 | NOTICE of Appearance by Jonathan S Zweizig on behalf of The Orr Felt Company. Attorney(s) appearing: Jonathan S. Zweizig (Zweizig, Jonathan) |
| 05/06/2011 | 32 | REPLY BRIEF in Support filed by Metso Paper USA Inc re 11 MOTION to Dismiss. (Schober, Thomas) |
| 05/09/2011 | | NOTICE of Electronic Filing Error to Jonathan Zweizig re 30 Certificate of Service, 31 Notice of Appearance, 29 Certificate, 28 Answer to Complaint and Crossclaim ; All documents should contain an electronic signature. The Court prefers that documents be extracted directly from your word processing software whenever possible. These documents do not need to be re-filed; Please refer to the policies and procedures for electronic case filing found at www.wied.uscourts.gov (aw) |
| 05/09/2011 | 33 | NOTICE of Appearance by Adam J Jagadich on behalf of AW Chesterton Company. Attorney(s) appearing: Adam J. Jagadich (Jagadich, Adam) |
| 05/09/2011 | 34 | ANSWER to Complaint AND CROSSCLAIM filed by AW Chesterton Company. (Jagadich, Adam) |
| 05/09/2011 | 35 | NOTICE of Appearance by William L Shenkenberg on behalf of Riley Power Inc. Attorney(s) appearing: William L. Shenkenberg (Shenkenberg, William) |
| 05/09/2011 | 36 | DISCLOSURE Statement by Riley Power Inc. (Shenkenberg, William) |
| 05/09/2011 | 37 | ANSWER to 1 Complaint, *Affirmative Defenses and Answer to All Cross-Claims* by Riley Power Inc.(Shenkenberg, William) |
| 05/09/2011 | 38 | CERTIFICATE OF SERVICE by Riley Power Inc (Shenkenberg, William) |
| 05/23/2011 | 39 | NOTICE of Appearance by Mark R Feldmann on behalf of Rapid American Corporation. Attorney(s) appearing: Mark R. Feldmann (Feldmann, Mark) |
| 05/23/2011 | 40 | ANSWER to 1 Complaint, with Jury Demand by Rapid American Corporation. (Feldmann, Mark) |
| 05/23/2011 | 41 | ANSWER to Crossclaim filed by Rapid American Corporation. (Feldmann, Mark) |
| 05/23/2011 | 42 | CROSSCLAIM by Rapid American Corporation against All Other Defendants. (Feldmann, Mark) |
| 05/23/2011 | 43 | Refusal to Jurisdiction by US Magistrate Judge by Rapid American Corporation. (Feldmann, Mark) |
| 05/23/2011 | 44 | NOTICE by Rapid American Corporation *of Tag-Along Action* (Feldmann, Mark) |
| 05/23/2011 | 45 | CERTIFICATE OF SERVICE by Rapid American Corporation (Feldmann, |

|            |    |                                                                                                                                                       |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Mark)                                                                                                                                                 |
| 05/23/2011 | 46 | DISCLOSURE Statement by Rapid American Corporation. (Feldmann, Mark)                                                                                  |
| 05/24/2011 | 47 | NOTICE of Appearance by Brett B Larsen on behalf of Oakfabco Inc. Attorney(s) appearing: Brett B. Larsen and Thomas R. Schrimpf (Larsen, Brett)       |
| 05/24/2011 | 48 | ANSWER to 1 Complaint, with Jury Demand by Oakfabco Inc.(Larsen, Brett)                                                                               |
| 05/24/2011 | 49 | DISCLOSURE Statement by Oakfabco Inc. (Larsen, Brett)                                                                                                 |
| 05/25/2011 | 50 | NOTICE of Appearance by Thomas R Schrimpf on behalf of Oakfabco Inc. Attorney(s) appearing: Thomas R. Schrimpf (Schrimpf, Thomas)                     |
| 05/25/2011 | 51 | ANSWER to 1 Complaint, with Jury Demand *Affirmative Defenses, and Answer to all Cross-Claims* by Crane Co.(Johanningmeier, Joshua)                   |
| 05/25/2011 | 52 | DISCLOSURE Statement by Crane Co. (Johanningmeier, Joshua)                                                                                            |
| 05/31/2011 | 53 | ANSWER to Complaint AND CROSSCLAIM filed by John Crane Inc. (Attachments: # 1 Certificate of Service)(Jardine, Daniel)                                |
| 05/31/2011 | 54 | DISCLOSURE Statement by John Crane Inc. (Jardine, Daniel)                                                                                             |
| 06/01/2011 | 55 | ANSWER to 1 Complaint, with Jury Demand by M-E-C Company.(Gierke, Nora)                                                                               |
| 06/01/2011 | 56 | DISCLOSURE Statement by M-E-C Company. (Gierke, Nora)                                                                                                 |

| PACER Service Center |   |   |   |
|---|---|---|---|
| Transaction Receipt ||||
| 06/03/2011 11:25:24 ||||
| **PACER Login:** | gw0556 | **Client Code:** | viacomzellner |
| **Description:** | Docket Report | **Search Criteria:** | 1:11-cv-00283-WCG |
| **Billable Pages:** | 8 | **Cost:** | 0.64 |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| Carol J Zellner, individually and as Special Administrator of the Estate of Clifford R Zellner, Deceased<br><br>         Plaintiff,<br><br>v.<br><br>A.W. Chesterton Company, a corporation,<br>Albany Felt Company Inc., a corporation,<br>Borg-Warner Inc., a corporation,<br>Brake Supply Company, Inc., a corporation,<br>Brandon Drying Fabrics, Inc., a corporation,<br>CBS Corporation, a corporation,<br>Certainteed Corporation, a corporation,<br>Crane Co., a corporation,<br>General Electric Company, a corporation,<br>Ingersoll Rand Company, a corporation,<br>John Crane Inc., a corporation,<br>M-E-C Company, a corporation,<br>Maremont Corporation, a corporation,<br>Metso Paper U.S.A., Inc., a corporation,<br>Mount Vernon Mills, Inc., a corporation,<br>Oakfabco Inc., a corporation,<br>Owens-Illinois Inc., a corporation,<br>Pneumo Abex Corporation, a corporation,<br>Riley Power, Inc., a corporation,<br>Sandusky International, Inc., a corporation,<br>The Marley-Wylain Company a/k/a/<br>Weil-McLain Company, a corporation,<br>Rapid American Corporation, a corporation,<br>The Orr Felt Company, a corporation,<br>Trane U.S. Inc., a corporation,<br>Union Carbide Corporation, a corporation,<br><br>         Defendants. | Case No. |

## COMPLAINT

Now comes the plaintiff, Carol J Zellner, (hereinafter "Plaintiff"), individually and as Special

Administrator of the Estate of Clifford R Zellner (hereinafter "Decedent"), by and through her attorneys,

Cascino Vaughan Law Offices, Ltd., and complains against defendants A.W. Chesterton Company, a corporation, Albany Felt Company Inc., a corporation, Borg-Warner Inc., a corporation, Brake Supply Company, Inc., a corporation, Brandon Drying Fabrics, Inc., a corporation, CBS Corporation, a corporation, Certainteed Corporation, a corporation, Crane Co., a corporation, General Electric Company, a corporation, Ingersoll Rand Company, a corporation, John Crane Inc., a corporation, M-E-C Company, a corporation, Maremont Corporation, a corporation, Metso Paper U.S.A., Inc., a corporation, Mount Vernon Mills, Inc., a corporation, Oakfabco Inc., a corporation, Owens-Illinois Inc., a corporation, Pneumo Abex Corporation, a corporation, Riley Power, Inc., a corporation, Sandusky International, Inc., a corporation, The Marley-Wylain Company a/k/a/ Weil-McLain Company, a corporation, Rapid American Corporation, a corporation, The Orr Felt Company, a corporation, Trane U.S. Inc., a corporation, Union Carbide Corporation, a corporation, as follows:

## JURISDICTION

1. Plaintiff, Carol J Zellner, is the Wife of decedent, Clifford R Zellner, and resides in Lakewood, Wisconsin.

2. Decedent was an adult citizen and resident of Wisconsin.

3. Decedent passed away on 05/04/2006.

4. Defendants are all corporations, none of which is incorporated in or has its principal place of business in the State of Wisconsin, and at all times relevant to the allegations contained herein were engaged in the business of designing, manufacturing, mining and selling asbestos and/or asbestos-containing products and/or asbestos-insulated equipment, hereinafter referred to as "asbestos products." Please refer to the attached Exhibit A for the state of incorporation and principal place of business of each defendant.

5. Jurisdiction is based on diversity of citizenship of the parties hereto under Title 28, United States Code, §1332.

6. The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000),

exclusive of interest and costs.

7. Venue is proper pursuant to Title 28, United States Code, §1391.

## GENERAL ALLEGATIONS

8. Decedent during the course of his employment as a pipe fitter at various job sites, including those listed on the attached Exhibit B was exposed to asbestos dust or fibers emanating from the asbestos products and/or asbestos insulated equipment which was sold, manufactured, mined, distributed, packaged, installed or otherwise placed into commerce by defendants.

9. Decedent was ignorant of the dangerous nature of asbestos and of the nature of the risks incurred by workers working with or near asbestos products.

10. Decedent became aware of the asbestos-related condition and that said condition was caused by Defendants' wrongful conduct within the statute of limitations before the filing of this action.

11. As a direct and proximate result of the conduct of Defendants, Decedent developed and had been diagnosed with lung cancer which was casually connected to asbestos exposure on 1/20/2011.

12. Decedent suffered great pain, physical impairment, great mental pain and anguish, is liable for large sums of money for medical and hospital care, and suffered losses to his personal property and possessions.

## COUNT I - PRODUCTS LIABILITY - NEGLIGENCE

13. Plaintiff brings this count for negligence against all defendants and incorporates by reference all general allegations.

14. It was reasonably foreseeable that decedent and other workers would be working with or in the proximity of defendants' asbestos products and be exposed to airborne asbestos fibers.

15. Defendants had a duty to exercise reasonable care for the safety of decedent and others

who worked with or were exposed to the defendants' asbestos products.

16. Defendants knew or in the exercise of ordinary or reasonable care ought to have known asbestos causes disease and or death, and that Decedent did not know that asbestos products were dangerous or harmful at the time of his exposures.

17. Each defendant breached its duty of care and was negligent, including without limitation in one or more of the following acts or omissions:

   a. Failed to adequately warn Decedent or others of the health hazards of asbestos;

   b. Failed to warn Decedent or others of the danger and harm of the asbestos after the products or equipment were installed at the premises;

   c. Failed to investigate or test for the health effects of asbestos prior to distribution and sale;

   d. Failed to instruct Decedent, his employers or others in the use of precautionary measures relating to asbestos-containing products and/or asbestos-insulated equipment; and/or

   e. Manufactured, mined, supplied, or installed unsafe asbestos-containing products or asbestos-insulated equipment.

18. As a direct and proximate result of the acts and omissions of the product defendants above, Decedent was injured as described above.

### COUNT II – PRODUCT LIABILITY - UNREASONABLY DANGEROUS PRODUCT

19. This cause of action is asserted against the manufacturing and supplying defendants.

20. The defendants' above-described asbestos products were manufactured, supplied and installed in an unreasonably dangerous condition presenting dangers to the life and health of the ultimate users thereof and to persons in the position of the Decedent.

21. At all relevant times, the defendants placed their asbestos products on the market knowing that they would be used without inspection for such unreasonably dangerous defects and defendants expected such asbestos products to reach Decedent and other users

and consumers without substantial change in the condition they were in when sold.

22. Decedent removed, installed, used and/or handled, or was otherwise exposed to, the supplying defendants' asbestos products in the conditions in which they left the possession or control of such defendants and in a manner that was reasonably foreseeable and/or anticipated by such defendants.

23. Defendants manufactured, supplied or installed a product, or equipment, that was unreasonably dangerous in nature in that it contained asbestos, and in particular:

    a. Was not accompanied by an adequate warning relating to the health hazards of asbestos products;

    b. Was not accompanied by instructions concerning precautionary measures to be taken to minimize the risk of health hazards associated with asbestos products;

    c. Was not subjected to adequate investigation regarding its hazards to health; and

    d. Was improperly designed with, or specified for, the use of asbestos as opposed to non-asbestos substitutes.

24. Decedent's exposure to the unreasonably dangerous products manufactured, supplied and installed by the defendants proximately caused injuries set forth above.

## COUNT III – DECLARATORY JUDGMENT

25. Defendants' conduct alleged herein occurred many years before certain changes in the Wisconsin Statutes affecting the law of joint and several liability, as set forth in §§895.045(1) and 895.85, Wis. Stats., were enacted as part of so-called "tort reform" in 1995.

26. Retroactive application of the 1995 legislation purporting to apply to the new versions of §§895.045(1) and 895.86, Wis. Stats, to defendants' tortious acts, which occurred many years before the effective date of such legislation, merely because this lawsuit was filed after the effective date of such legislation, would materially and adversely affect the interests of

plaintiff in this matter.

27. Retroactive application of the current versions of §§895.045(1) and 895.85, Wis. Stats., to the facts of this case would be unreasonable and unconstitutional, in violation of Article I, §10 and the Fifth and Fourteenth Amendments of the Constitution of the United States, and in violation of Article IV, §17(2) of the Constitution of the State of Wisconsin, and contrary to the Supreme Court of Wisconsin's ruling in Martin v. Richards, 192 Wis. 2d 156, (Docket #91-0016, 1995).

## WRONGFUL DEATH

28. Plaintiff brings this count for wrongful death against all defendants and incorporates by reference all allegations 1 through 27 above.

29. Defendants' actions, jointly and severally, as described in the preceding paragraphs, caused the wrongful death of decedent and loss of society and companionship, funeral, medical and other expenses, pecuniary damages and other damages have been suffered by Decedent and plaintiff.

## PRAYER FOR RELIEF

30. Plaintiff prays for relief as follows:

    a. Judgment against defendants, jointly and severally, for compensatory and general damages.

    b. Such further legal and equitable relief as the Court orders to do justice in this case; costs and disbursements of this action.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by a jury of 6.

Dated: March 21, 2011.

/S/ Michael P. Cascino
One of the Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Ph: (312) 944-0600

**Exhibit A**
**Defendants' Home States and Principal Places of Business**

| Defendant | StateHdq | StatePrincBus |
|---|---|---|
| A.W. Chesterton Company | Massachusetts | Massachusetts |
| Albany Felt Company Inc. | New York | New York |
| Borg-Warner Inc. | Delaware | Michigan |
| Brake Supply Company, Inc. | Indiana | Indiana |
| Brandon Drying Fabrics, Inc. | Delaware | South Carolina |
| CBS Corporation | Delaware | Pennsylvania |
| Certainteed Corporation | Delaware | Pennsylvania |
| Crane Co. | Delaware | Connecticut |
| General Electric Company | New York | Connecticut |
| Ingersoll Rand Company | New Jersey | New Jersey |
| John Crane Inc. | Delaware | Illinois |
| M-E-C Company | Kansas | Kansas |
| Maremont Corporation | Delaware | Michigan |
| Metso Paper U.S.A., Inc. | Delaware | Georgia |
| Mount Vernon Mills, Inc. | Maryland | South Carolina |
| Oakfabco Inc. | Illinois | Illinois |
| Owens-Illinois Inc. | Delaware | Ohio |
| Pneumo Abex Corporation | Delaware | Connecticut |
| Riley Power, Inc. | Massachusetts | Massachusetts |
| Sandusky International, Inc. | Ohio | Ohio |
| The Marley-Wylain Company a/k/a/ Weil-McLain Company | Delaware | North Carolina |
| Rapid American Corporation | Delaware | New York |
| The Orr Felt Company | Ohio | Ohio |
| Trane U.S. Inc. | Delaware | New Jersey |
| Union Carbide Corporation | New York | Texas |

**Exhibit B**
<u>Decedent's work history</u>

| Site Location | Site City | State | First Year | Last Year |
|---|---|---|---|---|
| Fort Howard Paper | Green Bay | WI | 1956 | 1994 |