# U.S. District Court
# District of South Carolina (Charleston)
# CIVIL DOCKET FOR CASE #: 2:11-cv-01340-ASB
# Internal Use Only

Campbell v. AW Chesterton Company et al                                  Date Filed: 06/02/2011
Assigned to: Unassigned - ASB                                            Jury Demand: None
Cause: 28:1441 Notice of Removal-Asbestos Litigation                    Nature of Suit: 368 P.I. : Asbestos
                                                                         Jurisdiction: Diversity

**Plaintiff**

**Eulalie D Campbell**　　　　　　　　　　　represented by　**V Brian Bevon**
*Individually and as Personal*                              Motley Rice
*Representative of the Estate of George G.*                 28 Bridgeside Boulevard
*Campbell Sr., Deceased,*                                   Mt Pleasant, SC 29464
*Estate of*                                                 843-216-9090
George G Campbell, Sr.                                      Fax: 843-216-9430
                                                            Email: bbevon@motleyrice.com
                                                            *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**AW Chesterton Company**

**Defendant**

**Air & Liquid Systems Corporation**
*Successor by Merger*
Buffalo Pumps Inc

**Defendant**

**Bayer Cropscience Inc**　　　　　　　　　represented by　**Moffatt Grier McDonald**
*Successor in Interest*                                     Haynsworth Sinkler Boyd
Amchem Products Inc                                         PO Box 2048
                                                            Greenville, SC 29602
                                                            864-240-3200
                                                            Email: mmcdonald@hsblawfirm.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William David Conner**
                                                            Haynsworth Sinkler Boyd
                                                            PO Box 2048
                                                            Greenville, SC 29602
                                                            864-240-3200
                                                            Fax: 864-240-3336
                                                            Email: dconner@hsblawfirm.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**CBS Corporation**
*formerly known as*
Viacom Inc
*formerly known as*
Westinghouse Corporation

**Defendant**

**Crane Co**

**Defendant**

**Foster Wheeler Energy Corporation**

**Defendant**

**General Electric Company**

**Defendant**

**Goulds Pumps Incorporated**

**Defendant**

**Grinnell LLC**
*formerly known as*
Grinnell Corporation

**Defendant**

**IMO Industries Inc**
*Individually and as Successor to*
*other*
Transamerica Delaval Inc
*other*
IMO Delaval Inc

**Defendant**

**Ingersoll-Rand Company**

**Defendant**

**ITT Corporation**
*doing business as*
Bell & Gossett Pumps

**Defendant**

**McNally Industries LLC**          represented by   **Moffatt Grier McDonald**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **William David Conner**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Metropolitan Life Insurance Company Inc**

**Defendant**

**National Service Industries Inc**
*formerly known as*
North Brothers Inc

**Defendant**

**Owens-Illinois Inc**

**Defendant**

**Sepco Corporation**

**Defendant**

**Sterling Fluid System USA LLC**

**Defendant**

**William Powell Company, The**

**Defendant**

**Yarway Corporation**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/02/2011 | 1 | NOTICE OF REMOVAL from Charleston County Court of Common Pleas, case number 11-cp-10-3093. (Filing fee $ 350 receipt number 0420-3418533), filed by Bayer Cropscience Inc, McNally Industries LLC. (Attachments: # 1 State Court Documents, # 2 State Court Documents Amended Complaint)(gpre, ) (Entered: 06/03/2011) |
| 06/03/2011 | 2 | (Court only) CIVIL COVER SHEET - Private Entry. (gpre, ) (Entered: 06/03/2011) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

**In re: Asbestos Litigation
Coordinated Docket**

| | |
|---|---|
| EULALIE D. CAMJPBELL, Individually and as Personal Representative of the Estate of GEORGE G. CAMPBELL, SR., Deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> A. W. CHESTERTON COMPANY, <br> AIR & LIQUID SYSTEMS CORPORATION, Successor by Merger to Buffalo Pumps, Inc., <br> BAYER CROPSCIENCE, INC., as Successor in Interest to Amchem Products, Inc., <br> CBS CORPORATION, f/k/a Viacom, Inc., succ. by merger to CBS Corporation, f/k/a Westinghouse Corporation, <br> CRANE CO., <br> FOSTER WHEELER ENERGY CORPORATION, <br> GENERAL ELECTRIC COMPANY, <br> GOULDS PUMPS, INCORPORATED, <br> GRINNELL LLC, f/k/a Grinnell Corporation, <br> IMO INDUSTRIES, INC., Individually and as Successor to Transamerica Delaval, Inc. and Imo Delaval, Inc., <br> INGERSOLL-RAND COMPANY, <br> ITT CORPORATION, d/b/a Bell & Gossett Pumps, <br> McNALLY INDUSTRIES, LLC, <br> METROPOLITAN LIFE INSURANCE COMPANY, <br> NATIONAL SERVICE INDUSTRIES, INC., f/k/a North Brothers, Inc., <br> OWENS-ILLINOIS, INC., <br> SEPCO CORPORATION, <br> STERLING FLUID SYSTEMS (USA) LLC, <br> THE WILLIAM POWELL COMPANY, <br> YARWAY CORPORATION, <br><br> Defendants. | NOTICE OF REMOVAL |

Bayer Cropscience, Inc. and McNally Industries, LLC, acting for themselves and the other proper defendants, would respectfully show unto the Court in support of their Notice of Removal:

1.  Bayer Cropscience, Inc. and McNally Industries, LLC are defendants in the above-entitled action.

2.  The above-entitled action was instituted by the plaintiffs against Bayer Cropscience, Inc. and McNally Industries, LLC, as defendants, by the service of a Summons and Complaint on or about May 13, 2011, and this action is now pending in the court of Common Pleas for Charleston County, South Carolina.

3.  At the time of the commencement of the action, the plaintiffs were and still are citizens of the State of South Carolina, and Bayer Cropscience, Inc. and McNally Industries, LLC, as well as all of the other defendants herein, were at the time of the commencement of this action and still are corporations organized and existing under and by virtue of the laws of jurisdictions other than South Carolina and having their principal place of business in a jurisdiction other than South Carolina.

4.  This action accordingly is of a civil nature and involves a controversy wholly between citizens of different states and the value of the matter in dispute in said cause exceeds the sum of Seventy-Five Thousand and no/100 Dollars ($75,000.00), exclusive of interest and costs, as appears from the allegations contained in plaintiff's Complaint, and said action is one over which the District Court of the United States has original jurisdiction.

5.  This action accordingly is of a civil nature and is one over which the District Court of the United States has original jurisdiction.

6.  That filed herewith is a copy of all process, pleadings and orders served upon the defendants in this action.

7.       That the Clerk of the Court of Common Pleas for Charleston County, South Carolina, has been provided a copy of this Notice of Removal.

8.       All other proper defendants consent to the removal of the case.

HAYNSWORTH SINKLER BOYD, P.A.

By   /s/ W. David Conner
     Moffatt G. McDonald, #2805
     mmcdonald@hsblawfirm.com
     W. David Conner, #05986
     dconner@hsblawfirm.com
     75 Beattie Place, 11th Floor
     P.O. Box 2048
     Greenville, SC 29602
     (864) 240-3200
     (864) 240-3300 (fax)
Attorneys for the Defendants Bayer Cropscience, Inc. and McNally Industries, LLC

June 2, 2011

DEFENDANT DEMANDS JURY TRIAL

CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing Notice of Removal was mailed to the following this 2nd day of June, 2011:

V. BRIAN BEVON
MOTLEY RICE LLP
P. O. Box 1792
MT. PLEASANT, SC 29465
*Attorneys for Plaintiffs*

                                        /s/ W. David Conner