## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June, 2011, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Paul A. Weykamp, Esquire
LAW OFFICES OF PAUL A. WEYKAMP
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030
**Counsel for Plaintiff**

Patricia B. Turner, Esquire
SPOTTS FAIN, P.C.
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
**Counsel for CBS Corporation**

Jeffrey S. Poretz, Esquire
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102-3833
**Counsel for Georgia-Pacific Corporation**
**Counsel for Mallinckrodt, Inc.**
**Counsel for SB Decking, Inc.**

Albert H. Poole, Esquire
HUFF, POOLE & MAHONEY, P.C.
4705 Columbus Street
Virginia Beach, Virginia 23462-6749
**Counsel for Noland Company**

Gerard E. Voyer, Esquire
TAYLOR & WALKER, P.C.
1300 First Virginia Tower,
555 Main Street
Norfolk, Virginia 23514
**Counsel for Hopeman Brothers, Inc.**

Kay Millicent Brown, Esq.
Kira A. Ligato, Esq.
DEHAY & ELLISTON, L.L.P.
36 South Charles Street, Suite 1300
Baltimore, Maryland 21201
**Counsel for Dana Companies, LLC**

William D. Bayliss, Esquire
WILLIAMS MULLEN
Williams Mullen Center
200 South 10th Street
Richmond, Virginia 23219
**Counsel for Honeywell, Inc.**

George Dancigers, Esquire
McKENRY, DANCIGERS, DAWSON & LAKE
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
**Counsel for Uniroyal**
**Counsel for WACO, Inc.**

Mary Louise Roberts, Esq.
MORAN REEVES & CONN PC
4110 E. Parham Rd.
Richmond, VA 23228
**Counsel for John Crane, Inc.**

Stephen R. Jackson, Esquire
WILLCOX & SAVAGE, P.C.
Wells Fargo Center
440 Monticello Avenue,
Suite 2200
Norfolk, VA 23510-2243
**Counsel for International Paper Corporation**
**Counsel for Rapid American Corporation**
**Counsel for Exxon-Mobil Corporation**

Kathryn L. Harman, Esquire
SEMMES, BOWEN & SEMMES
1577 Spring Hill Road, Suite 200
Vienna, Virginia 22182
**Counsel for Argent Development Corporation of Virginia**

William W. Nexsen, Esquire
STACKHOUSE NEXSEN & TURRIETTA PLLC
P.O. Box 3640
Norfolk, Virginia 23514
**Counsel for Union Carbide Corporation**

And I hereby certify that I will send the document by electronic mail and first-class, postage prepaid mail with a copy of the NEF to the following non-filing users:

James G. Kennedy, Esquire
PIERCE, HERNS, SLOAN & McLEOD, LLC
PO Box 22437
The Blake House, 321 East Bay Street
Charleston, SC 29401
**Counsel for Amchem Products, Inc.**
**Counsel for Union Carbide Corporation**

Dwight D. Murray, Esquire
Clinton R. Shaw Jr., Esquire
JORDAN, COYNE & SAVITS, L.L.P.
10509 Judicial Drive, Suite 200
Fairfax, Virginia 22030
**Counsel for 3M Company**

Kenneth J. Ries, Esquire
JOHNSON, AYERS & MATTHEWS
210 First Street, S.W., Suite 300
P.O. Box 2200
Roanoke, Virginia 24009
**Counsel for General Refractories Company**

John P. Fishwick, Jr., Esquire
LICHTENSTEIN, FISHWICK & JOHNSON, PLC
Liberty Trust Building
101 S. Jefferson Street, Suite 400
Roanoke, Virginia 24011
**Counsel for Metropolitan Life Insurance Company**

Robert L. O'Donnell, Esquire
VANDEVENTER BLACK, LLP
500 World Trade Center
Norfolk, Virginia 23510
**Counsel for Owens-Illinois, Inc.**

Ford Loker, Esq.
MILES & STOCKBRIDGE PC
10 Light Street
Baltimore, MD 21202-1487
**Counsel for SB Decking, Inc.**
**Counsel for Pfizer, Inc.**

/s/
Anthony B. Taddeo, Jr., Esquire (VSB No. 70677)
David M. Sturm, Esquire (VSB No. 44580)
Matthew D. Joss, Esq. (VSB No. 48434)
TADDEOSTURM, PLC
3 West Cary Street
Richmond, Virginia 23220
(804) 344-8540
taddeo@taddeosturm.com
sturm@taddeosturm.com
joss@taddeosturm.com
Counsel for General Electric Company