**SCHEDULE OF ACTIONS**

| Dale R. Woods, <br><br> Plaintiff, <br><br> v. <br><br> A.W. Chesterton Company, Airgas Merchant Gases, LLC Bayer Crop Science, Inc., Bechtel Corporation, CBS Corporation, Cleaver Brooks, Inc., Crane Co., Eaton Electrical, Inc., ExxonMobil Oil Corporation, General Electric Company, General Refractories Company, Georgia-Pacific LLC, Goulds Pumps, Inc., Graybar Electric Company, Inc., Greene, Tweed & Co, Hobart Brothers Company, ITT Corporation, Ingersoll Rand Company, JP Bushnell Packing & Supply Co., Kobelco Machinery America U.S.A., Inc, Lincoln Electric Company, Linde, LLC, Maremont Corporation, Miller Electric Mfg. Co.,  Owens-Illinois Inc., Patterson Pump Company, Peerless Pump Company, RSCC Wire & Cable Rapid American Corporation, Riley Power, Inc., Terex Corporation, The Manitowoc Company, The Marley-Wylain Company, The Okonite Company, Trane U.S. Inc., Warren Pumps, Young Insulation Group of St. Louis, Inc. <br><br> Defendants. | United States District Court for the Northern District of Illinois | Case No.: 1:11-cv-01952 | Honorable Robert W. Gettleman |
|---|---|---|---|