DENLOW

## United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 4.2 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:11-cv-01952

Woods v. AW Chesterton Company et al
Assigned to: Honorable Robert W. Gettleman
Demand: $75,000
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 03/21/2011
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**Dale R Woods**                              represented by **Michael Peter Cascino**
                                              Cascino Vaughan Law Offices, Ltd.
                                              220 South Ashland Avenue
                                              Chicago, IL 60607
                                              (312) 944-0600
                                              Email: michaelp.cascino@gmail.com
                                              *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AW Chesterton Company**                     represented by **Adam J Jagadich**
                                              Segal, McCambridge, Singer &
                                              Mahoney
                                              233 South Wacker Drive
                                              Suite 5500
                                              Chicago, IL 60606
                                              (312) 645-7800
                                              Fax: (312) 645-7711
                                              Email: ajagadich@smsm.com
                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Airgas Merchant Gases LLC**
*successor*
AGA Gas, Inc.

**Defendant**

**Bayer Crop Science Inc**
*successor*
Rhone-Poulenc AG Co
*successor*
Benjamin Foster Co.

**Defendant**

**Bechtel Corporation**

**Defendant**

**CBS Corporation**

represented by **Demetra Arapakis Christos**
Foley & Mansfield
39 S. LaSalle St.
Suite 1110
Chicago, IL 60603
312-233-2560 x702
Email: dchristos@foleymansfiled.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cleaver Brooks Inc.**

represented by **Daniel R. Griffin**
O'Connell Tivin Miller & Burns, LLC
135 South LaSalle Street
Suite 2300
Chicago, IL 60603
312 256 8800
Fax: 312 256 8808
Email: dgriffin@djoalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crane Co**

represented by **Stephen K. Milott**
Gunty and McCarthy
150 South Wacker Drive
Suite 1025
Chicago, IL 60606
(312) 541-0022
Email:
stephen.milott@guntymccarthy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Paul Kasper**
Gunty & McCarthy Law Offices
150 South Wacker Drive
Suite 1025
Chicago, IL 60606
(312) 541-0022
Email:
jamie.kasper@guntymccarthy.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eaton Electrical Inc**
*successor*
Cutler-Hammer Inc.

represented by **Edward Henry MacCabe**
MacCabe & McGuire
77 West Wacker Drive
Suite 3333

Chicago, IL 60601
(312) 357-2600
Email: emaccabe@maccabe-
mcguire.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore James Hovda , Iii**
Maccabe & Mcguire
77 West Wacker
Suite 3333
Chicago, IL 60601
(312) 357-2600
Email: tjhovda@maccabe-mcguire.com
*ATTORNEY TO BE NOTICED*

**Timothy John Murphy**
MacCabe & McGuire
77 West Wacker Drive
Suite 3333
Chicago, IL 60601
(312) 357-2600
Email: tmurphy@maccabe-
mcguire.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**ExxonMobil Oil Corporation**            represented by **Howard Patrick Morris**
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603
(312) 372-0770
Email: morrisp@jbltd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Francis Fanning**
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603
(312)984-0289
Email: fanningd@jbltd.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**General Electric Company**

**Defendant**

General Refractories Company

**Defendant**
Georgia Pacific LLC

**Defendant**
Goulds Pumps Inc

**Defendant**
Graybar Electric Company Inc

**Defendant**
Green Tweed & Co                        represented by **Edward J. McCambridge**
                                        Segal, McCambridge, Singer &
                                        Mahoney, Ltd.
                                        5500
                                        233 S. Wacker Drive
                                        Chicago, IL 60606
                                        (312) 645-7800
                                        Email: emccambridge@smsm.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**
Hobart Brothers Company

**Defendant**
ITT Corporation                         represented by **Jeffrey E. Rogers**
                                        McGuireWoods LLP
                                        77 West Wacker Drive
                                        Suite 4400
                                        Chicago, IL 60601-7567
                                        (312)849-8100
                                        Email: jerogers@mcguirewoods.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**
Ingersoll Rand Company

**Defendant**
JP Bushnell Packing & Supply Co

**Defendant**
Kobelco Machinery America USA
Inc

**Defendant**
Lincoln Electric Company

**Defendant**

**Linde LLC**
*formerly known as*
The Boc Group Inc
*formerly known as*
Airco Inc

**Defendant**

**Maremont Corporation**                    represented by **Kevin Brian Duckworth**
Greensfelder Hemker &Gale Pc
200 West Madison St.
Suite2700
Chicago, IL 60606
(312) 419-9090
Email: kbd@greensfelder.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Miller Electric Mfg Co**                    represented by **Ronald Austin , Jr.**
Brothers & Thompson, P.C.
Two Prudential Plaza
180 N. Stetson Street
Suite 4525
Chicago, IL 60601
(312) 372-2909
Fax: (312) 297-1020
Email: raustin@brothersthompson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Owens-Illinois Inc**                    represented by **Matthew J. Fischer**
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
(312) 258-5500
Email: mfischer@schiffhardin.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Patterson Pump Company**

**Defendant**

**Peerless Pump Company**

**Defendant**

**RSCC Wire & Cable**

*formerly known as*
Rockbestos-Suprenant Cable

**Defendant**

**Rapid American Corporation**                represented by   **Roger K. Heidenreich**
SNR Denton US LLP
One Metropolitan Square
Suite 3000
211 N. Broadway
St. Louis, MO 63102-2711
(314)241-1800
Email:
roger.heidenreich@snrdenton.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Riley Power, Inc.**

**Defendant**

**Terex Corporation**                         represented by   **Michael William Drumke**
*successor*                                                    HeplerBroom LLC
Clark Material Handling Company                               150 N. Wacker Drive
Suite 3100
Chicago, IL 60606-1659
312-230-9100
Fax: 312-230-9201
Email: mdrumke@heplerbroom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Manitowoc Company, Inc.**

**Defendant**

**The Marley-Wylain Company**                 represented by   **Edward J. McCambridge**
*also known as*                                               (See above for address)
Weil-McLain Company                                           *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Okonite Company**                       represented by   **Brian M. Hogan**
Segal, McCambridge, Singer &
Mahoney
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
(312) 645-8433
Email: bhogan@smsm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Trane US Inc**

**Defendant**

**Warren Pumps Inc**                    represented by **Michael J Denning**
                                                       Heyl, Royster, Voelker & Allen
                                                       120 West State Street
                                                       2nd Floor
                                                       Rockford, IL 61105
                                                       (815) 963-4454
                                                       Email: mdenning@heylroyster.com
                                                       *LEAD ATTORNEY*

**Defendant**

**Young Insulation Group of St. Louis**   represented by **Steven Alan Hart**
**Inc**                                                  Segal, McCambridge, Singer &
                                                         Mahoney
                                                         233 South Wacker Drive
                                                         Suite 5500
                                                         Chicago, IL 60606
                                                         (312) 645-7800
                                                         Email: shart@smsm.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Elizabeth Ashley Eldridge**
                                                         Segal McCambridge Singer &
                                                         Mahoney, Ltd.
                                                         233 South Wacker Drive
                                                         Suite 5500
                                                         Chicago, IL 60606
                                                         (312) 645-7800
                                                         Fax: (312) 645-7880
                                                         Email: eeldridge@smsm.com
                                                         *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Warren Pumps Inc**                    represented by **Michael J Denning**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*

V.

**Cross Defendant**

**Warren Pumps Inc**                    represented by **Michael J Denning**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*

**Cross Defendant**

**AW Chesterton Company**

Cross Defendant

**Airgas Merchant Gases LLC**

Cross Defendant

**Bayer Crop Science Inc**

Cross Defendant

**Bechtel Corporation**

Cross Defendant

**CBS Corporation**

Cross Defendant

**Cleaver Brooks Inc.**

Cross Defendant

**Crane Co**

Cross Defendant

**Eaton Electrical Inc**

Cross Defendant

**ExxonMobil Oil Corporation**

Cross Defendant

**General Electric Company**

Cross Defendant

**General Refractories Company**

Cross Defendant

**Georgia Pacific LLC**

Cross Defendant

**Goulds Pumps Inc**

Cross Defendant

**Graybar Electric Company Inc**

Cross Defendant

**Green Tweed & Co**

Cross Defendant

**Hobart Brothers Company**

Cross Defendant

**ITT Corporation**

<u>Cross Defendant</u>
**Ingersoll Rand Company**

<u>Cross Defendant</u>
**JP Bushnell Packing & Supply Co**

<u>Cross Defendant</u>
**Kobelco Machinery America USA Inc**

<u>Cross Defendant</u>
**Lincoln Electric Company**

<u>Cross Defendant</u>
**Linde LLC**

<u>Cross Defendant</u>
**Maremont Corporation**

<u>Cross Defendant</u>
**Miller Electric Mfg Co**                    represented by **Ronald Austin , Jr.**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>
**Owens-Illinois Inc**

<u>Cross Defendant</u>
**Patterson Pump Company**

<u>Cross Defendant</u>
**Peerless Pump Company**

<u>Cross Defendant</u>
**RSCC Wire & Cable**

<u>Cross Defendant</u>
**Rapid American Corporation**

<u>Cross Defendant</u>
**Riley Power, Inc.**

<u>Cross Defendant</u>
**Terex Corporation**

<u>Cross Defendant</u>

**The Manitowoc Company, Inc.**

<u>Cross Defendant</u>

**The Marley-Wylain Company**

<u>Cross Defendant</u>

**The Okonite Company**

<u>Cross Defendant</u>

**Trane US Inc**

<u>Cross Defendant</u>

**Young Insulation Group of St. Louis Inc**

represented by **Elizabeth Ashley Eldridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2011 | 1 | COMPLAINT filed by Dale R Woods; Jury Demand. Filing fee $ 350, receipt number 0752-5819428. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A - Defendant's home states and principal places of business, # 3 Exhibit B - Plaintiff's work history)(Cascino, Michael) (Entered: 03/21/2011) |
| 03/21/2011 | 2 | Disclosure Statement by Dale R Woods (Cascino, Michael) (Entered: 03/21/2011) |
| 03/21/2011 | 3 | Notice of Tag-Along Action by Dale R Woods (Cascino, Michael) (Entered: 03/21/2011) |
| 03/21/2011 | 4 | ATTORNEY Appearance for Plaintiff Dale R Woods by Michael Peter Cascino (Cascino, Michael) (Entered: 03/21/2011) |
| 03/21/2011 | | CASE ASSIGNED to the Honorable Robert W. Gettleman. Designated as Magistrate Judge the Honorable Morton Denlow. (daj, ) (Entered: 03/22/2011) |
| 04/13/2011 | 5 | ATTORNEY Appearance for Defendant Miller Electric Mfg Co by Ronald Austin, Jr (Austin, Ronald) (Entered: 04/13/2011) |
| 04/13/2011 | 6 | ANSWER to Complaint with Jury Demand by Miller Electric Mfg Co(Austin, Ronald) (Entered: 04/13/2011) |
| 04/13/2011 | 7 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Miller Electric Mfg Co (Austin, Ronald) (Entered: 04/13/2011) |
| 04/14/2011 | 8 | ATTORNEY Appearance for Defendant Miller Electric Mfg Co by Ronald Austin, Jr (Austin, Ronald) (Entered: 04/14/2011) |
| 04/25/2011 | 9 | ATTORNEY Appearance for Defendant Warren Pumps Inc by Michael J Denning (Denning, Michael) (Entered: 04/25/2011) |
| 04/25/2011 | 10 | *WARREN PUMPS, LLC, improperly named as WARREN PUMPS, a* |

| | | |
|---|---|---|
| | | *Corporation,* ANSWER to Complaint with Jury Demand *AFFIRMATIVE DEFENSES, ANSWER TO EXISTING AND FUTURE CROSS-CLAIMS OF CO-DEFENDANTS,* CROSSCLAIM by Warren Pumps Inc against All Defendants. by Warren Pumps Inc(Denning, Michael) (Entered: 04/25/2011) |
| 04/27/2011 | 11 | ATTORNEY Appearance for Defendant Warren Pumps Inc by Michael J Denning *CORRECTED* (Denning, Michael) (Entered: 04/27/2011) |
| 04/27/2011 | 12 | AFFIDAVIT of WARREN PUMPS, LLC. *RULE 7.1 DISCLOSURE STATEMENT* (Denning, Michael) (Entered: 04/27/2011) |
| 04/27/2011 | 13 | ATTORNEY Appearance for Defendant Young Insulation Group of St. Louis Inc by Steven Alan Hart (Hart, Steven) (Entered: 04/27/2011) |
| 04/27/2011 | 14 | ATTORNEY Appearance for Defendant Young Insulation Group of St. Louis Inc by Elizabeth Ashley Eldridge (Eldridge, Elizabeth) (Entered: 04/27/2011) |
| 04/28/2011 | 15 | *Appearance and Short Form* ANSWER to Complaint by Owens-Illinois Inc (Fischer, Matthew) (Entered: 04/28/2011) |
| 04/29/2011 | 16 | ATTORNEY Appearance for Defendant Cleaver Brooks Inc. by Daniel R. Griffin (Griffin, Daniel) (Entered: 04/29/2011) |
| 04/29/2011 | 17 | ANSWER to Complaint by Cleaver Brooks Inc. (Attachments: # 1 Notice of Filing, # 2 Certificate of Service)(Griffin, Daniel) (Entered: 04/29/2011) |
| 05/02/2011 | 18 | ANSWER to Complaint with Jury Demand by Crane Co(Kasper, James) (Entered: 05/02/2011) |
| 05/02/2011 | 19 | ATTORNEY Appearance for Defendant Crane Co by James Paul Kasper (Kasper, James) (Entered: 05/02/2011) |
| 05/02/2011 | 20 | Corporate Disclosure STATEMENT by Crane Co (Kasper, James) (Entered: 05/02/2011) |
| 05/02/2011 | 21 | Notice of Tag-Along Action by Crane Co (Kasper, James) (Entered: 05/02/2011) |
| 05/02/2011 | 22 | ATTORNEY Appearance for Defendant Crane Co by Stephen K. Milott (Milott, Stephen) (Entered: 05/02/2011) |
| 05/03/2011 | 23 | Summary Answer, Affirmative Defenses and Jury Demand by Bechtel Corporation (Taylor, Tobin) (Entered: 05/03/2011) |
| 05/03/2011 | 24 | MOTION by Defendant Bechtel Corporation to stay *Notice of Tag-Along Action and Motion to Stay Proceedings* (Taylor, Tobin) (Entered: 05/03/2011) |
| 05/04/2011 | 25 | ANSWER to Complaint with Jury Demand by CBS Corporation (Attachments: # 1 Jury Demand)(Christos, Demetra) (Entered: 05/04/2011) |
| 05/04/2011 | 26 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by CBS Corporation (Christos, Demetra) (Entered: 05/04/2011) |
| 05/04/2011 | 27 | Notice of Tag-Along Action by CBS Corporation (Christos, Demetra) (Entered: 05/04/2011) |

| 05/04/2011 | 28 | Disclosure Statement by CBS Corporation *Pursuant to F.R.C.P 7.1* (Christos, Demetra) (Entered: 05/04/2011) |
|---|---|---|
| 05/05/2011 | 29 | ATTORNEY Appearance for Defendant ExxonMobil Oil Corporation by Howard Patrick Morris *Certificate of Service* (Morris, Howard) (Entered: 05/05/2011) |
| 05/05/2011 | 30 | ANSWER to Complaint with Jury Demand *Affirmative Defenses* by ExxonMobil Oil Corporation(Morris, Howard) (Entered: 05/05/2011) |
| 05/05/2011 | 31 | Disclosure Statement by ExxonMobil Oil Corporation *pursuant to F.R.C.P 7.1* (Morris, Howard) (Entered: 05/05/2011) |
| 05/05/2011 | 32 | ATTORNEY Appearance for Defendant ExxonMobil Oil Corporation by David Francis Fanning *Certificate of Service* (Fanning, David) (Entered: 05/05/2011) |
| 05/09/2011 | 33 | ATTORNEY Appearance for Defendant The Okonite Company by Brian M. Hogan (Hogan, Brian) (Entered: 05/09/2011) |
| 05/09/2011 | 34 | ATTORNEY Appearance for Defendant AW Chesterton Company by Adam J Jagadich (Jagadich, Adam) (Entered: 05/09/2011) |
| 05/09/2011 | 35 | ANSWER to Complaint by The Okonite Company(Hogan, Brian) (Entered: 05/09/2011) |
| 05/09/2011 | 36 | ANSWER to Complaint by AW Chesterton Company(Jagadich, Adam) (Entered: 05/09/2011) |
| 05/09/2011 | 37 | CERTIFICATE of Service by Brian M. Hogan on behalf of The Okonite Company regarding answer to complaint 35 (Hogan, Brian) (Entered: 05/09/2011) |
| 05/10/2011 | 38 | ATTORNEY Appearance for Defendant Green Tweed & Co by Edward J. McCambridge (McCambridge, Edward) (Entered: 05/10/2011) |
| 05/10/2011 | 39 | MOTION by Defendant Green Tweed & Co to dismiss *Pursuant to FRCP 12 (b)(6)* (McCambridge, Edward) (Entered: 05/10/2011) |
| 05/12/2011 | 40 | ATTORNEY Appearance for Defendant The Marley-Wylain Company by Edward J. McCambridge (McCambridge, Edward) (Entered: 05/12/2011) |
| 05/12/2011 | 41 | MOTION by Defendant The Marley-Wylain Company to dismiss *Pursuant to FRCP 12(b)(b)* (McCambridge, Edward) (Entered: 05/12/2011) |
| 05/23/2011 | 42 | ATTORNEY Appearance for Defendant Maremont Corporation by Kevin Brian Duckworth (Duckworth, Kevin) (Entered: 05/23/2011) |
| 05/23/2011 | 43 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Maremont Corporation (Duckworth, Kevin) (Entered: 05/23/2011) |
| 05/23/2011 | 44 | ANSWER to Complaint with Jury Demand by Maremont Corporation (Duckworth, Kevin) (Entered: 05/23/2011) |
| 05/23/2011 | 45 | Notice of Tag-Along Action and Motion to Stay Proceedings by Maremont Corporation (Duckworth, Kevin) (Entered: 05/23/2011) |

| 05/25/2011 | 46 | ATTORNEY Appearance for Defendant Eaton Electrical Inc by Edward Henry MacCabe (MacCabe, Edward) (Entered: 05/25/2011) |
|---|---|---|
| 05/25/2011 | 47 | ANSWER to Complaint by Eaton Electrical Inc(MacCabe, Edward) (Entered: 05/25/2011) |
| 05/25/2011 | 48 | ATTORNEY Appearance for Defendant Eaton Electrical Inc by Timothy John Murphy (Murphy, Timothy) (Entered: 05/25/2011) |
| 05/25/2011 | 49 | ATTORNEY Appearance for Defendant Eaton Electrical Inc by Theodore James Hovda, Iii (Hovda, Theodore) (Entered: 05/25/2011) |
| 05/26/2011 | 50 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Cleaver Brooks Inc. (Attachments: # 1 Certificate of Service)(Griffin, Daniel) (Entered: 05/26/2011) |
| 05/31/2011 | 51 | RESPONSE by Dale R Woodsin Opposition to MOTION by Defendant Green Tweed & Co to dismiss *Pursuant to FRCP 12(b)(6)* 39 (Attachments: # 1 Memorandum in Support, # 2 Certificate of Service)(Cascino, Michael) (Entered: 05/31/2011) |
| 05/31/2011 | 52 | RESPONSE by Dale R Woodsin Opposition to MOTION by Defendant The Marley-Wylain Company to dismiss *Pursuant to FRCP 12(b)(b)* 41 (Attachments: # 1 Memorandum in Support, # 2 Certificate of Service) (Cascino, Michael) (Entered: 05/31/2011) |
| 05/31/2011 | 53 | ATTORNEY Appearance for Defendant Rapid American Corporation by Roger K. Heidenreich (Heidenreich, Roger) (Entered: 05/31/2011) |
| 05/31/2011 | 54 | *Defendant Rapid-American Corporation's Answer And Affirmative Defenses To Plaintiff's Complaint* ANSWER to Complaint by Rapid American Corporation(Heidenreich, Roger) (Entered: 05/31/2011) |
| 05/31/2011 | 55 | Defendant Rapid-American Corporation's Corporate Disclosure Statement Pursuant To FRCP 7.1 And LR 3.2 STATEMENT by Rapid American Corporation (Heidenreich, Roger) (Entered: 05/31/2011) |
| 05/31/2011 | 56 | ANSWER to Complaint *and Affirmative Defenses* by Young Insulation Group of St. Louis Inc(Eldridge, Elizabeth) (Entered: 05/31/2011) |
| 05/31/2011 | 57 | ATTORNEY Appearance for Defendant ITT Corporation by Jeffrey E. Rogers (Rogers, Jeffrey) (Entered: 05/31/2011) |
| 05/31/2011 | 58 | ANSWER to Complaint with Jury Demand by ITT Corporation(Rogers, Jeffrey) (Entered: 05/31/2011) |
| 05/31/2011 | 59 | Corporate Disclosure STATEMENT by ITT Corporation (Rogers, Jeffrey) (Entered: 05/31/2011) |
| 06/03/2011 | 60 | ATTORNEY Appearance for Defendant Terex Corporation by Michael William Drumke (Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 61 | ANSWER to Complaint with Jury Demand by Terex Corporation(Drumke, Michael) (Entered: 06/03/2011) |

| 06/03/2011 | 62 | MOTION by Defendant Terex Corporation to stay *Proceedings and Notice of Tag-Along Action* (Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 63 | NOTICE by Terex Corporation re attorney appearance 60 , answer to complaint 61 , MOTION by Defendant Terex Corporation to stay *Proceedings and Notice of Tag-Along Action* 62 *of Filing* (Drumke, Michael) (Entered: 06/03/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/03/2011 16:46:37 | | | |
| **PACER Login:** | sh0047 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:11-cv-01952 |
| **Billable Pages:** | 9 | **Cost:** | 0.72 |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Dale R Woods,

Plaintiff,

v.

A.W. Chesterton Company, a corporation,
Airgas Merchant Gases, LLC as succes in int to
AGA Gas, Inc., a corporation,
Bayer Crop Science, Inc., as successor to
Rhone-Poulenc AG Company Inc. &
Benjamin-Foster, Inc., a corporation,
Bechtel Corporation, a corporation,
CBS Corporation, a corporation,
Cleaver Brooks, Inc., a corporation,
Crane Co., a corporation,
Eaton Electrical, Inc., as successor to Cutler-
Hammer Inc., a corporation,
ExxonMobil Oil Corporation, a corporation,
General Electric Company, a corporation,
General Refractories Company, a corporation,
Georgia Pacific, LLC, a corporation,
Goulds Pumps, Inc., a corporation,
Graybar Electric Company, Inc., a corporation,
Greene, Tweed & Co, a corporation,
Hobart Brothers Company, a corporation,
ITT Corporation, a corporation,
Ingersoll Rand Company, a corporation,
JP Bushnell Packing & Supply Co., a
corporation,
Kobelco Machinery Machinery America
U.S.A., Inc, a corporation,
Lincoln Electric Company, a corporation,
Linde, LLC, f/k/a The Boc Group and/or
Airco, a corporation,
Maremont Corporation, a corporation,
Miller Electric Mfg. Co., a corporation,
Owens-Illinois Inc., a corporation,
Patterson Pump Company, a corporation,
Peerless Pump Company, a corporation,
RSCC Wire & Cable f/k/a Rockbestos-
Suprenant Cable, a corporation,
Rapid American Corporation, a corporation,

Case No.

Riley Power, Inc., a corporation,
Terex Corporation, Individually and as a
successor to Clark Material Handling
Company, a corporation,
The Manitowoc Company, a corporation,
The Marley-Wylain Company a/k/a/ Weil-
McLain Company, a corporation,
The Okonite Company, a corporation,
Trane U.S. Inc., a corporation,
Warren Pumps, a corporation,
Young Insulation Group of St. Louis, Inc., a
corporation,

                              Defendants.

## COMPLAINT

Now comes the plaintiff, Dale R Woods (hereinafter "Plaintiff"), by and through his attorneys,

Cascino Vaughan Law Offices, Ltd., and complains against defendants A.W. Chesterton Company, a

corporation, Airgas Merchant Gases, LLC as succes in int to AGA Gas, Inc., a corporation, Bayer

Crop Science, Inc., as successor to Rhone-Poulenc AG Company Inc. & Benjamin-Foster, Inc., a

corporation, Bechtel Corporation, a corporation, CBS Corporation, a corporation, Cleaver Brooks,

Inc., a corporation, Crane Co., a corporation, Eaton Electrical, Inc., as successor to Cutler-Hammer

Inc., a corporation, ExxonMobil Oil Corporation, a corporation, General Electric Company, a

corporation, General Refractories Company, a corporation, Georgia Pacific, LLC, a corporation,

Goulds Pumps, Inc., a corporation, Graybar Electric Company, Inc., a corporation, Greene, Tweed

& Co, a corporation, Hobart Brothers Company, a corporation, ITT Corporation, a corporation,

Ingersoll Rand Company, a corporation, JP Bushnell Packing & Supply Co., a corporation, Kobelco

Machinery Machinery America U.S.A., Inc, a corporation, Lincoln Electric Company, a corporation,

Linde, LLC, f/k/a The Boc Group and/or Airco, a corporation, Maremont Corporation, a corporation,

Miller Electric Mfg. Co., a corporation, Owens-Illinois Inc., a corporation, Patterson Pump

Company, a corporation, Peerless Pump Company, a corporation, RSCC Wire & Cable f/k/a

Rockbestos-Suprenant Cable, a corporation, Rapid American Corporation, a corporation, Riley

Power, Inc., a corporation, Terex Corporation, Individually and as a successor to Clark Material

Handling Company, a corporation, The Manitowoc Company, a corporation, The Marley-Wylain

Company a/k/a/ Weil-McLain Company, a corporation, The Okonite Company, a corporation, Trane

U.S. Inc., a corporation, Warren Pumps, a corporation, Young Insulation Group of St. Louis, Inc.,

a corporation, as follows:

## JURISDICTION

1.  Plaintiff is an adult citizen and resident of Illinois and resides in New Lenox, Illinois.

2.  Defendants are all corporations, none of which is incorporated in or has its principal place of

    business in the State of Illinois, and at all times relevant to the allegations contained herein were

    engaged in the business of designing, manufacturing, mining and selling welding rods and/or

    welding equipment, hereinafter referred to as "welding products", and/or asbestos and/or

    asbestos-containing products and/or asbestos-insulated equipment, hereinafter referred to as

    "asbestos products." Please refer to the attached Exhibit A for the state of incorporation and

    principal place of business of each defendant.

3.  Jurisdiction is based on diversity of citizenship of the parties hereto under Title 28, United States

    Code, §1332.

4.  The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000),

    exclusive of interest and costs.

5.  Venue is proper pursuant to Title 28, United States Code, §1391.

## GENERAL ALLEGATIONS

6.  Plaintiff during the course of his employment as an electrician at various job sites, including

    those listed on the attached Exhibit B, was exposed to welding fumes and asbestos dust or

    fibers emanating from the welding and/or asbestos products and/or asbestos insulated equipment

which was sold, manufactured, mined, distributed, packaged, installed or otherwise placed into commerce by defendants.

7.    Plaintiff was ignorant of the dangerous nature of welding fumes and/or asbestos and of the nature of the risks incurred by workers working with or near welding products and/or asbestos products.

8.    Plaintiff became aware of the welding fumes and asbestos-related condition and that said condition was caused by Defendants' wrongful conduct within the statute of limitations before the filing of this action.

9.    As a direct and proximate result of the conduct of Defendants, Plaintiff developed and had been diagnosed with lung cancer on 1/12/2010

10.    Plaintiff suffers great pain, physical impairment, great mental pain and anguish, is liable for large sums of money for medical and hospital care, and suffered losses to his personal property and possessions.

## COUNT I - PRODUCTS LIABILITY - NEGLIGENCE

11.    Plaintiff brings this count for negligence against all defendants except Airgas Merchant Gases, LLC; ExxonMobil Oil Corporation; Hobart Brothers Company; Lincoln Electric Company; Miller Electric Mfg. Co.; and Linde, Inc. and incorporates by reference all general allegations.

12.    It was reasonably foreseeable that Plaintiff and other workers would be working with or in the proximity of defendants' asbestos products and be exposed to airborne asbestos fibers.

13.    Defendants had a duty to exercise reasonable care for the safety of Plaintiff and others who worked with or were exposed to the defendants' asbestos products.

14.    Defendants knew or in the exercise of ordinary or reasonable care ought to have known asbestos causes disease and or death, and that Plaintiff did not know that asbestos

products were dangerous or harmful at the time of his exposures.

15.   Each defendant breached its duty of care and was negligent, including without limitation in one or more of the following acts or omissions:

   a.   Failed to adequately warn Plaintiff or others of the health hazards of asbestos;

   b.   Failed to warn Plaintiff or others of the danger and harm of the asbestos after the products or equipment were installed at the premises;

   c.   Failed to investigate or test for the health effects of asbestos prior to distribution and sale;

   d.   Failed to instruct Plaintiff, his employers or others in the use of precautionary measures relating to asbestos-containing products and/or asbestos-insulated equipment; and/or

   e.   Manufactured, mined, supplied, or installed unsafe asbestos-containing products or asbestos-insulated equipment.

16.   As a direct and proximate result of the acts and omissions of the product defendants above, Plaintiff was injured as described above.

## COUNT II - PRODUCTS LIABILITY - NEGLIGENCE

17.   Plaintiff brings this count for negligence and incorporates by reference all general allegations against the following defendants:

   a. Airgas Merchant Gases, LLC.

   b. Hobart Brother's company

   c. Lincoln Electric Company

   d. Linde, Inc.

   e. Miller Electric Mfg. Co.

18.   It was reasonably foreseeable that Plaintiff and other workers would be working with or in the proximity of defendants' welding products would be exposed to welding fumes and/or airborne asbestos fibers.

19. Defendants had a duty to exercise reasonable care for the safety of Plaintiff and others who worked with or were exposed to the defendants' welding products and/or asbestos products.

20. Defendants knew or in the exercise of ordinary or reasonable care ought to have known welding fumes and/or asbestos causes disease and or death, and that Plaintiff did not know that welding fumes and/or asbestos products were dangerous or harmful at the time of his exposures.

21. Each defendant breached its duty of care and was negligent, including without limitation in one or more of the following acts or omissions:

   a. Failed to adequately warn Plaintiff or others of the health hazards of welding fumes and/or asbestos;

   b. Failed to warn Plaintiff or others of the danger and harm of the welding fumes and/or asbestos after the products or equipment were installed at the premises;

   c. Failed to investigate or test for the health effects of welding fumes and/or asbestos prior to distribution and sale;

   d. Failed to instruct Plaintiff, his employers or others in the use of precautionary measures relating to welding fumes and/or asbestos-containing products and/or asbestos-insulated equipment; and/or

   e. Manufactured, mined, supplied, or installed unsafe welding products and/or asbestos-containing products or asbestos-insulated equipment.

22. As a direct and proximate result of the acts and omissions of the product defendants above, Plaintiff was injured as described above.

## COUNT III- NEGLIGENCE - PREMISES OWNER

23. Plaintiff reasserts and realleges the above general allegations 1-22 above.

24. This claim for negligence is brought against the following Defendant (hereinafter "Premises Defendant";

a. ExxonMobil Oil Corporation

25. Defendants were the owners of the premises during the dates and times of Plaintiff's exposures to asbestos indicated on exhibit B.

26. The condition of airborne dust containing asbestos insulation fibers released during the process of applying and removing thermal insulation existed at the premises in exhibit B.

27. When Plaintiff worked at the premises, defendants knew or should have known about the health hazards of asbestos.

28. Defendants in the exercise of ordinary care knew or should have known that the condition of its property involved an unreasonable risk of harm to persons on the premises, including employees of independent contractors such as Plaintiff, working at the premises.

29. Defendants knew or should have known that persons on the premises would not discover or realize the danger or would otherwise fail to protect themselves against it.

30. As the owners of the premises, defendants owed a duty to use ordinary care to provide a reasonably safe place for persons lawfully on the property, including Plaintiff.

31. Defendants breached its duty of care and was negligent by one or more of the following acts or omissions:

32.
    a.    failing to adequately warn Plaintiff of the dangers of harm from exposure to asbestos;

    b.    failing to instruct Plaintiff adequately about safety precautions for exposure to asbestos;

    c.    failing to establish adequate safety measures to protect Plaintiff from exposure to asbestos;

    d.    failing to adequately test for asbestos where Plaintiff worked;

    e.    employing any contractor which failed to take reasonable precautions against the danger of asbestos;

    f.    allowing the use of asbestos containing products at the premises;

    g.    failing to assign or hire personnel qualified to recognize, evaluate and control asbestos exposures at the premises.

33.    As a direct and proximate result of the acts and omissions of the premise defendants above, Plaintiff was injured as described above.

## PRAYER FOR RELIEF

34.    Plaintiff prays for relief as follows:

    a.    Judgment against defendants, jointly and severally, for compensatory and general damages.

    b.    Such further legal and equitable relief as the Court orders to do justice in this case; costs and disbursements of this action.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by a jury of 6.

Dated:  March 21, 2011.

/S/ Michael P. Cascino
One of the Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Ph: (312) 944-0600

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Dale R Woods | A.W. Chesterton Company, et al., |

| **(b)** County of Residence of First Listed Plaintiff    Will | County of Residence of First Listed Defendant _____ |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE<br>LAND INVOLVED. |

| **(c)** Attorney's (Firm Name, Address, and Telephone Number) | Attorneys (If Known) |
|---|---|
| Michael P. Cascino<br>Cascino Vaughan Law Offices, Ltd.<br>220 S. Ashland Ave., Chicago, IL 60067 Ph: (312) 944-0600 | |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (excl. vet.)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Inj. | **PERSONAL INJURY**<br>☐ 362 Personal Injury— Med. Malpractice<br>☐ 365 Personal Injury— Product Liability<br>☒ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Security/Commodity/Exch.<br>☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 445 ADA—Employment<br>☐ 446 ADA — Other<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>Habeas Corpus:<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

Title 28, United States Sec. 1332
Asbestos Injury Occupational Exposure

## VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

| VIII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ >75,000.00 | CHECK YES only if demanded in complaint:<br>JURY DEMAND: ☒ Yes ☐ No |
|---|---|---|---|

**IX. This case**

☒ is not a refiling of a previously dismissed action.

☐ is a refiling of case number _____ , previously dismissed by Judge _____

| DATE<br>3/21/2011 | SIGNATURE OF ATTORNEY OF RECORD<br>*Mike C___* |
|---|---|

## Exhibit A
### Defendants' Home States and Principal Places of Business

| Defendant | StateHdq | StatePrincBus |
|---|---|---|
| A.W. Chesterton Company | Massachusetts | Massachusetts |
| Airgas Merchant Gases, LLC as succes in int to AGA Gas, Inc. | Delaware | Arizona |
| Bayer Crop Science, Inc., as successor to Rhone-Poulenc AG Company Inc. & Benjamin-Foster, Inc. | Delaware | North Carolina |
| Bechtel Corporation | Nevada | California |
| CBS Corporation | Delaware | Pennsylvania |
| Cleaver Brooks, Inc. | Delaware | Wisconsin |
| Crane Co. | Delaware | Connecticut |
| Eaton Electrical, Inc., as successor to Cutler-Hammer Inc. | Delaware | Ohio |
| ExxonMobil Oil Corporation | New York | Texas |
| General Electric Company | New York | Connecticut |
| General Refractories Company | Pennsylvania | Pennsylvania |
| Georgia Pacific, LLC | Delaware | Georgia |
| Goulds Pumps, Inc. | Delaware | New York |
| Graybar Electric Company, Inc. | New York | Missouri |
| Greene, Tweed & Co | Pennsylvania | Pennsylvania |
| Hobart Brothers Company | Ohio | Ohio |
| ITT Corporation | Indiana | New York |
| Ingersoll Rand Company | New Jersey | New Jersey |
| JP Bushnell Packing & Supply Co. | Missouri | Missouri |
| Kobelco Machinery Machinery America U.S.A., Inc | Delaware | Georgia |
| Lincoln Electric Company | Ohio | Ohio |
| Linde, LLC, f/k/a The Boc Group and/or Airco | Delaware | New Jersey |
| Maremont Corporation | Delaware | Michigan |
| Miller Electric Mfg. Co. | Wisconsin | Wisconsin |

| Defendant | StateHdq | StatePrincBus |
|---|---|---|
| Owens-Illinois Inc. | Delaware | Ohio |
| Patterson Pump Company | Ohio | Georgia |
| Peerless Pump Company | Delaware | Indiana |
| RSCC Wire & Cable f/k/a Rockbestos-Suprenant Cable | Delaware | Connecticut |
| Rapid American Corporation | Delaware | New York |
| Riley Power, Inc. | Massachusetts | Massachusetts |
| Terex Corporation, Individually and as a successor to Clark Material Handling Company | Delaware | Connecticut |
| The Manitowoc Company | Wisconsin | Texas |
| The Marley-Wylain Company a/k/a/ Weil-McLain Company | Delaware | North Carolina |
| The Okonite Company | New Jersey | New Jersey |
| Trane U.S. Inc. | Delaware | New Jersey |
| Warren Pumps | Delaware | New Jersey |
| Young Insulation Group of St. Louis, Inc. | Missouri | Missouri |

### Exhibit B
### Plaintiff's work history

| SiteLocation | SiteCity | SiteSt | FirstYrId | LastYrId |
|---|---|---|---|---|
| Braidwood Nuclear Power Station | Braidwood | IL | 1978 | 1986 |
| Byron Nuclear Power Station | Rockford | IL | 1984 | 1984 |
| Corn Products | Argo | IL | 1987 | 1987 |
| Dresden Nuclear Power Station | Morris | IL | 1977 | 1977 |
| Dresden Nuclear Power Station | Morris | IL | 1977 | 1985 |
| Florsheim Shoes | Chicago | IL | 1975 | 1975 |
| Ford Torrence Plant | Chicago | IL | 1985 | 1985 |
| Henkel | Kankakee | IL | 1995 | 1995 |
| Hinsdale Hospital | Hinsdale | IL | 1975 | 1975 |
| Interlake Steel | Chicago | IL | 1988 | 1988 |
| LaSalle Nuclear Power Station | Seneca | IL | | |
| LaSalle Nuclear Power Station | Seneca | IL | 1976 | 1981 |
| Little Company of Mary Hospital | Evergreen Park | IL | 1967 | 1971 |
| McCormick Place | Chicago | IL | 1972 | 1995 |
| Mobil Oil Refinery | Joliet | IL | 1972 | 1993 |
| Northern Petro Chem | Morris | IL | 1974 | 1979 |
| Northern Petro Chem | Morris | IL | 1977 | 1985 |
| Olin Chemical | Joliet | IL | 1985 | 1985 |
| Republic Steel | Chicago | IL | 1976 | 1982 |
| Reynolds Aluminum | McCook | IL | 1978 | 1986 |
| Reynolds Aluminum | McCook | IL | 1978 | 1991 |
| Sherwin Williams Plant | Chicago | IL | 1974 | 1974 |
| South Works Steel Plant | Chicago | IL | 1973 | 1975 |
| Stephan Chemicals | Joliet | IL | 1986 | 1986 |
| Union Oil Refinery | Romeoville | IL | 1983 | 1985 |
| University Of Illinois | Chicago | IL | 1968 | 1970 |