## SCHEDULE OF ACTIONS

| Michael C. Ryan,<br><br>Plaintiff,<br><br>v.<br><br>Airgas Merchant Gases, LLC, Alfa Laval, Inc., Atlantic Richfield Company, Bayer Crop Science, Inc., Bechtel Corporation, Buffalo Pumps, Inc., Cleaver Brooks, Inc., Crane Co., DAP Products, Inc., General Refractories Company, Goulds Pumps, Inc., Greene, Tweed & Co, Hobart Brothers Company, ITT Corporation, Ingersoll Rand Company, Kaiser Gypsum Company, Inc., Lincoln Electric Company, Linde, LLC, Miller Electric Mfg. Co., Minnesota Mining and Manufacturing Co., Occidental Chemical Corporation, Parker-Hannifin Corporation, Peerless Pump Company, Plastics Engineering Company, Riley Power, Inc., Rogers Corporation, The Marley-Wylain Company, Trane U.S. Inc., Union Carbide Corporation, Young Insulation Group of St. Louis, Inc.<br><br>Defendants. | United States District Court for the Northern District of Illinois Eastern Division | Case No.:<br>1:11-cv-01953 | Honorable Blanche M. Manning |
|---|---|---|---|