TERMED, VALDEZ

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 4.2 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:11-cv-01953

Ryan v. Airgas Merchant Gases LLC et al
Assigned to: Honorable Blanche M. Manning
Demand: $75,000
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 03/21/2011
Date Terminated: 04/20/2011
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**Michael C Ryan**                          represented by **Michael Peter Cascino**
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600
Email: michaelp.cascino@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Airgas Merchant Gases LLC**
*as a succes in int to AGA GAs, Inc., a
corporation*

**Defendant**

**Alfa Laval, Inc.**                        represented by **Rick C Shea**
*a corporation*                             Swanson, Martin & Bell
330 North Wabash
Suite 3300
Chicago, IL 60611
312 321-9100
Email: rshea@smbtrials.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Atlantic Richfield Company**              represented by **Alan Stuart Zelkowitz**
*a corporation*                             Pretzel & Stouffer, Chtd.
One South Wacker Drive
Suite 2500
Chicago, IL 60606-4673
(312) 578-7456
Email: azelkowitz@pretzel-
stouffer.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bayer Crop Science Inc**
*a corporation*
*successor*
Rhone-Poulenc AG Company Inc.
*successor*
Benjamin-Foster, Inc.

**Defendant**

**Bechtel Corporation**
*a corporation*

**Defendant**

**Buffalo Pumps Inc**
*a corporation*

**Defendant**

**Cleaver Brooks Inc.**
*a corporation*

represented by **Daniel R. Griffin**
O'Connell Tivin Miller & Burns, LLC
135 South LaSalle Street
Suite 2300
Chicago, IL 60603
312 256 8800
Fax: 312 256 8808
Email: dgriffin@djoalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meredith Suzanne Hudgens**
O'Connell, Tivin, Miller & Burns, LLC
135 South LaSalle Street
Suite 2300
Chicago, IL 60603
312-256-8800
Email: mhudgens@djoalaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crane Co**
*a corporation*

represented by **Stephen K. Milott**
Gunty and McCarthy
150 South Wacker Drive
Suite 1025
Chicago, IL 60606
(312) 541-0022
Email:
stephen.milott@guntymccarthy.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**James Paul Kasper**
Gunty & McCarthy Law Offices
150 South Wacker Drive
Suite 1025
Chicago, IL 60606
(312) 541-0022
Email:
jamie.kasper@guntymccarthy.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**DAP Products Inc**
*Individually and as a*
*successor*
DAP, Inc., a corporation

**Defendant**

**General Refractories Company**
*a corporation*

**Defendant**

**Goulds Pumps Inc**
*a corporation*

**Defendant**

**Green, Tweed & Co.**                    represented by **Edward J. McCambridge**
*a corporation*                                        Segal, McCambridge, Singer &
                                                       Mahoney, Ltd.
                                                       5500
                                                       233 S. Wacker Drive
                                                       Chicago, IL 60606
                                                       (312) 645-7800
                                                       Email: emccambridge@smsm.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Hobart Brothers Company**                represented by **Michael William Drumke**
*a corporation*                                        HeplerBroom LLC
                                                       150 N. Wacker Drive
                                                       Suite 3100
                                                       Chicago, IL 60606-1659
                                                       312-230-9100
                                                       Fax: 312-230-9201
                                                       Email: mdrumke@heplerbroom.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**ITT Corporation**
*a corporation*

represented by **Jeffrey E. Rogers**
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-7567
(312)849-8100
Email: jerogers@mcguirewoods.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ingersoll Rand Company**
*a corporation*

**Defendant**

**Kaiser Gypsum Company, Inc**
*a corporation*

represented by **David Lee Szlanfucht**
Rasmussen, Willis, Dickey & Moore,
LLC
9200 Ward Parkway
Suite 400
Kansas City, MO 64114
(816) 360-1730
Email: dszlanfucht@rwdmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lincoln Electric Company**
*a corporation*

represented by **Michael William Drumke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Linde LLC**
*a corporation*
*formerly known as*
The Boc Group
*formerly known as*
Airco Inc

represented by **Michael William Drumke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Miller Electric Mfg Co**
*a corporation*

represented by **Ronald Austin , Jr.**
Brothers & Thompson, P.C.
Two Prudential Plaza
180 N. Stetson Street
Suite 4525
Chicago, IL 60601
(312) 372-2909

Fax: (312) 297-1020
Email: raustin@brothersthompson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Minnesota Mining and Manufacturing Co.**
*a corporation*

represented by **Edward J. McCambridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parker-Hannifin Corporation**
*a corporation*

**Defendant**

**Peerless Pump Company**
*a corporation*

**Defendant**

**Plastics Engineering Company**
*a corporation*
*also known as*
Plenco

represented by **Edward J. McCambridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Riley Power, Inc.**
*a corporation,, a corporation*

**Defendant**

**Rogers Corporation**
*a corporation*

**Defendant**

**The Marley-Wylain Company**
*a corporation*
*also known as*
Weil-McLain Company

represented by **Edward J. McCambridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Trane U.S. Inc.**
*a corporation*

**Defendant**

**Union Carbide Corporation**
*a corporation*

**Defendant**

**Young Insulation Group of St. Louis**

represented by **Steven Alan Hart**

**Inc**
*a corporation*

Segal, McCambridge, Singer &
Mahoney
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
(312) 645-7800
Email: shart@smsm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Ashley Eldridge**
Segal McCambridge Singer &
Mahoney, Ltd.
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
(312) 645-7800
Fax: (312) 645-7880
Email: eeldridge@smsm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Occidental Chemical Corporation**
*a corporation*
*successor*
Hooker Chemical

represented by **Michael T. Trucco**
Stamos & Trucco LLP
One East Wacker Drive
Third Floor
Chicago, IL 60601
(312) 630-7979
Email: mtrucco@stamostrucco.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2011 | 1 | COMPLAINT filed by Michael C Ryan; Jury Demand. Filing fee $ 350, receipt number 0752-5819446. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A - Defendant's home states and principal places of business, # 3 Exhibit B - Plaintiff's work history)(Cascino, Michael) (Entered: 03/21/2011) |
| 03/21/2011 | 2 | ATTORNEY Appearance for Plaintiff Michael C Ryan by Michael Peter Cascino (Cascino, Michael) (Entered: 03/21/2011) |
| 03/21/2011 | 3 | Disclosure Statement by Michael C Ryan (Cascino, Michael) (Entered: 03/21/2011) |
| 03/21/2011 | 4 | Notice of Tag-Along Action by Michael C Ryan (Cascino, Michael) (Entered: 03/21/2011) |
| 03/21/2011 | | CASE ASSIGNED to the Honorable Blanche M. Manning. Designated as Magistrate Judge the Honorable Maria Valdez. (daj, ) (Entered: 03/22/2011) |

| 04/13/2011 | 5 | ATTORNEY Appearance for Defendant Miller Electric Mfg Co by Ronald Austin, Jr (Austin, Ronald) (Entered: 04/13/2011) |
|---|---|---|
| 04/13/2011 | 6 | ANSWER to Complaint with Jury Demand by Miller Electric Mfg Co(Austin, Ronald) (Entered: 04/13/2011) |
| 04/13/2011 | 7 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Miller Electric Mfg Co (Austin, Ronald) (Entered: 04/13/2011) |
| 04/20/2011 | 8 | MINUTE entry before Honorable Blanche M. Manning: In light of the notice of tag-along action, this case is placed on the court's suspense docket pending a determination by the MDL Panel. Any party may request that the case be transferred back to the court's active docket.Civil case terminated. Mailed notice (rth, ) (Entered: 04/20/2011) |
| 04/27/2011 | 9 | ATTORNEY Appearance for Defendant Young Insulation Group of St. Louis Inc by Elizabeth Ashley Eldridge (Eldridge, Elizabeth) (Entered: 04/27/2011) |
| 04/27/2011 | 10 | ATTORNEY Appearance for Defendant Young Insulation Group of St. Louis Inc by Steven Alan Hart (Hart, Steven) (Entered: 04/27/2011) |
| 04/28/2011 | 11 | ATTORNEY Appearance for Defendant Kaiser Gypsum Company, Inc by David Lee Szlanfucht (Szlanfucht, David) (Entered: 04/28/2011) |
| 04/28/2011 | 12 | ANSWER to Complaint by Kaiser Gypsum Company, Inc(Szlanfucht, David) (Entered: 04/28/2011) |
| 04/28/2011 | 13 | MOTION by Defendant Kaiser Gypsum Company, Inc for disclosure *statement pursuant to Fed. R. Civ. P. 7.1* (Szlanfucht, David) (Entered: 04/28/2011) |
| 04/29/2011 | 14 | ATTORNEY Appearance for Defendant Kaiser Gypsum Company, Inc by David Lee Szlanfucht (Szlanfucht, David) (Entered: 04/29/2011) |
| 04/29/2011 | 15 | ATTORNEY Appearance for Defendant Cleaver Brooks Inc. by Daniel R. Griffin (Griffin, Daniel) (Entered: 04/29/2011) |
| 04/29/2011 | 16 | ANSWER to Complaint by Cleaver Brooks Inc. (Attachments: # 1 Notice of Filing, # 2 Certificate of Service)(Griffin, Daniel) (Entered: 04/29/2011) |
| 04/29/2011 | 17 | ATTORNEY Appearance for Defendant Alfa Laval, Inc. by Rick C Shea (Shea, Rick) (Entered: 04/29/2011) |
| 04/29/2011 | 18 | MOTION by Defendant Alfa Laval, Inc. to dismiss *Plaintiff's Complaint pursuant to Fed.R.CIV.P. 12 (b)(6)* (Attachments: # 1 Memorandum, # 2 Complaint)(Shea, Rick) (Entered: 04/29/2011) |
| 04/29/2011 | 19 | NOTICE of Motion by Rick C Shea for presentment of motion to dismiss 18 before Honorable Blanche M. Manning on 5/5/2011 at 11:00 AM. (Shea, Rick) (Entered: 04/29/2011) |
| 05/03/2011 | 20 | ATTORNEY Appearance for Defendant Cleaver Brooks Inc. by Meredith Suzanne Hudgens (Attachments: # 1 Certificate of Service)(Hudgens, Meredith) (Entered: 05/03/2011) |

| 05/04/2011 | 21 | RESPONSE by Michael C Ryan in Opposition to MOTION by Defendant Alfa Laval, Inc. to dismiss *Plaintiff's Complaint pursuant to Fed.R.CIV.P. 12 (b)(6)* 18 (Attachments: # 1 Brief in Support, # 2 Certificate of Service, # 3 Text of Proposed Order)(Cascino, Michael) (Entered: 05/04/2011) |
|---|---|---|
| 05/04/2011 | 22 | MINUTE entry before Honorable Blanche M. Manning: Defendant's motion to dismiss 18 is taken under advisement. No appearance is required on 5/5/2011.Mailed notice (rth, ) (Entered: 05/04/2011) |
| 05/10/2011 | 23 | ATTORNEY Appearance for Defendant Plastics Engineering Company by Edward J. McCambridge (McCambridge, Edward) (Entered: 05/10/2011) |
| 05/10/2011 | 24 | MOTION by Defendant Plastics Engineering Company to dismiss *Pursuant to Rule 12(b)(6)* (McCambridge, Edward) (Entered: 05/10/2011) |
| 05/10/2011 | 25 | ATTORNEY Appearance for Defendant Minnesota Mining and Manufacturing Co. by Edward J. McCambridge (McCambridge, Edward) (Entered: 05/10/2011) |
| 05/10/2011 | 26 | MOTION by Defendant Minnesota Mining and Manufacturing Co. to dismiss *Pursuant to FRCP 12(b)(6)* (McCambridge, Edward) (Entered: 05/10/2011) |
| 05/10/2011 | 27 | ATTORNEY Appearance for Defendant Green, Tweed & Co. by Edward J. McCambridge (McCambridge, Edward) (Entered: 05/10/2011) |
| 05/10/2011 | 28 | MOTION by Defendant Green, Tweed & Co. to dismiss *Pursuant to FRCP 12 (b)(6)* (McCambridge, Edward) (Entered: 05/10/2011) |
| 05/12/2011 | 29 | ATTORNEY Appearance for Defendant The Marley-Wylain Company by Edward J. McCambridge (McCambridge, Edward) (Entered: 05/12/2011) |
| 05/12/2011 | 30 | MOTION by Defendant The Marley-Wylain Company to dismiss *Pursuant to FRCP 12(b)(6)* (McCambridge, Edward) (Entered: 05/12/2011) |
| 05/12/2011 | 31 | ANSWER to Complaint with Jury Demand by Crane Co(Kasper, James) (Entered: 05/12/2011) |
| 05/12/2011 | 32 | CERTIFICATE of Service *Answer, Appearances and, Corp. Disclosure Statement* by James Paul Kasper on behalf of Crane Co regarding answer to complaint 31 (Kasper, James) (Entered: 05/12/2011) |
| 05/12/2011 | 33 | Corporate Disclosure STATEMENT by Crane Co (Kasper, James) (Entered: 05/12/2011) |
| 05/12/2011 | 34 | ATTORNEY Appearance for Defendant Crane Co by James Paul Kasper (Kasper, James) (Entered: 05/12/2011) |
| 05/12/2011 | 35 | ATTORNEY Appearance for Defendant Crane Co by Stephen K. Milott (Milott, Stephen) (Entered: 05/12/2011) |
| 05/18/2011 | 36 | ATTORNEY Appearance for Defendant Atlantic Richfield Company by Alan Stuart Zelkowitz (Zelkowitz, Alan) (Entered: 05/18/2011) |
| 05/26/2011 | 37 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Cleaver Brooks Inc. (Attachments: # 1 Certificate of Service)(Griffin, Daniel) (Entered: |

| | | 05/26/2011) |
|---|---|---|
| 05/31/2011 | 38 | RESPONSE by Michael C Ryanin Opposition to MOTION by Defendant Plastics Engineering Company to dismiss *Pursuant to Rule 12(b)(6)* 24 (Attachments: # 1 Memorandum in Support, # 2 Certificate of Service) (Cascino, Michael) (Entered: 05/31/2011) |
| 05/31/2011 | 39 | RESPONSE by Michael C Ryanin Opposition to MOTION by Defendant The Marley-Wylain Company to dismiss *Pursuant to FRCP 12(b)(6)* 30 (Attachments: # 1 Memorandum in Support, # 2 Certificate of Service) (Cascino, Michael) (Entered: 05/31/2011) |
| 05/31/2011 | 40 | RESPONSE by Michael C Ryanin Opposition to MOTION by Defendant Minnesota Mining and Manufacturing Co. to dismiss *Pursuant to FRCP 12(b) (6)* 26 (Attachments: # 1 Memorandum in Support, # 2 Certificate of Service) (Cascino, Michael) (Entered: 05/31/2011) |
| 05/31/2011 | 41 | RESPONSE by Michael C Ryanin Opposition to MOTION by Defendant Green, Tweed & Co. to dismiss *Pursuant to FRCP 12 (b)(6)* 28 (Attachments: # 1 Memorandum in Support, # 2 Certificate of Service)(Cascino, Michael) (Entered: 05/31/2011) |
| 05/31/2011 | 42 | ATTORNEY Appearance for Defendant Occidental Chemical Corporation by Michael T. Trucco (Trucco, Michael) (Entered: 05/31/2011) |
| 05/31/2011 | 43 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Occidental Chemical Corporation (Trucco, Michael) (Entered: 05/31/2011) |
| 05/31/2011 | 44 | MOTION by Defendant Occidental Chemical Corporation to dismiss *Plaintiff's First Amended Complaint* (Trucco, Michael) (Entered: 05/31/2011) |
| 05/31/2011 | 45 | ANSWER to Complaint *and Affirmative Defenses* by Young Insulation Group of St. Louis Inc(Eldridge, Elizabeth) (Entered: 05/31/2011) |
| 05/31/2011 | 46 | ATTORNEY Appearance for Defendant ITT Corporation by Jeffrey E. Rogers (Rogers, Jeffrey) (Entered: 05/31/2011) |
| 05/31/2011 | 47 | ANSWER to Complaint with Jury Demand by ITT Corporation(Rogers, Jeffrey) (Entered: 05/31/2011) |
| 05/31/2011 | 48 | Corporate Disclosure STATEMENT by ITT Corporation (Rogers, Jeffrey) (Entered: 05/31/2011) |
| 06/03/2011 | 49 | ATTORNEY Appearance for Defendant Hobart Brothers Company by Michael William Drumke (Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 50 | ANSWER to Complaint with Jury Demand by Hobart Brothers Company (Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 51 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Hobart Brothers Company (Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 52 | MOTION by Defendant Hobart Brothers Company to stay *to Stay Proceedings and Notice of Tag-Along Action* (Drumke, Michael) (Entered: 06/03/2011) |

| 06/03/2011 | 53 | ATTORNEY Appearance for Defendant Lincoln Electric Company by Michael William Drumke (Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 54 | ANSWER to Complaint with Jury Demand by Lincoln Electric Company (Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 55 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Lincoln Electric Company (Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 56 | MOTION by Defendant Lincoln Electric Company to stay *Proceedings and Notice of Tag-Along Action* (Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 57 | ATTORNEY Appearance for Defendant Linde LLC by Michael William Drumke (Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 58 | ANSWER to Complaint with Jury Demand by Linde LLC(Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 59 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Linde LLC (Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 60 | MOTION by Defendant Linde LLC to stay *Proceedings and Notice of Tag-Along Action* (Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 61 | NOTICE by Hobart Brothers Company, Lincoln Electric Company, Linde LLC re MOTION by Defendant Linde LLC to stay *Proceedings and Notice of Tag-Along Action* 60 , attorney appearance 53 , answer to complaint 58 , notification of affiliates pursuant to local rule 3.2 55 , attorney appearance 49 , MOTION by Defendant Lincoln Electric Company to stay *Proceedings and Notice of Tag-Along Action* 56 , answer to complaint 50 , notification of affiliates pursuant to local rule 3.2 51 , attorney appearance 57 , answer to complaint 54 , MOTION by Defendant Hobart Brothers Company to stay *to Stay Proceedings and Notice of Tag-Along Action* 52 , notification of affiliates pursuant to local rule 3.2 59 *of Filing* (Drumke, Michael) (Entered: 06/03/2011) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/03/2011 18:11:37 | | |
| **PACER Login:** | sh0047 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:11-cv-01953 |
| **Billable Pages:** | 7 | **Cost:** | 0.56 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Michael C Ryan,

                               Plaintiff,

     v.                                     Case No.

Airgas Merchant Gases, LLC as succes in int to
AGA Gas, Inc., a corporation,
Alfa Laval, Inc., a corporation,
Atlantic Richfield Company , a corporation,
Bayer Crop Science, Inc., as successor to
Rhone-Poulenc AG Company Inc. &
Benjamin-Foster, Inc., a corporation,
Bechtel Corporation , a corporation,
Buffalo Pumps, Inc., a corporation,
Cleaver Brooks, Inc., a corporation,
Crane Co., a corporation,
DAP Products, Inc., Individually and as
Successor to DAP, Inc., a corporation,
General Refractories Company , a corporation,
Goulds Pumps, Inc., a corporation,
Greene, Tweed & Co , a corporation,
Hobart Brothers Company , a corporation,
ITT Corporation , a corporation,
Ingersoll Rand Company , a corporation,
Kaiser Gypsum Company, Inc., a corporation,
Lincoln Electric Company , a corporation,
Linde, LLC, f/k/a The Boc Group and/or Airco
, a corporation,
Miller Electric Mfg. Co., a corporation,
Minnesota Mining and Manufacturing Co., a
corporation,
Occidental Chemical Corporation as successor
to Hooker Chemical , a corporation,
Parker-Hannifin Corporation , a corporation,
Peerless Pump Company, a corporation,
Plastics Engineering Company a/k/a Plenco , a
corporation,
Riley Power, Inc., a corporation,, a
corporation,
Rogers Corporation, a corporation,

The Marley-Wylain Company a/k/a/ Weil-
McLain Company, a corporation,
Trane U.S. Inc., a corporation,
Union Carbide Corporation, a corporation,
Young Insulation Group of St. Louis, Inc., a
corporation,

                                        Defendants.

## FIRST AMENDED COMPLAINT

Now comes the plaintiff, Michael C Ryan (hereinafter "Plaintiff"), by and through his attorneys,

Cascino Vaughan Law Offices, Ltd., and complains against defendants Airgas Merchant Gases, LLC as

succes in int to AGA Gas, Inc., a corporation, Alfa Laval, Inc., a corporation, Atlantic Richfield

Company , a corporation, Bayer Crop Science, Inc., as successor to Rhone-Poulenc AG Company

Inc. & Benjamin-Foster, Inc., a corporation, Bechtel Corporation , a corporation, Buffalo Pumps,

Inc., a corporation, Cleaver Brooks, Inc., a corporation, Crane Co., a corporation, DAP Products,

Inc., Individually and as Successor to DAP, Inc., a corporation, General Refractories Company , a

corporation, Goulds Pumps, Inc., a corporation, Greene, Tweed & Co , a corporation, Hobart

Brothers Company , a corporation, ITT Corporation , a corporation, Ingersoll Rand Company , a

corporation, Kaiser Gypsum Company, Inc., a corporation, Lincoln Electric Company , a

corporation, Linde, LLC, f/k/a The Boc Group and/or Airco , a corporation, Miller Electric Mfg. Co.,

a corporation, Minnesota Mining and Manufacturing Co., a corporation, Occidental Chemical

Corporation as successor to Hooker Chemical , a corporation, Parker-Hannifin Corporation , a

corporation, Peerless Pump Company, a corporation, Plastics Engineering Company a/k/a Plenco

, a corporation, Riley Power, Inc., a corporation,, a corporation, Rogers Corporation, a corporation,

The Marley-Wylain Company a/k/a/  Weil-McLain Company, a corporation, Trane U.S. Inc., a

corporation, Union Carbide Corporation, a corporation, Young Insulation Group of St. Louis, Inc.,

a corporation, as follows:

## JURISDICTION

1.  Plaintiff is an adult citizen and resident of Illinois and resides in Dixon, Illinois.

2.  Defendants are all corporations, none of which is incorporated in or has its principal place of business in the State of Illinois, and at all times relevant to the allegations contained herein were engaged in the business of designing, manufacturing, mining and selling asbestos and/or asbestos-containing products and/or asbestos-insulated equipment, hereinafter referred to as "asbestos products." Please refer to the attached Exhibit A for the state of incorporation and principal place of business of each defendant.

3.  Jurisdiction is based on diversity of citizenship of the parties hereto under Title 28, United States Code, §1332.

4.  The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

5.  Venue is proper pursuant to Title 28, United States Code, §1391.

## GENERAL ALLEGATIONS

6.  Plaintiff during the course of his employment as a Pipefitter at various job sites, including those listed on the attached Exhibit B was exposed to asbestos dust or fibers emanating from the asbestos products and/or asbestos insulated equipment which was sold, manufactured, mined, distributed, packaged, installed or otherwise placed into commerce by defendants.

7.  Plaintiff was ignorant of the dangerous nature of asbestos and of the nature of the risks incurred by workers working with or near asbestos products.

8.  Plaintiff became aware of the asbestos-related condition and that said condition was caused by Defendants' wrongful conduct within the statute of limitations before the filing of this action.

9.  As a direct and proximate result of the conduct of Defendants, Plaintiff developed and had been diagnosed with esophageal cancer on 6/17/2010.

10. Plaintiff suffers great pain, physical impairment, great mental pain and anguish, is liable for large sums of money for medical and hospital care, and suffered losses to his personal property and possessions.

## COUNT I - PRODUCTS LIABILITY - NEGLIGENCE

11. Plaintiff brings this count for negligence against all defendants and incorporates by reference all general allegations.

12. It was reasonably foreseeable that Plaintiff and other workers would be working with or in the proximity of defendants' asbestos products and be exposed to airborne asbestos fibers.

13. Defendants had a duty to exercise reasonable care for the safety of Plaintiff and others who worked with or were exposed to the defendants' asbestos products.

14. Defendants knew or in the exercise of ordinary or reasonable care ought to have known asbestos causes disease and or death, and that Plaintiff did not know that asbestos products were dangerous or harmful at the time of his exposures.

15. Each defendant breached its duty of care and was negligent, including without limitation in one or more of the following acts or omissions:

   a. Failed to adequately warn Plaintiff or others of the health hazards of asbestos;

   b. Failed to warn Plaintiff or others of the danger and harm of the asbestos after the products or equipment were installed at the premises;

   c. Failed to investigate or test for the health effects of asbestos prior to distribution and sale;

   d. Failed to instruct Plaintiff, his employers or others in the use of precautionary measures relating to asbestos-containing products and/or asbestos-insulated equipment; and/or

   e. Manufactured, mined, supplied, or installed unsafe asbestos-containing products or asbestos-insulated equipment.

16. As a direct and proximate result of the acts and omissions of the product defendants above, Plaintiff was injured as described above.

## COUNT II- NEGLIGENCE - PREMISES OWNER

17. Plaintiff reasserts and realleges the above general allegations 1-16 above.

18. This claim for negligence is brought against the following Defendant (hereinafter "Premises Defendant";

      a. Union Carbide Corporation

19. Defendants were the owners of the premises during the dates and times of Plaintiff's exposures to asbestos indicated on exhibit B.

20. The condition of airborne dust containing asbestos insulation fibers released during the process of applying and removing thermal insulation existed at the premises in exhibit B.

21. When Plaintiff worked at the premises, defendants knew or should have known about the health hazards of asbestos.

22. Defendants in the exercise of ordinary care knew or should have known that the condition of its property involved an unreasonable risk of harm to persons on the premises, including employees of independent contractors such as Plaintiff, working at the premises.

23. Defendants knew or should have known that persons on the premises would not discover or realize the danger or would otherwise fail to protect themselves against it.

24. As the owners of the premises, defendants owed a duty to use ordinary care to provide a reasonably safe place for persons lawfully on the property, including Plaintiff.

25. Defendants breached its duty of care and was negligent by one or more of the following acts or omissions:

26.

   a.   failing to adequately warn Plaintiff of the dangers of harm from exposure to asbestos;

   b.   failing to instruct Plaintiff adequately about safety precautions for exposure to asbestos;

   c.   failing to establish adequate safety measures to protect Plaintiff from exposure to asbestos;

   d.   failing to adequately test for asbestos where Plaintiff worked;

   e.   employing any contractor which failed to take reasonable precautions against the danger of asbestos;

   f.   allowing the use of asbestos containing products at the premises;

   g.   failing to assign or hire personnel qualified to recognize, evaluate and control asbestos exposures at the premises.

27.   As a direct and proximate result of the acts and omissions of the premise defendants

above, Plaintiff was injured as described above.

## PRAYER FOR RELIEF

28.   Plaintiff prays for relief as follows:

   a.   Judgment against defendants, jointly and severally, for compensatory and general damages.

   b.   Such further legal and equitable relief as the Court orders to do justice in this case; costs and disbursements of this action.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by a jury of 6.


Dated: March 21, 2011


/S/ Michael P. Cascino
One of the Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Ph: (312) 944-0600

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**

Michael C Ryan,

**DEFENDANTS**

Airgas Merchant Gases, LLC, et al.,

**(b)** County of Residence of First Listed Plaintiff   Will
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave., Chicago, IL 60607 Ph: (312) 944-0600

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1   U.S. Government   Plaintiff | ☐ 3   Federal Question   (U.S. Government Not a Party) |
| ☐ 2   U.S. Government   Defendant | ☒ 4   Diversity   (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product |    Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |    Liability | ☐ 365 Personal Injury — |    of Property 21 USC 881 |    28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & |    Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
|    & Enforcement of Judgment |    Slander | ☒ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' |    Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights |    Corrupt Organizations |
| ☐ 152 Recovery of Defaulted |    Liability |    Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 480 Consumer Credit |
|    Student Loans (excl. vet.) | ☐ 340 Marine | **PERSONAL PROPERTY** |    Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Satellite TV |
| ☐ 153 Recovery of Overpayment | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
|    of Veteran's Benefits |    Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 850 Security/Commodity/Exch. |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle |    Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) |    12 USC 3410 |
| ☐ 195 Contract Product Liability |    Product Liability | ☐ 385 Property Damage |    Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | ☐ 360 Other Personal Inj. |    Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate |    & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment |    Sentence | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ |    Habeas Corpus: | |    or Defendant) |    Determination Under |
| ☐ 240 Torts to Land |    Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS—Third Party |    Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | |    26 USC 7609 | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 ADA — Employment | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | |    State Statutes |
| | ☐ 446 ADA — Other | ☐ 550 Civil Rights |    Security Act | | ☐ 890 Other Statutory Actions |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

| | |
|---|---|
| ☒ 1   Original Proceeding | ☐ 2   Removed from State Court |
| ☐ 3   Remanded from Appellate Court | ☐ 4   Reinstated or Reopened |
| ☐ 5   Transferred from another district (specify) | ☐ 6   Multidistrict Litigation |
| ☐ 7   Appeal to District Judge from Magistrate Judgment | |

## VI. CAUSE OF ACTION   (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

Title 28, United States Sec. 1332
Asbestos Injury Occupational Exposure

## VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ >75,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes   ☐ No

**IX. This case**

☐ is not a refiling of a previously dismissed action.

☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE   3-21-2011

SIGNATURE OF ATTORNEY OF RECORD   Mike Cas___

**Exhibit A**
Defendants' Home States and Principal Places of Business

| Defendant | StateHdq | StatePrincBus |
|---|---|---|
| Airgas Merchant Gases, LLC as succes in int to AGA Gas, Inc. | Delaware | Arizona |
| Alfa Laval, Inc. | New Jersey | Virginia |
| Atlantic Richfield Company | Delaware | Texas |
| Bayer Crop Science, Inc., as successor to Rhone-Poulenc AG Company Inc. & Benjamin-Foster, Inc. | Delaware | North Carolina |
| Bechtel Corporation | Nevada | California |
| Buffalo Pumps, Inc. | Delaware | New York |
| Cleaver Brooks, Inc. | Delaware | Wisconsin |
| Crane Co. | Delaware | Connecticut |
| DAP Products, Inc., Individually and as Successor to DAP, Inc. | Delaware | Maryland |
| General Refractories Company | Pennsylvania | Pennsylvania |
| Goulds Pumps, Inc. | Delaware | New York |
| Greene, Tweed & Co | Pennsylvania | Pennsylvania |
| Hobart Brothers Company | Ohio | Ohio |
| ITT Corporation | Indiana | New York |
| Ingersoll Rand Company | New Jersey | New Jersey |
| Kaiser Gypsum Company, Inc. | Washington | Pennsylvania |
| Lincoln Electric Company | Ohio | Ohio |
| Linde, LLC, f/k/a The Boc Group and/or Airco | Delaware | New Jersey |
| Miller Electric Mfg. Co. | Wisconsin | Wisconsin |
| Minnesota Mining and Manufacturing Co. | Delaware | Delaware |
| Occidental Chemical Corporation as successor to Hooker Chemical | New York | Texas |
| Parker-Hannifin Corporation | Ohio | Ohio |

| Defendant | StateHdq | StatePrincBus |
|---|---|---|
| Peerless Pump Company | Delaware | Indiana |
| Plastics Engineering Company a/k/a Plenco | Wisconsin | Wisconsin |
| Riley Power, Inc. | Massachusetts | Massachusetts |
| Rogers Corporation | Massachusetts | Connecticut |
| The Marley-Wylain Company a/k/a/ Weil-McLain Company | Delaware | North Carolina |
| Trane U.S. Inc. | Delaware | New Jersey |
| Union Carbide Corporation | New York | Texas |
| Young Insulation Group of St. Louis, Inc. | Missouri | Missouri |

**Exhibit B**
Plaintiff's work history

| SiteLocation | SiteCity | SiteSt | FirstYrId | LastYrId |
|---|---|---|---|---|
| B.F. Goodrich | Henry | IL | 1957 | 1977 |
| Bakelite | Ottawa | IL | 1960 | 1979 |
| Braidwood Nuclear Power Station | Braidwood | IL | 1987 | 1999 |
| Chanute Air Force Base | Rantoul | IL | 1970 | 1976 |
| Clinton Nuclear Power Station | Clinton | IL | 1986 | 1986 |
| Corn Products | Argo | IL | 1986 | 1992 |
| Hennepin Power Station | Hennepin | IL | 1958 | 1958 |
| Hope Creek Power Station | Pennsville | NJ | 1985 | 1989 |
| J&L Steel | Hennepin | IL | 1965 | 1967 |
| Kellog Cereal Factory | Battle Creek | MI | 1990 | 1990 |
| Kraft | Humko | IL | 1970 | 1976 |
| LaSalle Nuclear Power Station | Seneca | IL | 1979 | 1990 |
| Lauhoff Grain | Danville | IL | 1970 | 1976 |
| Libbey Owens Ford | Ottawa | IL | 1962 | 1962 |
| Marbon | Ottawa | IL | 1965 | 1966 |
| Ottawa Township High School | Ottawa | IL | 1960 | 1978 |
| Peach Bottom MIK Power Station | Peach Bottom | PA | 1989 | 1989 |
| Powerton Power Station | Pekin | IL | 1997 | 1999 |
| Streator High School | Streator | IL | 1959 | 1979 |
| University Of Illinois | Champaign | IL | 1969 | 1976 |
| Waukegan Power Station | Waukegan | IL | 1995 | 1997 |
| Will County Power Station | Will County | IL | 1999 | 1999 |