**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| Deon W. Wright, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Docket No. 875 |
| | ) | |
| v. | ) | |
| | ) | |
| A.W. Chesterton Company, *et al*., | ) | N. Dist. IL Case No. 1:11-cv-01954 |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF TAG-ALONG ACTION AND MOTION TO STAY PROCEEDINGS**

TO:   Mr. Jeffery N. Lüthi– Clerk of the Panel
      United States Judicial Panel on Multidistrict Litigation
      Thurgood Marshall Federal Judiciary Building
      One Columbus Circle, NE, Room G-255, North Lobby
      Washington, DC 20002-8004

RE:   Asbestos Products Liability Litigation
      MDL Docket No. 875

COMES NOW, Defendant, The Lincoln Electric Company, by its attorneys, HEPLERBROOM LLC, for its Notice of Tag-Along Action and Motion to Stay Proceedings states:

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel of Multidistrict Litigation entered an order, (MDL Transfer Order), transferring all asbestos cases then pending in federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. That order also applies to tag-along actions or actions involving common questions of fact filed after January 17, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court and the Panel that the above-captioned case is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania, and further moves this Court to stay the instant proceeding pending acknowledgment of the acceptance or rejection of the transfer. The Clerk of the Panel may either: (1) enter a Conditional Transfer Order pursuant to MDL Rule 7.4(a); or (2) file an Order to Show Cause why the action should not be transferred pursuant to MDL Rule 7.5(b).

Copies of the above-captioned complaint and this Notice have been electronically filed with the Clerk of the Panel, United States Judicial Panel on Multidistrict Litigation, using the United States Judicial Panel on Multidistrict Litigation's ECF system.

Dated: June 3, 2011

**DEFENDANT DEMANDS TRIAL BY JURY**

Respectfully submitted,

HEPLERBROOM LLC

By: s/Michael W. Drumke
Michael W. Drumke
Northern District of Illinois Bar No. 90784298
Attorneys for Defendant, The Lincoln Electric Company
HEPLERBROOM LLC
150 N. Wacker Drive, Suite 3100
Chicago, Illinois 60606
Telephone: (312) 230-9100
Facsimile: (312) 230-9201
E-mail: mdrumke@heplerbroom.com