## SCHEDULE OF ACTIONS

| Deon W. Wright, Plaintiff, v. A.W. Chesterton Company, Airgas Merchant Gases, LLC, CBS Corporation, Cleaver Brooks, Inc., Commonwealth Edison, Crane Co., Foster Wheeler LLC, General Electric Company, Goulds Pumps, Inc., Hobart Brothers Company, Ingersoll Rand Company, John Crane Inc., Lincoln Electric Company, Linde, LLC, Miller Electric Mfg. Co., Oakfabco Inc., Owens-Illinois Inc., Rapid American Corporation, Riley Power, Inc., Trane U.S. Inc., Union Carbide Corporation, Defendants. | United States District Court for the Northern District of Illinois Eastern Division | Case No.: 1:11-cv-01954 | Honorable Rebecca R. Pallmeyer |
|---|---|---|---|