**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| Deon W. Wright, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Docket No. 875 |
| | ) | |
| v. | ) | |
| | ) | |
| A.W. Chesterton Company, *et al.*, | ) | *N. Dist. IL Case No. 1:11-cv-01954* |
| | ) | |
| | ) | |
| Defendants. | ) | |

**PROOF OF SERVICE**

I hereby certify that on June 3, 2011, I electronically filed the foregoing Notice of Tag-Along Action and Motion to Stay Proceedings, Schedule of Actions, Court Docket Sheet and Plaintiff's Complaint with the Clerk of the Court using the ECF system, and copies of these documents have been placed in the U.S. Mail, First Class, postage prepaid and sent to:

Mr. Michael P. Cascino, Cascino Vaughn Law Offices, Ltd., 220 S. Ashland Avenue, Chicago, Illinois, 60607, and all counsel of record.

By: s/Michael W. Drumke
Michael W. Drumke
Northern District of Illinois Bar No. 90784298
Attorneys for Defendant, The Lincoln Electric Company
HEPLERBROOM LLC
150 N. Wacker Drive, Suite 3100
Chicago, Illinois 60606
Telephone: (312) 230-9100
Facsimile: (312) 230-9201
E-mail: mdrumke@heplerbroom.com