KIM

## United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 4.2 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:11-cv-01954

Wright v. AW Chesterton Company et al
Assigned to: Honorable Rebecca R. Pallmeyer
Demand: $75,000
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 03/21/2011
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

### Plaintiff

**Deon W Wright**    represented by **Michael Peter Cascino**
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600
Email: michaelp.cascino@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**AW Chesterton Company**    represented by **Adam J Jagadich**
*a corporation*
Segal, McCambridge, Singer & Mahoney
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
(312) 645-7800
Fax: (312) 645-7711
Email: ajagadich@smsm.com
*ATTORNEY TO BE NOTICED*

### Defendant

**Airgas Merchant Gases LLC**
*a corporation*
*successor*
AGA Gas Inc

### Defendant

**CBS Corporation**    represented by **Demetra Arapakis Christos**
*a corporation*
Foley & Mansfield
39 S. LaSalle St.
Suite 1110
Chicago, IL 60603
312-233-2560 x702

Email: dchristos@foleymansfiled.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cleaver Brooks Inc.**     represented by **Daniel R. Griffin**
O'Connell Tivin Miller & Burns, LLC
135 South LaSalle Street
Suite 2300
Chicago, IL 60603
312 256 8800
Fax: 312 256 8808
Email: dgriffin@djoalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Commonwealth Edison Company**
*a corporation*

**Defendant**

**Crane Co**     represented by **Stephen K. Milott**
*a corporation*                       Gunty and McCarthy
150 South Wacker Drive
Suite 1025
Chicago, IL 60606
(312) 541-0022
Email: stephen.milott@guntymccarthy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Paul Kasper**
Gunty & McCarthy Law Offices
150 South Wacker Drive
Suite 1025
Chicago, IL 60606
(312) 541-0022
Email: jamie.kasper@guntymccarthy.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Foster Wheeler LLC**
*a corporation*

**Defendant**

**General Electric Company**
*a corporation*

**Defendant**

**Goulds Pumps Inc**
*a corporation*

**Defendant**

**Hobart Brothers Company**                    represented by **Michael William Drumke**
*a corporation*                                                HeplerBroom LLC
                                                               150 N. Wacker Drive
                                                               Suite 3100
                                                               Chicago, IL 60606-1659
                                                               312-230-9100
                                                               Fax: 312-230-9201
                                                               Email: mdrumke@heplerbroom.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Ingersoll Rand Company**
*a corporation*

**Defendant**

**John Crane Company**
*a corporation*

**Defendant**

**Lincoln Electric Company**                   represented by **Michael William Drumke**
*a corporation*                                                (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Linde LLC**                                  represented by **Michael William Drumke**
*formerly known as*                                            (See above for address)
The BOC Group, Inc.                                            *LEAD ATTORNEY*
*successor*                                                    *ATTORNEY TO BE NOTICED*
Airco Inc

**Defendant**

**Miller Electric Mfg Co**                     represented by **Ronald Austin , Jr.**
*a corporation*                                                Brothers & Thompson, P.C.
                                                               Two Prudential Plaza
                                                               180 N. Stetson Street
                                                               Suite 4525
                                                               Chicago, IL 60601
                                                               (312) 372-2909
                                                               Fax: (312) 297-1020
                                                               Email: raustin@brothersthompson.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Oakfabco Inc**
*a corporation*

**Defendant**

**Owens-Illinois Inc.**　　　　　　　　　represented by **Matthew J. Fischer**
　　　　　　　　　　　　　　　　　　　　　　Schiff Hardin LLP
　　　　　　　　　　　　　　　　　　　　　　233 South Wacker Drive
　　　　　　　　　　　　　　　　　　　　　　Suite 6600
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　(312) 258-5500
　　　　　　　　　　　　　　　　　　　　　　Email: mfischer@schiffhardin.com
　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Rapid American Corporation**　　　　　represented by **Roger K. Heidenreich**
*a corporation*　　　　　　　　　　　　　　　　SNR Denton US LLP
　　　　　　　　　　　　　　　　　　　　　　One Metropolitan Square
　　　　　　　　　　　　　　　　　　　　　　Suite 3000
　　　　　　　　　　　　　　　　　　　　　　211 N. Broadway
　　　　　　　　　　　　　　　　　　　　　　St. Louis, MO 63102-2711
　　　　　　　　　　　　　　　　　　　　　　(314)241-1800
　　　　　　　　　　　　　　　　　　　　　　Email:
　　　　　　　　　　　　　　　　　　　　　　roger.heidenreich@snrdenton.com
　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Riley Power, Inc.**
*a corporation*

**Defendant**

**Trane US Inc**
*a corporation*

**Defendant**

**Union Carbide Corporation**
*a corporation*

**Cross Claimant**

**AW Chesterton Company**　　　　　　represented by **Adam J Jagadich**
*a corporation*　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**AW Chesterton Company**　　　　　　represented by **Adam J Jagadich**
*a corporation*　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2011 | 1 | COMPLAINT filed by Deon W Wright; Jury Demand. Filing fee $ 350, receipt number 0752-5819465. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A - Defendant's home states and principal places of business, # 3 Exhibit B - Plaintiff's work history)(Cascino, Michael) (Entered: 03/21/2011) |
| 03/21/2011 | 2 | ATTORNEY Appearance for Plaintiff Deon W Wright by Michael Peter Cascino (Cascino, Michael) (Entered: 03/21/2011) |
| 03/21/2011 | 3 | Disclosure Statement by Deon W Wright (Cascino, Michael) (Entered: 03/21/2011) |
| 03/21/2011 | 4 | Notice of Tag-Along Action by Deon W Wright (Cascino, Michael) (Entered: 03/21/2011) |
| 03/21/2011 |  | CASE ASSIGNED to the Honorable Rebecca R. Pallmeyer. Designated as Magistrate Judge the Honorable Young B. Kim. (daj, ) (Entered: 03/22/2011) |
| 03/23/2011 | 5 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Status hearing set for 5/23/2011 at 09:00 AM, courtroom 2119. Mailed notice (etv, ) (Entered: 03/23/2011) |
| 04/13/2011 | 6 | ATTORNEY Appearance for Defendant Miller Electric Mfg Co by Ronald Austin, Jr (Austin, Ronald) (Entered: 04/13/2011) |
| 04/13/2011 | 7 | ANSWER to Complaint with Jury Demand by Miller Electric Mfg Co(Austin, Ronald) (Entered: 04/13/2011) |
| 04/13/2011 | 8 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Miller Electric Mfg Co (Austin, Ronald) (Entered: 04/13/2011) |
| 04/28/2011 | 9 | *Appearance and Short Form* ANSWER to Complaint by Owens-Illinois Inc. (Fischer, Matthew) (Entered: 04/28/2011) |
| 04/29/2011 | 10 | ATTORNEY Appearance for Defendant Cleaver Brooks Inc. by Daniel R. Griffin (Griffin, Daniel) (Entered: 04/29/2011) |
| 04/29/2011 | 11 | ANSWER to Complaint by Cleaver Brooks Inc. (Attachments: # 1 Notice of Filing, # 2 Certificate of Service)(Griffin, Daniel) (Entered: 04/29/2011) |
| 05/02/2011 | 12 | ANSWER to Complaint with Jury Demand by Crane Co(Kasper, James) (Entered: 05/02/2011) |
| 05/02/2011 | 13 | ATTORNEY Appearance for Defendant Crane Co by James Paul Kasper (Kasper, James) (Entered: 05/02/2011) |
| 05/02/2011 | 14 | Corporate Disclosure STATEMENT by Crane Co (Kasper, James) (Entered: 05/02/2011) |
| 05/02/2011 | 15 | Notice of Tag-Along Action by Crane Co (Kasper, James) (Entered: 05/02/2011) |
| 05/02/2011 | 16 | ATTORNEY Appearance for Defendant Crane Co by Stephen K. Milott (Milott, Stephen) (Entered: 05/02/2011) |

| Date | No. | Description |
|---|---|---|
| 05/04/2011 | 17 | ANSWER to Complaint with Jury Demand by CBS Corporation (Attachments: # 1 Jury Demand)(Christos, Demetra) (Entered: 05/04/2011) |
| 05/04/2011 | 18 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by CBS Corporation (Christos, Demetra) (Entered: 05/04/2011) |
| 05/04/2011 | 19 | NOTICE of Tag-Along Action by CBS Corporation (Christos, Demetra) Docket text modified by the Clerk's Office. (Entered: 05/04/2011) |
| 05/04/2011 | 20 | Notice of Tag-Along Action by CBS Corporation (Christos, Demetra) (Duplicate filing of document 19 .) Docket text modified by the Clerk's Office. (Entered: 05/04/2011) |
| 05/09/2011 | 21 | ATTORNEY Appearance for Defendant AW Chesterton Company by Adam J Jagadich (Jagadich, Adam) (Entered: 05/09/2011) |
| 05/09/2011 | 22 | ANSWER to Complaint, CROSSCLAIM by AW Chesterton Company against AW Chesterton Company. by AW Chesterton Company(Jagadich, Adam) (Entered: 05/09/2011) |
| 05/23/2011 | 23 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Status hearing held on 5/23/2011. Status hearing set for 7/7/2011 at 09:00 AM. Mailed notice (etv, ) (Entered: 05/23/2011) |
| 05/26/2011 | 24 | CORPORATE Disclosure Statement by Cleaver Brooks Inc. (Attachments: # 1 Certificate of Service)(Griffin, Daniel) (Docket text Modified by clerk's office on 5/27/2011 (ca, ). (Entered: 05/26/2011) |
| 05/31/2011 | 25 | ATTORNEY Appearance for Defendant Rapid American Corporation by Roger K. Heidenreich (Heidenreich, Roger) (Entered: 05/31/2011) |
| 05/31/2011 | 26 | *Affirmative Defenses and* ANSWER to Complaint by Rapid American Corporation(Heidenreich, Roger) Docket text modified by the Clerk's Office. (Entered: 05/31/2011) |
| 05/31/2011 | 27 | Defendant Rapid-American Corporation's Corporate Disclosure Statement Pursuant To FRCP 7.1 And LR 3.2 STATEMENT by Rapid American Corporation (Heidenreich, Roger) (Entered: 05/31/2011) |
| 06/03/2011 | 28 | ATTORNEY Appearance for Defendant Hobart Brothers Company by Michael William Drumke (Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 29 | ANSWER to Complaint with Jury Demand by Hobart Brothers Company (Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 30 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Hobart Brothers Company (Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 31 | MOTION by Defendant Hobart Brothers Company to stay *Proceedings and Notice of Tag-Along Action* (Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 32 | ATTORNEY Appearance for Defendant Lincoln Electric Company by Michael William Drumke (Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 33 | ANSWER to Complaint with Jury Demand by Lincoln Electric Company |

|  |  |  |
|---|---|---|
|  |  | (Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 34 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Lincoln Electric Company (Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 35 | MOTION by Defendant Lincoln Electric Company to stay *Proceedings and Notice of Tag-Along Action* (Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 36 | ATTORNEY Appearance for Defendant Linde LLC by Michael William Drumke (Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 37 | ANSWER to Complaint with Jury Demand by Linde LLC(Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 38 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Linde LLC (Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 39 | MOTION by Defendant Linde LLC to stay *Proceedings and Notice of Tag-Along Action* (Drumke, Michael) (Entered: 06/03/2011) |
| 06/03/2011 | 40 | NOTICE by Hobart Brothers Company, Lincoln Electric Company, Linde LLC re MOTION by Defendant Hobart Brothers Company to stay *Proceedings and Notice of Tag-Along Action* 31 , answer to complaint 37 , attorney appearance 36 , notification of affiliates pursuant to local rule 3.2 30 , notification of affiliates pursuant to local rule 3.2 38 , MOTION by Defendant Lincoln Electric Company to stay *Proceedings and Notice of Tag-Along Action* 35 , attorney appearance 32 , answer to complaint 29 , notification of affiliates pursuant to local rule 3.2 34 , attorney appearance 28 , answer to complaint 33 , MOTION by Defendant Linde LLC to stay *Proceedings and Notice of Tag-Along Action* 39 *of Filing* (Drumke, Michael) (Entered: 06/03/2011) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 06/03/2011 18:59:25 ||||
| PACER Login: | sh0047 | Client Code: |  |
| Description: | Docket Report | Search Criteria: | 1:11-cv-01954 |
| Billable Pages: | 5 | Cost: | 0.40 |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Deon W Wright,

                            Plaintiff,

v.

A.W. Chesterton Company, a corporation,
Airgas Merchant Gases, LLC as succes in int to
AGA Gas, Inc., a corporation,
CBS Corporation, a corporation,
Cleaver Brooks, Inc., a corporation,
Commonwealth Edison, a corporation,
Crane Co., a corporation,
Foster Wheeler LLC, a corporation,
General Electric Company, a corporation,
Goulds Pumps, Inc., a corporation,
Hobart Brothers Company, a corporation,
Ingersoll Rand Company, a corporation,
John Crane Inc., a corporation,
Lincoln Electric Company, a corporation,
Linde, LLC, f/k/a The Boc Group and/or
Airco, a corporation,
Miller Electric Mfg. Co., a corporation,
Oakfabco Inc., a corporation,
Owens-Illinois Inc., a corporation,
Rapid American Corporation, a corporation,
Riley Power, Inc., a corporation,
Trane U.S. Inc., a corporation,
Union Carbide Corporation, a corporation,

                            Defendants.

Case No.

## COMPLAINT

Now comes the plaintiff, Deon W Wright (hereinafter "Plaintiff"), by and through his attorneys, Cascino Vaughan Law Offices, Ltd., and complains against defendants A.W. Chesterton Company, a corporation, Airgas Merchant Gases, LLC as succes in int to AGA Gas, Inc., a corporation, CBS Corporation, a corporation, Cleaver Brooks, Inc., a corporation, Commonwealth Edison, a

corporation, Crane Co., a corporation, ExxonMobil Oil Corporation, a corporation, Foster Wheeler LLC, a corporation, General Electric Company, a corporation, Goulds Pumps, Inc., a corporation, Hobart Brothers Company, a corporation, Ingersoll Rand Company, a corporation, John Crane Inc., a corporation, Lincoln Electric Company, a corporation, Linde, LLC, f/k/a The Boc Group and/or Airco, a corporation, Miller Electric Mfg. Co., a corporation, Oakfabco Inc., a corporation, Owens-Illinois Inc., a corporation, Rapid American Corporation, a corporation, Riley Power, Inc., a corporation, The Marley-Wylain Company a/k/a/ Weil-McLain Company, a corporation, Trane U.S. Inc., a corporation, Union Carbide Corporation, a corporation, as follows:

## JURISDICTION

1. Plaintiff is an adult citizen and resident of North Carolina and resides in Aberdeen, North Carolina.

2. Defendants are all corporations, none of which is incorporated in or has its principal place of business in the State of North Carolina, and at all times relevant to the allegations contained herein were engaged in the business of designing, manufacturing, mining and selling welding rods and/or welding equipment, hereinafter referred to as "welding products", and/or asbestos and/or asbestos-containing products and/or asbestos-insulated equipment, hereinafter referred to as "asbestos products." Please refer to the attached Exhibit A for the state of incorporation and principal place of business of each defendant.

3. Jurisdiction is based on diversity of citizenship of the parties hereto under Title 28, United States Code, §1332.

4. The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

5. Venue is proper pursuant to Title 28, United States Code, §1391.

## GENERAL ALLEGATIONS

6. Plaintiff during the course of his employment as a construction Pipe fitter and Welder at various

job sites, including those listed on the attached Exhibit B, was exposed to welding fumes and asbestos dust or fibers emanating from the welding and/or asbestos products and/or asbestos insulated equipment which was sold, manufactured, mined, distributed, packaged, installed or otherwise placed into commerce by defendants.

7. Plaintiff was ignorant of the dangerous nature of welding fumes and/or asbestos and of the nature of the risks incurred by workers working with or near welding products and/or asbestos products.

8. Plaintiff became aware of the welding fumes and asbestos-related condition and that said condition was caused by Defendants' wrongful conduct within the statute of limitations before the filing of this action.

9. As a direct and proximate result of the conduct of Defendants, Plaintiff developed and had been diagnosed with lung cancer on 4/19/2009

10. Plaintiff suffers great pain, physical impairment, great mental pain and anguish, is liable for large sums of money for medical and hospital care, and suffered losses to his personal property and possessions.

### COUNT I - PRODUCTS LIABILITY - NEGLIGENCE

11. Plaintiff brings this count for negligence against all defendants except Airgas Merchant Gases, LLC; Commonwealth Edison Company ; Hobart Brothers Company; Lincoln Electric Company; Miller Electric Mfg. Co.; and Linde, Inc., and incorporates by reference all general allegations.

12. It was reasonably foreseeable that Plaintiff and other workers would be working with or in the proximity of defendants' asbestos products and be exposed to airborne asbestos fibers.

13. Defendants had a duty to exercise reasonable care for the safety of Plaintiff and others who worked with or were exposed to the defendants' asbestos products.

14. Defendants knew or in the exercise of ordinary or reasonable care ought to have known asbestos causes disease and or death, and that Plaintiff did not know that asbestos products were dangerous or harmful at the time of his exposures.

15. Each defendant breached its duty of care and was negligent, including without limitation in one or more of the following acts or omissions:

   a. Failed to adequately warn Plaintiff or others of the health hazards of asbestos;

   b. Failed to warn Plaintiff or others of the danger and harm of the asbestos after the products or equipment were installed at the premises;

   c. Failed to investigate or test for the health effects of asbestos prior to distribution and sale;

   d. Failed to instruct Plaintiff, his employers or others in the use of precautionary measures relating to asbestos-containing products and/or asbestos-insulated equipment; and/or

   e. Manufactured, mined, supplied, or installed unsafe asbestos-containing products or asbestos-insulated equipment.

16. As a direct and proximate result of the acts and omissions of the product defendants above, Plaintiff was injured as described above.

## COUNT II - PRODUCTS LIABILITY - NEGLIGENCE

17. Plaintiff brings this count for negligence and incorporates by reference all general allegations against the following defendants:

   a. Airgas Merchant Gases, LLC.

   b. Hobart Brother's company

   c. Lincoln Electric Company

   d. Linde, Inc.

   e. Miller Electric Mfg. Co.

18. It was reasonably foreseeable that Plaintiff and other workers would be working with or

in the proximity of defendants' welding products would be exposed to welding fumes and/or airborne asbestos fibers.

19. Defendants had a duty to exercise reasonable care for the safety of Plaintiff and others who worked with or were exposed to the defendants' welding products and/or asbestos products.

20. Defendants knew or in the exercise of ordinary or reasonable care ought to have known welding fumes and/or asbestos causes disease and or death, and that Plaintiff did not know that welding fumes and/or asbestos products were dangerous or harmful at the time of his exposures.

21. Each defendant breached its duty of care and was negligent, including without limitation in one or more of the following acts or omissions:

   a. Failed to adequately warn Plaintiff or others of the health hazards of welding fumes and/or asbestos;

   b. Failed to warn Plaintiff or others of the danger and harm of the welding fumes and/or asbestos after the products or equipment were installed at the premises;

   c. Failed to investigate or test for the health effects of welding fumes and/or asbestos prior to distribution and sale;

   d. Failed to instruct Plaintiff, his employers or others in the use of precautionary measures relating to welding fumes and/or asbestos-containing products and/or asbestos-insulated equipment; and/or

   e. Manufactured, mined, supplied, or installed unsafe welding products and/or asbestos-containing products or asbestos-insulated equipment.

22. As a direct and proximate result of the acts and omissions of the product defendants above, Plaintiff was injured as described above.

**COUNT III- NEGLIGENCE - PREMISES OWNER**

23. Plaintiff reasserts and realleges the above general allegations 1-22 above.

24. This claim for negligence is brought against the following Defendants (hereinafter "Premises Defendants";

    a. Commonwealth Edison Company

25. Defendants were the owners of the premises during the dates and times of Plaintiff's exposures to asbestos indicated on exhibit B.

26. The condition of airborne dust containing asbestos insulation fibers released during the process of applying and removing thermal insulation existed at the premises in exhibit B.

27. When Plaintiff worked at the premises, defendants knew or should have known about the health hazards of asbestos.

28. Defendants in the exercise of ordinary care knew or should have known that the condition of its property involved an unreasonable risk of harm to persons on the premises, including employees of independent contractors such as Plaintiff, working at the premises.

29. Defendants knew or should have known that persons on the premises would not discover or realize the danger or would otherwise fail to protect themselves against it.

30. As the owners of the premises, defendants owed a duty to use ordinary care to provide a reasonably safe place for persons lawfully on the property, including Plaintiff.

31. Defendants breached its duty of care and was negligent by one or more of the following acts or omissions:

32.
    a. failing to adequately warn Plaintiff of the dangers of harm from exposure to asbestos;

    b. failing to instruct Plaintiff adequately about safety precautions for exposure to asbestos;

   c. failing to establish adequate safety measures to protect Plaintiff from exposure to asbestos;

   d. failing to adequately test for asbestos where Plaintiff worked;

   e. employing any contractor which failed to take reasonable precautions against the danger of asbestos;

   f. allowing the use of asbestos containing products at the premises;

   g. failing to assign or hire personnel qualified to recognize, evaluate and control asbestos exposures at the premises.

33. As a direct and proximate result of the acts and omissions of the premise defendants above, Plaintiff was injured as described above.

## PRAYER FOR RELIEF

34. Plaintiff prays for relief as follows:

   a. Judgment against defendants, jointly and severally, for compensatory and general damages.

   b. Such further legal and equitable relief as the Court orders to do justice in this case; costs and disbursements of this action.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by a jury of 6.


Dated: March 21, 2011


/S/ Michael P. Cascino
One of the Plaintiff's Attorneys


Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Ph: (312) 944-0600

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Deon W Wright,

**DEFENDANTS**
A.W. Chesterton Company, et al.,

**(b)** County of Residence of First Listed Plaintiff   Lake, NC
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave., Chicago, IL 60067 Ph: (312) 944-0600

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury— Med. Malpractice | 620 Other Food & Drug | | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability / 365 Personal Injury— Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | 423 Withdrawal 28 USC 157 | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / [x] 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine / **PERSONAL PROPERTY** | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (excl. vet.) | 345 Marine Product Liability / 370 Other Fraud | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 371 Truth in Lending | 690 Other | | 490 Cable/Satellite TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | 810 Selective Service |
| 190 Other Contract | 360 Other Personal Inj. / 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Security/Commodity/Exch. |
| 195 Contract Product Liability | | | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | | 720 Labor/Mgmt. Relations | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 730 Labor/Mgmt.Reporting & Disclosure Act | 864 SSID Title XVI | 892 Economic Stabilization Act |
| 210 Land Condemnation | 441 Voting / 510 Motions to Vacate Sentence | 740 Railway Labor Act | 865 RSI (405(g)) | 893 Environmental Matters |
| 220 Foreclosure | 442 Employment / Habeas Corpus: | 790 Other Labor Litigation | **FEDERAL TAX SUITS** | 894 Energy Allocation Act |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations / 530 General | 791 Empl. Ret. Inc. Security Act | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 240 Torts to Land | 444 Welfare / 535 Death Penalty | | 871 IRS—Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 245 Tort Product Liability | 445 ADA—Employment / 540 Mandamus & Other | | | 950 Constitutionality of State Statutes |
| 290 All Other Real Property | 446 ADA — Other / 550 Civil Rights | | | 890 Other Statutory Actions |
| | 440 Other Civil Rights / 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

Title 28, United States Sec. 1332
Asbestos Injury Occupational Exposure

## VII. PREVIOUS BANKRUPTCY MATTERS
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ >75,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## IX. This case
- [x] is not a refiling of a previously dismissed action.
- [ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE 3/21/2011
SIGNATURE OF ATTORNEY OF RECORD
*/s/ Mike C____*

Exhibit A
Defendants' Home States and Principal Places of Business

| Defendant | StateHdq | StatePrincBus |
|---|---|---|
| A.W. Chesterton Company | Massachusetts | Massachusetts |
| Airgas Merchant Gases, LLC as succes in int to AGA Gas, Inc. | Delaware | Arizona |
| CBS Corporation | Delaware | Pennsylvania |
| Cleaver Brooks, Inc. | Delaware | Wisconsin |
| Commonwealth Edison | Illinois | Illinois |
| Crane Co. | Delaware | Connecticut |
| Foster Wheeler LLC | Pennsylvania | New York |
| General Electric Company | New York | Connecticut |
| Goulds Pumps, Inc. | Delaware | New York |
| Hobart Brothers Company | Ohio | Ohio |
| Ingersoll Rand Company | New Jersey | New Jersey |
| John Crane Inc. | Delaware | Illinois |
| Lincoln Electric Company | Ohio | Ohio |
| Linde, LLC, f/k/a The Boc Group and/or Airco | Delaware | New Jersey |
| Miller Electric Mfg. Co. | Wisconsin | Wisconsin |
| Oakfabco Inc. | Illinois | Illinois |
| Owens-Illinois Inc. | Delaware | Ohio |
| Rapid American Corporation | Delaware | New York |
| Riley Power, Inc. | Massachusetts | Massachusetts |
| Trane U.S. Inc. | Delaware | New Jersey |
| Union Carbide Corporation | New York | Texas |

**Exhibit B**
Plaintiff's work history

| Site Location | Site City | State | First Year | Last Year |
|---|---|---|---|---|
| US Steel Pipe Mill | Fairfield | AL | 1983 | 1984 |
| Braidwood Nuclear Power Station | Braidwood | IL | 1986 | 1987 |
| Northern Petroleum chemical | Minooka | IL | 1968 | 1970 |
| Zion Nuclear Power Station | Zion | IL | 1974 | 1975 |
| Mobil Oil Refinery | Lockport | IL | | |