IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS      :   Consolidated Under
LIABILITY LITIGATION (No. VI) :   MDL DOCKET NO. 875
                              :
                              :
FRANCIS BRUCE TRAVIS          :
                              :
    v.                        :   Transferred from the Southern
                              :   District of New York
VARIOUS DEFENDANTS            :   (08-cv-11010)
                              :
                              :
                              :   E.D. PA No. 09-70104

FILED
JUN - 3 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**SUGGESTION OF REMAND**

**AND NOW,** this **2nd** day of **June, 2011,** it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that, as to the above-captioned case:

   a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

   b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

   c.) All discovery has been completed.

   d.) Settlement conferences have been held in front of the Honorable Magistrate Judge M. Faith Angell, and these negotiations have been exhausted as to the remaining viable defendants.

   e.) The Court has adjudicated all outstanding motions.

   f.) The Court finds that this case is prepared for trial

without delay once on the transferor court's docket.

g.) Plaintiff has informed the Court that the remaining viable Defendants in this case to be pursued at trial are:

    i. Abex Corporation f/k/a American Brake Show Company

    ii. Goodrich Corporation

    iii. IMO Industries, Inc.

    iv. Honeywell International, Inc.

    v. Mine Safety Appliances Company

    vi. The Boeing Company

    vii. Trane U.S. Inc. f/k/a American Standard

Accordingly, the Court **SUGGESTS** that the above-captioned case should be **REMANDED** to the United States District Court for the Southern District of New York for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the below-listed cases have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania. In

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**