## SCHEDULE OF ACTIONS

| Sara Liston, Individually and as Special Administrator of the Estate of Frank D. Liston, deceased, Plaintiff, v. Bayer Crop Science, Inc., *as successor to Rhone-Poulenc AG Company Inc. & Benjamin-Foster, Inc.,* a corporation, DAP Products, Inc., *Individually and as Successor to DAP, Inc.,* a corporation, Georgia-Pacific LLC, a corporation, Minnesota Mining and Manufacturing Co., a corporation, Rapid American Corporation, a corporation, Defendants | United States District Court for the Southern District of Illinois | Case No.: 3:11-cv-0023 | Honorable William D. Stiehl |
|---|---|---|---|