**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| Sara Liston, Individually and as Special Administrator for the Estate of Frank D. Liston, deceased,  )<br>)<br>)<br>) | |
| Plaintiff,  ) | MDL Docket No. 875 |
| ) | |
| Bayer Crop Science, *et al*.,  ) | S. Dist. IL Case No. 3:11-cv-00203 |
| )<br>) | |
| Defendants.  ) | |

## PROOF OF SERVICE

I hereby certify that on June 6, 2011, I electronically filed the foregoing Notice of Tag-Along Action and Motion to Stay Proceedings, Schedule of Actions, Court Docket Sheet and Plaintiff's Complaint with the Clerk of the Court using the ECF system, and copies of these documents have been placed in the U.S. Mail, First Class, postage prepaid and sent to::

Mr. Michael P. Cascino, Cascino Vaughn Law Offices, Ltd., 220 S. Ashland Avenue, Chicago, Illinois, 60607, and all counsel of record.

By: s/Patrick W. Stufflebeam
Patrick W. Stufflebeam
Southern District of Illinois Bar No. 6279455
Attorney for Defendant Georgia-Pacific LLC
HEPLERBROOM LLC
130 N. Main Street
Edwardsville, Illinois 62025
Telephone: (618) 307-1165
Facsimile: (618) 656-1364
E-mail: pws@heplerbroom.com