BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASESTOS PRODUCTS LIABILITY LITIGATION <br><br> (VI) <br><br> This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RONALD and MARVA CONNELLY, husband and wife, <br><br> Plaintiffs, <br><br> v. <br><br> ASBESTOS CORP., LTD., et al., <br><br> Defendants. | NO. 2:11-cv-00934-RSL <br><br> FOSTER WHEELER ENERGY CORPORATION'S NOTICE OF TAG-ALONG ACTION |

TO: THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON;

AND TO: THE CLERK OF THE PANEL, JUDICIAL PANEL ON MULTIDISTRICT LITIGATION.

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel On Multidistrict Litigation entered an order transferring all asbestos cases pending in federal

FOSTER WHEEELR ENERGY CORPORATION'S NOTICE OF TAG-ALONG ACTION -1-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)

court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause. MDL Rule 1.1 and 7.4(a) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this, a state court action removed June 3, 2011 (a copy of the removed state court Complaint is attached as Exhibit 1), is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The undersigned is providing a copy of this notice to the Clerk of the MDL Panel, and providing all adverse parties notification of this "tag-along action," along with the filing of this notice. The Clerk of the Panel may either 1) enter a conditional transfer order pursuant to MDL Rule 7.4 or 2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3.

DATED this 7th day of June, 2011.

/s/ Dirk Bernhardt
Dirk Bernhardt, WSBA #33071
Murray Dunham & Murray
200 West Thomas, Suite 350
Seattle, Washington 98109
Telephone: (206) 622-2655
Facsmile: (206) 684-6924
dirk@murraydunham.com
Of attorneys for Defendant Foster Wheeler Energy Corporation

FOSTER WHEEELR ENERGY CORPORATION'S NOTICE OF TAG-ALONG ACTION -2-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)

# DECLARATION OF SERVICE

I hereby certify that on this 7th day of June, 2011, I caused the foregoing to be filed with the Judicial Panel on Multidistrict Litigation and the United States District Court for Western Washington at Seattle using the CM/ECF E-Filing system which will send notification of such filing to the following and that copies of such filing will also be delivered to the following in the manner indicated therein:

*VIA HAND DELIVERY:*

**Counsel for Plaintiffs**
Kristin Houser
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, WA 98104

*VIA ELECTRONIC MAIL:*

| **Counsel to Asbestos Corp., LTD.** | **Counsel to CBS Corp.** |
|---|---|
| Mark Tuvim | Jeffrey Wolf |
| Kevin Craig | Christopher Marks |
| Gordon & Rees, LLP | Williams, Kastner & Gibbs |
| 701 Fifth Avenue, Suite 2130 | 601 Union St., Suite 4100 |
| Seattle, WA 98104 | P.O. Box 21926 |
| mtuvim@gordonrees.com | Seattle, WA 98111-3926 |
| kcraig@gordonrees.com | Asbestos2@williamskastner.com |
| agreenfield@gordonrees.com | |
| **Counsel to Metropolitan Life Insurance Co.** | **Counsel to Saberhagen Holdings, Inc.** |
| Richard Gawloski | Timothy K. Thorson |
| Wilson, Smith, Cochran & Dickerson | Carney Badley Spellman, P.S. |
| 1215 Fourth Avenue, Suite 1700 | 701 Fifth Avenue, Suite 3600 |
| Seattle, WA 98161 | Seattle, WA 98104-7010 |
| MetLifeAsbestos@wscd.com | thorson@carneylaw.com; |
| | berman@carneylaw.com |

FOSTER WHEEELR ENERGY CORPORATION'S NOTICE OF TAG-ALONG ACTION -3-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)

**Counsel to Uniroyal**
Chris R. Youtz
Sirianni Youtz Meier & Spoonemore
1100 Millennium Tower
719 Second Avenue
Seattle, WA 98104
chris@sylaw.com

Signed at Seattle, Washington, this 7th day of June, 2011.

/s/ Oscar Ramos Jr.
Oscar Ramos Jr., Paralegal
Murray Dunham & Murray
200 West Thomas, Suite 350
Seattle, Washington 98109
Telephone:   (206) 622-2655
Facsmile:    (206) 684-6924
asbestos@murraydunham.com

FOSTER WHEEELR ENERGY CORPORATION'S NOTICE OF TAG-ALONG ACTION -4-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)