BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASESTOS PRODUCTS LIABILITY LITIGATION<br><br>(VI)<br><br>This Document Relates To: | ) ) ) ) ) ) ) )  MDL 875 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RONALD and MARVA CONNELLY, husband and wife,<br><br>Plaintiffs,<br>v.<br><br>ASBESTOS CORP., LTD., et al.,<br><br>Defendants. | ) NO. 2:11-cv-00934-RSL<br>)<br>)<br>) DECLARATION OF SERVICE<br>) OF TAG-ALONG ACTION<br>)<br>) |

**DECLARATION OF SERVICE**

I hereby certify that on this 7th day of June, 2011, I caused the foregoing to be filed with the Judicial Panel on Multidistrict Litigation and the United States District Court for Western Washington at Seattle using the CM/ECF E-Filing system which will send notification of such filing to the following and that copies of such filing will also be delivered to the following in the manner indicated therein:

FOSTER WHEEELR LLC'S NOTICE OF TAG-ALONG ACTION -1-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)

| | |
|---|---|
| 1 | *VIA HAND DELIVERY:* |
| 2 | **Counsel for Plaintiffs** |
| | Kristin Houser |
| 3 | SCHROETER GOLDMARK & BENDER |
| 4 | 500 Central Building |
| | 810 Third Avenue |
| 5 | Seattle, WA 98104 |

*VIA ELECTRONIC MAIL:*

| **Counsel to Asbestos Corp., LTD.** | **Counsel to CBS Corp.** |
|---|---|
| Mark Tuvim/ Kevin Craig | Jeffrey Wolf/ Christopher Marks |
| Gordon & Rees, LLP | Williams, Kastner & Gibbs |
| 701 Fifth Avenue, Suite 2130 | 601 Union St., Suite 4100 |
| Seattle, WA 98104 | P.O. Box 21926 |
| mtuvim@gordonrees.com | Seattle, WA 98111-3926 |
| kcraig@gordonrees.com | Asbestos2@williamskastner.com |
| agreenfield@gordonrees.com | |

| **Counsel to Metropolitan Life Insurance Co.** | **Counsel to Saberhagen Holdings, Inc.** |
|---|---|
| Richard Gawloski | Timothy K. Thorson |
| Wilson, Smith, Cochran & Dickerson | Carney Badley Spellman, P.S. |
| 1215 Fourth Avenue, Suite 1700 | 701 Fifth Avenue, Suite 3600 |
| Seattle, WA 98161 | Seattle, WA 98104-7010 |
| MetLifeAsbestos@wscd.com | thorson@carneylaw.com; |
| | berman@carneylaw.com |

**Counsel to Uniroyal**
Chris R. Youtz
Sirianni Youtz Meier & Spoonemore
1100 Millennium Tower
719 Second Avenue
Seattle, WA 98104
chris@sylaw.com

Signed at Seattle, Washington, this 7th day of June, 2011.

/s/ Oscar Ramos Jr.
Oscar Ramos Jr., Paralegal
Murray Dunham & Murray
200 West Thomas, Suite 350
Seattle, Washington 98109
Telephone: (206) 622-2655
Facsmile: (206) 684-6924
asbestos@murraydunham.com

FOSTER WHEEELR LLC'S NOTICE OF TAG-ALONG ACTION -2-