# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
### CIVIL DOCKET FOR CASE #: 2:11-cv-00934-RSL

Connelly et al v. Asbestos Corporation LTD et al
Assigned to: Judge Robert S. Lasnik
Case in other court: King County Superior Court, 11-00002-09459-6-SEA
Cause: 28:1442 Notice of Removal

Date Filed: 06/03/2011
Jury Demand: None
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**Ronald Connelly**                          represented by **Kristin M Houser**
                                             SCHROETER GOLDMARK & BENDER
                                             810 3RD AVE
                                             STE 500
                                             SEATTLE, WA 98104
                                             206-622-8000
                                             Fax: 206-682-2305
                                             Email: houser@sgb-law.com
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marva Connelly**                           represented by **Kristin M Houser**
*husband and wife*                           (See above for address)
                                             *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Asbestos Corporation LTD**                 represented by **Kevin J Craig**
                                             GORDON & REES LLP
                                             701 FIFTH AVENUE
                                             SUITE 2100
                                             SEATTLE, WA 98104
                                             206-695-5100
                                             Fax: 206-689-2822
                                             Email: kcraig@gordonrees.com
                                             *ATTORNEY TO BE NOTICED*

                                             **Mark B Tuvim**
                                             GORDON & REES (WA)
                                             701 FIFTH AVE
                                             STE 2100
                                             SEATTLE, WA 98104
                                             206-695-5100
                                             Fax: 206-689-2822
                                             Email: mtuvim@gordonrees.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**CBS Corporation**
*formerly known as*
Westinghouse Electric Corporation

represented by **Christopher S Marks**
WILLIAMS KASTNER & GIBBS (SEA)
601 UNION ST
STE 4100
SEATTLE, WA 98101
206-628-6600
Email: cmarks@wkg.com
*ATTORNEY TO BE NOTICED*

**Jeffrey M Wolf**
WILLIAMS KASTNER & GIBBS (SEA)
601 UNION ST
STE 4100
SEATTLE, WA 98101
206-628-6600
Email: jwolf@williamskastner.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Foster Wheeler Energy Corporation**

represented by **R Dirk Bernhardt**
MURRAY DUNHAM & MURRAY
PO BOX 9844
200 W THOMAS ST, SUITE 350
SEATTLE, WA 98109-0844
206-622-2655
Email: dirk@murraydunham.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Metropolitan Life Insurance Company**

represented by **Richard G Gawlowski**
WILSON SMITH COCHRAN & DICKERSON
1700 FINANCIAL CENTER
1215 4TH AVE
SEATTLE, WA 98161-1007
206-623-4100
Fax: 206-623-4100
Email: gawlowski@wscd.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Saberhagen Holdings, Inc.**
*a Washington corporation*

represented by **Timothy Kost Thorson**
CARNEY BADLEY SPELLMAN
701 FIFTH AVENUE
STE 3600
SEATTLE, WA 98104-7010
206-622-8020

        Email: thorson@carneylaw.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

| **Uniroyal Inc** | represented by | **Chris Robert Youtz**<br>SIRIANNI YOUTZ SPOONEMORE<br>999 THIRD AVENUE<br>STE 3650<br>SEATTLE, WA 98104<br>206-223-0303<br>Fax: 206-223-0246<br>Email: chris@sylaw.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2011 | 1 | NOTICE OF REMOVAL from King County Superior Court, case number 11-2-09459-6; (Receipt # 0981-2450013), filed by Foster Wheeler Energy Corporation. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit, # 3 Exhibit)(Bernhardt, R) (Entered: 06/03/2011) |
| 06/06/2011 |   | Judge Robert S. Lasnik added. (MKB) (Entered: 06/06/2011) |
| 06/06/2011 | 2 | LETTER from Clerk to counsel re receipt of case from King County Superior Court and advising of WAWD case number and judge assignment. (MKB) (Entered: 06/06/2011) |
| 06/06/2011 |   | All Defendants must file a Corporate Disclosure Statement by 6/13/2011 pursuant to Fed. R. Civ. P. 7.1. (MKB) (Entered: 06/06/2011) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 06/07/2011 12:25:14 | | |
| **PACER Login:** |  | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** 2:11-cv-00934-RSL |
| **Billable Pages:** | 2 | **Cost:** 0.16 |

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| RONALD and MARVA CONNELLY, wife and husband,<br><br>                     Plaintiffs,<br>v.<br><br>ASBESTOS CORP., LTD.;<br>CBS CORPORATION f/k/a<br>WESTINGHOUSE ELECTRIC<br>CORPORATION;<br>FOSTER-WHEELER ENERGY CORP.;<br>METROPOLITAN LIFE INSURANCE<br>COMPANY;<br>SABERHAGEN HOLDINGS, INC., a<br>Washington corporation and<br>UNIROYAL, INC.,<br><br>                     Defendants. | No.<br><br>SUPPLEMENTAL COMPLAINT FOR PERSONAL INJURY |

FACTUAL BACKGROUND:

1. Plaintiffs Ronald and Marva Connelly, husband and wife reside in Bremerton, Washington.

2. For Plaintiff Ronald Connelly:

    A. Date of Birth: November 22, 1932

    B. Plaintiff Ronald Connelly worked at Puget Sound Naval Shipyard from 1951 to 1970 as a shipfitter. During his employment he was exposed to asbestos and asbestos-containing products manufactured, sold, supplied, and/or installed by defendants, except Metropolitan Life Insurance Company.

SUPPLEMENTAL COMPLAINT FOR PERSONAL
INJURY - 1
N:\ASBESTOS\Connelly 17726\P\Complaint.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

C.  On information and belief, Plaintiff Ronald Connelly has been exposed to the asbestos-containing products of every named defendant in this lawsuit, except Metropolitan Life Insurance Company.

D.  As a result of this exposure, Plaintiff Ronald Connelly has developed an asbestos-related disease, mesothelioma. He first learned in approximately June 2009 that he had mesothelioma. Plaintiff has been treated for his asbestos-related disease by Mark Adams, M.D.

3. Defendant CBS Corporation, successor by merger to Viacom, Inc., f/k/a Westinghouse Electric Corporation, is a corporation licensed to do business in the state of Delaware. Westinghouse Electric Corporation and/or its predecessor(s) was engaged in the manufacture, sale, distribution and/or supply of machinery and equipment, including engines, that contained asbestos.

4. Metropolitan Life Insurance Company was involved in actions to prevent the dissemination of accurate information to the public concerning the hazards of asbestos dust and to cause false or misleading information about the health effects of asbestos to be published. Metropolitan Life Insurance Company acted in concert with and aided and abetted the defendants and other manufacturers of asbestos-containing products in wrongful conduct which was a cause of harm to Plaintiff.

5. Defendant Saberhagen Holdings, Inc., formerly known as The Brower Co., is a Washington corporation licensed to do business in the state of Washington. Saberhagen Holdings manufactured, sold and supplied asbestos containing products.

## DAMAGES

6. Plaintiffs have suffered the following damages:

A.  Past and future medical expenses;

SUPPLEMENTAL COMPLAINT FOR PERSONAL INJURY - 2
N:\ASBESTOS\Connelly 17726\P\Complaint.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

B. Loss of wage-earning capacity;

C. Past and future disability; pain and suffering, both physical and emotional; greatly increased risk of further disease; anxiety and fear of further disease and shortening of life expectancy; and interference with normal life, all resulting in general damages;

D. Interest from the date of injury;

E. Plaintiff Marva Connelly has suffered and will suffer damages for loss of companionship, services and consortium.

F. Mr. Connelly's children have also suffered and will suffer damages for loss of love, care, and companionship.

G. The aforementioned damages sought from each of the above-named defendants are in an amount to be proved at trial.

### LIABILITY, JURISDICTION AND RELIEF

7. Plaintiffs' claims are as set forth in Schroeter, Goldmark & Bender First Amended Style Complaint For Personal Injury and Wrongful Death No. 81-2-08703-5 filed November 10, 1994, in King County Superior Court.

8. Plaintiffs disclaim any cause of action or recovery for any injuries resulting from exposure to asbestos dust caused by any acts or omissions of a Defendant committed at the direction of an officer of the United States Government.

9. Except as set forth herein in paragraph 8, plaintiffs' claims against each defendant are based *inter alia* on strict product liability pursuant to Restatement Second of Torts, Section 402A including both design defect and failure to provide warnings and also based on negligence.

SUPPLEMENTAL COMPLAINT FOR PERSONAL
INJURY - 3
N:\ASBESTOS\Connelly 17726\P\Complaint.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

DATED this 8 day of March, 2011.

SCHROETER, GOLDMARK & BENDER

*Kristin Houser*

KRISTIN HOUSER, WSBA #7286
Counsel for Plaintiffs

SUPPLEMENTAL COMPLAINT FOR PERSONAL INJURY - 4
N:\ASBESTOS\Connelly 17726\P\Complaint.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305