# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** **06/08/2011**

District Court: E.D. Kentucky

Number of Actions: 1

Complaints and Docket Sheets are attached.

_____
CLERK OF THE PANEL