## U.S. District Court
## Eastern District of Kentucky (Pikeville)
## CIVIL DOCKET FOR CASE #: 7:11-cv-00085-ART
## Internal Use Only

| | |
|---|---|
| Francis et al v. Honeywell International, Inc. et al | Date Filed: 06/06/2011 |
| Assigned to: Judge Amul R. Thapar | Jury Demand: Plaintiff |
| Case in other court: Pike Circuit Court, 09-CI-1252 | Nature of Suit: 368 P.I. : Asbestos |
| Cause: 28:1441 Petition for Removal- Asbestos Litigation | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Ervin Gene Francis**     represented by     **Gary C. Johnson**
Gary C. Johnson, P.S.C. - PIKEVILLE
110 Caroline Avenue
P.O. Box 231
Pikeville, KY 41502
606-437-4002
Fax: 606-437-0021
Email: gary@garycjohnson.com
*ATTORNEY TO BE NOTICED*

**Joseph D. Satterley**
Sales, Tillman, Wallbaum, Catlett & Satterley, PLLC
325 W. Main Street
1900 Waterfront Plaza
Louisville, KY 40202
502-589-5600
Fax: 502-814-5500
Email: jsatterley@stwlaw.com
*ATTORNEY TO BE NOTICED*

**Kenneth L. Sales**
Sales, Tillman, Wallbaum, Catlett & Satterley, PLLC
325 W. Main Street
1900 Waterfront Plaza
Louisville, KY 40202
502-589-5600
Fax: 502-814-5500
Email: ksales@stwlaw.com
*ATTORNEY TO BE NOTICED*

**Paul J. Kelley**
Sales, Tillman, Wallbaum, Catlett & Satterley, PLLC
325 W. Main Street
1900 Waterfront Plaza

                        Louisville, KY 40202
                        502-589-5600
                        Email: pkelley@stwlaw.com
                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patty Jean Francis**       represented by  **Gary C. Johnson**
                        (See above for address)
                        *ATTORNEY TO BE NOTICED*

                        **Joseph D. Satterley**
                        (See above for address)
                        *ATTORNEY TO BE NOTICED*

                        **Kenneth L. Sales**
                        (See above for address)
                        *ATTORNEY TO BE NOTICED*

                        **Paul J. Kelley**
                        (See above for address)
                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Honeywell International, Inc.**   represented by  **Scott Allen Davidson**
*Individually and as Succesor-in-Interest*                   Boehl, Stopher & Graves - Louisville
*to Allied Signal Corp., Allied Chemical,*                 KY
*and The Bendix Corporation*                           400 W. Market Street
                        2300 Aegon Center
                        Louisville, KY 40202-3345
                        502-589-5980
                        Fax: 502-561-9400
                        Email: sdavidson@bsg-law.com
                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Pneumo Abex Corporation**   represented by  **J. Christian Lewis**
*Successor-in-Interest to Abex*                         Fulkerson & Kinkel, PLLC
*Corporation*                                   239 N Broadway
                        Lexington, KY 40507
                        859-253-0523
                        Fax: 859-254-2098
                        Email: clewis@fulkersonkinkel.com
                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Borg Warner Corporation**   represented by  **Stephen M. Fowler**
*a Delaware Corporation*                             Pullin, Fowler & Flanagan, Brown &

        Poe, PLLC
        901 Quarrier Street
        James Mark Building
        Charleston, WV 25301
        304-344-0100
        Fax: 304-342-1545
        Email: sfowler@pffwv.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Borg Warner Automotive, Inc.**

**Defendant**

**Burns International Services Corp.**
*Individually and as Successor-in-Interest to Borg Warner Corporation*

**Defendant**

**NAPA Valley Auto Parts, Inc.**     represented by    **Patrick W. Gault**
*A Division of Genuine Parts Company*                                Napier Gault PLC
                                                                                 455 S. Fourth Street
                                                                                 1400 Starks Building
                                                                                 Louisville, KY 40202
                                                                                 502-855-3800
                                                                                 Fax: 502-855-3838
                                                                                 Email: pgault@napiergaultlaw.com
                                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Carquest Corporation**     represented by    **Palmer G. Vance , II**
                                                                                Stoll Keenon Ogden, PLLC - Lexington

                                                                                300 W. Vine Street
                                                                                Suite 2100
                                                                                Lexington, KY 40507
                                                                                859-231-3000
                                                                                Fax: 859-253-1093
                                                                                Email: gene.vance@skofirm.com
                                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Rockwell International Corporation**

**Defendant**

**Thacker Auto Parts, Inc.**

**Defendant**

**Thacker Auto Parts Company, Inc.**

**ThirdParty Plaintiff**

**Honeywell International, Inc.**   represented by **Scott Allen Davidson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

**United States of America**   represented by **Carlton Seelye Shier , IV**
U.S. Attorney's Office, EDKY
260 W. Vine Street
Suite 300
Lexington, KY 40507-1612
859-685-4832
Fax: 859-233-2533
Email: Carlton.Shier@usdoj.gov
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Honeywell International, Inc.**   represented by **Scott Allen Davidson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

**United States of America**   represented by **Carlton Seelye Shier , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/06/2011 | 1 | NOTICE OF REMOVAL from Pike Circuit Court, case number 09-CI-1252, filed by United States of America. (Attachments: # 1 Civil Cover Sheet, # 2 State Court Record Part 1, # 3 State Court Record Part 2, # 4 State Court Record Part 3, # 5 State Court Record Part 4, # 6 State Court Record Part 5, # 7 State Court Record Part 6, # 8 State Court Record Part 7, # 9 State Court Record Part 8, # 10 State Court Record Part 9, # 11 State Court Record Part 10, # 12 Case Assignment)(RKT) (Entered: 06/06/2011) |
| 06/06/2011 | | THIRD PARTY COMPLAINT against United States of America, filed by Honeywell International, Inc. (NOTE: State Court Pleading see DE 1 for pdf document). (RKT) (Entered: 06/06/2011) |
| 06/06/2011 | | Conflict Check run. (RKT) (Entered: 06/06/2011) |
| 06/06/2011 | 2 | MOTION to Dismiss by United States of America (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Shier, Carlton) (Entered: 06/06/2011) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. *ELECTRONICALLY FILED*

ERVIN GENE FRANCIS *and*
PATTY JEAN FRANCIS                                                          PLAINTIFFS

Vs.     **NOTICE OF REMOVAL**

HONEYWELL INTERNATIONAL, INC.
*Individually and as Successor-in-Interest to Allied Signal Corp.,*
*Allied Chemical, and The Bendix Corporation*

PNEUMO ABEX CORPORATION
*Successor-in-Interest to Abex Corporation*

BORG WARNER CORPORATION

BORG WARNER AUTOMOTIVE, INC.

BURNS INTERNATIONAL SERVICES CORP.
*Individually and as Successor-in-Interest to Borg Warner Corporation*

NAPA VALLEY AUTO PARTS, INC.

CARQUEST CORPORATION

ROCKWELL INTERNATIONAL CORPORATION

THACKER AUTO PARTS, INC. *and*

THACKER AUTO PARTS COMPANY, INC.                                  DEFENDANTS

*and*

HONEYWELL INTERNATIONAL, INC.                            THIRD-PARTY PLAINTIFF

Vs.

UNITED STATES OF AMERICA                                THIRD-PARTY DEFENDANT

\* \* \* \* \*

The United States of America, by counsel, notifies the Court as follows:

1.      This Notice of Removal is hereby filed, pursuant to 28 U.S.C. § 1442(a)(1), for the removal and disposition of the above-captioned civil action, <u>Ervin Francis and Patty Jean Francis v. Honeywell International, Inc., et.al. and Honeywell International, Inc. v. United States</u>, No. 09-CI-1252, currently pending in the Pike Circuit Court of the Commonwealth of Kentucky.

2.      On October 5, 2009, the Plaintiffs filed their Complaint in the above-referenced state-court action, alleging tort claims against the Defendants. On May 10, 2011, Defendant Honeywell International, Inc. filed a Third-Party Complaint in this state-court action, alleging tort claims of indemnification, contribution, and apportionment of fault against the United States. A copy of the Complaint and the Third-Party Complaint (and all other process, pleadings, and orders served upon the United States, to date) have been attached hereto as Exhibits A-G.

3.      As the Third Party Complaint commences a civil action in state court, against the United States of America, removal is proper under 28 U.S.C. § 1442(a)(1). <u>City of Cookeville v. Upper Cumberland Elec. Membership Corp.</u>, 484 F.3d 380, 388-390 (6th Cir. 2007).

WHEREFORE, the above-captioned civil action, pending in the Pike Circuit Court of the Commonwealth of Kentucky, is removed to this Court.

> Respectfully submitted,
>
> KERRY B. HARVEY
> UNITED STATES ATTORNEY
>
> By:    <u>s/ Carlton S. Shier, IV</u>
>         CARLTON S. SHIER, IV
>         Assistant United States Attorney
>         260 West Vine Street, Suite 300
>         Lexington, Kentucky 40507-1612
>         (859) 685-4832
>         Carlton.Shier@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on June 6, 2011, I electronically filed the foregoing with the clerk of the court, by using the CM/ECF system.

I further certify that, on June 6, 2011, I served a true copy of the forgoing document and notice of electronic filing, by mailing the same to the following:

Scott A. Davidson
Boehl Stopher & Graves, LLP
AEGON Center, Suite 2300
400 West Market Street
Louisville, Kentucky 40202
*Counsel for Honeywell International, Inc.*

Kenneth L. Sales
Joseph D. Satterley
Paul J. Kelly
Sales, Tillman, Wallbaum, Catlett & Satterley
1900 Waterfront Plaza
325 West Main Street
Louisville, Kentucky 40202
*Counsel for Plaintiffs*

Gary C. Johnson
Gary C. Johnson, PSC
P.O. Box 231
110 Caroline Avenue
Pikeville, Kentucky 41501
*Counsel for Plaintiffs*

J. Christian Lewis
Fulkerson, Kinkel & Marrs, PLLC
239 North Broadway
Lexington, Kentucky 40507
*Counsel for Pneumo Abex*

Palmer G. Vance, II
Stoll Keenon Ogden, PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507
*Counsel for Carquest*

Patrick W. Gault
Napier Gault, PLC
730 West Main Street, Suite 400
Louisville, Kentucky 40202
*Counsel for Napa Valley Auto Parts*

Stephen M. Fowler
Pullin Fowler Flanagan Brown & Poe
James Mark Building
901 Quarrier Street
Charlestown, West Virginia 25301
*Counsel for Borg Warner*

Thacker Auto Parts, Inc.
c/o Bobby Gene Thacker
1009 North Bypass Road
Pikeville, Kentucky 41501

Thacker Auto Parts Company, Inc.
c/o Bobby Gene Thacker
1009 North Bypass Road
Pikeville, Kentucky 41501

*s/ Carlton S. Shier, IV*
Assistant United States Attorney