UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & TITLE - IN RE: Asbestos Products Liability Litigation (No. VI)

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

See Attachment A

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Amchem Products, Inc., (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

This party's parent, subsidiary and other affiliate corporations are listed below (for affiliates, briefly describe nature of affiliation; attach separate document if necessary)

## See Attachment B

The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

The following publicly-held corporation(s), although not parties to the matter, have a financial interest in the outcome of the matter (e.g., by reason of insurance, a franchise agreement, or an indemnity agreement). Briefly describe the nature of the interest. (Note: parent, subsidiary, or affiliate corporations of a publicly-held corporation that falls within this category need not be disclosed.)

**OR**

This party does not have any parent, subsidiary or affiliate corporations; no publicly-held corporation owns 10% or more of the party's stock; and no publicly-held corporation has a financial interest in the outcome of the matter.

_____     Pierce Herns Sloan & McLeod, LLC
Signature of Attorney                Name of Firm

**321 East Bay Street**              **Charleston, SC 29401**
Address                              City/State/Zip Code

Date  June 8, 2011

Instructions:

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

Attachment A

UNITED STATES JUDICIAL PANEL

ON

MULTIDISTRICT LIGITATION

IN RE: ASBESTOS PRODUCTS LIABILITY

LITIGATION (NO. VI)                                MDL No. 875

<u>CONDITIONAL TRANSFER ORDER (CTO 391)</u>

| DIST | DIV | C.A. NO. | CASE CAPTION |
|---|---|---|---|
| VIRGINIA EASTERN | | | |
| VAE | 4 | 11-03278 | BARCO, GARY WAYNE v. Bayer CropScience, Inc., et al. |
| VAE | 4 | 11-03279 | BARNES, JOHN PERCELL v. Bayer CropScience, Inc., et al. |
| VAE | 4 | 11-03280 | BERNAS, NICHOLAS OCHARE v. Bayer CropScience, Inc., et al. |
| VAE | 4 | 11-03281 | BOLTON, JOSEPH v. Bayer CropScience, Inc., et al. |
| VAE | 4 | 11-03282 | BOOMER, CHARLES ALQERWON v. Bayer CropScience, Inc., et al. |
| VAE | 4 | 11-03283 | BOONE, HERBERT LEE v. Bayer CropScience, Inc., et al. |
| VAE | 4 | 11-03284 | BOONE, JOE HENRY v. Bayer CropScience, Inc., et al. |
| VAE | 4 | 11-03285 | BOONE, MENNIS THOMAS v. Bayer CropScience, Inc., et al. |
| VAE | 4 | 11-03286 | BOONE, RICHARD v. Bayer CropScience, Inc., et al. |
| VAE | 4 | 11-03287 | BOONE, WALTER LEE v. Bayer CropScience, Inc., et al. |
| VAE | 4 | 11-03288 | BOWMAN, OTHA JAMES v. Bayer CropScience, Inc., et al. |
| VAE | 4 | 11-03289 | BOWSER, SHARON DAVIS v. Bayer CropScience, Inc., et al. |
| VAE | 4 | 11-03290 | BRADDOCK, JAMES EARL v. Bayer CropScience, Inc., et al. |
| VAE | 4 | 11-03291 | BRASWELL, CRAWFORD LEE v. Bayer CropScience, Inc., et al. |
| VAE | 4 | 11-03292 | BROCK, DORIS A. v. Bayer CropScience, Inc., et al. |
| VAE | 4 | 11-03293 | BROWN, LINDA YVONNE v. Bayer CropScience, Inc., et al. |
| VAE | 4 | 11-03294 | CLEMMONS, JEFFERY WALT v. Bayer CropScience, Inc., et al. |
| VAE | 4 | 11-03295 | SMITH, ROBERT R., DEC'D |

| | | | | |
|---|---|---|---|---|
| | | | | v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03296 | BAUSAS, LEOPOLDO CLAUDIO v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03297 | BAYNARD, NORMAN KENNEDY SR. v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03298 | BELCH, MICHAEL WILLIAM v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03299 | BELL, GENE FLENAND v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03300 | BELL, JOHN EDWIN v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03301 | BELL, LEON TRIPPE v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03302 | BELLAMY, PAUL v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03303 | BEALE, GEORGE DEC'D v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03304 | ADAMS, ERVIN CARLTON SR. v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03305 | BAKER, MARK KIM v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03306 | CARVER, LESTER ARNOLD SR. v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03307 | CLAYTON, GENE RICHARD v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03308 | CARPENTER, MARIE D. v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03309 | CARLISLE, LEON ANTHONY v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03310 | CARAWAN, ELWOOD RAY v. Bayer CropScience |
| VAE | 4 | | 11-03311 | BUTTS, WILLIAM ALVAN v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03312 | BUTTS, OTIS L. v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03313 | BUTTS, MARTIN JR. v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03314 | BURDEN, WILLIE DANCE v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03315 | BRYANT, DENNIS JR. v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03316 | BUDDEN, ERVIN JR. v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03317 | BULLOCK, ROBERT LARRY v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03318 | BRITE, JEROME ROOSEVELT, JR. v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03319 | BUTTS, EUGENE A. v. Bayer CropScience, Inc., et al. |
| VAE | 4 | | 11-03320 | BUSSELL, BETTY LUE v. Bayer CropScience, Inc., et al. |

Attachment B

1) Bayer CropScience Inc., a New York corporation, is wholly-owned (directly) by Bayer CropScience Holding S.A., a French Corporation. Bayer AG, a company formed under the laws of the Federal Republic of Germany, through its wholly-owned German subsidiary, Bayer CropScience AG, owns Bayer CropScience Holding S.A. Bayer CropScience Holding S.A. is majority owned (indirectly) by Bayer AG.

2) Bayer AG is a publicly-held company.