ATTORNEYS AT LAW

ONE MARKET PLAZA   STEUART TOWER, 8TH FLOOR   SAN FRANCISCO, CALIFORNIA 94105-1101

*www.sedgwicklaw.com*   415.781.7900 *phone*   415.781.2635 *fax*

# Sedgwick LLP

June 7, 2011

<u>VIA ECF FILING</u>

Jeffery N. Lüthi
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:   *Richard Miller, et al. v Air & Liquid Systems Corp., et al.* Case No. CV11-2685 DMR
U.S. District Court, Northern District Of California
Our File No.: 00045-136711

## NOTICE OF TAG-ALONG ACTION

Dear Mr. Lüthi:

On behalf of our client, General Electric Company ("GE"), we write to inform the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" asbestos case currently pending in the United States District Court for the Northern District of California.

Plaintiffs in the above-referenced matter have initiated a personal injury asbestos-related action. Plaintiffs claim that Mr. Miller was exposed to asbestos-containing products at his job sites. Thus, this action involves common questions of fact with numerous other asbestos actions previously transferred by the Panel pursuant to 28 U.S.C. § 1407. Accordingly, GE requests that the Panel transfer this case to the Eastern District of Pennsylvania for consolidated pretrial proceedings. Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of Procedure, the panel is authorized to enter a conditional transfer order or file an order to show cause why this action should not be transferred.

I enclose plaintiffs' complaint in this action, as well as the docket sheet for this case in the United States District Court for the Northern District of California.

Plaintiffs in this action are represented by Stephen Fishback, Daniel Keller and Bruce Jackson, from Keller, Fishback & Jackson, LLP, 18425 Burbank Blvd., Suite 601, Tarzana, California 91356, Tel (818) 342-7442.

June 7, 2011
Page 2

Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

Regards,

*[signature]*

Katherine P. Gardiner
Sedgwick, LLP

Enclosure

cc: (via facsimile only) (w/out enclosure)

Keller, Fishback & Jackson LLP

SF/2232394v1