BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL-875 – In Re Richard Miller Litigation

SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Richard Miller, Lillian Miller<br>**Defendants:**<br>Air and Liquid Systems Corp. successor by merger to Buffalo Pumps Inc.,; Carrier Corporation; CBS Corporation, a Delaware Corporation, individually, successor-in-interest to and formerly known as Viacom, Inc., and Westinghouse Electric Corporation; Foster Wheeler LLC; General Electric Company; Goulds Pump, Inc.; Warren Pumps, LLC | N.D. California (Oakland) | 4:11-cv-02685-DMR | Donna M. Ryu |

1

SF/2242679v1