SEDGWICK, LLP
CHARLES T. SHELDON (Bar No. 155598)
charles.sheldon@sedgwicklaw.com
KATHERINE GARDINER (Bar No. 215542)
katherine.gardiner@sedgwicklaw.com
DEREK S. JOHNSON (Bar No. 220988)
derek.johnson@sedgwicklaw.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for
GENERAL ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MILLER and LILLIAN MILLER,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORP., et al.,<br><br>Defendants. | CASE NO. C-11-02685 DMR<br><br>(State Court Case No. CGC-11-275825)<br><br>**CERTIFICATE OF SERVICE FOR LETTER DATED JUNE 7, 2011 TO JEFFERY LÜTHI, JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 8th day of June, 2011, a copy of the foregoing document has been served via ECF upon all counsel of record in the Court's electronic filing system.

SEDGWICK LLP


By: _____/s/Katherine P. Gardiner_____
CHARLES SHELDON
KATHERINE P. GARDINER
DEREK S. JOHNSON
Attorneys for Defendant
GENERAL ELECTRIC COMPANY

SF/2242704v1                           -1-
**LETTER DATED JUNE 8, 2011 TO JEFFERY LÜTHI, JUDICIAL PANEL ON MULTIDISTRICT LITIGATION CASE NO. C-11-02685 DMR**