ROBERT G. ANDRÉ, WSBA #13072
OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue
Suite 2100
Seattle, Washington 98101
Telephone:  206.447.7000
Facsimile:  206.447.0215

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL DOCKET NO. 875

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

THIS DOCUMENT RELATES TO:

*Bouchard v. CBS Corp., et al.*
United States District Court
Western District of Washington
Cause No. 2:11-cv-00458 RAJ
Eastern District of Pennsylvania
Cause No. 2:11-cv-66270

### DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S MOTION FOR CLARIFICATION

COMES NOW defendant Lockheed Shipbuilding Company ("Lockheed Shipbuilding") and moves the Judicial Panel on Multidistrict Litigation for an order clarifying the jurisdictional status in this matter. The Panel entered a Transfer Order, which was filed with the clerk of the transferee district court, the Eastern District of Pennsylvania, on May 23, 2011. The transferor court, the Western District of Washington, filed an order granting the plaintiffs' motion for remand the next day, on May 24, 2011. Under 28 U.S.C. § 1407, and pursuant to the Panel's authority to determine and decide the efficacy of its own order, Lockheed Shipbuilding asks the

APR877326.DOC;2\12060.000025\
DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S
MOTION FOR CLARIFICATION - 1

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1  Panel to clarify that the Panel's Transfer Order superseded the transferor court's Remand Order.
2  The Remand Order was therefore moot for lack of jurisdiction, and the case should proceed in
3  the Eastern District of Pennsylvania.
4      DATED this 8th day of June, 2011.

5                                   OGDEN MURPHY WALLACE, P.L.L.C.

7                  By    s/Robert G. André
                      Robert G. André, WSBA #13072
8                        Aaron P. Riensche, WSBA #37202
                      1601 Fifth Avenue, Suite 2100
9                        Seattle, Washington 98101-1686
                      Tel: 206.447.7000/Fax: 206.447.0215
10                       Attorneys for Defendant
                      Lockheed Shipbuilding Company

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

APR877326.DOC;2\12060.000025\
DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S
MOTION FOR CLARIFICATION - 2

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

# CERTIFICATE OF SERVICE

I certify under the laws of the United States of America that on the 8th day of June, 2011 I mailed for filing a true and correct copy of the foregoing document with the Clerk of the Court and served counsel below by the method indicated:

| | |
|---|---|
| Janet L. Rice<br>Schroeter Goldmark & Bender<br>810 Third Avenue<br>Suite 500<br>Seattle, Washington 98104<br>**Attorney for Plaintiffs** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |
| Gene Barton<br>Karr Tuttle Campbell<br>1201 Third Avenue<br>Suite 2900<br>Seattle, Washington 98101<br>gbarton@karrtuttle.com<br>**Attorneys for Todd Shipyards Corp.** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |
| Dirk Bernhardt<br>Murray Dunham Murray<br>P.O. Box 9844<br>200 West Thomas<br>Suite 350<br>Seattle, Washington 98109-0844<br>dirk@murraydunham.com<br>**Attorneys for Foster Wheeler Energy Corporation, Hopeman Brothers, Inc.** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |
| Richard Gawlowski<br>Wilson Smith Cochran & Dickerson<br>1215 Fourth Avenue<br>Suite 1700<br>Seattle, Washington 98161-1007<br>gawlowski@wscd.com<br>**Attorneys for Metropolitan Life Insurance Co.** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |

APR877326.DOC;2\12060.000025\
DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S
MOTION FOR CLARIFICATION - 3

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

| | |
|---|---|
| Jan Brucker<br>Greg Thoming<br>Rebecca Thorn<br>Rick Rosser<br>Allan D. Gutsche<br>Jackson Jenkins Renstrom<br>701 Fifth Avenue<br>42nd Floor<br>Seattle, Washington 98104<br>jbrucker@jjr-law.com<br>gthorming@jjr-law.com<br>rthorn@jjr-law.com<br>agutsche@jjr-law.com<br>**Attorneys for E&E Lumber, Inc.** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |
| Diane Kero<br>Gordon Thomas<br>600 University Street<br>Suite 2100<br>Seattle, Washington 98101<br>dkero@gth-law.com<br>**Attorneys for Saint Gobain Containers, Inc.** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |
| Stephen Leatham<br>Heurlin & Potter<br>211 East McLoughlin Boulevard<br>Suite 100<br>Vancouver, Washington 98666-0611<br>sgl@hpl-law.com<br>**Attorneys for CSK Auto** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |
| Barry Mesher<br>Brian Zeringer<br>Lane Powell<br>1420 Fifth Avenue<br>Suite 4100<br>Seattle, Washington 98101-2338<br>mesherb@lanepowell.com<br>zeringerb@lanepowell.com<br>lowesheedyl@lanepowell.com<br>asbestos@lanepowell.com<br>**Attorneys for Georgia Pacific** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |

APR877326.DOC;2\12060.000025\
DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S
MOTION FOR CLARIFICATION - 4

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S
MOTION FOR CLARIFICATION - 5

| | |
|---|---|
| 1   Katherine Steele<br>    Katrina Mulligan<br>2   Stafford Frey<br>    601 Union Street<br>3   Suite 3100<br>    Seattle, Washington  98101<br>4   ksteele@staffordfrey.com<br>5   kmulligan@staffordfrey.com<br>    **Attorneys for Metalclad Insulation Corp.** | [ ]  U.S. Mail<br>[ ]  Messenger<br>[ ]  Email<br>[X]  CM/ECF |
| Timothy Thorson<br>Carney Badley Smith & Spellman<br>701 Fifth Avenue<br>Suite 3600<br>Seattle, Washington  98104-7010<br>thorson@carneylaw.com<br>berman@carneylaw.com<br>**Attorneys for Saberhagen Holdings, Inc.** | [ ]  U.S. Mail<br>[ ]  Messenger<br>[ ]  Email<br>[X]  CM/ECF |
| Matthew Turetsky<br>Schwabe Williamson & Wyatt<br>1420 Fifth Avenue<br>Suite 3010<br>Seattle, Washington  98101<br>mturetsky@schwabe.com<br>**Attorneys for General Refractories Co.** | [ ]  U.S. Mail<br>[ ]  Messenger<br>[ ]  Email<br>[X]  CM/ECF |

In addition, a courtesy copy was served on Judge Richard A. Jones via E-Filing in the Western District of Washington and also on Judge Eduardo Robreno via E-filing with the Eastern District of Pennsylvania on Monday, June 6, 2011.

DATED this 8th day of June 2011.

                                      s/Robert G. André, WSBA#13072
                                      Robert G. André

APR877326.DOC;2\12060.000025\

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215