BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**(In Re: Condition Transfer Order (CTO-400)**

CASE ORIGINATES FROM
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SALLY GROS VEDROS | CIVIL ACTION |
| VERSUS | |
| NORTHROP GRUMMAN SHIPBUILDING, INC., ET AL | NO. LAE 2:11-cv-01198 |

**CORPORATE DISCLOSURE STATEMENT**

**NOW INTO COURT**, through undersigned counsel, come OneBeacon America Insurance Company and American Employers Insurance Company, which submit this Corporate Disclosure Statement:

American Employers Insurance Company is now known as OneBeacon America Insurance Company.

OneBeacon America Insurance Company is part of the OneBeacon Insurance Group.

White Mountains Insurance Group, Ltd. is the parent corporation of OneBeacon Insurance Group and is the only corporation which owns more than 10 percent of the stock of OneBeacon Insurance Group.

Respectfully submitted:

**CRAWFORD LEWIS, PLLC**

*/s/ Samuel M. Rosamond, III*
SAMUEL M. ROSAMOND, III (17122)
Email: srosamond@crawford-lewis.com
400 Poydras Street - Suite 2100
New Orleans, LA 70130
Telephone: (504) 568-9699
Fax: (504) 568-9699
*Attorneys for OneBeacon America Insurance Company* and *American Employers Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

New Orleans, Louisiana, this 8th day of June, 2010.

*/s/ Samuel M. Rosamond, III*