BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | : : : : : | MDL DOCKET NO. 875 |

**NOTICE OF OPPOSITION TO TRANSFER
PURSUANT TO J.P.M.L. RULE 7.2(i)**

And now into court comes Michael E. McMahon, Esq., counsel for Plaintiff in the case of *Margaret Sonia Flinker, individually and as Executrix of the Estate of Rudolph G. Flinker v. Foster Wheeler Energy Corporation, et al.,* Docket No. 2:11-cv-01178-FSH-PS, United States District Court, District of New Jersey, for the purpose of submitting this Opposition to Transfer to MDL 875 and states as follows:

1. A Notice of Potential Tag Along Action was filed by Defendants Foster Wheeler Energy Corporation on or about June 1, 2011 in the aforementioned case of *Margaret Sonia Flinker, individually and as Executrix of the Estate of Rudolph G. Flinker v. Foster Wheeler Energy Corporation, et al.,* Docket No. 2:11-cv-01178-FSH-PS, United States District Court, District of New Jersey.

2. Pursuant to *J.P.M.L.* 7.1(c), counsel hereby notifies the Clerk of the Panel and all counsel that the undersigned objects to the transfer of the aforementioned case, *Margaret Sonia Flinker, individually and as Executrix of the Estate of Rudolph G. Flinker v. Foster Wheeler Energy Corporation, et al.,* Docket No. 2:11-cv-01178-FSH-PS, United States District Court, District of New Jersey

to the Asbestos Products Liability Litigation (No.VI), MDL No. 875 as a tag along action.

3. Counsel hereto attaches proof of service on all parties to this action.

Wherefore, the undersigned respectfully submits that this Notice of Opposition be deemed good and sufficient.

Respectfully submitted,

COHEN, PLACITELLA & ROTH

Attorneys for Plaintiff
Margaret Sonia Flinker

/S/ Michael E. McMahon
Michael E. McMahon, Esquire
127 Maple Ave.
Red Bank, NJ 07701
Telephone: (732) 747-9003
Facsimile:  (732) 747-9004

Date:  June 10, 2011