**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | : : : : : | MDL DOCKET NO. 875 |

## CERTIFICATE OF SERVICE

I, Michael E. McMahon, certify that I am an attorney with the law offices of Cohen, Placitella & Roth, P.C. and on this 10th Day of June, 2011, I caused to be served Plaintiffs Notice of Opposition to Transfer Pursuant to J.P.M.L. Rule 7.2(i) and this Certificate of Service to be electronically filed with the Court and served upon all defense counsel listed on the attached service list via the Court's ECF System.

                                        **COHEN, PLACITELLA & ROTH, P.C.**
                                        Attorneys for Plaintiffs


                                        By:  /S/ Michael E. McMahon
                                               MICHAEL E. MCMAHON


Date: June 10, 2011