**LAST KNOWN COUNSEL LIST**

**Margaret Sonia Flinker v. CBS, et al.**
**MID L-1395-09AS**

| | |
|---|---|
| Rachel A. Placitella, Esq.<br>Yolanda Q. Sanchez, Paralegal<br>Cohen, Placitella & Roth, P.C.<br>127 Maple Avenue<br>Red Bank, NJ  07701<br>Phone: (732) 747-9003 Fax: (732) 747-9004<br>Email: rplacitella@cprlaw.com<br>ysanchez@cprlaw.com<br>**Attorneys for Plaintiff** | Charles F. Forer, Esq.<br>Eckert Seamans Cherin & Mellott, LLC<br>22nd Floor, Two Liberty Place<br>50 South 16th Street<br>Philadelphia, PA  19102<br>Phone: (215) 851-8406 Fax: (215) 851-8383<br>Email: cforer@eckertseamans.com<br>**Attorneys for CBS Corp., f/k/a Viacom, f/k/a/ Westinghouse** |
| Joanne Hawkins, Esq.<br>Speziali Greenwald Hawkins<br>1081 Winslow Road<br>Williamstown, NJ  08094<br>Phone: (856) 728-3600 Fax: (856) 728-3996<br>Email: josiehawkins@comcast.net<br>**Attorneys for General Electric Company** | Benjamin Bucca, Jr., Esq.<br>Bucca & Campisano<br>90 Livingston Avenue<br>New Brunswick, NJ  08901<br>Phone: (732) 247-0009 Fax: (732) 247-9727<br>Email: buccacampisano@verizon.net<br>**Attorneys for IMO Industries, Inc.** |
| Michael A. Tanenbaum, Esq.<br>Christopher J. Keale, Esq.<br>Sedgwick, Detert, Moran & Arnold<br>Three Gateway Center, 12th Floor<br>Newark, NJ   07102<br>Phone: (973) 242-0002  Fax: (973) 242-8099<br>michael.tanenbaum@sdma.com;<br>christopher.keale@sdma.com<br>Attorneys for Defendant **Foster Wheeler LLC** | Michael Maroney, Esq.<br>Weber Gallagher Simpson Stapleton<br> Fires & Newby, LLP<br>430 Mountain Avenue – 4th Floor<br>Murray Hill, NJ 07974<br>Tel: (973) 242-1364 Fax: (973) 242-1945<br>**Attorneys for Copes-Volcan, Inc.** |