# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk          June 10, 2011          TELEPHONE:
CIVIL (336) 332-6030
CRIMINAL (336) 332-6020
ADMIN (336) 332-6015

Mr. Jeffery N. Lüthi, Clerk
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Dear Mr. Luthi:

    Re: MDL - 875; In Re: Asbestos Product Liability Litigation

    For your consideration as a potential "tag-along" action, we have enclosed copies of the docket sheet and complaint in pdf form for the following case filed June 6, 2011, in the Middle District of North Carolina:

<u>N.C.M.D. Case No.: 1:11CV454</u>

<u>lloyd L. Sutton v. NCA Holdings, Inc., et al.</u>

    Sincerely,

    John S. Brubaker, Clerk

    By: /s/ Jamie L. Sheets
        Deputy Clerk

JSB/jls

Enclosures