BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | § § § | MDL No. 875 |
| This Document Relates To: | § § | |
| WILLIAM CLEVE DAVIDSON, | § § | |
| Plaintiff, | § § | 2:11-CV-01013 (E.D. La.) |
| v. | § § | |
| ADVOCATE MINES, LTD., *et al* | § § | |
| Defendants. | § § | |

**GEORGIA-PACIFIC LLC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER (CTO-393)**

Georgia-Pacific LLC ("Georgia-Pacific") submits this Opposition to Plaintiff's Motion to Vacate the Conditional Transfer Order (CTO-393). Specifically, Georgia-Pacific opposes Plaintiff's Motion for the reasons set forth in the "Response in Opposition to Plaintiff's Motion to Vacate the Conditional Transfer Order (CTO-393)" submitted by The Hongkong and Shanghai Banking Corporation Limited and HSBC Holdings PLC. Georgia-Pacific hereby adopts and incorporates herein by reference the "Response in Opposition to Plaintiff's Motion to Vacate the Conditional Transfer Order (CTO-393)" submitted by The Hongkong and Shanghai Banking Corporation Limited and HSBC Holdings PLC.

**WHEREFORE**, Georgia-Pacific respectfully requests that this Court deny Plaintiff's Motion to Vacate the Conditional Transfer Order (CTO-393) in all respects.

Respectfully Submitted:

*/s/ Gayla M. Moncla*
Gary A. Bezet, Trial Attorney (#3036)
Gayla M. Moncla (#19713)
Barrye Panepinto Miyagi (#21794)
Robert E. Dille (#23037)
Gregory M. Anding (#23622)
Janice M. Culotta (#23460)
Carol L. Galloway (#16930)
Allison N. Benoit (#29087)
KEAN MILLER LLP
400 Convention St., Suite 700
P. O. Box 3513
Baton Rouge, LA  70821
Telephone: (225) 387-0999

***Attorneys for Georgia-Pacific LLC***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 10th day of June, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF systems which will send a notice of electronic filing to all known counsel or record.

*/s/ Gayla M. Moncla*
Gayla M. Moncla (19713)