**BEFORE THE JUDICAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | § § | MDL No. 875 |
| This Document Relates To: | § | |
| WILLIAM CLEVE DAVIDSON | § | |
| Plaintiff, | § | 2:11-CV-01013 (EDLA) |
| vs. | § | |
| ADVOCATE MINES, LTD., *et al* | § | |
| Defendants | § | |

**DEFENDANT BEAZER EAST, INC'S ADOPTION OF HSBC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER (CTO-393)**

Defendant Beazer East, Inc. adopts, as if copied herein, The Hongkong and Shanghai Banking Corporation Limited and HSBC Holdings, plc's ("HSBC Defendants") Opposition to Plaintiff's Motion to Vacate the Conditional Transfer Order (CTO-393) which has been docketed as document number 17 in the above-captioned action. For the reasons set forth in the HSBC Defendants' opposition, plaintiff's motion to vacate CTO-393 should be denied allowing this action to be transferred without delay.

Respectfully Submitted,

_____
Douglas R. Elliott (#24402)
Deutsch, Kerrigan & Stiles, LLP
755 Magazine Street

1

New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-4029
Counsel for Beazer East, Inc.

## CERTIFICATE OF SERVICE

I hereby certify, on this, the 10th day of June, 2011 that a copy of the above pleading was served on all counsel of record via electronic filing and email.

_____
Douglas R. Elliott