## BEFORE THE JUDICAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | § § | MDL No. 875 |
| This Document Relates To: | § | |
| WILLIAM CLEVE DAVIDSON | § | |
| Plaintiff, | § | 2:11-CV-01013 (EDLA) |
| vs. | § | |
| ADVOCATE MINES, LTD., *et al* | § | |
| Defendants | § | |

### DEFENDANT CERTAINTEED CORPORATION'S ADOPTION OF HSBC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER (CTO-393)

Defendant, CertainTeed Corporation, adopts, as if copied herein, The Hongkong and Shanghai Banking Corporation Limited and HSBC Holdings, PLC's ("HSBC Defendants") Opposition to Plaintiff's Motion to Vacate the Conditional Transfer Order (CTO-393) which has been docketed as document number 17 in the above-captioned action. For the reasons set forth in the HSBC Defendants' opposition, plaintiff's motion to vacate CTO-393 should be denied allowing this action to be transferred without delay.

Respectfully Submitted,

*[signature]*

JENNIFER E. ADAMS      #26588
A. WENDEL STOUT, III      #12511
Deutsch, Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
Counsel for .CertainTeed Corporation

## CERTIFICATE OF SERVICE

I hereby certify, on this, the 10th day of June, 2011 that a copy of the above pleading was served on all counsel of record via electronic filing and email.

*[signature]*

JENNIFER E. ADAMS

DMS #2072185

2