### BEFORE THE JUDICAL PANEL ON MULTIDTRICT LITIGATION

| | | |
|---|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)<br><br>This Document Relates To:<br><br>**WILLIAM CLEVE DAVIDSON**<br><br>Plaintiff,<br><br>vs.<br><br>**ADVOCATE MINES, LTD., et al.,**<br><br>Defendants. | § § § § § § § § § § § § § | MDL No. 875<br><br><br><br><br><br>2:11-cv-01013 (EDLA) |

### DEFENDANT BIRD, INCORPORATED'S ADOPTION OF HSBC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER (CTO-393)

Defendant, Bird, Incorporated adopts, as if copied herein, The Hongkong and Shanghai Banking Corporation Limited and HSBC Holdings, PLC's ("HSBC Defendants") Opposition to Plaintiff's Motion to Vacate the Conditional Transfer Order (CTO-393) which has been docketed as document number 17 in the above-captioned action.  For the reasons set forth in the HSBC Defendants' opposition, plaintiff's motion to vacate CTO-393 should be denied allowing this action to be transferred without delay.

Respectfully submitted,

**SWETMAN BAXTER MASSENBURG, LLC**

/s/   Kay Barnes Baxter
Kay Barnes Baxter  (LSBA No. 22938)
Glenn L.M. Swetman (LSBA No. 21904)
Christopher O. Massenburg (LSBA No. 26989)
Brandie M. Thibodeaux (LSBA No. 29344)
Margaret Adams Casey (LSBA No. 22918)
650 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Telephone: (504) 799-0500
Facsimile:   (504) 799-0501

**ATTORNEYS FOR BIRD, INCORPORATED**

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this date delivered, a true and correct copy of the foregoing document to counsel for Plaintiff and all known counsel for defendants.

**SO CERTIFIED,** this the 10th day of June, 2011.

/s/   Kay Barnes Baxter
**KAY BARNES BAXTER**