# IN THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **WILLIAM CLEVE DAVIDSON** | § | |
| | § | **CAUSE NO.: LAE/2:11-cv-01013** |
| **Plaintiff,** | § | |
| | § | (Orleans Parish No. 2010-05127) |
| **vs.** | § | |
| | § | **SECTION F** |
| **ADVOCATE MINES, LTD., et al.,** | § | |
| | § | **MARTIN L. C. FELDMAN, JUDGE** |
| **Defendants.** | § | **MAGISTRATE JUDGE 2** |

## WITHDRAWAL OF FILING CORPORATE DISCLOSURE STATEMENT

Bird Incorporated's Corporate Disclosure Statement was filed incorrectly in the above captioned matter. The original Corporate Disclosure Statement should be withdrawn and an Amended Corporate Disclosure Statement will be filed.

Respectfully submitted,

**SWETMAN BAXTER MASSENBURG, LLC**

/s/  Kay Barnes Baxter_____
Kay Barnes Baxter  (LSBA No. 22938)
Glenn L.M. Swetman (LSBA No. 21904)
Christopher O. Massenburg (LSBA No. 26989)
Brandie M. Thibodeaux (LSBA No. 29344)
Margaret Adams Casey (LSBA No. 22918)
650 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Telephone: (504) 799-0500
Facsimile:  (504) 799-0501

**ATTORNEYS FOR BIRD, INCORPORATED**

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this date delivered, a true and correct copy of the foregoing document to counsel for Plaintiff and all known counsel for defendants.

**SO CERTIFIED,** this the 13th day of June, 2011.

/s/  Kay Barnes Baxter_____
**KAY BARNES BAXTER**