**IN THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **WILLIAM CLEVE DAVIDSON** | § | |
| | § | **CAUSE NO.:  LAE/2:11-cv-01013** |
| **Plaintiff,** | § | |
| | § | (Orleans Parish No.  2010-05127) |
| **vs.** | § | |
| | § | **SECTION F** |
| **ADVOCATE MINES, LTD., et al.,** | § | |
| | § | **MARTIN L. C. FELDMAN, JUDGE** |
| **Defendants.** | § | **MAGISTRATE JUDGE 2** |

**AMENDED CORPORATE DISCLOSURE STATEMENT**

Bird Incorporated is an indirect, wholly-owned subsidiary of Compagnie de Saint-Gobain, Paris, France.  There is no other parent company that is publicly held.  No other publicly-held company owns stock in Bird Incorporated.  The Wendel Group, Paris, France owns more than 10% of the stock of Compagnie de Saint-Gobain

Respectfully submitted,

**SWETMAN BAXTER MASSENBURG, LLC**

 /s/   *Kay Barnes Baxter*_____
Kay Barnes Baxter  (LSBA No. 22938)
Glenn L.M. Swetman (LSBA No. 21904)
Christopher O. Massenburg (LSBA No. 26989)
Brandie M. Thibodeaux (LSBA No. 29344)
Margaret Adams Casey (LSBA No. 22918)
650 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Telephone: (504) 799-0500
Facsimile:   (504) 799-0501

**ATTORNEYS FOR BIRD, INCORPORATED**

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this date delivered, a true and correct copy of the foregoing document to counsel for Plaintiff and all known counsel for defendants.

**SO CERTIFIED,** this the 13th day of June, 2011.

 /s/   *Kay Barnes Baxter*_____
**KAY BARNES BAXTER**

- 2 -