**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**NOTICE OF HEARING SESSION**

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:        **July 28, 2011**

LOCATION OF HEARING SESSION:    Phillip Burton United States Courthouse
                                Ceremonial Courtroom, 19th Floor
                                450 Golden Gate Avenue
                                San Francisco, California  94102

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:30 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- •  Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) does not need to appear at the Hearing Session.
- •  Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the hearing session.

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be returned to this office no later than **July 11, 2011.**  The procedures governing Panel oral argument (Panel Rule 11.1) are attached.  The Panel strictly adheres to these procedures.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

cc: Clerk, U.S. District Court for the Northern District of California

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**HEARING SESSION ORDER**

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on July 28, 2011, the Panel will convene a hearing session in San Francisco, California, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION:

John G. Heyburn II
Chairman

| | |
|---|---|
| Kathryn H. Vratil | W. Royal Furgeson, Jr. |
| Frank C. Damrell, Jr. | Barbara S. Jones |
| Paul J. Barbadoro | Marjorie O. Rendell |

SCHEDULE OF MATTERS FOR HEARING SESSION
July 28, 2011 -- San Francisco, California


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT[1]**


MDL No. 2226 -- **IN RE: DARVOCET, DARVON AND PROPOXYPHENE PRODUCTS
LIABILITY LITIGATION**

Order to show cause whether these actions should be centralized, pursuant to 28 U.S.C.
§ 1407, for coordinated or consolidated pretrial proceedings, and if so, which federal district is
the appropriate forum for these proceedings.

Middle District of  Florida

Mary A. Mendoza v. Xanodyne Pharmaceuticals, Inc., C.A. No. 8:11-00384

Northern District of Illinois

Veronica Ceja, et al. v. Xanodyne Pharmaceuticals, Inc., C.A. No. 1:11-00427

Eastern District of Louisiana

Linda Gallagher v. Xanodyne Pharmaceuticals, Inc., C.A. No. 2:10-04455
Billy Lambert, et al. v. Xanodyne Pharmaceuticals, Inc., et al., C.A. No. 2:11-00524
Jeanette Babin, et al. v. Xanodyne Pharmaceuticals, Inc., C.A. No. 2:11-00612

---

[1]  This schedule contains only those civil actions listed in the Schedule(s) of Actions
submitted with the docketed motion(s) for transfer.  See Panel Rules 6.1 and 6.2.  In the event
these dockets are centralized, other actions of which the Panel has been informed may be subject
to transfer pursuant to Panel Rule 7.1.

Schedule of Matters for Hearing Session, Section A                    p. 2
San Francisco, California


MDL No. 2226 (Continued)


        Western District of Louisiana

Gloria Babineaux v. Xanodyne Pharmaceuticals, Inc., C.A. No. 6:10-01836
Rosemary Derryberry v. Xanodyne Pharmaceuticals, Inc., C.A. No. 6:10-01841

            District of Maryland

Paul Neil Smith, et al. v. Mylan Pharmaceuticals, Inc., et al., C.A. No. 1:11-00596

            Northern District of Mississippi

Elizabeth Hunsucker v. Xanodyne Pharmaceuticals, Inc., et al., C.A. No. 3:11-00023

            Southern District of Mississippi

Willie Washington v. Xanodyne Pharmaceuticals, Inc., et al., C.A. No. 5:11-00042

            Eastern District of New York

Kristine Esposito v. Xanodyne Pharmaceuticals, Inc., C.A. No. 1:10-05737
Patricia Corso, et al. v. Teva Pharmaceuticals USA, Inc., et al., C.A. No. 2:11-01383
Jean Alix v. Eli Lilly and Company, et al., C.A. No. 2:11-01456

            Southern District of Ohio

Tammy Gilbert, et al. v. Eli Lilly and Company, et al., C.A. No. 1:11-00017

            Western District of Oklahoma

Carolyn West v. Qualitest Pharmaceuticals Inc., et al., C.A. No. 5:11-00169

            Eastern District of Pennsylvania

Gregory P. Trimboli v. Xanodyne Pharmaceuticals, Inc., et al., C.A. No. 2:11-01650
Theresa Eldredge v. Xanodyne Pharmaceuticals, Inc., et al., C.A. No. 2:11-01882

            Western District of Tennessee

Mary Ann Kellehar v. Xanodyne Pharmaceutical, Inc., C.A. No. 2:11-02038

Schedule of Matters for Hearing Session, Section A                    p. 3
San Francisco, California


MDL No. 2248 -- **IN RE: NUTELLA MARKETING AND SALES PRACTICES
                     LITIGATION**

Motion of plaintiff Marnie Glover for centralization of the following actions in the
United States District Court for the District of New Jersey:

       Southern District of California

Athena Hohenberg v. Ferrero U.S.A., Inc., C.A. No. 3:11-00205
Laura Rude-Barbato v. Ferrero U.S.A., Inc., C.A. No. 3:11-00249

       District of New Jersey

Marnie Glover v. Ferrero USA, Inc., C.A. No. 3:11-01086


MDL No. 2249 -- **IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844)
                     PATENT LITIGATION**

Motion of plaintiff Qualcomm Inc., for centralization of the following actions in the
United States District Court for the District of Minnesota:

       District of Delaware

PJC Logistics, LLC v. A. Duie Pyle Inc., et al., C.A. No. 1:11-00231

       Middle District of Florida

PJC Logistics, LLC v. AAA Cooper Transportation, Inc. et al., C.A. No. 3:11-00301

       Northern District of Illinois

PJC Logistics, LLC v. A&R Logistics, Inc., et al., C.A. No. 1:11-01983

       District of Minnesota

PJC Logistics, LLC v. Anderson Trucking Service, Inc., et al., C.A. No. 0:11-00675
Qualcomm Inc., v. PJC Logistics, LLC, C.A. No. 0:11-00865
Xata Corp. v. PJC Logistics, LLC, C.A. No. 0:11-00871

Schedule of Matters for Hearing Session, Section A                          p. 4
San Francisco, California


MDL No. 2249 (Continued)


        <u>District of Nevada</u>

PJC Logistics, LLC v. Act Transportation, et al., C.A. No. 2:11-00418

        <u>District of Oregon</u>

PJC Logistics, LLC v. Doug Andrus Distributing LLC, et al., C.A. No. 3:11-00337

        <u>Eastern District of Texas</u>

PJC Logistics, LLC v. Acme Truck Line, Inc., et al., C.A. No. 6:11-00125

        <u>Northern District of Texas</u>

PJC Logistics, LLC v. ABF Freight Systems Inc., et al., C.A. No. 3:11-00548

        <u>Eastern District of Virginia</u>

PJC Logistics, LLC v. Averitt Express, Inc., et al., C.A. No. 1:11-00279


MDL No. 2250 -- **IN RE: IPHONE/IPAD APPLICATION CONSUMER PRIVACY
                LITIGATION**

    Motion of defendant Apple, Inc., for centralization of the following actions in the United
States District Court for the Northern District of California:

        <u>Western District of Arkansas</u>

Leah Thompson, et al. v. Apple, Inc., C.A. No. 3:11-03009

        <u>Northern District of California</u>

Jonathan Lalo v. Apple, Inc., et al., C.A. No. 5:10-05878
Dustin Freeman, et al. v. Apple, Inc., et al., C.A. No. 5:10-05881
Anthony Chiu v. Apple, Inc., C.A. No. 5:11-00407
Daniel Rodimer, et al. v. Apple, Inc., et al., C.A. No. 5:11-00700

Schedule of Matters for Hearing Session, Section A                    p. 5
San Francisco, California


MDL No. 2250 (Continued)



        District of Puerto Rico

    Natasha Acosta, et al. v. Apple, Inc., et al., C.A. No. 3:11-01326


MDL No. 2251 -- **IN RE: JAMES D. JORDAN IRS SUMMONS LITIGATION**

    Motion of plaintiff James D. Jordan for centralization of the following actions in the
United States District Court for the District of New Mexico:

        Southern District of Indiana

    James D. Jordan v. United States of America, et al., C.A. No. 1:11-00008

        Southern District of Ohio

    James D. Jordan v. United States of America, et al., C. A. No. 1:11-00006

        Western District of Texas

    James D.  Jordan v. United States of America, et al., C.A. No. 3:11-00075
    James D. Jordan v. United States of America, et al., C.A. No. 3:11-00076


MDL No. 2252 -- **IN RE: ORAL SODIUM PHOSPHATE TABLET-BASED PRODUCTS
                LIABILITY LITIGATION**

    Motion of plaintiff Margaret Landry for centralization of the following actions in the
United States District Court for the Northern District of Ohio:

        Middle District of Florida

    Wanda Hubbard v. Salix Pharmaceuticals, Inc., C.A. No. 8:10-00085

        Northern District of Illinois

    Diana Schmitt v. Salix Pharmaceuticals, Inc., C.A. No. 1:10-04844

Schedule of Matters for Hearing Session, Section A                           p. 6
San Francisco, California

MDL No. 2252 (Continued)

       Northern District of Indiana

Carol Mooney, et al. v. Salix Pharmaceuticals, Inc., et al., C.A. No. 3:09-00349

       District of Massachusetts

Margaret Landry v. Salix Pharmaceuticals, Inc., et al., C.A. No. 1:09-10633

       Northern District of Mississippi

Christine Buxton, et al. v. Ormseth, et al., C.A. No. 2:09-00099


MDL No. 2253 -- **IN RE: ARRIVALSTAR S.A. FLEET MANAGEMENT SYSTEMS**
                **PATENT LITIGATION**

Motion of defendant CES Wireless Technologies Corporation for centralization of the
following actions in the United States District Court for the Southern District of Florida:

       Central District of California

ArrivalStar S.A., et al v. AnyData Corp., et al., C.A. No. 8:11-00524

       District of Colorado

ArrivalStar S.A., et al. v. Cartasite, Inc., C.A. No. 1:11-01067

       Southern District of Florida

ArrivalStar S.A., et al. v. SEKO Worldwide, LLC, et al., C.A. No. 1:10-23144
ArrivalStar S.A., et al. v. Macy's, Inc., et al., C.A. No. 1:11-20166
ArrivalStar S.A., et al. v. New Breed Logistics, Inc., et al., C.A. No. 1:11-20236
ArrivalStar S.A., et al. v. Daniel F. Young, Inc., et al., C.A. No. 1:11-20628
ArrivalStar S.A., et al. v. Swiss International Air Lines Ltd., Inc., et al.,
  C.A. No. 1:11-20938
ArrivalStar S.A., et al. v. Lufthansa German Airlines, et al., C.A. No. 1:11-20949
ArrivalStar S.A., et al. v. CEVA Logistics U.S., Inc., et al., C.A. No. 1:11-21293
ArrivalStar S.A., et al. v. Geodis Wilson USA, Inc., et al., C.A. No. 1:11-21297

Schedule of Matters for Hearing Session, Section A                    p. 7
San Francisco, California


MDL No. 2253 (Continued)


      <u>Southern District of Florida</u> (Continued)

ArrivalStar S.A., et al. v. Intermec Technologies Corp., et al., C.A. No. 1:11-21371
ArrivalStar S.A., et al. v. Ramco Systems Corp., et al., C.A. No. 1:11-21376
ArrivalStar S.A., et al. v. Celadon Dedicated Services, C.A. No. 1:11-21393
ArrivalStar S.A., et al. v. Genco Distribution System, Inc., d/b/a Genco ATC, et al.,
   C.A. No. 1:11-21445
ArrivalStar S.A., et al. v. Encore Forwarding, Inc., et al., C.A. No. 1:11-21493
ArrivalStar S.A., et al. v. CES Wireless Technologies Corp., C.A. No. 2:11-14201
Arrivastar S.A., et al. v. Next Generation Logistics, Inc., C.A. No. 9:11-80357


      <u>Northern District of Illinois</u>

ArrivalStar S.A., et al. v. Remote Dynamics, Inc., C.A. No. 1:11-01500
ArrivalStar S.A., et al. v. Safefreight Technology, Ltd., C.A. No. 1:11-01501
ArrivalStar S.A., et al. v. Northeast Illinois Regional Commuter Railroad Corporation,
   C.A. No. 1:11-01502
ArrivalStar S.A., et al. v. Fleetmind Solutions, Inc., C.A No 1:11-01504
ArrivalStar S.A., et al. v. Tracking The World, Inc., C.A. No. 1:11-01505
ArrivalStar S.A., et al. v. IndusTrack, LLC, C.A. No. 1:11-01506
ArrivalStar S.A., et al. v. AIRSIS, Inc., C.A. No. 1:11-01508
ArrivalStar S.A., et al. v. Beacon Wireless Solutions Inc., C.A. No. 1:11-01511
ArrivalStar S.A., et al. v. Nimble Wireless, Inc., C.A. No. 1:11-01515
ArrivalStar S.A., et al. v. SkyGuard, LLC, C.A. No. 1:11-01517


      <u>Southern District of Indiana</u>

Dataflow Systems, Inc. v. ArrivalStar S.A., et al., C.A. No. 1:11-00150


      <u>District of Maryland</u>

ArrivalStar S.A., et al. v. Maryland Transit Administration, C.A. No. 1:11-00761


      <u>Southern District of New York</u>

Arrivalstar S.A., et al. v. The Port Authority of New York and New Jersey,
   C.A. No. 1:11-01808

Schedule of Matters for Hearing Session, Section A                    p. 8
San Francisco, California


MDL No. 2253 (Continued)


      <u>Middle District of North Carolina</u>

Mother Murphy's Laboratories, Inc. v. ArrivalStar, S.A., et al., C.A. No. 1:11-00122

      <u>Southern District of Ohio</u>

Cincinnati Bell, Inc. v. Arrivalstar S.A. et al., C.A. No. 1:11-00274

      <u>Western District of Washington</u>

Enroute Systems Corp. v. ArrivalStar SA, et al., C.A. No. 2:11-00451
ArrivalStar S.A., et al. v. King County, C.A. No. 2:11-00461


**MDL No. 2254 -- IN RE: LIVINGSOCIAL MARKETING AND SALES PRACTICES
        LITIGATION**

Motion of defendant Hungry Machine, Inc. d/b/a LivingSocial for centralization of the
following actions in the United States District Court for the District of District of Columbia:

      <u>Northern District of California</u>

Sarah Gosling v. Hungry Machine, Inc., C.A. No. 4:11-02094

      <u>Southern District of California</u>

Kimberly Pullman v. Hungry Machine, Inc., C.A. No. 3:11-00846

      <u>District of District of Columbia</u>

Melissa Forshey v. LivingSocial, Inc., et al., C.A. No. 1:11-00745

Schedule of Matters for Hearing Session, Section A                    p. 9
San Francisco, California


MDL No. 2254 (Continued)


        Southern District of Florida

Mandy Miller v. LivingSocial, C.A. No. 0:11-60519

        Western District of Washington

Dawn Abbott, et al. v. LivingSocial, Inc., C.A. No. 2:11-00253


MDL No. 2255 -- **IN RE: WEATHERFORD INTERNATIONAL LTD. SECURITIES AND
        DERIVATIVE LITIGATION**

        Motion of defendants Weatherford International Ltd.; Bernard J. Duroc-Danner; Andrew
P. Becnel; Jessica Abarca; Charles E. Geer, Jr.; Nicholas F. Brady; David J. Butters; William
Macaulay; Robert B. Millard; Robert K. Moses, Jr.; Robert A. Rayne; Samuel W. Bodman;
Guillermo Ortiz; and Emyr Jones Parry for centralization of the following actions in the United
States District Court for the Southern District of Texas:

        Central District of California

Visut Kanchanapoom, et al. v. Weatherford International Ltd., et al.,
  C.A. No. 2:11-01895

        Southern District of New York

Mike Dobina v. Weatherford International Ltd., et al., C.A. No. 1:11-01646

        Southern District of Texas

Charles C. Weddle, III v. Duroc-Danner, et al., C.A. No. 4:11-00784

Schedule of Matters for Hearing Session, Section A                    p. 10
San Francisco, California


**MDL No. 2256 -- IN RE: BEST BUY CO., INC., CALIFORNIA SONG-BEVERLY CREDIT CARD ACT LITIGATION**

Motion of plaintiff Jared Wood for centralization of the following actions in the United States District Court for the Northern District of California:

Central District of California

Sean Gass v. Best Buy Co., Inc., C.A. No. 2:11-01507
Roshann Reese v. Best Buy Co., Inc et al., C.A. No. 2:11-02552

Northern District of California

Jason Zelis v. Best Buy Co., Inc., C.A. No. 4:11-01096
Jennifer Bennett v. Best Buy Co., Inc., C.A. No. 4:11-01499
Jared Wood v. Best Buy Co., Inc., C.A. No. 4:11-01877


**MDL No. 2258 -- IN RE: SONY GAMING NETWORKS AND CUSTOMER DATA SECURITY BREACH LITIGATION**

Motion of plaintiff Kristopher Johns for centralization of the following actions in the United States District Court for the Northern District of California:

Central District of California

Rebecca Mitchell v. Sony Computer Entertainment America, LLC, et al.,
  C.A. No. 2:11-03601
James Cupp v. Sony Computer Entertainment America, LLC, et al., C.A. No. 2:11-03627
Farid Kazimi v. Sony Computer Entertainment America, LLC, et al.,
  C.A. No. 2:11-03676
Christopher McCard v. Sony Computer Entertainment America, LLC, et al.,
  C.A. No. 2:11-03785

Northern District of California

James Efird v. Sony Computer Entertainment America, LLC, et al., C.A. No. 3:11-02115
Justin Newman v. Sony Computer Entertainment America, LLC, et al.,
  C.A. No. 3:11-02129

Schedule of Matters for Hearing Session, Section A                    p. 11
San Francisco, California


MDL No. 2258 (Continued)


      Northern District of California (Continued)

Christopher W. McKewon, et al. v. Sony Network Entertainment America, Inc., et al.,
  C.A. No. 3:11-02177
Ryan Romaine, et al. v. Sony Computer Entertainment America, LLC, et al.,
  C.A. No. 3:11-02180
Kristopher Johns v. Sony Computer Entertainment America, LLC, et al.,
  C.A. No. 4:11-02063
Shinli Chi v. Sony Network Entertainment America, Inc., et al., C.A. No. 4:11-02081
Ian McCoy v. Sony Computer Entertainment America, LLC, et al., C.A. No. 4:11-02153
Arthur Sanchez v. Sony Computer Entertainment America, LLC, et al.,
  C.A. No. 4:11-02181
Scott Lieberman v. Sony Computer Entertainment America, LLC, et al.,
  C.A. No.4:11-02197
Frank Turano v. Sony Corporation of America, et al., C.A. No. 4:11-02206


      Eastern District of Michigan

Tom Berman, et al. v. Sony Computer Entertainment America, LLC, et al.,
  C.A. No. 2:11-11912


      Eastern District of New York

Imran Ahmed v. Sony Computer Entertainment of America, LLC, et al.,
  C.A. No. 2:11-02133


      Southern District of New York

Nick Connolly v. Sony Computer Entertainment America, Inc., et al.,
  C.A. No. 1:11-03088


      Southern District of Texas

Mark Brown, II v. Sony Computer Entertainment America, Inc., et al.,
  C.A. No. 4:11-01694

Schedule of Matters for Hearing Session, Section A                          p. 12
San Francisco, California


MDL No. 2259 -- **IN RE: GENESCO, INC., CALIFORNIA SONG-BEVERLY CREDIT
CARD ACT LITIGATION**

Motion of plaintiff Frank Pabst for centralization of the following actions in the United
States District Court for the Northern District of California:

Eastern District of California

Michael M. Fraser v. Genesco, Inc., C.A. No. 2:11-00598

Northern District of California

Frank Pabst v. Genesco, Inc., C.A. No. 3:11-01592


MDL No. 2260 -- **IN RE: CRATE & BARREL CALIFORNIA SONG-BEVERLY CREDIT
CARD ACT LITIGATION**

Motion of defendant Euromarket Designs, Inc. d/b/a Crate & Barrel for centralization of
the following actions in the United States District Court for the Northern District of California:

Central District of California

Jason Salmonson v. Euromarket Designs, Inc., et al., C.A. No. 2:11-02446

Northern District of California

Nancy Dardarian v. Euromarket Designs, Inc., C.A. No. 3:11-00945
Carlos Campbell v. Euromarket Designs, Inc., et al., C.A. No. 3:11-01368
Thomas O'Connor v. Euromarket Designs, Inc., C.A. No. 3:11-02140

Southern District of California

Tiffany Heon v. Euromarket Designs, Inc., et al., C.A. No. 3:11-00769

Schedule of Matters for Hearing Session, Section A                    p. 13
San Francisco, California


MDL No. 2261 -- **IN RE: JIFFY LUBE INTERNATIONAL, INC., TEXT SPAM
                 LITIGATION**

Motion of plaintiffs Renee Heuscher, Joseph Crowl, Dawn Souder, Tramy Duong, and Lawrence Cushnie for centralization of the following actions in the United States District Court for the Northern District of California or, in the alternative, the United States District Court for the Southern District of California:

<u>Northern District of California</u>

Renee Heuscher v. Heartland Automotive Services Inc., C.A. No. 3:11-02048

<u>Southern District of California</u>

Joseph Crowl v. Jiffy Lube International, Inc., C.A. No. 3:11-00865
Dawn Souder v. Jiffy Lube International, Inc., C.A. No. 3:11-00896
Tramy Duong v. Jiffy Lube International, Inc., et al., C.A. No. 3:11-00943

<u>Western District of Washington</u>

Lawrence Cushnie v. Heartland Automotive Services, Inc., et al., C.A. No. 2:11-00753


MDL No. 2262 -- **IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST
                 LITIGATION**

Motion, as amended, of plaintiff Ravan Investments, LLC for centralization of the following actions in the United States District Court for the Southern District New York:

<u>Northern District of Illinois</u>

Richard Hershey v. Credit Suisse Group AG, et al., C.A. No. 1:11-02625
Brian McCormick, et al. v. Bank of America Corporation, et al., C.A. No. 1:11-02706
Jeffrey Laydon v. Credit Suisse Group AG, et al., C.A. No. 1:11-02824

<u>Southern District of New York</u>

FTC Capital GMBH, et al. v. Credit Suisse Group AG, et al., C.A. No. 1:11-02613
Carpenters Pension Fund of West Virginia v. Bank of America Corporation, et al.,
   C.A. No. 1:11-02883
City of Dania Beach Police & Firefighters' Retirement System v. Bank of America
Corporation, et al., C.A. No. 1:11-03128
Ravan Investments, LLC v. Bank of America Corporation, et al., C.A. No. 1:11-03249

Schedule of Matters for Hearing Session, Section A                    p. 14
San Francisco, California


MDL No. 2263 -- **IN RE: DIAL COMPLETE MARKETING AND SALES PRACTICES
LITIGATION**

Motion of plaintiff Jenny Marazzi for centralization of the following actions in the
United States District Court for the Northern District of Ohio:

Central District of California

Sonia Herrera v. The Dial Corporation, C.A. No. 2:11-04146
Alicia Gentile v. The Dial Corporation, C.A. No. 2:11-04257

Southern District o Florida

Martin Hommel v. The Dial Corporation, Inc., C.A. No. 0:11-61123
Sven P. Vogtland v. The Dial Corporation, Inc., C.A. No. 1:11-21658
Jonathan Cessna v. The Dial Corporation, Inc., C.A. No. 1:11-21748

Southern District of Illinois

David Walls v. The Dial Corporation, Inc., C.A. No. 3:10-00734

Eastern District of Missouri

Michelle Carter v. The Dial Corporation, Inc., C.A. No. 4:11-00877

Eastern District of New York

Michael Feuer v. The Dial Corporation, Inc., C.A. No. 2:11-02205

Northern District of Ohio

Jenny Marazzi v. The Dial Corporation, Inc., C.A. No. 1:11-00407

Eastern District of Wisconsin

Megan Peterson v. The Dial Corporation, Inc., C.A. No. 1:11-00493

MDL No. 2264 -- **IN RE: GOOGLE INC. ANDROID CONSUMER PRIVACY
                LITIGATION**

Motion of defendant Google, Inc., for centralization of the following actions in the
United States District Court for the Northern District of California:

      <u>Northern District of California</u>

Beverly Levine, et al. v. Google, Inc., C.A. No. 3:11-02157
Juliann King v. Google, Inc., et al., C.A. No. 5:11-02167
Maritsa Urias, et al. v. Google, Inc., C.A. No. 5:11-02230
Tracey Lipton v. Google, Inc., C.A. No. 5:11-02427

      <u>Middle District of Florida</u>

Jon Pessano, et al. v. Google, Inc., C.A. No. 8:11-01026

      <u>Eastern District of Michigan</u>

Julie Brown, et al. v. Google, Inc., C.A. No. 2:11-11867

MDL No. 2265 -- **IN RE: COUNTRYWIDE FINANCIAL CORP. SECURITIES
                LITIGATION**

Motion, as amended, of defendants Countrywide Financial Corp.; Countrywide Home
Loans, Inc.; Countrywide Home Loans Servicing LP; Countrywide Capital Markets, LLC;
Countrywide Securities Corp.; CWALT, Inc.; CWABS, Inc., CWHEQ, Inc.; and CWMBS, Inc.,
for centralization of certain of the following actions in the United States District Court for the
Central District of California and motion of plaintiffs NECA-IBEW Pension Trust Fund and
Denis Montgomery for centralization of the following actions in the United States District Court
for the Central District of California:

      <u>Central District of California</u>

Maine State Retirement System v. Countrywide Financial Corp., et al.,
  C.A. No. 2:10-00302
Centaur Classic Convertible Arbitrage Fund Ltd. v. Countrywide Financial Corp.,
  et al., C.A. No. 2:10-05699

Schedule of Matters for Hearing Session, Section A                    p. 16
San Francisco, California


MDL No. 2265 (Continued)


      <u>Central District of California</u> (Continued)

Stichting Pensioenfonds ABP v. Countrywide Financial Corp., et al.,
  C.A. No. 2:10-07275
State Treasurer of the State of Michigan, et al. v. Countrywide Financial Corp.,
  et al., C.A. No. 2:11-00809
The Fresno County Employees Retirement Association v. Countrywide Financial
   Corp., et al., C.A. No. 2:11-00811
Children's Hospital and Medical Center Foundation of Omaha et al. v. Countrywide
   Financial Corp., et al., C.A. No. 2:11-02056
Putnam Bank v. Countrywide Financial Corp., et al., C.A. No. 2:11-04698

      <u>Northern District of Illinois</u>

Sterling Federal Bank, F.S.B. v. Countrywide Financial Corp., et al.,
  C.A. No. 1:11-02012

      <u>Southern District of New York</u>

Denis Montgomery, et al. v. Bank of America Corp., et al., C.A. No. 1:10-00440
Allstate Insurance Company, et al. v. Countrywide Financial Corp., et al.,
  C.A. No. 1:10-09591
Dexia Holdings, Inc., et al. v. Countrywide Financial Corp., et al.,
  C.A. No. 1:11-01259

      <u>Southern District of Ohio</u>

Western and Southern Life Insurance Company, et al. v. Countrywide Financial Corp.,
  et al., C.A. No. 1:11-00267

      <u>Western District of Oklahoma</u>

American Fidelity Assurance Company v. Countrywide Financial Corp., et al.,
  C.A. No. 5:11-00361

Schedule of Matters for Hearing Session, Section A                    p. 17
San Francisco, California


MDL No. 2266 -- **IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT
                PRACTICES LITIGATION (NO. III)**

　　　　Motion of defendants Wells Fargo Bank, N.A.; Wachovia Mortgage Corp.; Wachovia
Corp.; World Mortgage Co.; and Wells Fargo & Co. for centralization of the following actions in
the United States District Court for the Southern District of Texas:

　　　　　　District of New Jersey

　　　Manuel Gonzalez, et al. v. Wells Fargo Home Mortgage, Inc., et al., C.A. No. 1:11-02142

　　　　　　Southern District of Texas

　　　Raymond Richardson, et al. v. Wells Fargo Bank, N.A., C.A. No. 4:10-04949
　　　James Chaplin, et al. v. Wachovia Mortgage Corp., et al., C.A. No. 4:11-00638

　　　　　　Western District of Washington

　　　Brent K. Chan, et al. v. Wells Fargo Home Mortgage, Inc., C.A. No. 2:11-00871


MDL No. 2267 -- **IN RE: BED, BATH & BEYOND, INC., CALIFORNIA
                SONG-BEVERLY CREDIT CARD ACT LITIGATION**

　　　　Motion of plaintiff Shelby Bennett for centralization of the following actions in the
United States District Court for the Northern District of California:

　　　　　　Central District of California

　　　Lisa Elan v. Bed, Bath & Beyond, Inc., et al., C.A. No. 2:11-02293
　　　Maria Eugenia Saenz Valiente v. Bed, Bath & Beyond, Inc., et al., C.A. No. 2:11-02437
　　　Hambik Oktanyan v. Bed, Bath and Beyond, Inc., et al., C.A. No. 2:11-02609

　　　　　　Northern District of California

　　　Shelby Bennett v. Bed, Bath & Beyond, Inc., C.A. No. 3:11-02220

　　　　　　Southern District of California

　　　Jennifer Bourbiel v. Bed, Bath & Beyond, Inc., et al., C.A. No. 3:11-00677
　　　Tiffany Heon v. Bed, Bath & Beyond, Inc., et al., C.A. No. 3:11-00815
　　　Geri Paxton v. Bed, Bath & Beyond, Inc., et al., C.A. No. 3:11-00990
　　　Jessica Shughrou v. Bed, Bath & Beyond, Inc., et al., C.A. No. 3:11-01020

Schedule of Matters for Hearing Session, Section A                    p. 18
San Francisco, California


**MDL No. 2268 -- IN RE: SUR LA TABLE, INC., CALIFORNIA SONG-BEVERLY**
**CREDIT CARD ACT LITIGATION**

Motion of plaintiff Amanda Georgino for centralization of the following actions in the
United States District Court for the Northern District of California:

Central District of California

Amanda Georgino v. Sur La Table, Inc., et al., C.A. No. 2:11-03522

Northern District of California

Nancy Dardarian v. Sur La Table, Inc., C.A. No. 3:11-00948
Linda Petersen v. Sur La Table, Inc., C.A. No. 3:11-01254


**MDL No. 2269 -- IN RE: BANK OF AMERICA CREDIT PROTECTION MARKETING**
**AND SALES PRACTICES LITIGATION**

Motion of plaintiffs Juan Arevalo, et al.; Cheryl Ross, et al.; and Marion Walton, et al.,
for centralization of the following actions in the United States District Court for the Northern
District of California:

Northern District of California

Juan Arevalo, et al. v. Bank of America Corporation, C.A. No. 3:10-04959

Western District of Washington

Cheryl Ross, et al. v. Bank of America Corporation, C.A. No. 3:10-05829

Eastern District of Wisconsin

Marion Walton, et al. v. Bank of America Corporation, et al., C.A. No. 2:11-00277

Schedule of Matters for Hearing Session, Section A                    p. 19
San Francisco, California


MDL No. 2270 -- **IN RE: CERTAINTEED FIBER CEMENT SIDING MARKETING,**
                   **SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Steve Clavette, et al.; Monique Orieux; Chad Epsen; and Steven Wiedmeyer for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:

Western District of Kentucky

John Robards, et al. v. CertainTeed Corporation, C.A. No. 3:11-00141

Northern District of New York

Richard Tesoriero v. CertainTeed Corporation, C.A. No. 5:11-00109

Eastern District of Pennsylvania

Steve Clavette, et al. v. CertainTeed Corporation, C.A. No. 2:10-06978
Monique Orieux v. CertainTeed Corporation, C.A. No. 2:11-00234
Chad Epsen v. CertainTeed Corporation, C.A. No. 2:11-00269
Steven Wiedmeyer v. CertainTeed Corporation, C.A. No. 2:11-00317

Eastern District of Wisconsin

Koreen Grube v. CertainTeed Corporation, C.A. No. 2:11-00396


MDL No. 2271 -- **IN RE: TELECOMMUNICATIONS PROVIDERS' FIBER OPTIC**
                   **CABLE INSTALLATION LITIGATION (NO. III)**

Motion of plaintiffs Hubbard A. Moore, et al.; Don Wayne McDaniel; Todd Smith; Randy C. Snyder, et al.; High Plains, Inc., et al.; Patricia Ann Polston; Flynn Ranch of Townsend, Inc.; Elizabeth Wear, et al.; George Tedder, et al.; and Benjamin Carrubba, et al., for centralization of the following actions in the United States District Court for the Northern District of Illinois:

Northern District of Alabama

Hubbard A. Moore, et al. v. Sprint Communication, et al., C.A. 2:02-01338
Hubbard A. Moore, et al. v. Williams Comm, et al., C.A. No. 2:02-01447

Schedule of Matters for Hearing Session, Section A                    p. 20
San Francisco, California


MDL No. 2271 (Continued)


      Eastern District of Arkansas

Don Wayne McDaniel v. Sprint Communications Company LP, et al.,
   C.A. No. 4:11-00282

      District of Arizona

Walter E. Sample v. Qwest Communications Company, LLC, et al., C.A. No. 3:10-08106

      Eastern District of California

Dirk Regan, et al. v. Qwest Communications International Inc., et al.,
   C.A. No. 2:01-00766

      Northern District of California

Todd Smith v. Qwest Communications Company, LLC, et al., C.A. No. 5:11-02599

      District of Connecticut

Caitflo, L.L.C., et al. v. Sprint Communications Company, L.P., et al.,
   C.A. No. 3:11-00497

      District of Idaho

Dennis Koyle, et al. v. Level 3 Communications, Inc, et al., C.A. No. 1:01-00286

      Northern District of Illinois

Don Wayne McDaniel, et al. v. QWest Communications Corporation, et al.,
   C.A. No. 1:05-01008

      District of Kansas

Howard Cox, et al. v. Sprint Communications Company, L.P., C.A. No. 6:10-01262

Schedule of Matters for Hearing Session, Section A                                    p. 21
San Francisco, California


MDL No. 2271 (Continued)


       District of Maine

Cascade Corporation v. Sprint Communications Company, LP, C.A. No. 2:11-00125

       Eastern District of Michigan

James Coghlan, et al. v. Sprint Communications Company, L.P., et al.,
   C.A. No. 2:11-11563

       Eastern District of Missouri

Patricia Ann Polston v. Sprint Communications Company, L.P., et al.,
   C.A. No. 4:10-00749

       District of Montana

Janet Amunrud v. Sprint Communications Company, L.P., et al., C.A. No. 1:10-00057
Flynn Ranch of Townsend v. Sprint Communications Company, L.P.,
   C.A. No. 1:11-00047

       District of Nevada

Elizabeth Wear, et al. v. Sprint Communications Company, L.P., et al.,
   C.A. No. 2:11-00809
Carmen Worstell vs Sprint Communications Company, L.P., et al., C.A. No. 3:10-00304

       District of New Hampshire

Longa Revocable Trust, et al. v. Sprint Communications Company, L.P.,
   C.A. No. 1:11-00172

       District of New Mexico

Dale Fager, et al. v. Qwest Communications Corporation, C.A. No. 6:10-00498

Schedule of Matters for Hearing Session, Section A                          p. 22
San Francisco, California


MDL No. 2271 (Continued)


      Northern District of New York

David Vormwald, et al. v. Sprint Communications Company, L.P, et al.,
  C.A. No. 5:11-00329

      District of North Dakota

Marlyn E. Nudell, et al. v. BNSF Railway Company, et al., C.A. No. 3:01-00041

      District of Oregon

Byron Scott Farms, Inc., et al. v. Level 3 Communications, LLC, et al.,
  C.A. No. 3:10-01066
Bill Zografos, et al. v. Qwest Communications Corporation, et al., C.A. No. 6:00-06201

      District of Rhode Island

Scott E. Coombs, et al. v. Sprint Communications Company, L.P., C.A. No. 1:11-00144

      District of South Dakota

Milo Knutson v. Sprint Communications Company, L.P., C.A. No. 4:11-04041

      District of Utah

Moyle, LLC, et al. v. Level 3 Communications, et al., C.A. No. 2:10-00477

      Western District of Washington

William S. Bendixen, et al. v. Sprint Communications Company, L.P., et al.,
  C.A. No. 3:11-05274

      Northern District of West Virginia

Terry W. Hess v. Sprint Communications Company, L.P., C.A. No. 3:11-00035

Schedule of Matters for Hearing Session, Section A                    p. 23
San Francisco, California


MDL No. 2271 (Continued)


      District of Wyoming

Legacy Ranch LLP v. Sprint Communications Company, LP, et al., C.A. No. 2:10-00103


MDL No. 2272 -- **IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION**

Motion of plaintiff Fred Stone for centralization of the following actions in the United States District Court for the Northern District of Illinois:

      Southern District of Florida

Douglas Root v. Zimmer, Inc., et al., C.A. No. 9:11-80640

      Northern District of Illinois

Robert Carr v. Zimmer, Inc., et al., C.A. No. 1:11-00974
Richard Cleveland v. Zimmer, Inc., et al., C.A. No. 1:11-01210
Fred Stone v. Zimmer, Inc., et al., C.A. No. 1:11-03408
Charles Holder v. Zimmer, Inc., et al., C.A. No. 1:11-03704
Jacqueline Gangloff v. Zimmer, Inc., et al., C.A. No. 1:11-03707
Robert Fitzpatrick v. Zimmer, Inc., et al., C.A. No. 1:11-03710
Daniel Pancotto v. Zimmer, Inc., et al., C.A. No. 1:11-03711
Gayle Cavada v. Zimmer, Inc., et al., C.A. No. 1:11-03714
Javier Saucedo v. Zimmer, Inc., et al., C.A. No. 1:11-03717
Mary Lou Malee v. Zimmer, Inc., et al., C.A. No. 1:11-03718

      Southern District of Iowa

Michael Cozzolino v. Zimmer, Inc., et al., C.A. No. 4:11-00246

      Western District of Kentucky

Barry Davis v. Zimmer, Inc., et al., C.A. No. 3:11-00251

Schedule of Matters for Hearing Session, Section A                          p. 24
San Francisco, California


MDL No. 2272 (Continued)


        Eastern District of Michigan

Angela Coleman v. Zimmer, Inc., et al., C.A. No. 2:11-11909

        District of Minnesota

Ron Singsaas v. Zimmer, Inc., et al., C.A. No. 0:11-00122
Jerry S. Hanson v. Zimmer, Inc., et al., C.A. No. 0:11-00530
David R. Langevin v. Zimmer, Inc., et al., C.A. No. 0:11-01123

        District of Nevada

Kim Sizemore v. Zimmer, Inc., et al., C.A. No. 2:10-01979
Monica Hood v. Zimmer, Inc., et al., C.A. No.  2:11-00863
Duane Poser, et al. v. Zimmer, Inc., et al., C.A. No. 2:11-00886

        Eastern District of New York

Michelina Vargas, et al. v. Zimmer Inc., et al., C.A. No. 1:11-02600
Sherry Ritter, et al. v. Zimmer, Inc., et al., C.A. No. 1:11-02601
Joseph Campbell v. Zimmer, Inc., et al., C.A. No. 1:11-02610

        District of North Dakota

Mary Wahlman v. Zimmer Inc., et al., C.A. No. 1:11-00042

        Eastern District of Pennsylvania

Carol Hasse-Jungkurt, et al. v. Zimmer, Inc., et al., C.A. No. 2:11-02992

        Middle District of Pennsylvania

James Krammes, et al. v. Zimmer, Inc., et al., C.A. No. 3:11-00916

Schedule of Matters for Hearing Session, Section A                    p. 25
San Francisco, California


MDL No. 2272 (Continued)


          Middle District of Tennessee

    Larry E. Effler, et al. v. Zimmer, Inc., et al., C.A. No. 3:11-00351

          Eastern District of Wisconsin

    Sandra Anderson v. Zimmer, Inc., et al., C.A. No. 2:10-01178

Schedule of Matters for Hearing Session, Section B                    p. 26
San Francisco, California

# SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 875 -- **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

<u>Northern District of California</u>

Aida Savelesky v. Allied Packing & Supply, Inc., et al., C.A. No. 3:11-01778

<u>Eastern District of Louisiana</u>

Terry Cardaro, et al. v. Aerojet General Corporation, et al., C.A. No. 2:11-00876
William Cleve Davidson v. Advocate Mines, Ltd., et al., C.A. No. 2:11-01013
Sally Gros Vedros v. Northrop Grumman Shipbuilding, Inc., et al., C.A. No. 2:11-01198

<u>Middle District of Louisiana</u>

Arthur J. Porter v. Greater Baton Rouge Port Commisson, et al., C.A. No. 3:11-00166
Alton Lewis v. Atlas Refinery, Inc., et al., C.A. No. 3:11-00199

<u>Eastern District of Virginia</u>

Gary Wayne Barco v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03278
John Percell Barnes v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03279
Nicolas Ochare Bernas v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03280
Joseph Bolton v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03281
Charles Algerwon Boomer v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03282
Herbert Lee Boone v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03283
Joe Henry Boone v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03284
Mennis Thomas Boone v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03285
Richard Boone v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03286

Schedule of Matters for Hearing Session, Section B                           p. 27
San Francisco, California


MDL No. 875 (Continued)


     <u>Eastern District of Virginia</u> (Continued)

   Walter Lee Boone v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03287
   Otha James Bowman v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03288
   Sharon Davis Bowser v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03289
   James Earl Braddock v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03290
   Crawford Lee Braswell v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03291
   Doris A. Brock v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03292
   Linda Yvonne Brown v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03293
   Jeffrey Walt Clemmons v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03294
   Carolyn Imel v. Exxon-Mobile Corporation, et al., C.A. No. 4:11-03295
   Leopoldo Claudio Bausas v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03296
   Norm Kennedy Baynard, Sr. v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03297
   Michael William Belch v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03298
   Gene Flenard Bell v. Bayer CropScience, Inc., et al., , C.A. No. 4:11-03299
   John Edwin Bell v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03300
   Leon Trippe Bell v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03301
   Paul Bellamy v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03302
   George Beale, Jr. v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03303
   Ervin Carlton Adams, Sr. v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03304
   Mark Kim Baker v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03305
   Lester Arnold Carver, Sr. v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03306
   Gene Richard Clayton v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03307
   Marie D. Carpenter v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03308
   Leon Anthony Carlisle v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03309
   Elwood Ray Carawan v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03310
   William Alvan Butts v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03311
   Otis L. Butts v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03312
   Martin Butts, Jr. v. Bayer CropScience, Inc., et al.,  C.A. No. 4:11-03313
   Willie Dance Burden v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03314
   Dennis Bryant, Jr. v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03315
   Ervin Budden, Jr. v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03316
   Robert Larry Bullock v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03317
   Jerome Roosevelt Brite, Jr. v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03318
   Eugene A. Butts v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03319
   Betty Lue Bussell v. Bayer CropScience, Inc., et al., C.A. No. 4:11-03320

MDL No. 1871 -- **IN RE: AVANDIA MARKETING, SALES PRACTICES AND
                    PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Connie Roy Duncan and Leonard Eley, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Eastern District of Missouri

Connie Roy Duncan v. GlaxoSmithKline LLC, C.A. No. 4:11-00626
Leonard Eley, et al. v. GlaxoSmithKline LLC, C.A. No. 4:11-00745

MDL No. 1919 -- **IN RE: WASHINGTON MUTUAL, INC., SECURITIES, DERIVATIVE
                    & "ERISA" LITIGATION**

Opposition of plaintiffs Michael M. Angello, et al., to transfer of the following action to the United States District Court for the Western District of Washington:

Southern District of California

Michael M. Angello, et al. v. Kerry Killinger, et al., C.A. No. 3:11-00668

MDL No. 1945 -- **IN RE: STATE STREET BANK AND TRUST CO. FIXED INCOME
                    FUNDS INVESTMENT LITIGATION**

Opposition of defendants State Street Bank & Trust Co., and State Street Global Advisors, Inc., to remand, under 28 U.S.C. § 1407(a), of the following actions to the United States District Court for the Southern District of Texas:

Southern District of New York

Memorial Hermann Health Care System, et al. v. State Street Bank & Trust Co.,
   C.A. No. 1:08-05440 (S.D. Texas, C.A. No. 4:07-04089)
Houston Police Officers Pension System v. State Street Bank & Trust Co.,
   C.A. No. 1:08-05442 (S.D. Texas, C.A. No. 4:08-00333)

Schedule of Matters for Hearing Session, Section B                     p. 29
San Francisco, California


MDL No. 1950 -- **IN RE: MUNICIPAL DERIVATIVES ANTITRUST LITIGATION**

Motion of defendant Bank of America, N.A., to transfer the following action to the United States District Court for the Southern District of New York:

Southern District of California

Kinsell, Newcomb & De Dios, Inc. v. Bank of America, N.A., et al.,
   C.A. No. 3:11-00994


MDL No. 1963 -- **IN RE: THE BEAR STEARNS COMPANIES INC. SECURITIES, DERIVATIVE AND EMPLOYEE RETIREMENT INCOME SECURITY ACT(ERISA) LITIGATION**

Opposition of plaintiff Vivine H. Wang to transfer of the following action to the United States District Court for the Southern District of New York:

Central District of California

Vivine H. Wang v. The Bear Stearns Companies LLC, et al., C.A. No. 2:11-02624


MDL No. 2036 -- **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

Oppositions of plaintiffs David J. Sachar, et al., and Elizabeth Rider, et al., to transfer of their respective following actions to the United States District Court for the Southern District of Florida:

Eastern District of Arkansas

David J. Sachar, et al. v. IBERIABANK Corporation, C.A. No. 4:11-00266
Elizabeth Rider, et al. v. Regions Financial Corporation, et al., C.A. No. 4:11-00375

## MDL No. 2051 -- **IN RE: DENTURE CREAM PRODUCTS LIABILITY LITIGATION**

Motion of plaintiff John Dixon for remand, pursuant to 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Northern District of California:

Southern District of Florida

John Dixon v. The Procter & Gamble Manufacturing Co., et al., C.A. No. 1:10-21369 (N.D. California, C.A. No. 3:10-01096)

## MDL No. 2099 -- **IN RE: STANFORD ENTITIES SECURITIES LITIGATION**

Opposition of plaintiffs Miguel Rishmague, et al., to transfer of the following action to the United States District Court for the Northern District of Texas:

Western District of Texas

Miguel Rishmague, et al. v. Robert S. Winter, et al., C.A. No. 5:11-00290

## MDL No. 2106 -- **IN RE: FONTAINEBLEAU LAS VEGAS CONTRACT LITIGATION**

Oppositions of plaintiffs Brigade Leveraged Capital Structures Fund, Ltd., et al., and defendants Jeffrey Soffer; Fontainebleau Resorts, LLC; Turnberry Ltd.; Turnberry Residential Limited Partner; Turnberry West Construction, Inc.; Albert Kotite; Raymond Parello; Bruce Weiner; Glenn Schaeffer; James Freeman; Devon Kumar; Howard Karawan; and Whitney Thier to transfer of the following action to the United States District Court for the Southern District of Florida:

District of Nevada

Brigade Leveraged Capital Structures Fund, Ltd., et al. v. Fontainebleau Resorts, LLC, et al., C.A. No. 2:11-01130

Schedule of Matters for Hearing Session, Section B                    p. 31
San Francisco, California


**MDL No. 2119 -- IN RE: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS
      (MERS) LITIGATION**

Opposition of plaintiffs Gwendell L. Philpot, et al., to transfer of certain claims in the
following action to the United States District Court for the District of Arizona:

<u>Northern District of Alabama</u>

Gwendell L. Philpot, et al. v. Merscorp, Inc., et al., C.A. No. 5:11-01007


**MDL No. 2179 -- IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN
      THE GULF OF MEXICO, ON APRIL 20, 2010**

Oppositions of plaintiffs St. Joe Company; Pinellas Marine Salvage, Inc., et al.; Kevin P.
Senegal; and defendant Halliburton Energy Services, Inc., to transfer of their respective
following actions to the United States District Court for the Eastern District of Louisiana:

<u>District of Delaware</u>

St. Joe Company v. Halliburton Energy Services Inc., et al., C.A. No. 1:11-00263

<u>Middle District of Florida</u>

Pinellas Marine Salvage, Inc., et al. v. Kenneth Feinberg, et al., C.A. No. 8:11-00582

<u>Southern District of Texas</u>

Halliburton Energy Service, Inc. v. BP Exploration & Production, Inc.,
  C.A. No. 4:11-01687
Kevin P. Senegal v. BP Exploration & Production Inc., et al., C.A. No. 4:11-01796

Schedule of Matters for Hearing Session, Section B                    p. 32
San Francisco, California


MDL No. 2185 -- **IN RE: BP P.L.C. SECURITIES LITIGATION**

Opposition of plaintiff Robert R. Glenn to transfer of the following action to the United States District Court for the Southern District of Texas:

District of Oregon

Robert R. Glenn v. BP p.l.c., C.A. No. 6:11-06124


MDL No. 2190 -- **IN RE: MCNEIL CONSUMER HEALTHCARE, ET AL., MARKETING AND SALES PRACTICES LITIGATION**

Motion of defendants Johnson & Johnson; McNeil-PPC, Inc.; and McNeil Healthcare, LLC, for reconsideration of the Panel's decision to deny transfer of the following action to the United States District of Court for the Eastern District of Pennsylvania:

District of Oregon

State of Oregon, et al. v. Johnson & Johnson, et al., C.A. No. 3:11-00086


MDL No. 2197 -- **IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

Eastern District of Arkansas

Penny Nichols v. DePuy Orthopaedics, Inc., et al., C.A. No. 3:11-00080

Northern District of Georgia

Linda McClure, et al. v. DC Medical, LLC, et al., C.A. No. 1:11-00877
Julie Starling v. DC Medical, LLC, et al., C.A. No. 1:11-00883
Kimberly Sedlar, et al. v. DC Medical, LLC, et al., C.A. No. 1:11-00936
Marion Meaders, Sr., et al v. DC Medical, LLC, et al., C.A. 1:11-00938
A. Joann McDowell v. DC Medical, LLC, et al., C.A. No. 1:11-00939
Harold Williams v. DC Medical, LLC, et al., C.A. No. 1:11-00940
Matthew Bailey, et al. v. DC Medical, LLC, et al., C.A. No. 1:11-01169
Deborah Brannon v. DC Medical, LLC, et al., C.A. No. 1:11-01170

Schedule of Matters for Hearing Session, Section B                     p. 33
San Francisco, California


MDL No. 2197 (Continued)


        Northern District of Georgia (Continued)

Zina Finley v. DC Medical, LLC, et al., C.A. No. 1:11-01171
James Lewis, et al. v. DC Medical, LLC, et al., C.A. No. 1:11-01172
Bobby Gallimore, et al. v. DC Medical, LLC, et al., C.A. No. 1:11-01173
Dennis Wilson v. DC Medical, LLC, et al., C.A. No. 1:11-01174
Nicole Askew v. DC Medical, LLC, et al., C.A. No. 1:11-01245

        Western District of Kentucky

Larry G. Johnson, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 5:11-00045
Terry Carnes v. DePuy Orthopaedics, Inc., et al., C.A. No. 5:11-00046
Gary Lee McElwayne, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 5:11-00047
Linda Lacey v. DePuy Orthopaedics, Inc., et al., C.A. No. 5:11-00048
Lisa F. Humphrey v. DePuy Orthopaedics, Inc., et al., C.A. No. 5:11-00049
Derla Thomas v. DePuy Orthopaedics, Inc., et al., C.A. No. 5:11-00050
Steve Kimbro, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 5:11-00051
Michael Bryson, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 5:11-00052

        District of Nevada

Jack Day, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:11-00501
Anneliese Rundle, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:11-00634

        Northern District of Texas

Mary Banks, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 3:11-00718

        Eastern District of Virginia

Louis Michael Zaborsky, II v. DePuy Orthopaedics, Inc., et al., C.A. No. 3:11-00251

        Eastern District of Wisconsin

Letitia Malkmus, et al. v. DePuy Orthopaedics Inc., et al., C.A. No. 2:11-00365

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a)      Schedule.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b)      Oral Argument Statement.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

  (i)   The parties affected by a motion to transfer may agree to waive oral argument. The Panel will take this into consideration in determining the need for oral argument.

(c)      Hearing Session.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

  (i)     the dispositive issue(s) have been authoritatively decided; or

  (ii)    the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d)      Notification of Oral Argument.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

  (i)   Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

  (ii)  The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

- 2 -

(e)    <u>Duty to Confer</u>.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f)    <u>Time Limit for Oral Argument</u>.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.