UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MILLER and LILLIAN MILLER,<br><br>    Plaintiffs,<br><br>vs.<br><br>AIR AND LIQUID SYSTEMS CORP. successor by merger to BUFFALO PUMPS INC.; CARRIER CORPORATION; CBS CORPORATION, a DELAWARE CORPORATION, individually, successor-in-interest to and formerly known as VIACOM, INC. and WESTINGHOUSE ELECTRIC CORPORATION; FOSTER WHEELER LLC; GENERAL ELECTRIC COMPANY; GOULDS PUMP, INC.; WARREN PUMPS, LLC; DOES 1-500,<br><br>    Defendants. | (ASBESTOS)<br>U.S.D.C. No.4:11-cv-02814-LB<br><br>San Francisco County Superior Court Case No. CGC-11-275825 |

**SCHEDULE OF ACTIONS**

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. § 1442, Defendant FOSTER WHEELER LLC, incorrectly served herein as FOSTER WHEELER USA CORPORATION ("Foster Wheeler") hereby provides notice of related actions currently pending before the Judicial Panel of Multidistrict Litigation:

Removing party, FOSTER WHEELER, currently has no cases pending transfer to the MDL 875 group.

Date: June 14, 2011

BRYDON HUGO & PARKER

By: /s/ Thomas J. Moses
Edward R. Hugo [CA Bar No. 124839]
Charles S. Park [CA SBN 161430]
Thomas J. Moses [CA Bar No. 116002]

BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: cpark@bhplaw.com
tmoses@bhplaw.com
Attorneys for Defendant
FOSTER WHEELER LLC, incorrectly served herein as FOSTER WHEELER USA CORPORATION