UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MILLER and LILLIAN MILLER,<br><br>        Plaintiffs,<br><br>   vs.<br><br>AIR AND LIQUID SYSTEMS CORP. successor by merger to BUFFALO PUMPS INC.; CARRIER CORPORATION; CBS CORPORATION, a DELAWARE CORPORATION, individually, successor-in-interest to and formerly known as VIACOM, INC. and WESTINGHOUSE ELECTRIC CORPORATION; FOSTER WHEELER LLC; GENERAL ELECTRIC COMPANY; GOULDS PUMP, INC.; WARREN PUMPS, LLC; DOES 1-500,<br><br>        Defendants. | (ASBESTOS)<br>U.S.D.C. No.4:11-cv-02814-LB<br><br>San Francisco County Superior Court Case No. CGC-11-275825 |

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On June 14, 2011 served the following:

DEFENDANT FOSTER WHEELER LLC, incorrectly served herein as FOSTER WHEELER USA CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION;

SCHEDULE OF ACTIONS

U.S. DISTRICT COURT CALIFORNIA NORTHERN DISTRICT (OAKLAND) CIVIL

DOCKET FOR CASE # 4:11-CV-02814-LB; and

PLAINTIFFS RICHARD MILLER and LILLIAN MILLER SUMMONS AND COMPLAINT

on all parties via facsimile to the following parties on the attached service list.

    I declare under penalty of perjury that the above is true and correct. Executed on June 14, 2011, at San Francisco, California.

*Wanda D. Claudio*
Wanda D. Claudio


BRYDON HUGO & PARKER

By:   /s/ Thomas J. Moses
Edward R. Hugo [CA Bar No. 124839]
Charles S. Park [CA SBN 161430]
Thomas J. Moses [CA Bar No. 116002]

BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: cpark@bhplaw.com
      tmoses@bhplaw.com
Attorneys for Defendant
FOSTER WHEELER LLC, incorrectly served herein as FOSTER WHEELER USA CORPORATION

*Miller, Richard, et al. v Air and Liquid Systems Corp., et al.*
U.S. District Court Northern District of California Case No. 4:11-cv-02814-LB
In Re: Asbestos Products Liability Litigation No. VI
Judicial Panel Multidistrict Litigation MDL 875

## Service List

| | |
|---|---|
| Stephen M. Fishback<br>Keller, Fishback & Jackson<br>18425 Burbank Blvd., Suite 610<br>Tarzana, CA 91356<br>**Fax: (818)342-7442**<br>Attorneys for Plaintiffs | Thomas C. Crosby<br>Crosby & Rowell<br>The American Bag Building<br>299 Third Street, 2nd Floor<br>Oakland, CA 94607<br>**Fax: (510) 267-0300**<br>Attorneys for Defendant Goulds Pump, Inc. |
| Lillian C. Ma<br>Tucker Ellis & West<br>135 Main Street, Suite 700<br>San Francisco, CA 94105<br>**Fax: (415) 617-2400**<br>Attorneys for Defendant Carrier Corporation | Charles T. Sheldon<br>Sedgwick, LLP<br>One Maret Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>**Fax: (415) 781-7900**<br>Attorneys for Defendant General Electric Company |