JANET L. RICE, WSBA#9386
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington  98104
Telephone:  (260) 622-8000
Facsimile:  (206) 682-2305

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

THIS DOCUMENT RELATES TO:

<u>Bouchard v. CBS Corp., et al.</u>
United States District Court
Western District of Washington
Cause No. 2:11-cv-00458RAJ
Eastern District of Pennsylvania
Cause No. 2:11-cv-66270

DECLARATION OF JANET L. RICE IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S MOTION FOR CLARIFICATION

I, Janet L. Rice declare as follows:

1. I am one of the attorneys for the plaintiff.

2. Attached hereto as Exhibit A is a true and correct copy of Administrative Order No. 11.

3. Attached hereto as Exhibit B is a true and correct copy of the letter issued by the Western District of Washington to the King County Superior Court advising that the case would be remanded.

DECLARATION OF JANET L. RICE IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S MOTION FOR CLARIFICATION
- 1

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

1  4. Attached hereto as Exhibit C is a true and correct copy of the e-mail from the court notifying counsel of the Letter from the Court to the superior court.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts of the Western District of Washington docket report. The Western District of Washington court did not receive Transfer Order No. 1004.

6. Attached hereto as Exhibit E is a true and correct copy of the e-mail from the court notifying counsel of the MDL 875 Transfer Order.

7. Attached hereto as Exhibit F is a true and correct copy of Lockheed Shipbuilding Company's Motion for Reconsideration.

8. Attached hereto as Exhibit G is a true and correct copy of Plaintiffs' Opposition to Lockheed's Motion for Reconsideration.

9. Attached hereto as Exhibit H is a true and correct copy of Plaintiffs' Motion for Remand and Motion to Expedaite Remand.

10. Attached hereto as Exhibit I is a true and correct copy of Defendant Lockheed Shipbuilding Company's Opposition to Plaintiffs' Motion to Expedite Remand.

11. Attached hereto as Exhibit J is a true and correct copy of Plaintiffs' Reply in Support of Motion for Remand and Motion to Expedite Remand.

12. Attached hereto as Exhibit K is a true and correct copy of Defendant Lockheed Shipbuilding Company's Opposition to Plaintiffs' Motion for Remand.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 13th day of June, 2011.

DECLARATION OF JANET L. RICE IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S MOTION FOR CLARIFICATION
- 2

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

SCHROETER, GOLDMARK & BENDER

*s/ Janet L. Rice*
JANET L. RICE, WSBA #9386
Counsel for Plaintiffs
810 Third Avenue, Suite 500
Seattle, Washington  98104
(206) 622-8000

DECLARATION OF JANET L. RICE IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S MOTION FOR CLARIFICATION
- 3

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on **June 13, 2011,** I filed the foregoing **DECLARATION OF JANET L. RICE IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S MOTION FOR CLARIFICATION** with the Clerk of the Court via Federal Express, and I served said pleading on the attorneys of record for the defense via legal messenger and/or Federal Express, to be delivered June 14, 2011:

| | |
|---|---|
| Counsel for **Foster-Wheeler Energy Corp**.;<br>Dirk Bernhardt<br>MURRAY, DUNHAM & MURRAY<br>200 West Thomas, Suite 350<br>Seattle, WA 98119 | Counsel for **Saberhagen Holdings, Inc**.<br>Timothy Thorson<br>CARNEY, BADLEY SPELLMAN<br>701 Fifth Avenue, Suite 3600<br>Seattle, Washington 98104-7010 |
| Counsel for **Lockheed Shipbuilding Co.**<br>Robert Andre<br>OGDEN MURPHY WALLACE, PLLC<br>1601 Fifth Avenue, Suite 2100<br>Seattle, Washington 98101 | Counsel for **Todd Shipyards**<br>KARR TUTTLE CAMPBELL<br>Walter Eugene Barton<br>1201 Third Avenue, Suite 2900<br>Seattle, Washington 98101-3028 |
| Counsel for **CSK Auto**<br>Stephen Leatham<br>HEURLIN & POTTER<br>211 East McLoughlin Blvd., Suite 100<br>Vancouver, WA 98666-0611 | Counsel for **E & E Lumber**, Inc. a Washington Corporation<br>Jan Brucker<br>JACKSON JENKINS & RENSTROM, LLP<br>701 Fifth Ave., 42nd Floor,<br>Seattle, WA 98104 |
| Counsel for **Georgia Pacific**<br>Barry Mesher/Brian Zeringer/Bruce Hamlin<br>LANE POWELL PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, Washington 98101-2338 | Counsel for **Metalclad Insulation Corp**<br>Katherine M. Steele<br>STAFFORD FREY COOPER, PC<br>3100 Two Union Square<br>601 Union Street<br>Seattle, WA 98101 |
| Counsel for **Metropolitan Life Insurance Co**.<br>Richard Gawlowski<br>WILSON, SMITH, COCHRAN & DICKERSON<br>1215 Fourth Avenue, Suite 1700<br>Seattle, Washington 98161-1007 | Counsel for **Union Carbide** and **Saint Gobain Containers Inc.**<br>Diane Kero<br>GORDON THOMAS HONEYWELL<br>600 University Street, Suite 2101<br>Seattle, Washington 98101 |

DECLARATION OF JANET L. RICE IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S MOTION FOR CLARIFICATION
- 4

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

1  Counsel for **E & E Lumber**, Inc. a Washington Corporation
2  Ronald G. Housh, P.S.
   800 Fifth Avenue, Suite 4000
3  Seattle, WA 98104-3180

4
                    *s/ Robert Ylitalo*
5                   ROBERT YLITALO
                    Paralegal
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF JANET L. RICE IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT LOCKHEED SHIPBUILDING COMPANY'S MOTION FOR CLARIFICATION
- 5

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305