# Exhibit C

### Rice, Janet

| | |
|---|---|
| **From:** | ECF@wawd.uscourts.gov |
| **Sent:** | Friday, May 27, 2011 10:28 AM |
| **To:** | ECF@wawd.uscourts.gov |
| **Subject:** | Activity in Case 2:11-cv-00458-RAJ Bouchard et al v. CBS Corporation, et al Letter |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### United States District Court for the Western District of Washington

**Notice of Electronic Filing**

The following transaction was entered on 5/27/2011 at 10:28 AM PDT and filed on 5/27/2011
**Case Name:**   Bouchard et al v. CBS Corporation, et al
**Case Number:**   2:11-cv-00458-RAJ
**Filer:**
**WARNING: CASE CLOSED on 05/24/2011**
**Document Number:** 44

**Docket Text:**
**Letter from USDC to King County Superior Court, WA re [43] Order to Remand Case. (CL)**

**2:11-cv-00458-RAJ Notice has been electronically mailed to:**

Robert Gregory Andre   randre@omwlaw.com, ariensche@omwlaw.com, chenry@omwlaw.com

Diane J. Kero   dkero@gth-law.com, cwallace@gth-law.com, ffusaro@gth-law.com

Barry Neal Mesher   mesherb@lanepowell.com, Docketing-SEA@lanepowell.com, hokansonp@lanepowell.com, lowesheedyl@lanepowell.com, vanburenh@lanepowell.com, wallg@lanepowell.com

Janet L Rice   rice@sgb-law.com, , alcaide@sgb-law.com, farley@sgb-law.com, gilbert@sgb-law.com, jones@sgb-law.com, moretz@sgb-law.com

William Joel Rutzick   rutzick@sgb-law.com, alcaide@sgb-law.com, cronan@sgb-law.com, guill@sgb-law.com, jones@sgb-law.com

Timothy Kost Thorson   thorson@carneylaw.com, berman@carneylaw.com

1

Stephen Garrett Leatham sgl@hpl-law.com

Brian D Zeringer zeringerb@lanepowell.com

Jan Elizabeth Brucker jbrucker@jjr-law.com, rthorn@jjr-law.com

Richard G Gawlowski gawlowski@wscd.com, phares@wscd.com, reyes@wscd.com

Matthew Turetsky mturetsky@schwabe.com, docket@schwabe.com, jhicok@schwabe.com

Steven V Rizzo srizzo@rizzopc.com, recordsmanagement@rizzopc.com

Walter Eugene Barton gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

Katherine M. Steele ksteele@staffordfrey.com, asbestos@staffordfrey.com

R Dirk Bernhardt dirk@murraydunham.com, oscar@murraydunham.com, tammy@murraydunham.com

Aaron P Riensche ariensche@omwlaw.com, mstanescu@omwlaw.com

Katrina Elsa Mulligan kmulligan@staffordfrey.com, mulligankatrina@yahoo.com

**2:11-cv-00458-RAJ Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1035929271 [Date=5/27/2011] [FileNumber=3807172-0
] [8431e2e0ac286a4112fcbf29c08df522615ed0c450cb936ff3a1efdac7e451ee004
3c1dd6ed39572b0c3d2478b776c33fe1257e660401f21e91ab6d6dc542df1]]