# Exhibit D

CLOSED, JURYDEMAND, REMAND

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CIVIL DOCKET FOR CASE #: 2:11-cv-00458-RAJ

Bouchard et al v. CBS Corporation, et al
Assigned to: Judge Richard A Jones
Case in other court: King County Superior Court, 10-00002-32586-7
Cause: 28:1442 Notice of Removal

Date Filed: 03/16/2011
Date Terminated: 05/24/2011
Jury Demand: Defendant
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**Lola Bouchard**                    represented by **Janet L Rice**
SCHROETER GOLDMARK &
BENDER
810 3RD AVE
STE 500
SEATTLE, WA 98104
206-622-8000
Fax: 206-682-2305
Email: rice@sgb-law.com
*ATTORNEY TO BE NOTICED*

**William Joel Rutzick**
SCHROETER GOLDMARK &
BENDER
810 3RD AVE
STE 500
SEATTLE, WA 98104
206-622-8000
Fax: FAX 682-2305
Email: rutzick@sgb-law.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Bouchard**                    represented by **Janet L Rice**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Joel Rutzick**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CBS Corporation**

| 04/11/2011 | 32 | RESPONSE, by Defendant Lockheed Shipbuilding Company, to 9 MOTION to Remand. (Andre, Robert) (Entered: 04/11/2011) |
|---|---|---|
| 04/13/2011 | 33 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1. by Saberhagen Holdings Inc Filed by Defendant Saberhagen Holdings Inc. (Thorson, Timothy) (Entered: 04/13/2011) |
| 04/15/2011 | 34 | ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT. FRCP 26f Conference Deadline is 5/16/2011, Initial Disclosure Deadline is 5/23/2011, Joint Status Report due by 5/31/2011, by Judge Richard A. Jones. (VE) (Entered: 04/15/2011) |
| 04/15/2011 | 35 | REPLY, filed by Plaintiffs Lola Bouchard, Michael Bouchard, TO RESPONSE to 11 MOTION for Discovery (Rice, Janet) (Entered: 04/15/2011) |
| 04/15/2011 | 36 | DECLARATION of Janet L. Rice filed by Plaintiffs Lola Bouchard, Michael Bouchard re 11 MOTION for Discovery (Attachments: # 1 Exhibit)(Rice, Janet) (Entered: 04/15/2011) |
| 04/15/2011 | 37 | REPLY, filed by Plaintiffs Lola Bouchard, Michael Bouchard, TO RESPONSE to 9 MOTION to Remand (Rutzick, William) (Entered: 04/15/2011) |
| 04/15/2011 | 38 | DECLARATION of William Rutzick filed by Plaintiffs Lola Bouchard, Michael Bouchard re 9 MOTION to Remand (Rutzick, William) (Entered: 04/15/2011) |
| 04/19/2011 | 39 | STIPULATION *of Dismissal as to Longview Fibre* by parties. (Attachments: # 1 Proposed Order)(Ruttenberg, Daniel) (Entered: 04/19/2011) |
| 04/19/2011 | 40 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1. by CSK Auto Inc identifying Other Affiliate O'Reilly Auto Parts for CSK Auto Inc. Filed by Defendants CSK Auto Inc, O'Reilly Auto Parts.(Leatham, Stephen) (Entered: 04/19/2011) |
| 04/19/2011 | 41 | ORDER by Judge Richard A Jones. The court GRANTS the parties' stipulation (Dkt. # 39 ), and therefore ORDERS that the claims of the plaintiffs in the above-entitled matter against Longview Fibre and Packaging Inc. are dismissed with prejudice and without costs. (CL) (Entered: 04/20/2011) |
| 05/18/2011 | 42 | ORDER by Judge Richard A Jones. The Court DENIES Plaintiffs' motion for expedited discovery, docket no. 11 . (CL) (Entered: 05/18/2011) |
| 05/24/2011 | 43 | ORDER by Judge Richard A Jones. The Court GRANTS Plaintiffs' motion to remand, docket no. 9 . This case shall be remanded to the King County Superior Court. (CL) (Entered: 05/24/2011) |
| 05/26/2011 | 46 | NOTICE OF MOTION FOR REMAND AND MOTION TO EXPEDITE REMAND, MEMO IN SUPPORT AND DECL OF JANET RICE (exhs not scanned) ; filed by Plaintiffs Lola Bouchard, Michael Bouchard. Documents filed before MDL Panel re MDL 875. (RS) (Entered: 05/31/2011) |
| 05/27/2011 | 44 | Letter from USDC to King County Superior Court, WA re 43 Order to Remand Case. (CL) (Entered: 05/27/2011) |

| 05/27/2011 | 45 | NOTICE *of Filing of Defendant Lockheed's Opposition w/the Eastern District of Pennsylvania* ; filed by Defendant Lockheed Shipbuilding Company. (Riensche, Aaron) (Entered: 05/27/2011) |
|---|---|---|
| 05/27/2011 | 47 | MDL 875 TRANSFER ORDER in re Asbestos; Ordering action be transferred to E Dist of PA and assigned to Judge Eduardo Robreno (RS) (Entered: 05/31/2011) |
| 05/31/2011 | 48 | REPLY, filed by Plaintiffs Lola Bouchard, Michael Bouchard, TO RESPONSE to 9 MOTION to Remand (Rice, Janet) (Entered: 05/31/2011) |
| 05/31/2011 | 49 | DECLARATION of Second Declaration of Janet L. Rice filed by Plaintiffs Lola Bouchard, Michael Bouchard re 9 MOTION to Remand (Rice, Janet) (Entered: 05/31/2011) |
| 06/03/2011 | 50 | OBJECTIONS re 43 Order to Remand Case *Objection to Transfer the Case File to State Court* by Defendant Lockheed Shipbuilding Company. (Riensche, Aaron) (Entered: 06/03/2011) |
| 06/06/2011 | 51 | NOTICE *of Filing of Lockheed's Motion for Clarification, Brief in Support of Motion for Clarification, and Declaration of Robert Andre in Support of Motion for Clarification* re 43 Order to Remand Case ; filed by Defendant Lockheed Shipbuilding Company. (Riensche, Aaron) (Entered: 06/06/2011) |
| 06/06/2011 | 52 | MOTION for Reconsideration re 43 Order to Remand Case by Defendant Lockheed Shipbuilding Company. (Attachments: # 1 Proposed Order) Noting Date 6/6/2011, (Andre, Robert) (Entered: 06/06/2011) |
| 06/06/2011 | 53 | DECLARATION of Robert G. Andre in Support of Motion for Reconsideration filed by Defendant Lockheed Shipbuilding Company re 52 MOTION for Reconsideration re 43 Order to Remand Case (Andre, Robert) (Entered: 06/06/2011) |
| 06/06/2011 | 54 | MINUTE ORDER by Richard A. Jones, United States District Judge. Pursuant to Local Rules W.D. Wash. CR 7(h)(3), Plaintiff is requested to file a response to Defendant's motion for reconsideration (Dkt. # 52) by no later than June 10, 2011. (CL) (Entered: 06/07/2011) |
| 06/10/2011 | 55 | RESPONSE, by Plaintiffs Lola Bouchard, Michael Bouchard, to 52 MOTION for Reconsideration re 43 Order to Remand Case. (Attachments: # 1 Proposed Order)(Rice, Janet) (Entered: 06/10/2011) |
| 06/10/2011 | 56 | DECLARATION of Janet L. Rice filed by Plaintiffs Lola Bouchard, Michael Bouchard re 52 MOTION for Reconsideration re 43 Order to Remand Case (Rice, Janet) (Entered: 06/10/2011) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/13/2011 11:18:15 | | |
| **PACER Login:** | ▮▮▮▮ | **Client Code:** | 18387-1500 |
| **Description:** | Docket Report | **Search Criteria:** | 2:11-cv-00458-RAJ |