# Exhibit E

## Rice, Janet

| | |
|---|---|
| From: | ECF@wawd.uscourts.gov |
| Sent: | Tuesday, May 31, 2011 2:14 PM |
| To: | ECF@wawd.uscourts.gov |
| Subject: | Activity in Case 2:11-cv-00458-RAJ Bouchard et al v. CBS Corporation, et al MDL Transfer Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## United States District Court for the Western District of Washington

### Notice of Electronic Filing

The following transaction was entered on 5/31/2011 at 2:13 PM PDT and filed on 5/27/2011
**Case Name:**      Bouchard et al v. CBS Corporation, et al
**Case Number:**    2:11-cv-00458-RAJ
**Filer:**
**WARNING: CASE CLOSED on 05/24/2011**
**Document Number:** 47

**Docket Text:**
**MDL 875 TRANSFER ORDER in re Asbestos; Ordering action be transferred to E Dist of PA and assigned to Judge Eduardo Robreno (RS)**


**2:11-cv-00458-RAJ Notice has been electronically mailed to:**

Robert Gregory Andre   randre@omwlaw.com, ariensche@omwlaw.com, chenry@omwlaw.com

Diane J. Kero   dkero@gth-law.com, cwallace@gth-law.com, ffusaro@gth-law.com

Barry Neal Mesher   mesherb@lanepowell.com, Docketing-SEA@lanepowell.com, hokansonp@lanepowell.com, lowesheedyl@lanepowell.com, vanburenh@lanepowell.com, wallg@lanepowell.com

Janet L Rice   rice@sgb-law.com, , alcaide@sgb-law.com, farley@sgb-law.com, gilbert@sgb-law.com, jones@sgb-law.com, moretz@sgb-law.com

William Joel Rutzick   rutzick@sgb-law.com, alcaide@sgb-law.com, cronan@sgb-law.com, guill@sgb-law.com, jones@sgb-law.com

1

Timothy Kost Thorson thorson@carneylaw.com, berman@carneylaw.com

Stephen Garrett Leatham sgl@hpl-law.com

Brian D Zeringer zeringerb@lanepowell.com

Jan Elizabeth Brucker jbrucker@jjr-law.com, rthorn@jjr-law.com

Richard G Gawlowski gawlowski@wscd.com, phares@wscd.com, reyes@wscd.com

Matthew Turetsky mturetsky@schwabe.com, docket@schwabe.com, jhicok@schwabe.com

Steven V Rizzo srizzo@rizzopc.com, recordsmanagement@rizzopc.com

Walter Eugene Barton gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

Katherine M. Steele ksteele@staffordfrey.com, asbestos@staffordfrey.com

R Dirk Bernhardt dirk@murraydunham.com, oscar@murraydunham.com, tammy@murraydunham.com

Aaron P Riensche ariensche@omwlaw.com, mstanescu@omwlaw.com

Katrina Elsa Mulligan kmulligan@staffordfrey.com, mulligankatrina@yahoo.com

**2:11-cv-00458-RAJ Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1035929271 [Date=5/31/2011] [FileNumber=3810093-0
] [591fc1a6646609d5bd00807954bcaa479b8b1921b6182aa57954f71e46c09b77150
a91030019c0fbdfbe42cd7d1a04ab6120bf00767704b671d9d4673d06db65]]