# Exhibit H

JANET L. RICE, WSBA#9386
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington 98104
Telephone: (260) 622-8000
Facsimile: (206) 682-2305

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MDL DOCKET NO. 875

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Cause No. 11-66270

THIS DOCUMENT RELATES TO:

Bouchard v. CBS Corp., et al.
King County Superior Court
Cause No. 10-2-32586-7SEA

And

Bouchard v. CBS Corp., et al.
United States District Court
Western District of Washington
Cause No. 2:11-cv-00458RAJ

PLAINTIFFS' MOTION FOR REMAND AND MOTION TO EXPEDITE REMAND

COME NOW plaintiffs, Lola Bouchard and Michael Bouchard, by and through their attorney, Janet L. Rice of Schroeter, Goldmark & Bender, and move the Court for an expedited motion for remand and for an order remanding this matter to King County Superior Court. This Motion is based upon the Memorandum in Support of Plaintiffs' Motion for Remand, Declaration of Janet L. Rice in Support of Plaintiffs' Motion for Remand filed herewith, and the records and

PLAINTIFFS' MOTION FOR REMAND AND MOTION
TO EXPEDITE REMAND- 1

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1  documents on file in <u>Bouchard v. CBS Corp., et al.</u>, United States District Court, Western
2  District of Washington at Seattle, Cause No. 2:10-cv-01810 and 2:11-cv-00458RAJ.
3      RESPECTFULLY SUBMITTED, this 25th day of May, 2011.

SCHROETER, GOLDMARK & BENDER

<u>s/ Janet L. Rice</u>
JANET L. RICE, WSBA #9386
Counsel for Plaintiffs
810 Third Avenue, Suite 500
Seattle, Washington 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: rice@sgb-law.com

PLAINTIFFS' MOTION FOR REMAND AND MOTION
TO EXPEDITE REMAND- 2

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

## CERTIFICATE OF SERVICE

I hereby certify that on **May 25, 2011**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Counsel for **Foster-Wheeler Energy Corp.**;
Dirk Bernhardt
MURRAY, DUNHAM & MURRAY
200 West Thomas, Suite 350
Seattle, WA 98119

Counsel for **Saberhagen Holdings, Inc.**
Timothy Thorson
CARNEY, BADLEY SPELLMAN
701 Fifth Avenue, Suite 3600
Seattle, Washington 98104-7010

Counsel for **Lockheed Shipbuilding Co.**
Robert Andre
OGDEN MURPHY WALLACE, PLLC
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101

Counsel for **Todd Shipyards**
KARR TUTTLE CAMPBELL
Walter Eugene Barton
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028

Counsel for **CSK Auto**
Stephen Leatham
HEURLIN & POTTER
211 East McLoughlin Blvd., Suite 100
Vancouver, WA 98666-0611

Counsel for **E & E Lumber**, Inc. a
Washington Corporation
Jan Brucker
JACKSON JENKINS & RENSTROM, LLP
701 Fifth Ave., 42nd Floor,
Seattle, WA 98104

Counsel for **Georgia Pacific**
Barry Mesher/Brian Zeringer/Bruce Hamlin
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338

Counsel for **Metalclad Insulation Corp**
Katherine M. Steele
STAFFORD FREY COOPER, PC
3100 Two Union Square
601 Union Street
Seattle, WA 98101

Counsel for **Metropolitan Life Insurance Co.**
Richard Gawlowski
WILSON, SMITH, COCHRAN & DICKERSON
1215 Fourth Avenue, Suite 1700
Seattle, Washington 98161-1007

Counsel for **Union Carbide** and **Saint Gobain Containers Inc.**
Diane Kero
GORDON THOMAS HONEYWELL
600 University Street, Suite 2101
Seattle, Washington 98101

PLAINTIFFS' MOTION FOR REMAND AND MOTION
TO EXPEDITE REMAND- 3

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1  I further certify that I served the foregoing on attorney of record for defendant E&E
2  Lumber by having said copies sent via US Mail to the office address below:
3
   Counsel for **E & E Lumber**, Inc. a Washington
4  Corporation
   Ronald G. Housh, P.S.
5  800 Fifth Avenue, Suite 4000
   Seattle, WA 98104-3180
6
7
           *s/ Nona Farley*
8          NONA FARLEY
           Legal Assistant
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

PLAINTIFFS' MOTION FOR REMAND AND MOTION
TO EXPEDITE REMAND- 4

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1  JANET L. RICE, WSBA#9386
   SCHROETER GOLDMARK & BENDER
2  500 Central Building
   810 Third Avenue
3  Seattle, Washington 98104
   Telephone: (260) 622-8000
4  Facsimile: (206) 682-2305

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## MDL DOCKET NO. 875

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Cause No. 11-66270

THIS DOCUMENT RELATES TO:

Bouchard v. CBS Corp., et al.
King County Superior Court
Cause No. 10-2-32586-7SEA

And

Bouchard v. CBS Corp., et al.
United States District Court
Western District of Washington
Cause No. 2:11-cv-00458RAJ

PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR REMAND AND MOTION TO EXPEDITE REMAND

## I. INTRODUCTION

Plaintiffs Lola and Michael Bouchard request an order remanding this case to the King County Superior Court according to the recent order of the Honorable Richard A. Jones of the U.S. District Court for the Western District of Washington.

PLAINTIFFS' MEMORANDUM IN SUPPORT OF
MOTION FOR REMAND AND MOTION TO
EXPEDITE REMAND- 1

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

## II. STATEMENT OF RELEVANT FACTS

Plaintiffs filed a motion before the U.S. Judicial Panel on Multidistrict Litigation (the "Panel") for an order vacating the Conditional Transfer Order, copy of which is attached as Ex. A to the accompanying Declaration of Janet L. Rice (hereafter "Rice Dec."). The next day Plaintiffs filed a Motion to Remand in the U.S. District Court for the Western District of Washington, Exhibit B to the Rice Dec. Exhibit B contains plaintiffs' motion with supporting documents, defendant Lockheed's opposition with supporting documents, and plaintiffs' reply with supporting documents.

On May 20, 2011 the Panel signed a Transfer Order transferring this matter to the Eastern District of Pennsylvania, Ct. Record No. 23 (Ex. C to the Rice Dec.). The transfer order was not immediately sent to the Eastern District of Pennsylvania Court. On May 23, 2011, the Honorable Richard A. Jones of the U.S. District Court, Western District of Washington, signed an order granting plaintiffs' Motion to Remand which remanded the matter to the King County Superior Court. A copy of the Order is attached as Ex. D to the Rice Declaration. During a telephone call with the MDL Clerk at the U.S. District Court for the Eastern District of Pennsylvania, it was discovered that the Eastern District of Pennsylvania had opened a file on May 24, 2011, and given a cause number to this matter.

Plaintiffs hereby incorporate herein by reference the facts, argument, authority and supporting documents from their motion for remand and reply and the Order of Judge Jones (Exs. B and D to the Rice Dec.)

## III. ARGUMENT AND AUTHORITY

The Panel's Transfer Order cites to Panel Rule 2.1(d), which states, in part, "[a]n order to transfer or remand pursuant to 28 U.S.C. § 1407 shall be effective only upon its filing with

PLAINTIFFS' MEMORANDUM IN SUPPORT OF
MOTION FOR REMAND AND MOTION TO
EXPEDITE REMAND- 2

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1  the clerk of the transferee district court." Ex. C to the Rice Dec. The order was not filed with
2  the transferee district court until May 24, 2011. Judge Jones signed the Order remanding this
3  case to King County Superior Court on May 23, 2011. According to Panel Rule 2.1(d), Judge
4  Jones retains jurisdiction in the case until the transfer order is filed with the transferee court.
5  Therefore, this case should be immediately remanded to the King County Superior Court
6  pursuant to Judge Jones' order.

7        Although plaintiffs believe that Judge Jones' order governs this case, in the event that
8  the Court hold otherwise, plaintiffs have provided to the Court the briefing of all of the parties
9  on the motion for remand. Plaintiffs request the Court to review the documents and issue an
10 order as soon as possible. Mrs. Bouchard suffers from mesothelioma. Her doctor signed a
11 Declaration on September 10, 2011 stating that there was "substantial medical doubt Mrs.
12 Bouchard will survive beyond one year from the date of this declaration" (see Ex. E to the Rice
13 Dec.). It is urgent that this case be remanded to King County Superior Court at the earliest
14 practicable date so that a trial date can be set in this case.

15       RESPECTFULLY SUBMITTED, this 25th day of May, 2011.

16                                           SCHROETER, GOLDMARK & BENDER

17                                           *s/ Janet L. Rice*
18                                           JANET L. RICE, WSBA #9386
                                          Counsel for Plaintiffs
19                                           810 Third Avenue, Suite 500
                                          Seattle, Washington 98104
20                                           Phone: (206) 622-8000
                                          Fax: (206) 682-2305
21                                           Email: rice@sgb-law.com

22

23

24

25

26

PLAINTIFFS' MEMORANDUM IN SUPPORT OF
MOTION FOR REMAND AND MOTION TO        SCHROETER, GOLDMARK & BENDER
EXPEDITE REMAND- 3                               500 Central Building • 810 Third Avenue • Seattle, WA 98104
                                                          Phone (206) 622-8000 • Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on **May 25, 2011**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Counsel for **Foster-Wheeler Energy Corp.**;
Dirk Bernhardt
MURRAY, DUNHAM & MURRAY
200 West Thomas, Suite 350
Seattle, WA 98119

Counsel for **Saberhagen Holdings, Inc.**
Timothy Thorson
CARNEY, BADLEY SPELLMAN
701 Fifth Avenue, Suite 3600
Seattle, Washington 98104-7010

Counsel for **Lockheed Shipbuilding Co.**
Robert Andre
OGDEN MURPHY WALLACE, PLLC
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101

Counsel for **Todd Shipyards**
KARR TUTTLE CAMPBELL
Walter Eugene Barton
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028

Counsel for **CSK Auto**
Stephen Leatham
HEURLIN & POTTER
211 East McLoughlin Blvd., Suite 100
Vancouver, WA 98666-0611

Counsel for **E & E Lumber**, Inc. a
Washington Corporation
Jan Brucker
JACKSON JENKINS & RENSTROM, LLP
701 Fifth Ave., 42nd Floor,
Seattle, WA 98104

Counsel for **Georgia Pacific**
Barry Mesher/Brian Zeringer/Bruce Hamlin
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338

Counsel for **Metalclad Insulation Corp**
Katherine M. Steele
STAFFORD FREY COOPER, PC
3100 Two Union Square
601 Union Street
Seattle, WA 98101

Counsel for **Metropolitan Life Insurance Co.**
Richard Gawlowski
WILSON, SMITH, COCHRAN & DICKERSON
1215 Fourth Avenue, Suite 1700
Seattle, Washington 98161-1007

Counsel for **Union Carbide** and **Saint Gobain Containers Inc.**
Diane Kero
GORDON THOMAS HONEYWELL
600 University Street, Suite 2101
Seattle, Washington 98101

PLAINTIFFS' MEMORANDUM IN SUPPORT OF
MOTION FOR REMAND AND MOTION TO
EXPEDITE REMAND- 4

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1  I further certify that I served the foregoing on attorney of record for defendant E&E
2  Lumber by having said copies sent via US Mail to the office address below:

Counsel for **E & E Lumber**, Inc. a Washington Corporation
Ronald G. Housh, P.S.
800 Fifth Avenue, Suite 4000
Seattle, WA 98104-3180

*s/ Nona Farley*
NONA FARLEY
Legal Assistant

PLAINTIFFS' MEMORANDUM IN SUPPORT OF
MOTION FOR REMAND AND MOTION TO
EXPEDITE REMAND- 5

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

JANET L. RICE, WSBA#9386
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington 98104
Telephone: (260) 622-8000
Facsimile: (206) 682-2305

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MDL DOCKET NO. 875

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Cause No. 11-66270

THIS DOCUMENT RELATES TO:

Bouchard v. CBS Corp., et al.
King County Superior Court
Cause No. 10-2-32586-7SEA

And

Bouchard v. CBS Corp., et al.
United States District Court
Western District of Washington
Cause No. 2:11-cv-00458RAJ

DECLARATION OF JANET L. RICE IN SUPPORT OF
PLAINTIFFS' MOTION FOR REMAND AND MOTION TO EXPEDITE REMAND

The undersigned declares under penalty of perjury under the laws of the State of Washington as follows:

1.   I am one of the attorneys representing the Plaintiffs in the above entitled action and competent to make the following statements:

DECLARATION OF JANET L. RICE IN SUPPORT OF
PLAINTIFFS' MOTION FOR REMAND AND MOTION
TO EXPEDITE REMAND - 1

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

2. On May 25, 2011 in a telephone conversation with Dom Dempsey, MDL Clerk in the U.S. District Court for the Eastern District of Washington, we learned that this case had been opened with the Court on May 24, 2011 and that a file number had been assigned.

3. Attached hereto as Exhibit A is a true and correct copy the Memorandum in Support of Plaintiffs' Motions for a Suggestion of Remand and to Vacate Conditional Transfer Order, Dated March 23, 2011 in <u>Bouchard v. CBS Corp., et al.</u>, Before the Judicial Panel on Multidistrict Litigation.

4. Attached hereto as Exhibit B is a true and correct copies of Plaintiffs' Motion to Remand, Declaration of William Rutzick in Support of Plaintiffs' Motion to Remand with exhibits, Defendant Lockheed Shipbuilding Company's Opposition to Plaintiffs' Motion to Remand, Declaration of Robert Andre in Support of Defendant Lockheed Shipbuilding Company's Opposition to Plaintiffs' Motion to Remand, Plaintiffs' Reply Re Motion to Remand, and Declaration of William Rutzick in Support of Plaintiffs' Reply Re Motion to Remand. All of these documents are filed in <u>Bouchard v. CBS Corp., et al.</u>, U.S. District Court for the Western District of Washington, Cause No. C11-458RAJ.

5. Attached hereto as Exhibit C is a true and correct copy of the Transfer Order from the United States Judicial Panel on Multidistrict Litigation filed May 20, 2011 in <u>Bouchard v. CBS Corporation, et al.</u>, No. 2:11-458.

6. Attached hereto as Exhibit D is a true and correct copy of the Order signed by the Honorable Richard A. Jones of the U.S. District Court for the Western District of Washington, Cause No. C11-458RAJ.

DECLARATION OF JANET L. RICE IN SUPPORT OF
PLAINTIFFS' MOTION FOR REMAND AND MOTION
TO EXPEDITE REMAND - 2

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

7. Attached hereto as Exhibit E is a true and correct copy of the Declaration of James E. Congdon, D.O., in Support of Plaintiffs' Motion for Accelerated Trial Setting in <u>Bouchard v. CBS Corporation, et al.</u>, King County Cause No. 10-2-32586-7SEA.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Seattle, Washington, this 25th day of May, 2011.

<u>s/ Janet L. Rice</u>
JANET I. RICE, WSBA #9386
Counsel for Plaintiffs
SCHROETER, GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: rice@sgb-law.com
SCHROETER, GOLDMARK & BENDER

DECLARATION OF JANET L. RICE IN SUPPORT OF
PLAINTIFFS' MOTION FOR REMAND AND MOTION
TO EXPEDITE REMAND - 3

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on **May 25, 2011**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Counsel for **Foster-Wheeler Energy Corp.;**
Dirk Bernhardt
MURRAY, DUNHAM & MURRAY
200 West Thomas, Suite 350
Seattle, WA 98119

Counsel for **Saberhagen Holdings, Inc.**
Timothy Thorson
CARNEY, BADLEY SPELLMAN
701 Fifth Avenue, Suite 3600
Seattle, Washington 98104-7010

Counsel for **Lockheed Shipbuilding Co.**
Robert Andre
OGDEN MURPHY WALLACE, PLLC
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101

Counsel for **Todd Shipyards**
KARR TUTTLE CAMPBELL
Walter Eugene Barton
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028

Counsel for **CSK Auto**
Stephen Leatham
HEURLIN & POTTER
211 East McLoughlin Blvd., Suite 100
Vancouver, WA 98666-0611

Counsel for **E & E Lumber**, Inc. a Washington Corporation
Jan Brucker
JACKSON JENKINS & RENSTROM, LLP
701 Fifth Ave., 42nd Floor,
Seattle, WA 98104

Counsel for **Georgia Pacific**
Barry Mesher/Brian Zeringer/Bruce Hamlin
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338

Counsel for **Metalclad Insulation Corp**
Katherine M. Steele
STAFFORD FREY COOPER, PC
3100 Two Union Square
601 Union Street
Seattle, WA 98101

Counsel for **Metropolitan Life Insurance Co.**
Richard Gawlowski
WILSON, SMITH, COCHRAN & DICKERSON
1215 Fourth Avenue, Suite 1700
Seattle, Washington 98161-1007

Counsel for **Union Carbide** and **Saint Gobain Containers Inc.**
Diane Kero
GORDON THOMAS HONEYWELL
600 University Street, Suite 2101
Seattle, Washington 98101

DECLARATION OF JANET L. RICE IN SUPPORT OF PLAINTIFFS' MOTION FOR REMAND AND MOTION TO EXPEDITE REMAND - 4

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

I further certify that I served the foregoing on attorney of record for defendant E&E Lumber by having said copies sent via US Mail to the office address below:

> Counsel for **E & E Lumber**, Inc. a Washington Corporation
> Ronald G. Housh, P.S.
> 800 Fifth Avenue, Suite 4000
> Seattle, WA 98104-3180

*s/ Nona Farley*
NONA FARLEY
Legal Assistant

DECLARATION OF JANET L. RICE IN SUPPORT OF
PLAINTIFFS' MOTION FOR REMAND AND MOTION
TO EXPEDITE REMAND - 5

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305