# Exhibit J

JANET L. RICE, WSBA#9386
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington 98104
Telephone: (260) 622-8000
Facsimile: (206) 682-2305

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MDL DOCKET NO. 875

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Cause No. 11-66270

THIS DOCUMENT RELATES TO:

Bouchard v. CBS Corp., et al.
King County Superior Court
Cause No. 10-2-32586-7SEA

And

Bouchard v. CBS Corp., et al.
United States District Court
Western District of Washington
Cause No. 2:11-cv-00458RAJ

PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR REMAND AND MOTION TO EXPEDITE REMAND

I. INTRODUCTION

Plaintiffs Lola Bouchard and Michael Bouchard have moved the Court to remand the case to state court consistent with the order of May 23, 2011 of Judge Richard Jones, or in the alternative, have moved the Court to hear an expedited motion for remand in this Court. Ct. Record 4. Defendant Lockheed Shipbuilding Company (hereafter "Lockheed") has opposed the

PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR
REMAND AND MOTION TO EXPEDITE REMAND- 1

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

motion arguing that the transfer order divested Judge Jones of jurisdiction prior to his issuance of his remand order. Ct. Rec. No. 5  According to the order issued by this court, the effective date of the transfer order is May 24, 2011. Ct. Rec.No. 1.  Therefore, Judge Jones still had jurisdiction and the authority to grant the motion to remand on May 23, 2011.  Lockheed wrongly asserts that the effective date of the transfer order is May 23, 2011, not May 24, 2011 as ordered by this Court. This Court should remand this action to state court pursuant to Judge Jones' order.

## II. ADDITIONAL STATEMENT OF FACTS

After Judge Jones signed the order remanding the case to state court on May 23, 2011, the order was filed in court and the case was "closed" on May 24, 2011.  Second Declaration of Janet L. Rice in Support of Plaintiffs' Motion for Remand and Motion for Expedited Remand (hereafter "Rice Dec."), Ex. F.  On May 24, 2011, this Court signed the transfer order. Ct. Rec. No. 1. The order  stated that, "The effective date of transfer is upon entry of this order." The parties did not receive the order until May 26, 2011.  See docket of #2:11-cv-66270.  On May 27, the Western District Court sent its order to the King County Superior Court advising it that the case was remanded to state court. Ct. Rec. No. 6.

## III. ARGUMENT

This Court has stated that the effective date of the transfer order is May 24, 2011. Ct. Rec. No. 1.  Prior to the effective date of a transfer order, the pendency of a transfer order "does not affect or suspend orders and pretrial proceedings in any pending federal district court action and does not limit the pretrial jurisdiction of that court." Panel Rule 2.1(d).  Judge Jones signed his order granting the motion to remand prior to the effective date of the transfer order. At the time he signed his order, he still retained jurisdiction in the case.

PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR
REMAND AND MOTION TO EXPEDITE REMAND- 2

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1  Lockheed relies on *In Re Baycol Products Liability Litigation*, 269 F.Supp.2d 1376
2  (JPML 2003) arguing that Judge Jones' order should be disregarded. The two remand orders
3  in that case that were superseded by the transfer order were signed on or after the effective date
4  of the transfer order. In this case, Judge Jones' order was signed <u>before</u> the effective date of
5  the transfer order.

   Based on the fact that Judge Jones signed his order the day before the effective date of
   the transfer order, this Court should remand the case to state court.

   RESPECTFULLY SUBMITTED, this 31st day of May, 2011.

   SCHROETER, GOLDMARK & BENDER

   <u>s/ Janet L. Rice</u>
   JANET L. RICE, WSBA #9386
   Counsel for Plaintiffs
   810 Third Avenue, Suite 500
   Seattle, Washington 98104
   Phone: (206) 622-8000
   Fax: (206) 682-2305
   Email: rice@sgb-law.com

PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR
REMAND AND MOTION TO EXPEDITE REMAND- 3

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on **May 31, 2011**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Counsel for **Foster-Wheeler Energy Corp.**;
Dirk Bernhardt
MURRAY, DUNHAM & MURRAY
200 West Thomas, Suite 350
Seattle, WA 98119

Counsel for **Saberhagen Holdings, Inc.**
Timothy Thorson
CARNEY, BADLEY SPELLMAN
701 Fifth Avenue, Suite 3600
Seattle, Washington 98104-7010

Counsel for **Lockheed Shipbuilding Co.**
Robert Andre
OGDEN MURPHY WALLACE, PLLC
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101

Counsel for **Todd Shipyards**
KARR TUTTLE CAMPBELL
Walter Eugene Barton
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028

Counsel for **CSK Auto**
Stephen Leatham
HEURLIN & POTTER
211 East McLoughlin Blvd., Suite 100
Vancouver, WA 98666-0611

Counsel for **E & E Lumber**, Inc. a Washington Corporation
Jan Brucker
JACKSON JENKINS & RENSTROM, LLP
701 Fifth Ave., 42nd Floor,
Seattle, WA 98104

Counsel for **Georgia Pacific**
Barry Mesher/Brian Zeringer/Bruce Hamlin
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338

Counsel for **Metalclad Insulation Corp**
Katherine M. Steele
STAFFORD FREY COOPER, PC
3100 Two Union Square
601 Union Street
Seattle, WA 98101

Counsel for **Metropolitan Life Insurance Co.**
Richard Gawlowski
WILSON, SMITH, COCHRAN & DICKERSON
1215 Fourth Avenue, Suite 1700
Seattle, Washington 98161-1007

Counsel for **Union Carbide** and **Saint Gobain Containers Inc.**
Diane Kero
GORDON THOMAS HONEYWELL
600 University Street, Suite 2101
Seattle, Washington 98101

PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR REMAND AND MOTION TO EXPEDITE REMAND- 4

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

I further certify that I served the foregoing on attorney of record for defendant E&E Lumber by having said copies sent via US Mail to the office address below:

> Counsel for **E & E Lumber**, Inc. a Washington Corporation
> Ronald G. Housh, P.S.
> 800 Fifth Avenue, Suite 4000
> Seattle, WA 98104-3180

*s/ Nona Farley*
NONA FARLEY
Legal Assistant

PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR
REMAND AND MOTION TO EXPEDITE REMAND- 5

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305