

# LEE, FUTRELL & PERLES L.L.P.
## COUNSELLORS AT LAW

4120 PLACE ST. CHARLES
201 ST. CHARLES AVENUE
NEW ORLEANS, LA 70170
PHONE: 504-569-1725
FAX:    504-569-1726

June 14, 2011

**Via Electronic Mail**
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20544-0005

**Attn: Jeffery N. Luthi, Clerk of Court**

RE: IN RE Asbestos Products Liability Litigation
MDL 875; CTO 400
Sally Gros Vedros v. Northrop Grumman Shipbuilding, Inc., *et al.*
Eastern District of Louisiana 2:11-cv-01198
Our File: 14-104

Dear Mr. Luthi:

When e-filing my Corporate Disclosure, I neglected to include an electronic entry concerning my clients' status as a subsidiary.

Accordingly, I hereby withdraw Doc. No. 7351.

Respectfully,

Gordon P. Wilson

GPW/bhm