### BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LIGITATION
### MDL DOCKET NO. 875
### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI)

(In Re: Conditional Transfer Order (CTO-400))

### CASE ORIGINATES FROM
### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SALLY GROS VEDROS** | * | CIVIL ACTION |
| | * | |
| **VS.** | * | |
| | * | NO. LAE 2:11-cv-01198 |
| | * | |
| **NORTHROP GRUMMAN** | * | |
| **SHIPBUILDING, INC., ET AL** | * | |
| | * | |

**************************************************************************

### AMENDED CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Huntington Ingalls Incorporated (f/k/a Northrop Grumman Shipbuilding, Inc.), a Virginia corporation, with its principal place of business in Virginia, who files this Corporate Disclosure Statement by and through undersigned counsel in compliance with Local Rule 5.6 and Fed. R. Civ. P. 7.1.

Defendant states that Huntington Ingalls Incorporated is a wholly-owned subsidiary of Huntington Ingalls Industries, Inc., a publicly traded company.

Dated: June 14, 2011

Respectfully submitted:

*/s/Gordon P. Wilson*
GARY A. LEE (#08265)
RICHARD M. PERLES (#1534)
GORDON P. WILSON (#20426)
A. ANN CATES (#24769
DAVID L. HOSKINS (#07013
STEVEN E. LACOSTE (#23512)
**LEE, FUTRELL & PERLES, L.L.P.**
201 St. Charles Avenue, Suite 4120
New Orleans, Louisiana 70170
Telephone: (504) 569-1725
Facsimile: (504) 569-1726
*Counsel for Huntington Ingalls Incorporated, f/k/a Northrop Grumman Shipbuilding, Inc.), Albert L. Bossier, Jr. and J. Melton Garrett*

### CERTIFICATE OF SERVICE

I hereby certify by my signature hereinabove that on this 14th day of June, 2011, a copy of the foregoing has been filed with the Clerk of Court using CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/Gordon P. Wilson*
Gordon P. Wilson

2