**BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ASBESTOS LITIGATION (NO. VI)         MDL NO. 875

THIS DOCUMENT RELATES TO:

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

MICHAEL OCCHIONERO,

    Plaintiffs,

v.

GENERAL ELECTRIC COMPANY
CBS CORPORATION f/k/a VIACOM, INC.,
   successor by merger with CBS
   CORPORATION f/k/a WESTINGHOUSE
   ELECTRIC CORPORATION,
AIR & LIQUID SYSTEMS CORPORATION,
   As successor by merger to BUFFALO
   PUMPS, INC.

    Defendants.

Civil Action
No.:   3:11-cv-00935

## SCHEDULE OF ACTIONS

1. Michael Occhionero v. General Electric Company et. al.,
   Civil Action No.: 3:11-cv-00935 (United States District Court for the District of Connecticut)

        Respectfully submitted,

        Air & Liquid Systems Corp., as Successor by
        Merger to Buffalo Pumps, Inc.,
        By its attorneys,


        */s/ Michael D. Simons*
        Michael D. Simons
        Fed. Bar No. ct28100
        Governo Law Firm LLC
        Two International Place, 15th Floor
        Boston, MA  02110
        Phone:  (617) 737-9045
        Fax: (617) 737-9046
        msimons@governo.com

Dated:  June 15, 2011

## CERTIFICATE OF SERVICE

    I hereby certify that on this 15TH day of June, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.


        */s/ Michael D. Simons*
        Michael D. Simons

2