BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)     MDL NO. 875

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH PERRY,<br><br>    Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY<br>CBS CORPORATION f/k/a VIACOM, INC.,<br>    successor by merger with CBS<br>    CORPORATION f/k/a WESTINGHOUSE<br>    ELECTRIC CORPORATION,<br>AIR & LIQUID SYSTEMS CORPORATION,<br>    As successor by merger to BUFFALO<br>    PUMPS, INC.<br><br>    Defendants. | Civil Action<br>No.: 3:11-cv-939 |

## SCHEDULE OF ACTIONS

1.  <u>Keith Perry v. General Electric Company et. al.,</u>
    Civil Action No.: 3:11-cv-00939 (United States District Court for the District of Connecticut)

1

        Respectfully submitted,

        Air & Liquid Systems Corp., as Successor by
        Merger to Buffalo Pumps, Inc.,
        By its attorneys,

        */s/ Michael D. Simons*
        Michael D. Simons
        Fed. Bar No. ct28100
        Governo Law Firm LLC
        Two International Place, 15th Floor
        Boston, MA  02110
        Phone:  (617) 737-9045
        Fax: (617) 737-9046
        msimons@governo.com

Dated:  June 15, 2011

## CERTIFICATE OF SERVICE

    I hereby certify that on this 15TH day of June, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

        */s/ Michael D. Simons*
        Michael D. Simons