# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __875__ & TITLE - IN RE: __Asbestos Products Liability Litigation (No. VI)__

## NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Ervin Gene Francis and Patty Jean Francis, Plaintiffs

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Francis et al v. Honeywell International, Inc. et al

*************************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

__June 15, 2011__
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Paul J. Kelley, 1900 Waterfront Plaza, 325 West Main Street, Louisville, KY  40202

Telephone No.: __502-589-5600__   Fax No.: __502-814-5500__

Email Address: __pkelley@stwlaw.com__

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

## CERTIFICATE OF SERVICE

I hereby certified that, on June 16, 2011, I electronically filed my Notice of Appearance with the Clerk of the Court, by using the CM/ECF system, which will provide notice to the following, as well as served a true copy of the foregoing via U.S. mail on the following:

Gary C. Johnson
GARY C. JOHNSON, PSC
P.O. Box 231
110 Caroline Avenue
Pikeville, KY 41501
gary@garycjohnson.com
*Co-Counsel for Plaintiff*

Kerry B. Harvey
United States Attorney
Carlton S. Shier, IV
Assistant U.S. Attorney
260 West Vine Street, Suite 300
Lexington, KY 40507-1612
carlton.shier@usdoj.gov

Palmer G. Vance, II
STOLL KEENON OGDEN, PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40405-1380
gene.vance@skofirm.com
*Counsel for Carquest Corporation*

L. Michael Brooks, Jr.
WELLS, ANDERSON & RACE
1700 Broadway, Suite 1020
Denver, CO 80290
mbrooks@warllc.com
*Counsel for Carquest Corporation*

Patrick Gault, Esq.
NAPIER GAULT, PLC
730 W. Main Street, Suite 400
Louisville, KY 40202
pgault@napiergaultlaw.com
*Counsel for NAPA Valley Auto Parts,*
*A Division of Genuine Parts Company*

Scott A. Davidson
BOEHL STOPHER & GRAVES
AEGON Center, Suite 2300
400 West Market Street
Louisville, KY 40202
sdavidson@bsg-law.com
*Counsel for Honeywell International*

Tom Anderson
Bayard V. Collier
BOEHL STOPHER & GRAVES
137 Main Street, Suite 200
Pikeville, KY 41502
tanderson@bsgeast.com
bcollier@bsgeast.com
*Counsel for Honeywell International*

Calvin R. Fulkerson
J. Christian Lewis
FULKERSON & KINKEL
239 North Broadway
Lexington, KY 40507
clewis@fulkersonkinkel.com
*Counsel for Pneumo Abex, LLC*

Stephen Fowler
PULLIN, FOWLER, FLANAGAN, BROWN & POE
James Mark Building
901 Quarrier Street
Charleston, WV 23501
sfowler@ppfwv.com
*Counsel for Borg-Warner Corporation*

I further certify that, on June 16, 2011, I served a true copy of the foregoing document and notice of electronic filing, by mailing the same to the following non-ECF users:

Thacker Auto Parts, Inc.
Thacker Auto Parts Company, Inc.
c/o Bobby Gene Thacker
1009 North Bypass Road
Pikeville, KY 41501

/s/ Paul J. Kelley
**COUNSEL FOR PLAINTIFFS**