## UNITED STATES DISTRICT COURT
## BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT
## MDL DOCKET NO. 875

RE:  MDL 875 - IN RE:  ASBESTOS LITIGATION
CONDITIONAL TRANSFER ORDER CTO – 408

This document relates to CTO – 408 as it pertains to the following actions pending in Federal District Court, Eastern District of Kentucky:
7:11-CV-00085-ART            Francis v. Honeywell, Inc., et al

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 408 ON BEHALF OF PLAINTIFFS, ERVIN GENE FRANCIS AND PATTY JEAN FRANCIS

Come now the Plaintiffs, Ervin Gene Francis and Patty Jean Francis ("Francis"), by counsel, and gives the following notice of objection to Conditional Transfer Order No. 408 as it relates to the above-styled case.  Currently a motion to dismiss and motions to remand for lack of subject matter jurisdiction are currently pending in the United States Federal District Court for the Eastern District of Kentucky at Pikeville.  In support of this opposition, the Plaintiffs state as follows:

1.   The above action began as a personal injury complaint filed in the Circuit Court of Pike County, Kentucky.  This matter was initiated on October 5, 2009.  Recently, the Pike County Circuit Court granted Defendant, Honeywell, Inc.'s motion for leave to filed a third party Complaint against the United States arising out of the Plaintiff's alleged exposure to asbestos while he was in the Navy.  After it was served, the United States removed this matter to the Eastern District of Kentucky pursuant to 28 U.S.C. §1442(a)(1).

2.   The United States has filed a Motion to Dismiss with the Eastern District of Kentucky seeking dismissal and alleging that the court lacks subject matter jurisdiction over the third party claims brought against it.  Furthermore, the United States has requested that the

Eastern District of Kentucky remand it to the Pike County Circuit Court with respect to the Francis' claims against the Defendants.

3. The Plaintiff has filed a Motion to Remand, alleging that the United States is improperly joined and therefore must be dismissed and the case remanded.

4. Based upon these facts, the Plaintiffs' opposition is simple. If the United States is dismissed from this action as it should be, then this Court has no jurisdiction over the remaining claims.[1]

Wherefore, the Plaintiffs respectfully request Conditional Transfer Order 408 be remanded as to this case so as to clarify whether the Federal Court has jurisdiction over this claim in the first instance.

Respectfully submitted,

**SALES, TILLMAN, WALLBAUM,
CATLETT & SATTERLEY**
/s/ *Paul J. Kelley*
PAUL J. KELLEY
1900 Waterfront Plaza
325 W. Main Street
Louisville, KY 40202
Phone: (502) 589-5600
Fax: (502) 814-5500
E-mail:   pkelley@stwlaw.com
**COUNSEL FOR PLAINTIFFS**

---

[1] *Nebraska, exs rel Dept. of Soc. Serv. v. Bentson*, 146 F.3d 676, 679; *Moreland v. Van Buren GMC*, 92 F.Supp. 346, 2355 (E.D. Ny. 1999)

## **CERTIFICATE OF SERVICE**

I hereby certified that, on June 16, 2011, I electronically filed the foregoing with the Clerk of the Court, by using the CM/ECF system, which will provide notice to the following, as well as served a true copy of the foregoing via U.S. mail on the following:

Gary C. Johnson
GARY C. JOHNSON, PSC
P.O. Box 231
110 Caroline Avenue
Pikeville, KY 41501
gary@garycjohnson.com
*Co-Counsel for Plaintiff*

Kerry B. Harvey
United States Attorney
Carlton S. Shier, IV
Assistant U.S. Attorney
260 West Vine Street, Suite 300
Lexington, KY 40507-1612
carlton.shier@usdoj.gov

Palmer G. Vance, II
STOLL KEENON OGDEN, PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40405-1380
gene.vance@skofirm.com
*Counsel for Carquest Corporation*

L. Michael Brooks, Jr.
WELLS, ANDERSON & RACE
1700 Broadway, Suite 1020
Denver, CO 80290
mbrooks@warllc.com
*Counsel for Carquest Corporation*

Patrick Gault, Esq.
NAPIER GAULT, PLC
730 W. Main Street, Suite 400
Louisville, KY 40202
pgault@napiergaultlaw.com
*Counsel for NAPA Valley Auto Parts,*
*A Division of Genuine Parts Company*

Scott A. Davidson
BOEHL STOPHER & GRAVES
AEGON Center, Suite 2300
400 West Market Street
Louisville, KY 40202
sdavidson@bsg-law.com
*Counsel for Honeywell International*

Tom Anderson
Bayard V. Collier
BOEHL STOPHER & GRAVES
137 Main Street, Suite 200
Pikeville, KY 41502
*tanderson@bsgeast.com*
*bcollier@bsgeast.com*
*Counsel for Honeywell International*

Calvin R. Fulkerson
J. Christian Lewis
FULKERSON & KINKEL
239 North Broadway
Lexington, KY 40507
clewis@fulkersonkinkel.com
*Counsel for Pneumo Abex, LLC*

Stephen Fowler
PULLIN, FOWLER, FLANAGAN,
BROWN & POE
James Mark Building
901 Quarrier Street
Charleston, WV 23501
sfowler@ppfwv.com
*Counsel for Borg-Warner Corporation*

I further certify that, on June 16, 2011, I served a true copy of the foregoing document and notice of electronic filing, by mailing the same to the following non-ECF users:

Thacker Auto Parts, Inc.
Thacker Auto Parts Company, Inc.
c/o Bobby Gene Thacker
1009 North Bypass Road
Pikeville, KY  41501

> */s/ Paul J. Kelley*
> **COUNSEL FOR PLAINTIFFS**

4