## SCHEDULE OF ACTIONS

| TRANSFEROR<br>DIST DIV.   C.A. NO. | TRANSFEREE<br>DIST DIV  C.A. NO | CASE CAPTION |
|---|---|---|
| NDCA 3:11-cv-02881-EDL | USDC., EDPA | *Carolyn J. Stevens;* U.S. District Court, Northern District of California, Case No. |