## SCHEDULE OF ACTIONS

| TRANSFEROR<br>DIST DIV.      C.A. NO. | TRANSFEREE<br>DIST DIV  C.A. NO | CASE CAPTION |
|---|---|---|
| NDCA  3:11-cv-02919-EDL | USDC., EDPA | *Beryl Traves, et al;* U.S. District Court, Northern District of California, Case No. 3:11-cv-02919-EDL |