# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 _____ & TITLE - IN RE: Asbestos Products Liability Litigation (No. VI) _____

# NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

United States of America, Third-Party Defendant

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).--- attach list if more than one action):**

Francis et al v. Honeywell International, Inc. et al (Civil Action No. 7:11-cv-00085-ART, E.D. Kentucky)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

| June 16, 2011 | *David S. Fishback* |
|---|---|
| Date | Signature of Attorney or Designee |

## Name and Address of Designated Attorney:

David S. Fishback, U.S. Dept. of Justice, Civil Division, PO Box 340 Ben Franklin Station, Washington DC 20044

Telephone No.: 202-616-4206

Fax No.: 202-616-4473

Email Address: David.Fishback@usdoj.gov

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format.  (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance.  Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2011 the foregoing document was filed via the U.S. JPMDL's CM/ECF electronic filing system and a copy thereof was thereby served via the CM/ECF system to all registered users, which includes at least one attorney for each represented party, and is available for viewing and downloading from the ECF system, as well as to the following who are not on the ECF, via first-class mail.

Thacker Auto Parts, Inc.
Thacker Auto Parts Company, Inc.
c/o Bobby Gene Thacker
1009 North Bypass Road
Pikeville, KY 41501

L.Michael Brooks, Jr.
WELLS, ANDERSON & RACE
1700 Broadway, Suite 1020
Denver, CO 80290
mbrooks@warllc.com
*Counsel for Carquest Corporation*

Calvin R. Fulkerson
J. Christian Lewis
FULKERSON & KINKEL
239 North Broadway
Lexington, KY 40507
clewis@fulkersonkinkel.com
*Counsel for Pneumo Abex, LLC*

*s/ David S. Fishback*
DAVID S. FISHBACK
DC Bar No. 182907
Assistant Director
Torts Branch (Environmental Torts)
Civil Division
United States Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Attorney Telephone: (202) 616-4206
David.Fishback@USDOJ.GOV