BEFORE THE JUDICIAL PANEL ON MULTDISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) _____ This Document Relates To: _____ | ) ) ) ) ) ) MDL No. 875 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PELLEGRINA FUSCO and ANTONELLA FUSCO, Plaintiff(s) v. ASBESTOS CORPORATION LIMITED, BELL ASBESTOS MINES, LTD.; BORG WARNER MORSE TEC f/k/a Borg Warner; FEDERAL MOGUL ASBESTOS PERSONAL INJURY TRUST as successor to Felt Products Manufacturing; FEDERAL MOGUL ASBESTOS PERSONAL INJURY TRUST as Successor to the Vellumoid Division of Federal Mogul Corp.; FORD MOTOR COMPANY; HONEYWELL INTERNATIONAL f/k/a Allied Signal, Inc., as successor-in-interest to the Bendix Corporation; PNEUMO-ABEX LLC as successor-in-interest to Abex Corporation f/k/a American Brake Shoe Company; UNION CARBIDE CORPORATION; JOHN DOE CORPORATIONS 1-50; JOHN DOE CORPORATIONS 51-75; Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) NO. 2:11-CV-3301 |

NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial

proceedings pursuant to 28 U.S.C. §1407 ("MDL Transfer Order"). That order also applies to "tag-along actions", or actions involving common questions of fact filed after the January 17, 1991 filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions: in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either 1) enter a conditional transfer order pursuant to MDL Rule 12(a) or 2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Respectfully submitted,

GOLDFEIN & JOSEPH, P.C.

Dated:          By: _____
MADHURIKA JEREMIAH
*Attorneys for Defendant,*
*Asbestos Corporation Limited*
1880 John F. Kennedy Blvd., 20th Floor
Philadelphia, PA 19102
Ph. (215)979-8200/Fx. (215)979-8201
Mjeremiah@goldfeinlaw.com

Mailed to:
   Clerk of the Panel
   Judicial Panel on Multidistrict Litigation
   Thurgood Marshall Federal Judiciary Building
   One Columbus Circle, N.E., Room G-255, North Lobby
   Washington, D.C. 20002

BEFORE THE JUDICIAL PANEL ON MULTDISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) _____ This Document Relates To: _____ | ) ) ) ) ) ) MDL No. 875 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PELLEGRINA FUSCO and ANTONELLA FUSCO, Plaintiff(s) v. ASBESTOS CORPORATION LIMITED, BELL ASBESTOS MINES, LTD.; BORG WARNER MORSE TEC f/k/a Borg Warner; FEDERAL MOGUL ASBESTOS PERSONAL INJURY TRUST as successor to Felt Products Manufacturing; FEDERAL MOGUL ASBESTOS PERSONAL INJURY TRUST as Successor to the Vellumoid Division of Federal Mogul Corp.; FORD MOTOR COMPANY; HONEYWELL INTERNATIONAL f/k/a Allied Signal, Inc., as successor-in-interest to the Bendix Corporation; PNEUMO-ABEX LLC as successor-in-interest to Abex Corporation f/k/a American Brake Shoe Company; UNION CARBIDE CORPORATION; JOHN DOE CORPORATIONS 1-50; JOHN DOE CORPORATIONS 51-75; Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) NO. 2:11-CV-3301 |

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on this __15th__ day of June, 2011, a copy of the foregoing

Notice of Tag-Along Action of defendant Asbestos Corporation Limited was filed electronically

and is available for viewing from the Court's ECF system. Notice of this filing will be sent to all counsel of record as noted below, via the Court's ECF system.

Moshe Maimon, Esq.
Levy, Phillips & Konigsberg
800 Third Avenue, 11th Floor
New York, NY 10022
Counsel for Plaintiff

Marc Z. Edell, Esq.
Ronald Suss, Esq.
Caruso Pope Edell Picini
60 Route 46 East
Fairfield, NJ 07004
Counsel for Union Carbide

Ethan D. Stein, Esq.
Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10019-3701
Counsel for Honeywell International, Inc., f/k/a Allied Signal, Inc., as successor-in-interest to Bendix Corp.

Edward Abbott, Esq.
Robert Gunn, Esq.
Smith Abbot, LLP
90 Broad Street, 4th Floor
New York, NY 10004
Counsel for the Defendant, Pneumo Abex Successor-in-interest to Abex Corporation f/k/a American Brake Shoe Company

GOLDFEIN & JOSEPH, P.C.

_____
Madhurika Jeremiah
*Attorneys for Defendant,*
*Asbestos Corporation Limited*
1880 John F. Kennedy Blvd., 20th Floor
Philadelphia, PA 19102
Ph. (215)979-8200/Fx. (215)979-8201
Mjeremiah@goldfeinlaw.com