**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

June 16, 2011

J. T. Noblin
CLERK

245 E. Capitol St., Suite 316
Jackson, MS 39201

TELEPHONE
(601) 965-4439

*DIVISIONS*
SOUTHERN at Biloxi
725 Dr. Martin Luther King Dr. Blvd.
Suite 243, Zip 39530

HATTIESBURG at Hattiesburg
701 Main St., Room 200, Zip 39401

JACKSON at Jackson
245 E. Capitol, Suite 316
Zip 39201

EASTERN & WESTERN at Jackson
245 E. Capitol, Suite 316
Zip 39201

Mr. Jeffery N. Luthi, Clerk
Judicial Panel on Multidistrict Litigation
1 Columbus Circle, NE #G-255
Washington, D. C. 20002-8000

Re:   MDL-875– in re: Asbestos Products Liability Litigation
      Civil Action No. 3:11cv348DPJ-FKB - Tate vs. Layne & Bowler, Inc., et al

Dear Mr. Luthi:

It has come to the attention of the clerk's office that the captioned litigation may involve issues related to Asbestos Product Liability Litigation MDL 875. If so, this litigation may be subject to the jurisdiction of the Multi district Litigation Panel.

According to the directive of your office, we enclose a copy of the docket sheet and notice of removal/complaint pertaining to this cause. By copy of this letter, we are noticing the attorneys for the parties of this action.

If we can provide any additional or more specific information concerning the status of this case, we will be pleased to promptly do so.

Yours very truly,

J. T. NOBLIN, CLERK

By: Surelda Cook, Deputy Clerk

JTN:sec
Enclosure
cc: Counsel of record