# Brayton ❖ Purcell LLP

## TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
WILLIAM G. MCDEVITT

* ADMITTED ONLY IN STATES OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
JENNIFER L. ALESIO
K. DOUGLAS ATKINSON
TARLAN BANANZADEH
ROBERT L. BARROW
JENNIFER C. BENADERET
SARAH N. BENDON
P. DUSTIN BODAGHI
GARY L. BRAYTON
CAMERON O. CARTER*
RENE J. CASILLI
ANDREW CHEW
KIMBERLY J. CHU
HUGH C. COOK
JUSTIN F. FISH
JANETTE H. GLASER
JOHN B. GOLDSTEIN
RICHARD M. GRANT
CHRIS E. HERSOM
BRIAN D. HOLMBERG
GARY V JUDD
CLAYTON W. KENT
MATTHEW B. LEE

ELISABETH A. LEONARD, Ph.D
MICHAEL D. LEVINSON
CHRISTOPHER R. LIGHT
PHYRA M. McCANDLESS
BRIANA E. McCARTHY
MAUREEN C. McGOWAN
KIMBERLY L. MEYER
MICHAEL T. MILLER
NANCY A. MULLIKIN
EMMA NELSON-MUNSON
JAMES P. NEVIN
OREN P. NOAH
NEGAR PIRZADEH
JASON M. ROSE
FRAMTA SAECHAO
AMIR S. SARRESHTEHDARY
CHRISTINA C. SKUBIC
GEOFF T. SLONIKER
KSENIA L. SNYLYK
ERIC C. SOLOMON
LANCE R. STEWART
UMU K. TAFISI
NANCY T. WILLIAMS

June 20, 2011

Jeffery N. Luthi
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC 20002

      Re:    MDL 875 - Civil Action No. CAN 3:11-2345 SI, *Donald L. Bass, et al. v. Sequoia Ventures, Inc., et al.* (Huntington Ingalls Inc. removing def.).

Dear Mr. Luthi:

    Please take notice that the above entitled matter has been remanded by the United States District Court of the Northern District of California, to the Superior Court of San Francisco, by Order (pursuant to and Stipulation) issued June 20, 2011. Attached is a copy of the Order for your records.

                                  Very truly yours,

                                    Richard M. Grant

RMG:jae

Attachment

ATTACHMENT

ATTACHMENT

```
 1  ALAN R. BRAYTON, ESQ., S.B. #73685
    DAVID R. DONADIO, ESQ., S.B. #154436
 2  RICHARD M. GRANT, ESQ., S.B. #55677
    BRAYTON✜PURCELL LLP
 3  222 Rush Landing Road
    PO Box 6169
 4  Novato, California 94948-6169
    (415) 898-1555
 5  (415) 898-1247 Fax

 6  Attorneys for Plaintiffs

 7
                    UNITED STATES DISTRICT COURT
 8
                   NORTHERN DISTRICT OF CALIFORNIA
 9

10

11  DONALD L. BASS and HANNELORE  )   No. CV- 11-2345 SI
    BASS,                         )
12                                )   STIPULATION TO REMAND CASE TO
              Plaintiffs,         )   CALIFORNIA SUPERIOR COURT
13                                )
    vs.                           )
14                                )
    SEQUOIA VENTURES, INC., et al.,)
15                                )
              Defendants.         )
16  _____)

17

18
         Comes now Plaintiffs DONALD L. BASS and HANNELORE BASS,
19
    ("Plaintiffs") and Defendant HUNTINGTON INGALLS INCORPORATED fka NORTHROP
20
    GRUMMAN SHIPBUILDING, INC. ("HUNTINGTON INGALLS"), who file the following
21
    joint stipulation pursuant to Local Rules 7-1 and 7-12:
22
         WHEREAS, Defendant HUNTINGTON INGALLS removed this case to the United
23
    States District Court for the Northern District of California on May 12, 2011, on the ground
24
    that the Court has "federal officer" subject matter jurisdiction under 28 United States Code §
25
    1442(a)(1); and
26
         WHEREAS, Defendant HUNTINGTON INGALLS was the sole removing defendant
27
    and no other defendant joined in removal or filed a separate notice of removal; and
28
         WHEREAS, Plaintiffs have now waived any claims against defendant HUNTINGTON
```

L:\ATTY\RMG\bass.northrop.stip. remandl.wpd        1
STIPULATION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT

1  INGALLS INCORPORATED fka NORTHROP GRUMMAN SHIPBUILDING, INC. relating
2  to or arising out of plaintiff's asbestos exposure at military and federal government jobsites or
3  from U.S. military vessels; and
4      WHEREAS, Defendant HUNTINGTON INGALLS' desire for a federal forum for this
5  action is now moot given the waiver of Plaintiff's federal claims against it; and
6      WHEREAS, pursuant to this resolution of the parties, Plaintiff and Defendant
7  HUNTINGTON INGALLS seek to have this action remanded to state court;
8      IT IS HEREBY STIPULATED by the affected parties, Plaintiff and Defendant
9  HUNTINGTON INGALLS, that this action shall be immediately remanded to the San
10 Francisco County Superior Court, Case No. CGC-11-275806, the court in which it was
11 originally filed and from which it was removed.

12 DATED: June 1 2011      BRAYTON❖ PURCELL LLP

14 By: _____
   Richard M. Grant (SB# 55677)
15 Attorneys for Plaintiffs

16 DATED: May 31 2011      TUCKER ELLIS & WEST LLP

18 By: _____
   Daniel J. Kelly (SB# 145088)
19 Attorneys for Defendant
   HUNTINGTON INGALLS INCORPORATED fka
20 NORTHROP GRUMMAN SHIPBUILDING, INC.

21
22     PURSUANT TO STIPULATION, IT IS SO ORDERED. This case is REMANDED to
the Superior Court of California, County of San Francisco, Case. No. CGC-11-275806. The
23
Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court
24
of California, County of San Francisco.
25
26 Dated: 6/20/11      _____
27 HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT
28

L:\ATTY\RMG\bass.northrop.stip.remandl.wpd    2
STIPULATION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT

## PROOF OF SERVICE BY MAIL

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, California 94948-6169.

On June 1, 2011, I served the following document(s) described as:

STIPULATION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT

on the interested party(ies) in this action as follows:

HUNTINGTON INGALLS INCORPORATED
(fka Northrop Grumman Shipbuilding, Inc.)
Daniel J. Kelly, Esq.
TUCKER ELLIS & WEST LLP
135 Main Street, Ste, 700
San Francisco, CA 94105
(415) 617-2400
(415) 617-2409 Fax

__XX__     BY OFFICE MAILING

I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at , California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed June 1, 2011, at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Jane Ehni

Donald L. Bass, et al. v. Asbestos Defendants (B❖P)
United States Dist. Ct. No. CV-11-2345 SI

PROOF OF SERVICE BY MAIL

MDL 875 - *Donald L. Bass, et al. v. Sequoia Ventures, Inc.* CAN 3:11-2345

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the JUDICIAL PANEL ON MULTIDISTRICT LITIGATION by efiling w/the court's CM/ECF system on June 20, 2011

**LETTER NOTIFYING JPML OF USDC-NORTHERN DIST OF CALIFORNIA'S REMAND ORDER**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Executed June 20, 2011, at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.

                                                /s/ Jane Ehni
                                                Jane Ehni
                                                222 Rush Landing Rd.
                                                Novato, CA 94102
                                                415/899-1011 ext. 232
                                                jaehni@yahoo.com

K:\Injured\18607\FED\ltr-JPMDL-remanding.wpd