UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY JOANN TYSVER, Individually and as Successor-in-Interest to Decedent WAYNE FORREST TYSVER; JODY ANN PAULSEN, STEVE TYSVER; LORI S. BROWN; ROBIN LINDSEY,<br><br>          Plaintiffs,<br>vs.<br><br>ASBESTOS CORPORATION, LTD.; ASTRA FLOORING COMPANY; B.R. FUNSTEN & CO.; THE BOEING CORPORATION; FOSTER WHEELER CORPORATION; FRASER'S BOILER SERVICE, INC.; GOODRICH CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS NEW YORK GOODRICH; HILL BROTHERS CHEMICAL COMPANY; J & H MARINE & INDUSTRIAL ENGINEERING COMPANY; J.T. THORPE & SON, INC.; METALCLAD INSULATION CORPORATION; PARKER HANNIFIN CORPORATION; PLANT PRODUCTS & SUPPLY CO.; QUINTEC INDUSTRIES, INC.; SB DECKING, INC.; M. SLAYEN AND ASSOCIATES, INC.; SYD CARPENTER, MARINE CONTRACTOR, INC.; UNION CARBIDE CORPORATION; 3M COMPANY fka MINNESOTA MINING & MANUFACTURING COMPANY; and DOES ONE through ONE HUNDRED, inclusive,<br><br>          Defendants. | (ASBESTOS)<br>U.S.D.C. No. 4:11-cv-02954 LB<br><br>Alameda County Superior Court<br>Case No. RG11569254 |

1

**DEFENDANT FOSTER WHEELER LLC, sued herein as FOSTER WHEELER CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**TO THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:**

1. On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is aslo named or in which that counsel appears.

2. The undersigned hereby notifies the court that the removed state court action (a copy of the removed state court complaint is provided as an attchment to this filing) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

3. Defendant FOSTER WHEELER LLC, sued herein as FOSTER WHEELER CORPORATION ("Foster Wheeler") is providing written notice of this Notice of Potential

Tag-Along Action to all parties herein. Defendant Foster Wheeler reserves the right to amend or supplement this Notice of Potential Tag-Along Action.

Dated: June 21, 2011							BRYDON HUGO & PARKER

							By:	/s/ Thomas J. Moses
								Edward R. Hugo [CA SBN 124839]
								Charles S. Park [CA SBN 161430]
								Thomas J. Moses [CA SBN 116002]
								Attorneys for Defendant
								FOSTER WHEELER LLC, incorrectly sued herein as FOSTER WHEELER USA CORPORATION

								BRYDON HUGO & PARKER
								135 Main Street, 20th Floor
								San Francisco, CA 94104
								Telephone: (415) 808-0300
								Facsimile: (415) 808-0333
								Email: tmoses@bhplaw.com
								       cpark@bhplaw.com