UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY JOANN TYSVER, Individually and as Successor-in-Interest to Decedent WAYNE FORREST TYSVER; JODY ANN PAULSEN, STEVE TYSVER; LORI S. BROWN; ROBIN LINDSEY,<br><br>                Plaintiffs,<br>vs.<br><br>ASBESTOS CORPORATION, LTD.; ASTRA FLOORING COMPANY; B.R. FUNSTEN & CO.; THE BOEING CORPORATION; FOSTER WHEELER CORPORATION; FRASER'S BOILER SERVICE, INC.; GOODRICH CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS NEW YORK GOODRICH; HILL BROTHERS CHEMICAL COMPANY; J & H MARINE & INDUSTRIAL ENGINEERING COMPANY; J.T. THORPE & SON, INC.; METALCLAD INSULATION CORPORATION; PARKER HANNIFIN CORPORATION; PLANT PRODUCTS & SUPPLY CO.; QUINTEC INDUSTRIES, INC.; SB DECKING, INC.; M. SLAYEN AND ASSOCIATES, INC.; SYD CARPENTER, MARINE CONTRACTOR, INC.; UNION CARBIDE CORPORATION; 3M COMPANY fka MINNESOTA MINING & MANUFACTURING COMPANY; and DOES ONE through ONE HUNDRED, inclusive,<br><br>                Defendants. | (ASBESTOS)<br>U.S.D.C. No. 4:11-cv-02954 LB<br><br>Alameda County Superior Court<br>Case No. RG11569254 |

## SCHEDULE OF ACTIONS

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. § 1442, Defendant FOSTER WHEELER LLC, sued herein as FOSTER WHEELER CORPORATION ("Foster Wheeler") hereby provides notice of related actions currently pending before the Judicial Panel of Multidistrict Litigation:

Removing party, FOSTER WHEELER, currently has one case pending transfer to the MDL 875 group:

*Richard Miller, et al. v. Air and Liquid Systems Corp., et al.,* Northern District of California, Case No. 3:11-cv-02914 CS.

Date:  June 21, 2011                                                BRYDON HUGO & PARKER

By:   /s/ Thomas J. Moses
Edward R. Hugo [CA Bar No. 124839]
Charles S. Park [CA SBN 161430]
Thomas J. Moses [CA Bar No. 116002]

BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone:  (415) 808-0300
Facsimile:  (415) 808-0333
Email: cpark@bhplaw.com
            tmoses@bhplaw.com
Attorneys for Defendant
FOSTER WHEELER LLC, incorrectly sued herein as FOSTER WHEELER USA CORPORATION