UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY JOANN TYSVER, Individually and as Successor-in-Interest to Decedent WAYNE FORREST TYSVER; JODY ANN PAULSEN, STEVE TYSVER; LORI S. BROWN; ROBIN LINDSEY,<br><br>           Plaintiffs,<br><br>   vs.<br><br>ASBESTOS CORPORATION, LTD.; ASTRA FLOORING COMPANY; B.R. FUNSTEN & CO.; THE BOEING CORPORATION; FOSTER WHEELER CORPORATION; FRASER'S BOILER SERVICE, INC.; GOODRICH CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS NEW YORK GOODRICH; HILL BROTHERS CHEMICAL COMPANY; J & H MARINE & INDUSTRIAL ENGINEERING COMPANY; J.T. THORPE & SON, INC.; METALCLAD INSULATION CORPORATION; PARKER HANNIFIN CORPORATION; PLANT PRODUCTS & SUPPLY CO.; QUINTEC INDUSTRIES, INC.; SB DECKING, INC.; M. SLAYEN AND ASSOCIATES, INC.; SYD CARPENTER, MARINE CONTRACTOR, INC.; UNION CARBIDE CORPORATION; 3M COMPANY fka MINNESOTA MINING & MANUFACTURING COMPANY; and DOES ONE through ONE HUNDRED, inclusive,<br><br>           Defendants. | (ASBESTOS<br><br>U.S.D.C. No.4:11-cv-02954-LB<br><br>Alameda County Superior Court Case No. RG11569254 |

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On June 21, 2011 served the following:

DEFENDANT FOSTER WHEELER LLC, sued herein as FOSTER WHEELER CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION;

SCHEDULE OF ACTIONS;

U.S. DISTRICT COURT CALIFORNIA NORTHERN DISTRICT (OAKLAND) CIVIL DOCKET FOR CASE # 4:11-CV-02954; and

PLAINTIFFS *SALLY JOANN TYSVER, et al. v. ASBESTOS CORPORATION, LTD, et al.* SUMMONS AND COMPLAINT

on all parties via facsimile to the following parties on the attached service list.

I declare under penalty of perjury that the above is true and correct. Executed on June 21, 2011, at San Francisco, California.

Wanda D. Claudio

BRYDON HUGO & PARKER

By: /s/ Thomas J. Moses
Edward R. Hugo [CA Bar No. 124839]
Charles S. Park [CA SBN 161430]
Thomas J. Moses [CA Bar No. 116002]

BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: cpark@bhplaw.com
       tmoses@bhplaw.com
Attorneys for Defendant
FOSTER WHEELER LLC, sued herein as
FOSTER WHEELER CORPORATION

*Tysver, Sally Joann, et al. v. Asbestos Corporation, LTD., et al.*
Alameda County Superior Court Case No. RG11569254

SERVICE LIST

| | |
|---|---|
| ASBESTOS CORPORATION, LTD.<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105-2725<br>**Fax: (414) 434-1370** | ASTRA FLOORING COMPANY<br>FRASER'S BOILER SERVICE, INC.<br>Pond North LLP<br>350 South Grand Avenue, Suite 2850<br>Los Angeles, CA 90071<br>**Fax: (213) 623-3594** |
| B.R. FUNSTEN & CO.<br>James Funsten<br>825 Van Ness Avenue, Suite 201<br>San Francisco, CA 94109<br>**MAIL ONLY** | GOODRICH CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS NEW YORK GOODRICH<br>David Glaspy, Esq.<br>Glaspy & Glaspy<br>100 Pringle Avenue, Suite 750<br>Walnut Creek, CA 94596<br>**Fax: (925) 947-1594** |
| HILL BROTHERS CHEMICAL COMPANY<br>Vasquez & Estrada<br>1000 Fourth Street, Suite 700<br>San Rafael, CA 94901<br>**Fax: (415) 453-0549** | J & H MARINE & INDUSTRIAL ENGINEERING COMPANY<br>PLANT PRODUCTS & SUPPLY CO.<br>Bishop Barry Drath<br>Watergate Tower III<br>2000 Powell Street, Suite 1425<br>Emeryville, CA 94608<br>**Fax: (510) 596-0899** |
| J.T. THORPE & SON, INC.<br>Bassi, Martini, Edlin & Blum LLP<br>351 California Street, Suite 200<br>San Francisco, CA 94104<br>**Fax: (415) 397-1339** | METALCLAD INSULATION CORPORATION<br>Lisa L. Oberg<br>McKenna Long & Aldridge, LLP<br>101 California Street, 41st Floor<br>San Francisco, CA 94111<br>**Fax: (415) 267-4198** |
| PARKER HANNIFIN CORPORATION<br>Law Offices of Peter J. Nova<br>P.O. Box 1328<br>Sonoma, CA 95476<br>**MAIL ONLY** | QUINTEC INDUSTRIES, INC.<br>SB DECKING, INC.<br>Walsworth, Franklin, Bevins & McCall<br>601 Montgomery Street, 9th Floor<br>San Francisco, CA 94111<br>**Fax: (415) 391-6258** |
| M. SLAYEN AND ASSOCIATES, INC.<br>Mark S. Kannett | SYD CARPENTER, MARINE CONTRACTOR, INC. |

| | |
|---|---|
| Becherer, Kannett & Schweitzer<br>1255 Powell Street<br>Emeryville, CA 94608-2604<br>**Fax: (510) 658-1151** | Kenneth B. Prindle, Esq.<br>Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP<br>One California Street, Suite 1910<br>San Francisco, CA  94111<br>**Fax: (415) 788-3625** |
| <u>3M COMPANY fka Minnesota Mining & Manufacturing Company</u><br>Linda M. Moroney<br>Gordon & Rees LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>**Fax: (4150) 986-8054** | <u>**PLAINTIFFS CO-COUNSEL**</u>:<br>Barrett Naman<br>DeLuca & Nemeroff, LLP<br>21021 Springbrook Plaza Drive, Suite 150<br>Spring, TX 77379<br>**Fax: 281-378-5976** |