**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**

Donald L. Bass, et al. v. Huntington Ingalls Inc., et al.,  )
  N.D. California,  C.A. No. 3:11-02345            )            MDL No. 875

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Bass*) on May 26, 2011.  Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Bass* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Bass* was remanded to the Superior Court of California, County of San Francisco, by the Honorable Susan Illston in an order filed on June 20, 2011.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-402" filed on May 26, 2011, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel