**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |
| | § | |
| | § | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| TERRY CARDARO and | § | |
| JO ANN CARDARO | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:11-CV-00876 |
| | § | |
| AEROJET GENERAL | § | |
| CORPORATION, et al. | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF WITHDRAWAL OF OPPOSITION AND MOTION TO VACATE THE
CONDITIONAL TRANSFER ORDER (CTO-390)**

COME NOW, Plaintiffs, and files this Notice of Withdrawal of Opposition to Conditional Transfer Order (CTO-390) Doc. No. 7047 filed on April 22, 2011 and Motion to Vacate the Conditional Transfer Order (CTO-390) Doc. No. 7075 filed on May 4, 2011 and shows as follows:

Movants respectfully request that their Opposition to Conditional Transfer Order (CTO-390) and Motion to Vacate Conditional Transfer Order (CTO-390) be withdrawn and this case be promptly transferred to MDL Docket No. 875 in the United States District Court for the Eastern District of Pennsylvania.

1

Respectfully submitted,

/s/ Charles S. Siegel
Charles S. Siegel
Texas State Bar No. 18341875
**Waters & Kraus, LLP**
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244  Telephone
(214) 357-7252  Facsimile

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by facsimile on all counsel of record listed below on this 22nd day of June, 2011.

Matthew Lott
W. Charles McVea
Matthew P. Lachaussee
Thomas 1. Musselman
Dogan & Wilkinson, PLLC
734 Delmas Avenue
P.O. Box 1618
Pascagoula, MS 39568-1618
mlott@doganwilkinson.com, cmcvea@doganwilkinson.com,
mlachaussee@doganwilkinson.com, tmusselman@doganwilkinson.com
**Attorneys for Defendant Crane Company**

James R. Logan, IV
Logan & Soileau
1010 Common Street, Suite 2910
New Orleans, LA 70112
jlogan@loganandsoileau.com
**Attorney for Defendant Equitable Shipyards, Llc**

Elia Diaz-Yeager
Colin Sherman
Christopher T. Wilson
Lugenbuhl, Wheaton, Peck,
    Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
ediaz-yeager@lawla.com, csherman@lawla.com, kwilson@lawla.com
    **Attorneys for Defendants Travelers Casualty and Surety**
    **Company Trinity Yachts, LLC (Ind & Sii Trinity Industries, Inc.**
    **And Equitable Equipment Company F/K/A Equitable**

Barbara Arras
Phelps Dunbar, LLP
365 Canal Street
Suite 2000, Canal Place
New Orleans, LA 70130
arrasb@phelps.com
    **Attorney for Defendant Trinity Industries**

Stewart F. Peck
Lugenbuhl, Wheaton, Peck,
Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
speck@lawla.com
    **Attorney for Defendant Trinity Yachts, LLC**

M. James Dempsey
Cosmich, Simmons & Brown
101 South Congress Street
Jackson, MS 39201
jimmY@cs-law.com
    **Attorney for Defendant Yarway Corporation**

Winstol D. Carter
Morgan, Lewis & Bockus, LLP
1000 Louisiana, Suite 4200
Houston, TX 77002
wcarter@morganlewis.com
    **Attorney for Defendant Yarway Corporation**

Hainkel, III, John J.
FRILOT L.L.C.
1100 Poydras Street
3700 Energy Centre
New Orleans, LA 70163
jhainkel@frilot.com
> **Attorney for Defendant Foster Wheeler Energy Corporation and General Electric Company**

      /s/ Charles S. Siegel
      Charles S. Siegel