BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |
| | § | |
| | § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM CLEVE DAVIDSON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:11-CV-01013 |
| | § | |
| ADVOCATE MINES, LTD., et al. | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF WITHDRAWAL OF OPPOSITION AND MOTION TO VACATE THE
CONDITIONAL TRANSFER ORDER (CTO-393)**

COMES NOW, Plaintiff, and files this Notice of Withdrawal of Opposition to Conditional Transfer Order (CTO-393) Doc. No. 7084 filed on May 6, 2011 and Motion to Vacate the Conditional Transfer Order (CTO-393) Doc. No. 7228 filed on May 18, 2011 and shows as follows:

Movant respectfully requests that his Opposition to Conditional Transfer Order (CTO-393) and Motion to Vacate Conditional Transfer Order (CTO-393) be withdrawn and this case be promptly transferred to MDL Docket No. 875 in the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

/s/ Charles S. Siegel
Charles S. Siegel
Texas State Bar No. 18341875
**Waters & Kraus, LLP**
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244  Telephone
(214) 357-7252  Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by facsimile on all counsel of record listed below on this 22nd day of June, 2011.

Douglas Elliott
Jennifer E. Adams
A. Wendel Stout, III
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130
Tel: 504-581-5141
Fax: 504-566-1201
   **Attorneys for Beazer East, Inc. fka Koppers Company, Inc.,**

Jennifer E. Adams
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130
Tel: 504-581-5141
Fax: 504-566-1201
   **Attorneys for CertainTeed Corporation**

Gary A. Bezet
Gayla M. Moncla
Kean, Miller, Hawthorne, D'armond, Mccowan & Jarman, L.L.P.
P.O. Box 3513
Baton Rouge, LA 70821
Tel: 225-387-0999
Fax: 225-388-9133
   **Attorneys for Georgia-Pacific, LLC (sii to Bestwall Gypsum Company)**

Michael H. Abraham
Robert E. Guidry
Kuchler, Polk, Schell, Weiner, & Richeson
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Tel: 504-592-0691
Fax: 504-592-0697
    **Attorneys for Union Carbide Corporation**

Monique M. Lafontaine
Locke Lord Bissell & Liddell Llp
601 Poydras Street, Suite 2660
New Orleans, LA 70130
Tel: 504-558-5100
Fax: 504-558-5200
    **Attorneys for Hongkong Shanghai Banking Corporation Limited**
        **(ind & sii Antony Gibbs and Co.) and HSBC Holdings, PLC**
        **(ind & sii Anthony Gibbs and Co.)**


Glenn L.M. Swetman
Kay Barnes Baxter
Christopher O. Massenburg
B. Adam Hays
Brandie Mendoza Thibodeaux
Margaret Adams Casey
Swetman Baxter Massenburg, Llc
650 Poydras, Suite 2400
New Orleans, LA 70130
Tel: 504-799-0500
Fax: 504-799-0501
    **Attorneys for Bird Incorporated f/k/a Bird & Son, Inc.**


         _/s/ Charles S. Siegel_
        Charles S. Siegel