UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Terry Cardaro, et al., v. Aerojet General Corporation, et al,  )
    E.D. Louisiana, C.A. No. 2:11-00876  )  MDL No. 875
William Cleve Davidson v. Advocate Mines, Ltd., et al.,  )
    E.D. Louisiana, C.A. No. 2:11-01013  )

### ORDER LIFTING STAYS OF CONDITIONAL TRANSFER ORDERS AND VACATING THE JULY 28, 2011, HEARING SESSION

Conditional transfer orders were filed in these actions (*Cardaro and Davidson*) on April 20, 2011, and May 4, 2011, respectively. Prior to expiration of the 7-day stay of transmittal of those orders, plaintiffs in *Cardaro and Davidson* each filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the applicable conditional transfer order. The Panel has now been informed that plaintiffs wish to withdraw their oppositions to transfer.

IT IS THEREFORE ORDERED that the stays of the Panel's conditional transfer orders designated as "CTO-390" filed on April 20, 2011, and "CTO-393" filed on May 4, 2011, are LIFTED insofar as they relate to these actions. The actions are transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eduardo C. Robreno.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 14, 2011, are VACATED insofar as they relate to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel