| | |
|---|---|
| 1 | EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP |
| | Andrew I. Port (State Bar # 120977) |
| 2 | Cheryl A. Morris (State Bar # 184541) |
| | David R. Boyajian (State Bar # 257825) |
| 3 | 49 Stevenson Street, Suite 400 |
| | San Francisco, California 94105 |
| 4 | T: (415) 227-9455 |
| | F: (415) 227-4255 |
| 5 | aport@edptlaw.com |
| | cmorris@edptlaw.com |
| 6 | dboyajian@edptlaw.com |
| 7 | Attorneys for Defendant |
| | MATSON NAVIGATION COMPANY, INC. |

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | **MDL DOCKET NO. 875** |
| This Document Relates to: CARL B. GAYLE AND CLAUDETTE GAYLE vs. ASBESTOS COMPANIES, et al. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL B. GAYLE and CLAUDETTE GAYLE, | Case No.:  CV 11 3008 DMR |
| Plaintiffs, | **DEFENDANT MATSON NAVIGATION COMPANY, INC.'S NOTICE OF TAG-ALONG ACTION** |
| vs. | Multidistrict Rule 7.1 |
| ASBESTOS COMPANIES, CROWN CORK & SEAL COMPANY, INC. (individually and as successor-in-interest to Mundet Cork Company); DOUGLASS INSULATION COMPANY, INC.; MATSON NAVIGATION COMPANY, INC.; OWENS-ILLINOIS, INC. individually and as successor-in-interest to Owens-Illinois Glass Company and d/b/a O-I; TRIPLE A MACHINE SHOP, INC. (a/k/a Triple A Shipyard); UNION CARBIDE CORPORATION and does 1-300, | |
| Defendants. | |

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 1 -

DEFENDANT MATSON NAVIGATION COMPANY, INC.'S NOTICE OF TAG-ALONG ACTION
Case No.:

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 29, 1991 the Judicial Panel of Multidistrict Litigation entered an order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1207 ("MDL Transfer Order"). The MDL Transfer Order also applies to "tag-along actions", which refers to a civil action pending in a District Court and involving common questions of fact with actions previously transferred under Section 1407 by the Judicial Panel of Multidistrict Litigation pursuant to a January 17, 1991 Order to Show Cause. See Multidistrict Litigation Rules ("MDL Rules"), Rule 11.

Pursuant to MDL Rule 7.1(a),

> Any party or counsel in actions previously transferred under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

Defendant MATSON NAVIGATION COMPANY, INC. (herein "MATSON") hereby notifies the Court that the above-entitled action involves all or a material part of the same subject matter as another action which is pending in another federal court. Accordingly, the above-entitled action is considered a "tag-along action", subject to transfer to the United States District Court for the Eastern District of Pennsylvania, because the action involves alleged injuries due to exposure to asbestos.

MATSON has forwarded a copy of this Notice to the Clerk of the MDL Panel. The Clerk of the MDL Panel may either (1) enter a conditional transfer pursuant to MDL Rule 7.1; (2) file an order to show cause under Rule 8.1; or (3) decline to act.

Dated:  June 20, 2011          EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
                               Andrew I. Port
                               Cheryl A. Morris
                               David R. Boyajian


                               By_____/s/ Cheryl A. Morris_____
                               CHERYL A. MORRIS
                               Attorneys for Defendant
                               MATSON NAVIGATION COMPANY, INC.

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

DEFENDANT MATSON NAVIGATION COMPANY, INC.'S NOTICE OF TAG-ALONG ACTION
Case No.: