## SCHEDULE OF ACTIONS

| |
|---|
| CARL B. GAYLE and CLAUDETTE GAYLE,<br><br>          Plaintiffs,<br><br>     vs.<br><br>ASBESTOS COMPANIES, CROWN CORK & SEAL COMPANY, INC. (individually and as successor-in-interest to Mundet Cork Company); DOUGLASS INSULATION COMPANY, INC.; MATSON NAVIGATION COMPANY, INC.; OWENS-ILLINOIS, INC. individually and as successor-in-interest to Owens-Illinois Glass Company and d/b/a O-I; TRIPLE A MACHINE SHOP, INC. (a/k/a Triple A Shipyard); UNION CARBIDE CORPORATION and does 1-300,<br><br>     Defendants. |
| Case No. 4:11-cv-03008-DMR |
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
| Magistrate Judge Donna M. Ryu |