1  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
   Andrew I. Port (State Bar # 120977)
2  Cheryl A. Morris (State Bar # 184541)
   David R. Boyajian (State Bar # 257825)
3  49 Stevenson Street, Suite 400
   San Francisco, California 94105
4  T: (415) 227-9455
   F: (415) 227-4255
5  aport@edptlaw.com
   cmorris@edptlaw.com
6  dboyajian@edptlaw.com

7  Attorneys for Defendant
   MATSON NAVIGATION COMPANY, INC.
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12  CARL B. GAYLE and CLAUDETTE         Case No.: CV 11 3008 DMR
    GAYLE,
13                                      **PROOF OF SERVICE**
                Plaintiffs,
14
        vs.
15
    ASBESTOS COMPANIES, et al.
16
                Defendants.
17

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

EMARD DANOFF PORT
TAMULSKI & PAETZOLD
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -
PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 49 Stevenson Street, Suite 400, San Francisco, CA 94105. On June 21, 2011, I served the foregoing document(s) described as

1. Notice of Removal of Action Under 28 U.S.C. §1441;
2. Certification by Defendant Matson Navigation Company, Inc. of Interested Entities or Persons;
3. Defendant Matson Navigation Company, Inc.'s Notice of Tag-Along Action;
4. Civil Cover Sheet;
5. U.S. District Court Northern California ECF Registration Information Handout;
6. Notice of Assignment of Case to a United States Magistrate Judge for Trial;
7. Welcome to the Oakland Divisional Office of the United States District Court;
8. Order Setting Initial Case Management Conference and ADR Deadlines;
9. Standing Order for Magistrate Judge Donna M. Ryu; and
10. Proof of Service

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as set forth below:

SEE ATTACHED SERVICE LIST

[ ] **(BY U.S. MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

[ ] **(BY HAND DELIVERY)** I caused such envelope to be hand delivered to the offices of the addressee.

[ ] **(BY FACSIMILE)** I caused such document(s) to be transmitted from my employer's facsimile machine telephone number (415) 227-4255 to the offices of the addressee at the facsimile machine telephone number listed above. Upon completion of the said facsimile transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error and indicating the time of such transmission. A copy of the said transmission report is attached hereto.

[XX] **(BY OVERNIGHT DELIVERY)** I caused personal delivery by FEDERAL EXPRESS of the document(s) listed above, by placing the true copies in separate envelopes for each addressee, with the name and address of the person served shown on the envelope and by sealing the envelope and placing it for collection and delivery by FEDERAL EXPRESS with delivery fees paid or provided for in accordance with ordinary business practices.

[ ] **(STATE)** I declare under penalty under the laws of the State of California that the foregoing is true and correct.

EMARD DANOFF PORT
TAMULSKI & PAETZOLD
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

[XX] **(FEDERAL)** I declare under penalty of perjury in accordance with 28 U.S.C. 1746 that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 21, 2011, at San Francisco, California.

LYNN CURRY  
(Type or Print Name)

*(Signature)*

EMARD DANOFF PORT  
TAMULSKI & PAETZOLD LLP  
49 Stevenson Street  
Suite 400  
San Francisco, CA 94105

# SERVICE LIST

## *Carl B. Gayle, et al. v. Asbestos Companies, et al.*

| | |
|---|---|
| John Langdoc, Esq.<br>Eric Policastro, Esq.<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Suite 1100<br>Dallas, TX 75219 | Attorneys for Plaintiffs<br>CARL B. GAYLE and CLAUDETTE GAYLE<br>Tel: 214-521-3605<br>Fax: 214-520-1181 |
| Prindle, Decker & Amaro, LLP<br>310 Golden Shore, 4th Floor<br>Long Beach, CA 90802 | Attorneys for Defendant<br>TRIPLE A MACHINE SHOP, INC.<br>Tel: 562-436-3946<br>Fax: 562-495-0564 |
| Mark A. Love, Esq.<br>Selman Breitman, LLP<br>33 New Montgomery St., 6th Floor<br>San Francisco, CA 94105-4357 | Attorneys for Defendant<br>DOUGLASS INSULATION COMPANY, INC.<br>Tel: 415-979-0400<br>Fax: 415-979-2099 |
| Kathleen A. Stimeling, Esq.<br>Schiff Hardin LLP<br>One Market, Spear Street Tower, 32nd Floor<br>San Francisco, CA 94105 | Attorneys for Defendant<br>OWENS-ILLINOIS, INC.<br>Tel: 415-901-8700<br>Fax: 415-901-8701 |
| William H. Armstrong, Esq.<br>Armstrong & Associates, LLP<br>One Kaiser Plaza, Suite 625<br>Oakland, CA 94612 | Attorneys for Defendant<br>CROWN CORK & SEAL COMPANY, INC.<br>Tel: 510-433-1830<br>Fax: 510-433-1836 |
| Union Carbide Corporation<br>c/o C.T. Corporation System<br>818 West Seventh St., Suite 200<br>Los Angeles, CA 90017 | |

EMARD DANOFF PORT
TAMULSKI & PAETZOLD
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105