1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE: ASESTOS PRODUCTS        )
LIABILITY LITIGATION           )
                               )            MDL 875
(VI)                           )
                               )
This Document Relates To:      )
                               )
_____)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DENIS M. FUCHS, individually and as        )
Personal Representative of the Estate of   )   NO.  2:11-cv-01043-BAT
HAROLD C. FUCHS, Deceased,                 )
                                           )
                         Plaintiff,        )   FOSTER WHEELER ENERGY
v.                                         )   CORPORATION'S NOTICE OF
                                           )   TAG-ALONG ACTION
ASBESTOS CORP., LTD., et al.,              )
                                           )
                         Defendants.       )

TO:        THE UNITED STATES DISTRICT COURT FOR THE WESTERN
           DISTRICT OF WASHINGTON;

AND TO:    THE CLERK OF THE PANEL, JUDICIAL PANEL ON
           MULTIDISTRICT LITIGATION.

       PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel On

Multidistrict Litigation entered an order transferring all asbestos cases pending in federal

FOSTER WHEEELR ENERGY CORPORATION'S NOTICE OF
TAG-ALONG ACTION -1-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)

court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause. MDL Rule 1.1 and 7.4(a) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this, a state court action removed June 22, 2011 (a copy of the removed state court Complaint is attached as Exhibit 1), is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The undersigned is providing a copy of this notice to the Clerk of the MDL Panel, and providing all adverse parties notification of this "tag-along action," along with the filing of this notice. The Clerk of the Panel may either 1) enter a conditional transfer order pursuant to MDL Rule 7.4 or 2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3.

DATED this 23rd day of June, 2011.

/s/ Dirk Bernhardt
Dirk Bernhardt, WSBA #33071
Murray Dunham & Murray
200 West Thomas, Suite 350
Seattle, Washington 98109
Telephone:    (206) 622-2655
Facsmile:     (206) 684-6924
dirk@murraydunham.com
Of attorneys for Defendant Foster
Wheeler Energy Corporation

FOSTER WHEEELR ENERGY CORPORATION'S NOTICE OF
TAG-ALONG ACTION -2-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## DECLARATION OF SERVICE

I hereby certify that on this 23rd day of June, 2011, I caused the foregoing to be filed with the Judicial Panel on Multidistrict Litigation and the United States District Court for Western Washington at Seattle using the CM/ECF E-Filing system which will send notification of such filing to the following and that copies of such filing will also be delivered to the following in the manner indicated therein:

**Counsel for Plaintiffs**
Kristin Houser
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, WA 98104

**Counsel to Asbestos Corp., LTD.**
Mark Tuvim
Kevin Craig
Gordon & Rees, LLP
701 Fifth Avenue, Suite 2130
Seattle, WA 98104
mtuvim@gordonrees.com
kcraig@gordonrees.com
agreenfield@gordonrees.com

**Counsel to CBS Corp.; General Electric Company**
Christopher Marks
Williams, Kastner & Gibbs
601 Union St., Suite 4100
P.O. Box 21926
Seattle, WA 98111-3926
Asbestos2@williamskastner.com

**Counsel to Metropolitan Life Insurance Company**
Richard Gawloski
Wilson, Smith, Cochran & Dickerson
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161
MetLifeAsbestos@wscd.com

**Counsel to Saberhagen Holdings, Inc.**
Timothy K. Thorson
Carney Badley Spellman, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
thorson@carneylaw.com;
berman@carneylaw.com

FOSTER WHEEELR ENERGY CORPORATION'S NOTICE OF
TAG-ALONG ACTION -3-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)

1

**Counsel to Uniroyal**
Chris R. Youtz
2
Sirianni Youtz Meier & Spoonemore
3
1100 Millennium Tower
719 Second Avenue
4
Seattle, WA 98104
Fax:    206.223.0246
5
chris@sylaw.com
6

7
          Signed at Seattle, Washington, this 23rd day of June, 2011.
8

9

10
                              /s/ Oscar Ramos Jr.
11                            Oscar Ramos Jr., Paralegal
                              Murray Dunham & Murray
12                            200 West Thomas, Suite 350
                              Seattle, Washington  98109
13                            Telephone:    (206) 622-2655
                              Facsmile:      (206) 684-6924
14                            asbestos@murraydunham.com
15

16

17

18

19

20

21

22

23

24

25

26

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)