BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASESTOS PRODUCTS LIABILITY LITIGATION <br><br> (VI) <br><br> This Document Relates To: | ) ) ) ) ) ) ) ) ) MDL 875 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DENIS M. FUCHS, individually and as Personal Representative of the Estate of HAROLD C. FUCHS, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> ASBESTOS CORP., LTD., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) NO.  2:11-cv-01043-BAT <br><br><br><br> DECLARATION OF SERVICE OF TAG-ALONG ACTION |

### DECLARATION OF SERVICE

I hereby certify that on this 23rd day of June, 2011, I caused the foregoing to be filed with the Judicial Panel on Multidistrict Litigation and the United States District Court for Western Washington at Seattle using the CM/ECF E-Filing system which will send

---

FOSTER WHEELER'S DECLARATION OF SERVICE RE: NOTICE OF TAG-ALONG ACTION -1-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)

notification of such filing to the following and that copies of such filing will also be delivered to the following in the manner indicated therein:

*VIA HAND DELIVERY:*

<u>Counsel for Plaintiffs</u>
Kristin Houser
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, WA 98104

*VIA ELECTRONIC MAIL:*

<u>Counsel to Asbestos Corp., LTD.</u>
Mark Tuvim
Kevin Craig
Gordon & Rees, LLP
701 Fifth Avenue, Suite 2130
Seattle, WA 98104
mtuvim@gordonrees.com
kcraig@gordonrees.com
agreenfield@gordonrees.com

<u>Counsel to CBS Corp.; General Electric Company</u>
Christopher Marks
Williams, Kastner & Gibbs
601 Union St., Suite 4100
P.O. Box 21926
Seattle, WA 98111-3926
Asbestos2@williamskastner.com

<u>Counsel to Metropolitan Life Insurance Company</u>
Richard Gawloski
Wilson, Smith, Cochran & Dickerson
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161
MetLifeAsbestos@wscd.com

<u>Counsel to Saberhagen Holdings, Inc.</u>
Timothy K. Thorson
Carney Badley Spellman, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
thorson@carneylaw.com;
berman@carneylaw.com

FOSTER WHEELER'S DECLARATION OF SERVICE RE: NOTICE OF TAG-ALONG ACTION -2-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)

**Counsel to Uniroyal**
Chris R. Youtz
Sirianni Youtz Meier & Spoonemore
1100 Millennium Tower
719 Second Avenue
Seattle, WA 98104
Fax: 206.223.0246
chris@sylaw.com

Signed at Seattle, Washington, this 23rd day of June, 2011.

/s/ Oscar Ramos Jr.
Oscar Ramos Jr., Paralegal
Murray Dunham & Murray
200 West Thomas, Suite 350
Seattle, Washington 98109
Telephone: (206) 622-2655
Facsmile: (206) 684-6924
asbestos@murraydunham.com

FOSTER WHEELER'S DECLARATION OF SERVICE RE: NOTICE OF
TAG-ALONG ACTION  -3-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)