FILED
11 MAR 22 AM 11:39

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 11-2-10418-4 SEA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| DENIS M. FUCHS, individually and as Personal Representative of the Estate of HAROLD C. FUCHS, Deceased,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ASBESTOS CORP., LTD.;<br>CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION;<br>FOSTER-WHEELER ENERGY CORP.;<br>GENERAL ELECTRIC COMPANY, a Delaware corporation;<br>METROPOLITAN LIFE INSURANCE COMPANY;<br>SABERHAGEN HOLDINGS, INC., a Washington corporation and<br>UNIROYAL, INC.<br><br>　　　　　　　　　Defendants. | No.<br><br>FIRST SUPPLEMENTAL COMPLAINT FOR PERSONAL INJURY AND WRONGFUL DEATH |

FACTUAL BACKGROUND:

1.  Plaintiff Denis M. Fuchs, is the surviving child of decedent Harold C. Fuchs. Plaintiff Denis M. Fuchs resides in Bremerton, Washington.

2.  For Decedent Harold C. Fuchs:

    A.  Date of Birth: March 11, 1926

---

SUPPLEMENTAL COMPLAINT FOR PERSONAL
INJURY AND WRONGFUL DEATH - 1
\\file01\asbestos\ASBESTOS\Fuchs, Harold 17922\P\Complaint.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

B.  Plaintiff's decedent, Harold C. Fuchs, worked at Puget Sound Naval Shipyard from 1942 to 1981 as an electrician. During decedent's employment up till 1979 he was exposed to asbestos and asbestos-containing products manufactured and/or sold by defendants, except Metropolitan Life Insurance Company.

C.  Upon information and belief decedent was exposed to the asbestos-containing products of every named defendant in this lawsuit, except Metropolitan Life Insurance Company.

D.  Decedent Harold C. Fuchs died on January 10, 2009, prior to a definitive diagnosis of disease. At the time of decedent's death a biopsy pathology report was pending. A post mortem review of decedent's pathology materials and medical records completed by Dr. Samuel Hammar led to the conclusion that decedent, Harold C. Fuchs had mesothelioma caused by his asbestos exposure.

3.  Defendant CBS Corporation, successor by merger to Viacom, Inc., f/k/a Westinghouse Electric Corporation, is a corporation licensed to do business in the state of Delaware. Westinghouse Electric Corporation and/or its predecessor(s) was engaged in the manufacture, sale, distribution and/or supply of machinery and equipment, including engines, that contained asbestos.

4.  Defendant General Electric Company is a Delaware corporation, licensed to do business in the state of Washington. General Electric was a manufacturer of engines that contained asbestos.

5.  Metropolitan Life Insurance Company was involved in actions to prevent the dissemination of accurate information to the public concerning the hazards of asbestos dust and to cause false or misleading information about the health effects of asbestos to be published.

SUPPLEMENTAL COMPLAINT FOR PERSONAL
INJURY AND WRONGFUL DEATH - 2
\\file01\asbestos\ASBESTOS\Fuchs, Harold 17922\P\Complaint.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

Metropolitan Life Insurance Company acted in concert with and aided and abetted the defendants and other manufacturers of asbestos-containing products in wrongful conduct which was a cause of harm to Plaintiff's decedent.

6. Defendant Saberhagen Holdings, Inc., formerly known as Brower Co., is a Washington corporation licensed to do business in the state of Washington. Saberhagen Holdings manufactured, sold and supplied asbestos containing products.

DAMAGES

7. Plaintiff's decedent suffered the following damages which survive his death: medical expenses; disease, disability, and death; pain and suffering, both physical and emotional; and loss of ability to enjoy a normal life.

8. The statutory beneficiaries of a wrongful death claim, namely Plaintiff and those provided by law, have suffered damages on account of the death of decedent for the loss of monetary contributions the decedent would have made to them; for funeral expenses; and for the loss of love, care, affection, services, companionship, guidance, and society of the Decedent with them. Claims for loss of consortium on behalf of the children are specifically included within damages claimed pursuant to the preceding statutes.

9. Interest from the date of injury.

10. The aforementioned damages sought from each of the above-named defendants are in an amount to be proved at trial.

LIABILITY, JURISDICTION AND RELIEF

11. Plaintiff's claims are as set forth in Schroeter, Goldmark & Bender First Amended Style Complaint For Personal Injury and Wrongful Death No. 81-2-08703-5 filed November 10, 1994, in King County Superior Court.

SUPPLEMENTAL COMPLAINT FOR PERSONAL
INJURY AND WRONGFUL DEATH - 3
\\file01\asbestos\ASBESTOS\Fuchs, Harold 17922\P\Complaint.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

plaintiff is entitled to what she asks for because you have not responded. If you serve a Notice of Appearance on the undersigned attorney, you are entitled to notice before a default judgment may be entered.

You may demand that the plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the plaintiff within fourteen (14) days after you serve the demand. The plaintiff must file this lawsuit with the court, or the service on you of this Summons and Complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this ____ day of March, 2011.

SCHROETER, GOLDMARK & BENDER

_____
KRISTIN HOUSER, WSBA #7286
Counsel for Plaintiff

SUMMONS - 2
N:\ASBESTOS\Fuchs, Harold 17922\P\Summons.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CIVIL DOCKET FOR CASE #: 2:11-cv-01043-BAT

Fuchs v. Asbestos Corp LTD et al  
Assigned to: Hon. Brian A Tsuchida  
Case in other court: King County Superior Court, 11-00002-10418-4-SEA  
Cause: 28:1442 Notice of Removal  

Date Filed: 06/22/2011  
Jury Demand: None  
Nature of Suit: 368 P.I. : Asbestos  
Jurisdiction: Federal Question  

**Plaintiff**

**Denis M. Fuchs**     represented by     **Kristin M Houser**  
SCHROETER GOLDMARK & BENDER  
810 3RD AVE  
STE 500  
SEATTLE, WA 98104  
206-622-8000  
Fax: 206-682-2305  
Email: houser@sgb-law.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Asbestos Corp LTD**     represented by     **Kevin J Craig**  
GORDON & REES LLP  
701 FIFTH AVENUE  
SUITE 2100  
SEATTLE, WA 98104  
206-695-5100  
Fax: 206-689-2822  
Email: kcraig@gordonrees.com  
*ATTORNEY TO BE NOTICED*

**Mark B Tuvim**  
GORDON & REES (WA)  
701 FIFTH AVE  
STE 2100  
SEATTLE, WA 98104  
206-695-5100  
Fax: 206-689-2822  
Email: mtuvim@gordonrees.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**CBS Corporation**  
*formerly known as*  
    represented by     **Christopher S Marks**  
WILLIAMS KASTNER & GIBBS (SEA)

Westinghouse Electric Corporation

601 UNION ST
STE 4100
SEATTLE, WA 98101
206-628-6600
Email: cmarks@wkg.com
*ATTORNEY TO BE NOTICED*

**Jeffrey M Wolf**
WILLIAMS KASTNER & GIBBS (SEA)
601 UNION ST
STE 4100
SEATTLE, WA 98101
206-628-6600
Email: jwolf@williamskastner.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Foster Wheeler Energy Corporation**         represented by  **R Dirk Bernhardt**
MURRAY DUNHAM & MURRAY
PO BOX 9844
200 W THOMAS ST, SUITE 350
SEATTLE, WA 98109-0844
206-622-2655
Email: dirk@murraydunham.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**General Electric Company**                  represented by  **Christopher S Marks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey M Wolf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Metropolitan Life Insurance Company**       represented by  **Richard G Gawlowski**
WILSON SMITH COCHRAN & DICKERSON
1700 FINANCIAL CENTER
1215 4TH AVE
SEATTLE, WA 98161-1007
206-623-4100
Fax: 206-623-4100
Email: gawlowski@wscd.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Saberhagen Holdings, Inc.**                 represented by  **Timothy Kost Thorson**
CARNEY BADLEY SPELLMAN

                                                             701 FIFTH AVENUE
STE 3600
SEATTLE, WA 98104-7010
206-622-8020
Email: thorson@carneylaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Uniroyal Inc**  represented by  **Chris Robert Youtz**
SIRIANNI YOUTZ SPOONEMORE
999 THIRD AVENUE
STE 3650
SEATTLE, WA 98104
206-223-0303
Fax: 206-223-0246
Email: chris@sylaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2011 | 1 | NOTICE OF REMOVAL from King County Superior Court, case number 11-2-10418-4-SEA; (Receipt # 0981-2470804), filed by Foster Wheeler Energy Corporation. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit, # 3 Exhibit)(Bernhardt, R) (Entered: 06/22/2011) |
| 06/23/2011 |  | Hon. Brian A Tsuchida added. (RE) (Entered: 06/23/2011) |
| 06/23/2011 | 2 | LETTER from Clerk to counsel re receipt of case from King County Superior Court and advising of WAWD case number and judge assignment. (RE) (Entered: 06/23/2011) |

| PACER Service Center ||
|---|---|
| Transaction Receipt ||
| 06/23/2011 15:32:58 ||
| **PACER Login:** |  | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 2:11-cv-01043-BAT |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |