# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & TITLE - IN RE: Asbestos Product Liability Litigation (No. VI)

## NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Honeywell International Inc., Third-Party Plaintiff

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Francis, et al. v. Honeywell International Inc., et al. (Civil Aciton No. 7:11-cv-00085-ART, E.D. Kentucky)

*********************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

June 23, 2011
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Scott A. Davidson, Boehl Stopher & Graves, LLP, Aegon Center, Ste. 2300, 400 W. Market St., Louisville, KY, 40202

Telephone No.: (502) 589-5980      Fax No.: (502) 561-9400

Email Address: sdavidson@bsg-law.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

## CERTIFICATE OF SERVICE

It is hereby certified that on June 24, 2011, I electronically filed my Notice of Appearance with the Clerk of the Court by using the CM/ECF system, which will provide notice to the following as well as served a true copy of the foregoing via U.S. mail on the following:

Kenneth L. Sales
Joseph D. Satterley
Paul J. Kelley
Sales, Tillman, Wallbaum Catlett & Satterley
1900 Waterfront Plaza
325 West Main Street
Louisville, KY 40202
*Counsel for Plaintiffs*

Gary C. Johnson
GARY C. JOHNSON, P.S.C.
P.O. Box 231
110 Caroline Avenue
Pikeville, KY 41501
(606) 437-4002
*Co-Counsel for Plaintiffs*

J. Christian Lewis
FULKERSON & KINKEL, PLLC
238 North Broadway
Lexington, KY 40507
clewis@fulkersonkinkel.com
*Counsel for Pneumo Abex, LLC*

Palmer G. Vance, II
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507-1380
Gene.Vance@skofirm.com
*Counsel for Carquest Corp.*

Stephen M. Fowler
PULLIN FOWLER FLANAGAN BROWN & POE
James Mark Building
901 Quarrier Street
Charlestown, WV 25301
sfowler@pffwv.com
*Counsel for BorgWarner Morse TEC, Inc., sii to Borg Warner Corp*

Patrick W. Gault
NAPIER GAULT KEITH, PLC
1400 Starks Building
455 South Fourth Street
Louisville, KY 40202
pgault@napiergaultlaw.com
*Counsel for Napa Valley Auto Parts, Inc., a Division of Genuine Parts Company*

Kerry B. Harvey
United States Attorney
Carlton S. Shier, IV
Assistant U.S. Attorney
260 West Vine Street, Ste. 300
Lexington, KY 40507-1612
carlton.shier@usdoj.gov

/s/ Scott A. Davidson
Scott A. Davidson