UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY JOANN TYSVER, Individually and as Successor-in-Interest to Decedent WAYNE FORREST TYSVER; JODY ANN PAULSEN, STEVE TYSVER; LORI S. BROWN; ROBIN LINDSEY,<br><br>          Plaintiffs,<br><br>vs.<br><br>ASBESTOS CORPORATION, LTD.; ASTRA FLOORING COMPANY; B.R. FUNSTEN & CO.; THE BOEING CORPORATION; FOSTER WHEELER CORPORATION; FRASER'S BOILER SERVICE, INC.; GOODRICH CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS NEW YORK GOODRICH; HILL BROTHERS CHEMICAL COMPANY; J & H MARINE & INDUSTRIAL ENGINEERING COMPANY; J.T. THORPE & SON, INC.; METALCLAD INSULATION CORPORATION; PARKER HANNIFIN CORPORATION; PLANT PRODUCTS & SUPPLY CO.; QUINTEC INDUSTRIES, INC.; SB DECKING, INC.; M. SLAYEN AND ASSOCIATES, INC.; SYD CARPENTER, MARINE CONTRACTOR, INC.; UNION CARBIDE CORPORATION; 3M COMPANY fka MINNESOTA MINING & MANUFACTURING COMPANY; and DOES ONE through ONE HUNDRED, inclusive,<br><br>          Defendants. | (ASBESTOS)<br>U.S.D.C. No. 4:11-cv-02954 LB<br><br>Alameda County Superior Court Case No. RG11569254 |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FOSTER WHEELER LLC,
### incorrectly sued herein as FOSTER WHEELER CORPORATION

Defendant FOSTER WHEELER LLC, incorrectly sued herein as FOSTER

WHEELER CORPORATION ("FOSTER WHEELER") hereby files and serves notice that

Plaintiffs SALLY JOANN TYSVER, Individually and as Successor-in-Interest to Decedent

WAYNE FORREST TYSVER; JODY ANN PAULSEN, STEVE TYSVER; LORI S. BROWN;

ROBIN LINDSEY have voluntarily dismissed FOSTER WHEELER from the present

action.  Defendant FOSTER WHEELER thereby withdraws its Notice of Potential Tag-

Along Action.

Attached hereto as Exhibit A is a copy of Plaintiffs' Voluntary Dismissal of

Defendant Foster Wheeler.

Date:  June 24, 2011                              BRYDON HUGO & PARKER


By:      /s/ Thomas J. Moses
         Edward R. Hugo [CA Bar No. 124839]
         Charles S. Park [CA SBN 161430]
         Thomas J. Moses [CA Bar No. 116002]

         BRYDON HUGO & PARKER
         135 Main Street, 20th Floor
         San Francisco, CA 94105
         Telephone:  (415) 808-0300
         Facsimile:  (415) 808-0333
         Email: cpark@bhplaw.com
                 tmoses@bhplaw.com
         Attorneys for Defendant
         FOSTER WHEELER LLC, incorrectly
         sued herein as FOSTER WHEELER USA
         CORPORATION

# EXHIBIT A

1 | Jack K. Clapper (State Bar No. 83207)
Steven J. Patti (State Bar No. 163773)
2 | CLAPPER, PATTI, SCHWEIZER & MASON
2330 Marinship Way, Suite 140
3 | Sausalito, CA 94965
Telephone: (415) 332-4262
4 | Facsimile: (415) 331-5387

5 | Attorneys for Plaintiffs

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | SALLY JOANN TYSVER, Individually and as )    U.S. District Court Case No. CV-11-2954-LB
Successor-in-Interest to Decedent WAYNE )
12 | FORREST TYSVER; JODY ANN PAULSON, )    Alameda County Superior Court Case No.
STEVE TYSVER; LORI S. BROWN; ROBIN )    RG-11-569254
13 | LINDSEY, )

14 |      Plaintiffs, )    **NOTICE OF VOLUNTARY DISMISSAL
) OF DEFENDANT FOSTER WHEELER
15 | v. ) LLC, SUED HEREIN AS FOSTER
) WHEELER CORPORATION**

16 | ASBESTOS CORPORATION, LTD., et al., )

17 |      Defendants. )

18

19 |       NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a),

20 | Plaintiffs voluntarily dismiss Defendant Foster Wheeler LLC, sued herein as Foster Wheeler

21 | Corporation, from the above-captioned action without prejudice.

22

23 | Dated: June 23, 2011.            CLAPPER, PATTI, SCHWEIZER & MASON

24

25 |             By: _____

26 |                  Steven J. Patti
                 Attorneys for Plaintiffs

27

28

CLAPPER, PATTI,
SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

NOTICE OF VOLUNTARY DISMISSAL

## PROOF OF SERVICE

I, Patricia Cox, declare:

I am over the age of eighteen years and am not a party to the within entitled action. I am employed in the County of Marin, and my business address is 2330 Marinship Way, Suite 140, Sausalito, California 94965.

On June 23, 2011, I served the following document[s] described as:

### NOTICE OF VOLUNTARY DISMISSAL

by placing a true copy thereof enclosed in a sealed envelope with first class postage affixed thereto in the U.S. mailbox at Sausalito, California, addressed as follows:

See attached service list

I declare under penalty of perjury that the foregoing is true and correct and that this Proof of Service was executed this 23rd day of June, 2011, at Sausalito, California.

_____
Patricia Cox

CLAPPER, PATTI,
SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

NOTICE OF VOLUNTARY DISMISSAL

Sally Joann Tysver, et al. ALSC Case No. RG11569254
May 17, 2011

ASBESTOS CORPORATION, LTD.
Wilson, Elser, Moskowitz, Edelman & Dicker
LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
433-0990, 434-1370, fax

ASTRA FLOORING COMPANY
Pond North LLP
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
(213) 617-6170, (213) 623-3594, fax

B.R. FUNSTEN & CO.
*James Funsten*
*825 Van Ness Avenue, Suite 201*
*San Francisco, CA 94109*

Walsworth, Franklin, Bevins & McCall
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415/781-7072, 415/391-6258 fax

THE BOEING COMPANY
Ronald A McIntire
Bo W. Kim
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
(310) 788-9900, (310) 788-3399, fax

FOSTER WHEELER CORPORATION
Edward R. Hugo
Donna L. Maul
Brydon Hugo & Parker
135 Main Street, 20th Floor
San Francisco, CA 94105
808-0300, 808-0333 fax

FRASER'S BOILER SERVICE, INC.
Frank D. Pond
Pond North, LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
(213) 617-6170, (213) 623-3594 fax

GOODRICH CORPORATION WHICH WILL
DO BUSINESS IN CALIFORNIA AS NEW
YORK GOODRICH
David Glaspy, Esq.
Glaspy & Glaspy
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300; 925-947-1594 fax

HILL BROTHERS CHEMICAL COMPANY
Michael A. Vasquez
Kelli A. Herzog
Vasquez & Estrada
1000 Fourth Street, Suite 700
San Rafael, CA 94901
415-453-0555; 415-453-0549 fax

J & H MARINE & INDUSTRIAL
ENGINEERING COMPANY
Barbara R. Adams
Adams Nye Becht LLP
222 Kearny Street, Seventh Floor
San Francisco, CA 94108-4521
(415) 982-8955, (415) 982-2042, fax

J.T. THORPE & SON, INC.
Jeffrey J. Fadeff
Reshma A. Bajaj
Bassi, Edlin, Huie & Blum LLP
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006; 415-397-1339 fax

METALCLAD INSULATION CORPORATION
Lisa L. Oberg
McKenna Long & Aldridge, LLP
101 California Street, 41st Floor
San Francisco, CA 94111
415-267-4000, 415-267-4198 fax

PARKER HANNIFIN CORPORATION
Law Offices of Peter J. Nova
P.O. Box 1328
Sonoma, CA 95476
Ph: 707-938-9610; Fax: 707-938-9612

PLANT PRODUCTS & SUPPLY CO.
Bishop Barry Drath
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
(510) 596-0888; (510) 596-0899 fax

QUINTEC INDUSTRIES, INC.; SB DECKING,
INC.
Walsworth, Franklin, Bevins & McCall
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415/781-7072, 415/391-6258 fax

M. SLAYEN AND ASSOCIATES, INC.
Mark S. Kannett
Becherer, Kannett & Schweitzer
1255 Powell Street
Emeryville, CA 94608-2604
(510) 658-3600, (510) 658-1151, fax

SYD CARPENTER, MARINE CONTRACTOR,
INC.
Kenneth B. Prindle, Esq.
Prindle, Amaro, Goetz, Hillyard, Barnes &
Reinholtz LLP
One California Street, Suite 1910
San Francisco, CA 94111
415-788-8354; 415-788-3625 fax

UNION CARBIDE CORPORATION
John R. Brydon, Esq.
Edward R. Hugo, Esq.
Brydon Hugo & Parker
135 Main Street, Suite 2000
San Francisco, CA 94105
415-808-0300; 415-808-0333 fax

3M COMPANY fka Minnesota Mining &
Manufacturing Company
Linda M. Moroney
Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900; (415) 986-8054 fax

BERRY & BERRY
P.O. Box 16070
Oakland, CA 94610
(510) 835-8330, (510) 835-5117 fax

Plaintiffs Co-Counsel:
Barrett Naman
DeLuca & Nemeroff, LLP
21021 Springbrook Plaza Drive, Suite 150
Spring, TX 77379
281-378-5970; 281-378-5976 fax