UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY JOANN TYSVER, Individually and as Successor-in-Interest to Decedent WAYNE FORREST TYSVER; JODY ANN PAULSEN, STEVE TYSVER; LORI S. BROWN; ROBIN LINDSEY,<br><br>          Plaintiffs,<br><br>vs.<br><br>ASBESTOS CORPORATION, LTD. et al.,<br><br>          Defendants. | (ASBESTOS<br><br>U.S.D.C. No.4:11-cv-02954-LB<br><br>Alameda County Superior Court Case No. RG11569254 |

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On June 21, 2011 served the following:

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FOSTER WHEELER LLC, incorrectly sued herein as FOSTER WHEELER CORPORATION**

on Plaintiff, listed below, and all parties listed on the attached service list via facsimile.

Jack K. Clapper, Esq.
Steven J. Patti, Esq.
CLAPPER, TAPPE, SCHWEIZER & MASON
2330 Marinship Way, Suite 140
Sausalito, CA 94965
Fax: (415) 331-5387
Attorneys for Plaintiff

I declare under penalty of perjury that the above is true and correct. Executed on June 24, 2011, at San Francisco, California.

*Wanda D. Claudio*
Wanda D. Claudio

BRYDON HUGO & PARKER
Edward R. Hugo [CA Bar No. 124839]
Charles S. Park [CA SBN 161430]
Thomas J. Moses [CA Bar No. 116002]

BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: cpark@bhplaw.com
 tmoses@bhplaw.com
Attorneys for Defendant
FOSTER WHEELER LLC, incorrectly sued herein as FOSTER WHEELER CORPORATION

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2
CERTIFICATE OF SERVICE

*Tysver, Sally Joann, et al. v. Asbestos Corporation, LTD., et al.*
Alameda County Superior Court Case No. RG11569254

SERVICE LIST

| | |
|---|---|
| ASBESTOS CORPORATION, LTD. <br> Wilson, Elser, Moskowitz, Edelman & Dicker LLP <br> 525 Market Street, 17th Floor <br> San Francisco, CA 94105-2725 <br> **Fax: (414) 434-1370** | ASTRA FLOORING COMPANY <br> FRASER'S BOILER SERVICE, INC. <br> Pond North LLP <br> 350 South Grand Avenue, Suite 2850 <br> Los Angeles, CA 90071 <br> **Fax: (213) 623-3594** |
| B.R. FUNSTEN & CO. <br> James Funsten <br> 825 Van Ness Avenue, Suite 201 <br> San Francisco, CA 94109 <br> **MAIL ONLY** | GOODRICH CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS NEW YORK GOODRICH <br> David Glaspy, Esq. <br> Glaspy & Glaspy <br> 100 Pringle Avenue, Suite 750 <br> Walnut Creek, CA 94596 <br> **Fax: (925) 947-1594** |
| HILL BROTHERS CHEMICAL COMPANY <br> Vasquez & Estrada <br> 1000 Fourth Street, Suite 700 <br> San Rafael, CA 94901 <br> **Fax: (415) 453-0549** | J & H MARINE & INDUSTRIAL ENGINEERING COMPANY <br> PLANT PRODUCTS & SUPPLY CO. <br> Bishop Barry Drath <br> Watergate Tower III <br> 2000 Powell Street, Suite 1425 <br> Emeryville, CA 94608 <br> **Fax: (510) 596-0899** |
| J.T. THORPE & SON, INC. <br> Bassi, Martini, Edlin & Blum LLP <br> 351 California Street, Suite 200 <br> San Francisco, CA 94104 <br> **Fax: (415) 397-1339** | METALCLAD INSULATION CORPORATION <br> Lisa L. Oberg <br> McKenna Long & Aldridge, LLP <br> 101 California Street, 41st Floor <br> San Francisco, CA 94111 <br> **Fax: (415) 267-4198** |
| PARKER HANNIFIN CORPORATION <br> Law Offices of Peter J. Nova <br> P.O. Box 1328 <br> Sonoma, CA 95476 <br> **MAIL ONLY** | QUINTEC INDUSTRIES, INC. <br> SB DECKING, INC. <br> Walsworth, Franklin, Bevins & McCall <br> 601 Montgomery Street, 9th Floor <br> San Francisco, CA 94111 <br> **Fax: (415) 391-6258** |
| M. SLAYEN AND ASSOCIATES, INC. <br> Mark S. Kannett | SYD CARPENTER, MARINE CONTRACTOR, INC. |

1

| | |
|---|---|
| Becherer, Kannett & Schweitzer<br>1255 Powell Street<br>Emeryville, CA 94608-2604<br>**Fax: (510) 658-1151** | Kenneth B. Prindle, Esq.<br>Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP<br>One California Street, Suite 1910<br>San Francisco, CA  94111<br>**Fax: (415) 788-3625** |
| <u>3M COMPANY fka Minnesota Mining & Manufacturing Company</u><br>Linda M. Moroney<br>Gordon & Rees LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>**Fax: (4150) 986-8054** | **<u>PLAINTIFFS CO-COUNSEL</u>:**<br>Barrett Naman<br>DeLuca & Nemeroff, LLP<br>21021 Springbrook Plaza Drive, Suite 150<br>Spring, TX 77379<br>**Fax: 281-378-5976** |