Szaferman, Lakind,
  Blumstein & Blader, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 275-0400

Levy Phillips & Konigsberg, LLP
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 720-0400

Attorneys for Plaintiffs

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**MDL No. 875
In re Asbestos Product Liability Litigation (No. VI)**

Case Opposing:

Fusco v. Asbestos Corporation Ltd., et al.,
N.J., C.A. No. 2:11-cv-3301

**NOTICE OF OPPOSITION TO CTO-413**

I represent the Plaintiffs Pellegrina Fusco and Antonella Fusco in the above captioned action which is included on the conditional transfer order (CTO-413). Plaintiffs Pellegrina Fusco and Antonella Fusco submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

Robert E. Lytle, Esq.

SZAFERMAN, LAKIND,
  BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Rd., Ste 200
Lawrenceville, NJ  08648
609-275-0400
rlytle@szaferman.com

Counsel for Pellegrina Fusco and Antonella Fusco

610281.1