Szaferman, Lakind,
  Blumstein & Blader, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 275-0400

Levy Phillips & Konigsberg, LLP
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 720-0400

Attorneys for Plaintiffs

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| PELLEGRINA FUSCO and ANTONELLA FUSCO, <br><br>              Plaintiffs, <br><br>     v. <br><br> ASBESTOS CORPORATION LTD, et al., <br><br>              Defendants. | MDL-875 <br><br> CTO-413 <br><br> District DOCKET NO.: 2:11-cv-3301 <br><br> **Civil Action – Asbestos Litigation** <br><br> **CERTIFICATE OF SERVICE** |

John W. Kane, being of full age, do certify and say:

1.    I am a senior paralegal employed in the office of Szaferman, Lakind, Blumstein & Blader, P.C., Lawrenceville, New Jersey.

2.    On June 24, 2011, at the direction of Robert E. Lytle, Esq., I arranged for the electronic filing of Plaintiffs Notice of Opposition to CTO-413 in this matter, together with this Certificate of Service.

3.    Also on June 24, 2011, I sent via email and regular United States Mail Service one copy of the documents listed in

610271.1

paragraph number 2 to counsel for the Defendant Asbestos Corporation, Ltd., Madhurika Jeremiah, Esq., Goldfein & Joseph, 1800 John F. Kennedy Blvd., 20th Floor, Philadelphia, PA 19103.

4.    Also on June 24, 2011, I sent email and regular United States Mail Service one copy of all the documents listed in paragraph number 2 to all other counsel on the attached list.

5.    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

_____
John W. Kane

Dated: June 24, 2011

610271.1