# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

**MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)**

| | | |
|---|---|---|
| Plaintiffs | ) | |
| | ) | |
| Margaret Sonia Flinker | ) | |
| Individually and as | ) | |
| Executrix of the Estate | ) | |
| of Rudolph G. Flinker | ) | Civil Action No. |
| | ) | 2:11-cv-01178-FSH-PS, |
| v. | ) | |
| | ) | |
| John Doe Corporations | ) | |
| 1-25 (fictitious) et al | ) | |
| | ) | |
| Defendants | ) | |

## MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-405)

Plaintiff Margaret Sonia Flinker, by and through her undersigned counsel, hereby moves this Panel to vacate the Conditional Transfer Order entered as to the above-captioned action (CTO-405). The grounds for this Motion are set forth in the accompanying supporting Brief and are incorporated herein.

Wherefore, plaintiffs request that this Panel vacate the Conditional Transfer Order as to the above-captioned case.

Dated: June 24, 2011

Respectfully submitted,

/s/ Michael E. McMahon
Michael E. McMahon
COHEN, PLACITELLA & ROTH, P.C.
127 Maple Avenue
Red Bank, New Jersey 07701
Telephone:      (732) 747-9003
Facsimile:      (732) 747-9004
mmcmahon@cprlaw.com
Attorneys for Plaintiff Margaret Sonia FLinker