LAW OFFICES

# COHEN, PLACITELLA & ROTH
A PENNSYLVANIA PROFESSIONAL CORPORATION

127 MAPLE AVENUE

RED BANK, NEW JERSEY 07701

(732) 747-9003
FAX (732) 747-9004

PHILADELPHIA, PA
HARRISBURG, PA
BALA CYNWYD, PA
PITTSBURGH, PA
WASHINGTON, DC

CHRISTOPHER M. PLACITELLA
MANAGING NJ ATTORNEY

June 24, 2011

**VIA ELECTRONIC and OVERNIGHT DELIVERY**
Mr. Jeffery N. Luthi
Docket Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

  Re: Motion to Vacate Conditional Transfer Order (CTO-405)
     *Flinker v. John Doe Corporations 1-25 (fictitious) et al.*
     In re: Asbestos Products Liability Litigation (No. VI) MDL No. 875

Dear Mr. Luthi:

  Enclosed please find an original and two (2) copies of plaintiff Margaret Sonia Flinker's Motion to Vacate Conditional Transfer Order (CTO 405) and supporting Brief in "In Re: Asbestos Products Liability Litigation (No. VI)," MDL 875. I would ask that you kindly file the original Notice and return two (2) stamped "filed" copies to my attention in the self-addressed stamped envelope.

  Please contact me if you have any questions at (732) 747-9003. I thank you for your time and consideration of this matter.

           Very truly yours,

           COHEN, PLACITELLA & ROTH
           Attorneys for Plaintiff

           /s/ Michael E. McMahon

           MICHAEL E. MCMAHON, ESQ.
           For the Firm

MM/meg
Enclosures
cc: All Counsel on the attached Panel Service List