## CERTIFICATE OF SERVICE

I, Michael E. McMahon, hereby certify that I served a true and correct copy of Plaintiff's Motion to Vacate Conditional Transfer Order and Brief in Support of Plaintiff's Motion to Vacate Conditional Transfer Order upon the Judicial Panel for Multidistrict Litigation via electronic mail, and upon the attached Panel Service List via electronic mail and first class mail, postage prepaid, on this 24$^{h}$ day of June, 2011.


/s/ Michael E. McMahon