Glen R. Powell
gpowell@gordonrees.com

# GORDON & REES LLP

ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, SUITE 2000
SAN FRANCISCO, CA 94111
PHONE: (415) 986-5900
FAX: (415) 986-8054
WWW.GORDONREES.COM

June 24, 2011

**Via Electronic Transmission**
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-225, North Lobby
Washington, DC 20002-800

    Re:    ***Nelson, Roger E. and Rosalie J. v. Crane Company, et al.***
             United States District Court, District of Hawaii No. CV 1100400 REJ KSC
             Hawaii Circuit Court of the First Circuit Case No. 11-1-0998-05 (RAN)
             Our Client:   Air & Liquid Systems Corporation, successor by merger to
                             Buffalo Pumps, Inc.

Dear Clerk:

       This letter will serve as defendant Air & Liquid Systems Corporation, successor by merger to Buffalo Pumps, Inc.'s ("Buffalo Pumps") formal request for the above referenced tag-along action to be transferred to the MDL Panel No. 875, pursuant to 28 U.S.C. section 1407.

       On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination of pretrial proceedings pursuant to 28 U.S.C. section 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party or counsel in actions previously transferred under section 1407
> or under consideration by the Panel for transfer under section 1407 shall
> promptly notify the Clerk of the Panel of any potential "tag-along actions"
> in which that party is also named or in which that counsel appears.

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
June 23, 2011
Page 2

The undersigned hereby notifies the Judicial Panel on Multidistrict Litigation that this state court action removed to the United States District Court, District of Hawaii, on **June 22, 2011**, (a copy of the notice of tag along action with the state court complaint is attached hereto as Exhibit A) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Buffalo Pumps has provided written notice of the Notice of Tag-Along Action to all adverse parties.

Buffalo Pumps reserves the right to amend or supplement the Notice of Tag-Along Action.

Please contact me with any questions at 415.875.3144.

Very truly yours,

GORDON & REES LLP

Glen R. Powell

GRP:ms
Attachments

cc: Steven Hisaka (via email)

HISAKA YOSHIDA & COSGROVE
STEVEN K. HISAKA 1773-0
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, Hawaii 96813
Telephone: (808) 523-0451
Facsimile: (808) 524-0422
E-mail: shisaka@objectionsustained.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 2 2011

at __1__ o'clock and __05__ min. __P__ M
SUE BEITIA, CLERK

Attorney for Defendant
AIR & LIQUID SYSTEMS CORPORATION,
successor by merger to BUFFALO PUMPS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br>HAWAII STATE ASBESTOS CASES<br><br>This Document Applies To:<br><br>1) ROGER E. NELSON and ROSALIE J. NELSON,<br><br>               Plaintiffs,<br>v.<br><br>1) CRANE COMPANY, a Delaware corporation;<br><br>2) AURORA PUMP COMPANY, a foreign corporation;<br><br>3) BAYER CROPSCIENCE, INC., successor-in-interest to RHONE-POULENC AG COMPANY, f/k/a AMCHEN PRODUCTS, INC., f/k/a/ | CIVIL NO. **CV11 00400REJ KSC**<br><br>Circuit Court of the First Circuit<br>State of Hawaii<br>Civil No. 11-1-0998-05 (RAN)<br><br>**DEFENDANT AIR & LIQUID SYSTEMS CORPORATION'S NOTICE OF TAG-ALONG ACTION; EXHIBIT "A"** |

BENJAMIN FOSTER PRODUCTS COMPANY, a foreign corporation;

4) UNION CARBIDE CORPORATION, a New York corporation;

5) AIR & LIQUID SYSTEMS CORPORATION, Successor-by-merger to BUFFALO PUMPS, INC., a New York corporation;

6) CERTAINTEED CORPORATION, a Delaware corporation;

7) CLEAVER-BROOKS, INC., a Delaware corporation;

8) GOULDS PUMPS, INC., A Delaware corporation;

9) IMO INDUSTRIES, INC., individually and as successor-in-interest to DELAVAL TURBINE, INC., and f/k/a IMO DELAVAL, INC., TRANSAMERICA DELAVAL INC., and DELAVAL STEAM TURBINE COMPANY, a Delaware corporation;

10) INGERSOLL-RAND CO., a New Jersey corporation;

11) JOHN CRANE, INC., a Delaware corporation;

12) THE LYNCH CO., INC., a Hawaii corporation;

13) METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation;

14) WARREN PUMPS, LLC, a Delaware corporation;

15) THE WILLIAM POWELL COMPANY, an Ohio corporation;

16) KAISER GYPSUM COMPANY, INC., a Washington corporation;

17) KELLY-MOORE PAINT COMPANY, INC., a California corporation;

18) GEORGIA-PACIFIC CORPORATION, a Georgia corporation; and

19) DOES 1-25,

Defendants.

## DEFENDANT AIR & LIQUID SYSTEMS CORPORATION'S NOTICE OF TAG-ALONG ACTION

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII, PLEASE TAKE NOTICE OF THE FOLLOWING:

1.   On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination of pretrial proceedings pursuant to 28 U.S.C. section 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991,

filing of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

2. The undersigned hereby notifies the court that this state court action removed **June 22, 2011**, (a copy of the removed state court complaint is attached hereto as Exhibit A) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

3. AIR & LIQUID SYSTEMS CORPORATION, successor by merger to Buffalo Pumps, Inc. ("BUFFALO PUMPS") is providing written notice of the Notice of Tag-Along Action to all adverse parties.

4. BUFFALO PUMPS reserves the right to amend or supplement this Notice of Tag-Along Action.

DATED: Honolulu, Hawaii, June 22, 2011

                        /s/ Paul Y. Oyama
      for STEVEN HISAKA
            Attorney for Defendant
            AIR & LIQUID SYSTEMS
            CORPORATION, successor by merger to
            BUFFALO PUMPS, INC.