## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111.

On June 24, 2011, I electronically filed the within document(s), described below, through the CM/ECF system:

**Letter/Notice of Tag-Along Action, attaching Defendant Air & Liquid Systems Corporation's Notice of Tag-Along Action and Exhibit A, the state court complaint**

On the same date, June 24, 2011, I served the document(s) described above:

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States Mail in the State of California at San Francisco, addressed as set forth below.

Gary O. Galiher
L. Richard DeRobertis
GALIHER DeROBERTIS ONO
Law Corporations
610 Ward Avenue
Honolulu, Hawaii 96814-3308
Telephone: 808 597 1400
Facsimile: 808 591 2608
Attorneys for Plaintiffs

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 24, 2011, at San Francisco, California.

_Marie Saho_
Marie Saho