

| | | | |
|---|---|---|---|
| JAMESMARK BUILDING<br>901 QUARRIER STREET<br>CHARLESTON, WV 25301 | 600 NEVILLE STREET<br>SUITE 201<br>BECKLEY, WV 25801 | 2414 CRANBERRY SQUARE<br>MORGANTOWN, WV 26508 | P.O. BOX 1970<br>MARTINSBURG, WV 25402 |
| PHONE: (304) 344-0100<br>FAX: (304) 342-1545 | PHONE: (304) 254-9300<br>FAX: (304) 255-5519 | PHONE: (304) 225-2200<br>FAX: (304) 225-2214 | PHONE: (304) 260-1203<br>FAX: (304) 342-1545 |

**REPLY TO:** Charleston

**SENDER'S E-MAIL:** SFowler@pffwv.com

June 27, 2011

Jeffrey N. Lüthi
Clerk of the United States Judicial
Panel on Multi-District Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, NE, Room G-255
Washington, DC 20544

   **Re: Ervin Gene & Patty Jean Francis v. Honeywell, Inc., et al.**
      **MDL 875 / Case No.: KYE/7:11-cv-00085**

Dear Mr. Lüthi:

  I wish to withdraw the Notice of Appearance (#7419) and the Corporate Disclosure Statement (#7420) which were filed earlier today in this matter. They were filed incorrectly. I will prepare and file amended pleadings

  I apologize for this error. Thank you for your time and attention to this matter.

           Sincerely yours,

           */s/ Stephen M. Fowler*

          Stephen M. Fowler

SMF:mkm