# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & TITLE - IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

NAPA Valley Auto Parts, A Division of Genuine Parts Company, Defendant

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Francis, et al. vs. Honeywell International, Inc., et al. (Civil Action No. 7:11-cv-00085-ART, E.D. Kentucky)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

June 27, 2011
Date                              Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Patrick W. Gault, 730 West Main Street, Ste. 400, Louisville, KY 40202

Telephone No.: 502-855-3802          Fax No.: 502-855-3838

Email Address: pgault@napiergaultlaw.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex 875) Select Next
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

## SERVICE LIST RE:
## ERVIN G. FRANCIS, ET AL. V. HONEYWELL, INC., ET AL.
## PIKE CIRCUIT COURT, CIVIL ACTION NO. 09-CI-01252

It is hereby certified that on June 27, 2011, I electronically filed my Notice of Appearance with the Clerk of the Court by using the CM/ECF system, which will provide notice to the following:

Paul Kelley
Sales, Tillman, Wallbaum,
Catlett & Satterley
1900 Waterfront Plaza
325 W. Main Street
Louisville, KY 40202
pkelley@stwlaw.com
*Counsel for Plaintiffs*

Gary C. Johnson
P.O. Box 231
110 Caroline Avenue
Pikeville, KY 41501
gary@garycjohnson.com
*Co-Counsel for Plaintiff*

Scott A. Davidson
Boehl, Stopher & Graves
2300 Aegon Center
400 W. Market Street
Louisville, KY 40202
sdavidson@bsg-law.com
*Counsel for Honeywell, Inc.*

Palmer G. Vance, II
Stoll Keenon Ogden
300 W. Vine Street, Ste. 2100
Lexington, KY 40507-1380
Gene.vance@skofirm.com
*Counsel for Carquest Corp.*

J. Christian Lewis
Fulkerson & Kinkel, PLLC
238 North Broadway
Lexington, KY 40507
*Counsel for Pneumo Abex Corporation*

Stephen M. Fowler
Lori Streets Muldoon
Pullin, Fowler, Flanagan, Brown & Poe
901 Quarrier Street
Charleston, WV 25301
sfowler@ppfwv.com
*Counsel for Borg Warner*

Carlton S. Shier, IV
David Fishback
Assistant United States Attorney
260 West Vine St., Ste. 300
Lexington, KY 40507-1612
Carlton.shier@usdoj.gov
David.fishback@usdoj.gov
*Counsel for USA/Navy*

　　　　　　　　　　　　/s/ Patrick W. Gault
　　　　　　　　　　　　Patrick W. Gault