IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI)<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

CASE NO. 7:11-cv-85-ART

| | |
|---|---|
| ERVIN GENE FRANCIS and<br>PATTY JEAN FRANCIS,<br><br>Plaintiffs,<br>v.<br>HONEYWELL INTERNATIONAL, INC.,<br>ET AL.<br><br>Defendants. | **AMENDED NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT BORG-WARNER CORPORATION BY ITS SUCCESSOR IN INTEREST, BORG WARNER MORSE TEC INC** |

Notice is hereby given that Stephen M. Fowler of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, hereby enters his appearance on behalf of defendant BORG-WARNER CORPORATION, by its Successor in Interest BORGWARNER MORSE TEC INC., in the captioned matter.

/s/ Stephen M. Fowler
Stephen M. Fowler, Esq. (KY Bar #91643)
Pullin, Fowler, Flanagan,
Brown & Poe, PLLC
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
Telephone: (304) 344-0100
SFowler@pffwv.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon all counsel of Record via ECF:

Paul J. Kelley
SALES, TILLMAN, WALLBAUM,
CATLETT & SATTERLEY
1900 Waterfront Plaza
325 West Main Street
Louisville, KY 40202
PKelley@stwlaw.com
*Counsel for Plaintiff*

Gary C. Johnson
GARY C. JOHNSON, PSC
P.O. Box 231
110 Caroline Avenue
Pikeville, KY 41501
gary@garycjohnson.com
*Co-Counsel for Plaintiff*

Kerry B. Harvey
United States Attorney
Carlton S. Shier, IV
Assistant U.S. Attorney
260 West Vine Street, Suite 300
Lexington, KY 40507-1612
carlton.shier@usdoj.gov

Palmer G. Vance, II
STOLL KEENON OGDEN, PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40405-1380
gene.vance@skofirm.com
*Counsel for Carquest Corporation*

L. Michael Brooks, Jr.
WELLS, ANDERSON & RACE
1700 Broadway, Suite 1020
Denver, CO 80290
mbrooks@warllc.com
*Counsel for Carquest Corporation*

Patrick Gault, Esq.
NAPIER GAULT, PLC
730 W. Main Street, Suite 400
Louisville, KY 40202
pgault@napiergaultlaw.com
*Counsel for NAPA Valley Auto Parts,
A Division of Genuine Parts Company*

Scott A. Davidson
BOEHL STOPHER & GRAVES
AEGON Center, Suite 2300
400 West Market Street
Louisville, KY 40202
sdavidson@bsg-law.com
*Counsel for Honeywell International*

Tom Anderson
Bayard V. Collier
BOEHL STOPHER & GRAVES
137 Main Street, Suite 200
Pikeville, KY 41502
tanderson@bsgeast.com
bcollier@bsgeast.com
*Counsel for Honeywell International*

Calvin R. Fulkerson
J. Christian Lewis
FULKERSON & KINKEL
239 North Broadway
Lexington, KY 40507
clewis@fulkersonkinkel.com
*Counsel for Pneumo Abex, LLC*

I further certify that, on June 27, 2011, I served a true copy of the foregoing document and notice of electronic filing, by mailing the same to the following non-ECF users:

Thacker Auto Parts, Inc.
Thacker Auto Parts Company, Inc.
c/o Bobby Gene Thacker
1009 North Bypass Road
Pikeville, KY 41501

   /s/  Stephen M. Fowler
Stephen M. Fowler, Esq. (KY Bar #91643)
Pullin, Fowler, Flanagan,
Brown & Poe, PLLC
JamesMark Building
901 Quarrier Street
Charleston, WV  25301
Telephone:  (304) 344-0100
SFowler@pffwv.com