IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI)<br><br>_____<br>**This Document Relates To:** | **MDL 875** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

CASE NO. 7:11-cv-85-ART

| | |
|---|---|
| **ERVIN GENE FRANCIS and**<br>**PATTY JEAN FRANCIS,**<br><br>**Plaintiffs,**<br>v.<br>**HONEYWELL INTERNATIONAL, INC.,**<br>**ET AL.**<br><br>**Defendants.** | **DEFENDANT BORG-WARNER CORPORATION BY ITS SUCCESSOR IN INTEREST, BORG WARNER MORSE TEC INC.'S AMENDED CORPORATE DISCLOSURE STATEMENT** |

The Defendant, BORG-WARNER CORPORATION BY ITS SUCCESSOR IN INTEREST, BORG WARNER MORSE TEC INC., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure files the instant Corporate Disclosure Statement and states the following: BorgWarner, Inc. is the parent company of BorgWarner Morse TEC Inc. and owns 100% of its stock.

    /s/ Stephen M. Fowler
Stephen M. Fowler, Esq. (KY Bar #91643)
Pullin, Fowler, Flanagan,
Brown & Poe, PLLC
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
Telephone: (304) 344-0100
SFowler@pffwv.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon all counsel of Record via ECF:

Paul J. Kelley
SALES, TILLMAN, WALLBAUM, CATLETT & SATTERLEY
1900 Waterfront Plaza
325 West Main Street
Louisville, KY  40202
PKelley@stwlaw.com
*Counsel for Plaintiff*

Gary C. Johnson
GARY C. JOHNSON, PSC
P.O. Box 231
110 Caroline Avenue
Pikeville, KY 41501
gary@garycjohnson.com
*Co-Counsel for Plaintiff*

Kerry B. Harvey
United States Attorney
Carlton S. Shier, IV
Assistant U.S. Attorney
260 West Vine Street, Suite 300
Lexington, KY 40507-1612
carlton.shier@usdoj.gov

Palmer G. Vance, II
STOLL KEENON OGDEN, PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40405-1380
gene.vance@skofirm.com
*Counsel for Carquest Corporation*

L. Michael Brooks, Jr.
WELLS, ANDERSON & RACE
1700 Broadway, Suite 1020
Denver, CO 80290
mbrooks@warllc.com
*Counsel for Carquest Corporation*

Patrick Gault, Esq.
NAPIER GAULT, PLC
730 W. Main Street, Suite 400
Louisville, KY 40202
pgault@napiergaultlaw.com
*Counsel for NAPA Valley Auto Parts, A Division of Genuine Parts Company*

Scott A. Davidson
BOEHL STOPHER & GRAVES
AEGON Center, Suite 2300
400 West Market Street
Louisville, KY 40202
sdavidson@bsg-law.com
*Counsel for Honeywell International*

Tom Anderson
Bayard V. Collier
BOEHL STOPHER & GRAVES
137 Main Street, Suite 200
Pikeville, KY 41502
tanderson@bsgeast.com
bcollier@bsgeast.com
*Counsel for Honeywell International*

Calvin R. Fulkerson
J. Christian Lewis
FULKERSON & KINKEL
239 North Broadway
Lexington, KY 40507
clewis@fulkersonkinkel.com
*Counsel for Pneumo Abex, LLC*

I further certify that, on June 27, 2011, I served a true copy of the foregoing document and notice of electronic filing, by mailing the same to the following non-ECF users:

Thacker Auto Parts, Inc.
Thacker Auto Parts Company, Inc.
c/o Bobby Gene Thacker
1009 North Bypass Road
Pikeville, KY 41501


   /s/  Stephen M. Fowler
Stephen M. Fowler, Esq. (KY Bar #91643)
Pullin, Fowler, Flanagan,
Brown & Poe, PLLC
JamesMark Building
901 Quarrier Street
Charleston, WV  25301
Telephone:  (304) 344-0100
SFowler@pffwv.com