# UNITED STATES COURT OF APEALS FOR THE FIFTH CIRCUIT

## DOCKET NO. 11-30368

In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010

---

**On Appeal from the United States District Court
For the Eastern District of Louisiana
MDL No. 2179, Case No. 2:10-CV-02771
The Honorable Carl J. Barbier, Presiding**

---

## TRANSOCEAN'S CERTIFICATE OF CONFERENCE

NOW COME Defendants-Appellees, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean"), through undersigned counsel, who certify to the Court as follows:

1.  On May 13, 2011, Transocean filed its Motion to Dismiss Appeal, and an accompanying Motion to Expedite Hearing on that motion to dismiss.

2.  Transocean's motions were filed after hours, and counsel for Transocean was unable to contact counsel for The St. Joe Company, the Appellant whose appeal Transocean seeks to have dismissed.

**EXHIBIT A**

3. On May 16, 2011, undersigned counsel for Transocean conferred with counsel for The St. Joe Company concerning the issues raised by Transocean's Motion to Dismiss, and Motion for Expedited Hearing.

4. During the undersigned's conference with counsel for The St. Joe Company, the parties were unable to reach agreement on any of the issues raised by Transocean's Motion to Dismiss and by Transocean's Motion for Expedited Hearing on its Motion to Dismiss Appeal.

5. During the conference, it was determined that The St. Joe Company will oppose the relief sought by way of Transocean's Motion to Dismiss Appeal and by its Motion for Expedited Hearing on its Motion to Dismiss Appeal.

WHEREFORE, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc. and Triton Asset Leasing GmbH, through undersigned counsel, hereby certify that they have conferred pursuant to Local Rule 27.4 of this Court with counsel for Appellant, The St. Joe Company, and were unable to reach agreement on any of the issues raised by Transocean's motions.

Respectfully submitted this 17th day of May, 2011.

By: /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

-and-

By:    /s/ Edwin G. Preis, Jr.
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Edward F. Kohnke, IV (Louisiana, No. 07824)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129
-and-
601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email:   egp@preisroy.com
         efk@preisroy.com

Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com
       allen.katz@mto.com

*Counsel for Triton Asset Leasing GmbH., Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of May, 2011, he electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/  Kerry J. Miller