UNITED STATES DISTRICT COURT
BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT
MDL DOCKET NO. 875

RE MDL 875 0 IN RE: ASBESTOS LITIGATION
CONDITIONAL TRANSFER ORDER CTO – 408

This document relates to CTO – 408 as it pertains to the following actions pending in Federal District Court, Eastern District of Kentucky:

7:11-CV-0085-ART   *Francis v. Honeywell, Inc., et al.*

## DEFENDANT, HONEYWELL INTERNATIONAL INC.'S, CORPORATE DISCLOSURE STATEMENT

\* \* \* \* \*

Pursuant to Federal Rule of Procedure 7.1, Defendant, Honeywell International Inc., formerly known as AlliedSignal, Inc., successor-in-interest to The Bendix Corporation ("Honeywell"), and for its corporate disclosure statement states that Honeywell is not a government entity and has no parent corporation.  State Street Bank & Trust is the only publicly held corporation which owns ten percent (10%) or more of Honeywell's stock.


BOEHL STOPHER & GRAVES, LLP

*/s/ Scott A. Davidson*
Scott A. Davidson
AEGON Center, Suite 2300
400 West Market Street
Louisville, KY 40202
sdavidson@bsg-law.com
Phone:  (502) 589-5980
Fax:  (502) 561-9400
COUNSEL FOR DEFENDANT,
HONEYWELL INTERNATIONAL INC., as
Successor-in-Interest to The Bendix Corporation

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of July, 2011, I electronically filed the foregoing with

the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing

to the following:

Kenneth L. Sales
Joseph D. Satterley
Paul J. Kelley
Sales, Tillman, Wallbaum Catlett & Satterley
1900 Waterfront Plaza
325 West Main Street
Louisville, KY 40202
**Counsel for Plaintiffs**

Gary C. Johnson
GARY C. JOHNSON, P.S.C.
P.O. Box 231
110 Caroline Avenue
Pikeville, KY 41501
(606) 437-4002
**Co-Counsel for Plaintiffs**

J. Christian Lewis
FULKERSON & KINKEL, PLLC
238 North Broadway
Lexington, KY 40507
clewis@fulkersonkinkel.com
**Counsel for Pneumo Abex, LLC**

Palmer G. Vance, II
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507-1380
Gene.Vance@skofirm.com
**Counsel for Carquest Corp.**

Stephen M. Fowler
PULLIN FOWLER FLANAGAN BROWN & POE
James Mark Building
901 Quarrier Street
Charlestown, WV 25301
sfowler@pffwv.com
**Counsel for BorgWarner Morse TEC, Inc., sii to Borg Warner Corp**

Patrick W. Gault
NAPIER GAULT KEITH, PLC
1400 Starks Building
455 South Fourth Street
Louisville, KY 40202
pgault@napiergaultlaw.com
**Counsel for Napa Valley Auto Parts, Inc., a Division of Genuine Parts Company**

*Scott A. Davidson*

Scott A. Davidson

2