# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. _____875_____ & TITLE - IN RE: Asbestos Products Liability Litigation (No. VI)

# NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Carquest Corporation, Defendant

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Francis, et al. v. Honeywell International, Inc., et al., Civil Action NO. 7:11-cv-00085-ART (E.D. Ky.)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

| 6-27-11 | /s/ Palmer G. Vance II |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Palmer G. Vance II, 300 West Vine St., Suite 2100, Lexington, Kentucky 40507-1801

Telephone No.: (859) 231-3000          Fax No.: (859) 253-1093

Email Address: gene.vance@skofirm.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format.  (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance.  Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was filed on June 27, 2011, pursuant to the Court's CM/ECF system, which will provide notice to the following:

| | |
|---|---|
| Paul J. Kelley<br>SALES, TILLMAN, WALLBAUM,<br>CATLETT & SATTERLEY<br>1900 Waterfront Plaza<br>325 West Main Street<br>Louisville, KY 40202<br>pkelley@stwlaw.com<br>**Counsel for Plaintiffs** | Gary C. Johnson<br>Gary C. Johnson, PSC – Pikeville<br>PO Box 231<br>Pikeville, KY 41502<br>gary@garyjohnson.com<br>**Counsel for Plaintiffs** |
| Scott A. Davidson<br>BOEHL, STOPHER & GRAVES. LLP<br>AEGON Center, Suite 2300<br>400 West Market Street<br>Louisville, KY 40202<br>sdavidson@bsg-law.com<br>**Counsel for Honeywell International,<br>Inc.** | J. Christian Lewis<br>FULKERSON & KINKEL<br>239 North Broadway<br>Lexington, KY 40507<br>Clewis@fulkersonkinkel.com<br>**Counsel for Pneumo-Abex, LLC** |
| Stephen M. Fowler<br>PULLIN FOWLER, FLANAGAN,<br>   BROWN & POE<br>James Mark Building<br>901 Quarrier Street<br>Charleston, WV 25301<br>Sfowler@pffwv.com<br>**Counsel for Borg Warner Corporation** | Patrick Gault<br>NAPIER GAULT KEITH<br>730 West Main Street, Ste. 400<br>Louisville, KY 40202<br>pgault@napiergaultlaw.com<br>**Counsel for NAPA Valley Auto Parts,<br>A Division of Genuine Parts Company** |
| Carlton S. Shier, IV<br>Assistant United States Attorney<br>260 W. Vine Street, Suite 300<br>Lexington, KY 40507-1612<br>Carlton.Shier@usdoj.gov<br>**Counsel for United States** | |

And by U.S. mail, postage prepaid, to:

Thacker Auto Parts Company, Inc.
c/o Bobby Gene Thacker
1009 North Bypass Road
Pikeville, KY 41501

/s/ Palmer G. Vance II
Counsel for Carquest Corporation