UNITED STATES DISTRICT COURT
BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT
MDL DOCKET NO. 875

RE MDL 875 0 IN RE: ASBESTOS LITIGATION
CONDITIONAL TRANSFER ORDER CTO – 408

This document relates to CTO – 408 as it pertains to the following actions pending in Federal District Court, Eastern District of Kentucky:

7:11-CV-0085-ART   *Francis v. Honeywell, Inc., et al.*

## DEFENDANT, HONEYWELL INTERNATIONAL INC.'S, NOTICE OF NON-OBJECTION TO OPPOSITIONS TO CTO-408

\* \* \* \* \*

Defendant, Honeywell International Inc., formerly known as AlliedSignal, Inc., successor-in-interest to The Bendix Corporation ("Honeywell"), by counsel, and hereby states that Honeywell filed in the United States District Court for the Eastern District of Kentucky a voluntary dismissal of the Third-Party Complaint against the United States on June 27, 2011, a copy of which is attached hereto as Ex. A.  In light of such dismissal, Honeywell also contemporaneously filed a Notice of Non-Opposition to the Motions to Remand filed by the Third-Party Defendant, United States, and plaintiffs in such federal court action, a copy of which is attached hereto as Ex. B.  Accordingly, and consistent with the filing of such pleadings, Honeywell hereby provides notice to the Judicial Panel on Multi-District Litigation that it does not object to the Oppositions to the Conditional Transfer Order (CTO-408) filed by the United States and plaintiffs.

BOEHL STOPHER & GRAVES, LLP

*/s/ Scott A. Davidson*
Scott A. Davidson
AEGON Center, Suite 2300
400 West Market Street
Louisville, KY 40202
sdavidson@bsg-law.com
Phone:  (502) 589-5980
Fax:  (502) 561-9400
COUNSEL FOR DEFENDANT,
HONEYWELL INTERNATIONAL INC., as
Successor-in-Interest to The Bendix Corporation

## CERTIFICATE OF SERVICE

It is hereby certified that on June 27, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide notice to the following:

| | |
|---|---|
| Kenneth L. Sales<br>Joseph D. Satterley<br>Paul J. Kelley<br>Sales, Tillman, Wallbaum Catlett & Satterley<br>1900 Waterfront Plaza<br>325 West Main Street<br>Louisville, KY 40202<br>***Counsel for Plaintiffs*** | Gary C. Johnson<br>GARY C. JOHNSON, P.S.C.<br>P.O. Box 231<br>110 Caroline Avenue<br>Pikeville, KY  41501<br>(606) 437-4002<br>***Co-Counsel for Plaintiffs*** |
| J. Christian Lewis<br>FULKERSON & KINKEL, PLLC<br>238 North Broadway<br>Lexington, KY 40507<br>clewis@fulkersonkinkel.com<br>***Counsel for Pneumo Abex, LLC*** | Palmer G. Vance, II<br>STOLL KEENON OGDEN PLLC<br>300 West Vine Street, Suite 2100<br>Lexington, KY  40507-1380<br>Gene.Vance@skofirm.com<br>***Counsel for Carquest Corp.*** |
| Stephen M. Fowler<br>PULLIN FOWLER FLANAGAN BROWN & POE<br>James Mark Building<br>901 Quarrier Street<br>Charlestown, WV  25301<br>sfowler@pffwv.com<br>***Counsel for BorgWarner Morse TEC, Inc., sii to Borg Warner Corp*** | Patrick W. Gault<br>NAPIER GAULT KEITH, PLC<br>730 W. Main St., Suite 400<br>Louisville, KY  40202<br>pgault@napiergaultlaw.com<br>***Counsel for Napa Valley Auto Parts, Inc., a Division of Genuine Parts Company*** |

2

| | |
|---|---|
| Kerry B. Harvey<br>United States Attorney<br>Carlton S. Shier, IV<br>Assistant U.S. Attorney<br>260 West Vine Street, Ste. 300<br>Lexington, KY 40507-1612<br>carlton.shier@usdoj.gov | David S. Fishback<br>David.Fishback@usdoj.gov<br>DC Bar No. 182907<br>Assistant Director<br>Torts Branch (Environmental Torts), Civil Div.<br>US Dept. of Justice<br>P.O. Box 340, Ben Franklin Station<br>Washington, DC  20004<br>(202) 616-4206 |

                                        *Scott A. Davidson*
                                        Scott A. Davidson