**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CASE NO. 7:11-CV-85-ART**

ERVIN GENE FRANCIS and PATTY
JEAN FRANCIS                                                                      PLAINTIFFS

v.                                    **VOLUNTARY DISMISSAL**

HONEYWELL INTERNATIONAL
INC., *et. al*                                                                      DEFENDANTS

\* \* \* \* \*

Defendant, Honeywell International Inc., by counsel, and pursuant to Fed.R.Civ.P. 41(a), hereby dismisses its Third-Party Complaint against the Third-Party Defendant, United States, based on the decision in *Kevin Tucker & Assoc., Inc. v. Scott & Ritter, Inc.*, 842 S.W.2d 873 (Ky.App. 1992).

**ENTERED** this the _____ day of _____, 2011.

_____
JUDGE, PIKE CIRCUIT COURT

CERTIFICATE OF SERVICE

It is hereby certified that on June 27, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide notice to the following:

Kenneth L. Sales
Joseph D. Satterley
Paul J. Kelley
Sales, Tillman, Wallbaum Catlett & Satterley
1900 Waterfront Plaza
325 West Main Street
Louisville, KY 40202
*Counsel for Plaintiffs*

Gary C. Johnson
GARY C. JOHNSON, P.S.C.
P.O. Box 231
110 Caroline Avenue
Pikeville, KY 41501
(606) 437-4002
*Co-Counsel for Plaintiffs*

J. Christian Lewis
FULKERSON & KINKEL, PLLC
238 North Broadway
Lexington, KY 40507
clewis@fulkersonkinkel.com
*Counsel for Pneumo Abex, LLC*

Palmer G. Vance, II
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507-1380
Gene.Vance@skofirm.com
*Counsel for Carquest Corp.*

Stephen M. Fowler
PULLIN FOWLER FLANAGAN BROWN & POE
James Mark Building
901 Quarrier Street
Charlestown, WV 25301
sfowler@pffwv.com
*Counsel for BorgWarner Morse TEC, Inc., sii to Borg Warner Corp*

Patrick W. Gault
NAPIER GAULT KEITH, PLC
730 W. Main St., Suite 400
Louisville, KY 40202
pgault@napiergaultlaw.com
*Counsel for Napa Valley Auto Parts, Inc., a Division of Genuine Parts Company*

Kerry B. Harvey
United States Attorney
Carlton S. Shier, IV
Assistant U.S. Attorney
260 West Vine Street, Ste. 300
Lexington, KY 40507-1612
carlton.shier@usdoj.gov

David S. Fishback
David.Fishback@usdoj.gov
DC Bar No. 182907
Assistant Director
Torts Branch (Environmental Torts), Civil Div.
US Dept. of Justice
P.O. Box 340, Ben Franklin Station
Washington, DC 20004
(202) 616-4206

                              */s/ Scott A. Davidson*
                              Scott A. Davidson