UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

NO. 7:11-CV-85 *ELECTRONICALLY FILED*

ERVIN GENE FRANCIS and PATTY
JEAN FRANCIS                                                                                  PLAINTIFFS

**DEFENDANT, HONEYWELL INTERNATIONAL INC.'S, NOTICE
OF NON-OPPOSITION TO MOTION TO REMAND**

v.

HONEYWELL INTERNATIONAL
INC., *et. al*                                                                                     DEFENDANTS

and

HONEYWELL INTERNATIONAL INC.                                         THIRD-PARTY PLAINTIFF

v.

UNITED STATES                                                                        THIRD-PARTY DEFENDANT

* * * * *

Defendant, Honeywell International Inc., formerly known as AlliedSignal, Inc., successor-in-interest to The Bendix Corporation ("Honeywell"), by counsel, and hereby states that in light of Honeywell's voluntary dismissal of the Third-Party Complaint against the United States, Honeywell does not oppose the motions to remand filed by the United States and plaintiffs, Ervin Gene and Patty Jean Francis. In light of such dismissal of the United States, who removed the action pursuant to U.S.C.A. §1442(a)(1), Honeywell agrees federal jurisdiction no longer exists and the action should be remanded to Pike Circuit Court.

BOEHL STOPHER & GRAVES, LLP

*/s/ Scott A. Davidson*
Scott A. Davidson
AEGON Center, Suite 2300
400 West Market Street
Louisville, KY 40202
sdavidson@bsg-law.com
Phone: (502) 589-5980
Fax: (502) 561-9400
COUNSEL FOR DEFENDANT,
HONEYWELL INTERNATIONAL INC., as
Successor-in-Interest to The Bendix Corporation

CERTIFICATE OF SERVICE

It is hereby certified that on June 27, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide notice to the following:

| | |
|---|---|
| Kenneth L. Sales<br>Joseph D. Satterley<br>Paul J. Kelley<br>Sales, Tillman, Wallbaum Catlett & Satterley<br>1900 Waterfront Plaza<br>325 West Main Street<br>Louisville, KY 40202<br>**Counsel for Plaintiffs** | Gary C. Johnson<br>GARY C. JOHNSON, P.S.C.<br>P.O. Box 231<br>110 Caroline Avenue<br>Pikeville, KY 41501<br>(606) 437-4002<br>**Co-Counsel for Plaintiffs** |
| J. Christian Lewis<br>FULKERSON & KINKEL, PLLC<br>238 North Broadway<br>Lexington, KY 40507<br>clewis@fulkersonkinkel.com<br>**Counsel for Pneumo Abex, LLC** | Palmer G. Vance, II<br>STOLL KEENON OGDEN PLLC<br>300 West Vine Street, Suite 2100<br>Lexington, KY 40507-1380<br>Gene.Vance@skofirm.com<br>**Counsel for Carquest Corp.** |
| Stephen M. Fowler<br>PULLIN FOWLER FLANAGAN BROWN & POE<br>James Mark Building<br>901 Quarrier Street<br>Charlestown, WV 25301<br>sfowler@pffwv.com<br>**Counsel for BorgWarner Morse TEC, Inc., sii to Borg Warner Corp** | Patrick W. Gault<br>NAPIER GAULT KEITH, PLC<br>730 W. Main St., Suite 400<br>Louisville, KY 40202<br>pgault@napiergaultlaw.com<br>**Counsel for Napa Valley Auto Parts, Inc., a Division of Genuine Parts Company** |

2

| | |
|---|---|
| Kerry B. Harvey<br>United States Attorney<br>Carlton S. Shier, IV<br>Assistant U.S. Attorney<br>260 West Vine Street, Ste. 300<br>Lexington, KY 40507-1612<br>carlton.shier@usdoj.gov | David S. Fishback<br>David.Fishback@usdoj.gov<br>DC Bar No. 182907<br>Assistant Director<br>Torts Branch (Environmental Torts), Civil Div.<br>US Dept. of Justice<br>P.O. Box 340, Ben Franklin Station<br>Washington, DC 20004<br>(202) 616-4206 |

*/s/ Scott A. Davidson*
Scott A. Davidson

3