# FOLEY & MANSFIELD
PLLP
Attorneys at Law

**Chicago** • Detroit • Los Angeles • Miami • Minneapolis • New York • Oakland • St. Louis • Seattle

June 27, 2011

United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255
Washington, D.C.  20544

**Re:   MDL 875; Linda Ellis, Individually and as Special Administrator of the Estate of Walter Tom, Deceased Cause No. 11-cv-001128**

Dear Clerk:

Through this correspondence, we attach CBS Corporation's Notice of Tag-Along Action in the Walter Tom/Linda Ellis matter, previously removed to the Central District of Illinois federal court. Also attached is the most recent docket sheet and Plaintiff's complaint.

An order entered on June 20, 2011 denying Plaintiff's Motion to Remand is also attached.

Regards,

Jacob D. Sawyer

JDS/ekb