IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LINDA ELLIS, Individually and as Special Administrator of the Estate of WALTER TOM, Deceased,<br><br>        Plaintiff,<br><br>vs.<br><br>PNEUMO ABEX CORPORATION, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Cause No. _____<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending before the federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party or counsel in actions previously transferred under any section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel

may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a) or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Dated:

                                    **Respectfully submitted,**

                                    **FOLEY & MANSFIELD PLLP**

                                    */s/ Alexa Newton*
                                    Alexa Newton     #6243647
                                    1001 Highlands Plaza Drive West
                                    Suite 400
                                    St. Louis, MO 63110
                                    Phone: 314-645-7788
                                    Fax: 314-645-9945
                                    anewton@foleymansfield.com

                                    Attorneys for Defendant,
                                    CBS Corp., Inc.

**Mailed to:**

        Clerk of the Panel
        Judicial Panel on Multidistrict Litigation
        Thurgood Marshall Federal Judiciary Building
        One Columbus Circle, N.E., Room G-255, North Lobby
        Washington, D.C. 20002-8004

## **CERTIFICATE OF SERVICE**

     I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. I further certify that I caused a copy of the foregoing document to be served upon all other counsel of record, per the attached Service List, via U.S. Mail, postage prepaid, at their listed addresses on this _____28_____ day of _____March_____, 2011.

                                               _____*/s/ Alexa Newton*_____

<u>SERVICE LIST</u>
<u>TOM v. PNEUMO ABEX CORP, ET AL.,</u>
<u>McLEAN COUNTY No. 10 L 20</u>

<u>Attorney for Owens-Illinois</u>
Joshua D. Lee
Schiff Hardin LLP 233 S. Wacker Dr.
Chicago, IL 60606
Tel 312/258-5649, Fax 312/258-5600

<u>Attorney for John Crane, Inc.</u>
Daniel J. O'Connell
O'Connell, Tivin, Miller & Burns, LLC
135 S. LaSalle Street, Suite 2300
Chicago, IL 60603
T: 312/256-8800, F: 312/256-8808

<u>Attorneys for Honeywell</u>
Nicole Behnen/Luke Mangan
Polsinelli Shughart PC
100 S. Fourth St., Ste. 1100
St. Louis, MO 63102
Tel 314-231-1950, Fax 314-231-1776

<u>Attorneys for Buffalo Pumps & Warren Pumps</u>
Lisa A. LaConte
Heyl, Royster, Voelker & Allen, LLC
124 S.W. Adams St., Suite 600
Peoria, IL 61602
Tel 309/676-0400, Fax 309/676-3374

<u>Attorneys for Pneumo Abex</u>
Tim Swain
Swain, Hartshorn & Scott
411 Hamilton Blvd., Suite 1812
Peoria IL 61602-1104
T: 309-637-1700, F: 309-637-1708

<u>Attorney for Aurora Pump</u>
John J. Kohnke
Segal McCambridge Singer & Mahoney, Ltd.
233 S. Wacker Drive — Suite 5500
Chicago, IL 60606
Tel: 312/645-7800, Fax: 312/654-7711

<u>Attorney for Foster Wheeler AG (Foster Wheeler North America)</u>
Serve: CT Corporation
Registered Agent, Suite 814
208 S. LaSalle
Chicago, IL 60604

<u>Crane Co.</u>
Gunty & McCarthy
150 S. Wacker Dr., Ste. 1025
Chicago, IL 60606
Tel: 312-541-0022, Fax: 312-541-0033