BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

## NOTICE OF POTENTIAL TAG ALONG ACTION
## PURSUANT TO J.P.M.L. RULE 7.2(i)

Now into court comes Afigo I. Okpewho, Esq., counsel for the defendants, Foster Wheeler LLC and General Electric Company, in the case of "Donald Crater and Roberta Crater vs. Foster Wheeler LLC and General Electric Company, et al." Docket No. 11-cv-3588, U.S. District Court, Southern District of New York, for the purpose of submitting this Notice of Potential Tag Along Action, and says as follows:

1.   Pursuant to J.P.M.L. Rule 7.2(i), counsel hereby notifies the panel and all counsel that the undersigned counsel feels that the aforementioned action, "Donald Crater and Roberta Crater vs. Foster Wheeler LLC and General Electric Company, et al." Docket No. 11-cv-3588, U.S. District Court, Southern District of New York, may be a potential tag along action in "In Re: Asbestos Products Liability Litigation (No. VI)" MDL No. 875.

2.   Counsel hereto attaches proof of service on all parties to this action.

NJ/443273v1

Wherefore, counsel, Afigo I. Okpewho, prays this Notice of Potential Tag Along Action be deemed good and sufficient.

DATED: This 28th day of June, 2011.

                Respectfully submitted,

By: *Afigo V. Okpewho*
Afigo I. Okpewho
Afigo.okpewho@sedgwicklaw.com
SEDGWICK LLP
Attorneys for Defendants
Foster Wheeler LLC and General Electric Company
Three Gateway Center
12th Floor
Newark, New Jersey 07102
Telephone: (973) 242-0002
Facsimile: (973) 242-8099

NJ/443273v12