BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

## CERTIFICATION OF SERVICE

I hereby certify that I have on this 28th day of June, 2011, caused to be served a copy of Defendants, Foster Wheeler LLC and General Electric Company's Notice of Potential Tag Along Actions, letter to MDL filing same and this Certification of Service to plaintiff's counsel via email and/or regular mail and on the 28th day of June, 2011, to all known defense counsel listed on the attached Attorney Service List by email and/or regular mail.

DATED: June 28, 2011

Respectfully submitted,

Afigo J. Okpewho
Afigo.okpewho@sedgwicklaw.com
SEDGWICK LLP
Three Gateway Center
12th Floor
Newark, New Jersey 07102
(973) 242-0002 (Tel)
(973) 242-8099 (Fax)
Counsel for Defendants
Foster Wheeler LLC and General Electric Company

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY : MDL NO. 875
LITIGATION (NO. VI) :

## ATTORNEY SERVICE LIST

**COUNSEL:**

| | |
|---|---|
| Patrick Timmins, Esq.<br>Levy, Phillips & Konigsberg, LLP<br>800 Third Avenue<br>New York, New York 10022 | Plaintiffs |
| Julie Evans, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>150 East 42nd Street<br>New York, NY 10017 | Counsel for A.W. Chesteron Co., Inc., Carrier Corp., Ericsson, Inc., Rockbestos-Suprenant Cable Corp. and Siemens Energy & Automation, Inc. |
| John Fanning, Esq.<br>Cullen & Dykman<br>177 Montague Street<br>Brooklyn, NY 11201 | Counsel for Alpha Wire Corp., Burnham Holdings, Inc., Goulds Pumps, Inc. and Howden Buffalo Inc. |
| William Bradley, Esq.<br>Malaby & Bradley<br>150 Broadway, Suite 600<br>New York, NY 10038 | Counsel for Advance Auto Parts, Inc., CBS Corp., Cleaver-Brooks Inc., J.H. France Refractories Co., Pentair Pump Group, Inc., Viking Pump Co., Inc. and Warren Pumps, Inc. |
| Ted Eder, Esq.<br>Segal McCambridge Singer & Mahoney<br>830 Third Avenue, Suite 400<br>New York, New York 10022 | Counsel for BW/IP, Inc., Gardner Denver, Inc., National Lighting Co. and Weil McLain |
| Joseph Colao, Esq.<br>Leader & Berkon<br>630 Third Avenue, 17th Floor<br>New York, NY 10017 | Counsel for IMO Industries, Inc. |
| Rob C. Tonogbanua, Esq.<br>Dickie McCamey & Chilcote, P.C.<br>Public Ledger Building<br>150 South Independence Mall, Suite 901<br>West Philadelphia, PA 19106 | Counsel for Tyco Flow Control, Inc., Tyco Valves & Controls, Inc. and Yarway Corp. |

| | |
|---|---|
| John Kot, Esq.<br>Waters McPherson & McNeil<br>300 Lighting Way,<br>P.O. Box 1560<br>Secaucus, New Jersey 07096 | Counsel for Elliott Turbomachinery Co., Inc. |
| Lawrence McGivney, Esq.<br>McGivney, Kluger & Gannon, P.C.<br>80 Broad Street – 23rd Fl.<br>New York, New York 10004 | Counsel for American Wire & Cable Co., Aurora Pump, Electric Switchboard Co., Inc., Peerless Industries, Inc. and Taco, Inc.. |
| Lisa Pascarella, Esq.<br>Pehlivanian Braaten & Pascarella, LLC<br>2430 Route 34<br>Manasquan, New Jersey 08736 | Counsel for American Standard, Inc., Ingersoll Rand Co., General Wire & Cable and Trane Co. |
| Edward WIlbraham, Esq.<br>Wilbraham Lawler & Buba<br>140 Broadway, 46th Floor<br>New York, NY 10005 | Counsel for Buffalo Pumps, Inc. |
| Allison Fihma, Esq.<br>Schnader Harrison Segal & Lewis<br>140 Brodway, Suite 3100<br>New York, NY 10005 | Counsel for Fort Kent Holdings, Inc. |
| Christopher P. Hannan, Esq.<br>Kelley, Jasons, McGowan, Spinelli & Hanna LLP<br>120 Wall Street, 30th Floor<br>New York, NY 10005 | Counsel for FMC Corp. |
| Kirsten Alford Kneis, Esq.<br>K&L Gates LLP<br>599 Lexington Avenue<br>New York, New York 10022 | Counsel for Crane Co., Crane Pumps & Systems, Inc., Schneider Electric Corp. and Square D Co. |
| Suzanne Halbardier, Esq.<br>Barry, McTiernan & Moore<br>2 Rector Street, 14th Floor<br>New York, New York 10006 | Counsel for Fulton Companies and General Refractories, Co. |
| Cynthia Weiss Antonucci, Esq.<br>Harris Beach, LLP<br>100 Wall Street<br>New York, New York 10005 | Counsel for Deming Pumps, Kentile Floors, Inc. and Progress Lighting, Inc. |
| Scott R. Emery, Esq.<br>Lynch Daskal Emery LLP<br>264 West 40th Street<br>New York, New York 10018 | Counsel for Georgia Pacific, LLC |
| Nancy McDonald, Esq.<br>McElroy Deutsch & Mulvaney<br>1300 Mount Kembel Avenue<br>PO. Box 2075<br>Morristown, NJ 07962 | Counsel for A.O. Smith Water Products Co., Durez Corp., Eaton Electrical, Inc. and Rockwell Automation Inc. |

| | |
|---|---|
| Cindy Messemer, Esq.<br>Hodges Walsh & Slater LLP<br>55 Church Street<br>White Plains, NY 10601 | Counsel for Spirax Sarco, Inc. |
| Judith Yavitz, Esq.<br>Reed Smith, LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Counsel for Dana Corp. and Union Carbide Corp. |
| Frank Cecere, Esq.<br>Ahmuty Demers & McManus<br>200 I.U. Willets Road<br>Albertson, New York 11507 | Counsel for Fishbach & Moore, Inc. and Yuba Heat Transfer |
| Francis Quinn, Esq.<br>Lavin, Coleman, O'Neil Ricci, Cedrone & Disipio<br>420 Lexington Avenue, Suite 2900<br>Graybar Building<br>New York, New York 10170 | Counsel for 3M Co. |
| Anna Dilonardo, Esq.<br>Weiner Lesniak, LLP<br>888 Veterans Memorial Highway<br>Hauppauge, NY 11787 | Counsel for Borg-Warner Corp. and Okonite Co. |
| Robert J. Cecala, Esq.<br>Aaronson Rappaport Feinstein & Deutsch LLP<br>757 Third Avenue<br>New York, New York 10017 | Counsel for Ford Motor Company |
| Donald R. Pugliese, Esq.<br>McDermott Will & Emery<br>340 Madison Avenue<br>New York, New York 10017 | Counsel for Honeywell International, Inc. |
| Carol Snider, Esq.<br>Damon & Morey<br>298 Main Street<br>1000 Cathedral Place<br>Buffalo, New York 14202-4096 | Counsel for General Cable Industries, Inc. |
| William Mueller, Esq.<br>Clemente, Dickson & Mueller<br>218 Ridgedale Avenue<br>Cedar Knolls, New Jersey 07927 | Counsel for WM. Powell Co. |
| John Ronca, Jr., Esq.<br>Ronca, Hanley, Nolan & Zaremba LLP<br>5 Regent Street, Suite 517<br>Livingston, New Jersey 07039 | Counsel for York Industries Corp. |
| Paul Stater, Esq.<br>Richard O'Leary, Esq.<br>McCarter & English, LLP<br>Four Gateway Center<br>Newark, New Jersey 07102 | Counsel for Velan Value Corp. |

| | |
|---|---|
| Marc S. Gaffrey, Esq.<br>Hoagland Longo Moran Dunst & Doukas<br>40 Patterson Street<br>P.O. Box 480<br>New Brunswick, NJ 08903 | Counsel for Johnson Controls, Inc., Thermo-Electric Co., Inc. and York International Corporation |
| Mark Nemeth, Esq.<br>Feldman, Kiffer & Herman LLP<br>The Dun Building<br>110 Pearl Street, Suite 400<br>Buffalo, New York 14202 | Counsel for General Wire Products, Inc. |
| Thomas Rhatigan, Esq.<br>Costello, Shea & Gaffney<br>44 Wall Street, 11th Floor<br>New York, NY 10005 | Counsel for Belden Wire & Cable Co. and Henry Vogt Machine Co. |
| Vincent A. Errante, Jr., Esq.<br>Jennifer Darger, Esq.<br>Darger & Errante<br>116 East 27th Street, 12th Floor<br>New York, NY 10016 | Counsel for Lightolier Inc. |
| Jason Sultzer, Esq.<br>Littleton Joyce Ughetta Park & Kelly LLP<br>The Centre at Purchase<br>4 Manhattanville Road, Suite 202<br>Purchase, NY 10577 | Counsel for American Insulated Wire Corp. and Leviton Manufacturing Co. |
| Anthony Brosamle, Esq.<br>Tucker, Ellis & West, LLP<br>515 South Flower Street, 42nd Floor<br>Los Angeles, CA 90071 | Counsel for Federal Pacific Electric Co. |
| James Simpson, Esq.<br>Cozen O'Connor<br>277 Park Avenue<br>New York, NY 10172 | Counsel for Federal Pump Corp. |