BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) : : : : : | MDL NO. 875 |

## ATTORNEY SERVICE LIST

**COUNSEL:**

| | |
|---|---|
| Patrick Timmins, Esq.<br>Levy, Phillips & Konigsberg, LLP<br>800 Third Avenue<br>New York, New York 10022 | Plaintiffs |
| Julie Evans, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>150 East 42nd Street<br>New York, NY 10017 | Counsel for A.W. Chesteron Co., Inc., Carrier Corp., Ericsson, Inc., Rockbestos-Suprenant Cable Corp. and Siemens Energy & Automation, Inc. |
| John Fanning, Esq.<br>Cullen & Dykman<br>177 Montague Street<br>Brooklyn, NY 11201 | Counsel for Alpha Wire Corp., Burnham Holdings, Inc., Goulds Pumps, Inc. and Howden Buffalo Inc. |
| William Bradley, Esq.<br>Malaby & Bradley<br>150 Broadway, Suite 600<br>New York, NY 10038 | Counsel for Advance Auto Parts, Inc., CBS Corp., Cleaver-Brooks Inc., J.H. France Refractories Co., Pentair Pump Group, Inc., Viking Pump Co., Inc. and Warren Pumps, Inc. |
| Ted Eder, Esq.<br>Segal McCambridge Singer & Mahoney<br>830 Third Avenue, Suite 400<br>New York, New York 10022 | Counsel for BW/IP, Inc., Gardner Denver, Inc., National Lighting Co. and Weil McLain |
| Joseph Colao, Esq.<br>Leader & Berkon<br>630 Third Avenue, 17th Floor<br>New York, NY 10017 | Counsel for IMO Industries, Inc. |
| Rob C. Tonogbanua, Esq.<br>Dickie McCamey & Chilcote, P.C.<br>Public Ledger Building<br>150 South Independence Mall, Suite 901<br>West Philadelphia, PA 19106 | Counsel for Tyco Flow Control, Inc., Tyco Valves & Controls, Inc. and Yarway Corp. |

| | |
|---|---|
| John Kot, Esq.<br>Waters McPherson & McNeil<br>300 Lighting Way,<br>P.O. Box 1560<br>Secaucus, New Jersey 07096 | Counsel for Elliott Turbomachinery Co., Inc. |
| Lawrence McGivney, Esq.<br>McGivney, Kluger & Gannon, P.C.<br>80 Broad Street – 23rd Fl.<br>New York, New York 10004 | Counsel for American Wire & Cable Co., Aurora Pump, Electric Switchboard Co., Inc., Peerless Industries, Inc. and Taco, Inc.. |
| Lisa Pascarella, Esq.<br>Pehlivanian Braaten & Pascarella, LLC<br>2430 Route 34<br>Manasquan, New Jersey 08736 | Counsel for American Standard, Inc., Ingersoll Rand Co., General Wire & Cable and Trane Co. |
| Edward WIlbraham, Esq.<br>Wilbraham Lawler & Buba<br>140 Broadway, 46th Floor<br>New York, NY 10005 | Counsel for Buffalo Pumps, Inc. |
| Allison Fihma, Esq.<br>Schnader Harrison Segal & Lewis<br>140 Brodway, Suite 3100<br>New York, NY 10005 | Counsel for Fort Kent Holdings, Inc. |
| Christopher P. Hannan, Esq.<br>Kelley, Jasons, McGowan, Spinelli & Hanna LLP<br>120 Wall Street, 30th Floor<br>New York, NY 10005 | Counsel for FMC Corp. |
| Kirsten Alford Kneis, Esq.<br>K&L Gates LLP<br>599 Lexington Avenue<br>New York, New York 10022 | Counsel for Crane Co., Crane Pumps & Systems, Inc., Schneider Electric Corp. and Square D Co. |
| Suzanne Halbardier, Esq.<br>Barry, McTiernan & Moore<br>2 Rector Street, 14th Floor<br>New York, New York 10006 | Counsel for Fulton Companies and General Refractories, Co. |
| Cynthia Weiss Antonucci, Esq.<br>Harris Beach, LLP<br>100 Wall Street<br>New York, New York 10005 | Counsel for Deming Pumps, Kentile Floors, Inc. and Progress Lighting, Inc. |
| Scott R. Emery, Esq.<br>Lynch Daskal Emery LLP<br>264 West 40th Street<br>New York, New York 10018 | Counsel for Georgia Pacific, LLC |
| Nancy McDonald, Esq.<br>McElroy Deutsch & Mulvaney<br>1300 Mount Kembel Avenue<br>PO. Box 2075<br>Morristown, NJ 07962 | Counsel for A.O. Smith Water Products Co., Durez Corp., Eaton Electrical, Inc. and Rockwell Automation Inc. |

| | |
|---|---|
| Cindy Messemer, Esq.<br>Hodges Walsh & Slater LLP<br>55 Church Street<br>White Plains, NY 10601 | Counsel for Spirax Sarco, Inc. |
| Judith Yavitz, Esq.<br>Reed Smith, LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Counsel for Dana Corp. and Union Carbide Corp. |
| Frank Cecere, Esq.<br>Ahmuty Demers & McManus<br>200 I.U. Willets Road<br>Albertson, New York 11507 | Counsel for Fishbach & Moore, Inc. and Yuba Heat Transfer |
| Francis Quinn, Esq.<br>Lavin, Coleman, O'Neil Ricci, Cedrone & Disipio<br>420 Lexington Avenue, Suite 2900<br>Graybar Building<br>New York, New York 10170 | Counsel for 3M Co. |
| Anna Dilonardo, Esq.<br>Weiner Lesniak, LLP<br>888 Veterans Memorial Highway<br>Hauppauge, NY 11787 | Counsel for Borg-Warner Corp. and Okonite Co. |
| Robert J. Cecala, Esq.<br>Aaronson Rappaport Feinstein & Deutsch LLP<br>757 Third Avenue<br>New York, New York 10017 | Counsel for Ford Motor Company |
| Donald R. Pugliese, Esq.<br>McDermott Will & Emery<br>340 Madison Avenue<br>New York, New York 10017 | Counsel for Honeywell International, Inc. |
| Carol Snider, Esq.<br>Damon & Morey<br>298 Main Street<br>1000 Cathedral Place<br>Buffalo, New York 14202-4096 | Counsel for General Cable Industries, Inc. |
| William Mueller, Esq.<br>Clemente, Dickson & Mueller<br>218 Ridgedale Avenue<br>Cedar Knolls, New Jersey 07927 | Counsel for WM. Powell Co. |
| John Ronca, Jr., Esq.<br>Ronca, Hanley, Nolan & Zaremba LLP<br>5 Regent Street, Suite 517<br>Livingston, New Jersey 07039 | Counsel for York Industries Corp. |
| Paul Stater, Esq.<br>Richard O'Leary, Esq.<br>McCarter & English, LLP<br>Four Gateway Center<br>Newark, New Jersey 07102 | Counsel for Velan Value Corp. |

| | |
|---|---|
| Marc S. Gaffrey, Esq.<br>Hoagland Longo Moran Dunst & Doukas<br>40 Patterson Street<br>P.O. Box 480<br>New Brunswick, NJ 08903 | Counsel for Johnson Controls, Inc., Thermo-Electric Co., Inc. and York International Corporation |
| Mark Nemeth, Esq.<br>Feldman, Kiffer & Herman LLP<br>The Dun Building<br>110 Pearl Street, Suite 400<br>Buffalo, New York 14202 | Counsel for General Wire Products, Inc. |
| Thomas Rhatigan, Esq.<br>Costello, Shea & Gaffney<br>44 Wall Street, 11th Floor<br>New York, NY 10005 | Counsel for Belden Wire & Cable Co. and Henry Vogt Machine Co. |
| Vincent A. Errante, Jr., Esq.<br>Jennifer Darger, Esq.<br>Darger & Errante<br>116 East 27th Street, 12th Floor<br>New York, NY 10016 | Counsel for Lightolier Inc. |
| Jason Sultzer, Esq.<br>Littleton Joyce Ughetta Park & Kelly LLP<br>The Centre at Purchase<br>4 Manhattanville Road, Suite 202<br>Purchase, NY 10577 | Counsel for American Insulated Wire Corp. and Leviton Manufacturing Co. |
| Anthony Brosamle, Esq.<br>Tucker, Ellis & West, LLP<br>515 South Flower Street, 42nd Floor<br>Los Angeles, CA 90071 | Counsel for Federal Pacific Electric Co. |
| James Simpson, Esq.<br>Cozen O'Connor<br>277 Park Avenue<br>New York, NY 10172 | Counsel for Federal Pump Corp. |