ATTORNEYS AT LAW
THREE GATEWAY CENTER, 12TH FLOOR   NEWARK, NEW JERSEY 07102-4072
www.sedgwicklaw.com   973.242.0002 *phone*   973.242.8099 *fax*

# Sedgwick LLP

June 28, 2011

**VIA ELECTRONIC CASE FILING**

Mr. Jeffery N. Luthi
Docket Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC  20002-8004

Re:  Notice of Potential Tag Along Action:
*Donald Crater and Roberta Crater vs. Foster Wheeler LLC and General Electric Company, et al.*
In re: Asbestos Products Liability Litigation (No. VI) MDL No. 875

Dear Mr. Luthi:

Enclosed please find an original and two (2) copies of defendants Foster Wheeler LLC and General Electric Company's Notice of Potential Tag Along Action in "In Re: Asbestos Products Liability Litigation (No. VI)," MDL 875.  I would ask that you kindly file the original Notice and return two (2) stamped "filed" copies to my attention in the self-addressed stamped envelope.  In addition, I have also enclosed a copy of plaintiff's Verified Complaint.

Please contact me if you have any questions at (973) 242-0002.  I thank you in advance for your assistance in this matter.

Very truly yours,

SEDGWICK LLP

*[signature]*
Afigo I. Okpewho

Enclosures
cc:   All Counsel via Email and/or Regular Mail

NJ/443274v1