GOLDFEIN & JOSEPH, P.C.
1880 John F. Kennedy Blvd., 20th Floor
Philadelphia, PA 19103
(215) 979-8200 / Fax (215) 979-8201
mjeremiah@goldfeinlaw.com
*Attorneys for Defendant, Asbestos Corporation Limited*

BEFORE THE JUDICIAL PANEL
ON MULTDISTRICT LITIGATION

MDL No. 875
In re Asbestos Product Liability Litigation (No. VI)

| | |
|---|---|
| PELLEGRINA FUSCO and ANTONELLA FUSCO,      Plaintiff(s)   v.  ASBESTOS CORPORATION LIMITED, et al. | N.J., C.A., No. 2:11-CV-3301 |

**DISCLOSURE STATEMENT**

The undersigned counsel for  Asbestos Corporation Limited   ,
certifies that this party is a non-governmental corporate party and that:

☒  This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:
   Mazarin, Inc.

**OR**

☐  This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____        Goldfein & Joseph
Signature of Attorney                                  Name of Firm

Madhurika Jeremiah                              1880 John F. Kennedy Blvd., 20th Floor,
Print Name                                                Address

6/28/2011                                                Philadelphia, PA 19103
Date                                                         City/State/Zip Code

GOLDFEIN & JOSEPH, P.C.
1880 John F. Kennedy Blvd., 20th Floor
Philadelphia, PA 19103
(215) 979-8200 / Fax (215) 979-8201
mjeremiah@goldfeinlaw.com
*Attorneys for Defendant, Asbestos Corporation Limited*

BEFORE THE JUDICIAL PANEL
ON MULTDISTRICT LITIGATION

MDL No. 875
In re Asbestos Product Liability Litigation (No. VI)

| | | |
|---|---|---|
| PELLEGRINA FUSCO and ANTONELLA FUSCO, | ) ) | |
| Plaintiff(s) | ) | N.J., C.A., No. 2:11-CV-3301 |
| v. | ) ) | |
| ASBESTOS CORPORATION LIMITED, et al. | ) | |

Ellie Q. Melinchuk, being of full age, do certify and say:

1. I am a senior secretary employed in the office of Goldfein & Joseph, P.C., Philadelphia, Pennsylvania.

2. On June 28, 2011, at the direction of Madhurika Jeremiah, I arranged for the electronic filing of Defendant, Asbestos Corporation Limited's Corporate Disclosure Statement, together with this Certificate of Service.

3. Also on June 28, 2011, I sent via email and regular United States Mail Service on copy of the documents listed in paragraph number 2 to counsel for the Plaintiff, Robert Lytle, Esquire, Szaferman, Lakind, Blumstein & Blader, P.C., 101 Grovers Mill Road, Ste. 200, Lawrenceville, NJ 08648 and Levy Phillips & Konigsberg, LLP, 101 Grovers Mill Road, Ste. 200, Lawrenceville, NJ 08648.

4. Also on June 28, 2011, I sent email and regular United States Mail Service one copy of all the documents listed in paragraph number 2 to the following: Robert Gunn, Esquire, Smith Abbot, LLP, 90 Broad Street, 4th Floor, New York, NY 10004, and Ronald Suss, Esquire, Caruso Pope Edell Picini, 60 Route 46 East, Fairfield, NJ 07004.

5. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Ellie Q. Melinchuk

Dated: June 28, 2011