UNITED STATES DISTRICT COURT
BEFORE THE JUDICIAL PANE ON MULT-DISTRICT
MDL DOCKET NO. 875

RE: MDL 875      IN RE: ASBESTOS LITIGATION
CONDITION TRANSFER ORDER CTO-408

This document relates to CTO-408 as it pertains to the following actions pending in Federal District Court, Eastern District of Kentucky:

7:11-CV-0085-ART   *Francis v. Honeywell, Inc., et al.*

## DEFENTANT, GENUINE PARTS COMPANY'S, CORPORATE DISCLOSURE STATEMENT

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Federal Rule of Procedure 7.1, Defendant, Genuine Parts Company (incorrectly identified in Plaintiffs' Complaint as "NAPA Valley Auto Parts, Inc. - A Division of Genuine Parts Company") ("GPC"), and for its corporate disclosure statement states that GPC is not a government entity, has no parent company, and there is no publicly held corporation which owns ten percent (10%) or more of GPC stock.

Respectfully submitted,

/s/ Patrick W. Gault
Patrick W. Gault
Napier Gault, PLC
730 West Main St., Ste. 400
Louisville, KY 40202
pgault@napiergaultlaw.com
Phone: 502-855-3800
Fax:   502-855-3838
*Counsel for NAPA Valley Auto Parts,*
*A Division of Genuine Parts Company*

## SERVICE LIST RE:
## ERVIN G. FRANCIS, ET AL. V. HONEYWELL, INC., ET AL.
## PIKE CIRCUIT COURT, CIVIL ACTION NO. 09-CI-01252

It is hereby certified that on June 28, 2011, I electronically filed GPC's Corporate Disclosure Statement with the Clerk of the Court by using the CM/ECF system, which will provide notice to the following:

Paul Kelley
Sales, Tillman, Wallbaum,
Catlett & Satterley
1900 Waterfront Plaza
325 W. Main Street
Louisville, KY 40202
pkelley@stwlaw.com
*Counsel for Plaintiffs*

Gary C. Johnson
P.O. Box 231
110 Caroline Avenue
Pikeville, KY 41501
gary@garycjohnson.com
*Co-Counsel for Plaintiff*

Scott A. Davidson
Boehl, Stopher & Graves
2300 Aegon Center
400 W. Market Street
Louisville, KY 40202
sdavidson@bsg-law.com
*Counsel for Honeywell, Inc.*

Palmer G. Vance, II
Stoll Keenon Ogden
300 W. Vine Street, Ste. 2100
Lexington, KY 40507-1380
Gene.vance@skofirm.com
*Counsel for Carquest Corp.*

J. Christian Lewis
Fulkerson & Kinkel, PLLC
238 North Broadway
Lexington, KY 40507
*Counsel for Pneumo Abex Corporation*

Stephen M. Fowler
Lori Streets Muldoon
Pullin, Fowler, Flanagan, Brown & Poe
901 Quarrier Street
Charleston, WV 25301
sfowler@ppfwv.com
*Counsel for Borg Warner*

Carlton S. Shier, IV
David Fishback
Assistant United States Attorney
260 West Vine St., Ste. 300
Lexington, KY 40507-1612
Carlton.shier@usdoj.gov
David.fishback@usdoj.gov
*Counsel for USA/Navy*

/s/ Patrick W. Gault
Patrick W. Gault