# KNOTT & GLAZIER LLP

LOS ANGELES

SAN FRANCISCO

L A W Y E R S
A REGISTERED LIMITED LIABILITY PARTNERSHIP

707 WILSHIRE BOULEVARD
SUITE 2025
LOS ANGELES, CALIFORNIA 90017

TELEPHONE (213) 312-9200
FACSIMILE (213) 312-9201
WWW.KNOTTGLAZIER.COM

June 28, 2011

**_Via Pacer CM/ECF_**

The Judicial Panel on MDL, Case No. 875
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002

    Re:    *Notice Of Potential Tag-Along Action Pursuant To J.P.M.L. Rule 7.2(i)*
               *Walter Nielsen and Arleen Nielsen v. AECOM Technology Corp., et al.,*
               *USDC Case No. 2:11-cv-04270-R-VBK*

Dear Judicial Panel:

    Please accept this correspondence as notice to the panel that the action, *Walter Nielsen and Arleen Nielsen v. Aecom Technology Corporation, et al.*, Case No. *2:11-cv-04270-R-VBK*, in the U.S. District Court, Central District of California, may be a potential tag-along action in *In Re: Asbestos Product Liability Litigation* (No. VI) MDL No. 875. Enclosed is a copy of:

    (1)    Docket Sheet;

    (2)    Complaint; and

    (3)    Declaration of Service.

    Thank you for your consideration.

Sincerely,

Deborah M. Parker, Esq.
CBN 228203

Attachments
cc: Judge Manuel L. Real