# DECLARATION OF SERVICE

## DECLARATION OF SERVICE

I, Robin Grant, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. I am employed by Knott & Glazier LLP, whose business address is 707 Wilshire Boulevard, Suite 2025, Los Angeles, California 90017. On June 28, 2011, I served the foregoing document(s) described as:

*Notice Of Potential Tag-Along Action Pursuant To J.P.M.L. Rule 7.2(i)*

by placing a true copy thereof in an envelope addressed to each of the person(s) named below at the address shown and on the attached service list:

> Jennifer L. Bartlett, Esq.
> SIMON EDDINS & GREENSTONE LLP
> 301 E. Ocean Blvd., Suite 1950
> Long Beach, CA 90802
> Telephone: 562-590-3400
> Facsimile: 562-590-3412
> ***Attorneys for Plaintiffs***

[ ]   **BY PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger employed by Time Machine Courier, whose business address is 1533 Wilshire Boulevard, Los Angeles, California 90017, for personal delivery before 5:00 p.m. on June 28, 2011.

[ ]   **BY FEDERAL EXPRESS:** On the above-mentioned date, I placed a true copy of the above mentioned document(s), in a sealed envelope or package designated by Federal Express with delivery fees paid or provided for, addressed to the person(s) as indicated above and deposited same in a box or other facility regularly maintained by Federal Express or delivered same to an authorized courier or driver authorized by Federal Express.

[ X ]   **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on June 28, 2011. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U. S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY FACSIMILE:** From facsimile machine telephone number (213) 312-9201, on June 28, 2011, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated on the attached **Service List.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, that the original of the aforementioned document(s) was/were printed on recycled paper, and that this Certificate of Service was executed by me on June 28, 2011 at Los Angeles, California.

*(signature)*
Robin Grant

NIELSEN v. AECOM TECHNOLOGY CORPORATION, et al.
USDC Case No. 2:11-cv-04270-R-VBK

| | | |
|---|---|---|
| **AECOM TECHNOLOGY CORPORATION** (sued as successor to DANIEL, MANN, JOHNSON & MENDENHALL a/k/a DMJM) **DMJM AVIATION, INC.** Mort Hartwell MORGAN, LEWIS & BOCKIUS LLP One Market, Spear Street Tower San Francisco, CA 94105-1126 Telephone: 415.442.1000 Facsimile: 415.442.1001 | **AEROJET-GENERAL CORPORATION** Daniel L. Martens DAL SOGLIO & MARTENS LLP 222 North Sepulveda Boulevard El Segundo, CA 90245 Telephone: 310-662-4748 Facsimile: 310-861-5517 | **AIR PRODUCTS & CHEMICAL COMPANY** Frank D Pond Kevin D Jamison POND NORTH LLP 350 South Grand Avenue, Suite 3300 Los Angeles, CA 90071 Telephone: 213-617-6170 Facsimile: 213-623-3594 |
| **ARMCO STEEL CORPORATION** (sued as successor-by-merger to ARMCO DRAINAGE AND METAL PRODUCTS) **AGENT FOR SERVICE OF PROCESS** CSC-Lawyers Incorporation Service 50 W. Broad Street, Suite 1800 Columbus, OH 43215 **ANTICIPATED COUNSEL** | **AVCO CORPORATION** **CARRIER CORPORATION** Anne S. Cruz TUCKER ELLIS & WEST LLP 515 South Flower St. 42nd Floor Los Angeles, CA 90071 Telephone: 213-430-3400 Facsimile: 213-430-3409 | **COMPUDYNE CORPORATION** **AGENT FOR SERVICE OF PROCESS** Holland & Hart LLP 5441 Kietzke Lane, 2nd Floor, Reno, NV 89511 **ANTICIPATED COUNSEL** |
| **COSMODYNE LLC f/k/a COSMODYNE CORPORATION** Michael T McCall Jennifer A Cormier Elizabeth L Huynh WALSWORTH FRANKLIN BEVINS & MCCALL LLP 601 Montgomery Street, Ninth Floor San Francisco, CA 94111 Telephone: 415-781-7072 Facsimile: 415-391-6258 | **DONALDSON COMPANY, INC.** sued as successor-by-merger to WESTERN FILTER CORPORATION, INC. Mark D. Johnson MANATT, PHELPS & PHILLIPS LLP 11355 West Olympic Blvd. Los Angeles, CA 90064 Telephone: 310-312-4000 Facsimile: 310-312-4224 | **FRANK M. BOOTH, INC.** **AGENT FOR SERVICE OF PROCESS** Lawrence Raymond Booth 222 3rd Street Marysville, CA 95901 **ANTICIPATED COUNSEL** |
| **GRINNELL LLC d/b/a GRINNELL CORPORATION** Taylor Day Joseph Duffy MORGAN, LEWIS & BROCKIUS LLP 300 South Grand Ave., 22nd Floor Los Angeles, CA 90071 Telephone: 213-612-2500 Facsimile: 213-612-2501 | **LEHIGH SOUTHWEST CEMENT COMPANY** (sued individually and as successor-in-interest to CALAVERAS CEMENT COMPANY) Eugene Brown Jr. BROWN EASSA & MCLEOD LLP 1999 Harrison Street, Suite 1800 Oakland, CA 94612 Telephone: 510-444-3131 Facsimile: 510-839-7940 | **PACIFIC BELL TELEPHONE d/b/a AT&T CALIFORNIA** Andrew Mortl Jon A. Eldredge GLYNN & FINLEY, LLP 100 Pringle Avenue, Suite 500 Walnut Creek, CA 94596 Telephone: (925) 210-2846 Facsimile: Fax: (925) 945-1975 |
| **PARKER-HANNIFIN CORPORATION** Steven D. Di Saia Craig Barnes Robert Kum SEDGWICK, DETERT, MORAN & ARNOLD LLP 801 South Figueroa St., 19th Floor Los Angeles, CA 90017 Telephone: 213-426-6900 Facsimile: 213-426-6921 | **PARSONS INFRASTRUCTURE & TECHNOLOGY GROUP INC.** sued herein as PARSONS CORPORATION Joanne Rosendin Christopher J. Dyas SACK ROSENDIN, LLP One Kaiser Plaza, Suite 340 Oakland, CA 94612 Telephone: 510-286-2200 Facsimile: 510-286-8887 | **PETER KIEWIT SONS', INC.** Michael Fox Sean Patterson Patricia Keady SEDGWICK, DETERT, MORAN & ARNOLD LLP One Market Plaza Steuart Tower, 8th Floor San Francisco, CA 94105 Telephone: 415-781-7900 Facsimile: 415-781-2635 |
| **UNYSIS CORPORATION** sued individually and as successor-in-interest to SPERRY RAND CO s/b/m to REMINGTON-RAND CO) Frank D Pond Raul Perez Arash Nematollahi POND NORTH LLP 350 South Grand Avenue, Suite 3300 Los Angeles, CA 90071 Telephone: 213-617-6170 Facsimile: 213-623-3594 | | |