UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

MDL No: **875**                                                                                           Docket No. **7417**

### MAJOR DEFICIENCY LIST
*(Counsel Notification of Deficiency Required)*

The following deficiencies are considered MAJOR and must be corrected by the filing party within the allotted time or an *Order Striking Pleading* may be issued by the Clerk of the Panel.

**Correction Required: 24 hours from date of Notice**

  x     CM/ECF Practice/Case not selected to be Transferred

   **Action Required: Please select the appropriate case to be transferred.**

Use the Withdrawal Event first; then re-file your Notice of Potential Tag-Along.

   \*\*\*The time allotted to correct deficiencies are subject to change. Please read carefully to ensure full compliance with Notice of Deficiency\*\*\*

**Correction Deadline: June 30, 2011**

Dated: **June 29, 2011**                              FOR THE PANEL:
                                                                              Jeffery N. Luthi

                                                                              Clerk of the Panel