STEVEN HISAKA          1773-0

HISAKA YOSHIDA COSGROVE
& CHIN
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, HI 96813
Telephone: (808) 523-0451
Facsimile: (808) 524-0422
E-mail: shisaka@objectionsustained.com

GLEN R. POWELL (SBN: 219453)

GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
AIR & LIQUID SYSTEMS CORPORATION,
successor by merger to BUFFALO PUMPS, INC.

## UNITED STATES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | ) MDL 875 ) ) |
| (NO. VI) | ) ) ) |
| This Document Relates To: _____ | ) ) ) |

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br>HAWAII STATE ASBESTOS CASES )<br><br>This Document Applies To:<br><br>1) ROGER E. NELSON and<br>ROSALIE J. NELSON,<br>                     Plaintiffs,<br>    v.<br>1) CRANE COMPANY, a Delaware corporation;<br><br>2) AURORA PUMP COMPANY, a foreign corporation;<br><br>3) BAYER CROPSCIENCE, INC., successor-in-interest to RHONE-POULENC AG COMPANY, f/k/a AMCHEN PRODUCTS, INC., f/k/a/ BENJAMIN FOSTER PRODUCTS COMPANY, a foreign corporation;<br><br>4) UNION CARBIDE CORPORATION, a New York corporation;<br><br>5) AIR & LIQUID SYSTEMS CORPORATION, Successor-by-merger to BUFFALO PUMPS, INC., a New York corporation;<br><br>6) CERTAINTEED CORPORATION, a Delaware corporation; | CIVIL NO._____<br><br>Circuit Court of the First Circuit<br>State of Hawaii<br>Civil No. 11-1-0998-05 (RAN)<br><br>[Caption continued on next page]<br><br>**NOTICE OF WITHDRAWAL OF NOTICE OF TAG-ALONG ACTION** |

7) CLEAVER-BROOKS, INC., a Delaware corporation; )

8) GOULDS PUMPS, INC., A Delaware corporation; )

9) IMO INDUSTRIES, INC., individually and as successor-in-interest to DELAVAL TURBINE, INC., and f/k/a IMO DELAVAL, INC., TRANSAMERICA DELAVAL INC., and DELAVAL STEAM TURBINE COMPANY, a Delaware corporation; )

10) INGERSOLL-RAND CO., a New Jersey corporation; )

11) JOHN CRANE, INC., a Delaware corporation; )

12) THE LYNCH CO., INC., a Hawaii corporation; )

13) METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation; )

14) WARREN PUMPS, LLC, a Delaware corporation; )

15) THE WILLIAM POWELL COMPANY, an Ohio corporation; )

16) KAISER GYPSUM COMPANY, INC., a Washington corporation; )

| | |
|---|---|
| 17) KELLY-MOORE PAING COMPANY, INC., a California corporation; | ) ) ) ) |
| 18) GEORGIA-PACIFIC CORPORATION, a Georgia corporation; and [ | ) ) ) ) |
| 19) DOES 1-25,   Defendants. | ) ) ) |

**DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, successor by merger to BUFFALO PUMPS, INC.'S WITHDRAWAL OF NOTICE OF TAG-ALONG ACTION**

TO THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, PLEASE TAKE NOTICE OF THE FOLLOWING:

1. DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, successor by merger to BUFFALO PUMPS, INC. <u>withdraws</u> its notice of tag along action (Pleading No. 7417) filed on Friday June 24, 2011, in the above referenced case

DATED: San Francisco, California, June 29, 2011

Respectfully submitted,

GORDON & REES LLP

_____
GLEN R. POWELL
Attorneys for Defendant
AIR & LIQUID SYSTEMS CORPORATION, successor by merger to BUFFALO PUMPS, INC.

4