Glen R. Powell
gpowell@gordonrees.com

# GORDON & REES LLP

ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, SUITE 2000
SAN FRANCISCO, CA 94111
PHONE: (415) 986-5900
FAX: (415) 986-8054
WWW.GORDONREES.COM

June 24, 2011

**Via Electronic Transmission**
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-225, North Lobby
Washington, DC 20002-800

Re: ***Nelson, Roger E. and Rosalie J. v. Crane Company, et al.***
United States District Court, District of Hawaii No. CV 1100400 REJ KSC
Hawaii Circuit Court of the First Circuit Case No. 11-1-0998-05 (RAN)
Our Client: Air & Liquid Systems Corporation, successor by merger to Buffalo Pumps, Inc.

Dear Clerk:

This letter will serve as defendant Air & Liquid Systems Corporation, successor by merger to Buffalo Pumps, Inc.'s ("Buffalo Pumps") formal request for the above referenced tag-along action to be transferred to the MDL Panel No. 875, pursuant to 28 U.S.C. section 1407.

On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination of pretrial proceedings pursuant to 28 U.S.C. section 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

CALIFORNIA ♦ NEW YORK ♦ TEXAS ♦ ILLINOIS ♦ NEVADA ♦ ARIZONA
COLORADO ♦ WASHINGTON ♦ OREGON ♦ NEW JERSEY ♦ FLORIDA ♦ GEORGIA

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
June 23, 2011
Page 2

The undersigned hereby notifies the Judicial Panel on Multidistrict Litigation that this state court action removed to the United States District Court, District of Hawaii, on **June 22, 2011**, (a copy of the notice of tag along action with the state court complaint is attached hereto as Exhibit A) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Buffalo Pumps has provided written notice of the Notice of Tag-Along Action to all adverse parties.

Buffalo Pumps reserves the right to amend or supplement the Notice of Tag-Along Action.

Please contact me with any questions at 415.875.3144.

Very truly yours,

GORDON & REES LLP

Glen R. Powell

GRP:ms
Attachments

cc:   Steven Hisaka (via email)

BUFFP/1070724/10024749v.1