**John J. Hainkel, III**          504.599.8021 direct phone
jhainkel@frilot.com            504.599.8121 direct fax


June 29, 2011


**VIA CM/ECF FILING**

Jeffrey N. Luthi, Clerk
Judicial Panel on Multi District Litigation
Thurgood Marshall Federal Judiciary Building
1 Columbus Circle, N.E. Rm G-255, North Lobby
Washington, D.C.  20002

      **Re:**   *In re:  Asbestos Products Liability Litigation (No. VI)*
           **MDL Docket No. 875, Eastern District Of Pennsylvania**
           **Judge Eduardo C. Robreno**

           **NOTICE OF POTENTIAL TAG-ALONG ACTION**

Dear Mr. Luthi:

    Pursuant to Panel Rule 7.4, Defendants, General Electric Company and CBS Corporation, provide notice of the following "tag-along action" to the above-referenced proceeding:

> *Michael Grant Mason, representative of the Succession of Milan Arthur Barackman v. Foster Wheeler, et al*
> U.S.D.C., Eastern District No. 2:11-CV-01309, Section A, Mag. Div. 4
> District Judge Jay C. Zainey, Magistrate Judge Karen Wells Roby

    The action involves questions of fact that are common to actions previously transferred by this Panel to the above-referenced MDL.  Therefore, we request that your office transfer this action to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

    A copy of the corresponding docket sheet and complaint of the above-listed action is attached for your consideration.

    Thank you for your assistance in this matter.

**FRILOT L.L.C.**

Jeffrey N. Luthi, Clerk
Judicial Panel on Multi District Litigation
*In re: Asbestos Litigation Products Liability Litigation (No. VI)*
*Michael Grant Mason, representative of the Succession of Milan Arthur Barackman v. Foster Wheeler, et al*
June 29, 2011
Page 2

                Sincerely,

                /s/ John J. Hainkel, III

                John J. Hainkel, III

JJH/kcb

Enclosures

cc (via U.S. Mail):    Loretta G. Whyte, Clerk of Court, USDC, EDLA  (via U.S. Mail)
                          Scott R. Bickford, Esq.
                          Ronald Dean Church, Jr., Esq.
                          Wendel Stout, III, Esq.
                          Thomas G. Milazzo, Esq.