BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS )
LIABILITY LITIGATION (NO. VI) )
MDL-875 )

**SCHEDULE OF ACTION**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Michael Grant Mason, representative of the Succession of Milan Arthur Barackman  **Defendants:** Foster Wheeler, LLC, General Electric Company, Owens-Illinois, Inc., Rapid American Corporation, Uniroyal, Inc., Viacom, Inc., Riley Power, Inc. | E.D. Louisiana | 2:11-cv-01309-JCZ-KWR | Jay C. Zainey |

Dated June 29, 2011

Respectfully submitted:

FRILOT L.L.C.

    /s/ John J. Hainkel, III
JOHN J. HAINKEL, III – 18246
ANGELA M. BOWLIN – 20714
JAMES H. BROWN, JR. – 3564
PETER R. TAFARO – 28776
MEREDITH K. KEENAN - 29287
REBECCA A. ZOTTI – 33446
3700 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 599-8000
Counsel for General Electric Company and CBS Corporation