BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS | ) |
| LIABILITY LITIGATION (NO. VI) | ) |
| MDL-875 | ) |

ORIGINAL CASE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL GRANT MASON,** | * | |
| Representative of the Succession of | * | CIVIL ACTION NO. 2:11-cv-01309 |
| Milan Arthur Barackman | * | |
| | * | |
| **VERSUS** | * | SECTION A |
| | * | |
| **FOSTER WHEELER, LLC, GENERAL** | * | |
| **ELECTRIC COMPANY,** | * | JUDGE JAY C. ZAINEY |
| **OWENS-ILLINOIS, INC.,** | * | |
| **RAPID AMERICAN CORPORATION,** | * | |
| **UNIROYAL, INC., VIACOM, INC.,** | * | MAG. JUDGE KAREN WELLS ROBY |

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Notice of Potential Tag Along, Casse Docket Sheet, Complaint, and this Certificate of service were served gy First Class Mail on June 29, 2011, to the following:

Clerk, United States District Court for the Eastern District of Louisiana
Loretta G. Whyte
500 Poydras Street, Room C-151
New Orleans, La  70130

Scott R. Bickford
Martzell & Bickford
338 Lafayette Street
New Orleans, LA  70130
    Counsel for Plaintiff, Michael Grant Mason, Representative of the Succession of
    Milan Arthur Barackman

Ronald Dean Church, Jr.
Forman, Perry, Watkins, Krutz & Tardy, LLP
1515 Poydras Street, Suite 1300
New Orleans, LA 70112
    Counsel for Owens-Illinois, Inc., d/b/a O-I

Dated June 29, 2011

          Respectfully submitted:

          FRILOT L.L.C.

          /s/ John J. Hainkel, III
          JOHN J. HAINKEL, III – 18246
          ANGELA M. BOWLIN – 20714
          JAMES H. BROWN, JR. – 3564
          PETER R. TAFARO – 28776
          MEREDITH K. KEENAN - 29287
          REBECCA A. ZOTTI – 33446
          3700 Energy Centre, 1100 Poydras Street
          New Orleans, Louisiana 70163
          Telephone: (504) 599-8000
          Counsel for General Electric Company and CBS Corporation