# U. S. District Court
## Eastern District of Louisiana (New Orleans)
## CIVIL DOCKET FOR CASE #: 2:11-cv-01309-JCZ-KWR

Mason v. Foster Wheeler, LLC et al
Assigned to: Judge Jay C. Zainey
Referred to: Magistrate Judge Karen Wells Roby
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 06/01/2011
Jury Demand: Plaintiff
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**Michael Grant Mason**
*Representative of the Succession of*
*Milan Arthur Barackman*

represented by **Scott R. Bickford**
Martzell & Bickford
338 Lafayette St.
New Orleans, LA 70130
(504) 581-9065
Email: usdcedla@mbfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence J. Centola , III**
Martzell & Bickford
338 Lafayette St.
New Orleans, LA 70130
504-581-9065
Email: lcentola@mbfirm.com
*ATTORNEY TO BE NOTICED*

**Roshawn H. Donahue**
Martzell & Bickford
338 Lafayette St.
New Orleans, LA 70130
504-581-9065
Email: rhd@mbfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Foster Wheeler, LLC**

**Defendant**

**General Electric Company**

represented by **John Joseph Hainkel , III**
Frilot L.L.C.
Energy Centre
1100 Poydras St.

Suite 3700
New Orleans, LA 70163-3700
(504) 599-8000
Email: jhainkel@frilot.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Angela M. Bowlin**
Frilot L.L.C.
Energy Centre
1100 Poydras St.
Suite 3700
New Orleans, LA 70163-3700
(504) 599-8000
Fax: (504) 599-8271
Email: abowlin@frilot.com
*ATTORNEY TO BE NOTICED*

**James H. Brown , Jr.**
Frilot L.L.C.
Energy Centre
1100 Poydras St.
Suite 3700
New Orleans, LA 70163-3700
(504) 599-8000
Email: jbrown@frilot.com
*ATTORNEY TO BE NOTICED*

**Meredith K. Keenan**
Frilot L.L.C.
Energy Centre
1100 Poydras St.
Suite 3700
New Orleans, LA 70163-3700
504-599-8066
*ATTORNEY TO BE NOTICED*

**Peter R. Tafaro**
Frilot L.L.C.
Energy Centre
1100 Poydras St.
Suite 3700
New Orleans, LA 70163-3700
504-599-8060
Fax: 504-524-7887
Email: ptafaro@frilot.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rapid American Corporation**

**Defendant**

**Owens-Illinois, Inc.**       represented by    **Walter G. Watkins , III**
*doing business as*                                Forman, Perry, Watkins, Krutz , LLP
O-I                                         (Jackson)
City Centre Bldg.
200 South Lamar Street
Suite 100
Jackson, MS 39201
601-960-8600
Email: trey@fpwk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ann Russell Chandler**
Forman, Perry, Watkins, Krutz , LLP
(Jackson)
City Centre Bldg.
200 South Lamar Street
Suite 100
Jackson, MS 39201
601-973-5944
Email: chandlerar@fpwk.com
*ATTORNEY TO BE NOTICED*

**Ronald Dean Church , Jr.**
Forman, Perry, Watkins, Krutz & Tardy,
LLP (New Orleans)
1515 Poydras St.
Suite 1300
New Orleans, LA 70112
504-799-4383
Email: churchd@fpwk.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Uniroyal, Inc.**

**Defendant**

**Viacom, Inc.**       represented by    **John Joseph Hainkel , III**
*TERMINATED: 06/27/2011*                        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Riley Power, Inc.**

**Defendant**

| | | |
|---|---|---|
| **CBS Corporation** | represented by | **John Joseph Hainkel , III** |
| *a Delaware corporation (erroneously* | | (See above for address) |
| *named as Viacom, Inc.)* | | *LEAD ATTORNEY* |
| *formerly known as* | | *ATTORNEY TO BE NOTICED* |
| Viacom, Inc. | | |
| *formerly known as* | | **Angela M. Bowlin** |
| Westinghouse Electric Corporation | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**James H. Brown , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meredith K. Keenan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter R. Tafaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2011 | 1 | COMPLAINT against All Defendants (Filing fee $ 350 receipt number 053L-3053895) filed by Michael Grant Mason. (Attachments: # 1 Civil Cover Sheet)(Centola, Lawrence) Modified text on 6/2/2011 (gbw, ). (copy to asbestos clerk). Modified text on 6/8/2011 (gbw, ). Modified on 6/16/2011 (gbw, ). (copy with docket sheet to J. Harrison) (Entered: 06/01/2011) |
| 06/02/2011 | 2 | Initial Case Assignment to Judge Jay C. Zainey and Magistrate Judge Daniel E. Knowles, III. (cl, ) (Entered: 06/02/2011) |
| 06/02/2011 | 3 | Summons Submitted for Issuance as to Foster Wheeler, LLC filed by All Plaintiffs re 1 Complaint. (Centola, Lawrence) Modified event on 6/2/2011 (gbw, ). (Entered: 06/02/2011) |
| 06/02/2011 | 4 | Summons Submitted for Issuance as to General Electric Company filed by Michael Grant Mason re 1 Complaint. (Centola, Lawrence) Modified event on 6/2/2011 (gbw, ). (Entered: 06/02/2011) |
| 06/02/2011 | 5 | Summons Submitted for Issuance as to Owens-Illinois, Inc., filed by Michael Grant Mason re 1 Complaint. (Centola, Lawrence) Modified event on 6/2/2011 (gbw, ). (Entered: 06/02/2011) |
| 06/02/2011 | 6 | Summons Submitted for Issuance as to Rapid American Corporation filed by Michael Grant Mason re 1 Complaint. (Centola, Lawrence) Modified event on |

| | | |
|---|---|---|
| | | 6/2/2011 (gbw, ). (Entered: 06/02/2011) |
| 06/02/2011 | 7 | Summons Submitted for Issuance as to Riley Power, Inc., filed by Michael Grant Mason re 1 Complaint. (Centola, Lawrence) Modified event on 6/2/2011 (gbw, ). (Entered: 06/02/2011) |
| 06/02/2011 | 8 | Summons Submitted for Issuance as to Uniroyal, Inc., filed by Michael Grant Mason re 1 Complaint. (Centola, Lawrence) Modified event on 6/2/2011 (gbw, ). (Entered: 06/02/2011) |
| 06/02/2011 | 9 | Summons Submitted for Issuance as to Viacom, Inc., filed by Michael Grant Mason re 1 Complaint. (Centola, Lawrence) Modified event on 6/2/2011 (gbw, ). (Entered: 06/02/2011) |
| 06/02/2011 | 10 | Correction of Docket Entry by Clerk re 4 Request for Summons Issued, 8 Request for Summons Issued, 7 Request for Summons Issued, 5 Request for Summons Issued, 3 Request for Summons Issued, 9 Request for Summons Issued, 6 Request for Summons Issued. Filing attorney selected incorrect event. Correct event is Summons Submitted for Issuance. Clerk took corrective action by changing the event. The event 'Request of Summons Issued' requires a request form as the main document with the summons as separate attachment(s). The event 'Summons Submitted for Issuance' requires only the summons. For multiple summons, you can submit one summons as the main document and the other individual summons as separate attachments. This way, it can be filed as one entry instead of filing several entries. No further action is necessary. (gbw, ) (Entered: 06/02/2011) |
| 06/02/2011 | 11 | Summons Issued as to Foster Wheeler, LLC, General Electric Company, Owens-Illinois, Inc., Rapid American Corporation, Riley Power, Inc., Uniroyal, Inc., Viacom, Inc.. (Attachments: # 1 Summons GE Co, # 2 Summons Owens IL Inc, # 3 Summons Rapid American Corp, # 4 Summons Uniroyal Inc, # 5 Summons Viacom Inc, # 6 Summons Riley Power Inc)(gbw)(Entered: 06/02/2011) |
| 06/08/2011 | 12 | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Karen Wells Roby for all further proceedings. Magistrate Judge Daniel E. Knowles, III no longer assigned to case. Signed by Magistrate Judge Daniel E. Knowles on 6/7/2011.(gbw, )(NEF: MJ Knowles, MJ Roby) Modified text on 6/16/2011 (gbw, ). (Entered: 06/08/2011) |
| 06/27/2011 | 13 | ANSWER to 1 Complaint, by Owens-Illinois, Inc..(Chandler, Ann) (Entered: 06/27/2011) |
| 06/27/2011 | 14 | Correction of Docket Entry by Clerk re 13 Answer to Complaint. Document contains incorrect Magistrate Judge. All future pleadings must reflect Section A and Magistrate Judge 4. (gbw, ) (Entered: 06/27/2011) |
| 06/27/2011 | 15 | ANSWER to 1 Complaint by General Electric Company.(Hainkel, John) Modified to add linkage on 6/28/2011 (gbw, ). (Entered: 06/27/2011) |
| 06/27/2011 | 16 | Statement of Corporate Disclosure by General Electric Company (Hainkel, John) (Entered: 06/27/2011) |

| | | |
|---|---|---|
| 06/27/2011 | 17 | ANSWER to 1 Complaint by CBS Corporation .(Hainkel, John) Modified to add linkage on 6/28/2011 (gbw, ). (Entered: 06/27/2011) |
| 06/27/2011 | 18 | Statement of Corporate Disclosure by CBS Corporation naming National Amusements, Inc. as corporate parent. (Hainkel, John) Modified on 6/28/2011 (gbw, ). (Entered: 06/27/2011) |
| 06/28/2011 | 19 | Correction of Docket Entry by Clerk re 15 Answer to Complaint, 16 Statement of Corporate Disclosure, 13 Answer to Complaint, 17 Answer to Complaint, 18 Statement of Corporate Disclosure. Document contains incorrect Magistrate Judge. All future pleadings must reflect Section A (JCZ) and Magistrate Judge 4 (KWR) (gbw, ) (Entered: 06/28/2011) |
| 06/28/2011 | 20 | Correction of Docket Entry by Clerk re 15 Answer to Complaint, 17 Answer to Complaint. Document should have been linked to another document by checking the box 'Should the document you are filing link to another document' or by selecting a related document on other appropriate screen. Clerk took corrective action by linking document to document #1.' (gbw, ) (Entered: 06/28/2011) |
| 06/29/2011 | 21 | SUMMONS Returned Executed; All Defendants. (Centola, Lawrence) (Entered: 06/29/2011) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/29/2011 14:04:51 | | |
| **PACER Login:** | fp0245 | **Client Code:** | Barackman |
| **Description:** | Docket Report | **Search Criteria:** | 2:11-cv-01309-JCZ-KWR |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
## CIVIL DOCKET FOR CASE #: 2:11-cv-01309-JCZ-KWR

| | |
|---|---|
| Mason v. Foster Wheeler, LLC et al | Date Filed: 06/01/2011 |
| Assigned to: Judge Jay C. Zainey | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Karen Wells Roby | Nature of Suit: 368 P.I. : Asbestos |
| Cause: 28:1332 Diversity-Asbestos Litigation | Jurisdiction: Diversity |

**Plaintiff**

**Michael Grant Mason**        represented by   **Scott R. Bickford**
*Representative of the Succession of*                    Martzell & Bickford
*Milan Arthur Barackman*                        338 Lafayette St.
                                                New Orleans, LA 70130
                                                (504) 581-9065
                                                Email: usdcedla@mbfirm.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Lawrence J. Centola , III**
                                                Martzell & Bickford
                                                338 Lafayette St.
                                                New Orleans, LA 70130
                                                504-581-9065
                                                Email: lcentola@mbfirm.com
                                                *ATTORNEY TO BE NOTICED*

                                                **Roshawn H. Donahue**
                                                Martzell & Bickford
                                                338 Lafayette St.
                                                New Orleans, LA 70130
                                                504-581-9065
                                                Email: rhd@mbfirm.com
                                                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Foster Wheeler, LLC**

**Defendant**

**General Electric Company**        represented by   **John Joseph Hainkel , III**
                                                Frilot L.L.C.
                                                Energy Centre
                                                1100 Poydras St.

Suite 3700
New Orleans, LA 70163-3700
(504) 599-8000
Email: jhainkel@frilot.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Angela M. Bowlin**
Frilot L.L.C.
Energy Centre
1100 Poydras St.
Suite 3700
New Orleans, LA 70163-3700
(504) 599-8000
Fax: (504) 599-8271
Email: abowlin@frilot.com
*ATTORNEY TO BE NOTICED*

**James H. Brown , Jr.**
Frilot L.L.C.
Energy Centre
1100 Poydras St.
Suite 3700
New Orleans, LA 70163-3700
(504) 599-8000
Email: jbrown@frilot.com
*ATTORNEY TO BE NOTICED*

**Meredith K. Keenan**
Frilot L.L.C.
Energy Centre
1100 Poydras St.
Suite 3700
New Orleans, LA 70163-3700
504-599-8066
*ATTORNEY TO BE NOTICED*

**Peter R. Tafaro**
Frilot L.L.C.
Energy Centre
1100 Poydras St.
Suite 3700
New Orleans, LA 70163-3700
504-599-8060
Fax: 504-524-7887
Email: ptafaro@frilot.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rapid American Corporation**

**Defendant**

**Owens-Illinois, Inc.**
*doing business as*
O-I

represented by **Walter G. Watkins , III**
Forman, Perry, Watkins, Krutz , LLP
(Jackson)
City Centre Bldg.
200 South Lamar Street
Suite 100
Jackson, MS 39201
601-960-8600
Email: trey@fpwk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ann Russell Chandler**
Forman, Perry, Watkins, Krutz , LLP
(Jackson)
City Centre Bldg.
200 South Lamar Street
Suite 100
Jackson, MS 39201
601-973-5944
Email: chandlerar@fpwk.com
*ATTORNEY TO BE NOTICED*

**Ronald Dean Church , Jr.**
Forman, Perry, Watkins, Krutz & Tardy,
LLP (New Orleans)
1515 Poydras St.
Suite 1300
New Orleans, LA 70112
504-799-4383
Email: churchd@fpwk.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Uniroyal, Inc.**

**Defendant**

**Viacom, Inc.**
*TERMINATED: 06/27/2011*

represented by **John Joseph Hainkel , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Riley Power, Inc.**

**Defendant**

**CBS Corporation**
*a Delaware corporation (erroneously
named as Viacom, Inc.)*
*formerly known as*
Viacom, Inc.
*formerly known as*
Westinghouse Electric Corporation

represented by    **John Joseph Hainkel , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Angela M. Bowlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James H. Brown , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meredith K. Keenan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter R. Tafaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2011 | 1 | COMPLAINT against All Defendants (Filing fee $ 350 receipt number 053L-3053895) filed by Michael Grant Mason. (Attachments: # 1 Civil Cover Sheet)(Centola, Lawrence) Modified text on 6/2/2011 (gbw, ). (copy to asbestos clerk). Modified text on 6/8/2011 (gbw, ). Modified on 6/16/2011 (gbw, ). (copy with docket sheet to J. Harrison) (Entered: 06/01/2011) |
| 06/02/2011 | 2 | Initial Case Assignment to Judge Jay C. Zainey and Magistrate Judge Daniel E. Knowles, III. (cl, ) (Entered: 06/02/2011) |
| 06/02/2011 | 3 | Summons Submitted for Issuance as to Foster Wheeler, LLC filed by All Plaintiffs re 1 Complaint. (Centola, Lawrence) Modified event on 6/2/2011 (gbw, ). (Entered: 06/02/2011) |
| 06/02/2011 | 4 | Summons Submitted for Issuance as to General Electric Company filed by Michael Grant Mason re 1 Complaint. (Centola, Lawrence) Modified event on 6/2/2011 (gbw, ). (Entered: 06/02/2011) |
| 06/02/2011 | 5 | Summons Submitted for Issuance as to Owens-Illinois, Inc., filed by Michael Grant Mason re 1 Complaint. (Centola, Lawrence) Modified event on 6/2/2011 (gbw, ). (Entered: 06/02/2011) |
| 06/02/2011 | 6 | Summons Submitted for Issuance as to Rapid American Corporation filed by Michael Grant Mason re 1 Complaint. (Centola, Lawrence) Modified event on |

| | | |
|---|---|---|
| | | 6/2/2011 (gbw, ). (Entered: 06/02/2011) |
| 06/02/2011 | 7 | Summons Submitted for Issuance as to Riley Power, Inc., filed by Michael Grant Mason re 1 Complaint. (Centola, Lawrence) Modified event on 6/2/2011 (gbw, ). (Entered: 06/02/2011) |
| 06/02/2011 | 8 | Summons Submitted for Issuance as to Uniroyal, Inc., filed by Michael Grant Mason re 1 Complaint. (Centola, Lawrence) Modified event on 6/2/2011 (gbw, ). (Entered: 06/02/2011) |
| 06/02/2011 | 9 | Summons Submitted for Issuance as to Viacom, Inc., filed by Michael Grant Mason re 1 Complaint. (Centola, Lawrence) Modified event on 6/2/2011 (gbw, ). (Entered: 06/02/2011) |
| 06/02/2011 | 10 | Correction of Docket Entry by Clerk re 4 Request for Summons Issued, 8 Request for Summons Issued, 7 Request for Summons Issued, 5 Request for Summons Issued, 3 Request for Summons Issued, 9 Request for Summons Issued, 6 Request for Summons Issued. Filing attorney selected incorrect event. Correct event is Summons Submitted for Issuance. Clerk took corrective action by changing the event. The event 'Request of Summons Issued' requires a request form as the main document with the summons as separate attachment(s). The event 'Summons Submitted for Issuance' requires only the summons. For multiple summons, you can submit one summons as the main document and the other individual summons as separate attachments. This way, it can be filed as one entry instead of filing several entries. No further action is necessary. (gbw, ) (Entered: 06/02/2011) |
| 06/02/2011 | 11 | Summons Issued as to Foster Wheeler, LLC, General Electric Company, Owens-Illinois, Inc., Rapid American Corporation, Riley Power, Inc., Uniroyal, Inc., Viacom, Inc.. (Attachments: # 1 Summons GE Co, # 2 Summons Owens IL Inc, # 3 Summons Rapid American Corp, # 4 Summons Uniroyal Inc, # 5 Summons Viacom Inc, # 6 Summons Riley Power Inc)(gbw)(Entered: 06/02/2011) |
| 06/08/2011 | 12 | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Karen Wells Roby for all further proceedings. Magistrate Judge Daniel E. Knowles, III no longer assigned to case. Signed by Magistrate Judge Daniel E. Knowles on 6/7/2011.(gbw, )(NEF: MJ Knowles, MJ Roby) Modified text on 6/16/2011 (gbw, ). (Entered: 06/08/2011) |
| 06/27/2011 | 13 | ANSWER to 1 Complaint, by Owens-Illinois, Inc..(Chandler, Ann) (Entered: 06/27/2011) |
| 06/27/2011 | 14 | Correction of Docket Entry by Clerk re 13 Answer to Complaint. Document contains incorrect Magistrate Judge. All future pleadings must reflect Section A and Magistrate Judge 4. (gbw, ) (Entered: 06/27/2011) |
| 06/27/2011 | 15 | ANSWER to 1 Complaint by General Electric Company.(Hainkel, John) Modified to add linkage on 6/28/2011 (gbw, ). (Entered: 06/27/2011) |
| 06/27/2011 | 16 | Statement of Corporate Disclosure by General Electric Company (Hainkel, John) (Entered: 06/27/2011) |

| 06/27/2011 | 17 | ANSWER to 1 Complaint by CBS Corporation .(Hainkel, John) Modified to add linkage on 6/28/2011 (gbw, ). (Entered: 06/27/2011) |
| 06/27/2011 | 18 | Statement of Corporate Disclosure by CBS Corporation naming National Amusements, Inc. as corporate parent. (Hainkel, John) Modified on 6/28/2011 (gbw, ). (Entered: 06/27/2011) |
| 06/28/2011 | 19 | Correction of Docket Entry by Clerk re 15 Answer to Complaint, 16 Statement of Corporate Disclosure, 13 Answer to Complaint, 17 Answer to Complaint, 18 Statement of Corporate Disclosure. Document contains incorrect Magistrate Judge. All future pleadings must reflect Section A (JCZ) and Magistrate Judge 4 (KWR) (gbw, ) (Entered: 06/28/2011) |
| 06/28/2011 | 20 | Correction of Docket Entry by Clerk re 15 Answer to Complaint, 17 Answer to Complaint. Document should have been linked to another document by checking the box 'Should the document you are filing link to another document' or by selecting a related document on other appropriate screen. Clerk took corrective action by linking document to document #1.' (gbw, ) (Entered: 06/28/2011) |
| 06/29/2011 | 21 | SUMMONS Returned Executed; All Defendants. (Centola, Lawrence) (Entered: 06/29/2011) |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL GRANT MASON,** | * | |
| **Representative of the Succession of** | * | |
| **Milan Arthur Barackman** | * | **CIVIL ACTION NO. _____** |
| | * | **JURY TRIAL DEMANDED** |
| | * | |
| | * | |
| | * | **SECTION A** |
| | * | |
| **VERSUS** | * | |
| | * | |
| | * | |
| **FOSTER WHEELER, LLC, GENERAL** | * | **JUDGE** |
| **ELECTRIC COMPANY,** | * | |
| **OWENS-ILLINOIS, INC.,** | * | |
| **RAPID AMERICAN CORPORATION,** | * | |
| **UNIROYAL, INC., VIACOM, INC.,** | * | **MAGISTRATE** |
| **RILEY POWER, INC.,** | | |

## COMPLAINT

**CLAIMANTS,** Michael Grant Mason, individually and as representatives of decedent, Milan Arthur Barackman, respectfully aver as follows:

## PARTIES

1.

Made Plaintiff is Michael Grant Mason, a person of the full age of majority who for all times pertinent herein has been domiciled in St. Tammany Parish, LA.

-1-

2.

Decedent Milan Arthur Barackman was at the time of his death domiciled in St. Tammany Parish, LA.

3.

Made defendant herein is **FOSTER WHEELER, LLC** (sometimes referred to herein as "Equipment Manufacturer Defendant") a New York based corporation which has conducted business in Louisiana.

4.

Made defendant herein is **GENERAL ELECTRIC COMPANY ("GENERAL ELECTRIC")** (sometimes referred to herein as "Equipment Manufacturer Defendant"), a New York corporation which has conducted and does conduct business in Louisiana.

5.

Made defendant is **OWENS-ILLINOIS, INC.,** (sometimes hereinafter referred to as "Asbestos Manufacturer Defendant"), an Ohio corporation which has conducted and does conduct business in Louisiana.

6.

Made defendant is **RAPID AMERICAN CORPORATION,** a foreign corporation which has conducted and/or does conduct business in Louisiana, Individually and as Successor to Phillip Carey, Inc. (sometimes hereinafter referred to as "Asbestos Manufacturer Defendant")

7.

Made defendant is **UNIROYAL, INC.,** a New Jersey corporation which has conducted and does conduct business in Louisiana (sometimes hereinafter referred to as "Asbestos Manufacturer Defendant").

8.

Made defendant herein is **VIACOM, INC., Successor by Merger to CBS CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION ("VIACOM")** (sometimes referred to herein as "Equipment Manufacturer Defendant"), a Delaware corporation which has conducted and does conduct business in Louisiana.

9.

Made defendant herein is **RILEY POWER, INC.** (sometimes referred to herein as "Equipment Manufacturer Defendant")

**JURISDICTION**

10.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 as there is complete diversity among the parties to this action, and the amount of damages in controversy exceeds this Court's requisite jurisdictional amount. Further, the asbestos exposure at issue occurred while Milan Arthur Barackman was aboard United States Navy vessels, and thus jurisdiction pursuant to 18 U.S.C. § 1331 exists.

-3-

**FACTS**

11.

Milan Arthur Barackman served aboard the Sgt Alfred Schoup from approximately 1966 until approximately 1967.  Mr. Barackman also served aboard the USS Rehoboth from April 1967 until July 1967, the USNS Albert J. Myer from the late 1960's to early 1970's, the USNS Flyer in the 1960's and 1970;s, the USNS Wyman in the late 1970's and the USNS Kingsport.

12.

Over the course of this service, Milan Arthur Barackman was exposed to asbestos dust emanating throughout the USS Rehoboth, the USNS Albert J. Myer, the USNS Flyer, the USNS Wyman, the USNS Kingsport as well as the Sgt. Alfred Schoup from asbestos-containing products manufactured and/or supplied by the Asbestos Manufacturer Defendants and Equipment Manufacturer Defendants, which were located throughout these vessels.

13.

Mesothelioma is a debilitating form of lung cancer caused by exposure to asbestos.

14.

Decedent Milan Arthur Barackman was diagnosed with mesothelioma in or about June 2010.

15.

Mr. Barackman's exposure to asbestos dust emanating throughout the USS Rehoboth, the USNS Albert J. Myer, the USNS Flyer, the USNS Wyman, the USNS Kingsport as well as the Sgt. Alfred Schoup from the Asbestos Manufacturer Defendants' and Equipment Manufacturer Defendants' asbestos-containing products as herein above alleged substantially caused Mr. Barackaman's mesothelioma and eventual death.

-4-

16.

Mr. Barackman died as the result of his mesothelioma in or about June 25, 2010.

17.

Plaintiff, Michael Grant Mason, is the nephew of Milan Arthur Barackman and the succession representative.

## LIABILITY OF EQUIPMENT MANUFACTURER DEFENDANTS

Petitioners allege and assert the following allegations:

18.

**Equipment Manufacturer Defendants**, produced, manufactured and sold products including "marine boilers" and land-based boilers which contained, as a component, asbestos-containing insulation.

19.

That the **Equipment Manufacturer Defendants** are liable for Petitioner's injuries in the following particulars:

1. Unreasonably Dangerous **Per Se**

   That the **Equipment Manufacturer Defendants** produced a product that was used by Petitioner that has as its component part asbestos-containing insulation which is unreasonably dangerous per se;

2. Failure to Warn

   That the **Equipment Manufacturer Defendants** produced a product which component part is asbestos insulation, and failed to place adequate warnings on the product to advise foreseeable users against the dangers of exposure to a component part, namely asbestos insulation, and further failed to design in such a manner as to minimize said exposures to asbestos;

-5-

3.    Strict Products Liability, Unreasonably Dangerous Due to Defective Design

That the **Equipment Manufacturer Defendants** produced a product, which component part is asbestos insulation, and designed its equipment in such a manner that it failed to incorporate warnings, and further failed to design in such a manner as to minimize said exposures to asbestos.

20.

The strict liability of the **Equipment Manufacturer Defendants** directly caused the injuries complained

herein.

## LIABILITY OF ASBESTOS MANUFACTURER DEFENDANTS

Petitioners allege and assert the following allegations:

21.

**Asbestos Manufacturer Defendants** during all the times mentioned herein and for a long time prior thereto, have been, and some are now, engaged in the business of manufacturing, installing, selling, marketing, distributing, and otherwise placing into the stream of commerce insulation materials containing asbestos.

22.

Said products were expected to and did, in fact, reach the ultimate users and consumers in substantially the same condition in which they were sold.

23.

These asbestos products of the **Asbestos Manufacturer Defendants** were defective and unreasonably dangerous in their design and marketing, which was a producing cause of the injuries and damages claimed herein.

-6-

24.

## BREACH OF IMPLIED AND EXPRESSED WARRANTIES

Petitioners allege and assert the following allegations:

Petitioner alleges that the **Asbestos Manufacturer Defendants,** and each of them, negligently breached their warranties to him in the following respects:

a)   That the **Asbestos Manufacturer Defendants** knew or in the exercise of reasonable care ought to have known that their insulation was defective, and that such insulation was not suitable for the purposes for which it was intended;

b)   That the **Asbestos Manufacturer Defendants** knew and should have tested their products, especially those containing asbestos, to ascertain the safe or dangerous nature of such products before offering them for sale, or in the alternative, should have removed such products from the market upon ascertaining that such products would cause asbestosis, lung cancer, and mesothelioma;

c)   That the **Asbestos Manufacturer Defendants** should have devised a method of application for their products, especially those containing asbestos, that would have kept those using such products from contracting asbestosis and mesothelioma if the **Asbestos Manufacturer Defendants** would not remove such products from sales to the public; and

d)   That the products of the **Asbestos Manufacturer Defendants,** especially those containing asbestos, were warranted, either expressly or impliedly, to be merchantable, when in truth they were not, and therefore, the **Asbestos Manufacturer Defendants** breached to the Petitioner, as well as to others, the warranty of merchantability.

25.

The **Asbestos Manufacturer Defendants'** breach of implied and expressed warranties resulted directly in and caused or contributed to Petitioner's injury and the damages to Petitioner as set forth below.

-7-

26.

Petitioner alleges that the **Asbestos Manufacturer Defendants**, and each of them, are strictly liable and/or are negligent in their failure to warn in the following respects:

**1.  Negligent Failure to Warn**

That the **Asbestos Manufacturer Defendants** knew or in the exercise of ordinary or reasonable care ought to have known that the insulation they manufactured and distributed was deleterious, poisonous, and highly harmful to Petitioner's body, lungs, respiratory system, skin and health, notwithstanding which, **Asbestos Manufacturer Defendants** negligently failed to take any reasonable precautions or exercise reasonable care to warn the Petitioner of the danger and harm to which he was exposed while handling the **Asbestos Manufacturer Defendants'** said insulation; and

That the **Asbestos Manufacturer Defendants** knew or in the exercise of ordinary care ought to have known that their said insulation was deleterious, poisonous, and highly harmful to the Petitioner's body, lungs, respiratory system, skin and health, notwithstanding which, **Asbestos Manufacturer Defendants** failed and omitted to provide the Petitioner with the knowledge as to what would be reasonably safe and sufficient wearing apparel and proper protective equipment and appliances, if in truth there were any, to protect them from being poisoned and disabled as they were by exposure to such deleterious and harmful compound substances and other material contained in said **Asbestos Manufacturer Defendants'** insulation.

**2.  Strict Products Liability, Unreasonably Dangerous Due to Defective Design**

That the **Asbestos Manufacturer Defendants** packaged asbestos-containing insulation in such a manner that in the ordinary handling of the packaging, Petitioner came in contact with such deleterious, poisonous and highly harmful compound substances and other material contained in said Asbestos Manufacturer Defendants' insulation;

That the **Asbestos Manufacturer Defendants** failed to design their packaging and product in such a manner so as to advise and warn foreseeable users, including the Petitioner, by placing warnings on

-8-

their containers of said insulation and/or on the actual insulation, to advise the handlers, other users and bystanders of the dangers of exposure with said insulation; and

**3.      Unreasonably Dangerous Per Se**

That **Asbestos Manufacturer Defendants'** products are unreasonably dangerous <u>per se.</u>

27.

**Asbestos Manufacturer Defendants'** negligent failure to warn caused their products to be unreasonably dangerous.

28.

Exposure to **Asbestos Manufacturer Defendants'** unreasonably dangerous products substantially caused the injuries complained of herein.

After a trial on the merits, Plaintiffs pray for a judgment in their favor and against the Defendants for all damages awardable by law which they have suffered, individually and as representatives of Milan Arthur Barackman, as a result of the facts herein above alleged, together with interest from the date of judicial demand.

29.

Plaintiffs request a trial on the merits of all issues by a properly impaneled jury.

Respectfully submitted,

**MARTZELL & BICKFORD**


_/s/ Lawrence J. Centola, III_____
**SCOTT R. BICKFORD, T.A. (1165)**

-9-

**LAWRENCE J. CENTOLA (#27402)**
**ROSHAWN H. DONAHUE (#30905)**
338 Lafayette Street
New Orleans, LA  70130
Telephone: (504) 581-9065
Facsimile:   (504) 581-7635

F:\Clients\BARACKMAN, MILAN\Pleadings\USDCEDLA complaint - original.wpd

-10-

✎JS 44   (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Michael Grant Mason, Representative of the Succession of Milan A. Barackman

(b) County of Residence of First Listed Plaintiff   St. Tammany
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)

**MARTZELL & BICKFORD**
338 Lafayette St.
New Orleans, LA 70130-3244 (504) 581-9065

## DEFENDANTS
Foster Wheeler, LLC, et al

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☒ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1332
Brief description of cause:
ASBESTOS EXPOSURE

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____  DOCKET NUMBER _____

DATE   10-1-11
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____