# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL 875

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **WANDA K. MILLER** as administrator of The Estate of **John Roland Miller, Sr.**, deceased; <br><br> PLAINTIFF, <br><br> V. <br><br> **SEPCO CORPORATION,** <br><br> DEFENDANT. | ) ) ) ) ) ) ) ) ) ) ) ) | **NOTICE OF POTENTIAL TAG-ALONG** <br><br> Civil Action No.: 10-CV-1027 |

## NOTICE OF POTENTIAL TAG-ALONG

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in the federal court to the United states District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions", or actions involving common questions of fact filed after the January 17, 1991, filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

1

>Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this case is a potential "tag-along action" within the meaning of Rule 1.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either 1) enter a conditional transfer order pursuant to MDL Rule 7.4 (a), or 2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

Dated this 30th day of June, 2011.

>s/ G. Patterson Keahey
>G. Patterson Keahey, Attorney for Plaintiffs
>Alabama Bar No: ASB-6357-A64G

LAW OFFICE OF G. PATTERSON KEAHEY, P.C.
One Independence Plaza, Ste 612
Birmingham, Alabama 35209
(205) 871-0707   Telephone
(205) 871-0801   Facsimile
efile@mesohelp.com

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Potential Tag-Along and this Certificate of Service was served on the following by email with the exception of the clerk's office, which is being served by electronic filing through the ECF system:

Clerk of Court Middle District of Alabama
Debra P. Hackett, Clerk
B110 Frank M. Johnson, Jr.
U.S. Courthouse Complex
One Church St.
P.O. Box 711
Montgomery, AL 36101-0711

Frank E. Lankford, Jr., Esq.
fel@hfsllp.com
Stewart W. McCloud, Esq.
swm@hfsllp.com
Huie, Fernambucq & Stewart LLP
2801 Highway 280 South, Ste 200
Birmingham, Alabama 35223-2484
    Counsel for Defendant Sepco

This 30th Day of June 2011.

                              s/G. Patterson Keahey
                              Attorney for Plaintiff