BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL 875

**SCHEDULE OF ACTIONS**

| CASE CAPTION | COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| **Plaintiff: Wanda K. Miller**<br><br>**Defendant: Sepco Corp.** | M. D. Alabama | 2:10 cv 01027 | Susan Russ Walker |
| | | | |
| | | | |