BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 875

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **WANDA K. MILLER** as administrator of The Estate of **John Roland Miller, Sr.**, deceased; | ) ) ) ) ) | **Civil Action No.:** **10-CV-1027** |
| PLAINTIFF, | ) ) | |
| V. | ) ) | |
| SEPCO CORPORATION, | ) ) | |
| DEFENDANT. | ) | |

## PROOF OF SERVICE

I hereby certify that a copy of the Notice of Potential Tag-Along was served on the following by email with the exception of the clerk's office, which is being served by electronic filing through the ECF system:

Clerk of Court Middle District of Alabama
Debra P. Hackett, Clerk
B110 Frank M. Johnson, Jr.
U.S. Courthouse Complex
One Church St.
P.O. Box 711
Montgomery, AL 36101-0711

1

Frank E. Lankford, Jr., Esq.
fel@hfsllp.com
Stewart W. McCloud, Esq.
swm@hfsllp.com
Huie, Fernambucq & Stewart LLP
2801 Highway 280 South, Ste 200
Birmingham, Alabama 35223-2484
    Counsel for Defendant Sepco

This 30th Day of June 2011.

                         s/G. Patterson Keahey
                         Attorney for Plaintiff