# U.S. District Court
## Alabama Middle District (Montgomery)
### CIVIL DOCKET FOR CASE #: 2:10−cv−01027−WKW −SRW

| | |
|---|---|
| Miller v. Sepco Corporation | Date Filed: 12/02/2010 |
| Assigned to: Chief Judge William Keith Watkins | Jury Demand: Both |
| Referred to: Honorable Judge Susan Russ Walker | Nature of Suit: 368 P.I. : Asbestos |
| Cause: 28:1332 Diversity−Asbestos Litigation | Jurisdiction: Diversity |

**Plaintiff**

**Wanda K. Miller**
*as administrator of The Estate of John Roland Miller, Sr., deceased*

represented by **Grover Patterson Keahey , Jr.**
G. Patterson Keahey, P.C.
One Independence Plaza
Suite 612
Birmingham, AL 35209
205−871−0707
Fax: 205−871−0801
Email: efile@mesohelp.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sepco Corporation**

represented by **Frank Edward Lankford , Jr.**
Huie Fernambucq Stewart LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223−2484
205−251−1193
Fax: 205−251−1256
Email: fel@hfsllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stewart Wilcox McCloud**
Huie, Fernambucq &Stewart, LLP
3 Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205−251−1193
Fax: 205−251−1256
Email: swm@hfsllp.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2010 | 1 | COMPLAINT against Sepco Corporation ( Filing fee $ 350.00 receipt number 4602016462.), filed by Wanda K. Miller. (Attachments: # 1 Receipt)(jg, ) (Entered: 12/03/2010) |
| 12/02/2010 | | DEMAND for Trial by Jury by Wanda K. Miller. See 1 complaint for this docket entry. (No pdf for this entry) (jg, ) (Entered: 12/03/2010) |
| 12/02/2010 | 2 | Corporate/Conflict Disclosure Statement by Wanda K. Miller. (jg, ) (Entered: 12/03/2010) |
| 12/03/2010 | 3 | Summons Issued: Summons, complaint and corporate/conflict disclosure statement sent by CMRRR as to Sepco Corporation. (jg, ) (Entered: 12/03/2010) |
| 12/27/2010 | 4 | Return Receipt Card showing service of summons, complaint and corporate disclosure statement signed by "name is illegible" for Sepco Corporation served on 12/20/2010, answer due 1/10/2011. (jg, ) (Entered: 12/27/2010) |

| | | |
|---|---|---|
| 01/13/2011 | 5 | ANSWER to 1 Complaint by Sepco Corporation.(Lankford, Frank) (Entered: 01/13/2011) |
| 01/13/2011 | 6 | NOTICE by Sepco Corporation *of Tag Along Action* (Lankford, Frank) (Entered: 01/13/2011) |
| 01/13/2011 | 7 | Corporate/Conflict Disclosure Statement by Sepco Corporation. (Lankford, Frank) (Entered: 01/13/2011) |
| 01/13/2011 | | ***Attorney Stewart Wilcox McCloud for Sepco Corporation added pursuant to 5 answer. (No pdf for this docket entry) (jg, ) (Entered: 01/14/2011) |
| 01/13/2011 | | DEMAND for Trial by Jury by Sepco Corporation. See 5 answer for this docket entry. (No pdf for this entry) (jg, ) (Entered: 01/14/2011) |
| 01/14/2011 | 8 | RULE 26(f) ORDER; that the Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than February 4, 2011 as further set out. Signed by Honorable William Keith Watkins on 1/14/2011. (jg, ) (Entered: 01/14/2011) |
| 03/04/2011 | 9 | ORDER; A Rule 26(f) report containing the parties' discovery plan was due on February 4, 2011. No such report has been filed. Accordingly, it is ORDERED that the parties SHOW CAUSE on or before March 11, 2011, why they have failed to comply with prior orders of the court. Signed by Honorable William Keith Watkins on 3/4/2011. (jg, ) (Entered: 03/04/2011) |
| 03/10/2011 | 10 | RESPONSE TO ORDER TO SHOW CAUSE by Wanda K. Miller, Sepco Corporation re 9 Order to Show Cause,. (Attachments: # 1 Text of Proposed Order Proposed Order)(Lankford, Frank) (Entered: 03/10/2011) |
| 03/10/2011 | | 10 Joint MOTION for extension of deadline to file the Rule 26{f) report by Sepco Corporation. See 10 response for this docket entry which is construed as a motion. (No pdf for this docket entry) (jg, ) (Entered: 03/11/2011) |
| 03/11/2011 | 11 | ORDER; Upon consideration of the Joint Response to the Order to Show Cause 10 , which is construed as a joint motion for an extension of the deadline in to filed the Rule 26(f) report, it is ORDERED that the motion is GRANTED. The Rule 26(f) report shall be filed on or before March 25, 2011. Signed by Honorable William Keith Watkins on 3/11/2011. (jg, ) (Entered: 03/11/2011) |
| 03/25/2011 | 12 | REPORT of Rule 26(f) Planning Meeting. (McCloud, Stewart) (Main Document 12 replaced on 3/25/2011 to attach a correct PDF document) (wcl, ). Modified on 3/25/2011 (wcl, ). (Entered: 03/25/2011) |
| 03/25/2011 | 13 | NOTICE of Correction re 12 Report of Rule 26(f) Planning Meeting, to attach a correct PDF document. (Attachments: # 1 Corrected Main PDF Document to Docket Entry 12 )(wcl, ) (Entered: 03/25/2011) |
| 03/29/2011 | 14 | UNIFORM SCHEDULING ORDER: Final Pretrial Conference set for 5/3/2012 in Montgomery, Alabama before Honorable William Keith Watkins. Jury Trial set for 6/4/2012 trial term in Montgomery, Alabama before Honorable William Keith Watkins. Amended Pleadings due by 6/13/2012. Discovery due by 12/29/2011. Motions due by 1/30/2012. Mediation Notice due by 2/26/2012. Signed by Honorable William Keith Watkins on 3/29/2011. (jg, ) (Entered: 03/29/2011) |
| 03/30/2011 | 15 | GENERAL BRIEFING ORDER. Signed by Honorable William Keith Watkins on 3/30/2011. (jg, ) (Entered: 03/30/2011) |

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WANDA K. MILLER administrator of The Estate of **John Roland Miller, Sr.**, deceased; ) ) ) ) ) ) | Civil Action No.: 2:10-cv-1027-WCW-SRW |
| PLAINTIFF, ) ) | |
| V. ) ) ) | JURY DEMAND |
| SEPCO CORPORATION, ) ) | |
| DEFENDANT. ) | |

## COMPLAINT

### BACKGROUND FACTS - THE PLAINTIFF

Plaintiff, WANDA K. MILLER, a resident of West Blockton, Alabama, is the administrator of the estate of John Roland Miller, Sr., (hereinafter "Miller") who died on December 2, 2008 as a result of his exposure to asbestos materials and products. At the time of his death, Miller was a resident of West Blockton, Alabama.

Miller was continually exposed to asbestos/asbestos-containing products that were produced, manufactured, specified for use,

1

installed, distributed, sold and/or placed into the stream of commerce, by the following defendants as specified herein during his employment.

As a result of Miller's exposure to asbestos materials and products, he contracted one or more asbestos-related diseases.

**BACKGROUND FACTS - THE DEFENDANTS**

1. The Plaintiff adopts, alleges, and incorporates herein by reference all of the averments and allegations set forth in the preceding paragraphs of this complaint as if fully set forth herein.

2. The following defendant was/is a "Producer or Distributor Defendant". (The asbestos-containing products produced or distributed by each defendant that have been identified at the workplaces of Miller during his employment years, including, but not limited to, those set out herein below).

3. Sepco, a California corporation whose principal place of business is 29982 Ivy Glenn

Drive, Laguna Niguel, California 92677, may be served through its registered agent, C.T. Corporation System, 818 West Seventh Street, Los Angeles, California 90017.

**VENUE**

4. This Court has subject jurisdiction over this case pursuant to 28 U.S.C. § 1332. Plaintiff, WANDA K. MILLER, is a resident citizen of Alabama. Defendants are corporations whose principal places of business are in states other than Alabama. The amount in controversy, exclusive of interest and costs, exceeds $75,000.00 and is within the jurisdiction of the Court.

**DAMAGES**

5. Miller's asbestos related cancer was the direct and/or efficient cause of death. Each and every exposure to asbestos contributed to cause Miller's asbestos related disease.

3

## CERCLA

6. Plaintiff asserts that this suit has been filed within the applicable state statute of limitations period, and/or that this claim is timely as a matter of law pursuant to 42 U.S.C. § 9658, a provision of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"). Under this provision, the running of the state statute of limitations for applicable actions is delayed until "the date the plaintiff knew (or reasonably should have known) that the personal injury or property damages ... were caused or contributed to by the hazardous substance or pollutant or contaminant concerned." 42 U.S.C. § 9658(b)(4)(A). The provision " 'creates a federally mandated discovery rule for the accrual of state law claims involving releases of hazardous substances that cause or contribute to personal injury.... ' "Kowalski *v. Goodyear Tire and Rubber Co.*, 841 F. Supp. 104, 107 (W.D.N.Y. 1994) (quoting

4

*Soo Line Ry. Co. v. B.J. Carney & Co.*, 797 1472, 1487 (D.Minn. 1992). Application of the statute to a state law cause of action does not depend on the existence of an underlying federal CERCLA action. *Id.* at 107-08.

### COUNT ONE

### ALABAMA WRONGFUL DEATH ACT

7. Plaintiff, WANDA K. MILLER, adopts, alleges, and incorporates herein by reference all of the averments and allegations set forth in the preceding paragraphs of this complaint as if fully set forth herein.

8. Plaintiff, WANDA K. MILLER, alleges a cause of action against all of the Defendants, jointly and severally, for the wrongful death of decedent Miller, pursuant to *Ala. Code* § 6-5-410 (1975) ("The Alabama Wrongful Death Act"). No other cause of action is alleged herein by Plaintiff, WANDA K. MILLER, against any Defendant.

9. Prior to his death, Miller could have filed a cause of action in this or another

5

jurisdiction for their personal injuries resulting from the same series of wrongful acts alleged herein.

10. This action was commenced within two years from and after the death of Miller.

11. The Alabama Wrongful Death Act entitles a Plaintiff to recover punitive damages for even the simple negligence of the Defendants without any applicable cap on same. Plaintiff seeks monetary damages which, exclusive of interest and costs, exceed $75,000.00.

WHEREFORE, Plaintiff demands judgment against defendants, separately and severally in a sum to be determined by a jury together with interest from the date of injury, and the costs of this proceeding.

THIS the 2nd day of December, 2010.

G. PATTERSON KEAHEY
ASB-6357-A64G
*Attorney for Plaintiffs*

6

LAW OFFICES OF G. PATTERSON KEAHEY
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
PHONE:     205-871-0707
FACSIMILE:    205-871-0801
EMAIL:    alasbestos@mesohelp.com

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY.**

_____
G. PATTERSON KEAHEY