# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

## MDL No. 875 - In re: Asbestos Products Liability Litigation (No. VI)

*Tysver et al v. Foster Wheeler Corporation, et al.*, N.D. California, C.A. No. CV 11-02954 SC

## NOTICE OF OPPOSITION TO CTO-415

I represent Plaintiffs SALLY JOANN TYSVER, Individually and as Successor-in-Interest to Decedent WAYNE FORREST TYSVER; JODY ANN PAULSON, STEVE TYSVER; LORI S. BROWN; and ROBIN LINDSEY in the above captioned action which is included on the conditional transfer order (CTO-415). Plaintiffs submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

Steven J. Patti
Clapper, Patti, Schweizer & Mason
2330 Marinship Way, Suite 140
Sausalito, CA 94965
(415) 332-4262
steve@clapperlaw.com

## PROOF OF SERVICE BY MAIL

I declare that I am employed in the County of Marin, California; I am over the age of eighteen years and not a party to the within action; my business address is 2330 Marinship Way, Suite 140, Sausalito, California 94965.

On June 30, 2011, I served the attached document: NOTICE OF OPPOSITION TO CTO-415 in said action,

<u>XXX</u>    By placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Sausalito, California addressed as

See Attached Service List

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 30, 2011 at Sausalito, California.

_____
Lenette Lew

CLAPPER, PATTI
SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

T:\FORMS\Common\mail pos.wpd

Sally Joann Tysver, et al. ALSC Case No. RG11569254
May 17, 2011

ASBESTOS CORPORATION, LTD.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
433-0990, 434-1370, fax

ASTRA FLOORING COMPANY
Pond North LLP
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
(213) 617-6170, (213) 623-3594, fax

B.R. FUNSTEN & CO.
*James Funsten*
*825 Van Ness Avenue, Suite 201*
*San Francisco, CA 94109*

Walsworth, Franklin, Bevins & McCall
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415/781-7072, 415/391-6258 fax

THE BOEING COMPANY
Ronald A McIntire
Bo W. Kim
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
(310) 788-9900, (310) 788-3399, fax

FOSTER WHEELER CORPORATION
Edward R. Hugo
Donna L. Maul
Brydon Hugo & Parker
135 Main Street, 20th Floor
San Francisco, CA 94105
808-0300, 808-0333 fax

FRASER'S BOILER SERVICE, INC.
Frank D. Pond
Pond North, LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
(213) 617-6170, (213) 623-3594 fax

GOODRICH CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS NEW YORK GOODRICH
David Glaspy, Esq.
Glaspy & Glaspy
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300; 925-947-1594 fax

HILL BROTHERS CHEMICAL COMPANY
Michael A. Vasquez
Kelli A. Herzog
Vasquez & Estrada
1000 Fourth Street, Suite 700
San Rafael, CA 94901
415-453-0555; 415- 453-0549 fax

J & H MARINE & INDUSTRIAL ENGINEERING COMPANY
Barbara R. Adams
Adams Nye Becht LLP
222 Kearny Street, Seventh Floor
San Francisco, CA 94108-4521

(415) 982-8955, (415) 982-2042, fax

J.T. THORPE & SON, INC.
Jeffrey J. Fadeff
Reshma A. Bajaj
Bassi, Edlin, Huie & Blum LLP
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006; 415-397-1339 fax

METALCLAD INSULATION CORPORATION
Lisa L. Oberg
McKenna Long & Aldridge, LLP
101 California Street, 41st Floor
San Francisco, CA 94111
415-267-4000, 415-267-4198 fax

PARKER HANNIFIN CORPORATION
Law Offices of Peter J. Nova
P.O. Box 1328
Sonoma, CA 95476
Ph: 707-938-9610; Fax: 707-938-9612

PLANT PRODUCTS & SUPPLY CO.
Bishop Barry Drath
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
(510) 596-0888; (510) 596-0899 fax

QUINTEC INDUSTRIES, INC.; SB DECKING, INC.
Walsworth, Franklin, Bevins & McCall
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415/781-7072, 415/391-6258 fax

M. SLAYEN AND ASSOCIATES, INC.
Mark S. Kannett
Becherer, Kannett & Schweitzer
1255 Powell Street
Emeryville, CA 94608-2604
(510) 658-3600, (510) 658-1151, fax

SYD CARPENTER, MARINE CONTRACTOR, INC.
Kenneth B. Prindle, Esq.
Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP
One California Street, Suite 1910
San Francisco, CA 94111
415-788-8354; 415-788-3625 fax

UNION CARBIDE CORPORATION
John R. Brydon, Esq.
Edward R. Hugo, Esq.
Brydon Hugo & Parker
135 Main Street, Suite 2000
San Francisco, CA 94105
415-808-0300; 415-808-0333 fax

3M COMPANY fka Minnesota Mining & Manufacturing Company
Linda M. Moroney
Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900; (415) 986-8054 fax

BERRY & BERRY
P.O. Box 16070
Oakland, CA 94610
(510) 835-8330, (510) 835-5117 fax

Plaintiffs Co-Counsel:
Barrett Naman
DeLuca & Nemeroff, LLP
21021 Springbrook Plaza Drive, Suite 150
Spring, TX 77379
281-378-5970; 281-378-5976 fax