BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

ERVIN GENE FRANCIS AND PATTY JEAN FRANCIS, PLAINTIFFS,

v.

HONEYWELL INTERNATIONAL, INC.: ET AL., DEFENDANTS.

In re Asbestos Products Liability Litigation (No. VI)
MDL. No. 875 (CTO-408)

(Civil Action No. 7:11-cv-00085-ART, E.D. Kentucky (Southern Division at Pikeville))

**NOTICE OF DEVELOPMENT: TRANSFEROR COURT DISMISSAL OF THIRD-PARTY CLAIMS AGAINST THE UNITED STATE AND REMAND OF THE ACTION TO KENTUCKY STATE COURT**

The United States of America files this Notice pursuant to Local Rule 7.1(g). The United States is a third-party plaintiff in the above-captioned case. On June 16, 2011, the United States filed its Opposition to the Conditional Transfer Order in this matter, explaining that the third-party action against the United States, brought by defendant Honeywell International, Inc., in a state court proceeding and then removed to the United States District Court for the Eastern District of Kentucky, should be dismissed because the action was barred by the decisions of the United States Supreme Court in *Feres v. United States*, 340 U.S. 135 (1950), and *Stencel Aero Engineering Corp. v. United States*, 432 U.S. 666 (1977); and was also barred by the derivative jurisdiction doctrine, which required that the matter be remanded to state court. Dkt. 7380/8. The United States' motion to vacate the Conditional Transfer order was scheduled to be filed no later than July 1, 2011. Dkt. 7382.

On June 27, 2011, however, Honeywell informed this Court that it had voluntarily

1

dismissed the United States and had informed the Eastern District of Kentucky that it was not opposing the remand request (Dkt. 7431/19). On June 29, 2011, United States District Judge Amul R. Thapar issued an order dismissing "Honeywell's third-party claims against the United States" and remanding the case to state court. *See* Exh. A (Order of Judge Thapar in Civil Action No. 11-85-ART, E.D. KY (Southern Division, Pikeville).

Per the undersigned's discussion this morning with Deputy Clerk Theresa Bishop, the United States files this Notice, which vitiates the need to file a Motion to Vacate the Conditional Transfer Order, since the case against the United States has been dismissed and the underlying matter is no longer in federal court.

RESPECTFULLY SUBMITTED,

Dated: June 30, 2011

TONY WEST
Assistant Attorney General
Civil Division

J. PATRICK GLYNN
Director, Torts Branch
Civil Division

s/ *David S. Fishback*
DAVID S. FISHBACK
DC Bar No. 182907
Assistant Director
Torts Branch (Environmental Torts)
Civil Division
United States Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone: (202) 616-4206
David.Fishback@USDOJ.GOV

Carlton S. Shier, IV
Assistant United States Attorney

Chief, Civil Division
United States Attorney's Office
Eastern District of Kentucky
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507
Telephone: (859) 685-4832
Carlton.Shier@USDOJ.GOV

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2011 the foregoing Notice pursuant to Local Rule 7.1(g) was filed via the U.S. District Court's CM/ECF electronic filing system, and a copy thereof was thereby served via the CM/ECF system to all registered users, which includes at least one attorney for each represented party, and is available for viewing and downloading from the ECF system, as well as via first class mail to the following who are not on the CM/ECF system:

Thacker Auto Parts, Inc.
Thacker Auto Parts Company, Inc.
c/o Bobby Gene Thacker
1009 North Bypass Road
Pikeville, KY 41501

L. Michael Brooks, Jr.
WELLS, ANDERSON & RACE
1700 Broadway, Suite 1020
Denver, CO 80290
*Counsel for Carquest Corporation*

Calvin R. Fulkerson
J. Christian Lewis
FULKERSON & KINKEL
239 North Broadway
Lexington, KY 40507
*Counsel for Pneumo Abex, LLC*

s/ *David S. Fishback*
DAVID S. FISHBACK
DC Bar No. 182907
Assistant Director
Torts Branch (Environmental Torts)
Civil Division
United States Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Attorney Telephone: (202) 616-4206
David.Fishback@USDOJ.GOV
