UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| ERVIN GENE FRANCIS, et al., ) | |
| ) | |
|      Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| HONEYWELL INTERNATIONAL, INC., ) | |
| et al., ) | |
| ) | |
|      Defendants. ) | |
| ) | **Civil Action No. 11-85-ART** |
| and ) | |
| ) | |
| HONEYWELL INTERNATIONAL, INC., ) | **ORDER** |
| ) | |
|      Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
|      Third-Party Defendant. ) | |

*** *** *** ***

The United States, a third-party defendant, removed this action under 28 U.S.C. § 1442(a)(1) on June 6, 2011. R. 1. The United States then filed a motion to dismiss Honeywell's third-party claims against it, R. 2, and the plaintiffs filed a motion to remand, R. 3. Honeywell has now filed a proposed order voluntarily dismissing its third-party claims against the United States under Federal Rule of Civil Procedure 41(a), R. 5, and a notice that it does not oppose the plaintiffs' motion to remand, R. 6. It is therefore **ORDERED** as follows:

(1)    Honeywell's third-party claims against the United States are **DISMISSED**.

(2)     The plaintiffs' motion to remand, R. 3, is **GRANTED**.

(3)     This action shall be **REMANDED** to state court and **STRICKEN** from the Court's active docket.  All other pending motions are **DENIED AS MOOT**.

This the 29th day of June, 2011.

**Signed By:**

**_Amul R. Thapar_**

**United States District Judge**

2