BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LIGITATION
MDL DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI)

(In Re: Conditional Transfer Order (CTO-400))

CASE ORIGINATES FROM
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SALLY GROS VEDROS** | * | CIVIL ACTION |
| | * | |
| VS. | * | |
| | * | NO. LAE 2:11-cv-01198 |
| | * | |
| **NORTHROP GRUMMAN** | * | |
| **SHIPBUILDING, INC.,** *ET AL.* | * | |
| | * | |

**************************************************************************

MEMORANDUM IN OPPOSITION TO MOTION TO VACATE
CONDITIONAL TRANSFER ORDER

Northrop Grumman Shipbuilding, Inc., (n/k/a Huntington Ingalls Incorporated), Albert L. Bossier, Jr., J. Melton Garrett, OneBeacon Insurance Company, American Employers Insurance Company and American Motorists Insurance Company (the "Avondale Interests"), submit this Memorandum in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order and respectfully show as follows:[1]

---

[1] Plaintiff, Sally Gros Vedros, has died since the filing of her lawsuit. Because her heirs have not been substituted as plaintiffs, the interest seeking to vacate the C.T.O. will be referred to as "plaintiff."

1

This action is an asbestos personally injury lawsuit. It involves common questions of fact with actions previously transferred to the MDL No. 875. According to the Judicial Panel on Multidistrict Litigation in the case *In Re Asbestos Products Liability Litigation,* (No. VI) 771 F. Supp. 415 (JPML 1991) transferring this action will serve the convenience of the parties and witnesses to promote the just and efficient conduct of the litigation.

In Plaintiff's Motion to Vacate, the Plaintiff asserts that the matter was improvidently removed to federal court in Louisiana, and that the transference of this matter should be delayed until her Motion to Remand has been heard. In the first place, the Avondale Interests maintain that the matter was not improvidently removed and that federal jurisdiction most assuredly obtains. In fact, no fewer than three separate defendants have submitted briefs opposing remand on the grounds that each has his or its own independent grounds on which federal jurisdiction is founded. Moreover, this Panel has repeatedly held that the pendency of a motion to remand is not a reason to delay transfer and under Panel Rule 2.1(d), the pendency of a Conditional Transfer Order does not limit the pre-trial jurisdiction of the Eastern District of Louisiana in this case. The transferor court in this case had an opportunity to rule on the Motion to Remand but declined to do so when it granted a motion to stay all proceedings pending the transfer of this matter to the Eastern District of Pennsylvania.

Plaintiff also emphasizes that she is suffering from a terminal cancer. That is no longer the case inasmuch as plaintiff has succumbed to her disease. Accordingly, any health concerns set forth in the Motion to Vacate are now moot. In sum, none of the reasons set forth in the Motion to Vacate has ever served as grounds to disrupt transfer of a case that is exactly suited to for the purposes of the multidistrict consolidation envisioned by this Panel.

Respectfully submitted:

*/s/Gordon P. Wilson*
GARY A. LEE (#08265)
RICHARD M. PERLES (#1534)
GORDON P. WILSON (#20426)
A. ANN CATES (#24769
DAVID L. HOSKINS (#07013
STEVEN E. LACOSTE (#23512)
LEE, FUTRELL & PERLES, L.L.P.
201 St. Charles Avenue, Suite 4120
New Orleans, Louisiana 70170
Telephone: (504) 569-1725
Facsimile: (504) 569-1726
Counsel for Huntington Ingalls Incorporated, f/k/a Northrop Grumman Shipbuilding, Inc.), Albert L. Bossier, Jr. and J. Melton Garrett

And

SAMUEL M. ROSAMOND, III (#17122)
ADAM D. deMAHY (#29826)
CRAWFORD LEWIS, PLLC
400 Poydras Street, Suite 2100
New Orleans, LA 70130
Telephone: (504) 568-1933
Facsimile: (504) 568-9699
Counsel for OneBeacon America Insurance Company and American Employers Insurance Company

And

BRIAN C. BOSSIER (#16818)
EDWIN A. ELLINGHAUSEN (#1347)
CHRISTOPHER T. GRACE, III (#26901)
BLUE WILLIAMS, L.L.P.
3421 N. Causeway Blvd., 9th Floor
Metairie, LA 70002-3760
Telephone: (504) 831-4091
Facsimile: (504) 831-3055
Counsel for American Motorists Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify by my signature hereinabove that on this 30th day of June, 2011, a copy of the foregoing has been filed with the Clerk of Court using CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/Gordon P. Wilson*
Gordon P. Wilson