*BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

| | |
|---|---|
| **In re:** § | |
| § | **MDL 875** |
| **Asbestos Product Liability Litigation (No. VI)** § | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL GAYLE and CLAUDETTE., | CIVIL ACTION NO. 4:11-cv-03008-DRM |
| Plaintiffs, | MAGISTRATE JUDGE DONNA M. RYU |
| VS. | |
| ASBESTOS COMPANIES, et al., ET AL., | |
| Defendants. | |

## PLAINTIFFS' NOTICE OF OPPOSITION TO CTO NO. 415

I represent Plaintiffs CARL B. GAYLE and CLAUDETTE GAYLE in the above captioned matter which is included on the Conditional Transfer Order no. 415. Plaintiffs CARL B. GAYLE and CLAUDETTE GAYLE submit this opposition to the Conditional Transfer Order. I understand that the motion and brief to vacate are due in 14 days.

1

Date:   July 1, 2011

Respectfully Submitted,

BARON & BUDD, P.C.

/s/ Denyse Clancy
Denyse Clancy
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
dclancy@baronbudd.com
(214) 521-3605: Telephone
(214) 520-1181: Facsimile

Counsel for Plaintiffs,
Carl B. Gayle and Claudette Gayle

## CERTIFICATE OF SERVICE

I hereby certify that the above has been electronically filed using the CM/ECF system, and has been electronically served and/or mailed via the U.S. Postal Service upon counsel of record this 1st day of July, 2011 to the following:

Andrew Ira Port
aport@edptlaw.com
Cheryl Ann Morris
cmorris@edptlaw.com
David Robert Boyajian
dboyajian@edptlaw.com
Emard Danoff Port Tamulski & Paetzold LLP
49 Stevenson Street, Suite 400
San Francsico, CA 94105
**Attorneys for Matson Navigation Company, Inc.**

Mark A. Love, Esq.
Selman Breitman, LLP
Sixth Floor
33 New Montgomery Street
San Francisco, CA 94105-4357
**Attorneys for Douglass Insulation Company, Inc.**

Kenneth B. Prindle, Esq.
Prindle, Decker & Amaro, LLP
310 Golden Shore, 4th Floor
Long Beach, CA 90802
**Attorneys for Triple A Machine Shop, Inc.**

Anne Cherry Barnett
McKenna, Long & Aldridge, L.L.P.
101 California Street, 41st Floor
San Francisco, CA 94111
**Attorneys for Union Carbide Corporation**

Kathleen A. Stimeling
Schiff Hardin, L.L.P.
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
**Attorneys for Owens-Illinois, Inc.**

William H. Armstrong
Armstrong & Associates, L.L.P.
One Kaiser Plaza, Suite 625
Oakland, CA 94612
**Attorneys for Crown, Cork & Seal Company, Inc.**

/s/ Denyse Clancy
Denyse Clancy