**LYNCH**
**DASKAL**
**EMERY** LLP

264 WEST 40TH STREET
NEW YORK, NEW YORK 10018
TEL: 212-302-2400
FAX: 212-302-2210

June 6, 2011

Clerk of the Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G255, North Lobby
Washington, D.C. 20002-8041

    Re:    **Notice of Potential Tag-Along Action**
             **Asbestos Products Liability Litigation**
             **MDL Docket No. 875**

Dear Madam/Sir:

    I hereby notify you, as required by Rule 7.1(a) of the Rules of Procedure of Judicial Panel on Multidistrict Litigation, of the pendency of a potential tag-along action to the cases transferred by the Panel's July 29, 1991 Order and Opinion to the Eastern District of Pennsylvania and assigned to the Honorable Eduardo C. Robreno.

    The potential tag-along action is entitled <u>Terrence Alan Sjulin and Linda Louis Sjulin v. Carpetplus Color Tile, et al.,</u> pending in the United States District Court, Southern District of New York, 11 CV 3105 (RJH) (HPB).

    Enclosed are copies of plaintiffs' complaint and the docket sheet for this case.

Respectfully,

*Lawrence G. Lee*

Encls.

cc:    Clerk of the Court, Southern District of New York (by electronic filing)
        All Counsel (by electronic filing)