# SCHEDULE

**Southern District of New York**

| **Index No.** | **Case Name** | **Judge** |
| --- | --- | --- |
| 11-cv-3105 | Terrence Alan Sjulin v. CarpetPlus Color Tile, *et al*. | Hon. Richard J. Howell |