# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

*Fuchs v. Asbestos Corporation Ltd., et al.*, W.D. Washington No. 2:11-cv-01043

## NOTICE OF OPPOSITION TO CTO-415

I represent plaintiff, Denis Fuchs, individually and as Personal Representative of the Estate of Harold Fuchs, in the above captioned action which is included on the conditional transfer order (CTO-415). Plaintiff submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

JANET L. RICE, WSBA #9386
Counsel for Plaintiffs
810 Third Avenue, Suite 500
Seattle, Washington 98104
(206) 622-8000
rice@sgb-law.com