# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: **07/05/2011**

District Court: W.D. North Carolina

Number of Actions: 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL