BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL  DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

CASE ORIGINATES FROM
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SALLY GROS VEDROS                          CIVIL ACTION

VERSUS

NORTHROP GRUMMAN
SHIPBUILDING, INC., ET AL          NO.: LAE 2:11-cv-01198

### NOTICE OF FILING FIRST SUPPLEMENTAL AND AMENDING PETITION WITH EASTERN DISTRICT OF LOUISIANA

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Gerald Vedros, Lori Vedros Kravet, and Valerie Vedros White, major children of Sally Gros Vedros, who hereby notify this Court that they have filed with the United States District Court for the Eastern District of Louisiana, a Motion for Leave to File First Supplemental and Amending Petition as well as their First Supplemental and Amending Petition. (Exhibit 1)

**WHEREFORE**, plaintiffs, Gerald Vedros, Lori Vedros Kravet, and Valerie Vedros White, major children of Sally Gros Vedros notify this Court that they have filed with the United States District Court for the Eastern District of Louisiana, a Motion for Leave to File First Supplemental and Amending Petition as well as their First Supplemental and Amending Petition.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Filing First Supplemental and Amending Petition for Damages has been served upon counsel for all parties by Electronic Service through the Electronic Case Filing System or by FAX, on this 5th day of July, 2011.

/s/ Gerolyn P. Roussel
GEROLYN P. ROUSSEL

Respectfully submitted,

**ROUSSEL & CLEMENT**

/s/ Gerolyn P. Roussel
GEROLYN P. ROUSSEL - 1134
PERRY J. ROUSSEL, JR. - 20351
JONATHAN B. CLEMENT - 30444
LAUREN R. CLEMENT - 31106
1714 Cannes Drive
LaPlace, LA  70068
Telephone:  (985) 651-6591
Facsimile:  (985) 651-6591
ATTORNEYS FOR PLAINTIFFS