**TOM PETRUS & MILLER, LLLC**

LEE T. NAKAMURA          1816-0
lnakamura@tpm-hawaii.com
JOSEPH F. KOTOWSKI, III   7973-0
jkotowski@tpm-hawaii.com
Finance Factors Center
1164 Bishop Street, Suite 650
Honolulu, Hawaii 96813
Tel (808) 792-5800
Fax (808) 792-5809

Attorneys for Defendant
CRANE CO.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 22 2011

at 3 o'clock and 30 min. P M.
SUE BEITIA, CLERK

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI)<br><br>This Document Relates To: | MDL DOCKET NO. 875 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROGER E. NELSON and ROSALIE J. NELSON,<br><br>                Plaintiffs,<br><br>    vs.<br><br>CRANE COMPANY, etc., et al.,<br><br>                Defendants. | CIVIL NO. CV11  00402 REJ KSC<br><br>NOTICE OF TAG-ALONG ACTION; CERTIFICATE OF SERVICE |

PI-2568793 v1

Exhibit "A"

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

(Remainder of page intentionally left blank)

Dated:  June 22, 2011

Mailed to:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004


DATED:  Honolulu, Hawaii, June 22, 2011.


LEE T. NAKAMURA
JOSEPH F. KOTOWSKI, III
Attorneys for Defendant
CRANE CO.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROGER E. NELSON and ROSALIE J. NELSON, | ) CIVIL NO. _____ |
| | ) |
| | ) CERTIFICATE OF SERVICE |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| CRANE COMPANY, etc., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was

duly served upon the parties identified below by hand delivery on

JUN 2 2 2011
_____.

GARY O. GALIHER, ESQ.
L. RICHARD DEROBERTIS, ESQ.
JEFFREY T. ONO, ESQ.
DIANE T. ONO, ESQ.
Galiher DeRobertis Ono
610 Ward Avenue, Second Floor
Honolulu, Hawaii 96814-3308
    Attorneys for Plaintiffs

CHRISTOPHER SHEA GOODWIN, ESQ.
737 Bishop Street, Suite 1640
Honolulu, Hawaii 96813
  Attorney for Defendant
  GOULDS PUMPS, INC.

ELTON JOHN BAIN, ESQ.
E. MASON MARTIN, III, ESQ.
MARIE A. SHELDON, ESQ.
Kessner Umebayashi Bain & Matsunaga
220 South King Street, Suite 1900
Honolulu, Hawaii 96813
  Attorneys for Defendants
  WARREN PUMPS, INC., IMO INDUSTRIES, INC.
  and AURORA PUMP COMPANY

SIDNEY K. AYABE, ESQ.
GAIL M. KANG, ESQ.
Ayabe Chong Nishimoto Sia & Nakamura
Pauahi Tower, Suite 2500
1003 Bishop Street
Honolulu, Hawaii  96813
  Attorneys for Defendant
  UNION CARBIDE CORPORATION and BAYER
  CROPSCIENCE, INC.

JOHN R. LACY, ESQ.
CORLIS J. CHANG, ESQ.
MIHOKO E. ITO, ESQ.
Goodsill Anderson Quinn & Stifel
1099 Alakea Street, Suite 1800
Honolulu, Hawaii 96813
  Attorneys for Defendant
  INGERSOLL-RAND CO.

CRAIG T. KUGISAKI, ESQ.
ASB Tower, Suite 2828
1001 Bishop Street
Honolulu, Hawaii 96813
     Attorneys for Defendant
     METROPOLITAN LIFE INSURANCE COMPANY

STEVEN K. HISAKA, ESQ.
Hisaka Yoshida & Cosgrove
737 Bishop Street, Suite 3000
Honolulu, Hawaii 96813
     Attorney for Defendants
     CERTAINTEED CORPORATION and
     AIR & LIQUID SYSTEMS CORPORATION

AIMEE H. OYASATO, ESQ.
White Tom & Oyasato
900 Fort Street Mall, Suite 930
Honolulu, Hawaii 96813
     Attorneys for Defendants
     JOHN CRANE, INC., CLEAVER-BROOKS, INC.,
     and THE LYNCH CO., INC.

MICHAEL F. O'CONNOR, ESQ.
Oliver Lau Lawhn Ogawa & Nakamura
707 Richards Street, Suite 600
Honolulu, Hawaii 96813
     Attorneys for Defendant
     THE WILLIAM POWELL COMPANY

APRIL LURIA, ESQ.
RHONDA L. CHING, ESQ.
Roeca, Louie & Hiraoka
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813
     Attorneys for Defendant
     THE LYNCH COMPANY, INC.

RALPH J. O'NEILL, ESQ.
CATHY GEE H. KONG, ESQ.
MacDonald Rudy Byrns O'Neill & Yamauchi
1001 Bishop Street, Suite 2650
Honolulu, Hawaii 96813
  Attorneys for Defendant
  KAISER GYPSUM COMPANY, INC.

JEROLD T. MATAYOSHI, ESQ.
J. ALBERTO MONTALBANO, ESQ.
Fukunaga Matayoshi Hershey Ching & Kop, LLP
841 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
  Attorneys for Defendant
  KELLY-MOORE PAINT COMPANY, INC.

WILLIAM S. HUNT, ESQ.
MAREN L. CALVERT, ESQ.
Alston Hunt Floyd & Ing
1001 Bishop Street, Suite 1800
Honolulu, Hawaii 96813
  Attorneys for Defendant
  GEORGIA-PACIFIC LLC

DATED:  Honolulu, Hawaii, _____JUN 2 2 2011_____.


LEE T. NAKAMURA
JOSEPH F. KOTOWSKI, III
Attorneys for Defendant
CRANE CO.

4