UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Francis, et al. v. Honeywell International, Inc., et al.,   )
    E.D. Kentucky, C.A. No. 7:11-00085   )   MDL No. 875

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Francis*) on June 9, 2011. Prior to expiration of that order's 7-day stay of transmittal, the United States, a third party defendant, filed a notice of opposition to the proposed transfer. The Panel has now been informed that the third-party claims against the United States have been voluntarily dismissed, and that *Francis* was remanded to state court by the Honorable Amul R. Thapar in an order filed on June 29, 2011.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-408" filed on June 9, 2011, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel