BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **MARGARET SONIA FLINKER,** : | |
| **Individually and as Executrix of the Estate** : | |
| **of RUDOLPH FLINKER, and Individual** : | Civil Action Number:  2:11-01178-FSH-PS |
| **heirs of RUDOLPH G. FLINKER,** : | |
| : | |
| Plaintiff,  : | CIVIL ACTION |
| : | |
| -against-  : | **CERTIFICATION OF SERVICE** |
| : | |
| **JOHN DOE CORPORATION 1-25,** : | |
| **(FICTITIOUS),  et al.,** : | |
| : | |
| Defendants. | |

I, Afigo Okpewho, hereby certify that on July 6, 2011, true and correct copies of  Defendant

Foster Wheeler Energy Corporation's  Opposition to Plaintiff's Motion to Vacate CTO-405 were

electronically filed with the Clerk of the Judicial Panel on Multidistrict Litigation.

I further certify that true and correct copies thereof were forwarded to plaintiff's counsel

via electronically and to all Known Defense Counsel on the attached service list (without

exhibits) via email.

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

SEDGWICK LLP

**/S**

_____

Afigo Okpewho
Afigo.okpewho@sedgwicklaw.com
Three Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 242-0002
Attorneys for Defendant Foster Wheeler Energy
Corporation

NJ/443877v1