UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)**
Aida Savelesky v. Allied Packing & Supply, Inc., et al.,  )
    N.D. California, C.A. No. 3:11-01778  )   MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE JULY 28, 2011, HEARING SESSION

    A conditional transfer order was filed in this action (*Savelesky*) on April 15, 2011. Plaintiff in *Savelesky* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now learned that *Savelesky* was remanded to the Superior Court for the County of Alameda, State of California, by the Honorable Susan Illston in an order filed on July 1, 2011.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-389" filed on April 15, 2011, is VACATED insofar as it relates to this action.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed June 14, 2011, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel