UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

MDL No: **875**                                                                                                           Docket No.  **7466**

MAJOR DEFICIENCY LIST
*(Counsel Notification of Deficiency Required)*

The following deficiencies are considered MAJOR and must be corrected by the filing party within the allotted time or an ***Order Striking Pleading*** may be issued by the Clerk of the Panel.

**Correction Required: 24 hours from date of Notice**

  x     CM/ECF Practice/Case not selected to be Transferred

   **Action Required: Please re-file your Notice of Potential Tag-Along and complete all steps when filing your document which include adding the cases to be considered for transfer.**

Use the Withdrawal Event first; then re-file your Notice of Potential Tag-Along.

***The time allotted to correct deficiencies are subject to change. Please read carefully to ensure full compliance with Notice of Deficiency***

**Correction Deadline: July 7, 2011**

Dated: **July 6, 2011**                                                                               FOR THE PANEL:
                                                                                                                  Jeffery N. Luthi

                                                                                                                  Clerk of the Panel