1
2
3
4
5
6
7
8
9
10

BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASESTOS PRODUCTS LIABILITY LITIGATION | ) ) ) | |
| (VI) | ) ) | MDL 875 |
| This Document Relates To: | ) ) ) | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| SHARON Y. CAIN, Individually and as Personal Representative of the Estate of GERALD ERNEST CAIN, Deceased, | ) ) ) | NO.  2:11-cv-01102-JPD |
| Plaintiff, | ) ) | DECLARATION OF SERVICE |
| v. | ) ) | OF TAG-ALONG ACTION |
| ASBESTOS CORP., LTD., et al., | ) ) | |
| Defendants. | ) | |

**DECLARATION OF SERVICE**

I hereby certify that on this 6th day of July, 2011, I caused the foregoing to be filed

with the Judicial Panel on Multidistrict Litigation and the United States District Court for

FOSTER WHEELER'S DECLARATION OF SERVICE RE: NOTICE OF
TAG-ALONG ACTION  -1-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)

Western Washington at Seattle using the CM/ECF E-Filing system which will send notification of such filing to the following and that copies of such filing will also be delivered to the following in the manner indicated therein:

*VIA HAND DELIVERY:*

**Counsel for Plaintiffs**
Janet Rice
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, WA 98104
rice@sgb-law.com

*VIA ELECTRONIC MAIL:*

**Counsel to Asbestos Corp., LTD.**
Mark Tuvim
Kevin Craig
Gordon & Rees, LLP
701 Fifth Avenue, Suite 2130
Seattle, WA 98104
mtuvim@gordonrees.com
kcraig@gordonrees.com
agreenfield@gordonrees.com

**Counsel to CBS Corp.; General Electric Company**
Jeffrey Wolf
Christopher Marks
Williams, Kastner & Gibbs
601 Union St., Suite 4100
P.O. Box 21926
Seattle, WA 98111-3926
cmarks@wkg.com
Asbestos2@williamskastner.com

**Counsel to Metropolitan Life Insurance Company**
Richard Gawloski
Wilson, Smith, Cochran & Dickerson
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161
MetLifeAsbestos@wscd.com

**Counsel to Saberhagen Holdings, Inc.**
Timothy K. Thorson
Carney Badley Spellman, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
thorson@carneylaw.com;
berman@carneylaw.com

FOSTER WHEELER'S DECLARATION OF SERVICE RE: NOTICE OF
TAG-ALONG ACTION -2-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)

1

2   **Counsel to Uniroyal**

3   Chris R. Youtz
    Sirianni Youtz Meier & Spoonemore

4   1100 Millennium Tower
    719 Second Avenue

5   Seattle, WA 98104
    chris@sylaw.com

6

7

8

9   Signed at Seattle, Washington, this 6th day of July, 2011.

10

11

12                                    /s/ Oscar Ramos Jr.
                                    Oscar Ramos Jr., Paralegal

13                                    Murray Dunham & Murray
                                    200 West Thomas, Suite 350

14                                    Seattle, Washington 98109
                                    Telephone:    (206) 622-2655

15                                    Facsmile:     (206) 684-6924
                                    asbestos@murraydunham.com

16

17

18

19

20

21

22

23

24

25

26

---

FOSTER WHEELER'S DECLARATION OF SERVICE RE: NOTICE OF
TAG-ALONG ACTION  -3-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, WA 98109
(206) 622-2655, 684-6924 (FAX)