FILED
11 APR 05 PM 2:29

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 11-2-12610-2 SEA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| SHARON Y. CAIN, individually and as Personal Representative of the Estate of GERALD ERNEST CAIN, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>ASBESTOS CORP., LTD.;<br>CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION;<br>E.J. BARTELLS SETTLEMENT TRUST;<br>FOSTER-WHEELER ENERGY CORP.;<br>GENERAL ELECTRIC COMPANY, a Delaware corporation;<br>METROPOLITAN LIFE INSURANCE COMPANY;<br>SABERHAGEN HOLDINGS, INC., a Washington corporation and<br>UNIROYAL, INC.,<br><br>Defendant. | No.<br><br>SUPPLEMENTAL COMPLAINT FOR PERSONAL INJURY AND WRONGFUL DEATH |

## FACTUAL BACKGROUND

.   Plaintiff Sharon Y. Cain, is the surviving spouse of decedent Gerald Ernest Cain. Plaintiff Sharon Y. Cain resides in Port Orchard, Washington.

.   For Decedent Gerald Ernest Cain:

A.   Date of Birth: March 22, 1936

B.   Plaintiff's decedent worked at Puget Sound Naval Shipyard from 1959 to 1991 as a lagger and pipefitter. Gerald Cain's father, Harold Cain, with whom decedent lived

SUPPLEMENTAL COMPLAINT FOR
PERSONAL INJURY AND WRONGFUL
DEATH - 1

N:\ASBESTOS\Cain\P\Complaint.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

as a child from 1936 to 1955, worked at Puget Sound Naval Shipyard. During decedent's employment up till 1979 and as a child in the home of Harold Cain, up till 1955, decedent was exposed to asbestos and asbestos-containing products manufactured and/or sold by defendants, except Metropolitan Life Insurance Company.

  C.   Upon information and belief decedent was exposed to the asbestos-containing products of every named defendant in this lawsuit, except Metropolitan Life Insurance Company.

  D.   As a result of this exposure, Plaintiff's decedent Gerald Cain developed an asbestos-related disease, mesothelioma. He first learned in approximately June 2010 that he had a mesothelioma, caused by asbestos exposure. Plaintiff's decedent was treated for his asbestos-related disease by Dr. Ann Murphy.

  E.   Plaintiff's decedent died from mesothelioma on July 3, 2010.

3.   Defendant CBS Corporation, successor by merger to Viacom, Inc., f/k/a Westinghouse Electric Corporation, is a corporation licensed to do business in the state of Delaware. Westinghouse Electric Corporation and/or its predecessor(s) was engaged in the manufacture, sale, distribution and/or supply of machinery and equipment, including engines, that contained asbestos.

4.   Defendant E.J. Bartells Settlement Trust is a Washington corporation. E.J. Bartells Settlement Trust is the successor in interest to E. J. Bartells Co., which was an insulation contractor performing asbestos insulation work throughout much of the Pacific Northwest.

SUPPLEMENTAL COMPLAINT FOR
PERSONAL INJURY AND WRONGFUL
DEATH - 2
N:\ASBESTOS\Cain\P\Complaint.doc

SCHROETER GOLDMARK &amp; BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

5. Defendant General Electric Company is a Delaware corporation, licensed to do business in the state of Washington. General Electric was a manufacturer of engines that contained asbestos.

6. Metropolitan Life Insurance Company was involved in actions to prevent the dissemination of accurate information to the public concerning the hazards of asbestos dust and to cause false or misleading information about the health effects of asbestos to be published. Metropolitan Life Insurance Company acted in concert with and aided and abetted the defendants and other manufacturers of asbestos-containing products in wrongful conduct which was a cause of harm to Plaintiff's decedent.

7. Defendant Saberhagen Holdings, Inc., formerly known as Brower Co., is a Washington corporation licensed to do business in the state of Washington. Saberhagen Holdings manufactured, sold and supplied asbestos containing products.

## DAMAGES

8. Plaintiff's decedent suffered the following damages which survive his death: medical expenses; disease, disability, and death; pain and suffering, both physical and emotional; and loss of ability to enjoy a normal life.

9. Plaintiff Sharon Cain has suffered damages for loss of companionship, services, and consortium during the lifetime of decedent.

10. The statutory beneficiaries of a wrongful death claim, namely Plaintiff and those provided by law, have suffered damages on account of the death of decedent for the loss of monetary contributions the decedent would have made to them; for funeral expenses; and for the loss of love, care, affection, services, companionship, guidance, and society of the Decedent

SUPPLEMENTAL COMPLAINT FOR
PERSONAL INJURY AND WRONGFUL
DEATH - 3
N:\ASBESTOS\Cain\P\Complaint.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

with them. Claims for loss of consortium on behalf of the spouse and children are specifically included within damages claimed pursuant to the preceding statutes.

11. Interest from the date of injury.

12. The aforementioned damages sought from each of the above-named defendants are in an amount to be proved at trial.

### LIABILITY, JURISDICTION AND RELIEF

13. Plaintiff's claims are as set forth in Schroeter, Goldmark & Bender First Amended Style Complaint For Personal Injury and Wrongful Death No. 81-2-08703-5 filed November 10, 1994, in King County Superior Court.

14. Plaintiff disclaims any cause of action or recovery for any injuries resulting from exposure to asbestos dust caused by any acts or omissions of a Defendant committed at the direction of an officer of the United States Government.

15. Except as set forth herein in paragraph 14, plaintiff's claims against each defendant are based *inter alia* on strict product liability pursuant to Restatement Second of Torts, Section 402A including both design defect and failure to provide warnings and also based on negligence.

DATED this 5th day of April,.

SCHROETER, GOLDMARK & BENDER

JANET L. RICE, WSBA #9386
Counsel for Plaintiff

SUPPLEMENTAL COMPLAINT FOR
PERSONAL INJURY AND WRONGFUL
DEATH - 4
N:\ASBESTOS\Cain\P\Complaint.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
### CIVIL DOCKET FOR CASE #: 2:11-cv-01102-JPD

Cain v. Asbestos Corp LTD et al  
Assigned to: Hon. James P. Donohue  
Case in other court: King County Superior Court, 11-00002-12610-2-SEA  
Cause: 28:1442 Notice of Removal

Date Filed: 07/05/2011  
Jury Demand: None  
Nature of Suit: 368 P.I. : Asbestos  
Jurisdiction: Federal Question

### Plaintiff

**Sharon Y Cain**  
*Individually and as Personal Representative of the estate of*  
Gerald Ernest Cain

represented by **Janet L Rice**  
SCHROETER GOLDMARK & BENDER  
810 3RD AVE  
STE 500  
SEATTLE, WA 98104  
206-622-8000  
Fax: 206-682-2305  
Email: rice@sgb-law.com  
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Asbestos Corp LTD**

represented by **Kevin J Craig**  
GORDON & REES LLP  
701 FIFTH AVENUE  
SUITE 2100  
SEATTLE, WA 98104  
206-695-5100  
Fax: 206-689-2822  
Email: kcraig@gordonrees.com  
*ATTORNEY TO BE NOTICED*

**Mark B Tuvim**  
GORDON & REES (WA)  
701 FIFTH AVE  
STE 2100  
SEATTLE, WA 98104  
206-695-5100  
Fax: 206-689-2822  
Email: mtuvim@gordonrees.com  
*ATTORNEY TO BE NOTICED*

### Defendant

**CBS Corporation**  
*formerly known as*

represented by **Christopher S Marks**  
WILLIAMS KASTNER & GIBBS (SEA)

| | |
|---|---|
| Westinghouse Electric Corporation | 601 UNION ST<br>STE 4100<br>SEATTLE, WA 98101<br>206-628-6600<br>Email: cmarks@wkg.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey M Wolf**<br>WILLIAMS KASTNER & GIBBS (SEA)<br>601 UNION ST<br>STE 4100<br>SEATTLE, WA 98101<br>206-628-6600<br>Email: jwolf@williamskastner.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**
**EJ Bartells Settlement Trust**

**Defendant**
| | | |
|---|---|---|
| **Foster Wheeler Energy Corporation** | represented by | **R Dirk Bernhardt**<br>MURRAY DUNHAM & MURRAY<br>PO BOX 9844<br>200 W THOMAS ST, SUITE 350<br>SEATTLE, WA 98109-0844<br>206-622-2655<br>Email: dirk@murraydunham.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**
| | | |
|---|---|---|
| **General Electric Company**<br>*a Delaware corporation* | represented by | **Christopher S Marks**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey M Wolf**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**
| | | |
|---|---|---|
| **Metropolitan Life Insurance Company** | represented by | **Richard G Gawlowski**<br>WILSON SMITH COCHRAN & DICKERSON<br>1700 FINANCIAL CENTER<br>1215 4TH AVE<br>SEATTLE, WA 98161-1007<br>206-623-4100<br>Fax: 206-623-4100<br>Email: gawlowski@wscd.com<br>*ATTORNEY TO BE NOTICED* |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/06/2011 13:55:23 | | | |
| PACER Login: | | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:11-cv-01102-JPD |
| Billable Pages: | 3 | Cost: | 0.24 |