# TOM PETRUS & MILLER

### ATTORNEYS AT LAW
A Limited Liability Law Company

Lee T. Nakamura
lnakamura@tpm-hawaii.com
(808) 792-5814

July 6, 2011

**Via Electronic Transmission**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

RE:     **Nelson, Roger E. and Rosalie J. v. Crane Co., et al.**
          United States District Court, District of Hawaii No. 1:11-CV-00402
          Hawaii Circuit Court of the First Circuit, Case No. 11-1-0998-05
          Our Client:  Crane Co.

Dear Clerk:

Please accept this letter as defendant Crane Co.'s formal request to withdraw document no. 7466 due to a deficiency notice and the error will be amended and the document will be refiled.

Please do not hesitate to contact me with any questions at (808) 792-5800.

Very truly yours,

TOM PETRUS & MILLER, LLLC

LEE T. NAKAMURA

LTN:pay