BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

LUIS ENRIQUE LUCIANO, SR.,

    Plaintiff,

- against -

ALCOA, INC., et al.,

    Defendants.

## LORILLARD TOBACCO COMPANY'S AND HOLLINGSWORTH & VOSE COMPANY'S NOTICE OF RELATED ("TAG ALONG") ACTION

To the Clerk of the Multidistrict Panel:

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multi-District Litigation, Lorillard Tobacco Company ("Lorillard") and Hollingsworth & Vose Company ("H&V") hereby notify the Panel of the pendency, in the United States District Court for the Southern District of New York, of a tag-along action, styled *Luciano v. Alcoa, Inc., et al.*, Case No. 11-CIV-4566 (RJS). (*See* Notice of Tag-Along Action, dated July 5, 2011, attached hereto as Exhibit A.) Transfer of this action is appropriate because it involves common questions of fact with those actions previously transferred by the Panel to MDL-875 pursuant to 28 U.S.C. § 1407.

Wherefore, Lorillard and H&V respectfully request that the Panel transfer this action to the United States District Court for the Eastern District of Pennsylvania for coordinated proceedings as part of MDL-875, *In Re: Asbestos Products Liability Litigation*.

Dated: New York, New York
July 7, 2011

Respectfully submitted,

GREENBERG TRAURIG, LLP

By   /s/ Robert J. Kirshenberg
      Robert J. Kirshenberg

MetLife Building
200 Park Avenue
New York, New York 10166
Phone:  (212) 801-9200
Fax:      (212) 801-6400
Email: KirshenbergR@gtlaw.com

Attorneys for Defendant
Lorillard Tobacco Company

and

WESTERMAN BALL EDERER MILLER
& SHARFSTEIN, LLP

By   /s/ William E. Vita
      William E. Vita

1201 RXR Plaza
Uniondale, NY  11556
Phone: (516) 622-9200
Fax:     (516) 622-9212
Email: wvita@westermanllp.com

Attorneys for Defendant
Hollingsworth & Vose Company