# Exhibit A

ORIGINAL

## JUDGE SULLIVANSTATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LUIS ENRIQUE LUCIANO, SR., <br><br> Plaintiff, <br><br> - against - <br><br> ALCOA, INC., et al., <br><br> Defendants. | **11 CIV 4566** <br><br> CASE NO.: _____ <br><br><br> **NOTICE OF TAG-ALONG ACTION** |

## LORILLARD TOBACCO COMPANY'S AND HOLLINGSWORTH & VOSE COMPANY'S NOTICE OF TAG-ALONG ACTION

**PLEASE TAKE NOTICE** that, on July 29, 1991, the Judicial Panel on Multi-District Litigation entered an Order transferring all asbestos cases pending in Federal Court to the United States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings pursuant to 28 U.S.C. 1407(a) (the "MDL Transfer Order"). The MDL Transfer Order applies to tag-along actions as defined in Multi-District Litigation Rule 1.1, or actions involving common questions of law or fact filed after the Panel's January 17, 1991 Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under 1407 shall promptly notify the Clerk of the Panel of any potential tag-along actions in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this case is a potential tag-along action

that may be subject to transfer to the Eastern District of Pennsylvania.  The Clerk of The Panel

may either (1) enter a Conditional Transfer Order pursuant to MDL Rule 7.4(a), or (2) file an

Order to Show Cause why the action should not be transferred pursuant to MDL Rule 7.5(b).


Dated: New York, New York
       July 5, 2011

                              Respectfully submitted,

                              GREENBERG TRAURIG, LLP

                              By_____
                                    Robert J. Kirshenberg

                              MetLife Building
                              200 Park Avenue
                              New York, New York 10166
                              Phone:  (212) 801-9200
                              Email: KirshenbergR@gtlaw.com

                              Attorneys for Defendant
                              Lorillard Tobacco Company

                                        and

                              WESTERMAN BALL EDERER MILLER
                              & SHARFSTEIN, LLP

                              By_____
                                    William E. Vita

                              1201 RXR Plaza
                              Uniondale, NY  11556
                              Phone: (516) 622-9200
                              Email: wvita@westermanllp.com

                              Attorneys for Defendant
                              Hollingsworth & Vose Company

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a true copy of **Lorillard Tobacco Company's and Hollingsworth & Vose Company's Notice of Tag-Along Action** by placing same in the United States mail, postage prepaid, this 7th day of July, 2011, addressed to:

| | |
|---|---|
| Jordan C. Fox, Esq.<br>**BELLUCK & FOX, LLP**<br>546 Fifth Avenue, 4th Floor<br>New York, New York 10036<br><br>*Attorneys for Plaintiff* | Christopher Cotton, Esq.<br>**SHOOK, HARDY & BACON**<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108<br><br>*Attorneys for Defendant*<br>*Lorillard Tobacco Company* |
| William E. Vita, Esq.<br>**WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP**<br>1201 RXR Plaza<br>Uniondale, New York  11556<br><br>*Attorneys for Defendant Hollingsworth*<br>*& Vose Company* | Andrew McElaney, Esq.<br>**NUTTER, MCCLENNEN & FISH, LLP**<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, Massachusetts  02110-2604<br><br>*Attorneys for Defendant Hollingsworth &*<br>*Vose Company* |
| Mary Chicorelli, Esq.<br>**WILBRAHAM LAWLER & BUBA**<br>1818 Market St., Suite 3100<br>Philadelphia, PA 19103-3631<br><br><br>*Attorneys for Air & Liquid Systems*<br>*Corporation* | William Bradley, Esq.<br>Syed K. Rizvi, Esq.<br>**MALABY & BRADLEY, LLC**<br>150 Broadway, 6th Floor<br>New York, NY 10038<br><br>*Attorneys for Alcoa Inc.*<br>*& CBS Corporation* |
| Ian Williamson, Esq.<br>**CULLEN & DYKMAN**<br>177 Montague Street<br>Brooklyn, New York  11201<br><br><br>*Attorneys for Burnham Corporation* | Judith Yavitz, Esq.<br>Daniel J. McKenna<br>**REED SMITH LLP**<br>599 Lexington Avenue<br>New York, New York  10022<br><br>*Attorneys for Certain-Teed Corporation*<br>*and Union Carbide* |

| | |
|---|---|
| Eric Naegely, Esq.<br>**DAMON & MOREY LLP**<br>The Avant Building, Suite 1200<br>200 Delaware Avenue<br>Buffalo, New York 14202-2150<br><br>*Attorneys for Cytec Engineered*<br>*Materials & Cytec Industries Inc.* | Arthur G. Lash Esq.<br>**O'TOOLE FERNANDEZ, WEINER**<br>**VAN LIEU**<br>60 Pompton Avenue<br>Verona, New Jersey 07044<br><br>*Attorneys for Detecto Industrial Scales of*<br>*New York, Inc.* |
| Robert E. Henlon, JR., CPA, PA<br>**DETECTO INDUSTRIAL SCALES**<br>**OF NEW YORK, INC.**<br>31 South Street<br>Morristown, New Jersey 07961 | Matthew Sampar, Esq.<br>**McGIVNEY & KLUGER, PC**<br>80 Broad Street, 23rd Floor<br>New York, NY 10004<br><br>*Attorneys for Homasote Company* |
| Bernard E. Jude Quinn, Esq.<br>**McGIVNEY & KLUGER, PC**<br>1600 Arch Street, Suite 1800<br>Philadelphia, PA 19103<br><br>*Attorneys for Kentile Floors* | Justin Perri, Esq.<br>**STEPTOE & JOHNSON LLP**<br>750 Seventh Avenue, Suite 1900<br>New York, New York 10019<br><br>*Attorneys for Metropolitan Life Insurance*<br>*Company* |
| Bruce Gilpatrick, Esq.<br>**HEIDELL, PITTONI, MURPHY &**<br>**BACH, LLP**<br>99 Park Avenue<br>New York, New York 10016<br><br>*Attorneys for Occidental Chemical*<br>*Corporation* | Paul Scrudato, Esq.<br>**SCHIFF HARDIN LLP**<br>900 Third Avenue, 23rd Floor<br>New York, New York 10022<br><br>*Attorneys for Owens Illinois, Inc. & Tyco*<br>*Flow Control & Tyco International (US) &*<br>*Yarway Corp.* |
| Robert Schaeffer, Esq.<br>**HARRIS BEACH, PLLC**<br>100 Wall Street, 23rd Floor<br>New York, New York 10005<br><br>*Attorneys for Plastics Engineering*<br>*Company* | Amiel Gross, Esq.<br>**SNT DENTON US LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020<br><br>*Attorneys for Rapid-American Corporation* |

| | |
|---|---|
| Stephanie Spardone, Esq.<br>**HAWKINS, PARNELL,**<br>   **THACKSTON & YOUNG, LLP**<br>Highland Park Place<br>4514 Cole Avenue, Suite 500<br>Dallas, Texas 75205<br><br>*Attorneys for Reichhold, Inc.* | Ted Eder, Esq.<br>Andre Harlfinger, Esq.<br>**SEGAL, McCAMBRIDGE, SINGER &**<br>   **MAHONEY**<br>850 Third Avenue, Suite 1100<br>New York, New York 10022<br><br>*Attorneys for Rogers Corporation* |
| Brady Edwards, Esq.<br>Daphne Taylor Evans<br>**MORGAN LEWIS & BOCKIUS,**<br>   **LLP**<br>1000 Louisiana Street, Suite 4200<br>Houston, Texas 77002<br><br>*Attorneys for Tyco Flow Control &*<br>*Tyco International (US) & Yarway Corp.* | |

Robert J. Kirshenberg

3