# Greenberg
# Traurig

Robert J. Kirshenberg
212-801-2186
KirshenbergR@gtlaw.com

July 7, 2011

**Via ECF Filing**

Mr. Jeffrey Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

    Re:    In Re: Asbestos Products Liability Litigation -- MDL No. 875
            Notice of Related Action

         Case Name:   *Luciano v. Alcoa, Inc. et al.*,
                          United States District Court, Southern District of New York
                          Case No. 11-CIV-4566 (RJS)

Dear Mr. Luthi:

    I enclose for filing Lorillard Tobacco Company's and Hollingsworth & Vose Company's Notice of Related ("Tag Along") Action. If you have any questions or concerns, please do not hesitate to contact me.

    Thank you for your assistance.

                                                             Respectfully submitted,

                                                             /s/ Robert J. Kirshenberg

July 7, 2011
Page 2

Enclosure

cc:   All Counsel of Record