UNITED STATES JUDICIAL PANEL FOR MULTIDISTRICT LITIGATION
MDL 875
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| BETTIE J. PASCHALL, Executrix of the Estate of EARL WAYNE PASCHALL, Deceased, Plaintiff, | ) ) ) ) ) ) ) Case No. _____ ) |
| v. | ) ) |
| ABEX CORPORATION, et al. Defendants. | ) ) ) |

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation ("Panel") entered an order transferring all asbestos cases pending in federal court to the United States District Court for the Eastern District of Pennsylvania (M.D.L. No. 875) for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's order to Show Cause. MDL Rule 7.5(e) provides:

Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer order under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this case is a "tag-along action" subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a

conditional transfer order pursuant to MDL Rule 7.4(a) or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

Respectfully submitted,

\_\_/s/_____
Robert F. Redmond, Jr. (VSB No. 32292)
rredmond@williamsmullen.com
Clement D. Carter (VSB No. 46038)
ccarter@williamsmullen.com
Lauren M. Wheeling (VSB No. 75559)
lwheeling@williamsmullen.com
Williams Mullen, P.C.
200 South 10th St.
Richmond, VA 23219
Phone: 804.420.6000
Fax: 804.420.6507
*Counsel for Thyssen Krupp Elevator Corporation, individually and as successor to Dover Elevator Company, and Dover Elevator Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 8, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notice of electronic filing (NEF) to the following:

    Charles Edward Ayers , Jr.
    ericap@ayerslaw.com
    Mark Henry Schmidt
    mschmidt@ayerslaw.com
    Ayers & Stolte PC
    710 N Hamilton St
    Richmond, VA 23221
    804-358-4731
    Fax: 804-864-0895
    *Counsel for Plaintiff*

    Henry N. Ware , Jr.
    hnware@spottsfain.com
    Maurice Francis Mullins
    cmullins@spottsfain.com
    Patricia Bugg Turner
    pturner@spottsfain.com
    Spotts Fain PC
    411 E Franklin St
    PO Box 1555
    Richmond, VA 23218-1555
    804-697-2090
    Fax: 804-697-2190
    *Counsel for Defendant CBS Corporation*

    Robert Francis Redmond , Jr.
    rredmond@williamsmullen.com
    Clement Dean Carter , III
    ccarter@williamsmullen.com
    Lauren Morgan Wheeling
    lwheeling@williamsmullen.com
    Williams Mullen (Richmond)
    200 South 10th Street
    16th Floor
    Richmond, VA 23219
    804-420-6439
    Fax: 804-420-6507
    *Counsel for Defendants Kone, Inc. and Montgomery Elevator Company*

Carl Robert Schwertz
cschwertz@duanehauck.com
Jeffrey S. Poretz
jporetz@milesstockbridge.com
Miles & Stockbridge PC (McLean)
1751 Pinnacle Dr
Suite 500
McLean, VA 22102-3833
(703) 903-9000
Fax: (703) 610-8686
*Counsel for Defendant Schindler Elevator Company*

Martin Andrew Conn
mconn@moranbrownpc.com
Eric George Reeves
ereeves@morankikerbrown.com
Mary Louise Roberts
mroberts@mrcpclaw.com
Moran Kiker Brown PC
4110 E Parham Rd
Richmond, VA 23228
(804) 864-4804
Fax: (804) 421-6251
*Counsel for Defendant Otis Elevator Company*

                                                 /s/
Robert F. Redmond, Jr. (VSB No. 32292)
rredmond@williamsmullen.com
Clement D. Carter (VSB No. 46038)
ccarter@williamsmullen.com
Lauren M. Wheeling (VSB No. 75559)
lwheeling@williamsmullen.com
Williams Mullen, P.C.
200 South 10th St.
Richmond, VA  23219
Phone:    804.420.6000
Fax:        804.420.6507
*Counsel for Thyssen Krupp Elevator Corporation, individually and as successor to Dover Elevator Company, and Dover Elevator Company*

15410937_1.DOC