ATTORNEYS AT LAW

THREE GATEWAY CENTER, 12TH FLOOR   NEWARK, NEW JERSEY 07102-4072

*www.sedgwicklaw.com*   973.242.0002 *phone*   973.242.8099 *fax*

# Sedgwick LLP

July 11, 2011

**<u>VIA ELECTRONIC FILING</u>**

Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC  20002-8004

   Re: Foster Wheeler's Opposition to Plaintiff's Motion to Vacate CTO-405
     *Margaret Sonia Flinker, Individually and as Executrix of the Estate of Rudolph G.*
     *Flinker vs. Foster Wheeler Energy Corporation, et al.*
     In re: Asbestos Products Liability Litigation (No. VI) MDL No. 875

TO WHOM IT MAY CONCERN:

  This firm represents Defendant Foster Wheeler in the above-referenced matter.  I am writing to withdraw Foster Wheeler's Opposition to Plaintiff's Motion to Vacate CTO-405. Defendant intends to refile its opposition papers following a minor correction in its initial filing.

  Thank you for your kind attention to this matter.

       Very truly yours,

       SEDGWICK LLP

       Afigo I. Okpewho

NJ/257297v1