BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **MARGARET SONIA FLINKER,** **Individually and as Executrix of the Estate of RUDOLPH FLINKER, and Individual heirs of RUDOLPH G. FLINKER,** | Civil Action Number: 2:11-01178-FSH-PS |
| Plaintiff, | CIVIL ACTION |
| -against- | **CERTIFICATION OF SERVICE** |
| **JOHN DOE CORPORATION 1-25, (FICTITIOUS), et al.,** | |
| Defendants. | |

I, Afigo Okpewho, hereby certify that on July 11, 2011, true and correct copies of Defendant Foster Wheeler Energy Corporation's Opposition to Plaintiff's Motion to Vacate CTO-405 were electronically filed with the Clerk of the Judicial Panel on Multidistrict Litigation.

I further certify that true and correct copies thereof were forwarded to plaintiff's counsel via electronically and to all Known Defense Counsel on the attached service list (without exhibits) via email.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

SEDGWICK LLP

/S
_____
Afigo Okpewho
Afigo.okpewho@sedgwicklaw.com
Three Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 242-0002
Attorneys for Defendant Foster Wheeler Energy Corporation

NJ/443877v1