## MARGARET SONIA FLINKER SERVICE RIDER

| | |
|---|---|
| Rachel A. Placitella, Esq.<br>Cohen Placitella & Roth, P.C.<br>127 Maple Avenue<br>Red Bank, New Jersey 07701 | Counsel for Plaintiff |
| Charles F. Forer, Esq.<br>Eckert Seamans Cherin & Mellott, LLC<br>Two Liberty Place<br>50 South 16th Street<br>22nd Floor<br>Philadelphia, PA 19102<br>cforer@eckertseamans.com | Counsel for CBC Corporation f/k/a Viacom, Inc., successor by merger with CBS Corporation f/k/a Westinghouse Electric Corporation |
| Michael A. Moroney, Esq.<br>Weber, Gallagher, Simpson, Stapleton, Fires & Newby, LLP<br>33 Washington Street, 10th Floor<br>Newark, NJ 07102<br>mmoroney@wglaw.com | Counsel for Copes-Vulcan, Inc. |
| Joanne Hawkins, Esq.<br>SPEZIALI, GREENWALD & HAWKINS<br>1081 Winslow Road<br>Box 1086<br>Williamstown, NJ 08094<br>Josiehawkins@comcast.net | Counsel for General Electric Company |
| Benjamin S. Bucca, Jr., Esq.<br>Bucca & Campisano<br>90 Livingston Avenue<br>New Brunswick, New Jersey 08901<br><br>buccacampisano@verizon.net | Counsel for IMO Industries, Inc., Individually and as successor to DeLaval Turbine |