# Szaferman Lakind

**Szaferman, Lakind, Blumstein & Blader, P.C.**
Attorneys at Law

101 Grovers Mill Road, Suite 200, Lawrenceville, New Jersey 08648
Tel: 609.275.0400   Fax: 609.275.4511   www.szaferman.com

Arnold C. Lakind
Barry D. Szaferman
Jeffrey P. Blumstein
Steven Blader
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Brian G. Paul+
Craig J. Hubert ++ +++
Michael R. Paglione*
Daniel S. Sweetser*
Robert E. Lytle
Janine G. Bauer****
Daniel J. Graziano, Jr.

Paul T. Koenig, Jr.
Counsel

Bruce M. Sattin***
Robert A. Gladstone
Janine Danks Fox*
Ryan A. Marrone
Of Counsel
Michael F. Chazkel
Of Counsel

Robert P. Panzer
Robert G. Stevens, Jr.**
Michael D. Brottman**
Tracey C. Hinson**
Benjamin T. Branche*****
Lindsey Moskowitz Medvin**
Anthony M. Anastasio*
Mark A. Fisher
Robert L. Lakind***
Thomas J. Manzo**

+Certified by the Supreme Court of New Jersey as a Matrimonial Attorney
++Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
+++Certified by the Supreme Court of New Jersey as a Criminal Trial Attorney
*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars
****NJ, NY, PA & FL Bars
*****NJ, PA, MD & DC Bars

July 11, 2011

**VIA ELECTRONIC FILING**

Jeffrey N. Luthi, Clerk of the Panel
United States Judicial Panel on
Multidistrict Litigation
One Columbus Circle, N1E
Thurgood Marshall Federal Judiciary Building
Room G 255, North Lobby
Washington, DC 20002

Re:   Motion for Extension of Time

　　　MDL No. 875 - In RE: Asbestos Product Liability Litigation (No. VI)

　　　Fusco v. Asbestos Corporation Ltd., et al.
　　　CTO-413

　　　C.A. Docket No. 2:11-cv-3301

Dear Mr. Luthi:

　　This firm represents the Plaintiffs in the above captioned case. On June 24, 2011, I wrote to you requesting an extension of time for the filing of our Notice of Opposition and Motion to Vacate the Conditional Transfer Order in this matter. Attached please find an Order entered by the Honorable Peter G. Sheridan, U.S.D.J., dated July 8, 2011, remanding this action back to the Superior Court of New Jersey. Since Judge Sheridan's remand order has rendered the Conditional Transfer Order moot, I am writing to advise that Plaintiffs will not be filing a Notice of Opposition and Motion to Vacate same.

611848.1

Szaferman, Lakind, Blumstein & Blader, P.C.
Attorneys at Law

Jeffrey N. Luthi, Clerk of the Panel
United States Judicial Panel on
Multidistrict Litigation

July 11, 2011
Page 2

Thank you for your attention to this matter and please do not hesitate to contact me if you have any questions.

Respectfully submitted,

SZAFERMAN, LAKIND,
BLUMSTEIN & BLADER, P.C.

Robert E. Lytle

REL/s
c:   All Counsel
     Moshe Maimon, Esq.
     Nathanial Falda, Esq.

611848.1

NOT FOR PUBLICATION                                                    CLOSED

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PELLEGRINA FUSCO and ANTONELLA FUSCO,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION, et al.<br><br>Defendants. | Civil Action No.: 11-3301 (PGS)<br><br>**ORDER** |

This matter comes before the Court on Plaintiffs Pellegrina Fusco and Antonella Fusco's ("Plaintiffs") emergency motion to remand this matter to state court ("Plaintiffs' Motion"). This Court, having reviewed all submissions, having heard oral argument, and for the reasons set forth in a Memorandum that will be released shortly after this Order,

IT IS on this 8 day of July 2011,

ORDERED that Plaintiffs' Motion (Docket Entry 3) is granted in part and denied in part;

ORDERED that the action is remanded to the Superior Court of New Jersey; and

ORDERED that Plaintiffs' request for costs and actual expenses is denied.

_____
PETER G. SHERIDAN, U.S.D.J.