**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL 875 - In re Elaine V. Cantrell Litigation**

**SCHEDULE OF ACTIONS**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Elaine V. Cantrell, Individually and as Administratrix of the Estate of Edward Vaughan, Sr.; Michael Ray Vaughn; Edward Vaughn, Jr.<br><br>**Defendants:**<br>AGCO Corporation; American Standard, Inc.; A.W. Chesterton Company; Case Construction Equipment, Inc.; Certain-Teed Corporation; Cleaver-Brooks Company; Ford Motor Company; Foster Wheeler; Industrial Rubber & Specialty Company (f/k/a Coastal Rubber & Gasket Co., Inc.); Ingersoll-rand Company; Mississippi Rubber & Specialty Company; Tyco Valves & Control (sued individually and as Successor-in-Interest to Yarway Corporation); Viacom, Inc. (sued individually and as Successor-in-Interest to Westinghouse Electric Corporation) | N.D. Mississippi, Eastern Division | 1:11-cv-00153-WAP-DAS | W. Allen Pepper |