**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**In re Elaine V. Cantrell Litigation**                                                                 **MDL 875**

**Proof of Service**

I hereby certify that a copy of the foregoing Notice of Potential Tag-Along Action, Schedule of Actions, Case Docket Sheet, Complaint and this Certificate of Service was served by First Class Mail to the Clerk of the Northern District of Mississippi, Eastern Division at the Thomas E. Abernathy Federal Building, 301 W. Commerce Street, Aberdeen, Mississippi 39730 and to the following via Email:

| | |
|---|---|
| Timothy W. Pace<br>Pace Law Firm<br>300 S. Front Street<br>Amory, Mississippi 38821<br>Telephone: 601-256-3866<br>Facsimile: (662) 256-3854<br>twpace@bellsouth.net<br>***Counsel for Plaintiffs*** | Donald C. Partridge<br>Forman Perry Watkins Krutz & Tardy, PLLC<br>200 S. Lamar Street, Suite 100<br>Jackson, Mississippi 39201<br>Telephone: 601-960-8600<br>Facsimile: 601-960-8613<br>***Counsel for American Standard, Inc.;<br>Case Construction Equipment, Inc.;<br>Ingersoll-Rand Company*** |
| Robert L. Gibbs<br>Bonnie Brdigers Smith<br>Gibbs Whitwell PLLC<br>1400 Meadowbrook Road, Suite 100<br>Jackson, Mississippi 39211<br>Telephone: 601-487-2640<br>Facsimile: 601-366-4295<br>rbiggs@gibbswhitwell.com<br>bbsmith@gibbswhitwell.com<br>***Counsel for A.W. Chesterton Company*** | Amanda Summerlin<br>Forman Perry Watkins Krutz & Tardy, PLLC<br>200 S. Lamar Street, Suite 100<br>Jackson, Mississippi 39201<br>Telephone: 601-960-8600<br>Facsimile: 601-960-8613<br>summerlinad@fpwk.com<br>***Counsel for CertainTeed Corporation*** |
| Stacey Suiter Strain<br>Hubbard, Mitchell, Williams & Strain, PLLC<br>4450 Old Canton Road, Suite 200<br>Jackson, Mississippi 39211<br>Telephone: 601-354-5400<br>Facsimile: 601-355-5850<br>strain@hubbardmitchell.com<br>***Counsel for AGCO Corporation and Cleaver-Brooks Company*** | Jennifer Marie Studebaker<br>Forman Perry Watkins Krutz & Tardy, PLLC<br>200 S. Lamar Street, Suite 100<br>Jackson, Mississippi 39201<br>Telephone: 601-960-8600<br>Facsimile: 601-960-8613<br>studebakerjm@fpwk.com<br>***Counsel for Tyco Valves & Controlled (sued Individually and as successor-in-interest to Yarway Corporation)*** |

-2-

Karl R. Steinberger
Heidelberg, Steinberger, Colmer
  &amp; Burrow, PA
711 Delmas Avenue
Pascagoula, Mississippi 39567
Telephone: 228-762-8021
Facsimile:  228-762-7589
ksteinberger@hscbpa.com
**Counsel for Industrial Rubber & Specialty Company (f/k/a Coastal Rubber & Gasket Co., Inc.) And Mississippi Rubber & Specialty Company**

Rose Marie Wade
Evert Weathersby Houff
3405 Piedmont Road, NE, Suite 200
Atlanta, Georgia 30305
Telephone:  678-651-1226
Facsimile:    678-651-1201
rmwade@ewhlaw.com
*Counsel for VIACOM, Inc. (sued individually and as Successor-in-Interest to Westinghouse Electric Corporation)*

Deborah D. Kuchler
Janika D. Polk
Kuchler Polk Schell Weiner
  &amp; Richeson, LLC
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone: 504-592-0691
Facsimile:   504-592-0696
dkuchler@kuchlerpolk.com
jpolk@kuchlerpolk.com
*Counsel for Ford Motor Company*

So certified on this the 11th day of July, 2011.

    /s/   Thomas E. Vaughn
THOMAS E. VAUGHN

Thomas E. Vaughn
Vaughn & Bowden, PA
2510 14th Street, Suite 912
Gulfport, Mississippi 39501
Telephone: 228-863-5656
Facsimile:   228-863-6509
tvaughn@vaughnbowden.com