

**THOMAS E. VAUGHN**
tvaughn@vaughnbowden.com

July 11, 2011

Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation

    RE:    MDL 875
              In Re Elaine V. Cantrell

Dear Clerk:

    Please accept this letter as my request to withdraw the Notice of Potential Tag-Along Action and the associated documents previously filed in the above referenced matter on this date. The style of the document inadvertently did not contain the proper heading, "Before the Judicial Panel on Multidistrict Litigation."

    Thank you.

                                           Sincerely yours,

                                           Vaughn & Bowden, PA

                                           */s/ Thomas E. Vaughn*
                                           Thomas E. Vaughn

TEV:ll

Post Office Drawer 240 • Gulfport, Mississippi 39502 • Telephone: (228) 863-5656 • Facsimile: (228) 863-6509
2510 14th Street, Suite 912 • Gulfport, MS 39501 • Website: www.vaughnbowden.com