**NOT FOR PUBLICATION**                          **CLOSED**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PELLEGRINA FUSCO and ANTONELLA FUSCO,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION, et al.<br><br>Defendants. | Civil Action No.: 11-3301 (PGS)<br><br>**ORDER** |

       This matter comes before the Court on Plaintiffs Pellegrina Fusco and Antonella Fusco's ("Plaintiffs") emergency motion to remand this matter to state court ("Plaintiffs' Motion"). This Court, having reviewed all submissions, having heard oral argument, and for the reasons set forth in a Memorandum that will be released shortly after this Order,

       IT IS on this __8__ day of July 2011,

       ORDERED that Plaintiffs' Motion (Docket Entry 3) is granted in part and denied in part;

       ORDERED that the action is remanded to the Superior Court of New Jersey; and

       ORDERED that Plaintiffs' request for costs and actual expenses is denied.

                                              _/s/ Peter G. Sheridan_
                                              PETER G. SHERIDAN, U.S.D.J.