UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

| | | |
|---|---|---|
| Fusco, et al. v. Asbestos Corp., Ltd., et al., | ) | |
|     D. New Jersey, C.A. No. 3:11-03301 | ) | MDL No. 875 |


### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Fusco*) on June 20, 2011. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Fusco* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Fusco* was remanded to the Superior Court of New Jersey by the Honorable Peter G. Sheridan in an order filed on July 8, 2011.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-413" filed on June 20, 2011, is VACATED.


FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel