**BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

In re Elaine V. Cantrell Litigation                                                                 MDL 875

### NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT on July 21, 1999 the Judicial Panel of Multi-District Litigation entered an order transferring all asbestos cases pending in the federal court to the United States District Court, Eastern Division of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  That order also applied to "tag-along actions," or actions involving common questions of fact filed after January 17, 1991.  MDL Rule 7.1(a) provides:  "Any party or counsel in actions previously transferred under §1407 or under consideration by the panel for transfer under  § 1407 shall promptly notify the Clerk of the Panel of any potential 'tag-along actions' in which that party is also named or in which that counsel appears."

The undersigned Defendant hereby notifies the Court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the Panel may either (1) file a conditional transfer order transferring this action to the United States District Court, Eastern Division of Pennsylvania, pursuant to MDL Rule 7.1(b); (2) file a show cause order pursuant to MDL Rule 8.1; or (3) decline to act pursuant to MDL Rule 7.1(b)(i).

RESPECTFULLY SUBMITTED, this the 12TH day of July, 2011.

        FOSTER WHEELER CONSTRUCTORS, INC.

        Defendant

BY:    VAUGHN & BOWDEN, PA
        Its Attorneys

BY:    /s/   Thomas E. Vaughn
        THOMAS E. VAUGHN
        Mississippi Bar No. 6606

Thomas E. Vaughn, MS Bar No. 6606
VAUGHN & BOWDEN, PA
2510 14th Street, Suite 912
Gulfport, Mississippi  39501
Telephone:   (228) 863-5656
Facsimile:     (228) 863-6509
Email: **tvaughn@vaughnbowden.com**

## CERTIFICATE OF SERVICE

I, Thomas E. Vaughn, do hereby certify that I have this date electronically filed the above and foregoing Notice of Tag-Along Action, and sent an electronic notification of such filing to the following counsel of record:

Timothy W. Pace
Pace Law Firm
300 S. Front Street
Amory, Mississippi 38821
Telephone: 601-256-3866
Facsimile: (662) 256-3854
twpace@bellsouth.net
**Counsel for Plaintiffs**

Amanda Summerlin
Forman Perry Watkins Krutz & Tardy, PLLC
200 S. Lamar Street, Suite 100
Jackson, Mississippi 39201
Telephone: 601-960-8600
Facsimile: 601-960-8613
summerlinad@fpwk.com
**Counsel for CertainTeed Corporation**

Stacey Suiter Strain
Hubbard, Mitchell, Williams & Strain, PLLC
4450 Old Canton Road, Suite 200
Jackson, Mississippi 39211
Telephone: 601-354-5400
Facsimile: 601-355-5850
strain@hubbardmitchell.com
**Counsel for AGCO Corporation and Cleaver-Brooks Company**

Rose Marie Wade
Evert Weathersby Houff
3405 Piedmont Road, NE, Suite 200
Atlanta, Georgia 30305
Telephone: 678-651-1226
Facsimile: 678-651-1201
rmwade@ewhlaw.com
**Counsel for VIACOM, Inc. (sued Individually and as Successor-in-Interest to Westinghouse Electric Corporation)**

Donald C. Partridge
Forman Perry Watkins Krutz & Tardy, PLLC
200 S. Lamar Street, Suite 100
Jackson, Mississippi 39201
Telephone: 601-960-8600
Facsimile: 601-960-8613
partridgedc@fpwk.com
**Counsel for American Standard, Inc.; Case Construction Equipment, Inc.; Ingersoll-Rand Company**

Jennifer Marie Studebaker
Forman Perry Watkins Krutz & Tardy, PLLC
200 S. Lamar Street, Suite 100
Jackson, Mississippi 39201
Telephone: 601-960-8600
Facsimile: 601-960-8613
studebakerjm@fpwk.com
**Counsel for Tyco Valves & Controlled (sued Individually and as Successor-in-Interest to Yarway Corporation)**

Robert L. Gibbs
Bonnie Bridgers Smith
Gibbs Whitwell PLLC
1400 Meadowbrook Road, Suite 100
Jackson, Mississippi 39211
Telephone: 601-487-2640
Facsimile: 601-366-4295
rbiggs@gibbswhitwell.com
bbsmith@gibbswhitwell.com
**Counsel for A.W. Chesterton Company**

| | |
|---|---|
| Karl R. Steinberger<br>Heidelberg, Steinberger, Colmer<br>   & Burrow, PA<br>711 Delmas Avenue<br>Pascagoula, Mississippi 39567<br>Telephone: 228-762-8021<br>Facsimile:  228-762-7589<br>ksteinberger@hscbpa.com<br>***Counsel for Industrial Rubber &***<br>***Specialty Company (f/k/a Coastal***<br>***Rubber & Gasket Co., Inc.) and***<br>***Mississippi Rubber & Specialty***<br>***Company*** | Deborah D. Kuchler<br>Janika D. Polk<br>Kuchler Polk Schell Weiner<br>   & Richeson, LLC<br>1615 Poydras Street, Suite 1300<br>New Orleans, Louisiana 70112<br>Telephone: 504-592-0691<br>Facsimile:  504-592-0696<br>dkuchler@kuchlerpolk.com<br>jpolk@kuchlerpolk.com<br>***Counsel for Ford Motor Company*** |

      I further certify that I have mailed a copy by First Class Mail to the Clerk of the Northern District of Mississippi, Eastern Division at the Thomas E. Abernathy Federal Building, 301 W. Commerce Street, Aberdeen, Mississippi 39730.

      So certified on this, the 12th day of July, 2011.


                                                                           */s/ Thomas E. Vaughn*
                                                                           THOMAS E. VAUGHN


Thomas E. Vaughn, MS Bar No. 6606
VAUGHN & BOWDEN, PA
2510 14th Street, Suite 912
Gulfport, Mississippi  39501
Telephone:   (228) 863-5656
Facsimile:     (228) 863-6509
Email: tvaughn@vaughnbowden.com