**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

**In re Elaine V. Cantrell Litigation**                          **MDL 875**

**Proof of Service**

I hereby certify that a copy of the foregoing Notice of Potential Tag-Along Action, Schedule of Actions, Case Docket Sheet, Complaint and this Certificate of Service was served by First Class Mail to the Clerk of the Northern District of Mississippi, Eastern Division at the Thomas E. Abernathy Federal Building, 301 W. Commerce Street, Aberdeen, Mississippi 39730 and to the following via Email:

Timothy W. Pace
Pace Law Firm
300 S. Front Street
Amory, Mississippi 38821
Telephone:  601-256-3866
Facsimile:  (662) 256-3854
twpace@bellsouth.net
*Counsel for Plaintiffs*

Robert L. Gibbs
Bonnie Brdigers Smith
Gibbs Whitwell PLLC
1400 Meadowbrook Road, Suite 100
Jackson, Mississippi 39211
Telephone: 601-487-2640
Facsimile:  601-366-4295
rbiggs@gibbswhitwell.com
bbsmith@gibbswhitwell.com
*Counsel for A.W. Chesterton Company*

Stacey Suiter Strain
Hubbard, Mitchell, Williams & Strain, PLLC
4450 Old Canton Road, Suite 200
Jackson, Mississippi 39211
Telephone:  601-354-5400
Facsimile:   601-355-5850
strain@hubbardmitchell.com
*Counsel for AGCO Corporation and Cleaver-Brooks Company*

Donald C. Partridge
Forman Perry Watkins Krutz & Tardy, PLLC
200 S. Lamar Street, Suite 100
Jackson, Mississippi 39201
Telephone:  601-960-8600
Facsimile:   601-960-8613
*Counsel for American Standard, Inc.;*
*Case Construction Equipment, Inc.;*
*Ingersoll-Rand Company*

Amanda Summerlin
Forman Perry Watkins Krutz & Tardy, PLLC
200 S. Lamar Street, Suite 100
Jackson, Mississippi 39201
Telephone:  601-960-8600
Facsimile:   601-960-8613
summerlinad@fpwk.com
*Counsel for CertainTeed Corporation*

Jennifer Marie Studebaker
Forman Perry Watkins Krutz & Tardy, PLLC
200 S. Lamar Street, Suite 100
Jackson, Mississippi 39201
Telephone:  601-960-8600
Facsimile:   601-960-8613
studebakerjm@fpwk.com
*Counsel for Tyco Valves & Controlled*
*(sued Individually and as successor-in-interest to Yarway Corporation)*

-2-

Karl R. Steinberger
Heidelberg, Steinberger, Colmer
 & Burrow, PA
711 Delmas Avenue
Pascagoula, Mississippi 39567
Telephone: 228-762-8021
Facsimile:  228-762-7589
ksteinberger@hscbpa.com
**Counsel for Industrial Rubber & Specialty Company (f/k/a Coastal Rubber & Gasket Co., Inc.) And Mississippi Rubber & Specialty Company**

Rose Marie Wade
Evert Weathersby Houff
3405 Piedmont Road, NE, Suite 200
Atlanta, Georgia 30305
Telephone:  678-651-1226
Facsimile:   678-651-1201
rmwade@ewhlaw.com
*Counsel for VIACOM, Inc. (sued individually and as Successor-in-Interest to Westinghouse Electric Corporation)*

Deborah D. Kuchler
Janika D. Polk
Kuchler Polk Schell Weiner
 & Richeson, LLC
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone: 504-592-0691
Facsimile:   504-592-0696
dkuchler@kuchlerpolk.com
jpolk@kuchlerpolk.com
*Counsel for Ford Motor Company*

Thomas E. Vaughn
Vaughn & Bowden, PA
2510 14th Street, Suite 912
Gulfport, Mississippi 39501
Telephone: 228-863-5656
Facsimile:  228-863-6509
tvaughn@vaughnbowden.com

So certified on this the 12th day of July, 2011.

      /s/   *Thomas E. Vaughn*
THOMAS E. VAUGHN