BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re Asbestos Products Liability Litigation | : MDL NO. 875 |

## NOTICE OF TAG-ALONG ACTION

Pursuant to Rule 7.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants, VWR International, LLC, Fisher Scientific Company L.L.C. and Baxter Healthcare Corporation (collectively "Defendants"), hereby give notice of the following related and potential tag-along action and requests that the same be transferred to MDL 875 pending in the United States District Court for the Eastern District of Pennsylvania:

*Thomas Ian Brownbridge and Margaret Brownbridge v. Baxter Healthcare Corp., et al.*, United States District Court, District of New Jersey, Docket No. 2:11-cv-03705-DMC -JAD; Notice of Removal filed June 28, 2011; Judge Dennis M. Cavanaugh. (A copy of the Notice of Removal and Complaint (Exhibit A to Notice of Removal) are attached hereto.)

As indicated by the attached Notice of Removal and Complaint, this action involves questions of fact that are common to actions previously transferred to the Eastern District of Pennsylvania and assigned to the Honorable Eduardo C. Robreno.

Defendants respectfully request that the Judicial Panel on Multidistrict Litigation utilize its "tag-along" procedures to transfer this asbestos-related action to the MDL 875 proceedings pending before the Honorable Eduardo C. Robreno of the Eastern District of Pennsylvania for coordinated pre-trial proceedings.

Dated: July 11, 2011                                     Respectfully submitted,

**HOAGLAND LONGO MORAN DUNST & DOUKAS, LLP**

By:  /s/ Shazia Chaudhri-deWit
     Shazia Chaudhri deWit
     40 Paterson Street
     P.O. Box 480
     New Brunswick, New Jersey 08903
     (732) 545-4717
     Fax: (732) 545-4579
     schaudhridewit@hoaglandlongo.com

*Attorneys for Defendant Fisher Scientific Company L.L.C.*

**O'TOOLE FERNANDEZ WEINER VAN LIEU LLC**

By:  /s/ Gary Van Lieu
     Gary Van Lieu
     60 Pompton Avenue
     Verona, NJ 07044
     (973) 239-5700
     Fax (973) 239-3400
     gvanlieu@ofwvlaw.com

*Attorneys for Defendant VWR International, LLC*

MARON, MARVEL, BRADLEY & ANDERSON, P.A.

By: /s/ Andrew Constantine, II
Andrew Constantine, II
75 Montgomery Street, Suite 200
Jersey City, New Jersey 07302
(302) 425-5177
Fax: (302) 425-0180
ac@maronmarvel.com

*Attorneys for Baxter Healthcare Corporation*

3