<u>COURTESY COPY – DO NOT FILE</u>

July 11, 2011

**VIA OVERNIGHT MAIL**

Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8041

    Re:   *In Re Asbestos Products Liability Litigation*
            MDL No. 875

Dear Clerk of the Panel:

Pursuant to Rule 7.1(a) of the Rules of the Judicial Panel on Multidistrict Litigation, we collectively write on behalf of our clients, Fisher Scientific Company L.L.C., VWR International, LLC and Baxter Healthcare Corporation (collectively "Defendants") and provide notice of the following potential "tag-along" action and to request transfer of the same to MDL No. 875:

***Thomas Brownbridge and Margaret Brownbridge v. Baxter Health Care Corporation, et al.***

This asbestos-related action currently is pending in the United States District Court of New Jersey, Civil Action No. 2:11-cv-03705-DMC-JAD. The action was originally filed in the Superior Court of New Jersey, Middlesex County (Docket No. MID-L-5134-10) on July 13, 2010 and removed to the District Court of New Jersey on June 28, 2011.

Enclosed please find a courtesy copy of the following on behalf of in this matter, both of which have been filed via ECF:

    1)    Notice of Tag-Along Action with attached copy of Notice of Removal and Complaint (*Exhibit A to Notice of Removal*); and

    2)    Certification of Service.

As indicated by the attached Notice of Removal and Complaint, this action involves questions of fact that are common to actions previously transferred to the Eastern District of Pennsylvania and assigned to the Honorable Eduardo C. Robreno. We respectfully request that the Panel's "tag-along" procedures be utilized to transfer the *Brownbridge* action to the MDL 875 proceedings

Clerk of the Panel
July 11, 2011
Page 2 of 3

pending before Judge Robreno of the Eastern District of Pennsylvania for coordinated pre-trial proceedings.

Copies of this letter have been served on all counsel in the *Brownbridge* action. Additionally, a copy of this letter and enclosures is being filed with the District Court of New Jersey, where the *Brownbridge* action currently is pending.

Thank you for your attention to this matter. If there are any concerns, please do not hesitate to call us.

Very truly yours,

HOAGLAND LONGO MORAN DUNST & DOUKAS, LLP

*Shazia Chaudhri-deWit*

Shazia Chaudhri deWit
*Counsel for Fisher Scientific Company L.L.C.*


O'TOOLE FERNANDEZ WEINER VAN LIEU LLC

*Gary Van Lieu*

Gary Van Lieu,
*Counsel for VWR International, LLC*


MARON, MARVEL, BRADLEY & ANDERSON, P.A.

*Andrew Constantine, II*

Andrew Constantine, II
*Counsel for Baxter Healthcare Corporation*

Clerk of the Panel
July 11, 2011
Page 3 of 3

Enclosures

cc:   All Counsel of Record on Attorney Service List
      (*w/o encl.*)

      Clerk of the Court (*w/o encl.*)
      United States District Court
      District of New Jersey
      Martin Luther King, Jr. Federal Building & U.S. Courthouse
      50 Walnut Street
      Newark, NJ 07101