BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re Asbestos Products Liability Litigation | MDL NO. 875 |

## CERTIFICATION OF SERVICE

I, SHAZIA CHAUDHRI DE WIT, hereby certify that on July 11, 2011, I caused to be served a true and correct copy of Defendants' Notice of Tag-Along Action upon all counsel identified on the attached Attorney Service List by ECF. I also caused a courtesy copy of these same papers to be served on Clerk of the Judicial Panel on Multidistrict Litigation and the Clerk of Court for the United States District Court for the District of New Jersey by overnight mail.

Respectfully submitted,

s/Shazia Chaudhri-deWit

SHAZIA CHAUDHRI deWIT
Hoagland Longo Moran Dunst & Doukas, LLP
40 Paterson Street
New Brunswick, NJ 08903
Telephone: (732) 545-4717
Fax: (732) 545-4579
scdewit@hoaglandlongo.com

*Counsel for Fisher Scientific Company L.L.C.*

Dated: July 11, 2011

## **ATTORNEY SERVICE LIST**

James C. Long, Jr., Esq.
Belluck & Fox LLP
546 Fifth Avenue, 4th Floor
New York, New York 10036
(212) 681-1575
Fax: (212) 681-1574
jlong@belluckfox.com

*Attorneys for Plaintiffs*

Gary Van Lieu, Esq.
O'Toole Fernandez Weiner Van Lieu LLC
60 Pompton Avenue
Verona, NJ 07044
(973) 239-5700
Fax (973) 239-3400
gvanlieu@ofwvlaw.com

*Attorneys for Defendant VWR International, LLC*

Andrew Constantine, II, Esq.
Maron, Marvel, Bradley & Anderson, P.A.
75 Montgomery Street, Suite 200
Jersey City, New Jersey 07302
(302) 425-5177
Fax: (302) 425-0180
ac@maronmarvel.com

*Attorneys for Baxter Healthcare Corporation*