| | **Pond North LLP** | |
|---|---|---|
| **Northern California**<br>San Francisco<br>(415) 217-1240 | 350 South Grand Avenue, Suite 3300<br>Los Angeles, CA 90071<br>Telephone: (213) 617-6170<br>Fax: (213) 623-3594<br>www.pondnorth.com | **New England**<br>Massachusetts<br>(781) 556-0600 |
| **Southern California**<br>Los Angeles<br>(213) 617-6170 | | Rhode Island<br>(401) 383-8831 |
| Our File No. 4520-3271 | | Writer's Email<br>kjamison@pondnorth.com |

July 12, 2011

Clerk of the Panel Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

    Re:    *Stephen Conroy, et al. v. A. W. Chesterton Company, et al.*
             *Case No. 2:11-cv-05457 R (VBKx)*
             *Our Client: CBS Corporation, a Delaware corporation, f/k/a Viacom Inc.,*
             *successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a*
             *Westinghouse Electric Corporation ("Westinghouse")*

Dear Sir or Madam:

       Attached are the Complaint, Notice of Removal, Notice of Tag-Along Action, and other associated pleadings in the above-referenced action.

       As stated in the Notice of Tag-Along Action, the above-referenced asbestos personal injury action is appropriate for transfer to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 and the July 29, 1991 Order of the Judicial Panel on Multidistrict Litigation.

       Accordingly, CBS Corporation (f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation) requests that the Clerk of the Panel either: (1) enter a conditional transfer order pursuant to MDL Rule 12(a) or (2) file an order to show cause why the actions should not be transferred, pursuant to MDL

Clerk of the Panel Judicial Panel on Multidistrict Litigation
July 12, 2011
Page 2

Rule 13(b).

Thank you for your attention to this matter.

Sincerely,

POND NORTH LLP

Kevin D. Jamison

KDJ:njc
Enclosures