# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

*Cain v. Asbestos Corporation Ltd., et al.*, W.D. Washington No. 2:11-cv-01102

## NOTICE OF OPPOSITION TO CTO-420

I represent plaintiff, Sharon Cain, individually and as Personal Representative of the Estate of Gerald Cain, in the above captioned action which is included on the conditional transfer order (CTO-420). Plaintiff submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

    Sincerely,

    *s/Janet L. Rice*
    JANET L. RICE, WSBA #9386
    Counsel for Plaintiffs
    810 Third Avenue, Suite 500
    Seattle, Washington  98104
    (206) 622-8000
    rice@sgb-law.com