BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 - In re: Asbestos Products Liability Litigation (No. VI)

*Tysver et al v. Foster Wheeler Corporation, et al.*, N.D. California, C.A. No. CV 11-02954 SC

CTO-415 - NOTICE OF DISMISSAL OF CASE

The federal lawsuit noted above has been dismissed. Please find attached a copy of the Stipulation and Order Dismissing the Case and a copy of the case's docket noting it was terminated on July 8, 2011. As the case is dismissed, Plaintiffs will not be filing a motion and brief to vacate.

Sincerely,

Steven J. Patti, Esq.
Clapper, Patti, Schweizer & Mason
2330 Marinship Way, Suite 140
Sausalito, CA 94965
(415) 332-4262
steve@clapperlaw.com

Jack K. Clapper (State Bar No. 83207)
Steven J. Patti (State Bar No. 163773)
CLAPPER, PATTI, SCHWEIZER & MASON
2330 Marinship Way, Suite 140
Sausalito, CA 94965
Telephone: (415) 332-4262
Facsimile: (415) 331-5387

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY JOANN TYSVER, Individually and as Successor-in-Interest to Decedent WAYNE FORREST TYSVER; JODY ANN PAULSON; STEVE TYSVER; LORI S. BROWN; ROBIN LINDSEY,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION, LTD., et al.,<br><br>Defendants. | SC<br>U.S. District Court Case No. CV-11-2954-~~LB~~<br><br>Alameda County Superior Court Case No. RG-11-569254<br><br>**STIPULATION OF DISMISSAL OF DEFENDANTS** |

WHEREAS all named defendants apart from those listed below were voluntarily dismissed from this action pursuant to FRCP 41(a)(1)(A)(i).

WHEREAS the below listed defendants are the only defendants who have filed answers, and no defendant has filed a motion for summary judgment.

IT IS HEREBY STIPULATED by and between the remaining parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(ii).

DATED: June 27, 2011.

CLAPPER, PATTI, SCHWEIZER & MASON

By: _____
Steven J. Patti
Attorney for Plaintiffs
Sally Joann Tysver, et al.

CLAPPER, PATTI,
SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

STIPULATION OF DISMISSAL

| | | |
|---|---|---|
| 1 | DATED: 6/29/11, 2011. | McKENNA LONG & ALDRIDGE |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Felicia Feng<br>Attorneys for Defendant<br>Metalclad Insulation Corporation |
| 5 | DATED: _____, 2011. | BRYDON HUGO & PARKER |
| 6 | | |
| 7 | | By: _____ |
| 8 | | George A. Otstott<br>Attorneys for Defendant<br>Union Carbide Corporation |
| 9 | | |
| 10 | DATED: _____, 2011. | GORDON & REES, LLP |
| 11 | | |
| 12 | | By: _____ |
| 13 | | Linda M. Moroney<br>Attorneys for Defendant<br>3M Company |
| 14 | DATED: _____, 2011. | BASSI, EDLIN, HUIE & BLUM LLP |
| 15 | | |
| 16 | | By: _____ |
| 17 | | Reshma A. Bajaj<br>Attorneys for Defendant<br>J.T. Thorpe & Son, Inc. |
| 18 | | |
| 19 | DATED: _____, 2011. | BISHOP BARRY DRATH |
| 20 | | |
| 21 | | By: _____ |
| 22 | | John A. Burke<br>Attorneys for Defendant<br>Plant Products & Supply Co. |
| 23 | | |
| 24 | DATED: _____, 2011. | ADAMS, NYE BECHT LLP |
| 25 | | |
| 26 | | By: _____ |
| 27 | | Barbara R. Adams<br>Attorneys for Defendant<br>J & H Marine & Industrial Engineering Company |
| 28 | | |

CLAPPER, PATTI,
SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

STIPULATION OF DISMISSAL

```
 1  DATED: _____, 2011.        McKENNA LONG & ALDRIDGE
 2
 3                                         By:_____
                                              Felicia Feng
 4                                            Attorneys for Defendant
                                              Metalclad Insulation Corporation
 5
 6  DATED: _____7/6_____, 2011.        BRYDON HUGO & PARKER
 7
                                           By:_____
 8                                            George A. Otstott
                                              Attorneys for Defendant
 9                                            Union Carbide Corporation

10  DATED: _____, 2011.        GORDON & REES, LLP
11
12                                         By:_____
                                              Linda M. Moroney
13                                            Attorneys for Defendant
                                              3M Company
14
15  DATED: _____, 2011.        BASSI, EDLIN, HUIE & BLUM LLP
16
                                           By:_____
17                                            Reshma A. Bajaj
                                              Attorneys for Defendant
18                                            J.T. Thorpe & Son, Inc.

19  DATED: _____, 2011.        BISHOP BARRY DRATH
20
21                                         By:_____
                                              John A. Burke
22                                            Attorneys for Defendant
                                              Plant Products & Supply Co.
23
24  DATED: _____, 2011.        ADAMS, NYE BECHT LLP
25
26                                         By:_____
                                              Barbara R. Adams
27                                            Attorneys for Defendant
                                              J & H Marine & Industrial Engineering
28                                            Company
```

CLAPPER, PATTI,
SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

STIPULATION OF DISMISSAL

```
 1  DATED: _____, 2011.    McKENNA LONG & ALDRIDGE
 2
 3                                    By:_____
 4                                       Felicia Feng
                                         Attorneys for Defendant
                                         Metalclad Insulation Corporation
 5
 6  DATED: _____, 2011.    BRYDON HUGO & PARKER
 7
 8                                    By:_____
                                         George A. Otstott
 9                                       Attorneys for Defendant
                                         Union Carbide Corporation
10  DATED: June 29, 2011.             GORDON & REES LLP
11
12                                    By: /s/ Linda Moroney
                                         Linda M. Moroney
13                                       Attorneys for Defendant
                                         3M Company
14
15  DATED: _____, 2011.    BASSI, EDLIN, HUIE & BLUM LLP
16
17                                    By:_____
                                         Reshma A. Bajaj
18                                       Attorneys for Defendant
                                         J.T. Thorpe & Son, Inc.
19  DATED: _____, 2011.    BISHOP BARRY DRATH
20
21                                    By:_____
                                         John A. Burke
22                                       Attorneys for Defendant
                                         Plant Products & Supply Co.
23
24  DATED: _____, 2011.    ADAMS, NYE BECHT LLP
25
26                                    By:_____
                                         Barbara R. Adams
27                                       Attorneys for Defendant
                                         J & H Marine & Industrial Engineering
28                                       Company
```

STIPULATION OF DISMISSAL

```
 1  DATED: _____, 2011.        McKENNA LONG & ALDRIDGE
 2
 3                                          By:_____
                                               Felicia Feng
 4                                             Attorneys for Defendant
                                               Metalclad Insulation Corporation
 5
 6  DATED: _____, 2011.        BRYDON HUGO & PARKER
 7
                                            By:_____
 8                                             George A. Otstott
                                               Attorneys for Defendant
 9                                             Union Carbide Corporation

10  DATED: _____, 2011.        GORDON & REES, LLP
11
                                            By:_____
12                                             Linda M. Moroney
                                               Attorneys for Defendant
13                                             3M Company
14
    DATED: June 28_____, 2011.         BASSI, EDLIN, HUIE & BLUM LLP
15
16                                          By:_____
                                               Reshma A. Bajaj
17                                             Attorneys for Defendant
                                               J.T. Thorpe & Son, Inc.
18
19  DATED: _____, 2011.        BISHOP BARRY DRATH
20
                                            By:_____
21                                             John A. Burke
                                               Attorneys for Defendant
22                                             Plant Products & Supply Co.
23
24  DATED: _____, 2011.        ADAMS, NYE BECHT LLP
25
                                            By:_____
26                                             Barbara R. Adams
                                               Attorneys for Defendant
27                                             J & H Marine & Industrial Engineering
                                               Company
28
```

CLAPPER, PATTI,
SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

STIPULATION OF DISMISSAL

| | | |
|---|---|---|
| 1 | DATED: _____, 2011. | McKENNA LONG & ALDRIDGE |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Felicia Feng<br>Attorneys for Defendant<br>Metalclad Insulation Corporation |
| 5 | | |
| 6 | DATED: _____, 2011. | BRYDON HUGO & PARKER |
| 7 | | |
| 8 | | By:_____<br>George A. Otstott<br>Attorneys for Defendant<br>Union Carbide Corporation |
| 10 | DATED: _____, 2011. | GORDON & REES, LLP |
| 12 | | By:_____<br>Linda M. Moroney<br>Attorneys for Defendant<br>3M Company |
| 15 | DATED: _____, 2011. | BASSI, EDLIN, HUIE & BLUM LLP |
| 17 | | By:_____<br>Reshma A. Bajaj<br>Attorneys for Defendant<br>J.T. Thorpe & Son, Inc. |
| 19 | DATED: 6/28, 2011. | BISHOP BARRY DRATH |
| 21 | | By: _/s/ John A. Burke_<br>John A. Burke<br>Attorneys for Defendant<br>Plant Products & Supply Co. |
| 24 | DATED: _____, 2011. | ADAMS, NYE BECHT LLP |
| 26 | | By:_____<br>Barbara R. Adams<br>Attorneys for Defendant<br>J & H Marine & Industrial Engineering Company |

CLAPPER, PATTI,
SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

STIPULATION OF DISMISSAL

| | | |
|---|---|---|
| 1 | DATED: _____, 2011. | McKENNA LONG & ALDRIDGE |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Felicia Feng<br>Attorneys for Defendant<br>Metalclad Insulation Corporation |
| 5 | | |
| 6 | DATED: _____, 2011. | BRYDON HUGO & PARKER |
| 7 | | |
| 8 | | By:_____ |
| 9 | | George A. Otstott<br>Attorneys for Defendant<br>Union Carbide Corporation |
| 10 | DATED: _____, 2011. | GORDON & REES, LLP |
| 11 | | |
| 12 | | By:_____ |
| 13 | | Linda M. Moroney<br>Attorneys for Defendant<br>3M Company |
| 14 | | |
| 15 | DATED: _____, 2011. | BASSI, EDLIN, HUIE & BLUM LLP |
| 16 | | |
| 17 | | By:_____ |
| 18 | | Reshma A. Bajaj<br>Attorneys for Defendant<br>J.T. Thorpe & Son, Inc. |
| 19 | DATED: _____, 2011. | BISHOP BARRY DRATH |
| 20 | | |
| 21 | | By:_____ |
| 22 | | John A. Burke<br>Attorneys for Defendant<br>Plant Products & Supply Co. |
| 23 | | |
| 24 | DATED: *June 28*, 2011. | ADAMS, NYE BECHT LLP |
| 25 | | |
| 26 | | By: *[signature]* |
| 27 | | Barbara R. Adams<br>Attorneys for Defendant<br>J & H Marine & Industrial Engineering Company |
| 28 | | |

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

July 7, 2011

STIPULATION OF DISMISSAL

CLAPPER, PATTI,
SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

1  DATED: _June 30_, 2011.        VASQUEZ ESTRADA & CONWAY LLP

2

3                                 By: _/s/ Michael A. Vasquez_
                                      Michael A. Vasquez
4                                     Attorneys for Defendant
                                      Hill Brothers Chemical Company
5

CLAPPER, PATTI,
SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

STIPULATION OF DISMISSAL

## PROOF OF SERVICE BY MAIL

I declare that I am employed in the County of Marin, California; I am over the age of eighteen years and not a party to the within action; my business address is 2330 Marinship Way, Suite 140, Sausalito, California 94965.

On July 6, 2011, I served the attached document: STIPULATION OF DISMISSAL OF DEFENDANTS in said action,

    XXX    By placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Sausalito, California addressed as

See Attached Service List

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 6, 2011 at Sausalito, California.

_____
Lenette Lew

CLAPPER, PATTI
SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

T:\FORMS\Common\mail pos.wpd

Sally Joann Tysver, et al. ALSC Case No. RG11569254
May 17, 2011

ASBESTOS CORPORATION, LTD.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
433-0990, 434-1370, fax

ASTRA FLOORING COMPANY
Pond North LLP
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
(213) 617-6170, (213) 623-3594, fax

B.R. FUNSTEN & CO.
*James Funsten*
*825 Van Ness Avenue, Suite 201*
*San Francisco, CA 94109*

Walsworth, Franklin, Bevins & McCall
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415/781-7072, 415/391-6258 fax

THE BOEING COMPANY
Ronald A McIntire
Bo W. Kim
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
(310) 788-9900, (310) 788-3399, fax

FOSTER WHEELER CORPORATION
Edward R. Hugo
Donna L. Maul
Brydon Hugo & Parker
135 Main Street, 20th Floor
San Francisco, CA 94105
808-0300, 808-0333 fax

FRASER'S BOILER SERVICE, INC.
Frank D. Pond
Pond North, LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
(213) 617-6170, (213) 623-3594 fax

GOODRICH CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS NEW YORK GOODRICH
David Glaspy, Esq.
Glaspy & Glaspy
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300; 925-947-1594 fax

HILL BROTHERS CHEMICAL COMPANY
Michael A. Vasquez
Kelli A. Herzog
Vasquez & Estrada
1000 Fourth Street, Suite 700
San Rafael, CA 94901
415-453-0555; 415- 453-0549 fax

J & H MARINE & INDUSTRIAL ENGINEERING COMPANY
Barbara R. Adams
Adams Nye Becht LLP
222 Kearny Street, Seventh Floor
San Francisco, CA 94108-4521
(415) 982-8955, (415) 982-2042, fax

J.T. THORPE & SON, INC.
Jeffrey J. Fadeff
Reshma A. Bajaj
Bassi, Edlin, Huie & Blum LLP
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006; 415-397-1339 fax

METALCLAD INSULATION CORPORATION
Lisa L. Oberg
McKenna Long & Aldridge, LLP
101 California Street, 41st Floor
San Francisco, CA 94111
415-267-4000, 415-267-4198 fax

PARKER HANNIFIN CORPORATION
Law Offices of Peter J. Nova
P.O. Box 1328
Sonoma, CA 95476
Ph: 707-938-9610; Fax: 707-938-9612

PLANT PRODUCTS & SUPPLY CO.
Bishop Barry Drath
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
(510) 596-0888; (510) 596-0899 fax

QUINTEC INDUSTRIES, INC.; SB DECKING, INC.
Walsworth, Franklin, Bevins & McCall
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415/781-7072, 415/391-6258 fax

M. SLAYEN AND ASSOCIATES, INC.
Mark S. Kannett
Becherer, Kannett & Schweitzer
1255 Powell Street
Emeryville, CA 94608-2604
(510) 658-3600, (510) 658-1151, fax

SYD CARPENTER, MARINE CONTRACTOR, INC.
Kenneth B. Prindle, Esq.
Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP
One California Street, Suite 1910
San Francisco, CA 94111
415-788-8354; 415-788-3625 fax

UNION CARBIDE CORPORATION
John R. Brydon, Esq.
Edward R. Hugo, Esq.
Brydon Hugo & Parker
135 Main Street, Suite 2000
San Francisco, CA 94105
415-808-0300; 415-808-0333 fax

3M COMPANY fka Minnesota Mining & Manufacturing Company
Linda M. Moroney
Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900; (415) 986-8054 fax

BERRY & BERRY
P.O. Box 16070
Oakland, CA 94610
(510) 835-8330, (510) 835-5117 fax

Plaintiffs Co-Counsel:
Barrett Naman
DeLuca & Nemeroff, LLP
21021 Springbrook Plaza Drive, Suite 150
Spring, TX 77379
281-378-5970; 281-378-5976 fax

ADRMOP, CLOSED, E-Filing

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:11-cv-02954-SC

Tysver et al v. Foster Wheeler Corporation, et al.
Assigned to: Hon. Samuel Conti
Case in other court: Superior Court of CA, County of Alameda, RG11569254
Cause: 28:1442 Petition for Removal

Date Filed: 06/15/2011
Date Terminated: 07/08/2011
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

### Plaintiff

**Sally Joann Tysver**
*Individually and as Successor-in-Interest to Decedent Wayne Forrest Tysver*

represented by **Jack K. Clapper**
Clapper & Patti
Marina Office Plaza
2330 Marinship Way
Suite 140
Sausalito, CA 94965
415/332-4262
Fax: 415-331-5387
Email: jkc@clapperlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven J. Patti**
Clapper & Patti
Marina Office Plaza
2330 Marinship Way
Suite 140
Sausalito, CA 94965
415-332-4262
Fax: 415-331-5387
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Jody Ann Paulsen**

represented by **Jack K. Clapper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven J. Patti**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Plaintiff

Steve Tysver							represented by **Jack K. Clapper**
								(See above for address)
								*LEAD ATTORNEY*
								*ATTORNEY TO BE NOTICED*

								**Steven J. Patti**
								(See above for address)
								*ATTORNEY TO BE NOTICED*

**Plaintiff**

Lori S. Brown							represented by **Jack K. Clapper**
								(See above for address)
								*LEAD ATTORNEY*
								*ATTORNEY TO BE NOTICED*

								**Steven J. Patti**
								(See above for address)
								*ATTORNEY TO BE NOTICED*

**Plaintiff**

Robin Lindsey							represented by **Jack K. Clapper**
								(See above for address)
								*LEAD ATTORNEY*
								*ATTORNEY TO BE NOTICED*

								**Steven J. Patti**
								(See above for address)
								*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Foster Wheeler Corporation**					represented by **Edward R. Hugo**
*TERMINATED: 06/23/2011*					Brydon Hugo & Parker
*also known as*							135 Main Street, 20th Floor
Foster Wheeler LLC						San Francisco, CA 94105
*TERMINATED: 06/23/2011*					(415) 808-0300
								Fax: (415) 808-0333
								Email: ehugo@bhplaw.com
								*LEAD ATTORNEY*
								*ATTORNEY TO BE NOTICED*

								**Charles S. Park**
								Brydon Hugo & Parker
								135 Main Street, 20th Floor
								San Francisco, CA 94105
								415-808-0300
								Fax: 415-808-0333
								Email: cpark@bhplaw.com
								*ATTORNEY TO BE NOTICED*

Thomas J. Moses
Brydon Hugo & Parker
135 Main Street, 20th Floor
San Francisco, CA 94105
(415) 808-0300
Fax: (415) 808-0333
Email: tmoses@bhplaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Asbestos Corporation, Ltd.**
*TERMINATED: 06/23/2011*

**Defendant**

**Astra Flooring Company**
*TERMINATED: 06/23/2011*

**Defendant**

**B.R. Funsten & Co.**
*TERMINATED: 06/23/2011*

**Defendant**

**Boeing Company, The**
*TERMINATED: 06/23/2011*

**Defendant**

**Fraser's Boiler Service, Inc.**
*TERMINATED: 06/23/2011*

**Defendant**

**Goodrich Corporation**
*A California Corporation*
*TERMINATED: 06/23/2011*
*doing business as*
New York Goodrich
*TERMINATED: 06/23/2011*

**Defendant**

**Hill Brothers Chemical Company**
*TERMINATED: 07/01/2011*

**Defendant**

**J & H Marine & Industrial Engineering Company**
*TERMINATED: 06/29/2011*

**Defendant**

**J.T. Thorpe & Son, Inc.**
*TERMINATED: 06/29/2011*

**Defendant**

**Metaclad Insulation Corporation**
*TERMINATED: 06/30/2011*

**Defendant**

**Parker Hannifin Corporation**
*TERMINATED: 06/23/2011*

**Defendant**

**Plant Products & Supply Co.**
*TERMINATED: 06/29/2011*

**Defendant**

**Quintec Industries, Inc.**
*TERMINATED: 06/23/2011*

**Defendant**

**SB Decking, Inc.**
*TERMINATED: 06/23/2011*

**Defendant**

**M. Slayen and Associates, Inc.**
*TERMINATED: 06/23/2011*

**Defendant**

**SYD Carpenter, Marine Contractor, Inc.**
*TERMINATED: 06/23/2011*

**Defendant**

**Union Carbide Corporation**
*TERMINATED: 07/08/2011*

**Defendant**

**3M Corporation**
*TERMINATED: 06/30/2011*
*formerly known as*
Minnesota Mining & Manufacturing Company
*TERMINATED: 06/30/2011*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/2011 | 1 | NOTICE OF REMOVAL; No Process, from Superior Court of CA, County of Alameda. Their case number is RG11569254. (Filing fee $350 receipt number 34611061072). Filed by Foster Wheeler Corporation. (jlm, COURT STAFF) (Filed on 6/15/2011) (Additional attachment(s) added on 7/7/2011: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (aaa, COURT STAFF). (Additional attachment(s) added on 7/7/2011: # 4 Exhibit D & E, # 5 Exhibit F, # 6 Exhibit G, # 7 Exhibit H) (aaa, COURT STAFF). (Additional |

| | | |
|---|---|---|
| | | attachment(s) added on 7/7/2011: # 8 Exhibit I, # 9 Exhibit J, # 10 Exhibit K, # 11 Exhibit L) (aaa, COURT STAFF). (Additional attachment(s) added on 7/7/2011: # 12 Exhibit M, # 13 Civil Cover Sheet) (aaa, COURT STAFF). (Additional attachment(s) added on 7/7/2011: # 14 Exhibit M Pt.02, # 15 Exhibit M Pt.03, # 16 Exhibit M Pt.04) (aaa, COURT STAFF). (Additional attachment(s) added on 7/7/2011: # 17 Exhibit M Pt.05) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 18 Exhibit M Pt.06, # 19 Exhibit M Pt.07) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 20 Exhibit M Pt.08) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 21 Exhibit M Pt.09) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 22 Exhibit M Pt.10) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 23 Exhibit M Pt.11) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 24 Exhibit M Pt.12) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 25 Exhibit M Pt.13) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 26 Exhibit M Pt.14) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 27 Exhibit M Pt.15) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 28 Exhibit M Pt.16) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 29 Exhibit M Pt.17, # 30 Exhibit M Pt.18) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 31 Exhibit M Pt.19) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 32 Exhibit M Pt.20) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 33 Exhibit M. Pt.21) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 34 Exhibit M Pt.22) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 35 Exhibit M Pt.23) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 36 Exhibit M Pt.24) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 37 Exhibit Pt.25) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 38 Exhibit M Pt. 26) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 39 Exhibit Pt.27) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 40 Exhibit M Pt.28) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 41 Exhibit M Pt.29) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 42 Exhibit M Pt.30) (aaa, COURT STAFF). (Additional attachment(s) added on 7/8/2011: # 43 Exhibit M Pt.31) (aaa, COURT STAFF). (Entered: 06/21/2011) |
| 06/15/2011 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 12/8/2011. Case Management Conference set for 12/15/2011 10:30 AM. (Attachments: # 1 Standing Order - LB)(jlm, COURT STAFF) (Filed on 6/15/2011) (Entered: 06/21/2011) |
| 06/15/2011 | 3 | NOTICE of Tag-Along Action, filed by Foster Wheeler Corporation (jlm, COURT STAFF) (Filed on 6/15/2011) (aaa, COURT STAFF). (Entered: 06/21/2011) |
| 06/15/2011 | 4 | NOTICE of Disclosure Statement and Certificate of Interested Entities, filed by Foster Wheeler Corporation (jlm, COURT STAFF) (Filed on 6/15/2011) (aaa, COURT STAFF). (Entered: 06/21/2011) |
| 06/15/2011 | | CASE DESIGNATED for Electronic Filing. (jlm, COURT STAFF) (Filed on 6/15/2011) (Entered: 06/21/2011) |
| 06/21/2011 | 5 | Declination to Proceed Before a U.S. Magistrate Judge by Foster Wheeler Corporation *with Certificate of Service*. (Moses, Thomas) (Filed on 6/21/2011) (Entered: 06/21/2011) |

| 06/23/2011 | 6 | NOTICE of Voluntary Dismissal *of Defendant Foster Wheeler LLC, sued herein as Foster Wheeler Corporation* by Sally Joann Tysver (Clapper, Jack) (Filed on 6/23/2011) (Entered: 06/23/2011) |
|---|---|---|
| 06/23/2011 | 7 | NOTICE of Voluntary Dismissal *of Defendant Asbestos Corporation, Ltd* by Sally Joann Tysver (Clapper, Jack) (Filed on 6/23/2011) (Entered: 06/23/2011) |
| 06/23/2011 | 8 | NOTICE of Voluntary Dismissal *of Defendant Syd Carpenter, Marine Contractor, Inc.* by Sally Joann Tysver (Clapper, Jack) (Filed on 6/23/2011) (Entered: 06/23/2011) |
| 06/23/2011 | 9 | NOTICE of Voluntary Dismissal *of SB Decking, Inc.* by Sally Joann Tysver (Clapper, Jack) (Filed on 6/23/2011) (Entered: 06/23/2011) |
| 06/23/2011 | 10 | NOTICE of Voluntary Dismissal *of Defendant Quintec Industries, Inc.* by Sally Joann Tysver (Clapper, Jack) (Filed on 6/23/2011) (Entered: 06/23/2011) |
| 06/23/2011 | 11 | NOTICE of Voluntary Dismissal *of Parker Hannifin Corporation* by Sally Joann Tysver (Clapper, Jack) (Filed on 6/23/2011) (Entered: 06/23/2011) |
| 06/23/2011 | 12 | NOTICE of Voluntary Dismissal *of Defendant M Slayen and Associates, Inc.* by Sally Joann Tysver (Clapper, Jack) (Filed on 6/23/2011) (Entered: 06/23/2011) |
| 06/23/2011 | 13 | NOTICE of Voluntary Dismissal *of Defendant Goodrich Corporation which will do business in California as New York Goodrich* by Sally Joann Tysver (Clapper, Jack) (Filed on 6/23/2011) (Entered: 06/23/2011) |
| 06/23/2011 | 14 | NOTICE of Voluntary Dismissal *of Fraser's Boiler Service, Inc.* by Sally Joann Tysver (Clapper, Jack) (Filed on 6/23/2011) (Entered: 06/23/2011) |
| 06/23/2011 | 15 | NOTICE of Voluntary Dismissal *the Boeing Company* by Sally Joann Tysver (Clapper, Jack) (Filed on 6/23/2011) (Entered: 06/23/2011) |
| 06/23/2011 | 16 | NOTICE of Voluntary Dismissal *of B.R. Funsten & Co.* by Sally Joann Tysver (Clapper, Jack) (Filed on 6/23/2011) (Entered: 06/23/2011) |
| 06/23/2011 | 17 | NOTICE of Voluntary Dismissal *of Defendant Astra Flooring Company* by Sally Joann Tysver (Clapper, Jack) (Filed on 6/23/2011) (Entered: 06/23/2011) |
| 06/24/2011 | 18 | NOTICE of Voluntary Dismissal *of The Boeing Company* by Sally Joann Tysver (Clapper, Jack) (Filed on 6/24/2011) (Entered: 06/24/2011) |
| 06/24/2011 | 19 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge. (ls, COURT STAFF) (Filed on 6/24/2011) (Entered: 06/24/2011) |
| 06/27/2011 | 20 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Samuel Conti for all further proceedings. Magistrate Judge Laurel Beeler no longer assigned to the case. Signed by the Executive Committee on June 27, 2011. (cjl, COURT STAFF) (Filed on 6/27/2011) (Entered: 06/27/2011) |
| 06/28/2011 | 21 | CLERKS NOTICE to Defendant(s) Attorney(s) via e-mail or U.S. mail re: Failure to E-File/E-Mail 1 Notice of Removal, 3 Notice of Tag-Along Action, 4 Notice of Disclosure Statement and Certificate of Interested Entities & in a separate pdf attachment the Civil Cover Sheet and/or Failure to Register as an E-Filer (aaa, COURT STAFF) (Filed on 6/28/2011) (Entered: 06/28/2011) |
| 06/28/2011 | 22 | STIPULATION *of Dismissal of Defendant J.T. Thorpe & Son, Inc.* by Sally Joann Tysver. (Clapper, Jack) (Filed on 6/28/2011) (Entered: 06/28/2011) |

| 06/28/2011 | 23 | STIPULATION *of Dismissal of Defendant J and H Marine & Industrial Engineering Company* by Sally Joann Tysver. (Clapper, Jack) (Filed on 6/28/2011) (Entered: 06/28/2011) |
| --- | --- | --- |
| 06/29/2011 | 24 | STIPULATION *OF DISMISSAL OF DEFENDANT PLANT PRODUCTS & SUPPLY COMPANY* by Sally Joann Tysver. (Clapper, Jack) (Filed on 6/29/2011) (Entered: 06/29/2011) |
| 06/30/2011 | 25 | STIPULATION *OF DISMISSAL OF DEFENDANT 3M COMPANY* by Sally Joann Tysver. (Clapper, Jack) (Filed on 6/30/2011) (Entered: 06/30/2011) |
| 06/30/2011 | 26 | STIPULATION *OF DISMISSAL OF DEFENDANT METALCLAD INSULATION CORPORATION* by Sally Joann Tysver. (Clapper, Jack) (Filed on 6/30/2011) (Entered: 06/30/2011) |
| 06/30/2011 | 27 | STIPULATION *OF DISMISSAL OF DEFENDANT HILL BROTHERS CHEMICAL COMPANY* by Sally Joann Tysver. (Clapper, Jack) (Filed on 6/30/2011) (Entered: 06/30/2011) |
| 07/06/2011 | 28 | STIPULATION *OF DISMISSAL OF DEFENDANT UNION CARBIDE CORPORATION* by Sally Joann Tysver. (Clapper, Jack) (Filed on 7/6/2011) (Entered: 07/06/2011) |
| 07/06/2011 | 29 | STIPULATION *OF DISMISSAL OF DEFENDANTS* by Sally Joann Tysver. (Clapper, Jack) (Filed on 7/6/2011) (Entered: 07/06/2011) |
| 07/08/2011 | 30 | STIPULATION AND ORDER DISMISSING CASE. Signed by Judge Samuel Conti on 8/7/11. (tdm, COURT STAFF) (Filed on 7/8/2011) (Entered: 07/08/2011) |

| PACER Service Center | | |
| --- | --- | --- |
| Transaction Receipt | | |
| 07/14/2011 10:16:50 | | |
| PACER Login: | cp0498 | Client Code: | Tysver |
| Description: | Docket Report | Search Criteria: | 3:11-cv-02954-SC |
| Billable Pages: | 5 | Cost: | 0.40 |