1  Jack K. Clapper (State Bar No. 83207)
   Steven J. Patti (State Bar No. 163773)
2  CLAPPER, PATTI, SCHWEIZER & MASON
   2330 Marinship Way, Suite 140
3  Sausalito, CA 94965
   Telephone: (415) 332-4262
4  Facsimile: (415) 331-5387

5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10
                                                                    SC
11  SALLY JOANN TYSVER, Individually and as  )  U.S. District Court Case No. CV-11-2954-LB
    Successor-in-Interest to Decedent WAYNE   )
12  FORREST TYSVER; JODY ANN PAULSON, )  Alameda County Superior Court Case No.
    STEVE TYSVER; LORI S. BROWN; ROBIN )  RG-11-569254
13  LINDSEY,                                  )
                                              )  STIPULATION OF DISMISSAL OF
14        Plaintiffs,                         )  DEFENDANTS
                                              )
15  v.                                        )
                                              )
16  ASBESTOS CORPORATION, LTD., et al.,       )
                                              )
17        Defendants.                         )
                                              )
18  _____  )

19        WHEREAS all named defendants apart from those listed below were voluntarily dismissed

20  from this action pursuant to FRCP 41(a)(1)(A)(i).

21        WHEREAS the below listed defendants are the only defendants who have filed answers, and

22  no defendant has filed a motion for summary judgment.

23        IT IS HEREBY STIPULATED by and between the remaining parties to this action through

24  their designated counsel that the above-captioned action be and hereby is dismissed without prejudice

25  pursuant to FRCP 41(a)(1)(A)(ii).

26  DATED: _____June 27_____, 2011.        CLAPPER, PATTI, SCHWEIZER & MASON

27                                           By:_____

28                                              Steven J. Patti
                                                Attorney for Plaintiffs
                                                Sally Joann Tysver, et al.

CLAPPER, PATTI,
SCHWEIZER & MASON
Suite 140
2330 Marinship Way      STIPULATION OF DISMISSAL
Sausalito, CA 94965
(415) 332-4262

1   DATED: _____6/29/11_____, 2011.   McKENNA LONG & ALDRIDGE

2

3                                     By:_____
                                          Felicia Feng
4                                         Attorneys for Defendant
                                          Metalclad Insulation Corporation

5

6   DATED: _____, 2011.   BRYDON HUGO & PARKER

7                                      By:_____
                                          George A. Otstott
8                                         Attorneys for Defendant
                                          Union Carbide Corporation

9

10  DATED: _____, 2011.   GORDON & REES, LLP

11

12                                     By:_____
                                          Linda M. Moroney
13                                        Attorneys for Defendant
                                          3M Company

14

15  DATED: _____, 2011.   BASSI, EDLIN, HUIE & BLUM LLP

16                                     By:_____
                                          Reshma A. Bajaj
17                                        Attorneys for Defendant
                                          J.T. Thorpe & Son, Inc.

18

19  DATED: _____, 2011.   BISHOP BARRY DRATH

20

21                                     By:_____
                                          John A. Burke
22                                        Attorneys for Defendant
                                          Plant Products & Supply Co.

23

24  DATED: _____, 2011.   ADAMS, NYE BECHT LLP

25

26                                     By:_____
                                          Barbara R. Adams
27                                        Attorneys for Defendant
                                          J & H Marine & Industrial Engineering
28                                        Company

CLAPPER, PATTI,
SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262        STIPULATION OF DISMISSAL

1   DATED: _____, 2011.          McKENNA LONG & ALDRIDGE

2

3                                              By:_____
                                                       Felicia Feng
4                                                      Attorneys for Defendant
                                                       Metalclad Insulation Corporation
5

6   DATED: _____7/6_____, 2011.            BRYDON HUGO & PARKER

7                                              By:_____
                                                       George A. Otstott
8                                                      Attorneys for Defendant
                                                       Union Carbide Corporation
9

10  DATED: _____, 2011.          GORDON & REES, LLP

11

12                                             By:_____
                                                       Linda M. Moroney
13                                                     Attorneys for Defendant
                                                       3M Company
14

15  DATED: _____, 2011.          BASSI, EDLIN, HUIE & BLUM LLP

16                                             By:_____
                                                       Reshma A. Bajaj
17                                                     Attorneys for Defendant
                                                       J.T. Thorpe & Son, Inc.
18

19  DATED: _____, 2011.          BISHOP BARRY DRATH

20

21                                             By:_____
                                                       John A. Burke
22                                                     Attorneys for Defendant
                                                       Plant Products & Supply Co.
23

24  DATED: _____, 2011.          ADAMS, NYE BECHT LLP

25

26                                             By:_____
                                                       Barbara R. Adams
27                                                     Attorneys for Defendant
                                                       J & H Marine & Industrial Engineering
28                                                     Company

CLAPPER, PATTI,
SCHWEIZER & MASON
Suite 140
2330 Marinship Way          STIPULATION OF DISMISSAL
Sausalito, CA 94965
(415) 332-4262

1  DATED: _____, 2011.  McKENNA LONG & ALDRIDGE

2

3                                   By: _____
                                         Felicia Feng
4                                        Attorneys for Defendant
                                         Metalclad Insulation Corporation
5

   DATED: _____, 2011.  BRYDON HUGO & PARKER
6

7                                   By: _____
                                         George A. Oistott
8                                        Attorneys for Defendant
                                         Union Carbide Corporation
9

10 DATED: _June 29_____, 2011.    GORDON & REES LLP

11                                  By: _Linda Moroney_____

12                                       Linda M. Moroney
                                         Attorneys for Defendant
13                                       3M Company

14
   DATED: _____, 2011.  BASSI, EDLIN, HUIE & BLUM LLP
15

16                                  By: _____
                                         Reshma A. Bajaj
17                                       Attorneys for Defendant
                                         J.T. Thorpe & Son, Inc.
18

19 DATED: _____, 2011.  BISHOP BARRY DRATH

20

21                                  By: _____
                                         John A. Burke
22                                       Attorneys for Defendant
                                         Plant Products & Supply Co.
23

24 DATED: _____, 2011.  ADAMS, NYE BECHT LLP

25

26                                  By: _____
                                         Barbara R. Adams
27                                       Attorneys for Defendant
                                         J. & H Marine & Industrial Engineering
28                                       Company

CLAPPER, PATTI,
SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

STIPULATION OF DISMISSAL

Case MDL No 875 Document 7519 Filed 07/15/11 Page 5 of 10

1    DATED: _____, 2011.    McKENNA LONG & ALDRIDGE

2

3    By:_____

4            Felicia Feng
           Attorneys for Defendant
           Metalclad Insulation Corporation

5

6    DATED: _____, 2011.    BRYDON HUGO & PARKER

7    By:_____

8            George A. Otstott
           Attorneys for Defendant
9            Union Carbide Corporation

10    DATED: _____, 2011.    GORDON & REES, LLP

11

12    By:_____

13            Linda M. Moroney
           Attorneys for Defendant
           3M Company

14    DATED: June 28 _____, 2011.    BASSI, EDLIN, HUIE & BLUM LLP

15

16    By:_____

17            Reshma A. Bajaj
           Attorneys for Defendant
18            J.T. Thorpe & Son, Inc.

19    DATED: _____, 2011.    BISHOP BARRY DRATH

20

21    By:_____

           John A. Burke
22            Attorneys for Defendant
           Plant Products & Supply Co.

23

24    DATED: _____, 2011.    ADAMS, NYE BECHT LLP

25

26    By:_____

           Barbara R. Adams
27            Attorneys for Defendant
           J & H Marine & Industrial Engineering
           Company

28

CLAPPER, PATTI,
SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

STIPULATION OF DISMISSAL

1  DATED: _____, 2011.    McKENNA LONG & ALDRIDGE

2

3                                     By:_____
                                         Felicia Feng
4                                        Attorneys for Defendant
                                         Metalclad Insulation Corporation

5  DATED: _____, 2011.    BRYDON HUGO & PARKER

6

7                                     By:_____
                                         George A. Otstott
8                                        Attorneys for Defendant
                                         Union Carbide Corporation
9

10 DATED: _____, 2011.    GORDON & REES, LLP

11

12                                    By:_____
                                         Linda M. Moroney
13                                       Attorneys for Defendant
                                         3M Company

14

15 DATED: _____, 2011.    BASSI, EDLIN, HUIE & BLUM LLP

16                                    By:_____
                                         Reshma A. Bajaj
17                                       Attorneys for Defendant
                                         J.T. Thorpe & Son, Inc.

18

19 DATED: ____6/28____, 2011.         BISHOP BARRY DRATH

20
                                      By:_____
21                                       John A. Burke
                                         Attorneys for Defendant
22                                       Plant Products & Supply Co.

23

24 DATED: _____, 2011.    ADAMS, NYE BECHT LLP

25

26                                    By:_____
                                         Barbara R. Adams
27                                       Attorneys for Defendant
                                         J & H Marine & Industrial Engineering
                                         Company
28

CLAPPER, PATTI,
SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

STIPULATION OF DISMISSAL

1  DATED: _____, 2011.    McKENNA LONG & ALDRIDGE

2

3                                      By:_____
                                           Felicia Feng
4                                          Attorneys for Defendant
                                           Metalclad Insulation Corporation

5  DATED: _____, 2011.    BRYDON HUGO & PARKER

6

7                                      By:_____
                                           George A. Otstott
8                                          Attorneys for Defendant
                                           Union Carbide Corporation

9

10 DATED: _____, 2011.    GORDON & REES, LLP

11

12                                     By:_____
                                           Linda M. Moroney
13                                         Attorneys for Defendant
                                           3M Company

14

15 DATED: _____, 2011.    BASSI, EDLIN, HUIE & BLUM LLP

16                                     By:_____
                                           Reshma A. Bajaj
17                                         Attorneys for Defendant
                                           J.T. Thorpe & Son, Inc.

18

19 DATED: _____, 2011.    BISHOP BARRY DRATH

20

21                                     By:_____
                                           John A. Burke
22                                         Attorneys for Defendant
                                           Plant Products & Supply Co.

23

24 DATED: _June 28_____, 2011.    ADAMS, NYE BECHT LLP

25

26                                     By:_____
                                           Barbara R. Adams
27                                         Attorneys for Defendant
                                           J & H Marine & Industrial Engineering
28                                         Company

IT IS SO ORDERED
Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

July 7, 2011

CLAPPER, PATTI
SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

STIPULATION OF DISMISSAL

1    DATED: June 30      , 2011.          VASQUEZ ESTRADA & CONWAY LLP

2

3                                         By: _____

4                                             Michael A. Vasquez
                                              Attorneys for Defendant
                                              Hill Brothers Chemical Company
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLAPPER, PATTI,
SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

STIPULATION OF DISMISSAL

Case3:11-cv-02954-SC Document30 Filed07/08/11 Page9 of 10

1    <u>PROOF OF SERVICE BY MAIL</u>

2        I declare that I am employed in the County of Marin, California; I am over the age of eighteen

3    years and not a party to the within action; my business address is 2330 Marinship Way, Suite 140,

4    Sausalito, California  94965.

5        On July 6, 2011, I served the attached document: STIPULATION OF DISMISSAL OF

6    DEFENDANTS in said action,

7      <u>XXX</u>        By placing a true copy thereof, enclosed
     in a sealed envelope, with postage thereon

8                      fully prepaid, in the United States mail
     at Sausalito, California addressed as

9

10   See Attached Service List

11       I  declare under penalty of perjury that the foregoing is true and correct and that this

12   declaration was executed on July 6, 2011 at Sausalito, California.

13

14                              Lenette Lew

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLAPPER, PATTI
SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA  94965
(415) 332-4262

T:\FORMS\Common\mail pos.wpd

Sally Joann Tysver, et al. ALSC Case No. RG11569254
May 17, 2011

**ASBESTOS CORPORATION, LTD.**
Wilson, Elser, Moskowitz, Edelman & Dicker
LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
433-0990, 434-1370, fax

**ASTRA FLOORING COMPANY**
Pond North LLP
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
(213) 617-6170, (213) 623-3594, fax

**B.R. FUNSTEN & CO.**
*James Funsten*
*825 Van Ness Avenue, Suite 201*
*San Francisco, CA 94109*

Walsworth, Franklin, Bevins & McCall
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415/781-7072, 415/391-6258 fax

**THE BOEING COMPANY**
Ronald A McIntire
Bo W. Kim
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
(310) 788-9900, (310) 788-3399, fax

**FOSTER WHEELER CORPORATION**
Edward R. Hugo
Donna L. Maul
Brydon Hugo & Parker
135 Main Street, 20th Floor
San Francisco, CA 94105
808-0300, 808-0333 fax

**FRASER'S BOILER SERVICE, INC.**
Frank D. Pond
Pond North, LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
(213) 617-6170, (213) 623-3594 fax

**GOODRICH CORPORATION WHICH WILL
DO BUSINESS IN CALIFORNIA AS NEW
YORK GOODRICH**
David Glaspy, Esq.
Glaspy & Glaspy
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300; 925-947-1594 fax

**HILL BROTHERS CHEMICAL COMPANY**
Michael A. Vasquez
Kelli A. Herzog
Vasquez & Estrada
1000 Fourth Street, Suite 700
San Rafael, CA 94901
415-453-0555; 415-453-0549 fax

**J & H MARINE & INDUSTRIAL
ENGINEERING COMPANY**
Barbara R. Adams
Adams Nye Becht LLP
222 Kearny Street, Seventh Floor
San Francisco, CA 94108-4521
(415) 982-8955, (415) 982-2042, fax

**J.T. THORPE & SON, INC.**
Jeffrey J. Fadeff
Reshma A. Bajaj
Bassi, Edlin, Huie & Blum LLP
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006; 415-397-1339 fax

**METALCLAD INSULATION CORPORATION**
Lisa L. Oberg
McKenna Long & Aldridge, LLP
101 California Street, 41st Floor
San Francisco, CA 94111
415-267-4000, 415-267-4198 fax

**PARKER HANNIFIN CORPORATION**
Law Offices of Peter J. Nova
P.O. Box 1328
Sonoma, CA 95476
Ph: 707-938-9610; Fax: 707-938-9612

**PLANT PRODUCTS & SUPPLY CO.**
Bishop Barry Drath
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
(510) 596-0888; (510) 596-0899 fax

**QUINTEC INDUSTRIES, INC.; SB DECKING,
INC.**
Walsworth, Franklin, Bevins & McCall
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415/781-7072, 415/391-6258 fax

**M. SLAYEN AND ASSOCIATES, INC.**
Mark S. Kannett
Becherer, Kannett & Schweitzer
1255 Powell Street
Emeryville, CA 94608-2604
(510) 658-3600, (510) 658-1151, fax

**SYD CARPENTER, MARINE CONTRACTOR,
INC.**
Kenneth B. Prindle, Esq.
Prindle, Amaro, Goetz, Hillyard, Barnes &
Reinholtz LLP
One California Street, Suite 1910
San Francisco, CA 94111
415-788-8354; 415-788-3625 fax

**UNION CARBIDE CORPORATION**
John R. Brydon, Esq.
Edward R. Hugo, Esq.
Brydon Hugo & Parker
135 Main Street, Suite 2000
San Francisco, CA 94105
415-808-0300; 415-808-0333 fax

**3M COMPANY fka Minnesota Mining &
Manufacturing Company**
Linda M. Moroney
Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900; (415) 986-8054 fax

**BERRY & BERRY**
P.O. Box 16070
Oakland, CA 94610
(510) 835-8330, (510) 835-5117 fax

Plaintiffs Co-Counsel:
Barrett Naman
DeLuca & Nemeroff, LLP
21021 Springbrook Plaza Drive, Suite 150
Spring, TX 77379
281-378-5970; 281-378-5976 fax