UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Sally Joann Tysver, el al. v. Foster Wheeler Corp., et al., )
  N.D. California, C.A. No. 3:11-02954      )    MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER

  A conditional transfer order was filed in this action (*Tysver*) on June 24, 2011.  Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Tysver* filed a notice of opposition to the proposed transfer.  The Panel has now been advised that, pursuant to a stipulation of dismissal, *Tysver* was dismissed in the Northern District of California by the Honorable Samuel Conti in an order filed on July 8, 2011.

  IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-415" filed on June 24, 2011, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel