BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

CASE ORIGINATES FROM
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SALLY GROS VEDROS | CIVIL ACTION |
| VERSUS | |
| NORTHROP GRUMMAN SHIPBUILDING, INC., ET AL | NO.: LAE 2:11-cv-01198 |

### NOTICE OF FILING FIRST SUPPLEMENTAL WITNESS AND EXHIBIT LIST AND WILL CALL WITNESS LIST WITH EASTERN DISTRICT OF LOUISIANA

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Gerald Vedros, Lori Vedros Kravet, and Valerie Vedros White, major children of Sally Gros Vedros, who hereby notify this Court that they have filed with the United States District Court for the Eastern District of Louisiana, a First Supplemental Witness and Exhibit List. (Exhibit 1). Additionally, plaintiffs have filed with the United States District Court for the Eastern District of Louisiana, Plaintiff's Will Call Witness List. (Exhibit 2).

**WHEREFORE**, plaintiffs, Gerald Vedros, Lori Vedros Kravet, and Valerie Vedros White, major children of Sally Gros Vedros notify this Court that they have filed with the United States District Court for the Eastern District of Louisiana, their First Supplemental Witness and Exhibit List, as well as Plaintiffs' Will Call Witness List.

| **CERTIFICATE OF SERVICE** | Respectfully submitted, |
|---|---|
| I hereby certify that a copy of the Notice of Filing First Supplemental and Witness and Exhibit List and Will Call Witness List has been served upon counsel for all parties by Electronic Service through the Electronic Case Filing System or by FAX, on this 15th day of July, 2011. | **ROUSSEL & CLEMENT**<br><br>/s/ Gerolyn P. Roussel<br>GEROLYN P. ROUSSEL - 1134<br>PERRY J. ROUSSEL, JR. - 20351<br>JONATHAN B. CLEMENT - 30444<br>LAUREN R. CLEMENT - 31106<br>1714 Cannes Drive<br>LaPlace, LA 70068 |
| /s/ Gerolyn P. Roussel<br>GEROLYN P. ROUSSEL | Telephone: (985) 651-6591<br>Facsimile: (985) 651-6591<br>ATTORNEYS FOR PLAINTIFFS |