## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**SALLY GROS VEDROS**        \*      **CIVIL ACTION NO. 2:11-cv-01198**

**VS.**                 \*      **DIVISION "R"**

**NORTHROP GRUMMAN**
**SHIPBUILDING, INC. ET AL**      \*      **MAG. "4"**

### PLAINTIFFS' FIRST SUPPLEMENTAL WITNESS AND EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs, Gerald Vedros, Lori Vedros Kravet, and Valerie Vedros White, who supplement their witness and exhibit lists with the following:

### I. WITNESS LIST

**Dr. Nicholas Angelica**

**Dr. Gabriel Rivera-Rodriguez**

**Janice Champagne**

**Levern Bourgeois**

**Geraldine Gros**

Custodian of Records of Heart of Hospice of New Orleans, 4520 Wichers Dr., Suite 104, Marrero, LA 70072

Plaintiffs reserve the right to supplement and/or amend this list.

### II. EXHIBIT LIST

1.168   Pictures and/or Power Points by Plaintiffs' Experts

1.169   Millette Asbestos Pipe & Board Studies

1.170   Millette Reliance Documents - Mastics, Cloth Gaskets & Packing

7.1     Report entitled "Kaylo Division Plant – Owens-Illinois Glass Company, Sayreville, New Jersey" dated May 29, 1951 Industrial Hygiene Survey by The Saranac Laboratory submitted by Dr. Arthur J. Vorwald;

7.2     Article entitled "Effect of Inhaled Commercial Hydrous Calcium Silicate Dust on Animal Tissues – An Experimental Study" by G. W. H. Scepters, M.D., T. M. Durkan, M.E. and A. B. Delamant, dated 9/55;



**EXHIBIT**

**1**

7.3     Letter from Vandiver Brown, attorney, Johns-Manville dated January 22, 1935 to Mr. M. F. Judd of Raybestos-Manhattan, Inc., Bridgeport, Conn., regarding Mellon Institute of Industrial Research Symposium on Dust Problems and memorandum re: "Mellon Institute of Industrial Research Symposium on Dust Problems - Pittsburgh - Jan. 15, 1935;

7.4     Deposition of Willis Hazard taken on February 11, 1981, in the Massachusetts Asbestos Cases, Case No: M.B.L. No. 1, United States District Court for the District of Massachusetts, and all attachments thereto;

7.5     Letter dated  February 12, 1943, from U. E. Bowes to L.U. Gardner, Saranac Lake;

7.6     Letter from Gardner to Bowes dated 5/31/44, regarding hydrous calcium silicate animal experiments with attachment;

7.7     Letter from Leroy U. Gardner, M.D., to Mr. U. E. Bowes dated March 12, 1943;

7.8     Interim report Regarding the Biological Activity of Kaylo Dust to the Owens-Illinois Glass Company, Toledo, Ohio by The Saranac Laboratory, Saranac Lake, New York, dated October 30, 1948, submitted by Arthur J. Vorwald, M.D., The Edward L. Trudeau Foundation, in cooperation with: Philip C. Pratt, M.D., Thomas M. Durkan, M.E., Anthony B. Delahant;

7.9     Ninth Progress Report on Studies of Kaylo to Owens-Illinois Glass Company dated May 16, 1947;

7.10    Final Report, Investigation Concerning The Capacity of Inhaled Kaylo Dust to Injure the Lung to Owens-Illinois Glass Company, Toledo, Ohio, by The Saranac Laboratory, January 30, 1952 with tables attached;

7.11    Letter from Dr. Arthur J. Vorwald to Mr. W. G. Hazard dated February 7, 1952;

7.12    Letter from Dr. Arthur J. Vorwald to Mr. W. G. Hazard dated February 6, 1952;

7.13    Bill from Dr. Leroy U. Gardner to Owens-Illinois Glass Company for the Complete Study of Samples of Hydrous Calcium Silicate dated May 31, 1944;

7.14    Legal Conference – 4th Annual Meeting – Industrial Hygiene Foundation – 1949;

7.15    Article – Hydrous Calcium Silicate Heat Insulation by E. C. Shuman, The Petroleum Engineer, April, 1952;

7.16    Trial transcript of the testimony of  Samuel Francis Schillaci before the Honorable Hugh Gibson, Volume XI, June 3, 1987, In the United States District Court for the Southern District of Texas, Galveston Division, Loyd Galveston 92 - C.A. No. G_82_144;

7.17    Letter from U. E. Bowes, Director of Research, Owens-Illinois Glass Company, to Dr. Leroy U. Gardner, dated May 24, 1944;

7.18  Letter from Michael E. McConnell, Legal Department, dated September 12, 1980 to Dr. E. B. Demopoulos, Department of Pathology, New York University Medical Center;

7.19  Letter dated June 12, 1985, from Harry B. Demopoulos to Michael McConnell;

7.20  Letter from Philip Drinker, United States Maritime Commission, Chief Health Consultant, to Bureau of Ships, Navy Department, Washington, D.C., dated January 8, 1944;

7.21  Intra-company correspondence dated December 9, 1952, from Curtis W. Howard;

7.22  Intra-company correspondence dated October 5, 1955, attention of M. K. Oleander;

7.23  Sign-in list dated 9/22/52 for the Seventh Saranac Symposium;

7.24  Seventh Saranac Symposium agenda dated 9/22-9/26/52;

7.25  Interrogatories and Answers to Interrogatories, Requests for Production of Documents and Responses thereto as provided in the Manguno consolidated cases;

7.26  Letter dated 3/12/43, from Leroy Gardner to U.E. Bowes stating, "I am disappointed to hear that what we though to be synthetic asbestos proved to be chrysotile which had been added as a reenforcing agent";

7.27  Letter dated 5/31/44, from Leroy Gardner to U.E. Bowes regarding hydrous calcium silicate animal experiments;

7.28  Kaylo 1953-54 batch formulations;

7.29  Letter dated 2/12/43, from Bowe to L.U. Gardner regarding investigation conducted on air hygiene aspects of fiberglas;

7.30  Interim Report Regarding the Biological Activity of Kaylo Dust to the Owens-Illinos Glass Company, Toledo, Ohio, by the Saranac Laboratory, dated 10/30/48.

7.31  Final Report Investigation Concerning the Capacity of Inhaled Kaylo Dust to Injure the Lung to the Owens-Illinois Glass Company by the Saranac Laboratory, dated 1/30/52.

7.32  Letter dated 2/7/52, from Arthur Vorwald to W.G. Hazard regarding the above-listed report.

7.33  Memo/letter dated 5/18/55, to Hugh Williams regarding his response to Bob McArthur's letter of 4/25.

7.34  Memo dated 2/3/49 from Fisher to Brown & Woodard w/att.

31.1  Uniroyal's Response to Requests for Production of Documents in the cases of "Albarado v. Uniroyal, et al", Civil Action No. 86-4227, CDC, Parish of Orleans; and "McCullum v. Uniroyal, et al", Civil Action No. 89-9816, CDC, Parish of Orleans;

31.2    Uniroyal sales documents showing sale of asbeston fabric to Reilly-Benton Company, Inc. and McCarty Branton;

31.3    Certificate showing change of name from United States Rubber Company to Uniroyal, Inc. on February 27, 1967;

31.4    Uniroyal brochure describing asbestos-containing products;

31.5    Letter dated February 4, 1947, from H. C. Schenck to Dr. S. Rutland concerning study of asbestosis in the United States Rubber Company employees, and attachments thereto;

31.6    Memo dated June 2, 1947, to W. Watking concerning the Survey of Ventilating & Dust Systems & Check on Humidity Conditions in the Asbeston Plant - Hogansville, Georgia;

31.7    Memo dated January 9, 1959, from Frederick Sands to Wesley Graff concerning "Health Problems in the Asbeston Operations - Hogansville";

31.8    Memo dated February 9, 1959, from J. E. Sullivan concerning a "Visit to Johns-Manville Textile Plant - February 2, 1959";

31.9    Letter dated January 20, 1959, from Dr. John F. Knox to F. W. Sands of United States Rubber Company;

31.10   Letter dated January 21, 1959, from Dr. John F. Knox to F. W. Sands;

31.11   1943 - 1948 Extracts from the Central Safety Department Inspection File for the Hogansville Plant;

31.12   Proposed Article - "US" Crackers Paper, Hogansville Plant, by A. C. Link, Plant Manager;

31.13   Report to asbestos division --- preliminary results on two-year study, 1957-1958

31.14   Proposed environmental Health Survey by Air Hygiene and manufacturing committee of Asbestos Textile Institute.

31.15   Letter from Hogansville to Winnsboro re Asbestos Textile Institute meeting.  Notes one case attributing lung cancer to asbestos, Item 6 - Austin report.

31.16   No. 6, Asbestos Textile Institute ---- Memo of 9/20/62, Cancer/asbestos case.

31.17   Asbestos Research Council Report - 1960

31.18   Implementing plan of Occupational Health Study.

31.19   Study of Asbestos Products Manufacturing Industry in the United States (proposal).

31.20   Fibrous Dust Seminar

31.21   Memo to Johns-Manville regarding asbestos in Textile Industry from House Committee Hearings.

31.22   Testimony of George Perkel before House Select Subcommittee on Labor --- Asbestosis associated with cancers.

31.23   NIOSH report regarding asbestos workers

31.24   OSHA letter No. 7 regarding threshold limit for asbestos dust from 12 fibers per mil. or 2 million parts per cubic foot to 8 hour time - weighted average of 5 fibers per milliliter.

31.25   Citation regarding asbestos violations from OSHA.

31.26   H.R. 12913 --- Asbestos Workers Health Protection Act.

31.27   Asbestos and spray insulation and fireproofing.

31.28   Notice of Proposed Rule Making --- OSHA

31.29   OSHA standards for exposure to asbestos dust Proposed rules - asbestos cancer lung cases
          EPA     Emissions
          EPA     Asbestos Manufacturing Point Source category

31.30   DOL/OSHA - Occupational Exposure to Asbestos (proposed rules)

31.31   DOL hearing regarding proposed standard for exposure to asbestos dust - 1972

31.32   BNA Current Report

31.33   Reports to Department of Labor regarding asbestos exposure from various entities.

31.34   Dust control in asbestos textile industry

31.35   OSHA sampling Data Sheets

31.36   Company/Uniroyal report on compliance with OSHA representative

31.37   Technical feasibility of achieving OSHA/ASB standard of 2 fibres/cc

31.38   Inter-company report on course regarding sampling/evaluating airborne asbestos dust.

31.39   U.S. Rubber Company/1948 - Asbestos dust concentrations though meet 5 particles per million - in September, October and November concentration is up.

31.40   1949 - Dust Control System - Hogansville

31.41   Memo - regarding control of asbestos dust exposure (no date---probably 1954 or 1955)"...with a knowledge of the effects of asbestos dust exposure on workers"

31.42   Memos regarding dust exposure and dust control at Hogansville plant.

31.43   Letter from Georgia Department of Public health - good job being done regarding asbestos dust protection.

31.44   Review/planning meeting regarding asbestos/OSHA dust control 1972

31.45   NIOSH revised recommended standards

31.46   Asbestos Treating Specifications

31.47   Correspondence regarding asbestos, X-ray and medical program and regarding equipment necessary for same.

31.48   Memos and correspondence regarding respirators

31.49   No longer use of asbestos fiber at Hogansville plant, 1976

31.50   Regarding exposure levels

31.51   Pamphlet - "Method for Determining Asbestos Dust Concentration"

31.52   Air Hygiene Manufacturing Committee, 1966,Asbestos related to lung cancer,(D.T. Custer from U.S. Rubber Company present)Also - Ayer mentioned

31.53   Introductory remarks and rosters of ATI meeting

31.54   Memo - to Mr. Harrington in Hogansville regarding carcinogenic elements in asbestos (1965)

31.55   Article in "Plain Dealer" regarding asbestos as a cause of cancer.

31.56   Article in Scientific America - Asbestos--Lung Cancer

31.57   Article regarding dangers of asbestos, "A Chat with the Doctor."

31.58   Employment records of Connie Pike who died of lung disease Worker's comp. claims

31.59   Clyde Bradley medical records - cancer of lung and asbestosis received worker's comp. for asbestosis, but up until 1976, Dr. Wells exams found no asbestos disease.

31.59.1 Claudia McLaughlin worker's comp. claim for asbestosis.

31.60   Lunsford case and appeal from each adverse holding and medicals.

31.61   Dorothy Hester/records and worker's comp. claim

31.62   Dorothy Spradlin employee records

31.63   Larkin Houston worker's comp. claim and award, Odessa Hal, Mildred Yates worker's comp. award - 1955 asbestosis

31.64   Miscellaneous documents regarding asbestos plant termination examinations

31.65   Memo regarding N. Charleston asbestos plant

31.66   OSHA regulations

31.67   OSHA violations

31.68   Memo regarding OSHA violations

31.69   Citation from OSHA

31.70   OSHA Status Review 1972

31.31   Correspondence regarding asbestos medical standards

31.72   Inter-company memos regarding compliance with OSHA

31.73   Objections to general plan for Occupational Health Study of API, 1962.

31.74   Environmental and medical in-plant Occupational Health Study of API.

31.75   Amendment to Uniroyal OSHA citation.

31.76   Annual Reports

31.77   Report in New York Times regarding conference on asbestos hazards (1973) - workers are more likely to get lung cancer.

31.78   EPA Proposed National Emissions Standards for Hazardous Air Pollutants (1972)

31.79   Memo from Department of Health, Education and Welfare (1973) regarding walk through of asbestos plants and feasibility study --- Uniroyal says not economically possible to meet two fibers per mil. standard.

31.80   Rubber catalogues

Plaintiffs reserve the right to amend and/or supplement this list.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Plaintiffs' First Supplemental Witness and Exhibit List has been served upon counsel for all parties by Electronic Service through the Electronic Case Filing System or by facsimile on this 15th day of July, 2011.

_____S/ Gerolyn P. Roussel_____
GEROLYN P. ROUSSEL

Respectfully Submitted:
**ROUSSEL & CLEMENT**

S/ Gerolyn P. Roussel
GEROLYN P. ROUSSEL #1134
PERRY J. ROUSSEL, JR. #20351
JONATHAN B. CLEMENT #30444
LAUREN R. CLEMENT  #31106
BENJAMIN P. DINEHART # 33096
1714 Cannes Drive
La Place, Louisiana 70068
Telephone: (985) 651-6591
Facsimile: (985) 651-6592
ATTORNEYS FOR PLAINTIFFS

- 8 -