UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SALLY GROS VEDROS** | * | **CIVIL ACTION NO. 2:11-cv-01198** |
| VS. | * | DIVISION "R" |
| **NORTHROP GRUMMAN SHIPBUILDING, INC. ET AL** | * | MAG. "4" |

### PLAINTIFFS' WILL CALL WITNESS LIST

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs, Gerald Vedros, Lori Vedros Kravet, and Valerie Vedros White, who file their will call witness list in this matter:

**I.  WILL CALL WITNESS LIST**

**Sally Vedros** - (deceased - by deposition) - To testify as to all matters set forth in the videotaped depositions of Sally Vedros taken on February 7, 2011, in *Vedros v. Northrop Grumman Shipbuilding, Inc., et al.*, No. 2010-11041, CDC, Parish of Orleans, State of Louisiana.

**Gerald Vedros**

**Lori Vedros Kravet**

**Valerie Vedros White**

**Dr. Judd Shellito**, LSU Health Sciences Center, 1901 Perdido Street, Room 3205, New Orleans, LA.

Plaintiffs reserve the right to amend and/or supplement this list.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the Plaintiffs' Will Call Witness List has been served upon counsel for all parties by Electronic Service through the Electronic Case Filing System or by facsimile on this 15th day of July, 2011.

    <u>S/ Gerolyn P. Roussel</u>
    GEROLYN P. ROUSSEL

Respectfully Submitted:
**ROUSSEL & CLEMENT**

<u>S/ Gerolyn P. Roussel</u>
GEROLYN P. ROUSSEL #1134
PERRY J. ROUSSEL, JR. #20351
JONATHAN B. CLEMENT #30444
LAUREN R. CLEMENT  #31106
BENJAMIN P. DINEHART # 33096
1714 Cannes Drive
La Place, Louisiana 70068
Telephone: (985) 651-6591
Facsimile: (985) 651-6592
ATTORNEYS FOR PLAINTIFFS

EXHIBIT 2