# THOMPSON COBURN LLP

525 West Main Street
Post Office Box 750
Belleville, Illinois 62222-0750
618-277-4700
FAX 618-236-3434
www.thompsoncoburn.com

July 18, 2011

Crystal M. Campbell
618-236-3469
FAX 618-239-3003
EMAIL ccampbell@
thompsoncoburn.com

Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC 20002-8041

Re:     Potential tag-along action; MDL Docket No. 875 (FELA asbestos)

Dear sir or madam:

This letter is to notify the Clerk of the Judicial Panel on Multidistrict Litigation of a potential tag along action pending in the Southern District of Illinois – Jon O. Brewbaker v. Norfolk Southern Railway Company, Case No. 3:11-cv-00526, before Judge William D. Stiehl.  A copy of the Complaint and Docket Sheet are attached hereto pursuant to MDL 875 Administrative Order No. 6, paragraph 2.

Plaintiff brought the subject action for personal injuries against his former employer, Norfolk Southern Railway Company "and/or its predecessors in interest," pursuant to the Federal Employers' Liability Act ("FELA") on June 15, 2011.  This case involves claimed asbestos exposure and injury to a railroad worker.  See Complaint, paragraphs #3, 5, 7(a)-(h), and 9.

Pursuant to Pretrial Order No. 5 in the Multidistrict Litigation, Civil Action No. MDL 875, FELA actions wherein a plaintiff alleges that his personal injuries are due to exposure to asbestos in the railroad industry are to be transferred to the United States District Court for the Eastern District of Pennsylvania.  See Pretrial Order No. 5, In re: Asbestos Products Liability Litigation (No. VI), FELA Actions, Civil Action No. MDL 875.  The Order establishes that all such actions pending in a United States District Court wherein a plaintiff alleges a cause of action under the Federal Employers' Liability Act, 45 U.S.C. § 51 et seq. are to be transferred for further handling of the disposition to the United States District Court for the Eastern District of Pennsylvania.

Accordingly, Norfolk Southern respectfully requests that the Panel transfer the above-captioned action from the Southern District of Illinois to MDL 875 in the United States District Court for the Eastern District of Pennsylvania for further disposition.
Very truly yours,

5372972.1      **Chicago**      **St. Louis**      **Southern Illinois**      **Washington, D.C.**

July 18, 2011
Page 2


Thompson Coburn LLP

By

    Crystal M. Campbell

Enclosures

Cc:    William P. Gavin
       Gavin Law Firm
       #17 Park Place Professional Centre
       Belleville, IL 62226

       Robert Norton
       Jones, Granger, Tramuto & Halstead
       10000 Memorial Drive
       Suite 888
       P.O. Box 4340
       Houston, TX 77210

5372972.1