# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Litigation

*Roger Nelson, et al. v. Crane Co., et al.*, District of Hawaii, C.A. No. 1:11-00405
*Roger Nelson, et al. v. Crane Co., et al.*, District of Hawaii, C.A. No. 1:11-00406

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Rule 4.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby submit this notice of appearance of counsel on behalf of Plaintiff in the above captioned actions which are included on the conditional transfer order (CTO-421).

Sincerely,

/s/Ilana K. Waxman
Ilana K. Waxman
Galiher DeRobertis Ono
610 Ward Avenue
Honolulu, HI 96814
808-597-1400
Email: *IKW@gogaliher.com*
Counsel for Plaintiffs