# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Litigation

*Roger Nelson, et al. v. Crane Co., et al.*, District of Hawaii, C.A. No. 1:11-00405
*Roger Nelson, et al. v. Crane Co., et al.*, District of Hawaii, C.A. No. 1:11-00406

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance of Counsel and this

Certificate of Service was served by Email on July 18, 2011 to the following:

SIDNEY K. AYABE, Esq.
GAIL M. KANG, Esq.
Ayabe Chong Nishimoto Sia & Nakamura
Pauahi Tower, Suite 2500
1003 Bishop Street
Honolulu, HI  96813
Email addresses: sidney.ayabe@hawadvocate.com; gail.kang@hawadvocate.com
> **Counsel for BAYER CROPSCIENCE, INC., successor-in-interest to RHONE-POULENC AG COMPANY, f/k/a AMCHEM PRODUCTS, INC., f/k/a BENJAMIN FOSTER PRODUCTS COMPANY, and UNION CARBIDE CORPORATION**

CORLIS J. CHANG, Esq.
MIHOKO E. ITO, Esq.
Goodsill Anderson Quinn & Stifel
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, HI  96813
Email addresses: cchang@goodsill.com; meito@goodsill.com
> **Counsel for INGERSOLL RAND CO.**

CHRISTOPHER SHEA GOODWIN, Esq.
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 1640
Honolulu, HI 96813
Email address: chris@christophersheagoodwin.com
    **Attorney for GOULDS PUMPS, INC.**

STEVEN K. HISAKA, Esq.
Hisaka Yoshida Cosgrove & Ching
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, HI 96813
Email address: shisaka@objectionsustained.com
    **Counsel for Air Liquid Systems Corporation, Successor-by-merger to Buffalo Pumps, Inc.; and CERTAINTEED CORPORATION**

WILLIAM S. HUNT, Esq.
ERICA CHEE, Esq.
Alston Hunt Floyd & Ing
Suite 1800, Pacific Tower
1001 Bishop Street
Honolulu, HI 96813
Email addresses: whunt@ahfi.com; EChee@ahfi.com
    **Counsel for GEORGIA-PACIFIC CORPORATION**

CRAIG T. KUGISAKI, Esq.
Law Offices of Craig Kugisaki
American Savings Bank Tower, Suite 2828
1001 Bishop Street
Honolulu, HI 96813
Email address: craig@kugisaki.com
    **Counsel for METROPOLITAN LIFE INSURANCE COMPANY**

E. MASON MARTIN, III, Esq.
MARIE A. SHELDON, Esq.
Kessner Duca Umebayashi Bain & Matsunaga
1900 Central Pacific Plaza
220 South King Street
Honolulu, HI 96813
Email addresses: mmartin@kdubm.com; tsheldon@kdubm.com
    **Counsel for AURORA PUMP COMPANY; IMO INDUSTRIES, INC., individually and as successor-in-interest to DELAVAL TURBINE, INC., and f/k/a IMO DELAVAL, INC., TRANSAMERICA DELAVAL INC., and DELAVAL STEAM TURBINE COMPANY; and WARREN PUMPS, LLC**

JEROLD T. MATAYOSHI, Esq.
J. ALBERTO MONTALBANO, Esq.
Fukunaga Matayoshi Hershey Ching & Kop
Davies Pacific Center, Suite 1200
841 Bishop Street
Honolulu, HI  96813
Email addresses: jtm@fmhc-law.com; jam@fmhc-law.com
    **Counsel for KELLY-MOORE PAINT COMPANY, INC.**

LEE T. NAKAMURA, Esq.
JOSEPH F. KOTOWSKI, Esq.
Tom Petrus & Miller LLLC
Finance Factors Ctr.
1164 Bishop St., Ste. 650
Honolulu, HI 96813
Email addresses: LNakamura@tpm-hawaii.com; jkotowski@tpm-hawaii.com
    **Counsel for CRANE CO.**

MICHAEL F. O'CONNOR, Esq.
Ogawa Lau Nakamura & Jew
600 Ocean View Center
707 Richards Street
Honolulu, HI  96813
Email address: mfoconnor@ollon.com
    **Counsel for THE WILLIAM POWELL COMPANY**

RALPH J. O'NEILL, Esq.
MacDonald Rudy Byrns O'Neill & Yamauchi LLP
American Savings Bank Tower, Suite 2650
1001 Bishop Street
Honolulu, HI  96813-3498
Email address: ralphoneill@macrudylaw.com
    **Counsel for KAISER GYPSUM COMPANY, INC.**

AIMEE H. OYASATO, Esq.
White Tom & Oyasato
900 Fort Street Mall, Suite 930
Honolulu, HI  96813
Email address: aoyasato@wto-HIlaw.com
    **Counsel for JOHN CRANE, INC., THE LYNCH COMPANY and CLEAVER-BROOKS, INC.**

Dated: Honolulu, Hawai`i, July 18, 2011.

                Sincerely,

                /s/Ilana K. Waxman
                Ilana K. Waxman
                Galiher DeRobertis Ono
                610 Ward Avenue
                Honolulu, HI 96814
                808-597-1400
                Email: *IKW@gogaliher.com*
                Counsel for Plaintiffs

D:\06044A01\Pleadings\_Jud Panel~JPML\CTO-421\Ntc Appearance CTO_POS.docx