

# BELLUCK & FOX L.L.P.

546 Fifth Avenue, 4th Floor, New York, New York 10036
Tel (212) 681-1575  Fax (212) 681-1574
(877) NYLAW09 | www.belluckfox.com

July 18, 2011

**Via ECF Filing**
Mr. Jeffrey Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-225, North Lobby
Washington, D.C. 20002-8004

    Re:   In Re: Asbestos Products Liability Litigation - MDL No. 875
           <u>Notice of Opposition to Conditional Transfer Order</u>

          Case Name:   *Luis Enrique Luciano, Sr. v ALCOA, Inc., et al.*,
                             United States District Court, Southern District of New York
                             Case No. 11-CIV-4566 (RJS)

Dear Mr. Luthi:

      Enclose for filing please find the Notice of Opposition to Conditional Transfer Order No. 421 on behalf of the Plaintiff, Luis Enrique Luciano. Please contact me should you have any questions or concerns. Thank you.

                                                 Respectfully submitted,
                                                 BELLUCK & FOX LLP

                                                 Seth A. Dymond

Encls.
cc: All Counsel of Record

Upstate Offices:
160 Linden Oaks Drive, Rochester, New York 14625 • 52 Laura Lane, Woodstock, New York 12498
18 Corporate Woods Boulevard, 4th Floor, Albany, New York 12211

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCT LIABILITY LITIGATION (NO. IV)

MDL DOCKET NO. 875

---

LUIS ENRIQUE LUCIANO, SR.,

Plaintiffs,

- against -

ALCOA, INC.; et al.,

Defendants.

---

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER NO. 421

Plaintiff, Luis Enrique Luciano, Sr., opposes the transfer of the case captioned above to the United States District Court for the Eastern District of Pennsylvania, under 28 U.S.C. § 1407, as conditionally ordered by the Judicial Panel on Multidistrict Litigation on July 12, 2011 (see copy attached hereto for ease of reference).

Pursuant to Judicial Panel on Multidistrict Litigation Rule 7.1(f), a Motion to Vacate the Conditional Transfer Order and a brief in support of such motion will be duly filed.

Dated: New York, New York
July 18, 2011

Respectfully submitted,

_____
SETH A. DYMOND (SD-0129)
**BELLUCK & FOX LLP**
546 Fifth Avenue, 4th Floor
New York, New York 10036
T: 212.681.1575
F: 212.681.1574
sdymond@belluckfox.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on July 18, 2011, a true and correct copy of the foregoing Notice of Opposition to Conditional Transfer Order was delivered via overnight mail, postage prepaid, to all counsel of record on the following service list:

| COUNSEL: | DEFENDANTS: |
|---|---|
| Edward Wilbraham, Esq.<br>**WILBRAHAM LAWLER & BUBA**<br>140 Broadway, 46th Floor<br>New York, New York 10005<br><br>&<br><br>John Howarth, Esq.<br>**WILBRAHAM LAWLER & BUBA**<br>1818 Market St., Suite 3100<br>Philadelphia, PA 19103-3631 | Air & Liquid Systems Corporation |
| Paulo R. Lima, Esq.<br>**HUNTON & WILLIAMS, LLP**<br>200 Park Avenue, 52nd Floor<br>New York, New York 10166 | Alcoa Inc. |
| John Fanning, Esq./Raghu Bandlamudi, Esq.<br>**CULLEN & DYKMAN**<br>177 Montague Street<br>Brooklyn, New York 11201 | Burnham Corporation |
| Judith Yavitz, Esq./ Craig Blau, Esq.<br>**REED SMITH, LLP**<br>599 Lexington Avenue<br>New York, New York 10022 | Certain-Teed Corporation<br>& Union Carbide |
| Carol Snider, Esq.<br>**DAMON & MOREY LLP**<br>The Avant Building, Suite 1200<br>200 Delaware Avenue<br>Buffalo, NY 14202-2150 | Cytec Engineered Materials<br>& Cytec Industries Inc. |
| Arthur G. Lash, Esq.<br>**O'TOOLE FERNANDEZ, WEINER VAN LIEU**<br>60 Pompton Avenue<br>Verona, New Jersey 07044 | Detecto Industrial Scales Of<br>New York, Inc. |

| | |
|---|---|
| **DETECTO INDUSTRIAL SCALES OF NEW YORK, INC.**<br>Robert E. Henlon, JR., CPA, PA<br>31 South Street<br>Morristown, New Jersey 07961<br>William E. Vita, Esq.<br>**WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP**<br>1201 RXR Plaza<br>Uniondale, New York 11556 | Detecto Industrial Scales Of New York, Inc.<br><br><br><br>Hollingsworth & Vose Company |
| Monakee D. Griffin, Esq.<br>**McGIVNEY & KLUGER, P.C.**<br>80 Broad Street, 23rd Floor<br>New York, New York 10004 | Homasote Company |
| Paul Van Buskirk, Esq.<br>**McGIVNEY & KLUGER, P.C.**<br>23 Vreeland Road, Suite 220<br>Florham Park, New Jersey 07932<br><br>&<br><br>Jamie A. Bartolomeo, Esq.<br>**McGIVNEY & KLUGER, P.C.**<br>80 Broad Street, 23rd Floor<br>New York, New York 10004 | Kentile Floors |
| Robert J. Kirshenberg, Esq.<br>**GREENBERG TRAURIG, LLP**<br>Met Life Building<br>200 Park Avenue<br>New York, New York 10166<br><br>&<br><br>Christopher V. Cotton, Esq.<br>**SHOOK, HARDY & BACON LLP**<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108 | Loews Corporation<br>& Lorillard Tobacco Company |
| Justin Perri, Esq.<br>**STEPTOE & JOHNSON**<br>750 Seventh Avenue, Suite 1900<br>New York, New York 10019 | Metropolitan Life Insurance Company |

| | |
|---|---|
| Bruce Gilpatrick, Esq.<br>**HEIDELL, PITTONI, MURPHY & BACH, LLP**<br>99 Park Avenue<br>New York, New York 10016 | Occidental Chemical Corporation |
| Paul Scrudato, Esq.<br>**SCHIFF HARDIN**<br>900 Third Avenue, 23rd Floor<br>New York, New York 10022 | Owens-Illinois<br>& Tyco Flow Control<br>& Tyco International (US)<br>& Yarway Corp. |
| Michael Masino, Esq.<br>**HARRIS BEACH**<br>99 Garnsey Rd.<br>Pittsford, New York 14534<br><br>&<br><br>David H. Kochman, Esq.<br>**HARRIS BEACH, LLP**<br>100 Wall Street, 23rd Floor<br>New York, New York 10005 | Plastics Engineering Company |
| Amiel Gross, Esq.<br>**SNR DENTON US LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020 | Rapid-American Corporation |
| Michael B. Sena, Esq.<br>**HERZFELD & RUBIN, P.C.**<br>125 Broad Street<br>New York, New York 10004 | Reichhold Chemicals, Inc. |
| Ted Eder, Esq.<br>**SEGAL, McCAMBRIDGE,<br>SINGER & MAHONEY**<br>850 Third Avenue, Suite 1100<br>New York, New York 10022 | Rogers Corporation |
| Brady Edwards, Esq./ Daphne Taylor Evans<br>**MORGAN LEWIS & BOCKIUS, LLP**<br>1000 Louisiana Street, Suite 4200<br>Houston, Texas 77002 | Tyco Flow Control<br>& Tyco International (US)<br>& Yarway Corp. |

The action insofar as asserted against any other named defendant has been discontinued, dismissed, or resolved.

_____
Seth A. Dymond

# EXHIBIT A

EXHIBIT A

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)   MDL No. 875

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO−421)

On July 29, 1991, the Panel transferred 21,937 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 85,783 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C Robreno.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY  
LITIGATION (NO. VI)                                                        MDL No. 875

### SCHEDULE CTO-421 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 11−02775 | Dodge v. General Electric Company |
| **HAWAII** | | | |
| HI | 1 | 11−00405 | Nelson et al v. Crane Company et al |
| HI | 1 | 11−00406 | Nelson et al v. Crane Company et al |
| **NEW YORK SOUTHERN** | | | |
| NYS | 1 | 11−04566 | Luciano v. Alcoa, Inc. et al |
| **VIRGINIA EASTERN** | | | |
| VAE | 3 | 11−00431 | Paschall v. Abex Corporation et al |