# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 – In re:  <u>Asbestos Products Liability Litigation</u>

Opposing CTO-421 re case:    <u>Paschall v. Abex Corporation, et al.</u>
Eastern District of Virginia
Civil Action No. 3:11-cv-00431

# <u>NOTICE OF OPPOSITION TO CTO-421</u>

I represent the Plaintiff, BETTIE J. PASCHALL, Executrix of the Estate of EARL WAYNE PASCHALL, Deceased, in the above captioned action which was included on the conditional transfer order (CTO-421).  Plaintiff, BETTIE J. PASCHALL, Executrix of the Estate of EARL WAYNE PASCHALL, Deceased, submits this opposition to the conditional transfer order.  I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

_/s/__ Mark H. Schmidt_____
Mark H. Schmidt (VSB # 44521)
Ayers & Stolte, P.C.
710 North Hamilton Street
Richmond, Virginia 23221
Telephone: (804) 358-4731
Facsimile: (804) 864-0895
Email: mschmidt@ayerslaw.com

Counsel for the Plaintiff

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on this 19th day of July, 2011, I will electronically file the foregoing Notice of Opposition to CTO-421 the Clerk of the Panel using the CM/ECF system, which will then send a notice of filing to:

Robert F. Redmond, Jr., Esq.
Clement Dean Carter, III, Esq.
Lauren Morgan Wheeling, Esq.
Williams Mullen, P.C.
200 South 10th Street
Richmond, Virginia 23219
Telephone:  (804) 420-6000
Facsimile:  (804) 420-6507
Email:  rredmond@williamsmullen.com
***Counsel for Thyssenkrupp Elevator Corporation, etc., Dover Elevator Company, Kone Inc., etc., and Montgomery Elevator Company***

Martin Andrew Conn, Esq.
Eric George Reeves, Esq.
Mary Louise Roberts, Esq.
Moran Reeves & Conn
4110 East Parham Road
Richmond, Virginia 23228
Email:  mrc@mrcpclaw.com
***Counsel for United Technologies Corporation and Otis Elevator Company***

| | |
|---|---|
| Harry N. Ware, Jr., Esq. | Carl R. Schwertz, Esq. |
| Maurice Francis Mullins, Esq. | Jeffrey S. Poretz, Esq. |
| Patricia Bugg Turner, Esq. | Miles Stockbridge |
| Spotts Fain | 1751 Pinnacle Drive, Suite 500 |
| 411 East Franklin Street, Suite 600 | McLean, Virginia 22102 |
| Richmond, Virginia 23218 | Email: cschwertz@milesstockbridge.com |
| Email: hnware@spottsfain.com | ***Counsel for Schindler Elevator*** |
| ***Counsel for CBS Corporation*** | ***Corporation*** |

  /s/   Mark H. Schmidt
Mark H. Schmidt (VSB # 44521)
Ayers & Stolte, P.C.
710 North Hamilton Street
Richmond, Virginia 23221
Telephone:  (804) 358-4731
Facsimile:  (804) 864-0895
Email:  mschmidt@ayerslaw.com
***Attorney for the Plaintiff***