CERTIFICATE OF SERVICE

       I hereby certify that the foregoing pleading was filed on July 19, 2011, pursuant to the Court's CM/ECF system, which will then send a notice of electronic filing (NEF) to the following:

| | |
|---|---|
| Charles Edward Ayers , Jr.<br>ericap@ayerslaw.com<br>Mark Henry Schmidt<br>mschmidt@ayerslaw.com<br>Ayers & Stolte PC<br>710 N Hamilton St<br>Richmond, VA 23221<br>804-358-4731<br>Fax: 804-864-0895<br>*Counsel for Plaintiff* | Henry N. Ware , Jr.<br>hnware@spottsfain.com<br>Maurice Francis Mullins<br>cmullins@spottsfain.com<br>Patricia Bugg Turner<br>pturner@spottsfain.com<br>Spotts Fain PC<br>411 E Franklin St<br>PO Box 1555<br>Richmond, VA 23218-1555<br>804-697-2090<br>Fax: 804-697-2190<br>*Counsel for Defendant CBS Corporation* |
| Carl Robert Schwertz<br>cschwertz@duanehauck.com<br>Jeffrey S. Poretz<br>jporetz@milesstockbridge.com<br>Miles & Stockbridge PC (McLean)<br>1751 Pinnacle Dr<br>Suite 500<br>McLean, VA 22102-3833<br>(703) 903-9000<br>Fax: (703) 610-8686<br>*Counsel for Defendant Schindler Elevator Company* | Martin Andrew Conn<br>mconn@moranbrownpc.com<br>Eric George Reeves<br>ereeves@morankikerbrown.com<br>Mary Louise Roberts<br>mroberts@mrcpclaw.com<br>Moran Kiker Brown PC<br>4110 E Parham Rd<br>Richmond, VA 23228<br>(804) 864-4804<br>Fax: (804) 421-6251<br>*Counsel for Defendant Otis Elevator Company* |

                                        __/s/_ Robert F. Redmond, Jr._____