BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO.: 875

IN RE: ASBESTOS PRODUCTS    )
LIABILITY LITIGATION (NO. VI)    )

    To: Jeffrey N. Lüthi
    Clerk of the Panel
    Judicial Panel on Multidistrict Litigation
    Thurgood Marshall Federal Judiciary Building
    One Columbus Circle, N.E.
    Room G-255, North Lobby
    Washington, D.C. 20544-0005

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 7.1 (a), Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant Ford Motor Company files this Notice of Potential Tag-along Action and states as follows:

On June 21, 2011, the action known as Owen D. Holland, et al. v. Airco, Inc., n/k/a Linde, Inc., et al., ("Holland")was filed in the United States District Court for the Northern District of Alabama, Northeastern Division, as Case No. 5:11-CV-02189-IPJ, and assigned to the Honorable Inge P. Johnson. Ford Motor Company has been named as a defendant in that action. A copy of the Complaint is attached.

Holland is a potential "tag-along action" to the actions currently pending in the Eastern District of Pennsylvania in the matter styled In re: Asbestos Products Liability Litigation (No. VI), MDL Docket No. 875, because it shares one or more common questions of fact with those actions. Accordingly, this case should be governed by the opinion and order entered by the Judicial Panel on Multi-District Litigation on July 29, 1991, designating the Eastern District of Pennsylvania as the transferee district.

        Respectfully submitted,

        <u>/s/ W. Larkin Radney, IV</u>
        One of the Attorneys for Defendant
        Ford Motor Company

OF COUNSEL:
W. Larkin Radney IV (RADN5271)
*lradney@lightfootlaw.com*
Suzanne A. Fleming (FLEMS0185)
*sfleming@lightfootlaw.com*
Brooke G. Malcom (MALC4694)
*bmalcom@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2011, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Alabama using the CM/ECF system, which will provide notification to all counsel of record.

/s/ W. Larkin Radney, IV
Of Counsel


OF COUNSEL:
W. Larkin Radney, IV (RADNL5271)
*lradney@lightfootlaw.com*
Suzanne A. Fleming (FLEMS0185)
*sfleming@lightfootlaw.com*
Brooke G. Malcom (malc4694)
*bmalcom@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)