**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July, 2011, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Alabama using the CM/ECF system, which will provide notification to all counsel of record.


/s/ W. Larkin Radney, IV
Of Counsel




OF COUNSEL:
W. Larkin Radney, IV (RADNL5271)
*lradney@lightfootlaw.com*
Suzanne A. Fleming (FLEMS0185)
*sfleming@lightfootlaw.com*
Brooke G. Malcom (malc4694)
*bmalcom@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)