1  TUCKER ELLIS & WEST LLP
   LANCE D. WILSON – SBN 183852
2  135 Main Street, Suite 700
   San Francisco, California 94105
3  Telephone: 415.617.2400
   Facsimile: 415.617.2409
4
   TUCKER ELLIS & WEST LLP
5  JOHN K. SON – SBN 238516
   515 South Flower Street
6  Forty-Second Floor
   Los Angeles, CA 90071-2223
7  Telephone: 213.430.3400
   Facsimile: 213.430.3409
8
   Attorneys for Defendant
9  UNITED TECHNOLOGIES CORPORATION

10
                JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
11

12

| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL 875 |
|---|---|
| PATTI DONLON, Individually and as Successor-in-Interest to the Estate of PATRICK THEISEN DONLON, Decedent; SEAN DONLON; and DOES ONE through TEN, inclusive,<br><br>              Plaintiff,<br><br>     v.<br><br>AC AND S, INC., et al.<br><br>              Defendants. | DEFENDANT UNITED TECHNOLOGIES CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION<br><br>Case No. CV 11 3376 SI |

    **PLEASE TAKE NOTICE** that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 1991 filings

                                              1
                      NOTICE OF POTENTIAL TAG-ALONG ACTION
SFOiManage/012640/000003/224070/1

of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either: (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

DATED: July 19, 2011                    TUCKER ELLIS & WEST LLP


                                        /s/ John Son
                                        John Son
                                        Attorneys for Defendant
                                        UNITED TECHNOLOGIES
                                        CORPORATION