## SCHEDULE

| Div. | C.A.# | Judge | Case Caption |
|---|---|---|---|
| Northern District of California | | | |
| 1. | CV 11 3376 | Hon. Illston | Patti Donlon, et al. v. AC and S, et al. |