1  TUCKER ELLIS & WEST LLP
   LANCE D. WILSON – SBN 183852
2  135 Main Street, Suite 700
   San Francisco, California 94105
3  Telephone: 415.617.2400
   Facsimile: 415.617.2409
4
   TUCKER ELLIS & WEST LLP
5  JOHN K. SON – SBN 238516
   515 South Flower Street
6  Forty-Second Floor
   Los Angeles, CA 90071-2223
7  Telephone: 213.430.3400
   Facsimile: 213.430.3409
8
   Attorneys for Defendant
9  UNITED TECHNOLOGIES CORPORATION



E-filing

10

11               UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13 PATTI DONLON, Individually and as         ) Case No.: CV 11 3376
   Successor-in-Interest to the Estate of    )
14 PATRICK THEISEN DONLON,                   ) DEFENDANT UNITED
   Decedent; SEAN DONLON; and DOES           ) TECHNOLOGIES CORPORATION'S
15 ONE through TEN, inclusive,               ) NOTICE OF TAG-ALONG ACTION
                                             )
16                 Plaintiff,                ) Multi-District Rule 7.5(e)
                                             )
17         v.                                )
                                             )
18 AC AND S, INC.; ASBESTOS                  )
   CORPORATION, LTD.; A.W.                   )
19 CHESTERTON COMPANY; CROWN,                )
   CORK & SEAL COMPLANY, INC.,               )
20 Individually and as Successor-in-Interest )
   to MUNDET CORK CORP.; GARLOCK             )
21 SEALING TECHNOLOGIES LLC,                 )
   Individually and as Successor-in-Interest )
22 to GARLOCK, INC.; GENERAL                 )
   ELECTRIC COMPANY; J.T. THORPE &           )
23 SON, INC.; METROPOLITAN LIFE              )
   INSURANCE COMPANY; PARK-                  )
24 ERHANNIFIN CORPORATION, as                )
   Successor-in-Interest to SACOMO           )
25 SIERRA; OWENS-ILLINOIS                    )
   CORPORATION; QUINTEC                      )
26 INDUSTRIES, INC.; SOCO-LYNCH              )
   CORPORATION, success-in-interest to      )
27 WESTERN CHEMICAL &                        )
   MANUFACTURING COMPANY;                    )
28 SWINERTON BUILDERS f/k/a                  )
   SWINERTON & WALBERG CO.;                  )

DEFENDANT UNITED TECHNOLOGIES CORPORATION'S NOTICE OF TAG-ALONG ACTION

| | |
|---|---|
| 1 | THOMAS DEE ENGINEERING ) |
| | COMPANY; TRANE U.S. INC., fka ) |
| 2 | AMERICAN STANDARD, INC.; UNION ) |
| | CARBIDE CORPORATION; VIACOM, ) |
| 3 | INCORPORATED, as successor-by- ) |
| | merger to CBS CORPORATION, fka ) |
| 4 | WESTINGHOUSE ELECTRIC ) |
| | CORPORATION; ALLIS-CHALMERS ) |
| 5 | CORPORATE PRODUCT LIABILITY ) |
| | TRUST; BAYER CROPSCIENCE, INC., ) |
| 6 | successor to AMCHEM PRODUCTS, ) |
| | INC.; ENPRO INDUSTRIES, INC., ) |
| 7 | Individually and as Successor-in-Interest ) |
| | to ANCHOR PACKING COMPANY; ) |
| 8 | HOPEMAN BROTHERS, INC.; SB ) |
| | DECKING, INC., formerly known as ) |
| 9 | SELBY, BATTERSBY & COMPANY, ) |
| | GEORGIA-PACIFIC CORPORATION; ) |
| 10 | HAMILTON MATERIALS, INC.; ) |
| | HANSON PERMANENTE CEMENT, ) |
| 11 | INC. fka KAISER CEMENT ) |
| | CORPORATION; KAISER GYPSUM ) |
| 12 | CO., INC.; KELLY-MOORE PAINT ) |
| | COMPANY, INC.; EATON AEROQUIP, ) |
| 13 | LLC; PNEUMO-ABEX CORPORATION, ) |
| | Successor-in-Interest to ABEX ) |
| 14 | CORPORATION; HONEYWELL ) |
| | INTERNATIONAL, INC. fka ALLIED ) |
| 15 | SIGNAL, INC./THE BENDIX ) |
| | CORPORATION; BORG-WARNER ) |
| 16 | CORPORATION by its Successor in ) |
| | Interest, BORGWARNER MORSE TEC, ) |
| 17 | INC.; BRIDGESTONE/FIRESTONE ) |
| | NORTH AMERICAN TIRE, LLC; DANA ) |
| 18 | COMPANIES, LLC; GOODRICH ) |
| | CORPORATION; FEDERAL-MOGUL ) |
| 19 | ASBESTOS PERSONAL INJURY ) |
| | TRUST, as successor to FELT ) |
| 20 | PRODUCTS MANUFACTURING CO.; ) |
| | FORD MOTOR COMPANY; GENERAL ) |
| 21 | MOTORS CORPORATION; ) |
| | INTERNATIONAL TRUCK AND ) |
| 22 | ENGINE CORPORATION; NAVISTAR, ) |
| | INC.; THE GOODYEAR TIRE & ) |
| 23 | RUBBER COMPANY; AIRCRAFT ) |
| | BRAKING SYSTEMS CORPORATION; ) |
| 24 | MEGGITT AIRCRAFT BRAKING ) |
| | SYSTEMS; PARKER-HANNIFIN ) |
| 25 | CORPORATION, as Successor to EIS and ) |
| | CALI-BLOK; CURTISS-WRIGHT ) |
| 26 | CORPORATION; MCDONNELL ) |
| | DOUGLAS CORPORATION, ) |
| 27 | Individually and Successor-in-Interest to ) |
| | DOUGLAS AIRCRAFT COMPANY, ) |
| 28 | INC.; EATON CORPORATION; ) |
| | UNITED TECHNOLOGIES |

TUCKER ELLIS & WEST LLP
Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco

2

1  CORPORATION, formerly known as
   PRATT & WHITNEY, INC.; PRATT &
2  WHITNEY POWER SYSTEMS, INC.;
   VOUGHT AIRCRAFT INDUSTRIES,
3  INC.; and ELEVENTH DOE through
   THREE HUNDREDTH DOE, inclusive,
4
                    Defendants.
5

6  **TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR**
7  **ATTORNEYS OF RECORD:**

8  **PLEASE TAKE NOTICE** that on July 29, 1991, the Judicial Panel on
9  Multidistrict Litigation entered an order transferring all asbestos cases pending in federal
10 court to the United States District Court, Eastern District of Pennsylvania, for coordinated
11 or consolidated pretrial proceedings pursuant to U.S.C. § 1407. That Order also applies
12 to "tag-along actions" or actions involving common questions of fact filed after the
13 January 1991 filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:
14 "Any party or counsel in actions previously transferred under section 1407 or under
15 consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk
16 of the Panel of any potential 'tag-along actions' in which that party is also named or in
17 which that counsel appears."

18 The undersigned hereby notifies the court that this is a potential "tag-along action"
19 which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of
20 the Panel may either: (1) enter a conditional transfer order pursuant to MDL Rule 12(a),
21 or (2) file an order to show cause why the action should not be transferred, pursuant to
22 MDL Rule 13(b).

23 DATED: July 7, 2011           TUCKER ELLIS & WEST LLP

                                 By: _____
                                 John K. Son
                                 Attorneys for Defendant
                                 UNITED TECHNOLOGIES
                                 CORPORATION

---
3
---
DEFENDANT UNITED TECHNOLOGIES CORPORATION'S NOTICE OF TAG-ALONG ACTION