**TUCKER ELLIS & WEST LLP**
LANCE D. WILSON – SBN 183852
135 Main Street, Suite 700
San Francisco, California 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409

**TUCKER ELLIS & WEST LLP**
JOHN K. SON – SBN 238516
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409

Attorneys for Defendant
UNITED TECHNOLOGIES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTI DONLON, Individually and as Successor-in-Interest to the Estate of PATRICK THEISEN DONLON, Decedent; SEAN DONLON; and DOES ONE through TEN, inclusive,<br><br>Plaintiff,<br><br>v.<br><br>AC AND S, INC.; ASBESTOS CORPORATION, LTD.; A.W. CHESTERTON COMPANY; CROWN, CORK & SEAL COMPLANY, INC., Individually and as Successor-in-Interest to MUNDET CORK CORP.; GARLOCK SEALING TECHNOLOGIES LLC, Individually and as Successor-in-Interest to GARLOCK, INC.; GENERAL ELECTRIC COMPANY; J.T. THORPE & SON, INC.; METROPOLITAN LIFE INSURANCE COMPANY; PARK-ERHANNIFIN CORPORATION, as Successor-in-Interest to SACOMO SIERRA; OWENS-ILLINOIS CORPORATION; QUINTEC INDUSTRIES, INC.; SOCO-LYNCH CORPORATION, success-in-interest to WESTERN CHEMICAL & MANUFACTURING COMPANY; SWINERTON BUILDERS f/k/a SWINERTON & WALBERG CO.; | Case No.: CV 11 3376 DMR<br><br>**DEFENDANT UNITED TECHNOLOGIES CORPORATION'S CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | THOMAS DEE ENGINEERING )
| | COMPANY; TRANE U.S. INC., fka )
| 2 | AMERICAN STANDARD, INC.; UNION )
| | CARBIDE CORPORATION; VIACOM, )
| 3 | INCORPORATED, as successor-by- )
| | merger to CBS CORPORATION, fka )
| 4 | WESTINGHOUSE ELECTRIC )
| | CORPORATION; ALLIS-CHALMERS )
| 5 | CORPORATE PRODUCT LIABILITY )
| | TRUST; BAYER CROPSCIENCE, INC., )
| 6 | successor to AMCHEM PRODUCTS, )
| | INC.; ENPRO INDUSTRIES, INC., )
| 7 | Individually and as Successor-in-Interest )
| | to ANCHOR PACKING COMPANY; )
| 8 | HOPEMAN BROTHERS, INC.; SB )
| | DECKING, INC., formerly known as )
| 9 | SELBY, BATTERSBY & COMPANY, )
| | GEORGIA-PACIFIC CORPORATION; )
| 10 | HAMILTON MATERIALS, INC.; )
| | HANSON PERMANENTE CEMENT, )
| 11 | INC. fka KAISER CEMENT )
| | CORPORATION; KAISER GYPSUM )
| 12 | CO., INC.; KELLY-MOORE PAINT )
| | COMPANY, INC.; EATON AEROQUIP, )
| 13 | LLC; PNEUMO-ABEX CORPORATION, )
| | Successor-in-Interest to ABEX )
| 14 | CORPORATION; HONEYWELL )
| | INTERNATIONAL, INC. fka ALLIED )
| 15 | SIGNAL, INC./THE BENDIX )
| | CORPORATION; BORG-WARNER )
| 16 | CORPORATION by its Successor in )
| | Interest, BORGWARNER MORSE TEC, )
| 17 | INC.; BRIDGESTONE/FIRESTONE )
| | NORTH AMERICAN TIRE, LLC; DANA )
| 18 | COMPANIES, LLC; GOODRICH )
| | CORPORATION; FEDERAL-MOGUL )
| 19 | ASBESTOS PERSONAL INJURY )
| | TRUST, as successor to FELT )
| 20 | PRODUCTS MANUFACTURING CO.; )
| | FORD MOTOR COMPANY; GENERAL )
| 21 | MOTORS CORPORATION; )
| | INTERNATIONAL TRUCK AND )
| 22 | ENGINE CORPORATION; NAVISTAR, )
| | INC.; THE GOODYEAR TIRE & )
| 23 | RUBBER COMPANY; AIRCRAFT )
| | BRAKING SYSTEMS CORPORATION; )
| 24 | MEGGITT AIRCRAFT BRAKING )
| | SYSTEMS; PARKER-HANNIFIN )
| 25 | CORPORATION, as Successor to EIS and )
| | CALI-BLOK; CURTISS-WRIGHT )
| 26 | CORPORATION; MCDONNELL )
| | DOUGLAS CORPORATION, )
| 27 | Individually and Successor-in-Interest to )
| | DOUGLAS AIRCRAFT COMPANY, )
| 28 | INC.; EATON CORPORATION; )
| | UNITED TECHNOLOGIES )

TUCKER ELLIS & WEST LLP
Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco

DEFENDANT UNITED TECHNOLOGIES CORPORATION'S CERTIFICATE OF SERVICE

```
 1  CORPORATION, formerly known as
    PRATT & WHITNEY, INC.; PRATT &
 2  WHITNEY POWER SYSTEMS, INC.;
    VOUGHT AIRCRAFT INDUSTRIES,
 3  INC.; and ELEVENTH DOE through
    THREE HUNDREDTH DOE, inclusive,
 4
                    Defendants.
 5
```

I, Anna Pasynkova, certify and declare as follows:

I am over the age of 18 years and not a party to this action. I am employed by the law firm Tucker Ellis & West LLP, and my business address is 135 Main Street, Suite 700, San Francisco, California 94105, which is located in the city, county and state where the mailing described below took place.

On July 11, 2011, I served on all interested parties in this action a copy of:

**CIVIL COVER SHEET; DEFENDANT UNITED TECHNOLOGIES CORPORATION'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1442(a)(1); DEFENDANT UNITED TECHNOLOGIES CORPORATION'S NOTICE OF TAG-ALONG ACTION; DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES; NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING; CERTIFICATE OF SERVICE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; UNITED STATES DISTRICT COURT'S GUIDELINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; FORMS (CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND DECLINATION); ECF REGISTRATION INFORMATION HANDOUT; and CERTIFICATE OF SERVICE** by placing it in an enclosed sealed envelope addressed as follows:

HAROWITZ & TIGERMAN, LLP
450 SANSOME STREET, 3RD FLOOR
SAN FRANCISCO, CA 94111
(415) 788-1588

And See Attached Service List

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the Unites States Postal Service on that same day in the ordinary course of business with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 11, 2011.

*Anna Pasynkova*

Anna Pasynkova

TUCKER ELLIS & WEST LLP
Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco

DEFENDANT UNITED TECHNOLOGIES CORPORATION'S CERTIFICATE OF SERVICE

# SERVICE LIST

PERKINS COIE LLP
FOUR EMBARCADERO, SUITE 2400
SAN FRANCISCO, CA 94111
(415) 344-7000


BRYDON HUGO & PARKER
135 MAIN STREET, 20TH FLOOR
SAN FRANCISCO, CA 94105
(415) 808-0300


BASSI, EDLIN, HUIE & BLUM LLP
351 CALIFORNIA STREET, STE 200
SAN FRANCISCO, CA 94104
(415) 397-9006


FOLEY & MANSFIELD, PLLP
300 LAKESIDE DRIVE
SUITE 1900
OAKLAND, CA 94612
(510) 590-9500


LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SAMSONE STREET, SUITE 1400
SAN FRANCISCO, CA 94104
(213) 250-1800


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 MARKET STREET, 17TH FLR.
SAN FRANCISCO, CA 94105
(415) 433-0990


GLASPY & GLASPY
ONE WALNUT CREEK CENTER
100 PRINGLE AVE, SUITE 750
WALNUT CREEK, CA 94596
(925) 947-1300

```
 1
 2  COOLEY MANION JONES HAKE KUROWSKI LLP
    201 SPEAR STREET
 3  SUITE 1800
    SAN FRANCISCO, CA 94105
 4  (415) 512-4381
 5
 6  BRYDON HUGO & PARKER
    135 MAIN STREET, 20TH FLOOR
 7  SAN FRANCISCO, CA 94105
 8  (415) 808-0300
 9
10  DEHAY & ELLISTON LLP
    1300 CLAY STREET
11  STE 840
    OAKLAND, CA 94612
12  (510) 285-0750
13
14  STEPTOE & JOHNSON LLP
    633 W. 5TH STREET #700
15  LOS ANGELES, CA 90071
16  (213) 439-9400
17
18  BECHERER, KANNETT & SCHWEITZER
    1255 POWELL ST
19  EMERYVILLE, CA 94608-2604
20  (510) 658-3600
21
22  NIXON PEABODY LLP
    ONE EMBARCADERO CTR, STE 1800
23  SAN FRANCISCO, CA
    (415) 984-8200
24
25  WALSWORTH, FRANKLIN, BEVINS & MCCALL, LLP
26  601 MONTGOMERY ST., 9TH FLR.
    SAN FRANCISCO, CA 941112612
27  (415) 781-7072
28
```

TUCKER ELLIS & WEST LLP
Cleveland • Columbus • Los Angeles • San Francisco

6

DEFENDANT UNITED TECHNOLOGIES CORPORATION'S CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | MURRIN & ASSOCIATES LLC |
| 2 | 71 LAFAYETTE CIRCLE, SUITE B |
|   | LAYFAYETTE, CA 94549 |
| 3 | (925) 284-5770 |
| 4 | |
| 5 | NIXON PEABODY LLP |
|   | ONE EMBARCADERO CENTER |
| 6 | 18TH FLOOR |
| 7 | SAN FRANCISCO, CA 94111 |
|   | (415) 984-8200 |
| 8 | |
| 9 | GORDON & REES LLP |
| 10 | EMBARCADERO CENTER WEST |
|    | 275 BATTERY STREET, 20TH FL |
| 11 | SAN FRANCISCO, CA 94111 |
| 12 | (415) 986-5900 |
| 13 | |
| 14 | BURNHAM BROWN |
|    | P.O. BOX 119 (ZIP CODE 94604) |
| 15 | 1901 HARRISON ST, 11TH FLR |
|    | OAKLAND, CA 94612 |
| 16 | (510) 444-6800 |
| 17 | |
| 18 | POND NORTH LLP |
|    | 350 SOUTH GRAND AVENUE |
| 19 | SUITE 3300 |
| 20 | LOS ANGELES, CA 90071 |
|    | (213) 617-6170 |
| 21 | |
| 22 | PRINDLE DECKER & AMARO LLP |
| 23 | 1 CALIFORNIA STREET, SUITE 1910 |
|    | SAN FRANCISCO, CA 94111 |
| 24 | (415) 788-8354 |
| 25 | |
| 26 | HOWARD ROME MARTIN & RIDLEY LLP |
|    | 1775 WOODSIDE RD, STE 200 |
| 27 | REDWOOD CITY, CA 940613436 |
| 28 | (650) 365-7715 |

TUCKER ELLIS & WEST LLP
Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco

DEFENDANT UNITED TECHNOLOGIES CORPORATION'S CERTIFICATE OF SERVICE

1
2  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    ONE MARKET PLAZA
3  STEUART TOWER 8TH FLOOR
    SAN FRANCISCO, CA 94105
4  (415) 781-7900
5
6  SINUNU BRUNI LLP
    333 PINE STREET, SUITE 400
7  SAN FRANCISCO, CA 94104
8  (415) 362-9700
9
10  THE SEMPER LAW GROUP
    333 S. HOPE STREET, SUITE 3950
11  LOS ANGELES, CA 90071
12  (213) 437-9700
13
    HAWKINS PARNELL THACKSTON & YOUNG
14  THREE EMBARCADERO CENTER,
    8TH FLR
15  SAN FRANCISCO, CA 94111-4024
16  (415) 766-3200
17
    BROWN EASSA & MCLEOD LLP
18  LAKE MERRITT PLAZA
19  1999 HARRISON STREET
    SUITE 1800
20  OAKLAND, CA 94612
21  (510) 444-3131
22
23
24
25
26
27
28

8