

# ASBESTOS PLAINTIFF'S SUMMARY SHEET

**PRIMARY PLAINTIFF**: Roger E. Nelson

Social Security No: XXX-XX-5155

Periods of Exposure: U.S. Navy: approximately 1960 to 1968; home construction: approximately August 1956 to 1978

Date of Birth: ███/1938

Date of Death: N/A

Cause of Death: N/A

Retirement

Year: Approximately July 1999

Age: 61

Disability

Year: 2011

Age: 72

Cause: Mesothelioma

**SMOKING HISTORY**:

    (a) Type: Non-smoker
    (b) Yr Start: N/A         Yr Ended: N/A
         Pack/Day: N/A
    (c) Reason Stopped: N/A
         Why Restart: N/A
    (d) Dr. Advised?: N/A        Date: N/A
         Name and Address: N/A

**EMPLOYMENT:**

1.   (a)  Name:    Gloegge Bakery
            Address:  Annandale, MN
     (b)  Employed From:    1952    To:    1957
     (c)  Job Description:  Bakery assistant

2.   (a)  Name:    University of Minnesota
            Address:  Minneapolis, MN
     (b)  Employed From:  09/00/1956    To:  06/00/1960
     (c)  Job Description:  Student

3.   (a)  Name:    U.S. Navy (Active Duty)
                     USS Mansfield (DD-728)
            Address:  Long Beach, CA; Yokosuka, Japan
     (b)  Employed From:  06/24/1960    To:  07/14/1963
     (c)  Job Description:  Ensign; Lieutenant, Junior Grade (LTJG)

4.   (a)  Name:    U.S. Navy (Reserve Duty)
                     USS Alvin C. Cockrell (DD-366) (1963 – 1968)
            Address:  Alameda, CA
     (b)  Employed From:  07/14/1963    To:  1990
     (c)  Job Description:  Lieutenant; Lt. Commander (LCR); Commander (CDR)

5.   (a)  Name:    John Hancock Mutual Life Insurance
            Address:  1471 Solano Avenue
                            Albany, CA
     (b)  Employed From:  09/00/1963    To:  09/00/1964
     (c)  Job Description:  Health and Life Insurance Sales

6.   (a)  Name:    State Mutual of America
            Address:  601 Washington Street
                            Oakland, CA
     (b)  Employed From:  09/00/1964    To:  09/00/1965
     (c)  Job Description:  Health and Life Insurance Sales

7.   (a)  Name:    Simas Brothers
            Address:  1436 14th Avenue
                            Oakland, CA
     (b)  Employed From:  09/00/1965    To:  02/00/1966
     (c)  Job Description:  Gardener for the Simas family (part-time job while student)

8.    (a)    Name:    Montclair Nursery
                  Address:    Oakland, CA
     (b)    Employed From:    02/00/1966    To:    06/00/1967
     (c)    Job Description:    Commercial sales; deliveries; plant maintenance (part-time job while student)

9.    (a)    Name:    City of Fremont Planning Department
                  Address:    Fremont, CA
     (b)    Employed From:    06/00/1967    To:    09/00/1967
     (c)    Job Description:    Assistant city planner (part-time job while student)

10.    (a)    Name:    University of California, Berkeley
                   Address:    Berkeley, CA
      (b)    Employed From:    09/00/1965    To:    06/00/1968
      (c)    Job Description:    Student

11.    (a)    Name:    Unemployed
                   Address:    Oakland, CA
      (b)    Employed From:    06/00/1968    To:    09/00/1968
      (c)    Job Description:    Remodeling own home

12.    (a)    Name:    U.S. Bureau of Land Management
                   Address:    1600 Broadway
                                Denver, CO
      (b)    Employed From:    09/00/1968    To:    11/00/1971
      (c)    Job Description:    Landscape architect; Land use planner

13.    (a)    Name:    U.S. Bureau of Land Management
                   Address:    Washington, DC
      (b)    Employed From:    11/00/1971    To:    09/00/1973
      (c)    Job Description:    Landscape architect; Land use planner

14.    (a)    Name:    Utah International, Inc.* (merged with General Electric in 1976, later sold to Broken Hill Proprietary Company Ltd. in 1984)
                   Address:    550 California Street
                                San Francisco, CA
      (b)    Employed From:    09/09/1973    To:    07/00/1999
      (c)    Job Description:    Land use planner; Manager of Environmental, Health & Safety (EHS); Director of Corporate Medical Program; Vice President External Affairs

3

**ASBESTOS PRODUCTS**:

Type: Mud/Cement
Trade Name(s):
Manufacturer:
Dates of Exposure: Approximately 1960 to 1968

Type: Pipe covering/Lagging/Mastic
Trade Name(s):
Manufacturer:
Dates of Exposure: Approximately 1960 to 1968

Type: Block/Refractory Products
Trade Name(s):
Manufacturer:
Dates of Exposure: Approximately 1960 to 1968

Type: Cloth
Trade Name(s):
Manufacturer:
Dates of Exposure: Approximately 1960 to 1968

Type: Gasket/Packing
Trade Name(s):
Manufacturer:
Dates of Exposure: Approximately 1960 to 1968

Type: Rope
Trade Name(s):
Manufacturer:
Dates of Exposure: Approximately 1960 to 1968

Type: Ship decking materials/decking cement (magnesite)
Trade Name(s):
Manufacturer:
Dates of Exposure: Approximately 1960 to 1968

4

Type:  Joint Compound, Patching, Spackling
Trade Name(s):  Cover Tex; Gold Bond; Paco
Manufacturer:  Kaiser Gypsum; National Gypsum; Kelly-Moore; Georgia-Pacific
Dates of Exposure:  off and on from August 1956 to 1978

Type:  Vermiculite
Trade Name(s):
Manufacturer:
Dates of Exposure:  Two weeks in December in approximately 1958.  One day in approximately 1981 or 1982 at Leo Way, Oakland, CA.


**PRIOR CLAIMS FOR ASBESTOS RELATED INJURY**:

Workers Comp.:  N/A.

Disability:  No.

Lawsuit:  No.

5

**MEDICAL HISTORY:**

Diagnosis:      Performed EKG; took x-rays, referred to Richard B. Chalker, M.D.
Date:   02/10/2011
Symptoms:    Not feeling well during regular exercise routine
Treating Physician:   Mark Oscherwitz, M.D.
                      Internal Medicine (Regular family doctor)

Diagnosis:      Fluid in lungs; drained 2 liters from right lung
Date:   02/11/2011
Symptoms:    Not feeling well during regular exercise routine
Treating Physician:   Richard B. Chalker, M.D., FCCP
                      (Pulmonary and Critical Medicine)

Diagnosis:      Mesothelioma
Date:   02/25/2011
Symptoms:    Shortness of breath, fatigue, pain, coughing, and trouble sleeping
Treating Physician:   Richard B. Chalker, M.D., FCCP
                      (Pulmonary and Critical Medicine)

Diagnosis:      Mesothelioma
Date:   03/11/2011
Symptoms:    Pleural biopsy
Treating Physician:   Tomomi Oka, M.D.
                      (Cardiothoracic Surgery)

Diagnosis:      Mesothelioma
Date:   03/00/2011
Symptoms:    Shortness of breath, fatigue, pain, coughing, and trouble sleeping
Treating Physician:   Natalia Colocci, M.D., Ph.D.
                      (Oncology)

Diagnosis:      Mesothelioma
Date:   03/23/2011
Symptoms:    Evaluation for surgical and chemotherapy treatment options
Treating Physician:   David M. Jablons, M.D.
                      (Thoracic Oncology)

Diagnosis:   Mesothelioma
Date:   04/00/2011
Symptoms:
Treating Physician:   Paula D. Kushlan, M.D.
                                  (Oncology)


Diagnosis:   Skin cancer (removed melanoma inside left elbow)
Date:   11/00/2010
Symptoms:   Routine exam
Treating Physician:   Jeffrey Binstock, M.D.
                                  (Dermatology)


Diagnosis:   Thorascotomy was negative except for signs of acid reflux
Date:   About 2009
Symptoms:   Loss of appetite and 10 pound weight loss
Treating Physician:   Kenneth J. Hammerman, M.D., F.A.C.P.
                                  (Internal Medicine – Gastroenterology)


Diagnosis:   Double hernia
Date:   About 2002
Symptoms:
Treating Physician:   L. Albert Wetter, M.D.
                                  (Bariatric Surgery)


Diagnosis:   Enlarged prostate
Date:   Annual monitoring visits
Symptoms:
Treating Physician:   James K. Mooney, M.D.
                                  (Urology)


Diagnosis:   Ear surgery
Date:   About 1968
Symptoms:   Difficulty hearing
Treating Physician:   I do not recall

7

**SPOUSE AND DEPENDENTS:**

Name: Rosalie J. Nelson

Relation: Wife

Date of Birth: ███ 1939

Date of Marriage: 06/25/1960


**SPECIAL DAMAGES CLAIMED:**

Medical/Hospital: To be provided.

Loss of Wages: To be provided.

Burial: N/A.

8

## DECLARATION UNDER PENALTY OF PERJURY

I, ROGER E. NELSON, hereby declare pursuant to Circuit Rule 7(g), Rules of the Circuit Court of the State of Hawaii, that I have personal knowledge of the following facts and I am competent to testify as follows:

1. I declare that the foregoing Asbestos Plaintiff Summary Sheet is true and correct to the best of my knowledge.

2. I declare under penalty of perjury that the foregoing is true and correct.

Date: 5/10/2011

ROGER E. NELSON

D:\06044A01\pleading\2011-04-29 Summary Sheet - Nelson, Roger.doc