# SCHEDULE

**SOUTHERN DISTRICT OF NEW YORK**

| Index No. | Case Name | Judge |
|---|---|---|
| 11-CIV-4967 | Cosimo Cotrona v. CBS Corporation, *et al.,* | Hon. Colleen McMahon |