11 CIV 4967

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
COSIMO COTRONA,                                              :   Civil Action No.
                                                             :
                       Plaintiff,                            :
                                                             :
         against                                             :
                                                             :   RULE 7.1 STATEMENT
                                                             :
CBS CORPORATION, f/k/a VIACOM, INC.,                         :
successor by merger to CBS CORPORATION,                      :
f/k/a WESTINGHOUSE ELECTRIC                                  :
CORPORATION, et al.                                          :
                                                             :
                       Defendants.                           :
------------------------------------------------------------ X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Georgia-Pacific LLC (a private non-governmental party) certifies that:

> Georgia-Pacific LLC is a Delaware limited liability company, and wholly owned by Georgia-Pacific Holdings, LLC, a Delaware limited liability company. Georgia-Pacific Holdings, LLC is wholly owned by Georgia-Pacific Equity Holdings, LLC, a Delaware limited liability company. Georgia-Pacific Equity Holdings, LLC is wholly owned by Koch Renewable Resources, Inc. Koch Renewable Resources is incorporated in the State of Delaware. No public corporation owns 10 percent or more of Georgia-Pacific LLC's stock.

Dated: New York, NY
       July 19, 2011

                              Respectfully submitted,

                              LYNCH DASKAL EMERY LLP

                              By: _____
                                  Lawrence G. Lee
                                  Attorney Bar Code: LL-1819

                              264 West 40th Street
                              New York, New York 10018
                              (212)302-2400
                              lee@lawlynch.com

                              *Attorneys for Defendant Georgia-Pacific LLC*