JS 44C/SDNY
REV. 5/2010

# CIVIL COVER SHEET

JUDGE McMAH~~ON~~ The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

11 CIV 4967

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Cosimo Cotrona | ~~Georgia-Pacific LLC~~ CBS Corporation, et al |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER | ATTORNEYS (IF KNOWN) |
|---|---|
| Weitz & Luxenberg, P.C., 700 Broadway, NY, NY 10003 (212) 558-5500 | Lynch Daskal Emery, LLP, 264 W. 40th St., NY, NY 10018 (212) 302-2400 |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C 1332, 1441, and 1446

Has this or a similar case been previously filed in SDNY at any time? No? ☑ Yes? ☐    Judge Previously Assigned

If yes, was this case Vol.☐ Invol.☐ Dismissed. No☐ Yes☐ If yes, give date _____ & Case No. _____

*(PLACE AN [x] IN ONE BOX ONLY)*      NATURE OF SUIT

ACTIONS UNDER STATUTES

| TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| **CONTRACT** | **PERSONAL INJURY** | [ ] 610 AGRICULTURE | [ ] 422 APPEAL 28 USC 158 | [ ] 400 STATE REAPPORTIONMENT |
| | **PERSONAL INJURY** | [ ] 620 OTHER FOOD & DRUG | [ ] 423 WITHDRAWAL 28 USC 157 | [ ] 410 ANTITRUST |
| [ ] 110 INSURANCE | [ ] 310 AIRPLANE | [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881 | | [ ] 430 BANKS & BANKING |
| [ ] 120 MARINE | [ ] 315 AIRPLANE PRODUCT LIABILITY | | | [ ] 450 COMMERCE |
| [ ] 130 MILLER ACT | [ ] 320 ASSAULT, LIBEL & SLANDER | [ ] 362 PERSONAL INJURY - MED MALPRACTICE | **PROPERTY RIGHTS** | [ ] 460 DEPORTATION |
| [ ] 140 NEGOTIABLE INSTRUMENT | [ ] 330 FEDERAL EMPLOYERS' LIABILITY | [ ] 365 PERSONAL INJURY PRODUCT LIABILITY | [ ] 820 COPYRIGHTS | [ ] 470 RACKETEER INFLU-ENCED & CORRUPT ORGANIZATION ACT (RICO) |
| [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ] 340 MARINE | [X] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY | [ ] 830 PATENT | |
| [ ] 151 MEDICARE ACT | [ ] 345 MARINE PRODUCT LIABILITY | | [ ] 840 TRADEMARK | [ ] 480 CONSUMER CREDIT |
| [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 350 MOTOR VEHICLE | **PERSONAL PROPERTY** | | [ ] 490 CABLE/SATELLITE TV |
| | [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY | [ ] 370 OTHER FRAUD | **SOCIAL SECURITY** | [ ] 810 SELECTIVE SERVICE |
| | [ ] 360 OTHER PERSONAL INJURY | [ ] 371 TRUTH IN LENDING | [ ] 861 HIA (1395ff) | [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE |
| [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | | [ ] 380 OTHER PERSONAL PROPERTY DAMAGE | [ ] 862 BLACK LUNG (923) | |
| [ ] 160 STOCKHOLDERS SUITS | | [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY | [ ] 863 DIWC/DIWW (405(g)) | [ ] 875 CUSTOMER CHALLENGE 12 USC 3410 |
| [ ] 190 OTHER CONTRACT | | | [ ] 864 SSID TITLE XVI | |
| [ ] 195 CONTRACT PRODUCT LIABILITY | | **LABOR** | [ ] 865 RSI (405(g)) | [ ] 890 OTHER STATUTORY ACTIONS |
| [ ] 196 FRANCHISE | | [ ] 710 FAIR LABOR STANDARDS ACT | | [ ] 891 AGRICULTURAL ACTS |
| | **ACTIONS UNDER STATUTES** | [ ] 720 LABOR/MGMT RELATIONS | **FEDERAL TAX SUITS** | [ ] 892 ECONOMIC STABILIZATION ACT |
| **REAL PROPERTY** | **CIVIL RIGHTS** | [ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT | [ ] 870 TAXES (U.S. Plaintiff or Defendant) | [ ] 893 ENVIRONMENTAL MATTERS |
| [ ] 210 LAND CONDEMNATION | [ ] 441 VOTING | [ ] 740 RAILWAY LABOR ACT | [ ] 871 IRS-THIRD PARTY 26 USC 7609 | [ ] 894 ENERGY ALLOCATION ACT |
| [ ] 220 FORECLOSURE | [ ] 442 EMPLOYMENT | [ ] 790 OTHER LABOR LITIGATION | | [ ] 895 FREEDOM OF INFORMATION ACT |
| [ ] 230 RENT LEASE & EJECTMENT | [ ] 443 HOUSING/ ACCOMMODATIONS | [ ] 791 EMPL RET INC SECURITY ACT | | [ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE |
| [ ] 240 TORTS TO LAND | [ ] 444 WELFARE | **PRISONER PETITIONS** | **IMMIGRATION** | |
| [ ] 245 TORT PRODUCT LIABILITY | [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT | [ ] 510 MOTIONS TO VACATE SENTENCE 20 USC 2255 | [ ] 462 NATURALIZATION APPLICATION | [ ] 950 CONSTITUTIONALITY OF STATE STATUTES |
| [ ] 290 ALL OTHER REAL PROPERTY | [ ] 446 AMERICANS WITH DISABILITIES -OTHER | [ ] 530 HABEAS CORPUS | [ ] 463 HABEAS CORPUS-ALIEN DETAINEE | |
| | [ ] 440 OTHER CIVIL RIGHTS | [ ] 535 DEATH PENALTY | [ ] 465 OTHER IMMIGRATION ACTIONS | |
| | | [ ] 540 MANDAMUS & OTHER | | |
| | | [ ] 550 CIVIL RIGHTS | | |
| | | [ ] 555 PRISON CONDITION | | |

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

JUDGE _____ DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND: ☑ YES ☐ NO      NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(PLACE AN  x  IN ONE BOX ONLY)                                  **ORIGIN**

[ ] 1 Original Proceeding
[✓] 2a. Removed from State Court
[ ] 2b. Removed from State Court AND at least one party is pro se.
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judge Judgment

(PLACE AN  x  IN ONE BOX ONLY)                **BASIS OF JURISDICTION**          *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF      [ ] 2 U.S. DEFENDANT      [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)      [✓] 4 DIVERSITY          *(28 USC 1322, 1441)*

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [X]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [X]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Cosimo Cotrona
235 Bay 43rd Street, Brooklyn, NY 11214
Citizens of the State of New York (See Removal Papers)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Georgia-Pacific LLC
133 Peachtree Street
Atlanta, GA  30303
Citizens of the State of Delaware and Kansas (See Removal Papers)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS      [✓] MANHATTAN
(DO NOT check either box if this a PRISONER PETITION.)

DATE 07/20/2011   SIGNATURE OF ATTORNEY OF RECORD

RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. 07  Yr. 2006 )
Attorney Bar Code #LL-1819

Magistrate Judge is to be designated by the Clerk of the Court.   MAG. JUDGE FRANCIS

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)