**LYNCH DASKAL EMERY LLP**

264 WEST 40TH STREET
NEW YORK, NEW YORK 10018
TEL: 212-302-2400
FAX: 212-302-2210

July 20, 2011

BY ECF

Mr. Jeffery N. Luthi
Docket Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C.  20002-8004

    Re:    Notice of Potential Tag-Along Action:
            *Thomas Coyne and Suzanne Coyne v. Aluminum Company of America, et al.*
            <u>In re: Asbestos Products Liability Litigation (No. VI) MDL No. 875</u>

Dear Mr. Luthi:

    I hereby notify you, as required by Rule 7.1(a) of the Rules of Procedure of Judicial Panel on Multidistrict Litigation, of the pendency of a potential tag-along action to the cases transferred by the Panel's July 29, 1991 Order and Opinion to the Eastern District of Pennsylvania and assigned to the Honorable Eduardo C. Robreno.

    The potential tag-along action is entitled <u>Thomas Coyne and Suzanne Coyne v. Aluminum Company of America, et al.,</u> pending in the United States District Court, Southern District of New York, 11 CIV 4966 (RMB).

    Enclosed are copies of plaintiffs' complaint and the docket sheet for this case.

            Respectfully,

            LYNCH DASKAL EMERY LLP
            *Attorneys for Defendant Georgia-Pacific LLC*

            /s/
            Lawrence G. Lee

Encls.

cc:    Clerk of the Court, Southern District of New York (by electronic filing)
       All Known Counsel (by electronic filing)