# SCHEDULE

**SOUTHERN DISTRICT OF NEW YORK**

| **Index No.** | **Case Name** | **Judge** |
|---|---|---|
| 11-CIV-4966 | Thomas Coyne and Suzanne Coyne v. Aluminum Company of America, e*t al.* | Hon. Richard M. Berman |