JUDGE BERMAN

11 CIV 4966

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
THOMAS J. COYNE and SUZANNE COYNE         :   Civil Action No.
                                          :
            Plaintiffs,                   :
                                          :
     -against-                            :   Rule 7.1 Statement
                                          :
ALUMINUM COMPANY OF AMERICA               :
(ALCOA), *et al.*                         :
                                          :
            Defendants.                   :
---------------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Georgia-Pacific LLC (a private non-governmental party) certifies that:

Georgia-Pacific LLC is a Delaware limited liability company, and wholly owned by Georgia-Pacific Holdings, LLC, a Delaware limited liability company. Georgia-Pacific Holdings, LLC is wholly owned by Georgia-Pacific Equity Holdings, LLC, a Delaware limited liability company. Georgia-Pacific Equity Holdings, LLC is wholly owned by Koch Renewable Resources, Inc. Koch Renewable Resources is incorporated in the State of Delaware with its principal place of business in Kansas. No public corporation owns 10 percent or more of Georgia-Pacific LLC's stock.

Dated: New York, NY
       July 19, 2011

Respectfully submitted,

LYNCH DASKAL EMERY LLP

By: _____
    Lawrence G. Lee
    Attorney Bar Code: LL-1819

264 West 40th Street
New York, New York 10018
(212)302-2400
lee@lawlynch.com

Attorneys for Defendant Georgia-Pacific LLC