# SCHEDULE

**SOUTHERN DISTRICT OF NEW YORK**

| **Index No.** | **Case Name** | **Judge** |
|---|---|---|
| 11-CIV-4968 | Daniel Stupino and Anna Stupino v. American Biltrite Company, e*t al.* | Hon. George B. Daniel |