LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, NY 10018
Attorneys for Defendant Georgia-Pacific LLC

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------X
IN RE:    NEW YORK CITY                    :
          ASBESTOS LITIGATION              :
---------------------------------------------------------------X
DANIEL STUPINO and ANNA STUPINO,           :   Index No. 190385/10
                                           :
                    Plaintiffs,            :
                                           :   **AFFIDAVIT OF SERVICE**
          -against-                        :
                                           :
AMERICAN BILTRITE COMPANY, *et al.*,       :
                                           :
                    Defendants.            :
---------------------------------------------------------------X

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

    NICOLE WERTALIK, being duly sworn, deposes and says:

    1. I am not a party to this action, am over 18 years of age, and I am a paralegal at the offices of Lynch Daskal Emery LLP. I reside at 476 9th Street, Brooklyn, NY 11215.

    2. On the 20th day of July 2011, I served a copy of **GEORGIA-PACIFIC LLC'S NOTICE OF REMOVAL, CIVIL COVER SHEET, NOTICE TO THE STATE COURT OF REMOVAL OF ACTION TO FEDERAL COURT, NOTICE TO PLAINTIFF'S COUNSEL OF FILING OF NOTICE OF REMOVAL, AND 7.1 DISCLOSURE STATEMENT** by personally delivering by hand a true and correct copy of the same, upon the individual described as below:

Jerry Kristal, Esq.
Weitz & Luxenberg, PC
700 Broadway
New York NY 10003

_____
NICOLE WERTALIK

Sworn to before me this
20th day of July 2011

_____
Notary Public

GOLRIZ SHOAI-NAINI
Notary Public, State of New York
No. 02SH6303611
Qualified in New York County
Commission Expires April 13, 2013