## BEFORE THE  UNITED STATES JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| **IN RE: ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI)** | **MDL DOCKET NO.  875** |
| **SUNSOON DOUCET,** individually and as successor in interest to **THE ESTATE OF RICHARD DOUCET,** | **USDC, Central District of California** **Case No.: CV11-05845 VBF (MANx)** |
| Plaintiffs | |
| vs. | |
| **ASBESTOS CORPORATION, LTD., et al.** | |
| Defendants. | |

_____

## DEFENDANT'S NOTICE OF RELATED ACTION

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multi-District Litigation, Defendant Viad Corp (hereinafter "Defendant") hereby notify the Panel of the pendency of a tag-along action in Federal District Court, styled "Sunsoon Doucet, et al. v. Asbestos Corporation, Ltd., et al." in the United States District Court for the Central District of California (see Notice of Tag-Along Action attached hereto as EXHIBIT "A").  Such action involves common questions of fact with those actions previously transferred to the Panel pursuant to 28 U.S.C. §1407.

1

Wherefore, Defendant respectfully requests that the Panel transfer this tag-along to the United States District Court for the Eastern District of Pennsylvania.


DATED:  July 20, 2011                    FOLEY & MANSFIELD, PLLP


                                         By:    /s/ Peter B. Langbord
                                                Peter B. Langbord, Esq. (#144319)
                                                300 S. Grand Avenue, Suite 2800
                                                Los Angeles, CA 90071
                                                Telephone: (213) 283-2100
                                                Facsimile: (213) 283-2101
                                                plangbord@foleymansfield.com
                                                **Attorneys for Defendant**
                                                **VIAD CORP**

**EXHIBIT A**
Notice of Tag-Along Action

1  Peter B. Langbord, Esq. (SBN 144319)
2  plangbord@foleymansfield.com
   **Foley & Mansfield, PLLP**
3  300 South Grand Avenue, Suite 2800
4  Los Angeles, CA  90071
   Telephone:    (213) 283-2100
5  Facsimile:    (213) 283-2101
6
   Attorneys for Defendant
7  **VIAD CORP**
8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11  **SUNSOON DOUCET,** individually   ) Case No.  CV11-05845 VBF (MANx)
    and as successor in interest to **THE**  )
12  **ESTATE OF RICHARD DOUCET,**    ) **NOTICE OF TAG-ALONG ACTION**
                                      )
13                                    )
                    **Plaintiffs,**   )
14                                    )
                                      )
15          **vs.**                   )
                                      )
16  **ASBESTOS CORPORATION, LTD.;**)
17  **BUFFALO PUMPS, INC.;**          )
    **CRANE CO.** *(sued individually and as* )
18  *successor-in-interest to ADEL*   )
19  *CLAMPS);* **CROWN CORK & SEAL**  )
    **COMPANY, INC.** *(sued individually* )
20  *and as successor-in-interest to* )
21  *MUNDET CORK CORPORATION);*       )
    **CURTIS WRIGHT**                 )
22  **CORPORATION; DEXTER-HYSOL**)
23  **AEROSPACE, INC.;**              )
    **DEXTER-HYSOL AEROSPACE,**       )
24  **LLC.; ELLIOTT COMPANY** *(a/k/a* )
25  *ELLIOTT TURBO MACHINERY*         )
    *COMPANY);* **GENERAL ELECTRIC**  )
26  **COMPANY; THE GOODYEAR**         )
27  **TIRE & RUBBER COMPANY;**        )
28  **HONEYWELL INTERNATIONAL,**  )

                              1
                 NOTICE OF TAG-ALONG ACTION

1  **INC.** *(sued individually and as* )
2  *successor to ALLIED SIGNAL, INC.* )
   *successor to BENDIX* )
3  *CORPORATION)*; **HOWDEN** )
4  **BUFFALO, INC.** *(sued individually* )
   *and as successor-in-interest to B.F.* )
5  *STURTEVANT)*; **IMO INDUSTRIES,** )
6  **INC.** *(sued individually and as* )
   *successor-in-interest to DE LAVAL* )
7  *STEAM TURBINE, INC.)*; )
8  **INGERSOLL-RAND COMPANY;** )
   **J. T. THORPE & SON, INC.;** )
9  **M. SLAYEN & ASSOCIATES, INC.;** )
10 **METALCLAD INSULATION** )
   **CORPORATION;** )
11 **OWENS-ILLINOIS, INC.;** )
12 **QUINTEC INDUSTRIES, INC.** )
   *(individually and as successor-in-* )
13 *interest and by merger to WESTERN* )
14 *FIBROUS GLASS PRODUCTS* )
   *COMPANY f/k/a Western Fiberglas* )
15 *Company)*; **SYD CARPENTER** )
16 **MARINE CONTRACTOR, INC.;** )
   **THE FLAMEMASTER** )
17 **CORPORATION; THOMAS DEE** )
18 **ENGINEERING CO., INC.;** )
   **TRANE U.S. INC.** *(f/k/a American* )
19 *Standard, Inc.)*; **UNITED** )
20 **TECHNOLOGIES CORPORATION** )
   *(individually and as successor-in-* )
21 *interest to PRATT & WHITNEY)*; )
22 **VELAN VALVE CORPORATION;** )
23 **VIACOM, INC.** *(sued individually and* )
   *as successor by merger to CBS* )
24 *CORPORATION (f/k/a* )
25 *WESTINGHOUSE ELECTRIC* )
   *CORPORATION and B.F.* )
26 *STURTEVANT)*; **VIAD CORP.** )
27 *(individually and as successor-in-* )
   *interest to GRISCOM-RUSSELL and* )
28 *THE DIAL CORPORATION)*; )

2

NOTICE OF TAG-ALONG ACTION

**WARREN PUMPS, LLC** *(sued*     )
*individually and as successor-in-interest)*
*to QUIMBY PUMP COMPANY)*;     )
**YARWAY CORPORATION;** and     )
**DOES 1-350 INCLUSIVE,**     )
    )
    )
        **Defendants.**     )
    )
_____)

    **PLEASE TAKE NOTICE** that on July 29, 1991, the Judicial Panel of Multi-District Litigation entered an order transferring all asbestos exposure cases pending in any United States Court to the United States District Court for the Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings, all pursuant to 28 U.S.C. §1407(a) (the "MDL Transfer Order"). The MDL Transfer Order applies to "tag-along action[s]" as defined in Multi-District Litigation Rule 1.1, or actions involving common questions of law or fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

///
///
///
///
///
///

NOTICE OF TAG-ALONG ACTION

1      The undersigned hereby notifies the Court that this case is a potential "tag-

2  along action" which may be subject to transfer to the Eastern District of

3  Pennsylvania.   The clerk of the Panel may either (1) enter a Conditional Transfer

4  Order pursuant to MDL Rule 7.4(a) or (2) file an Order to Show Cause why the

5  action should not be transferred pursuant to MDL Rule 7.5(b).

6

7  DATED: July 12, 2011            FOLEY & MANSFIELD PLLP

8

9                   By:   _____

10                      Peter B. Langbord

11                      Attorneys for Defendant
                        **VIAD CORP**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

NOTICE OF TAG-ALONG ACTION