# CERTIFICATE OF SERVICE

On **7/18/11**, I electronically filed: **NOTICE OF RELATED ACTION** through the CM/ECF system, and mailed this document and the notice of electronic filing to:

Marc I. Willick, Esq.
Attorney at Law
2361 Rosecrans Ave., Suite 450
El Segundo, CA 90245

/s/ Peter B. Langbord
Peter B. Langbord, Esq.
**FOLEY & MANSFIELD PLLP**
300 S. Grand Ave., Suite 2800
Los Angeles, CA 90071
Tel: (213) 283-2100
Fax: (213) 283-2101
plangbord@foleymansfield.com
Attorney for: **VIAD CORP**