# LYNCH DASKAL EMERY LLP

264 WEST 40TH STREET
NEW YORK, NEW YORK 10018
TEL: 212-302-2400
FAX: 212-302-2210

July 20, 2011

BY ECF

Mr. Jeffery N. Luthi
Docket Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C.  20002-8004

> Re:   Withdrawal of Notices of Potential Tag-Along Actions:
> *Daniel Stupino and Anna Stupino v. American Biltrite Company, et al.*
> *Thomas Coyne and Suzanne Coyne v. Aluminum Company of America, et al.*
> *Cosimo Cotrona v. CBS Corporation, et al.*
> **In re: Asbestos Products Liability Litigation (No. VI) MDL No. 875**

Dear Mr. Luthi:

I hereby notify you of our withdrawal of our notice of the following potential tag-along actions, as the notices were filed incorrectly:

- Daniel Stupino and Anna Stupino v. American Biltrite Company, e*t al.,* pending in the United States District Court, Southern District of New York, 11-4968 (GBD);

- Cosimo Cotrona v. CBS Corporation, *et al.,* pending in the United States District Court, Southern District of New York, 11-4967 (CM); and

- Thomas Coyne and Suzanne Coyne v. Aluminum Company of America, e*t al.,* pending in the United States District Court, Southern District of New York, 11-4966 (RMB).

Respectfully,

LYNCH DASKAL EMERY LLP
*Attorneys for Defendant Georgia-Pacific LLC*

/s/
Lawrence G. Lee