# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & TITLE - IN RE: Asbestos Product Liability Litigation (No. IV)

# NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Hollingsworth & Vose Company - Defendant

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Luis Enrique Luciano, Sr. v. Alcoa, Inc., et al., S.D.N.Y., Case No. 11-cv-04566 (RJS)

*************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| July 20, 2011 | [signature] |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

William E. Vita, Westerman Ball Ederer Miller & Sharfstein, 1201 RXR Plaza, Uniondale, NY 11556

Telephone No.: 516-622-9200        Fax No.: 516-622-9212

Email Address: wvita@westermanllp.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

## SERVICE LIST

Jordan C. Fox, Esq.
**BELLUCK & FOX, LLP**
546 Fifth Avenue, 4th Floor
New York, New York 10036

*Attorneys for Plaintiff*

Robert J. Kirshenberg, Esq.
**GREENBERG TRAURIG, LLP**
Met Life Building
200 Park Avenue
New York, New York 10166

*Attorneys for Lorillard Tobacco Company*

John Howarth, Esq.
**WILBRAHAM LAWLER & BUBA**
1818 Market St., Suite 3100
Philadelphia, PA 19103-3631

Edward Wilbraham, Esq.
**WILBRAHAM LAWLER & BUBA**
140 Broadway, 46th Floor
New York, New York 10005
*Attorneys for Air & Liquid Systems Corporation*

John Fanning, Esq./Raghu Bandlamudi, Esq.
**CULLEN & DYKMAN**
177 Montague Street
Brooklyn, New York 11201
*Attorneys for Burnham Corporation*

Christopher Cotton, Esq.
**SHOOK, HARDY & BACON**
2555 Grand Blvd.
Kansas City, Missouri 64108

*Attorneys for Defendant Lorillard Tobacco Company*

Andrew McElaney, Esq.
**NUTTER, MCCLENNEN & FISH, LLP**
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02110-2604

*Attorneys for Defendant Hollingsworth & Vose Company*

William Bradley, Esq.
Syed K. Rizvi, Esq.
**MALABY & BRADLEY, LLC**
150 Broadway, 6th Floor
New York, NY 10038

*Attorneys for Alcoa Inc. & CBS Corporation*

Paulo R. Lima, Esq.
**HUNTON & WILLIAMS, LLP**
200 Park Avenue, 52nd Floor
New York, New York 10166
*Attorneys for Alcoa*

Judith Yavitz, Esq.
Craig Blau, Esq.
**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
*Attorneys for Certain-Teed Corporation and Union Carbide*

488418

Carol Snider, Esq.
**DAMON & MOREY LLP**
The Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, New York 14202-2150

*Attorneys for Cytec Engineered Materials & Cytec Industries Inc.*
Robert E. Henlon, JR., CPA, PA
**DETECTO INDUSTRIAL SCALES OF NEW YORK, INC.**
31 South Street
Morristown, New Jersey 07961

Paul Van Buskirk, Esq.
**McGIVNEY & KLUGER, PC**
1600 Arch Street, Suite 1800
Philadelphia, PA 19103

*Attorneys for Kentile Floors*

Bruce Gilpatrick, Esq.
**HEIDELL, PITTONI, MURPHY & BACH, LLP**
99 Park Avenue
New York, New York 10016

*Attorneys for Occidental Chemical Corporation*

David H. Kochman, Esq.
**HARRIS BEACH, PLLC**
100 Wall Street, 23rd Floor
New York, New York 10005

*Attorneys for Plastics Engineering Company*
Michael B. Sena, Esq.
**HERZFELD & RUBIN, P.C.**
125 Broad Street
New York, New York 10004
*Attorneys for Reichhold, Inc.*

Arthur G. Lash Esq.
**O'TOOLE FERNANDEZ, WEINER VAN LIEU**
60 Pompton Avenue
Verona, New Jersey 07044

*Attorneys for Detecto Industrial Scales of New York, Inc.*
Monakee D. Griffin, Esq.
**McGIVNEY & KLUGER. PC**
80 Broad Street, 23rd Floor
New York, NY 10004

*Attorneys for Homasote Company*

Justin Perri, Esq.
**STEPTOE & JOHNSON LLP**
750 Seventh Avenue, Suite 1900
New York, New York 10019

*Attorneys for Metropolitan Life Insurance Company*

Paul Scrudato, Esq.
**SCHIFF HARDIN LLP**
900 Third Avenue, 23rd Floor
New York, New York 10022

*Attorneys for Owens Illinois, Inc. & Tyco Flow Control & Tyco International (US) & Yarway Corp.*

Amiel Gross, Esq.
**SNT DENTON US LLP**
1221 Avenue of the Americas
New York, New York 10020

*Attorneys for Rapid-American Corporation*

Ted Eder, Esq./Andre Harlfinger, Esq.
**SEGAL, McCAMBRIDGE, SINGER & MAHONEY**
850 Third Avenue, Suite 1100
New York, New York 10022
*Attorneys for Rogers Corporation*

488418

Brady Edwards, Esq.
Daphne Taylor Evans
**MORGAN LEWIS & BOCKIUS, LLP**
1000 Louisiana Street, Suite 4200
Houston, Texas 77002

*Attorneys for Tyco Flow Control &
Tyco International (US) & Yarway Corp*

488418

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a true copy of **Hollingsworth & Vose Company's Notice of Appearance for H&V** by placing same in the United States mail, postage prepaid, this 20th day of July, 2011, addressed to:

Jordan C. Fox, Esq.
**BELLUCK & FOX, LLP**
546 Fifth Avenue, 4th Floor
New York, New York 10036

*Attorneys for Plaintiff*

Christopher Cotton, Esq.
**SHOOK, HARDY & BACON**
2555 Grand Blvd.
Kansas City, Missouri 64108

*Attorneys for Defendant
Lorillard Tobacco Company*

Robert J. Kirshenberg, Esq.
**GREENBERG TRAURIG, LLP**
Met Life Building
200 Park Avenue
New York, New York 10166

*Attorneys for Lorillard Tobacco
Company*

Andrew McElaney, Esq.
**NUTTER, MCCLENNEN & FISH, LLP**
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02110-2604

*Attorneys for Defendant Hollingsworth &
Vose Company*

John Howarth, Esq.
**WILBRAHAM LAWLER & BUBA**
1818 Market St., Suite 3100
Philadelphia, PA 19103-3631

William Bradley, Esq.
Syed K. Rizvi, Esq.
**MALABY & BRADLEY, LLC**
150 Broadway, 6th Floor
New York, NY 10038

*Attorneys for Alcoa Inc.
& CBS Corporation*

Edward Wilbraham, Esq.
**WILBRAHAM LAWLER & BUBA**
140 Broadway, 46th Floor
New York, New York 10005
*Attorneys for Air & Liquid Systems
Corporation*

Paulo R. Lima, Esq.
**HUNTON & WILLIAMS, LLP**
200 Park Avenue, 52nd Floor
New York, New York 10166
*Attorneys for Alcoa*

480620-2

John Fanning, Esq./Raghu Bandlamudi, Esq.
**CULLEN & DYKMAN**
177 Montague Street
Brooklyn, New York 11201
*Attorneys for Burnham Corporation*

Carol Snider, Esq.
**DAMON & MOREY LLP**
The Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, New York 14202-2150

*Attorneys for Cytec Engineered Materials & Cytec Industries Inc.*
Robert E. Henlon, JR., CPA, PA
**DETECTO INDUSTRIAL SCALES OF NEW YORK, INC.**
31 South Street
Morristown, New Jersey 07961

Paul Van Buskirk, Esq.
**McGIVNEY & KLUGER, PC**
1600 Arch Street, Suite 1800
Philadelphia, PA 19103

*Attorneys for Kentile Floors*

Bruce Gilpatrick, Esq.
**HEIDELL, PITTONI, MURPHY & BACH, LLP**
99 Park Avenue
New York, New York 10016

*Attorneys for Occidental Chemical Corporation*

Judith Yavitz, Esq.
Craig Blau, Esq.
**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
*Attorneys for Certain-Teed Corporation and Union Carbide*

Arthur G. Lash Esq.
**O'TOOLE FERNANDEZ, WEINER VAN LIEU**
60 Pompton Avenue
Verona, New Jersey 07044

*Attorneys for Detecto Industrial Scales of New York, Inc.*
Monakee D. Griffin, Esq.
**McGIVNEY & KLUGER. PC**
80 Broad Street, 23rd Floor
New York, NY 10004

*Attorneys for Homasote Company*

Justin Perri, Esq.
**STEPTOE & JOHNSON LLP**
750 Seventh Avenue, Suite 1900
New York, New York 10019

*Attorneys for Metropolitan Life Insurance Company*

Paul Scrudato, Esq.
**SCHIFF HARDIN LLP**
900 Third Avenue, 23rd Floor
New York, New York 10022

*Attorneys for Owens Illinois, Inc. & Tyco Flow Control & Tyco International (US) & Yarway Corp.*

480620-2

David H. Kochman, Esq.
**HARRIS BEACH, PLLC**
100 Wall Street, 23rd Floor
New York, New York 10005

*Attorneys for Plastics Engineering Company*

Michael B. Sena, Esq.
**HERZFELD & RUBIN, P.C.**
125 Broad Street
New York, New York 10004
*Attorneys for Reichhold, Inc.*

Brady Edwards, Esq.
Daphne Taylor Evans
**MORGAN LEWIS & BOCKIUS, LLP**
1000 Louisiana Street, Suite 4200
Houston, Texas 77002

*Attorneys for Tyco Flow Control & Tyco International (US) & Yarway Corp*

Amiel Gross, Esq.
**SNT DENTON US LLP**
1221 Avenue of the Americas
New York, New York 10020

*Attorneys for Rapid-American Corporation*

Ted Eder, Esq./Andre Harlfinger, Esq.
**SEGAL, McCAMBRIDGE, SINGER & MAHONEY**
850 Third Avenue, Suite 1100
New York, New York 10022
*Attorneys for Rogers Corporation*

_____
DIANA BECKER

Sworn to before me this
20th day of July, 2011

_____
Notary Public

NINA ANNE DILLON
NOTARY PUBLIC, State of New York
No. 30-4827981
Qualified in Nassau County
Commission Expires February 28, 2014

480620-2