# Lynch Daskal Emery LLP

264 West 40th Street
New York, New York 10018
Tel: 212-302-2400
Fax: 212-302-2210

July 20, 2011

BY ECF

Mr. Jeffery N. Luthi
Docket Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C.  20002-8004

    Re:    **Withdrawal of Notices of Potential Tag-Along Actions:**
*Daniel Stupino and Anna Stupino v. American Biltrite Company, et al.*
*Thomas Coyne and Suzanne Coyne v. Aluminum Company of America, et al.*
*Cosimo Cotrona v. CBS Corporation, et al.*
**In re: Asbestos Products Liability Litigation (No. VI) MDL No. 875**

Dear Mr. Luthi:

    I hereby notify you of our withdrawal of our notice of the following potential tag-along actions, as the notices were filed incorrectly:

- <u>Daniel Stupino and Anna Stupino v. American Biltrite Company, e*t al.,*</u> pending in the United States District Court, Southern District of New York, 11-4968 (GBD) (Document No. 7540);

- <u>Cosimo Cotrona v. CBS Corporation, *et al.,*</u> pending in the United States District Court, Southern District of New York, 11-4967 (CM) (Document No. 7539); and

- <u>Thomas Coyne and Suzanne Coyne v. Aluminum Company of America, e*t al.,*</u> pending in the United States District Court, Southern District of New York, 11-4966 (RMB) (Document No. 7538).

We are also withdrawing Document 7542.

                Respectfully,

                LYNCH DASKAL EMERY LLP
                *Attorneys for Defendant Georgia-Pacific LLC*

                /s/
                Lawrence G. Lee