UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PRATT,<br><br>             Plaintiff,<br><br>vs.<br><br>ASBESTOS CORPORATION LIMITED; GENERAL DYNAMICS CORPORATION; ASSOCIATED INSULATION OF CALIFORNIA; BUCYRUS INTERNATIONAL, INC.; BECHTEL CORPORATION (DE); SEQUOIA VENTURES INC.; CROWN CORK & SEAL COMPANY, INC.; THOMAS DEE ENGINEERING CO., INC.; FLUOR CORPORATION; FLUOR MAINTENANCE; FLUOR-DANIELS; GARLOCK SEALING TECHNOLOGIES, LLC; GENERAL ELECTRIC COMPANY; METROPOLITAN LIFE INSURANCE COMPANY; OWENS-ILLINOIS, INC.; PARKER-HANNIFIN CORPORATION; QUINTEC INDUSTRIES, INC.; VIACOM, INC.; WESTERN MACARTHUR COMPANY; MACARTHUR COMPANY; WESTERN ASBESTOS COMPANY; ZURN INDUSTRIES, LLC; HONEYWELL INTERNATIONAL, INC.; THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA; CONSOLIDATED INSULATION, INC.; OSCAR E. ERICKSON, INC.; J.T. THORPE, INC.; SANTA FE BRAUN, INC. AS SUCCESSOR-IN-INTEREST TO C.F. BRAUN, INC.; J.T. THORPE & SON, INC.; ATLANTIC RICHFIELD COMPANY; ANADARKO E&P COMPANY LP; EXXON MOBIL CORPORATION; SOUTHERN CALIFORNIA EDISON COMPANY; SHELL OIL COMPANY; CHEVRON | (ASBESTOS)<br>U.S.D.C. No. 4:11-cv-3503 DMR<br><br>San Francisco County Superior Court Case No. CGC-09-275243 |

1

| |
|---|
| PRODUCTS COMPANY; CHEVRON U.S.A., INC.; TEXACO, INC.; TODD SHIPYARDS CORPORATION; UNOCAL CORPORATION; and DOES 1-8500, <br><br>    Defendants. |

## DEFENDANT FOSTER WHEELER LLC'S
## NOTICE OF POTENTIAL TAG-ALONG ACTION

**TO THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:**

1. On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is aslo named or in which that counsel appears.

2. The undersigned hereby notifies the court that the removed state court action (a copy of the removed state court complaint is provided as an attachment to this filing) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

3. Defendant FOSTER WHEELER LLC ("Foster Wheeler") is providing written notice of this Notice of Potential Tag-Along Action to all parties herein. Defendant Foster Wheeler reserves the right to amend or supplement this Notice of Potential Tag-Along Action.


Dated: July 20, 2011                                          BRYDON HUGO & PARKER

                                                    By:    /s/ Thomas J. Moses
                                                           Edward R. Hugo [CA SBN 124839]
                                                           Charles S. Park [CA SBN 161430]
                                                           Thomas J. Moses [CA SBN 116002]
                                                           Attorneys for Defendant
                                                           FOSTER WHEELER LLC

                                                           BRYDON HUGO & PARKER
                                                           135 Main Street, 20th Floor
                                                           San Francisco, CA 94104
                                                           Telephone: (415) 808-0300
                                                           Facsimile: (415) 808-0333
                                                           Email: tmoses@bhplaw.com
                                                                      cpark@bhplaw.com