UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PRATT,<br><br>           Plaintiff,<br>vs.<br><br>ASBESTOS CORPORATION LIMITED; GENERAL DYNAMICS CORPORATION; ASSOCIATED INSULATION OF CALIFORNIA; BUCYRUS INTERNATIONAL, INC.; BECHTEL CORPORATION (DE); SEQUOIA VENTURES INC.; CROWN CORK & SEAL COMPANY, INC.; THOMAS DEE ENGINEERING CO., INC.; FLUOR CORPORATION; FLUOR MAINTENANCE; FLUOR-DANIELS; GARLOCK SEALING TECHNOLOGIES, LLC; GENERAL ELECTRIC COMPANY; METROPOLITAN LIFE INSURANCE COMPANY; OWENS-ILLINOIS, INC.; PARKER-HANNIFIN CORPORATION; QUINTEC INDUSTRIES, INC.; VIACOM, INC.; WESTERN MACARTHUR COMPANY; MACARTHUR COMPANY; WESTERN ASBESTOS COMPANY; ZURN INDUSTRIES, LLC; HONEYWELL INTERNATIONAL, INC.; THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA; CONSOLIDATED INSULATION, INC.; OSCAR E. ERICKSON, INC.; J.T. THORPE, INC.; SANTA FE BRAUN, INC. AS SUCCESSOR-IN-INTEREST TO C.F. BRAUN, INC.; J.T. THORPE & SON, INC.; ATLANTIC RICHFIELD COMPANY; ANADARKO E&P COMPANY LP; EXXON MOBIL CORPORATION; SOUTHERN | (ASBESTOS)<br>U.S.D.C. No. 4:11-cv-3503 DMR<br><br>San Francisco County Superior Court Case No. CGC-09-275243 |

1

| |
|---|
| CALIFORNIA EDISON COMPANY; SHELL OIL COMPANY; CHEVRON PRODUCTS COMPANY; CHEVRON U.S.A., INC.; TEXACO, INC.; TODD SHIPYARDS CORPORATION; UNOCAL CORPORATION; and DOES 1-8500,<br><br>        Defendants. |

## SCHEDULE OF ACTIONS IN SUPPORT OF

## DEFENDANT FOSTER WHEELER'S TAG-ALONG NOTICE

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. § 1442, Defendant FOSTER WHEELER LLC ("Foster Wheeler") hereby provides notice of related actions currently pending before the Judicial Panel of Multidistrict Litigation:

Removing party, FOSTER WHEELER, currently has no cases pending transfer to the MDL 875 group.

Dated:  July 20, 2011

BRYDON HUGO & PARKER

By:   /s/ Thomas J. Moses
Edward R. Hugo [CA SBN 124839]
Charles S. Park [CA SBN 161430]
Thomas J. Moses [CA SBN 116002]
Attorneys for Defendant
FOSTER WHEELER LLC

BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: tmoses@bhplaw.com
       cpark@bhplaw.com