UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PRATT,<br><br>　　　　　Plaintiff,<br>vs.<br><br>ASBESTOS CORPORATION LIMITED; GENERAL DYNAMICS CORPORATION; ASSOCIATED INSULATION OF CALIFORNIA; BUCYRUS INTERNATIONAL, INC.; BECHTEL CORPORATION (DE); SEQUOIA VENTURES INC.; CROWN CORK & SEAL COMPANY, INC.; THOMAS DEE ENGINEERING CO., INC.; FLUOR CORPORATION; FLUOR MAINTENANCE; FLUOR-DANIELS; GARLOCK SEALING TECHNOLOGIES, LLC; GENERAL ELECTRIC COMPANY; METROPOLITAN LIFE INSURANCE COMPANY; OWENS-ILLINOIS, INC.; PARKER-HANNIFIN CORPORATION; QUINTEC INDUSTRIES, INC.; VIACOM, INC.; WESTERN MACARTHUR COMPANY; MACARTHUR COMPANY; WESTERN ASBESTOS COMPANY; ZURN INDUSTRIES, LLC; HONEYWELL INTERNATIONAL, INC.; THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA; CONSOLIDATED INSULATION, INC.; OSCAR E. ERICKSON, INC.; J.T. THORPE, INC.; SANTA FE BRAUN, INC. AS SUCCESSOR-IN-INTEREST TO C.F. BRAUN, INC.; J.T. THORPE & SON, INC.; ATLANTIC RICHFIELD COMPANY; ANADARKO E&P COMPANY LP; EXXON MOBIL | (ASBESTOS<br><br>U.S.D.C. No.4:11-cv-03503-DMR<br><br>San Francisco County Superior Court Case No. RG09-275243 |

CORPORATION; SOUTHERN CALIFORNIA EDISON COMPANY; SHELL OIL COMPANY; CHEVRON PRODUCTS COMPANY; CHEVRON U.S.A., INC.; TEXACO, INC.; TODD SHIPYARDS CORPORATION; UNOCAL CORPORATION; and DOES 1-8500,

Defendants.

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On July 20, 2011 served the following:

DEFENDANT FOSTER WHEELER LLC'S NOTICE OF POTENTIAL TAG-ALONG ACTION;

SCHEDULE OF ACTIONS;

U.S. DISTRICT COURT CALIFORNIA NORTHERN DISTRICT (OAKLAND) CIVIL DOCKET FOR CASE # 4:11-CV-03503 DMR; and

PLAINTIFFS PAUL PRATT'S SUMMONS AND COMPLAINT

Counsel for Plaintiff: Brayton ❖ Purcell Via **Facsimile 898-1247**

on all parties via facsimile to the following parties on the attached service list.

I declare under penalty of perjury that the above is true and correct. Executed on July 20, 2011, at San Francisco, California.

*Wanda D. Claudio*
Wanda D. Claudio

BRYDON HUGO & PARKER

By: /s/ Thomas J. Moses
Edward R. Hugo [CA Bar No. 124839]
Charles S. Park [CA SBN 161430]
Thomas J. Moses [CA Bar No. 116002]

BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300

Facsimile: (415) 808-0333
Email: cpark@bhplaw.com
       tmoses@bhplaw.com
Attorneys for Defendant
FOSTER WHEELER LLC, sued herein as
FOSTER WHEELER CORPORATION

*Pratt, Paul v. Asbestos Corporation Limited, et al.*
U.S. Northern District of California Case No. 4:11-cv-3503 DMR

Service List

| | |
|---|---|
| **Armstrong & Associates**<br>One Kaiser Plaza, Ste. 625<br>Oakland, CA 94612<br>**Fax: (510) 433-1836**<br>Attorneys for Defendant Exxon Mobil Corporation | **Bassi Edlin Huie & Blum, LLP**<br>351 California St., Ste. 200<br>San Francisco, CA 94104<br>**Fax: (415) 397-1339**<br>Attorneys for Defendants J.T. Thorp & Son, Inc. and Parker-Hannifin Corporation |
| **Berry & Berry Law Offices**<br>2930 Lakeshore Avenue<br>Oakland, CA 94610<br>**Fax: (510) 835-5117** | **Dal Soglio & Martens LLP**<br>222 N. Sepulveda Blvd., Suite 2000<br>El Segundo, CA 90245<br>**Fax: 310-861-5517**<br>Attorneys for Defendant Insulectro |
| **DeHay & Elliston**<br>1300 Clay Street, Suite 840<br>Oakland, CA 94612<br>**Fax: (510) 285-0740**<br>Attorneys for Defendant Kaiser Gypsum Company, Inc. | **Hassard Bonnington LLP**<br>Two Embarcadero Center, Ste. 1800<br>San Francisco, CA 94111<br>**Fax: (415) 288-9802**<br>Attorneys for Defendants Honeywell International, Inc. and Sequoia Ventures Inc. |
| **Hawkins Parnell Thackston & Young**<br>Three Embarcadero Center, 8th Floor<br>San Francisco, CA 94111<br>(415) 766-3250<br>Attorneys for Defendant Kelly-Moore Paint | **Latham & Watkins LLP**<br>355 S. Grand Avenue<br>Los Angeles, CA 90071<br>**Fax: (213) 891-8763**<br>Attorneys for Defendant Insulectro |
| **Foley & Mansfield PLLP**<br>300 Lakeside Drive, Suite 1900<br>Oakland, CA 94612<br>**Fax: (510) 590-9595**<br>Attorneys for Defendant Fluor Corporation | **Morgan, Lewis & Bockius LLP**<br>One Market, Spear St. Tower<br>San Francisco, CA 94105-1126<br>**Fax: (415) 442-1001**<br>Attorneys for Defendants Santa Fe Braun, Inc, Grinnell LLC and Scott Technologies, Inc. |
| **Jackson Jenkins Renstrom**<br>55 Francisco St., 6th Fl.<br>San Francisco, CA 94133<br>**Fax: (415) 982-3700**<br>Attorneys for Defendants Zurn Industries, LLC and General Dynamics Corporation | **Perkins Coie LLP**<br>Four Embarcadero Center, Ste. 2400<br>San Francisco, CA 94111<br>**Fax: (415) 344-7050**<br>Attorneys for Defendant Honeywell International, Inc. |
| **McKenna Long & Aldridge LLP**<br>101 California St., 41st Fl.<br>San Francisco, CA 94111<br>**Fax: (415) 267-4198**<br>Attorneys for Defendant Metalclad Insulation Corporation | **Pond North LLP**<br>350 S. Grand Avenue, Ste. 3300<br>Los Angeles, CA 90071<br>**Fax: (213) 623-3594**<br>Attorney for Defendant CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) |
| **Nixon Peabody LLP**<br>One Embarcadero Center, 18th Fl.<br>San Francisco, CA 94111<br>**Fax: (415) 984-8300**<br>Attorneys for Defendant Shell Oil Company | **Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP**<br>310 Golden Shore Pkwy, 4th Fl.<br>Long Beach, CA 90802<br>**Fax: (562) 495-0564**<br>Attorneys for Defendants Anadarko E&P Company LP |
| **Phillip J. Holman**<br>Attorney as Law | **Schiff Hardin**<br>One Market, Spear St. Tower, 32d Fl. |

| | |
|---|---|
| 316 West Foothill Blvd.<br>Monrovia, CA 91016<br>**Fax: (626) 359-3505**<br>Attorneys for Defendant Russell & Russell Inc. | San Francisco, CA 94105<br>**Fax: (415) 901-8701**<br>Attorneys for Defendant Owens-Illinois, Inc. |
| **Poole & Shaffery, LLP**<br>445 S. Figueroa St., Ste. 2520<br>Los Angeles, CA 90071<br>**Fax: (213) 439-0183**<br>Attorneys for Defendant H & C Investment Associations, Inc. | **Selman Breitman, LLP**<br>33 New Montgomery St., 6th Fl.<br>San Francisco, CA 94105<br>**Fax: (415) 979-2099**<br>Attorneys for Defendants The Pep Boys Manny Moe & Jack of California and E.F. Brady Company, Inc. |
| **Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP**<br>One California Street, Suite 1910<br>San Francisco, CA 94111<br>**Fax: (415) 788-3625**<br>Attorneys for Defendant Consolidated Insulation, Inc. | **Steptoe & JohnsonLLP**<br>633 West Fifth St., Ste. 700<br>Los Angeles, CA 90071<br>**Fax: (213) 439-9599**<br>Attorneys for Defendant Metropolitan Life Insurance Company |
| **Sedgwick LLP**<br>One Market Plaza<br>Steuart Tower, 8th Fl.<br>San Francisco, CA 94105<br>**Fax: (415) 781-2635**<br>Attorneys for Defendants General Electric Company; Peter Kiewit Sons, Inc. and Petroleum Maintenance Co. | **Tropio & Morlan**<br>21700 Oxnard St., Ste. 1700<br>Woodland Hills, CA 91367<br>**Fax: (818) 883-4242**<br>Attorneys for Defendant Atlantic Richfield Company |
| **Sinunu Bruni LLP**<br>333 Pine St., Ste. 400<br>San Francisco, CA 94107<br>**Fax: (415) 362-9707**<br>Attorneys for Defendant Timec Co. Inc. | **Walsworth, Franklin, Bevins & McCall, LLP**<br>601 Montgomery St., Ninth Fl.<br>San Francisco, CA 94111-2612<br>**Fax: (415) 391-6258**<br>Attorneys for Defendants Oscar E. Erickson, Inc.; Thomas Dee Engineering Company; and Quintec Industries, Inc. |
| **SNR Denton US LLP**<br>525 Market St., 26th Fl.<br>San Francisco, CA 94105<br>**Fax: (415) 882-0300**<br>Attorneys for Defendant Rapid-American Corporation | **Yaron & Associates**<br>601 California St., 21st Fl.<br>San Francisco, CA 94108<br>**Fax: (415) 658-2930**<br>Attorneys for Defendant Todd Shipyards Corporation |
| **Walsworth, Franklin, Bevins & McCall, LLP**<br>One City Blvd. West, 5th Fl.<br>Orange, CA 92868<br>**Fax: (714) 634-0686**<br>Attorneys for Defendant Southern California Edison Company | **Sheppard, Mullin, Richter & Hampton**<br>333 South Hope St., 48th Fl.<br>Los Angeles, CA 90071<br>**Fax: 213-620-1398**<br>Attorneys for Defendants M R C Holdings Inc. |

| | |
|---|---|
| **Wilson, Elser, Moskowitz, Edelman & Dicker LLP**<br>525 Market St.<br>San Francisco, CA 94105<br>**Fax: (415) 434-1370**<br>Attorneys for Defendant Asbestos Corporation Limited | **Valerian Patterson & Stratman**<br>1650 Harbor Bay Parkway, Suite 100<br>Alameda, CA 94502<br>**Fax: (510) 337-0125**<br>Attorneys for Defendant Kaiser Gypsum Co. Inc. |
| **King & Spalding LLP**<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>**Fax: (415) 318-1300**<br>Attorneys for Defendants Chevron USA Inc.; Unocal Corp. and Texaco Refining & Marketing Inc. | **Pratt & Associates**<br>The Pruneyard Tower I<br>1901 S. Bascom Avenue, Suite 350<br>Campbell, CA 95008<br>**Fax: (408) 369-0752**<br>Attorneys for Defendant Conopco Inc. |
| **Ongaro Burtt & Louderback LLP**<br>595 Market Street, Suite 610<br>San Francisco, CA 94105<br>**Fax: (415) 433-3950**<br>Attorneys for Defendant Shell Oil Co. | |