ADRMOP, E-Filing

# U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:11-cv-03503-DMR

Pratt v. Asbestos Corporation Limited et al
Assigned to: Magistrate Judge Donna M. Ryu
Case in other court: San Francisco Superior Court, CGC-09-275243
Cause: 28:1441 Petition for Removal- Asbestos Litigation

Date Filed: 07/18/2011
Jury Demand: None
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**Paul Pratt**                    represented by    **David R. Donadio**
                                                    Brayton Purcell LLP
                                                    222 Rush Landing Road
                                                    Novato, CA 94948-6169
                                                    (415) 898-1555
                                                    Fax: 415-898-1247
                                                    Email: DDonadio@braytonlaw.com
                                                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Asbestos Corporation Limited**

**Defendant**

**General Dynamics Corporation**

**Defendant**

**Associated Insulation of California**

**Defendant**

**Bucyrus International, Inc.**

**Defendant**

**Bechtel Corporation (DE)**

**Defendant**

**Sequoia Ventures Inc**

**Defendant**

**Crown Cork & Seal Company, Inc.**

**Defendant**

**Thomas Dee Engineering Co., Inc.**

**Defendant**

**Fluor Corporation**

**Defendant**

**Fluor Maintenance**

**Defendant**

**Fluor-Daniels**

**Defendant**

**Garlock Sealing Technologies LLC**

**Defendant**

**General Electric Company**

**Defendant**

**Metropolitan Life Insurance Company**

**Defendant**

**Owens-Illinios, Inc.**

**Defendant**

**Parker-Hannifin Corporation**

**Defendant**

**Quintec Industries, Inc.**

**Defendant**

**Viacom Inc.**

**Defendant**

**Western MacArthur Company**

**Defendant**

**MacArthur Company**

**Defendant**

**Western Asbestos Company**

**Defendant**

**Zurn Industries, LLC**

**Defendant**

**Honeywell International, Inc.**

**Defendant**

**Pep Boys Manny Moe & Jack of**

**California**

**Defendant**

**Consolidated Insulation, Inc**

**Defendant**

**Oscar E. Erickson, Inc.**

**Defendant**

**J.T. Thorpe, Inc.**

**Defendant**

**Santa Fe Braun, Inc.**
*as successor-in-interest to C.F. Braun, Inc.*

**Defendant**

**J.T. Thorpe & Son Inc.**

**Defendant**

**Atlantic Richfield Company**

**Defendant**

**Anadarko E&P Company LP**

**Defendant**

**Exxon Mobil Corporation**

**Defendant**

**Southern California Edison Company**

**Defendant**

**Shell Oil Company**

**Defendant**

**Chevron Products Company**

**Defendant**

**Chevron U.S.A. Inc.**

**Defendant**

**Texaco, Inc.**

**Defendant**

**Todd Shipyard Corporation**

**Defendant**

**Unocal Coporation**

**Defendant**

| | | |
|---|---|---|
| **Foster Wheeler LLC** | represented by | **Charles S. Park** |
| | | Brydon Hugo & Parker |
| | | 135 Main Street, 20th Floor |
| | | San Francisco, CA 94105 |
| | | 415-808-0300 |
| | | Fax: 415-808-0333 |
| | | Email: cpark@bhplaw.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Edward R. Hugo** |
| | | Brydon Hugo & Parker |
| | | 135 Main Street, 20th Floor |
| | | San Francisco, CA 94105 |
| | | (415) 808-0300 |
| | | Fax: (415) 808-0333 |
| | | Email: ehugo@bhplaw.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Thomas J. Moses** |
| | | Brydon Hugo & Parker |
| | | 135 Main Street, 20th Floor |
| | | San Francisco, CA 94105 |
| | | (415) 808-0300 |
| | | Fax: (415) 808-0333 |
| | | Email: tmoses@bhplaw.com |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/2011 | 1 | NOTICE OF REMOVAL from San Francisco Superior Court. Their case number is CGC-09-275243. (Filing fee $350 receipt number 34611062283). Filed byFoster Wheeler LLC. (vlk, COURT STAFF) (Filed on 7/18/2011) (Entered: 07/20/2011) |
| 07/18/2011 | | CASE DESIGNATED for Electronic Filing. (vlk, COURT STAFF) (Filed on 7/18/2011) (Entered: 07/20/2011) |
| 07/18/2011 | 2 | NOTICE of Tag-Along Action by Foster Wheeler LLC (vlk, COURT STAFF) (Filed on 7/18/2011) (Entered: 07/20/2011) |
| 07/18/2011 | 3 | Disclosure Statement and Certificate of Interested Entities by Foster Wheeler LLC (vlk, COURT STAFF) (Filed on 7/18/2011) Modified on 7/20/2011 (vlk, COURT STAFF). (Entered: 07/20/2011) |
| 07/18/2011 | 5 | ADR SCHEDULING ORDER: Case Management Statement due by 10/19/2011. Case Management Conference set for 10/26/2011 01:30 PM. (Attachments: # 1 Standing Order)(vlk, COURT STAFF) (Filed on 7/18/2011) (Entered: 07/20/2011) |

| 07/20/2011 | 4 | Declination to Proceed Before a U.S. Magistrate Judge by Foster Wheeler LLC *with Certificate of Service*. (Moses, Thomas) (Filed on 7/20/2011) (Entered: 07/20/2011) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/20/2011 14:29:03 | | |
| **PACER Login:** | bh1524 | **Client Code:** | 4801-2548 |
| **Description:** | Docket Report | **Search Criteria:** | 4:11-cv-03503-DMR |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

**SUM-100**

# SUMMONS
## (CITATION JUDICIAL)

| | FOR COURT USE ONLY |
|---|---|
| | (SOLO PARA USO DE LA CORTE) |

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**
ASBESTOS DEFENDANTS (B✦P)
As Reflected on Exhibits B, B-1, C, H, I, J, N; and DOES 1-8500,
and **SEE ATTACHED LIST.**

RECEIVED
SHERIFF'S OFFICE
2011 JUN 16 A 10 29

HUNTERDON COUNTY
FLEMINGTON, N.J.

PI

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

PAUL PRATT

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

| The name and address of the court is: | CASE NUMBER: |
|---|---|
| (El nombre y dirección de la corte es:) | (Número del Caso) |
| SAN FRANCISCO COUNTY SUPERIOR COURT | **CGC-09-275243** |
| 400 McAllister Street | |
| San Francisco, CA  94102 | |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección de teléfono del abogado del demandante, o del demandante que no tien abogado, es)
DAVID R. DONADIO, ESQ., STATE BAR NO. 154436
BRAYTON✦PURCELL LLP
222 Rush Landing Road,  Novato, CA  94948-6169        (415) 898-1555

| DATE: | JUN 16 2009 | Gordon Park-Li | Clerk, by | P. NATT | , Deputy |
|---|---|---|---|---|---|
| (Fecha) | | | (Secretario) | | (Adjunto) |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO PERSON SERVED: You are served**

[SEAL]

1. ☐ as an individual defendant.
2. ☒ as the person sued under the fictitious name of (specify): **Doe #19**
3. ☒ on behalf of (specify): **Foster Wheeler LLC (FKA Foster Wheeler Corporation)**
   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association of partnership)  ☐ CCP 416.90 (authorized person)
           ☐ other (specify):
4. ☒ by personal delivery on (date):

| Form Adopted for Mandatory Use | **SUMMONS** | Page 1 of 1 |
|---|---|---|
| Judicial Council of California | | Code of Civil Procedure §§ 412.20, 465 |
| SUM-100 [Rev. January 1, 2004] | | |

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. Box 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1

2

3   ASBESTOS CORPORATION LIMITED
4   GENERAL DYNAMICS CORPORATION
    ASSOCIATED INSULATION OF CALIFORNIA
5   BUCYRUS INTERNATIONAL, INC.
    BECHTEL CORPORATION (DE)
6   SEQUOIA VENTURES INC.
    CROWN CORK & SEAL COMPANY, INC.
7   THOMAS DEE ENGINEERING CO., INC.
    FLUOR CORPORATION
8   FLUOR MAINTENANCE
    FLUOR-DANIELS
9   GARLOCK SEALING TECHNOLOGIES, LLC
    GENERAL ELECTRIC COMPANY
10  METROPOLITAN LIFE INSURANCE COMPANY
    OWENS-ILLINOIS, INC.
11  PARKER-HANNIFIN CORPORATION
    QUINTEC INDUSTRIES, INC.
12  VIACOM, INC.
    WESTERN MacARTHUR COMPANY
13  MacARTHUR COMPANY
    WESTERN ASBESTOS COMPANY
14  ZURN INDUSTRIES, LLC
    HONEYWELL INTERNATIONAL, INC.
15  THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA
    CONSOLIDATED INSULATION, INC.
16  OSCAR E. ERICKSON, INC.
17  J.T. THORPE, INC.
    SANTA FE BRAUN, INC. AS SUCCESSOR-IN-INTEREST TO C.F. BRAUN, INC.
18  J.T. THORPE & SON, INC.
    ATLANTIC RICHFIELD COMPANY
19  ANADARKO E&P COMPANY LP
    EXXON MOBIL CORPORATION
20  SOUTHERN CALIFORNIA EDISON COMPANY
    SHELL OIL COMPANY
21  CHEVRON PRODUCTS COMPANY
    CHEVRON U.S.A. INC.
22  TEXACO, INC.
    TODD SHIPYARDS CORPORATION
23  UNOCAL CORPORATION
    and DOES 1-8500,
24

25      Defendants.

26

27  Paul Pratt vs. Asbestos Defendants (B❖P)
    San Francisco Superior Court
28

CASE NUMBER: CGC-09-275243  PAUL PRATT VS. ASBESTOS DEFENDANTS (B/P)AS REFI

## <u>NOTICE TO PLAINTIFF</u>

A Case Management Conference is set for

|  |  |
|---|---|
| **DATE:** | **JUN-17-2010** |
| **TIME:** | **1:30PM** |
| **PLACE:** | **Department 206**<br>**400 McAllister Street**<br>**San Francisco, CA  94102-3680** |

**All parties must appear and comply with Local Rule 3.3 and 3.4.**

---

**CRC 3.75 requires the filing and service of a case management statement form CM-110 no later than 15 days before the case management conference.**

---

Plaintiff must serve a copy of this notice upon each party to this action with the summons and complaint.  Proof of service subsequently filed with this court shall so state.


**[DEFENDANTS: Attending the Case Management Conference does not take the place of filing a written response to the complaint. You must file a written response with the court within the time limit required by law. See Summons.]**

Superior Court Alternative Dispute Resolution Coordinator
(415) 551-3876

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| DAVID R. DONADIO, ESQ., STATE BAR NO. 154436<br>BRAYTON✧PURCELL LLP<br>222 Rush Landing Road<br>Novato, California 94948-6169<br>TELEPHONE NO.: (415) 898-1555   FAX NO.: (415) 898-1247<br>ATTORNEY FOR (NAME): Plaintiff(s) | **ENDORSED**<br>**F I L E D**<br>San Francisco County Superior Court<br><br>JUN 16 2009<br><br>GORDON PARK-LI, Clerk<br>BY: PARAM NATT<br>Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

| CASE NAME:<br>PAUL PRATT vs. ASBESTOS DEFENDANTS (B✧P) | |
|---|---|

| CIVIL CASE COVER SHEET<br>☒ Unlimited   ☐ Limited<br>(Amount demanded exceeds $25,000)   (Amount demanded is $25,000 or less) | Complex Case Designation<br>☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER: **CGC 09-275243**<br>JUDGE:<br>DEPT: |
|---|---|---|

*Items 1-6 below must be completed (see instructions on page 2).*

**1.** Check one box below of the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☒ Asbestos (04)
- ☐ Product Liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other Collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental / Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition (not specified above) (43)

**2.** This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
- a. ☐ Large number of separately represented parties
- b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
- c. ☐ Substantial amount of documentary evidence
- d. ☐ Large number of witnesses
- e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
- f. ☐ Substantial post-judgment judicial supervision

**3.** Remedies sought (check all that apply): a. ☒ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☒ punitive
**4.** Number of causes of action (specify): 9
**5.** This case ☐ is ☒ is not   a class action suit.
**6.** If there are any known related cases, file and serve a notice of related cases. *(You may use form CM-015.)*
Date: 6/15/09

David R. Donadio
(TYPE OR PRINT NAME)                                                  ▶                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

---

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet shall be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740<br>Cal. Standards of Judicial Administration, std. 2.10<br>www.courtinfo.ca.gov<br>LexisNexis® Automated California Judicial Council Forms |
|---|---|---|

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)–Personal Injury/Property
Damage/Wrongful Death
Uninsured Motorist (46) *(if the*
*case involves an uninsured*
*motorist claim subject to*
*arbitration, check this item*
*instead of Auto)*
**Other PI/PD/WD (Personal Injury/**
**Property Damage/Wrongful Death)**
**Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/
Wrongful Death
Product Liability *(not asbestos or*
*toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice–
Physicians & Surgeons
Other Professional Health Care
Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip
and fall)
Intentional Bodily Injury/PD/WD
(e.g., assault, vandalism)
Intentional Infliction of
Emotional Distress
Negligent Infliction of
Emotional Distress
Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
Practice (07)
Civil Rights (e.g., discrimination,
false arrest) *(not civil*
*harassment)* (08)
Defamation (e.g., slander, libel)
(13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice
*(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease
Contract *(not unlawful detainer*
*or wrongful eviction)*
Contract/Warranty Breach–Seller
Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/
Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open
book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections
Case
Insurance Coverage *(not provisionally*
*complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent*
*domain, landlord/tenant, or*
*foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal*
*drugs, check this item; otherwise,*
*report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court
Case Matter
Writ–Other Limited Court Case
Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor
Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.**
**Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
*(arising from provisionally complex*
*case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of
County)
Confession of Judgment *(non-*
*domestic relations)*
Sister State Judgment
Administrative Agency Award
*(not unpaid taxes)*
Petition/Certification of Entry of
Judgment on Unpaid Taxes
Other Enforcement of Judgment
Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified*
*above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-*
*harassment)*
Mechanics Lien
Other Commercial Complaint
Case *(non-tort/non-complex)*
Other Civil Complaint
*(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
Governance (21)
Other Petition *(not specified*
*above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult
Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late
Claim
Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Page 2 of 2

*LexisNexis® Automated California Judicial Council Forms*

DAVID R. DONADIO, ESQ., S.B. #154436
ERIC C. SOLOMON, ESQ., S.B. #119131
BRAYTON✦PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555

Attorneys for Plaintiff

ENDORSED
F I L E D
San Francisco County Superior Court

JUN 1 6 2009

GORDON PARK-LI, Clerk
BY: _____ PARAM NATT
                          Deputy Clerk

CASE MANAGEMENT CONFERENCE SET

JUN 1 7 2010  -1:30PM

DEPARTMENT 206

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

PAUL PRATT,

          Plaintiff,

vs.

ASBESTOS DEFENDANTS (B✦P)
As Reflected on Exhibits B, B-1, C, H, I, J,
N; and DOES 1-8500; and SEE
ATTACHED LIST.

ASBESTOS
No.      C G C - 0 9 - 2 7 5 2 4 3

COMPLAINT FOR PERSONAL INJURY -
ASBESTOS

1.     Plaintiff PAUL PRATT was born December 18, 1937.

2.     The ©Brayton✦Purcell Master Complaint for Personal Injury [and Loss of

Consortium]- Asbestos (hereinafter "Master Complaint") was filed January 2, 2003, in San

Francisco Superior Court.  A copy of the Master Complaint and General Order No. 55 may be

obtained upon request from Brayton✦Purcell, and designated portions of the Master Complaint

are incorporated by reference herein pursuant to the authority conferred by General Order No. 55.

Plaintiff's claims are as set forth in said Master Complaint against defendants herein as follows:

///

///

///

///

THIS CASE IS SUBJECT TO
MANDATORY ELECTRONIC FILING
PURSUANT TO AMENDED G.O. 158

K:\Injured\108497gk0\cmp-pip2exqMst.wpd

1
COMPLAINT FOR PERSONAL INJURY - ASBESTOS

1

2

3   ASBESTOS CORPORATION LIMITED
    GENERAL DYNAMICS CORPORATION
4   ASSOCIATED INSULATION OF CALIFORNIA
    BUCYRUS INTERNATIONAL, INC.
5   BECHTEL CORPORATION (DE)
    SEQUOIA VENTURES INC.
6   CROWN CORK & SEAL COMPANY, INC.
    THOMAS DEE ENGINEERING CO., INC.
7   FLUOR CORPORATION
    FLUOR MAINTENANCE
8   FLUOR-DANIELS
    GARLOCK SEALING TECHNOLOGIES, LLC
9   GENERAL ELECTRIC COMPANY
    METROPOLITAN LIFE INSURANCE COMPANY
10  OWENS-ILLINOIS, INC.
    PARKER-HANNIFIN CORPORATION
11  QUINTEC INDUSTRIES, INC.
    VIACOM, INC.
12  WESTERN MacARTHUR COMPANY
    MacARTHUR COMPANY
13  WESTERN ASBESTOS COMPANY
    ZURN INDUSTRIES, LLC
14  HONEYWELL INTERNATIONAL, INC.
    THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA
15  CONSOLIDATED INSULATION, INC.
    OSCAR E. ERICKSON, INC.
16  J.T. THORPE, INC.
    SANTA FE BRAUN, INC. AS SUCCESSOR-IN-INTEREST TO C.F. BRAUN, INC.
17  J.T. THORPE & SON, INC.
    ATLANTIC RICHFIELD COMPANY
18  ANADARKO E&P COMPANY LP
    EXXON MOBIL CORPORATION
19  SOUTHERN CALIFORNIA EDISON COMPANY
    SHELL OIL COMPANY
20  CHEVRON PRODUCTS COMPANY
    CHEVRON U.S.A. INC.
21  TEXACO, INC.
    TODD SHIPYARDS CORPORATION
22  UNOCAL CORPORATION
    and DOES 1-8500,
23
24      Defendants.

25

26

27  Paul Pratt vs. Asbestos Defendants (B❖P)
    San Francisco Superior Court
28

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. Box 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**DEFENDANTS* ON EXHIBITS:**

| Cause of Action | B | B-1 | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First (Negligence) | ⊠ | ⊠ | | □ | | □ | □ | | | | | □ | □ | |
| Second (Strict Liability) | ⊠ | ⊠ | ⊠ | □ | | □ | □ | | | | | □ | □ | |
| Third (False Representation) | | ⊠ | ⊠ | | | | | | | | | | | |
| Fourth (Loss of Consortium) | □ | □ | □ | □ | □ | □ | □ | | | | | | | |
| Fifth (Premises Owner/Contractor Liability) | | | ⊠ | | | | | | | | | | | |
| Sixth, Seventh, Eighth (Unseaworthiness, Negligence [Jones Act], Maintenance and Cure) | | | | □ | | | | | | | | | | |
| Ninth (Longshore and Harbor Workers Compensation Act [LHWCA]) | | | | | □ | | | | | | | | | |
| Tenth, Eleventh (F.E.L.A.) | | | | | | □ | | | | | | | | |
| Twelfth, Thirteenth (Respiratory Safety Devices) | | | | | | | □ | | | | | | | |
| Fourteenth, Fifteenth (Brake Shoe Grinding) | | | | | | | □ | | | | | | | |
| Sixteenth (Concert of Action) | | | | | | | | ⊠ | | | | | | |
| Seventeenth, Eighteenth (Fraud, Deceit/Negligent Misrepresentation/Concealment) | | | | | | | | | ⊠ | | | | | |
| Nineteenth (Fraud/Deceit/Intentional Misrepresentation) | | | | | | | | | | ⊠ | | | | |
| Twentieth (Fraud/Deceit - Kent) | | | | | | | | | | | □ | | | |
| Twenty-First (Aiding/Abetting Battery - Met Life) | | | | | | | | | | | | | | ⊠ |

*and their alternate entities as set forth in the Master Complaint or on any Exhibit.

1      3.     Plaintiff's asbestos-related injury, date of diagnosis, employment status, and

2  history of exposure to asbestos are as stated on Exhibit A.

3      4.    (a) "Exposed persons" in paragraphs 21, 68 and 69 of the Master Complaint

4  include plaintiff PAUL PRATT herein and plaintiff's father, Harvey Pratt, and plaintiff's uncle,

5  Paul Thomas.

6      5.     Plaintiff's clams against defendant VIACOM, INC. (successor by merger to CBS

7  CORPORATION which is successor-in-interest to WESTINGHOUSE ELECTRIC

8  CORPORATION) exclude plaintiff's asbestos exposure at military and federal government

9  jobsites and aboard U.S. Navy vessels.

10     6.     Plaintiff hereby amends the Master Complaint on file herein, to incorporate a

11  new Twenty-First Cause of Action, set forth below, specially plead against the defendant listed

12  on Exhibit N, namely METROPOLITAN LIFE INSURANCE COMPANY.  (Plaintiffs are in

13  the process of amending the Master Complaint herein and will include this new Cause of Action

14  in said amendment.)

15                              TWENTY-FIRST CAUSE OF ACTION
                                      Aiding and Abetting Battery

16               [Against Metropolitan Life Insurance Company
                       and Does 7501-7900, Inclusive]

17

18     AS AND FOR A FURTHER, TWENTY-FIRST, SEPARATE AND DISTINCT

19  CAUSE OF ACTION FOR AIDING AND ABETTING BATTERY, PLAINTIFF

20  COMPLAINS OF DEFENDANTS METROPOLITAN LIFE INSURANCE COMPANY,

21  DEFENDANTS ON EXHIBIT N, DOES 7501-7900, THEIR ALTERNATE ENTITIES AND

22  EACH OF THEM, AND ALLEGES AS FOLLOWS:

23     225.    Plaintiff incorporates herein by reference, as though fully set forth hereat, each

24  and every allegation of the First through Third and Sixteenth, Seventeenth, Eighteenth and

25  Nineteenth Causes of Action as though fully set forth herein.  (As used throughout this cause of

26  action, 'plaintiff' refers to all named plaintiffs and/or all named decedents from whom the

27  named plaintiff's injuries may derive.)

28  ///

1       226.   This cause of action is for the aiding and abetting of battery by METROPOLITAN

2   LIFE INSURANCE COMPANY ("MET LIFE"), primarily through its assistant medical

3   director Anthony Lanza, M.D., of a breach of duty committed by Johns-Manville Corporation

4   ("J-M").

5       227.   Plaintiff is informed and believes, and thereon alleges, that at all times herein

6   mentioned defendant MET LIFE was and is a corporation organized and existing under and by

7   virtue of the laws of the State of New York or the laws of some other state or foreign

8   jurisdiction, and that this defendant was and is authorized to do and/or was and is doing

9   business in the State of California, and regularly conducted or conducts business in the County

10  of San Francisco, State of California.  At times relevant to this cause of action, MET LIFE was

11  an insurer of J-M.

12      228.   Plaintiff, was exposed to asbestos-containing dust created by the use of the

13  asbestos products manufactured, distributed and/or supplied by J-M. This exposure to the

14  asbestos or asbestos-related products supplied by J-M caused Plaintiff's asbestos-related disease

15  and injuries.

16      229.   Starting in 1928, MET LIFE sponsored studies of asbestos dust and asbestos-

17  related disease in Canadian mines and mills, including those of J-M.  Those studies revealed

18  that miners and mill workers were contracting asbestosis at relatively low levels of dust.

19  McGill University, which conducted the studies, sought permission from MET LIFE to publish

20  the results but they were never published.  MET LIFE prepared its own report of these studies.

21      230.   Between 1929 and 1931, MET LIFE studied dust levels and disease at five U.S.

22  plants manufacturing asbestos-containing products, including a J-M plant.  Those studies

23  showed that workers in substantial numbers were contracting asbestosis, at levels less than what

24  became the Threshold Limit Value ("TLV") of 5mppcf.  The MET LIFE report was never

25  published or disseminated except to plant owners, including J-M.

26      231.   In 1932, MET LIFE studied dust levels and disease at the J-M plant at Manville,

27  New Jersey.  Results were consistent with those of the Canadian and previous U.S. plant

28  studies.  They were never published.

1    232.  In 1934, J-M and others whose plants MET LIFE had studied agreed with MET

2  LIFE that it should issue a report of its studies.

3    233.  MET LIFE submitted a draft of its report to J-M.  J-M requested, for legal and

4  business reasons, that certain critical parts of the draft be changed.  MET LIFE's official in

5  charge was Lanza.  MET LIFE through Lanza did make changes that J-M requested, including:

6    (a)    Deletion of MET LIFE's conclusion that the permissible dust level for asbestos

7         should be less than that for silica;

8    (b)    Addition of the phrase that asbestosis clinically appeared to be milder than

9         silicosis.

10  The report, thus altered, was published in 1935.  It was misleading, and intentionally so,

11  because it conveyed the incorrect propositions that asbestosis was a less serious disease process

12  than silicosis and that higher levels of asbestos dust could be tolerated without contracting

13  diseases than was the case for silica dust.

14    234.  MET LIFE had a close relationship with J-M.  It invested money in J-M.  It

15  provided group health and life insurance to J-M.  MET LIFE IN 1934 agreed to supply

16  industrial hygiene services to J-M, including dust counts, training employees to monitor dust

17  levels, examining employees, and recommending protective equipment.  MET LIFE and Lanza

18  were viewed as experts on industrial dusts.

19    235.  In 1933, MET LIFE through Lanza issued the following advices to J-M:

20    (a)    Disagreeing with the recommendation of a J-M plant physician, MET LIFE

21         advised against warning workers of the fact that asbestos dust is hazardous to

22         their health, basing its advice in view of the extraordinary legal situation;

23    (b)    When the plant physician judged the best disposition of an employee with

24         asbestosis was to remove him from the dust, MET LIFE advised instead that

25         disposition should depend on his age, nature of work and other factors and to

26         leave him alone if he is old and showing no disability, for, MET LIFE stated,

27         economic and production factors must be balanced against medical factors.

28  ///

K:\Injuries\108497pld&cmp-pip2zxpMet.wpd                    5
COMPLAINT FOR PERSONAL INJURY - ASBESTOS

1       236. J-M followed the MET LIFE advices and did not warn its workers, including

2  plaintiff, of the hazards of asbestos dust, and J-M also intentionally refrained from notifying

3  workers of their disease.

4       237. In 1936, MET LIFE, J-M and others founded the Air Hygiene Foundation

5  ("AHF"). One of the AHF purposes was to develop standards for dust levels that would serve

6  as a defense in lawsuits and workers' compensation claims.

7       238. MET LIFE funded partially another study that tentatively recommended in 1938 a

8  TLV for asbestos dust of 5mpccf, the same as for silica dust. MET LIFE was aware of data

9  from its own, unpublished reports that showed that level was too high for asbestos dust. MET

10  LIFE nonetheless promoted that TLV as proper.

11       239. In June 1947, the Industrial Hygiene Foundation ("IHF") which succeeded to the

12  AHF, issued a report of studies by Dr. Hemeon of U.S. asbestos plants, including a J-M plant.

13  That report showed that workers exposed to less than the recommended maximum levels of

14  dust were developing disease. MET LIFE was a member of the IHF and Lanza was on its

15  medical committee. The Hemeon report, which was supplied to J-M and other owners, never

16  was published.

17       240. In 1936, J-M and other asbestos companies agreed with a leading medical research

18  facility, Saranac Laboratories, that Saranac would research asbestos disease, but J-M and the

19  others retained control over publication of the results. In 1943 Saranac's Dr. Leroy Gardner, in

20  charge of the research, sent a draft to J-M that revealed that 81.8% of mice exposed to long

21  fiber asbestos contracted cancer.

22       241. Dr. Gardner died in 1946. J-M and other companies wanted parts of the Saranac

23  results published and enlisted the assistance of MET LIFE's Lanza. J-M and other companies

24  decided that Saranac's findings of cancer caused by asbestos in mice must be deleted, as well as

25  Saranac's critique of existing dust standards. Lanza directed Saranac to delete the offending

26  materials. Saranac did so, and the altered report was published in 1951 by Saranac's Dr.

27  Vorwald, in the *AMA Archives of Industrial Hygiene*.

28  ///

1     242. Lanza left MET LIFE at the end of 1948, and took a position at New York

2   University, funded by MET LIFE. He continued to misrepresent that asbestos does not cause

3   cancer into the 1950s.

4     243. The IHF (formerly AHF), of which MET LIFE was a member and MET LIFE

5   official was on its medical committee, through Drs. Braun and Truan conducted a study of

6   Canadian miners. The original report, in 1957, found an increased incidence of lung cancer in

7   persons exposed to asbestos. The sponsors, including J-M, caused those findings to be stricken,

8   and the report published in 1958 contained the false conclusion that asbestos exposure alone did

9   not increase the risk of lung cancer.

10     244. The false and misleading reports that a link between asbestos exposure and cancer

11   was not proven influenced the TLV, for if a substance causes cancer the TLV must be very low

12   or zero.

13     245. J-M not later than 1933 was inflicting asbestos dust on its workers in its plants

14   knowing that the dust was hazardous and was causing workers to contract disease that could

15   and would disable and kill them. As MET LIFE advised, J-M did not warn its workers of the

16   hazard. J-M committed battery on workers in its plants, including plaintiff, by that conduct.

17     246. MET LIFE knew that J-M's conduct constituted a breach of its duties to its

18   workers. MET LIFE gave substantial assistance to J-M in committing batteries on its workers,

19   including plaintiff, through MET LIFE's conduct described above, including by:

20     (a)   Affirmatively urging J-M not to warn workers of the hazards of asbestos dust, in

21         view of the extraordinary legal situation, such that J-M did not warn its workers,

22         including plaintiff;

23     (b)   Deleting the findings of its own draft report that the allowable limits for asbestos

24         dust should be less than those for silica dust, and promoting a false and unsafe

25         TLV which specified maximum levels of silica dust, and promoting a false and

26         unsafe TLV which specified maximum levels of dust for workers, including

27         plaintiff, which MET LIFE knew was wrong through its own studies;

28   ///

K:\Injured\10\497\p&&\amp-plnZcmpMet.wpd
COMPLAINT FOR PERSONAL INJURY - ASBESTOS

(c)   Advising J-M to keep certain workers continuing to work at dusty areas in the

plant even after J-M was aware that their lungs showed asbestos-induced

changes, lest other workers including plaintiff be alerted to the dangers of

working in the dust.

WHEREFORE, plaintiff prays judgment as is hereinafter set forth.

Dated: 6/15/9                        BRAYTON❖PURCELL LLP

By: _____
David R. Donadio
Attorneys for Plaintiff

K:\Injured\108497\pld\camp-pip2expMct.wpd
COMPLAINT FOR PERSONAL INJURY - ASBESTOS

# EXHIBIT A

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## EXHIBIT A

Plaintiff's exposure to asbestos and asbestos-containing products occurred at various

locations both inside and outside the State of California, including but not limited to:

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Coast Insulating Products A Corp. 2684 Lacey St. Los Angeles, CA | Union Carbide Corporation Torrance, CA | Insulator (Apprentice) | 1956-1959 (8-10 months) |
| Coast Insulating Products A Corp. 2684 Lacey St. Los Angeles, CA | Standard Oil El Segundo, CA | Insulator (Apprentice) | 1956-1959 |
| Coast Insulating Products A Corp. 2684 Lacey St. Los Angeles, CA | Gulf Oil Santa Fe Springs, CA | Insulator (Apprentice) | 1956-1959 |
| Coast Insulating Products A Corp. 2684 Lacey St. Los Angeles, CA | Texaco Wilmington, CA | Insulator (Apprentice) | 1956-1959 |
| Coast Insulating Products A Corp. 2684 Lacey St. Los Angeles, CA | Union Oil Wilmington, CA | Insulator (Apprentice) | 1956-1959 |
| Coast Insulating Products A Corp. 2684 Lacey St. Los Angeles, CA | Wilshire Oil Santa Fe Springs, CA | Insulator (Apprentice) | 1956-1959 |
| Coast Insulating Products A Corp. 2684 Lacey St. Los Angeles, CA | Arco Refinery Carson, CA | Insulator (Apprentice) | 1956-1959 |
| Armstrong World Industries, Inc. 2500 Columbia Ave. Lancaster, PA | Edison Power Plant Rancho Cucamonga, CA | Insulator | 1956-1957 |
| Armstrong World Industries Inc. 2500 Columbia Ave. Lancaster, PA | Burbank Powerhouse Burbank, CA | Insulator | 1956-1957 |

///                                                                    EXHIBIT A

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Armstrong World Industries, Inc. 2500 Columbia Ave. Lancaster, PA | Loma Linda Powerhouse (SCE) Loma Linda, CA | Insulator | 1956-1957 |
| Armstrong World Industries, Inc. 2500 Columbia Ave. Lancaster, PA | Redondo Beach Powerhouse (SCE) Redondo Beach, CA | Insulator | 1956-1957 |
| Armstrong World Industries, Inc. 2500 Columbia Ave. Lancaster, PA | Southern California Edison Huntington Beach, CA | Insulator | 1956-1957 |
| Armstrong World Industries, Inc. 2500 Columbia Ave. Lancaster, PA | Atomics International Santa Susana, CA | Insulator | 1956-1957 |
| Armstrong World Industries, Inc. 2500 Columbia Ave. Lancaster, PA | Champlin Oil Refinery Wilmington, CA | Insulator | 1956-1957 |
| Armstrong World Industries, Inc. 2500 Columbia Ave. Lancaster, PA | Wilshire Oil Santa Fe Springs, CA | Insulator | 1956-1957 |
| Los Angeles Cork Co. 548 South Citrus Ave. Covina, CA | Ice Plant City of Industry, CA | Insulator | 1956 (1- 2 weeks) |
| AC & S Inc. 120 W. Lime St. Lancaster, PA | Standard Oil El Segundo, CA | Insulator | 1958; 1962; 1975-1976; 1995 |
| R.T. Dinwiddie Inc. 8627 S. Atlantic South Gate, CA | Various commercial locations throughout the City of Industry, CA | Insulator | 1959 (1 month) |
| Mundet Cork Corporation 7101 Tonnelle Ave. N. Bergen, NJ | Unknown Location Southern CA | Insulator | 1959 |

///

///

EXHIBIT A

K:\Injured\108497\pldcmp-pip2expMet.wpd
COMPLAINT FOR PERSONAL INJURY - ASBESTOS

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Thorpe Insulation Co., A Corp. Fullerton, CA | Mobil Oil Torrance, CA | Insulator | 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980 |
| Thorpe Insulation Co., A Corp. Fullerton, CA | Arco Refinery Carson, CA | Insulator | 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980 |
| Thorpe Insulation Co., A Corp. Fullerton, CA | Texaco Wilmington, CA | Insulator | 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980 |
| Thorpe Insulation Co., A Corp. Fullerton, CA | Wilshire Oil Santa Fe Springs, CA | Insulator | 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980 |
| Thorpe Insulation Co. A Corp. Fullerton, CA | Todd Shipyard San Pedro, CA | Insulator | 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980 |
| Thorpe Insulation Co., A Corp. Fullerton, CA | Champlin Oil Refinery Wilmington, CA | Insulator | 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980 |
| Thorpe Insulation Co., A Corp. Fullerton, CA | Shell Oil Wilmington CA | Insulator | 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980 |
| Thorpe Insulation Co., A Corp Fullerton, CA | Standard Oil El Segundo, CA | Insulator | 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980 |
| Thorpe Insulation Co., A Corp Fullerton, CA | Union Oil Wilmington, CA | Insulator | 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980 |
| Polar Frozen Foods Inc. 1076 Park Ave. San Jose, CA | Union Ice Company Salinas, CA | Insulator | 1960 |
| Pabco Insulation Corp. 1789 Montgomery St. San Francisco, CA | Shell Oil Martinez, CA | Insulator | 1961 |
| Philip Carey Corporation Lockland Cincinnati, OH | Arco Refinery Carson, CA | Insulator | 1967 |

///

EXHIBIT A

K:\Injuro\t108497\plMcmp-pis2exp Mnt.wpd
COMPLAINT FOR PERSONAL INJURY - ASBESTOS

## EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Philip Carey Corp. 320 S. Wayne Ave. Cincinnati, OH | Standard Oil El Segundo, CA | Insulator | 1968 |
| Marathon Oil Corporation Houston, TX | Arco Refinery Lakewood, CA | Insulator | 1969 |
| Plant Insulation Company 2271 California St. San Francisco, CA | Exxon (Humble Oil) Refinery Benicia, CA | Insulator | 1969 |
| Western Mac Arthur Co. 2855 Mandela Pkwy. Oakland, CA | Unknown location Tulare, CA | Insulator | 1969 |
| Isotherm Co. 605 Williams Bakersfield, CA | Unknown Location North of Bakersfield, CA | Insulator | 1969-1970 |
| American Capital Insulation Co. of Southern California 19413 Derby Detroit, MI | Unknown Junior College Burbank, CA | Insulator | 1970-1971 |
| Owens Corning One Owens Corning Pkwy., 2 G, Toledo, OH | Unknown location | Insulator | 1970-1974; 1978 |
| Brand Insulations Inc. 5 Westbrook Corp. Center, Ste. 800 Westchester, IL | Alaska Pipeline Pump Station # 1 Prudhoe Bay, AK | Insulator | 1975-1976 |
| | Alaska Pipeline Pump Station #4 | | |
| | Alaska Pipeline Pump Station #5 Cold Foot, AK | | |
| | Alaska Pipeline Pump Station #6 | | |
| | Alaska Pipeline Pump Station #8 Fairbanks, AK | | |
| | Alaska Pipeline Pump Station #11 | | |

///

EXHIBIT A

K:\Injured\108497\pld\comp-pip\expMet.wpd
COMPLAINT FOR PERSONAL INJURY - ASBESTOS

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Thorpe Insulation Co., A Corp<br>Fullerton, CA | Todd Shipyard<br>San Pedro, CA | Insulator | 1979-1980s |

USS BRADLEY
(DE-1041)

| | | | |
|---|---|---|---|
| Thorpe Insulation Co., A Corp<br>Fullerton, CA | Los Angeles County Administration Building<br>Los Angeles, CA | Insulator | 1979-1980s |
| Thorpe Insulation Co., A Corp<br>Fullerton, CA | Naval Repair Facility<br>San Diego, CA | Insulator | 1979-1980s |
| Aries Interiors<br>1030 N. Main St., Ste. H<br>Orange, CA | Various office buildings and medical centers throughout Los Angeles and Riverside County, CA | Carpenter Drywall | 1980-1981 |
| Bechtel Construction Co.<br>50 Beale St.<br>San Francisco, CA | San Onofre Nuclear Power Plant (SCE)<br>San Onofre, CA | Insulator | 1989-1991; 1994 |
| Cherne Company Inc.<br>Minneapolis, MN | Texaco<br>Wilmington, CA | Insulator | 1990; 1995-1996 |
| Performance Contracting Inc.<br>16400 College Blvd.<br>Lenexa, KS | Standard Oil<br>El Segundo, CA | Insulator | 1995 |
| Metalclad Insulation Corporation of California<br>1818 E. Rosslynn Ave.<br>Fullerton, CA | San Onofre Nuclear Power Plant (SCE)<br>San Onofre, CA | Insulator | 1996-2002; 2004-2007 |
| Metalclad Insulation Corporation of California<br>1818 E. Rosslynn Ave.<br>Fullerton, CA | Arco Refinery<br>Carson, CA | Insulator | 1996-2002; 2004-2007 |

NON-OCCUPATIONAL EXPOSURE:

Friction:

Plaintiff removed and replaced brakes on his own personal vehicles (1955- present). When performing brake jobs, plaintiff used the following routine on each occasion: plaintiff removed the existing drum brakes, cleaned the brake assemblies and drums by blowing on them, and

///

EXHIBIT A

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

K:\injuroA\103497\pld\cmp-pip2expMet.wpd

1

EXHIBIT A (cont'd.)

2

3 installed new drum brakes. Plaintiff recalls replacing his brakes with BENDIX replacement
brakes purchased at PEP BOYS Los Angeles, California. Plaintiff recalls performing brake
4 repairs on his 1956 STUDEBAKER, 1945 FORD, 1951 FORD and 1946 LINCOLN. Plaintiff
currently contends he was exposed to asbestos during this automobile repair work.

5

PARA OCCUPATIONAL EXPOSURE:

6

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Various employers out of Los Angeles Boilermakers union | Various locations throughout Los Angeles, CA including but not limited to: | Boilermaker | 1937-1950s |
| | American Tank; Bethlehem Steel; National Tank | | |
| Various employers throughout Insulators local #5 | Various industrial and commercial locations throughout Los Angeles, CA | Insulator | 1945-1955 |

7

8

9

10

11

12

13

14

15         Plaintiff's exposure to asbestos and asbestos-containing products caused severe and

16 permanent injury to the plaintiff, including, but not limited to breathing difficulties, asbestosis,

17 lung and/or other cancer, mesothelioma, and/or other lung damage.  Plaintiff was diagnosed

18 with asbestosis and asbestos-related pleural disease on or about October 2008.

19         Plaintiff retired from his last place of employment as a result of becoming disabled due

20 to an illness not related to asbestos.  He has therefore suffered no disability from his asbestos-

21 related disease as "disability" is defined in California Code of Civil Procedure § 340.2.

22

23

24

25

26

27

28                                                                                    EXHIBIT A

K:\Injured\108497\pldicmp-pi p2expMct.wpd
COMPLAINT FOR PERSONAL INJURY - ASBESTOS

# EXHIBIT B

EXHIBIT B

DEFENDANTS

ASBESTOS CORPORATION LIMITED
GENERAL DYNAMICS CORPORATION
ASSOCIATED INSULATION OF CALIFORNIA
BUCYRUS INTERNATIONAL, INC.
BECHTEL CORPORATION (DE)
SEQUOIA VENTURES INC.
CROWN CORK & SEAL COMPANY, INC.
THOMAS DEE ENGINEERING CO., INC.
FLUOR CORPORATION
FLUOR MAINTENANCE
FLUOR-DANIELS
GARLOCK SEALING TECHNOLOGIES, LLC
METROPOLITAN LIFE INSURANCE
   COMPANY

GENERAL ELECTRIC COMPANY
OWENS-ILLINOIS, INC.
PARKER-HANNIFIN CORPORATION
QUINTEC INDUSTRIES, INC.
VIACOM, INC.
WESTERN MacARTHUR COMPANY
MacARTHUR COMPANY
WESTERN ASBESTOS COMPANY
ZURN INDUSTRIES, LLC
HONEYWELL INTERNATIONAL, INC.
THE PEP BOYS MANNY MOE & JACK OF
   CALIFORNIA
DOES 1-800

| | ALTERNATE ENTITY |
|---|---|
| ASBESTOS CORPORATION LIMITED | GENERAL DYNAMICS CORPORATION |
| GENERAL DYNAMICS CORPORATION | CONVAIR<br>VULTEE AIRCRAFT INC.<br>CONSOLIDATED VULTEE AIRCRAFT CORPORATION<br>ASBESTOS CORPORATION LIMITED |
| BUCYRUS INTERNATIONAL, INC. | BUCYRUS-ERIE<br>MARION POWER SHOVEL COMPANY, THE<br>OSGOOD COMPANY<br>GENERAL EXCAVATOR COMPANY |
| CROWN CORK & SEAL COMPANY, INC. | MUNDET CORK COMPANY |
| GARLOCK SEALING TECHNOLOGIES, LLC | GARLOCK, INC.<br>COLTEC INDUSTRIES, INC.<br>FAIRBANKS-MORSE<br>FAIRBANKS MORSE ENGINES<br>BELMONT PACKING & RUBBER CO.<br>GARLOCK PACKING CO.<br>U.S. GASKET CO.<br>GOODRICH CORPORATION<br>ENPRO INDUSTRIES, INC. |
| GENERAL ELECTRIC COMPANY | MATTERN X-RAY<br>HOTPOINT ELECTRIC APPLIANCE COMPANY LIMITED<br>TRUMBULL ELECTRIC MANUFACTURING COMPANY<br>G E INDUSTRIAL SYSTEMS<br>CURTIS TURBINES<br>PARSONS TURBINES<br>GENERAL ELECTRIC JET ENGINES |

///                                                                      EXHIBIT B

K:\injured\108497\pld\comp-pi2exp34et.wpd
COMPLAINT FOR PERSONAL INJURY - ASBESTOS

1                       EXHIBIT B (cont'd.)

2                       ALTERNATE ENTITY

3   PARKER-HANNIFIN CORPORATION       SACOMA-SIERRA, INC.
                                      SACOMA MANUFACTURING COMPANY

4                                 E.I.S. AUTOMOTIVE CORPORATION
                                      CONDREN CORPORATION, THE

5                                 PARKER SEAL COMPANY
                                      DENISON HYDRAULICS INC.

6                                 GREER HYDRAULICS CORPORATION

7   SEQUOIA VENTURES, INC.               BECHTEL CORPORATION (DE)

8   HONEYWELL INTERNATIONAL, INC.     HONEYWELL, INC.
                                      HONEYWELL CONTROLS

9                                 ALLIEDSIGNAL, INC.
                                      AIRESEARCH DOMESTIC INTERNATIONAL SALES

10                                 CORPORATION
                                      ALLIED-SIGNAL, INC.

11                                 THE BENDIX CORPORATION
                                      BENDIX PRODUCTS AUTOMOTIVE DIVISION

12                                 BENDIX PRODUCTS DIVISION, BENDIX AVIATION CORP.
                                      BENDIX HOME SYSTEMS

13                                 ALLIED CORPORATION
                                      ALLIED CHEMICAL CORPORATION

14                                 GENERAL CHEMICAL CORPORATION
                                      FRAM

15                                 FRICTION MATERIALS OF LOS ANGELES
                                    NORTH AMERICAN REFRACTORIES COMPANY

16                                 EM SECTOR HOLDINGS INC.
                                    UNIVERSAL OIL PRODUCTS COMPANY

17                                 BOYLSTON CORPORATION
                                  EHRHART & ASSOCIATES, INC.

18                                 EHRHART & ARTHUR, INC.
                                  GARRETT AIR RESEARCH CORP.

19                                 STANLEY G. FLAGG & CO.
                                  MERGENTHALER LINOTYPE COMPANY

20                                 ELTRA CORPORATION
                                  BUNKER RAMO-ELTRA CORPORATION

21                                 UNION TEXAS NATURAL GAS CORPORATION
                                  UNION OIL AND GAS OF LOUISIANA

22                                 UNION SULPHUR AND OIL CORPORATION
                                  UNION SULPHUR COMPANY, INC., THE

23                                 MINNEAPOLIS-HONEYWELL REGULATOR COMPANY
                                  SIGNAL COMPANIES, INC., THE

24                                 HANCOCK OIL COMPANY
                                  BARRETT DIVISION,  ALLIED CHEMICAL & DYE

25                                 CORPORATION
                                  SIGNAL COMPANIES, INC., THE

26                                 SIGNAL OIL & GAS CO.
                                  BANKLINE OIL COMPANY

27   ///

28   ///                                                                         EXHIBIT B

K:\Injured\108497\pldf\cmp-pip2expMst.wpd

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

| | |
|---|---|
| **EXHIBIT B (cont'd.)** | |
| **ALTERNATE ENTITY** | |
| VIACOM, INC. | CBS CORPORATION |
| | WESTINGHOUSE ELECTRIC CORPORATION |
| | WESTINGHOUSE ELECTRIC AND |
| | MANUFACTURING COMPANY |
| | B.F. STURTEVANT |
| | KPIX TELEVISION STATION |
| | PARAMOUNT COMMUNICATIONS, INC |
| | GULF & WESTERN INDUSTRIES, INC. |
| | NORTH & JUDD MANUFACTURING COMPANY |
| WESTERN MacARTHUR COMPANY | WESTERN ASBESTOS CO. |
| | MAC ARTHUR COMPANY |
| | BAY CITIES ASBESTOS COMPANY |
| | F.K. PINNEY, INC. |
| ZURN INDUSTRIES, LLC | ZURN INDUSTRIES, INC. |
| | ZURN INDUSTRIES, INC., ENERGY DIVISION |
| | ERIE CITY ENERGY DIVISION |
| | ERIE CITY IRON WORKS |
| | ERIE CITY BOILERS |
| | WILKINS-ZURN INDUSTRIES |

EXHIBIT B

K:\Injured\108497\pld\cmp-pi2expMet.wpd
COMPLAINT FOR PERSONAL INJURY - ASBESTOS

# EXHIBIT B-1

1

EXHIBIT B-1

2 <u>DEFENDANTS</u>

3 CONSOLIDATED INSULATION, INC.
OSCAR E. ERICKSON, INC.
4 J.T. THORPE, INC.
SANTA FE BRAUN, INC. AS SUCCESSOR-IN-INTEREST TO C.F. BRAUN, INC.
5 THOMAS DEE ENGINEERING CO., INC.
J.T. THORPE & SON, INC.
6 DOES 1-800; DOES 1001-2000

7

ALTERNATE ENTITY

8

OSCAR E. ERICKSON, INC.            ASSOCIATED INSULATION OF CALIFORNIA
9                                  OSCAR E. ERICKSON COMPANY
                                   OSCAR ERICKSON, INCORPORATED
10

J.T. THORPE & SON, INC.            THE THORPE COMPANY
11                                 THORPE PRODUCTS CO.
                                   J.T. THORPE NORTHWEST
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                      EXHIBIT B-1

K:\Injures\108497\pld\cmp-pip2expMd.wpd                 21
COMPLAINT FOR PERSONAL INJURY - ASBESTOS

**EXHIBIT C**

EXHIBIT C

DEFENDANTS

ATLANTIC RICHFIELD COMPANY
ANADARKO E&P COMPANY LP
EXXON MOBIL CORPORATION
SOUTHERN CALIFORNIA EDISON COMPANY
SHELL OIL COMPANY
CHEVRON PRODUCTS COMPANY
CHEVRON U.S.A. INC.
TEXACO, INC.
TODD SHIPYARDS CORPORATION
UNOCAL CORPORATION
ZURN INDUSTRIES, LLC
CONSOLIDATED INSULATION, INC.
OSCAR E. ERICKSON, INC.
J.T. THORPE, INC.

SANTA FE BRAUN, INC. AS SUCCESSOR-IN-
    INTEREST TO C.F. BRAUN, INC.
BECHTEL CORPORATION (DE)
SEQUOIA VENTURES INC.
FLUOR CORPORATION
FLUOR MAINTENANCE
FLUOR-DANIELS
ASSOCIATED INSULATION OF CALIFORNIA
THOMAS DEE ENGINEERING CO., INC.
J.T. THORPE & SON, INC.
WESTERN MacARTHUR COMPANY
MacARTHUR COMPANY
WESTERN ASBESTOS COMPANY
DOES 1001-2000

ALTERNATE ENTITY

ATLANTIC RICHFIELD COMPANY

ARCO
RICHFIELD REFINERY CORP.
RICHFIELD TWIN TOWERS
RICHFIELD OIL CORPORATION
HONDO OIL & GAS COMPANY
PAULEY PETROLEUM, INC.
FLETCHER OIL AND REFINING COMPANY
ANACONDA COMPANY
ANACONDA COPPER MINING COMPANY

ANADARKO E&P COMPANY LP

RME PETROLEUM COMPANY
UNION PACIFIC RESOURCES COMPANY
CHAMPLIN PETROLEUM COMPANY
CHAMPLIN OIL & REFINING CO.

EXXON MOBIL CORPORATION

EXXON CORPORATION
HUMBLE OIL AND REFINING COMPANY
STANDARD OIL OF NEW JERSEY
ENCO
GENERAL PETROLEUM COMPANY
GENERAL PETROLEUM CORPORATION OF CALIFORNIA

SOUTHERN CALIFORNIA EDISON
    COMPANY

EDISON INTERNATIONAL
REDONDO BEACH POWERHOUSE
ALAMITOS POWERHOUSE
HUNTINGTON BEACH POWERHOUSE
ETIWANDA POWERHOUSE
EL SEGUNDO POWERHOUSE
LONG BEACH POWERHOUSE (SCE)

///

///

EXHIBIT C

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

EXHIBIT C (cont'd.)

ALTERNATE ENTITY

| | |
|---|---|
| CHEVRON PRODUCTS COMPANY | CHEVRON U.S.A. PRODUCTS COMPANY |
| | CHEVRON CORPORATION PRODUCTS COMPANY |
| | CHEVRON CORPORATION |
| | CHEVRON OIL REFINERY |
| | CHEVRON CHEMICAL COMPANY |
| | WILSHIRE OIL |
| | STANDARD OIL COMPANY OF CALIFORNIA |
| | STANDARD OIL COMPANY OF CALIFORNIA, |
| |     WESTERN OPERATIONS, INC. |
| | GULF OIL COMPANY |
| | GULF OIL OF CALIFORNIA |
| | GULF OIL CORPORATION |
| | GULF OIL PRODUCTS COMPANY |
| | CHEVRON RESEARCH AND |
| |     TECHNOLOGY |
| | PACIFIC OIL REFINING |
| | PACIFIC REFINING CO. |
| | SEQUOIA REFINING CORP. |
| | CHEVRON U.S.A., INC. |
| | CHEVRON U.S.A. PRODUCTS, INC. |
| | |
| TEXACO, INC. | TEXACO REFINING AND MARKETING,  INC. |
| | TEXACO REFINING & MARKETING, INC. |
| | TEXACO USA |
| | THE TEXAS COMPANY |
| | THE TEXAS CORPORATION |
| | ASSOCIATED OIL COMPANY |
| | GETTY REFINING AND MARKETING |
| | MOHAWK PETROLEUM CORPORATION, INC. |
| | MOHAWK REFINERY |
| | RESERVE OIL & GAS COMPANY |
| | HOLMES-MANLEY |
| | |
| ZURN INDUSTRIES, LLC | ZURN INDUSTRIES, INC. |
| | BUMSTEAD-WOOLFORD COMPANY |

| PREMISES OWNER DEFENDANTS | LOCATION | TIME PERIOD |
|---|---|---|
| ATLANTIC RICHFIELD COMPANY | Arco Refinery Lakewood, CA | 1969 |
| ANADARKO E&P COMPANY LP | Champlin Oil Refinery Wilmington, CA | 1956-1957; 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980 |

///

///

EXHIBIT C

K:\Injures\108497\pldcmp-pjn2expMet.wpd

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

EXHIBIT C (cont'd.)

| PREMISES OWNER DEFENDANTS | LOCATION | TIME PERIOD |
|---|---|---|
| EXXON MOBIL CORPORATION | Mobil Oil<br>Torrance, CA | 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980 |
| | Exxon (Humble Oil) Refinery<br>Benicia, CA | 1969 |
| SOUTHERN CALIFORNIA EDISON COMPANY | Loma Linda Powerhouse (SCE), Loma Linda, CA; Redondo Beach Powerhouse (SCE), Redondo Beach, CA | 1956-1957 |
| | Southern California Edison<br>Huntington Beach, CA | 1956-1957 |
| | San Onofre<br>Nuclear Power Plant (SCE)<br>San Onofre, CA | 1989-1991; 1994; 1996-2002; 2004-2007 |
| SHELL OIL COMPANY | Shell Oil<br>Wilmington CA | 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980 |
| CHEVRON PRODUCTS COMPANY/CHEVRON U.S.A. INC. | Gulf Oil<br>Santa Fe Springs, CA | 1956-1959 |
| | Standard Oil<br>El Segundo, CA | 1956-1959; 1958; 1962; 1975-1976; 1995; 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980; 1968; 1995 |
| | Wilshire Oil<br>Santa Fe Springs, CA | 1956-1959; 1956-1957; 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980 |
| TEXACO, INC. | Texaco<br>Wilmington, CA | 1956-1959; 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980; 1990; 1995-1996 |
| TODD SHIPYARDS CORPORATION | Todd Shipyard<br>San Pedro, CA | 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980; 1979-1980s |

///

EXHIBIT C

25

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

EXHIBIT C (cont'd.)

| PREMISES OWNER DEFENDANTS | LOCATION | TIME PERIOD |
|---|---|---|
| UNOCAL CORPORATION | Union Oil Wilmington, CA | 1956-1959; 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980 |

| CONTRACTOR DEFENDANTS | LOCATION | TIME PERIOD |
|---|---|---|
| ZURN INDUSTRIES, LLC | Champlin Oil Refinery Wilmington, CA | 1979-1980 |
| | Exxon (Humble Oil) Refinery Benicia, CA | 1969 |
| | Shell Oil Wilmington CA | 1969 |
| | Standard Oil El Segundo, CA | 1975-1976 |
| | Texaco Wilmington, CA | 1973-1974 |
| | Union Oil Wilmington, CA | 1966-1967; 1969; 1973-1974; 1979-1980 |
| CONSOLIDATED INSULATION, INC. | Arco Refinery Carson, CA | 1956-1959; 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980; 1967; 1996-2002; 2004-2007 |
| OSCAR E. ERICKSON, INC. | Alaska Pipeline Pump Station #8 Fairbanks, AK | 1975-1976 |
| | Arco Refinery Carson, CA | 1956-1959; 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980; 1967; 1996-2002; 2004-2007 |
| | Exxon (Humble Oil) Refinery Benicia, CA | 1969 |

K:\Majuwzd\108497\pld\cmp-pip2cmpMet.wpd
COMPLAINT FOR PERSONAL INJURY - ASBESTOS

| | | |
|---|---|---|
| SANTA FE BRAUN, INC. AS SUCCESSOR-IN-INTEREST TO C.F. BRAUN, INC. | Arco Refinery Carson, CA | 1956-1959; 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980; 1967; 1996-2002; 2004-2007 |
| | Exxon (Humble Oil) Refinery Benicia, CA | 1969 |
| | Harbor Gen Station Powerhouse Wilmington, CA | 1991-1994; 2005; 2007 |
| | Redondo Beach Powerhouse (SCE) Redondo Beach, CA | 1956-1957 |
| | Scattergood Powerhouse (LADWP) Huntington Beach, CA | 1991-1994; 2005; 2007 |
| | Shell Oil Wilmington CA | 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980 |
| | Southern California Edison Huntington Beach, CA | 1956-1957 |
| | Standard Oil El Segundo, CA | 1956-1959; 1958; 1962; 1968; 1975-1976; 1995; 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980; 1995 |
| | Texaco Wilmington, CA | 1956-1959; 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980; 1990; 1995-1996 |
| | Todd Shipyard San Pedro, CA | 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980 |
| | Union Oil Wilmington, CA | 1956-1959; 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980; |
| | Wilshire Oil Santa Fe Springs, CA | 1956-1959 |

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

| | | |
|---|---|---|
| BECHTEL CORPORATION (DE)/SEQUOIA VENTURES INC. | Alaska Pipeline Pump Station #4 | 1975-1976 |
| | Alaska Pipeline Pump Station #5 Cold Foot, AK | 1975-1976 |
| | Arco Refinery Carson, CA | 1956-1959; 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980; 1967; 1996-2002; 2004-2007 |
| | Exxon (Humble Oil) Refinery Benicia, CA | 1969 |
| | Harbor Gen Station Powerhouse Wilmington, CA | 1991-1994; 2005; 2007 |
| | Redondo Beach Powerhouse (SCE) Redondo Beach, CA | 1956-1957 |
| | San Onofre Nuclear Power Plant (SCE) San Onofre, CA | 1989-1991; 1994; 1996-2002; 2004-2007 |
| | Shell Oil Wilmington CA | 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980 |
| | Southern California Edison Huntington Beach, CA | 1956-1957 |
| | Standard Oil El Segundo, CA | 1958; 1962; 1968 1975-1976; 1995; 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980; 1995 |
| | Texaco Wilmington, CA | 1956-1959; 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980; 1990; 1995-1996 |
| | Union Oil Wilmington, CA | 1956-1959; 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980 |
| | Wilshire Oil Santa Fe Springs, CA | 1956-1959 |

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

| | | |
|---|---|---|
| FLUOR CORPORATION/FLUOR MAINTENANCE/FLUOR-DANIELS | Alaska Pipeline Pump Station # 1 Prudhoe Bay, AK | 1975-1976 |
| | Alaska Pipeline Pump Station #4 | 1975-1976 |
| | Alaska Pipeline Pump Station #5 Cold Foot, AK | 1975-1976 |
| | Arco Refinery Carson, CA | 1956-1959; 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980; 1967; 1996-2002; 2004-2007 |
| | Champlin Oil Refinery Wilmington, CA | 1956-1957; 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980 |
| | Exxon (Humble Oil) Refinery Benicia, CA | 1969 |
| | Mobil Oil Torrance, CA | 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980 |
| | San Onofre Nuclear Power Plant (SCE) San Onofre, CA | 1989-1991; 1994; 1996-2002; 2004-2007 |
| | Shell Oil Wilmington CA | 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980 |
| | Standard Oil El Segundo, CA | 1959-1960; 1966-1967; 1968; 1969; 1973-1974; 1979-1980; 1995 |
| | Texaco Wilmington, CA | 1956-1959; 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980; 1990; 1995-1996 |
| | Todd Shipyard San Pedro, CA | 1959-1960; 1966-1967; 1969; 1973-1974; 1979-1980 |
| | Union Oil Wilmington, CA | 1956-1959; 1959-1960; 1966-1967; |

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

| | | |
|---|---|---|
| 1 | | 1969; 1973-1974; 1979-1980 |
| 2 | | |
| 3 | J.T. THORPE, INC. | Various | Various |
| 4 | ASSOCIATED INSULATION OF CALIFORNIA | Various | Various |
| 5 | | |
| 6 | THOMAS DEE ENGINEERING CO., INC. | Various | Various |
| 7 | J.T. THORPE & SON, INC. | Various | Various |
| 8 | WESTERN MacARTHUR COMPANY/MacARTHUR COMPANY/WESTERN ASBESTOS COMPANY | Various | Various |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | EXHIBIT C |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

K:\Injured\108497\pld\cmp-plts2cmpMct.wpd

30

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

# EXHIBIT H

1

EXHIBIT H

2

<u>DEFENDANTS</u>

3

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY | STUART-WESTERN, INC. |
| PNEUMO ABEX LLC | RITESET MANUFACTURING COMPANY |
| BORGWARNER MORSE TEC, INC. | ASBESTOS MANUFACTURING COMPANY |
| HONEYWELL INTERNATIONAL, INC. (successor-in- | FIBRE & METAL PRODUCTS COMPANY |
| interest to ALLIEDSIGNAL, INC.) | LASCO BRAKE PRODUCTS |
| THE BUDD COMPANY | L.J. MILEY COMPANY |
| DAIMLERCHRYSLER CORPORATION | ROSSENDALE-RUBOIL COMPANY |
| DANA COMPANIES, LLC (FKA DANA | SOUTHERN FRICTION MATERIALS COMPANY |
| CORPORATION) | U.S. SPRING & BUMPER COMPANY |
| FORD MOTOR COMPANY | AUTO FRICTION CORPORATION |
| GENERAL MOTORS CORPORATION | EMSCO ASBESTOS COMPANY |
| BRIDGESTONE/FIRESTONE | FORCEE MANUFACTURING CORPORATION |
| NORTH AMERICAN TIRE, LLC | MOLDED INDUSTRIAL FRICTION CORPORATION |
| LEAR SIEGLER DIVERSIFIED HOLDINGS CORP. | NATIONAL TRANSPORT SUPPLY, INC. |
| MAREMONT CORPORATION | SILVER LINE PRODUCTS, INC. |
| MORTON INTERNATIONAL, INC. | STANDCO, INC. |
| PARKER-HANNIFIN CORPORATION | UNIVERSAL FRICTION MATERIALS COMPANY |
| STANDARD MOTOR PRODUCTS, INC. | WHEELING BRAKE BLOCK  MANUFACTURING |
| GATKE CORPORATION | COMPANY |
| GARLOCK SEALING TECHNOLOGIES, LLC | OWENS-ILLINOIS, INC. |
| BRASSBESTOS BRAKE LINING COMPANY | BELL ASBESTOS MINES LTD. |
| H. KRASNE MANUFACTURING COMPANY | DOES5000-8000 |
| AUTO SPECIALTIES MANUFACTURING COMPANY | |

14

15

<u>ALTERNATE ENTITY</u>

16

| | |
|---|---|
| DANA COMPANIES, LLC | DANA CORPORATION |
| (FKA DANA CORPORATION) | VICTOR MANUFACTURING AND GASKET COMPANY |
| | SMITH AND KANZLER CO., INC. |
| | SMITH AND KANZLER CORPORATION |
| | SPRAYED INSULATION, INC. |
| | S.K. INSULROCK CORPORATION |
| | SPRAYON RESEARCH CORPORATION |
| | SPRAYON INSULATION & ACOUSTICS, INC. |
| | SPRAYED INSULATION INC. |
| | WARNER ELECTRIC BRAKE & CLUTCH CO. |
| | SPICER CLUTCH DIVISION |
| | VICTOR WISCONSIN GASKET |
| | REINZ WISCONSIN GASKET CO. |

23

24

25

26

27

28

EXHIBIT H

**EXHIBIT I**

1

**EXHIBIT I**

2

DEFENDANTS

3   METROPOLITAN LIFE INSURANCE COMPANY
    OWENS-ILLINOIS, INC.
4   PNEUMO ABEX LLC
    GATKE CORPORATION
5   GARLOCK SEALING TECHNOLOGIES, LLC
    AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
6   UNDERWRITERS LABORATORIES, INC.
    DOES 5000-7500

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT I

K:\Injured\108497\pld\comp-pin2.cpt\Mct.wpd

34

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

# EXHIBIT J

1

EXHIBIT J

2  <u>DEFENDANTS</u>

3  METROPOLITAN LIFE INSURANCE COMPANY
   DOES 7400–7500

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT J

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

**EXHIBIT N**

1                              __EXHIBIT N__

2   __DEFENDANTS__

3   METROPOLITAN LIFE INSURANCE COMPANY
    DOES 7501-7900
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                          EXHIBIT N