# LYNCH DASKAL EMERY LLP

264 WEST 40TH STREET
NEW YORK, NEW YORK 10018
TEL: 212-302-2400
FAX: 212-302-2210

July 21, 2011

BY ECF

Mr. Jeffery N. Luthi
Docket Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C.  20002-8004

Re: Notice of Potential Tag-Along Actions:
*Daniel Stupino and Anna Stupino v. American Biltrite Company, et al.*
*Thomas Coyne and Suzanne Coyne v. Aluminum Company of America, et al.*
*Cosimo Cotrona v. CBS Corporation, et al.*
**In re: Asbestos Products Liability Litigation (No. VI) MDL No. 875**

Dear Mr. Luthi:

I hereby notify you, as required by Rule 7.1(a) of the Rules of Procedure of Judicial Panel on Multidistrict Litigation, of the pendency of potential tag-along actions to the cases transferred by the Panel's July 29, 1991 Order and Opinion to the Eastern District of Pennsylvania and assigned to the Honorable Eduardo C. Robreno.

The potential tag-along actions are entitled:

- Daniel Stupino and Anna Stupino v. American Biltrite Company, e*t al.,* pending in the United States District Court, Southern District of New York, 11-4968 (GBD);

- Cosimo Cotrona v. CBS Corporation, *et al.,* pending in the United States District Court, Southern District of New York, 11-4967 (CM); and

- Thomas Coyne and Suzanne Coyne v. Aluminum Company of America, e*t al.,* pending in the United States District Court, Southern District of New York, 11-4966 (RMB).

      Per your request, enclosed please find copies of the schedule, federal court docket sheets, Notices of Removal from the New York State Supreme Court, County of New York, and affidavits of service for the above-referenced cases.

                            Respectfully,

                            LYNCH DASKAL EMERY LLP
                            *Attorneys for Defendant Georgia-Pacific LLC*

                            /s/
                            Lawrence G. Lee

Encls.

cc:     Clerk of the Court, Southern District of New York (by regular mail)
        All Counsel (by electronic mail)