# SCHEDULE

**SOUTHERN DISTRICT OF NEW YORK**

| Index No. | Case Name | Judge |
|---|---|---|
| 11-4966 | Thomas Coyne and Suzanne Coyne v. Aluminum Company of America, e*t al.* | Hon. Richard M. Berman |
| 11-4967 | Cosimo Cotrona v. CBS Corporation, *et al.,* | Hon. Colleen McMahon |
| 11-4968 | Daniel Stupino and Anna Stupino v. American Biltrite Company, e*t al.* | Hon. George B. Daniel |