BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION


MDL No. 875 - In re Asbestos Litigation

*Roger Nelson, et al. v. Crane Co., et al.*, District of Hawaii, C.A. No. 1:11-00402


PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was duly served

upon the parties identified below by Email on July 21, 2011 to the following:

GARY O. GALIHER, ESQ.
L. RICHARD DEROBERTIS, ESQ.
ILANA K. WAXMAN, ESQ.
DIANE T. ONO, ESQ.
Galiher DeRobertis Ono
610 Ward Avenue, Second Floor
Honolulu, Hawaii 96814-3308
Gog@gogaliher.com; Rd@gogaliher.com, IKW@gogaliher.com
        Attorneys for Plaintiffs

SIDNEY K. AYABE, ESQ.
GAIL M. KANG, ESQ.
Ayabe Chong Nishimoto Sia & Nakamura
Pauahi Tower, Suite 2500
1003 Bishop Street
Honolulu, Hawaii 96813
Sidney.ayabe@hawadvocate.com; gail.kang@hawadvocate.com
        Attorneys for Defendant
        UNION CARBIDE CORPORATION and BAYER
        CROPSCIENCE, INC.

CORLIS J. CHANG, ESQ.
MIHOKO E. ITO, ESQ.
Goodsill Anderson Quinn & Stifel
1099 Alakea Street, Suite 1800
Honolulu, Hawaii 96813
Cchang@goodsill.com; meito@goodsill.com
        Attorneys for Defendant
        INGERSOLL-RAND CO.

CHRISTOPHER SHEA GOODWIN, ESQ.
737 Bishop Street, Suite 1640
Honolulu, Hawaii 96813
Chris@christophersheagoodwin.com
     Attorney for Defendant
     GOULDS PUMPS, INC.

STEVEN K. HISAKA, ESQ.
Hisaka Yoshida & Cosgrove
737 Bishop Street, Suite 3000
Honolulu, Hawaii 96813
Shisaka@objectionsustained.com
     Attorney for Defendants
     CERTAINTEED CORPORATION and
     AIR & LIQUID SYSTEMS CORPORATION

WILLIAM S. HUNT, ESQ.
MAREN L. CALVERT, ESQ.
Alston Hunt Floyd & Ing
1001 Bishop Street, Suite 1800
Honolulu, Hawaii 96813
Whunt@ahfi.com
     Attorneys for Defendant
     GEORGIA-PACIFIC LLC

CRAIG T. KUGISAKI, ESQ.
ASB Tower, Suite 2828
1001 Bishop Street
Honolulu, Hawaii 96813
Craig@kugisaki.com
     Attorneys for Defendant
     METROPOLITAN LIFE INSURANCE COMPANY

E. MASON MARTIN, III, ESQ.
MARIE A. SHELDON, ESQ.
Kessner Umebayashi Bain & Matsunaga
220 South King Street, Suite 1900
Honolulu, Hawaii 96813
Mmartin@kdubm.com; tsheldon@kdubm.com
     Attorneys for Defendants
     WARREN PUMPS, INC., IMO INDUSTRIES, INC.
     and AURORA PUMP COMPANY

JEROLD T. MATAYOSHI, ESQ.
J. ALBERTO MONTALBANO, ESQ.
Fukunaga Matayoshi Hershey Ching & Kop, LLP
841 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Jtm@fmhc-law.com; jam@fmhc-law.com
      Attorneys for Defendant
      KELLY-MOORE PAINT COMPANY, INC.

MICHAEL F. O'CONNOR, ESQ.
Oliver Lau Lawhn Ogawa & Nakamura
707 Richards Street, Suite 600
Honolulu, Hawaii 96813
Mfoconnor@ollon.com
      Attorneys for Defendant
      THE WILLIAM POWELL COMPANY

RALPH J. O'NEILL, ESQ.
MacDonald Rudy Byrns O'Neill & Yamauchi
1001 Bishop Street, Suite 2650
Honolulu, Hawaii 96813
Ralphoneill@macrudylaw.com
      Attorneys for Defendant
      KAISER GYPSUM COMPANY, INC.

AIMEE H. OYASATO, ESQ.
White Tom & Oyasato
900 Fort Street Mall, Suite 930
Honolulu, Hawaii 96813
aoyasato@wto-hilaw.com
      Attorneys for Defendants
      JOHN CRANE, INC., CLEAVER-BROOKS, INC.,
      and THE LYNCH CO., INC.

APRIL LURIA, ESQ.
RHONDA L. CHING, ESQ.
Roeca, Louie & Hiraoka
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813
aluria@rlhlaw.com
      Attorneys for Defendant
      THE LYNCH COMPANY, INC.

DATED:  Honolulu, Hawaii, July 21, 2011.


     /s/ Lee T. Nakamura

LEE T. NAKAMURA
Tom Petrus & Miller, LLLC
1164 Bishop Street, Suite 650
Honolulu, Hawaii 96813
808-792-5800
Email: lnakamura@tpm-hawaii.com
Attorney for Defendant
CRANE CO.

4