KESSNER UMEBAYASHI
BAIN & MATSUNAGA
ATTORNEYS AT LAW
A LAW CORPORATION

220 SOUTH KING STREET
SUITE 1900
HONOLULU, HAWAII 96813

TELEPHONE: (808) 536-1900
TELECOPIER: (808) 529-7177
E-MAIL: lawyers@kdubm.com

July 21, 2011

Jeffrey N. Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

  Re:  <u>MDL Docket No. 875</u>

     Minoru Arakaki, et al. v. Crane Co., et al.
     <u>Civil No. CV11-00449 LEK/BMK, USDC, District of Hawaii</u>

Dear Mr. Luthi:

  Please accept this letter as defendant IMO Industries Inc.'s formal request for the above referenced tag-along action to be transferred to the MDL Panel No. 875, pursuant to 28 U.S.C. §1407.

  On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination of consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

  The undersigned hereby notifies the Judicial Panel on Multidistrict Litigation that this state court action removed to the United States District Court, District of Hawaii on July 21, 2011, a copy of the notice of tag-along-action with the state complaint is attached hereto as Exhibit A) is a potential tag-along action which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3(a) or 13(b).

KESSNER UMEBAYASHI
BAIN & MATSUNAGA
ATTORNEYS AT LAW
A LAW CORPORATION

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
July 21, 2011
Page 2

   IMO Industries Inc. has provided written Notice of Tag-Along Action to all adverse parties.

   Please do not hesitate to contact me with any questions at (808) 536-1900

         Sincerely,

         KESSNER UMEBAYASHI
         BAIN & MATSUNAGA

         */s/ Mason Martin*

         ELTON JOHN BAIN
         E. MASON MARTIN III
         MARIE A. "TONI" SHELDON
         BRADFORD K. CHUN

Enclosures

ORIGINAL

KESSNER UMEBAYASHI BAIN & MATSUNAGA
Attorneys at Law - A Law Corporation

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 20 2011

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

| | |
|---|---|
| ELTON JOHN BAIN | 2443-0 |
| jbain@kdubm.com | |
| E. MASON MARTIN III | 7295-0 |
| mmartin@kdubm.com | |
| MARIE A. SHELDON | 5964-0 |
| tsheldon@kdubm.com | |
| BRADFORD K. CHUN | 9426-0 |
| bchun@kdubm.com | |

220 South King Street, Suite 1900
Central Pacific Plaza
Honolulu, Hawaii 96813
Telephone No. (808) 536-1900
Facsimile No. (808) 529-7177

Attorneys for Defendant WARREN PUMPS, LLC

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI). ) ) ) | MDL DOCKET NO. 875 |
| This Document Relates To: ) _____ ) | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: ) HAWAII STATE ASBESTOS ) CASES ) ) This Document Applies To: ) ) MINORU ARAKAKI and ) KATHLEEN M. ARAKAKI, ) ) Plaintiffs, ) ) | CIVIL NO. 11-00449 LEK/BMK NOTICE OF TAG-ALONG ACTION; CERTIFICATE OF SERVICE |

|  |  |
|---|---|
| vs. | ) |
|  | ) |
|  | ) |
| 1) CRANE COMPANY, etc., et al., | ) |
|  | ) |
|  | ) |
| Defendants. | ) |

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to show

cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

DATED: July 20, 2011.

Mailed to:
Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

DATED: Honolulu, Hawaii, July 20, 2011.

_____
ELTON JOHN BAIN
E. MASON MARTIN III
MARIE A. SHELDON
BRADFORD K. CHUN

Attorneys for Defendant
WARREN PUMPS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: ) | CIVIL NO. 11-00449 LEK/BMK |
| HAWAII STATE ASBESTOS ) | |
| CASES ) | |
| ) | **CERTIFICATE OF SERVICE** |
| This Document Applies To: ) | |
| MINO ARAKAKI and ) | |
| KATHLEEN M. ARAKAKI, ) | |
| Plaintiffs, ) | |
| vs. ) | |
| 1) CRANE COMPANY, etc., et al., ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify on this date copies of the within document were duly service

upon the following parties via hand delivery and electronic mail:

GARY O. GALIHER, ESQ.
L. RICHARD DEROBERTIS, ESQ.
    Galiher DeRobertis Ono
    610 Ward Avenue Ste 200
    Honolulu, Hawaii 96814
    **Counsel for Plaintiffs**

LEE T. NAKAMURA, ESQ.
    Tom Petrus & Miller, LLLC
    1164 Bishop Street, Suite 650
    Honolulu, Hawaii 96813
    **Counsel for Defendant: CRANE COMPANY**

SIDNEY K. AYABE, ESQ.
GAIL M. KANG, ESQ.
    Ayabe Chong Nishimoto Sia & Nakamura
    1003 Bishop Street, Suite 2500 Pauahi Tower
    Honolulu, Hawaii 96813
        **Counsel for Defendant: UNION CARBIDE CORPORATION and BAYER CROPSCIENCE, INC., Successor-in-Interest to RHONE-POULENC AG COMPANY, f/k/a Amchem Products, Inc., f/k/a Benjamin Foster Products Company**

STEVEN K. HISAKA, ESQ.
    Hisaka Yoshida & Cosgrove
    737 Bishop Street, Suite 3000 Mauka Tower
    Honolulu, Hawaii 96813
        **Counsel for Defendant: AIR & LIQUID SYSTEMS CORPORATION, successor by merger to BUFFALO PUMPS, INC; CERTAINTEED CORPORATION; GENERAL CABLE INDUSTRIES INC., f/k/a GENERAL CABLE CORP.; and YARWAY CORPORATION**

STEPHEN D. TOM, ESQ.
AIMEE H. OYASATO, ESQ.
    White Tom & Oyasato
    900 Fort Street Mall, Suite 930
    Honolulu, Hawaii 96813
        **Counsel for Defendant: CLEAVER-BROOKS, INC.; JOHN CRANE, INC.;and THE LYNCH COMPANY, INC.**

CHRISTOPHER SHEA GOODWIN, ESQ.
    737 Bishop Street
    Suite 1640 Mauka Tower
    Honolulu, Hawaii 96813
        **Counsel for Defendant: GOULDS PUMPS, INCORPORATED**

CORLIS CHANG, ESQ.
JOHN R. LACY, ESQ.
    Goodsill Anderson Quinn & Stifel
    1099 Alakea Street, Suite 1800 Alii Place
    Honolulu, Hawaii 96813
        **Counsel for Defendant: INGERSOLL-RAND CO.**

CRAIG T. KUGISAKI, ESQ.
    1001 Bishop Street
    Suite 2828 ASB Tower
    Honolulu, Hawaii 96813
        **Counsel for Defendant: METROPOLITAN LIFE INSURANCE COMPANY**

THE CORPORATION COMPANY, INC.
    c/o Dwyer Schraff Meyer Grant & Green
    900 Fort Street Mall, Suit 1800
    Honolulu, HI 96813
        **Attorney of Process on Defendant: THE OKONITE COMPANY, INC.**

MICHAEL F. O'CONNOR, ESQ.
    Ogawa Lau Nakamura & Jew
    707 Richards Street, Suite 600
    Honolulu, Hawaii 96813
    Email: mfoconnor@ollon.com
        **Counsel for Defendant: THE WILLIAM POWELL COMPANY**

DATED: Honolulu, Hawaii, July 20, 2011

ELTON JOHN BAIN
E. MASON MARTIN III
MARIE A. SHELDON
BRADFORD K. CHUN
Attorneys for Defendants
WARREN PUMPS, LLC

3