**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION**

**In re Asbestos Litigation      MDL – 875**

**Proof of Service**

I hereby certify that a copy of the foregoing Notice of Potential Tag-Along, Schedule of Actions
Case Docket Sheet and Complaint and this Certificate of Service was served by Email on July
21, 2011, to the following:

Clerk, District of Hawaii
Honolulu, HI

> DIANE T. ONO, ESQ.
>> Galiher DeRobertis Ono
>> 610 Ward Avenue Ste 200
>> Honolulu, Hawaii 96814
>> Email: dto@gogaliher.com
>>> **Counsel for Plaintiffs: MINORU ARAKAKI and KATHLEEN M.
>>> ARAKAKI**
>>> District of Hawaii, 11-00449 LEK/BMK

> GARY O. GALIHER, ESQ.
>> Galiher DeRobertis Ono
>> 610 Ward Avenue Ste 200
>> Honolulu, Hawaii 96814
>> Email: gog@gogaliher.com
>>> **Counsel for Plaintiffs: MINORU ARAKAKI and KATHLEEN M.
>>> ARAKAKI**
>>> District of Hawaii, 11-00449 LEK/BMK

> ILANA KANANIPILIOKALA WAXMAN, ESQ.
>> Galiher DeRobertis Ono
>> 610 Ward Avenue Ste 200
>> Honolulu, Hawaii 96814
>> Email: ikw@gogaliher.com
>>> **Counsel for Plaintiffs: MINORU ARAKAKI and KATHLEEN M.
>>> ARAKAKI**
>>> District of Hawaii, 11-00449 LEK/BMK

L. RICHARD DEROBERTIS, ESQ.
> Galiher DeRobertis Ono
> 610 Ward Avenue Ste 200
> Honolulu, Hawaii 96814
> Email: rd@gogaliher.com
>> **Counsel for Plaintiffs: MINORU ARAKAKI and KATHLEEN M. ARAKAKI**
>> District of Hawaii, 11-00449 LEK/BMK

MICHAEL A. RAGSDALE, ESQ.
> Galiher DeRobertis Ono
> 610 Ward Avenue Ste 200
> Honolulu, Hawaii 96814
> Email: michael@davislevin.com
>> **Counsel for Plaintiffs: MINORU ARAKAKI and KATHLEEN M. ARAKAKI**
>> District of Hawaii, 11-00449 LEK/BMK

SCOTT K. SAIKI, ESQ.
> Galiher DeRobertis Ono
> 610 Ward Avenue Ste 200
> Honolulu, Hawaii 96814
> Email: sks@gogaliher.com
>> **Counsel for Plaintiffs: MINORU ARAKAKI and KATHLEEN M. ARAKAKI**
>> District of Hawaii, 11-00449 LEK/BMK

TODD W. EDDINS, ESQ.
> Galiher DeRobertis Ono
> 610 Ward Avenue Ste 200
> Honolulu, Hawaii 96814
> Email: twe@gogaliher.com
>> **Counsel for Plaintiffs: MINORU ARAKAKI and KATHLEEN M. ARAKAKI**
>> District of Hawaii, 11-00449 LEK/BMK

LEE T. NAKAMURA, ESQ.
> Tom Petrus & Miller, LLLC
> 1164 Bishop Street, Suite 650
> Honolulu, Hawaii 96813
> Email: lnakamura@tpm-hawaii.com
>> **Counsel for Defendant: CRANE COMPANY**

BRADFORD CHUN, ESQ.
> Kessner Umebayashi Bain & Matsunaga
> Central Pacific Plaza
> 220 S King St 19th Floor
> Honolulu, HI. 96813
>> **Counsel for Defendant: AURORA PUMP COMPANY**

ELTON JOHN BAIN, ESQ.
> Kessner Umebayashi Bain & Matsunaga
> Central Pacific Plaza
> 220 S King St 19th Floor
> Honolulu, HI. 96813
> Email: jbain@kdubm.com
>> **Counsel for Defendant: AURORA PUMP COMPANY**

EWING M. MARTIN, III, ESQ.
> Kessner Umebayashi Bain & Matsunaga
> Central Pacific Plaza
> 220 S King St 19th Floor
> Honolulu, HI. 96813
> Email: mmartin@kdubm.com
>> **Counsel for Defendant: AURORA PUMP COMPANY**

MARIE A. SHELDON, ESQ.
> Kessner Umebayashi Bain & Matsunaga
> Central Pacific Plaza
> 220 S King St 19th Floor
> Honolulu, HI. 96813
> Email: tsheldon@kdubm.com
>> **Counsel for Defendant: AURORA PUMP COMPANY**

GAIL M. KANG, ESQ.
> Ayabe Chong Nishimoto Sia & Nakamura
> 1003 Bishop Street, Suite 2500 Pauahi Tower
> Honolulu, Hawaii 96813
> Email: gail.kang@hawadvocate.com
>> **Counsel for Defendant: BAYER CROPSCIENCE, INC., Successor-in-Interest to RHONE-POULENC AG COMPANY, f/k/a Amchem Products, Inc., f/k/a Benjamin Foster Products Company**

SIDNEY K. AYABE, ESQ.
Ayabe Chong Nishimoto Sia & Nakamura
1003 Bishop Street, Suite 2500 Pauahi Tower
Honolulu, Hawaii 96813
Email: ayabe@hawadvocate.com
**Counsel for Defendant: BAYER CROPSCIENCE, INC., Successor-in-Interest to RHONE-POULENC AG COMPANY, f/k/a Amchem Products, Inc., f/k/a Benjamin Foster Products Company**

GAIL M. KANG, ESQ.
Ayabe Chong Nishimoto Sia & Nakamura
1003 Bishop Street, Suite 2500 Pauahi Tower
Honolulu, Hawaii 96813
Email: gail.kang@hawadvocate.com
**Counsel for Defendant: UNION CARBIDE CORPORATION**

SIDNEY K. AYABE, ESQ.
Ayabe Chong Nishimoto Sia & Nakamura
1003 Bishop Street, Suite 2500 Pauahi Tower
Honolulu, Hawaii 96813
Email: ayabe@hawadvocate.com
**Counsel for Defendant: UNION CARBIDE CORPORATION**

STEVEN K. HISAKA, ESQ.
Hisaka Yoshida & Cosgrove
737 Bishop Street, Suite 3000 Mauka Tower
Honolulu, Hawaii 96813
Email: shisaka@objectionsustained.com
**Counsel for Defendant: AIR & LIQUID SYSTEMS CORPORATION, successor by merger to BUFFALO PUMPS, INC.**

STEVEN K. HISAKA, ESQ.
Hisaka Yoshida & Cosgrove
737 Bishop Street, Suite 3000 Mauka Tower
Honolulu, Hawaii 96813
Email: shisaka@objectionsustained.com
**Counsel for Defendant: CERTAINTEED CORPORATION**

AIMEE H. OYASATO, ESQ.
White Tom & Oyasato
900 Fort Street Mall, Suite 930
Honolulu, Hawaii 96813
Email: aoyasato@wto-hilaw.com
**Counsel for Defendant: CLEAVER-BROOKS, INC.**

4

STEPHEN D. TOM, ESQ.
>      White Tom & Oyasato
>      900 Fort Street Mall, Suite 930
>      Honolulu, Hawaii 96813
>           **Counsel for Defendant: CLEAVER-BROOKS, INC.**

STEVEN K. HISAKA, ESQ.
>      Hisaka Yoshida & Cosgrove
>      737 Bishop Street, Suite 3000 Mauka Tower
>      Honolulu, Hawaii 96813
>      Email: shisaka@objectionsustained.com
>           **Counsel for Defendant: GENERAL CABLE INDUSTRIES INC.,
>           f/k/a GENERAL CABLE CORP., a Delaware corporation**

CHRISTOPHER SHEA GOODWIN, ESQ.
>      737 Bishop Street
>      Suite 1640 Mauka Tower
>      Honolulu, Hawaii 96813
>      Email: chris@christophersheagoodwin.com
>           **Counsel for Defendant: GOULDS PUMPS, INCORPORATED**

CORLIS CHANG, ESQ.
>      Goodsill Anderson Quinn & Stifel
>      1099 Alakea Street, Suite 1800 Alii Place
>      Honolulu, Hawaii 96813
>      Email: cchang@goodsill.com
>           **Counsel for Defendant: INGERSOLL-RAND CO.**

JOHN R. LACY, ESQ.
>      Goodsill Anderson Quinn & Stifel
>      1099 Alakea Street, Suite 1800 Alii Place
>      Honolulu, Hawaii 96813
>      Email: jlacy@goodsill.com
>           **Counsel for Defendant: INGERSOLL-RAND CO.**

AIMEE H. OYASATO, ESQ.
>      White Tom & Oyasato
>      900 Fort Street Mall, Suite 930
>      Honolulu, Hawaii 96813
>      Email: aoyasato@wto-hilaw.com
>           **Counsel for Defendant: JOHN CRANE, INC.**

STEPHEN D. TOM, ESQ.
     White Tom & Oyasato
     900 Fort Street Mall, Suite 930
     Honolulu, Hawaii 96813
          **Counsel for Defendant: JOHN CRANE, INC.**

AIMEE H. OYASATO, ESQ.
     White Tom & Oyasato
     900 Fort Street Mall, Suite 930
     Honolulu, Hawaii 96813
     Email: aoyasato@wto-hilaw.com
          **Counsel for Defendant: THE LYNCH COMPANY, INC.**

STEPHEN D. TOM, ESQ.
     White Tom & Oyasato
     900 Fort Street Mall, Suite 930
     Honolulu, Hawaii 96813
          **Counsel for Defendant: THE LYNCH COMPANY, INC.**

CRAIG T. KUGISAKI, ESQ.
     1001 Bishop Street
     Suite 2828 ASB Tower
     Honolulu, Hawaii 96813
     Email: craig@kugisaki.com
          **Counsel for Defendant: METROPOLITAN LIFE INSURANCE COMPANY**

THE CORPORATION COMPANY, INC.
     c/o Dwyer Schraff Meyer Grant & Green
     900 Fort Street Mall, Suit 1800
     Honolulu, HI 96813
          **Attorney of Process on Defendant: THE OKONITE COMPANY, INC.**

BRADFORD CHUN, ESQ.
     Kessner Umebayashi Bain & Matsunaga
     Central Pacific Plaza
     220 S King St 19th Floor
     Honolulu, HI. 96813
          **Counsel for Defendant: WARREN PUMPS, LLC**

ELTON JOHN BAIN
> Kessner Umebayashi Bain & Matsunaga
> Central Pacific Plaza
> 220 S King St 19th Floor
> Honolulu, HI. 96813
> Email: jbain@kdubm.com
> > **Counsel for Defendant: WARREN PUMPS, LLC**

EWING M. MARTIN, III
> Kessner Umebayashi Bain & Matsunaga
> Central Pacific Plaza
> 220 S King St 19th Floor
> Honolulu, HI. 96813
> Email: mmartin@kdubm.com
> > **Counsel for Defendant: WARREN PUMPS, LLC**

MARIE A. SHELDON. ESQ.
> Kessner Umebayashi Bain & Matsunaga
> Central Pacific Plaza
> 220 S King St 19th Floor
> Honolulu, HI. 96813
> Email: tsheldon@kdubm.com
> > **Counsel for Defendant: WARREN PUMPS, LLC**

MICHAEL F. O'CONNOR, ESQ.
> Ogawa Lau Nakamura & Jew
> 707 Richards Street, Suite 600
> Honolulu, Hawaii 96813
> Email: mfoconnor@ollon.com
> > **Counsel for Defendant: THE WILLIAM POWELL COMPANY**

STEVEN K. HISAKA, ESQ.
> Hisaka Yoshida & Cosgrove
> 737 Bishop Street, Suite 3000 Mauka Tower
> Honolulu, Hawaii 96813
> Email: shisaka@objectionsustained.com
> > **Counsel for Defendant: YARWAY CORPORATION**