**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

In re Asbestos Litigation     MDL – 875

**Proof of Service**

I hereby certify that a copy of the foregoing Notice of Potential Tag-Along, Schedule of Actions Case Docket Sheet and Complaint and this Certificate of Service was served by Email on July 21, 2011, to the following:

Clerk, District of Hawaii
Honolulu, HI

>DIANE T. ONO, ESQ.
>>Galiher DeRobertis Ono
>>610 Ward Avenue Ste 200
>>Honolulu, Hawaii 96814
>>Email: dto@gogaliher.com
>>>**Counsel for Plaintiffs: MINORU ARAKAKI and KATHLEEN M. ARAKAKI**
>>>District of Hawaii, 11-00449 LEK/BMK

>GARY O. GALIHER, ESQ.
>>Galiher DeRobertis Ono
>>610 Ward Avenue Ste 200
>>Honolulu, Hawaii 96814
>>Email: gog@gogaliher.com
>>>**Counsel for Plaintiffs: MINORU ARAKAKI and KATHLEEN M. ARAKAKI**
>>>District of Hawaii, 11-00449 LEK/BMK

>ILANA KANANIPILIOKALA WAXMAN, ESQ.
>>Galiher DeRobertis Ono
>>610 Ward Avenue Ste 200
>>Honolulu, Hawaii 96814
>>Email: ikw@gogaliher.com
>>>**Counsel for Plaintiffs: MINORU ARAKAKI and KATHLEEN M. ARAKAKI**
>>>District of Hawaii, 11-00449 LEK/BMK

L. RICHARD DEROBERTIS, ESQ.
    Galiher DeRobertis Ono
    610 Ward Avenue Ste 200
    Honolulu, Hawaii 96814
    Email: rd@gogaliher.com
        **Counsel for Plaintiffs: MINORU ARAKAKI and KATHLEEN M. ARAKAKI**
    District of Hawaii, 11-00449 LEK/BMK

MICHAEL A. RAGSDALE, ESQ.
    Galiher DeRobertis Ono
    610 Ward Avenue Ste 200
    Honolulu, Hawaii 96814
    Email: michael@davislevin.com
        **Counsel for Plaintiffs: MINORU ARAKAKI and KATHLEEN M. ARAKAKI**
    District of Hawaii, 11-00449 LEK/BMK

SCOTT K. SAIKI, ESQ.
    Galiher DeRobertis Ono
    610 Ward Avenue Ste 200
    Honolulu, Hawaii 96814
    Email: sks@gogaliher.com
        **Counsel for Plaintiffs: MINORU ARAKAKI and KATHLEEN M. ARAKAKI**
    District of Hawaii, 11-00449 LEK/BMK

TODD W. EDDINS, ESQ.
    Galiher DeRobertis Ono
    610 Ward Avenue Ste 200
    Honolulu, Hawaii 96814
    Email: twe@gogaliher.com
        **Counsel for Plaintiffs: MINORU ARAKAKI and KATHLEEN M. ARAKAKI**
    District of Hawaii, 11-00449 LEK/BMK

LEE T. NAKAMURA, ESQ.
    Tom Petrus & Miller, LLLC
    1164 Bishop Street, Suite 650
    Honolulu, Hawaii 96813
    Email: lnakamura@tpm-hawaii.com
        **Counsel for Defendant: CRANE COMPANY**

BRADFORD CHUN, ESQ.
    Kessner Umebayashi Bain & Matsunaga
    Central Pacific Plaza
    220 S King St 19th Floor
    Honolulu, HI. 96813
        **Counsel for Defendant: AURORA PUMP COMPANY**

ELTON JOHN BAIN, ESQ.
    Kessner Umebayashi Bain & Matsunaga
    Central Pacific Plaza
    220 S King St 19th Floor
    Honolulu, HI. 96813
    Email: jbain@kdubm.com
        **Counsel for Defendant: AURORA PUMP COMPANY**

EWING M. MARTIN, III, ESQ.
    Kessner Umebayashi Bain & Matsunaga
    Central Pacific Plaza
    220 S King St 19th Floor
    Honolulu, HI. 96813
    Email: mmartin@kdubm.com
        **Counsel for Defendant: AURORA PUMP COMPANY**

MARIE A. SHELDON, ESQ.
    Kessner Umebayashi Bain & Matsunaga
    Central Pacific Plaza
    220 S King St 19th Floor
    Honolulu, HI. 96813
    Email: tsheldon@kdubm.com
        **Counsel for Defendant: AURORA PUMP COMPANY**

GAIL M. KANG, ESQ.
    Ayabe Chong Nishimoto Sia & Nakamura
    1003 Bishop Street, Suite 2500 Pauahi Tower
    Honolulu, Hawaii 96813
    Email: gail.kang@hawadvocate.com
        **Counsel for Defendant: BAYER CROPSCIENCE, INC., Successor-in-Interest to RHONE-POULENC AG COMPANY, f/k/a Amchem Products, Inc., f/k/a Benjamin Foster Products Company**

SIDNEY K. AYABE, ESQ.
    Ayabe Chong Nishimoto Sia & Nakamura
    1003 Bishop Street, Suite 2500 Pauahi Tower
    Honolulu, Hawaii 96813
    Email: ayabe@hawadvocate.com
        **Counsel for Defendant: BAYER CROPSCIENCE, INC., Successor-in-Interest to RHONE-POULENC AG COMPANY, f/k/a Amchem Products, Inc., f/k/a Benjamin Foster Products Company**

GAIL M. KANG, ESQ.
    Ayabe Chong Nishimoto Sia & Nakamura
    1003 Bishop Street, Suite 2500 Pauahi Tower
    Honolulu, Hawaii 96813
    Email: gail.kang@hawadvocate.com
        **Counsel for Defendant: UNION CARBIDE CORPORATION**

SIDNEY K. AYABE, ESQ.
    Ayabe Chong Nishimoto Sia & Nakamura
    1003 Bishop Street, Suite 2500 Pauahi Tower
    Honolulu, Hawaii 96813
    Email: ayabe@hawadvocate.com
        **Counsel for Defendant: UNION CARBIDE CORPORATION**

STEVEN K. HISAKA, ESQ.
    Hisaka Yoshida & Cosgrove
    737 Bishop Street, Suite 3000 Mauka Tower
    Honolulu, Hawaii 96813
    Email: shisaka@objectionsustained.com
        **Counsel for Defendant: AIR & LIQUID SYSTEMS CORPORATION, successor by merger to BUFFALO PUMPS, INC.**

STEVEN K. HISAKA, ESQ.
    Hisaka Yoshida & Cosgrove
    737 Bishop Street, Suite 3000 Mauka Tower
    Honolulu, Hawaii 96813
    Email: shisaka@objectionsustained.com
        **Counsel for Defendant: CERTAINTEED CORPORATION**

AIMEE H. OYASATO, ESQ.
    White Tom & Oyasato
    900 Fort Street Mall, Suite 930
    Honolulu, Hawaii 96813
    Email: aoyasato@wto-hilaw.com
        **Counsel for Defendant: CLEAVER-BROOKS, INC.**

STEPHEN D. TOM, ESQ.
>   White Tom & Oyasato
>   900 Fort Street Mall, Suite 930
>   Honolulu, Hawaii 96813
>   **Counsel for Defendant: CLEAVER-BROOKS, INC.**

STEVEN K. HISAKA, ESQ.
>   Hisaka Yoshida & Cosgrove
>   737 Bishop Street, Suite 3000 Mauka Tower
>   Honolulu, Hawaii 96813
>   Email: shisaka@objectionsustained.com
>   **Counsel for Defendant: GENERAL CABLE INDUSTRIES INC., f/k/a GENERAL CABLE CORP., a Delaware corporation**

CHRISTOPHER SHEA GOODWIN, ESQ.
>   737 Bishop Street
>   Suite 1640 Mauka Tower
>   Honolulu, Hawaii 96813
>   Email: chris@christophersheagoodwin.com
>   **Counsel for Defendant: GOULDS PUMPS, INCORPORATED**

BRADFORD CHUN, ESQ.
>   Kessner Umebayashi Bain & Matsunaga
>   Central Pacific Plaza
>   220 S King St 19th Floor
>   Honolulu, HI. 96813
>   **Counsel for Defendant: IMO INDUSTRIES, INC., individually and as successor-in-interest to DELAVAL TURBINE, INC., and f/k/a IMO DELAVAL, INC., TRANSAMERICA DELAVAL INC., and DELAVAL STEAM TURBINE COMPANY**

ELTON JOHN BAIN
>   Kessner Umebayashi Bain & Matsunaga
>   Central Pacific Plaza
>   220 S King St 19th Floor
>   Honolulu, HI. 96813
>   Email: jbain@kdubm.com
>   **Counsel for Defendant: IMO INDUSTRIES, INC., individually and as successor-in-interest to DELAVAL TURBINE, INC., and f/k/a IMO DELAVAL, INC., TRANSAMERICA DELAVAL INC., and DELAVAL STEAM TURBINE COMPANY**

EWING M. MARTIN, III
>Kessner Umebayashi Bain & Matsunaga
>Central Pacific Plaza
>220 S King St 19th Floor
>Honolulu, HI. 96813
>Email: mmartin@kdubm.com
>>**Counsel for Defendant: IMO INDUSTRIES, INC., individually and as successor-in-interest to DELAVAL TURBINE, INC., and f/k/a IMO DELAVAL, INC., TRANSAMERICA DELAVAL INC., and DELAVAL STEAM TURBINE COMPANY**

MARIE A. SHELDON. ESQ.
>Kessner Umebayashi Bain & Matsunaga
>Central Pacific Plaza
>220 S King St 19th Floor
>Honolulu, HI. 96813
>Email: tsheldon@kdubm.com
>>**Counsel for Defendant: IMO INDUSTRIES, INC., individually and as successor-in-interest to DELAVAL TURBINE, INC., and f/k/a IMO DELAVAL, INC., TRANSAMERICA DELAVAL INC., and DELAVAL STEAM TURBINE COMPANY**

CORLIS CHANG, ESQ.
>Goodsill Anderson Quinn & Stifel
>1099 Alakea Street, Suite 1800 Alii Place
>Honolulu, Hawaii 96813
>Email: cchang@goodsill.com
>>**Counsel for Defendant: INGERSOLL-RAND CO.**

JOHN R. LACY, ESQ.
>Goodsill Anderson Quinn & Stifel
>1099 Alakea Street, Suite 1800 Alii Place
>Honolulu, Hawaii 96813
>Email: jlacy@goodsill.com
>>**Counsel for Defendant: INGERSOLL-RAND CO.**

AIMEE H. OYASATO, ESQ.
>White Tom & Oyasato
>900 Fort Street Mall, Suite 930
>Honolulu, Hawaii 96813
>Email: aoyasato@wto-hilaw.com
>>**Counsel for Defendant: JOHN CRANE, INC.**

STEPHEN D. TOM, ESQ.
 White Tom & Oyasato
 900 Fort Street Mall, Suite 930
 Honolulu, Hawaii 96813
  **Counsel for Defendant: JOHN CRANE, INC.**

AIMEE H. OYASATO, ESQ.
 White Tom & Oyasato
 900 Fort Street Mall, Suite 930
 Honolulu, Hawaii 96813
 Email: aoyasato@wto-hilaw.com
  **Counsel for Defendant: THE LYNCH COMPANY, INC.**

STEPHEN D. TOM, ESQ.
 White Tom & Oyasato
 900 Fort Street Mall, Suite 930
 Honolulu, Hawaii 96813
  **Counsel for Defendant: THE LYNCH COMPANY, INC.**

CRAIG T. KUGISAKI, ESQ.
 1001 Bishop Street
 Suite 2828 ASB Tower
 Honolulu, Hawaii 96813
 Email: craig@kugisaki.com
  **Counsel for Defendant: METROPOLITAN LIFE INSURANCE COMPANY**

THE CORPORATION COMPANY, INC.
 c/o Dwyer Schraff Meyer Grant & Green
 900 Fort Street Mall, Suit 1800
 Honolulu, HI 96813
  **Attorney of Process on Defendant: THE OKONITE COMPANY, INC.**

MICHAEL F. O'CONNOR, ESQ.
 Ogawa Lau Nakamura & Jew
 707 Richards Street, Suite 600
 Honolulu, Hawaii 96813
 Email: mfoconnor@ollon.com
  **Counsel for Defendant: THE WILLIAM POWELL COMPANY**

STEVEN K. HISAKA, ESQ.
    Hisaka Yoshida & Cosgrove
    737 Bishop Street, Suite 3000 Mauka Tower
    Honolulu, Hawaii 96813
    Email: shisaka@objectionsustained.com
        **Counsel for Defendant: YARWAY CORPORATION**