**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

In re Asbestos Litigation      MDL – 875

**Proof of Service**

I hereby certify that a copy of the foregoing Notice of Potential Tag-Along, Schedule of Actions Case Docket Sheet and Complaint and this Certificate of Service was served by Email on July 21, 2011, to the following:

Clerk, District of Hawaii
Honolulu, HI

    DIANE T. ONO, ESQ.
        Galiher DeRobertis Ono
        610 Ward Avenue Ste 200
        Honolulu, Hawaii 96814
        Email: dto@gogaliher.com
            **Counsel for Plaintiffs: MINORU ARAKAKI and KATHLEEN M. ARAKAKI**
            District of Hawaii, 11-00449 LEK/BMK

    GARY O. GALIHER, ESQ.
        Galiher DeRobertis Ono
        610 Ward Avenue Ste 200
        Honolulu, Hawaii 96814
        Email: gog@gogaliher.com
            **Counsel for Plaintiffs: MINORU ARAKAKI and KATHLEEN M. ARAKAKI**
            District of Hawaii, 11-00449 LEK/BMK

    ILANA KANANIPILIOKALA WAXMAN, ESQ.
        Galiher DeRobertis Ono
        610 Ward Avenue Ste 200
        Honolulu, Hawaii 96814
        Email: ikw@gogaliher.com
            **Counsel for Plaintiffs: MINORU ARAKAKI and KATHLEEN M. ARAKAKI**
            District of Hawaii, 11-00449 LEK/BMK

L. RICHARD DEROBERTIS, ESQ.
>   Galiher DeRobertis Ono
>   610 Ward Avenue Ste 200
>   Honolulu, Hawaii 96814
>   Email: rd@gogaliher.com
>> **Counsel for Plaintiffs: MINORU ARAKAKI and KATHLEEN M. ARAKAKI**
>> District of Hawaii, 11-00449 LEK/BMK

MICHAEL A. RAGSDALE, ESQ.
>   Galiher DeRobertis Ono
>   610 Ward Avenue Ste 200
>   Honolulu, Hawaii 96814
>   Email: michael@davislevin.com
>> **Counsel for Plaintiffs: MINORU ARAKAKI and KATHLEEN M. ARAKAKI**
>> District of Hawaii, 11-00449 LEK/BMK

SCOTT K. SAIKI, ESQ.
>   Galiher DeRobertis Ono
>   610 Ward Avenue Ste 200
>   Honolulu, Hawaii 96814
>   Email: sks@gogaliher.com
>> **Counsel for Plaintiffs: MINORU ARAKAKI and KATHLEEN M. ARAKAKI**
>> District of Hawaii, 11-00449 LEK/BMK

TODD W. EDDINS, ESQ.
>   Galiher DeRobertis Ono
>   610 Ward Avenue Ste 200
>   Honolulu, Hawaii 96814
>   Email: twe@gogaliher.com
>> **Counsel for Plaintiffs: MINORU ARAKAKI and KATHLEEN M. ARAKAKI**
>> District of Hawaii, 11-00449 LEK/BMK

LEE T. NAKAMURA, ESQ.
>   Tom Petrus & Miller, LLLC
>   1164 Bishop Street, Suite 650
>   Honolulu, Hawaii 96813
>   Email: lnakamura@tpm-hawaii.com
>> **Counsel for Defendant: CRANE COMPANY**

BRADFORD CHUN, ESQ.
>   Kessner Umebayashi Bain & Matsunaga
>   Central Pacific Plaza
>   220 S King St 19th Floor
>   Honolulu, HI. 96813
>   **Counsel for Defendant: AURORA PUMP COMPANY**

ELTON JOHN BAIN, ESQ.
>   Kessner Umebayashi Bain & Matsunaga
>   Central Pacific Plaza
>   220 S King St 19th Floor
>   Honolulu, HI. 96813
>   Email: jbain@kdubm.com
>   **Counsel for Defendant: AURORA PUMP COMPANY**

EWING M. MARTIN, III, ESQ.
>   Kessner Umebayashi Bain & Matsunaga
>   Central Pacific Plaza
>   220 S King St 19th Floor
>   Honolulu, HI. 96813
>   Email: mmartin@kdubm.com
>   **Counsel for Defendant: AURORA PUMP COMPANY**

MARIE A. SHELDON, ESQ.
>   Kessner Umebayashi Bain & Matsunaga
>   Central Pacific Plaza
>   220 S King St 19th Floor
>   Honolulu, HI. 96813
>   Email: tsheldon@kdubm.com
>   **Counsel for Defendant: AURORA PUMP COMPANY**

GAIL M. KANG, ESQ.
>   Ayabe Chong Nishimoto Sia & Nakamura
>   1003 Bishop Street, Suite 2500 Pauahi Tower
>   Honolulu, Hawaii 96813
>   Email: gail.kang@hawadvocate.com
>   **Counsel for Defendant: BAYER CROPSCIENCE, INC., Successor-in-Interest to RHONE-POULENC AG COMPANY, f/k/a Amchem Products, Inc., f/k/a Benjamin Foster Products Company**

SIDNEY K. AYABE, ESQ.
 Ayabe Chong Nishimoto Sia & Nakamura
 1003 Bishop Street, Suite 2500 Pauahi Tower
 Honolulu, Hawaii 96813
 Email: ayabe@hawadvocate.com
  **Counsel for Defendant: BAYER CROPSCIENCE, INC., Successor-in-Interest to RHONE-POULENC AG COMPANY, f/k/a Amchem Products, Inc., f/k/a Benjamin Foster Products Company**

GAIL M. KANG, ESQ.
 Ayabe Chong Nishimoto Sia & Nakamura
 1003 Bishop Street, Suite 2500 Pauahi Tower
 Honolulu, Hawaii 96813
 Email: gail.kang@hawadvocate.com
  **Counsel for Defendant: UNION CARBIDE CORPORATION**

SIDNEY K. AYABE, ESQ.
 Ayabe Chong Nishimoto Sia & Nakamura
 1003 Bishop Street, Suite 2500 Pauahi Tower
 Honolulu, Hawaii 96813
 Email: ayabe@hawadvocate.com
  **Counsel for Defendant: UNION CARBIDE CORPORATION**

STEVEN K. HISAKA, ESQ.
 Hisaka Yoshida & Cosgrove
 737 Bishop Street, Suite 3000 Mauka Tower
 Honolulu, Hawaii 96813
 Email: shisaka@objectionsustained.com
  **Counsel for Defendant: AIR & LIQUID SYSTEMS CORPORATION, successor by merger to BUFFALO PUMPS, INC.**

STEVEN K. HISAKA, ESQ.
 Hisaka Yoshida & Cosgrove
 737 Bishop Street, Suite 3000 Mauka Tower
 Honolulu, Hawaii 96813
 Email: shisaka@objectionsustained.com
  **Counsel for Defendant: CERTAINTEED CORPORATION**

AIMEE H. OYASATO, ESQ.
 White Tom & Oyasato
 900 Fort Street Mall, Suite 930
 Honolulu, Hawaii 96813
 Email: aoyasato@wto-hilaw.com
  **Counsel for Defendant: CLEAVER-BROOKS, INC.**

STEPHEN D. TOM, ESQ.
    White Tom & Oyasato
    900 Fort Street Mall, Suite 930
    Honolulu, Hawaii 96813
        **Counsel for Defendant: CLEAVER-BROOKS, INC.**

STEVEN K. HISAKA, ESQ.
    Hisaka Yoshida & Cosgrove
    737 Bishop Street, Suite 3000 Mauka Tower
    Honolulu, Hawaii 96813
    Email: shisaka@objectionsustained.com
        **Counsel for Defendant: GENERAL CABLE INDUSTRIES INC.,**
        **f/k/a GENERAL CABLE CORP., a Delaware corporation**

CHRISTOPHER SHEA GOODWIN, ESQ.
    737 Bishop Street
    Suite 1640 Mauka Tower
    Honolulu, Hawaii 96813
    Email: chris@christophersheagoodwin.com
        **Counsel for Defendant: GOULDS PUMPS, INCORPORATED**

CORLIS CHANG, ESQ.
    Goodsill Anderson Quinn & Stifel
    1099 Alakea Street, Suite 1800 Alii Place
    Honolulu, Hawaii 96813
    Email: cchang@goodsill.com
        **Counsel for Defendant: INGERSOLL-RAND CO.**

JOHN R. LACY, ESQ.
    Goodsill Anderson Quinn & Stifel
    1099 Alakea Street, Suite 1800 Alii Place
    Honolulu, Hawaii 96813
    Email: jlacy@goodsill.com
        **Counsel for Defendant: INGERSOLL-RAND CO.**

AIMEE H. OYASATO, ESQ.
    White Tom & Oyasato
    900 Fort Street Mall, Suite 930
    Honolulu, Hawaii 96813
    Email: aoyasato@wto-hilaw.com
        **Counsel for Defendant: JOHN CRANE, INC.**

STEPHEN D. TOM, ESQ.
    White Tom & Oyasato
    900 Fort Street Mall, Suite 930
    Honolulu, Hawaii 96813
        **Counsel for Defendant: JOHN CRANE, INC.**

AIMEE H. OYASATO, ESQ.
    White Tom & Oyasato
    900 Fort Street Mall, Suite 930
    Honolulu, Hawaii 96813
    Email: aoyasato@wto-hilaw.com
        **Counsel for Defendant: THE LYNCH COMPANY, INC.**

STEPHEN D. TOM, ESQ.
    White Tom & Oyasato
    900 Fort Street Mall, Suite 930
    Honolulu, Hawaii 96813
        **Counsel for Defendant: THE LYNCH COMPANY, INC.**

CRAIG T. KUGISAKI, ESQ.
    1001 Bishop Street
    Suite 2828 ASB Tower
    Honolulu, Hawaii 96813
    Email: craig@kugisaki.com
        **Counsel for Defendant: METROPOLITAN LIFE INSURANCE COMPANY**

THE CORPORATION COMPANY, INC.
    c/o Dwyer Schraff Meyer Grant & Green
    900 Fort Street Mall, Suit 1800
    Honolulu, HI 96813
        **Attorney of Process on Defendant: THE OKONITE COMPANY, INC.**

BRADFORD CHUN, ESQ.
    Kessner Umebayashi Bain & Matsunaga
    Central Pacific Plaza
    220 S King St 19th Floor
    Honolulu, HI. 96813
        **Counsel for Defendant: WARREN PUMPS, LLC**

ELTON JOHN BAIN
    Kessner Umebayashi Bain & Matsunaga
    Central Pacific Plaza
    220 S King St 19th Floor
    Honolulu, HI. 96813
    Email: jbain@kdubm.com
        **Counsel for Defendant: WARREN PUMPS, LLC**

EWING M. MARTIN, III
    Kessner Umebayashi Bain & Matsunaga
    Central Pacific Plaza
    220 S King St 19th Floor
    Honolulu, HI. 96813
    Email: mmartin@kdubm.com
        **Counsel for Defendant: WARREN PUMPS, LLC**

MARIE A. SHELDON. ESQ.
    Kessner Umebayashi Bain & Matsunaga
    Central Pacific Plaza
    220 S King St 19th Floor
    Honolulu, HI. 96813
    Email: tsheldon@kdubm.com
        **Counsel for Defendant: WARREN PUMPS, LLC**

MICHAEL F. O'CONNOR, ESQ.
    Ogawa Lau Nakamura & Jew
    707 Richards Street, Suite 600
    Honolulu, Hawaii 96813
    Email: mfoconnor@ollon.com
        **Counsel for Defendant: THE WILLIAM POWELL COMPANY**

STEVEN K. HISAKA, ESQ.
    Hisaka Yoshida & Cosgrove
    737 Bishop Street, Suite 3000 Mauka Tower
    Honolulu, Hawaii 96813
    Email: shisaka@objectionsustained.com
        **Counsel for Defendant: YARWAY CORPORATION**