**CERTIFICATE OF SERVICE**

       I hereby certify that the foregoing pleading was filed on July 25, 2011, pursuant to the Court's CM/ECF system, which will then send a notice of electronic filing (NEF) to the following:

| | |
|---|---|
| Charles Edward Ayers, Jr.<br>ericap@ayerslaw.com<br>Mark Henry Schmidt<br>mschmidt@ayerslaw.com<br>Ayers & Stole PC<br>710 N. Hamilton St.<br>Richmond, VA 23221<br>(804) 358-4731<br>Fax: (804) 864-0895<br>*Counsel for Plaintiff* | Robert Francis Redmond, Jr.<br>rredmond@williamsmullen.com<br>Clement Dean Carter, III<br>ccarter@williamsmullen.com<br>Lauren Morgan Wheeling<br>lwheeling@williamsmullen.com<br>Williams Mullen (Richmond)<br>200 South 10th Street<br>16th Floor<br>Richmond, VA 23219<br>(804) 420-6439<br>Fax: (804) 420-6507<br>*Counsel for Defendants Kone, Inc., Montgomery Elevator Company, Thyssenkrupp Elevator Corporation, and Dover Elevator Company* |
| Carl Robert Schwertz<br>cschwertz@milesstockbridge.com<br>Jeffrey S. Poretz<br>jporetz@milesstockbridge.com<br>Miles & Stockbridge, PC (McLean)<br>1751 Pinnacle Dr.<br>Suite 500<br>McLean, VA 22102-3833<br>(703) 903-9000<br>Fax: (703) 610-8686<br>*Counsel for Defendant Schindler Elevator Company* | Martin Andrew Conn<br>mconn@mrcpclaw.com<br>Eric George Reeves<br>ereeves@mrcpclaw.com<br>Mary Louise Roberts<br>mroberts@mrcpclaw.com<br>Moran Reeves and Conn, PC<br>4110 E. Parham Rd.<br>Richmond, VA 23228<br>(804) 864-4804<br>Fax: (804) 421-6251<br>*Counsel for Defendant Otis Elevator Company* |

                                              /s/ Patricia Bugg Turner