BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCT LIABILITY
LITIGATION (NO. IV)
-----------------------------------------------------------X
LUIS ENRIQUE LUCIANO, SR.,

                                  MDL DOCKET NO. 875

                Plaintiff,

                                  **CORPORATE DISCLOSURE**
vs.                                  **STATEMENT FOR H&V**

ALCOA, INC., ET AL.,

                Defendants.
-----------------------------------------------------------X

**PLEASE TAKE NOTICE** that pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Hollingsworth & Vose Company ("H&V") hereby certifies that H&V is not publicly traded, does not have a parent corporation, and that there is no publicly held corporation that owns 10% or more of H&V's shares or stock.

Dated: Uniondale, New York
       July 19, 2011

                                  Respectfully submitted,

                                  WESTERMAN BALL EDERER MILLER &
                                  SHARFSTEIN, LLP

                                  By_____
                                  William E. Vita
                                  1201 RXR Plaza
                                  Uniondale, N.Y. 11556
                                  Phone: (515)622-9200

                                  **ATTORNEYS FOR DEFENDANT**
                                  **HOLLINGSWORTH & VOSE COMPANY**

TO: SEE ATTACHED SERVICE LIST

488418

## SERVICE LIST

Jordan C. Fox, Esq.
**BELLUCK & FOX, LLP**
546 Fifth Avenue, 4th Floor
New York, New York 10036

*Attorneys for Plaintiff*

Robert J. Kirshenberg, Esq.
**GREENBERG TRAURIG, LLP**
Met Life Building
200 Park Avenue
New York, New York 10166

*Attorneys for Lorillard Tobacco Company*

John Howarth, Esq.
**WILBRAHAM LAWLER & BUBA**
1818 Market St., Suite 3100
Philadelphia, PA 19103-3631

Edward Wilbraham, Esq.
**WILBRAHAM LAWLER & BUBA**
140 Broadway, 46th Floor
New York, New York 10005
*Attorneys for Air & Liquid Systems Corporation*

John Fanning, Esq./Raghu Bandlamudi, Esq.
**CULLEN & DYKMAN**
177 Montague Street
Brooklyn, New York 11201
*Attorneys for Burnham Corporation*

Christopher Cotton, Esq.
**SHOOK, HARDY & BACON**
2555 Grand Blvd.
Kansas City, Missouri 64108

*Attorneys for Defendant Lorillard Tobacco Company*

Andrew McElaney, Esq.
**NUTTER, MCCLENNEN & FISH, LLP**
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02110-2604

*Attorneys for Defendant Hollingsworth & Vose Company*

William Bradley, Esq.
Syed K. Rizvi, Esq.
**MALABY & BRADLEY, LLC**
150 Broadway, 6th Floor
New York, NY 10038

*Attorneys for Alcoa Inc. & CBS Corporation*

Paulo R. Lima, Esq.
**HUNTON & WILLIAMS, LLP**
200 Park Avenue, 52nd Floor
New York, New York 10166
*Attorneys for Alcoa*

Judith Yavitz, Esq.
Craig Blau, Esq.
**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
*Attorneys for Certain-Teed Corporation and Union Carbide*

488418

Carol Snider, Esq.
**DAMON & MOREY LLP**
The Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, New York 14202-2150

*Attorneys for Cytec Engineered Materials & Cytec Industries Inc.*
Robert E. Henlon, JR., CPA, PA
**DETECTO INDUSTRIAL SCALES OF NEW YORK, INC.**
31 South Street
Morristown, New Jersey 07961

Paul Van Buskirk, Esq.
**McGIVNEY & KLUGER, PC**
1600 Arch Street, Suite 1800
Philadelphia, PA 19103

*Attorneys for Kentile Floors*

Bruce Gilpatrick, Esq.
**HEIDELL, PITTONI, MURPHY & BACH, LLP**
99 Park Avenue
New York, New York 10016

*Attorneys for Occidental Chemical Corporation*

David H. Kochman, Esq.
**HARRIS BEACH, PLLC**
100 Wall Street, 23rd Floor
New York, New York 10005

*Attorneys for Plastics Engineering Company*
Michael B. Sena, Esq.
**HERZFELD & RUBIN, P.C.**
125 Broad Street
New York, New York 10004
*Attorneys for Reichhold, Inc.*

Arthur G. Lash Esq.
**O'TOOLE FERNANDEZ, WEINER VAN LIEU**
60 Pompton Avenue
Verona, New Jersey 07044

*Attorneys for Detecto Industrial Scales of New York, Inc.*
Monakee D. Griffin, Esq.
**McGIVNEY & KLUGER. PC**
80 Broad Street, 23rd Floor
New York, NY 10004

*Attorneys for Homasote Company*

Justin Perri, Esq.
**STEPTOE & JOHNSON LLP**
750 Seventh Avenue, Suite 1900
New York, New York 10019

*Attorneys for Metropolitan Life Insurance Company*

Paul Scrudato, Esq.
**SCHIFF HARDIN LLP**
900 Third Avenue, 23rd Floor
New York, New York 10022

*Attorneys for Owens Illinois, Inc. & Tyco Flow Control & Tyco International (US) & Yarway Corp.*

Amiel Gross, Esq.
**SNT DENTON US LLP**
1221 Avenue of the Americas
New York, New York 10020

*Attorneys for Rapid-American Corporation*

Ted Eder, Esq./Andre Harlfinger, Esq.
**SEGAL, McCAMBRIDGE, SINGER & MAHONEY**
850 Third Avenue, Suite 1100
New York, New York 10022
*Attorneys for Rogers Corporation*

488418

Brady Edwards, Esq.
Daphne Taylor Evans
**MORGAN LEWIS & BOCKIUS,**
 **LLP**
1000 Louisiana Street, Suite 4200
Houston, Texas 77002

*Attorneys for Tyco Flow Control &*
*Tyco International (US) & Yarway Corp*

488418

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a true copy of **Hollingsworth & Vose Company's Rule 7.1 Statement for H&V** by placing same in the United States mail, postage prepaid, this 19th day of July, 2011, addressed to:

Jordan C. Fox, Esq.
**BELLUCK & FOX, LLP**
546 Fifth Avenue, 4th Floor
New York, New York 10036

*Attorneys for Plaintiff*

Robert J. Kirshenberg, Esq.
**GREENBERG TRAURIG, LLP**
Met Life Building
200 Park Avenue
New York, New York 10166

*Attorneys for Lorillard Tobacco Company*

John Howarth, Esq.
**WILBRAHAM LAWLER & BUBA**
1818 Market St., Suite 3100
Philadelphia, PA 19103-3631

Edward Wilbraham, Esq.
**WILBRAHAM LAWLER & BUBA**
140 Broadway, 46th Floor
New York, New York 10005
*Attorneys for Air & Liquid Systems Corporation*

Christopher Cotton, Esq.
**SHOOK, HARDY & BACON**
2555 Grand Blvd.
Kansas City, Missouri 64108

*Attorneys for Defendant Lorillard Tobacco Company*

Andrew McElaney, Esq.
**NUTTER, MCCLENNEN & FISH, LLP**
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02110-2604

*Attorneys for Defendant Hollingsworth & Vose Company*

William Bradley, Esq.
Syed K. Rizvi, Esq.
**MALABY & BRADLEY, LLC**
150 Broadway, 6th Floor
New York, NY 10038

*Attorneys for Alcoa Inc. & CBS Corporation*

Paulo R. Lima, Esq.
**HUNTON & WILLIAMS, LLP**
200 Park Avenue, 52nd Floor
New York, New York 10166
*Attorneys for Alcoa*

John Fanning, Esq./Raghu Bandlamudi, Esq.
**CULLEN & DYKMAN**
177 Montague Street
Brooklyn, New York 11201
*Attorneys for Burnham Corporation*

Carol Snider, Esq.
**DAMON & MOREY LLP**
The Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, New York 14202-2150

*Attorneys for Cytec Engineered Materials & Cytec Industries Inc.*
Robert E. Henlon, JR., CPA, PA
**DETECTO INDUSTRIAL SCALES OF NEW YORK, INC.**
31 South Street
Morristown, New Jersey 07961

Paul Van Buskirk, Esq.
**McGIVNEY & KLUGER, PC**
1600 Arch Street, Suite 1800
Philadelphia, PA 19103

*Attorneys for Kentile Floors*

Bruce Gilpatrick, Esq.
**HEIDELL, PITTONI, MURPHY & BACH, LLP**
99 Park Avenue
New York, New York 10016

*Attorneys for Occidental Chemical Corporation*

Judith Yavitz, Esq.
Craig Blau, Esq.
**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
*Attorneys for Certain-Teed Corporation and Union Carbide*

Arthur G. Lash Esq.
**O'TOOLE FERNANDEZ, WEINER VAN LIEU**
60 Pompton Avenue
Verona, New Jersey 07044

*Attorneys for Detecto Industrial Scales of New York, Inc.*
Monakee D. Griffin, Esq.
**McGIVNEY & KLUGER. PC**
80 Broad Street, 23rd Floor
New York, NY 10004

*Attorneys for Homasote Company*

Justin Perri, Esq.
**STEPTOE & JOHNSON LLP**
750 Seventh Avenue, Suite 1900
New York, New York 10019

*Attorneys for Metropolitan Life Insurance Company*

Paul Scrudato, Esq.
**SCHIFF HARDIN LLP**
900 Third Avenue, 23rd Floor
New York, New York 10022

*Attorneys for Owens Illinois, Inc. & Tyco Flow Control & Tyco International (US) & Yarway Corp.*

480620-2

David H. Kochman, Esq.
**HARRIS BEACH, PLLC**
100 Wall Street, 23rd Floor
New York, New York 10005

*Attorneys for Plastics Engineering Company*

Michael B. Sena, Esq.
**HERZFELD & RUBIN, P.C.**
125 Broad Street
New York, New York 10004
*Attorneys for Reichhold, Inc.*

Brady Edwards, Esq.
Daphne Taylor Evans
**MORGAN LEWIS & BOCKIUS, LLP**
1000 Louisiana Street, Suite 4200
Houston, Texas 77002

*Attorneys for Tyco Flow Control & Tyco International (US) & Yarway Corp*

Amiel Gross, Esq.
**SNT DENTON US LLP**
1221 Avenue of the Americas
New York, New York 10020

*Attorneys for Rapid-American Corporation*

Ted Eder, Esq./Andre Harlfinger, Esq.
**SEGAL, McCAMBRIDGE, SINGER & MAHONEY**
850 Third Avenue, Suite 1100
New York, New York 10022
*Attorneys for Rogers Corporation*

DIANA BECKER

Sworn to before me this
19th day of July, 2011

Notary Public

Joanne Connell
Notary Public, State of New York
No. 01CO6173877
Qualified in Nassau County
Commission Expires September 4, 2011

480620-2

IN RE: ASBESTOS PRODUCT LIABILITY
LITIGATION (NO. IV)
------------------------------------------------------------------X
LUIS ENRIQUE LUCIANO, SR.,

                              Plaintiff,

     -against-

ALCOA, INC., ET AL.,

                             Defendants.
------------------------------------------------------------------X

MDL DOCKECT NO. 875

**CORPORATE DISCLOSURE STATEMENT FOR H&V**

**WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP**
1201 RXR Plaza
Uniondale, New York 11556
(516) 622-9200
*Attorneys for Defendant*
*Hollingsworth & Vose Company*

To

Attorney(s) for

Service of a copy of the within is hereby admitted.

Dated:..................................