

*EXHIBIT A*

# ASBESTOS PLAINTIFF'S SUMMARY SHEET

**PRIMARY PLAINTIFF**: Roger E. Nelson

Social Security No: ███████

Periods of Exposure: U.S. Navy: approximately 1960 to 1968; home construction: approximately August 1956 to 1978

Date of Birth: ███/1938

Date of Death: N/A

Cause of Death: N/A

Retirement

Year: Approximately July 1999

Age: 61

Disability

Year: 2011

Age: 72

Cause: Mesothelioma

**SMOKING HISTORY**:

(a) Type: Non-smoker
(b) Yr Start: N/A     Yr Ended: N/A
    Pack/Day: N/A
(c) Reason Stopped: N/A
    Why Restart: N/A
(d) Dr. Advised?: N/A     Date: N/A
    Name and Address: N/A

**EMPLOYMENT:**

1.   (a)  Name:    Gloegge Bakery
             Address:  Annandale, MN
     (b)  Employed From:    1952    To:    1957
     (c)  Job Description:  Bakery assistant

2.   (a)  Name:    University of Minnesota
             Address:  Minneapolis, MN
     (b)  Employed From:    09/00/1956    To:    06/00/1960
     (c)  Job Description:  Student

3.   (a)  Name:    U.S. Navy (Active Duty)
                       USS Mansfield (DD-728)
             Address:  Long Beach, CA; Yokosuka, Japan
     (b)  Employed From:    06/24/1960    To:    07/14/1963
     (c)  Job Description:  Ensign; Lieutenant, Junior Grade (LTJG)

4.   (a)  Name:    U.S. Navy (Reserve Duty)
                       USS Alvin C. Cockrell (DD-366) (1963 – 1968)
             Address:  Alameda, CA
     (b)  Employed From:    07/14/1963    To:    1990
     (c)  Job Description:  Lieutenant; Lt. Commander (LCR); Commander (CDR)

5.   (a)  Name:    John Hancock Mutual Life Insurance
             Address:  1471 Solano Avenue
                       Albany, CA
     (b)  Employed From:    09/00/1963    To:    09/00/1964
     (c)  Job Description:  Health and Life Insurance Sales

6.   (a)  Name:    State Mutual of America
             Address:  601 Washington Street
                       Oakland, CA
     (b)  Employed From:    09/00/1964    To:    09/00/1965
     (c)  Job Description:  Health and Life Insurance Sales

7.   (a)  Name:    Simas Brothers
             Address:  1436 14th Avenue
                       Oakland, CA
     (b)  Employed From:    09/00/1965    To:    02/00/1966
     (c)  Job Description:  Gardener for the Simas family (part-time job while student)

8.  (a) Name: Montclair Nursery
        Address: Oakland, CA
    (b) Employed From: 02/00/1966   To: 06/00/1967
    (c) Job Description: Commercial sales; deliveries; plant maintenance (part-time job while student)

9.  (a) Name: City of Fremont Planning Department
        Address: Fremont, CA
    (b) Employed From: 06/00/1967   To: 09/00/1967
    (c) Job Description: Assistant city planner (part-time job while student)

10. (a) Name: University of California, Berkeley
        Address: Berkeley, CA
    (b) Employed From: 09/00/1965   To: 06/00/1968
    (c) Job Description: Student

11. (a) Name: Unemployed
        Address: Oakland, CA
    (b) Employed From: 06/00/1968   To: 09/00/1968
    (c) Job Description: Remodeling own home

12. (a) Name: U.S. Bureau of Land Management
        Address: 1600 Broadway
                 Denver, CO
    (b) Employed From: 09/00/1968   To: 11/00/1971
    (c) Job Description: Landscape architect; Land use planner

13. (a) Name: U.S. Bureau of Land Management
        Address: Washington, DC
    (b) Employed From: 11/00/1971   To: 09/00/1973
    (c) Job Description: Landscape architect; Land use planner

14. (a) Name: Utah International, Inc.* (merged with General Electric in 1976, later sold to Broken Hill Proprietary Company Ltd. in 1984)
        Address: 550 California Street
                 San Francisco, CA
    (b) Employed From: 09/09/1973   To: 07/00/1999
    (c) Job Description: Land use planner; Manager of Environmental, Health & Safety (EHS); Director of Corporate Medical Program; Vice President External Affairs

3

**ASBESTOS PRODUCTS**:

Type: Mud/Cement
Trade Name(s):
Manufacturer:
Dates of Exposure: Approximately 1960 to 1968

Type: Pipe covering/Lagging/Mastic
Trade Name(s):
Manufacturer:
Dates of Exposure: Approximately 1960 to 1968

Type: Block/Refractory Products
Trade Name(s):
Manufacturer:
Dates of Exposure: Approximately 1960 to 1968

Type: Cloth
Trade Name(s):
Manufacturer:
Dates of Exposure: Approximately 1960 to 1968

Type: Gasket/Packing
Trade Name(s):
Manufacturer:
Dates of Exposure: Approximately 1960 to 1968

Type: Rope
Trade Name(s):
Manufacturer:
Dates of Exposure: Approximately 1960 to 1968

Type: Ship decking materials/decking cement (magnesite)
Trade Name(s):
Manufacturer:
Dates of Exposure: Approximately 1960 to 1968

Type: Joint Compound, Patching, Spackling
Trade Name(s): Cover Tex; Gold Bond; Paco
Manufacturer: Kaiser Gypsum; National Gypsum; Kelly-Moore; Georgia-Pacific
Dates of Exposure: off and on from August 1956 to 1978

Type: Vermiculite
Trade Name(s):
Manufacturer:
Dates of Exposure: Two weeks in December in approximately 1958. One day in approximately 1981 or 1982 at Leo Way, Oakland, CA.

**PRIOR CLAIMS FOR ASBESTOS RELATED INJURY**:

Workers Comp.: N/A.

Disability: No.

Lawsuit: No.

**MEDICAL HISTORY**:

Diagnosis:    Performed EKG; took x-rays, referred to Richard B. Chalker, M.D.
Date:   02/10/2011
Symptoms:    Not feeling well during regular exercise routine
Treating Physician:    Mark Oscherwitz, M.D.
                        Internal Medicine (Regular family doctor)

Diagnosis:    Fluid in lungs; drained 2 liters from right lung
Date:   02/11/2011
Symptoms:    Not feeling well during regular exercise routine
Treating Physician:    Richard B. Chalker, M.D., FCCP
                        (Pulmonary and Critical Medicine)

Diagnosis:    Mesothelioma
Date:   02/25/2011
Symptoms:    Shortness of breath, fatigue, pain, coughing, and trouble sleeping
Treating Physician:    Richard B. Chalker, M.D., FCCP
                        (Pulmonary and Critical Medicine)

Diagnosis:    Mesothelioma
Date:   03/11/2011
Symptoms:    Pleural biopsy
Treating Physician:    Tomomi Oka, M.D.
                        (Cardiothoracic Surgery)

Diagnosis:    Mesothelioma
Date:   03/00/2011
Symptoms:    Shortness of breath, fatigue, pain, coughing, and trouble sleeping
Treating Physician:    Natalia Colocci, M.D., Ph.D.
                        (Oncology)

Diagnosis:    Mesothelioma
Date:   03/23/2011
Symptoms:    Evaluation for surgical and chemotherapy treatment options
Treating Physician:    David M. Jablons, M.D.
                        (Thoracic Oncology)

6

Diagnosis: Mesothelioma
Date: 04/00/2011
Symptoms:
Treating Physician: Paula D. Kushlan, M.D.
(Oncology)

Diagnosis: Skin cancer (removed melanoma inside left elbow)
Date: 11/00/2010
Symptoms: Routine exam
Treating Physician: Jeffrey Binstock, M.D.
(Dermatology)

Diagnosis: Thorascotomy was negative except for signs of acid reflux
Date: About 2009
Symptoms: Loss of appetite and 10 pound weight loss
Treating Physician: Kenneth J. Hammerman, M.D., F.A.C.P.
(Internal Medicine – Gastroenterology)

Diagnosis: Double hernia
Date: About 2002
Symptoms:
Treating Physician: L. Albert Wetter, M.D.
(Bariatric Surgery)

Diagnosis: Enlarged prostate
Date: Annual monitoring visits
Symptoms:
Treating Physician: James K. Mooney, M.D.
(Urology)

Diagnosis: Ear surgery
Date: About 1968
Symptoms: Difficulty hearing
Treating Physician: I do not recall

7

**SPOUSE AND DEPENDENTS**:

Name: Rosalie J. Nelson

Relation: Wife

Date of Birth: ███ 1939

Date of Marriage: 06/25/1960


**SPECIAL DAMAGES CLAIMED**:

Medical/Hospital: To be provided.

Loss of Wages: To be provided.

Burial: N/A.

## DECLARATION UNDER PENALTY OF PERJURY

I, ROGER E. NELSON, hereby declare pursuant to Circuit Rule 7(g), Rules of the Circuit Court of the State of Hawaii, that I have personal knowledge of the following facts and I am competent to testify as follows:

1. I declare that the foregoing Asbestos Plaintiff Summary Sheet is true and correct to the best of my knowledge.

2. I declare under penalty of perjury that the foregoing is true and correct.

Date: 5/10/2011

ROGER E. NELSON

D:\06044A01\pleading\2011-04-29 Summary Sheet - Nelson, Roger.doc