*EXHIBIT B*

1375 Sutter St, Suite 222
San Francisco, CA 94109
P: (415) 673-7600
F: (415) 673-8065

**San Francisco Internal Medicine Associates**

# Fax

| To: | Cynthia S. Davis, R.N. | From: | Leilani |
|---|---|---|---|
| Fax: | (808) 591-2608 | Pages: | 16 |
| Phone: | (808) 597-1400 | Date: | 05/23/11 |
| Re: | Pt. Nelson, Roger | cc: | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments: This facsimile transmission contains confidential information, some of all of which may be protected health information as defined by the Federal Health Insurance Portability & Accountability Act (HIPPA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone (number listed above) to arrange the return or destruction of the information and all copies.

Medical Records

NelsonMeds-0001

# GALIHER DeROBERTIS ONO

ATTORNEYS AT LAW

GARY O. GALIHER

L. RICHARD DeROBERTIS*
LAW CORPORATIONS

DIANE T. ONO

May 13, 2011

ILANA K. WAXMAN*
SCOTT K. SAIKI
TODD W. EDDINS
CLARISSE M. KOBASHIGAWA
MICHAEL A. RAGSDALE

ANTHONY Y.K. KIM
OF COUNSEL

Mark Oscherwitz, M.D.
San Francisco Internal
   Medicine Associates
1375 Sutter Street, Suite 222
San Francisco, CA 94109

**Attention: Medical Records**

Re: Roger Nelson
DOB: ▒▒▒ 1938
SSN: ▒▒▒

TO WHOM IT MAY CONCERN:

This office is investigating a possible claim for asbestos-related injuries for Mr. Roger Nelson.

We are writing to request a copy of Mr. Nelson's medical records from 01/01/2011 to the present. Please include the clinic (office) notes, diagnostic imaging reports, cardiology tests, pulmonary function studies, lab work, including pathology and cytology reports, operative reports, and consultants and hospital reports. Mr. Nelson's authorization is enclosed.

Please provide these records by the week of May 23, 2011. If this is not possible, please advise me of your time frame. Thank you for your kind assistance in this matter.

Very truly yours,

GALIHER DeROBERTIS ONO

*Cynthia S. Davis (mgr)*

CYNTHIA S. DAVIS, R.N.
Medical-Legal Assistant
Direct phone: (808) 275-5579
mailto:cynthia@gogaliher.com

Enclosure: Authorization

*Over 30 years of helping workers and their families.*

610 WARD AVENUE • HONOLULU, HAWAII 96814-3308
PHONE: 808-597-1400 • FAX: 808-591-2608 • NEIGHBOR ISLANDS: 800-322-3996 • MAINLAND: 877-529-1088
WWW.GOGALIHER.COM • E-MAIL: INFO@GOGALIHER.COM

*ALSO LICENSED TO PRACTICE IN CALIFORNIA

NelsonMeds-0002

Nelson, Roger

| DATE | SUBSEQUENT VISITS AND FINDINGS |
|---|---|
| FEB 10 2011 | *(handwritten clinical notes, largely illegible)* |

WT 134
BP 120/60
P 58-60
TEMP 98

*Handwritten notes including references to: exercise, working on roof, pigeon droppings, solid area, climbed ladder, PE, lungs clear, O2 saturation 55-99% at rest, 66-99% saturation after exercise P=66, CXR, etc.*

Nelson, Roger

| DATE | SUBSEQUENT VISITS AND FINDINGS |
|------|-------------------------------|
|      | cont |
|      | Proscar 5mg |
|      | Lipitor 20mg |
|      | Zetia 10mg |
|      | Uroxatrol 10mg |
|      | Advair 250/50 b/d AM (3) |
|      | Vit B₁₁ 100    D 400 |
|      | B 450'    E 400 |
|      | Folic 800   Niacin 1000   Zn 500 |
|      | labs |
|      | PE marks |

NELSON, ROGERS
ID: #110210164719          02/10/11 16:47:19

MALE                72 YEARS
Meds:
Class:     0
Dr:
Tech: ANA

Vent. Rate:
P Duration:
QRS Duration:
PR Interval:
QT Interval:
QTc Interval:
QT Dispersion:
P-R-T AXIS:



NelsonMeds-0005

Print Date/Time: 02/11/2011 04:47        Client Report Page 1
California Pacific Medical Center
San Francisco, California (415) 600-2200
Richard Garcia-Kennedy, MD, Medical Director

MR #: 06550352   Acct: 09266181        Name: NELSON, ROGER E
DOB : ██/██/1938   72Y/M
Loc : 1375 SUTTER LAB PAC              PALO ALTO, CA 943040000
Admit Date: 02/10/2011
Dr  : OSCHERWITZ, MARK M.D.
                                        PH# ████

================== PHYSICIAN COPY FOR DR: OSCHERWITZ, MARK M.D. ==================

Mail to:
OSCHERWITZ, MARK M.D.
1375 SUTTER ST
NO 222
SAN FRANCISCO, CA 94109

Spec#: H31781 --------------------------------------------
Coll: 02/10/2011 16:55   Ord Dr: OSCHERWITZ, MARK M.D.
Rec:  02/10/2011 16:57   Copy to: COPY TO PATIENT       Ord Cmt: FAX TO 673 8065

|                      | Normal Result | Abnormal Result | Normal Range   | Units    | Performed at: |
|----------------------|---------------|-----------------|----------------|----------|---------------|
| Comp Metabolic Pnl   |               |                 |                |          |               |
| Sodium               | 143           |                 | [136-145]      | mmol/L   | (CP)          |
| Potassium            | 4.5           |                 | [3.5-5.1]      | mmol/L   | (CP)          |
| Chloride             | 105           |                 | [98-107]       | mmol/L   | (CP)          |
| CO2                  | 28            |                 | [21-32]        | mmol/L   | (CP)          |
| Anion Gap            | 10.3          |                 | [3-12]         | mmol/L   | (CP)          |
| Glucose              | 85            |                 | [70-99]        | mg/dL    | (CP)          |
| BUN                  | 15            |                 | [7-18.0]       | mg/dL    | (CP)          |
| Creatinine           | 1.1           |                 | [0.8-1.3]      | mg/dL    | (CP)          |
| eGFR-Other           | >60           |                 | [>60]          | See Cmnt | (CP)          |
| eGFR-African America | >60           |                 | [>60]          | See Cmnt | (CP)          |
|                      | Note          |                 |                |          |               |

Units: ml/min/1.73 m2. Estimated Glomerular Filtration Rate
values are calculated by MDRD equation and are valid only if
creatinine level is stable. GFRs are most accurate for results
60 ml/min/1.73 m2 or less.
Reference: www.nkdep.nih.gov/professionals/index.htm

|                      |      |   |             |       |      |
|----------------------|------|---|-------------|-------|------|
| Calcium              | 9.4  |   | [8.5-10.1]  | mg/dL | (CP) |
| Total Protein        | 7.3  |   | [6.4-8.2]   | g/dL  | (CP) |
| Albumin              | 3.4  |   | [3.4-5.0]   | g/dL  | (CP) |
| Bilirubin, Total     | 0.3  |   | [<1.1]      | mg/dL | (CP) |
| Alkaline Phosphatase | 83   |   | [50-136]    | U/L   | (CP) |
| AST                  | 24   |   | [15-37]     | U/L   | (CP) |
| ALT                  | 35   |   | [30-65]     | U/L   | (CP) |
| CBC w Auto Diff      |      |   |             |       |      |
| WBC Count            | 10.2 |   | [4.0-11.0]  | K/uL  | (CP) |
| RBC Count            | 4.46 |   | [4.40-6.00] | M/uL  | (CP) |
| Hemoglobin           | 13.9 |   | [13.5-18.0] | g/dL  | (CP) |
| Hematocrit           | 40.9 |   | [40.0-52.0] | %     | (CP) |

Chart Copy

Page 1                                  NELSON, ROGER E
CONTINUED                               MR#: 06550352   Acct: 09266181

NelsonMeds-0006

Print Date/Time: 02/11/2011 04:47                         Client Report Page 2
                 California Pacific Medical Center
              San Francisco, California (415) 600-2200
              Richard Garcia-Kennedy, MD, Medical Director

MR #: 06550352   Acct: 09266181        Name: **NELSON,ROGER E**
DOB :      /1938  72Y/M
Loc : 1375 SUTTER LAB PAC              PALO ALTO, CA 943040000
Admit Date: 02/10/2011                 PH#:
Dr  : OSCHERWITZ,MARK M.D.

Spec#: H31781 --------------------------------------------------
Coll: 02/10/2011 16:55    Ord Dr: OSCHERWITZ,MARK M.D.
Rec: 02/10/2011 16:57     Copy to:COPY TO PATIENT        Ord Cmt:FAX TO 673 8065

|                   | Normal Result | Abnormal Result | Normal Range | Units    | Performed at: |
|---                |---            |---              |---           |---       |---            |
| CBC w Auto Diff   | (CONTINUED)   |                 |              |          |               |
| MCV               | 92            |                 | [80-100]     | fL       | (CP)          |
| MCH               | 31.2          |                 | [27.0-33.0]  | pg       | (CP)          |
| MCHC              | 34.0          |                 | [31.0-36.0]  | g/dL     | (CP)          |
| RDW               | 15.4          |                 | [<16.4]      | %        | (CP)          |
| Platelet Count    | 289           |                 | [150-400]    | K/uL     | (CP)          |
| Diff Type         | Automated     |                 |              |          | (CP)          |
| Neutrophil        | 71            |                 | [49.0-74.0]  | %        | (CP)          |
| Lymphocytes       |               | L  16           | [26.0-46.0]  | %        | (CP)          |
| Monocyte          | 9             |                 | [2.0-12.0]   | %        | (CP)          |
| Eosinophil        | 3             |                 | [0.0-5.0]    | %        | (CP)          |
| Basophil          | 1             |                 | [0.0-2.0]    | %        | (CP)          |
| Abs Neutrophil    | 7.3           |                 | [2.0-8.0]    | K/uL     | (CP)          |
| Abs. Lymphocyte   | 1.6           |                 | [1.0-5.1]    | K/uL     | (CP)          |
| Abs. Monocyte     |               | H  0.9          | [0.0-0.8]    | K/uL     | (CP)          |
| Abs. Eosinophil   | 0.3           |                 | [0.0-0.5]    | K/uL     | (CP)          |
| Abs. Basophil     | 0.1           |                 | [0.0-0.2]    | K/uL     | (CP)          |
|                   |               |                 |              |          |               |
| ESR               |               | H  21           | [0-20]       | mm/hr    | (CP)          |
|                   |               |                 |              |          |               |
| D.Dimer,Quant.    | 156           |                 | [<250]       | ng/mL DD | (CP)          |

Quantitative "ELISA" D-dimer <500 has a very high negative predictive value
(highly efficient and specific) in ruling out significant DVT, pulmonary
embolism in the low-moderate risk patient. With other higher risk populations
such as hospitalized post-op patients a moreintegrated approach is necessary
(e.g. J Clin Pathol 2001, 54:664-668)

(CP) = Performed at: CPMC Pacific Lab, 2333 Buchanan St., SF, CA 94115


                              Chart Copy

Page 2                                                    NELSON,ROGER E
END OF REPORT                                   MR#: 06550352  Acct: 09266181

NelsonMeds-0007

02/25/2011  15:45  650-330-5818      PAMF PULMONARY           PAGE 01/01
Nelson, Roger Ellis (MR # 8365785) DOB: ▮▮▮▮ 1938 Age: 72 yrs Male    Enc Date: 02/15/2011

## NON GYN CYTOLOGY (ExtID# PAC1104992) (Order 161442048) Results

Status: Final result
2/23/2011

### Patient Demographics

| Patient Name | Sex | DOB | Address | Phone |
|---|---|---|---|---|
| Nelson, Roger Ellis | Male | ▮▮▮▮ 1938 | ▮▮▮▮ PALO ALTO CA 94304 | ▮▮▮▮ (Home) |

### Result Information

| Collected Date and Time | Lab Received Date and Time | Filed in EpicCare Date and Time |
|---|---|---|
| 2/15/2011 | 2/15/2011 | 2/23/2011 |

### Pathology Laboratory
PAMF DEPARTMENT OF PATHOLOGY
795 El Camino Real, Palo Alto, CA 94301
Director: Jorge Rodriguez, MD

### Results

**SPECIMEN(S)**
**SPECIMEN(S):** A PLEURAL FLUID, RIGHT
**GROSS DESCRIPTION:** Received 1600 cc's of cloudy, yellow fluid. Prepared 1 ThinPrep slide, 1 Pap stained slide, 1 Diff Quik stained slide, and cell block.
**CLINICAL HISTORY:** Unexplained right pleural effusion.

**CYTOLOGIC FINDINGS:**
The aspirate contains atypical cells with enlarged, pleomorphic nuclei, with prominent nucleoli, and relatively abundant eosinophilic, vacuolated cytoplasm. Immunoperoxidase stains are performed to further classify the atypical epithelioid proliferation. The patient has a reported, prior history of malignant melanoma. The atypical cells are negative for Melan-A and S-100, ruling against metastatic melanoma. Atypical cells are strongly reactive for cytokeratin and negative for CK20. An additional panel of immunostains is performed, with results as follows: Calretinin, CK5/6 and CK7 all show strong cytoplasmic reactivity. CEA shows focal, faint peripheral cytoplasmic staining and is felt to be an inconclusive result. TTF-1 is clearly negative (all controls perform as expected).

**CYTOLOGIC DIAGNOSIS:**
POSITIVE FOR MALIGNANCY
See comment.

**COMMENTS:**
The immunostain results suggest the likelihood of a mesothelial malignancy. Clinical and radiographic correlation is required. Case reviewed, with concurrence, by Jorge Rodriguez, M.D.
This immunohistologic test was developed and its performance characteristics determined by Palo Alto Medical Foundation Pathology Laboratory. Unless indicated otherwise, it has not been cleared or approved by the USFDA, although such approval is not required for analyte-specific reagents of this type.

Diagnostician: CHRISTINE ALVARES CT(ASCP)
Cytotechnologist
Diagnostician: J. ANTHONY GUICHARD M.D.
Pathologist

CPFSRFAX01Fax Server 4/20/2011 3:48:27 PM PAGE 2/005 Fax Server

Nelson, Roger Ellis (MR # 8365785) DOB: ▮▮▮▮ 1938 Age: 72 yrs     Enc Date: 04/20/2011

**Roger Ellis Nelson**
4/20/2011 12:00 PM  Office Visit    Department: Palo Alto Oncology    Description: 72 year old male
MRN: 8365785    Encounter #: 198940095    Provider: Paula D Kushlan, MD

**Reason for Visit**
   Follow up

**Progress Notes**

**Paula D Kushlan, MD** 4/20/11 03:12 PM  Signed
Roger Nelson is an unfortunate 72 yo with galloping mesothelioma.

PReviously healthy and very vigorous he presented in midFebruary with sob when exercising. CXR showed right pleural effusion. On 2/15/2011, Dr Chalker described him jumping up to the exam table.
VATS biopsy of pleural nodules showed mesothelioma. PlerEX was placed. HE saw Dr. Jablons in anticipation of pre-op carbo/alimta and then possible surgery.

In today because he has gone rapidly downhill in the last few weeks. He has horrible right chest pain in right lower chest. He has a second pain going across his chest associated with coughing and some wheezing esp bad at night. He tells me he is miserable. He is nauseated, weak, not eating. "there is nothing left of me". He is dyspneic even at rest. The pleurEx tube is uncomfortable for him and has not been draining.

The best he has felt recently was when on decadron for 3 days during chemotherapy. He was deteriorating before the chemo - carboplatin and alimta delivered 4/11/2011 and downhill course has continued unchanged.

He tells me he is miserable and feels awful.

MEDS: Oxycodone 10 mg po q4h with poor pain control
     Phenergan for nausea with poor control
     Terrible constipation - lactulose finally with BM last night

SH: Lives at the Hyatt with his wife - they have no children. Family - siblings, neices and nephews are in the midwest.
     He came to UCC Friday for IV fluids
     Went to healthcare center at the Hyatt on Saturday
     I spoke to wife several times over the weekend

On exam, Roger is wasted, cachectic and very dyspneic at rest
     Vs per epic with weight down 12 pounds in the last 2 months
     He is incredibly wasted
     Skin - warm, dry, well-perfused
     Nodes - no palp adenopathy
     Chest - clear on left, dull 1/3 way up on right. Prolonged expiratory phase with scattered wheezes throughout both lungs
     Belly - no palp liver, spleen, mesenteric mass or ascites
     Heart - sounds are normal without murmur or gallop
     Extrems - no peripheral edema
     HEart - sounds are normal without murmur or gallop
     Extrems - no peripheral edema

He does not like using supplemental O2 - does not like noise, smell

Impression - Although I have not seen this patient, it is clear he is dying - he is markedly cachectic, wasted, has air hunger.
     I do not think any of his symptoms are due to the chemotherapy - this is typically well-tolerated

Nelson, Roger Ellis (MR # 8365785)  Printed by Wendy Ng Lvn [NGW] at 4/20/11  3:47 PM      Page 1 of 4

NelsonMeds-0009

Nelson, Roger Ellis (MR # 8365785) DOB: ████ 1938 Age: 72 yrs                          Enc Date: 04/20/2011

chemotherapy with no side effects except blood count depression.
    I think he has rapidly advancing tumor - he tells me this is what he thinks.
    I have advised that we change his pain med program:
Fentanyl patch 50 mcg - change every 72 hours
Roxanol 20 mg /cc - instructed to start with 0.25 and titrate up to achieve comfort
May use oxycodone for breakthrough if he prefers
Lorazepam 1 mg q 4h prn anxiety, nausea
Will try prednisone for comfort as he Felt better on decadron premed for chemo.
    Prednisone 40 mg po qd x 4, then 30 mg po qd until he sees Dr. Colocci.

    He asked me how long he has - not having seen him before, this is difficult to answer - however, it is clear he has gone rapidly downhill in the last month and I suspect he has weeks. Wife asked about his flying to the midwest in late June for a wedding - he answered "I won't be here then".

    I advised hospice care, explained team approach, they are our feet at his home, no code, no 911 and he agreed. I think this is the best and quickest way to titrate meds to help him be more comfortable.

PLAN: HOspice
    Meds as above
    They will call tomorrow with a progress report.
    I tried to D/C pleurex,but was unable to do so - he will see thoracic surgery for this - it is not draining and he is uncomfortable.
    I reminded them our goals are to help him be as comfortable as possible for his remaining time.
    He was also seen by our nurse Andrea Tow who saw him last week and said he was much more cachectic.

Cc:Pathways HOspice
    Dr. MArk Oscherwitz   CPMC

Greater than 50% of today's 45 minute visit spent in discussion about his many problems and how to help him a bit.

### Patient Demographics

| Patient Name | Sex | DOB | Address | Phone |
|---|---|---|---|---|
| Nelson, Roger Ellis | Male | ████ 1938 | ████ PALO ALTO CA 94304 | ████ |

### Diagnoses
**MALIG NEO BRONCH/LUNG NOS (HCC) [162.9]** - Primary

### Vitals - Last Recorded

| BP | Pulse | Temp (Src) | Resp | Wt. | SpO2 |
|---|---|---|---|---|---|
| 104/62 | 82 | 98.3 °F (36.8 °C) (Oral) | 16 | 124 lb 12.8 oz (56.609 kg) | 95% |

### Substances and Sexuality

| Smoking Status | Amount |
|---|---|
| Unknown If Ever Smoked | N/A |

Nelson, Roger Ellis (MR # 8365785) DOB: [redacted]/1938 Age: 72 yrs                                   Enc Date: 04/20/2011

### Substances and Sexuality (continued)

Smoking Status         Amount

Smokeless Tobacco Status
**Unknown**

### Allergies as of 4/20/2011               Date Reviewed: 4/20/2011   Reviewed By: Wendy Ng Lvn
No Known Allergies

### All Flowsheet Templates (all recorded)
Mult Vitals Flowsheet
Custom Formula Data Flowsheet
Pain Scales Flowsheet

### Follow-up and Disposition
Routing History Recorded

### Level of Service
PR OV EST PT LEV 5 [99215]

### Ordered Medications

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **fentaNYL (DURAGESIC) 50mcg/hr Patch** | 10 Patch | 0 | 4/20/2011 | |
| Apply 1 Patch to clean dry area of skin every 72 hours. - Transdermal | | | | |
| **morPHINE (ROXANOL) 20mg/mL Oral Conc** | 60 mL | 0 | 4/20/2011 | |
| Take 0.5 mL by mouth every 2 hours as needed. - Oral | | | | |
| **predniSONE 20mg Tab** | 40 Tab | 0 | 4/20/2011 | |
| Take 1 Tab by mouth daily. - Oral | | | | |
| **oxycodone (ROXICODONE) 5mg Tab** | 80 Tab | 0 | 4/20/2011 | |
| Take by mouth every 4 hours as needed. Take 1-2 po q 4h prn pain for breakthrough pain - Oral | | | | |

### Visit Pharmacy
WALGREENS DRUG STORE 07087 - MENLO PARK, CA - 643 SANTA CRUZ AVE. AT SANTA CRUZ AVENUE & CHESTNUT STREET

### Questionnaire Answers

### Online Encounter
No questionnaire available.

### Encounter Messages
No Messages in this encounter

### Chart Reviewed By
Wendy Ng Lvn on 4/20/11 03:47 PM

IDX Visit Number                                IDX Visit Type
PA33130615                                      OFFICE VISIT SHORT [558]

### Medications at End of Encounter

Nelson, Roger Ellis (MR # 8365785) Printed by Wendy Ng                              Page 3 of 4
Lvn [NGW] at 4/20/11 3:47 PM

NelsonMeds-0011

Nelson, Roger Ellis (MR # 8365785) DOB: ▮ 1938 Age: 72 yrs                                             Enc Date: 04/20/2011

## Encounter Messages (continued)

### Medications at End of Encounter (continued)

| Medication | Instructions |
|---|---|
| fentaNYL (DURAGESIC) 50mcg/hr Patch | Apply 1 Patch to clean dry area of skin every 72 hours. |
| morPHINE (ROXANOL) 20mg/mL Oral Conc | Take 0.5 mL by mouth every 2 hours as needed. |
| predniSONE 20mg Tab | Take 1 Tab by mouth daily. |
| oxycodone (ROXICODONE) 5mg Tab | Take by mouth every 4 hours as needed. Take 1-2 po q 4h prn pain for breakthrough pain |
| nystatin (MYCOSTATIN) 100000 UNIT/ML Oral Susp | 10 mL four times daily. Swish, gargle and swallow |
| ondansetron (ZOFRAN) 4mg Tab | Take 1 Tab by mouth every 12 hours as needed. |
| megestrol (MEGACE) 20mg TABS Tab | 1 Tab three times daily. Take as directed. |
| lactulose (ENULOSE) 10g/15mL Oral Soln | Take 30 mL by mouth twice daily. Prn constipation |
| oxycodone (ROXICODONE) 5mg Tab | Take 1 Tab by mouth every 4 hours as needed. |
| lorazepam (ATIVAN) 0.5mg Tab | Take 1 Tab by mouth every 6 hours as needed for Anxiety/Restlessness and Nausea. |
| promethazine (PHENERGAN) 25mg Tab | Take 1 Tab by mouth every 6 hours as needed for Nausea/Vomiting. |
| ezetimibe (ZETIA) 10mg Tab | Take 10 mg by mouth daily. |
| zolpidem (AMBIEN) 10mg Tab | Take 1 Tab by mouth at bedtime as needed. |
| atorvastatin (LIPITOR) 20mg Tab | Take 20 mg by mouth daily. |
| fluticasone/salmeterol (ADVAIR DISKUS) 250mcg/50mcg Oral Inhaler | Inhale 1 Puff by mouth twice daily. |
| finasteride (PROSCAR) 5mg Tab | Take 5 mg by mouth daily. |
| alfuzosin ER (UROXATRAL) 10mg Tab | Take 10 mg by mouth daily. |
| omeprazole (PRILOSEC OTC) 20 MG Tab | Take 20 mg by mouth twice daily. |
| Vitamin A 10000 UNIT TABS | Take by mouth. |
| folic acid 400 MCG Tab | Take 400 mcg by mouth twice daily. |
| vitamin D (ERGOCALCIFEROL) 400 units Tab | Take 400 Units by mouth daily. |
| Niacin 1000 MG TBCR | Take 200 mg by mouth. |

### Encounter Status
Closed by Paula D Kushlan, MD on 4/20/11 at 3:20 PM


**ORDERS PLACED OR RELEASED THIS ENCOUNTER**

## Agency Discharge Summary as of 04-22-2011

**Patient Name:** Nelson, Roger E  
**Patient Code:** P13432  
**Date of Birth:** ▮▮-1938  **Age:** 72  

**Date Completed:** 04-22-2011  
**Team:** HH Central PC 7160  
**Marital Status:** Married  

**Advance Directives:** Advanced Directive  
**Ethnicity:** Caucasian  
**Primary Language:** English  
**Veteran Status:** Yes  
**Scheduled Visit Day:** 15  

**Religion:** Unknown  
**County of Admission:** Santa Clara  
**Scheduled Visit Month:** March  
**CAHPS:** Yes  

**Date of Referral:** 03-12-2011  **Source:** El Camino Hospital  
**Date of Admission:** 03-15-2011  **Final Date of Service:** 04-22-2011  **LOS:** 39  
**Discharge Reason:** Discharged to Hospice  

**Mental Status at Discharge/Transfer:**

**Services Provided:**  **No. Vis:**  
SN RN                   5

| Goals/Expected Outcome | Outcome | Ended |
|---|---|---|
| **Problem:** *Patient Standard | | |
| Discharge Plan: Home with assist | Fully met | 04-22-2011 |
| Rehabilitation Potential:Full return to previous level of function | Partially met | 04-22-2011 |
| **Problem:** Skin/tissue integrity impaired - actual/high risk | | |
| Absence of skin breakdown | Fully met | 04-22-2011 |
| Progressive healing of wound | Fully met | 04-22-2011 |
| **Problem:** #Depressed Mood/Individual Coping Ineffective | | |
| Depression symptoms managed appropriately | Fully met | 04-22-2011 |
| Verbalizes limitations of disease process | Fully met | 04-22-2011 |
| **Problem:** Ineffective breathing pattern | | |
| Preservation of optimal pulmonary function | Fully met | 04-22-2011 |
| Reduction in dyspneic episodes/secretions | Fully met | 04-22-2011 |
| **Problem:** #Pain | | |
| Pain control with appropriate analgesic | Fully met | 04-22-2011 |
| Patient verbalizes pain level decreased to | Fully met | 04-22-2011 |
| **Problem:** Constipation | | |
| Adherence to bowel regimen | Fully met | 04-22-2011 |
| Regular bowel movements | Fully met | 04-22-2011 |
| **Problem:** *Fall/Injury Risk | | |
| Absence or minimization of injury/falls | Fully met | 04-22-2011 |
| **Problem:** *OASIS Reference Information | | |
| M1040-Influenza Vaccine received this flu season (Yes or No-include Date given if known) - 2010 | Fully met | 04-22-2011 |
| M1050-Pneumococcal Vaccine received (Include date if known) - 2010 | Fully met | 04-22-2011 |
| M1730-Depression Screening Score - 6 | Fully met | 04-22-2011 |
| M2015-Medication Education Completed - admit RN | Fully met | 04-22-2011 |
| **Problem:** #Braden Scale Score and Interventions | | |
| Pressure ulcer prevention | Fully met | 04-22-2011 |
| **Problem:** Sit to Stand Test | | |
| Patient is not at increased risk for falls | Fully met | 04-22-2011 |

**Clinical Notes**  
04-22-2011 Patient was seen by nursing for symptoms r/t Mesothelioma and training in Pleurex catheter training. Pat. symptoms included SOB, intermittent coughing with resulting chest wall pain, and constipation. The above symptoms showed little progress. However, pleurex drainage did decrease from 50mL down to 4mL the final week. Pat. d/c'd to hospice care on 4/20.

NelsonMeds-0013

**Agency Discharge Summary as of 04-22-2011**

Pathways Home Health by Atom Biggs RN 04-22-2011 05:36:39p                Date/Time 05-04-2011 09:47:30a

NelsonMeds-0014

Pathways Home Health                                                                05-04-2011 09:47:41a   Page 1

## Medication Status as of 04-22-2011

Patient ID: P13432    Name: Nelson, Roger E                    Team: HH Central PC 7160
Primary Diagnosis: AFTRCRE SURG RESPSYS NEC (V58.74)          Insurance: Medicare PPS
Allergies: NKA

| Description/Dose/Frequency/Route | Non-Covered | Start Date | End Date | Actual End Date | Start Hold | Refill Information |
|---|---|---|---|---|---|---|
| Finasteride Oral Tablet 5 MG 1 tablet daily Oral<br>prostate | X | 03-15-2011 | | | | |
| Omeprazole Oral Capsule Delayed Release 20 MG 1 tablet twice a day Oral<br>GERD | X | 03-15-2011 | | | | |
| Zolpidem Tartrate Oral Tablet 10 MG 1 tablet at bedtime as needed Oral<br>for sleep | X | 03-15-2011 | | | | |
| Uroxatral Oral Tablet Extended Release 24 Hour 10 MG 1 tablet in the evening Oral<br>bladder | X | 03-15-2011 | | | | |
| Lipitor Oral Tablet 20 MG 1 tablet in the evening Oral<br>cholesterol | X | 03-15-2011 | | | | |
| Zetia Oral Tablet 10 MG 1 tablet in the evening Oral<br>cholesterol | X | 03-15-2011 | | | | |
| Advair Diskus Inhaled Miscellaneous 250-50 MCG/DOSE 1 puff two times a day Inhaled<br>asthma | X | 03-15-2011 | | | | |
| Megace Tablet 20MG 1 tablet three times a day Oral<br>appetite stimulant | X | 04-13-2011 | | | | |
| Zofran Oral Tablet 4 MG 1 tablet every 12 hours as needed Oral<br>for nausea | X | 04-13-2011 | | | | |
| Promethazine HCl Oral Tablet 25 MG 1 tablet every 6 hours as needed Oral<br>for nausea | X | 04-13-2011 | | | | |
| LORazepam Oral Tablet 0.5 MG 1 tablet every 6 hours as needed Oral<br>for nausea, anxiety, or restlessness | X | 04-13-2011 | | | | |
| Dexamethasone Oral Tablet 4 MG 2 tablet as directed Oral)<br>2 tabs twice daily only on the days before and after chemotherapy | X | 04-13-2011 | | | | |
| OxyCODONE HCl Oral Tablet 5 MG 1 tablet every 4 hours as needed Oral<br>for pain | X | 04-13-2011 | | | | |
| Bacitracin Zinc External Ointment 500 UNIT/GM 1 application as directed External<br>to skin redness where pleurex catheter exits on the right chest whenever the dressing is changed. | X | 04-13-2011 | | | | |
| Generlac Syrup 10GM/15ML 30 ml twice a day Oral<br>laxative for bowels | X | 04-13-2011 | | | | |
| MiraLax Oral Powder 2 capful daily as needed Oral<br>for regular bowel movements | X | 04-13-2011 | | | | |
| Colace Oral Capsule 100 MG 2 capsule daily as needed Oral<br>stool softener | X | 04-13-2011 | | | | |
| Senna S Oral Tablet 8.6-50 MG 2 tablet daily as needed Oral<br>laxative for bowels | X | 04-13-2011 | | | | |
| Tylenol Oral Tablet 325 MG 2 tablet every 6 hours as needed Oral<br>for pain | X | 04-13-2011 | | | | |

NelsonMeds-0015

Pathways Home Health                                                              05-04-2011 09:47:41a   Page 2

## Medication Status as of 04-22-2011

Patient ID: P13432    Name: Nelson, Roger E                   Team: HH Central PC 7160
Primary Diagnosis: AFTRCRE SURG RESPSYS NEC (V58.74)          Insurance: Medicare PPS
Allergies: NKA

Generlac Syrup 10GM/15ML 2 tablespoon every 2 hours Oral    X   04-18-2011
until bowel movement occurs

* Highlighted medication indicates inactive part of medication group as of reporting date

NelsonMeds-0016

# El Camino Hospital Mountain View

Department of Anatomic Pathology
2500 Grant Road, Mountain View, California 94040
TEL#: 650-940-7033        FAX: 650-966-9388

## SURGICAL PATHOLOGY REPORT

John V. Collin, M.D.
Brenda W. Ng, M.D.

Charles M. Lombard, M.D., Medical Director

Ankur R. Sangol, M.D.
Joshua Z. Sickel, M.D.

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | NELSON, ROGER E. | | | Accession #: | S11-3314 |
| DOB: | 1938 (Age: 72) | Gender: | M | Date of Procedure: | 3/11/2011 |
| Med. Rec. #: | 0001040453 | Location: | pre-admit | Date Received: | 3/11/2011 |
| Physician(s): | Tomomi Oka, M.D. | Financial #: | 1106900212 | | |

### FINAL PATHOLOGIC DIAGNOSIS:

Right pleura, biopsy: Epithelioid mesothelioma.

Pleura, biopsy: Epithelioid mesothelioma.

Electronically Signed Out
bn/3/14/2011

Brenda Ng, M.D.

### Specimen:
1: Pleura biopsy
2: Pleura biopsy

### Gross Description:
Received are two specimens.

Specimen 1 "right pleural biopsy" is received fresh for frozen section and consists of a 1.5 x 0.8 x 0.3 cm aggregate of rubbery pink-tan soft tissue. The tissue was entirely frozen as FS.

Specimen 2 "pleural biopsy" is received in formalin and consists of a 2.5 x 2 x 0.5 cm aggregate of rubbery pink-tan soft tissue. Entirely submitted labeled A.

### Microscopic Description:
Sections of both pleural biopsies show a malignant neoplasm composed of sheets of polygonal epithelioid cells with abundant pale eosinophilic cytoplasm, round nuclei and prominent nucleoli. There is nuclear pleomorphism with multinucleated forms. Intracytoplasmic vacuoles are noted in some cells. Up to 4 mitotic figures are identified in one high-power field. The tumor infiltrates adipose tissue. Differential diagnosis includes malignant mesothelioma versus adenocarcinoma. Immunostains show the following:

| | |
|---|---|
| MOC-31: | Negative |
| CK7: | Positive |
| CK20: | Negative |
| Calretinin: | Positive |
| CK5/6: | Positive |
| D2-40: | Positive |
| TTF-1: | Negative |

Altogether, histologic and immunohistochemical findings are consistent with epithelioid mesothelioma.
The immunohistochemical test was developed and its performance characteristics determined by El Camino Hospital Pathology Department. Unless indicated otherwise, it has not been cleared or approved by the USFDA, although such approval is not

NELSON, ROGER E.                    OKA,Tomomi/Palo Alto                    Page 1 of 2

NelsonMeds-0017