*EXHIBIT C*

**Ellen**

| | |
|---|---|
| **From:** | hid_resp@hid.uscourts.gov |
| **Sent:** | Tuesday, July 12, 2011 12:30 PM |
| **To:** | hawaii_cmecf@hid.uscourts.gov |
| **Subject:** | [SPAM] - Activity in Case 1:11-cv-00405-LEK -BMK Nelson  et al v. Crane Company et al Notice of Hearing on Motion - Character set not allowed |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

### District of Hawaii

### Notice of Electronic Filing

The following transaction was entered on 7/12/2011 at 12:30 PM HST and filed on 7/12/2011

| | |
|---|---|
| **Case Name:** | Nelson et al v. Crane Company et al |
| **Case Number:** | 1:11-cv-00405-LEK -BMK |
| **Filer:** | |
| **Document Number:** | 28(No document attached) |

**Docket Text:**
**NOTICE of Hearing on Motion [7] Plaintiffs Rosalie J. Nelson and Roge E. Nelson's MOTION to Remand to State Court set for 8/29/2011 at 09:45 AM before JUDGE LESLIE E. KOBAYASHI. (lls, )**

---

**CERTIFICATE OF SERVICE**
**Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry.**

**1:11-cv-00405-LEK -BMK Notice has been electronically mailed to:**

Sidney K. Ayabe sidney.ayabe@hawadvocate.com, sally.hayashi@hawadvocate.com

John R. Lacy jlacy@goodsill.com, lsugamoto@goodsill.com

Michael F. O'Connor mfoconnor@ollon.com, jawai@ollon.com

Aimee H. Oyasato aoyasato@wto-hilaw.com

William S. Hunt whunt@ahfi.com, ct@ahfi.com

L. Richard DeRobertis rd@gogaliher.com, dino@gogaliher.com, ellen@gogaliher.com, sarah@gogaliher.com, stephanie@gogaliher.com

Gary O. Galiher gog@gogaliher.com

Corlis J. Chang cchang@goodsill.com, phori@goodsill.com

Ralph J. O'Neill ralphoneill@macrudylaw.com, Sbmacdonald@macrudylaw.com, cathykong@macrudylaw.com, julie@macrudylaw.com, lst@macrudylaw.com

Diane T. Ono dto@gogaliher.com

Lee T. Nakamura lnakamura@tpm-hawaii.com, james.insco@klgates.com, jkamai@tpm-hawaii.com, jkotowski@tpm-hawaii.com, payukawa@tpm-hawaii.com

Jerold T. Matayoshi jtm@fmhc-law.com, si@fmhc-law.com

Steven K. Hisaka shisaka@objectionsustained.com

Elton John Bain jbain@kdubm.com, scharboneau@kdubm.com

Gail M. Kang gail.kang@hawadvocate.com, lisa.patricio@hawadvocate.com

Craig T. Kugisaki craig@kugisaki.com, amy@kugisaki.com, craigt@kugisaki.com

Marie A. Sheldon tsheldon@kdubm.com

Christopher S. Goodwin chris@christophersheagoodwin.com

Todd W. Eddins twe@gogaliher.com

Scott K. Saiki sks@gogaliher.com

Ewing M. Martin, III mmartin@kdubm.com, jbain@kdubm.com, lkuwabara@kdubm.com, scharboneau@kdubm.com

Michael A. Ragsdale michael@davislevin.com

Ilana Kananipiliokala Waxman ikw@gogaliher.com, shawn@gogaliher.com

Erica Mei Yung Mullen Chee echee@ahfi.com, rhimalaya@ahfi.com

Bradford Chun bchun@kdubm.com

**1:11-cv-00405-LEK -BMK Notice will not be electronically mailed to:**

John A. Montalbano
Fukunaga Matayoshi Hershey Ching & Kop
841 Bishop St Ste 1200
Honolulu, Hi 96813

Stephen D. Tom
White Tom & Oyasato
900 Fort Street Mall, Suite 930
Honolulu, HI 96813-2972