# EXHIBIT A

**(NOTICE OF TAG-ALONG ACTION)**

# ORIGINAL

STEVEN HISAKA           1773-0

HISAKA YOSHIDA COSGROVE
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, HI 96813
Telephone: (808) 523-0451
Facsimile: (808) 524-0422
E-mail: shisaka@objectionsustained.com

Attorneys for Defendant
AIR & LIQUID SYSTEMS CORPORATION,
successor by merger to BUFFALO PUMPS, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 0 2011

at __7__ o'clock and __30__ min. A__ M

SUE BEITIA, CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>(NO. VI)<br><br>This Document Relates To:<br>_____ | MDL 875 |

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br>HAWAI'I STATE ASBESTOS CASES<br><br>This Document Applies To:<br><br>MINORU ARAKAKI and KATHLEEN<br>_____ | CIVIL NO. CV11 00449 LEK BMK<br><br>Circuit Court of the First Circuit<br>State of Hawaii<br>CIVIL NO. 11-1-1157-06 (RAN) |

M. ARAKAKI,

          Plaintiffs,

vs.

1) CRANE COMPANY, a Delaware corporation;

2) AURORA PUMP COMPANY, a foreign corporation;

3) BAYER CROPSCIENCE, INC., successor-in-interest to RHONE-POULENC AG COMPANY, f/k/a AMCHEM PRODUCTS, INC., f/k/a BENJAMIN FOSTER PRODUCTS COMPANY, a foreign corporation;

4) UNION CARBIDE CORPORATION, a New York corporation;

5) AIR & LIQUID SYSTEMS CORPORATION, Successor-by-merger to BUFFALO PUMPS, INC., a New York corporation;

6) CERTAINTEED CORPORATION, a Delaware corporation;

7) CLEAVER-BROOKS, INC., a Delaware corporation;

8) GOULDS PUMPS, INC., a Delaware corporation;

9) IMO INDUSTRIES, INC., individually and as successor-in-interest to DELAVAL TURBINE, INC., and f/k/a IMO DELAVAL, INC.,

[Caption continued on next page]

**NOTICE OF TAG-ALONG ACTION**

TRANSAMERICA DELAVAL INC., )
and DELAVAL STEAM TURBINE )
COMPANY, a Delaware corporation; )
)
10) INGERSOLL RAND CO., a New )
Jersey corporation; )
)
11) JOHN CRANE, INC., a Delaware )
corporation; )
)
12) THE LYNCH CO., INC., a Hawai'i )
corporation; )
)
13) METROPOLITAN LIFE )
INSURANCE COMPANY, a New York )
corporation; )
)
14) WARREN PUMPS, LLC, a )
Delaware corporation; )
)
15) THE WILLIAM POWELL )
COMPANY, an Ohio corporation; )
)
16) YARWAY CORPORATION, a )
Pennsylvania corporation; )
)
17) DOES 1 to 25, )
)
               Defendants. )

**DEFENDANT AIR & LIQUID SYSTEMS CORPORATION'S
NOTICE OF TAG-ALONG ACTION**

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII, PLEASE TAKE NOTICE OF THE FOLLOWING:

    1.    On July 29, 1991, the Judicial Panel on Multidistrict Litigation

entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination of pretrial proceedings pursuant to 28 U.S.C. section 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

2. The undersigned hereby notifies the court that this state court action removed **July 20, 2011**, (a copy of the removed state court complaint is attached hereto as Exhibit A) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

3. AIR & LIQUID SYSTEMS CORPORATION, successor by merger to Buffalo Pumps, Inc. ("BUFFALO PUMPS") is providing written notice of the Notice of Tag-Along Action to all adverse parties.

4. BUFFALO PUMPS reserves the right to amend or supplement this Notice of Tag-Along Action.

DATED: Honolulu, Hawaii, July 19, 2011

    Respectfully submitted,

    HISAKA YOSHIDA COSGROVE

    _/s/ Steven Hisaka_
    STEVEN HISAKA
    Attorneys for Defendant
    AIR & LIQUID SYSTEMS
    CORPORATION, successor by
    merger to BUFFALO PUMPS, INC.