IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BETTIE J. PASCHALL, Executrix of the
Estate of EARL WAYNE PASCHALL,
Deceased

    Plaintiff,

v.

ABEX CORPORATION, et al.

    Defendants.

Consolidated Under
MDL DOCKET No. 875

VAE/3:11-cv-00431

### DEFENDANTS OTIS ELEVATOR COMPANY AND UNITED TECHNOLOGIES CORPORATION'S DISCLOSURE STATEMENT

Defendants, Otis Elevator Company and United Technologies Corporation, by counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, state the following. Otis Elevator is a wholly-owned subsidiary of United Technologies Corporation. United Technologies Corporation is a publicly traded company with no parent company.

Respectfully submitted,

/s/
Otis Elevator Company and
United Technologies Corporation

Counsel:
C. Stinson Mundy (VSB # 71214)
smundy@mrcpclaw.com
Martin A. Conn (VSB # 33913)
mconn@mrcpclaw.com
MORAN REEVES & CONN PC
4110 E. Parham Road
Richmond, Virginia 23228
(804) 421-6250
(804) 421-6251 (facsimile)

*Counsel for Defendant Otis Elevator Company and
United Technologies Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of July, 2011, I will electronically file the foregoing document with the Clerk of Court using MC/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/
Otis Elevator Company and
United Technologies Corporation

Counsel:
C. Stinson Mundy (VSB # 71214)
smundy@mrcpclaw.com
Martin A. Conn (VSB # 33913)
mconn@mrcpclaw.com
MORAN REEVES & CONN PC
4110 E. Parham Road
Richmond, Virginia 23228
(804) 421-6250
(804) 421-6251 (facsimile)

*Counsel for Defendant Otis Elevator Company and United Technologies Corporation*