# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & TITLE - IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

## NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

LIST ATTACHED

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

LIST ATTACHED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| JULY 26, 2011 | [signature] |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

ALANI GOLANSKI, c/o WEITZ & LUXENBERG, P.C., 700 BROADWAY, NEW YORK, NY 10003

Telephone No.: (212) 558-5500     Fax No.: (212) 344-5461

Email Address: AGOLANSKI@WEITZLUX.COM

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL 875 – IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

**ATTACHMENT TO NOTICE OF APPEARANCE**

PARTIES REPRESENTED:

(1) COSIMO COTRONA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Plaintiff

(2) THOMAS J. COYNE and SUZANNE COYNE . . . . . . . . . . . . . . . . . . . . . . . . Plaintiffs

(3) DANIEL STUPINO and ANNA STUPINO . . . . . . . . . . . . . . . . . . . . . . . . . . . . Plaintiffs

SHORT CASE CAPTIONS:

(1)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| COSIMO COTRONA<br><br>                              **Plaintiffs,**<br><br>    - against -<br><br>CBS CORPORATION, f/k/a VIACOM INC.,<br>successor by merger to CBS CORPORATION, f/k/a<br>ELECTRIC CORPORATION,<br>*et al.*,<br><br>                              **Defendants.** | Civil Action<br>№ 11 Civ 4967 (CM) (JCF) |

-----------------------------------------------------------------x

(2)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

THOMAS J. COYNE and SUZANNE COYNE,   Civil Action
                                     Nº 11 Civ 4966 (RMB) (HP)
               Plaintiffs,

  - against -

ALUMINUM COMPANY OF AMERICA
(ALCOA), *et al.*,

               Defendants.
-----------------------------------------------------------------x


(3)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DANIEL STUPINO and ANNA STUPINO,   Civil Action
                                   Nº 11 Civ 4968 (GBD) (MHD)
               Plaintiffs,

  - against -

AMERICAN BILTRITE COMPANY,
*et al.*,

               Defendants.
-----------------------------------------------------------------x