UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL 875 – IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:


**CONDITIONAL TRANSFER ORDER (CTO-426)**

-----------------------------------------------------------------x


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | |
|---|---|
| **COSIMO COTRONA** | Civil Action |
| | № 11 Civ 4967 (CM) (JCF) |
| **Plaintiffs,** | |
| - against - | |
| **CBS CORPORATION, f/k/a VIACOM INC.,** successor by merger to CBS CORPORATION, f/k/a ELECTRIC CORPORATION, *et al.*, | |
| **Defendants.** | |

-----------------------------------------------------------------x


-----------------------------------------------------------------x

| | |
|---|---|
| **THOMAS J. COYNE and SUZANNE COYNE,** | Civil Action |
| | № 11 Civ 4966 (RMB) (HP) |
| **Plaintiffs,** | |
| - against - | |
| **ALUMINUM COMPANY OF AMERICA (ALCOA),** *et al.*, | |
| **Defendants.** | |

-----------------------------------------------------------------x

---------------------------------------------------------------x

**DANIEL STUPINO and ANNA STUPINO,**             **Civil Action**
                                                 **№ 11 Civ 4968 (GBD) (MHD)**
        **Plaintiffs,**

- against -

**AMERICAN BILTRITE COMPANY,**
*et al.*,

        **Defendants.**
---------------------------------------------------------------x

## NOTICE OF OPPOSITION

The afore-captioned plaintiffs, by their counsel, hereby oppose and object to the transfer of these actions to the United States District Court for the Eastern District of Pennsylvania, on the ground that, prior to the entry of the Conditional Transfer Order (CTO-426) (issued July 26, 2011), the United States District Court for the Southern District of New York issued orders remanding the above-captioned actions to the Supreme Court of the State of New York, New York County, such orders having been entered July 25, 2011, and being annexed hereto collectively as **Exhibit "1"**. As such, the above-captioned actions no longer reside in the United States District Court.

//ss// *Alani Golanski*
_____
Alani Golanski, Esq. (AG/8165)
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, New York 10003
Tel: (212) 558-5500
Fax: (212) 344-5461
agolanski@weitzlux.com