USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 25 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COSIMO COTRONA,

                Plaintiff,

  -v-

GEORGIA PACIFIC CO., et al.,

                Defendants

ORDER

11 CV 04967 (GBD)

GEORGE B. DANIELS, District Judge:

Plaintiff's motion to remand is GRANTED. The above-captioned action is REMANDED to the Supreme Court of the State of New York, New York County.

Dated: New York, New York
       July 25, 2011

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS J. COYNE, and SUZANNE COYNE,

                Plaintiffs,

-v-

GEORGIA PACIFIC CO., et al.,

                Defendants

ORDER

11 CV 04966 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 25 2011

GEORGE B. DANIELS, District Judge:

Plaintiffs' motion to remand is GRANTED. The above-captioned action is REMANDED to the Supreme Court of the State of New York, New York County.

Dated: New York, New York
       July 25, 2011

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 25 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL STUPINO, and ANNA STUPINO,

                       Plaintiffs,

-v-

GEORGIA PACIFIC CO., et al.,

                       Defendants

ORDER

11 CV 04968 (GBD)

GEORGE B. DANIELS, District Judge:

Plaintiffs' motion to remand is GRANTED. The above-captioned action is REMANDED to the Supreme Court of the State of New York, New York County.

Dated: New York, New York
       July 25, 2011

SO ORDERED:

*George B Daniels*
GEORGE B. DANIELS
United States District Judge