# Lynch Daskal Emery LLP

264 West 40th Street
New York, New York 10018
Tel: 212-302-2400
Fax: 212-302-2210

July 26, 2011

<u>BY ECF</u>

Mr. Jeffery N. Luthi
Docket Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C.  20002-8004

> **Re:** **Withdrawal of the Notice of Potential Tag-Along Actions:**
> *Daniel Stupino and Anna Stupino v. American Biltrite Company, et al.,*
> *Thomas Coyne and Susan Coyne v. Aluminum Company of America, et al.,*
> *Cosimo Cotrona v. CBS Corporation, et al.,*
> <u>**In re: Asbestos Products Liability Litigation (No. VI) MDL No. 875**</u>

Dear Mr. Luthi:

      I write to notify you that defendant Georgia-Pacific LLC withdraws its notice of potential tag-along actions (Re: Doc. Nos. 7553, 7566 and 7567), as the United States District Judge George Daniels of the Southern District of New York remanded the actions to the Supreme Court of the State of New York, New York County.

      Enclosed are copies of Judge Daniels' Orders for each of the above-captioned matters.

      Respectfully,

      LYNCH DASKAL EMERY LLP
      *Attorneys for Defendant Georgia-Pacific LLC*

      /s/
      Lawrence G. Lee

Encls.

cc:    Plaintiffs' Counsel (by electronic filing)