UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COSIMO COTRONA,

                 Plaintiff,

-v-

GEORGIA PACIFIC CO., et al.,

                 Defendants

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 5 2011

ORDER

11 CV 04967 (GBD)

GEORGE B. DANIELS, District Judge:

Plaintiff's motion to remand is GRANTED. The above-captioned action is REMANDED to the Supreme Court of the State of New York, New York County.

Dated: New York, New York
       July 25, 2011

SO ORDERED:

*George B Daniels*
GEORGE B. DANIELS
United States District Judge