UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS J. COYNE, and SUZANNE COYNE,

                             Plaintiffs,

-v-

GEORGIA PACIFIC CO., et al.,

                             Defendants

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 25 2011

ORDER

11 CV 04966 (GBD)

GEORGE B. DANIELS, District Judge:

Plaintiffs' motion to remand is GRANTED. The above-captioned action is REMANDED to the Supreme Court of the State of New York, New York County.

Dated: New York, New York
        July 25, 2011

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge