UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL STUPINO, and ANNA STUPINO,

                     Plaintiffs,

-v-

GEORGIA PACIFIC CO., et al.,

                     Defendants

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 25 2011

ORDER

11 CV 04968 (GBD)

GEORGE B. DANIELS, District Judge:

Plaintiffs' motion to remand is GRANTED. The above-captioned action is REMANDED to the Supreme Court of the State of New York, New York County.

Dated: New York, New York
      July 25, 2011

                                        SO ORDERED:

                                        *George B Daniels*
                                        GEORGE B. DANIELS
                                        United States District Judge