STEVEN M. HAROWITZ (BAR NO. 71117)
harowitz@htlawoffices.com
KATHERINE Y. WANG (BAR NO. 215663)
wang@htlawoffices.com
**HAROWITZ & TIGERMAN, LLP**
450 Sansome Street, 3rd Floor
San Francisco, California 94111
Tel: (415) 788-1588; Fax: (415) 788-1598

Attorneys for Plaintiffs

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In Re: Asbestos Products Liability Litigation (No. VI)

*Patti Donlon, Individually and as Successor-in-Interest to the Estate of Patrick Donlon, Decedent, Sean Donlon, and Does One through Ten, Inclusive v. AC and S, Inc., et al.*, N.D. California, C.A. No. 3:11-CV-03376

### NOTICE OF OPPOSITION TO CTO-424

I represent Plaintiffs PATTI DONLON and SEAN DONLON in the above captioned action which is included on the conditional transfer order (CTO-424). Plaintiffs PATTI DONLON and SEAN DONLON submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

Katherine Y. Wang, Esq.
Harowitz & Tigerman LLP
450 Sansome St., 3rd Floor
San Francisco, CA 94111
Phone: (415) 788-1588
Fax: (415) 788-1598
Email: wang@htlawoffices.com
Counsel for PATTI DONLON and SEAN DONLON