ATTORNEYS AT LAW

ONE MARKET PLAZA   STEUART TOWER, 8TH FLOOR   SAN FRANCISCO, CALIFORNIA 94105-1101

www.sedgwicklaw.com   415.781.7900 *phone*   415.781.2635 *fax*

# Sedgwick LLP

July 26, 2011

**VIA ECF FILING**

Jeffery N. Luthi
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:   *Marjorie Founds, et al. v. Foster Wheeler, et al.*
      U.S. District Court, Northern District Of California, Case No. 3:11-cv-02212-JSW
      Our File No.: 00045-079666

Dear Mr. Luthi:

On behalf of our client, General Electric Company ("GE"), we write to inform the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" asbestos case currently pending in the United States District Court for the Northern District of California.

Plaintiff in the above-referenced matter has initiated a wrongful death asbestos-related action. Plaintiff claims that decedent Donald Founds was exposed to asbestos-containing products at his job sites. This "tag-along" case was filed in the United States District Court for the Northern District of California on May 5, 2011.

Donald Founds initially filed a personal injury action in the United States District Court for the Northern District of California on April 29, 2010, alleging the same asbestos-related injury alleged in this wrongful death action. The personal injury action was transferred to the United States District Court for the Eastern District of Pennsylvania on July 7, 2010. These cases should be related as they relate to the same plaintiffs, the same claims of asbestos exposure, and stem from the same state court case. In sum, (1) it involves claims of personal injury based on identical plaintiff's exposure to asbestos and asbestos-containing products, (2) it calls for the determination of the same or substantially identical questions of law, and (3) it is likely to entail duplication of labor if heard by different judges. A Notice of Related cases has been filed with the United States District Court for the Northern District of California.

SF/2288670v1

July 26, 2011
Page 2

As evidenced by the fact that Mr. Founds claims are already before the United States District Court for the Eastern District of Pennsylvania, this wrongful death action involves common questions of fact with numerous other asbestos actions previously transferred by the Panel pursuant to 28 U.S.C. § 1407. Accordingly, GE requests that the Panel transfer this case to the Eastern District of Pennsylvania for consolidated pretrial proceedings. Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of Procedure, the panel is authorized to enter a conditional transfer order or file an order to show cause why this action should not be transferred.

I enclose plaintiff's complaint in this action, as well as the docket sheet for this case in the United States District Court for the Northern District of California. I also enclose the docket sheet for Mr. Founds' previously filed personal injury claim now in the United States District Court for the Eastern District of Pennsylvania.

Plaintiff in this action is represented by David R. Donadio of Brayton Purcell LLP, 222 Rush Landing Road, Novato, California 94948-6169 (telephone: (415) 898-1555; fax: (415) 898-1247).

Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

Regards,

Allison M. Low
Sedgwick LLP

Enclosure

cc: (via facsimile only) (w/out enclosure)

Brayton Purcell

SF/2288670v1

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, CA 94105-1008. On July 26, 2011, I served the within document(s):

**7-26-11 LETTER (NOTICE) TO JUDICIAL PANEL ON MULTIDISTRICT LITIGATION RE POTENTIAL TAG-ALONG CASE**

☑ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date.

☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☑ ELECTRONIC SERVICE VIA ECF - by electronically delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via [delivery method]

☐ LEXIS-NEXIS FILE & SERVE - I electronically served the document(s) listed above via LexisNexis File & Serve on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website.

| | |
|---|---|
| Jeffery N. Luthi<br>Judicial Panel on Multidistrict Litigation<br>One Columbus Circle, NE<br>Thurgood Marshall Federal Judicial Building<br>Room G-255, North Lobby<br>Washington, DC 20002 | VIA ECF |
| Brayton Purcell LLP<br>222 Rush Landing<br>P.O. Box 6169<br>Novato, California 94948-6769<br>Telephone: 415-898-1555<br>Facsimile: 415-898-1247 | ATTORNEYS FOR PLAINTIFFS<br><br>Via Facsimile |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 26, 2011 at San Francisco, California.

_____
Mark Mitobe

SF/2288911v1

-1-

PROOF OF SERVICE