# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:11-cv-02212-JSW

Founds v. Foster Wheeler LLC et al
Assigned to: Hon. Jeffrey S. White
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 05/05/2011
Jury Demand: Defendant
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**Marjorie Founds**
*as Wrongful Death Heir, and as Successor-in-Interest to Donald Founds, Deceased, and as Legal Heir of Donald Founds, Deceased*

represented by **David R. Donadio**
Brayton Purcell LLP
222 Rush Landing Road
Novato, CA 94948-6169
(415) 898-1555
Fax: 415-898-1247
Email: DDonadio@braytonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan R. Brayton**
Brayton Purcell LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
415-898-1555
Fax: 415-898-1247
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Foster Wheeler LLC**
*formerly known as*
Foster Wheeler Corporation

**Defendant**

**General Electric Company**

**Defendant**

**Northrop Grumman Shipbuilding, Inc.**

**Defendant**

**Todd Shipyards Corporation**

**Defendant**

Asbestos Corporation Limited

**Defendant**

Metropolitan Life Insurance Company

**Defendant**

Bath Iron Works Corporation

**Defendant**

| Puget Sound Commerce Center, Inc. | represented by | George D. Yaron<br>Yaron & Associates<br>601 California Street, 21st Floor<br>San Francisco, CA 94108-2281<br>415-658-2929<br>Fax: 415-658-2930<br>Email: gyaron@yaronlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2011 | 1 | COMPLAINT; summons issued against Asbestos Corporation Limited, Bath Iron Works Corporation, Foster Wheeler LLC, General Electric Company, Metropolitan Life Insurance Company, Northrop Grumman Shipbuilding, Inc., Todd Shipyards Corporation (Filing fee $ 350, receipt number 34611059505). Filed by Marjorie Founds. (Attachments: # 1 Civil Cover Sheet, # 2 Summons) (slh, COURT STAFF) (Filed on 5/5/2011) (Entered: 05/06/2011) |
| 05/05/2011 | 2 | Certificate of Interested Entities or Persons by Marjorie Founds. (slh, COURT STAFF) (Filed on 5/5/2011) (Entered: 05/06/2011) |
| 05/05/2011 | 3 | NOTICE of Tag-Along Action by Marjorie Founds. (slh, COURT STAFF) (Filed on 5/5/2011) (Entered: 05/06/2011) |
| 05/05/2011 | 4 | Declination to Proceed Before a U.S. Magistrate Judge by Marjorie Founds. (slh, COURT STAFF) (Filed on 5/5/2011) (Entered: 05/06/2011) |
| 05/05/2011 | 5 | ADR SCHEDULING ORDER: Case Management Statement due by 8/10/2011. Case Management Conference set for 8/17/2011 01:30 PM. (Attachments: # 1 Standing Order)(slh, COURT STAFF) (Filed on 5/5/2011) (Entered: 05/06/2011) |
| 05/05/2011 |  | CASE DESIGNATED for Electronic Filing. (slh, COURT STAFF) (Filed on 5/5/2011) (Entered: 05/06/2011) |
| 05/13/2011 | 6 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (bpf, COURT STAFF) (Filed on 5/13/2011) (Entered: 05/13/2011) |
| 05/13/2011 |  | ***EMC Deadlines terminated. 6 Clerk's Notice of Impending Reassignment. |

|  |  |  |
|---|---|---|
|  |  | (bpf, COURT STAFF) (Filed on 5/13/2011) (Entered: 05/13/2011) |
| 05/16/2011 | 7 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Jeffrey S. White for all further proceedings. Judge Magistrate Judge Edward M. Chen no longer assigned to the case.. Signed by Executive Committee on 5/16/11. (as, COURT STAFF) (Filed on 5/16/2011) (Entered: 05/16/2011) |
| 05/16/2011 | 8 | INITIAL SCHEDULING CONFERENCE ORDER: Case Management Conference set for 8/26/2011 01:30 PM in Courtroom 11, 19th Floor, San Francisco. Case Management Statement due by 8/19/2011.. Signed by Judge JEFFREY S. WHITE on 5/16/11. (jjoS, COURT STAFF) (Filed on 5/16/2011) (Entered: 05/16/2011) |
| 07/22/2011 | 9 | ANSWER to Complaint *Answer of Defendant Puget Sound Commerce Center, Inc., erroneously sued as and formerly known as Todd Shipyards Corporation to Plaintiff's Complaint for Survival, Wrongful Death - Asbestos* byPuget Sound Commerce Center, Inc.. (Yaron, George) (Filed on 7/22/2011) (Entered: 07/22/2011) |
| 07/22/2011 | 10 | DEMAND for Trial by Jury by Puget Sound Commerce Center, Inc.. (Yaron, George) (Filed on 7/22/2011) (Entered: 07/22/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/26/2011 07:48:33 | | | |
| **PACER Login:** | sd0076 | **Client Code:** | 05045-079666 |
| **Description:** | Docket Report | **Search Criteria:** | 3:11-cv-02212-JSW |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |