ASBESTOS, CA-N, CASREF/ASB, MDL-875, TJR/ASB

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:10-cv-69380-ER

FOUNDS v. GENERAL ELECTRIC COMPANY et al
Assigned to: HONORABLE EDUARDO C. ROBRENO
Referred to: MAGISTRATE JUDGE THOMAS J. RUETER (Settlement)
Case in other court: CA-N, 10-01851
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 07/01/2010
Jury Demand: Defendant
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**
**DONALD FOUNDS**  represented by  **ALAN R. BRAYTON**
BRAYTON, PURCELL LLP
222 RUSH LANDING RD
NOVATO, CA 94948
*ATTORNEY TO BE NOTICED*

**DAVID R. DONADIO**
BRAYTON PURCELL LLP
222 RUSH LANDING RD
POBOX 6169
NOVATO, CA 94948
Email: ddonadio@braytonlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**GENERAL ELECTRIC COMPANY**  represented by  **CHARLES T. SHELDON**
SEDGWICK LLP
ONE MARKET PLAZA
STEUART TOWER 8TH FL
SAN FRANCISCO, CA 94105
415-781-7900
Email: charles.sheldon@sedgwicklaw.com
*ATTORNEY TO BE NOTICED*

**DEREK S. JOHNSON**
SEDGWICK LLP
ONE MARKET PLAZA
STEUART TOWER - 8TH FL
SAN FRANCISCO, CA 94105
415-781-7900
Email: derek.johnson@sdma.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**FOSTER WHEELER LLC**
*formerly known as*
FOSTER WHEELER CORPORATION

represented by **SHELLEY K. TINKOFF**
BRYDON HUGO & PARKER
135 MAIN ST 20TH FL
SAN FRANCISCO, CA 94105
415-808-0300
Email: tinkoff@bhplaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**TODD SHIPYARDS CORPORATION**

represented by **ALICE TRUONG WONG**
YARON & ASSOCIATES
601 CALIFORNIA 21ST FL
SAN FRANCISCO, CA 94108
415-658-2929
Email: awong@yaronlaw.com
*ATTORNEY TO BE NOTICED*

**DEMIAM DAVID STEELE**
YARON & ASSOC
601 CALIFORNIA ST 21ST FL
SAN FRANCISCO, CA 94108
415-658-2929
Email: dsteele@yaronlaw.com
*ATTORNEY TO BE NOTICED*

**GEORGE D. YARON**
YARON & ASSOCIATES
601 CALIFORNIA ST 21ST FL
SAN FRANCISCO, CA 94108
415-658-2929
Email: gyaron@yaronlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**NORTHROP GRUMMAN SHIPBUILDING, INC.**

represented by **DANIEL JAMES KELLY**
TUCKER ELLIS & WEST LLP
135 MAIN ST STE 700
SAN FRANCISCO, CA 94105
415-617-2400
Email: daniel.kelly@tuckerellis.com
*ATTORNEY TO BE NOTICED*

**NAIRI PATERSON**
HAIGHT BROWN & BONESTEEL LLP
71 STEVENSON ST 20TH FL
SAN FRANCISCO, CA 94105

415-546-7500
Email: npaterson@hbblaw.com
*TERMINATED: 09/27/2010*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/01/2010 | 1 | TRANSFER ORDER NO. 791 THAT THE CLERK OF COURT IS ORDERED TO INITIATE THE PROCEDURES FOR THE TRANSFER OF MDL 875 CASES FROM THE U.S.D.C. NORTHERN DISTRICT OF CALIFORNIA, IN ACCORDANCE WITH THE TERMS OF THIS COURT'S ADMINISTRATIVE ORDER NO. 11. ENTERED AND COPIES MAILED. (lg, ) (Entered: 07/02/2010) |
| 07/01/2010 | 2 | AMENDED ADMINISTRATIVE ORDER NO. 11 THAT THE MODIFICATIONS TO THE EXISTING PROCEDURES FOR THE PROCESSING OF CASES, DOCKETS, PLEADINGS AND ORDERS IN MDL 875 CASES ARE ADOPTED AS OUTLINED IN THIS ORDER, ETC. ENTERED AND COPIES MAILED. (lg, ) (Entered: 07/02/2010) |
| 07/01/2010 | 3 | NOTICE TO COUNSEL (lg, ) (Entered: 07/02/2010) |
| 07/08/2010 | 4 | ORDER THAT A STATUS AND SCHEDULING CONFERENCE WILL BE HELD IN THE CASES ON THE ATTACHED LIST OF CASES ON WEDNESDAY, JULY 21, 2010 AT 10:00 AM IN COURTROOM 11A, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA, 601 MARKET STREET, PHILADELPHIA, PA 19106; FAILURE TO APPEAR AT THE HEARING AND/OR CONFERENCE SHALL RESULT IN THE DISMISSAL OF THE CASE; ETC.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/8/10. 7/9/10 ENTERED AND COPIES MAILED, E-MAILED.(ah) (Entered: 07/09/2010) |
| 07/28/2010 | 5 | ORDER THAT THE CLAIMS AGAINST ALL THE VIABLE DEFENDANTS IN THE CASES LISTED IN EXHIBIT "A", ATTACHED, ARE DISMISSED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 7/22/2010. 7/28/2010 ENTERED AND COPIES MAILED, E-MAILED. (kk, ) (Main Document 5 replaced on 7/28/2010) (kk, ). (Entered: 07/28/2010) |
| 08/02/2010 | 6 | ORDER THAT THE ORDERS OF DISMISSAL ENTERED IN THE CASES LISTED IN EXHIBIT "A", ATTACHED, ARE VACATED. IT IS FURTHER ORDERED THAT THESE CASES ARE REFERRED TO CHIEF MAGISTRATE JUDGE THOMAS J. RUETER FOR SETTLEMENT AND PRETRIAL PROCEEDINGS. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 7/30/10. 8/2/10 ENTERED AND COPIES MAILED, E-MAILED.(fdc) (Entered: 08/02/2010) |
| 09/27/2010 | 7 | NOTICE of Withdrawal of Appearance of NAIRI PATERSON by ROBERT D. TOBEY, JR on behalf of NORTHROP GRUMMAN SHIPBUILDING, INC.(TOBEY, ROBERT) Modified on 9/28/2010 (md). (Entered: 09/27/2010) |
| 03/17/2011 | 8 | ANSWER to Complaint by FOSTER WHEELER LLC.(TINKOFF, SHELLEY) (Entered: 03/17/2011) |

| 03/17/2011 | 9  | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by FOSTER WHEELER LLC.(TINKOFF, SHELLEY) (Entered: 03/17/2011) |
| --- | --- | --- |
| 03/17/2011 | 10 | NOTICE by FOSTER WHEELER LLC re 9 Disclosure Statement Form, 8 Answer to Complaint *Notice of Payment of Contribution Pursuant to Administrative Order No. 14* (TINKOFF, SHELLEY) (Entered: 03/17/2011) |
| 05/02/2011 | 11 | NOTICE of Appearance by DEREK S. JOHNSON on behalf of GENERAL ELECTRIC COMPANY with Certificate of Service(JOHNSON, DEREK) (Entered: 05/02/2011) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 07/26/2011 10:31:08 | | | |
| **PACER Login:** | sd0076 | **Client Code:** | 05045-079666 |
| **Description:** | Docket Report | **Search Criteria:** | 2:10-cv-69380-ER |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |