BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION


MDL No. 875 – In re Asbestos Litigation


*Roger Nelson, et al. v. Crane Co., et al.*, District of Hawaii, C.A. No. 1:11-00402


<u>DEFENDANT CRANE CO.'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Defendant CRANE CO. states that Crane Co. has no parent corporation, and no publicly-held

corporation owns ten-percent (10%) or more of its stock.

Sincerely,

/s/ Lee T. Nakamura
Lee T. Nakamura
Tom Petrus & Miller, LLLC
1164 Bishop Street, Suite 650
Honolulu, HI  96813
808-792-5800
Email:  lnakamura@tpm-hawaii.com
Counsel for Defendant
CRANE CO.