USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 5 2011

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

COSIMO COTRONA,

                              Plaintiff,

          -v-

GEORGIA PACIFIC CO., et al.,

                              Defendants

ORDER

11 CV 04967 (GBD)

GEORGE B. DANIELS, District Judge:

          Plaintiff's motion to remand is GRANTED. The above-captioned action is REMANDED

to the Supreme Court of the State of New York, New York County.

Dated: New York, New York
          July 25, 2011

                                        SO ORDERED:

                                        _George B Daniel_
                                        GEORGE B. DANIELS
                                        United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 25 2011

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THOMAS J. COYNE, and SUZANNE COYNE,

                         Plaintiffs,

      -v-

GEORGIA PACIFIC CO., et al.,

                      Defendants

**ORDER**

11 CV 04966 (GBD)

GEORGE B. DANIELS, District Judge:

Plaintiffs' motion to remand is GRANTED. The above-captioned action is REMANDED

to the Supreme Court of the State of New York, New York County.

Dated: New York, New York
      July 25, 2011

                        SO ORDERED:

                        GEORGE B. DANIELS
                        United States District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DANIEL STUPINO, and ANNA STUPINO,

                                   Plaintiffs,

          -v-

GEORGIA PACIFIC CO., et al.,

                                   Defendants

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED JUL 25 2011

ORDER

11 CV 04968 (GBD)

GEORGE B. DANIELS, District Judge:

        Plaintiffs' motion to remand is GRANTED. The above-captioned action is REMANDED

to the Supreme Court of the State of New York, New York County.

Dated: New York, New York
          July 25, 2011

                                   SO ORDERED:

                                   GEORGE B. DANIELS
                                   United States District Judge