UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS                                              MDL No. 875
LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

ORDER VACATING CONDITIONAL TRANSFER ORDER

   A conditional transfer order was filed in these three actions on July 26, 2011.  The Panel has now been advised that these three actions were remanded to the Supreme Court of the State of New York, New York County, by the Honorable George B. Daniels, in orders filed on July 25, 2011.

   IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-426" filed on July 26, 2011, is VACATED insofar as they relate to these actions.

                                                                FOR THE PANEL:

                                                                Jeffery N. Lüthi
                                                                Clerk of the Panel

**SCHEDULE A**

MDL-875 -- IN RE: Asbestos Products Liability Litigation (No. VI)

<u>Southern District of New York</u>

Coyne et al v. Aluminum Company of America (Alcoa) et al., C.A. No. 1:11-04966

Cotrona v. CBS Corporation, et al., C.A. No. 1:11-04967

Stupino et al v. American Biltrite Company, et al., C.A. No. 1:11-04968