MDL

# District Court of the Virgin Islands
## District of the Virgin Islands (St. Croix Division)
### CIVIL DOCKET FOR CASE #: 1:93-cv-00035-RLF -GWC

| | |
|---|---|
| Culpepper, Fred E. v. Foster Wheeler, Co. et al | Date Filed: 02/11/1993 |
| Assigned to: District Judge Raymond L. Finch | Date Terminated: 07/01/1998 |
| Referred to: US Magistrate Judge George W Cannon | Jury Demand: Both |
| Demand: $0 | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Culpepper, Fred E.**          represented by          **Thomas H Hart , III**
Law Offices of Thomas H. Hart III
2212 Queen Cross Street
St Croix, VI 00820
340-773-3305
Fax: 340-719-9531
Email: tom@thhpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pamela L Colon**
Law Offices of Pamela L. Colon
27 & 28 King Cross Street, First Floor
Christiansted, St.croix, VI 00820
340-719-7100
Fax: (340) 719-7700
Email: pamelacolon@msn.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Foster Wheeler, Co. et al**          represented by          **Douglas L Capdeville**
Law Offices of Douglas L. Capdeville
2107 Company Street, #4
P.O. Box 22491
Christiansted, VI 00822
340-773-7275
Fax: 340-773-7996
Email: videfense@capdevillelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George H Logan, Jr,**
Nichols Newman Logan D' Eramo

1131 King Street, Suite 204
St Croix, VI 00820-4971
340-773-2705
Email: glogan@nnldlaw.com
*TERMINATED: 10/08/2008*
*ATTORNEY TO BE NOTICED*

**John H Benham , III**
Watts, Benham & Sprehn, P.C.
P.O. Box 11720
St Thomas, VI 00801-4720
340-774-0673
Fax: 340-776-3630
Email: jhbenham@wattsbenham.com
*ATTORNEY TO BE NOTICED*

**Michael J Sanford**
Law Office of Michael J. Sanford
2191 Church Street
Fax 778-8104

St Croix, VI 00820
340-773-3681
Fax: 340-778-8104
Email: mike@saastx.vi
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rhopac, Inc.**　　　　　　　　　　represented by　**George H Logan, Jr,**
(See above for address)
*TERMINATED: 10/08/2008*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Melrath Gasket, Inc.**　　　　　　represented by　**George H Logan, Jr,**
(See above for address)
*TERMINATED: 10/08/2008*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Goodrich Corporation**　　　　　represented by　**George H Logan, Jr,**
(See above for address)
*TERMINATED: 10/08/2008*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Goodyear Tire and Rubber Company**　represented by　**George H Logan, Jr,**
(See above for address)
*TERMINATED: 10/08/2008*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/11/1993 | 1 | SEE DOCKET CARD FOR PREVIOUS ENTRIES eod 07/09/98 [MWR] (Entered: 02/11/1993) |
| 02/11/1993 | 2 | CLOSED Transfer to MDL eod 07/09/98 [MWR] (Entered: 02/11/1993) |
| 02/12/2004 | 3 | NOTICE of Appearance of Richard E. Daley II on behalf of A.W. Chesterton eod 02/18/04 [TS] (Entered: 02/12/2004) |
| 03/04/2004 | 4 | NOTICE to the court by deft Champion Int'l. eod 03/05/04 [TS] (Entered: 03/04/2004) |
| 03/05/2004 | 5 | NOTICE of appearance by John h. Benham, esq. for deft Ingersoll-Dresser Pump eod 03/08/04 [TS] (Entered: 03/05/2004) |
| 03/11/2004 | 6 | NOTICE of appearance of Richard E. Daley II for deft Union Carbide Corp. eod 03/12/04 [TS] (Entered: 03/11/2004) |
| 03/11/2004 | 7 | NOTICE of appearance of Richard E. Daley II for deft Flintkote Company eod 03/12/04 [TS] (Entered: 03/11/2004) |
| 03/12/2004 | 45 | JOINDER in United States Steel Corporation's reply brief in support of motions for more definite statement by deft Ingersoll-Dresser Pump (Entered: 03/12/2004) |
| 03/15/2004 | 8 | ENTRY of appearance, short form answer to complaint, third party claim, and cross claim by Quigley company, inc. eod 03/16/04 [TS] (Entered: 03/15/2004) |
| 03/17/2004 | 9 | MOTION to dismiss or for S/J by deft Ingersoll Dresser Pump eod 03/22/04 [MWR] (Entered: 03/17/2004) |
| 03/22/2004 | 10 | NOTICE to the court by deft Champion Int'l eod 03/23/04 [TS] (Entered: 03/22/2004) |
| 03/22/2004 | 11 | NOTICE to the court by deft Everlasting Valve eod 03/24/04 [TS] (Entered: 03/22/2004) |
| 03/23/2004 | 12 | STIPULATION for extension of time by pltf eod 03/24/04 [TS] (Entered: 03/23/2004) |
| 03/24/2004 | 13 | ENTRY of appearance, short form answer to complaint, third party claim, and cross claim on behalf of deft American Oil Company eod 03/25/04 [TS] (Entered: 03/24/2004) |
| 03/24/2004 | 14 | ENTRY of appearance, short form answer to complaint, third party claim, and cross claim on behalf of deft Amoco Shipping Company eod 03/25/04 [TS] (Entered: 03/24/2004) |
| 03/30/2004 | 15 | ENTRY of appearance, short form answer to complaint, third party claim, and cross claim on behalf of deft Melrath Gasket, Inc. eod 03/31/04 [TS] (Entered: 03/30/2004) |
| | | |

| | | |
|---|---|---|
| 03/30/2004 | 16 | MOTION TO DISMISS or for summary judgement by deft Garlock Inc. and Coltec Industries, Inc. eod 04/01/04 [TS] (Entered: 03/30/2004) |
| 04/01/2004 | 17 | NOTICE of appearance by Michael Sanford, Esq. for deft eod 04/05/04 [TS] (Entered: 04/01/2004) |
| 04/02/2004 | 18 | MEMORANDUM of law in support of its motion to dismiss by deft International Paper's eod 04/06/04 [TS] (Entered: 04/02/2004) |
| 04/02/2004 | 19 | MOTION to dismiss by deft International Paper's eod 04/06/04 [TS] (Entered: 04/02/2004) |
| 04/05/2004 | 20 | NOTICE of service of notice of telephone Hearing by deft Ingersoll-Dresser Pump eod 04/06/04 [TS] (Entered: 04/05/2004) |
| 04/06/2004 | 21 | BRIEF in support of motion to dismiss by deft Goodrich Corporation F/K/A BF Goodrich eod 04/08/04 [TS] (Entered: 04/06/2004) |
| 04/06/2004 | 29 | MOTION to dismiss by deft Goodrich corp FKA BF Goodrich eod 04/22/04 [MWR] (Entered: 04/06/2004) |
| 04/08/2004 | 22 | MOTION to dismiss by deft Rhopac, Inc. eod 04/12/04 [TS] (Entered: 04/08/2004) |
| 04/08/2004 | 23 | BRIEF in support of motion to dismiss by deft Rhopac, Inc. eod 04/12/04 [TS] (Entered: 04/08/2004) |
| 04/08/2004 | 24 | BRIEF in support of motion to dismiss by deft The Goodyear Tire and Rubber Company eod 04/12/04 [TS] (Entered: 04/08/2004) |
| 04/12/2004 | 25 | MOTION to dismiss,or for summary judgement by deft Flintkote Company eod 04/14/04 [TS] (Entered: 04/12/2004) |
| 04/12/2004 | 26 | MOTION to dismiss, or for summary judgement by deft Union Carbide Corporation eod 04/14/04 [TS] (Entered: 04/12/2004) |
| 04/13/2004 | 27 | MOTION TO DISMISS or for summary judgement by deft A.W. eod 04/14/04 [TS] (STATUS WAS CORRECTED ON (12/1/05) (Entered: 04/13/2004) |
| 04/15/2004 | 28 | MOTION TO DISMISS or for summary judgment by deft Dana Corporation eod 04/16/04 [TS] (Entered: 04/15/2004) |
| 04/26/2004 | 30 | NOTICE of service of notice of hearing by deft International Paper eod 04/28/04 [TS] (Entered: 04/26/2004) |
| 05/04/2004 | 31 | NOTICE OF FILING of voluntary petition under Chapter 11 eod 05/05/04 [TS] (Entered: 05/04/2004) |
| 05/12/2004 | 32 | RESPONSE to defts motions for dismissal, summary judgement, and/or more definite statement by pltfs Omnibus eod 05/13/04 [TS] (Entered: 05/12/2004) |
| 05/13/2004 | 33 | NOTICE OF FILING joinder by deft, Amco shipping company in the motion to dismiss or for summary judgement filed by deft, Union Carbide Corporation by deft Amoco Shipping Company eod 05/14/04 [TS] (Entered: 05/13/2004) |

| | | |
|---|---|---|
| 05/13/2004 | 34 | NOTICE OF FILING joinder by deft, American Oil Company in the motion to dismiss or for summary judgement filed by deft, Union Carbide Corporation by deft American Oil Company eod 05/14/04 [TS] (Entered: 05/13/2004) |
| 05/14/2004 | 35 | JOINDER of deft Ingersoll-Dresser Pump eod 05/17/04 [TS] (Entered: 05/14/2004) |
| 05/14/2004 | 36 | JOINDER of deft Quigley Company, Inc. eod 05/17/04 [TS] (Entered: 05/14/2004) |
| 05/17/2004 | 37 | JOINDER of John Crane, Inc., by deft eod 05/18/04 [TS] (Entered: 05/17/2004) |
| 05/18/2004 | 38 | NOTICE OF FILING joinder by deft, Garlock Inc. and Coltec Industries Inc. in the motion to dismiss or for summary judgement filed by deft, Ingersoll-Dresser Pump by deft Garlock Inc. eod 05/19/04 [TS] (Entered: 05/18/2004) |
| 05/19/2004 | 39 | MOTION to remove deft from case by deft Crown Cork eod 05/21/04 [TS] (Entered: 05/19/2004) |
| 05/27/2004 | 40 | DISMISSAL of complaint as to Addsco by pltf eod 05/28/04 [MWR] (Entered: 05/27/2004) |
| 06/02/2004 | 41 | ORDER (CRW) deft motion to remove deft name from caption is GRANTED eod 06/03/04 [TS] (Entered: 06/02/2004) |
| 06/02/2004 | 42 | ORDER (CRW) for removal of references to deft Crown Cork & Seal Inc. from amended complaint eod 06/03/04 [TS] (Entered: 06/02/2004) |
| 06/09/2004 | 43 | REPLY to pltf's Omnibus responses by defts (Entered: 06/09/2004) |
| 06/09/2004 | 44 | REPLY brief in support of motion for definite statement (Entered: 06/09/2004) |
| 06/14/2004 | 46 | JOINDER In United States Steel Corporation's reply brief in support of motions for more definite statement by deft Quigley (Entered: 06/14/2004) |
| 06/15/2004 | 47 | REPLY to pltf Omnibus response by deft The Goodyear Tire and Rubber Company (Entered: 06/15/2004) |
| 06/16/2004 | 48 | NOTICE informative and reply memo on behalf of the Dana Corporation (Entered: 06/16/2004) |
| 06/16/2004 | 49 | NOTICE informative and reoly memo on behalf of A.W. Chesterton (Entered: 06/16/2004) |
| 06/16/2004 | 50 | NOTICE of filing joiner by deft Garlock Inc., and Coltec Industries in the reply of deft Goodyear tire and Rubber Co and Ingersoll dresser pump and quigley co to pltf omnibus response (Entered: 06/16/2004) |
| 06/18/2004 | 51 | REPLY to pltf Omnibus response by deft Rhopac, Inc. (Entered: 06/18/2004) |
| 06/23/2004 | 52 | REPLY (supplemental) memorandum on behalf of the Dana Corporation by deft Dana Corporation (Entered: 06/23/2004) |

| | | |
|---|---|---|
| 06/23/2004 | 53 | REPLY (SUPPLEMENTAL) memorandum of A.W. chesterton in support of its motions to dismiss the amended complaints by deft A.W. Chesterton (Entered: 06/23/2004) |
| 06/28/2004 | 54 | NOTICE of filing joinder by deft International Paper (Entered: 06/28/2004) |
| 06/28/2004 | 55 | NOTICE of filing joinder by deft Everlasting Valve Company (Entered: 06/28/2004) |
| 07/12/2004 | 56 | ORDER (CRW) parties joint motion to dismiss it GRANTED,and this action is DISMISSED WITH PREJUDICE as to deft Alabama Dry Dock only cc attys (Entered: 07/12/2004) |
| 07/30/2004 | 57 | MOTION of Elliott Turnbomachinery Co. for more definite statement by deft Elliott Turbomachinery Co. (Entered: 07/30/2004) |
| 08/06/2004 | 58 | NOTICE OF FILING joinder in the motion of Elliot Turbomachinery Co. for more definite statement by deft American Oil Company (Entered: 08/06/2004) |
| 08/06/2004 | 59 | NOTICE OF FILING joinder in the motion of Elliott Turbomachinery Co. for more definite statement by deft Amoco Shipping Company (Entered: 08/06/2004) |
| 08/10/2004 | 60 | JOINDER in motions of elliott Turnbomachinery Co. for more definite statement by deft Ingersoll-Dresser Pump (Entered: 08/10/2004) |
| 08/10/2004 | 61 | JOINDER in motions of Elliott Turbomachinery Co. for more definite statement by deft Quigley Company (Entered: 08/10/2004) |
| 08/23/2004 | 62 | NOTICE of joinder in the motion for a more definite statement by deft A.W. Chesterton (Entered: 08/23/2004) |
| 09/14/2004 | 63 | NOTICE OF FILING in the motions of Elliot Turbomachinery Co., for more definite statement by deft Garlock Inc., and Coltec Industries Inc. (Entered: 09/14/2004) |
| 09/14/2004 | 64 | NOTICE OF FILING in the motions of Elliot Turbomachinery Co., for more definite statement by deft Garlock Inc., and Coltec Industries Inc. (Entered: 09/14/2004) |
| 09/14/2004 | 64 | VOLUME (2) TWO (Entered: 09/14/2004) |
| 09/14/2004 | 65 | NOTICE OF FILING in the motions of Elliot Turbomachinery Co., for more definite statement by deft Garlock Inc., and Coltec Industries (Entered: 09/14/2004) |
| 09/14/2004 | 66 | NOTICE OF FILING in the motions of Elliot Turbomachinery Co., for more definite statement by deft Garlock Inc., and Coltec Industries, Inc., (Entered: 09/14/2004) |
| 09/14/2004 | 67 | NOTICE OF FILING in the motions of Elliot Turbomachinery Co., for more definite statement by deft Garlock Inc. (Entered: 09/14/2004) |
| 09/14/2004 | 68 | NOTICE OF FILING joinder by deft Garlock (Entered: 09/14/2004) |

| | | |
|---|---|---|
| 09/14/2004 | 69 | NOTICE OF FILING joinder by deft Garlock (Entered: 09/14/2004) |
| 09/14/2004 | 70 | NOTICE OF FILING joinder by deft Garlock Inc. (Entered: 09/14/2004) |
| 10/06/2004 | 71 | RETURN of service of summons exec on United Fruit Co. thru return receipt exec on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 72 | RETURN of service of summons exec on Pocahantas Steamship Co.thru return receipt on 1/22/04 (Entered: 10/06/2004) |
| 10/06/2004 | 73 | RETURN of service of summons exec on Pan Atlantic Steamship Co. thru return receipt on 1/24/04 (Entered: 10/06/2004) |
| 10/06/2004 | 74 | RETURN of service of summons exec on Mathiasen Tanker, Ind. Inc thru return receipt on 3/8/04 (Entered: 10/06/2004) |
| 10/06/2004 | 75 | RETURN of service of summons exec on Maritime Overseas Corp thru return recept dated 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 76 | RETURN of service of summons exec on Maarin Transport Lines thru return receipt on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 77 | RETURN of service of summons exec on Marine Sulphur Carriers Corp thru return receipt on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 78 | RETURN of service of summons exec on Gulf Oil Co. thru retrun recipt on 1/27/04 (Entered: 10/06/2004) |
| 10/06/2004 | 79 | RETURN of service of summons exec on Conoco, Inc. tnru return receipt on 1/27/04 (Entered: 10/06/2004) |
| 10/06/2004 | 80 | RETURN of service of summons exec on Central Gulf Lines, Inc. thru retrun receipt on 1/29/04 (Entered: 10/06/2004) |
| 10/06/2004 | 81 | RETURN of service of summons exec on Amoco Shipping Co. thru retrun receipt on 1/20/04 (Entered: 10/06/2004) |
| 10/06/2004 | 82 | RETURN of service of summons exec on American Oil Co. thru retrun receipt on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 83 | RETURN of service of summons exec on Viking Pump. Inc., thru return receipt on 1/24/04 (Entered: 10/06/2004) |
| 10/06/2004 | 84 | RETURN of service of summons exec on Phonix Specialty Manufacturing Co., Inc., thru return receipt on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 85 | RETURN of service of summons exec on FKI Industries thru retrun recipt on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 86 | RETURN of service of summons exec on Zimmerman Packing & Mfg. Inc. thru retrun receipt on 1/23/04 (Entered: 10/06/2004) |
| 10/06/2004 | 87 | RETURN of service of summons exec on Worthington Pump AKA thru retrun receipt on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 88 | RETURN of service of summons exec on Warren Pumps Inc., thru return |

| | | |
|---|---|---|
| | | receipt on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 89 | RETURN of service of summons exec on Vogt Machine Co., Henry thru return receipt request on 1/23/04 (Entered: 10/06/2004) |
| 10/06/2004 | 90 | RETURN of service of summons exec on Vellumoid, Inc., thru return receipt request on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 91 | RETURN of service of summons exec on Uniroyal Chemical Co. Inc.,m thru retrun receipt on Uniroyal Chemical Co., Inc., thru return receipt request on 1/23/04 (Entered: 10/06/2004) |
| 10/06/2004 | 92 | RETURN of service of summns exec on Union Caribde Corp thru return receipt request on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 93 | RETURN of service of summons exec on USX Corp thru return receipt request on 1/23/04 (Entered: 10/06/2004) |
| 10/06/2004 | 94 | RETURN of service of summons exec on Sika Corporation thru return receipt on 1/24/04 (Entered: 10/06/2004) |
| 10/06/2004 | 95 | RETURN of service of summons exec on Sherwin-Williams Co., thru return receipt request on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 96 | RETURN of service of summons exec on Selby Battersby and Co. thru return receipt request on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 97 | RETURN of service of summons exec on Rockestos Company thru return receipt on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 98 | RETURN of service of summons exec on Rhopac Inc., thru return receipt request on 1/23/04 (Entered: 10/06/2004) |
| 10/06/2004 | 99 | RETURN of service of summons exec on Quigley Co., Inc., thru return receipt on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 100 | RETURN of service of summons exec on Preferred Utilities Mfg., Corp., thru return receipt (Entered: 10/06/2004) |
| 10/06/2004 | 101 | RETURN of service of summons exec on Pecora Corp thru trturn receipt on 1/23/04 (Entered: 10/06/2004) |
| 10/06/2004 | 102 | RETURN of service of summons exec on Okonite Co., thru return receipt request on 1/27/04 (Entered: 10/06/2004) |
| 10/06/2004 | 103 | RETURN of service of summons exec on Norton Co., thru return receipt on 1/28/04 (Entered: 10/06/2004) |
| 10/06/2004 | 104 | RETURN of service of summons exec on Noland Company thru return receipt on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 105 | RETURN of service of summons exec on Mortell Company on thru return receipt on 1/23/04 (Entered: 10/06/2004) |
| 10/06/2004 | 106 | RETURN of dervice of service of summons exec on Melrath Gasket, Inc., thru return receipt (Entered: 10/06/2004) |

| | | |
|---|---|---|
| 10/06/2004 | 107 | RETURN of service of summons exec on Janos Industrial Insulation Corp thru 1/23/04 (Entered: 10/06/2004) |
| 10/06/2004 | 108 | RETURN of service of summons exec on James Walker Mfg., Co., thru return receipt on 1/23/04 (Entered: 10/06/2004) |
| 10/06/2004 | 109 | RETURN of service of summons exec on Ingersoll-Rand Corp thru return receipt on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 110 | RETURN of service of summons exec on Indian Head Industries, Inc thru return receipt on 1/28/04 (Entered: 10/06/2004) |
| 10/06/2004 | 111 | RETURN of service of summons exec Ingersoll-Dresser Punp thru return receipt on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 112 | RETURN of service of sumnons exec on IMO Industries, Inc., thru return receipt on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 113 | RETURN of service of summons exec on Hajoca Corp thru retrun receipt on 1/27/04 (Entered: 10/06/2004) |
| 10/06/2004 | 114 | RETURN of service of summons exec on Gulf Engineering Co., Inc thru return receipt request on 3/15/04 (Entered: 10/06/2004) |
| 10/06/2004 | 115 | RETURN of service OF summons exec on Greene Tweed & Co., thru return receipt on 1/23/04 (Entered: 10/06/2004) |
| 10/06/2004 | 116 | RETURN of service of summons exec on Goulds Pumps, Inc., thru return receipt request on 1/23/04 (Entered: 10/06/2004) |
| 10/06/2004 | 117 | RETURN of service of summons exec on Goodyear Tire & Rubber Co thru return receipt on 1/23/04 (Entered: 10/06/2004) |
| 10/06/2004 | 118 | RETURN of service of summons exec on Goodrich, B.F. thru return receipt on 1/29/04 (Entered: 10/06/2004) |
| 10/06/2004 | 119 | RETURN of service of summons exec on Goodall Rubber thru return receipt on 1/25/04 (Entered: 10/06/2004) |
| 10/06/2004 | 120 | RETURN of service of summons exec on General Refractories thru return receipt request (Entered: 10/06/2004) |
| 10/06/2004 | 121 | RETURN of service of summons exec on General Cable Company thru return receipt on 1/23/04 (Entered: 10/06/2004) |
| 10/06/2004 | 122 | RETURN of service of summons exec on Gatke Corp. thru retrun receipt request on 3/5/04 (Entered: 10/06/2004) |
| 10/06/2004 | 123 | RETURN of service of summons exec on Flintkoe Co. thru return receipt request on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 124 | RETURN of service of summons exec n Excelsior, Inc., thru return receipt request on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 125 | RETURN of service of summons exec on Everlasting Valve Co. thru return receipt request (Entered: 10/06/2004) |

| | | |
|---|---|---|
| 10/06/2004 | 126 | RETURN of service of summons exec on Ernst Gage Co. thru return receipt request on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 127 | RETURN of service of summons exec on Elliott Turbomachinery Co., thru return receipt request 1/25/04 (Entered: 10/06/2004) |
| 10/06/2004 | 128 | RETURN of service of summons exec on EG&G Sealol, Inc. thru return receipt request on 3/8/04 (Entered: 10/06/2004) |
| 10/06/2004 | 129 | RETURN of service of summons exec on Durametallic Corp thru retrun receipt request on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 130 | RETURN of service of summons exec on Durabla Manufacturing Co. thru return receipt request on 1/23/04 (Entered: 10/06/2004) |
| 10/06/2004 | 131 | RETURN of service of summons exec on Dover Rescources, Inc., thru return receipt request (Entered: 10/06/2004) |
| 10/06/2004 | 132 | RETURN of service of summons exec on Dana Corp thru return receipt request on 1/23/04 (Entered: 10/06/2004) |
| 10/06/2004 | 133 | RETURN of service of summons exec on Crosby Steam and Valve Co thru return receipt on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 134 | RETURN of service of summons exec on Crane Co. thru retrun receipt request (Entered: 10/06/2004) |
| 10/06/2004 | 135 | RETURN of service of summons exec on Conhagen. Inc. thru return receipt request (Entered: 10/06/2004) |
| 10/06/2004 | 136 | RETURN of service of sumomns exec Coltec Industries, Inc.thru return receipt on 3/8/04 (Entered: 10/06/2004) |
| 10/06/2004 | 137 | RETURN of service of summons exec on Coffin Pump, Inc. thru return receipt request 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 138 | RETURN of service of summons exec on Chesterton Co., thru return receipt request on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 139 | RETURN of service of summons exec on Champion International Corp thru return receipt request 3/8/04 (Entered: 10/06/2004) |
| 10/06/2004 | 140 | RETURN of service of summons exec on Bryan Steam Corp thru return receipt on 1/23/04 (Entered: 10/06/2004) |
| 10/06/2004 | 141 | RETURN of service of summons exec on Boyd Co., A.B. thru return receipt request on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 142 | RETURN of service of summons exec on Aurora Pump Divisionh of General Signal Corp thru return receipt on 1/24/04 (Entered: 10/06/2004) |
| 10/06/2004 | 143 | RETURN of service of summons exec on Auburn Mfg. Co. thru return receipt request on 1/20/04 (Entered: 10/06/2004) |
| 10/06/2004 | 144 | RETURN of service of summons exec on ARGO International Corp thru return receipt request on 1/26/04 (Entered: 10/06/2004) |

| | | |
|---|---|---|
| 10/06/2004 | 145 | RETURN of service of summons exec on Acorn Iron & Supply Co. thru return receipt request on 1/26/04 (Entered: 10/06/2004) |
| 10/06/2004 | 146 | RETURN of service of summons exec on A-C Product Liability Trust thru return receipot request 1/23/04 (Entered: 10/06/2004) |
| 10/06/2004 | 146 | VOLUME (3) THREE (Entered: 10/06/2004) |
| 10/13/2004 | 147 | JOINDER in the reply of defts Intersoll-Dresser pump and Quigley Company, Inc. to pltf's Ominibus response by deft Garlock Inc. (Entered: 10/13/2004) |
| 10/20/2004 | 148 | JOINDER in the motions of Elliot Turbomachinery Co. for more definate statement by deft Garlock Inc., and Coltec Industries Inc. (Entered: 10/20/2004) |
| 12/07/2004 | 149 | ORDER (CRW) of dismissal of deft Quigley Co. (Entered: 12/07/2004) |
| 01/28/2008 | | Motions terminated: 35 36 37 148 . (GWC) dated 1/28/2008(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (CB) (Entered: 01/28/2008) |
| 07/17/2008 | 150 | MOTION to Withdraw as Attorney. (Attachments: # 1 Affidavit of George H. Logan, # 2 Exhibit Ltr to Goodrich Corporation, # 3 Exhibit Ltr to Goodyear Tire and Rubber Company, # 4 Exhibit Ltr to Melrath Gasket, Inc., # 5 Exhibit Ltr to Rhopac, Inc., # 6 Text of Proposed Order Order to Withdraw as Counsel) (Logan, George) (Entered: 07/17/2008) |
| 10/08/2008 | 151 | ORDER (GWC) dated 10/8/2008 granting 150 Motion to Withdraw as Attorney. Attorney George H Logan terminated (CB) (Entered: 10/08/2008) |
| 11/03/2008 | 152 | NOTICE of Proof of Service by Goodrich Corporation re 151 Order on Motion to Withdraw as Attorney *for Goodrich Corporation* (Attachments: # 1 Exhibit Order Granting George Logan to Withdraw as Counsel, # 2 Exhibit Certified Ltr to Goodrich, # 3 Exhibit Certified Mail Receipt - Goodrich) (Logan, George) (Entered: 11/03/2008) |
| 11/03/2008 | 153 | NOTICE of Proof of Service by Goodyear Tire and Rubber Company re 151 Order on Motion to Withdraw as Attorney *for Goodyear Tire and Rubber Company* (Attachments: # 1 Exhibit Order Granting George Logan to Withdraw as Counsel, # 2 Exhibit Certified Ltr to Goodyear Tire and Rubber Company, # 3 Exhibit Certified Mail Receipt - Goodyear) (Logan, George) (Entered: 11/03/2008) |
| 11/03/2008 | 154 | NOTICE of Proof of Service by Melrath Gasket, Inc. re 151 Order on Motion to Withdraw as Attorney *for Melrath Gasket, Inc.* (Attachments: # 1 Exhibit Order Granting George Logan to Withdraw as Counsel, # 2 Exhibit Certified Ltr to Melrath Gasket, Inc., # 3 Exhibit Certified Mail Receipt - Melrath Gasket) (Logan, George) (Entered: 11/03/2008) |
| 11/03/2008 | 155 | NOTICE of Proof of Service by Rhopac, Inc. re 151 Order on Motion to Withdraw as Attorney *for Rhopac, Inc.* (Attachments: # 1 Exhibit Order Granting George Logan to Withdraw as Counsel, # 2 Exhibit Certified Ltr to Rhopac, Inc., # 3 Exhibit Certified Mail Receipt - Rhopac) (Logan, George) (Entered: 11/03/2008) |

| 07/21/2011 | 156 | MOTION for Leave to File *Second Amended Complaint* by Plaintiff Culpepper, Fred E.. Motions referred to Magistrate Judge George W Cannon. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Text of Proposed Order) (Colon, Pamela) (Entered: 07/21/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/25/2011 14:23:49 | | | |
| **PACER Login:** | jp0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:93-cv-00035-RLF -GWC |
| **Billable Pages:** | 7 | **Cost:** | 0.56 |

THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

WILLARD E. BARTEL and DAVID C. PEEBLES,　　　　　No: 93-00035
Administrators for Fred E. Culpepper,
Deceased (DOD 10/09/10), Plaintiff,

　　　　vs

American Export Lines Inc.; American Oil Co.; American Trading Transp. Co.; Amoco Shipping Co.; Central Gulf Lines Steamship; Central Gulf Lines, Inc.; Chesterton Co., A. W.; Conoco Inc.; Crane Company; Crown, Cork & Seal Co., Inc.; Farrell Lines Inc.; Gatke Corporation; General Refractories; Hess Oil & Chem. Corp.; IMO Industries, Inc.; John Crane-Houdaille, Inc.; Keystone Shipping Company; Marine Navigation Company; Marine Sulphur Carriers Corp.; Marine Transport Lines Inc.; Maritime Overseas Corporation; Mathiasen Tanker Ind. Inc.; Pan Atlantic Steamship Co.; Pocahantas Steamship Company; Union Carbide Corporation; United Fruit Company

　　　　Jointly and Severally, 26 Defendants

SECOND AMENDED COMPLAINT

　　　　NOW COMES PLAINTIFFS, by and through counsel undersigned, The Law Offices of Pamela Lynn Colon, LLC, and THE MARITIME ASBESTOSIS LEGAL CLINIC, a division of THE JAQUES ADMIRALTY LAW FIRM, P.C., and in declaring against Defendants, states as follows:

| EXHIBIT A |
|---|

1. This Court takes jurisdiction of this cause by virtue of Article III, Section 2 of the Constitution of the United States, and by virtue of the Jones Act, 46 U.S.C.A. 30104 and with regard to the Products Defendants, by virtue of 28 U.S.C. '1332, whereby the parties are citizens of different states, Defendants being corporations incorporated under a state or sovereignty and having their respective principal place of business in a state or sovereignty other than the state of citizenship of Plaintiff; but in the event of individual variance therefrom as herein pleaded aforesaid, then Plaintiff for such variance hereby invokes Rule 9(h) of the Federal Rules of Civil Procedure constituting an admiralty cause; and the amount in controversy as to the named Plaintiff exceeds Seventy Five Thousand ($75,000.00) Dollars.

2. Plaintiffs are the duly appointed administrators of the estate herein and bring this cause of action in behalf of the estate above styled in the said representative capacity.

3. Plaintiffs' decedent was a career Merchant Mariner who spent his life as a seaman aboard divers American ships, plying waters, domestic and foreign, port-to-port throughout the world; and while aboard Defendants' ships as a crewmember, Plaintiffs' decedent was constantly exposed to asbestos friable fibers, causing him to breathe into his system carcinogenic asbestos dust resulting in harm to Plaintiffs' decedent, which events of harm occurred constantly and while in many waters and ports-of-call wherein venue, no matter where laid, is inconvenient to the numerous scattered parties herein, along with multiple divers witnesses.

4. Alternatively and/or in addition thereto, Plaintiffs' decedent sailed aboard American ships in a capacity other than that of a Merchant Mariner and while aboard the aforesaid ships Plaintiffs' decedent was constantly exposed to asbestos friable fibers, causing him to breathe into his system carcinogenic asbestos dust resulting in harm and death to Plaintiffs' decedent, which events of harm occurred constantly and while in many waters and ports-of-call wherein venue, no matter where laid, is inconvenient to the numerous scattered parties herein, along with multiple divers witnesses.

5. Alternatively and/or in addition thereto, Plaintiffs' decedent was employed at various land-based facilities, and while working at these facilities Plaintiffs' decedent was constantly exposed to asbestos friable fibers, causing him to breathe into his system carcinogenic asbestos dust resulting in harm and death to Plaintiffs' decedent.

6. Aboard the ships the Plaintiffs' decedent sailed throughout his career, asbestos products were placed on the vessels by Manufacturing Defendants and Distributors of this cause, creating shipboard atmospheric environment of perilous carcinogen toxin, rendering the workplace of the Plaintiff's decedent aboard each vessel an unseaworthy condition.

7. Defendant Shipowners negligently maintained each respective vessel in an unsafe, unseaworthy condition in causing crewmen exposure to divers forms and substance of toxic chemicals and carcinogens inclusive of but not limited to friable asbestos, passive inhalation of smoke from accumulated smoke from exhaled smoke and burning cigarettes that formed clouds of smoke within an atmosphere of smoke cloud formation as well as accumulated dust, the stagnant condition of which persisted without abating for want of proper ventilation.

8. As against Shipowner employers, independently or as successors-in-interest, Plaintiffs seek to thrust two causes of action: negligence under The Jones Act, 46 U.S.C. 30104 and unseaworthiness of each vessel under the General Admiralty and Maritime Law whereby the Shipowner warrants to crewmen to provide a reasonably safe vessel and working conditions, reasonably fit for the purpose for which it was intended which implied warranty was substantially breached by the Shipowner Defendants.

9. As to Shipbuilder as well as Machinery Manufacturer Defendants, independently or as successor-in-interest, manufacturers of boilers, generators, etc., aboard the respective vessels, each of said Defendants contemplated use of asbestos insulation thereon as well as use of asbestos products as integral parts thereof, fibers from which emitted into the atmosphere and circulated about the work and living areas of the vessel to which the crewmen were forced to breathe into their systems.

10. As to the Manufacturers and Distributors, independently or as successor-in-interest, of asbestos and asbestos products, said Defendants designed, manufactured and marketed asbestos products which were placed aboard divers merchant ships on which Plaintiffs' decedent served as crewman; and Plaintiffs' decedent thereupon was exposed to asbestos toxic dust which, along with other carcinogens and chemicals improvidently allowed and maintained aboard vessels like cigarette and tobacco smoke coupled with inadequate shipboard enclosed area ventilation, alone or in combination, caused the devastating pulmonary disease and death to Plaintiffs' decedent.

11. Moreover, in addition and alternatively, with respect to each and every defendant over which diversity of citizenship lies and with regard to exposures occurring to Plaintiffs' decedent at landbased facilities and not within the Court's admiralty and maritime jurisdiction or exposures occurring while aboard ships not in a capacity of a Merchant Mariner, defendants designed, manufactured and marketed asbestos products, products designed for asbestos use and products containing asbestos all and singular, to which Plaintiffs' decedent was exposed causing and contributing to the devastating medical condition and death to Plaintiffs' decedent.

12. As a direct and proximate result of said exposure to asbestos, Plaintiffs' decedent suffered cancerphobia, traumatic stressful fear of affliction and worsening of pneumoconiosis as well as exacerbation of existing diseases; and suffers anatomical disorder, structural changes, pulmonary diseases inclusive of asbestosis / mesothelioma / lung cancer / pneumoconiosis / chronic obstructive pulmonary disease / colon cancer / stomach cancer / rectal cancer / kidney cancer / pancreas cancer / pharynx cancer / brain cancer / other anatomical cancer, et cetera, either singularly or in combination thereof; and, moreover, Plaintiffs' decedent suffered death by reason thereof.

13. Defendants committed breach of their duty to Plaintiffs' decedent a foreseeable user by negligent failure to reasonably adhere to safe standards of design and manufacture of their products, and negligently failed to properly warn Plaintiffs' decedent a foreseeable user of the peril and committed breach of implied warranty of merchantability and fitness for the intended use of the products, all to the detriment of Plaintiffs' decedent's health and well-being.

14. Defendants produced, mixed, labeled, sold and/or placed into the stream of commerce their products containing asbestos; said products were defective and constituted an unreasonable risk of harm to persons, including Plaintiffs' decedent who would become exposed to the asbestos fibers.

15. The defective condition of Defendants' products existed at the time its products were placed into the stream of commerce by Defendant and continued to exist without substantial change at the time of Plaintiffs' decedent's exposure to it.

16. Defendants knew or should have known of the unreasonably dangerous condition of the products and the substantial danger to human health that the condition created.

17. Defendants failed to adequately inform, or warn Plaintiffs' decedent of the dangerous and harmful character of the products.

18. As a direct and proximate result of the dangerous and defective condition of said products that Defendants placed into the stream of commerce, Plaintiffs' decedent suffered serious injuries and losses and death.

19. Defendants, each, at all times herein relevant, committed acts and omissions of willful and wanton disregard for the safety and health of those unto whom the asbestos fibers foreseeably were exposed, including the Plaintiffs' decedent, constituting gross negligence as to non-vessel owner Defendants; then, as to Shipowners, the same applies, as well as the added averment that Shipowner Defendants willfully and wantonly with reckless indifference and disregard for Plaintiffs' decedent's safety did at all times relevant maintain the vessels in an unseaworthy condition with knowledge aforethought, and thereby formulated the basis for punitive damages.

20. As a direct and proximate result of the acts and omissions aforestated by each of the defending parties herein, Plaintiffs' decedent sustained injuries and death as an indivisible, cumulative cause of each of the stated Defendants as contemplated in 341 U.S. 6, 71 S.Ct. 534 (1951). Plaintiffs seek damages as below stated:

    a. Loss of earnings and earning capacity during Plaintiffs' Decedent's lifetime;

    b. Conscious pain and suffering;

    c. Loss of support;

    d. Loss of society and companionship suffered by the heirs and next of kin of Plaintiffs' Decedent;

    e. Exemplary and punitive damages;

    f. Death by wrongful acts;

    g. Any and all other elements of damage cognizable in law which may be raised, pleaded and proved by the Plaintiffs during the pendency of this cause and at the time of trial.

WHEREFORE Plaintiffs demand trial by jury [or the Court, where applicable under 9(h) in accordance with paragraph 1] and judgment against Defendants, jointly and severally, in an amount exceeding Seventy Five Thousand ($75,000.00) Dollars, to be more particularly calculated and adjusted upwards during the pendency of this cause; and Plaintiffs demand punitive damages in an amount to be determined upon ascertaining the net worth of each Defendant herein; and Plaintiffs further seek interest, attorney fees and costs to be taxed in accordance with law, and such other and further measures of relief as the Court may determine to be appropriate and just in the premises.

Local Counsel for Plaintiff

| LAW OFFICES OF PAMELA LYNN COLON, LLC | | THE MARITIME ASBESTOSIS LEGAL CLINIC |
|---|---|---|
| | | Division of The Jaques Admiralty Law Firm |
| BY: /s/ Pamela Lynn Colon | | 645 Griswold St. Ste 1550 |
| 27 & 28 King Cross St 1st Fl | *AND* | Detroit, MI  48226 |
| Christiansted, St. Croix | | (313) 961-1080   ladmiralty@aol.com |
| U.S. Virgin Islands 00820 | | |
| (340) 719-7100 pamelalcolon@msn.com | | |

JURY DEMAND

Plaintiffs hereby demands trial by jury of all issues of this cause.

Local Counsel for Plaintiff

| | | |
|---|---|---|
| LAW OFFICES OF PAMELA LYNN COLON, LLC | | THE MARITIME ASBESTOSIS LEGAL CLINIC |
| | | Division of The Jaques Admiralty Law Firm |
| BY: /s/ Pamela Lynn Colon | | 645 Griswold St. Ste 1550 |
| 27 & 28 King Cross St 1st Fl | AND | Detroit, MI 48226 |
| Christiansted, St. Croix | | (313) 961-1080   ladmiralty@aol.com |
| U.S. Virgin Islands 00820 | | |
| (340) 719-7100 pamelalcolon@msn.com | | |

WAIVER OF FILING FEE

The above styled cause is a suit for the enforcement of laws enacted for the health and safety of seamen within the meaning of 28 U.S.C. '1916, permitting the filing of the within cause without pre-payment of fees or costs or security therefor.

Local Counsel for Plaintiff

| | | |
|---|---|---|
| LAW OFFICES OF PAMELA LYNN COLON, LLC | | THE MARITIME ASBESTOSIS LEGAL CLINIC |
| | | Division of The Jaques Admiralty Law Firm |
| BY: /s/ Pamela Lynn Colon | | 645 Griswold St. Ste 1550 |
| 27 & 28 King Cross St 1st Fl | AND | Detroit, MI 48226 |
| Christiansted, St. Croix | | (313) 961-1080   ladmiralty@aol.com |
| U.S. Virgin Islands 00820 | | |
| (340) 719-7100 pamelalcolon@msn.com | | |