# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### OFFICE OF THE CLERK

ANN THOMPSON
COURT EXECUTIVE

ROOM 310, U.S. COURTHOUSE
JEFFERSON CITY, MO  65101

July 21, 2011

Jeffery N. Luthi
Clerk of the Panel
One Columbus Circle, NE
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

In Re:    Potential MDL 875 Case

Dear Mr Luthi:

This is a new case filed in our court that I have been informed could potentially become part of the above MDL.  A copy of the complaint and docket sheet is enclosed.  If I can be of further assistance, please let me know.

11-4164-CV-C-NKL    Case v. American Standard, Inc, et al.

Sincerely,

Ann Thompson, Court Executive

By: J Russel, Deputy Clerk

encl.