JANET L. RICE, WSBA#9386
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington  98104
Telephone:  (260) 622-8000
Facsimile:  (206) 682-2305

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

THIS DOCUMENT RELATES TO:

<u>Cain v. Asbestos Corporation Ltd., et al.</u>
United States District Court
Western District of Washington
Cause No. 2:11-cv-01102

PLAINTIFF'S MOTION FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER OF JULY 7, 2011

COME NOW plaintiff, Sharon Cain, by and through her attorney, Janet L. Rice of Schroeter, Goldmark & Bender, and moves the Judicial Panel on Multidistrict Litigation for a suggestion of remand and for an order, pursuant to Rule of Procedure 12(d) and (f), vacating the Conditional Transfer Order, dated July 7, 2011.  This Motion is based upon the memorandum filed herewith, and the records and documents on file in <u>Cain v. Asbestos Corporation Ltd., et al.</u>, United States District Court, Western District of Washington at Seattle, Cause No. 2:11-cv-01102.

RESPECTFULLY SUBMITTED, this 27th day of July, 2011.

PLAINTIFF'S MOTION FOR A SUGGESTION OF
REMAND AND TO VACATE CONDITIONAL
TRANSFER ORDER OF JULY 7, 2011- 1

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

| | |
|---|---|
| 1 | SCHROETER, GOLDMARK & BENDER |
| 2 | |
| 3 | *s/ Janet L. Rice*_____<br>JANET L. RICE, WSBA #9386 |
| 4 | 810 Third Avenue, Suite 500<br>Seattle, Washington  98104 |
| 5 | Telephone:  (206) 622-8000<br>Fax:  (206) 682-2305 |
| 6 | Email:  rice@sgb-law.com<br>Counsel for Plaintiff |

PLAINTIFF'S MOTION FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER OF JULY 7, 2011- 2

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on **July 27, 2011,** I electronically filed the foregoing **PLAINTIFF'S MOTION FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER OF JULY 7, 2011** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Counsel for **Asbestos Corp., Ltd.**<br>Mark Tuvim/Kevin Craig<br>GORDON & REES<br>701 Fifth Avenue, Suite 2130<br>Seattle, WA 98104<br>(206) 695-5100; Fax (206) 689-2822<br>mtuvim@gordonrees.com | Counsel for **CBS Corporation, f/k/a Westinghouse Electric**, **General Electric**<br>Christopher Marks<br>Sedgwick LLP<br>520 Pike Tower, Suite 2200<br>Seattle, WA 98101<br>855-855-8573<br>chris.marks@sedgwicklaw.com |
| **Counsel for Foster-Wheeler Energy Corp.;**<br>Dirk Bernhardt<br>MURRAY, DUNHAM & MURRAY<br>200 West Thomas, Suite 350<br>Seattle, WA 98119<br>(206) 622-2655; Fax (206) 684-6924<br>Email: dirk@murraydunham.com | Counsel for **Metropolitan Life Insurance**<br>Richard Gawlowski<br>WILSON, SMITH, COCHRAN & DICKERSON<br>1215 Fourth Avenue, Suite 1700<br>Seattle, Washington 98161-1007<br>(206) 623-4100; Fax (206) 623-9273<br>email: gawlowski@wscd.com |
| Counsel for **Saberhagen Holdings, Inc**.<br>Timothy Thorson<br>CARNEY, BADLEY & SPELLMAN<br>701 Fifth Avenue, Suite 3600<br>Seattle, Washington 98104-7010<br>(206)622-8020; Fax (206) 467-8215<br>Email: thorson@carneylaw.com | Counsel for **Uniroyal, Inc.**<br>Chris Youtz<br>SIRIANNI YOUTZ & SPOONEMORE<br>999 Third Avenue, Suite 3650<br>Seattle, Washington 98104<br>(206) 223-0303; Fax (206) 223-0246<br>chris@sylaw.com |

PLAINTIFF'S MOTION FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER OF JULY 7, 2011- 3

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

| | |
|---|---|
| 1 | SCHROETER, GOLDMARK & BENDER |
| 2 | /s/*Janet L. Rice* |
| | Janet L. Rice |
| 3 | 810 Third Avenue, Suite 500 |
| | Seattle, Washington 98104 |
| 4 | (206) 622-8000 |
| | (206) 682-2305 |
| 5 | E-mail: rice@sgb-law.com |
| | Counsel for Plaintiff |

PLAINTIFF'S MOTION FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER OF JULY 7, 2011- 4

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305