JANET L. RICE, WSBA#9386
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington 98104
Telephone: (260) 622-8000
Facsimile: (206) 682-2305

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

THIS DOCUMENT RELATES TO:

<u>Cain v. Asbestos Corporation Ltd., et al.</u>
United States District Court
Western District of Washington
Cause No. 2:11-cv-01102

MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR A SUGGESTION OF REMAND AND TO VACATE
CONDITIONAL TRANSFER ORDER OF JULY 7, 2011

### I.   FACTS OF THE CASE

The deceased, Gerald Cain, was diagnosed with mesothelioma on June 30, 2010 and died on July 3, 2010. Exhibit A attached to the Declaration of Janet L. Rice in Support of Plaintiff's Motion for a Suggestion of Remand and to Vacate Conditional Transfer Order of July 7, 2011.[1] Mr. Cain was exposed to asbestos from his work as a lagger at Puget Sound Naval Shipyard (hereafter "PSNS") and from exposure to the clothes of his father, who also worked at PSNS.

---

[1] All referenced exhibits are attached to the Rice Declaration.

MEMORANDUM IN SUPPORT OF PLAINTIFF'S
MOTION FOR A SUGGESTION OF REMAND AND TO
VACATE CONDITIONAL TRANSFER ORDER OF
JULY 7, 2011- 1

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1  Sharon Cain, wife of Gerald Cain, filed her lawsuit on April 6, 2011. In the complaint,
2  she alleged her husband was exposed to asbestos through his and his father's work at PSNS.
3  Exhibit B. Defendant Foster Wheeler Energy Corp., (hereafter "Foster Wheeler") was served
4  with the complaint on April 13, 2011. Exhibit C. More than 30 days after receiving the
5  complaint, Foster Wheeler filed a Notice of Removal in this action on July 5, 2011. Cause No.
6  2:11-cv-01102, Dkt. #1. Plaintiff Sharon Cain filed a Motion to Remand on July 21, 2011. Id.
7  at Dkt. #12.

## II.   EVIDENCE RELIED UPON

Plaintiff relies upon the Declaration of Janet L. Rice in Support of Plaintiff's Motion for a Suggestion of Remand and to Vacate Conditional Transfer Order of July 7, 2011. and the exhibits attached thereto.

## III.   ARGUMENT

Based on the foregoing, transferring this case to the Multi-District Litigation No. 875 is unjust and would be prejudicial to plaintiff, as this case will likely be remanded to State Court.

28 U.S.C. Section 1367(c) states:

> (c)   The district courts may decline to exercise supplemental jurisdiction over a claim under subsection (a) if --
> (1)   the claim raises a novel or complex issue of State law,
> (2)   the claim substantially predominates over the claim or claims over which the district court has original jurisdiction,
> (3)   the district court has dismissed all claims over which it has original jurisdiction, or
> (4)   **in exceptional circumstance, there are other compelling reasons for declining jurisdiction.**

(Emphasis added)

There are compelling reasons for declining jurisdiction in this case. Foster Wheeler failed to remove this case in a timely manner. It would be a waste of judicial time for the case to

MEMORANDUM IN SUPPORT OF PLAINTIFF'S
MOTION FOR A SUGGESTION OF REMAND AND TO
VACATE CONDITIONAL TRANSFER ORDER OF
JULY 7, 2011- 2

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

be transferred to the MDL if the Seattle District Court is likely to remand the case back to the State Court.[2]

RESPECTFULLY SUBMITTED, this 27h day of July, 2011.

SCHROETER, GOLDMARK & BENDER

*s/ Janet L. Rice*_____
JANET L. RICE, WSBA #9386
810 Third Avenue, Suite 500
Seattle, Washington  98104
Telephone:  (206) 622-8000
Fax:  (206) 682-2305
Email:  rice@sgb-law.com
Counsel for Plaintiffs

---

[2] Complying with Administrative Order No. 18, plaintiff states that a Rule 26(f) report has not yet been made nor have plaintiffs complied yet with Administrative orders 12 and 12A.  There are no outstanding motions in the case other than the motion for remand.

MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER OF JULY 7, 2011- 3

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on **July 27, 2011,** I electronically filed the foregoing **MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER OF JULY 7, 2011** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Counsel for **Asbestos Corp., Ltd.**
Mark Tuvim
Kevin Craig
GORDON & REES
701 Fifth Avenue, Suite 2130
Seattle, WA 98104
mtuvim@gordonrees.com

Counsel for **General Electric; CBS Corporation**
Christopher Marks
Sedgwick LLP
520 Pike Tower, Suite 2200
Seattle, WA 98101
chris.marks@sedgwicklaw.com

Counsel for **Foster-Wheeler Energy Corp**
Dirk Bernhardt
MURRAY, DUNHAM & MURRAY
200 West Thomas, Suite 350
Seattle, WA 98119
Email: dirk@murraydunham.com

Counsel for **Metropolitan Life Insurance**
Richard Gawlowski
WILSON, SMITH, COCHRAN & DICKERSON
1215 Fourth Avenue, Suite 1700
Seattle, Washington 98161-1007
gawlowski@wscd.com

Counsel for **Saberhagen Holdings, Inc**.
Timothy Thorson/Neal Philip
CARNEY, BADLEY & SPELLMAN
701 Fifth Avenue, Suite 3600
Seattle, Washington 98104-7010
 (206)622-8020; Fax  (206) 467-8215
thorson@carneylaw.com

Counsel for **Uniroyal, Inc.**
Chris Youtz
SIRIANNI YOUTZ & SPOONEMORE
999 Third Avenue, Suite 3650
Seattle, Washington 98104
 (206) 223-0303; Fax (206) 223-0246
chris@sylaw.com

SCHROETER, GOLDMARK & BENDER

/s/*Janet L. Rice*
Janet L. Rice
810 Third Avenue, Suite 500
Seattle, Washington 98104
Telephone:  (206) 622-8000
Fax:  (206) 682-2305
E-mail: rice@sgb-law.com
Counsel for Plaintiff

MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER OF JULY 7, 2011- 4

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305