JANET L. RICE, WSBA#9386
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington 98104
Telephone: (260) 622-8000
Facsimile: (206) 682-2305

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

THIS DOCUMENT RELATES TO:

<u>Cain v. Asbestos Corporation Ltd., et al.</u>
United States District Court
Western District of Washington
Cause No. 2:11-cv-01102

DECLARATION OF JANET L. RICE IN SUPPORT OF PLAINTIFF'S MOTION FOR A SUGGESTION OF REMAND AND TO VACATE
CONDITIONAL TRANSFER ORDER OF JULY 7, 2011

The undersigned declares under penalty of perjury under the laws of the State of Washington as follows:

1. I am one of the attorneys representing the Plaintiffs in the above entitled action and competent to make the following statements:

DECLARATION OF JANET L. RICE IN SUPPORT OF PLAINTIFF'S MOTION FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER OF JULY 7, 2011 – 1

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

2. Attached hereto as Exhibit A are the true and correct copies of the Pathology Associates of Kitsap County Pathology Report, dated June 30, 2010, and the Death Certificate regarding Gerald E. Cain.

3. Attached hereto as Exhibit B is a true and correct copy of Amended Supplemental Complaint for Personal Injury and Wrongful Death in this matter.

4. Attached hereto as Exhibit C is a true and correct copy of Declaration of Service of: Summons: Amended Supplemental Complaint for Personal Injury and Wrongful Death: Case Information Cover Sheet and Area Designation: Affidavit of Compliance: Order Setting Civil Asbestos Case Schedule: Order on Motion to Amend Schroeter Goldmark & Bender Asbestos Case Scheduling Order upon defendant Foster Wheeler Energy Corp.

DATED this 27st day of July, 2011.

SCHROETER, GOLDMARK & BENDER

*s/ Janet L. Rice*
JANET L. RICE, WSBA #9386
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:  (206) 682-2305
Email:  rice@sgb-law.com
Counsel for Plaintiffs

DECLARATION OF JANET L. RICE IN SUPPORT OF PLAINTIFF'S MOTION FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER OF JULY 7, 2011 – 2

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on **July 27, 2011**, I electronically filed the foregoing **DECLARATION OF JANET L. RICE IN SUPPORT OF PLAINTIFF'S MOTION FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER OF JULY 7, 2011** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Counsel for **Asbestos Corp., Ltd.**<br>Mark Tuvim<br>Kevin Craig<br>GORDON & REES<br>701 Fifth Avenue, Suite 2130<br>Seattle, WA 98104<br>mtuvim@gordonrees.com | Counsel for **General Electric; CBS Corporation**<br>Christopher Marks<br>Sedgwick LLP<br>520 Pike Tower, Suite 2200<br>Seattle, WA 98101<br>chris.marks@sedgwicklaw.com |
| Counsel for **Foster-Wheeler Energy Corp**<br>Dirk Bernhardt<br>MURRAY, DUNHAM & MURRAY<br>200 West Thomas, Suite 350<br>Seattle, WA 98119<br>Email: dirk@murraydunham.com | Counsel for **Metropolitan Life Insurance**<br>Richard Gawlowski<br>WILSON, SMITH, COCHRAN & DICKERSON<br>1215 Fourth Avenue, Suite 1700<br>Seattle, Washington 98161-1007<br>gawlowski@wscd.com |
| Counsel for **Saberhagen Holdings, Inc**.<br>Timothy Thorson/Neal Philip<br>CARNEY, BADLEY & SPELLMAN<br>701 Fifth Avenue, Suite 3600<br>Seattle, Washington 98104-7010<br> (206)622-8020; Fax  (206) 467-8215<br>thorson@carneylaw.com | Counsel for **Uniroyal, Inc.**<br>Chris Youtz<br>SIRIANNI YOUTZ & SPOONEMORE<br>999 Third Avenue, Suite 3650<br>Seattle, Washington 98104<br> (206) 223-0303; Fax (206) 223-0246<br>chris@sylaw.com |

DECLARATION OF JANET L. RICE IN SUPPORT OF PLAINTIFF'S MOTION FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER OF JULY 7, 2011 – 3

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

                   SCHROETER, GOLDMARK & BENDER

                   /s/*Janet L. Rice*
                   Janet L. Rice
                   810 Third Avenue, Suite 500
                   Seattle, Washington 98104
                   (206) 622-8000
                   (206) 682-2305
                   E-mail: rice@sgb-law.com
                   Counsel for Plaintiff

DECLARATION OF JANET L. RICE IN SUPPORT
OF PLAINTIFF'S MOTION FOR A SUGGESTION OF
REMAND AND TO VACATE CONDITIONAL
TRANSFER ORDER OF JULY 7, 2011 – 4

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305