# Exhibit A



# PATHOLOGY ASSOCIATES OF KITSAP COUNTY

Keith O Hallman, MD · Samuel P. Hammar, MD · David M. Bray III, MD · Gregory S. Henderson, MD, PhD
Michael V. Grabowski, MD · Laura B. Jacobson, MD
2520 Cherry Ave, Bremerton, WA 98310
360-792-6731

### Patient Information

| | | |
|---|---|---|
| Name: CAIN, GERALD E | Referred By: Johnny Green, MD | Path No: H10-2972 |
| DOB: 3/22/1936 (Age: 74) | CC 2: Ann Murphy, MD | Collected: 6/28/2010 |
| Sex: M | CC 3: Yuen San Yee, MD | Received: 6/28/2010 |
| ID#: 000180762 | CC 4: Margaret Krieg, MD | Reported: 6/30/2010 |

## PATHOLOGY REPORT

### Clinical Information

Three recent ascitic fluid cytology specimens have shown atypical cells in which the possibility of mesothelioma, while it could not be diagnosed on the cytologic preparations, was raised. As per Dr. Green, the patient has a well-documented asbestos exposure history and has been followed for a diaphragmatic pleural plaque.

### Intraprocedural Diagnosis

B. FS dx by Dr. Hallman: "Malignant neoplasm with features consistent with mesothelioma. Final diagnosis will depend on permanent sections and immunohistochemical work-up."

### Diagnosis

**TISSUE DESIGNATED ABDOMINAL WALL (PART A) AND VISCERAL PLEURA (PART B):**

**MULTIPLE FRAGMENTS OF NEOPLASTIC CELLS HAVING THE HISTOLOGIC AND IMMUNOHISTOCHEMICAL FEATURES OF A POORLY DIFFERENTIATED EPITHELIOID PERITONEAL MESOTHELIOMA.**

Comment:
   The tumor definitely marks as a mesothelioma and is within the spectrum of histologic features seen in mesotheliomas. Mesotheliomas can present in unusual ways, such as an inflammatory-type process, as has been reported by me. The patient's history of exposure to asbestos and the identification of diaphragmatic pleural plaque would clearly indicate this peritoneal mesothelioma was caused by asbestos.

   Reference: Hammar SP. *Malignant peritoneal mesothelioma mimicking mesenteric inflammatory disease; critical commentary.* Path Res Pract 1994; 190(6):623-626.

### Ancillary Studies

Block A1 is submitted for immunohistochemical staining, using standard methods and with satisfactory controls. Results are as follows:

The neoplastic cells show moderately intense to intense cytoplasmic immunostaining for pan cytokeratin and CK7. The neoplastic cells show focal areas of cytoplasmic immunostaining for CK5/6. The section stained for calretinin shows moderately to highly intense cytoplasmic and nuclear staining. The section stained for EMA shows cytoplasmic and cell membrane staining of about 30-40% of the neoplastic cells. The neoplastic cells show no immunostaining for CK20, HBME-1, CEA, and TTF-1.

*Some of the above tests may use analyte-specific reagents; they have not been cleared or approved by the FDA. These tests were developed and their performance characteristics determined by PAKC/DSL. The FDA has determined that such clearance or approval is not necessary. These tests are used for clinical purposes. They should not be regarded as investigational or for research.*

### Microscopic Description

Sections of the tissue from parts A and B show fragments of tissue composed almost entirely of neoplastic cells. In areas, especially in part B, there is extensive degeneration and necrosis. In the tissue in part A, there are focal areas of necrosis. The tumor cells vary in size and shape. Many are round, some are polygonal, and some are slightly elongated. There are frequent mitoses. Some cells contain cytoplasmic vacuoles. Many cells have large nuclei and prominent nucleoli. Most cells are in sheets and do not form distinct glandular structures.

The sections in part B show more necrosis and a significant number of neutrophils. There are aggregates of highly atypical cells.

08/18/2010    13:00   Help/Information                           (FAX)360 415 6918              P.008/010



# PATHOLOGY ASSOCIATES OF KITSAP COUNTY
Keith O Hallman, MD • Samuel P. Hammar, MD • David M. Bray III, MD • Gregory S. Henderson, MD, PhD
Michael V. Grabowski, MD • Laura B. Jacobson, MD
2520 Cherry Ave, Bremerton, WA 98310
360-792-6731

## Patient Information
Name: CAIN, GERALD E          Referred By: Johnny Green, MD          Path No: H10-2972

## Gross Description
A. Submitted fresh labeled "abdominal wall", multiple irregular fragments of pale yellow-tan soft tissue ranging from 5 mm up to the largest which is an almost membranous flap measuring 3 x 1.5 x 0.4 cm. As a frozen section was performed on the part B sample, which looked similar to this sample, this material was placed in formalin. Following formalin fixation, representative sections are submitted in cassettes A1 and A2. Cassette A1 is multiple cross sections of this largest flap of tissue (five in A1), with A2 holding additional smaller pieces.

B. Submitted fresh labeled "visceral surface" are multiple irregular fragments which are grossly similar to the part A specimen. A portion is selected for FS. Almost all tissue is embedded in cassettes B1 and B2.

**Electronic Signature**
Samuel Hammar, MD
360-792-6731

*** END OF REPORT ***

# STATE OF WASHINGTON
# DEPARTMENT OF HEALTH

**Local File Number:** 600959
**Washington State Certificate of Death**
**State File Number:**

| Field | Value |
|---|---|
| 1. Legal Name | Gerald Ernest Cain |
| 2. Death Date | 07/03/2010 |
| 3. Sex | Male |
| 4a. Age | 74 Years |
| 5. Social Security Number | 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 |
| 6. County of Death | Kitsap |
| 7. Birthdate | 03/22/1936 |
| 8a. Birthplace | Bremerton |
| 8b. State | Washington |
| 9. Decedent's Education | Some college credit, but no degree |
| 10. Hispanic Origin | No |
| 11. Race | White |
| 12. Armed Forces | No |
| 13a. Residence | 4989 Beach Drive East |
| 13b. City | Port Orchard |
| 13c. County | Kitsap |
| 13e. State | Washington |
| 13f. Zip Code | 98366 |
| 13g. Inside City Limits | No |
| 14. Length of Residence | 20 years |
| 15. Marital Status | Married |
| 16. Surviving Spouse | Sharon Linenko |
| 17. Usual Occupation | Funds Administrator For Aircraft Carriers |
| 18. Kind of Business/Industry | Naval Shipyard |
| 19. Father's Name | Harold A. Cain |
| 20. Mother's Name Before First Marriage | Barbara Clara Dick |
| 21. Informant's Name | Sharon Cain |
| 22. Relationship to Decedent | Wife |
| 23. Mailing Address | 4989 Beach Drive East, Port Orchard, WA 98366 |
| 24. Place of Death | Hospice Facility |
| 25. Facility Name | Hospice Care Center |
| 26a. City of Death | Bremerton |
| 26b. State | WA |
| 27. Zip Code | 98310 |
| 28. Method of Disposition | Cremation |
| 29. Place of Final Disposition | PGFH Inc Crematory |
| 30. Location | Port Orchard, WA |
| 31. Funeral Facility | Pendleton-Gilchrist Funeral Home, 1151 Mitchell Avenue, Port Orchard, WA, 98366 |
| 32. Date of Disposition | 07/13/2010 |

**33. Funeral Director Signature X** (signature)

## Cause of Death

34. Chain of events:

| | Cause | Interval |
|---|---|---|
| a. IMMEDIATE CAUSE | Hepatorenal Syndrome | days |
| b. Due to | Peritoneal Mesothelioma | Months-Year |
| c. Due to | Asbestos | Years |
| d. | | |

36. Autopsy? Yes
37. Autopsy findings available? Yes

38. Manner of Death: Natural
40. Did tobacco use contribute to death? No

48a. Certifying Physician: Samuel P. Hammar, M.D.
49. Name and Address of Certifier: Samuel P. Hammar, M.D. 700 Lebo Blvd, Bremerton WA
50. Hour of Death: 0243
52. Date Signed: July 7, 2010
53. Title of Certifier: M.D.
54. License Number: MD 00Q...
56. Was case referred to ME/Coroner: No

57. Registrar Signature X: Scott Lindquist MD
58. Date Received: JUL -8 2010

DOH/CHS 003 Rev 2/06/2004