# Exhibit C

# SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

SHARON Y CAIN, ET AL.,
                             Plaintiff/Petitioner

Cause #:   11 2 12610 2 SEA

VS.
ASBESTOS CORP LTD
ET AL.,
                             Defendant/Respondent

Declaration of Service of:
SUMMONS: AMENDED SUPPLEMENTAL COMPLAINT FOR PERSONAL INJURY AND WRONG- FUL DEATH: CASE INFORMATION COVER SHEET AND AREA DESIGNATION: AFFIDAVIT OF COMPLIANCE: ORDER SETTING CIVIL ASBESTOS CASE SCHEDULE: ORDER ON MOTION TO AMEND SCHROETER GOLDMARK & BENDER ASBESTOS CASE SCHEDULING ORDER

Hearing Date:

Declaration:
The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of    **Apr 13 2011  1:15PM**
at the address of    **1801 W BAY DR NW  #206 OLYMPIA**
within the County of    **THURSTON**        State of    **WASHINGTON**

the declarant duly served the above described documents upon
**FOSTER WHEELER ENERGY CORP.**
by then and there personally delivering    **1**    true and correct copy(ies) thereof, by then presenting to and leaving the same with
**JEFF MINER, AGENT AUTHORIZED TO ACCEPT FOR REG. AGENT**

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.
Dated: April 18, 2011 at Olympia, WA

by _____
      S. Gogan / PSR 040401-06

**ORIGINAL SENT**

APR 1 8 2011

**FOR FILING**

The documents listed above were served in accordance with RCW 4.28.080 and/or client instructions. If service was substituted on another person or left with a person that refused to identify themselves, it is incumbent upon the client to notify ABC Legal Services, Inc. immediately in writing if further attempts to serve, serve by mail, or investigate are required. If service was substituted on another person, pursuant to RCW 4.28.080 (16), service shall be complete on the tenth day after a copy of the documents are mailed to the subject at the address where service was made. Documents were not mailed by ABC Legal Services, Inc.

Service Notes:

| | | | | | |
|---|---|---|---|---|---|
| Documents: | 32.00 | Secretarial: | 0.00 | Other: | 0.00 |
| Travel: | 32.50 | Postage: | 0.00 | Total: | 78.00 |
| Invalid Address ( 0 ) | 0.00 | Photo: | 0.00 | Pre-Paid Retainer: | 0.00 |
| Proof Preparation: | 10.00 | Rush / Special: | 0.00 | | |
| Summons Copy: | 3.50 | Wait / Stake Out Time: | 0.00 | **AMOUNT DUE** | **78.00** |

Client Ref.: **18341-1500**
Schroeter, Goldmark & Bender
810 3rd Ave, #500
Seattle, WA   98104
206 622-8000

CLIENT COPY
PROOF OF SERVICE

Page 1 of 1

ABC Legal Services, Inc.
633 Yesler Way Seattle, WA 98104
206 521-9000
Tracking #: **6682415**

