ATTORNEYS AT LAW

ONE MARKET PLAZA   STEUART TOWER, 8TH FLOOR   SAN FRANCISCO, CALIFORNIA 94105-1101

www.sedgwicklaw.com   415.781.7900 *phone*   415.781.2635 *fax*

# Sedgwick LLP

July 27, 2011

**VIA ECF FILING**

Jeffery N. Luthi
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:   *Marjorie Founds, et al. v. Foster Wheeler, et al.*
      U.S. District Court, Northern District Of California, Case No. 3:11-cv-02212-JSW
      Our File No.: 00045-079666

Dear Mr. Luthi:

On July 26, 2011, I filed a letter to inform the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" asbestos case currently pending in the United States District Court for the Northern District of California. This letter can be identified as Document No. 7576. This letter contained information about a case involving the same plaintiffs as the above-titled matter that the Panel had already transferred to the United States District Court for the Eastern District of Pennsylvania. I would like to withdraw that letter, and I will file a new letter omitting this information.

Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

Regards,

Allison M. Low
Sedgwick LLP

Enclosure
cc: Brayton Purcell (via facsimile only)

SF/2289207v1