BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. 875 – In Re Nicholas Grillo Litigation

SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| *Nicholas Grillo and Gail Grillo v. CBS Corporation, a Delaware Corporation f/k/a Viacom Inc., Successor by Merger to CBS Corporation, a Pennsylvania Corporation f/k/a Westinghouse Electric Corporation and as Successor in Interest to B.F. Sturtevant; Foster Wheeler, LLC; and General Electric Company* | United States District Court for the District of Connecticut | 3:11-cv-01130-SRU | Stefan R. Underhill |

ACTIVE/58211.1045/TXM/2534366v1