**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**MDL No. 875 – In Re Nicholas Grill Litigation**

**PROOF OF SERVICE**

I hereby certify that on July 28, 2011, a copy of foregoing Notice of Tag-Along Action was filed electronically and served by email to the following:

Christopher Meisenkothen
Early, Lucareeli, Sweeney & Meisenkothen, LLC
One Century Tower
265 Church St., 11th Fl.
P.O. Box 1866
New haven, CT  06508-1866
203-777-7799
Fax:  203-785-1671
*cmeisenkothen@elslaw.com*

James R. Oswald
Adler, Pollock & Sheehan
2300 Bank Boston Plaza
Providence, RI  02903
401-274-7200
Fax:  401-751-0604
*joswald @apslaw.com*

Dan E. LaBelle
Halloran & Sage
315 Post Road, West
Westport, CT  06880
203-227-2855
*labelle@halloran-sage.com*

Bridgeport Office of the Clerk
915 Lafayette Boulevard
Bridgeport, CT  06604
(203)579-5861

      /s/Thomas F. Maxwell, Jr.
Thomas F. Maxwell, Jr.
Federal Bar No. CT00132
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone:  203 330 2000
Facsimile: 203 576 8888
*tmaxwell@pullcom.com*

ACTIVE/58211.1045/TXM/2534087v1