BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)                     MDL NO. 875

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| RACHEL ST. LAURENT, EXECUTRIX FOR THE ESTATE OF MAURICE ST. LAURENT, <br><br> PLAINTIFFS, <br><br> V. <br><br> A.W. CHESTERTON COMPANY, <br> AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO CRANE CO., INC., <br> ALLIED SIGNAL, INC., N/K/A HONEYWELL INTERNATIONAL, INC., <br> AMERICAN STANDARD, INC., N/K/A TRANE US, INC., INDIVIDUALLY AND IN THEIR CAPACITY AS OWNER OF KEWANEE BOILER COMPANY, <br> B.F. GOODRICH COMPANY, <br> BAYER CROPSCIENCE, INC., F/K/A AMCHEM PRODUCTS, INC., <br> BORG WARNER MORSE TEC, INC., SUCCESSOR-IN-INTEREST TO BORG WARNER CORP., <br> CBS CORPORATION, N/K/A VIACOM, INC., <br> CARVER PUMP COMPANY, <br> CLEAVER BROOKS COMPANY, <br> CORNELL PUMP COMPANY, <br> CRANE CO., <br> CROWN BOILERS, <br> CROWN, CORK & SEAL COMPANY, INC., <br> DANA CORPORATION, <br> FORD MOTOR COMPANY, <br> FOSTER WHEELER, LLC, <br> GENERAL ELECTRIC COMPANY, | Civil Action <br> No.: 1:11–CV-00279-S-LDA |
|---|---|

1

GOULD PUMPS,
IMO INDUSTRIES F/K/A IMO DELAVAL,
INDUSTRIAL HOLDINGS CORPORATION,
AS SUCCESSOR TO THE CARBORUNDUM
COMPANY, A/K/A CARBORUNDUM
GRINDING WHEEL COMPANY,
INGERSOLL-RAND COMPANY,
JOHN CRANE, INC.,
LEAR SIEGLER CORPORATION,
MAREMONT CORPORATION,
METROPOLITAN LIFE INSURANCE
COMPANY,
MILWAUKEE VALVE COMPANY,
NATIONAL AUTOMOTIVE PARTS
ASSOCIATION,
OAKFABCO, INC., INDIVIDUALLY AND IN
THEIR CAPACITY AS OWNER TO
KEWANEE BOILER CORPORATION,
OWENS-ILLINOIS, INC.,
P.I.C. CONTRACTORS, INC.,
PACKINGS & INSULATIONS
CORPORATION,
PNEUMO-ABEX CORPORATION, AS
SUCCESSOR IN INTEREST TO ABEX
CORP.,
RAPID AMERICAN CORPORATION,
RILEY STOKER CORPORATION, N/K/A D.B.
RILEY, INC.,
SUPERIOR BOILER WORKS, INC.,
THIOKOL CORP., N/K/A MORTON
INTERNATIONAL, INC.,
UNION CARBIDE CORPORATION, F/K/A
UNION CARBIDE CHEMICALS & PLASTICS
COMPANY, INC.,
UNIROYAL, INC.,
UTICA BOILERS,
VIKING PUMP, INC.,
WARREN PUMPS,
WEIL MCLAIN, AND
JOHN DOE (FICTITIOUS NAME).

      DEFENDANTS.

**NOTICE OF FILING OF TAG-ALONG NOTICE**

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 1407, defendant Air & Liquid Systems Corp, as successor-by-merger to Buffalo Pumps, Inc.'s counsel filed the attached notice of tag-along and supporting documents with the Judicial Panel on Multidistrict Litigation on July 28, 2011.  See Notice of Tag-Along Action, a true and correct copy of which is attached hereto as Exhibit A.

        Respectfully submitted,
        Defendant/Cross-claim Plaintiff,
        AIR & LIQUID SYSTEMS
        CORPORATION,AS SUCCESSOR BY
        MERGER TO BUFFALO PUMPS, INC.

        By its attorneys,

        */s/ David A. Goldman*
        David A. Goldman, #7097
        Governo Law Firm LLC
        Two International Place, 15th Floor
        Boston, MA  02110
        (617) 737-9045
        dgoldman@governo.com

Dated: July 28, 2011

## CERTIFICATION

This is to certify that on this 28th day of July 2011, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system, or by mail to everyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

        */s/ David A. Goldman*
        David A. Goldman

# EXHIBIT A

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION (NO. VI) | MDL NO. 875 |

**THIS DOCUMENT RELATES TO:**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RACHEL ST. LAURENT, EXECUTRIX FOR THE ESTATE OF MAURICE ST. LAURENT,<br><br>PLAINTIFFS,<br><br>V.<br><br>A.W. CHESTERTON COMPANY,<br>AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO CRANE CO., INC.,<br>ALLIED SIGNAL, INC., N/K/A HONEYWELL INTERNATIONAL, INC.,<br>AMERICAN STANDARD, INC., N/K/A TRANE US, INC., INDIVIDUALLY AND IN THEIR CAPACITY AS OWNER OF KEWANEE BOILER COMPANY,<br>B.F. GOODRICH COMPANY,<br>BAYER CROPSCIENCE, INC., F/K/A AMCHEM PRODUCTS, INC.,<br>BORG WARNER MORSE TEC, INC., SUCCESSOR-IN-INTEREST TO BORG WARNER CORP.,<br>CBS CORPORATION, N/K/A VIACOM, INC.,<br>CARVER PUMP COMPANY,<br>CLEAVER BROOKS COMPANY,<br>CORNELL PUMP COMPANY,<br>CRANE CO.,<br>CROWN BOILERS,<br>CROWN, CORK & SEAL COMPANY, INC.,<br>DANA CORPORATION,<br>FORD MOTOR COMPANY,<br>FOSTER WHEELER, LLC,<br>GENERAL ELECTRIC COMPANY, | Civil Action<br>No.: 1:11–CV-00279-S-LDA |

1

GOULD PUMPS,
IMO INDUSTRIES F/K/A IMO DELAVAL,
INDUSTRIAL HOLDINGS CORPORATION,
AS SUCCESSOR TO THE CARBORUNDUM
COMPANY, A/K/A CARBORUNDUM
GRINDING WHEEL COMPANY,
INGERSOLL-RAND COMPANY,
JOHN CRANE, INC.,
LEAR SIEGLER CORPORATION,
MAREMONT CORPORATION,
METROPOLITAN LIFE INSURANCE
COMPANY,
MILWAUKEE VALVE COMPANY,
NATIONAL AUTOMOTIVE PARTS
ASSOCIATION,
OAKFABCO, INC., INDIVIDUALLY AND IN
THEIR CAPACITY AS OWNER TO
KEWANEE BOILER CORPORATION,
OWENS-ILLINOIS, INC.,
P.I.C. CONTRACTORS, INC.,
PACKINGS & INSULATIONS
CORPORATION,
PNEUMO-ABEX CORPORATION, AS
SUCCESSOR IN INTEREST TO ABEX
CORP.,
RAPID AMERICAN CORPORATION,
RILEY STOKER CORPORATION, N/K/A D.B.
RILEY, INC.,
SUPERIOR BOILER WORKS, INC.,
THIOKOL CORP., N/K/A MORTON
INTERNATIONAL, INC.,
UNION CARBIDE CORPORATION, F/K/A
UNION CARBIDE CHEMICALS & PLASTICS
COMPANY, INC.,
UNIROYAL, INC.,
UTICA BOILERS,
VIKING PUMP, INC.,
WARREN PUMPS,
WEIL MCLAIN, AND
JOHN DOE (FICTITIOUS NAME).

    DEFENDANTS.

**DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.'S NOTICE OF TAG-ALONG ACTION**

2

PLEASE TAKE NOTICE, that on July 29, 1991 the Judicial Panel on Multi-District Litigation entered an order transferring all asbestos personal injury cases pending in Federal Court to the United States District Court, Easter District of Pennsylvania, for coordinated pre-trial proceedings pursuant to 28 U.S.C. Section 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show cause.

MDL Rule 7.5(e) provides:

Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

Defendant **AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.** hereby notifies the Court that this case is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. A copy of the Complaint is annexed hereto as **Exhibit 1** for the Court's convenience. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 7.4(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

> Respectfully submitted,
> Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc.,
>
> By:  /s/ *Michael D. Simons*
> Michael D. Simons
> David A. Goldman, #7097
> GOVERNO LAW FIRM LLC
> Two International Place, 15th Floor
> Boston, MA  02110
> (Ph) 617-737-9045
> (Fax) 617-737-9046
> msimons@governo.com

DATED: July 28, 2011

3

## CERTIFICATE OF SERVICE

This is to certify that on this 28th day of July, 2011, the undersigned served a copy of the above referenced document documents via the Pacer/ECF electronic service system to the following:

Jeffrey Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

All counsel of record

/s/ Michael D. Simons
Michael D. Simons

4