**BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ASBESTOS LITIGATION (NO. VI)            MDL NO. 875

THIS DOCUMENT RELATES TO:

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| RACHEL ST. LAURENT, EXECUTRIX FOR THE ESTATE OF MAURICE ST. LAURENT, <br><br>    PLAINTIFFS, <br><br> V. <br><br> A.W. CHESTERTON COMPANY, <br> AIR & LIQUID SYSTEMS CORPORATION, <br> AS SUCCESSOR BY MERGER TO <br> CRANE CO., INC., <br> ALLIED SIGNAL, INC., N/K/A HONEYWELL INTERNATIONAL, INC., <br> AMERICAN STANDARD, INC., N/K/A TRANE US, INC., INDIVIDUALLY AND IN THEIR CAPACITY AS OWNER OF KEWANEE BOILER COMPANY, <br> B.F. GOODRICH COMPANY, <br> BAYER CROPSCIENCE, INC., F/K/A AMCHEM PRODUCTS, INC., <br> BORG WARNER MORSE TEC, INC., SUCCESSOR-IN-INTEREST TO BORG WARNER CORP., <br> CBS CORPORATION, N/K/A VIACOM, INC., <br> CARVER PUMP COMPANY, <br> CLEAVER BROOKS COMPANY, <br> CORNELL PUMP COMPANY, <br> CRANE CO., <br> CROWN BOILERS, <br> CROWN, CORK & SEAL COMPANY, INC., <br> DANA CORPORATION, <br> FORD MOTOR COMPANY, <br> FOSTER WHEELER, LLC, | Civil Action <br> No.: 1:11–CV-00279-S-LDA |

1

GENERAL ELECTRIC COMPANY,
GOULD PUMPS,
IMO INDUSTRIES F/K/A IMO DELAVAL,
INDUSTRIAL HOLDINGS CORPORATION,
AS SUCCESSOR TO THE CARBORUNDUM
COMPANY, A/K/A CARBORUNDUM
GRINDING WHEEL COMPANY,
INGERSOLL-RAND COMPANY,
JOHN CRANE, INC.,
LEAR SIEGLER CORPORATION,
MAREMONT CORPORATION,
METROPOLITAN LIFE INSURANCE
COMPANY,
MILWAUKEE VALVE COMPANY,
NATIONAL AUTOMOTIVE PARTS
ASSOCIATION,
OAKFABCO, INC., INDIVIDUALLY AND IN
THEIR CAPACITY AS OWNER TO
KEWANEE BOILER CORPORATION,
OWENS-ILLINOIS, INC.,
P.I.C. CONTRACTORS, INC.,
PACKINGS & INSULATIONS
CORPORATION,
PNEUMO-ABEX CORPORATION, AS
SUCCESSOR IN INTEREST TO ABEX
CORP.,
RAPID AMERICAN CORPORATION,
RILEY STOKER CORPORATION, N/K/A D.B.
RILEY, INC.,
SUPERIOR BOILER WORKS, INC.,
THIOKOL CORP., N/K/A MORTON
INTERNATIONAL, INC.,
UNION CARBIDE CORPORATION, F/K/A
UNION CARBIDE CHEMICALS & PLASTICS
COMPANY, INC.,
UNIROYAL, INC.,
UTICA BOILERS,
VIKING PUMP, INC.,
WARREN PUMPS,
WEIL MCLAIN, AND
JOHN DOE (FICTITIOUS NAME).

      DEFENDANTS.

## SCHEDULE OF ACTIONS

1. *Rachel St. Laurent, Executrix for the Estate of Maurice St. Laurent v. A.W. Chesterton Company, et al.*
   Civil Action No.: 1:11-cv-279-S-LDA (United States District Court for the District of Rhode Island)

>Respectfully submitted,
>
>Air & Liquid Systems Corp., as Successor by Merger to Buffalo Pumps, Inc.,
>By its attorneys,
>
>*/s/ Michael D. Simons*
>Michael D. Simons
>Fed. Bar No. ct28100
>Governo Law Firm LLC
>Two International Place, 15th Floor
>Boston, MA  02110
>Phone:  (617) 737-9045
>Fax: (617) 737-9046
>msimons@governo.com

Dated:  July 28, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

>*/s/ Michael D. Simons*
>Michael D. Simons