BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL NO. 875 - In re ASBESTOS LITIGATION

*Paul Pratt v. Asbestos Corporation Ltd.,* N.D. California, CA No. 4:11-3503 DMR
(now listed as CA No. 3:11-3503 EMC)

NOTICE OF OPPOSITION TO CTO - 425

    I represent plaintiff Paul Pratt in the above captioned action, which is included on the conditional transfer order (CTO-425). Plaintiff Paul Pratt submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

        Sincerely,

        s/ Richard M. Grant
        Richard M. Grant
        BRAYTON ❖ PURCELL LLP
        222 Rush Landing Rd., Novato, CA 94948-6169
        415/899-1011 x 621
        rgrant@braytonlaw.com

        Counsel for Plaintiff - Paul Pratt

ASBESTOS MDL 875 - Re: CTO 425
*Paul Pratt v. Asbestos Corp. Ltd., et al.*  CAN 3:11-3503

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the JUDICIAL PANEL ON MULTIDISTRICT LITIGATION by efiling w/the court's CM/ECF system on  July 28, 2011

NOTICE OF OPPOSITION TO CTO - 425

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users and that they were served by mail.

**SEE ATTACHED SERVICE LIST**

XX        BY OFFICE MAILING

I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Petaluma, California in the ordinary course of business.  I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed July 28, 2011, at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jane Ehni
Jane Ehni
Brayton Purcell LLP
222 Rush Landing Rd.
Novato, CA 94102
415/899-1011 ext. 232

**Brayton-Purcell Service List**
Case MDL No. 875   Document 7592   Filed 07/28/11   Page 3 of 4

1

Date Created: 7/27/2011-4:13:25 PM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 108497.001 - Paul Pratt
Run By : Ehni, Jane (JAE)

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA 94612
510-433-1830   510-433-1836 (fax)
**Defendants:**
  Exxon Mobil Corporation (EXXMOB)

**Bassi, Edlin, Huie & Blum LLP**
500 Washington Street
Suite 700
San Francisco, CA 94111
415-397-9006   415-397-1339 (fax)
**Defendants:**
  J.T. Thorpe & Son, Inc. (THORPE)
  Parker-Hannifin Corporation (PARKHF)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
**Defendants:**
  Berry & Berry (B&B)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300   415-808-0333 (fax)
**Defendants:**
  Bayer Cropscience Inc. (BAYCRO)
  Foster Wheeler LLC (FKA Foster Wheeler Corporation) (FOSTER)

**Dal Soglio & Martens LLP**
222 North Sepulveda Blvd.
Suite 2000
El Segundo, CA 90245
310-662-4748   310-861-5517 (fax)
**Defendants:**
  Insulectro (INSLEC)

**DeHay & Elliston, LLP**
1300 Clay Street
Suite 840
Oakland, CA 94612
510-285-0750   510-285-0740 (fax)
**Defendants:**
  Kaiser Gypsum Company, Inc. (KAISGY)
  Lehigh Hanson, Inc. (LEHHAN)

**Foley & Mansfield PLLP**
300 Lakeside Drive, Suite 1900
Oakland, CA 94612
510-590-9500   510-590-9595 (fax)
**Defendants:**
  Zurn Industries, LLC (ZURN)

**Hassard Bonnington LLP**
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800   415-288-9802 (fax)
**Defendants:**
  Honeywell International, Inc. (HONEYW)
  Sequoia Ventures Inc. (SEQUOA)

**Hawkins, Parnell, Thackston & Young, LLP.**
Three Embarcadero Center
8th Floor
San Francisco, CA 94111-4024
415-766-3200   415-766-3250 (fax)
**Defendants:**
  Kelly-Moore Paint Company, Inc. (KELLY)

**Jackson & Wallace**
55 Francisco Street
Sixth Floor
San Francisco, CA 94133
415-982-6300   415-982-6700 (fax)
**Defendants:**
  Zurn Industries, LLC (ZURN)

**Jackson Jenkins Renstrom LLP**
55 Francisco Street, 6th Floor
San Francisco, CA 94133
415-982-3600   415-982-3700 (fax)
**Defendants:**
  General Dynamics Corporation (GENDYN)

**Latham & Watkins**
355 South Grand Avenue
Suite 100
Los Angeles, CA 90071
213-485-1234   213-891-8763 (fax)
**Defendants:**
  Insulectro (INSLEC)

**McKenna Long & Aldridge**
101 California Street
41st Floor
San Francisco, CA 94111
415-267-4000   415-267-4198 (fax)
**Defendants:**
  Metalclad Insulation Corporation (METALC)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000   415-442-1001 (fax)
**Defendants:**
  Grinnell LLC (fka Grinnell Corporation, also known as Grinnell Fire) (GRINN)
  Santa Fe Braun, Inc. as Successor-in-Interest to C.F. Braun, Inc. (CFBRAN)
  Scott Technologies, Inc. (SCOTEC)

**Nixon Peabody LLP**
One Embarcadero
18th Floor
San Francisco, CA 94111
415-984-8200   866-542-6538 (fax)
**Defendants:**
  Shell Oil Company (SHLOIL)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000   415-344-7050 (fax)
**Defendants:**
  Honeywell International, Inc. (HONEYW)

**Phillip J. Holman, Attorney at Law**
316 West Foothill Blvd.
Monrovia, CA 91016
626-358-1218   626-359-3505 (fax)
**Defendants:**
  Russell & Russell Inc. (RUSRUS)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
  CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) (VIACOM)

Brayton-Purcell Service List
Case MDL No. 875   Document 7592   Filed 07/28/11   Page 4 of 4
2
Date Created: 7/27/2011-4:13:25 PM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 108497.001 - Paul Pratt
Run By : Ehni, Jane (JAE)

**Poole & Shaffery, LLP**
445 South Figueroa Street
Suite 2520
Los Angeles, CA 90071
213-439-5390   213-439-0183 (fax)
**Defendants:**
  H & C Investment Associates, Inc. (H&CINV)

**Pratt & Associates**
Pruneyard Tower 1
1901 S. Bacom Ave., Suite 350
Campbell, CA 95008
408-369-0800   408-369-0752 (fax)
**Defendants:**
  Conopco, Inc. (CONOPC)

**Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP**
310 Golden Shore, Fourth Floor
Long Beach, CA 90802
562-436-3946   562-495-0564 (fax)
**Defendants:**
  Anadarko E&P Company LP (ANADEP)

**Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP**
One California Street, Suite 1910
San Francisco, CA 94111
415-788-8354   415-788-3625 (fax)
**Defendants:**
  Consolidated Insulation, Inc. (CONSOL)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700   415-901-8701 (fax)
**Defendants:**
  Owens-Illinois, Inc. (OI)

**Sedgwick LLP**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900   415-781-2635 (fax)
**Defendants:**
  General Electric Company (GE)
  Peter Kiewit Sons, Inc. (PKIEWT)

**Selman Breitman LLP**
33 New Montgomery
6th Floor
San Francisco, CA 94105
415-979-0400   415-979-2099 (fax)
**Defendants:**
  E.F. Brady Company, Inc. (BRADY)
  Pep Boys Manny Moe & Jack of California, The (PEPBOY)

**Sheppard, Mullin, Richter & Hampton LLP**
Four Embarcadero Center
17th Floor
San Francisco, CA 94111
415-434-9100   415-434-3947 (fax)
**Defendants:**
  M R C Holdings, Inc. (MRCHOL)

**Sinunu Bruni LLP**
333 Pine Street, Suite 400
San Francisco, CA 94104
415-362-9700   415-362-9707 (fax)
**Defendants:**
  Timec Company, Inc. (TIMECO)

**SNR Denton US, LLP**
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
415-882-5000   415-882-0300 (fax)
**Defendants:**
  Rapid-American Corporation (RAPID)

**Valerian, Patterson & Stratman**
1650 Harbor Bay Parkway # 100
Alameda, CA 94508
510-521-0612   510-337-0125 (fax)
**Defendants:**
  Kaiser Gypsum Company, Inc. (KAISGY)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  Oscar E. Erickson, Inc. (OSCAR)
  Thomas Dee Engineering Company (DEE)

**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
415-433-0990   415-434-1370 (fax)
**Defendants:**
  Asbestos Corporation Limited (ASBLTD)

**Yaron & Associates**
601 California Street, 21st Floor
San Francisco, CA 94108
415-658-2929   415-658-2930 (fax)
**Defendants:**
  Todd Shipyards Corporation (TODD)