## SCHEDULE OF ACTIONS

| Daniel Fairman Case and Ivy Ellen Case, Plaintiffs, v. American Standard, Inc., *Individually and on behalf of its division the Trane Company*, Anvil International Inc., A.W. Chesterton Co., Inc., Aurora Pump Company, Bell & Gossett Company *a subsidiary of ITT Industries*, Borg Warner Corporation, Buffalo Pumps *Division of Air & Liquid Systems Corporation by merger*, Carrier Corporation, Case Corporation *Individually and as Successor to New Holland and International Harvester*, CBS Corporation *f/k/a Viacom, Inc., successor by merger to CBC Corporation, f/k/a Westinghouse Electric Corporation*, Cleaver-Brooks, Inc. Crane Co., Crane Pumps & Systems, Inc., Elliot Turbomachinery Co., FMC Corporation *On* | United States District Court Western District of Missouri Central Division | Case No.: 2:11-cv-4164 | Honorable Nanette K. Laughrey |
|---|---|---|---|

| | | | |
|---|---|---|---|
| *behalf of its former Peerless Pumps,* Ford Motor Company, Foster Wheeler Energy Corp., Gardner Denver, Inc., General Electric Company, Genuine Parts Company, Goulds Pumps Incorporated, Honeywell International, Inc. *f/k/a Alliedsignal, Inc., as successor-in-interest to The Bendix Corporation*, Howden Buffalo, Inc., IMO Industries, Inc., Ingersoll-Rand Company, ITT Industries, Inc. Jenkins Bros. Valves, Maremont Corporation, The Nash Engineering Company, National Automotive Parts Association, Peerless Pumps, Sterling Fluid Systems USA, LLC *formerly known as Peerless Pump Company*, The Trane Company, Tyco Flow Control, Inc., Union Carbide Corporation, Velan Valve Corporation, Viking Pump Co., Inc., Warren Pumps, Inc., Yarway Corporation, York Industries Inc., York International Defendants. | | | |