**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| DANIEL FAIRMAN CASE and ) | |
| IVY ELLEN CASE, ) | |
| ) | MDL Docket No. 875 |
| Plaintiff, ) | |
| ) | |
| VELAN VALVE CORP., ) | *W. Dist. MO Case No. 2:11-cv-4164* |
| ) | |
| ) | |
| Defendants. ) | |

**PROOF OF SERVICE**

    I hereby certify that on July 28, 2011, I electronically filed the foregoing Notice of Tag-Along Action and Motion to Stay Proceedings, Schedule of Actions, Court Docket Sheet and Plaintiffs' Complaint with the Clerk of the Court using the ECF system, and copies of these documents have been placed in the U.S. Mail, First Class, postage prepaid and sent to:

    Mark J. Evans, Bley & Evans, L.C., 1000 West Nifong Blvd., Bldg. 4, Ste. 200, Columbia, MO  65203; Sharon J. Zinns, Esq., Levy Phillips & Konigsberg, LLP, 800 Third Ave., New York, NY  10022.

                                          HEPLERBROOM LLC

                                          By: /s/ Brian J. Huelsmann
                                          Missouri State Bar #53348
                                          bjh@heplerbroom.com
                                          Attorney for Defendant
                                          130 North Main St.
                                          Edwardsville, IL 62025
                                          Phone: 618-656-0184
                                          Fax:  618-656-1364