UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMPSON and BERTHA THOMPSON,<br><br>     Plaintiffs,<br>vs.<br><br>AUTOZONE, INC. (sued individually and as successor-in-interest to Chief Auto Party); AUTOZONE WEST INC.; A.W. CHESTERTON COMPANY; BAE SYSTEMS SAN DIEGO SHIP REPAIR INC. (f/k/a Southwest Marine, Inc. and sued individually and as sii to Northwest Marine Inc.); CRANE CO. (sued individually and as successor-in-interest to Adel Clamps); CSK AUTO, INC. (sued individually and as sii to Kragen Auto Parts and as sii to Checker Auto Parts); DANA COMPANIES, LLC (f/k/a Dana Corporation); DEXTER-HYSOL AEROSPACE, INC.; DEXTER-HYSOL AEROSPACE, LLC.; FORD MOTOR COMPANY; FOSTER WHEELER ENERGY CORPORATION; GENERAL ELECTRIC COMPANY; GENUINE PARTS COMPANY (individually and aka NAPA Auto Parts); GEORGIA-PACIFIC CORPORATION (sued individually and as successor-in-interest to Bestwall Gypsum Company); THE GOODYEAR TIRE & RUBBER COMPANY; HONEYWELL INTERNATIONAL, INC. (sued individually and as successor to Allied Signal, Inc. successor to Bendix Corporation); IMO INDUSTRIES, INC. (sued individually and as successor0in-interest to DeLaval Steam Turbine Inc.); | (ASBESTOS)<br>U.S.D.C. Central District, Case No.<br>_____<br><br>Los Angeles County Superior Court<br>Case No. BC459657 |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S NOTICE
OF POTENTIAL TAG-ALONG ACTION

| |
|---|
| INGERSOLL-RAND COMPANY; KAISER GYPSUM COMPANY, INC.; M. SLAYEN & ASSOCIATES, INC.; METALCLAD INSULATION CORPORATION; METROPOLITAN LIFE INSURANCE COMPANY; OWENS-ILLINOIS, INC.; PNEUMO-ABEX CORPORATION; QUINTEC INDUSTRIES, INC. (individually and as successor-in-interest and by merger to Western Fibrous Glass Products Company f/k/a Western Fiberglas Company); RHEEM MANUFACTURING COMPANY; SYD CARPENTER MARINE CONTRACTOR, INC.; THE FLAMEMASTER CORPORATION; TRANE U.S. INC. (f/k/a American Standard, Inc.); UNION CARBIDE CORPORATION; VELAN VALVE CORPORATION; VIACOM, INC. (sued individually and as successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation); WARREN PUMPS, LLC; YARWAY CORPORATION; and DOES 1-500 INCLUSIVE,<br><br>                      Defendants. |

## DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S
## NOTICE OF POTENTIAL TAG-ALONG ACTION

**TO THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:**

    1.    On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is aslo named or in which that counsel appears.

2.  The undersigned hereby notifies the court that this state court action being removed (a copy of the removed state court complaint is provided herewith as an attachment to this filing) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Defendant FOSTER WHEELER ENERGY CORPORATION is providing written notice of this Notice of Potential Tag-Along Action to all adverse parties.  Defendant FOSTER WHEELER reserves the right to amend or supplement this Notice of Potential Tag-Along Action.

Date:  July 28, 2011

BRYDON HUGO & PARKER

By: /s/ Thomas J. Moses
Edward R. Hugo [CA Bar No. 124839]
Shaghig D. Agopian [CA Bar No. 237947]
Thomas J. Moses [CA Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone:  (415) 808-0300
Facsimile:  (415) 808-0333
Email: tmoses@bhplaw.com
Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S NOTICE
OF POTENTIAL TAG-ALONG ACTION