UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To:<br><br><br>Defendants. | MDL 875<br><br><br><br><br><br>(ASBESTOS)<br>U.S.D.C. Central District, Case No. 2:11-cv-06226 PSG (AJWx)<br><br>Los Angeles County Superior Court<br>Case No. BC459657 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### SCHEDULE OF ACTIONS

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. § 1442, Defendant FOSTER WHEELER LLC'S, incorrectly served herein as FOSTER WHEELER ENERGY CORPORATION ("Foster Wheeler") hereby provides notice that Defendant Foster Wheeler has one related action currently pending before the Judicial Panel of Multidistrict Litigation:

*Paul Pratt v. Asbestos Corporation Limited, et al.* Northern District of California, Case No. 3:11-cv-03503 EMC, Conditional Transfer Order No. 425.

Date: July 28, 2011                                   BRYDON HUGO & PARKER

By:   /s/ Thomas J. Moses
       Edward R. Hugo [CA Bar No. 124839]
       Shaghig D. Agopian [CA Bar No. 237947]
       Thomas J. Moses [CA Bar No. 116002]
       BRYDON HUGO & PARKER
       135 Main Street, 20th Floor
       San Francisco, CA 94105
       Telephone: (415) 808-0300

Facsimile:  (415) 808-0333
Email: tmoses@bhplaw.com
Attorneys for Defendant
FOSTER WHEELER ENERGY
CORPORATION

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S SCHEDULE OF ACTIONS