UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

NO VI

MDL 875

This Document Relates To:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMPSON and BERTHA THOMPSON,<br><br>        Plaintiffs,<br>vs.<br><br>AUTOZONE, INC. (sued individually and as successor-in-interest to Chief Auto Party); AUTOZONE WEST INC.; A.W. CHESTERTON COMPANY; BAE SYSTEMS SAN DIEGO SHIP REPAIR INC. (f/k/a Southwest Marine, Inc. and sued individually and as sii to Northwest Marine Inc.); CRANE CO. (sued individually and as successor-in-interest to Adel Clamps); CSK AUTO, INC. (sued individually and as sii to Kragen Auto Parts and as sii to Checker Auto Parts); DANA COMPANIES, LLC (f/k/a Dana Corporation); DEXTER-HYSOL AEROSPACE, INC.; DEXTER-HYSOL AEROSPACE, LLC.; FORD MOTOR COMPANY; FOSTER WHEELER ENERGY CORPORATION; GENERAL ELECTRIC COMPANY; GENUINE PARTS COMPANY (individually and aka NAPA Auto Parts); GEORGIA-PACIFIC CORPORATION (sued individually and as successor-in-interest to Bestwall Gypsum Company); THE GOODYEAR TIRE & RUBBER COMPANY; HONEYWELL INTERNATIONAL, INC. (sued individually and as successor to Allied Signal, Inc. successor to Bendix Corporation); IMO INDUSTRIES, INC. (sued individually and as successor0in-interest to DeLaval Steam Turbine Inc.); | (ASBESTOS<br><br>U.S.D.C. Central District of California No.2:11-cv-06226 PSG (AJWx)<br><br>Lo Angeles County Superior Court Case No. BC459657 |

| | |
|---|---|
| INGERSOLL-RAND COMPANY; KAISER GYPSUM COMPANY, INC.; M. SLAYEN & ASSOCIATES, INC.; METALCLAD INSULATION CORPORATION; METROPOLITAN LIFE INSURANCE COMPANY; OWENS-ILLINOIS, INC.; PNEUMO-ABEX CORPORATION; QUINTEC INDUSTRIES, INC. (individually and as successor-in-interest and by merger to Western Fibrous Glass Products Company f/k/a Western Fiberglas Company); RHEEM MANUFACTURING COMPANY; SYD CARPENTER MARINE CONTRACTOR, INC.; THE FLAMEMASTER CORPORATION; TRANE U.S. INC. (f/k/a American Standard, Inc.); UNION CARBIDE CORPORATION; VELAN VALVE CORPORATION; VIACOM, INC. (sued individually and as successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation); WARREN PUMPS, LLC; YARWAY CORPORATION; and DOES 1-500 INCLUSIVE,<br><br>          Defendants. | |

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On July 28, 2011 served the following:

DEFENDANT FOSTER WHEELER LLC'S NOTICE OF POTENTIAL TAG-ALONG ACTION;

SCHEDULE OF ACTIONS;

U.S. DISTRICT COURT CALIFORNIA CENTRAL DISTRICT CIVIL DOCKET FOR CASE # 2:11-CV-06226 PSG

PLAINTIFFS JOHN THOMPSON and BERTHA THOMPSON'S SUMMONS AND COMPLAINT

Counsel for Plaintiff: Marc I. Willickl Via **Facsimile (310) 496-0256**

on all parties via facsimile to the following parties on the attached service list.

I declare under penalty of perjury that the above is true and correct. Executed on July 28, 2011, at San Francisco, California.

/s/ Wanda D. Claudio
Wanda D. Claudio

BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: cpark@bhplaw.com
       tmoses@bhplaw.com
Attorneys for Defendant
FOSTER WHEELER LLC

*Thompson, John Service List*

| | |
|---|---|
| **Becherer Kannett & Schweitzer**<br>2255 Powell St.<br>Emeryville, CA 94608<br>**Fax: (510) 658-1151**<br>Attorneys for Defendants M. Slayen and Associates, Inc. and CSK Auto, Inc. | **Cooley, Manion, Jones, Hake & Kurowski LLP**<br>444 South Flower Street, Suite 1550<br>Los Angeles, CA 90071<br>**Fax: (213) 622-7313**<br>Attorneys for Defendant A.W. Chesterton Company |
| **DeHay & Elliston L.L.P.**<br>800 W. 6th St., Ste. 788<br>Los Angeles, CA 90017<br>**Fax: (213) 271-2730**<br>Attorneys for Defendant Pneumo Abex LLC | **Gordon & Rees LLP (SF)**<br>275 Battery St., #2000<br>San Francisco, CA 94111<br>**Fax: (415) 986-8054**<br>Attorneys for Defendant Trane U.S., Inc. |
| **Hawkins Parnell Thackston & Young LLP**<br>444 S. Flower St., Ste. 1100<br>Los Angeles, CA 90071<br>**Fax: (213) 486-8080**<br>Attorneys for Defendant Rheem Manufacturing Company | **Lewis Brisbois Bisgaard & Smith LLP**<br>221 N. Figueroa St., Ste. 1200<br>Los Angeles, CA 90012<br>**Fax: (213) 250-7900**<br>Attorneys for Defendant The Goodyear Tire & Rubber Company |
| **Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP**<br>310 Golden Shore Pkwy, 4th Fl.<br>Long Beach, CA 90802<br>**Fax: (562) 495-0564**<br>Attorneys for Defendant Syd Carpenter, Marine Contractor, Inc. | **Sedgwick LLP**<br>One Market Plaza<br>Steuart Tower, 8th Fl.<br>San Francisco, CA 94105<br>**Fax: (415) 781-2635**<br>Attorneys for Defendant General Electric Company |
| **Steptoe & JohnsonLLP**<br>633 West Fifth St., Ste. 700<br>Los Angeles, CA 90071<br>**Fax: (213) 439-9599**<br>Attorneys for Defendant Metropolitan Life Insurance Company | |