

# Brayton❖Purcell LLP

TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
WILLIAM G. MCDEVITT

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
JENNIFER L. ALESIO
DAVID H. BACKENSTOE
TARLAN BANANZADEH
ROBERT L. BARROW
JENNIFER C. BENADERET
SARAH N. BENDON
GARY L. BRAYTON
CAMERON O. CARTER*
RENE J. CASILLI
ANDREW CHEW
KIMBERLY J. CHU
HUGH C. COOK
JUSTIN F. FISH
JANETTE H. GLASER
JOHN B. GOLDSTEIN
RICHARD M. GRANT
CHRISTINA D. HART
CHRIS E. HERSOM
BRIAN D. HOLMBERG
GARY V JUDD
CLAYTON W. KENT
MATTHEW B. LEE

ELISABETH A. LEONARD, Ph.D
MICHAEL D. LEVINSON
PHYRA M. McCANDLESS
BRIANA E. McCARTHY
MAUREEN C. MCGOWAN
KIMBERLY L. MEYER
MICHAEL T. MILLER
NANCY A. MULLIKIN
EMMA NELSON-MUNSON
JAMES P. NEVIN
KEENAN W. NG
OREN P. NOAH
NEGAR PIRZADEH
JASON M. ROSE
FRAMTA SAECHAO
AMIR S. SARRESHTEHDARY
CHRISTINA C. SKUBIC
GEOFF T. SLONIKER
KSENIA L. SNYLYK
ERIC C. SOLOMON
LANCE R. STEWART
UMU K. TAFISI
NANCY T. WILLIAMS

July 29, 2011

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

  Re: <u>Adelma Gilpin, et al., v. General Electric Company, et al.</u>
     U.S. District Court, Northern District of California, Case No. 3:11-cv-03564-WHA

Dear Clerk of the Panel:

  Plaintiff in the above-referenced matter has initiated an asbestos-related action. Pursuant to MDL Rule 7.5(c), counsel for Plaintiff informs the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" this asbestos case currently pending in the United States District Court for the Northern District of California. Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of Procedure, the panel is authorized to enter a conditional transfer order or file an order to show cause why this action should not be transferred.

  Plaintiff's Notice of Tag-Along Action is being filed with the U.S. District Court for the Northern District of California. The notice is being served upon the parties. Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

            Very truly yours,

            /s/  *David R. Donadio*

            David R. Donadio

DRD:sld

K:\Injured\110744\FED\CORRESP\Ltr Tag-Along.wpd