

## Brayton♦Purcell LLP

TRIAL LAWYERS

| | | |
|---|---|---|
| ALAN R. BRAYTON<br>GILBERT L. PURCELL<br><br>DAVID R. DONADIO<br>LLOYD F. LEROY<br>OF COUNSEL<br>JEFFREY D. EISENBERG*<br>WILLIAM G. MCDEVITT<br><br>* ADMITTED ONLY IN STATES<br>OTHER THAN CALIFORNIA | 222 Rush Landing Road<br>P O Box 6169<br>Novato, California 94948-6169<br>Telephone: (415) 898-1555<br>Facsimile: (415) 898-1247<br><br>Portland: (503) 295-4931<br>Los Angeles: (415) 898-1555<br>Salt Lake City: (801) 366-9100<br><br>Email: mail@braytonlaw.com<br>www.braytonlaw.com | ANNE T. ACUÑA          ELISABETH A. LEONARD, Ph.D<br>JENNIFER L. ALESIO     MICHAEL D. LEVINSON<br>DAVID H. BACKENSTOE    PHYRA M. McCANDLESS<br>TARLAN BANANZADEH      BRIANA E. McCARTHY<br>ROBERT L. BARROW       MAUREEN C. MCGOWAN<br>JENNIFER C. BENADERET  KIMBERLY L. MEYER<br>SARAH N. BENDON        MICHAEL T. MILLER<br>GARY L. BRAYTON        NANCY A. MULLIKIN<br>CAMERON O. CARTER*     EMMA NELSON-MUNSON<br>RENE J. CASILLI        JAMES P. NEVIN<br>ANDREW CHEW            KEENAN W. NG<br>KIMBERLY J. CHU        OREN P. NOAH<br>HUGH C. COOK           NEGAR PIRZADEH<br>JUSTIN F. FISH         JASON M. ROSE<br>JANETTE H. GLASER      FRAMTA SAECHAO<br>JOHN B. GOLDSTEIN      AMIR S. SARRESHTEHDARY<br>RICHARD M. GRANT       CHRISTINA C. SKUBIC<br>CHRISTINA D. HART      GEOFF T. SLONIKER<br>CHRIS E. HERSOM        KSENIA L. SNYLYK<br>BRIAN D. HOLMBERG      ERIC C. SOLOMON<br>GARY V JUDD            LANCE R. STEWART<br>CLAYTON W. KENT        UMU K. TAFISI<br>MATTHEW B. LEE         NANCY T. WILLIAMS |

July 29, 2011

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

      Re:    <u>Adelma Gilpin, et al., v. General Electric Company, et al.</u>
            U.S. District Court, Northern District of California, Case No. 3:11-cv-03564-WHA

Dear Clerk of the Panel:

      Plaintiff in the above-referenced matter has initiated an asbestos-related action. Pursuant to MDL Rule 7.5(c), counsel for Plaintiff informs the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" this asbestos case currently pending in the United States District Court for the Northern District of California. Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of Procedure, the panel is authorized to enter a conditional transfer order or file an order to show cause why this action should not be transferred.

      Plaintiff's Notice of Tag-Along Action is being filed with the U.S. District Court for the Northern District of California. The notice is being served upon the parties. Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

                                    Very truly yours,

                                    /s/  *David R. Donadio*

                                    David R. Donadio

DRD:sld