# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Litigation

*Minoru Arakaki v. Crane Co., et al.*; District of Hawaii, C.A. No. 1:11-00449

## NOTICE OF OPPOSITION TO CTO-426

    I represent Plaintiff in the above captioned action which is included on the conditional transfer order (CTO-426). Plaintiffs submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

                                                      Sincerely,

                                                      /s/Ilana K. Waxman
                                                      Ilana K. Waxman
                                                      Galiher DeRobertis Ono
                                                      610 Ward Avenue
                                                      Honolulu, HI 96814
                                                      808-597-1400
                                                      Email: IKW@gogaliher.com

                                                      Counsel for Plaintiffs