

TRIAL LAWYERS

| | | |
|---|---|---|
| ALAN R. BRAYTON<br>GILBERT L. PURCELL<br><br>DAVID R. DONADIO<br>LLOYD F. LEROY<br><br>OF COUNSEL<br>JEFFREY D. EISENBERG*<br>WILLIAM G. MCDEVITT<br><br>* ADMITTED ONLY IN STATES<br>OTHER THAN CALIFORNIA | 222 Rush Landing Road<br>P O Box 6169<br>Novato, California 94948-6169<br>Telephone: (415) 898-1555<br>Facsimile: (415) 898-1247<br><br>Portland: (503) 295-4931<br>Los Angeles: (415) 898-1555<br>Salt Lake City: (801) 366-9100<br><br>Email: mail@braytonlaw.com<br>www.braytonlaw.com | ANNE T. ACUÑA     ELISABETH A. LEONARD, Ph.D<br>JENNIFER L. ALESIO     MICHAEL D. LEVINSON<br>DAVID H. BACKENSTOE     PHYRA M. McCANDLESS<br>TARLAN BANANZADEH     BRIANA E. McCARTHY<br>ROBERT L. BARROW     MAUREEN C. MCGOWAN<br>JENNIFER C. BENADERET     KIMBERLY L. MEYER<br>SARAH N. BENDON     MICHAEL T. MILLER<br>GARY L. BRAYTON     NANCY A. MULLIKIN<br>CAMERON O. CARTER*     EMMA NELSON-MUNSON<br>RENE J. CASILLI     JAMES P. NEVIN<br>ANDREW CHEW     KEENAN W. NG<br>KIMBERLY J. CHU     OREN P. NOAH<br>HUGH C. COOK     NEGAR PIRZADEH<br>JUSTIN F. FISH     JASON M. ROSE<br>JANETTE H. GLASER     FRAMTA SAECHAO<br>JOHN B. GOLDSTEIN     AMIR S. SARRESHTEHDARY<br>RICHARD M. GRANT     CHRISTINA C. SKUBIC<br>CHRISTINA D. HART     GEOFF T. SLONIKER<br>CHRIS E. HERSOM     KSENIA L. SNYLYK<br>BRIAN D. HOLMBERG     ERIC C. SOLOMON<br>GARY V JUDD     LANCE R. STEWART<br>CLAYTON W. KENT     UMU K. TAFISI<br>MATTHEW B. LEE     NANCY T. WILLIAMS |

July 29, 2011

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

    Re:    <u>Barry Kelly, et al. v. CBS Corporation, et al.</u>
             U.S. District Court, Northern District of California, Case No. 3:11-cv-03240-WHA

Dear Clerk of the Panel:

    I would like to withdraw the Notice of Tag-Along Action that was filed today under case number 3:11-cv-02832-JSW.  This Notice was inadvertently filed under the wrong case number.  Case number 3:11-cv-02832-JSW is for the same plaintiffs, but that matter has been remanded back to State Court.  I will file the Notice under the correct case number 3:11-cv-03240-WHA.

    Please call me if you have any questions or require any additional information.

                       Very truly yours,

                       /s/  *Sherry De La Torre*

                       Legal Secretary

K:\Injured\115572\FED\115572.003\CORRESP\ltr-withdraw-ntc.wpd