ATTORNEYS AT LAW

ONE MARKET PLAZA   STEUART TOWER, 8TH FLOOR   SAN FRANCISCO, CALIFORNIA 94105-1101

*www.sedgwicklaw.com*   415.781.7900 *phone*   415.781.2635 *fax*

# Sedgwick LLP

August 1, 2011

**VIA ECF FILING**

Jeffery N. Luthi
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:  *John Thompson, et al. v. Autozone, Inc., et al.*
      U.S. District Court, Central District Of California, Case No.  2:11-cv-06226-PSG (AJWx)
      Our File No.: 00045-148819

Dear Mr. Luthi:

On behalf of our client, General Electric Company ("GE"), we write to inform the Judicial
Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" asbestos case
currently pending in the United States District Court for the Central District of California.

Plaintiffs in the above-referenced matter have initiated a personal-injury asbestos-related
action.  Plaintiffs claim that John Thompson was exposed to asbestos-containing products at
his job sites.  Thus, this action involves common questions of fact with numerous other
asbestos actions previously transferred by the Panel pursuant to 28 U.S.C. § 1407.
Accordingly, GE requests that the Panel transfer this case to the Eastern District of
Pennsylvania for consolidated pretrial proceedings.

This "tag-along" case was removed to the United States District Court for the Central District
of California on July 28, 2011.  Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of
Procedure, the panel is authorized to enter a conditional transfer order or file an order to
show cause why this action should not be transferred.

I enclose plaintiffs' complaint in this action, as well as the docket sheet for this case in the
United States District Court for the Central District of California.

SF/2290319v1

August 1, 2011
Page 2

Plaintiffs in this action are represented by Marc I. Willick, 2361 Rosecrans Avenue Suite 450, El Segundo, CA 90245 (telephone: (310) 536-1040; fax: (310) 496-0256).

Thank you for your attention to this matter.  Please call me if you have any questions or require any additional information.

Regards,

Allison M. Low
Sedgwick LLP

Enclosure


cc: (via facsimile only) (w/out enclosure)

Marc I. Willick