# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & TITLE - IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):** Plaintiffs Patti Donlon, Individually and as Successor-in-Interest to the Estate of Patrick Donlon, Decedent, and Sean Donlon

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):** Donlon v. AC and S, Inc., et al., N.D., California, C.A. No. 3:11-CV-03376-JSW

*******************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

August 1, 2011

Date / Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Steven M. Harowitz, HAROWITZ & TIGERMAN, LLP, 450 Sansome Street, 3rd Floor, San Francisco, CA 94111

Telephone No.: (415) 788-1588     Fax No.: (415) 788-1598

Email Address: harowitz@htlawoffices.com

**Instructions:**
1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

## PROOF OF SERVICE

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 450 Sansome Street, 3rd Floor, San Francisco, CA 94111; and that on this date I served a true copy of the document(s) in the action of *Donlon v. AC and S, Inc., et al.,* United States Judicial Panel On Multidistrict Litigation, MDL No. 875, In Re: Asbestos Products Liability Litigation (No. VI), N.D., California, C.A. No. 3:11-CV-03376-JSW, entitled:

## NOTICE OF APPEARANCE

X    **By Electronically** serving the document(s) described above via United States Judicial Panel On Multidistrict Litigation Electronic Case Filing website (CM/ECF notification system) on the recipients designated on the electronic list that is located on the Pacer website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 1, 2011 at San Francisco, California.

Kathleen Balauat