## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
## MDL 875

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| RAY FRANKLIN AND DONNA FRANKLIN, ) ) ) Plaintiffs, ) ) vs. ) ) DANA HOLDING CORPORATION, ) et al., ) ) Defendants. ) ) | CIVIL ACTION NO. 1:11-cv-02731-PWG |

## NOTICE OF TAG-ALONG ACTION

COMES NOW Defendant Eaton Corporation, and hereby submits this, its Notice of Tag-Along Action, and shows the Court as follows:

PLEASE TAKE NOTICE THAT on July 29, 1991, Judicial Panel of Multi-District Litigation entered an order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 ("MDL Transfer Order").  That order also applies to "tag-along actions," or actions involving common questions of fact filed after January 17, 1991 filing of the Panel's Order to Show Cause.  MDL Rule 7.1(a) provides:

> Any party or counsel in actions previously transferred under Section 1407 shall promptly notify the Clerk of the

Panel of any potential tag-along actions in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either 1) enter a conditional transfer order pursuant to MDL Rule 7.1, 2) file an order to show cause why the action should not be transferred pursuant to MDL Rule 8.1, or 3) decline to act (Rule 7.1(b)(i)).

Dated:    August 2, 2011.

Respectfully submitted by,

/s/ John A. Smyth III
John A. Smyth III
Email: jsmyth@maynardcooper.com
Katherine A. Collier
Email: kcollier@maynardcooper.com
Janine McKinnon
Email: jmckinnon@maynardcooper.com

Attorneys for Defendant
Eaton Corporation

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400
Birmingham, Alabama 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999

02198542.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been served upon the following listed person(s) by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this the 2nd day of August, 2011.

Dana Holding Corporation
c/o CT Corporation System
1300 East Ninth Street
Cleveland, Ohio  44114

Fruehauf Trailer Corporation
PO Box 44913
Indianapolis, IN  46244

Maremont Corporation
One Noblitt Plaza
Columbus, IN  47202

Pneumo Abex LLC
One Liberty Lane
Hampton, NH  03842

Rapid American Corporation
888 Seventh Avenue
New York, NY 10106

Rockwell Automation
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

Clerk
Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20544-0005

The parties listed below will be served via e-mail:

Hobart Brothers Company
c/o Timothy Wade Knight
Kee Law Firm, LLC
PO Box 43347
Birmingham, AL 35243-0347
E-mail: tk@keeselby.com

Metropolitan Life Insurance Company
c/o Michael Anthony Vercher
Joi Charisse Scott
Christian & Small L.L.P.
505 20th St N Ste 1800
Birmingham, AL 35203-2696
E-mail: mavercher@csattorneys.com
E-mail: jcscott@csattorneys.com

Raytek Corporation
c/o James B. Owens, III
Starnes Davis Florie, LLP
P. O. Box 598512
Birmingham, AL 35259-8512
E-mail:  bowens@starneslaw.com

Thomas J. Knight
Attorney for Plaintiffs
Hubbard & Knight
1125 Noble Street
Anniston, Alabama 36202
hubbardknight@msn.com

                    /s/ John A. Smyth III_____
                    OF COUNSEL

02198542.1