# KONE Corporate Structure
## For U.S. Operations



LAW-08-0002 (Rev. 7/1/2011)