ONE MARKET PLAZA   STEUART TOWER, 8TH FLOOR   SAN FRANCISCO, CALIFORNIA 94105-1101

*www.sedgwicklaw.com*   415.781.7900 *phone*   415.781.2635 *fax*

Sedgwick LLP

August 1, 2011

**VIA ECF FILING**

Jeffery N. Luthi
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:   *Barry Kelly, et al. v. CBS Corporation, et al.*
U.S. District Court, Northern District Of California, Case No. 3:11-cv-03240-WHA
Our File No.: 00045-079666

Dear Mr. Luthi:

On behalf of our client, General Electric Company ("GE"), we write to inform the Judicial
Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" asbestos case
currently pending in the United States District Court for the Northern District of California.

Plaintiffs in the above-referenced matter have initiated a personal injury asbestos-related
action. Plaintiffs claim that Barry Kelly was exposed to asbestos-containing products at his
job sites. Thus, this action involves common questions of fact with numerous other asbestos
actions previously transferred by the Panel pursuant to 28 U.S.C. § 1407. Accordingly, GE
requests that the Panel transfer this case to the Eastern District of Pennsylvania for
consolidated pretrial proceedings.

This "tag-along" case was filed in the United States District Court for the Northern District
of California on June 30, 2011. Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of
Procedure, the panel is authorized to enter a conditional transfer order or file an order to
show cause why this action should not be transferred.

I enclose plaintiff's complaint in this action, as well as the docket sheet for this case in the
United States District Court for the Northern District of California.

SF/2292911v1

August 1, 2011
Page 2

Plaintiff in this action is represented by David R. Donadio of Brayton Purcell LLP, 222 Rush Landing Road, Novato, California 94948-6169 (telephone: (415) 898-1555; fax: (415) 898-1247).

Thank you for your attention to this matter.  Please call me if you have any questions or require any additional information.

Regards,

Allison M. Low
Sedgwick LLP

Enclosure

cc: (via facsimile only) (w/out enclosure)

Brayton Purcell