This party's parent, subsidiary and other affiliate corporations are listed below (for affiliates, briefly describe nature of affiliation; attach separate document if necessary):

**Parent – ThyssenKrupp Elevator Americas Corp.**

**Affiliates – Computerized Elevator Control Corp.**

**Subsidiaries- ThyssenKrupp Elevator Manufacturing, Inc., ThyssenKrupp Elevator, Inc., ThyssenKrupp Elevator Capital Corp.**

**Thyssen Krupp Elevator Corp. owns 50% of Braun ThyssenKrupp Elevator, LLC.**