UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

NO VI

MDL 875

This Document Relates To:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KEENEY and HOWARD J. GARCIA,<br><br>Plaintiffs,<br>vs.<br><br>A.W. CHESTERTON COMPANY; ALTA BUILDING MATERIAL COMPANY; AMERON INTERNATIONAL CORPORATION; ASBESTOS CORPORATION, LTD.; BUFFALO PUMPS, INC.; BW/IP INTERNATIONAL, INC., individually and as successor-in-interest to BYRON JACKSON PUMP CO.; CALAVERAS ASBESTOS, LTD.; CBS CORPORATION; CERTAINTEED CORPORATION; CRANE CO.; CROWN CORK & SEAL COMPANY, INC. (MUNDET CORK COMPANY); D.W. NICHOLSON CORPORATION; DANA; DOUGLASS INSULATION COMPANY, INC.; FLOWSERVE INTERNATIONAL, INC.; FORD MOTOR COMPANY; FOSTER WHEELER USA CORPORATION; GARDNER DENVER, INC.; GENERAL ELECTRIC COMPANY; GEORGIA-PACIFIC CORPORATION; GLADDING-MCBEAN & COMPANY, fka INTERPACE; GOLDEN GATE DRYWALL; GOULDS PUMP, INC.; HANSON PERMANENTE CEMENT, INC. (KAISER CEMENT); IMO INDUSTRIES, INC., fka DELAVAL TURBINE, INC., and SHARPLES, INC.; INGERSOLL-RAND COMPANY; ITT INDUSTRIES, INC.; J.T. THORPE & SON, INC.; JOHN CRANE, INC.; JOHNSON | (ASBESTOS)<br>U.S.D.C. Central District, Case No. 2:11-06192 PA (AGRx)<br><br>Los Angeles County Superior Court Case No. BC457255 |

DEFENDANT FOSTER WHEELER LLC'S, incorrectly served herein as FOSTER WHEELER USA CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION

| |
|---|
| MECHANICAL CONTRACTORS, INC.; KAISER GYPSUM COMPANY, INC.; KELLY-MOORE PAINT COMPANY, INC. (PACO); LOS ANGELES RUBBER COMPANY; NASH ENGINEERING CO.; PARKER HANNIFIN CORPORATION, as successor-in-interest to SACOMO-SIERRA; PEERLESS PUMPS; RILEY POWER, INC., fka DB RILEY, INC.; ROPER; SLAKEY BROTHERS, INC.; SOCO WEST, INC., fka BRENNTAG WEST, INC. (SOCO-LYNCH); UNIVERSITY MECHANICAL & ENGINEERING CONTRACTORS, INC.; VIKING PUMP, INC.; WARREN PUMPS, INC.; WESTBURNE PIPE & SUPPLY; YARWAY CORPORATION; and DOES 1 THROUGH 400, |
| Defendants. |

**DEFENDANT FOSTER WHEELER LLC'S, incorrectly served herein as FOSTER WHEELER USA CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**TO THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:**

1. On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is aslo named or in which that counsel appears.

2. The undersigned hereby notifies the court that this state court action being removed (copies of the original state court complaint and the first amended state court complaint of the removed action are provided herewith as attachments to this filing) is a potential "tag-along action" which is subject to transfer to the Eastern District of

BRYDON HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

DEFENDANT FOSTER WHEELER LLC'S, incorrectly served herein as FOSTER WHEELER USA CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION

Pennsylvania.  The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Defendant FOSTER WHEELER LLC, incorrectly served herein as FOSTER WHEELER ENERGY CORPORATION is providing written notice of this Notice of Potential Tag-Along Action to all adverse parties.  Defendant FOSTER WHEELER reserves the right to amend or supplement this Notice of Potential Tag-Along Action.

Date:  August 2, 2011						BRYDON HUGO & PARKER

								By:	/s/ Thomas J. Moses
									Edward R. Hugo [CA Bar No. 124839]
									Shaghig D. Agopian [CA Bar No. 237947]
									Thomas J. Moses [CA Bar No. 116002]
									BRYDON HUGO & PARKER
									135 Main Street, 20th Floor
									San Francisco, CA 94105
									Telephone:  (415) 808-0300
									Facsimile:  (415) 808-0333
									Email: tmoses@bhplaw.com
									Attorneys for Defendant
									FOSTER WHEELER LLC, incorectly served herein as FOSTER WHEELER USA CORPORATION

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3

DEFENDANT FOSTER WHEELER LLC'S, incorrectly served herein as FOSTER WHEELER USA CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION