UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KEENEY and HOWARD J. GARCIA,<br><br>                   Plaintiffs,<br>vs.<br><br>A.W. CHESTERTON COMPANY; ALTA BUILDING MATERIAL COMPANY; AMERON INTERNATIONAL CORPORATION; ASBESTOS CORPORATION, LTD.; BUFFALO PUMPS, INC.; BW/IP INTERNATIONAL, INC., individually and as successor-in-interest to BYRON JACKSON PUMP CO.; CALAVERAS ASBESTOS, LTD.; CBS CORPORATION; CERTAINTEED CORPORATION; CRANE CO.; CROWN CORK & SEAL COMPANY, INC. (MUNDET CORK COMPANY); D.W. NICHOLSON CORPORATION; DANA; DOUGLASS INSULATION COMPANY, INC.; FLOWSERVE INTERNATIONAL, INC.; FORD MOTOR COMPANY; FOSTER WHEELER USA CORPORATION; GARDNER DENVER, INC.; GENERAL ELECTRIC COMPANY; GEORGIA PACIFIC CORPORATION; GLADDING-MCBEAN & COMPANY, fka INTERPACE; GOLDEN GATE DRYWALL; GOULDS PUMP, INC.; HANSON PERMANENTE CEMENT, INC. (KAISER CEMENT); IMO INDUSTRIES, INC., fka DELAVAL TURBINE, INC., and SHARPLES, INC.; INGERSOLL-RAND COMPANY; ITT INDUSTRIES, INC.; J.T. THORPE & SON, INC.; JOHN CRANE, INC.; JOHNSON | (ASBESTOS)<br>U.S.D.C. Central District, Case No. 2:11-cv-06192 PA (AGRx)<br><br>Los Angeles County Superior Court Case No. BC457255 |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DEFENDANT FOSTER WHEELER LLC'S, incorrectly served herein as FOSTER WHEELER USA CORPORATION'S SCHEDULE OF ACTIONS

| |
|---|
| MECHANICAL CONTRACTORS, INC.; KAISER GYPSUM COMPANY, INC. (PACO); LOS ANGELES RUBBER COMPANY; NQASH ENGINEERING CO.; PARKER HANNIFIN CORPORATION, as successor-in-interest to SACOMO-SIERRA; PEERLESS PUMPS; RILEY POWER, INC., fka BRENNTAG WEST, INC. (SOCO-LYNCH); VIKING PUMP, INC.; WARREN PUMPS, INC.; WESTBURNE PIPE & SUPPLY; YARWAY CORPORATION; and DOES 1 THROUGH 400, |
| Defendants. |

## SCHEDULE OF ACTIONS

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. § 1442, Defendant FOSTER WHEELER LLC'S, incorrectly served herein as FOSTER WHEELER USA CORPORATION ("Foster Wheeler") hereby provides notice that Defendant Foster Wheeler has one related action currently pending before the Judicial Panel of Multidistrict Litigation:

*Pratt, Paul v. Asbestos Corporation Limited, et al.*, Northern District of California, San Francisco Case No. 3:11-cv-3503 EMC, Conditional Transfer Order No. 425;

*Thompson, John, et al. v. Autozone, Inc., et al.*, Central District of California, Case No. 2:11-cv-6226 PSG, Conditional Transfer Order No. 428.

Date: August 2, 2011                                   BRYDON HUGO & PARKER

By:   /s/ Thomas J. Moses
Edward R. Hugo [CA Bar No. 124839]
Shaghig D. Agopian [CA Bar No. 237947]
Thomas J. Moses [CA Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone:  (415) 808-0300
Facsimile:  (415) 808-0333
Email: tmoses@bhplaw.com
Attorneys for Defendant
FOSTER WHEELER LLC, incorrectly served herein as FOSTER WHEELER USA CORPORATION