UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KEENEY and HOWARD J. GARCIA,<br><br>              Plaintiffs,<br>vs.<br><br>A.W. CHESTERTON COMPANY; ALTA BUILDING MATERIAL COMPANY; AMERON INTERNATIONAL CORPORATION; ASBESTOS CORPORATION, LTD.; BUFFALO PUMPS, INC.; BW/IP INTERNATIONAL, INC., individually and as successor-in-interest to BYRON JACKSON PUMP CO.; CALAVERAS ASBESTOS, LTD.; CBS CORPORATION; CERTAINTEED CORPORATION; CRANE CO.; CROWN CORK & SEAL COMPANY, INC. (MUNDET CORK COMPANY); D.W. NICHOLSON CORPORATION; DANA; DOUGLASS INSULATION COMPANY, INC.; FLOWSERVE INTERNATIONAL, INC.; FORD MOTOR COMPANY; FOSTER WHEELER USA CORPORATION; GARDNER DENVER, INC.; GENERAL ELECTRIC COMPANY; GEORGIA PACIFIC CORPORATION; GLADDING-MCBEAN & COMPANY, fka INTERPACE; GOLDEN GATE DRYWALL; GOULDS PUMP, INC.; HANSON PERMANENTE CEMENT, INC. (KAISER CEMENT); IMO INDUSTRIES, INC., fka DELAVAL TURBINE, INC., and SHARPLES, INC.; INGERSOLL-RAND COMPANY; ITT INDUSTRIES, INC.; J.T. THORPE & SON, INC.; JOHN CRANE, INC.; JOHNSON | (ASBESTOS<br><br>U.S.D.C. Central District of California No.2:11-cv-06192 PA (AGRx)<br><br>Los Angeles County Superior Court Case No. BC457255 |

MECHANICAL CONTRACTORS, INC.;
KAISER GYPSUM COMPANY, INC.
(PACO); LOS ANGELES RUBBER
COMPANY; NQASH ENGINEERING
CO.; PARKER HANNIFIN
CORPORATION, as successor-in-interest
to SACOMO-SIERRA; PEERLESS
PUMPS; RILEY POWER, INC., fka
BRENNTAG WEST, INC. (SOCO-
LYNCH); VIKING PUMP, INC.;
WARREN PUMPS, INC.; WESTBURNE
PIPE & SUPPLY; YARWAY
CORPORATION; and DOES 1
THROUGH 400,

Defendants.

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On July 28, 2011 served the following:

DEFENDANT FOSTER WHEELER LLC'S, incorrectly served herein as FOSTER WHEELER USA CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION;

SCHEDULE OF ACTIONS;

U.S. DISTRICT COURT CALIFORNIA CENTRAL DISTRICT CIVIL DOCKET FOR CASE # 2:11-CV-06192 PA

PLAINTIFFS RICHARD KEENEY and HOWARD GARCIA'S SUMMONS AND COMPLAINT

Counsel for Plaintiffs: Farrise Firm Via **Facsimile (510) 588-4536**

on all parties via facsimile to the following parties on the attached service list.

I declare under penalty of perjury that the above is true and correct. Executed on August 2, 2011, at San Francisco, California.

*Wanda D. Claudio*
Wanda D. Claudio

BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: cpark@bhplaw.com

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

tmoses@bhplaw.com
Attorneys for Defendant
FOSTER WHEELER LLC
THOMAS J. MOSES (CA SBN 116002)
CHARLES S. PARK (CA SBN 161430)

*Keeney, Richard, et al. vs. A.W. Chesterton Company, et al.*
Los Angeles County Superior Court, Case No. BC457255
**SERVICE LIST**

**Cooley, Manion, Jones, Hake & Kurowski LLP**
444 S.Flower St., Ste. 1550
Los Angeles, CA 90071
**Fax: (213) 622-7313**
*(A.W. Chesterton Co.)*

**K&L Gates LLP**
10100 Santa Monica Blvd., 7th Fl.
Los Angeles, CA 90067
**Fax: (310) 552-5001**
*(Crane Co.)*

**Foley & Mansfield PLLP**
300 Lakeside Dr., Ste 1900
Oakland, CA 94612
**Fax: (510) 590-9595**
*(D.W. Nicholson Corp.)*

**Gordon & Rees LLP**
275 Battery St., #2000
San Francisco, CA 94111
**Fax: (415) 986-8054**
*(Gould Pumps)*

**Howard Rome Martin & Ridley**
1775 Woodside Road, Ste. 200
Redwood, CA 94061-3436
**Fax: (650) 364-5297**
*(IMO Industries; Sharples, Inc.)*

**Manatt, Phelps, & Phillips, LLP**
One Embarcadero Center, 30th Fl.
San Francisco, CA 94111
**Fax: (415) 291-7638**
*(Westburne Supply)*

**McKenna Long & Aldridge LLP**
300 S. Grand Avenue, 14th Fl.
Los Angeles, CA 90071
**Fax: (213) 243-6330**
*(Certainteed Corp.)*

**Pond North, LLP**
350 S. Grand Avenue, Ste. 3300
Los Angeles, CA 90071
**Fax: (213) 623-3594**
*(CBS Corporation)*

**Poole & Shaffery, LLP**
445 S. Figueroa St., Ste. 2520
Los Angeles, CA 90071
**Fax: (213) 439-0183**
*(Gardner Denver)*

**Sedgwick LLP**
One Market Plaza
Steuart Tower, 8th Fl.
San Francisco, CA 94105
**Fax: (415) 781-2635**
*(Parker Hannifin Corp)*

**Vogl & Meredith, LLP**
456 Montgomery St., 20th flr.
San Francisco, CA 94104
**Fax: (415) 398-2820**
*(Gladding McBean & Co.)*

**Yukevich Calfo Cavanaugh**
601 South Figueroa St., 38th Fl.
Los Angeles, CA 90017
**Fax: (213) 362-7788**
*(Ford Motor Company)*