**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

MDL No. 875 – In re:  <u>Asbestos Products Liability Litigation</u>

Opposing CTO-421 re case:   <u>Paschall v. Abex Corporation, et al.</u>
                             Eastern District of Virginia
                             Civil Action No. 3:11-cv-00431

**<u>PLAINTIFF'S MOTION TO VACATE CTO-421</u>**

Comes now the Plaintiff, BETTIE J. PASCHALL, Executrix of the Estate of EARL WAYNE PASCHALL, Deceased, and moves the Panel to vacate the conditional transfer order (CTO-421) as pertains to this Plaintiff and Civil Action No. 3:11-cv-00431, for the reasons and on the grounds stated in her memorandum in support of her Motion to Vacate CTO-421.

<u>DATE</u>: August 2, 2011

Sincerely

BETTIE J. PASCHALL, Executrix of the Estate of
Earl Wayne Paschall, Deceased


 /s/   Mark H. Schmidt
Mark H. Schmidt (VSB # 44521)
Ayers & Stolte, P.C.
710 North Hamilton Street
Richmond, Virginia 23221
Telephone: (804) 358-4731
Facsimile: (804) 864-0895
Email: mschmidt@ayerslaw.com

Counsel for the Plaintiff