JURY

## U.S. District Court
## Eastern District of Virginia - (Richmond)
### CIVIL DOCKET FOR CASE #: 3:11-cv-00431-HEH

Paschall v. Abex Corporation et al  
Assigned to: District Judge Henry E. Hudson  
Demand: $12,000,000  
Cause: 28:1441 Notice of Removal-Personal Injury  

Date Filed: 07/05/2011  
Jury Demand: Plaintiff  
Nature of Suit: 368 P.I. : Asbestos  
Jurisdiction: Diversity  

### Plaintiff

**Bettie J. Paschall**  
*Executrix of the Estate of Earl Wayne Paschall, Deceased*

represented by **Charles Edward Ayers, Jr.**  
Ayers & Stolte  
710 North Hamilton St  
Richmond, VA 23221  
(804) 358-4731  
Email: ericap@ayerslaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Mark Henry Schmidt**  
Ayers & Stolte PC  
710 N Hamilton St  
3rd Fl  
Richmond, VA 23221  
804-358-4731  
Fax: 804-864-0895  
Email: mschmidt@ayerslaw.com  
*ATTORNEY TO BE NOTICED*

### Defendant

**Abex Corporation**  
*a Delaware Corporation*  
TERMINATED: 07/06/2011

### Defendant

**American Heritage Place, L.P.**  
*a Virginia Limited Partnership*  
TERMINATED: 07/06/2011

### Defendant

**American Standard, Inc.**  
*Individually, and as successor to Kewanee Boiler, A Delaware Corporation*  
TERMINATED: 07/06/2011

### Defendant

**Anchor Packing Company**
*a Delaware Corporation*
*TERMINATED: 07/06/2011*

Defendant

**Apple Seven Spe Richmond, Inc.**
*a Virginia Corporation*
*TERMINATED: 07/06/2011*

Defendant

**Aqua-Chem, Inc.**
*Individually, and as Successor to Cleaver-Brooks, a non-Virginia Corporation*
*TERMINATED: 07/06/2011*

Defendant

**Aventis Cropscience USA, Inc.**
*a Benjamin Foster Company Division, a New York Corporation*
*TERMINATED: 07/06/2011*
*formerly known as*
Rhone-Poulenc AG Company;
Amchem Products, Inc.
*TERMINATED: 07/06/2011*

Defendant

**A.W. Chesteron Co.**
*a Massachusetts Corporation*
*TERMINATED: 07/06/2011*

Defendant

**Bayer Cropscience Inc.**
*Individually, and as Successor to Amchem Products, Inc. (Benjamin Foster Division), a New York Corporation*
*TERMINATED: 07/06/2011*

Defendant

**BH Rosenburg, LLC**
*a non-Virginia Limited Liability Company*
*TERMINATED: 07/06/2011*

Defendant

**et al.,**
*SEE ORIGINAL COMPLAINT*
*TERMINATED: 07/06/2011*

**Defendant**

**CBS Corporation**     represented by **Henry N. Ware, Jr.**
Spotts Fain PC
411 E Franklin St
PO Box 1555
Richmond, VA 23218-1555
804-697-2090
Fax: 804-697-2190
Email: hnware@spottsfain.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maurice Francis Mullins**
Spotts Fain PC
411 E Franklin St
Suite 600
PO Box 1555
Richmond, VA 23218-1555
(804) 697-2069
Fax: (804) 697-2169
Email: cmullins@spottsfain.com
*ATTORNEY TO BE NOTICED*

**Patricia Bugg Turner**
Spotts Fain PC
411 E Franklin St
Suite 600
Richmond, VA 23219
(804) 697-2000
Fax: (804) 697-2088
Email: pturner@spottsfain.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kone Inc.**     represented by **Robert Francis Redmond, Jr.**
Williams Mullen (Richmond)
200 South 10th Street
16th Floor
Richmond, VA 23219
804-420-6439
Fax: 804-420-6507
Email: rredmond@williamsmullen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clement Dean Carter, III**
Williams Mullen
1021 E Cary St
PO Box 1320

|  |  |
|---|---|
|  | Richmond, VA 23218-1320<br>(804) 643-1991<br>Email: ccarter@williamsmullen.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Lauren Morgan Wheeling**<br>Williams Mullen (Richmond)<br>200 South 10th Street<br>16th Floor<br>Richmond, VA 23219<br>804-783-6590<br>Fax: 804-783-6507<br>Email: lwheeling@williamsmullen.com<br><br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br><br>**Montgomery Elevator Company** | represented by **Robert Francis Redmond, Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Clement Dean Carter, III**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Lauren Morgan Wheeling**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br><br>**Schindler Elevator Company** | represented by **Carl Robert Schwertz**<br>Miles & Stockbridge PC (McLean)<br>1751 Pinnacle Dr<br>Suite 500<br>McLean, VA 22102-3833<br>(703) 903-9000<br>Fax: (703) 610-8686<br>Email: cschwertz@duanehauck.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey S. Poretz**<br>Miles & Stockbridge PC<br>1751 Pinnacle Drive<br>Suite 500<br>McLean, VA 22102<br>(703) 903-9000<br>Email: jporetz@milesstockbridge.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Thyssenkrupp Elevator Corporation**     represented by **Robert Francis Redmond , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clement Dean Carter , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Morgan Wheeling**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dover Elevator Company**     represented by **Robert Francis Redmond , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clement Dean Carter , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Morgan Wheeling**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Otis Elevator Company**     represented by **Martin Andrew Conn**
Moran Kiker Brown PC
4110 E Parham Rd
Richmond, VA 23228
(804) 864-4804
Email: mconn@mrcpclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric George Reeves**
Moran Reeves & Conn PC
4110 E Parham Rd
Richmond, VA 23228
(804) 421-6250
Fax: (804) 421-6251
Email: ereeves@mrcpclaw.com
*ATTORNEY TO BE NOTICED*

**Mary Louise Roberts**
Moran Reeves & Conn PC

4110 E Parham Rd
Richmond, VA 23228
(804) 864-4841
Email: mroberts@mrcpclaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/06/2011 | 1 | NOTICE OF REMOVAL from Richmond Circuit Court, case number CL10-1402-1. Filing Fee $ 350 receipt number 34683013440, filed by Dover Elevator Company, Thyssenkrupp Elevator Corporation. (Attachments: # 1 Civil Cover Sheet, # 2 Receipt, # 3 Exhibit A1, # 4 Exhibit A2, # 5 Exhibit A3, # 6 Exhibit A4, # 7 Exhibit A5, # 8 Exhibit A6, # 9 Exhibit A7, # 10 Exhibit A8, # 11 Exhibit A9, # 12 Exhibit A10, # 13 Exhibit A11, # 14 Exhibit A12, # 15 Exhibit A13, # 16 Exhibit A14, # 17 Exhibit A15, # 18 Exhibit A16, # 19 Exhibit A17, # 20 Exhibit A18, # 21 Exhibit A19, # 22 Exhibit A20, # 23 Exhibit A21, # 24 Exhibit A22, # 25 Exhibit A23, # 26 Exhibit A24, # 27 Exhibit A25, # 28 Exhibit B1, # 29 Exhibit B2, # 30 Exhibit B3, # 31 Exhibit B4, # 32 Exhibit B5, # 33 Exhibit B6, # 34 Exhibit B7, # 35 Exhibit B8, # 36 Exhibit B9, # 37 Exhibit B10, # 38 Exhibit C)(kyou, ) (Entered: 07/06/2011) |
| 07/07/2011 | 2 | NOTICE by Dover Elevator Company, Thyssenkrupp Elevator Corporation *of Tag-Along Action* (Redmond, Robert) (Entered: 07/07/2011) |
| 07/07/2011 | 3 | CERTIFICATE of Service re 2 NOTICE by Robert Francis Redmond, Jr on behalf of Dover Elevator Company, Thyssenkrupp Elevator Corporation (Redmond, Robert) (Entered: 07/07/2011) |
| 07/08/2011 | 4 | NOTICE of Appearance by Patricia Bugg Turner on behalf of CBS Corporation (Turner, Patricia) (Entered: 07/08/2011) |
| 07/08/2011 | 5 | Financial Interest Disclosure Statement (Local Rule 7.1) by CBS Corporation. (Turner, Patricia) (Entered: 07/08/2011) |
| 07/11/2011 | 6 | MOTION to Remand to State Court by Bettie J. Paschall. (Schmidt, Mark) (Entered: 07/11/2011) |
| 07/11/2011 | 7 | Memorandum in Support re 6 MOTION to Remand to State Court filed by Bettie J. Paschall. (Attachments: # 1 Exhibit Original Complaint, # 2 Exhibit Nonsuit Transmittal, # 3 Exhibit Nonsuit Entered)(Schmidt, Mark) (Entered: 07/11/2011) |
| 07/19/2011 | 8 | NOTICE of Appearance by Carl Robert Schwertz on behalf of Schindler Elevator Company(Schwertz, Carl) (Entered: 07/19/2011) |
| 07/19/2011 | 9 | Financial Interest Disclosure Statement as to Schindler Elevator Company filed (Schwertz, Carl) (Entered: 07/19/2011) |
| 07/19/2011 | 10 | MOTION to Stay *Proceedings* by Thyssenkrupp Elevator Corporation. (Wheeling, Lauren) (Entered: 07/19/2011) |
| 07/19/2011 | 11 | Memorandum in Support re 10 MOTION to Stay *Proceedings* filed by Thyssenkrupp Elevator Corporation. (Wheeling, Lauren) (Entered: |

| | | 07/19/2011) |
|---|---|---|
| 07/20/2011 | 12 | Opposition to 10 MOTION to Stay *Proceedings* filed by Bettie J. Paschall. (Schmidt, Mark) (Entered: 07/20/2011) |
| 07/22/2011 | 13 | REPLY to Response to Motion re 10 MOTION to Stay *Proceedings* filed by Thyssenkrupp Elevator Corporation. (Wheeling, Lauren) (Entered: 07/22/2011) |
| 07/25/2011 | 14 | Memorandum in Opposition re 6 MOTION to Remand to State Court filed by Dover Elevator Company, Thyssenkrupp Elevator Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Redmond, Robert) (Entered: 07/25/2011) |
| 07/26/2011 | 15 | REPLY to Response to Motion re 6 MOTION to Remand to State Court filed by Bettie J. Paschall. (Attachments: # 1 Exhibit Demurrer Orders, # 2 Exhibit Hearing Excerpt)(Schmidt, Mark) (Entered: 07/26/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/02/2011 15:45:30 | | | |
| PACER Login: | as2558 | Client Code: | Paschall |
| Description: | Docket Report | Search Criteria: | 3:11-cv-00431-HEH |
| Billable Pages: | 5 | Cost: | 0.40 |