**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

MDL No. 875 – In re: <u>Asbestos Products Liability Litigation</u>

Opposing CTO-421 re case:   <u>Paschall v. Abex Corporation, et al.</u>
                                          Eastern District of Virginia
                                          Civil Action No. 3:11-cv-00431

**<u>PLAINTIFF'S MOTION TO STAY PROCEEDINGS</u>**

      Bettie J. Paschall, Executrix of the Estate of Earl Wayne Paschall, moves the Judicial Panel on Multidistrict Litigation, pursuant to Rule 6.1(e) of the Rules of Procedure of the U.S. Judicial Panel on Multidistrict Litigation and pursuant to a tribunal's inherent power to control its docket, to stay CTO-421 and/or its consideration of Plaintiff's Motion to Vacate CTO-421 and any opposition thereto, if any, until the U.S. District Court for the Eastern District of Virginia has ruled upon Plaintiff's Motion to Remand to State Court, which motion has been fully briefed by all parties, and is now pending decision by that Court.

<u>DATE</u>:  August 2, 2011           Sincerely,

                                          BETTIE J. PASCHALL, Executrix of the Estate of
                                          Earl Wayne Paschall, Deceased

                                           /s/  <u>Mark H. Schmidt</u>
                                          Mark H. Schmidt (VSB # 44521)
                                          Ayers & Stolte, P.C.
                                          710 North Hamilton Street
                                          Richmond, Virginia 23221
                                          Telephone: (804) 358-4731
                                          Facsimile: (804) 864-0895
                                          Email: mschmidt@ayerslaw.com

                                          Counsel for the Plaintiff