**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of August, 2011, I will electronically file the foregoing Motion to Stay Proceedings with the Clerk of the Panel using the CM/ECF system, which will then send a notice of filing to:

> Robert F. Redmond, Jr., Esq.
> Clement Dean Carter, III, Esq.
> Lauren Morgan Wheeling, Esq.
> Williams Mullen, P.C.
> 200 South 10th Street
> Richmond, Virginia 23219
> Telephone:  (804) 420-6000
> Facsimile:  (804) 420-6507
> Email:  rredmond@williamsmullen.com
> ***Counsel for Thyssenkrupp Elevator Corporation, etc., Dover Elevator Company, Kone Inc., etc., and Montgomery Elevator Company***
>
> Martin Andrew Conn, Esq.
> Eric George Reeves, Esq.
> Mary Louise Roberts, Esq.
> Moran Reeves & Conn
> 4110 East Parham Road
> Richmond, Virginia 23228
> Email:  mrc@mrcpclaw.com
> ***Counsel for United Technologies Corporation and Otis Elevator Company***
>
> | | |
> |---|---|
> | Harry N. Ware, Jr., Esq. | Carl R. Schwertz, Esq. |
> | Maurice Francis Mullins, Esq. | Jeffrey S. Poretz, Esq. |
> | Patricia Bugg Turner, Esq. | Miles Stockbridge |
> | Spotts Fain | 1751 Pinnacle Drive, Suite 500 |
> | 411 East Franklin Street, Suite 600 | McLean, Virginia 22102 |
> | Richmond, Virginia 23218 | Email: cschwertz@milesstockbridge.com |
> | Email: hnware@spottsfain.com | ***Counsel for Schindler Elevator Corporation*** |
> | ***Counsel for CBS Corporation*** | |

  /s/   Mark H. Schmidt
Mark H. Schmidt (VSB # 44521)
Ayers & Stolte, P.C.
710 North Hamilton Street
Richmond, Virginia 23221
Telephone:  (804) 358-4731
Facsimile:  (804) 864-0895
Email:  mschmidt@ayerslaw.com
***Attorney for the Plaintiff***