**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of August, 2011, I will electronically file the foregoing Memorandum in Support of Motion to Stay Proceedings with the Clerk of the Panel using the CM/ECF system, which will then send a notice of filing to:

---

Robert F. Redmond, Jr., Esq.
Clement Dean Carter, III, Esq.
Lauren Morgan Wheeling, Esq.
Williams Mullen, P.C.
200 South 10th Street
Richmond, Virginia 23219
Telephone:  (804) 420-6000
Facsimile:  (804) 420-6507
Email:  rredmond@williamsmullen.com
*Counsel for Thyssenkrupp Elevator Corporation, etc., Dover Elevator Company, Kone Inc., etc., and Montgomery Elevator Company*

Martin Andrew Conn, Esq.
Eric George Reeves, Esq.
Mary Louise Roberts, Esq.
Moran Reeves & Conn
4110 East Parham Road
Richmond, Virginia 23228
Email:  mrc@mrcpclaw.com
*Counsel for United Technologies Corporation and Otis Elevator Company*

| | |
|---|---|
| Harry N. Ware, Jr., Esq. | Carl R. Schwertz, Esq. |
| Maurice Francis Mullins, Esq. | Jeffrey S. Poretz, Esq. |
| Patricia Bugg Turner, Esq. | Miles Stockbridge |
| Spotts Fain | 1751 Pinnacle Drive, Suite 500 |
| 411 East Franklin Street, Suite 600 | McLean, Virginia 22102 |
| Richmond, Virginia 23218 | Email: cschwertz@milesstockbridge.com |
| Email: hnware@spottsfain.com | *Counsel for Schindler Elevator Corporation* |
| *Counsel for CBS Corporation* | |

---

  /s/   Mark H. Schmidt
Mark H. Schmidt (VSB # 44521)
Ayers & Stolte, P.C.
710 North Hamilton Street
Richmond, Virginia 23221
Telephone:  (804) 358-4731
Facsimile:  (804) 864-0895
Email:  mschmidt@ayerslaw.com
*Attorney for the Plaintiff*