Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| BETTIE J. PASCHALL, Executrix of the Estate of EARL WAYNE PASCHALL, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 3:11-cv-431 |
| CBS CORPORATION, ) ) | In the Circuit Court of the City of Richmond, Case No. CL10-1042-1 |
| KONE INC., ) ) | |
| MONTGOMERY ELEVATOR COMPANY, ) ) | |
| SCHINDLER ELEVATOR COMPANY, ) ) | |
| THYSSENKRUPP ELEVATOR CORPORATION, ) ) ) | |
| DOVER ELEVATOR COMPANY, ) ) | |
| OTIS ELEVATOR COMPANY, ) ) | |
| Defendants. ) | |

## MOTION TO REMAND

The Plaintiff moves this Court to remand this cause to the Circuit Court of the City of Richmond, Virginia, from which Court it was attempted to be removed to this Court, and award her the costs and attorney's fees she has incurred in connection with this motion to remand.. The grounds and authority supporting this motion are set forth in the accompanying memorandum in support of motion to remand.

Dated: July 11, 2011.

Respectfully submitted,

BETTIE J. PASCHALL, Executrix of the
Estate of EARL WAYNE PASCHALL

By Counsel

_____/s/_____
Mark H. Schmidt (VSB # 44521)
Ayers & Stolte, P.C.
710 North Hamilton Street
Richmond, Virginia 23221
Telephone: (804) 358-4731
Facsimile: (804) 864-0895
Email: mschmidt@ayerslaw.com
*Attorney for the Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2011, I will electronically file the foregoing Motion to Remand with the Clerk of the Court using the CM/ECF system, which will then send a notice of filing to:

Robert F. Redmond, Jr. (VSB # 32292)
Williams Mullen, P.C.
200 South 10th Street
Richmond, Virginia 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
Email: rredmond@williamsmullen.com
*Counsel for Thyssenkrupp Elevator Corporation, etc., Dover Elevator Company, Kone Inc., etc., and Montgomery Elevator Company*

Martin A. Conn, Esq.
Moran Reeves & Conn
4110 East Parham Road
Richmond, Virginia 23228
Email: mrc@mrcpclaw.com
*Counsel for United Technologies Corporation and Otis Elevator Company*

Harry N. Ware, Jr., Esq.
Spotts Fain
411 East Franklin Street, Suite 600
Richmond, Virginia 23218
Email: hnware@spottsfain.com
*Counsel for CBS Corporation*

Carl R. Schwertz, Esq.
Miles Stockbridge
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102
Email: cschwertz@milesstockbridge.com
*Counsel for Schindler Elevator Corporation*

                                                                                  _____/s/_____
                                          Mark H. Schmidt (VSB # 44521)
                                          Ayers & Stolte, P.C.
                                          710 North Hamilton Street
                                          Richmond, Virginia 23221
                                          Telephone:  (804) 358-4731
                                          Facsimile:  (804) 864-0895
                                          Email:  mschmidt@ayerslaw.com
                                          *Attorney for the Plaintiff*