## CERTIFICATE OF SERVICE

I do hereby certify that I have served a true copy of **Lorillard Tobacco Company's Corporate Disclosure Statement** by placing same in the United States mail, postage prepaid, this 2nd day of August, 2011, addressed to:

| | |
|---|---|
| Jordan C. Fox, Esq.<br>**BELLUCK & FOX, LLP**<br>546 Fifth Avenue, 4th Floor<br>New York, New York 10036<br><br>*Attorneys for Plaintiff* | Christopher Cotton, Esq.<br>**SHOOK, HARDY & BACON**<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108<br><br>*Attorneys for Defendant<br>Lorillard Tobacco Company* |
| William E. Vita, Esq.<br>**WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP**<br>1201 RXR Plaza<br>Uniondale, New York 11556<br><br>*Attorneys for Defendant Hollingsworth & Vose Company* | Andrew McElaney, Esq.<br>**NUTTER, MCCLENNEN & FISH, LLP**<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, Massachusetts 02110-2604<br><br>*Attorneys for Defendant Hollingsworth & Vose Company* |
| Mary Chicorelli, Esq.<br>**WILBRAHAM LAWLER & BUBA**<br>1818 Market St., Suite 3100<br>Philadelphia, PA 19103-3631<br><br>*Attorneys for Air & Liquid Systems Corporation* | William Bradley, Esq.<br>Syed K. Rizvi, Esq.<br>**MALABY & BRADLEY, LLC**<br>150 Broadway, 6th Floor<br>New York, NY 10038<br><br>*Attorneys for Alcoa Inc.<br>& CBS Corporation* |
| Ian Williamson, Esq.<br>**CULLEN & DYKMAN**<br>177 Montague Street<br>Brooklyn, New York 11201<br><br>*Attorneys for Burnham Corporation* | Judith Yavitz, Esq.<br>Daniel J. McKenna<br>**REED SMITH LLP**<br>599 Lexington Avenue<br>New York, New York 10022<br><br>*Attorneys for Certain-Teed Corporation and Union Carbide* |

| | |
|---|---|
| Eric Naegely, Esq.<br>**DAMON & MOREY LLP**<br>The Avant Building, Suite 1200<br>200 Delaware Avenue<br>Buffalo, New York  14202-2150<br><br>*Attorneys for Cytec Engineered Materials & Cytec Industries Inc.* | Arthur G. Lash Esq.<br>**O'TOOLE FERNANDEZ, WEINER VAN LIEU**<br>60 Pompton Avenue<br>Verona, New Jersey 07044<br><br>*Attorneys for Detecto Industrial Scales of New York, Inc.* |
| Robert E. Henlon, JR., CPA, PA<br>**DETECTO INDUSTRIAL SCALES OF NEW YORK, INC.**<br>31 South Street<br>Morristown, New Jersey 07961 | Matthew Sampar, Esq.<br>**McGIVNEY & KLUGER. PC**<br>80 Broad Street, 23rd Floor<br>New York, NY 10004<br><br>*Attorneys for Homasote Company* |
| Bernard E. Jude Quinn, Esq.<br>**McGIVNEY & KLUGER, PC**<br>1600 Arch Street, Suite 1800<br>Philadelphia, PA 19103<br><br>*Attorneys for Kentile Floors* | Justin Perri, Esq.<br>**STEPTOE & JOHNSON LLP**<br>750 Seventh Avenue, Suite 1900<br>New York, New York  10019<br><br>*Attorneys for Metropolitan Life Insurance Company* |
| Bruce Gilpatrick, Esq.<br>**HEIDELL, PITTONI, MURPHY & BACH, LLP**<br>99 Park Avenue<br>New York, New York  10016<br><br>*Attorneys for Occidental Chemical Corporation* | Paul Scrudato, Esq.<br>**SCHIFF HARDIN LLP**<br>900 Third Avenue, 23rd Floor<br>New York, New York  10022<br><br>*Attorneys for Owens Illinois, Inc. & Tyco Flow Control & Tyco International (US) & Yarway Corp.* |
| Robert Schaeffer, Esq.<br>**HARRIS BEACH, PLLC**<br>100 Wall Street, 23rd Floor<br>New York, New York  10005<br><br>*Attorneys for Plastics Engineering Company* | Amiel Gross, Esq.<br>**SNT DENTON US LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020<br><br>*Attorneys for Rapid-American Corporation* |

| | |
|---|---|
| Stephanie Spardone, Esq.<br>**HAWKINS, PARNELL,**<br>    **THACKSTON & YOUNG, LLP**<br>Highland Park Place<br>4514 Cole Avenue, Suite 500<br>Dallas, Texas 75205<br><br>*Attorneys for Reichhold, Inc.* | Ted Eder, Esq.<br>Andre Harlfinger, Esq.<br>**SEGAL, McCAMBRIDGE, SINGER &**<br>    **MAHONEY**<br>850 Third Avenue, Suite 1100<br>New York, New York 10022<br><br>*Attorneys for Rogers Corporation* |
| Brady Edwards, Esq.<br>Daphne Taylor Evans<br>**MORGAN LEWIS & BOCKIUS,**<br>    **LLP**<br>1000 Louisiana Street, Suite 4200<br>Houston, Texas 77002<br><br>*Attorneys for Tyco Flow Control &*<br>*Tyco International (US) & Yarway Corp.* | |

                                        /s/ Robert J. Kirshenberg
                                            Robert J. Kirshenberg