ATTORNEYS AT LAW

ONE MARKET PLAZA   STEUART TOWER, 8TH FLOOR   SAN FRANCISCO, CALIFORNIA 94105-1101

www.sedgwicklaw.com   415.781.7900 *phone*   415.781.2635 *fax*

# Sedgwick LLP

August 3, 2011

**VIA ECF FILING**

Jeffery N. Luthi
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:   *Richard Keeney, et al. v. A.W. Chesterton Company, et al.*
      U.S. District Court, Central District Of California, Case No. 2:11-cv-06192-PA-AGR
      Our File No.: 00045-148444

Dear Mr. Luthi:

On August 3, 2011, I filed a letter to inform the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" asbestos case currently pending in the United States District Court for the Central District of California, which contained a clerical error. This letter can be identified as Document No. 7632. I would like to withdraw that letter. Also, it appears that the Panel is aware of this tag-along asbestos case and no further notice is necessary.

Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

Regards,

Allison M. Low
Sedgwick LLP

cc: (via facsimile only)

Farrise Firm PC

SF/2304867v1