

SAN FRANCISCO

LOS ANGELES

KNOTT & GLAZIER LLP
L A W Y E R S
A REGISTERED LIMITED LIABILITY PARTNERSHIP

201 SPEAR STREET
SUITE 1520
SAN FRANCISCO, CALIFORNIA 94105

TELEPHONE (415) 356-1100
FACSIMILE (415) 356-1105
WWW.KNOTTGLAZIER.COM

August 3, 2011

*VIA PACER CM/ECF*

The Judicial Panel on MDL, Case No. 875
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002

  Re: Notice Of Potential Tag-Along Action Pursuant To J.P.M.L. Rule 7.2(i)
     *James E. Owens v. Allis-Chalmers Corporation, et al.*
     USDC Case No. CV 11-03618 DMR

Dear Judicial Panel:

  Please accept this correspondence as notice to the panel that the action, *James E. Owens v. Allis-Chalmers Corporation, et al.*, Case No. CV 11-03618 DMR, in the U.S. District Court, Northern District of California, may be a potential tag-along action in *In Re: Asbestos Product Liability Litigation* (No. VI) MDL No. 875. Enclosed are copies of the following:

  (1) Docket Sheet from the Northern District of California;

  (2) First Amended Complaint; and

  (3) Declaration of Service.

  Thank you for your consideration.

                Sincerely,

                Michael D. Smith
                SBN 235727

Enclosures

cc: The Honorable Manuel L. Real