SCHEDULE OF ACTIONS

1.  *James E. Owens v. Allis-Chalmers Corporation, et al.*
    United States District Court, Northern District of California (Oakland)
    Case No. CV 11-03618 DMR