DECLARATION OF SERVICE

## DECLARATION OF SERVICE

I, Denise Knapp, declare as follows:

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. I am employed by Knott & Glazier LLP, whose business address is 201 Spear Street, Suite 1520, San Francisco, California 94105. On August 3, 2011, I served the following document(s) described as:

**NOTICE OF POTENTIAL TAG-ALONG ACTION PURSUANT TO J.P.M.L. RULE 7.2(i)**

by placing a true copy thereof in an envelope addressed to each of the person(s) named below and on the Attachment to Declaration of Service at the addresses shown:

> David R. Donadio, Esq.
> Brayton ❖ Purcell
> 222 Rush Landing Road
> PO Box 6169
> Novato, CA  94948-6169
> Telephone: (415) 898-1555
> Facsimile:  (415) 898-1247

[ ] **VIA PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to David Lieberman, a messenger employed by Time Machine Courier, whose business address is 953 Mission Street, Suite 200, San Francisco, California 94103, for personal delivery before 5:00 p.m. on August 3, 2011.

[x] **VIA MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on August 3, 2011. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U. S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **VIA FACSIMILE:** From facsimile machine telephone number (213) 312-9201, on August 3, 2011, I served a full and complete copy of the above-referenced document[s]   by facsimile transmission to the person[s] at the number[s] indicated.

I declare under penalty of perjury under the laws of the State of California, United States of America, that the foregoing is true and correct, that the original of the aforementioned document(s) was/were printed on recycled paper, and that this Declaration of Service was executed by me on August 3, 2011 at San Francisco, California.

_____
Denise Knapp

ATTACHMENT TO DECLARATION OF SERVICE

*Owens v. Allis-Chalmers Corporation, et al.*
In the Northern District of California (Oakland)
Case No.: 4:11-CV-03618-DMR

**Adams Nye Trapani Becht LLP**
222 Kearny Street, Seventh Floor
San Francisco, CA 94108
415-982-8955   415-982-2042 (fax)
Defendants:
   Amcord, Inc. (AMCORD)

**Archer Norris**
P.O. Box 8035
2033 N. Main Street, Suite 800
Walnut Creek, CA 94596
925-930-6600   925-930-6620 (fax)
Defendants:
   Albay Construction Company (ALBAY)
   Bay City Boiler and Engineering Company, Inc. (BCB)
   Highland Stucco and Lime Products, Inc. (HSTUC)

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA 94612
510-433-1830   510-433-1836 (fax)
Defendants:
   Crown Cork & Seal Company, Inc. (CC&S)
   Dal-Tile Corporation (DALCOR)

**Bassi, Edlin, Huie & Blum LLP**
500 Washington Street
Suite 700
San Francisco, CA 94111
415-397-9006   415-397-1339 (fax)
Defendants:
   Carlisle Corporation (CARLIS)
   J.T. Thorpe & Son, Inc. (THORPE)
   Parker-Hannifin Corporation (PARKHF)

**Becherer, Kannett & Schweitzer**
Water Tower
1255 Powell Street
Emeryville, CA 94608-2604
510-658-3600   510-658-1151 (fax)
Defendants:
   CSK Auto, Inc. (CSKAUT)
   Dillingham Construction N.A., Inc. (DILGHM)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
Defendants:
   Berry & Berry (B&B)

**Bishop, Barry, Drath**
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
510-596-0888   510-596-0899 (fax)
Defendants:
   Irwin's Automotive Enterprises, Inc. (IRWNAE)

**Brown, Eassa & McLeod LLP**
1999 Harrison Street, 18th Floor
Oakland, CA 94612-0850
510-444-3131   510-839-7940 (fax)
Defendants:
   Chevron U.S.A. Inc. (CHEUSA)
   Lehigh Southwest Cement Company (LEHIGH)
   Texaco, Inc. (TEXACO)
   Tosco Corporation (TOSCO)
   Union Oil Company of California (UNOCAL)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300   415-808-0333 (fax)
Defendants:
   Bayer Cropscience Inc. (BAYCRO)
   Dana Companies, LLC (fka Dana Corporation) (DANA)
   Domco Products Texas, L.P. (DOMCO)
   Foster Wheeler LLC (FKA Foster Wheeler Corporation) (FOSTER)
   Union Carbide Corporation (UNIONC)

**Burnham Brown**
1901 Harrison Street
11th Floor
Oakland, CA 94612
510-444-6800   510-835-6666 (fax)
Defendants:
   Borg-Warner Corporation by its Successor in Interest, BorgWarner Morse TEC Inc. (BWMORS)
   Golden Gate Drywall, Inc. (GGDRY)
   York International Corporation (YORKIN)

**Buty & Curliano**
555 - 12th Street, Suite 1280
Oakland, CA 94607
510-267-3000   510-267-0117 (fax)
Defendants:
   Sacramento Stucco Co. (SACSTU)

**Chapman & Intrieri, L.L.P.**
2236 Mariner Square Drive
Third Floor, Suite 300
Alameda, CA 95401
510-864-3600   510-864-3601 (fax)
Defendants:
   Henkel Corporation (HENKEL)

**Cooley, Manion, Jones, Hake, & Kurowski LLP**
201 Spear Street
Suite 1800
San Francisco, CA 94105
415-512-4381   415-512-6791 (fax)
Defendants:
   American Biltrite, Inc. (AMBILT)
   Temporary Plant Cleaners, Inc. (TEMPLA)

**Crosby & Rowell, LLP**
299 Third Street, 2nd Floor
Oakland, CA 94607
510-267-0300   510-839-6610 (fax)
Defendants:
   Goulds Pumps, Inc. (GOULDP)

**Dal Soglio & Martens LLP**
222 North Sepulveda Blvd.
Suite 2000
El Segundo, CA 90245
310-662-4748   310-861-5517 (fax)
Defendants:
   Insulectro (INSLEC)

ATTACHMENT TO DECLARATION OF SERVICE
(continued)
*Owens v. Allis-Chalmers Corporation, et al.*
In the Northern District of California (Oakland)
Case No.: 4:11-CV-03618-DMR

**DeHay & Elliston, LLP**
1300 Clay Street
Suite 840
Oakland, CA 94612
510-285-0750   510-285-0740 (fax)
**Defendants:**
  Hanson Permanente Cement, Inc. formerly known as Kaiser Cement Corporation (KAISCE)
  Kaiser Gypsum Company, Inc. (KAISGY)

**Dryden, Margoles, Schimaneck & Wertz**
555 Montgomery Street
Suite 750
San Francisco, CA 94111
415-362-6715   415-362-0638 (fax)
**Defendants:**
  Briggs & Stratton Corporation (BRIGST)

**Flesher, Broomand, McKague LLP**
193 Blue Ravine Road
Suite 265
Folsom, CA 95630
916-358-9042   916-673-9672 (fax)
**Defendants:**
  BNSF Railway Company (fka The Burlington Northern and Santa Fe Railway Company) (BNRR)
  Union Pacific Railroad Company (UP)

**Foley & Mansfield PLLP**
300 Lakeside Drive, Suite 1900
Oakland, CA 94612
510-590-9500   510-590-9595 (fax)
**Defendants:**
  Durametallic Corporation (DURAM)
  Fluor Corporation (FLUOR)
  Intricon Corporation (INTCOR)
  Jack Baskin, Inc. (JACBAS)
  Nacco Materials Handling Group, Inc. (NACCO)
  Republic Supply Company (REPBLC)
  William Powell Company, The (WILPOW)
  Zurn Industries, LLC (ZURN)

**Gordon & Rees LLP**
101 West Broadway
Suite 2000
San Diego, CA 92101
619-696-6700   619-696-7124 (fax)
**Defendants:**
  Cress Manufacturing Company, Inc. (CREMFI)
  Decker Auto Supply (DECAUS)
  Hennessy Industries, Inc. (HENNES)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
415-986-5900   415-986-8054 (fax)
**Defendants:**
  Bert Williams & Sons (BERWIL)
  Ingersoll-Rand Company (INGRSL)
  Mannington Mills, Inc. (MANN)
  Trane US, Inc. fka American Standard, Inc. (AMSTAN)

**Haight, Brown & Bonesteel**
71 Stevenson Street, 20th Floor
San Francisco, CA 94105-2981
415-546-7500   415-546-7505 (fax)
**Defendants:**
  Navistar, Inc. (NAVINC)

**Hassard Bonnington LLP**
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800   415-288-9802 (fax)
**Defendants:**
  Honeywell International, Inc. (HONEYW)
  Sequoia Ventures Inc. (SEQUOA)

**Hawkins, Parnell, Thackston & Young, LLP.**
Three Embarcadero Center
8th Floor
San Francisco, CA 94111-4024
415-766-3200   415-766-3250 (fax)
**Defendants:**
  Kelly-Moore Paint Company, Inc. (KELLY)

**Herr & Zapala, LLP**
152 North 3rd Street, Suite 500
San Jose, CA 95112
408-287-7788   408-927-0408 (fax)
**Defendants:**
  Epoxylite Corporation, The (EPOXY)

**Jackson Jenkins Renstrom LLP**
55 Francisco Street, 6th Floor
San Francisco, CA 94133
415-982-3600   415-982-3700 (fax)
**Defendants:**
  Grobet File Company of America, Inc. (GROBET)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
415-882-8200   415-882-8220 (fax)
**Defendants:**
  Crane Co. (CRANCO)
  Schneider Electric USA, Inc. (fka Square D Company) (SQUARE)

**Knox Ricksen LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
510-285-2500   510-285-2505 (fax)
**Defendants:**
  Bigge Crane and Rigging Co. (BIGGEC)
  RMC Pacific Materials, Inc. (RMCPAC)

**Lankford Crawford Moreno LLP**
1850 Mt. Diablo Blvd.
Suite 600
Walnut Creek, CA 94596
925-300-3520   925-300-3386 (fax)
**Defendants:**
  Ford Motor Company (FORD)

**Latham & Watkins**
355 South Grand Avenue
Suite 100
Los Angeles, CA 90071
213-485-1234   213-891-8763 (fax)
**Defendants:**
  Insulectro (INSLEC)

## ATTACHMENT TO DECLARATION OF SERVICE
(continued)
*Owens v. Allis-Chalmers Corporation, et al.*
In the Northern District of California (Oakland)
Case No.: 4:11-CV-03618-DMR

**Law Offices of Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300   925-947-1594 (fax)
Defendants:
 Coen Company, Inc. (COEN)
 K B Home (KBHOME)

**Law Offices of Lucinda L. Storm, Esq.**
610A Third Street
San Francisco, CA 94107
415-777-6990   415-777-6992 (fax)
Defendants:
 Pacific Gas and Electric Company (PG&E)

**Lewis Brisbois Bisgaard & Smith LLP**
One Sansome Street
Suite 1400
San Francisco, CA 94104
415-362-2580   415-434-0882 (fax)
Defendants:
 McLeod Industries, Inc. (MCLIND)
 Ward-Schmid Company, Inc. (SCHMID)

**Low, Ball & Lynch**
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
415-981-6630   415-399-1506 (fax)
Defendants:
 Syar Industries, Inc. (SYARIN)

**Mason Thomas**
2840 Fifth Street
Davis, CA 95618-7759
530-757-0883   530-757-0895 (fax)
Defendants:
 AGCO Corporation (AGCO)

**McGivney, Kluger & Glaspy**
100 Pringle Avenue
Suite 750
Walnut Creek, CA 94596
925-947-1300   925-947-1594 (fax)
Defendants:
 Kentile Floors, Inc. (KEN)

**McKenna Long & Aldridge**
101 California Street
41st Floor
San Francisco, CA 94111
415-267-4000   415-267-4198 (fax)
Defendants:
 Certainteed Corporation (CERT)
 Metalclad Insulation Corporation (METALC)
 Terex Corporation (TERXCO)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000   415-442-1001 (fax)
Defendants:
 Grinnell LLC (fka Grinnell Corporation, also known as Grinnell Fire) (GRINN)
 Santa Fe Braun, Inc. as Successor-in-Interest to C.F. Braun, Inc. (CFBRAN)
 Yarway Corporation (YARWAY)

**Nixon Peabody LLP**
One Embarcadero
18th Floor
San Francisco, CA 94111
415-984-8200   866-542-6538 (fax)
Defendants:
 Shell Oil Company (SHLOIL)

**Olum Reyen & Pryor**
Attorneys at Law
220 Montgomery Street, Suite 910
San Francisco, CA 94104
415-392-8300   415-421-1254 (fax)
Defendants:
 Honeywell International, Inc. (HONEYW)
 Kerr Corporation which will do business in California as SDS Kerr Corporation (KERCOR)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000   415-344-7050 (fax)
Defendants:
 Georgia-Pacific Corporation (GP)
 Honeywell International, Inc. (HONEYW)

**Petrie, Dorfmeier, & Morris LLP**
2014 Tulare Street
Suite 830
Fresno, CA 93721
559-498-6522   559-498-6516 (fax)
Defendants:
 Will Milam Enterprises, Inc. (WMILAM)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
Defendants:
 CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) (VIACOM)
 Genuine Parts Company (GPC)

**Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP**
310 Golden Shore, Fourth Floor
Long Beach, CA 90802
562-436-3946   562-495-0564 (fax)
Defendants:
 Parex USA, Inc. (fka Parexlahabra, Inc., fka La Habra Products, Inc.) (LAHAB)

**Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP**
One California Street, Suite 1910
San Francisco, CA 94111
415-788-8354   415-788-3625 (fax)
Defendants:
 Consolidated Insulation, Inc. (CONSOL)
 Del Webb Corporation (DELWEB)

**Sack Rosendin, LLP**
One Kaiser Plaza
Suite 340
Oakland, CA 94612
510-286-2200   510-286-8887 (fax)
Defendants:
 Chicago Bridge & Iron Company (CB&I)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700   415-901-8701 (fax)
Defendants:
 General Refractories Company (GENREF)
 Owens-Illinois, Inc. (OI)

**Sedgwick LLP**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900   415-781-2635 (fax)
Defendants:
 Caterpillar Industrial, Inc. (CAPIND)
 General Electric Company (GE)
 Pacific Gas and Electric Company (PG&E)

ATTACHMENT TO DECLARATION OF SERVICE
(continued)
*Owens v. Allis-Chalmers Corporation, et al.*
In the Northern District of California (Oakland)
Case No.: 4:11-CV-03618-DMR

Selman Breitman LLP
33 New Montgomery
6th Floor
San Francisco, CA 94105
415-979-0400   415-979-2099 (fax)
Defendants:
  Alta Building Material Co. (ALTA)
  Douglass Insulation Company, Inc. (DOUGLS)
  Oakfabco, Inc. (OAKFAB)
  Pep Boys Manny Moe & Jack of California, The (PEPBOY)

Sinunu Bruni LLP
333 Pine Street, Suite 400
San Francisco, CA 94104
415-362-9700   415-362-9707 (fax)
Defendants:
  Goodman Lumber Co. (GOODMN)
  Timec Company, Inc. (TIMECO)

SNR Denton US, LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
415-882-5000   415-882-0300 (fax)
Defendants:
  Rapid-American Corporation (RAPID)

Steptoe & Johnson LLP
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
213-439-9400   213-439-9599 (fax)
Defendants:
  Metropolitan Life Insurance Company (MET)

Tucker Ellis & West LLP
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400   415-617-2409 (fax)
Defendants:
  Carrier Corporation (CARRCP)
  Edward B. Ward & Company, Inc. (EBWARD)

Valerian, Patterson & Stratman
1650 Harbor Bay Parkway # 100
Alameda, CA 94508
510-521-0612   510-337-0125 (fax)
Defendants:
  Hanson Permanente Cement, Inc. formerly known as Kaiser Cement Corporation (KAISCE)
  Kaiser Gypsum Company, Inc. (KAISGY)

Walsworth, Franklin, Bevins & McCall
One City Boulevard W.
5th Floor
Orange, CA 92868-3677
714-634-2522   714-634-0686 (fax)
Defendants:
  Electric Laboratories, Inc. (ELLABI)
  Ruckstell California Sales Co., Inc. (RUCSTL)

Walsworth, Franklin, Bevins & McCall
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
Defendants:
  Cleaver-Brooks, Inc. (CLEAVR)
  Electric Laboratories, Inc. (ELLABI)
  J-M Manufacturing Company, Inc. (J-MMAN)
  Oscar E. Erickson, Inc. (OSCAR)
  Ray Oil Burner Company, Inc. (RAYBRN)
  Thomas Dee Engineering Company (DEE)
  W.W. Henry Company, The (WWHNRY)
  Westburne Supply, Inc. (WESSUP)

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
415-433-0990   415-434-1370 (fax)
Defendants:
  Asbestos Corporation Limited (ASBLTD)