## CERTIFICATE OF CM/ECF SERVICE

I hereby certify that I electronically filed with the Clerk of the Judicial Panel MDL using the CM/ECF system on August 4, 2011 the following document(s).

NOTICE OF TAG-ALONG ACTION;

DOCKET; and

COMPLAINT

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated this 4th day of August, 2011.

_S. De La Torre_
Sherry De La Torre

*Thomas Huff, et al., vs. CBS Corporation, et al.*
U.S. District Court, Northern District of California, Case No. 4:11-cv-03772-LB

CERTIFICATE OF SERVICE