ASBESTOS PLAINTIFF'S SUMMARY SHEET

D:\06022A01\pleading\ABC01SSheet.doc

**PRIMARY PLAINTIFF**: ARAKAKI, MINORU

Social Security No: ███

Periods of Exposure: 1946 – 1978

Date of Birth: ██/1922

Date of Death: N/A

Cause of Death: N/A

Retirement

  Year: 1978

  Age: 55

Disability

  Year: N/A.

  Age:

  Cause:

**Smoking History**:

    1. (a) Type: Cigarettes
       (b) Yr Start: approx. 1939        Yr Ended: 1954
          Pack/Day: approx. 0.5 to 1 ppd
       (c) Reason Stopped: My children were being born.
          Why Restart: N/A.
       (d) Dr Advised?: No.        Date:
          Name and Address:

    2. very occasional cigar

EMPLOYMENT:

1.   (a)   Name:     Pearl Harbor Naval Shipyard, Shop 67
        Address:
  (b)   Employed From:     March 1946     To:     January 1978
  (c)   Job Description:     Apprentice electrician, apprentice radio mechanic, apprentice electronics mechanic, helper radio mechanic, electronic mechanic, shop planner electronic mechanic, planning department planning & estimating division (planner & estimator electronics mechanic).

        On ships and submarines, performed the following work: remove and test existing electronic equipment, remove existing electronic equipment and deliver to shop for repair, reinstall and test. Install and test new electronic equipment and relocated electronic equipment.

2.   (a)   Name:     U.S. Army
        Address:
  (b)   Employed From:     1943     To:     1945
  (c)   Job Description:     PFC; 442nd Infantry Regiment

3.   (a)   Name:     Grand Leader Dept. Store
        Address:     Fort Wayne, IN
  (b)   Employed From:     1942     To:     1943
  (c)   Job Description:     Part-time laborer

4.   (a)   Name:     Perfection Bakery
        Address:     Fort Wayne, IN
  (b)   Employed From:     1942     To:     1943
  (c)   Job Description:     Part-time laborer

5.   (a)   Name:     Millers Cafeteria
        Address:     Fort Wayne, IN
  (b)   Employed From:     1940     To:     1942
  (c)   Job Description:     Part-time busboy

6.   (a)   Name:     YMCA
        Address:     Honolulu, HI
  (b)   Employed From:     1939     To:     1940
  (c)   Job Description:     Part-time messenger, deliver person

7.   (a)   Name:     Castle & Cooke (Libby Plantations)
                  Address:  Maunaloa, Molokai
      (b)   Employed:     Part-time during the summers of 1937, 1938 and 1939
      (c)   Job Description:   Picking pineapple, checker

**ASBESTOS PRODUCTS**:

Type: <u>Mud/Cement</u>

Trade Name(s):

Manufacturer:

Dates of Exposure: 1946 – 1978


Type: <u>Pipe covering/Lagging/Mastic</u>

Trade Name(s):

Manufacturer:

Dates of Exposure: 1946 – 1978


Type: <u>Block/Refractory Products</u>

Trade Name(s):

Manufacturer:

Dates of Exposure: 1946 – 1978


Type: <u>Cloth</u>

Trade Name(s):

Manufacturer:

Dates of Exposure: 1946 – 1978

Type: <u>Gasket/Packing</u>

Trade Name(s):

Manufacturer:

Dates of Exposure: 1946 – 1978

Type: <u>Rope</u>

Trade Name(s):

Manufacturer:

Dates of Exposure: 1946 – 1978

Type: <u>Other: Pumps, Turbines, Valves</u>

Trade Name(s):

Manufacturer:

Dates of Exposure: 1946 – 1978

**PRIOR CLAIMS FOR ASBESTOS RELATED INJURY:**

Worker's Comp.:  N/A.

Disability:  N/A.

Lawsuit:  N/A.

**MEDICAL HISTORY**:

Diagnosis: Asbestosis

Date: October 2010

Symptoms:

Treating Physician: Thomas Pollard, D.O.

Diagnosis: _____

Date: 1990s to present

Symptoms: Primary Care

Treating Physician: Stephen K. Miyasato, M.D.

Diagnosis:

Date:

Symptoms:

Treating Physician:

Diagnosis:

Date:

Symptoms:

Treating Physician:

Diagnosis:

Date:

Symptoms:

Treating Physician:

**SPOUSE AND DEPENDENTS**:

Name: Kathleen M. Arakaki

Relation: spouse

Date of Birth: ███ /1927

Date of Marriage: 10/27/1951

**SPECIAL DAMAGES CLAIMED**:

Medical/Hospital: To be provided.

Loss of Wages: To be provided.

Burial: N/A.

9

## DECLARATION UNDER PENALTY OF PERJURY

D:\06022A01\pleading\ABC01SSheet.doc

I, MINORU ARAKAKI, hereby declare pursuant to Circuit Rule 7(g), Rules of the Circuit Court of the State of Hawai`i, that I have personal knowledge of the following facts and I am competent to testify as follows:

1. I declare that the foregoing Asbestos Plaintiff Summary Sheet is true and correct to the best of my knowledge.

2. I declare under penalty of perjury that the foregoing is true and correct.

Date: 6-2-2011

MINORU ARAKAKI