## Sarah Lee

| | |
|---|---|
| **From:** | hid_resp@hid.uscourts.gov |
| **Sent:** | Tuesday, July 26, 2011 4:32 PM |
| **To:** | hawaii_cmecf@hid.uscourts.gov |
| **Subject:** | Activity in Case 1:11-cv-00449-LEK -BMK Arakaki et al v. Crane Company et al Notice of Hearing on Motion |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Hawaii

## Notice of Electronic Filing

The following transaction was entered on 7/26/2011 at 4:32 PM HST and filed on 7/26/2011
**Case Name:**      Arakaki et al v. Crane Company et al
**Case Number:**    1:11-cv-00449-LEK -BMK
**Filer:**
**Document Number:** 24(No document attached)

**Docket Text:**
**NOTICE of Hearing on Motion [19] Plaintiffs MOTION to Remand set for court Hearing on 8/29/2011 at 09:45 AM before JUDGE LESLIE E. KOBAYASHI. (Please Note the Court Hearing is at 9:45 a.m. and not 8:45 a.m.)(lls, )**

**CERTIFICATE OF SERVICE**

Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry.

**1:11-cv-00449-LEK -BMK Notice has been electronically mailed to:**

John R. Lacy   jlacy@goodsill.com, lsugamoto@goodsill.com

L. Richard DeRobertis   rd@gogaliher.com, dino@gogaliher.com, ellen@gogaliher.com, sarah@gogaliher.com, stephanie@gogaliher.com

Gary O. Galiher   gog@gogaliher.com

Corlis J. Chang   cchang@goodsill.com, phori@goodsill.com

Diane T. Ono   dto@gogaliher.com

Lee T. Nakamura lnakamura@tpm-hawaii.com, james.insco@klgates.com, jkamai@tpm-hawaii.com, jkotowski@tpm-hawaii.com, payukawa@tpm-hawaii.com

Steven K. Hisaka shisaka@objectionsustained.com

Elton John Bain jbain@kdubm.com, scharboneau@kdubm.com

Marie A. Sheldon tsheldon@kdubm.com

Todd W. Eddins twe@gogaliher.com

Scott K. Saiki sks@gogaliher.com

Ewing M. Martin, III mmartin@kdubm.com, jbain@kdubm.com, lkuwabara@kdubm.com, scharboneau@kdubm.com

Joseph F. Kotowski, III jkotowski@tpm-hawaii.com, kclark@tpm-hawaii.com

Mihoko E. Ito meito@goodsill.com, mtayag@goodsill.com

Michael A. Ragsdale michael@gogaliher.com

Ilana Kananipiliokala Waxman ikw@gogaliher.com, shawn@gogaliher.com

Bradford Chun bchun@kdubm.com

**1:11-cv-00449-LEK -BMK Notice will not be electronically mailed to:**