UNITED STATES JUDICIAL PANEL ON
MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: **08/03/2011**

District Court: E.D. Virginia

Number of Actions: 3

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL