## CERTIFICATE OF CM/ECF SERVICE

I hereby certify that I electronically filed with the Clerk of the Judicial Panel MDL using the CM/ECF system on August 9, 2011 the following document(s).

NOTICE OF TAG-ALONG ACTION;

DOCKET; and

COMPLAINT

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated this 9th day of August, 2011.

_J. De La Torre_
Sherry De La Torre

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

*Richard Starks, et al. v. Todd Shipyards Corporation*
U.S. District Court, Northern District of California, Case No. 3:11-cv-03818-EDL

CERTIFICATE OF SERVICE