BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL Docket No. 875 – IN RE: Asbestos Product Liability Litigation (No. VI)

*Patti Donlon, Individually and as Successor-in-Interest to the Estate of Patrick Donlon, Decedent, Sean Donlon, and Does One through Ten, Inclusive v. AC and S, Inc., et al.*, N.D. California, C. A. No. 3:11-cv-03376-JSW

**DECLARATION OF STEVEN M. HAROWITZ IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-424) OR IN THE ALTERNATIVE TO CONTINUE CTO-424 PENDING A RULING ON PLAINTIFFS' MOTION TO REMAND IN THE DISTRICT COURT**

I, STEVEN M. HAROWITZ, declare:

1. I am an attorney at law, duly licensed to practice before all Courts in the State of California. I am a partner with the law firm of Harowitz & Tigerman, counsel of record for Plaintiffs herein. I make this Declaration of my own personal knowledge, and if called upon as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A**, is a true and correct copy of Plaintiffs' Complaint.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Request for Dismissal filed by Plaintiffs dismissing all claims other than their state law failure to warn claims as against the aircraft engine manufacturer defendants in this case, including removing defendants United Technologies Corporation, Curtiss-Wright Corporation and The Boeing Company.

4. Attached hereto as **Exhibit C**, is a true and correct copy of defendant United Technologies Corporation's Notice of Removal filed on July 8, 2011.

5. Attached hereto as **Exhibit D,** is a true and correct copy of defendant Curtiss-Wright Corporation's Joinder in United Technologies Corporation's Notice of Removal filed on July 15, 2011.

6. Attached hereto as **Exhibit E**, is a true and correct copy of defendant The Boeing Company's Joinder in United Technologies Corporation's Notice of Removal filed on July 25, 2011.

7. Attached hereto as **Exhibit F**, is a true and correct copy of Plaintiffs' Motion to Remand This Case To State Court filed on July 22, 2011 and set for hearing on August 26, 2011.

8. Attached hereto as **Exhibit G**, is a true and correct copy of the Order of Recusal filed by the Honorable Susan Illston on July 26, 2011. This case was re-assigned to the Honorable Jeffrey S. White on July 28, 2011. The re-assignment of Judge White vacated all motion that were pending before Judge Illston, therefore, on August 5, 2011, Plaintiffs re-noticed their remand motion for a hearing before Judge White on October 7, 2011, which was the earliest available hearing date based on Judge White's calendar.

9. The United States Judicial Panel on Multidistrict Litigation issued a conditional transfer order, CTO-424, of Plaintiffs' case to the Eastern District of Pennsylvania on July 20, 2011.

10. Plaintiffs filed their Notice of Opposition to the transfer of this action to the Eastern District of Pennsylvania on July 26, 2011. On the same day, the Judicial Panel issued a notice of filed opposition and briefing schedule for Plaintiffs' motion to vacate CTO-424.

11. Attached hereto as **Exhibit H**, is a true and correct copy of excerpts from the Deposition of United Technologies Corporation by Allan J. Shiffler, taken on April 7, 2011 in Sandra Louis Norsworthy v. Aircraft Braking Systems f/k/a The Goodyear Tire & Rubber Co. et al. (Case No. 08-4776 in Middlesex County Superior Court, Commonwealth of Massachusetts.)

12. Attached hereto as **Exhibit I**, is a true and correct copy of excerpts from the Deposition of United Technologies Corporation by Allan J. Shiffler, taken on April 8, 2011 in Sandra Louis Norsworthy v. Aircraft Braking Systems f/k/a The Goodyear Tire & Rubber Co. et al. (Case No. 08-4776 in Middlesex County Superior Court, Commonwealth of Massachusetts.)

13. Attached hereto as **Exhibit J**, is a true and correct copy of the Declaration of Allan J. Shiffler filed in support of United Technologies Corporation's Notice of Removal authenticated and attached as Exhibit 4 to the Deposition of United Technologies Corporation by Allan J. Shiffler, taken on April 8, 2011 in Sandra Louis Norsworthy v. Aircraft Braking Systems f/k/a The Goodyear Tire & Rubber Co. et al. (Case No. 08-4776 in Middlesex County Superior Court, Commonwealth of Massachusetts.)

14. Attached hereto as **Exhibit K** is true and correct copy of *Lindenmayer v. Allied Packing & Supply*, Inc. WL 234906 (N.D.Cal., Jan. 14, 2010).

15. Attached hereto as **Exhibit L** is true and correct copy of *Westbrook v. Asbestos Defendants* (BHC) WL 902642 (N.D. Cal. July 31, 2001).

16. Attached hereto as **Exhibit M** is a true and correct copy of *Overly v. Raybestos-Manhattan*, 1996 U.S. Dist. WL 532150 (N.D. Cal. 1996).

17. Attached hereto as **Exhibit N** is a true and correct copy of *Schilz v. A.P. Green Ind., Inc.*, 2002 WL 102608 (N.D. Cal., Jan. 15, 2002).

---

**DECLARATION OF STEVEN M. HAROWITZ IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-424)**

18. Attached hereto as **Exhibit O** is a true and correct copy *of Sheppard v. Northrop Grumman Systems Corp.*, 2007 WL 1550992 (E.D. La., May 24, 2007).

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct. Executed on this 8th day of August, 2011, in San Francisco, California.

_____
Steven M. Harowitz

DECLARATION OF STEVEN M. HAROWITZ IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-424)