1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL Docket No. 875 -- IN RE: Asbestos Product Liability Litigation (No. VI)

*Patti Donlon, Individually and as Successor-in-Interest to the Estate of Patrick Donlon, Decedent, Sean Donlon, and Does One through Ten, Inclusive v. AC and S, Inc., et al.,* N.D. California, C. A. No. 3:11-cv-03376-JSW

## PROOF OF SERVICE

## PROOF OF SERVICE

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 450 Sansome Street, 3rd Floor, San Francisco, CA 94111; and that on this date I served a true copy of the document(s) in the action of *Donlon v. AC and S, Inc., et al.*, United States Judicial Panel On Multidistrict Litigation, MDL No. 875, In Re: Asbestos Products Liability Litigation (No. VI), N.D. California, C.A. No. 3:11-CV-03376-JSW, entitled:

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-424) OR IN THE ALTERNATIVE TO CONTINUE CTO-424 PENDING A RULING ON PLAINTIFFS' MOTION TO REMAND IN THE DISTRICT COURT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF STEVEN M. HAROWITZ IN SUPPORT THEREOF; SCHEDULE OF ACTIONS; [PROPOSED] ORDER**

**On the following:**

Bo Kim, Esq.
PERKINS COIE, LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
*Counsel for Defendant The Boeing Company*

Deborah Smith, Esq.
GORDON & REES, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
*Counsel for Defendant Curtiss-Wright Corporation*

Lance Wilson, Esq.
TUCKER ELLIS & WEST, LLP
135 Main Street, Suite 700
San Francisco, CA 94105
*Counsel for Defendant United Technologies Corporation*

X    **By Electronically** serving the document(s) described above via United States Judicial Panel On Multidistrict Litigation Electronic Case Filing website (CM/ECF notification system) on the recipient(s) designated above and on the electronic list that is located on the Pacer website.

**AND**

Clerk, United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom 11 - 19th Floor
San Francisco, CA 94102

X    **Hand Delivery via Messenger** on the recipient(s) designated above at the addresses listed above.

PROOF OF SERVICE

1 |     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 9, 2011 at San Francisco, California.

_____
Kathleen Balauat

PROOF OF SERVICE

PAGE 3