### BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| **IN RE: ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI)** | **MDL DOCKET NO. 875** |
| **CLIFFORD KIENER** and **DARLENE KIENER**<br>    Plaintiffs<br><br>vs.<br><br>**AIR & LIQUID SYSTEMS CORPORATION, et al.**<br>    Defendants. | **USDC, Central District of California**<br>**Case No.: CV11-06438 JHN (Ex)** |

_____

### DEFENDANT'S NOTICE OF RELATED ACTION

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multi-District Litigation, Defendant Viad Corp (hereinafter "Defendant") hereby notify the Panel of the pendency of a tag-along action in Federal District Court, styled "Clifford Kiener and Darlene Kiener v. Air & Liquid Systems Corporation, et al." in the United States District Court for the Central District of California (see Notice of Tag-Along Action attached hereto as EXHIBIT "A"). Such action involves common questions of fact with those actions previously transferred to the Panel pursuant to 28 U.S.C. §1407.

1

Wherefore, Defendant respectfully requests that the Panel transfer this tag-along to the United States District Court for the Eastern District of Pennsylvania.

DATED:  August 8, 2011                    FOLEY & MANSFIELD, PLLP


By:   /s/ Peter B. Langbord
      Peter B. Langbord, Esq. (#144319)
      300 S. Grand Avenue, Suite 2800
      Los Angeles, CA 90071
      Telephone: (213) 283-2100
      Facsimile: (213) 283-2101
      plangbord@foleymansfield.com
      **Attorneys for Defendant**
      **VIAD CORP**

# EXHIBIT A

Notice of Tag-Along Action

1  Peter B. Langbord, Esq. (SBN 144319)
2  plangbord@foleymansfield.com
   **FOLEY & MANSFIELD PLLP**
3  300 South Grand Avenue, Suite 2800
   Los Angeles, CA 90071
4  Telephone:  (213) 283-2100
5  Facsimile:  (213) 283-2101
6
   Attorneys for Defendant
7  **VIAD CORP**
8
                   UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11 | **CLIFFORD KIENER and DARLENE** ) Case No. **CV11-06438 JHN (Ex)**
12 | **KIENER**                      )
                                     ) **NOTICE OF TAG-ALONG ACTION**
13 |          Plaintiff,             )
14 |   vs.                           )
                                     )
15 | **AIR & LIQUID SYSTEMS**        )
16 | **CORPORATION** (sued as successor-)
     by-merger to **BUFFALO PUMPS,** )
17 | **INC.**); **ELLIOTT TURBO**    )
18 | **MACHINERY COMPANY** a/k/a     )
     ELLIOTT COMPANY;                )
19 | **JOHN CRANE, INC.;**           )
20 | **SYD CARPENTER, MARINE**       )
     **CONTRACTOR, INC.;**           )
21 | **VIAD CORPORATION** f/k/a THE  )
22 | DIAL CORPORATION (sued          )
     individually and as successor-in-interest)
23 | to GRISCOM-RUSSELL COMPANY),    )
24 |                                 )
           Defendants,               )
25 |                                 )
26 |                                 )
                                     )
27 |                                 )
28

---
1
NOTICE OF TAG-ALONG ACTION

**PLEASE TAKE NOTICE** that on July 29, 1991, the Judicial Panel of Multi-District Litigation entered an order transferring all asbestos exposure cases pending in any United States Court to the United States District Court for the Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings, all pursuant to 28 U.S.C. §1407(a) (the "MDL Transfer Order"). The MDL Transfer Order applies to "tag-along action[s]" as defined in Multi-District Litigation Rule 1.1, or actions involving common questions of law or fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The clerk of the Panel may either (1) enter a Conditional Transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to Show Cause why the action should not be transferred pursuant to MDL Rule 7.5(b).

DATED: August 4, 2011

FOLEY & MANSFIELD PLLP

By: _____
Peter B. Langbord
Attorneys for Defendant
**VIAD CORP**