## CERTIFICATE OF SERVICE

On **8/09/11**, I electronically filed: **NOTICE OF RELATED ACTION** through the CM/ECF system, and mailed this document and the notice of electronic filing to:

Ron C. Eddins, Esq.
Jennifer L. Bartlett, Esq.
Robert A. Green, Esq.
Stuart J. Purdy, Esq.
Tyson B. Gamble, Esq.
**SIMON, EDDINS & GREENSTONE, LLP**
301 E. Ocean Blvd., Suite 1950
Long Beach, CA 90802
**Attorneys for Plaintiffs**

/s/ Peter B. Langbord
Peter B. Langbord, Esq.
**FOLEY & MANSFIELD PLLP**
300 S. Grand Ave., Suite 2800
Los Angeles, CA 90071
Tel: (213) 283-2100
Fax: (213) 283-2101
plangbord@foleymansfield.com
Attorney for: **VIAD CORP**