BEFORE THE UNITED STATES MULTIDISTRICT JUDICIAL PANEL

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>(VI)<br><br>This Document Relates To:<br>_____ | MDL DOCKET NO. 875 (ASBESTOS) |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA ANN LEWIS, as Personal Representative for the Estate of JOHN ROBERT LEWIS, deceased,<br><br>      Plaintiff,<br><br>  v.<br><br>ALBAY CONSTRUCTION COMPANY; ASARCO INCORPORATED; ASBESTOS CORPORATION LIMITED; ASBESTOS CLAIMS MANAGEMENT CORPORATION; ASSOCIATED INSULATION OF CALIFORNIA; BARTELLS ASBESTOS SETTLEMENT TRUST; BECHTEL CORPORATION (DE); COLONIAL SUGAR REFINING CO.; CONGOLEUM CORPORATION; CONSOLIDATED INSULATION, INC.; CROWN CORK & SEAL COMPANY, INC.; FLINTKOTE COMPANY, THE; FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION); FRASER-EDWARDS COMPANY; | NO. 2:11-cv-01300<br><br>TODD SHIPYARDS CORPORATION'S NOTICE OF TAG-ALONG ACTION |

NOTICE OF TAG-ALONG ACTION - 1
#810353 v1 / 20157-111

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20 | FRASER'S BOILER SERVICE, INC.; FRYER-KNOWLES, INC.; GARLOCK SEALING TECHNOLOGIES, LLC; GENERAL ELECTRIC COMPANY; GENERAL DYNAMICS CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; HARBISON-WALKER REFRACTORIES COMPANY; HARDIE-TYNES L.L.C.; HOPEMAN BROTHERS, INC.; J.T. THORPE & SON, INC.; J.T. THORPE, INC.; LAKE ASBESTOS OF QUEBEC, LTD.; LAMONS GASKET COMPANY; LOCKHEED SHIPBUILDING CO.; MACARTHUR COMPANY; METALCLAD INSULATION CORP.; OSCAR E. ERICKSON, INC.; OWENS-ILLINOIS, INC.; PACIFIC GAS & ELECTRIC COMPANY; PARKER-HANNIFIN CORPORATION; PLANT INSULATION COMPANY; QUINTEC INDUSTRIES, INC.; RILEY POWER, INC.; SABERHAGEN HOLDINGS, INC.; SANTA FE BRAUN, INC. AS SUCCESSOR IN INTEREST TO C.F. BRAUN, INC.; SEQUOIA VENTURES, INC.; SHELL OIL COMPANY; SKINNER ENGINE COMPANY, INC.; TA COMPANY (FKA THE AUSTIN COMPANY); TEMPORARY PLANT CLEANERS, INC.; THOMAS DEE ENGINEERING CO., INC.; TIMEC COMPANY, INC.; TODD SHIPYARDS CORP.; VIACOM, INC.; WESTERN MACARTHUR COMPANY; WESTERN ASBESTOS COMPANY; ZURN INDUSTRIES, LLC; and FIRST DOE through ONE HUNDREDTH DOE,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

TO:        United States District Court for the Western District of Washington

AND TO:        Clerk of the Judicial Panel on Multidistrict Litigation

        PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation in *In re Asbestos Products Liability Litigation (VI)*, MDL Docket No. 875, entered an order transferring all asbestos cases pending in federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or

NOTICE OF TAG-ALONG ACTION - 2
#810353 v1 / 20157-111

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1  actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's
2  Order to Show Cause.
3      MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this case, currently pending in the United States District Court for the Western District of Washington at Seattle (No. 2:11-cv-01300) is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The undersigned is providing a copy of this notice to the Clerk of the MDL Panel, and providing all adverse parties notification of this "tag-along action," along with the filing of this notice. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 7.4(a) or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

DATED this 5th day of August, 2011.

    s/Walter E. Barton
    Walter E. Barton, WSBA #26408
    Karr Tuttle Campbell
    1201 Third Avenue, Suite 2900
    Seattle, Washington  98101-3028
    Email:  gbarton@karrtuttle.com
    Phone:  (206) 224-8027
    Fax:  (206) 682-7100

    Attorneys for Defendant
    Todd Shipyards Corp.

NOTICE OF TAG-ALONG ACTION - 3
#810353 v1 / 20157-111

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100