**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of August, 2011, I caused the foregoing to be served via CM/ECF notification upon:

Counsel for Plaintiff:

Cameron Carter
Brayton Purcell, LLP
111 SW Columbia St., Suite 250
Portland, OR 97201
E-mail: ccarter@braytonlaw.com

Counsel for Defendants:

Timothy K. Thorson
Carney Badley Spellman
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Counsel for Saberhagen Holdings

Melissa Roeder
Forsberg & Umlauf
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
Counsel for Fraser's Boiler Service

Katherine M. Steele
Stafford Frey Cooper
3100 Two Union Square
601 Union St.
Seattle, WA 98101
Counsel for Metalclad and J.T. Thorpe & Son

Mark Tuvim
Gordon & Rees
701 Fifth Avenue, Suite 2130
Seattle, WA 98104
Counsel for Asbestos Corp., Ltd. and Oscar Erickson

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
**1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028**
**Telephone (206) 223-1313, Facsimile (206) 682-7100**

Jan E. Brucker
Jackson Jenkins Renstrom
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
Counsel for General Dynamics

and by U.S. mail upon:

Roberta Nicol Dempster
Schiff Hardin
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Counsel for Owens-Illinois, Inc.

Along with the undersigned, the above counsel represent the remaining parties in this action. Due to the length of time that this matter has been pending in state court, most of the defendants have settled or otherwise been dismissed from the case.

s/ Walter E. Barton
Washington State Bar Number 26408
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, WA 98101
Phone: (206) 223-1313
Fax: (206) 682-7100
E-mail: gbarton@karrtuttle.com

Attorneys for Defendant Todd Shipyards Corporation



*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100