# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CIVIL DOCKET FOR CASE #: 2:11-cv-01300-MJP

Lewis v. Todd Shipyards Corporation et al                    Date Filed: 08/05/2011
Assigned to: Judge Marsha J. Pechman                        Jury Demand: None
Case in other court:  King County Superior Court,           Nature of Suit: 368 P.I. : Asbestos
      08-00002-21991-7SEA                  Jurisdiction: Federal Question
Cause: 28:1331 Fed. Question: Personal Injury

**Plaintiff**

| | | |
|---|---|---|
| **Barbara Jean Lewis** | represented by | **Cameron O. Carter** |
| *as Personal Representative of the* | | BRAYTON PURCELL LLP (ORE) |
| *estate of* | | 111 SW COLUMBIA ST |
| John Robert Lewis | | STE 250 |
| | | PORTLAND, OR 97201 |
| | | 503-295-4931 |
| | | Email: ccarter@braytonlaw.com |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Todd Shipyards Corporation** | represented by | **Walter Eugene Barton** |
| | | KARR TUTTLE CAMPBELL |
| | | 1201 THIRD AVE |
| | | STE 2900 |
| | | SEATTLE, WA 98101-3028 |
| | | 206-223-1313 |
| | | Fax: FAX 682-7100 |
| | | Email: gbarton@karrtuttle.com |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Saberhagen Holdings Inc** | represented by | **Timothy Kost Thorson** |
| | | CARNEY BADLEY SPELLMAN |
| | | 701 FIFTH AVENUE |
| | | STE 3600 |
| | | SEATTLE, WA 98104-7010 |
| | | 206-622-8020 |
| | | Email: thorson@carneylaw.com |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Fraser's Boiler Service Inc** | represented by | **Melissa K Roeder** |
| | | FORSBERG & UMLAUF (SEA) |
| | | 901 5TH AVE |

STE 1400
SEATTLE, WA 98164-1039
206-689-8500
Email: mroeder@forsberg-umlauf.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Metalclad Insulation Corporation**      represented by   **Katherine M. Steele**
STAFFORD FREY COOPER
3100 TWO UNION SQ
601 UNION ST
SEATTLE, WA 98101-1374
206-623-9900
Email: ksteele@staffordfrey.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Asbestos Corp LTD**      represented by   **Mark B Tuvim**
GORDON & REES (WA)
701 FIFTH AVE
STE 2100
SEATTLE, WA 98104
206-695-5100
Fax: 206-689-2822
Email: mtuvim@gordonrees.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Owens-Illinois Inc**

**Defendant**

**General Dynamics Corporation**      represented by   **Jan Elizabeth Brucker**
JACKSON JENKINS RENSTROM LLP
701 FIFTH AVENUE SUITE 4200
SEATTLE, WA 98104
206-262-7600
Email: jbrucker@jjr-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**JT Thorpe & Son Inc**      represented by   **Katherine M. Steele**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Oscar E Erickson Inc**      represented by   **Mark B Tuvim**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/05/2011 | 1 | NOTICE OF REMOVAL from King County Superior, case number 08-2-21991-2SEA; (Receipt # 0981-2517312), filed by Todd Shipyards Corporation. (Attachments: # 1 Civil Cover Sheet)(Barton, Walter) (Entered: 08/05/2011) |
| 08/05/2011 | 2 | NOTICE *of Tag-Along Action* ; filed by Defendant Todd Shipyards Corporation. (Barton, Walter) (Entered: 08/05/2011) |
| 08/08/2011 | | Judge Marsha J. Pechman added. (MKB) (Entered: 08/08/2011) |
| 08/08/2011 | 3 | Roberta Dempster advised via letter of requirement to appear pro hac vice and of ECF registration requirements. (MKB) (Main Document 3 replaced on 8/8/2011) (MKB). Modified on 8/8/2011 to correct docket text - wrong letter and docket entry was attached (MKB). (Entered: 08/08/2011) |
| 08/08/2011 | 4 | LETTER from Clerk to counsel re receipt of case from King County Superior Court and advising of WAWD case number and judge assignment. (MKB) Modified on 8/8/2011 - Hard copy mailed to Roberta Dempster. (MKB) (Entered: 08/08/2011) |
| 08/08/2011 | | NOTICE Pursuant to Fed.R.Civ.P 7.1 all Defendants, with the exception of Defendant Owens-Illinois, Inc. must file a Corporate Disclosure Statement by 8/15/2011. Defendant Owens-Illinois, Inc. shall submit one at the time they appear. Copy of this docket entry is being mailed to Roberta Dempster, counsel for Owens-Illinois, Inc. (MKB) (Entered: 08/08/2011) |
| 08/08/2011 | 5 | NOTICE of Appearance by attorney Jan Elizabeth Brucker on behalf of Defendant General Dynamics Corporation. (Brucker, Jan) (Entered: 08/08/2011) |
| 08/09/2011 | 6 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent Miles Marine, Inc. for Todd Shipyards Corporation. Filed pursuant to Fed.R.Civ.P 7.1.. (Barton, Walter) (Entered: 08/09/2011) |
| 08/09/2011 | 7 | CORPORATE DISCLOSURE STATEMENT Filed pursuant to Fed.R.Civ.P 7.1.. (Roeder, Melissa) (Entered: 08/09/2011) |
| 08/09/2011 | 8 | CORPORATE DISCLOSURE STATEMENT Filed pursuant to Fed.R.Civ.P 7.1.. (Brucker, Jan) (Entered: 08/09/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/10/2011 11:11:57 | | | |
| PACER Login: | kt0002 | Client Code: | 20157.111 |
| Description: | Docket Report | Search Criteria: | 2:11-cv-01300-MJP |
| Billable Pages: | 3 | Cost: | 0.24 |





# Superior Court Case Summary

**Court:** King Co Superior Ct
**Case Number:** 08-2-21991-7

| Sub | Docket Date | Docket Code | Docket Description | Misc Info |
|---|---|---|---|---|
| 1 | 06-30-2008 | SUMMONS & COMPLAINT | Summons & Complaint | |
| - | 06-30-2008 | ASBESTOS LITIGATION | Asbestos Litigation | |
| 2 | 06-30-2008 | CASE INFORMATION COVER SHEET LOCS | Case Information Cover Sheet Original Location - Seattle | |
| 3 | 07-14-2008 | NOTICE OF APPEARANCE | Notice Of Appearance /riley | |
| 4 | 07-18-2008 | NOTICE OF APPEARANCE | Notice Of Appearance /saberhagen | |
| 5 | 07-25-2008 | NOTICE OF APPEARANCE | Notice Of Appearance /zurn Indus | |
| 6 | 07-28-2008 | ANSWER | Answer To Complaint /hopeman Bros | |
| 7 | 07-28-2008 | NOTICE OF APPEARANCE | Notice Of Appearance /hopeman Bros | |
| 8 | 07-28-2008 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 9 | 07-30-2008 | NOTICE OF APPEARANCE | Notice Of Appearance /ge Co | |
| 10 | 07-30-2008 | NOTICE OF APPEARANCE | Notice Of Appearance /cbs | |
| 11 | 07-30-2008 | NOTICE OF APPEARANCE | Notice Of Appearance /garlock | |
| 11A | 07-30-2008 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 11B | 07-30-2008 | AFFIDAVIT OF MAILING | Affidavit Of Mailing | |
| 12 | 07-31-2008 | NOTICE OF APPEARANCE | Notice Of Appearance /quintec | |
| 13 | 07-31-2008 | ANSWER & AFFIRMATIVE DEFENSE | Answer & Affirmative Defens/quintec | |
| 14 | 07-31-2008 | NOTICE OF APPEARANCE | Notice Of Appearance /consolidated | |
| 15 | 07-31-2008 | NOTICE OF APPEARANCE | Notice Of Appearance /sequoia | |
| 16 | 07-31-2008 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 17 | 07-31-2008 | ANSWER & AFFIRMATIVE DEFENSE | Answer & Affirmative Def/sequoia | |
| 18 | 08-05-2008 | NOTICE OF APPEARANCE | Notice Of Appearance /ta Company | |
| 19 | 08-07-2008 | ANSWER & AFFIRMATIVE DEFENSE | Answer & Affirmative Defense / Foster Wheeler | |

| 20 | 08-07-2008 | NOTICE OF APPEARANCE | Notice Of Appearance/foster Wheeler |
| 21 | 08-07-2008 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service |
| 22 | 08-08-2008 | NOTICE OF APPEARANCE | Notice Of Appearance /thorpe & Son |
| 23 | 08-08-2008 | ANSWER & AFFIRMATIVE DEFENSE | Answer & Affirmative Def/thorpe & |
| 24 | 08-11-2008 | NOTICE OF APPEARANCE | Notice Of Appearance /timec Co Inc |
| 25 | 08-15-2008 | NOTICE OF APPEARANCE | Notice Of Appearance /thomas Dee |
| 26 | 08-15-2008 | ANSWER & AFFIRMATIVE DEFENSE | Answer & Affirmative Def/thomas Dee |
| 27 | 08-15-2008 | NOTICE OF APPEARANCE | Notice Of Appearance /general Dynam |
| 28 | 08-27-2008 | NOTICE OF APPEARANCE | Notice Of Appearance /fraser |
| 29 | 08-27-2008 | ANSWER | Answer To Cmp /riley |
| 30 | 08-28-2008 | ANSWER | Answer To Cmp /ge Co |
| 31 | 08-28-2008 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service |
| 32 | 09-03-2008 | ANSWER & AFFIRMATIVE DEFENSE | Answer & Affirmative Def/asbestos Corp |
| 33 | 09-03-2008 | NOTICE OF APPEARANCE | Notice Of Appearance /asbestos Corp |
| 34 | 09-04-2008 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service |
| 35 | 09-04-2008 | ANSWER & AFFIRMATIVE DEFENSE | Answer & Affirmative Defense /timec |
| 36 | 09-08-2008 | NOTICE OF APPEARANCE | Notice Of Appearance /crown Cork |
| 37 | 09-08-2008 | ANSWER & AFFIRMATIVE DEFENSE | Answer & Affirmative Defense /crown |
| 38 | 09-09-2008 | NOTICE OF APPEARANCE | Notice Of Appearance /lamons Gasket |
| 39 | 09-09-2008 | ANSWER & AFFIRMATIVE DEFENSE | Answer & Affirmative Defense /lamons Gasket |
| 40 | 09-17-2008 | NOTICE OF APPEARANCE | Notice Of Appearance /erickson |
| 41 | 09-22-2008 | ANSWER & AFFIRMATIVE DEFENSE | Answer & Affirmative Def/ericckson |
| 42 | 09-29-2008 | ORDER DISMISSING LITIGANT | Order Dismiss Hopeman Brothers |
| 43 | 10-01-2008 | ORDER DISMISSING LITIGANT | Order Dismiss Foster Wheeler |
| 44 | 10-02-2008 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service |
| 45 | 10-02-2008 | ANSWER & AFFIRMATIVE DEFENSE | Answer & Affirmative Def/consol Ins |
| 46 | 10-06-2008 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service |
| 47 | 10-06-2008 | ANSWER & AFFIRMATIVE DEFENSE | Answer & Affirmative Def/viacom |
| 48 | 10-08-2008 | ANSWER & AFFIRMATIVE DEFENSE | Answer & Affirmative Defense /zurn |

| 49 | 10-08-2008 | ANSWER & AFFIRMATIVE DEFENSE | Answer & Affirmative Defense /at Co | |
|----|------------|------------------------------|--------------------------------------|--|
| 50 | 10-09-2008 | ANSWER & AFFIRMATIVE DEFENSE | Answer & Affirmative Def/general Dynamics | |
| 51 | 10-15-2008 | ANSWER & AFFIRMATIVE DEFENSE | Answer & Affirmative Def/saberhagen | |
| 52 | 12-01-2008 | ORDER DISMISSING LITIGANT | Order Dismissing General Electric | |
| 53 | 12-01-2008 | ORDER DISMISSING LITIGANT | Order Dismiss General Electric | |
| 54 | 12-02-2008 | ORDER DISMISSING LITIGANT | Order Dismiss Zurn Industries | |
| 55 | 12-10-2008 | ORDER DISMISSING LITIGANT | Order Dism Consolidated Insulation | |
| 56 | 12-11-2008 | ORDER DISMISSING LITIGANT | Order Dismissing Lamons Gasket Co | |
| 57 | 01-12-2009 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 58 | 01-30-2009 | ORDER DISMISSING LITIGANT | Ord Dismiss Ta Co Fka | |
| 59 | 02-20-2009 | NOTICE OF APPEARANCE | Notice Of Appearance /gen Dynamics | |
| 60 | 02-26-2009 | NOTICE OF WITHDRAWAL OF ATTORNEY | Notice Of Withdrawal Of Attorney | |
| 61 | 04-07-2009 | MOTION FOR DEFAULT JUDGMENT | Motion For Default Judgment | |
| 62 | 04-14-2009 | ORDER GRANTING MOTION/PETITION | Order Granting Motion/dfjg | |
| 63 | 04-14-2009 | AFFIDAVIT OF MAILING | Affidavit Of Mailing | |
| 64 | 04-14-2009 | MOTION FOR DEFAULT JUDGMENT | Motion For Default Judgment | |
| 65 | 04-14-2009 | AFFIDAVIT | Affidavit Of Jane E Vetto | |
| 66 | 05-13-2009 | SET CASE SCHEDULE JDG0046 | Set Case Schedule/assign Brayton 7 Judge Suzanne M. Barnett Dept 46 | 03-15-2010ST |
| 67 | 05-29-2009 | NOTICE OF APPEARANCE | Notice Of Appearance /albay | |
| 68 | 06-15-2009 | NOTICE OF HEARING | Notice Of Hearing /mtn For Leave | 06-19-2009 |
| 69 | 06-15-2009 | AFFIDAVIT OF MAILING | Affidavit Of Mailing | |
| 70 | 06-17-2009 | MOTION | Motion To Add Defendants / Pla | |
| 71 | 06-17-2009 | NOTICE OF HEARING | Notice Of Hearing /leave | 06-26-2009 |
| 72 | 06-19-2009 | NOTE FOR MOTION DOCKET | Note For Motion Docket | |
| 73 | 07-01-2009 | NOTICE OF APPEARANCE | Notice Of Appearance /metalclad | |
| 74 | 07-01-2009 | ANSWER & AFFIRMATIVE DEFENSE | Answer & Affirmative Def /metalclad | |
| 75 | 07-06-2009 | NOTICE OF APPEARANCE | Notice Of Appearance /cert Defs | |
| 76 | 07-06-2009 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 77 | 07-07-2009 | NOTICE WITHDRAW & SUBSTITUT COUNSEL | Notice Withdraw & Substitut Counsel | |

| 78 | 07-10-2009 | NOTICE OF APPEARANCE | Notice Of Appearance /lockheed | |
| 79 | 07-10-2009 | ANSWER | Answer To Amended Cmp/lockheed | |
| 80 | 07-10-2009 | ORDER GRANTING LEAVE TO AMEND | Order Granting Leave To Amend Cmp | |
| 81 | 07-10-2009 | ORDER GRANTING LEAVE TO AMEND | Order Granting Leave To Amend Cmp | |
| 82 | 07-10-2009 | ORDER GRANTING LEAVE TO AMEND | Order Granting Leave To Amend Cmp | |
| 83 | 07-10-2009 | ANSWER & AFFIRMATIVE DEFENSE | Answer & Affirmative Def/metalclad | |
| 84 | 07-10-2009 | NOTICE OF APPEARANCE | Notice Of Appearance /metalclad | |
| 85 | 07-10-2009 | NOTICE OF APPEARANCE | Notice Of Appearance /fraser | |
| 86 | 07-16-2009 | AMENDED COMPLAINT | Amended Complaint | |
| 87 | 07-16-2009 | AMENDED SUMMONS | Amended Summons | |
| 88 | 07-16-2009 | AMENDED SUMMONS | Amended Summons | |
| 89 | 07-16-2009 | AMENDED COMPLAINT | Amended Complaint /2nd | |
| 90 | 07-16-2009 | AMENDED SUMMONS | Amended Summons /3rd | |
| 91 | 07-16-2009 | AMENDED COMPLAINT | Amended Complaint /3rd | |
| 92 | 07-16-2009 | ANSWER & AFFIRMATIVE DEFENSE | Answer & Affirmative Def/frasers | |
| 93 | 07-24-2009 | STIPULATION | Stipulation Of Dismissal /crown | |
| 94 | 07-24-2009 | ORDER DISMISSING LITIGANT EXP0007 | Order Dismissing Crown Cork Ex-parte, Dept. Seattle - Clerk | |
| 95 | 07-27-2009 | ANSWER | Answer To Amended Cmp /todd | |
| 96 | 07-28-2009 | DISCLOSURE | Disclosure/fact Witness / Plf | |
| 97 | 07-30-2009 | NOTICE OF APPEARANCE | Notice Of Appearance /fryer Knowles | |
| 98 | 08-05-2009 | NOTICE OF HEARING | Notice Of Hearing /leave | 08-14-2009 |
| 99 | 08-17-2009 | ORDER GRANTING MOTION/PETITION | Order Granting Mtn To Remove From Brayton 7 /assignment Pending | |
| 100 | 08-21-2009 | NOTICE OF APPEARANCE | Notice Of Appearance /shell Oil | |
| 101 | 08-24-2009 | DISCLOSURE | Disclosure Of Fact Wntns /def33 | |
| 102 | 08-24-2009 | DISCLOSURE | Disclosure Of Fact Wnt /def48 | |
| 103 | 09-01-2009 | AMENDED COMPLAINT | Amended Complaint /4th | |
| 104 | 09-01-2009 | AMENDED SUMMONS | Amended Summons | |
| 105 | 09-02-2009 | ORDER DISMISSING LITIGANT EXP0007 | Order Dismissing Fraser Edwards Co Ex-parte, Dept. Seattle - Clerk | |
| 106 | 09-02-2009 | NOTICE OF PRESENTATION | Notice Of Presentation | |

| 107 | 09-23-2009 | STIPULATION | Stipulation Of Dismissal | |
|-----|-----------|-------------|--------------------------|---|
| 108 | 09-28-2009 | NOTICE OF APPEARANCE | Notice Of Appearance /metro Life | |
| 109 | 10-02-2009 | NOTICE | Notice Change Of Address | |
| 110 | 10-09-2009 | NOTICE OF ABSENCE/UNAVAILABILITY | Notice Of Absence/unavailability | |
| 111 | 10-14-2009 | DECLARATION | Declaration Re Service | |
| 112 | 11-03-2009 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 113 | 11-06-2009 | NOTICE OF ABSENCE/UNAVAILABILITY | Notice Of Absence/unavailability | |
| 114 | 11-12-2009 | DECLARATION | Declaration Re Proof Of Service | |
| 115 | 11-18-2009 | ANSWER | Answer /metro | |
| 116 | 11-24-2009 | ANSWER | Answer /fryer-knowles | |
| 117 | 12-16-2009 | AFFIDAVIT/DCLR/CERT OF SERVICE | Declaration Of Service /4th Suppl | |
| 118 | 12-16-2009 | NOTICE OF HEARING | Notice Of Hearing /mtn For Leave | 01-08-2010 |
| 119 | 01-07-2010 | ORDER DISMISSING LITIGANT EXP0007 | Order Dismiss Santa Fe Braun Inc Ex-parte, Dept. Seattle - Clerk | |
| 120 | 01-11-2010 | ORDER GRANTING MOTION/PETITION | Order Granting Motion To Assign To Brayton 8 /add Def | |
| 121 | 01-12-2010 | NOTICE OF PRESENTATION | Notice Of Presentation To Ex Parte | |
| 122 | 01-15-2010 | NOTICE OF PRESENTATION | Notice Of Presentation To Ex Parte | |
| 123 | 01-15-2010 | ORDER DISMISSING LITIGANT EXP0007 | Order Dismiss Fryer Knowles Inc Ex-parte, Dept. Seattle - Clerk | |
| 124 | 01-20-2010 | NOTICE OF PRESENTATION | Notice Of Presentation To Ex Parte | |
| 125 | 01-20-2010 | NOTICE OF PRESENTATION | Notice Of Presentation To Ex Parte | |
| 126 | 01-20-2010 | ORDER DISMISSING LITIGANT EXP0007 | Order Dismiss Albay Const Ex-parte, Dept. Seattle - Clerk | |
| 127 | 02-01-2010 | ORDER DISMISSING LITIGANT EXP0007 | Order Dismiss Thomas Dee Eng Co Ex-parte, Dept. Seattle - Clerk | |
| 128 | 03-11-2010 | DISCLOSURE | Disclosure Of Witness/amended/pltf | |
| - | 03-24-2010 | ORDER | Order Adding Case To Brayton 8 Grp /see 03-2-48455-5, Sub 3030 | |
| | | JDG0046 | Judge Suzanne M. Barnett Dept 46 | |
| 129 | 03-24-2010 | ORD FOR CONTINUANCE OF TRIAL DATE | Ord For Continuance Of Trial Date And Adding To Brayton 8 Group | 10-18-2010ST |
| 130 | 03-26-2010 | DISCLOSURE | Disclosure Of Fact Witnesses/def | |

| 131 | 03-29-2010 | DISCLOSURE | Disclosure Of Fact Witnesses/def |
| 132 | 03-29-2010 | DISCLOSURE | Disclosure Of Fact Witnesses/def |
| 133 | 03-29-2010 | DISCLOSURE | Disclosure Of Fact Witnesses/def |
| 134 | 03-29-2010 | DISCLOSURE | Disclosure Of Fact Witnesses/def |
| 135 | 03-30-2010 | DISCLOSURE | Disclosure/ Fact Witnesses/oscar E |
| 136 | 04-21-2010 | NOTICE OF ABSENCE/UNAVAILABILITY | Notice Of Absence/unavailability |
| 137 | 04-26-2010 | DISCLOSURE | Disclosure /pltf |
| 138 | 05-27-2010 | DISCLOSURE | Disclosure Expert Witnesses/dft |
| 139 | 05-27-2010 | DISCLOSURE | Disclosure Expert Witnesses/dft |
| 140 | 06-01-2010 | DISCLOSURE | Disclosure Deft Sequoia Ventures Expert Witness |
| 141 | 06-01-2010 | DEFENDANT'S LIST OF WITNESSES | Defendant's List Of Witnesses |
| 142 | 06-02-2010 | DISCLOSURE | Disclosure Of Expert Witnesses |
| 143 | 06-09-2010 | NOTICE OF STAY RE: BANKRUPTCY | Notice Of Stay Re: Bankruptcy /garlock Sealing Technologies |
| 144 | 06-16-2010 | NOTICE OF ATTY CHANGE OF ADDRESS | Notice Of Atty Change Of Address |
| 145 | 06-21-2010 | MOTION FOR DEFAULT | Motion For Default /plt |
| 146 | 06-22-2010 | ORDER OF DEFAULT EXP0007 | Order Of Default V Colonial Sugar Ex-parte, Dept. Seattle - Clerk |
| 147 | 06-29-2010 | NOTICE | Notice Grant Preliminary Injunctn |
| 148 | 07-02-2010 | DISCLOSURE | Witness Disclosure/pltf |
| 149 | 07-09-2010 | NOTIC FILING PET REMOVE TO US DISTR | Notic Filing Pet Remove To Us Distr |
| 150 | 07-12-2010 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service |
| 151 | 07-14-2010 | ORDER OF TRANSFER | Order Of Transfer To Brayton 9 |
| 152 | 11-17-2010 | DISCLOSURE | Disclosure Fact Witness/saberhagen |
| 153 | 11-17-2010 | ORDER DISMISSING LITIGANT EXP0007 | Ord Dismiss Lockheed Shipbuilding Ex-parte, Dept. Seattle - Clerk |
| 154 | 11-30-2010 | NOTICE OF INTENT TO WITHDRAW | Notice Of Intent To Withdraw |
| 155 | 12-09-2010 | NOTICE OF SUBSTITUTION OF COUNSEL | Notice Of Substitution Of Counsel |
| 155A | 12-10-2010 | COPY | Copy Of Order From Us Dist Court |
| 156 | 12-13-2010 | DISCLOSURE | Disclosure Of Expert Witnesses/amnd |
| 157 | 12-20-2010 | MOTION TO DISMISS | Motion To Dismiss /pla |

| 158 | 12-20-2010 | ORDER DISMISSING LITIGANT EXP0007 | Ord Dismiss Colonial Sugar Refinery Ex-parte, Dept. Seattle - Clerk | |
| 159 | 12-23-2010 | NOTICE OF HEARING | Notice Of Hearing /reinstate Case | 01-04-2011 |
| 160 | 01-05-2011 | CORRESPONDENCE | Correspondence Re Ts Returned | |
| 160A | 01-05-2011 | TRANSCRIPT | Transcript Remand From Us Dist Crt Converted To File Exhibit | |
| 161 | 01-11-2011 | STIPULATION | Stipulation Of Dismissal/shell Oil | |
| 162 | 01-11-2011 | ORDER DISMISSING LITIGANT EXP0002 | Order Dismissing Litigant Shell Oil Ex-parte, Dept - Mail | |
| 163 | 01-12-2011 | ORDER GRANTING MOTION/PETITION | Order Granting Mt/reinstate Case | |
| 164 | 02-15-2011 | NOTICE OF STAY RE: BANKRUPTCY | Notice Of Stay Re: Bankruptcy /quintec Industries | |
| 165 | 02-16-2011 | NOTICE OF STAY RE: BANKRUPTCY | Notice Of Stay Re:bankrptcy/amended /quintec Industries Inc | |
| 166 | 03-24-2011 | NOTICE OF PRESENTATION | Notice Of Presentation To Ex Parte | |
| 167 | 03-25-2011 | ORDER DISMISSING LITIGANT EXP0007 | Ord Dismiss Cbs Corporation Ex-parte, Dept. Seattle - Clerk | |
| 168 | 04-27-2011 | STIPULATION | Stipulation | |
| 169 | 04-28-2011 | ORDER DISMISSING LITIGANT EXP0007 | Order Dismissing Litigant Timec Co Ex-parte, Dept. Seattle - Clerk | |
| 170 | 05-04-2011 | NOTICE OF PRESENTATION | Notice Of Presentation To Ex Parte | |
| 171 | 05-04-2011 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 172 | 05-04-2011 | ORDER DISMISSING LITIGANT | Order Dismiss Riley Power Inc | |
| 173 | 05-04-2011 | STIPULATION | Stip Of Dismissal Of Riley Power | |
| 174 | 06-03-2011 | ORDER DISMISSING LITIGANT | Order Dismiss Sequoia Ventures & Bechtel Corp | |
| 175 | 06-03-2011 | MOTION TO DISMISS | Motion To Dismiss / Stipulated | |
| 176 | 07-21-2011 | NOTICE OF ABSENCE/UNAVAILABILITY | Notice Of Absence/unavailability | |
| 177 | 07-27-2011 | NOTICE | Notice Of Dja | |
| 178 | 07-28-2011 | NOTICE OF ABSENCE/UNAVAILABILITY | Notice Of Absence/unavailability | |
| 179 | 08-05-2011 | NOTIC FILING PET REMOVE TO US DISTR | Notic Filing Pet Remove To Us Distr | |
| 180 | 08-05-2011 | NOTICE | Notice Of Removal To Pltf | |
| 181 | 08-05-2011 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |

EXHIBIT 1

FILED

08 JUN 30 PM 4:20

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 08-2-21991-7 SEA

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON

FOR THE COUNTY OF KING

| | |
|---|---|
| BARBARA JEAN LEWIS, as Personal Representative for the Estate of JOHN ROBERT LEWIS, deceased, | Cause No. |
| Plaintiff, | COMPLAINT (Product Liability, False Representation Under Restatement of Torts Section 402-B, Fraud and Deceit/Negligent Misrepresentation, Wrongful Death - Product Liability, Wrongful Death - Negligence ) |
| vs. | |
| ALBAY CONSTRUCTION COMPANY; ASARCO INCORPORATED; ASBESTOS CORPORATION LIMITED; ASBESTOS CLAIMS MANAGEMENT CORPORATION; ASSOCIATED INSULATION OF CALIFORNIA; BARTELLS ASBESTOS SETTLEMENT TRUST; BECHTEL CORPORATION (DE); CONGOLEUM CORPORATION; CONSOLIDATED INSULATION, INC.; CROWN CORK & SEAL COMPANY, INC.; FLINTKOTE COMPANY, THE; FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION); FRASER-EDWARDS COMPANY; GARLOCK SEALING TECHNOLOGIES, LLC; GENERAL ELECTRIC COMPANY; GENERAL DYNAMICS CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; HARBISON-WALKER REFRACTORIES COMPANY; HARDIE-TYNES L.L.C.; HOPEMAN BROTHERS, INC.; J.T. THORPE & SON, INC.; J.T. THORPE, INC.; LAKE ASBESTOS OF QUEBEC, LTD.; LAMONS GASKET COMPANY; MACARTHUR COMPANY; OSCAR E. ERICKSON, INC.; OWENS-ILLINOIS, INC.; PACIFIC GAS & ELECTRIC COMPANY; PARKER- | |

1 - COMPLAINT

J:\WA\108923\PLD\Comp01-WD.wpd

1    HANNIFIN CORPORATION;  PLANT )
     INSULATION COMPANY; QUINTEC )
2    INDUSTRIES, INC.; RILEY POWER )
     INC.; SABERHAGEN HOLDINGS, INC.; )
3    SANTA FE BRAUN, INC. AS )
     SUCCESSOR-IN-INTEREST TO C.F. )
4    BRAUN, INC.; SEQUOIA VENTURES )
     INC.; SKINNER ENGINE COMPANY, )
5    INC.; TA COMPANY (FKA THE AUSTIN )
     COMPANY); TEMPORARY PLANT )
6    CLEANERS, INC.; THOMAS DEE )
     ENGINEERING CO., INC.;  TIMEC )
7    COMPANY, INC.; VIACOM, INC.; )
     WESTERN MACARTHUR COMPANY; )
8    WESTERN ASBESTOS COMPANY; )
     ZURN INDUSTRIES, LLC; ;and FIRST )
9    DOE through ONE HUNDREDTH DOE; )
                                                    )
10              Defendants.                         )
                                                    )
11   _____ )

12   COMES NOW the Plaintiff herein and as and for causes of action against the Defendants, and

13   each of them, alleges as follows:

14                                **BACKGROUND**

15        1.       Plaintiff, Barbara Jean Lewis,  is the duly appointed, qualified, and acting personal

16   representative of the Estate of John Robert Lewis, deceased.  Attached hereto as Exhibit C is: IN

17   THE SUPERIOR COURT OF THE STATE OF WASHINGTON IN AND FOR THE COUNTY

18   OF FERRY: In the Matter of the Estate of John Robert Lewis, Deceased. PROBATE NUMBER

19   07-4-00110, OATH OF PERSONAL REPRESENTATIVE.

20        2.       Plaintiff brings this action as specified in RCW 4.20.010-.020; 4.20.046 and

21   4.20.60 individually and on the behalf of the surviving heir(s) of John Robert Lewis, deceased,

22   (hereinafter referred to as "decedent").

23        3.       The heir(s) at law of the decedent and their relationships to the decedent are:

24   NAME                      RESIDENCE                       RELATIONSHIP
                                                               TO DECEDENT
25
     Barbara Jean Lewis        1601 N. Rhododendron Dr. #545   spouse
26                             Florence, Oregon

27   Donald Richard Lewis      30472 154th Place SE            son
                               Kent, Washington
28

2  - COMPLAINT
     J:\WA\108923\PLD\Comp01-WD.wpd                    **BRAYTON ❖ PURCELL, LLP**
                                                        Columbia Square Building
                                                     111 SW Columbia Street, Suite 250
                                                           Portland, OR 97201
                                            Telephone:(503) 295-4931; Fax (503) 241-2573

1    Robert Allen Lewis          335 Knapman Ave #4                    son
                                 Sequim, Washington
2

3        4.      The above-named individual constitutes the surviving heir(s) of decedent under

4    RCW 4.20.010-.020.

5                              **FIRST CAUSE OF ACTION**

6                            **(Survival - Product Liability)**

7        5.      The true names and capacities, whether individual, corporate, associate,

8    governmental or otherwise, of defendants FIRST DOE through ONE HUNDREDTH DOE,

9    inclusive, are unknown to Plaintiff at this time, who therefore sues said defendants by such

10   fictitious names.  When the true names and capacities of said defendants have been ascertained,

11   Plaintiff will amend this complaint accordingly.  Plaintiff is informed and believes, and thereon

12   alleges, that each defendant designated herein as a DOE is responsible, negligently or in some

13   other actionable manner, for the events and happenings hereinafter referred to, and caused

14   injuries and damages proximately thereby to the Plaintiff, as hereinafter alleged.

15       6.      At all times herein mentioned, the agents, servants, and/or employees, and/or joint

16   ventures, of defendants and conspirators, their alternate entities and each of them, were acting in

17   the full course and scope of said agency, service, employment and/or joint venture.

18       7.      Plaintiff is informed and believes, and thereon alleges that at all times

19   herein mentioned, and ALBAY CONSTRUCTION COMPANY; ASARCO INCORPORATED;

20   ASBESTOS CORPORATION LIMITED; ASBESTOS CLAIMS MANAGEMENT

21   CORPORATION; ASSOCIATED INSULATION OF CALIFORNIA; BARTELLS ASBESTOS

22   SETTLEMENT TRUST; BECHTEL CORPORATION (DE);  CONGOLEUM

23   CORPORATION; CONSOLIDATED INSULATION, INC.; CROWN CORK & SEAL

24   COMPANY, INC.; FLINTKOTE COMPANY, THE; FOSTER WHEELER LLC (FKA

25   FOSTER WHEELER CORPORATION); FRASER-EDWARDS COMPANY; GARLOCK

26   SEALING TECHNOLOGIES, LLC; GENERAL ELECTRIC COMPANY; GENERAL

27   DYNAMICS CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; HARBISON-

28   WALKER REFRACTORIES COMPANY; HARDIE-TYNES L.L.C.; HOPEMAN

3  - COMPLAINT
     J:\WA\108923\PLD\Comp01-WD.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, OR 97201
Telephone:(503) 295-4931; Fax (503) 241-2573

1  BROTHERS, INC.; J.T. THORPE & SON, INC.; J.T. THORPE, INC.; LAKE ASBESTOS OF

2  QUEBEC, LTD.; LAMONS GASKET COMPANY; MACARTHUR COMPANY; OSCAR E.

3  ERICKSON, INC.; OWENS-ILLINOIS, INC.; PACIFIC GAS & ELECTRIC COMPANY;

4  PARKER-HANNIFIN CORPORATION;  PLANT INSULATION COMPANY; QUINTEC

5  INDUSTRIES, INC.; RILEY POWER INC.; SABERHAGEN HOLDINGS, INC.; SANTA FE

6  BRAUN, INC. AS SUCCESSOR-IN-INTEREST TO C.F. BRAUN, INC.; SEQUOIA

7  VENTURES INC.; SKINNER ENGINE COMPANY, INC.; TA COMPANY (FKA THE

8  AUSTIN COMPANY); TEMPORARY PLANT CLEANERS, INC.; THOMAS DEE

9  ENGINEERING CO., INC.;  TIMEC COMPANY, INC.; VIACOM, INC.; WESTERN

10  MACARTHUR COMPANY; WESTERN ASBESTOS COMPANY; ZURN INDUSTRIES,

11  LLC; and FIRST DOE through ONE HUNDREDTH DOE; defendants, were and are

12  corporations organized and existing under and by virtue of the laws of the State of Washington,

13  or the laws of some other state or foreign jurisdiction, and that at all times material herein said

14  Defendants, and each of them, were and are authorized to do and were and are doing business in

15  the State of Washington, and that said Defendants have regularly conducted business in the State

16  of Washington.

17          8.          At all times herein mentioned, each of the defendants was the successor, successor

18  in business, successor in product line or a portion thereof, assign, predecessor, predecessor in

19  business, predecessor in product line or a portion thereof, parent, subsidiary, wholly or partially

20  owned by, or the whole or partial owner of or member in an entity researching, studying,

21  manufacturing, re-manufacturing, fabricating, constructing, designing, labeling, assembling,

22  distributing, leasing, buying, offering for sale, selling, inspecting, servicing, installing,

23  contracting for installation, repairing, marketing, warranting, re-branding, manufacturing or

24  others, packaging and/or advertising a certain substance the generic name of which is asbestos,

25  and other products containing said substance.  Said entities shall hereinafter collectively be called

26  "alternate entities".  Each of the herein named defendants are liable for the tortious conduct of

27  each successor, successor in business, successor in product line or a portion thereof, assign,

28  predecessor, predecessor in business, predecessor in product line or a portion thereof, parent,

4 - COMPLAINT

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, OR 97201
Telephone:(503) 295-4931; Fax (503) 241-2573

1   subsidiary, whole or partial owner, or wholly or partially owned entity, or entity that it was a

2   member of, or funded, that research, studied, manufactured, re-manufactured, fabricated,

3   constructed, designed, labeled, assembled, distributed, leased, bought, offered for sale, sold,

4   inspected, serviced, installed, contracted for installation, repaired, marketed, warranted, re-

5   branded, manufactured for others and/or advertised a certain substance, the generic name of

6   which is asbestos, and other products containing said substance.  The following defendants, and

7   each of them, are liable for the acts of each and every "alternate entity", and each of them, in that

8   there has been a virtual destruction of Plaintiff's remedy against each such "alternate entity";

9   defendants, and each of them, have acquired the assets, product line, or a portion thereof, of each

10  such "alternate entity"; defendants, and each of them, caused the destruction of Plaintiff's

11  remedy against each such "alternate entity"; each such defendant has the ability to assume the

12  risk-spreading role of each such "alternate entity"; and that each such defendant enjoys the

13  goodwill originally attached to each such "alternate entity".

| DEFENDANT | ALTERNATE ENTITY(IES) |
|---|---|
| ASARCO INCORPORATED | AMERICAN SMELTING AND REFINING COMPANY |
| | PIPE COMPANY, INC. |
| | CAPCO PIPE COMPANY, INC. |
| | CAPCO PIPE & SUPPLY |
| | CEMENT ASBESTOS PRODUCTS COMPANY |
| | LAKE ASBESTOS OF QUEBEC, LTD. |
| ASBESTOS CLAIMS MANAGEMENT CORPORATION | NATIONAL GYPSUM COMPANY |
| | GOLDBOND BUILDING PRODUCTS |
| | PACIFIC PAPERBOARD PRODUCTS, INC. |
| ASBESTOS CORPORATION LIMITED | GENERAL DYNAMICS CORPORATION |
| ASSOCIATED INSULATION OF CALIFORNIA | OSCAR E. ERICKSON, INC. |
| SANTA FE BRAUN, INC. | J. H. POMEROY & COMPANY, INC. |
| | SANTA FE DRILLING |
| | SANTA FE-POMEROY |
| | SANTA FE INTERNATIONAL |
| | SFIC HOLDING CORP. |
| | KILPATRICK & CO. |
| | BRAUN AIR CONDITIONING CORPORATION |
| | DEL Q SANTA FE BRAUN, INC. |
| CONGOLEUM CORPORATION | CONGOLEUM LINOLEUM |
| | CONGOLEUM-NAIRN, INC. |

///

5  - COMPLAINT
J:\WA\108923\PLD\Comp01-WD.wpd

BRAYTON ❖ PURCELL, LLP
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, OR 97201
Telephone:(503) 295-4931; Fax (503) 241-2573

| | |
|---|---|
| CROWN CORK & SEAL COMPANY, INC. | MUNDET CORK COMPANY |
| FOSTER WHEELER LLC | FOSTER WHEELER CORPORATION |
| FRASER-EDWARDS CO. | MALOTT & PETERSON-GRUNDY<br>PETERSON FLOORING |
| GARLOCK SEALING<br>  TECHNOLOGIES, LLC | GARLOCK, INC.<br>COLTEC INDUSTRIES, INC.<br>FAIRBANKS-MORSE<br>FAIRBANKS MORSE ENGINES<br>BELMONT PACKING & RUBBER CO.<br>GARLOCK PACKING CO.<br>U.S. GASKET CO.<br>GOODRICH CORPORATION<br>ENPRO INDUSTRIES, INC. |
| GENERAL DYNAMICS CORPORATION | CONVAIR<br>VULTEE AIRCRAFT INC.<br>CONSOLIDATED VULTEE AIRCRAFT CORPORATION<br>ASBESTOS CORPORATION LIMITED |
| GENERAL ELECTRIC COMPANY | MATTERN X-RAY<br>HOTPOINT ELECTRIC APPLIANCE COMPANY<br>LIMITED<br>TRUMBULL ELECTRIC MANUFACTURING COMPANY<br>G E INDUSTRIAL SYSTEMS<br>CURTIS TURBINES<br>PARSONS TURBINES<br>GENERAL ELECTRIC JET ENGINES |
| HALLIBURTON ENERGY SERVICES, INC. | HALLIBURTON COMPANY<br>DRESSER INDUSTRIES, INC.<br>HARBISON-WALKER REFRACTORIES COMPANY<br>DRESSER WAUKESHA<br>DRESSER WAYNE<br>HALLIBURTON ENERGY SERVICES<br>KELLOGG BROWN & ROOT<br>M.W. KELLOGG<br>BROWN & ROOT BRAUN<br>BROWN & ROOT COMPANY<br>C.F. BRAUN, INC.<br>BAROID DRILLING FLUIDS, INC.<br>HALLIBURTON OIL WELL CEMENTING COMPANY<br>DRESSER, INC.<br>KELLOGG, BROWN & ROOT, INC. |
| HARBISON-WALKER REFRACTORIES<br>COMPANY | DRESSER INDUSTRIES, INC.<br>HALLIBURTON COMPANY<br>INDRESCO, INC.<br>HARBISON-WALKER REFRACTORIES DIVISION<br>CONSTRUCTION EQUIPMENT DIVISION<br>JEFFREY MACHINERY DIVISION<br>JEFFERY DIVISION<br>INDUSTRIAL TOOL DIVISION |

6  - COMPLAINT

BRAYTON ❖ PURCELL, LLP<br>Columbia Square Building<br>111 SW Columbia Street, Suite 250<br>Portland, OR 97201<br>Telephone:(503) 295-4931; Fax (503) 241-2573

| | |
|---|---|
| 1 | HARBISON-WALKER REFRACTORIES COMPANY (Con't) |
| | WABCO |
| | KOMATSU (KOMATSU DRESSER CO.) |
| 2 | CANADIAN REFRACTORIES |
| | JEFFREY MINING DIVISION |
| 3 | JEFFREY CHAIN DIVISION |
| | JEFFREY GALLON, INC. |
| 4 | MARION POWER SHOVEL |
| | PUMP DIVISION, PACIFIC PUMP DIVISION |
| 5 | PACIFIC PUMP WORKS, DRESSER MANUFACTURING DIV. |
| 6 | ROOTS DIVISION, WAUKESHA ENGINE DIVISION AND  INSTRUMENT DIVISION |
| 7 | INTERNATIONAL STACEY CORPORATION |
| | ROOTS-CONNERSVILLE BLOWER CORPORATION |
| 8 | WAUKESHA MOTOR DIVISION |
| | MINERALS DIVISION |
| 9 | GENERAL ABRASIVE DIVISION |
| | BAY STATE ABRASIVES DIVISION |
| 10 | MAGNET COVE BARIUM CORPORATION |
| | DRESSER MINERALS INTERNATIONAL, INC. |
| 11 | AVCO CORP. |
| | MAGCOBAR DIVISION |
| 12 | M-I DRILLING FLUIDS COMPANY |
| | M-I DRILLING FLUIDS, LLC |
| 13 | M-I LLC |
| | SMITH INTERNATIONAL ACQUISITION CORP. |
| 14 | SMITH INTERNATIONAL, INC. |
| | SCHLUMBERGER M-I, INC. |
| 15 | CLARK DIVISION |
| | CLARK BROTHERS COMPANY |
| 16 | CRANE & HOIST DIVISION |
| | MANNING, MAXWELL & MOORE, INC. |
| 17 | VALVE AND CONTROLS DIVISION |
| | VALVE DIVISION |
| 18 | INDUSTRIAL VALVE DIVISION |
| | M&H VALVE & FITTINGS COMPANY |
| 19 | GROVE VALVE & REGULATOR COMPANY |
| | HANCOCK INDUSTRIAL VALVES |
| 20 | CONSOLIDATED VALVE |
| | MANNING |
| 21 | MAXWELL & MOORE, INC. |
| | LeROI DIVISION |
| 22 | LeROI COMPRESSORS |
| | WAYNE DIVISION |
| 23 | SYMINGTON-WAYNE CORPORATION |
| | MINING SERVICES & EQUIPMENT |
| 24 | |
| 25 | HARDIE-TYNES L.L.C. |
| | HARDIE-TYNES MANUFACTURING COMPANY |
| | HARDIE-TYNES COMPANY, INC. |
| 26 | HOPEMAN BROTHERS, INC. |
| | HOPEMAN BROTHERS MARINE INTERIORS, LLC |
| 27 | J.T. THORPE & SON, INC. |
| | THE THORPE COMPANY |
| | THORPE PRODUCTS CO. |
| 28 | J.T. THORPE & SON, INC. (Con't) |
| | J.T. THORPE NORTHWEST |

7  - COMPLAINT

BRAYTON ❖ PURCELL, LLP
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, OR 97201
Telephone:(503) 295-4931; Fax (503) 241-2573

| | |
|---|---|
| LAKE ASBESTOS OF QUEBEC, LTD. | LAC D'AMIANTE DU QUEBEC LTEE<br>ASARCO INCORPORATED |
| LAMONS GASKET COMPANY | LAMONS METAL GASKET CO.<br>POWER ENGINEERING AND EQUIPMENT COMPANY, INC.<br>POWER ENGINEERING COMPANY |
| OSCAR E. ERICKSON, INC. | ASSOCIATED INSULATION OF CALIFORNIA<br>OSCAR E. ERICKSON COMPANY<br>OSCAR ERICKSON, INCORPORATED |
| OWENS-ILLINOIS, INC. | OWENS-ILLINOIS GLASS COMPANY |
| PARKER-HANNIFIN CORPORATION | SACOMA-SIERRA, INC.<br>SACOMA MANUFACTURING COMPANY<br>E.I.S. AUTOMOTIVE CORPORATION<br>CONDREN CORPORATION, THE<br>PARKER SEAL COMPANY<br>DENISON HYDRAULICS INC. |
| PLANT INSULATION COMPANY | ASBESTOS COMPANY OF CALIFORNIA<br>PLANT ASBESTOS COMPANY |
| QUINTEC INDUSTRIES, INC. | WESTERN FIBERGLAS SUPPLY COMPANY<br>MULDOON INSULATION |
| RILEY POWER, INC. | BABCOCK BORSIG POWER, INC.<br>UNION BOILER COMPANY<br>UNION IRON WORKS, INC.<br>DB RILEY, INC.<br>RILEY STOKER CORPORATION<br>BADENHAUSEN<br>UNION IRON WORKS<br>UNION IRON WORKS OF SPOKANE, WA |
| SABERHAGEN HOLDINGS, INC. | THE BROWER COMPANY<br>TACOMA ASBESTOS CO. |
| SKINNER CORPORATION | ALASKA STEAMSHIP COMPANY, INC.<br>ALASKA TRAINSHIPS, INC.<br>SKINNER & EDDY CORPORATION<br>ALPAC CORPORATION<br>NORTHERN COMMERCIAL CO. |
| TEMPORARY PLANT CLEANERS, INC. | PLANT MAINTENANCE, INC. OF CALIFORNIA |
| THE FLINTKOTE COMPANY | FLINTKOTE MINES, LTD. - QUEBEC<br>CALAVERAS CEMENT COMPANY<br>BLUE DIAMOND CORPORATION<br>GENSTAR COMPANY<br>BOTSWANA FIBERS, LTD.<br>CAPASCO, LTD.<br>ORANGEBURG MANUFACTURING CO.<br>PIONEER-FLINTKOTE |

8  - COMPLAINT

J:\WA\108923\PLD\Comp01-WD.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, OR 97201
Telephone:(503) 295-4931; Fax (503) 241-2573

| | |
|---|---|
| THE FLINTKOTE COMPANY (Con't) | PIONEER CORP. TILE TEX ATLAS ADHESIVES PACIFIC ASBESTOS COMPANY VAN PACKER CHIMNEY CO. TILE-TEX CO., THE |
| THOMAS DEE ENGINEERING CO., INC. | DEE ENGINEERING COMPANY |
| VIACOM, INC. | CBS CORPORATION WESTINGHOUSE ELECTRIC CORPORATION WESTINGHOUSE ELECTRIC AND MANUFACTURING COMPANY B.F. STURTEVANT KPIX TELEVISION STATION PARAMOUNT COMMUNICATIONS, INC. |
| WESTERN MAC ARTHUR COMPANY | WESTERN ASBESTOS CO. MAC ARTHUR COMPANY BAY CITIES ASBESTOS COMPANY F.K. PINNEY, INC |
| ZURN INDUSTRIES, LLC | ZURN INDUSTRIES, INC. ZURN INDUSTRIES, INC., ENERGY DIVISION ERIE CITY ENERGY DIVISION ERIE CITY IRON WORKS ERIE CITY BOILERS WILKINS-ZURN INDUSTRIES |

FIRST DOE through TENTH DOE is responsible for, and liable for the acts of ELEVENTH DOE through ONE HUNDRETH DOE, inclusive. The defendants, their "alternate entities", and each of them, are corporations organized and existing under and by virtue of the laws of the State of Washington, or the laws of some other state or foreign jurisdiction, and said defendants, their alternate entities", and each of them, were and are authorized to do and are doing business in the State of Washington, and said defendants, their "alternate entities", and each of them, have regularly conducted business in Washington.

Plaintiff's claims against defendant VIACOM, INC. (successor by merger to CBS CORPORATION which is successor-in-interest to WESTINGHOUSE ELECTRIC CORPORATION) exclude military and federal government job sites.

9.    At all times herein mentioned, each of the defendants, were and are engaged in the business of researching, manufacturing, re-manufacturing, fabricating, constructing, designing, labeling, assembling, distributing, leasing, buying, offering for sale, selling, inspecting, servicing,

9 - COMPLAINT
J:\WA\108923\PLD\Comp01-WD.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, OR 97201
Telephone:(503) 295-4931; Fax (503) 241-2573

1    installing, contracting for installation, repairing marketing warranting, re-branding,

2    manufacturing for others, packaging and/or advertising a certain substance, the generic name of

3    which is asbestos, and other products containing said substance.

4        10.  Defendants, their "alternate entities", and each of them, knew and intended that the

5    above referenced asbestos and other products containing asbestos would be used by the purchaser

6    or user without inspection for defects therein or in any of its component parts and without

7    knowledge of the hazards involved in such use.

8        11.  Said asbestos and products containing asbestos were defective and not reasonably

9    safe in construction and were unsafe for their intended purpose in that the inhalation of asbestos

10   fibers causes serious disease and/or death.  The defect existed in the said products at the time

11   they left the possession of defendants, their "alternate entities", and each of them.  Said products

12   did, in fact, cause personal injuries, including asbestosis, other lung damage, and cancer to

13   "exposed persons" while being used in a reasonable foreseeable manner, thereby rendering the

14   same unsafe and dangerous for use.

15       12.  "Exposed persons" did not know of the substantial danger of using said products.

16   Said dangers were not readily recognizable by "exposed persons".  Said defendants, their

17   "alternate entities", and each of them, further failed to adequately warn of the risks to which

18   Decedent and others similarly situated were exposed.

19       13.  Plaintiff alleges that the aforementioned defendants, their "alternate entities", and

20   each of them, expressly and/or impliedly warranted their asbestos and asbestos-containing

21   products to be safe for their intended use.  The substances and products did not conform to either

22   the express or implied warranties but rather their asbestos and asbestos-containing products

23   created an unreasonable risk of bodily harm to exposed persons.  The substances and products

24   were not reasonably safe.

25       14.  Plaintiff further alleges decedent's injuries were a result of cumulative exposure to

26   asbestos and various asbestos-containing products manufactured, re-manufactured, fabricated,

27   constructed, inadequately researched, designed, inadequately tested, labeled, assembled,

28   distributed, leased, bought, offered for sale, sold, inspected, serviced, installed, contracted for

10 - COMPLAINT
J:\WA\108923\PLD\Comp01-WD.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, OR 97201
Telephone:(503) 295-4931; Fax (503) 241-2573

1   installation, repaired, marketed, warranted, re-branded, manufactured for others, packaged and/or

2   advertised by the aforementioned defendants, their "alternate entities", and each of them, and that

3   plaintiff cannot identify precisely which asbestos or asbestos-containing product(s) caused the

4   injuries complained of herein.

5       15.  The defendants, their "alternate entities", and each of them served in this action

6   constitute a substantial share of the asbestos or asbestos-containing products market which

7   caused Decedent's injuries.

8       16.  The aforementioned asbestos and asbestos-containing products were toxic and

9   carcinogenic and were used in conjunction with one another, all being under the exclusive

10  control of the defendants and each of them and all resulting in cumulative injury and harm to the

11  Decedent herein. Plaintiff therefore alleges it is the burden of the defendants, their "alternate

12  entities", and each of them, to prove the asbestos and asbestos-containing products manufactured

13  by or asbestos or asbestos-containing products applied or distributed by them, were not the cause

14  of Decedent's injury in accordance with the holding of <u>Metro Mortgage</u> v. <u>Wash. Water Power</u>,

15  37 Wn.App. 241, 243-247, 679 P.2d 943 (1984).

16      17.  In researching, manufacturing, re-manufacturing, fabricating, constructing, designing,

17  testing or failing to test, warning or failing to warn, labeling, assembling, distributing, leasing,

18  buying, offering for sale, selling, inspecting, servicing, installing, contracting for installation,

19  repairing, marketing, warranting, re-branding, manufacturing for other, packaging and/or

20  advertising asbestos and asbestos-containing products, defendants, their "alternate entities", and

21  each of them, did so with conscious disregard for the safety of "exposed persons" who came in

22  contact with said asbestos and asbestos-containing products, in that said defendants, their

23  "alternate entities", and each of them, had prior knowledge that there was a substantial risk of

24  injury or death resulting from exposure to asbestos or asbestos-containing products, including but

25  not limited to, asbestosis, other lung disabilities and cancer.  Said knowledge was obtained, in

26  part, from scientific studies performed by, at the request of, or with the assistance of, said

27  defendants, their "alternate entities", and each of them, and with knowledge was obtained by said

28  defendants, their "alternate entities", and each of them on or before 1930, and thereafter.

11  - COMPLAINT
   J:\WA\108923\PLD\Comp01-WD.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, OR 97201
Telephone:(503) 295-4931; Fax (503) 241-2573

18. On or before 1930, and thereafter, said defendants, their "alternate entities", and each of them, were aware that members of the general public and other "exposed persons", who would come in contact with asbestos and asbestos-containing products, had no knowledge or information indicating that asbestos or asbestos-containing products could cause injury, and said defendants, their "alternate entities", and each of them, knew that members of the general public and other "exposed persons", who came in contact with asbestos and asbestos-containing products, would assume, and in fact did assume, that exposure to asbestos and asbestos-containing products was safe, when in fact said exposure was extremely hazardous to health and human life.

19. With said knowledge, said defendants, their "alternate entities", and each of them, opted to research, manufacture, re-manufacture, fabricate, construct, design, label assemble, distribute, lease, buy, offer for sale, inspect, service, install, contract for installation, repair, market, warrant, re-brand, manufacture for others, package and/or advertise said asbestos and asbestos-containing products without attempting to protect "exposed persons" from or warn "exposed persons" of, the high risk of injury or death resulting from exposure to asbestos and asbestos-containing products. Rather than attempting to protect "exposed persons" from, or warn "exposed persons" of, the high risk of injury or death resulting from exposure to asbestos and asbestos-containing products, defendants, their "alternate entities", and each of them, intentionally failed to reveal their knowledge of said risk, and consciously and actively concealed and suppressed said knowledge from "exposed persons" and members of the general public, thus impliedly representing to "exposed persons" and members of the general public that asbestos and asbestos-containing products were safe for all reasonably foreseeable uses. Defendants, their "alternate entities", and each of them, engaged in this conduct and made these implied representations and warranties with the knowledge of the falsity of said implied representations and warranties.

20. The above-referenced conduct of said defendants, their "alternate entities", and each of them, was motivated by the financial interest of said defendants, their "alternate entities", and each of them, in the continuing, uninterrupted research, manufacture, remanufacture, fabrication,

12 - COMPLAINT

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, OR 97201
Telephone:(503) 295-4931; Fax (503) 241-2573

construction, design, labeling, assembly, design, distribution, lease, purchase, sale, offer for sale, inspection, installation, contracting for installation, repair, marketing, warranting, re-branding, manufacturing for others, packaging and/or advertising of asbestos and asbestos-containing products. In pursuance of said financial motivation, said defendants, their "alternate entities", and each of them, consciously disregarded the safety of "exposed persons" and were in fact consciously willing and intended to permit asbestos and asbestos-containing products to cause injury to "exposed persons" and induced persons to work with and be exposed thereto, including Decedent.

21. Decedent relied upon defendants', their "alternate entities" and each of their representations, lack of warnings, and implied warranties of fitness of asbestos and their asbestos-containing products. As a direct, foreseeable and proximate result thereof, Decedent suffered injury as alleged herein.

22. Defendants, their "alternate entities", and each of them, and their officers, directors and managing agents participated in, authorized, expressly and impliedly ratified, and had full knowledge of, or should have known of, each of the acts set forth herein.

23. Defendants, and each of them, are liable for the fraudulent, oppressive, and malicious acts of their "alternate entities", and each of them, and each defendants' officers, directors and managing agents participated in, authorized, expressly and impliedly ratified, and had full knowledge of, or should have known of, the acts of each of their "alternate entities", as set forth herein.

24. The above-referenced conduct of said defendant, their "alternate entities", and each of them, were and are willful, malicious, fraudulent, outrageous and in conscious disregard and indifference to the safety and health of "exposed persons".

25. As a direct and proximate result thereof, Decedent suffered the injuries and damages previously alleged.

26. Decedent used, handled or had been otherwise exposed to defendants' and conspirators' asbestos and asbestos-containing products in a manner that was reasonably foreseeable. Decedent's exposure to asbestos and asbestos-containing products occurred at

13 - COMPLAINT

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, OR 97201
Telephone:(503) 295-4931; Fax (503) 241-2573

1   various locations as set forth in Exhibit "A", which is attached hereto and incorporated by
2   reference herein.

3       27.    As a direct and proximate result of the conduct of the defendants, and each of
4   them, as aforesaid, Decedent's exposure to asbestos and asbestos-containing products caused
5   severe permanent injury, and subsequent death of decedent, the nature of which, along with the
6   date of decedent's death, are set forth in Exhibit D, which is attached hereto and incorporated by
7   reference herein.

8
9   <center>**THIRD CAUSE OF ACTION**
    **(Fraud and Deceit/Negligent Misrepresentation)**</center>

10      47.    Plaintiff incorporates herein by reference, as though fully set forth herein, all
11  relevant allegations herein.

12      48.    AS AND FOR A FURTHER, THIRD, SEPARATE AND DISTINCT CAUSE OF
13  ACTION FOR FRAUD AND DECEIT/NEGLIGENT MISREPRESENTATION, PLAINTIFF
14  COMPLAINS OF DEFENDANTS METROPOLITAN LIFE INSURANCE COMPANY,
15  RAYMARK INDUSTRIES, INC., (formerly known as RAYBESTOS-MANHATTAN),
16  UNITED STATES GYPSUM COMPANY, PNEUMO ABEX CORPORATION (formerly
17  known as ABEX CORPORATION and successor-in-interest to AMERICAN BRAKEBLOCK
18  CORPORATION), and T&N PLC (formerly known as TURNER AND NEWALL and alter-ego
19  to KEASBY-MATTISON COMPANY), DEFENDANTS, THEIR "ALTERNATE ENTITIES,"
20  AND EACH OF THEM, AND ALLEGES AS FOLLOWS:

21      49.    Plaintiff, by this reference, incorporates and makes a part hereof as though fully
22  set forth herein at length each and every allegation of the First through Second Causes of Action
23  as though fully set forth herein.

24      50.    The acts of the conspirators, as incorporated herein and described above,
25  constitute fraudulent negligent misrepresentation, which caused injury and subsequent death to
26  the decedent, in the following manner:

27          (a)    The material published or caused to be published by the conspirators was
28          false, untrue, and incomplete in that the conspirators knowingly, deliberately, and

14  - COMPLAINT
J:\WA\108923\PLD\Comp01-WD.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, OR 97201
Telephone:(503) 295-4931; Fax (503) 241-2573

with intent to deceive made representations, product sales and assertions regarding the safety of asbestos and asbestos-related products.

(b)     The conspirators made these false, untrue and incomplete representations without any reasonable grounds for believing and/or relying on their truth and with the intent to induce the general consuming public and individuals therein, including Decedent, and others' direct and indirect reliance on these false, untrue, and incomplete representations.

(c)     Decedent and others reasonably, justifiably, and without knowledge of the falsity of the conspirators' misrepresentations, relied, both directly and indirectly, upon published data documenting the purported safety of asbestos and asbestos-related products and in the absence of published information of the hazards of asbestos and cautionary warning language on or with said conspirators' product, all resulting in continued injurious exposure to asbestos.  Decedent was unaware of the hazards due to the conspirators' conduct.

## FOURTH CAUSE OF ACTION
### (Survival – False Representation Under Restatement of Torts Section 402-B)

51.     Plaintiff incorporates herein by reference, as though fully set forth herein, all relevant allegations herein.

52.     At the aforementioned time when defendants, their "alternate entities", and each of them, researched, manufactured, remanufactured, fabricated, constructed, designed, tested or failed to test, inadequately warned or failed to warn, labeled, assembled, distributed, leased, bought, offered for sale, sold, inspected, serviced, installed, contracted for installation, repaired, marketed, warranted, re-branded, manufactured for others, packaged and/or advertised the said asbestos and asbestos-containing products, as hereinabove set forth, the defendants, their "alternate entities", and each of them, expressly and impliedly represented to members of the general public, including the purchasers and users of said products, and other "exposed persons", including the Decedent herein and his employers, that asbestos and asbestos-containing products

15  - COMPLAINT

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, OR 97201
Telephone:(503) 295-4931; Fax (503) 241-2573

1  were of merchantable quality, and safe for the use for which they were intended.

2      53.     The purchasers and users of said asbestos and asbestos-containing products, and

3  other "exposed persons", including the Decedent and his employers, relied upon said

4  representations of defendants, their "alternate entities", and each of them, in the selection,

5  purchase and use of asbestos and asbestos-containing products.

6      54.     Said representation by defendants, their "alternate entities", and each of them,

7  were false and untrue, and defendants knew at the time they were untrue, in that the asbestos and

8  asbestos-containing products were not safe for their intended use, nor were they of merchantable

9  quality as represented by defendants, their "alternate entities", and each of them, in that asbestos

10  and asbestos-containing products have very dangerous properties and defects whereby said

11  products cause mesothelioma, asbestosis, other lung disabilities and cancer, and have other

12  defects that cause injury and damage to the users of said products and other "exposed persons",

13  thereby threatening the health and life of said persons including Decedent herein.

14      55.     As a direct and proximate result of said false representations by defendants, their

15  "alternate entities", and each of them, decedent sustained the injuries and damages hereinabove

16  set forth.

<div align="center">

**FIFTH CAUSE OF ACTION**
**(Wrongful Death – Negligence)**

</div>

19      56.     Plaintiff incorporates herein by reference, as though fully set forth herein, all

20  relevant allegations herein.

21      57.     Plaintiff brings this action as specified in RCW 4.20.010-.020 on behalf of the

22  surviving heir(s) of the deceased.

23      58.     The heir(s) at law of the decedent and their relationships to Decedent are:

| NAME | RESIDENCE | RELATIONSHIP TO DECEDENT |
|------|-----------|--------------------------|
| Barbara Jean Lewis | 1601 N. Rhododendron Dr. #545 Florence, Oregon | spouse |
| Donald Richard Lewis | 30472 154th Place SE Kent, Washington | son |

16  - COMPLAINT
J:\WA\108923\PLD\Comp01-WD.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, OR 97201
Telephone:(503) 295-4931; Fax (503) 241-2573

| | | |
|---|---|---|
| Robert Allen Lewis | 335 Knapman Ave #4 | son |
| | Sequim, Washington | |

59.    At all times prior to his death, decedent was a dutiful father and spouse to his heir(s).

60.    As a direct and proximate result of the aforesaid conduct of defendants and conspirators, and each of them, and the death of decedent, decedent's heir(s) have sustained pecuniary loss resulting from the loss of affection, love, care, society, comfort, attention, guidance, services, consortium, and support from Decedent all to the damage of Decedent's heir(s) in such amounts as shall be proven at trial.

61.    As a direct and proximate result of the negligence of defendants, and each of them, and the death of Decedent, Decedent's heir(s) have incurred funeral expenses in an amount to be proven at trial.

### SIXTH CAUSE OF ACTION
### (Wrongful Death --- Product Liability)

62.    Plaintiff incorporates herein by reference, as though fully set forth herein, all relevant allegations herein.

63.    As a direct and proximate result thereof, decedent's heir(s) have sustained the injuries and damages previously alleged.

WHEREFORE, plaintiff prays for judgment and damages against the defendants, their "alternate entities", and each of them, as follows:

1.    For general damages as proven at trial;

2.    For medical and related expenses as proven at trial;

3.    For pain and suffering as proven at trial;

4.    For loss of earnings, wages and future earning potential as proven at trial;

5.    For funeral expenses as proven at trial;

///

///

///

17 - COMPLAINT
J:\WA\108923\PLD\Comp01-WD.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, OR 97201
Telephone:(503) 295-4931; Fax (503) 241-2573

1    6.    For plaintiff's costs of suit herein; and

2    7.    For such other and further relief as the court may deem just and proper.

3

4    DATED this _25th_ day of _June_, 2008.

5

6                    BRAYTON ❖ PURCELL, LLP

7

8                    Thanh H. Tran, WSBA No. 24490
                     Of Counsel for Brayton Purcell for BARBARA JEAN LEWIS,
9                    as Personal Representative for the Estate of JOHN ROBERT
                     LEWIS, deceased
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

18 - COMPLAINT
J:\WA\108923\PLD\Comp01-WD.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, OR 97201
Telephone:(503) 295-4931; Fax (503) 241-2573

EXHIBIT A

Barbra Jean Lewis v. Asbestos Defendants (B❖P)

John Robert Lewis, deceased

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Unknown Employer Fallbrook, CA | Unknown Packing House Fallbrook, CA | Laborer | 1948 |
| Unknown Employer Huntington Beach, CA | Unknown lumber yard Huntington Beach, CA | Laborer | 1949 |
| US Army | Unknown Location | Unknown | 1950-1952 |
| Western Asbestos | Various Powerhouses throughout the Bay Area including but not limited to: PG & E, Moss Landing, CA PG & E Pittsburg, CA PG & E Antioch, CA | Insulator | 1952-1953 |
| North West Cork Seattle, WA | Unknown Mine Sweeper Bellingham, WA Naval Air Station Whidbey Island Oak Harbor, WA | Insulator | 1953 |
| Western Asbestos | Standard Oil Richmond, CA | Insulator | 1954 |

| Various Employers through Insulators Union Local #7 including but not limited to: Armstrong Cork and Steel, Owens Corning Fiberglas, Western MacArthur, Plant Asbestos, and Lorenzo Insulation | Various commercial and industrial locations, powerhouses and refineries throughout California and Washington | Insulator | 1955-12/31/1984 |
|---|---|---|---|
| | Unknown Building Hanford, WA | | |
| | Unknown Bank Building Seattle, WA | | |
| | Unknown Safeway Store Seattle, WA | | |
| | Chehalis Coal Fired Power Plant Centralia, WA | | |
| | University of Washington Seattle, WA | | |
| | Puget Sound Naval Shipyard, Bremerton, WA | | |
| | Todd Shipyard Tacoma, WA | | |
| | Washington Public Power Supply Centralia, WA | | |
| | Mare Island Naval Shipyard Vallejo, CA | | |

PARA-OCCUPATIONAL EXPOSURE:

Decedent's father Orin Willard Lewis, worked as an insulator out of Local 7 in Seattle, Washington.  Decedent's father worked in various refineries and shipyards including but not limited to Todd Shipyard, Tacoma, Washington, and Mare Island Naval Shipyard, Vallejo, California. Decedent shared home with his father from 1930-1948 and often his father returned home in dusty work clothes.  Plaintiff currently contends decedent was exposed to asbestos as a result of his father's employment.

EXHIBIT B

<u>BARBARA JEAN LEWIS,  as Personal Representative for the Estate of JOHN ROBERT LEWIS, deceased v. Albay Construction Company, et al.</u>

| <u>DIAGNOSIS</u> | <u>DOCTOR</u> | <u>DATE OF DIAGNOSIS</u> |
|---|---|---|
| Mesothelioma | Dr. Ronald Vail | October 31, 2006 |

EXHIBIT B – Page 1
J:\WA\108923\PLD\Comp1-ExB.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square
111 SW Columbia Street, Suite 250
Portland, OR 97201
Phone: (503) 295-4931; (503) 241-2573

COPY
ORIGINAL FILED

MAY 1 6 2007

CLERK'S OFFICE
FERRY COUNTY

SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF FERRY

In the Matter of the          )     No.  0 7 4  0 0 0 1 1  0
Estate of:                    )
                              )     OATH OF PERSONAL
JOHN ROBERT LEWIS             )     REPRESENTATIVE
                              )
                Deceased.     )
_____)

STATE OF OREGON        )
                       ) ss
COUNTY OF *LANE*       )

Barbara J. Lewis, being first duly sworn on oath, deposes and states as follows:

That I am the same person who has been appointed Executrix of the Last Will and Testament of John Robert Lewis, deceased, and I solemnly swear that I will perform, according to law, the duties of my trust as Executrix of the Last Will and Testament of John Robert Lewis, deceased, SO HELP ME GOD.

_____
Barbara J. Lewis

OATH - 1

McGrane & Schuerman
ATTORNEY'S AT LAW
Town Center Building, Suite 304
298 South Main
Colville, WA  99114
(509) 684-8484
FAX (509) 684-5805

Exhibit _C_
Page _1_ of _2_

SUBSCRIBED and sworn to before me this 10TH day of May, 2007.



NOTARY PUBLIC in and for the State
of Oregon residing in *Florence*
My commission expires 2/28/2010

OFFICIAL SEAL
**LYNNE BRADLEY**
NOTARY PUBLIC-OREGON
COMMISSION NO. 403360
MY COMMISSION EXPIRES FEBRUARY 28, 2010

OATH - 2

McGrane & Schuerman
ATTORNEY'S AT LAW
Town Center Building, Suite 304
298 South Main
Colville, WA  99114
(509) 684-8484
FAX (509) 684-5805

Exhibit _C_
Page _2_ of _2_

OREGON DEPARTMENT OF HUMAN SERVICES
CENTER FOR HEALTH STATISTICS          136-
**CERTIFICATE OF DEATH**

I.D. TAG NO. 469732                              STATE FILE NUMBER

LACK INK.

| 1. Legal Name (Include AKA's, if any)  First  John  Middle  Robert  Last  Lewis  Suffix | 2. Death Date (MON DD YYYY)  Nov 11, 2006 |
|---|---|

| 3. Sex (M/F)  Married | 4a. Age – Last Birthday  76 | 4b. Under 1 Year  Months  Days | 4c. Under 1 Day  Hours  Minutes | 5. Social Security Number  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 | 6. County of Death  Lane |
|---|---|---|---|---|---|

| 7. Birthdate (MON DD YYYY)  Jun 27 1930 | 8a. Birthplace (City/Town, or County)  Unknown | 8b. (State or Foreign Country)  California | 9. Decedent's Education  9-12 th Grade-NO Diploma |
|---|---|---|---|

| 10. Was Decedent of Hispanic Origin? (Yes or No, if yes, specify)  No | 11. Decedent's Race(s)  Caucasian | 12. Was Decedent Ever in U.S. Armed Forces?  ☐ Yes  ☒ No |
|---|---|---|

| 13. Residence:  Number and Street (e.g., 824 SE 5th Street, Apt. No. 6)  1601 N. Rhododendron Drive  #545 | 14. City/Town  Florence |
|---|---|

| 15. Residence County  Lane | 16. State or Foreign Country  Oregon | 17. Zip Code + 4  97439 | 18. Inside City Limits?  ☒ Yes  ☐ No  ☐ Unknown |
|---|---|---|---|

| 19. Marital Status at Time of Death  Married | 20. Spouse's Name (if married or widowed, give name prior to first marriage)  Barbara Jean McLaurin |
|---|---|

| 21. Usual Occupation (indicate type of work done during most of working life. DO NOT USE "RETIRED".)  Asbestos Workers | 22. Kind of Business/Industry DO NOT USE COMPANY NAME)  Industrial Insulation |
|---|---|

| 23. Father's Name (First, Middle, Last, Suffix)  Oran Willard Lewis, Sr | 24. Mother's Name Prior to First Marriage (First, Middle, Last)  Gladys Lucile Minner |
|---|---|

| 25. Informant's Name  Barbara Lewis | 26. Telephone Number  541-902-0161 | 27. Relation to Decedent  Wife | 28. Mailing Address (Number & Street, City/Town, State, Zip + 4)  1601 N. Rhododendron Drive #545 , Florence, OR 97439 |
|---|---|---|---|

| 29. Place of Death  Home | 30. Facility Name  --- |
|---|---|

| 31. Location of Death (Give address.)  1601 N. Rhododendron Drive  #545 | 32. City/Town or Location of Death  Florence | 33. State  OR | 34. Zip Code + 4  97439 |
|---|---|---|---|

| 35. Method of Disposition  Cremation | 36. Place of Disposition (Name of cemetery, crematory, or other place)  Springfield Cremation Center | 37. Location  Springfield, Oregon |
|---|---|---|

| 38. Name and Complete Address of Funeral Facility (Number & Street, City/Town, State, Zip + 4)  Andreason's Cremation & Burial Service 3305 Main Street, Ste 110, Springfield, OR 97478 |
|---|

| 39. Date of Disposition (MON DD YYYY) | 40. Funeral Director's Signature  Susan Callahan | 41. OR License Number  FS 0498 |
|---|---|---|

| 42. Registrar's Signature  Jody Doff | 43. Date Received (MON DD YYYY)  NOV 3 0 2006 | 44. Local File Number  2839 |
|---|---|---|

| 45. Record Amendment | | |
|---|---|---|

| 46. Was case referred to Medical Examiner?  ☐ Yes  ☒ No | 47. Autopsy?  ☐ Yes  ☒ No | 48. Were autopsy findings available to complete the cause of death?  ☐ Yes  ☐ No | 49. Time of Death  2100 |
|---|---|---|---|

**CAUSE OF DEATH (See instructions and examples.)**

| 50. Enter the chain of events - diseases, injuries, or complications - that directly caused the death. DO NOT ENTER TERMINAL EVENTS such as cardiac arrest, respiratory arrest or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | Approximate Interval: Onset to Death |
|---|---|

| Final disease or condition resulting in death→  Sequentially list conditions, if any, leading to the cause listed on line a. ENTER THE UNDERLYING CAUSE LAST (disease or injury that initiated the events resulting in death). | IMMEDIATE CAUSE  a. Metastatic Adenocarcinoma Mesothelioma  Due to (or as a consequence of)  b. Malignant Mesothelioma Primary source unknown  Due to (or as a consequence of)  c. Asbestos Exposure  Due to (or as a consequence of)  d. Asbestos Installer most of working career | 6 months  Unknown  40 years |
|---|---|---|

| 51. Other significant conditions contributing to death, but not resulting in the underlying cause given above:  Asbestos Exposure (Negative Lung CT Scan) No history of tobacco use |
|---|

| 52. Manner of Death  ☒ Natural  ☐ Homicide  ☐ Accident  ☐ Undetermined  ☐ Suicide  ☐ Pending | 53. If Female  ☐ Not pregnant within past year  ☐ Pregnant at time of death  ☐ Not pregnant, but pregnant within 42 days before death  ☐ Not pregnant, but pregnant 43 days to 1 year before death  ☐ Unknown if pregnant within the past year | 54. Did tobacco use contribute to death?  ☐ Yes  ☐ Probably  ☒ No  ☐ Unknown |
|---|---|---|

| 55. Date of Injury (MON DD YYYY) | 56. Time of Injury | 57. Place of Injury (e.g., Decedent's home, construction site, restaurant, wooded area) | 58. Injury at Work?  ☐ Yes  ☐ No  ☐ Unknown |
|---|---|---|---|

| 59. Location of Injury (Number & Street, City/Town, State, Zip + 4) |
|---|

| 60. Describe how injury occurred: | 61. If transportation injury, specify:  ☐ Driver/Operator  ☐ Passenger  ☐ Pedestrian  ☐ Other (Specify) |
|---|---|

| 62. Name and Address of Certifier (Number & Street, City/Town, State, Zip + 4)  Dr. Ronald Vail, MD    620 Ranch Road, Reedsport, Oregon  97467 |
|---|

| 63. Name and Title of Attending Physician if Other than Certifier |
|---|

| 64. Title of Certifier  M.D. | 65. License Number  MD 21957 | 66. Date Signed (MON DD YYYY)  11/15/06 |
|---|---|---|

| 67. Medical Certifier - To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated. | 68. Medical Examiner - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated. |
|---|---|

| 69. Record Amendment | |
|---|---|

**ORIGINAL - VITAL RECORDS COPY**                     45-2 (06/06)

Exhibit ___D___
Page ___1___ of ___1___

THIS IS A TRUE AND EXACT REPRODUCTION OF THE DOCUMENT OFFICIALLY REGISTERED AT THE OFFICE OF THE LANE COUNTY REGISTRAR.

Miriam S. Bolton
MIRIAM S. BOLTON
COUNTY REGISTRAR
LANE COUNTY, OREGON

DATE ISSUED:  NOV 3 0 2006

THIS COPY IS NOT VALID WITHOUT INTAGLIO STATE SEAL AND BORDER.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Case Number:        08-2-21991-7
Case Title:         Barbara Jean for the John Robert Lewis Estate        vs Albay
Construction Company et. al
Document Title:     SUMMONS & COMPLAINT
User's Name:        Cesilee Fidler
Filed Date:         6/30/2008 4:20:36 PM

User Signed

Signed By:      Cesilee Fidler
WSBA #:         N/A
Date:           6/30/2008 4:18:52 PM

1

2

3

4

5

6

7

8                IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON

9                            FOR THE COUNTY OF KING

10   BARBARA JEAN LEWIS,  as Personal        )   Cause No.
     Representative for the Estate of JOHN    )
11   ROBERT LEWIS, deceased ,                 )   SUMMONS
                                              )
12                   Plaintiff ,              )
                                              )
13              v.                            )
                                              )
14   ALBAY CONSTRUCTION COMPANY;              )
     ASARCO INCORPORATED; ASBESTOS            )
15   CORPORATION LIMITED; ASBESTOS            )
     CLAIMS MANAGEMENT                        )
16   CORPORATION; ASSOCIATED                  )
     INSULATION OF CALIFORNIA;                )
17   BARTELLS ASBESTOS SETTLEMENT             )
     TRUST; BECHTEL CORPORATION               )
18   (DE); CONGOLEUM CORPORATION;             )
     CONSOLIDATED INSULATION, INC.;           )
19   CROWN CORK & SEAL COMPANY,               )
     INC.; FLINTKOTE COMPANY, THE;            )
20   FOSTER WHEELER LLC (FKA FOSTER           )
     WHEELER CORPORATION); FRASER-            )
21   EDWARDS COMPANY; GARLOCK                 )
     SEALING TECHNOLOGIES, LLC;               )
22   GENERAL ELECTRIC COMPANY;                )
     GENERAL DYNAMICS CORPORATION;            )
23   HALLIBURTON ENERGY SERVICES,             )
     INC.; HARBISON-WALKER                    )
24   REFRACTORIES COMPANY; HARDIE-            )
     TYNES L.L.C.; HOPEMAN BROTHERS,          )
25   INC.; J.T. THORPE & SON, INC.; J.T.      )
     THORPE, INC.; LAKE ASBESTOS OF           )
26   QUEBEC, LTD.; LAMONS GASKET              )
     COMPANY; MACARTHUR COMPANY;              )
27   OSCAR E. ERICKSON, INC.; OWENS-          )
     ILLINOIS, INC.; PACIFIC GAS &            )
28   ELECTRIC COMPANY; PARKER-                )

1 -   SUMMONS
      J:\WA\108923\PLD\Summons.wpd

BRAYTON❖PURCELL, LLP
Columbia Square
111 SW Columbia Street, Suite 250
Portland, OR 97201
Phone: (503) 295-4931; Fax: (503) 241-2573

HANNIFIN CORPORATION;  PLANT
INSULATION COMPANY; QUINTEC
INDUSTRIES, INC.; RILEY POWER
INC.; SABERHAGEN HOLDINGS, INC.;
SANTA FE BRAUN, INC. AS
SUCCESSOR-IN-INTEREST TO C.F.
BRAUN, INC.; SEQUOIA VENTURES
INC.; SKINNER ENGINE COMPANY,
INC.; TA COMPANY (FKA THE AUSTIN
COMPANY); TEMPORARY PLANT
CLEANERS, INC.; THOMAS DEE
ENGINEERING CO., INC.;  TIMEC
COMPANY, INC.; VIACOM, INC.;
WESTERN MACARTHUR COMPANY;
WESTERN ASBESTOS COMPANY;
ZURN INDUSTRIES, LLC; ;and FIRST
DOE through ONE HUNDREDTH DOE;

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Defendants.                         )
                                              )

_____ )

TO:    DEFENDANTS

A lawsuit has been started against you in the above-entitled court by **BARBARA JEAN LEWIS,  as Personal Representative for the Estate of JOHN ROBERT LEWIS, deceased** . Plaintiff's claims are stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this Complaint, you must respond to the Complaint by stating your defense in writing, and by serving a copy upon the undersigned attorney within 60 days after the service of this Summons, excluding the day of service, or a default judgment may be entered against you without notice.  A default judgment is one where Plaintiff is entitled to what he asks for because you have not responded.  If you serve a notice of appearance on the undersigned attorney, you are entitled to notice before a default judgment may be entered.

You may **demand that Plaintiff files this Complaint with the court.  If you do so, the demand must be in writing and must be served upon the undersigned attorney.  Within 14 days after you serve the demand, Plaintiff** must file this lawsuit with the court, or the service on you of this Summons and Complaint will be void.

////

////

2 -    SUMMONS
         J:\WA\108923\PLD\Summons.wpd

**BRAYTON❖PURCELL, LLP**
Columbia Square
111 SW Columbia Street, Suite 250
Portland, OR 97201
Phone: (503) 295-4931; Fax: (503) 241-2573

1

2      If you wish to seek the advice of an attorney in this matter, you should do so promptly so

3  that your written response, if any, may be served on time.

4      This summons is issued pursuant to rule 4 of the Superior Court Civil Rules of the State

5  of Washington.

6

7  DATED this ___28F___ day of ___June___, 2008 .

8
                          BRAYTON❖PURCELL, LLP
9

10

11                        Thanh H. Tran, WSBA # 24490
                          Of Counsel for Brayton Purcell for
12                        BARBARA JEAN LEWIS, as Personal
                          Representative for the Estate of JOHN ROBERT
13                        LEWIS, deceased

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3 -   SUMMONS
      J:\WA\108923\PLD\Summons.wpd

BRAYTON❖PURCELL, LLP
Columbia Square
111 SW Columbia Street, Suite 250
Portland, OR 97201
Phone: (503) 295-4931; Fax: (503) 241-2573

The Honorable Suzanne Barnett

FILED

09 JUL 16 AM 9:34

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 08-2-21991-7 SEA

EXHIBIT 86

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| BARBARA JEAN LEWIS, as Personal Representative for the Estate of JOHN ROBERT LEWIS, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> ALBAY CONSTRUCTION COMPANY;  ASARCO INCORPORATED; ASBESTOS CORPORATION LIMITED; ASBESTOS CLAIMS MANAGEMENT CORPORATION; ASSOCIATED INSULATION OF CALIFORNIA; BARTELLS ASBESTOS SETTLEMENT TRUST; BECHTEL CORPORATION (DE); COLONIAL SUGAR REFINING COMPANY; CONGOLEUM CORPORATION; CONSOLIDATED INSULATION, INC.; CROWN CORK & SEAL COMPANY, INC.; FLINTKOTE COMPANY, THE; FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION); FRASER'S BOILER SERVICE, INC.; FRASER-EDWARDS COMPANY; GARLOCK SEALING TECHNOLOGIES, LLC; GENERAL ELECTRIC COMPANY; GENERAL DYNAMICS CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; HARBISON-WALKER REFRACTORIES COMPANY; HARDIE-TYNES L.L.C.; | Cause No. 08-2-21991-7 SEA <br><br> FIRST AMENDMENT TO COMPLAINT <br><br> BRAYTON GROUP 7 <br><br> [CR 15(a)] |

1 -   FIRST AMENDMENT TO COMPLAINT
J:\WA\108923\PLD\AMEND 01\CMP AMEND -01.wpd

BRAYTON ❖ PURCELL, LLP
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Tel: (503) 295-4931; Fax: (503) 241-2573

| | |
|---|---|
| 1 | HOPEMAN BROTHERS, INC.; J.T. |
| | THORPE & SON, INC.; J.T. THORPE, |
| 2 | INC.; LAKE ASBESTOS OF |
| | QUEBEC, LTD.; LAMONS GASKET |
| 3 | COMPANY; LOCKHEED |
| | SHIPBUILDING COMPANY; |
| 4 | MACARTHUR COMPANY; OSCAR |
| | E. ERICKSON, INC.; OWENS- |
| 5 | ILLINOIS, INC.; PACIFIC GAS & |
| | ELECTRIC COMPANY; PARKER- |
| 6 | HANNIFIN CORPORATION;  PLANT |
| | INSULATION COMPANY; QUINTEC |
| 7 | INDUSTRIES, INC.; RILEY POWER |
| | INC.; SABERHAGEN HOLDINGS, |
| 8 | INC.; SANTA FE BRAUN, INC. AS |
| | SUCCESSOR-IN-INTEREST TO C.F. |
| 9 | BRAUN, INC.; SEQUOIA |
| | VENTURES INC.; SKINNER |
| 10 | ENGINE COMPANY, INC.; TA |
| | COMPANY (FKA THE AUSTIN |
| 11 | COMPANY); TEMPORARY PLANT |
| | CLEANERS, INC.; THOMAS DEE |
| 12 | ENGINEERING CO., INC.;  TIMEC |
| | COMPANY, INC.; TODD |
| 13 | SHIPYARDS CORPORATION; |
| | VIACOM, INC.; WESTERN |
| 14 | MACARTHUR COMPANY; |
| | WESTERN ASBESTOS COMPANY; |
| 15 | ZURN INDUSTRIES, LLC; and FIRST |
| | DOE through ONE HUNDREDTH |
| 16 | DOE; |
| 17 | Defendants. |
| 18 | |

19   Pursuant to CR 15(a), and the order of this court granting leave to amend, plaintiff

20   amends her Complaint to add defendants COLONIAL SUGAR REFINING COMPANY;

21   FRASER'S BOILER SERVICE, INC.; LOCKHEED SHIPBUILDING COMPANY AND

22   TODD SHIPYARDS CORPORATION as follows.

23   Plaintiff has learned the true name of the defendants designated in the complaint as

24   fictitious DOE as set forth below:

25

| | |
|---|---|
| 26 | TRUE NAME | FICTITIOUS NAME |
| 27 | COLONIAL SUGAR REFINING COMPANY | DOE 1 |
| 28 | FRASER'S BOILER SERVICE, INC | DOE 2 |

2 -   FIRST AMENDMENT TO COMPLAINT
J:\WA\108923\PLD\AMEND 01\CMP AMEND -01.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Tel: (503) 295-4931; Fax: (503) 241-2573

| | |
|---|---|
| 1 | LOCKHEED SHIPBUILDING COMPANY | DOE 3 |
| 2 | TODD SHIPYARDS CORPORATION | DOE 4 |

3

4      Plaintiff further identifies the following alternate entities of Fraser's Boiler Service, Inc.,

5 Lockheed Shipbuilding Company and Todd Shipyards Corporation as defined in plaintiff's

6 complaint, as follows:

7

8   DEFENDANT                                    ALTERNATE ENTITY(IES)

9   FRASER'S BOILER SERVICE, INC.                FRASER BOILER WORKS

10  LOCKHEED SHIPBUILDING COMPANY                 LOCKHEED SHIPBUILDING AND
                                                 CONSTRUCTION COMPANY
11                                               PUGET SOUND BRIDGE & DRY DOCK COMPANY
                                                 PUGET SOUND BRIDGE & DREDGING COMPANY
12
    TODD SHIPYARDS CORPORATION                   TODD PACIFIC SHIPYARDS CORPORATION
13                                               SEATTLE-TACOMA SHIPBUILDING CORP

14
        Plaintiff hereby substitutes such true name for the fictitious name as set forth above
15
    wherever said name appears in the complaint.
16

17  Dated:  7-14-9                        BRAYTON ❖ PURCELL, LLP
18

19                                        _____
20                                        Cameron O. Carter, WSBA #33326
                                          Jane E. Vetto, WSBA #21649
21                                        Attorneys for Plaintiff

22

23

24

25

26

27

28

BRAYTON ❖ PURCELL, LLP
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Tel: (503) 295-4931; Fax: (503) 241-2573

1

2

3

4

5

6

7

8              IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

9                        IN AND FOR THE COUNTY OF KING

10   BARBARA JEAN LEWIS,  as Personal        )      Cause No. 08-2-21991-7SEA
     Representative for the Estate of JOHN    )
11   ROBERT LEWIS, deceased,                  )      AFFIDAVIT OF DELIVERY AND/OR
                                              )      MAILING
12                      Plaintiff,            )
            v.                                )
13                                            )
     ALBAY CONSTRUCTION COMPANY,              )
14   et al.,                                  )
                                              )
15                      Defendants.           )
                                              )
16

17          I am employed by the law firm of Brayton ❖ Purcell, LLP in Portland, Oregon.  I am over
     the age of eighteen years and not a party to the within cause.  My business address is 111 SW
18   Columbia Street, Suite 250, Portland, OR 97201.

19          On the date below, I caused to be served the within **First Amendment to Complaint** to
     the parties listed below by transmitting a true copy thereof in the following manner unless
20   otherwise indicated.

21    __X__  I caused each of the above document(s) to be placed in a sealed envelope, postage thereon
            prepaid, addressed and served as follows:
22
      _____  The above document was transmitted by facsimile transmission to the following:
23
      _____  I delivered by hand this date the above listed document(s), in an envelope to the offices of
24          the following:

25

26

27

28
     1 -   AFFIDAVIT OF DELIVERY AND/OR MAILING
           J:\WA\108923\Service\Decmail.wpd                              **BRAYTON ❖ PURCELL, LLP**
                                                                         Columbia Square Building
                                                                         111 SW Columbia Street, Suite 250
                                                                         Portland, Oregon 97201
                                                                         Tel: (503) 295-4931; Fax: (503) 241-2573

1   I declare under penalty of perjury and under the laws of the State of Washington (RCW
2   9A.72.085) that the foregoing is true and correct.

3   Executed at Portland, Oregon, this 15th day of July, 2009.

4

5                                         Angela Irons, Administrative Assistant

6   SUBSCRIBED AND SWORN TO before me this 15th day of July, 2009.

7

8   OFFICIAL SEAL
    CESILEE FIDLER
    NOTARY PUBLIC-OREGON
    COMMISSION NO. 414227
    MY COMMISSION EXPIRES FEBRUARY 11, 2011

    Notary Public in and for the State of Oregon
    My commission expires on   02/11/2011.

9
10  KEVIN C. BAUMGARDNER
    MARK B. TUVIM
    Corr Cronin Michelson Baumgardner & Preece,
11  LLP
    1001 Fourth Avenue, Suite 3900
12  Seattle, WA 98154-1051
    **Attorneys for Asbestos Corporation Limited,**
13  **Oscar E. Erickson, Inc. and Sequoia Ventures,**
    **Inc.**
14
    Colonial Sugar Refining Company
15  9 Help Street
    Chatswood, NSW 2067
16  AUSTRALIA
    **Agent for Service for Colonial Sugar Refining**
17  **Company**

18  BARRY N. MESHER
    BRIAN D. ZERINGER
19  Lane Powell, PC
    1420 Fifth Avenue, Suite 4100
20  Seattle, WA 98101-2338
    **Attorneys for Crown Cork & Seal Company,**
21  **Inc.**

22  CARL E. FORSBERG
    MELISSA K. HABECK
23  Forsberg & Umlauf
    901 Fifth Avenue, Suite 1700
24  Seattle, WA 98164
    **Attorneys for Fraser's Boiler Service, Inc.**
25
    Fryer-Knowles, Inc.
26  Vikki M. Bittner
    1858 Newton Ave
27  San Diego, CA 92113
    **Agent for Service for Fryer-Knowles, Inc.**

    G. WILLIAM SHAW
    Kirkpatrick & Lockhart Preston Gates & Ellis,
    LLP
    925 Fourth Avenue, Suite 2900
    Seattle, WA 98104
    **Attorneys for Garlock Sealing Technologies,**
    **LLC**

    JASON C. HAWES
    Jackson & Wallace, LLP
    1201 Third Avenue, Suite 3080
    Seattle, WA 98101
    **Attorneys for General Dynamics Corporation**

    KATHERINE M. STEELE
    Stafford Frey Cooper, P.C.
    Two Union Square, Suite 3100
    601 Union Street
    Seattle, WA 98101
    **Attorneys for J.T. Thorpe & Son, Inc. and**
    **Metalclad Insulation Corporation**

    ROBERT G. ANDRÉ
    Ogden Murphy Wallace
    1601 Fifth Avenue, Suite 2100
    Seattle, WA 98101-1686
    **Attorneys for Lockheed Shipbuilding**
    **Company**

    JEAN BERTRAND
    Schiff Harden LLP
    One Market Plaza
    Spear Street Tower, 32nd Floor
    San Francisco, CA 94105
    **Attorneys for Owens-Illinois, Inc.**

28
2 -  AFFIDAVIT OF DELIVERY AND/OR MAILING
     J:\WA\108923\Service\Decmail.wpd

     **BRAYTON ❖ PURCELL, LLP**
     Columbia Square Building
     111 SW Columbia Street, Suite 250
     Portland, Oregon 97201
     Tel: (503) 295-4931; Fax: (503) 241-2573

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| D.K. YOSHIDA<br>Ogden Murphy Wallace<br>1601 Fifth Avenue, Suite 2100<br>Seattle, WA 98101-1686<br>**Attorneys for Quintec Industries and Thomas Dee Engineering Co., Inc.**<br><br>RODNEY L. UMBERGER, JR.<br>Williams, Kastner & Gibbs, PLLC<br>Two Union Square, Suite 4100<br>P.O. Box 21926<br>Seattle, WA 98111-3926<br>**Attorneys for Riley Power, Inc.**<br><br>TIMOTHY K. THORSON<br>Carney Badley Spellman<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104-7010<br>**Attorneys for Saberhagen Holdings, Inc.**<br><br>Santa Fe Braun, Inc. as Successor-in-Interest of C.F. Braun, Inc.<br>Jackson Schmidt<br>Pepple Johnson Cantu & Schmidt , PLLC<br>1505 Western Ave, Suite 600<br>Seattle, WA 98101<br>**Agent for Service for Santa Fe Braun, Inc. as Successor-in-Interest of C.F. Braun, Inc.**<br><br>AMY TALARICO<br>KARIN KRATTLI<br>Morgan, Lewis, Bockius LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>**Attorneys for Santa Fe Braun, Inc. as Successor-in-Interest of C.F. Braun, Inc.** | Shell Oil Company<br>% CT Corporation System, Inc.<br>1801 West Bay Drive NW, Suite 206<br>Olympia, WA 98502<br>**Agent for Service for Shell Oil Company**<br><br>Temporary Plant Cleaners, Inc.<br>Russell J. Crews<br>5116 Beckington Lane<br>Dallas, TX 75287-5416<br>**Agent for Service for Temporary Plant Cleaners, Inc.**<br><br>WENDY E. LYON<br>Riddell Williams<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154-1065<br>**Attorneys for Timec Company, Inc.**<br><br>WALTER E. BARTON<br>Karr Tuttle Campbell<br>1201 3rd Avenue, Suite 2900<br>Seattle, WA 98101-3028<br>**Attorneys for Todd Shipyards Corporation**<br><br>CHRISTOPHER MARKS<br>Williams, Kastner & Gibbs, PLLC<br>Two Union Square, Suite 4100<br>P.O. Box 21926<br>Seattle, WA 98111-3926<br>**Attorneys for Viacom, Inc.** |

Revised: 7/14/09

3 -   AFFIDAVIT OF DELIVERY AND/OR MAILING
J:\WA\108923\Service\Decmail.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Tel: (503) 295-4931; Fax: (503) 241-2573

The Honorable Suzanne Barnett

FILED

09 JUL 16 AM 9:34

EXHIBIT 89

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 08-2-21991-7 SEA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| BARBARA JEAN LEWIS, as Personal Representative for the Estate of JOHN ROBERT LEWIS, deceased, | Cause No. 08-2-21991-7 SEA |
| Plaintiff, | SECOND AMENDMENT TO COMPLAINT |
| vs. | BRAYTON GROUP 7 |
| ALBAY CONSTRUCTION COMPANY; ASARCO INCORPORATED; ASBESTOS CORPORATION LIMITED; ASBESTOS CLAIMS MANAGEMENT CORPORATION; ASSOCIATED INSULATION OF CALIFORNIA; BARTELLS ASBESTOS SETTLEMENT TRUST; BECHTEL CORPORATION (DE); COLONIAL SUGAR REFINING COMPANY; CONGOLEUM CORPORATION; CONSOLIDATED INSULATION, INC.; CROWN CORK & SEAL COMPANY, INC.; FLINTKOTE COMPANY, THE; FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION); FRYER-KNOWLES, INC.; FRASER'S BOILER SERVICE, INC.; FRASER-EDWARDS COMPANY; GARLOCK SEALING TECHNOLOGIES, LLC; GENERAL ELECTRIC COMPANY; GENERAL DYNAMICS CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; HARBISON-WALKER REFRACTORIES | [CR 15(a)] |

1 -   SECOND AMENDMENT TO COMPLAINT
J:\WA\108923\PLD\AMEND 02\CMP AMEND -02.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Tel: (503) 295-4931; Fax: (503) 241-2573

1  COMPANY; HARDIE-TYNES L.L.C.;          )
   HOPEMAN BROTHERS, INC.; J.T.           )
2  THORPE & SON, INC.; J.T. THORPE,       )
   INC.; LAKE ASBESTOS OF                 )
3  QUEBEC, LTD.; LAMONS GASKET            )
   COMPANY; LOCKHEED                      )
4  SHIPBUILDING COMPANY;                  )
   MACARTHUR COMPANY; OSCAR               )
5  E. ERICKSON, INC.; OWENS-              )
   ILLINOIS, INC.; PACIFIC GAS &          )
6  ELECTRIC COMPANY; PARKER-              )
   HANNIFIN CORPORATION;  PLANT           )
7  INSULATION COMPANY; QUINTEC            )
   INDUSTRIES, INC.; RILEY POWER          )
8  INC.; SABERHAGEN HOLDINGS,             )
   INC.; SANTA FE BRAUN, INC. AS          )
9  SUCCESSOR-IN-INTEREST TO C.F.          )
   BRAUN, INC.; SHELL OIL                 )
10 COMPANY; SEQUOIA VENTURES              )
   INC.; SKINNER ENGINE                   )
11 COMPANY, INC.; TA COMPANY              )
   (FKA THE AUSTIN COMPANY);              )
12 TEMPORARY PLANT CLEANERS,              )
   INC.; THOMAS DEE ENGINEERING           )
13 CO., INC.;  TIMEC COMPANY, INC.;       )
   TODD SHIPYARDS                         )
14 CORPORATION; VIACOM, INC.;             )
   WESTERN MACARTHUR                      )
15 COMPANY; WESTERN ASBESTOS              )
   COMPANY; ZURN INDUSTRIES,              )
16 LLC; and FIRST DOE through ONE         )
   HUNDREDTH DOE;                         )
17                                        )
                     Defendants.          )
18 _____   )

19

20        Pursuant to CR 15(a), and the order of this court granting leave to amend, plaintiff

21 amends her Complaint to add defendants FRYER-KNOWLES, INC. AND SHELL OIL

22 COMPANY as follows.

        Plaintiff has learned the true name of the defendants designated in the complaint as

23 fictitious DOE as set forth below:

24

25

26 TRUE NAME                                     FICTITIOUS NAME

   FRYER-KNOWLES, INC.                           DOE 5
27
   SHELL OIL COMPANY                             DOE 6
28

2 -   SECOND AMENDMENT TO COMPLAINT
      J:\WA\108923\PLD\AMEND 02\CMP AMEND -02.wpd

                                          **BRAYTON ❖ PURCELL, LLP**
                                             Columbia Square Building
                                          111 SW Columbia Street, Suite 250
                                                Portland, Oregon 97201
                                       Tel: (503) 295-4931; Fax: (503) 241-2573

1    Plaintiff further identifies the following alternate entities of Shell Oil Company as defined

2  in plaintiff's complaint, as follows:

3

4  DEFENDANT                          ALTERNATE ENTITY(IES)

5  SHELL OIL COMPANY                  SHELL UNION OIL CORPORATION
                                      SHELL CHEMICAL CO.
6                                     SHELL DEVELOPMENT CO.
                                      SHELL COMPANY OF CALIFORNIA
7

8    Plaintiff hereby substitutes such true name for the fictitious name as set forth above

9  wherever said name appears in the complaint.

10

11  Dated: _June 12, 2009_            BRAYTON ❖ PURCELL, LLP

12

13                                    _Jane E. Vetto_
                                      Cameron O. Carter, WSBA #33326
14                                    Jane E. Vetto, WSBA #21649
                                      Attorneys for Plaintiff
15

16

17

18

19

20

21

22

23

24

25

26

27

28

3 -   SECOND AMENDMENT TO COMPLAINT
      J:\WA\108923\PLD\AMEND 02\CMP AMEND -02.wpd

1

2

3

4

5

6

7

8       IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

9            IN AND FOR THE COUNTY OF KING

10   BARBARA JEAN LEWIS, as Personal          )   Cause No. 08-2-21991-7SEA
     Representative for the Estate of JOHN    )
11   ROBERT LEWIS, deceased,                  )   AFFIDAVIT OF DELIVERY AND/OR
                                              )   MAILING
12                    Plaintiff,              )   ——————————————————————
                v.                            )
13                                            )
     ALBAY CONSTRUCTION COMPANY,              )
14   et al.,                                  )
                                              )
15                    Defendants.             )
     ————————————————————————                 )
16

17          I am employed by the law firm of Brayton ❖ Purcell, LLP in Portland, Oregon.  I am over
     the age of eighteen years and not a party to the within cause.  My business address is 111 SW
18   Columbia Street, Suite 250, Portland, OR 97201.

19          On the date below, I caused to be served the within **Second Amendment to Complaint**
     to the parties listed below by transmitting a true copy thereof in the following manner unless
20   otherwise indicated.

21    __X__  I caused each of the above document(s) to be placed in a sealed envelope, postage thereon
            prepaid, addressed and served as follows:
22
      _____  The above document was transmitted by facsimile transmission to the following:
23
      _____  I delivered by hand this date the above listed document(s), in an envelope to the offices of
24           the following:

25

26

27

28
     1 -   AFFIDAVIT OF DELIVERY AND/OR MAILING
           J:\WA\108923\Service\Decmail.wpd                         **BRAYTON ❖ PURCELL, LLP**
                                                                         Columbia Square Building
                                                                   111 SW Columbia Street, Suite 250
                                                                        Portland, Oregon 97201
                                                              Tel: (503) 295-4931; Fax: (503) 241-2573

1    I declare under penalty of perjury and under the laws of the State of Washington (RCW
2  9A.72.085) that the foregoing is true and correct.

3    Executed at Portland, Oregon, this 15th day of July, 2009.

4    _____
     Angela Irons, Administrative Assistant

5    SUBSCRIBED AND SWORN TO before me this 15th day of _____July_____, 2009.

6

7    OFFICIAL SEAL
     CESILEE FIDLER
     NOTARY PUBLIC-OREGON          _____
     COMMISSION NO. 414227         Notary Public in and for the State of Oregon
8    MY COMMISSION EXPIRES FEBRUARY 11, 2011   My commission expires on   02/11/2011.

| | |
|---|---|
| 9 | |
| KEVIN C. BAUMGARDNER | G. WILLIAM SHAW |
| MARK B. TUVIM | Kirkpatrick & Lockhart Preston Gates & Ellis, |
| Corr Cronin Michelson Baumgardner & Preece, | LLP |
| LLP | 925 Fourth Avenue, Suite 2900 |
| 1001 Fourth Avenue, Suite 3900 | Seattle, WA 98104 |
| Seattle, WA 98154-1051 | **Attorneys for Garlock Sealing Technologies,** |
| **Attorneys for Asbestos Corporation Limited,** | **LLC** |
| **Oscar E. Erickson, Inc. and Sequoia Ventures,** | |
| **Inc.** | JASON C. HAWES |
| | Jackson & Wallace, LLP |
| Colonial Sugar Refining Company | 1201 Third Avenue, Suite 3080 |
| 9 Help Street | Seattle, WA 98101 |
| Chatswood, NSW 2067 | **Attorneys for General Dynamics Corporation** |
| AUSTRALIA | |
| **Agent for Service for Colonial Sugar Refining** | KATHERINE M. STEELE |
| **Company** | Stafford Frey Cooper, P.C. |
| | Two Union Square, Suite 3100 |
| BARRY N. MESHER | 601 Union Street |
| BRIAN D. ZERINGER | Seattle, WA 98101 |
| Lane Powell, PC | **Attorneys for J.T. Thorpe & Son, Inc. and** |
| 1420 Fifth Avenue, Suite 4100 | **Metalclad Insulation Corporation** |
| Seattle, WA 98101-2338 | |
| **Attorneys for Crown Cork & Seal Company,** | ROBERT G. ANDRÉ |
| **Inc.** | Ogden Murphy Wallace |
| | 1601 Fifth Avenue, Suite 2100 |
| CARL E. FORSBERG | Seattle, WA 98101-1686 |
| MELISSA K. HABECK | **Attorneys for Lockheed Shipbuilding** |
| Forsberg & Umlauf | **Company** |
| 901 Fifth Avenue, Suite 1700 | |
| Seattle, WA 98164 | JEAN BERTRAND |
| **Attorneys for Fraser's Boiler Service, Inc.** | Schiff Harden LLP |
| | One Market Plaza |
| Fryer-Knowles, Inc. | Spear Street Tower, 32nd Floor |
| Vikki M. Bittner | San Francisco, CA 94105 |
| 1858 Newton Ave | **Attorneys for Owens-Illinois, Inc.** |
| San Diego, CA 92113 | |
| **Agent for Service for Fryer-Knowles, Inc.** | |

28

2 -  AFFIDAVIT OF DELIVERY AND/OR MAILING
     J:\WA\108923\Service\Decmail.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Tel: (503) 295-4931; Fax: (503) 241-2573

1

2
D.K. YOSHIDA
Ogden Murphy Wallace
3
1601 Fifth Avenue, Suite 2100
Seattle, WA 98101-1686
4
**Attorneys for Quintec Industries and Thomas
Dee Engineering Co., Inc.**

5
RODNEY L. UMBERGER, JR.
6
Williams, Kastner & Gibbs, PLLC
Two Union Square, Suite 4100
7
P.O. Box 21926
Seattle, WA 98111-3926
8
**Attorneys for Riley Power, Inc.**

9
TIMOTHY K. THORSON
Carney Badley Spellman
10
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
11
**Attorneys for Saberhagen Holdings, Inc.**

12
Santa Fe Braun, Inc. as Successor-in-Interest of
C.F. Braun, Inc.
13
Jackson Schmidt
Pepple Johnson Cantu & Schmidt , PLLC
14
1505 Western Ave, Suite 600
Seattle, WA 98101
15
**Agent for Service for Santa Fe Braun, Inc. as
Successor-in-Interest of C.F. Braun, Inc.**
16
AMY TALARICO
17
KARIN KRATTLI
Morgan, Lewis, Bockius LLP
18
One Market, Spear Street Tower
San Francisco, CA  94105
19
**Attorneys for Santa Fe Braun, Inc. as
Successor-in-Interest of C.F. Braun, Inc.**

Shell Oil Company
℅ CT Corporation System, Inc.
1801 West Bay Drive NW, Suite 206
Olympia, WA 98502
**Agent for Service for Shell Oil Company**

Temporary Plant Cleaners, Inc.
Russell J. Crews
5116 Beckington Lane
Dallas, TX  75287-5416
**Agent for Service for Temporary Plant
Cleaners, Inc.**

WENDY E. LYON
Riddell Williams
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154-1065
**Attorneys for Timec Company, Inc.**

WALTER E. BARTON
Karr Tuttle Campbell
1201 3rd Avenue, Suite 2900
Seattle, WA  98101-3028
**Attorneys for Todd Shipyards Corporation**

CHRISTOPHER MARKS
Williams, Kastner & Gibbs, PLLC
Two Union Square, Suite 4100
P.O. Box 21926
Seattle, WA 98111-3926
**Attorneys for Viacom, Inc.**

20
Revised: 7/14/09
21

22

23

24

25

26

27

28
3 -   AFFIDAVIT OF DELIVERY AND/OR MAILING
J:\WA\108923\Service\Decmail.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Tel: (503) 295-4931; Fax: (503) 241-2573

The Honorable Suzanne FILED Barnett

09 JUL 16 AM 9:34

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 08-2-21991-7 SEA

EXHIBIT 91

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| BARBARA JEAN LEWIS, as Personal Representative for the Estate of JOHN ROBERT LEWIS, deceased,<br><br>       Plaintiff,<br><br>   vs.<br><br>ALBAY CONSTRUCTION COMPANY; ASARCO INCORPORATED; ASBESTOS CORPORATION LIMITED; ASBESTOS CLAIMS MANAGEMENT CORPORATION; ASSOCIATED INSULATION OF CALIFORNIA; BARTELLS ASBESTOS SETTLEMENT TRUST; BECHTEL CORPORATION (DE); COLONIAL SUGAR REFINING COMPANY; CONGOLEUM CORPORATION; CONSOLIDATED INSULATION, INC.; CROWN CORK & SEAL COMPANY, INC.; FLINTKOTE COMPANY, THE; FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION); FRYER-KNOWLES, INC.; FRASER'S BOILER SERVICE, INC.; FRASER-EDWARDS COMPANY; GARLOCK SEALING TECHNOLOGIES, LLC; GENERAL ELECTRIC COMPANY; GENERAL DYNAMICS CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; HARBISON-WALKER REFRACTORIES | Cause No. 08-2-21991-7 SEA<br><br>THIRD AMENDMENT TO COMPLAINT<br><br>BRAYTON GROUP 7<br><br>[CR 15(a)] |

1 -   THIRD AMENDMENT TO COMPLAINT
J:\WA\108923\PLD\AMEND 03\CMP AMEND -02.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Tel: (503) 295-4931; Fax: (503) 241-2573

COMPANY; HARDIE-TYNES L.L.C.;      )
HOPEMAN BROTHERS, INC.; J.T.        )
THORPE & SON, INC.; J.T. THORPE,    )
INC.; LAKE ASBESTOS OF              )
QUEBEC, LTD.; LAMONS GASKET         )
COMPANY; LOCKHEED                   )
SHIPBUILDING COMPANY;               )
MACARTHUR COMPANY;                  )
METALCLAD INSULATION                )
CORPORATION; OSCAR E.               )
ERICKSON, INC.; OWENS-              )
ILLINOIS, INC.; PACIFIC GAS &       )
ELECTRIC COMPANY; PARKER-           )
HANNIFIN CORPORATION;  PLANT        )
INSULATION COMPANY; QUINTEC         )
INDUSTRIES, INC.; RILEY POWER       )
INC.; SABERHAGEN HOLDINGS,          )
INC.; SANTA FE BRAUN, INC. AS       )
SUCCESSOR-IN-INTEREST TO C.F.       )
BRAUN, INC.; SHELL OIL              )
COMPANY; SEQUOIA VENTURES           )
INC.; SKINNER ENGINE                )
COMPANY, INC.; TA COMPANY           )
(FKA THE AUSTIN COMPANY);           )
TEMPORARY PLANT CLEANERS,           )
INC.; THOMAS DEE ENGINEERING        )
CO., INC.;  TIMEC COMPANY, INC.;    )
TODD SHIPYARDS                      )
CORPORATION; VIACOM, INC.;          )
WESTERN MACARTHUR                   )
COMPANY; WESTERN ASBESTOS           )
COMPANY; ZURN INDUSTRIES,           )
LLC; and FIRST DOE through ONE      )
HUNDREDTH DOE;                      )
                                    )
_____
                 Defendants.

        Pursuant to CR 15(a), and the order of this court granting leave to amend, plaintiff

amends her Complaint to add defendant METALCLAD INSULATION CORPORATION as

follows.

        Plaintiff has learned the true name of the defendants designated in the complaint as

fictitious DOE as set forth below:


TRUE NAME                                          FICTITIOUS NAME

METALCLAD INSULATION CORPORATION.                  DOE 7


2 -   THIRD AMENDMENT TO COMPLAINT
      J:\WA\108923\PLD\AMEND 03\CMP AMEND -02.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Tel: (503) 295-4931; Fax: (503) 241-2573

1        Plaintiff further identifies the following alternate entities of Metalclad Insulation

2  Corporation as defined in plaintiff's complaint, as follows:

3

4  <u>DEFENDANT</u>                         <u>ALTERNATE ENTITY(IES)</u>

5  METALCLAD INSULATION CORPORATION     NORTHERN CALIFORNIA INSULATION, INC.
                                        SWEETSER ENTERPRISES

6                                          PACIFIC ASBESTOS & SUPPLY
                                        PACIFIC INSULATION SERVICES, INC.

7                                          KEMPER CONSULTANTS, INC.

8

9        Plaintiff hereby substitutes such true name for the fictitious name as set forth above

10  wherever said name appears in the complaint.

11

12

13  Dated: _6/18/9_                  BRAYTON ❖ PURCELL, LLP

14

15

16                                  Cameron O. Carter, WSBA #33326

17                                  Jane E. Vetto, WSBA #21649
                                Attorneys for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Tel: (503) 295-4931; Fax: (503) 241-2573

1

2

3

4

5

6

7

8       IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

9              IN AND FOR THE COUNTY OF KING

10   BARBARA JEAN LEWIS, as Personal          )    Cause No. 08-2-21991-7SEA
     Representative for the Estate of JOHN     )
11   ROBERT LEWIS, deceased,                   )    AFFIDAVIT OF DELIVERY AND/OR
                                               )    MAILING
12                      Plaintiff,             )
            v.                                 )
13                                             )
                                               )
14   ALBAY CONSTRUCTION COMPANY,               )
     et al.,                                   )
15                                             )
                       Defendants.             )
16                                             )

17          I am employed by the law firm of Brayton ❖ Purcell, LLP in Portland, Oregon.  I am over
     the age of eighteen years and not a party to the within cause.  My business address is 111 SW
18   Columbia Street, Suite 250, Portland, OR 97201.

19          On the date below, I caused to be served the within **Third Amendment to Complaint** to
     the parties listed below by transmitting a true copy thereof in the following manner unless
20   otherwise indicated.

21    __X__  I caused each of the above document(s) to be placed in a sealed envelope, postage thereon
             prepaid, addressed and served as follows:
22
      _____  The above document was transmitted by facsimile transmission to the following:
23
      _____  I delivered by hand this date the above listed document(s), in an envelope to the offices of
24           the following:

25

26

27

28
     1 -   AFFIDAVIT OF DELIVERY AND/OR MAILING
          J:\WA\108923\Service\Decmail.wpd                          **BRAYTON ❖ PURCELL, LLP**
                                                                        Columbia Square Building
                                                                   111 SW Columbia Street, Suite 250
                                                                        Portland, Oregon 97201
                                                                  Tel: (503) 295-4931; Fax: (503) 241-2573

1       I declare under penalty of perjury and under the laws of the State of Washington (RCW
2   9A.72.085) that the foregoing is true and correct.

3       Executed at Portland, Oregon, this 15th day of July, 2009.

4                         *Angela Irons*

                       Angela Irons, Administrative Assistant

5       SUBSCRIBED AND SWORN TO before me this 15th day of July, 2009.

6
7
8   | OFFICIAL SEAL |
    | CESILEE FIDLER |
    | NOTARY PUBLIC-OREGON |
    | COMMISSION NO. 414227 |
    | MY COMMISSION EXPIRES FEBRUARY 11, 2011 |

    Notary Public in and for the State of Oregon
    My commission expires on    02/11/2011

9

| | |
|---|---|
| KEVIN C. BAUMGARDNER<br>MARK B. TUVIM<br>Corr Cronin Michelson Baumgardner & Preece,<br>LLP<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154-1051<br>**Attorneys for Asbestos Corporation Limited,<br>Oscar E. Erickson, Inc. and Sequoia Ventures,<br>Inc.** | G. WILLIAM SHAW<br>Kirkpatrick & Lockhart Preston Gates & Ellis,<br>LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>**Attorneys for Garlock Sealing Technologies,<br>LLC** |
| Colonial Sugar Refining Company<br>9 Help Street<br>Chatswood, NSW 2067<br>AUSTRALIA<br>**Agent for Service for Colonial Sugar Refining<br>Company** | JASON C. HAWES<br>Jackson & Wallace, LLP<br>1201 Third Avenue, Suite 3080<br>Seattle, WA 98101<br>**Attorneys for General Dynamics Corporation** |
| BARRY N. MESHER<br>BRIAN D. ZERINGER<br>Lane Powell, PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101-2338<br>**Attorneys for Crown Cork & Seal Company,<br>Inc.** | KATHERINE M. STEELE<br>Stafford Frey Cooper, P.C.<br>Two Union Square, Suite 3100<br>601 Union Street<br>Seattle, WA 98101<br>**Attorneys for J.T. Thorpe & Son, Inc. and<br>Metalclad Insulation Corporation** |
| CARL E. FORSBERG<br>MELISSA K. HABECK<br>Forsberg & Umlauf<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164<br>**Attorneys for Fraser's Boiler Service, Inc.** | ROBERT G. ANDRÉ<br>Ogden Murphy Wallace<br>1601 Fifth Avenue, Suite 2100<br>Seattle, WA 98101-1686<br>**Attorneys for Lockheed Shipbuilding<br>Company** |
| Fryer-Knowles, Inc.<br>Vikki M. Bittner<br>1858 Newton Ave<br>San Diego, CA 92113<br>**Agent for Service for Fryer-Knowles, Inc.** | JEAN BERTRAND<br>Schiff Harden LLP<br>One Market Plaza<br>Spear Street Tower, 32nd Floor<br>San Francisco, CA 94105<br>**Attorneys for Owens-Illinois, Inc.** |

2 -   AFFIDAVIT OF DELIVERY AND/OR MAILING
    J:\WA\108923\Service\Decmail.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Tel: (503) 295-4931; Fax: (503) 241-2573

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

| | |
|---|---|
| D.K. YOSHIDA<br>Ogden Murphy Wallace<br>1601 Fifth Avenue, Suite 2100<br>Seattle, WA 98101-1686<br>**Attorneys for Quintec Industries and Thomas Dee Engineering Co., Inc.** | Shell Oil Company<br>% CT Corporation System, Inc.<br>1801 West Bay Drive NW, Suite 206<br>Olympia, WA 98502<br>**Agent for Service for Shell Oil Company** |
| RODNEY L. UMBERGER, JR.<br>Williams, Kastner & Gibbs, PLLC<br>Two Union Square, Suite 4100<br>P.O. Box 21926<br>Seattle, WA 98111-3926<br>**Attorneys for Riley Power, Inc.** | Temporary Plant Cleaners, Inc.<br>Russell J. Crews<br>5116 Beckington Lane<br>Dallas, TX 75287-5416<br>**Agent for Service for Temporary Plant Cleaners, Inc.** |
| TIMOTHY K. THORSON<br>Carney Badley Spellman<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104-7010<br>**Attorneys for Saberhagen Holdings, Inc.** | WENDY E. LYON<br>Riddell Williams<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154-1065<br>**Attorneys for Timec Company, Inc.** |
| Santa Fe Braun, Inc. as Successor-in-Interest of C.F. Braun, Inc.<br>Jackson Schmidt<br>Pepple Johnson Cantu & Schmidt , PLLC<br>1505 Western Ave, Suite 600<br>Seattle, WA 98101<br>**Agent for Service for Santa Fe Braun, Inc. as Successor-in-Interest of C.F. Braun, Inc.** | WALTER E. BARTON<br>Karr Tuttle Campbell<br>1201 3rd Avenue, Suite 2900<br>Seattle, WA 98101-3028<br>**Attorneys for Todd Shipyards Corporation** |
| AMY TALARICO<br>KARIN KRATTLI<br>Morgan, Lewis, Bockius LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>**Attorneys for Santa Fe Braun, Inc. as Successor-in-Interest of C.F. Braun, Inc.** | CHRISTOPHER MARKS<br>Williams, Kastner & Gibbs, PLLC<br>Two Union Square, Suite 4100<br>P.O. Box 21926<br>Seattle, WA 98111-3926<br>**Attorneys for Viacom, Inc.** |

Revised: 7/14/09

20

21

22

23

24

25

26

27

28

3 -   AFFIDAVIT OF DELIVERY AND/OR MAILING
J:\WA\108923\Service\Decrmail.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Tel: (503) 295-4931; Fax: (503) 241-2573

The Honorable Suzanne M. Barnett

FILED

09 SEP 01 AM 9:13

EXHIBIT 103

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 08-2-21991-7 SEA

1

2

3

4

5

6

7

8               IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

9                     IN AND FOR THE COUNTY OF KING

10   BARBARA JEAN LEWIS,  as Personal         )   Cause No. 08-2-21991-7 SEA
     Representative for the Estate of JOHN     )
11   ROBERT LEWIS, deceased,                   )   FOURTH AMENDMENT TO
                                               )   COMPLAINT
12                    Plaintiff,               )
                                               )   BRAYTON GROUP 7
13          vs.                                )
                                               )   [CR 15(a)]
14   ALBAY CONSTRUCTION                        )
     COMPANY;  ASARCO                          )
15   INCORPORATED; ASBESTOS                    )
     CORPORATION LIMITED;                      )
16   ASBESTOS CLAIMS                           )
     MANAGEMENT CORPORATION;                   )
17   ASSOCIATED INSULATION OF                  )
     CALIFORNIA; BARTELLS                      )
18   ASBESTOS SETTLEMENT TRUST;                )
     BECHTEL CORPORATION (DE);                 )
19   COLONIAL SUGAR REFINING                   )
     COMPANY; CONGOLEUM                        )
20   CORPORATION; CONSOLIDATED                 )
     INSULATION, INC.; CROWN CORK              )
21   & SEAL COMPANY, INC.;                     )
     FLINTKOTE COMPANY, THE;                   )
22   FOSTER WHEELER LLC (FKA                   )
     FOSTER WHEELER                            )
23   CORPORATION); FRYER-                      )
     KNOWLES, INC.;  FRASER'S                  )
24   BOILER SERVICE, INC.; FRASER-             )
     EDWARDS COMPANY; GARLOCK                  )
25   SEALING TECHNOLOGIES, LLC;                )
     GENERAL ELECTRIC COMPANY;                 )
26   GENERAL DYNAMICS                          )
     CORPORATION; HALLIBURTON                  )
27   ENERGY SERVICES, INC.;                    )
     HARBISON-WALKER                           )
28   REFRACTORIES COMPANY;                     )

1 -   FOURTH AMENDMENT TO COMPLAINT
      J:\WA\108923\PLD\AMEND 04\CMP AMEND -04.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Tel: (503) 295-4931; Fax: (503) 241-2573

1  HARDIE-TYNES L.L.C.; HOPEMAN )
   BROTHERS, INC.; J.T. THORPE & )
2  SON, INC.; J.T. THORPE, INC.; )
   LAKE ASBESTOS OF QUEBEC, )
3  LTD.; LAMONS GASKET )
   COMPANY; LOCKHEED )
4  SHIPBUILDING COMPANY; )
   MACARTHUR COMPANY; )
5  METALCLAD INSULATION )
   CORPORATION; METROPOLITAN )
6  LIFE INSURANCE COMPANY; )
   OSCAR E. ERICKSON, INC.; )
7  OWENS-ILLINOIS, INC.; PACIFIC )
   GAS & ELECTRIC COMPANY; )
8  PARKER-HANNIFIN )
   CORPORATION;  PLANT )
9  INSULATION COMPANY; QUINTEC )
   INDUSTRIES, INC.; RILEY POWER )
10 INC.; SABERHAGEN HOLDINGS, )
   INC.; SANTA FE BRAUN, INC. AS )
11 SUCCESSOR-IN-INTEREST TO C.F. )
   BRAUN, INC.; SHELL OIL )
12 COMPANY; SEQUOIA VENTURES )
   INC.; SKINNER ENGINE )
13 COMPANY, INC.; TA COMPANY )
   (FKA THE AUSTIN COMPANY); )
14 TEMPORARY PLANT CLEANERS, )
   INC.; THOMAS DEE ENGINEERING )
15 CO., INC.; TIMEC COMPANY, INC.; )
   TODD SHIPYARDS )
16 CORPORATION; VIACOM, INC.; )
   WESTERN MACARTHUR )
17 COMPANY; WESTERN ASBESTOS )
   COMPANY; ZURN INDUSTRIES, )
18 LLC; and FIRST DOE through ONE )
   HUNDREDTH DOE; )
19                Defendants.            )
20

21     Pursuant to CR 15(a), and the order of this court granting leave to amend, plaintiff

22 amends her Complaint to add defendant METROPOLITAN LIFE INSURANCE COMPANY as

23 follows.

24     Plaintiff has learned the true name of the defendant designated in the complaint as

25 fictitious DOE as set forth below:

26 TRUE NAME                                    FICTITIOUS NAME

27 METROPOLITAN LIFE INSURANCE COMPANY                DOE 8

28

2 -  FOURTH AMENDMENT TO COMPLAINT
     J:\WA\108923\PLD\AMEND 04\CMP AMEND -04.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Tel: (503) 295-4931; Fax: (503) 241-2573

1    Plaintiff hereby substitutes such true name for the fictitious name as set forth above

2    wherever said name appears in the complaint.

3

4    Dated: *August 31, 2009*          BRAYTON ❖ PURCELL, LLP

5

6                                       _____

7                                       Cameron O. Carter, WSBA #33326
                                        Jane E. Vetto, WSBA #21649
8                                       Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3 -   FOURTH AMENDMENT TO COMPLAINT
      J:\WA\108923\PLD\AMEND 04\CMP AMEND -04.wpd

                                                   **BRAYTON ❖ PURCELL, LLP**
                                                   Columbia Square Building
                                                   111 SW Columbia Street, Suite 250
                                                   Portland, Oregon 97201
                                                   Tel: (503) 295-4931; Fax: (503) 241-2573

1

2

3

4

5

6

7

8                    IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

9                          IN AND FOR THE COUNTY OF KING

10   BARBARA JEAN LEWIS,  as Personal          )    Cause No. 08-2-21991-7SEA
     Representative for the Estate of JOHN      )
11   ROBERT LEWIS, deceased,                    )    AFFIDAVIT OF DELIVERY AND/OR
                                                )    MAILING
12                          Plaintiff,          )    _____
             v.                                 )
13                                              )
     ALBAY CONSTRUCTION COMPANY,                )
14   et al.,                                    )
                                                )
15                          Defendants.         )
                                                )
16

17          I am employed by the law firm of Brayton ❖ Purcell, LLP in Portland, Oregon.  I am over
     the age of eighteen years and not a party to the within cause.  My business address is 111 SW
18   Columbia Street, Suite 250, Portland, OR 97201.

19          On the date below, I caused to be served the within **Fourth Amendment To Complaint
     and Fourth Amended Summons** to the parties listed below by transmitting a true copy thereof
20   in the following manner unless otherwise indicated.

21     __X__  I caused each of the above document(s) to be placed in a sealed envelope, postage thereon
                prepaid, addressed and served as follows:
22
       _____  The above document was transmitted by facsimile transmission to the following:
23
       _____  I delivered by hand this date the above listed document(s), in an envelope to the offices of
24              the following:

25          I declare under penalty of perjury and under the laws of the State of Washington (RCW
     9A.72.085) that the foregoing is true and correct.
26
            Executed at Portland, Oregon, this 1st day of Septmeber, 2009.
27

28
     1 -  AFFIDAVIT OF DELIVERY AND/OR MAILING
          J:\WA\108923\Service\Decmail.wpd
                                                          **BRAYTON ❖ PURCELL, LLP**
                                                              Columbia Square Building
                                                          111 SW Columbia Street, Suite 250
                                                               Portland, Oregon 97201
                                                          Tel: (503) 295-4931; Fax: (503) 241-2573



*Angela Irons*

Angela Irons, Administrative Assistant

SUBSCRIBED AND SWORN TO before me this 1st day of September , 2009.

OFFICIAL SEAL
ABIGAIL J E ADAMS
NOTARY PUBLIC-OREGON
COMMISSION NO. A422783
MY COMMISSION EXPIRES DECEMBER 8, 2011

*Abigail J E Adams*

Notary Public in and for the State of Oregon
My commission expires on 12/8/11 .

| | |
|---|---|
| MARK B. TUVIM<br>Gordon & Rees LLP<br>701 Fifth Avenue, Suite 2130<br>Seattle, WA 98104<br>**Attorneys for Asbestos Corporation Limited**<br>**and Oscar E. Erickson, Inc.** | JASON C. HAWES<br>Jackson & Wallace, LLP<br>1201 Third Avenue, Suite 3080<br>Seattle, WA 98101<br>**Attorneys for General Dynamics Corporation** |
| Colonial Sugar Refining Company<br>9 Help Street<br>Chatswood, NSW 2067<br>AUSTRALIA<br>**Agent for Service for Colonial Sugar Refining**<br>**Company** | KATHERINE M. STEELE<br>Stafford Frey Cooper, P.C.<br>Two Union Square, Suite 3100<br>601 Union Street<br>Seattle, WA 98101<br>**Attorneys for J.T. Thorpe & Son, Inc. and**<br>**Metalclad Insulation Corporation** |
| CARL E. FORSBERG<br>MELISSA K. HABECK<br>Forsberg & Umlauf<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164<br>**Attorneys for Fraser's Boiler Service, Inc.** | ROBERT G. ANDRÉ<br>Ogden Murphy Wallace<br>1601 Fifth Avenue, Suite 2100<br>Seattle, WA 98101-1686<br>**Attorneys for Lockheed Shipbuilding**<br>**Company** |
| CHRISTOPHER MARKS<br>Williams, Kastner & Gibbs, PLLC<br>Two Union Square, Suite 4100<br>P.O. Box 21926<br>Seattle, WA 98111-3926<br>**Attorneys for Fryer-Knowles, Inc. and**<br>**Viacom, Inc.** | JEAN BERTRAND<br>Schiff Harden LLP<br>One Market Plaza<br>Spear Street Tower, 32nd Floor<br>San Francisco, CA 94105<br>**Attorneys for Owens-Illinois, Inc.** |
| G. WILLIAM SHAW<br>Kirkpatrick & Lockhart Preston Gates & Ellis,<br>LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>**Attorneys for Garlock Sealing Technologies,**<br>**LLC** | D.K. YOSHIDA<br>Ogden Murphy Wallace<br>1601 Fifth Avenue, Suite 2100<br>Seattle, WA 98101-1686<br>**Attorneys for Quintec Industries and Thomas**<br>**Dee Engineering Co., Inc.** |

2 -   AFFIDAVIT OF DELIVERY AND/OR MAILING
J:\WA\I08923\Service\Decmail.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Tel: (503) 295-4931; Fax: (503) 241-2573

1

2

3

4

| | |
|---|---|
| RODNEY L. UMBERGER, JR.<br>Williams, Kastner & Gibbs, PLLC<br>Two Union Square, Suite 4100<br>P.O. Box 21926<br>Seattle, WA 98111-3926<br>**Attorneys for Riley Power, Inc.** | Temporary Plant Cleaners, Inc.<br>Russell J. Crews<br>5116 Beckington Lane<br>Dallas, TX  75287-5416<br>**Agent for Service for Temporary Plant**<br>**Cleaners, Inc.** |
| TIMOTHY K. THORSON<br>Carney Badley Spellman<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104-7010<br>**Attorneys for Saberhagen Holdings, Inc.** | WENDY E. LYON<br>Riddell Williams<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154-1065<br>**Attorneys for Timec Company, Inc.** |
| KEVIN C. BAUMGARDNER<br>Corr Cronin Michelson Baumgardner & Preece,<br>LLP<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154-1051<br>**Attorneys for Sequoia Ventures, Inc.** | WALTER E. BARTON<br>Karr Tuttle Campbell<br>1201 3rd Avenue, Suite 2900<br>Seattle, WA  98101-3028<br>**Attorneys for Todd Shipyards Corporation** |
| ERIC DAHLIN<br>Davis Wright Tremaine<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201-5682<br>**Attorneys for Shell Oil Company** | |

Revised: 8/31/09

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3 -   AFFIDAVIT OF DELIVERY AND/OR MAILING

J:\WA\108923\Service\Decmail.wpd

**BRAYTON ❖ PURCELL, LLP**
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, Oregon 97201
Tel: (503) 295-4931; Fax: (503) 241-2573

1

## CERTIFICATE OF SERVICE

2

3          I hereby certify that on the 5th day of August, 2011, I caused the foregoing to be

served via CM/ECF notification upon:

4

5          Counsel for Plaintiff:

6          Cameron Carter
           Brayton Purcell, LLP
7          111 SW Columbia St., Suite 250
           Portland, OR  97201
8          E-mail: ccarter@braytonlaw.com

9          Counsel for Defendants:

10
           Timothy K. Thorson
11         Carney Badley Spellman
           701 Fifth Avenue, Suite 3600
12         Seattle, WA  98104
           Counsel for Saberhagen Holdings
13

14         Melissa Roeder
15         Forsberg & Umlauf
           901 Fifth Avenue, Suite 1700
16         Seattle, WA  98164
           Counsel for Fraser's Boiler Service
17

18         Katherine M. Steele
19         Stafford Frey Cooper
           3100 Two Union Square
20         601 Union St.
           Seattle, WA  98101
21         Counsel for Metalclad and J.T. Thorpe & Son

22
           Mark Tuvim
23         Gordon & Rees
           701 Fifth Avenue, Suite 2130
24         Seattle, WA  98104
           Counsel for Asbestos Corp., Ltd. and Oscar Erickson
25

26

27

28

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1   Jan E. Brucker
    Jackson Jenkins Renstrom
2   701 Fifth Avenue, Suite 4200
3   Seattle, WA  98104
    Counsel for General Dynamics
4
5   and by U.S. mail upon:

6   Roberta Nicol Dempster
    Schiff Hardin
7   One Market, Spear Street Tower, 32$^{nd}$ Floor
8   San Francisco, CA  94105
    Counsel for Owens-Illinois, Inc.
9

10         Along with the undersigned, the above counsel represent the remaining parties in this
11  action.  Due to the length of time that this matter has been pending in state court, most of the
    defendants have settled or otherwise been dismissed from the case.
12

13                                           s/ Walter E. Barton
14                                           Washington State Bar Number 26408
15                                           Karr Tuttle Campbell
                                             1201 Third Avenue, Suite 2900
16                                           Seattle, WA  98101
                                             Phone: (206) 223-1313
17                                           Fax: (206) 682-7100
18                                           E-mail: gbarton@karrtuttle.com

19                                           Attorneys for Defendant Todd Shipyards
20                                               Corporation
21
22
23
24
25
26
27
28

NOTICE OF TAG-ALONG ACTION - 5
#810353 v1 / 20157-111

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100