## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) ) ) ) ) This document relates to: ) ) In re Hawaii State Asbestos Cases: ) ) ROGER E. NELSON and ) ROSALIE J. NELSON, ) ) Plaintiffs, ) ) vs. ) ) CRANE COMPANY, a Delaware ) corporation; et al., ) ) Defendants. ) ) | MDL No. 875<br><br><br><br><br><br>United States District Court<br>District of Hawaii<br>Civil No. 1:11-cv-00400-LEK –KSC<br><br>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC. |

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.

PLEASE TAKE NOTICE that Glen R. Powell of the law firm of GORDON & REES LLP, 275 Battery Street, 20th Floor, San Francisco, CA 94111, email address: gpowell@gordonrees.com, hereby enters his appearance as attorney of record for defendant AIR & LIQUID SYSTEMS CORPORATION, successor by merger to BUFFALO PUMPS, INC. in the above-captioned matter and requests that all future

10321520v.1

1

correspondence, pleadings, and notices be sent to the above-referenced address and/or email address.

                        Respectfully submitted,

August 10, 2011            /s/Glen R. Powell
                              Michael J. Pietrykowski (Cal.Bar No. 118677)
                              James G. Scadden (Cal. Bar No. 90127)
                              Don Willenburg (Cal. Bar No. 116377)
                              Glen R. Powell (Cal. Bar No. 219453)
                              GORDON & REES LLP
                              275 Battery Street, Suite 2000
                              San Francisco, CA 94111
                              (415) 986-5900 (Phone); (415) 986-8054 (Fax)
                              mpietrykowski@gordonrees.com
                              jscadden@gordonrees.com
                              dwillenburg@gordonrees.com
                              gpowell@gordonrees.com

                              Attorneys for Air & Liquid Systems Corporation, successor by merger to Buffalo Pumps, Inc.

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111.

On August 10, 2011, I served the within document(s):

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.

by electronically serving the document(s) described above via the Court Electronic Case Filing website (CM/ECF notification system) on the recipients designated on the electronic service list that is located on the Pacer website.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 10, 2011, at San Francisco, California.

*Marie Saho*
Marie Saho