## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI), | ) MDL No. 875 ) ) ) |
| This document relates to: | ) ) |
| In re Hawaii State Asbestos Cases: | ) United States District Court ) District of Hawaii |
| ROGER E. NELSON and ROSALIE J. NELSON, | ) Civil No. 1:11-cv-00400-LEK –KSC ) ) |
| Plaintiffs, | ) **CERTIFICATE OF SERVICE** ) |
| vs. | ) ) |
| CRANE COMPANY, a Delaware corporation; et al., | ) ) ) |
| Defendants. | ) ) ) |

### CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111.

On August 10, 2011, I served the within document(s):

**OPPOSITION OF DEFENDANT AIR & LIQUID SYSTEMS CORPORATION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-418))**

by electronically serving the document(s) described above via the Court Electronic Case Filing website (CM/ECF notification system) on the recipients designated on the electronic service list that is located on the Pacer website.

1

2

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 10, 2011, at San Francisco, California.

*Marie Saho*
Marie Saho