## BEFORE THE UNITED STATES JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| ANGELA BRADSHAW, Administrator of the Estate of PATSY WARWICK, Deceased, | ) ) ) |
| Plaintiffs, | ) MDL Docket No. 875 ) |
| v. | ) *S. Dist. IL Case No.* 11-520-DRH-PMF ) |
| HUNTINGTON INGALLS INDUSTRIES, INC., NORTHROP GRUMMAN CORPORATION, and HUNTINGTON INGALLS INCORPORATED, f/k/a NORTHROP GRUMMAN SHIPBUILDING, INC., | ) ) ) ) ) ) |
| Defendants. | ) |

### NOTICE OF TAG-ALONG ACTION AND MOTION TO STAY PROCEEDINGS

TO:  Mr. Jeffery N. Lüthi– Clerk of the Panel
     United States Judicial Panel on Multidistrict Litigation
     Thurgood Marshall Federal Judiciary Building
     One Columbus Circle, NE, Room G-255, North Lobby
     Washington, DC 20002-8004

RE:  Asbestos Products Liability Litigation
     MDL Docket No. 875

COME NOW, Defendants, HUNTINGTON INGALLS INDUSTRIES, INC., NORTHROP GRUMMAN CORPORATION, and HUNTINGTON INGALLS INCORPORATED, f/k/a NORTHROP GRUMMAN SHIPBUILDING, INC., by their attorneys, HEPLERBROOM LLC, for its Notice of Tag-Along Action and Motion to Stay Proceedings states:

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel of Multidistrict Litigation entered an order, (MDL Transfer Order), transferring all asbestos cases then pending in federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. That order also

applies to tag-along actions or actions involving common questions of fact filed after January 17, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court and the Panel that the above-captioned case is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania, and further moves this Court to stay the instant proceeding pending acknowledgment of the acceptance or rejection of the transfer. The Clerk of the Panel may either: (1) enter a Conditional Transfer Order pursuant to MDL Rule 7.4(a); or (2) file an Order to Show Cause why the action should not be transferred pursuant to MDL Rule 7.5(b).

Copies of the above-captioned complaint and this Notice have been electronically filed with the Clerk of the Panel, United States Judicial Panel on Multidistrict Litigation, using the United States Judicial Panel on Multidistrict Litigation's ECF system.

Dated: August 10, 2011

**DEFENDANTS DEMAND TRIAL BY JURY**

Respectfully submitted,

HEPLERBROOM LLC

By: /s/ Brian J. Huelsmann
Illinois State Bar #627690
bjh@heplerbroom.com
Attorney for Defendants
130 North Main St.
Edwardsville, IL 62025
Phone: 618-656-0184
Fax:  618-656-1364