## SCHEDULE OF ACTIONS

| ANGELA BRADSHAW, Administrator of the Estate of PATSY WARWICK, Deceased, Plaintiff, v. HUNTINGTON INGALLS INDUSTRIES, INC., A Delaware Corporation, NORTHROP GRUMMAN CORPORATION, A Delaware Corporation, NORTHROP GRUMMAN SHIPBUILDING, INC., A Virginia Corporation, TENNECO INC., A Delaware Corporation, Defendants. | United States District Court Southern District of Illinois | Case No.: 11-520-DRH-PMF | Honorable David R. Herndon |
|---|---|---|---|