BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| ANGELA BRADSHAW, Administrator of the Estate of PATSY WARWICK, Deceased,  )<br>)<br>)<br>Plaintiffs,    )<br>)<br>v.     )<br>)<br>HUNTINGTON INGALLS INDUSTRIES, INC.,  )<br>NORTHROP GRUMMAN CORPORATION,  )<br>and HUNTINGTON INGALLS   )<br>INCORPORATED, f/k/a NORTHROP   )<br>GRUMMAN SHIPBUILDING, INC.,   )<br>)<br>Defendants.    ) | MDL Docket No. 875<br><br>*S. Dist. IL Case No.* 11-520-DRH-PMF |

## PROOF OF SERVICE

I hereby certify that on August 10th, 2011, I electronically filed the foregoing Notice of Tag-Along Action and Motion to Stay Proceedings, Schedule of Actions, Court Docket Sheet and Plaintiffs' Complaint with the Clerk of the Court using the ECF system, and copies of these documents have been electronically mailed to all counsel of record.

HEPLERBROOM LLC

By: /s/ Brian J. Huelsmann
Illinois State Bar #627690
bjh@heplerbroom.com
Attorney for Defendants
130 North Main St.
Edwardsville, IL 62025
Phone: 618-656-0184
Fax:  618-656-1364