**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

**CERTIFICATION OF SERVICE**

I hereby certify that I have on this 11th day of August, 2011, caused to be served a copy of Defendants, Foster Wheeler LLC's Notice of Potential Tag Along Actions, letter to MDL filing same and this Certification of Service to plaintiff's counsel via email and/or regular mail and on the 11th day of August, 2011, to all known defense counsel listed on the attached Attorney Service List by email and/or regular mail.

DATED:  August 11, 2011

                                            Respectfully submitted,

                                            _____/S/_____
                                            Afigo I. Okpewho
                                            Afigo.okpewho@sedgwicklaw.com
                                            SEDGWICK LLP
                                            Three Gateway Center
                                            12th Floor
                                            Newark, New Jersey 07102
                                            (973) 242-0002 (Tel)
                                            (973) 242-8099 (Fax)
                                            Counsel for Defendant
                                            Foster Wheeler LLC

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : : : : : | MDL NO. 875 |

## ATTORNEY SERVICE LIST

**COUNSEL:**

| | |
|---|---|
| James J. Pettit, Esq., Locks Law Firm, LLC 457 Haddonfield Road, Suite 500 Cherry Hill, New Jersey 08002 | Counsel for Plaintiffs |
| Steven F. Satz, Esq. Hoagland, Longo, Moran, Dunst & Doukas LLP 40 Paterson Street P.O. Box 480 New Brunswick, NJ 08903 ssatz@hoaglandlongo.com | Counsel for Goulds Pump, Inc. |
| Robert Smolen, Esq. Swartz, Cambell & Detweiler 1300 Rte 73 Bloom Court Mt. Laurel, NJ 08054 rsmolen@swartzcampbell.com | Counsel for Brand Insulations, Inc. |
| Roger V. Jones, Esq. Law Offices of Roger V. Jones, LLP 45 North Broad Street, Suite 501 Ridgewood, NJ 07450 rjones040538@mac.com | Counsel for Metropolitan Life Insurance Co. |
| Don Cipoletto, Esq. Joel R. Clark, Jr. McGivney & Kluger, PC 23 Vreeland Road, Suite 220 Florham Park, New Jersey  07932 DCipoletto@mcgivneyandkluger.com jclark@mcgivneyandkluger.com | Counsel for Durametallic Corp. and Madsen & Howell |

| | |
|---|---|
| Susan Karlovich, Esq.<br>Joseph Hanlon, Esq.<br>Wilson, Elser<br>33 Washington Street<br>Newark, New Jersey 07102<br>susan.karlovich@wilsonelser.com<br>joseph.hanlon@wilsonelser.com | Counsel for A.W. Chesterton Co. |
| Stephanie A. DiVita, Esq.<br>2430 Route 34<br>Pehlivanian & Braaten<br>P.O. Box 648<br>Manasquan, NJ 08736<br>km@pehli.com | Counsel for Ingersoll-Rand Co. |
| Dawn Dezii<br>Margolis Edelstein<br>Sentry Office Plaza, Suite 200<br>216 Haddon Avenue, P.O. Box 2222<br>Westmont, New Jersey 08108<br>ddezii@margolisedelstein.com | Counsel for Woolsulate Corp. |