August 11, 2011

**VIA ELECTRONIC CASE FILING**

Mr. Jeffery N. Luthi
Docket Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC  20002-8004

      Re:    Notice of Potential Tag Along Action:
              *Margaret Teschko vs. Foster Wheeler LLC, et al.*
              In re: Asbestos Products Liability Litigation (No. VI) MDL No. 875

Dear Mr. Luthi:

      Enclosed please find an original and two (2) copies of defendant Foster Wheeler LLC's Notice of Potential Tag Along Action in "In Re: Asbestos Products Liability Litigation (No. VI)," MDL 875.  I would ask that you kindly file the original Notice and return two (2) stamped "filed" copies to my attention in the self-addressed stamped envelope.  In addition, I have also enclosed a copy of plaintiff's Verified Complaint.

      Please contact me if you have any questions at (973) 242-0002.  I thank you in advance for your assistance in this matter.

                                  Very truly yours,

                                  SEDGWICK LLP

                                  /S/

                                  Afigo I. Okpewho

Enclosures
cc:    All Counsel via Email and/or Regular Mail

NJ/447156v1