UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE FOUNDS, as Wrongful Death Heir, and as Successor-in-Interest to DONALD FOUNDS, Deceased, and, as Legal Heirs of Donald Founds, Deceased,<br><br>    Plaintiff,<br><br>    vs.<br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), GENERAL ELECTRIC COMPANY, NORTHROP GRUMMAN SHIPBUILDING, INC., TODD SHIPYARDS CORPORATION, ASBESTOS CORPORATION LIMITED, METROPOLITAN LIFE INSURANCE COMPANY, BATH IRON WORKS CORPORATION,<br><br>    Defendants. | (ASBESTOS)<br><br>Case No. 3:11-cv-02212-JSW |

**SCHEDULE OF ACTIONS**

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. § 1442, Defendant FOSTER WHEELER LLC ("Foster Wheeler") hereby provides notice that Defendant Foster Wheeler has one related action currently pending before the Judicial Panel of Multidistrict Litigation:

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DEFENDANT FOSTER WHEELER LLC'S SCHEDULE OF ACTIONS

*Thompson, John, et al. v. Autozone, Inc., et al.*, Central District of California, Case No. 2:11-cv-6226 PSG, Conditional Transfer Order No. 428.

Date: August 11, 2011                                          BRYDON HUGO & PARKER

                          By:   /s/ Thomas J. Moses
                                  Edward R. Hugo [CA Bar No. 124839]
                                  Charles S. Park [CA Bar No. 161430]
                                  Thomas J. Moses [CA Bar No. 116002]
                                  BRYDON HUGO & PARKER
                                  135 Main Street, 20th Floor
                                  San Francisco, CA 94105
                                  Telephone: (415) 808-0300
                                  Facsimile: (415) 808-0333
                                  Email: tmoses@bhplaw.com
                                  Attorneys for Defendant
                                  FOSTER WHEELER LLC

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

DEFENDANT FOSTER WHEELER LLC'S SCHEDULE OF ACTIONS