UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE FOUNDS, as Wrongful Death Heir, and as Successor-in-Interest to DONALD FOUNDS, Deceased, and, as Legal Heirs of Donald Founds, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), GENERAL ELECTRIC COMPANY, NORTHROP GRUMMAN SHIPBUILDING, INC., TODD SHIPYARDS CORPORATION, ASBESTOS CORPORATION LIMITED, METROPOLITAN LIFE INSURANCE COMPANY, BATH IRON WORKS CORPORATION,<br><br>Defendants. | (ASBESTOS<br>Case No. 3:11-cv-02212-JSW |

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On August 11, 2011, I served the following:

DEFENDANT FOSTER WHEELER LLC'S NOTICE OF POTENTIAL TAG-ALONG ACTION;

SCHEDULE OF ACTIONS;

U.S. DISTRICT COURT CALIFORNIA NORTHERN DISTRICT CIVIL DOCKET FOR

CASE # 3:11-CV-02212-JSW

PLAINTIFFS MARJORIE FOUNDS, as Wrongful Death Heir, and as Successor-in-Interest to DONALD FOUNDS, Deceased, and, as Legal Heirs of Donald Founds, Deceased SUMMONS AND COMPLAINT

Counsel for Plaintiffs: BRAYTON❖PURCELL Via **Facsimile (415) 898-1247**

on all parties via facsimile to the following parties on the attached service list.

    I declare under penalty of perjury that the above is true and correct. Executed on August 11, 2011, at San Francisco, California.

*Wanda D. Claudio*
Wanda D. Claudio

BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: cpark@bhplaw.com
       tmoses@bhplaw.com
Attorneys for Defendant
FOSTER WHEELER LLC
THOMAS J. MOSES (CA SBN 116002)
CHARLES S. PARK (CA SBN 161430)

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

CERTIFICATE OF SERVICE

*Founds, Marjorie, et al. vs. Foster Wheeler LLC, et al.*
U.S.D.C. Northern District of California Case No. 3:11-cv-02212 JSW

Service List

| | |
|---|---|
| David R. Donadio<br>Alan R. Brayton<br>**BRAYTON❖PURCELL**<br>222 Rush Landing Road<br>Novato, CA 94948-1247<br>**Facsimile: (415) 898-1247**<br>Attorneys for Plaintiff | Allison Michele Low<br>**SEDGWICK**<br>One Market Plaza<br>Stuart Tower, 8th Floor<br>San Francisco, CA 94105<br>**Facsimile: (415) 781-2635**<br>Attorneys for Defendant General Electric |
| John Patrick Swenson<br>**MCNAMARA, SPIRA & SMITH**<br>10866 Wilshire Blvd., Suite 800<br>Los Angeles, CA 90024<br>**Facsimile: (310) 979-2581**<br>Attorneys for Defendant Metropolitan Life Insurance Company | Daniel Dennis O'Shea<br>**JACKSON JENKINS RENSTROM**<br>55 Francisco Street, 6th Floor<br>San Francisco, CA 94133<br>**Facsimile: (415) 982-3700**<br>Attorneys for Defendant Bath Iron Works Corporation |
| George D. Yaron<br>**YARON & ASSOCIATES**<br>601 California Street, 21st Floor<br>San Francisco, CA 94108<br>**Facsimile: (415) 658-2929**<br>Attorneys for Defendant Puget Sound Commerce Center, Inc. | |