BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)          MDL NO. 875

**THIS DOCUMENT RELATES TO:**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID H. PRESTON, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF ROBERT PRESTON,<br><br>        PLAINTIFFS,<br><br>V.<br><br>A.W. CHESTERTON COMPANY,<br>AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.,<br>AMERICAN STANDARD, INC., N/K/A TRANE US, INC., INDIVIDUALLY AND IN THEIR CAPACITY AS OWNER OF KEWANEE BOILER COMPANY,<br>BAYER CROPSCIENCE, INC., F/K/A AMCHEM PRODUCTS, INC.,<br>BW/IP INTERNATIONAL INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO BYRON JACKSON PUMP CO.,<br>CBS CORPORATION, N/K/A VIACOM, INC., CLEAVER BROOKS COMPANY,<br>COOPER US, INC., F/K/A COOPER INDUSTRIES, INC., SUCCESSOR TO GARDNER DENVER INC.,<br>CORNELL PUMP COMPANY,<br>CRANE CO.,<br>CRANE ENVIRONMENTAL, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO COCHRANE CORP.,<br>CROWN BOILERS,<br>CROWN, CORK & SEAL COMPANY, INC., | Civil Action<br>No.: 1:11-CV-00280 |

1

DANA CORPORATION,
EATON CORPORATION, SUCCESSOR IN INTEREST TO CUTLER HAMMER, INC.,
ELLIOTT COMPANY F/K/A ELLIOTT TURBOMACHINERY,
ERICSSON RADIO SYSTEMS, INC., SUCCESSOR-IN-INTEREST TO ANACONDA WIRE AND CABLE CO.,
FAIRBANKS MORSE PUMP CORPORATION,
FMC CORPORATION, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO NORTHERN PUMP CO.,
FOSTER WHEELER, LLC,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GOULD PUMPS,
GREENE, TWEED & CO., INC.,
IMO INDUSTRIES F/K/A IMO DELAVAL,
INDUSTRIAL HOLDINGS CORPORATION, AS SUCCESSOR TO THE CARBORUNDUM COMPANY,
INGERSOLL-RAND COMPANY,
ITT CORPORATION, F/K/A ITT INDUSTRIES, INC., AS SUCCESSOR IN INTEREST TO BELL & GOSSETT DOMESTIC PUMP,
J.H. FRANCE REFRACTORIES COMPANY,
JOHN CRANE, INC., F/K/A JOHN CRANE HOUDAILLE, INC., F/K/A CRANE PACKING COMPANY,
LESLIE CONTROLS, INC., A SUBSIDIARY OF CIRCOR INTERNATIONAL, INC.,
METROPOLITAN LIFE INSURANCE COMPANY,
MILWAUKEE VALVE COMPANY,
NORTON CO., N/K/A ST. GOBAIN ABRASIVES, INC.,
OWENS-ILLINOIS, INC.,
P.I.C. CONTRACTORS, INC.,
PEERLESS PUMP COMPANY,
RAPID AMERICAN CORPORATION,
RILEY STOKER CORPORATION, N/K/A D.B. RILEY, INC.,
SEPCO CORP.,
SIEMANS DEMAG DELAVAL

| |
|---|
| TURBOMACHINERY, INC., F/K/A DEMAG DELAVAL TURBOMACHINERY, INC., <br> TYCO INTERNATIONAL (U.S.), INC., AS SUCCESSOR IN INTEREST TO YARWAY CORPORATION, F/K/A YARNALL-WARING CO., <br> TYCO VALVES & CONTROLS, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO YARWAY CORP., <br> UNIROYAL, INC., <br> UNIVERSAL REFRACTORIES, INC., <br> UTICA BOILERS, <br> WARREN PUMPS, <br> WEIL MCLAIN, <br> WEIL PUMP COMPANY, INC., <br> YARWAY CORPORATION, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO YARNALL-WARING CO., AND <br> JOHN DOE (FICTITIOUS NAME). <br><br>          DEFENDANTS. |

## NOTICE OF FILING OF TAG-ALONG NOTICE

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 1407, defendant Air & Liquid Systems Corp, as successor-by-merger to Buffalo Pumps, Inc.'s counsel filed the attached notice of tag-along and supporting documents with the Judicial Panel on Multidistrict Litigation on July 28, 2011. See Notice of Tag-Along Action, a true and correct copy of which is attached hereto as Exhibit A.

Respectfully submitted,
Defendant/Cross-claim Plaintiff,
AIR & LIQUID SYSTEMS
CORPORATION,AS SUCCESSOR BY
MERGER TO BUFFALO PUMPS, INC.

By its attorneys,

/s/ David A. Goldman
David A. Goldman, #7097
Governo Law Firm LLC

3

>Two International Place, 15th Floor
>Boston, MA  02110
>(617) 737-9045
>dgoldman@governo.com

Dated: August 11, 2011

## CERTIFICATION

    This is to certify that on this 11th day of August 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system, or by mail to everyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

>*/s/ David A. Goldman*
>David A. Goldman

4

# EXHIBIT A

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)   MDL NO. 875

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID H. PRESTON, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF ROBERT PRESTON,<br><br>PLAINTIFFS,<br><br>V.<br><br>A.W. CHESTERTON COMPANY,<br>AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.,<br>AMERICAN STANDARD, INC., N/K/A TRANE US, INC., INDIVIDUALLY AND IN THEIR CAPACITY AS OWNER OF KEWANEE BOILER COMPANY,<br>BAYER CROPSCIENCE, INC., F/K/A AMCHEM PRODUCTS, INC.,<br>BW/IP INTERNATIONAL INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO BYRON JACKSON PUMP CO.,<br>CBS CORPORATION, N/K/A VIACOM, INC.,<br>CLEAVER BROOKS COMPANY,<br>COOPER US, INC., F/K/A COOPER INDUSTRIES, INC., SUCCESSOR TO GARDNER DENVER INC.,<br>CORNELL PUMP COMPANY,<br>CRANE CO.,<br>CRANE ENVIRONMENTAL, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO COCHRANE CORP.,<br>CROWN BOILERS,<br>CROWN, CORK & SEAL COMPANY, INC., | Civil Action<br>No.: 1:11-CV-00280 |

1

DANA CORPORATION,
EATON CORPORATION, SUCCESSOR IN INTEREST TO CUTLER HAMMER, INC.,
ELLIOTT COMPANY F/K/A ELLIOTT TURBOMACHINERY,
ERICSSON RADIO SYSTEMS, INC., SUCCESSOR-IN-INTEREST TO ANACONDA WIRE AND CABLE CO.,
FAIRBANKS MORSE PUMP CORPORATION,
FMC CORPORATION, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO NORTHERN PUMP CO.,
FOSTER WHEELER, LLC,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GOULD PUMPS,
GREENE, TWEED & CO., INC.,
IMO INDUSTRIES F/K/A IMO DELAVAL,
INDUSTRIAL HOLDINGS CORPORATION, AS SUCCESSOR TO THE CARBORUNDUM COMPANY,
INGERSOLL-RAND COMPANY,
ITT CORPORATION, F/K/A ITT INDUSTRIES, INC., AS SUCCESSOR IN INTEREST TO BELL & GOSSETT DOMESTIC PUMP,
J.H. FRANCE REFRACTORIES COMPANY,
JOHN CRANE, INC., F/K/A JOHN CRANE HOUDAILLE, INC., F/K/A CRANE PACKING COMPANY,
LESLIE CONTROLS, INC., A SUBSIDIARY OF CIRCOR INTERNATIONAL, INC.,
METROPOLITAN LIFE INSURANCE COMPANY,
MILWAUKEE VALVE COMPANY,
NORTON CO., N/K/A ST. GOBAIN ABRASIVES, INC.,
OWENS-ILLINOIS, INC.,
P.I.C. CONTRACTORS, INC.,
PEERLESS PUMP COMPANY,
RAPID AMERICAN CORPORATION,
RILEY STOKER CORPORATION, N/K/A D.B. RILEY, INC.,
SEPCO CORP.,
SIEMANS DEMAG DELAVAL

| |
|---|
| TURBOMACHINERY, INC., F/K/A DEMAG DELAVAL TURBOMACHINERY, INC., <br> TYCO INTERNATIONAL (U.S.), INC., AS SUCCESSOR IN INTEREST TO YARWAY CORPORATION, F/K/A YARNALL-WARING CO., <br> TYCO VALVES & CONTROLS, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO YARWAY CORP., <br> UNIROYAL, INC., <br> UNIVERSAL REFRACTORIES, INC., <br> UTICA BOILERS, <br> WARREN PUMPS, <br> WEIL MCLAIN, <br> WEIL PUMP COMPANY, INC., <br> YARWAY CORPORATION, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO YARNALL-WARING CO., AND <br> JOHN DOE (FICTITIOUS NAME). <br><br>        DEFENDANTS. |

### DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.'S NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE, that on July 29, 1991 the Judicial Panel on Multi-District Litigation entered an order transferring all asbestos personal injury cases pending in Federal Court to the United States District Court, Easter District of Pennsylvania, for coordinated pre-trial proceedings pursuant to 28 U.S.C. Section 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show cause.

MDL Rule 7.5(e) provides:

Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

Defendant **AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.** hereby notifies the Court that this case is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. A copy of the Complaint is annexed hereto as **Exhibit 1** for the Court's convenience. The Clerk of the Panel may either (1) enter a conditional transfer order

3

pursuant to MDL Rule 7.4(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

> Respectfully submitted,
> Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc.,
>
> By:   /s/ Michael D. Simons
> Michael D. Simons
> David A. Goldman, #7097
> GOVERNO LAW FIRM LLC
> Two International Place, 15th Floor
> Boston, MA  02110
> (Ph) 617-737-9045
> (Fax) 617-737-9046
> msimons@governo.com

DATED:  August 11, 2011

## CERTIFICATE OF SERVICE

This is to certify that on this 11th day of August, 2011, the undersigned served a copy of the above referenced document documents via the Pacer/ECF electronic service system to the following:

Jeffrey Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

All counsel of record

> /s/ Michael D. Simons
> Michael D. Simons