BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)          MDL NO. 875

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID H. PRESTON, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF ROBERT PRESTON,<br><br>       PLAINTIFFS,<br><br>V.<br><br>A.W. CHESTERTON COMPANY,<br>AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.,<br>AMERICAN STANDARD, INC., N/K/A TRANE US, INC., INDIVIDUALLY AND IN THEIR CAPACITY AS OWNER OF KEWANEE BOILER COMPANY,<br>BAYER CROPSCIENCE, INC., F/K/A AMCHEM PRODUCTS, INC.,<br>BW/IP INTERNATIONAL INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO BYRON JACKSON PUMP CO.,<br>CBS CORPORATION, N/K/A VIACOM, INC.,<br>CLEAVER BROOKS COMPANY,<br>COOPER US, INC., F/K/A COOPER INDUSTRIES, INC., SUCCESSOR TO GARDNER DENVER INC.,<br>CORNELL PUMP COMPANY,<br>CRANE CO.,<br>CRANE ENVIRONMENTAL, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO COCHRANE CORP.,<br>CROWN BOILERS, | Civil Action<br>No.:  1:11-CV-00280 |

1

CROWN, CORK & SEAL COMPANY, INC.,
DANA CORPORATION,
EATON CORPORATION, SUCCESSOR IN INTEREST TO CUTLER HAMMER, INC.,
ELLIOTT COMPANY F/K/A ELLIOTT TURBOMACHINERY,
ERICSSON RADIO SYSTEMS, INC., SUCCESSOR-IN-INTEREST TO ANACONDA WIRE AND CABLE CO.,
FAIRBANKS MORSE PUMP CORPORATION,
FMC CORPORATION, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO NORTHERN PUMP CO.,
FOSTER WHEELER, LLC,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GOULD PUMPS,
GREENE, TWEED & CO., INC.,
IMO INDUSTRIES F/K/A IMO DELAVAL,
INDUSTRIAL HOLDINGS CORPORATION, AS SUCCESSOR TO THE CARBORUNDUM COMPANY,
INGERSOLL-RAND COMPANY,
ITT CORPORATION, F/K/A ITT INDUSTRIES, INC., AS SUCCESSOR IN INTEREST TO BELL & GOSSETT DOMESTIC PUMP,
J.H. FRANCE REFRACTORIES COMPANY,
JOHN CRANE, INC., F/K/A JOHN CRANE HOUDAILLE, INC., F/K/A CRANE PACKING COMPANY,
LESLIE CONTROLS, INC., A SUBSIDIARY OF CIRCOR INTERNATIONAL, INC.,
METROPOLITAN LIFE INSURANCE COMPANY,
MILWAUKEE VALVE COMPANY,
NORTON CO., N/K/A ST. GOBAIN ABRASIVES, INC.,
OWENS-ILLINOIS, INC.,
P.I.C. CONTRACTORS, INC.,
PEERLESS PUMP COMPANY,
RAPID AMERICAN CORPORATION,
RILEY STOKER CORPORATION, N/K/A D.B. RILEY, INC.,
SEPCO CORP.,

| |
|---|
| SIEMANS DEMAG DELAVAL TURBOMACHINERY, INC., F/K/A DEMAG DELAVAL TURBOMACHINERY, INC., <br> TYCO INTERNATIONAL (U.S.), INC., AS SUCCESSOR IN INTEREST TO YARWAY CORPORATION, F/K/A YARNALL-WARING CO., <br> TYCO VALVES & CONTROLS, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO YARWAY CORP., <br> UNIROYAL, INC., <br> UNIVERSAL REFRACTORIES, INC., <br> UTICA BOILERS, <br> WARREN PUMPS, <br> WEIL MCLAIN, <br> WEIL PUMP COMPANY, INC., <br> YARWAY CORPORATION, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO YARNALL-WARING CO., AND <br> JOHN DOE (FICTITIOUS NAME). <br><br>          DEFENDANTS. |

## SCHEDULE OF ACTIONS

1. *David H. Preston, As Personal Representative for the Estate of Robert Preston v. A.W. Chesterton Company, et al.*
   Civil Action No.: 1:11-CV-00280 (United States District Court for the District of Rhode Island)

                    Respectfully submitted,

                    Air & Liquid Systems Corp., as Successor by
                    Merger to Buffalo Pumps, Inc.,
                    By its attorneys,


                    */s/ Michael D. Simons*
                    Michael D. Simons
                    Fed. Bar No. ct28100
                    Governo Law Firm LLC
                    Two International Place, 15th Floor

Boston, MA  02110
Phone:  (617) 737-9045
Fax: (617) 737-9046
msimons@governo.com

Dated:  August 11, 2011

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 11th day of August, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

*/s/ Michael D. Simons*_____
Michael D. Simons