# U.S. District Court
## District of Rhode Island (Providence)
## CIVIL DOCKET FOR CASE #: 1:11-cv-00280-L -DLM

Preston v. A.W. Chesterton, Inc. et al
Assigned to: Judge Ronald R Lagueux
Referred to: Magistrate Judge David L. Martin
Cause: 28:1441 Notice of Removal-Tort/Non-Motor Vehicle

Date Filed: 07/15/2011
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**David Preston**
*As Personal Representative for the Estate of Robert Preston*

represented by **Vincent L. Greene , IV**
Motley Rice LLC
321 South Main Street
Providence, RI 02903
457-7730
Fax: 457-7708
Email: vgreene@motleyrice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**A.W. Chesterton, Inc.**

represented by **Brian D. Gross**
Cooley Manion Jones LLP
21 Custom House St.
Boston, MA 02110
617-737-3100
Fax: 617-737-0374
Email: bgross@cmjlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**American Standard Inc.**

represented by **A. Bernard Guekguezian**
Adler Cohen Harvey Wakeman &
Guekguezian, LLP
75 Federal Street
Boston, MA 02110
617-423-6674
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy M Zabbo**
Adler, Cohen, Harvey, Wakeman &
Gvekguezian LLP
170 Westminster Street

Suite 1000
Providence, RI 02903
401-521-6100
Fax: 401-521-1001
Email: tzabbo@adlercohen.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bayer Cropscience, Inc.**

**Defendant**

**BW/IP International Inc.**

**Defendant**

**CBS Corporation**                    represented by   **Thomas W. Lyons , III**
Strauss, Factor, Laing & Lyons
One Davol Square
Suite 305
Providence, RI 02903
456-0700
Fax: 421-4730
Email: tlyons@straussfactor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cleaver-Brooks Company**             represented by   **Peter F. Mathieu**
Baluch, Gianfrancesco & Mathieu
155 South Main Street
Suite 101
Providence, RI 02903
401-331-1434
Fax: 401-351-9653
Email: peter.mathieu@bgmalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cooper US, Inc.**

**Defendant**

**Cornell Pump Company**

**Defendant**

**Crown Boilers**                      represented by   **James R. Oswald**
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903

401-274-7200
Fax: 401-751-0604
Email: joswald@apslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark O. Denehy**
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903
401-274-7200
Fax: 401-351-4607
Email: mdenehy@apslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Bart Totten**
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903
274-7200
Fax: 351-4607
Email: btotten@apslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crown, Cork & Seal Company, Inc.**          represented by  **Michael D. Chefitz**
Bonner Kiernan Trebach & Crociata
200 Portland Street
Boston, MA 02114
800-840-5087
Fax: 617-426-0380
Email: mchefitz@bonnerkiernan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dana Corporation**

**Defendant**

**Elliott Company**          represented by  **James R. Oswald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark O. Denehy**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Bart Totten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ericsson Radio Systems, Inc.**          represented by   **Brian D. Gross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fairbanks Morse Pump Corporation**

**Defendant**

**FMC Corporation**          represented by   **Andrew J. Murray**
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903-0819
274-9200
Fax: 800-432-5298
Email: amurray@eapdlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Foster Wheeler LLC**          represented by   **James R. Oswald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark O. Denehy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gardner Denver, Inc.**          represented by   **Kenneth R. Costa**
Cooley Manion Jones LLP
21 Custom House St.
Boston, MA 02110-3536
617-670-8537
Email: kcosta@cmjlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence G. Cetrulo**
Cetrulo & Capone LLP
Two Seaport Lane

10th Floor
Boston, MA 02210
617-217-5500
Fax: 617-217-5200
Email: lcetrulo@cetcap.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**General Electric Company**    represented by **Jeffrey M. Thomen**
McCarter & English LLP
185 Asylum St.
CityPlace I
Hartford, CT 06103
860-275-6726
Fax: 860-560-5939
Email: jthomen@mccarter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Chefitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gould Pumps**    represented by **Steven T. Armato**
Cetrulo & Capone LLP
2 Seaport Lane
Boston, MA 02210
617-217-5252
Fax: 617-217-5500
Email: sarmato@cetcap.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Greene, Tweed & Co., Inc.**    represented by **Jeffrey M. Thomen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**IMO Industries**    represented by **Kenneth R. Costa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Industrial Holdings Corporation**    represented by **Andrew J. Murray**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ingersoll-Rand Company**                    represented by **Brian D. Gross**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Timothy M Zabbo**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**ITT Corporation**

**Defendant**

**J.H. France Refractories Co.**

**Defendant**

**John Crane, Inc.**

**Defendant**

**Leslie Controls, Inc.**

**Defendant**

**Metropolitan Life Insurance
Company**                                     represented by **Mary C. Dunn**
                                                Blish & Cavanagh, LLP
                                                30 Exchange Terrace
                                                Providence, RI 02903
                                                831-8900
                                                Fax: 751-7542
                                                Email: mcd@blishcavlaw.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Staci L. Kolb**
                                                Keough & Sweeney, Ltd.
                                                100 Armistice Blvd.
                                                Pawtucket, RI 02860
                                                401-724-3600
                                                Fax: 401-724-9909
                                                Email: skolb@keoughsweeney.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Milwaukee Valve Company**

**Defendant**

**Norton Company**

**<u>Defendant</u>**

**Owens-Illinois, Inc.**

**<u>Defendant</u>**

**P.I.C.Contractors, Inc.**                    represented by   **Danielle J. Mahoney**
                                                              Morrison Mahoney LLP
                                                              10 Weybosset Street
                                                              Suite 900
                                                              Providence, RI 02903-7141
                                                              401-331-4660
                                                              Fax: 401-351-4420
                                                              Email:
                                                              dmahoney@morrisonmahoney.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Peerless Pump Company**

**<u>Defendant</u>**

**Rapid American Corporation**                 represented by   **Mark P. Dolan**
                                                              Rice Dolan & Kershaw
                                                              The Aldrich Building
                                                              72 Pine Street
                                                              Suite 300
                                                              Providence, RI 02903
                                                              272-8800
                                                              Fax: 421-7218
                                                              Email: ricedolan@ricedolan.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Riley Stoker Corporation**                   represented by   **Steven T. Armato**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Sepco Corp.**

**<u>Defendant</u>**

**Siemans Demag DeLaval
Turbomachinery, Inc.**

**<u>Defendant</u>**

**Tyco International (U.S.), Inc.**

**Defendant**

**Tyco Valves & Controls, Inc.**       represented by **Todd S. Holbrook**
                                                    Morgan, Lewis & Bockius LLP
                                                    225 Franklin St
                                                    16th Floor
                                                    Boston, MA 02110
                                                    617-341-7700
                                                    Fax: 617-341-7701
                                                    Email: tholbrook@morganlewis.com
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Uniroyal, Inc.**                     represented by **James J. McKenna**
                                                    McKenna & McCormick
                                                    128 Dorrance Street
                                                    Suite 330
                                                    Providence, RI 02903
                                                    831-2970
                                                    Fax: 751-1797
                                                    Email: mclaw@choiceonemail.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Universal Refractories, Inc.**

**Defendant**

**Utica Boilers**                      represented by **Andrew J. Murray**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Warren Pumps**                       represented by **Kenneth R. Costa**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Weil McLain**                        represented by **Kenneth R. Costa**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Weil Pump Company, Inc.**

**Defendant**

**Yarway Corporation**                 represented by **James A. Ruggieri**

Higgins Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903
401-272-3500
Fax: 401-273-8780
Email: jruggieri@hcc-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd S. Holbrook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Air & Liquid Systems Corporation**            represented by    **David A. Goldman**
*As Successor by Merger to Buffalo*                               Governo Law Firm LLC
*Pumps, Inc.*                                                    Two International Place
                                                                Boston, MA 02110
                                                                617-737-9045
                                                                Fax: 617-737-9046
                                                                Email: dgoldman@governo.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Crane Co.**                                   represented by    **David A. Goldman**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Crane Environmental, Inc.**                   represented by    **David A. Goldman**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Eaton Corporation**

**Defendant**

**Houdaille, Inc.**

**Defendant**

**Sterling Fluid Systems (USA), LLC,**          represented by    **Andrew J. Murray**
**improperly sued as Peerless Pump**                             (See above for address)
**Company**                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Sterling Fluid Systems (USA), LLC,**
**improperly sued as Peerless Pump**

**Company**

**Cross Claimant**

**General Electric Company**                  represented by  **Jeffrey M. Thomen**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Michael D. Chefitz**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**General Electric Company**                  represented by  **Jeffrey M. Thomen**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Michael D. Chefitz**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**A.W. Chesterton, Inc.**                     represented by  **Brian D. Gross**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Air & Liquid Systems Corporation**          represented by  **David A. Goldman**
*As Successor by Merger to Buffalo*                           (See above for address)
*Pumps, Inc.*                                                *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**American Standard Inc.**                    represented by  **A. Bernard Guekguezian**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**BW/IP International Inc.**

**Cross Defendant**

**Bayer Cropscience, Inc.**

**Cross Defendant**

**CBS Corporation**                                represented by **Thomas W. Lyons , III**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cleaver-Brooks Company**                         represented by **Peter F. Mathieu**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cooper US, Inc.**

**Cross Defendant**

**Cornell Pump Company**

**Cross Defendant**

**Crane Co.**

**Cross Defendant**

**Crane Environmental, Inc.**

**Cross Defendant**

**Crown Boilers**                                  represented by **James R. Oswald**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Mark O. Denehy**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Crown, Cork & Seal Company, Inc.**               represented by **Michael D. Chefitz**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dana Corporation**

**Cross Defendant**

**Eaton Corporation**

**Cross Defendant**

| | | |
|---|---|---|
| **Elliott Company** | represented by | **James R. Oswald**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Mark O. Denehy**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Cross Defendant**

| | | |
|---|---|---|
| **Ericsson Radio Systems, Inc.** | represented by | **Brian D. Gross**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Cross Defendant**

**FMC Corporation**

**Cross Defendant**

**Fairbanks Morse Pump Corporation**

**Cross Defendant**

| | | |
|---|---|---|
| **Foster Wheeler LLC** | represented by | **James R. Oswald**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Mark O. Denehy**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Cross Defendant**

| | | |
|---|---|---|
| **Gardner Denver, Inc.** | represented by | **Kenneth R. Costa**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Lawrence G. Cetrulo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Cross Defendant**

| | | |
|---|---|---|
| **Gould Pumps** | represented by | **Steven T. Armato**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Cross Defendant**

**Greene, Tweed & Co., Inc.**

**Cross Defendant**

**Houdaille, Inc.**

**Cross Defendant**

**IMO Industries**                         represented by   **Kenneth R. Costa**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ITT Corporation**

**Cross Defendant**

**Industrial Holdings Corporation**

**Cross Defendant**

**Ingersoll-Rand Company**                 represented by   **Brian D. Gross**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**J.H. France Refractories Co.**

**Cross Defendant**

**John Crane, Inc.**

**Cross Defendant**

**Leslie Controls, Inc.**

**Cross Defendant**

**Metropolitan Life Insurance**            represented by   **Mary C. Dunn**
**Company**                                                 (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Staci L. Kolb**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Milwaukee Valve Company**

**Cross Defendant**

**Norton Company**

**Cross Defendant**

**Owens-Illinois, Inc.**

**Cross Defendant**

**P.I.C.Contractors, Inc.**                  represented by  **Danielle J. Mahoney**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Peerless Pump Company**

**Cross Defendant**

**Rapid American Corporation**              represented by  **Mark P. Dolan**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Riley Stoker Corporation**                represented by  **Steven T. Armato**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Sepco Corp.**

**Cross Defendant**

**Siemans Demag DeLaval
Turbomachinery, Inc.**

**Cross Defendant**

**Tyco International (U.S.), Inc.**

**Cross Defendant**

**Tyco Valves & Controls, Inc.**

**Cross Defendant**

**Uniroyal, Inc.**                          represented by  **James J. McKenna**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Universal Refractories, Inc.**

**Cross Defendant**

**Utica Boilers**                           represented by  **Andrew J. Murray**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Warren Pumps**                    represented by   **Kenneth R. Costa**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Weil McLain**                     represented by   **Kenneth R. Costa**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Weil Pump Company, Inc.**

**Cross Defendant**

**Yarway Corporation**              represented by   **James A. Ruggieri**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Todd S. Holbrook**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Greene, Tweed & Co., Inc.**       represented by   **Jeffrey M. Thomen**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**A.W. Chesterton, Inc.**           represented by   **Brian D. Gross**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Air & Liquid Systems Corporation**   represented by   **David A. Goldman**
*As Successor by Merger to Buffalo*                     (See above for address)
*Pumps, Inc.*                                           *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**American Standard Inc.**                          represented by   **A. Bernard Guekguezian**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**BW/IP International Inc.**

**Cross Defendant**

**Bayer Cropscience, Inc.**

**Cross Defendant**

**CBS Corporation**                                represented by   **Thomas W. Lyons , III**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cleaver-Brooks Company**                         represented by   **Peter F. Mathieu**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cooper US, Inc.**

**Cross Defendant**

**Cornell Pump Company**

**Cross Defendant**

**Crane Co.**

**Cross Defendant**

**Crane Environmental, Inc.**

**Cross Defendant**

**Crown Boilers**                                  represented by   **James R. Oswald**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Mark O. Denehy**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Crown, Cork & Seal Company, Inc.**     represented by **Michael D. Chefitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dana Corporation**

**Cross Defendant**

**Eaton Corporation**

**Cross Defendant**

**Elliott Company**     represented by **James R. Oswald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark O. Denehy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ericsson Radio Systems, Inc.**     represented by **Brian D. Gross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**FMC Corporation**

**Cross Defendant**

**Fairbanks Morse Pump Corporation**

**Cross Defendant**

**Foster Wheeler LLC**     represented by **James R. Oswald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark O. Denehy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Gardner Denver, Inc.**     represented by **Kenneth R. Costa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|                          |                |                                                                                      |
|--------------------------|----------------|--------------------------------------------------------------------------------------|
|                          |                | **Lawrence G. Cetrulo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Cross Defendant**

**General Electric Company**     represented by    **Jeffrey M. Thomen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Chefitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Gould Pumps**     represented by    **Steven T. Armato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Greene, Tweed & Co., Inc.**     represented by    **Jeffrey M. Thomen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Houdaille, Inc.**

**Cross Defendant**

**IMO Industries**     represented by    **Kenneth R. Costa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ITT Corporation**

**Cross Defendant**

**Industrial Holdings Corporation**

**Cross Defendant**

**Ingersoll-Rand Company**     represented by    **Brian D. Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**J.H. France Refractories Co.**

**Cross Defendant**

**John Crane, Inc.**

**Cross Defendant**

**Leslie Controls, Inc.**

**Cross Defendant**

**Metropolitan Life Insurance Company**                    represented by **Mary C. Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Staci L. Kolb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Milwaukee Valve Company**

**Cross Defendant**

**Norton Company**

**Cross Defendant**

**Owens-Illinois, Inc.**

**Cross Defendant**

**P.I.C.Contractors, Inc.**                    represented by **Danielle J. Mahoney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Peerless Pump Company**

**Cross Defendant**

**Rapid American Corporation**                    represented by **Mark P. Dolan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Riley Stoker Corporation**                    represented by **Steven T. Armato**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Sepco Corp.**

**Cross Defendant**

**Siemans Demag DeLaval
Turbomachinery, Inc.**

**Cross Defendant**

**Tyco International (U.S.), Inc.**

**Cross Defendant**

**Tyco Valves & Controls, Inc.**

**Cross Defendant**

**Uniroyal, Inc.**                     represented by   **James J. McKenna**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Universal Refractories, Inc.**

**Cross Defendant**

**Utica Boilers**                      represented by   **Andrew J. Murray**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Warren Pumps**                       represented by   **Kenneth R. Costa**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Weil McLain**                        represented by   **Kenneth R. Costa**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Weil Pump Company, Inc.**

**Cross Defendant**

**Yarway Corporation**                 represented by   **James A. Ruggieri**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Todd S. Holbrook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Cross Claimant</u>

**Elliott Company**                          represented by   **James R. Oswald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark O. Denehy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Bart Totten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

<u>Cross Defendant</u>

**A.W. Chesterton, Inc.**                    represented by   **Brian D. Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Air & Liquid Systems Corporation**         represented by   **David A. Goldman**
*As Successor by Merger to Buffalo*                          (See above for address)
*Pumps, Inc.*                                               *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**American Standard Inc.**                   represented by   **A. Bernard Guekguezian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**BW/IP International Inc.**

<u>Cross Defendant</u>

**Bayer Cropscience, Inc.**

**Cross Defendant**

**CBS Corporation**                    represented by   **Thomas W. Lyons , III**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cleaver-Brooks Company**             represented by   **Peter F. Mathieu**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cooper US, Inc.**

**Cross Defendant**

**Cornell Pump Company**

**Cross Defendant**

**Crane Co.**

**Cross Defendant**

**Crane Environmental, Inc.**

**Cross Defendant**

**Crown Boilers**                      represented by   **James R. Oswald**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Mark O. Denehy**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Crown, Cork & Seal Company, Inc.**   represented by   **Michael D. Chefitz**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dana Corporation**

**Cross Defendant**

**Eaton Corporation**

**Cross Defendant**

**Elliott Company**                    represented by   **James R. Oswald**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark O. Denehy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Bart Totten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ericsson Radio Systems, Inc.**          represented by   **Brian D. Gross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**FMC Corporation**

**Cross Defendant**

**Fairbanks Morse Pump Corporation**

**Cross Defendant**

**Foster Wheeler LLC**          represented by   **James R. Oswald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark O. Denehy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Gardner Denver, Inc.**          represented by   **Kenneth R. Costa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence G. Cetrulo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**General Electric Company**          represented by   **Jeffrey M. Thomen**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Chefitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Gould Pumps**                         represented by   **Steven T. Armato**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Greene, Tweed & Co., Inc.**           represented by   **Jeffrey M. Thomen**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Houdaille, Inc.**

**Cross Defendant**
**IMO Industries**                      represented by   **Kenneth R. Costa**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**ITT Corporation**

**Cross Defendant**
**Industrial Holdings Corporation**

**Cross Defendant**
**Ingersoll-Rand Company**              represented by   **Brian D. Gross**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**J.H. France Refractories Co.**

**Cross Defendant**
**John Crane, Inc.**

**Cross Defendant**
**Leslie Controls, Inc.**

**Cross Defendant**

**Metropolitan Life Insurance Company**                represented by   **Mary C. Dunn**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Staci L. Kolb**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Milwaukee Valve Company**

**Cross Defendant**

**Norton Company**

**Cross Defendant**

**Owens-Illinois, Inc.**

**Cross Defendant**

**P.I.C.Contractors, Inc.**                             represented by   **Danielle J. Mahoney**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Peerless Pump Company**

**Cross Defendant**

**Rapid American Corporation**                          represented by   **Mark P. Dolan**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Riley Stoker Corporation**                            represented by   **Steven T. Armato**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Sepco Corp.**

**Cross Defendant**

**Siemans Demag DeLaval Turbomachinery, Inc.**

**Cross Defendant**

**Tyco International (U.S.), Inc.**

<u>**Cross Defendant**</u>
**Tyco Valves & Controls, Inc.**

<u>**Cross Defendant**</u>
**Uniroyal, Inc.**                                              represented by  **James J. McKenna**
                                                                                (See above for address)
                                                                                *LEAD ATTORNEY*
                                                                                *ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>
**Universal Refractories, Inc.**

<u>**Cross Defendant**</u>
**Utica Boilers**                                              represented by  **Andrew J. Murray**
                                                                                (See above for address)
                                                                                *LEAD ATTORNEY*
                                                                                *ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>
**Warren Pumps**                                              represented by  **Kenneth R. Costa**
                                                                                (See above for address)
                                                                                *LEAD ATTORNEY*
                                                                                *ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>
**Weil McLain**                                              represented by  **Kenneth R. Costa**
                                                                                (See above for address)
                                                                                *LEAD ATTORNEY*
                                                                                *ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>
**Weil Pump Company, Inc.**

<u>**Cross Defendant**</u>
**Yarway Corporation**                                              represented by  **James A. Ruggieri**
                                                                                (See above for address)
                                                                                *LEAD ATTORNEY*
                                                                                *ATTORNEY TO BE NOTICED*

                                                                                **Todd S. Holbrook**
                                                                                (See above for address)
                                                                                *LEAD ATTORNEY*
                                                                                *ATTORNEY TO BE NOTICED*

<u>**Cross Claimant**</u>
**Ericsson Radio Systems, Inc.**                                              represented by  **Brian D. Gross**
                                                                                (See above for address)

*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**A.W. Chesterton, Inc.**      represented by **Brian D. Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Air & Liquid Systems Corporation**      represented by **David A. Goldman**
*As Successor by Merger to Buffalo*      (See above for address)
*Pumps, Inc.*      *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**American Standard Inc.**      represented by **A. Bernard Guekguezian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**BW/IP International Inc.**

**Cross Defendant**

**Bayer Cropscience, Inc.**

**Cross Defendant**

**CBS Corporation**      represented by **Thomas W. Lyons , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cleaver-Brooks Company**      represented by **Peter F. Mathieu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cooper US, Inc.**

**Cross Defendant**

**Cornell Pump Company**

**Cross Defendant**

**Crane Co.**

**Cross Defendant**
**Crane Environmental, Inc.**

**Cross Defendant**
**Crown Boilers**                         represented by   **James R. Oswald**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mark O. Denehy**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Crown, Cork & Seal Company, Inc.**      represented by   **Michael D. Chefitz**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Dana Corporation**

**Cross Defendant**
**Eaton Corporation**

**Cross Defendant**
**Elliott Company**                       represented by   **James R. Oswald**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mark O. Denehy**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **R. Bart Totten**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Ericsson Radio Systems, Inc.**          represented by   **Brian D. Gross**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**FMC Corporation**

**Cross Defendant**

**Fairbanks Morse Pump Corporation**

**Cross Defendant**

**Foster Wheeler LLC**                        represented by    **James R. Oswald**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Mark O. Denehy**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Gardner Denver, Inc.**                      represented by    **Kenneth R. Costa**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Lawrence G. Cetrulo**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**General Electric Company**                  represented by    **Jeffrey M. Thomen**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Michael D. Chefitz**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Gould Pumps**                               represented by    **Steven T. Armato**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Greene, Tweed & Co., Inc.**                 represented by    **Jeffrey M. Thomen**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Houdaille, Inc.**

**Cross Defendant**

**IMO Industries**                              represented by **Kenneth R. Costa**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ITT Corporation**

**Cross Defendant**

**Industrial Holdings Corporation**

**Cross Defendant**

**Ingersoll-Rand Company**                      represented by **Brian D. Gross**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**J.H. France Refractories Co.**

**Cross Defendant**

**John Crane, Inc.**

**Cross Defendant**

**Leslie Controls, Inc.**

**Cross Defendant**

**Metropolitan Life Insurance Company**         represented by **Mary C. Dunn**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Staci L. Kolb**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Milwaukee Valve Company**

**Cross Defendant**

**Norton Company**

**Cross Defendant**

**Owens-Illinois, Inc.**

**Cross Defendant**

**P.I.C.Contractors, Inc.**                    represented by   **Danielle J. Mahoney**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Peerless Pump Company**

**Cross Defendant**

**Rapid American Corporation**                 represented by   **Mark P. Dolan**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Riley Stoker Corporation**                   represented by   **Steven T. Armato**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Sepco Corp.**

**Cross Defendant**

**Siemans Demag DeLaval
Turbomachinery, Inc.**

**Cross Defendant**

**Tyco International (U.S.), Inc.**

**Cross Defendant**

**Tyco Valves & Controls, Inc.**

**Cross Defendant**

**Uniroyal, Inc.**                             represented by   **James J. McKenna**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Universal Refractories, Inc.**

**Cross Defendant**

**Utica Boilers**                              represented by   **Andrew J. Murray**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Warren Pumps**                            represented by   **Kenneth R. Costa**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Weil McLain**                             represented by   **Kenneth R. Costa**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Weil Pump Company, Inc.**

**Cross Defendant**

**Yarway Corporation**                      represented by   **James A. Ruggieri**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Todd S. Holbrook**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Crown Boilers**                           represented by   **R. Bart Totten**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**A.W. Chesterton, Inc.**                   represented by   **Brian D. Gross**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Air & Liquid Systems Corporation**        represented by   **David A. Goldman**
*As Successor by Merger to Buffalo*                          (See above for address)
*Pumps, Inc.*                                               *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**American Standard Inc.**                  represented by   **A. Bernard Guekguezian**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**
**BW/IP International Inc.**

**Cross Defendant**
**Bayer Cropscience, Inc.**

**Cross Defendant**
**CBS Corporation**                  represented by  **Thomas W. Lyons , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Cleaver-Brooks Company**            represented by  **Peter F. Mathieu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Cooper US, Inc.**

**Cross Defendant**
**Cornell Pump Company**

**Cross Defendant**
**Crane Co.**

**Cross Defendant**
**Crane Environmental, Inc.**

**Cross Defendant**
**Crown Boilers**                     represented by  **James R. Oswald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark O. Denehy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Bart Totten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Crown, Cork & Seal Company, Inc.**          represented by **Michael D. Chefitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dana Corporation**

**Cross Defendant**

**Eaton Corporation**

**Cross Defendant**

**Elliott Company**          represented by **James R. Oswald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark O. Denehy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Bart Totten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ericsson Radio Systems, Inc.**          represented by **Brian D. Gross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**FMC Corporation**

**Cross Defendant**

**Fairbanks Morse Pump Corporation**

**Cross Defendant**

**Foster Wheeler LLC**          represented by **James R. Oswald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark O. Denehy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Gardner Denver, Inc.**                      represented by    **Kenneth R. Costa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence G. Cetrulo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**General Electric Company**                  represented by    **Jeffrey M. Thomen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Chefitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Gould Pumps**                               represented by    **Steven T. Armato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Greene, Tweed & Co., Inc.**                 represented by    **Jeffrey M. Thomen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Houdaille, Inc.**

**Cross Defendant**

**IMO Industries**                            represented by    **Kenneth R. Costa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ITT Corporation**

**Cross Defendant**

**Industrial Holdings Corporation**

**Cross Defendant**

**Ingersoll-Rand Company**                    represented by **Brian D. Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**J.H. France Refractories Co.**

**Cross Defendant**

**John Crane, Inc.**

**Cross Defendant**

**Leslie Controls, Inc.**

**Cross Defendant**

**Metropolitan Life Insurance Company**              represented by **Mary C. Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Staci L. Kolb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Milwaukee Valve Company**

**Cross Defendant**

**Norton Company**

**Cross Defendant**

**Owens-Illinois, Inc.**

**Cross Defendant**

**P.I.C.Contractors, Inc.**                   represented by **Danielle J. Mahoney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Peerless Pump Company**

**Cross Defendant**

**Rapid American Corporation**                represented by **Mark P. Dolan**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Riley Stoker Corporation**                    represented by **Steven T. Armato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Sepco Corp.**

**Cross Defendant**

**Siemans Demag DeLaval
Turbomachinery, Inc.**

**Cross Defendant**

**Tyco International (U.S.), Inc.**

**Cross Defendant**

**Tyco Valves & Controls, Inc.**

**Cross Defendant**

**Uniroyal, Inc.**                              represented by **James J. McKenna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Universal Refractories, Inc.**

**Cross Defendant**

**Utica Boilers**                               represented by **Andrew J. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Warren Pumps**                                represented by **Kenneth R. Costa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Weil McLain**                                 represented by **Kenneth R. Costa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Weil Pump Company, Inc.**

**Cross Defendant**

**Yarway Corporation**                    represented by **James A. Ruggieri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd S. Holbrook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Air & Liquid Systems Corporation**      represented by **David A. Goldman**
*As Successor by Merger to Buffalo*       (See above for address)
*Pumps, Inc.*                             *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**A.W. Chesterton, Inc.**                 represented by **Brian D. Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**American Standard Inc.**                represented by **A. Bernard Guekguezian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**BW/IP International Inc.**

**Cross Defendant**

**Bayer Cropscience, Inc.**

**Cross Defendant**

**CBS Corporation**                       represented by **Thomas W. Lyons , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cleaver-Brooks Company**                represented by **Peter F. Mathieu**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Cooper US, Inc.**

**Cross Defendant**
**Cornell Pump Company**

**Cross Defendant**
**Crane Co.**                                 represented by  **David A. Goldman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Crane Environmental, Inc.**                 represented by  **David A. Goldman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Crown Boilers**                             represented by  **James R. Oswald**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Mark O. Denehy**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **R. Bart Totten**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Crown, Cork & Seal Company, Inc.**          represented by  **Michael D. Chefitz**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Dana Corporation**

**Cross Defendant**
**Eaton Corporation**

**Cross Defendant**
**Elliott Company**                           represented by  **James R. Oswald**
                                                              (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark O. Denehy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Bart Totten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ericsson Radio Systems, Inc.**      represented by **Brian D. Gross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**FMC Corporation**

**Cross Defendant**

**Fairbanks Morse Pump Corporation**

**Cross Defendant**

**Foster Wheeler LLC**      represented by **James R. Oswald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark O. Denehy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Gardner Denver, Inc.**      represented by **Kenneth R. Costa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence G. Cetrulo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**General Electric Company**      represented by **Jeffrey M. Thomen**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Michael D. Chefitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Gould Pumps**                    represented by    **Steven T. Armato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Greene, Tweed & Co., Inc.**      represented by    **Jeffrey M. Thomen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Houdaille, Inc.**

**Cross Defendant**

**IMO Industries**                 represented by    **Kenneth R. Costa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ITT Corporation**

**Cross Defendant**

**Industrial Holdings Corporation**

**Cross Defendant**

**Ingersoll-Rand Company**         represented by    **Brian D. Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**J.H. France Refractories Co.**

**Cross Defendant**

**John Crane, Inc.**

**Cross Defendant**

**Leslie Controls, Inc.**

**Cross Defendant**

**Metropolitan Life Insurance
Company**
     represented by **Mary C. Dunn**
            (See above for address)
            *LEAD ATTORNEY*
            *ATTORNEY TO BE NOTICED*

            **Staci L. Kolb**
            (See above for address)
            *LEAD ATTORNEY*
            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Milwaukee Valve Company**

**Cross Defendant**

**Norton Company**

**Cross Defendant**

**Owens-Illinois, Inc.**

**Cross Defendant**

**P.I.C.Contractors, Inc.**
     represented by **Danielle J. Mahoney**
            (See above for address)
            *LEAD ATTORNEY*
            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Peerless Pump Company**

**Cross Defendant**

**Rapid American Corporation**
     represented by **Mark P. Dolan**
            (See above for address)
            *LEAD ATTORNEY*
            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Riley Stoker Corporation**
     represented by **Steven T. Armato**
            (See above for address)
            *LEAD ATTORNEY*
            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Sepco Corp.**

**Cross Defendant**

**Siemans Demag DeLaval
Turbomachinery, Inc.**

**Cross Defendant**

**Tyco International (U.S.), Inc.**

**Cross Defendant**
**Tyco Valves & Controls, Inc.**

**Cross Defendant**
**Uniroyal, Inc.**                        represented by  **James J. McKenna**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Universal Refractories, Inc.**

**Cross Defendant**
**Utica Boilers**                         represented by  **Andrew J. Murray**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Warren Pumps**                          represented by  **Kenneth R. Costa**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Weil McLain**                           represented by  **Kenneth R. Costa**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Weil Pump Company, Inc.**

**Cross Defendant**
**Yarway Corporation**                    represented by  **James A. Ruggieri**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Todd S. Holbrook**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cross Claimant**
**Crane Co.**                             represented by  **David A. Goldman**
                                                          (See above for address)

*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**A.W. Chesterton, Inc.**                                     represented by   **Brian D. Gross**
                                                                               (See above for address)
                                                                               *LEAD ATTORNEY*
                                                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Air & Liquid Systems Corporation**                         represented by   **David A. Goldman**
*As Successor by Merger to Buffalo*                                           (See above for address)
*Pumps, Inc.*                                                                 *LEAD ATTORNEY*
                                                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**American Standard Inc.**                                   represented by   **A. Bernard Guekguezian**
                                                                               (See above for address)
                                                                               *LEAD ATTORNEY*
                                                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**BW/IP International Inc.**

**Cross Defendant**

**Bayer Cropscience, Inc.**

**Cross Defendant**

**CBS Corporation**                                          represented by   **Thomas W. Lyons , III**
                                                                               (See above for address)
                                                                               *LEAD ATTORNEY*
                                                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cleaver-Brooks Company**                                   represented by   **Peter F. Mathieu**
                                                                               (See above for address)
                                                                               *LEAD ATTORNEY*
                                                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cooper US, Inc.**

**Cross Defendant**

**Cornell Pump Company**

**Cross Defendant**

**Crane Environmental, Inc.**                                represented by   **David A. Goldman**
                                                                               (See above for address)

*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Crown Boilers**                          represented by  **James R. Oswald**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mark O. Denehy**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **R. Bart Totten**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Crown, Cork & Seal Company, Inc.**       represented by  **Michael D. Chefitz**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dana Corporation**

**Cross Defendant**

**Eaton Corporation**

**Cross Defendant**

**Elliott Company**                        represented by  **James R. Oswald**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mark O. Denehy**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **R. Bart Totten**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ericsson Radio Systems, Inc.**           represented by  **Brian D. Gross**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**FMC Corporation**

**Cross Defendant**
**Fairbanks Morse Pump Corporation**

**Cross Defendant**
**Foster Wheeler LLC**                    represented by **James R. Oswald**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Mark O. Denehy**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Gardner Denver, Inc.**                  represented by **Kenneth R. Costa**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Lawrence G. Cetrulo**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**General Electric Company**              represented by **Jeffrey M. Thomen**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Michael D. Chefitz**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Gould Pumps**                           represented by **Steven T. Armato**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Greene, Tweed & Co., Inc.**             represented by **Jeffrey M. Thomen**
                                          (See above for address)
                                          *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Houdaille, Inc.**

**Cross Defendant**
**IMO Industries**                         represented by **Kenneth R. Costa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**
**ITT Corporation**

**Cross Defendant**
**Industrial Holdings Corporation**

**Cross Defendant**
**Ingersoll-Rand Company**                 represented by **Brian D. Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**
**J.H. France Refractories Co.**

**Cross Defendant**
**John Crane, Inc.**

**Cross Defendant**
**Leslie Controls, Inc.**

**Cross Defendant**
**Metropolitan Life Insurance**            represented by **Mary C. Dunn**
**Company**                                (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Staci L. Kolb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Milwaukee Valve Company**

**Cross Defendant**
**Norton Company**

**Cross Defendant**

**Owens-Illinois, Inc.**

**Cross Defendant**

**P.I.C.Contractors, Inc.**                    represented by **Danielle J. Mahoney**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Peerless Pump Company**

**Cross Defendant**

**Rapid American Corporation**                 represented by **Mark P. Dolan**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Riley Stoker Corporation**                   represented by **Steven T. Armato**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Sepco Corp.**

**Cross Defendant**

**Siemans Demag DeLaval
Turbomachinery, Inc.**

**Cross Defendant**

**Tyco International (U.S.), Inc.**

**Cross Defendant**

**Tyco Valves & Controls, Inc.**

**Cross Defendant**

**Uniroyal, Inc.**                             represented by **James J. McKenna**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Universal Refractories, Inc.**

**Cross Defendant**

**Utica Boilers**                              represented by **Andrew J. Murray**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Warren Pumps**                    represented by **Kenneth R. Costa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Weil McLain**                    represented by **Kenneth R. Costa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Weil Pump Company, Inc.**

**Cross Defendant**

**Yarway Corporation**             represented by **James A. Ruggieri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd S. Holbrook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Crane Environmental, Inc.**      represented by **David A. Goldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**A.W. Chesterton, Inc.**          represented by **Brian D. Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Air & Liquid Systems Corporation**   represented by **David A. Goldman**
*As Successor by Merger to Buffalo*    (See above for address)
*Pumps, Inc.*                          *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**American Standard Inc.**                    represented by  **A. Bernard Guekguezian**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**BW/IP International Inc.**

**Cross Defendant**

**Bayer Cropscience, Inc.**

**Cross Defendant**

**CBS Corporation**                           represented by  **Thomas W. Lyons , III**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cleaver-Brooks Company**                    represented by  **Peter F. Mathieu**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cooper US, Inc.**

**Cross Defendant**

**Cornell Pump Company**

**Cross Defendant**

**Crane Co.**                                 represented by  **David A. Goldman**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Crown Boilers**                             represented by  **James R. Oswald**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Mark O. Denehy**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **R. Bart Totten**
                                              (See above for address)
                                              *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Crown, Cork & Seal Company, Inc.**          represented by   **Michael D. Chefitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dana Corporation**

**Cross Defendant**

**Eaton Corporation**

**Cross Defendant**

**Elliott Company**          represented by   **James R. Oswald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark O. Denehy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Bart Totten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ericsson Radio Systems, Inc.**          represented by   **Brian D. Gross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**FMC Corporation**

**Cross Defendant**

**Fairbanks Morse Pump Corporation**

**Cross Defendant**

**Foster Wheeler LLC**          represented by   **James R. Oswald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark O. Denehy**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Gardner Denver, Inc.**                    represented by  **Kenneth R. Costa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence G. Cetrulo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**General Electric Company**                represented by  **Jeffrey M. Thomen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Chefitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Gould Pumps**                             represented by  **Steven T. Armato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Greene, Tweed & Co., Inc.**               represented by  **Jeffrey M. Thomen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Houdaille, Inc.**

**Cross Defendant**

**IMO Industries**                          represented by  **Kenneth R. Costa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ITT Corporation**

**Cross Defendant**

**Industrial Holdings Corporation**

**Cross Defendant**

**Ingersoll-Rand Company**                    represented by  **Brian D. Gross**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**J.H. France Refractories Co.**

**Cross Defendant**

**John Crane, Inc.**

**Cross Defendant**

**Leslie Controls, Inc.**

**Cross Defendant**

**Metropolitan Life Insurance**              represented by  **Mary C. Dunn**
**Company**                                                 (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Staci L. Kolb**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Milwaukee Valve Company**

**Cross Defendant**

**Norton Company**

**Cross Defendant**

**Owens-Illinois, Inc.**

**Cross Defendant**

**P.I.C.Contractors, Inc.**                   represented by  **Danielle J. Mahoney**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Peerless Pump Company**

**Cross Defendant**

**Rapid American Corporation**                represented by  **Mark P. Dolan**
                                                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Riley Stoker Corporation**                 represented by   **Steven T. Armato**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Sepco Corp.**

**Cross Defendant**

**Siemans Demag DeLaval
Turbomachinery, Inc.**

**Cross Defendant**

**Tyco International (U.S.), Inc.**

**Cross Defendant**

**Tyco Valves & Controls, Inc.**

**Cross Defendant**

**Uniroyal, Inc.**                           represented by   **James J. McKenna**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Universal Refractories, Inc.**

**Cross Defendant**

**Utica Boilers**                            represented by   **Andrew J. Murray**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Warren Pumps**                             represented by   **Kenneth R. Costa**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Weil McLain**                              represented by   **Kenneth R. Costa**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Weil Pump Company, Inc.**

**Cross Defendant**

**Yarway Corporation**                    represented by **James A. Ruggieri**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Todd S. Holbrook**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Utica Boilers**                         represented by **Andrew J. Murray**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

**A.W. Chesterton, Inc.**                 represented by **Brian D. Gross**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Air & Liquid Systems Corporation**      represented by **David A. Goldman**
*As Successor by Merger to Buffalo*                   (See above for address)
*Pumps, Inc.*                                         *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**American Standard Inc.**                represented by **A. Bernard Guekguezian**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**BW/IP International Inc.**

**ThirdParty Defendant**

**Bayer Cropscience, Inc.**

**ThirdParty Defendant**

**CBS Corporation**                       represented by **Thomas W. Lyons , III**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Cleaver-Brooks Company**                    represented by   **Peter F. Mathieu**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Cooper US, Inc.**

**ThirdParty Defendant**

**Cornell Pump Company**

**ThirdParty Defendant**

**Crane Co.**                                represented by   **David A. Goldman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Crane Environmental, Inc.**                represented by   **David A. Goldman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Crown Boilers**                            represented by   **James R. Oswald**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Mark O. Denehy**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **R. Bart Totten**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Crown, Cork & Seal Company, Inc.**         represented by   **Michael D. Chefitz**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Dana Corporation**

**ThirdParty Defendant**
**Eaton Corporation**

**ThirdParty Defendant**
**Elliott Company**                     represented by   **James R. Oswald**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mark O. Denehy**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **R. Bart Totten**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**
**Ericsson Radio Systems, Inc.**        represented by   **Brian D. Gross**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**
**FMC Corporation**                     represented by   **Andrew J. Murray**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**
**Fairbanks Morse Pump Corporation**

**ThirdParty Defendant**
**Foster Wheeler LLC**                  represented by   **James R. Oswald**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mark O. Denehy**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**
**Gardner Denver, Inc.**                represented by   **Kenneth R. Costa**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Lawrence G. Cetrulo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**
**General Electric Company**          represented by **Jeffrey M. Thomen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Chefitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**
**Gould Pumps**                       represented by **Steven T. Armato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**
**Greene, Tweed & Co., Inc.**         represented by **Jeffrey M. Thomen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**
**Houdaille, Inc.**

**ThirdParty Defendant**
**IMO Industries**                    represented by **Kenneth R. Costa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**
**ITT Corporation**

**ThirdParty Defendant**
**Industrial Holdings Corporation**   represented by **Andrew J. Murray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**
**Ingersoll-Rand Company**            represented by **Brian D. Gross**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**J.H. France Refractories Co.**

**ThirdParty Defendant**

**John Crane, Inc.**

**ThirdParty Defendant**

**Leslie Controls, Inc.**

**ThirdParty Defendant**

**Metropolitan Life Insurance Company**

represented by **Mary C. Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Staci L. Kolb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Milwaukee Valve Company**

**ThirdParty Defendant**

**Norton Company**

**ThirdParty Defendant**

**Owens-Illinois, Inc.**

**ThirdParty Defendant**

**P.I.C.Contractors, Inc.**

represented by **Danielle J. Mahoney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Peerless Pump Company**

**ThirdParty Defendant**

**Rapid American Corporation**

represented by **Mark P. Dolan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Riley Stoker Corporation**

represented by **Steven T. Armato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**
Sepco Corp.

**ThirdParty Defendant**
**Siemans Demag DeLaval
Turbomachinery, Inc.**

**ThirdParty Defendant**
**Sterling Fluid Systems (USA), LLC,
improperly sued as Peerless Pump
Company**

represented by **Andrew J. Murray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**
**Tyco International (U.S.), Inc.**

**ThirdParty Defendant**
**Tyco Valves & Controls, Inc.**

represented by **Todd S. Holbrook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**
**Uniroyal, Inc.**

represented by **James J. McKenna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**
**Universal Refractories, Inc.**

**ThirdParty Defendant**
**Utica Boilers**

represented by **Andrew J. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**
**Warren Pumps**

represented by **Kenneth R. Costa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**
**Weil McLain**

represented by **Kenneth R. Costa**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**
**Weil Pump Company, Inc.**

**ThirdParty Defendant**

**Yarway Corporation**                    represented by  **James A. Ruggieri**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Todd S. Holbrook**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Utica Boilers**                         represented by  **Andrew J. Murray**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**A.W. Chesterton, Inc.**                 represented by  **Brian D. Gross**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Air & Liquid Systems Corporation**      represented by  **David A. Goldman**
*As Successor by Merger to Buffalo*                        (See above for address)
*Pumps, Inc.*                                             *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**American Standard Inc.**                represented by  **A. Bernard Guekguezian**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**BW/IP International Inc.**

**Cross Defendant**

**Bayer Cropscience, Inc.**

**Cross Defendant**

**CBS Corporation**                    represented by **Thomas W. Lyons , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cleaver-Brooks Company**             represented by **Peter F. Mathieu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cooper US, Inc.**

**Cross Defendant**

**Cornell Pump Company**

**Cross Defendant**

**Crane Co.**                          represented by **David A. Goldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Crane Environmental, Inc.**          represented by **David A. Goldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Crown Boilers**                      represented by **James R. Oswald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark O. Denehy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Bart Totten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Crown, Cork & Seal Company, Inc.**   represented by **Michael D. Chefitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dana Corporation**

**Cross Defendant**

**Eaton Corporation**

**Cross Defendant**

**Elliott Company**  represented by  **James R. Oswald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark O. Denehy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Bart Totten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ericsson Radio Systems, Inc.**  represented by  **Brian D. Gross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**FMC Corporation**  represented by  **Andrew J. Murray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Fairbanks Morse Pump Corporation**

**Cross Defendant**

**Foster Wheeler LLC**  represented by  **James R. Oswald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark O. Denehy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Gardner Denver, Inc.**  represented by  **Kenneth R. Costa**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence G. Cetrulo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**
**General Electric Company**                represented by **Jeffrey M. Thomen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Chefitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Gould Pumps**                represented by **Steven T. Armato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Greene, Tweed & Co., Inc.**                represented by **Jeffrey M. Thomen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Houdaille, Inc.**

**Cross Defendant**
**IMO Industries**                represented by **Kenneth R. Costa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**
**ITT Corporation**

**Cross Defendant**
**Industrial Holdings Corporation**                represented by **Andrew J. Murray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ingersoll-Rand Company**                    represented by **Brian D. Gross**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**J.H. France Refractories Co.**

**Cross Defendant**
**John Crane, Inc.**

**Cross Defendant**
**Leslie Controls, Inc.**

**Cross Defendant**
**Metropolitan Life Insurance**               represented by **Mary C. Dunn**
**Company**                                   (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Staci L. Kolb**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Milwaukee Valve Company**

**Cross Defendant**
**Norton Company**

**Cross Defendant**
**Owens-Illinois, Inc.**

**Cross Defendant**
**P.I.C.Contractors, Inc.**                   represented by **Danielle J. Mahoney**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Peerless Pump Company**

**Cross Defendant**
**Rapid American Corporation**                represented by **Mark P. Dolan**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Riley Stoker Corporation**                    represented by **Steven T. Armato**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Sepco Corp.**

**Cross Defendant**

**Siemans Demag DeLaval
Turbomachinery, Inc.**

**Cross Defendant**

**Sterling Fluid Systems (USA), LLC,**          represented by **Andrew J. Murray**
**improperly sued as Peerless Pump**            (See above for address)
**Company**                                     *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Tyco International (U.S.), Inc.**

**Cross Defendant**

**Tyco Valves & Controls, Inc.**                represented by **Todd S. Holbrook**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Uniroyal, Inc.**                              represented by **James J. McKenna**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Universal Refractories, Inc.**

**Cross Defendant**

**Utica Boilers**                               represented by **Andrew J. Murray**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Warren Pumps**                                represented by **Kenneth R. Costa**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Weil McLain**                                 represented by **Kenneth R. Costa**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Weil Pump Company, Inc.**

**Cross Defendant**

**Yarway Corporation**                    represented by    **James A. Ruggieri**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Todd S. Holbrook**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2011 | 1 | NOTICE OF REMOVAL by Air & Liquid Systems Corporation from Rhode Island Superior Court, case number PC 2011-1657. ( Filing fee $ 350 receipt number 14670005831) (Attachments: # 1 State Court Complaint, # 2 Civil Cover Sheet, # 3 Foreman Article)(Farrell Pletcher, Paula) Filer Modified on 7/18/2011 (Farrell Pletcher, Paula). (Attachment 2 replaced with signed cover sheet on 7/22/2011) (Smith, Rana). (Entered: 07/18/2011) |
| 07/15/2011 | 2 | Corporate Disclosure Statement by Air & Liquid Systems Corporation identifying Other Affiliate Ampco-Pittsburgh Corporation for Air & Liquid Systems Corporation.. (Farrell Pletcher, Paula) (Entered: 07/18/2011) |
| 07/15/2011 | 3 | NOTICE by Air & Liquid Systems Corporation of pending motions. (Farrell Pletcher, Paula) (Entered: 07/18/2011) |
| 07/15/2011 | 4 | STATE COURT RECORD filed by Air & Liquid Systems Corporation. (Farrell Pletcher, Paula) (Entered: 07/18/2011) |
| 07/19/2011 | 5 | NOTICE of Appearance by James R. Oswald on behalf of Foster Wheeler LLC (Oswald, James) (Entered: 07/19/2011) |
| 07/19/2011 | 6 | Corporate Disclosure Statement by Foster Wheeler LLC. (Oswald, James) (Entered: 07/19/2011) |
| 07/19/2011 | 7 | NOTICE by Foster Wheeler LLC *of Joinder in Notice of Removal* (Attachments: # 1 Exhibit, # 2 Exhibit)(Oswald, James) (Entered: 07/19/2011) |
| 07/19/2011 | 8 | ANSWER to Complaint by Foster Wheeler LLC.(Oswald, James) (Entered: 07/19/2011) |
| 07/19/2011 | 9 | NOTICE of Appearance by Jeffrey M. Thomen on behalf of General Electric Company (Thomen, Jeffrey) (Entered: 07/19/2011) |

| 07/19/2011 | 10 | ANSWER to Complaint, CROSSCLAIM *and Answer to CrossClaim* against All Defendants by General Electric Company.(Thomen, Jeffrey) (Entered: 07/19/2011) |
| 07/19/2011 | 11 | NOTICE of Appearance by Jeffrey M. Thomen on behalf of Greene, Tweed & Co., Inc. (Thomen, Jeffrey) (Entered: 07/19/2011) |
| 07/19/2011 | 12 | ANSWER to Complaint, CROSSCLAIM *and Answer to Crossclaim* against All Defendants by Greene, Tweed & Co., Inc..(Thomen, Jeffrey) (Entered: 07/19/2011) |
| 07/20/2011 | 13 | NOTICE by CBS Corporation *Joinder in Notice of Removal* (Lyons, Thomas) (Entered: 07/20/2011) |
| 07/20/2011 | 14 | Corporate Disclosure Statement by General Electric Company. (Thomen, Jeffrey) (Entered: 07/20/2011) |
| 07/20/2011 | 15 | Corporate Disclosure Statement by Greene, Tweed & Co., Inc.. (Thomen, Jeffrey) (Entered: 07/20/2011) |
| 07/21/2011 | 16 | NOTICE of Appearance by R. Bart Totten on behalf of Elliott Company (Totten, R.) (Entered: 07/21/2011) |
| 07/21/2011 | 17 | Corporate Disclosure Statement by Elliott Company. (Totten, R.) (Entered: 07/21/2011) |
| 07/21/2011 | 18 | NOTICE by Elliott Company *Joinder in Notice of Removal* (Totten, R.) (Entered: 07/21/2011) |
| 07/21/2011 | 19 | ANSWER to Complaint, CROSSCLAIM against All Defendants by Elliott Company.(Totten, R.) (Entered: 07/21/2011) |
| 07/22/2011 | 20 | NOTICE of Appearance by Brian D. Gross on behalf of Ericsson Radio Systems, Inc. (Gross, Brian) (Entered: 07/22/2011) |
| 07/22/2011 | 21 | Corporate Disclosure Statement by Ericsson Radio Systems, Inc. identifying Corporate Parent Telefonaktiebolaget L M Ericsson for Ericsson Radio Systems, Inc., Ericsson Radio Systems, Inc., Ericsson Radio Systems, Inc., Ericsson Radio Systems, Inc... (Gross, Brian) (Entered: 07/22/2011) |
| 07/22/2011 | 22 | ANSWER to Complaint, CROSSCLAIM *and Answer to Crossclaim* against All Defendants by Ericsson Radio Systems, Inc..(Gross, Brian) (Entered: 07/22/2011) |
| 07/28/2011 | 23 | ANSWER to Complaint, CROSSCLAIM against All Defendants by Crown Boilers.(Totten, R.) (Entered: 07/28/2011) |
| 07/29/2011 | 24 | NOTICE of Appearance by David A. Goldman on behalf of Air & Liquid Systems Corporation, Crane Co., Crane Environmental, Inc. (Goldman, David) (Entered: 07/29/2011) |
| 07/29/2011 | 25 | ANSWER to Complaint *Affirmative Defenses*, CROSSCLAIM against A.W. Chesterton, Inc., American Standard Inc., BW/IP International Inc., Bayer Cropscience, Inc., CBS Corporation, Cleaver-Brooks Company, Cooper US, Inc., Cornell Pump Company, Crane Co., Crane Environmental, Inc., Crown |

| | | |
|---|---|---|
| | | Boilers, Crown, Cork & Seal Company, Inc., Dana Corporation, Eaton Corporation, Elliott Company, Ericsson Radio Systems, Inc., FMC Corporation, Fairbanks Morse Pump Corporation, Foster Wheeler LLC, Gardner Denver, Inc., General Electric Company, Gould Pumps, Greene, Tweed & Co., Inc., Houdaille, Inc., IMO Industries, ITT Corporation, Industrial Holdings Corporation, Ingersoll-Rand Company, J.H. France Refractories Co., John Crane, Inc., Leslie Controls, Inc., Metropolitan Life Insurance Company, Milwaukee Valve Company, Norton Company, Owens-Illinois, Inc., P.I.C.Contractors, Inc., Peerless Pump Company, Rapid American Corporation, Riley Stoker Corporation, Sepco Corp., Siemans Demag DeLaval Turbomachinery, Inc., Tyco International (U.S.), Inc., Tyco Valves & Controls, Inc., Uniroyal, Inc., Universal Refractories, Inc., Utica Boilers, Warren Pumps, Weil McLain, Weil Pump Company, Inc., Yarway Corporation by Air & Liquid Systems Corporation.(Goldman, David) (Entered: 07/29/2011) |
| 07/29/2011 | 26 | ANSWER to Complaint *Affirmative Defenses*, CROSSCLAIM against A.W. Chesterton, Inc., Air & Liquid Systems Corporation, American Standard Inc., BW/IP International Inc., Bayer Cropscience, Inc., CBS Corporation, Cleaver-Brooks Company, Cooper US, Inc., Cornell Pump Company, Crane Environmental, Inc., Crown Boilers, Crown, Cork & Seal Company, Inc., Dana Corporation, Eaton Corporation, Elliott Company, Ericsson Radio Systems, Inc., FMC Corporation, Fairbanks Morse Pump Corporation, Foster Wheeler LLC, Gardner Denver, Inc., General Electric Company, Gould Pumps, Greene, Tweed & Co., Inc., Houdaille, Inc., IMO Industries, ITT Corporation, Industrial Holdings Corporation, Ingersoll-Rand Company, J.H. France Refractories Co., John Crane, Inc., Leslie Controls, Inc., Metropolitan Life Insurance Company, Milwaukee Valve Company, Norton Company, Owens-Illinois, Inc., P.I.C.Contractors, Inc., Peerless Pump Company, Rapid American Corporation, Riley Stoker Corporation, Sepco Corp., Siemans Demag DeLaval Turbomachinery, Inc., Tyco International (U.S.), Inc., Tyco Valves & Controls, Inc., Uniroyal, Inc., Universal Refractories, Inc., Utica Boilers, Warren Pumps, Weil McLain, Weil Pump Company, Inc., Yarway Corporation by Crane Co..(Goldman, David) (Entered: 07/29/2011) |
| 07/29/2011 | 27 | ANSWER to Complaint *Affirmative Defenses*, CROSSCLAIM against A.W. Chesterton, Inc., Air & Liquid Systems Corporation, American Standard Inc., BW/IP International Inc., Bayer Cropscience, Inc., CBS Corporation, Cleaver-Brooks Company, Cooper US, Inc., Cornell Pump Company, Crane Co., Crown Boilers, Crown, Cork & Seal Company, Inc., Dana Corporation, Eaton Corporation, Elliott Company, Ericsson Radio Systems, Inc., FMC Corporation, Fairbanks Morse Pump Corporation, Foster Wheeler LLC, Gardner Denver, Inc., General Electric Company, Gould Pumps, Greene, Tweed & Co., Inc., Houdaille, Inc., IMO Industries, ITT Corporation, Industrial Holdings Corporation, Ingersoll-Rand Company, J.H. France Refractories Co., John Crane, Inc., Leslie Controls, Inc., Metropolitan Life Insurance Company, Milwaukee Valve Company, Norton Company, Owens-Illinois, Inc., P.I.C.Contractors, Inc., Peerless Pump Company, Rapid American Corporation, Riley Stoker Corporation, Sepco Corp., Siemans Demag DeLaval Turbomachinery, Inc., Tyco International (U.S.), Inc., Tyco Valves & Controls, Inc., Uniroyal, Inc., Universal Refractories, Inc., Utica |

| | | Boilers, Warren Pumps, Weil McLain, Weil Pump Company, Inc., Yarway Corporation by Crane Environmental, Inc..(Goldman, David) (Entered: 07/29/2011) |
|---|---|---|
| 07/29/2011 | 28 | Corporate Disclosure Statement by Crane Co.. (Goldman, David) (Entered: 07/29/2011) |
| 07/29/2011 | 29 | Corporate Disclosure Statement by Crane Environmental, Inc.. (Goldman, David) (Entered: 07/29/2011) |
| 07/29/2011 | 30 | NOTICE of Appearance by Thomas W. Lyons, III on behalf of CBS Corporation (Lyons, Thomas) (Entered: 07/29/2011) |
| 07/29/2011 | 31 | Corporate Disclosure Statement by CBS Corporation. (Lyons, Thomas) (Entered: 07/29/2011) |
| 07/29/2011 | 32 | NOTICE of Appearance by Todd S. Holbrook on behalf of Tyco Valves & Controls, Inc., Yarway Corporation (Holbrook, Todd) (Entered: 07/29/2011) |
| 07/29/2011 | 33 | Corporate Disclosure Statement by Tyco Valves & Controls, Inc., Yarway Corporation. (Holbrook, Todd) (Entered: 07/29/2011) |
| 08/01/2011 | 34 | NOTICE of Appearance by Mary C. Dunn on behalf of Metropolitan Life Insurance Company (Dunn, Mary) (Entered: 08/01/2011) |
| 08/01/2011 | 35 | Corporate Disclosure Statement by Metropolitan Life Insurance Company. (Dunn, Mary) (Entered: 08/01/2011) |
| 08/01/2011 | 36 | ANSWER to Complaint *and Defenses to Plaintiff's Complaint and Jury Demand and to Cross-Claims of Any and All Other Defendants and Third-Party Defendants* by Metropolitan Life Insurance Company.(Dunn, Mary) (Entered: 08/01/2011) |
| 08/02/2011 | 37 | MOTION to Remand to State Court *to Air & Liquid Systems Corp. Notice of Removal* by David Preston. Responses due by 8/19/2011 (Attachments: # 1 Supporting Memorandum, # 2 Text of Proposed Order, # 3 Exhibit Exhibit A, # 4 Exhibit Exhibit B)(Greene, Vincent) (Entered: 08/02/2011) |
| 08/02/2011 | 38 | MOTION to Remand to State Court *to Foster Wheeler's Joinder in Notice of Removal* by David Preston. Responses due by 8/19/2011 (Attachments: # 1 Supporting Memorandum, # 2 Text of Proposed Order, # 3 Exhibit Exhibit A, # 4 Exhibit Exhibit B, # 5 Exhibit Exhibit C)(Greene, Vincent) (Entered: 08/02/2011) |
| 08/03/2011 | 39 | NOTICE of Appearance by Andrew J. Murray on behalf of FMC Corporation (Murray, Andrew) (Entered: 08/03/2011) |
| 08/03/2011 | 40 | NOTICE of Appearance by Andrew J. Murray on behalf of Sterling Fluid Systems (USA), LLC, improperly sued as Peerless Pump Company (Murray, Andrew) (Entered: 08/03/2011) |
| 08/03/2011 | 41 | NOTICE of Appearance by Andrew J. Murray on behalf of Industrial Holdings Corporation (Murray, Andrew) (Entered: 08/03/2011) |
| 08/03/2011 | 42 | NOTICE of Appearance by Andrew J. Murray on behalf of Utica Boilers |

| | | (Murray, Andrew) (Entered: 08/03/2011) |
|---|---|---|
| 08/03/2011 | 43 | ANSWER to Complaint against All Defendants, CROSSCLAIM against All Defendants by Utica Boilers.(Murray, Andrew) Modified on 8/3/2011 to take the text "THIRD PARTY COMPLAINT" out. Answer does not contain a third party complaint. (Urizandi, Nisshy). (Entered: 08/03/2011) |
| 08/03/2011 | | CORRECTIVE DOCKET ENTRY re: 43 Answer to Complaint, Crossclaim - Please note that this answer does not contain a Third Party Complaint. Docket entry has been modified on 8/3/2011 to take that language out. (Urizandi, Nisshy) (Entered: 08/03/2011) |
| 08/03/2011 | 44 | CERTIFICATE OF SERVICE by Utica Boilers re 43 Answer to Complaint, Third Party Complaint, Crossclaim,,, (Murray, Andrew) (Entered: 08/03/2011) |
| 08/04/2011 | 45 | NOTICE of Appearance by Timothy M Zabbo on behalf of American Standard Inc. (Zabbo, Timothy) (Entered: 08/04/2011) |
| 08/04/2011 | 46 | NOTICE of Appearance by Timothy M Zabbo on behalf of Ingersoll-Rand Company (Zabbo, Timothy) (Entered: 08/04/2011) |

 CT Corporation

**Service of Process Transmittal**
06/22/2011
CT Log Number 518714226

TO: Rose Hoover, Vice Pres. Admin. and Corporate Sec.
Ampco-Pittsburgh Corporation
600 Grant Street, Suite 4600
Pittsburgh, PA 15219

RE: **Process Served in Pennsylvania**

FOR: Air & Liquid Systems Corporation (Domestic State: PA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | David H. Preston as Personal Representative for the Estate of Robert Preston, Pltf. vs. A.W. Chesterton Company, et al. including Air & Liquid Systems Corporation, etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Proof of Service Form, Complaint |
| **COURT/AGENCY:** | Providence County Superior Court, RI
Case # PC11-1657 |
| **NATURE OF ACTION:** | Asbestos Litigation - Fatal Injury/Wrongful Death |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Harrisburg, PA |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 06/22/2011 postmarked on 06/17/2011 |
| **JURISDICTION SERVED :** | Pennsylvania |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days, exclusive of day of service |
| **ATTORNEY(S) / SENDER(S):** | Vincent L. Greene
Motley Rice LLC
321 South Main Street
Providence, RI 02903
401-457-7700 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/22/2011, Expected Purge Date: 06/27/2011
Image SOP
Email Notification, Rose Hoover RHOOVER@AMPCOPGH.COM
Email Notification, Jess Nock jnock@ampcopgh.com
Email Notification, Jen Sauers jsauers@ampcopgh.com
Email Notification, Nicole Sayles nsayles@ampcopgh.com
Email Notification, Insurance Department insurance@ampcopgh.com |
| **SIGNED:** | CT Corporation System |
| **PER:** | Sabra Dudding |
| **ADDRESS:** | 116 Pine Street
3rd Floor, Suite 320
Harrisburg, PA 17101 |
| **TELEPHONE:** | 717-234-6004 |

Page 1 of  1 / KJ

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



ATTORNEYS AT LAW

1100 Glendon Ave., 14th Floor
Los Angeles, CA 90024-3503
o. 310.500.3540
f. 310.824.2870

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000
f. 843.216.9450

321 South Main St.
Providence, RI 02903
o. 401.457.7700
f. 401.457.7708

One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
o. 860.882.1681
f. 860.882.1682

275 Seventh Ave., 2nd Floor
New York, NY 10001
o. 212.577.0040
f. 212.577.0054

320 Chestnut St.
Morgantown, WV 26505
o. 304.413.0456
f. 304.413.0458

1000 Potomac St., Ste. 150
Washington, DC 20007
o. 202.232.5504
f. 202.232.5513
* Motley Rice LLP operates
the California office.

www.motleyrice.com

June 15, 2011

CT CORPORATION SYSTEM
116 Pine Street, Suite 320
Harrisburg, PA  17101

**Re:    DAVID H. PRESTON as Personal Representative
for the Estate of ROBERT PRESTON v. A.W. Chesterton Company, et al –
PC11-1657**

Dear Sir or Madam:

Enclosed is a copy of the Summons and Complaint.  You are hereby served pursuant to the Rhode Island Civil Practice Rules on behalf of defendant Air & Liquid Systems Corporation successor by merger to Buffalo Pumps, Inc..

Very truly yours,

Vincent L. Greene IV

VLG/cvh
Enclosures

RRR# 7011 0110 0001 8262 7423

# State of Rhode Island and Providence Plantations

SUPERIOR COURT

**[X] PROVIDENCE/BRISTOL      [ ] KENT          [ ] WASHINGTON          [ ] NEWPORT**

DAVID H. PRESTON as Personal Representative
for the Estate of ROBERT PRESTON,

CIVIL ACTION, FILE NO.   PC11-1657

**Plaintiff**

A.W. CHESTERTON COMPANY et al.

**merger to Buffalo Pumps, Inc.**
**Defendant**

} 

***Summons***

**Air & Liquid Systems Corporation successor by**

**CT CORPORATION SYSTEM**
**116 Pine Street, Suite 320**
**Harrisburg, PA 17101**

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said superior court in the county indicated above.  You are hereby summoned and required to serve upon **Vincent L. Greene, Esq.** Plaintiff's attorney, whose address is **321 South Main Street, Suite 200, Providence, Rhode Island 02903** an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also he filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will there-after he barred from making such claim in any other action.

CLERK

Dated:  June 9, 2011

**(Seal of the Superior Court)**

**S-135** (REV.4/99)

C.I.-153

# State of Rhode Island and Providence Plantations

..........................................,SC

## PROOF OF SERVICE

I hereby certify that on the..............................................day of...........................I served a copy of this

summons and a copy of the complaint received therewith upon ...............................................................…..

......................................................................................................................................................…..

in the following manner:

By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house,.....……………………..………

...…………………....………..............................................,with a person of suitable age and discretion then
residing therein.
(address)

By leaving a copy of the summons and complaint at his usual place of abode,…………………………..

……………………………………………..…………………………with a person of suitable age and discretion then
residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law

 to receive service of process, namely……………………………………………………………………...…

Such agent being one designated by statute to receive service, further notice as the statute requires was
given as follows:
.....................................................................................................................................................……
.....................................................................................................................................................……
.....................................................................................................................................................…

Sheriff's Fees
Travel . . . . . . $.......................

Service . . . . . $.......................                     .........................................
                                                        **Deputy Sheriff**
                 $.......................

---

Note:  Returnable to Plaintiff's Attorney forewith  after
service.  Proof of service to be filed within time during which
the person served must respond.

Vincent L. Greene, Esq.
MOTLEY RICE LLC
321 South Main Street
Providence, RI 02903

**ATTOTNEY FOR PLAINTIFF**

A.W. CHESTERTON COMPANY, et al.

VS

DAVID H. PRESTON as Personal
Representative for the Estate of ROBERT PRESTON

**SUPERIOR COURT**

**SUMMONS**

**FILE NO. PC11-1657**

**CIVIL ACTION**

STATE OF RHODE ISLAND                          SUPERIOR COURT
PROVIDENCE, SC


DAVID H. PRESTON as Personal Representative
for the Estate of ROBERT PRESTON,

     *Plaintiff,*                          CIVIL ACTION NO.: $\text{PC-11-1657}$

v.


A.W. CHESTERTON COMPANY,
AIR & LIQUID SYSTEMS CORPORATION
     successor by merger to
     BUFFALO PUMPS INC.,
AMERICAN STANDARD, INC.
     n/k/a TRANE US, INC. Individually and in their
     Capacity as owner of KEWANEE BOILER COMPANY,
BAYER CROPSCIENCE, INC.
     f/k/a AMCHEM PRODUCTS, INC.,
BW/IP INTERNATIONAL INC.
     Individually and as Successor in Interest to
     BYRON JACKSON PUMP CO.,
CBS CORPORATION
     n/k/a VIACOM, INC.,
CLEAVER-BROOKS COMPANY,
COOPER US, INC.
     f/k/a COOPER INDUSTRIES, INC.
     Successor to GARDNER DENVER INC.,
CORNELL PUMP COMPANY,
CRANE CO.,
CRANE ENVIRONMENTAL, INC.
     Individually and as Successor in Interest to
     COCHRANE CORP.,
CROWN BOILERS,
CROWN, CORK & SEAL COMPANY, INC.,
DANA CORPORATION,
EATON CORPORATION
     successor in interest to
     CUTLER HAMMER INC.,
ELLIOTT COMPANY
     f/k/a ELLIOTT TURBOMACHINERY,

1

ERICSSON RADIO SYSTEMS, INC.
 Successor-in-interest to
 ANACONDA WIRE and CABLE CO.,
FAIRBANKS MORSE PUMP CORPORATION,
FMC CORPORATION
 Individually and as Successor in Interest to
 NORTHERN PUMP CO.,
FOSTER WHEELER, LLC.,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GOULD PUMPS,
GREENE, TWEED & CO., INC.,
IMO INDUSTRIES
 f/k/a IMO DELAVAL,
INDUSTRIAL HOLDINGS CORPORATION
 as successor to the CARBORUNDUM COMPANY
 a/k/a CARBORUNDUM GRINDING WHEEL COMPANY,
INGERSOLL-RAND COMPANY,
ITT CORPORATION
 f/k/a ITT INDUSTRIES, INC. as Successor in Interest to
 BELL & GOSSETT DOMESTIC PUMP,
J.H. FRANCE REFRACTORIES COMPANY,
JOHN CRANE, INC.
 f/k/a JOHN CRANE HOUDAILLE, INC.
 f/k/a CRANE PACKING COMPANY,
LESLIE CONTROLS, INC.
 a Subsidiary of CIRCOR INTERNATIONAL, INC.,
METROPOLITAN LIFE INSURANCE COMPANY,
MILWAUKEE VALVE COMPANY,
NORTON CO.
 n/k/a/ ST. GOBAIN ABRASIVES INC.,
OWENS-ILLINOIS, INC.,
P.I.C. CONTRACTORS, INC.,
PEERLESS PUMP COMPANY,
RAPID AMERICAN CORPORATION,
RILEY STOKER CORPORATION
 n/k/a D.B. RILEY, INC.,
SEPCO CORP.,
SIEMANS DEMAG DELAVAL TURBOMACHINERY, INC.
 f/k/a DEMAG DELAVAL TURBOMACHINERY INC.,
TYCO INTERNATIONAL (U.S.), INC.
 as Successor in Interest to YARWAY CORPORATION
 f/k/a YARNALL-WARING CO.,
TYCO VALVES & CONTROLS, INC.

2

**Individually and as Successor in Interest To**
  **YARWAY CORP.,**
**UNIROYAL, INC.,**
**UNIVERSAL REFRACTORIES, INC.,**
**UTICA BOILERS,**
**WARREN PUMPS,**
**WEIL McLAIN,**
**WEIL PUMP COMPANY, INC.**
**YARWAY CORPORATION**
  **Individually and as Successor in Interest to**
  **YARNALL-WARING CO., and**
**JOHN DOE (fictitious name),**

  *Defendants*.

## COMPLAINT AND JURY DEMAND

1.  Plaintiff is a citizen and resident of the State of Rhode Island. Mr. David H. Preston resides at 356 Beverage Hill Avenue, Pawtucket, Rhode Island. Robert Preston ("Plaintiff-worker") was injuriously exposed to asbestos as follows: Mr. Preston was a member of the United States Navy from approximately 1947 until 1967 as a gunners mate and electrician. During his enlistment he served aboard the USS Waccamaw. After his enlistment he was at the Norfolk Naval Shipyard in Norfolk, Virginia dismantling and decommissioning ships from approximately 1967 until 1968. Mr. Preston then worked as an electrical contractor from approximately 1968 until 1972 at E.W. Audette and Sons Electrical Contractors in Providence, RI. Finally, Mr. Preston was employed as a civilian at the Newport Naval Base in Newport, RI as an electrician and shop planner in the Production Control from approximately 1972 until 1994.

  Upon information and belief, Robert Preston was diagnosed with mesothelioma and as a direct result of his exposure to asbestos, he suffered and died from mesothelioma.

3

2. Defendant <u>A.W. Chesterton Company</u> is a Massachusetts corporation with its principal place of business in Massachusetts. At all relevant times it did business in the State of Rhode Island.

3. Defendant <u>Air & Liquid Systems Corporation, success by merger to Buffalo Pumps, Inc.</u> is a Delaware corporation with its principal place of business in New York. At all relevant times it did business in the State of Rhode Island.

4. Defendant <u>American Standard, Inc., n/k/a Trane US, Inc., Individually and in their capacity as owner of Kewanee Boiler Company</u> is a Delaware corporation with its principal place of business in Michigan. At all relevant times it did business in the State of Rhode Island.

5. Defendant <u>Bayer Cropscience, Inc., f/k/a Amchem Products, Inc.</u> is a Delaware corporation with its principal place of business in Pennsylvania. At all relevant times it did business in the State of Rhode Island.

6. Defendant <u>BW/IP International Inc., Individually and as Successor in Interest to Byron Jackson Pump Co.</u> is a Delaware corporation with its principal place of business in Texas. At all relevant times it did business in the State of Rhode Island.

7. Defendant <u>CBS Corporation, n/k/a Viacom, Inc.</u> is a Delaware corporation with its principal place of business in New York. At all relevant times it did business in the State of Rhode Island.

8. Defendant <u>Cleaver-Brooks Company</u> is a Pennsylvania corporation with its principal place of business in Pennsylvania. At all relevant times it did business in the State of Rhode Island.

9. Defendant <u>Cooper US, Inc., f/k/a Cooper Industries, Inc., Successor to Gardner</u>

4

Denver Inc. is a Delaware corporation with its principal place of business in Texas.   At all relevant times it did business in the State of Rhode Island.

10. Defendant Cornell Pump Company is a Delaware corporation with its principal place of business in Oregon.  At all relevant times it did business in the State of Rhode Island.

11. Defendant Crane Co. is a Delaware corporation with its principal place of business in Connecticut.  At all relevant times it did business in the State of Rhode Island.

12. Defendant Crane Environmental, Inc., Individually and as Successor in Interest to Cochrane Corp. is a Delaware corporation with its principal place of business in Florida.  At all relevant times it did business in the State of Rhode Island.

13. Defendant Crown Boilers is a Pennsylvania corporation with its principal place of business in Pennsylvania.  At all relevant times it did business in the State of Rhode Island.

14. Defendant Crown, Cork & Seal Company, Inc. is a New York corporation with its principal place of business in Pennsylvania.   At all relevant times it did business in the State of Rhode Island.

15. Defendant Dana Corporation is a Virginia corporation with its principal place of business in Ohio.  At all relevant times it did business in the State of Rhode Island.

16. Defendant Eaton Corporation, successor in interest to Cutler Hammer Inc. is a Pennsylvania corporation with its principal place of business in Pennsylvania.  At all relevant times it did business in the State of Rhode Island.

17. Defendant Elliott Company f/k/a Elliott Turbomachinery is a Delaware corporation with its principal place of business in Pennsylvania.  At all relevant times it did business in the State of Rhode Island.

5

18. Defendant Ericsson Radio Systems, Inc. Successor-in-interest to Anaconda Wire and Cable Co., is a Texas corporation with its principal place of business in Texas. At all relevant times it did business in the State of Rhode Island and Massachusetts.

19. Defendant Fairbanks Morse Pump Corporation is a Kansas corporation with its principal place of business in Kansas. At all relevant times it did business in the State of Rhode Island.

20. Defendant FMC Corporation, Individually and as Successor in Interest to Northern Pump Co. is a Delaware corporation with its principal place of business in Pennsylvania. At all relevant times it did business in the State of Rhode Island.

21. Defendant Foster Wheeler, LLC is a Delaware corporation with its principal place of business in New York. At all relevant times it did business in the State of Rhode Island.

22. Defendant Gardner Denver, Inc. is a Delaware corporation with its principal place of business in Illinois. At all relevant times it did business in the State of Rhode Island.

23. Defendant General Electric Company is a New York corporation with its principal place of business in New York. At all relevant times it did business in the State of Rhode Island.

24. Defendant Gould Pumps is a New Jersey corporation with its principal place of business in New Jersey. At all relevant times it did business in the State of Rhode Island.

25. Defendant Greene, Tweed & Co., Inc. is a Texas corporation with its principal place of business in Texas. At all relevant times it did business in the Rhode Island.

26. Defendant IMO Industries, f/k/a IMO Delaval is a New Jersey corporation with its principal place of business in New Jersey. At all relevant times it did business in the State of Rhode Island.

27. Defendant Industrial Holdings Corporation as successor to the Carborundum Company, a/k/a Carborundum Grinding Wheel Company is a New York corporation with its principal place of business in New Jersey.  At all relevant times it did business in the State of Rhode Island.

28. Defendant Ingersoll-Rand Co. is a New Jersey corporation with its principal place of business in New Jersey.  At all relevant times it did business in the State of Rhode Island.

29. Defendant ITT Corporation f/k/a ITT Industries, Inc., as Successor in Interest to Bell & Gossett Domestic Pump is an Indiana corporation with its principal place of business in New York.  At all relevant times it did business in the State of Rhode Island.

30. Defendant J.H. France Refractories Company is a Pennsylvania corporation with its principal place of business in Pennsylvania.  At all relevant times it did business in the State of Rhode Island.

31. Defendant John Crane, Inc., f/k/a John Crane Houdaille, Inc., f/k/a Crane Packing Company is a Delaware corporation with its principal place of business in Illinois.  At all relevant times it did business in the State of Rhode Island.

32. Defendant Leslie Controls, Inc., a Subsidiary of Circor International, Inc. is a Delaware corporation with its principal place of business in Florida.  At all relevant times it did business in the State of Rhode Island.

33. Defendant Metropolitan Life Insurance Company, is a mutual life insurance company of the State of New York with its principal place of business in the State of New York.  At all relevant times it did business in the State of Rhode Island.

34. Defendant Milwaukee Valve Company, Inc., is a Wisconsin corporation with its

7

principal place of business in Wisconsin. At all relevant times it did business in the State of Rhode Island.

35. Defendant Norton Co, n/k/a St. Gobain Abrasives, Inc., is a Massachusetts corporation with its principal place of business in Massachusetts. At all relevant times it did business in the State of Rhode Island.

36. Defendant Owens-Illinois, Inc. is a Delaware corporation with its principal place of business in Ohio. At all relevant times it did business in the State of Rhode Island.

37. Defendant P.I.C. Contractors, Inc. is a Rhode Island corporation with its principal place of business in Rhode Island. At all relevant times it did business in the State of Rhode Island.

38. Defendant Peerless Pump Company is a Delaware corporation with its principal place of business in Indiana. At all relevant times it did business in the State of Rhode Island.

39. Defendant Rapid American Corporation is a Delaware corporation with its principal place of business in Delaware. At all relevant times it did business in the State of Rhode Island. Through a series of corporate mergers, Rapid American Corporation expressly assumed all liabilities and debts of Philip Carey Manufacturing Company. Philip Carey Manufacturing Company has sufficient contracts with and/or did business in the State of Rhode Island such that it and all successor corporations including Rapid American Corporation has sufficient contracts and/or transacts business within the State of Rhode Island to subject them to the jurisdiction of this Court.

40. Defendant Riley Stoker Corporation, n/k/a D.B. Riley, Inc., is a Massachusetts corporation with its principal place of business in Massachusetts. At all relevant times it did

business in the State of Rhode Island.

41. Defendant Sepco Corporation is a California corporation with its principal place of business in Alabama. At all relevant times it did business in the State of Rhode Island.

42. Defendant Siemans Demag Delaval Turbomachinery, Inc., f/k/a Demag Delaval Turbomachinery Inc. is a Delaware corporation with its principal place of business in New Jersey. At all relevant times it did business in the State of Rhode Island.

43. Defendant Tyco International (U.S.), Inc. as Successor in Interest to Yarway Corporation f/k/a Yarnall-Waring Co., is a Delaware corporation with its principal place of business in New Jersey. At all relevant times it did business in the State of Rhode Island.

44. Defendant Tyco Valves & Controls, Inc., Individually and as Successor in Interest to Yarway Corporation, is a Texas corporation with its principal place of business in Texas. At all relevant times it did business in the State of Rhode Island.

45. Defendant Uniroyal, Inc., is a New Jersey corporation with its principal place of business in Connecticut. At all relevant times it did business in the State of Rhode Island.

46. Defendant Universal Refractories, Inc. is a Pennsylvania corporation with its principal place of business in Pennsylvania. At all relevant times it did business in the State of Rhode Island.

47. Defendant Utica Boilers, is a New York corporation with its principal place of business in New York. At all relevant times it did business in the State of Rhode Island.

48. Defendant Warren Pumps is a Massachusetts corporation with its principal place of business in Massachusetts. At all relevant times it did business in the State of Rhode Island.

49. Defendant Weil McLain is a Delaware corporation with its principal place of business

9

in North Carolina. At all relevant times it did business in the State of Rhode Island.

50. Defendant Weil Pump Company, Inc., is a Delaware corporation with its principal place of business in Wisconsin. At all relevant times it did business in the State of Rhode Island.

51. Defendant Yarway Corporation, Individually and as Successor in Interest to Yarnall-Waring Co. is a Pennsylvania corporation with its principal place of business in New Jersey. At all relevant times it did business in the State of Rhode Island.

52. Defendant John Doe (fictitious) represents one or more business entities whose real names and identities are presently unknown to Plaintiff.

**COUNT I**

53. Plaintiff repeats and realleges all allegations contained in all paragraphs above as if fully set forth herein.

54. Defendants mined, processed, manufactured, designed, supplied, delivered, and sold asbestos and asbestos-containing products and/or knowingly gave substantial assistance or encouragement to those who did so, at all times relevant herein.

55. While at work, Plaintiff-worker was caused to inhale, absorb, ingest, and come into contact with asbestos and asbestos-containing products mined, processed, manufactured, designed, supplied, delivered, and/or sold by Defendants.

56. The Defendants were negligent in that they each, jointly and severally:

a. mined, processed, manufactured, designed, supplied, delivered, and/or sold asbestos and asbestos-containing products, and/or knowingly gave substantial assistance or encouragement to those who did so, that they knew, or reasonably should have known, were dangerous, defective, poisonous, and harmful to an individual's health, body, and life;

10

b.      failed to reasonably warn Plaintiffs of the harmful effects of exposure to asbestos and asbestos-containing products and/or knowingly gave substantial assistance or encouragement to those who did so;

c.      failed to provide Plaintiffs with the knowledge as to possible precautions to protect against the harmful effects of asbestos exposure and/or knowingly gave substantial assistance or encouragement to those who did so; and,

d.      were otherwise negligent.

57.      As a direct and proximate result of the negligence of the Defendants, Plaintiff-worker suffered serious bodily injury, endured great pain and suffering, incurred medical and funeral expenses, suffered mental anguish, lost earnings and earning capacity, and was otherwise damaged. As a direct and proximate result of the negligence of the Defendants, Plaintiff-worker ultimately died.

58.      As a direct and proximate result of the negligence of the Defendants, Plaintiff-spouse has suffered, and will continue to suffer great pain and suffering, mental anguish, a loss of consortium, society, companionship, support, and dependency, and was otherwise damaged.

WHEREFORE Plaintiffs demand judgment and damages against the Defendants, jointly and severally, plus interest, costs, and whatever other further relief this Honorable Court deems right and just.

## COUNT II

59.      Plaintiff repeats and realleges all allegations contained in all paragraphs above as if fully set forth herein.

60.      At all relevant times, the Defendants, as part of their regular business, mined,

11

processed, manufactured, designed, supplied, delivered, and sold and/or knowingly gave substantial assistance or encouragement to those who did so, asbestos and asbestos-containing products and put them into the stream of commerce in a defective, unsafe, and inherently dangerous condition, and failed to provide reasonable warnings.

61.    The asbestos and asbestos-containing products were expected to, and did reach such persons, including Plaintiff-worker, without substantial change in the condition in which they were sold and/or supplied.

62.    At all relevant times, the asbestos and asbestos-containing products were used and employed for the purposes for which they were mined, processed, manufactured, designed, supplied, delivered, sold, and intended to be used and in a manner foreseeable to the Defendants.

63.    As a direct and proximate result of the defective, dangerous, and unsafe condition of the asbestos and asbestos-containing products that Defendants placed into the stream of commerce, Plaintiff-worker suffered serious bodily injury, endured great pain and suffering, incurred medical and funeral expenses, suffered mental anguish, lost earnings and earning capacity, and was otherwise damaged.  As a direct and proximate result of the defective, dangerous, and unsafe condition of the asbestos and asbestos-containing products that Defendants placed into the stream of commerce, Plaintiff-worker ultimately died.

64.    As a direct and proximate result of the defective, dangerous, and unsafe condition of the asbestos and asbestos-containing products that Defendants placed into the stream of commerce, Plaintiff-spouse has suffered, and will continue to suffer, great pain and suffering, mental anguish, a loss of society, consortium, companionship, support, dependency and was otherwise damaged.

12

WHEREFORE Plaintiff demands judgment and damages against the Defendants, jointly and severally, plus interest, costs, and whatever other further relief this Honorable Court deems right and just.

## COUNT III

65.     Plaintiff repeats and realleges all allegations contained in all paragraphs above as if fully set forth herein.

66.     The Defendants expressly and impliedly warranted that the asbestos and asbestos-containing products that they mined, processed, manufactured, designed, supplied, delivered, and sold were fit for use, were merchantable, and were reasonably safe for the purpose intended.

67.     The Defendants breached their warranty in that the asbestos and asbestos-containing products were defective, unsafe, unreasonably dangerous, ultrahazardous, and unsuitable for the purpose intended.

68.     As a direct and proximate result of the breach by the Defendants, Plaintiff-worker suffered serious bodily injury, endured great pain and suffering, incurred medical and funeral expenses, suffered mental anguish, lost earnings and earning capacity, and was otherwise damaged. As a direct and proximate result of the breach by the Defendants, Plaintiff-worker ultimately died.

69.     As a direct and proximate result of the breach by the Defendants, Plaintiff-spouse has suffered, and will continue to suffer great pain and suffering, mental anguish, a loss of consortium, society, companionship, support, and dependency, and was otherwise damaged.

WHEREFORE Plaintiff demands judgment and damages against the Defendants, jointly

13

and severally, plus interest, costs, and whatever other further relief this Honorable Court deems right and just.

## COUNT IV

70.     Plaintiff repeats and realleges all allegations contained in all paragraphs above as if fully set forth herein.

71.     The acts and omissions of Defendants that were the direct and proximate cause of Plaintiffs' injuries were willful, malicious, wanton, undertaken with reckless disregard of the rights of Plaintiffs, and were grossly negligent.

WHEREFORE Plaintiff demands judgment and punitive damages against the Defendants, jointly and severally, plus interest, costs, and whatever other further relief this Honorable Court deems right and just.

## COUNT V

72.     Plaintiff repeats and realleges all allegations contained in all paragraphs above as if fully set forth herein.

73.     Defendants, individually and as agents of one another and as co-conspirators, aided, abetted, encouraged, counseled, assisted, agreed, and conspired among themselves and with other asbestos manufacturers and distributors to injure Plaintiffs.

74.     The Defendants knew that the others' conduct constituted a breach of duty and gave substantial assistance or encouragement to the other so to conduct itself.

75.     The Defendants acted in the following fashion:

a.     Metropolitan Life Insurance Company (Met Life) required a tangible quid pro quo from McGill University in the 1920s in exchange for them providing funding for a study

14

of asbestos disease in Canadian miners.   The study revealed asbestos miners suffered from asbestosis.  The study was never published and agents of Met Life materially misrepresented in the published literature this known fact.

   b. In 1932, Met Life, through its agents Dr. Anthony Lanza, Dr. Fellows, and others, assisted the Johns-Manville Corporation with medical examinations of over 1,000 employees of Johns-Manville's factory in Manville, New Jersey.  The report of his study shows that a large percentage of the employees suffered from asbestosis including employees not directly involved in the manufacturing process.  This 1932 medical survey was not published in the medical literature and therefore was unavailable to scientists studying the issue of asbestos disease.  Further collaboration between the conspiring asbestos producers and Met Life officials continued this trend of intentional cover-up.

   c. Beginning in approximately 1934, Johns-Manville Corporation, through its agents, Vandiver Brown and attorney J.C. Hobart, and conspirator Raybestos-Manhattan, through its agents, Sumner Simpson and J. Rohrbach, suggested to Dr. Lanza, Associate Medical Director of Met Life (insurers of Manville, Raybestos, and others) that Dr. Lanza publish a study on asbestosis in which Dr. Lanza would affirmatively misrepresent a material fact about asbestos exposure; i.e., the seriousness of the disease process, asbestosis.  This was accomplished through intentional deletion of Dr. Lanza's description of asbestosis as "fatal" and through other selective editing at the behest of the asbestos industry that affirmatively misrepresented asbestos as a disease process less serious than it actually is and was known to be then.  As a result, Dr. Lanza's study was published in the medical literature in this misleading fashion in 1935.  The defendants were motivated, in part, to effectuate this fraudulent misrepresentation and fraudulent

nondisclosure by the desire to influence proposed legislation to regulate asbestos exposure and to provide a defense in lawsuits involving Manville, Raybestos, and others, as well as Met Life, the insurer.

        d.     In 1936, conspirators American Brake Block Corporation, Asbestos Manufacturing Company, Gatke Corporation, Johns-Manville Corporation, Keasby & Mattison Company (then an alter-ego to conspirator Turner & Newall), Raybestos-Manhattan, Russell Manufacturing (whose liabilities have been assumed by H.K. Porter Company), Union Asbestos and Rubber Company, and United States Gypsum Company, entered into an agreement with the Saranac Laboratories. Under this agreement, these companies acquired the power to decide what information Saranac Laboratories could publish about asbestos disease and control in what form such publications were to occur. This agreement gave these conspirators power to affirmatively misrepresent the results of the work at Saranac, and also gave these conspirators power to suppress material facts included in any study. On numerous occasions thereafter, the conspirators exercised their power to prevent Saranac scientists from disclosing material scientific data resulting in numerous misstatements of fact being made at scientific meetings.

        e.     On November 11, 1948, representatives of the following conspirators met at the headquarters of Johns-Manville Corporation: American Brake Block Division of American Brake and Shoe Foundry, Gatke Corporation, Keasby & Mattison Company (then an alter-ego to conspirator Turner & Newall) Raybestos-Manhattan, Inc., Thermoid Company (whose assets and liabilities were later purchased by H.K. Porter Company,) Union Asbestos and Rubber Company and United States Gypsum Company. U.S. Gypsum did not send a representative to the meeting, but instead authorized Vandiver Brown of Johns-Manville to

represent its interest at the meeting and to take action on its behalf.

      f.    At this November 11, 1948 meeting, these defendants and their representatives decided to exert their influence to materially alter and misrepresent material facts about the substance of research started by Dr. Leroy Gardner at the Saranac Laboratories beginning in 1936. Dr. Gardner's research involved the carcinogenicity of asbestos in mice and also included an evaluation of the health effects of asbestos on humans with a critical review of the then-existing standards of dust exposure for asbestos and asbestos-containing products.

      g.    At this meeting, the defendants intentionally and affirmatively determined that Dr. Gardner's work should be edited to specifically delete material facts about the cancer-causing propensity of asbestos and the health effects of asbestos on humans and the critique of the dust standards and then published it in the medical literature as edited by Dr. Arthur Vorwald. The acts of these defendants were carried out by co-conspirator Defendant Met Life's agent, Dr. Lanza. These defendants thereby fraudulently misrepresented the risks of asbestos exposure to the public, in general, and the class of persons exposed to asbestos, including Plaintiffs.

      h.    As a direct result of influence exerted by the above-described conspirators, Dr. Vorwald published Dr. Gardner's edited work in January, 1951, in the <u>Archives of Industrial Hygiene and Occupational Medicine</u> (Vol. 3, No. 1), a journal of the American Medical Association. The published version stressed those portions of Gardner's work that the conspirators wished stressed, but omitted references to cancer, to human asbestosis, and to the inadequacy of the then-established threshold limit values (TLVs). Furthermore, that article made a false claim that the published report was the "complete survey" of Dr. Gardner's work. The

17

defendants thereby fraudulently, affirmatively, and deliberately disseminated this misleading Dr. Vorwald publication to university libraries, government officials, medical doctors, agencies, the public, and others.

        i.        Such action constituted a material affirmative misrepresentation of the total context of material facts involved in Dr. Gardner's work and resulted in creating an appearance that inhalation of asbestos was less of a health problem than Dr. Gardner's unedited work indicated.

        j.        The following conspirators and others were members of the trade association known as Quebec Asbestos Mining Association (Q.A.M.A.): Johns-Manville Corporation, Carey-Canada (individually and as successor to Quebec Asbestos Corporation), the Celotex Corporation (successor to Quebec Asbestos Corporation) National Gypsum Company (n/k/a Asbestos Claims Management Corporation), and Turner & Newall (individually and successor to Bell Asbestos). The members of Q.A.M.A. participated in the above-described misrepresentation of the work of Dr. Gardner published by Dr. Vorwald in the A.M.A. 's Archives of Industrial Hygiene and Industrial Medicine in 1951. Evidence of the Q.A.M.A.'s involvement in this misrepresentation arises from co-conspirator Johns-Manville's membership in the Q.A.M.A., as well as correspondence from co-conspirators all indicating close monitoring of the editing process by Q.A.M.A.'s representative, Ivan Sabourin, acting on behalf of all Q.A.M.A.'s members.

        k.        Defendants who were members of the Q.A.M.A., began on or about 1950 to formulate a plan to influence public opinion about the relationship between asbestos and cancer by influencing the medical literature on this subject and then touting and disseminating

this literature to the public and to organizations and legislative bodies responsible for regulatory controls of asbestos with the specific intent of misrepresenting the existing scientific information and suppressing contrary scientific data in their possession and control.

l.      This plan of misrepresentation and influence over the medical literature began on or about 1950 when the Q.A.M.A. members selected Saranac Laboratories to do an evaluation of whether cancer was related to asbestos. After a preliminary report authored by Dr. Vorwald in 1952 indicated that a cancer/asbestos relationship might exist in experimental animals, the Q.A.M.A. members refused to further fund the study and it was terminated and never publicly discussed.

m.      As a result of the termination of this study, these defendants fraudulently withheld information from the public and affirmatively misrepresented to the public and responsible legislative and regulatory bodies that asbestos did not cause cancer, including affirmative misrepresentations by conspirators' agents Dr. Kenneth W. Smith, Dr. Paul Cartier, Dr. Arthur J. Vorwald, Dr. Anthony J. Lanza, Vandiver Brown, and Ivan Sabourin, said misrepresentations being directed to, inter alia, U.S. Government officials, Canadian government officials, U.S. National Cancer Institute, other medical organizations, and the general public, including Plaintiffs.

n.      Subsequently, the Q.A.M.A. defendant conspirators contracted with the Industrial Hygiene Foundation (I.H.F.) and Dr. Daniel Braun to further study the relationship between asbestos exposure, asbestosis and lung cancer. In 1957, Drs. Braun and Truan reported to the Q.A.M.A that asbestosis did increase a worker's chances of incurring lung cancer.

o.      The Q.A.M.A. defendants thereafter caused, in 1958, a publication of the

19

work by Braun and Truan in which the findings regarding increased incidence of cancer in persons with asbestosis was edited out by agents of the Q.A.M.A. The published version of this study contained a conclusion that asbestos exposure did not increase the incidence of lung cancer, a conclusion known by the defendant conspirators to be patently false.

      p.     By falsifying and causing publication of studies concluding that asbestos exposure did not cause lung cancer and simultaneously omitting a documented finding that asbestosis did increase the risk of lung cancer, the Q.A.M.A. defendants affirmatively misrepresented to the public and concealed from the public the extent of risks associated with inhalation of asbestos fibers.

      q.     In approximately 1958, the Q.A.M.A. defendants publicized the edited works of Drs. Braun and Truan at a symposium in an effort to fraudulently misrepresent to the public and persons exposed to asbestos that the inhalation of asbestos dust would not cause cancer.

      r.     The fraudulent misrepresentations beginning in 1946, as elaborated above and continuing with the publication of the 1958 Braun/Truan study, influenced the standards set for the TLVs, and inhibited the lowering of the threshold limit value due to the cancer risk associated with asbestos inhalation.

      s.     In 1967, the Q.A.M.A. defendants determined at their trade association meeting that they would intentionally mislead consumers about the extent of risks involved in inhalation of asbestos products.

      t.     In 1952, a symposium regarding the health effects of asbestos was held at the Saranac Laboratories. The following conspirators were in attendance: Johns-Manville,

Turner & Newall, Raybestos-Manhattan, and Q.A.M.A. members by way of their agents, Cartier, Sabourin, and LeChance.

u.     At this meeting, the occurrence of lung cancer and asbestosis in product users was discussed and the carcinogenic properties of all fiber types of asbestos was also discussed. In an affirmative attempt to mislead the public about the extent of health risks associated with asbestos, and in an effort to fraudulently conceal those risks from the public, these defendants conspired to prevent publication of the record of this 1952 Saranac Symposium and it was not published. In addition, the conspirators induced Dr. Vorwald not to announce the results of his and Dr. Gardner's animal studies showing excess cancers in animals that thereby fraudulently misrepresenting existing data, albeit secret, that could not be publicized because of the secrecy provisions contained in the 1936 Saranac agreement required by the asbestos industry members.

v.     The following conspirators were members of the Magnesia Insulation Manufacturers Association (MIMA): Philip-Carey Corporation (predecessors to Celotex) Johns-Manville, and others.

w.     In 1955, these conspirators caused to be published the MIMA 85% Magnesia Insulation Manual. This manual falsely and fraudulently misrepresented that asbestos-containing products offered no hazard to workers who used these products.

x.     The following conspirators were members of the trade organization known as the Asbestos Textile Institute (ATI): Raybestos-Manhattan, Johns-Manville, H.K. Porter, Keasby & Mattison (individually and through its alter-ego Turner & Newall), National Gypsum (n/k/a Asbestos Claims Management Corporation), and others.

21

y.    In 1947, the members of the ATI, received a report from W.C.L. Hemeon regarding asbestosis that suggested re-evaluation of the then-existing TLVs for asbestos exposure. These defendants caused this report not to be published and thereby fraudulently concealed material facts about asbestos exposure from the public and affirmatively misrepresented to the public and class of persons exposed to asbestos that the then-existing TLV was acceptable.    Thereafter, these defendant conspirators withheld additional material information on the dust standards from The American Conference of Governmental Industrial Hygienists (ACGIH), thereby further influencing evaluations of TLVs for asbestos exposure.

z.    In 1953, conspirator National Gypsum (n/k/a Asbestos Claims Management Corporation), through its agents, in response to an inquiry from the Indiana Division of Industrial Hygiene regarding health hazards of asbestos spray products, refused to mail a proposed response to that division indicating that respirators should be worn by applicators of the products.    National Gypsum's response distorted and fraudulently misrepresented the need for applicators of asbestos spray products to wear respirators and fraudulently concealed from such applicators the need for respirators.

aa.    In 1955, conspirator Johns-Manville, through its agent Kenneth W. Smith, M.D. caused to be published in the <u>AMA Archives of Industrial Health,</u> an article entitled "Pulmonary Disability in Asbestos Workers." This published study materially altered the results of an earlier study in 1949 concerning the same set of workers. This alteration of Dr. Smith's study constituted a fraudulent and material misrepresentation about the extent of the risk associated with asbestos inhalation.

bb.    In 1955, the National Cancer Institute held a meeting at which

22

conspirators Johns-Manville (individually and as an agent for other alleged co-conspirators) and Dr. Vorwald (as agent of co-conspirators) affirmatively misrepresented that there were no existing animal studies concerning the relationship between asbestos exposure and cancer, when, in fact, the conspirators were in secret possession of several studies that demonstrated that positive evidence did exist.

  cc. In 1957, the members of the ATI, jointly rejected a proposed research study on cancer and asbestos and this resulted in fraudulent concealment from the public of material facts regarding asbestos exposure and also constituted an affirmative misrepresentation of the then-existing knowledge about asbestos exposure and lung cancer.

  dd. In 1964 the members of the ATI met to formulate a plan for rebutting the association between lung cancer and asbestos exposure that had been recently discussed by Dr. Irving J. Selikoff.  Thereafter, these members of the ATI embarked upon a campaign to further misrepresent the association between asbestos exposure and lung cancer.

  ee. In 1970, through their agents, Defendants The Celotex Corporation and Carey-Canada, affirmatively misrepresented that it had been in the asbestos business since 1918 and found no reported conditions of asbestosis or lung disease.  This constituted a fraudulent misrepresentation about the material facts known to these Defendants.

  ff. All conspirators approved and ratified and furthered the previous conspiratorial acts of conspirators Johns-Manville, Raybestos Manhattan, and Anthony J. Lanza, M.D., acting on behalf of Met Life, and all alleged co-conspirators during the relevant time period and circumstances alleged above, acted as agents and co-conspirators for the other conspirators.

44.    All defendants:

a.    did a tortious act in concert with the other or pursuant to a common design with them; and/or

b.    knew that each other's conduct constituted a breach of duty and they each gave substantial assistance or encouragement to the other so to conduct himself; and/or

c.    gave substantial assistance to the other in accomplishing a tortious result and its own conduct, separately considered, constitutes a breach of duty to the Plaintiffs.

45.    The acts of the defendants as described above, constitute a fraudulent concealment and/or a fraudulent misrepresentation that proximately caused injury to the Plaintiffs in the following manner:

a.    The material published or caused to be published by the defendants was false and incomplete in that the Defendants knowingly and deliberately deleted references to the known health hazards of asbestos and asbestos-containing products.

b.    Defendants individually, as members of a conspiracy, as agents of other co-conspirators, and as aiders and abettors of each other intended that the publication of false and misleading reports and/or the nondisclosure of documented reports of the health hazards of asbestos:

i.    maintain a favorable atmosphere for the continued sale and distribution of asbestos and asbestos-related products;

ii.    assist in the continued pecuniary gain of the defendants through the sale of their products;

iii.    influence in the defendants' favor proposed legislation to regulate

24

asbestos exposure and;

        iv.     to provide a defense in lawsuits brought for injury resulting from asbestos disease.

        c.     Plaintiffs reasonably relied upon the published medical and scientific data documenting the purported safety of asbestos and asbestos-containing products and the absence of published medical and scientific reports on the extent, nature, and existence of hazards of asbestos and asbestos-containing products to continue exposure to asbestos because of a belief that it was safe.

        d.     Defendants individually, as members of a conspiracy, and as agents of each other intended that Plaintiffs rely upon the published report regarding the safety of asbestos and asbestos-containing products and upon the absence of published medical and scientific data regarding the hazards of asbestos and asbestos-related products, to continue his exposure to these products.

        e.     Defendants individually, as members of a conspiracy, as agents of each other, as aiders and abettors of each other are and were in a position of superior knowledge regarding the health hazards of asbestos and therefore Plaintiffs had a right to rely on the published reports commissioned by the defendants regarding the health hazards of asbestos and the absence of published medical and scientific data regarding the hazards of asbestos and asbestos-containing products.

        f.     Plaintiff suffered and will continue to suffer injury as a direct and proximate result of the acts alleged herein.

    76.     As a direct and proximate result of the acts of the Defendants, Plaintiff-worker

suffered serious bodily injury, endured great pain and suffering, incurred medical expenses, suffered mental anguish, lost earnings and earning capacity, and was otherwise damaged. As a direct and proximate result of the acts of the Defendants, Plaintiff-worker ultimately died.

77.    As a direct and proximate result of the acts of the Defendants, Plaintiff-spouse has suffered, and will continue to suffer great pain and suffering, mental anguish, a loss of consortium, society, companionship, support, and dependency, and was otherwise damaged.

Plaintiffs hereby demand a trial by jury.

By their attorneys,

Robert J. McConnell, Esq. (#3888)
Vincent L. Greene, Esq. (#5971)
**MOTLEY RICE LLC**
321 South Main Street
Providence, RI  02903
401-457-7700
401-457-7708 Fax

Providence, R.I.
Dated:  March 25, 2011

26





**CERTIFIED MAIL**

7011 0110 0001 8262 7423

ATTORNEYS AT LA

**MotleyRice** ®
LLC

321 South Main St.
Providence, RI 02903

ADDRESS SERVICE REQUESTED

UNITED STATES POSTAGE
PITNEY BOWES
$ 007.03⁰
02 1P
0003162528
MAILED FROM ZIP CODE 02903
JUN 17 2011

CT CORPORATION SYSTEM
116 Pine Street, Suite 320
Harrisburg, PA 17101