BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)　　　　　MDL NO. 875

**THIS DOCUMENT RELATES TO:**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NANCY R. AKERS, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF HOMER E. RODGERS AND LILENE RODGERS, INDIVIDUALLY,<br><br>　　PLAINTIFFS,<br><br>V.<br><br>A.W. CHESTERTON COMPANY.,<br>AESYS TECHNOLOGIES LLC,<br>AS PARENT COPORATION FOR YORK SHIPLEY BOILERS INC.<br>AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.,<br>ALFA LAVAL, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO DELAVAL SEPARATOR COMPANY AND SHARPLES, INC.,<br>ALLIS CHALMERS,<br>AMERICAN STANDARD, INC.,<br>BAYER CROPSCIENCE, INC., F/K/A AMCHEM PRODUCTS, INC.,<br>BETHLEHEM STEEL CORPORATION,<br>BRIERLY LOMBARD AND COMPANY, INC.,<br>CARRIER CORPORATION,<br>CBS CORPORATION, N/K/A VIACOM, INC.,<br>CARBORUNDUM CO.,<br>CLEAVER BROOKS COMPANY,<br>COOPER US, INC., F/K/A COOPER INDUSTRIES, INC., SUCCESSOR TO GARDNER DENVER INC., | Civil Action<br>No.: 1:11-CV-00281 |

COOPER BESSEMER N/K/A COOPER INDUSTRIES;
CRANE CO.,
CROWN BOILERS,
CROWN, CORK & SEAL COMPANY, INC.,
DC FABRICATORS INC., INDIVIDUALLY AND AS SUCCESSOR IN INTERES TO C.H. WHEELER,
DONLEE TECHNOLOGIES, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO YORK SHIPLEY, INC.,
EATON HYDRAULICS INC., F/K/A VICKERS INC.,
ELLIOTT COMPANY F/K/A ELLIOTT TURBOMACHINERY,
FMC CORPORATION, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO NORTHERN PUMP CO.,
FOSTER ENGINEERING COMPANY,
FOSTER WHEELER, LLC,
GENERAL ELECTRIC COMPANY,
GOULD PUMPS,
IMO INDUSTRIES F/K/A IMO DELAVAL,
INGERSOLL-RAND COMPANY,
JOHN CRANE, INC.,
LESLIE & ELLIOTT COMPANY,
METROPOLITAN LIFE INSURANCE COMPANY,
NICHOLAS PORTLAND, A DIVISION OF PARKER HANNIFIN CORP.,
OAKFABCO, INC.,
OWENS-ILLINOIS, INC.,
P.I.C. CONTRACTORS, INC.,
PACKINGS & INSULATIONS CORPORATION,
PARKER HANNIFIN CORP.,
QUIMBY EQUIPMENT CO., INC.,
RAPID AMERICAN CORPORATION,
RILEY STOKER CORPORATION, N/K/A D.B. RILEY, INC.,
SUPERIOR BOILER WORKS, INC.,
TACO, INC.,
THE GORMAN-RUPP COMPANY, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO GRISCOM-RUSSELL CO.,

| |
|---|
| TERRY STEAM TURBINE COMPANY, <br> UNIROYAL, INC., <br> UTICA BOILERS, <br> WARREN PUMPS, <br> WEIL MCLAIN, <br> YARWAY CORPORATION, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO YARNALL-WARING CO., AND <br> JOHN DOE (FICTITIOUS NAME). <br><br>     DEFENDANTS. |

## NOTICE OF FILING OF TAG-ALONG NOTICE

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 1407, defendant Air & Liquid Systems Corp, as successor-by-merger to Buffalo Pumps, Inc.'s counsel filed the attached notice of tag-along and supporting documents with the Judicial Panel on Multidistrict Litigation on July 28, 2011. See Notice of Tag-Along Action, a true and correct copy of which is attached hereto as Exhibit A.

                                    Respectfully submitted,
                                    Defendant/Cross-claim Plaintiff,
                                    AIR & LIQUID SYSTEMS
                                    CORPORATION,AS SUCCESSOR BY
                                    MERGER TO BUFFALO PUMPS, INC.

                                    By its attorneys,

                                    /s/ David A. Goldman
                                    David A. Goldman, #7097
                                    Governo Law Firm LLC
                                    Two International Place, 15th Floor
                                    Boston, MA 02110
                                    (617) 737-9045
                                    dgoldman@governo.com

Dated: August 11, 2011

## CERTIFICATION

This is to certify that on this 11th day of August 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system, or by mail to everyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *David A. Goldman*
David A. Goldman

# EXHIBIT A

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS LITIGATION (NO. VI)**          **MDL NO. 875**

**THIS DOCUMENT RELATES TO:**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NANCY R. AKERS, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF HOMER E. RODGERS AND LILENE RODGERS, INDIVIDUALLY,<br><br>PLAINTIFFS,<br><br>V.<br><br>A.W. CHESTERTON COMPANY., AESYS TECHNOLOGIES LLC, AS PARENT COPORATION FOR YORK SHIPLEY BOILERS INC. AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC., ALFA LAVAL, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO DELAVAL SEPARATOR COMPANY AND SHARPLES, INC., ALLIS CHALMERS, AMERICAN STANDARD, INC., BAYER CROPSCIENCE, INC., F/K/A AMCHEM PRODUCTS, INC., BETHLEHEM STEEL CORPORATION, BRIERLY LOMBARD AND COMPANY, INC., CARRIER CORPORATION, CBS CORPORATION, N/K/A VIACOM, INC., CARBORUNDUM CO., CLEAVER BROOKS COMPANY, COOPER US, INC., F/K/A COOPER INDUSTRIES, INC., SUCCESSOR TO GARDNER DENVER INC., COOPER BESSEMER N/K/A COOPER | Civil Action<br>No.: 1:11-CV-00281 |

1

INDUSTRIES;
CRANE CO.,
CROWN BOILERS,
CROWN, CORK & SEAL COMPANY, INC.,
DC FABRICATORS INC., INDIVIDUALLY
AND AS SUCCESSOR IN INTERES TO C.H.
WHEELER,
DONLEE TECHNOLOGIES, INC.,
INDIVIDUALLY AND AS SUCCESSOR IN
INTEREST TO YORK SHIPLEY, INC.,
EATON HYDRAULICS INC., F/K/A VICKERS
INC.,
ELLIOTT COMPANY F/K/A ELLIOTT
TURBOMACHINERY,
FMC CORPORATION, INDIVIDUALLY AND
AS SUCCESSOR IN INTEREST TO
NORTHERN PUMP CO.,
FOSTER ENGINEERING COMPANY,
FOSTER WHEELER, LLC,
GENERAL ELECTRIC COMPANY,
GOULD PUMPS,
IMO INDUSTRIES F/K/A IMO DELAVAL,
INGERSOLL-RAND COMPANY,
JOHN CRANE, INC.,
LESLIE & ELLIOTT COMPANY,
METROPOLITAN LIFE INSURANCE
COMPANY,
NICHOLAS PORTLAND, A DIVISION OF
PARKER HANNIFIN CORP.,
OAKFABCO, INC.,
OWENS-ILLINOIS, INC.,
P.I.C. CONTRACTORS, INC.,
PACKINGS & INSULATIONS
CORPORATION,
PARKER HANNIFIN CORP.,
QUIMBY EQUIPMENT CO., INC.,
RAPID AMERICAN CORPORATION,
RILEY STOKER CORPORATION, N/K/A D.B.
RILEY, INC.,
SUPERIOR BOILER WORKS, INC.,
TACO, INC.,
THE GORMAN-RUPP COMPANY,
INDIVIDUALLY AND AS SUCCESSOR IN
INTEREST TO GRISCOM-RUSSELL CO.,
TERRY STEAM TURBINE COMPANY,
UNIROYAL, INC.,

2

| |
|---|
| UTICA BOILERS,<br>WARREN PUMPS,<br>WEIL MCLAIN,<br>YARWAY CORPORATION, INDIVIDUALLY<br>AND AS SUCCESSOR IN INTEREST TO<br>YARNALL-WARING CO., AND<br>JOHN DOE (FICTITIOUS NAME).<br><br>        DEFENDANTS. |

### DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.'S NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE, that on July 29, 1991 the Judicial Panel on Multi-District Litigation entered an order transferring all asbestos personal injury cases pending in Federal Court to the United States District Court, Easter District of Pennsylvania, for coordinated pre-trial proceedings pursuant to 28 U.S.C. Section 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show cause.

MDL Rule 7.5(e) provides:

Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

Defendant **AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.** hereby notifies the Court that this case is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. A copy of the Complaint is annexed hereto as **Exhibit 1** for the Court's convenience. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 7.4(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

                                      Respectfully submitted,
                                      Air & Liquid Systems Corporation, as Successor by
                                      Merger to Buffalo Pumps, Inc.,

                                      By:    */s/ Michael D. Simons*
                                      Michael D. Simons
                                      David A. Goldman, #7097
                                      GOVERNO LAW FIRM LLC
                                      Two International Place, 15th Floor
                                      Boston, MA  02110

                    (Ph) 617-737-9045
                    (Fax) 617-737-9046
                    msimons@governo.com

DATED: August 11, 2011

## CERTIFICATE OF SERVICE

This is to certify that on this 11th day of August, 2011, the undersigned served a copy of the above referenced document documents via the Pacer/ECF electronic service system to the following:

Jeffrey Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

All counsel of record

                    /s/ Michael D. Simons
                    Michael D. Simons