**BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ASBESTOS LITIGATION (NO. VI)          MDL NO. 875

THIS DOCUMENT RELATES TO:

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NANCY R. AKERS, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF HOMER E. RODGERS AND LILENE RODGERS, INDIVIDUALLY,<br><br>    PLAINTIFFS,<br><br>V.<br><br>A.W. CHESTERTON COMPANY.,<br>AESYS TECHNOLOGIES LLC,<br>AS PARENT COPORATION FOR YORK SHIPLEY BOILERS INC.<br>AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.,<br>ALFA LAVAL, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO DELAVAL SEPARATOR COMPANY AND SHARPLES, INC.,<br>ALLIS CHALMERS,<br>AMERICAN STANDARD, INC.,<br>BAYER CROPSCIENCE, INC., F/K/A AMCHEM PRODUCTS, INC.,<br>BETHLEHEM STEEL CORPORATION,<br>BRIERLY LOMBARD AND COMPANY, INC.,<br>CARRIER CORPORATION,<br>CBS CORPORATION, N/K/A VIACOM, INC.,<br>CARBORUNDUM CO.,<br>CLEAVER BROOKS COMPANY,<br>COOPER US, INC., F/K/A COOPER INDUSTRIES, INC., SUCCESSOR TO GARDNER DENVER INC., | Civil Action<br>No.: 1:11-CV-00281 |

1

COOPER BESSEMER N/K/A COOPER INDUSTRIES;
CRANE CO.,
CROWN BOILERS,
CROWN, CORK & SEAL COMPANY, INC.,
DC FABRICATORS INC., INDIVIDUALLY AND AS SUCCESSOR IN INTERES TO C.H. WHEELER,
DONLEE TECHNOLOGIES, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO YORK SHIPLEY, INC.,
EATON HYDRAULICS INC., F/K/A VICKERS INC.,
ELLIOTT COMPANY F/K/A ELLIOTT TURBOMACHINERY,
FMC CORPORATION, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO NORTHERN PUMP CO.,
FOSTER ENGINEERING COMPANY,
FOSTER WHEELER, LLC,
GENERAL ELECTRIC COMPANY,
GOULD PUMPS,
IMO INDUSTRIES F/K/A IMO DELAVAL,
INGERSOLL-RAND COMPANY,
JOHN CRANE, INC.,
LESLIE & ELLIOTT COMPANY,
METROPOLITAN LIFE INSURANCE COMPANY,
NICHOLAS PORTLAND, A DIVISION OF PARKER HANNIFIN CORP.,
OAKFABCO, INC.,
OWENS-ILLINOIS, INC.,
P.I.C. CONTRACTORS, INC.,
PACKINGS & INSULATIONS CORPORATION,
PARKER HANNIFIN CORP.,
QUIMBY EQUIPMENT CO., INC.,
RAPID AMERICAN CORPORATION,
RILEY STOKER CORPORATION, N/K/A D.B. RILEY, INC.,
SUPERIOR BOILER WORKS, INC.,
TACO, INC.,
THE GORMAN-RUPP COMPANY, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO GRISCOM-RUSSELL CO.,
TERRY STEAM TURBINE COMPANY,

| |
|---|
| UNIROYAL, INC.,<br>UTICA BOILERS,<br>WARREN PUMPS,<br>WEIL MCLAIN,<br>YARWAY CORPORATION, INDIVIDUALLY<br>AND AS SUCCESSOR IN INTEREST TO<br>YARNALL-WARING CO., AND<br>JOHN DOE (FICTITIOUS NAME).<br><br>         DEFENDANTS. |

## SCHEDULE OF ACTIONS

1. *NANCY R. AKERS, as Personal Representative for the Estate of HOMER E. RODGERS and LILENE RODGERS, Individually v. A.W. Chesterton Company, et al.*
   Civil Action No.: 1:11-CV-00281 (United States District Court for the District of Rhode Island)

>Respectfully submitted,
>
>Air & Liquid Systems Corp., as Successor by
>Merger to Buffalo Pumps, Inc.,
>By its attorneys,
>
>
>*/s/ Michael D. Simons*
>Michael D. Simons
>Fed. Bar No. ct28100
>Governo Law Firm LLC
>Two International Place, 15th Floor
>Boston, MA  02110
>Phone:  (617) 737-9045
>Fax: (617) 737-9046
>msimons@governo.com

Dated:  August 11, 2011

3

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 11th day of August, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

                                */s/ Michael D. Simons*_____
                                Michael D. Simons