UNITED STATES JUDICIAL PANEL

ON

MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY

LITIGATION (NO. VI)                                                                 MDL No. 875

*Richard Keeney et al. v. A.W. Chesterton Company, et al., C.D. California No. 11-06192(PA)*

## PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-429)

The above-captioned case is included in the attached Schedule for CTO-429-Tag-Along Actions. Pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, plaintiffs Richard Keeney and Howard J. Garcia file their Opposition to Conditional Transfer Order (CTO-429) for transfer of the above-captioned action as a "tag-along action." Counsel for plaintiffs understands that the motion and brief to vacate the Conditional Transfer Order are due within fifteen (15) days of the filing of this Notice.

Dated: August 11, 2011

Simona A. Farrise, Esq.
Carlos J. Guzman, Esq.
Karen J. Chedister, Esq.
FARRISE FIRM, P.C.
225 South Olive Street, Ste. 102
Los Angeles, California 90012
Telephone: (310) 424-3355
Facsimile: (510) 588-4536

By /s/ Karen J. Chedister
Karen J. Chedister
Attorneys for Plaintiffs
Richard Keeney and Howard J. Garcia

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the following document was served on the following at the address given:

**PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-429)**

**Served Electronically through CM/ECF**

Edward R Hugo ehugo@bhplaw.com

Thomas Jeffrey Moses tmoses@bhplaw.com, wclaudio@bhplaw.com

Keith M Ameele kameele@foleymansfield.com

Charles S. Park cpark@bhplaw.com

Allison Low allison.low@sdma.com

Dated: August 11, 2011

Karen J. Chedister, Esq.