UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: ASPESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)                                                          MDL No. 875


**TRANSFER ORDER**


      **Before the Panel:**[*] Pursuant to Rule 7.1, plaintiffs in the 46 actions listed on Schedule A move to vacate orders conditionally transferring their actions to MDL No. 875. Responding defendants oppose the motions.[1]

      After considering all argument of counsel, we find that these actions involve common questions of fact with actions previously transferred to MDL No. 875, and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Moreover, transfer is appropriate for the reasons set out in our original decision directing centralization of all pending federal court actions not then in trial sharing factual questions of injury or death allegedly caused by asbestos or asbestos containing products. *See In re Asbestos Prods. Liab. Litig. (No. VI)*, 771 F. Supp. 415 (J.P.M.L. 1991). These actions are asbestos personal injury or wrongful death suits, and clearly fall within the MDL's ambit.

      Plaintiffs in all but the Middle District of Louisiana *Porter* action principally argue that the Panel should deny or defer transfer to permit the resolution of their motions for remand to state court. As we have often held, however, the pendency of a remand motion generally is not a good reason to delay transfer. Under Panel Rule 2.1(d), the pendency of a conditional transfer order does not limit the pretrial jurisdiction of the court in which the subject action is pending. Between the date a remand motion is filed and the date the Panel finalizes transfer of the action to the MDL, a court wishing to rule upon that motion generally has adequate time to do so.

---

   [*] Judge John G. Heyburn II and Judge Marjorie O. Rendell took no part in the disposition of this matter. Judge W. Royal Furgeson, Jr., took no part in the disposition of the Eastern District of Virginia Imel action. Judge Paul J. Barbadoro participated only in the disposition of Imel.

   [1] These defendants are: CBS Corporation and Foster Wheeler, LLC (as to the Eastern District of Louisiana Vedros action); Air & Liquid Systems Corporation (as to the Middle District of Louisiana Lewis action); Greater Baton Rouge Port Commission, Baton Rouge Marine Contractors, Inc., P&O Ports Louisiana, Inc., Marion J. "Sonny" Bergeron, and Harold Bourque (as to the Middle District of Louisiana Porter action); and General Electric Company (as to the Eastern District of Louisiana Vedros action and the 43 Eastern District of Virginia actions).

- 2 -

The *Porter* plaintiff also cites serious health concerns in opposing transfer. Although we have rejected this argument on multiple occasions in the past, we remain sensitive to this concern. It is our understanding, however, that the transferee court continues to give priority to actions involving seriously ill or dying plaintiffs.

IT IS THEREFORE ORDERED that pursuant to 28 U.S.C. § 1407, these actions are transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno for inclusion in the coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

Kathryn H. Vratil
Acting Chairman

W. Royal Furgeson, Jr.        Frank C. Damrell, Jr.
Barbara S. Jones              Paul G. Barbadoro

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)                                                                              MDL No. 875

## SCHEDULE A

Eastern District of Louisiana

Sally Gros Vedros v. Northrop Grumman Shipbuilding, Inc., et al., C.A. No. 2:11-1198

Middle District of Louisiana

Alton Lewis v. Atlas Refinery, Inc., et al., C.A. No. 3:11-199
Arthur J. Porter v. Greater Baton Rouge Port Commission, C.A. No. 3:11-166

Eastern District of Virginia

Gary Wayne Barco v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03278
John Percell Barnes v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03279
Nicolas Ochare Bernas v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03280
Joseph Bolton v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03281
Charles Algerwon Boomer v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03282
Herbert Lee Boone v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03283
Jon Henry Boone v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03284
Mennis Thomas Boone v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03285
Richard Boone v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03286
Walter Lee Boone v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03287
Ortha James Bowman v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03288
Sharon Davis Bowser v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03289
James Earl Braddock v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03290
Crawford Lee Braswell v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03291
Doris A. Brock v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03292
Linda Yvonne Brown v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03293
Jeffrey Walt Clemmons v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03294
Carolyn Imel v. EXXON-Mobile Corporation et al, C.A. No. 4 11-03295
Leopoldo Claudio Bausas v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03296
Norm Kennedy Baynard v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03297
Michael William Belch v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03298
Gene Flenard Bell v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03299
John Edwin Bell v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03300
Leon Trippe Bell v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03301

- A2 -

**MDL No. 875 Schedule A (Continued)**

Paul Bellamy v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03302
George Beale, Jr. v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03303
Ervin Carlton Adams, Sr. v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03304
Mark Kim Baker v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03305
Lester Arnold Carver, Sr. v. Bayer CropScience, Inc., et al, C.A. No. 4 11-03306
Gene Richard Clayton v. Bayer CropScience, Inc., et al, C.A. No. 4 11–03307
Marie D. Carpenter v. Bayer CropScience, Inc., et al, C.A. No. 4 11–03308
Leon Anthony Carlisle v. Bayer CropScience, Inc., et al, C.A. No.  4 11–03309
Elwood Ray Carawan v. Bayer CropScience, Inc., et al, C.A. No. 4 11–03310
William Alvan Butts v. Bayer CropScience, Inc., et al, C.A. No.  4 11–03311
Otis L. Butts v. Bayer CropScience, Inc., et al, C.A. No. 4 11–03312
Martin Butts, Jr. v. Bayer CropScience, Inc., et al, C.A. No. 4 11–03313
Willie Dance Burden v. Bayer CropScience, Inc., et al, C.A. No. 4 11–03314
Dennis Bryant, Jr. v. Bayer CropScience, Inc., et al, C.A. No. 4 11–03315
Ervin Budden, Jr. v. Bayer CropScience, Inc., et al, C.A. No. 4 11–03316
Robert Larry Bullock v. Bayer CropScience, Inc., et al, C.A. No. 4 11–03317
Jerome Roosevelt Brite, Jr. v. Bayer CropScience, Inc., et al, C.A. No.  4 11–03318
Eugene A. Butts v. Bayer CropScience, Inc., et al, C.A. No.  4 11–03319
Betty Lue Bussell v. Bayer CropScience, Inc., et al, C.A. No.  4 11–03320