### BEFORE THE UNITED STATES JUDICIAL PANEL ON
### MULTI DISTRICT LITIGATION

IN RE: ASBESTOS PRODUCT
      LIABILITY LITIGATION                                        MDL 875

### NOTICE OF OPPOSITION TO MOTION TO TRANSFER BY PLAINTIFFS, RAY FRANKLIN AND DONNA FRANKLIN TO CONDITIONAL TRANSFER

NOW COMES the undersigned as attorney for Ray Franklin and Donna Franklin, Plaintiffs in Northern District of Alabama case number: 1:11-CV-02731, and give notice of opposition to the conditional transfer order and responds that the transfer should not take place because there is no Federal Jurisdiction in this action and the local court is expected to Remand quickly these proceedings to the state court from which they were removed.

                                                             */s/ Thomas J. Knight*
                                                             Thomas J. Knight
                                                             Attorney for Plaintiffs
                                                             HUBBARD & KNIGHT
                                                             P.O. Drawer 1850
                                                             Anniston, Alabama 36202
                                                             (256) 237-9586

## CERTIFICATE OF SERVICE

I, Thomas J. Knight, hereby certify that on this 12th day of August, 2011, I caused to be served a true and correct copy of the foregoing Notice of Opposition to Motion to Transfer by Plaintiffs, Ray Franklin and Donna Franklin to Conditional Transfer , via the Panel's ECF system, and also by United States Mail, First Class postage prepaid, as follows:

James R. Shaw
Attorney for Thompson Tractor Co., Inc.
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280
Suite 200
Birmingham, Alabama 35233
(205) 251-1193
JRS@HFSLLP.com

Jeffrey B. Cannon, Jr.
Attorney for Thompson Tractor Co., Inc.
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280
Suite 200
Birmingham, Alabama 35233
(205) 251-1193
JBC@HFSLLP.com

HUB Trucking, Inc.
C/o Harold Rice, Sr.
County Road 32
Wedowee, Alabama 36278

Dana Holding Corporation
C/o CT Corporation System
1300 East Ninth Street
Cleveland, Ohio 44144

John A. Smith, III
Attorney for Eaton Corporation
Maynard, Cooper & Gale, PC
1901 6th Avenue N
Suite 2400
Birmingham, Alabama 35203
(205) 254-1029
SmythJ@MaynardCooper.com

Katherine A. Collier
Attorney for Eaton Corporation
Maynard, Cooper & Gale, PC
1901 6th Avenue N
Suite 2400
Birmingham, Alabama 35203
(205) 254-1029
Kcollier@MaynardCooper.com

Timothy W. Knight
Attorney for Hobart Brothers Company
Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, Alabama 35243
(205) 968-9900
TK@KeeSelby.com

Fruehauf Trailer Corporation
P.O. Box 44913
Indianapolis, Indiana 46244

Joi Charisse Scott
Attorney for Metropolitan Life Insurance Company
Christian & Small, LLP
505 20th Street N
Suite 1800
Birmingham, Alabama 35203
(205) 795-6588
Jscott@CSAttorneys.com

Michael A. Vercher
Attorney for Metropolitan Life Insurance Company
Christian & Small, LLP
505 20th Street N
Suite 1800
Birmingham, Alabama 35203
(205) 795-6588
MAVercher@CSAttorneys.com


Scott F. Singley, ALB# SIN-019
Attorney for Flowserve US, Inc., Solely as Successor to
Rockwell Manufacturing Co.
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
410 Main Street (Zip 39701)
P.O. BOX 7520
Columbus, Mississippi 39705
Telephone: (662) 240-9744
Facsimile: (662) 240-4127

Robert P. Fann (FAN005)
Attorney for Defendant Pilg
FANN & REA, P.C.
1200 Providence Park
Suite 200
Birmingham, Alabama

Maremont Corporation
One Noblitt Plaza
Columbus, Indiana 47202

Pneumo Abex LLC
One Liberty Lane
Hampton, NH 03842

Raytek Corporation
C/o Barbara Anderson
4 Corporate Drive
Suite 295
Shelton, CT 06484

Rapid American Corporation
888 Seventh Avenue
New York, NY 10106

Rockwell Automation
Corporation Trust Center
Wilmington, DE 19801

*/s/ Thomas J. Knight*
Thomas J. Knight
Attorney for Plaintiffs