# Brayton❖Purcell LLP

**TRIAL LAWYERS**

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
WILLIAM G. MCDEVITT

* ADMITTED ONLY IN STATES
  OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
JENNIFER L. ALESIO
DAVID H. BACKENSTOE
TARLAN BANANZADEH
ROBERT L. BARROW
JENNIFER C. BENADERET
SARAH N. BENDON
GARY L. BRAYTON
CAMERON O. CARTER*
RENE J. CASILLI
ANDREW CHEW
KIMBERLY J. CHU
HUGH C. COOK
JUSTIN F. FISH
JANETTE H. GLASER
JOHN B. GOLDSTEIN
RICHARD M. GRANT
CHRISTINA D. HART
CHRIS E. HERSOM
BRIAN D. HOLMBERG
GARY V JUDD
CLAYTON W. KENT
MATTHEW B. LEE

ELISABETH A. LEONARD, Ph.D
MICHAEL D. LEVINSON
PHYRA M. McCANDLESS
BRIANA E. McCARTHY
MAUREEN C. MCGOWAN
KIMBERLY L. MEYER
MICHAEL T. MILLER
NANCY A. MULLIKIN
EMMA NELSON-MUNSON
JAMES P. NEVIN
KEENAN W. NG
OREN P. NOAH
NEGAR PIRZADEH
JASON M. ROSE
FRAMTA SAECHAO
AMIR S. SARRESHTEHDARY
CHRISTINA C. SKUBIC
GEOFF T. SLONIKER
KSENIA L. SNYLYK
ERIC C. SOLOMON
LANCE R. STEWART
UMU K. TAFISI
NANCY T. WILLIAMS

August 12, 2011

UNITED STATES JUDICIAL PANEL ON MDL LITIGATION
Thurgood Marshall Fed. Jud. Buld.
One Columbus Cir., N.E. Rm G-255
Washington, DC 20002

    Re: MDL No. 875 - NOTICE OF APPEARANCE FOR CTO-429
        *Owens v. Allis-Chalmers Corp. Prod. Lia. Trust, et al.* CAN/4:11-cv-03618
        Error in efiling on MDL 875 - document 7675

Dear Clerk:

    I inadvertently attached the wrong document to my efiling of Notice of Appearance for CTO-429, filed by Richard M. Grant earlier today. The document filed in error, did not have Mr. Grant's signature on it.

    I will file a withdraw and refile the correct document.

    Should there be any problems, I can be reached at 415/899-1011, ext. 232, directly.

        Thank you,

        s/ Jane Ehni
        Jane Ehni
        Secretary to Richard M. Grant

K:\Injured\23408\FED\Ltr-withdraw efiling 8-12-11.wpd