# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN (Noon Eastern Time)** 8/19/2011
**Panel Fax No.: (202) 502-2888**

MDL No. 875 – IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-429)

**PARTIES REPRESENTED (indicated plaintiff or defendant–attach list if necessary):**

   **Plaintiff, James E. Owens**

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No.(s).– attach list if necessary):**

   **Owens v. Allis-Chalmers Corp. Prod. Liability, CAN 4:11-cv-03618-PJH**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

   In compliance with Rule 5.2(c), R.P.J.P.M.L.,199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

   August 12, 2011
   Date

   Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
   Richard M. Grant
   Brayton <> Purcell LLP
   222 Rush Landing Rd.
   Novato, CA 94949-6169

Telephone No.: 415/898-1555     Fax No.: 415/898-1247

Email Address: rgrant@braytonlaw.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

ASBESTOS MDL 875 - Re: CTO 429
**Owens v. Allis-Chalmers Corp. Prod. Liability, CAN 4:11-cv-03618-PJH**

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the JUDICIAL PANEL ON MULTIDISTRICT LITIGATION by efiling w/the court's CM/ECF system on August 12, 2011

## NOTICE OF APPEARANCE (CTO-429)

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users and that they were served by mail.

**SEE ATTACHED SERVICE LIST**

XX          BY OFFICE MAILING

I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Petaluma, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed August 12, 2011, at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jane Ehni
Jane Ehni
222 Rush Landing Rd.
Novato, CA 94102
415/899-1011 ext. 232

Brayton-Purcell Service List

Date Created: 8/12/2011-10:36:36 AM
Created by: LitSupport - ServiceList - Live
Matter Number: 23408.001 - James Owens

Run By : Ehni, Jane (JAE)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
**Defendants:**
  Berry & Berry (B&B)

**Chapman & Intrieri, L.L.P.**
2236 Mariner Square Drive
Third Floor, Suite 300
Alameda, CA 95401
510-864-3600   510-864-3601 (fax)
**Defendants:**
  Henkel Corporation (HENKEL)

**Herr & Zapala, LLP**
152 North 3rd Street, Suite 500
San Jose, CA 95112
408-287-7788   408-927-0408 (fax)
**Defendants:**
  Epoxylite Corporation, The (EPOXY)

**Knott & Glazier, LLP**
707 Willshire Blvd.
Suite 2025
Los Angeles, CA 90017
213-312-9200   213-312-9201 (fax)
**Defendants:**
  Lockheed Martin Corporation (LOCCOR)

**Nixon Peabody LLP**
One Embarcadero
18th Floor
San Francisco, CA 94111
415-984-8200   866-542-6538 (fax)
**Defendants:**
  Shell Oil Company (SHLOIL)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
  CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) (VIACOM)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700   415-901-8701 (fax)
**Defendants:**
  Owens-Illinois, Inc. (OI)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  Cleaver-Brooks, Inc. (CLEAVR)
  Thomas Dee Engineering Company (DEE)