

1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
PHONE 310.788.9900
FAX 310.788.3399
www.perkinscoie.com

August 12, 2011

*VIA ECF*

Clerk of the Panel
United States Judicial Panel on Multi-District Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8041

**Re:** **In re Asbestos Products Liability Litigation (No. VI)**
   **MDL 875 Proceedings**

   **Notice of Tag Along**

Dear Clerk of the Panel:

Pursuant to Rule 7.1(a) of the Rules of the Judicial Panel on Multidistrict Litigation, we write on behalf of our client The Boeing Company ("Boeing") to notify the Clerk of the Panel of the following potential "tag-along" action in MDL No. 875:

   *Timothy Vest and Caroline Vest v. Allied Packing & Supply, Inc., et al.*
   *and Related Cross Claims*

This asbestos-related action is pending in the United States District Court for the Northern District of California, Civil Action No. Case No. CV-11-03941 EDL. The action was originally filed in the Alameda County Superior Court (Case No. RG09489518) on December 17, 2009. On August 3, 2011, defendant and cross-complainant F.P. Lathrop Construction Company filed a cross-complaint against Boeing and thirteen other cross-defendants. Boeing removed the entire action to the Northern District of California on August 10, 2011.

As the enclosed Second Amended Complaint and Cross-Complaint indicate, this action involves questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to the Honorable

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DALLAS · DENVER · LOS ANGELES · MADISON · MENLO PARK
PHOENIX · PORTLAND · SAN DIEGO · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.
01038-6095/LEGAL21527221.1

Perkins Coie LLP

Clerk of the Panel
August 12, 2011
Page 2

Eduardo C. Robreno.  We respectfully request that your "tag-along" procedures be utilized to transfer the Vest action to the MDL 875 proceedings pending before

Judge Robreno of the Eastern District of Pennsylvania for coordinated pre-trial proceedings.

Copies of this letter (without enclosure) have been served on all counsel in the Vest action. Additionally, a copy of this letter is being filed with the District Court before whom the Vest action is pending.  We have sent a copy of this submission to the Clerk of the Court for the Eastern District of Pennsylvania and to Judge Robreno, to whom the previously transferred asbestos actions have been assigned.

Sincerely yours,

Bo W. Kim

Enclosures

cc:     Clerk of the Court (w/o encl.)
        United States District Court
        Northern District of California
        San Francisco Division
        450 Golden Gate Avenue, 16th Floor
        San Francisco, CA  94102

        Clerk of the Court (w/encl.)
        United States District Court
        Eastern District of Pennsylvania
        601 Market Street, Room 2609
        Philadelphia, PA  19106

        Hon. Eduardo C. Robreno (w/encl.)
        United States District Court
        Eastern District of Pennsylvania
        601 Market Street, Room 11614
        Philadelphia, PA  19106

01038-6095/LEGAL21527221.1