**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| In Re: Asbestos Products Liability Litigation (No. VI) | ) ) | MDL No. 875 |
| | ) | |
| This document relates to all cases listed in the attached Exhibit A | ) ) | Case No. 11-cv-05311 |

**PROOF OF SERVICE**

I hereby certify that on August 12, 2011, I electronically filed the foregoing Notice of Tag-Along Action, Schedule of Actions, Court Docket Sheet and Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action with the Clerk of the Court using the ECF system, and copies of these documents have been placed in the U.S. Mail, First Class, postage prepaid and sent to:

Alvin Schonfeld, D.O., 438 West Saint James Place, Chicago IL 60614, and all counsel of record.

By: s/Michael W. Drumke
Michael W. Drumke
Attorneys for Defendant, Georgia-Pacific LLC
HEPLERBROOM LLC
150 N. Wacker Drive, Suite 3100
Chicago, Illinois 60606
Telephone: (312) 230-9100
Facsimile: (312) 230-9201
E-mail: mdrumke@heplerbroom.com

# EXHIBIT A

| LAST | FIRST | STATE | DISTRICT | LOCAL CASE | PA-ED CASE |
|---|---|---|---|---|---|
| ABERLE | GLENN | IL | CENTRAL | 93-1391 | 08-CV-91650 |
| ALSENE | DELMAR | IL | CENTRAL | 00-1011 | 08-CV-92187 |
| ANUSZKIEWICZ | ROMAN | IN | NORTHERN | 00-00493 | 08-CV-90938 |
| AYERS | MARK | IL | CENTRAL | 02-2070 | 08-CV-91953 |
| BARK | JAMES | IL | SOUTHERN | 95-0188 | 10-CV-64542 |
| BARNETT | ROSCOE | IN | SOUTHERN | 97-0078 | 10-CV-68919 |
| BAULT | CHARLES | IL | CENTRAL | 93-1419 | 08-CV-91663 |
| BEACH | LAUNDY | IL | CENTRAL | 95-1101 | 10-CV-68142 |
| BEDDOW | MERLE | IL | CENTRAL | 94-2239 | 08-CV-92239 |
| BEENEY | DONALD | IL | CENTRAL | 94-1477 | 08-CV-91728 |
| BELL | ORVILLE | IL | CENTRAL | 94-2267 | 08-CV-92260 |
| BEMENT | JAMES | IN | NORTHERN | 00-0033 | 10-CV-67615 |
| BENNETT | CLIFFORD | IL | NORTHERN | 00-2203 | 08-CV-90082 |
| BENNETT | JACK | IN | SOUTHERN | 97-0192 | 10-CV-68968 |
| BLACK | JOHN | IL | CENTRAL | 99-2268 | 10-CV-68110 |
| BODINE | RICHARD | IL | CENTRAL | 96-2009 | 08-CV-92055 |
| BROOKS | RAY | IL | CENTRAL | 00-1214 | 08-CV-92194 |
| BROWNLEE | THEODORE | IL | CENTRAL | 02-2084 | 08-CV-91954 |
| BUCHANAN | MICHAEL | IL | CENTRAL | 97-3271 | 10-CV-68074 |
| BUGG | WILLIAM | IL | CENTRAL | 94-1478 | 08-CV-91729 |
| BURTON | ALICE | IL | CENTRAL | 99-2213 | 08-CV-92139 |
| BURTON | WILLIAM | IL | CENTRAL | 98-4086 | 08-CV-92309 |
| CASTROS | AROL | IL | CENTRAL | 96-1155 | 08-CV-91760 |
| CENTERS | ALBERT | IL | NORTHERN | 02-8702 | 08-CV-90268 |
| CHAVEZ | RICHARD | IL | NORTHERN | 99-50211 | 08-CV-90342 |
| COHEN | RONALD | IN | SOUTHERN | 00-0024 | 09-CV-64755 |
| COX | CHARLES | IL | CENTRAL | 00-3005 | 08-CV-91866 |
| COX | DONALD | IL | CENTRAL | 94-2247 | 08-CV-92244 |
| CRADDOCK | JOHN | IL | CENTRAL | 00-2023 | 10-CV-68114 |
| CRAIN | PAUL | IL | NORTHERN | 99-4328 | 08-CV-89841 |
| CRAVEN | JOHN | IN | NORTHERN | 00-0042 | 10-CV-67678 |
| CRIPE | GEORGE | IL | CENTRAL | 00-2161 | 08-CV-91940 |
| CUMMINGS | RONALD | IN | SOUTHERN | 99-381 | 10-CV-68902 |
| DALTON | JACK | IL | CENTRAL | 01-2014 | 08-CV-91944 |
| DARLING | WILLIAM | IL | CENTRAL | 94-2236 | 08-CV-92236 |
| DAVIS | EDGAR | IL | CENTRAL | 00-1407 | 08-CV-92201 |
| DEAVILLE | KENNETH | IL | CENTRAL | 96-2068 | 08-CV-92064 |
| DELKS | CAROL | IN | SOUTHERN | 00-1323 | 08-CV-88681 |
| DETERS | CLETUS | IL | SOUTHERN | 97-4344 | 10-CV-64585 |
| DOVER | JACKIE | IL | CENTRAL | 98-1112 | 10-CV-68127 |
| DUAL | MONTE | IL | CENTRAL | 01-4008 | 08-CV-92314 |
| DUBOIS | CHARLES | IL | CENTRAL | 97-2137 | 08-CV-92119 |
| EBERT | MICHAEL | IL | SOUTHERN | 96-4090 | 08-CV-89432 |
| EDBROOKE | RICHARD | IL | CENTRAL | 94-2260 | 08-CV-92254 |
| EDWARDS | TERRY | IL | CENTRAL | 99-2208 | 08-CV-92137 |

| LAST | FIRST | STATE | DISTRICT | LOCAL CASE | PA-ED CASE |
|---|---|---|---|---|---|
| ENDSLEY | ROBERT | IL | CENTRAL | 94-2271 | 08-CV-92025 |
| ESTOCK | ROBERT | IL | CENTRAL | 94-2272 | 08-CV-92026 |
| FADLER | DONALD | IL | NORTHERN | 01-2428 | 08-CV-90220 |
| FIELDS | WILLIAM | IL | CENTRAL | 95-4029 | 10-CV-68082 |
| FISHER | PASCAL | IL | CENTRAL | 99-1292 | 08-CV-92173 |
| FONNER | LARRY | IL | CENTRAL | 94-2175 | 08-CV-92222 |
| FRABONI | LOUIS | IL | CENTRAL | 93-1434 | 08-CV-91671 |
| FRAMPTON | KENNETH | IL | CENTRAL | 98-1113 | 08-CV-92160 |
| GABBARD | BEN | IL | CENTRAL | 99-2140 | 08-CV-92151 |
| GABBARD | ROBERT | IL | CENTRAL | 99-2140 | 08-CV-92145 |
| GARD | ROBERT | IN | NORTHERN | 00-0004 | 10-CV-67613 |
| GARD | LESLIE | IL | CENTRAL | 95-1102 | 08-CV-91736 |
| GARECHT | ROBERT | IL | CENTRAL | 99-2184 | 08-CV-92134 |
| GEIGER | GERALD | IL | CENTRAL | 94-1087 | 08-CV-91676 |
| GIULIANO | WILLIAM | IN | SOUTHERN | 99-0055 | 09-CV-64609 |
| GOETSCH | RANDALL | IL | CENTRAL | 94-1083 | 08-CV-91673 |
| GRAVES | WILLIAM | IL | CENTRAL | 97-2151 | 08-CV-92120 |
| GREEN | ROBERT | IL | CENTRAL | 99-4077 | 08-CV-92311 |
| GRIER | JOHN | IL | CENTRAL | 94-1300 | 08-CV-91687 |
| GRIER | DAVID | IL | CENTRAL | 93-1408 | 08-CV-91657 |
| HAMANN | KENNETH | IL | CENTRAL | 00-1004 | 08-CV-92181 |
| HARRISON | HOLLIS | IL | CENTRAL | 00-2003 | 08-CV-92141 |
| HART | ANDREW | IL | CENTRAL | 94-1084 | 08-CV-91674 |
| HATFIELD | BOBBY | IL | CENTRAL | 00-2009 | 08-CV-92147 |
| HELFERS | CARL | IL | CENTRAL | 00-1234 | 08-CV-92196 |
| HELTON | BURL | IN | NORTHERN | 96-0063 | 09-CV-61719 |
| HENNEY | JEAN | IN | SOUTHERN | 99-0175 | 09-CV-64629 |
| HESS | ROY | IL | CENTRAL | 00-1003 | 08-CV-92180 |
| HILL | JOHN | IL | SOUTHERN | 97-4209 | 10-CV-64557 |
| HOCKINGS | DANIEL | IL | NORTHERN | 96-1310 | 08-CV-89796 |
| HOLDEN | MICHAEL | IL | CENTRAL | 00-2125 | 08-CV-92154 |
| HORN | RICHARD | IL | CENTRAL | 95-2050 | 10-CV-68096 |
| HOSKINS | ADAM | IL | SOUTHERN | 99-0459 | 08-CV-89474 |
| HUBERT | WILLIAM | IL | CENTRAL | 96-2073 | 08-CV-92068 |
| HULMES | DARRELL | IL | CENTRAL | 99-2206 | 08-CV-92135 |
| HUTCHINSON | JACK | IL | CENTRAL | 97-1259 | 08-CV-92157 |
| HYLAND | GERALD | IL | CENTRAL | 99-3153 | 08-CV-91862 |
| IRONS | GARY | IL | CENTRAL | 97-1170 | 10-CV-68130 |
| JACKSON | WILLIAM | IL | CENTRAL | 00-1013 | 08-CV-92189 |
| JANKO | ALBERT | IL | CENTRAL | 94-1085 | 08-CV-91675 |
| JENNINGS | BILLY | IL | CENTRAL | 96-1152 | 08-CV-91757 |
| JINDRESEK | WALTER | IL | CENTRAL | 96-3091 | 08-CV-91858 |
| JOHNSON | RICHARD | IL | CENTRAL | 98-2092 | 08-CV-92122 |
| JOHNSON | LEO | IL | CENTRAL | 93-1417 | 08-CV-91661 |
| JOHNSON | DOROTHY | IL | CENTRAL | 94-1304 | 08-CV-91691 |
| KELLY | ROBERT | IL | CENTRAL | 94-1316 | 08-CV-91696 |
| KENNEDY | ROY | IL | SOUTHERN | 99-0677 | 08-CV-89492 |
| KITTLESON | ALFRED | IL | CENTRAL | 96-4028 | 08-CV-91887 |

| LAST | FIRST | STATE | DISTRICT | LOCAL CASE | PA-ED CASE |
|---|---|---|---|---|---|
| KNAPP | JIMMY | IL | CENTRAL | 97-1018 | 08-CV-91763 |
| KRUSE | PATRICK | IL | CENTRAL | 00-CV-3110 | 08-CV-91867 |
| LA HOOD | HARRY | IL | CENTRAL | 97-1128 | 10-CV-68131 |
| LAWLESS | ANTHONY | IL | CENTRAL | 98-1183 | 08-CV-92161 |
| LISTON | FRANK | IL | SOUTHERN | 11-203 | 11-CV-66749 |
| LORENTZ | EUGENE | WI | WESTERN | 98-0237 | 10-CV-61348 |
| LOWER | GARRY | IL | CENTRAL | 97-1238 | 10-CV-68129 |
| MARCOGLIESE | FRANK | IL | SOUTHERN | 00-0009 | 08-CV-89497 |
| MARESCA | JOSEPH | IL | NORTHERN | 95-50066 | 08-CV-90328 |
| MARTIN | DAVID | IL | CENTRAL | 09-2308 | 10-CV-61109 |
| MATHENEY | ROY | IL | CENTRAL | 07-2223 | 08-CV-91955 |
| MAULDING | DUANE | IL | CENTRAL | 96-2102 | 08-CV-92113 |
| MAY | DALE | IL | CENTRAL | 97-2015 | 08-CV-92116 |
| MAYER | LOUIS | IL | CENTRAL | 88-2394 | 10-CV-68227 |
| MCMAHILL | CLAIR | IL | CENTRAL | 98-1114 | 10-CV-68126 |
| MEISCHNER | GISELA | IL | CENTRAL | 00-1191 | 08-CV-92192 |
| MEISCHNER | LEONARD | IL | CENTRAL | 96-1153 | 08-CV-91758 |
| MILLARD | EUGENE | IL | CENTRAL | 93-1253 | 10-CV-68119 |
| MOORE | GEORGE | IL | CENTRAL | 00-3332 | 08-CV-91869 |
| MORR | LEE | IL | CENTRAL | 00-2049 | 08-CV-92152 |
| MORRIS | DAVID | IL | CENTRAL | 98-1186 | 08-CV-92162 |
| MORTHOLE | EDWARD | IL | CENTRAL | 00-3296 | 08-CV-91868 |
| MORTON | KENNETH | IL | CENTRAL | 94-2259 | 08-CV-92253 |
| NALL | CLYDE | IL | NORTHERN | 00-2206 | 08-CV-90084 |
| NICHOLS | GERALD | IL | CENTRAL | 95-2049 | 10-CV-68097 |
| NICHOLS | LEONARD | IL | CENTRAL | 98-2133 | 10-CV-68105 |
| O'BOYLE | DARRELL | IL | CENTRAL | 95-4024 | 10-CV-68087 |
| O'KEEFE | ROBERT | IL | CENTRAL | 06-1308 | 08-CV-92210 |
| PALSGROVE | JOSEPH | IL | SOUTHERN | 94-4221 | 08-CV-89373 |
| PETERSON | ROBERT | IL | CENTRAL | 94-2288 | 08-CV-92040 |
| PETERSON | WILLIAM | IL | CENTRAL | 94-2177 | 08-CV-92224 |
| PHARES | MILLARD | IN | SOUTHERN | 97-0299 | 10-CV-68866 |
| PHIPPS | PAUL | IL | CENTRAL | 94-2036 | 08-CV-92220 |
| PIERCE | JAMES | IL | CENTRAL | 95-2052 | 10-CV-68094 |
| PITTMAN | FRANK | IL | SOUTHERN | 97-0599 | 08-CV-89441 |
| PLUE | RICHARD | IL | CENTRAL | 97-3260 | 10-CV-68073 |
| POE | RICHARD | IL | CENTRAL | 98-2251 | 10-CV-68107 |
| POTTS | STANLEY | IL | CENTRAL | 01-3107 | 08-CV-91872 |
| POWELL | JOHN | IL | CENTRAL | 93-2119 | 08-CV-92012 |
| POWELL | DALE | IL | EASTERN | 96-0237 | 08-CV-82923 |
| POWELL | THOMAS | IL | CENTRAL | 96-4026 | 08-CV-91885 |
| RASNER | DONALD | IL | CENTRAL | 00-2005 | 08-CV-92143 |
| REED | ODELL | WI | WESTERN | 96-0839 | 10-CV-61353 |
| REINHARDT | GARY | IL | CENTRAL | 99-2151 | 08-CV-92131 |
| REINOEHL | DONALD | IL | SOUTHERN | 01-4029 | 08-CV-89460 |
| RIGGS | IRVING | IL | CENTRAL | 96-1323 | 08-CV-91762 |
| ROGERS | JOHN | IL | CENTRAL | 99-1204 | 08-CV-92167 |
| SAMS | PHILLIP | IN | SOUTHERN | 94-1728 | 08-CV-88575 |

| LAST | FIRST | STATE | DISTRICT | LOCAL CASE | PA-ED CASE |
|---|---|---|---|---|---|
| SCHUCK | WALTER | IL | CENTRAL | 01-1048 | 08-CV-92205 |
| SEIFERT | WILLIAM | IL | CENTRAL | 99-1289 | 08-CV-92171 |
| SHORT | JOHNNIE | IL | CENTRAL | 98-1344 | 08-CV-92164 |
| SMITH | RONALD | IL | Northern Dist | 06-3759 | 08-CV-90287 |
| SMITH | ORVILLE | IL | CENTRAL | 97-2150 | 10-CV-68104 |
| SPANGLER | HERBERT | IL | CENTRAL | 96-4022 | 08-CV-91882 |
| SPRAGUE | BILLY | IL | NORTHERN | 00-3587 | 08-CV-90112 |
| STARIHA | WILLIAM | IN | SOUTHERN | 99-0213 | 09-CV-64725 |
| TAYLOR | JAMES | IL | CENTRAL | 96-4021 | 08-CV-91881 |
| THOMAS | GLENDEL | IL | CENTRAL | 01-1049 | 08-CV-92206 |
| THURMAN | ERNEST | IL | CENTRAL | 00-1012 | 08-CV-92188 |
| TOVEY | ROBERT | IL | CENTRAL | 99-2178 | 08-CV-92133 |
| WALKER | CLARENCE | IL | CENTRAL | 99-2207 | 08-CV-92136 |
| WALLMAN | RJ | IN | SOUTHERN | IP94-1742-C | 08-CV-88587 |
| WARE | WILLIAM | IL | CENTRAL | 97-1457 | 08-CV-92159 |
| WATERSTRADT | HENRY | IL | CENTRAL | 94-2294 | 08-CV-92045 |
| WEBER | DANIEL | IL | CENTRAL | 99-2177 | 08-CV-92132 |
| WESLEY | KEITH | IL | SOUTHERN | 97-4216 | 10-CV-64570 |
| WHITE | DONALD | IL | CENTRAL | 94-2284 | 08-CV-92036 |
| WILLIAMSON | RICHARD | IL | CENTRAL | 96-4016 | 08-CV-91878 |
| WILLIAMSON | HENRY | IL | CENTRAL | 99-1258 | 08-CV-92169 |
| WILSON | MERLE | IL | CENTRAL | 96-4019 | 08-CV-91879 |
| WINDERS | BERLIE | IL | CENTRAL | 96-2065 | 08-CV-92061 |
| WITTMEYER | AUSTIN | IL | CENTRAL | 95-1108 | 08-CV-91739 |
| WORKMAN | JOHN | IL | CENTRAL | 97-3026 | 10-CV-68071 |