## SCHEDULE OF ACTIONS

| In Re: Asbestos Products Liability Litigation (No. VI) v. Georgia-Pacific LLC, et al. | United States District Court for the Northern District of Illinois Eastern Division | Case No.: 1:11-cv-05310 | Honorable Ruben Castillo |
|---|---|---|---|