UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    Richard Keeney, et al. v. A.W. Chesterton Co., et al.,   )
        C.D. California, C.A. No. 2:11-06192   )     MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Keeney*) on August 5, 2011. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Keeney* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Keeney* was remanded to the Los Angeles County Superior Court, California, by the Honorable Percy Anderson in a minute order filed on August 9, 2011.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-429" filed on August 5, 2011, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel