BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 In re Asbestos Litigation

*Roger E. Nelson, et al. v. Crane Co. et al.*, District of Hawaii, C.A. No. 1:11-00405
*Roger E. Nelson, et al. v. Crane Co. et al.*, District of Hawaii, C.A. No. 1:11-00406

## DECLARATION OF E. MASON MARTIN III

I, E. MASON MARTIN III, hereby declare pursuant to 28 U.S.C. §1746, under penalty of perjury that the following is true and correct:

1. I am one of the attorneys of record herein for Defendant WARREN PUMPS, LLC. and make this declaration based upon personal knowledge.

2. Attached hereto and marked as Exhibit "A" are true and correct copies of the following recent Ninth Circuit decisions:

    (a) Getz, et al. v. The Boeing Co., et al., 2011 U.S. App. LEXIS 15877 (9th Cir. 2011)

    (b) Rodriguez v. Lockheed Martin Corp., 627 F.3d 1259 (9th Cir. 2010)

3. Attached hereto and marked as Exhibit "B" is a true and correct copy of the most recent MDL-875 Asbestos Products Liability Litigation Land-Based Caseload Statistics.

4. Attached hereto is a true and accurate copy of the Affidavit of Ret. Adm. Roger B. Horne, Jr. dated June 22, 2011.

5. Attached hereto is a true and accurate copy of the Affidavit of Ret. Adm. David P. Sargent dated August 4, 2011.

6. Attached hereto is a true and accurate copy of the Affidavit of Dr. Samuel Forman dated August 6, 2011.

7.     Attached hereto is a true and accurate copy of the <u>Affidavit of Roland Doktor</u> dated June 22, 2011.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this <u>15th</u> day of August 2011.

                                           <u>/s/ E. Mason Martin III</u>
                                           E. MASON MARTIN III
                                           220 South King Street, Suite 1900
                                           Central Pacific Plaza
                                           Honolulu, Hawaii  96813
                                           Telephone No. (808) 536-1900
                                           Email: mmartin@kdubm.com
                                           Counsel for Defendant
                                           WARREN PUMPS, LLC