UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF PENNSYLVANIA**

# MDL-875
# Asbestos Products Liability Litigation
### Land-Based Caseload Statistics
Office of the Clerk of Court

August 1, 2006  -  June 30, 2011

**Michael E. Kunz**
Clerk of Court

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
875 -IN RE: Asbestos Products Liability Litigation (No.VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

## CUMULATIVE TOTALS

|  | CASES TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CASES PENDING IN EDPA | |
|---|---|---|---|---|
| 8/1/2006 - 10/31/2008 | 53,788 | 1,982 | AS OF 10/31/08 | 51,806 |
| 11/1/2008 - 12/31/2009 | 44,267 | 44,549 | AS OF 12/31/09 | 51,524 |
| 1/1/2010 - 12/31/2010 | 16,381 | 48,334 | AS OF 12/31/10 | 19,571 |
| 1/1/2011 - 6/30/2011 | 6,850 | 13,363 | AS OF 6/30/11 | 13,058 |
| **TOTAL** | **121,286** | **108,228** | AS OF 6/30/11 | **13,058** |

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
875 - IN RE: Asbestos Products Liability Litigation (No.VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | CASES ADDED TO BANKRUPTCY DOCKET | C.T.O.S FILED |
|---|---|---|---|---|---|---|
| NOVEMBER 2008 | 522 | 33,982 | 2 | 2,304 | 7 | 0 |
| DECEMBER 2008 | 1,216 * | 16,112 | 12 | 4,278 | 33 | 56 |
| JANUARY 2009 | 2,795 | 72,511 | 0 | 10,681 | 0 | 152 |
| FEBRUARY 2009 | 475 | 35,222 | 5,183 | 216,095 | 429 | 542 |
| MARCH 2009 | 2,652 | 40,890 | 1,462 | 282,683 | 598 | 762 |
| APRIL 2009 | 2,327 | 51,932 | 3,163 | 149,129 | 749 | 72 |
| MAY 2009 | 1,841 | 71,401 | 5,876 | 1,151,139 | 3,983 | 46 |
| JUNE 2009 | 6,088 | 145,735 | 6,556 | 146,093 | 1,833 | 53 |
| JULY 2009 | 4,463 * | 114,537 | 4,736 | 404,157 | 3,303 | 24 |
| AUGUST 2009 | 5,789 | 971,937 | 3,876 | 60,009 | 1,689 | 138 |
| SEPTEMBER 2009 | 11,756 | 643,476 | 2,721 | 2,474,855 | 1,455 | 0 |
| OCTOBER 2009 | 2,144 | 93,632 | 5,553 | 435,802 | 3,111 | 92 |
| NOVEMBER 2009 | 888 | 53,768 | 2,652 | 77,986 | 1,768 | 53 |
| DECEMBER 2009 | 1,311 | 42,651 | 2,757 | 155,072 | 915 | 43 |
| TOTAL 11/1/2008 - 12/31/2009 | 44,267 | 2,387,786 | 44,549 | 5,570,283 | 19,873 | 2,033 |

* EACH INCLUDE 1 NEW CASE WITH ORIGINAL JURISDICTION

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
875 -IN RE: Asbestos Products Liability Litigation (No.VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | CASES ADDED TO BANKRUPTCY DOCKET | C.T.O.S FILED |
|---|---|---|---|---|---|---|
| JANUARY 2010 | 312 | 12,185 | 2,828 | 59,644 | 821 | 1 |
| FEBRUARY 2010 | 1,187 | 21,427 | 898 | 44,821 | 547 | 37 |
| MARCH 2010 | 92 | 2,370 | 7,840 | 647,192 | 6,504 | 0 |
| APRIL 2010 | 4,516 | 218,523 | 4,341 | 235,284 | 577 | 31 |
| MAY 2010 | 2,498 * | 75,420 | 8,973 | 553,430 | 6,641 | 62 |
| JUNE 2010 | 1,062 | 6,321 | 12,684 | 1,071,056 | 5,660 | 0 |
| JULY 2010 | 226 | 25,410 | 4,899 | 111,232 | 1,428 | 34 |
| AUGUST 2010 | 165 | 16,641 | 2,940 | 95,825 | 1,296 | 91 |
| SEPTEMBER 2010 | 1,930 | 33,072 | 699 | 7,714 | 392 | 13 |
| OCTOBER 2010 | 2,489 | 101,484 | 1,269 | 23,659 | 419 | 9 |
| NOVEMBER 2010 | 175 | 16,400 | 584 | 12,167 | 463 | 9 |
| DECEMBER 2010 | 1,729 | 69,633 | 379 | 8,884 | 252 | 19 |
| TOTAL 1/1/2010 - 12/31/2010 | 16,381 | 598,886 | 48,334 | 2,870,908 | 25,000 | 306 |

* INCLUDES 1 NEW CASE WITH ORIGINAL JURISDICTION

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
875 -IN RE: Asbestos Products Liability Litigation (No.VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | CASES ADDED TO BANKRUPTCY DOCKET | C.T.O.S FILED |
|---|---|---|---|---|---|---|
| JANUARY 2011 | 97 * | 6,042 | 1,490 | 59,532 | 521 | 11 |
| FEBRUARY 2011 | 1,037 * | 16,987 | 4,236 | 117,555 | 192 | 15 |
| MARCH 2011 | 2,420 * | 51,360 | 3,034 | 40,858 | 4,059 | 51 |
| APRIL 2011 | 702 * | 14,901 | 3,247 | 65,555 | 1,365 | 66 |
| MAY 2011 | 2,084 | 6,920 | 741 | 18,105 | 318 | 33 |
| JUNE 2011 | 510 | 16,035 | 615 | 9,263 | 346 | 81 |
| JULY 2011 | | | | | | |
| AUGUST 2011 | | | | | | |
| SEPTEMBER 2011 | | | | | | |
| OCTOBER 2011 | | | | | | |
| NOVEMBER 2011 | | | | | | |
| DECEMBER 2011 | | | | | | |
| TOTAL 1/1/2011 - 6/30/2011 | 6,850 | 112,245 | 13,363 | 310,868 | 6,801 | 257 |

* INCLUDES NEW CASES WITH ORIGINAL JURISDICTION
(JANUARY - 1 CASE, FEBRUARY - 2 CASES, MARCH -3 CASES, APRIL -1 CASE)

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
875 -IN RE: Asbestos Products Liability Litigation (No.VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

**TOTAL CASELOAD**
11/1/2008 - 6/30/2011

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | CASES ADDED TO BANKRUPTCY DOCKET | C.T.O.S FILED |
|---|---|---|---|---|---|---|
| 11/1/2008 - 12/31/2009 | 44,267 | 2,387,786 | 44,549 | 5,570,283 | 19,873 | 2,033 |
| 1/1/2010 - 12/31/2010 | 16,381 | 598,886 | 48,334 | 2,870,908 | 25,000 | 306 |
| 1/1/2011 - 6/30/2011 | 6,850 | 112,245 | 13,363 | 310,868 | 6,801 | 257 |
| **TOTAL** 11/1/2008 - 6/30/2011 | **67,498** | **3,098,917** | **106,246** | **8,752,059** | **51,674** | **2,596** |

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL-875 - IN RE: Asbestos Products Liability Litigation (No.VI)
### PENNSYLVANIA EASTERN
8/1/2006 - 6/30/2011

| DISTRICT COURT | CASES FILED | CASES TERMINATED | CASES PENDING |
|---|---|---|---|
| **DC** | **35** | **30** | **5** |
| District of Columbia | 35 | 30 | 5 |
| **1ST CIRCUIT** | **2,815** | **2,774** | **41** |
| Maine | 277 | 268 | 9 |
| Massachusetts | 2,065 | 2,056 | 9 |
| New Hampshire | 127 | 121 | 6 |
| Puerto Rico | 77 | 77 | 0 |
| Rhode Island | 269 | 252 | 17 |
| **2ND CIRCUIT** | **19,231** | **17,880** | **1,351** |
| Connecticut | 1,328 | 297 | 1,031 |
| New York Eastern | 6,902 | 6,699 | 203 |
| New York Northern | 332 | 332 | 0 |
| New York Southern | 10,214 | 10,101 | 113 |
| New York Western | 453 | 450 | 3 |
| Vermont | 2 | 1 | 1 |
| **3RD CIRCUIT** | **10,092** | **10,036** | **56** |
| Delaware | 458 | 447 | 11 |
| New Jersey | 817 | 801 | 16 |
| Pennsylvania Eastern | 8,522 | 8,501 | 21 |
| Pennsylvania Middle | 1 | 1 | 0 |
| Pennsylvania Western | 91 | 84 | 7 |
| Virgin Islands | 203 | 202 | 1 |
| **4TH CIRCUIT** | **18,913** | **13,275** | **5,638** |
| Maryland | 1,309 | 972 | 337 |
| North Carolina Eastern | 1,241 | 865 | 376 |
| North Carolina Middle | 820 | 718 | 102 |
| North Carolina Western | 1,809 | 1,641 | 168 |
| South Carolina | 2,250 | 2,180 | 70 |
| Virginia Eastern | 10,390 | 5,834 | 4,556 |
| Virginia Western | 919 | 903 | 16 |
| West Virginia Northern | 66 | 66 | 0 |
| West Virginia Southern | 109 | 96 | 13 |
| **5TH CIRCUIT** | **43,531** | **43,270** | **261** |
| Louisiana Eastern | 369 | 347 | 22 |
| Louisiana Middle | 130 | 120 | 10 |
| Louisiana Western | 82 | 70 | 12 |
| Mississippi Northern | 566 | 564 | 2 |
| Mississippi Southern | 33,301 | 33,170 | 131 |
| Texas Eastern | 6,729 | 6,704 | 25 |
| Texas Northern | 1,528 | 1,495 | 33 |
| Texas Southern | 743 | 717 | 26 |
| Texas Western | 83 | 83 | 0 |

| DISTRICT COURT | CASES FILED | CASES TERMINATED | CASES PENDING |
|---|---|---|---|
| **6TH CIRCUIT** | **5,761** | **3,228** | **2,533** |
| Kentucky Eastern | 275 | 244 | 31 |
| Kentucky Western | 256 | 212 | 44 |
| Michigan Eastern | 119 | 119 | 0 |
| Michigan Western | 30 | 27 | 3 |
| Ohio Northern | 4,128 | 1,971 | 2,157 |
| Ohio Southern | 234 | 231 | 3 |
| Tennessee Eastern | 250 | 247 | 3 |
| Tennessee Middle | 87 | 87 | 0 |
| Tennessee Western | 382 | 90 | 292 |
| **7TH CIRCUIT** | **8,647** | **6,714** | **1,933** |
| Illinois Central | 1,714 | 1,475 | 239 |
| Illinois Northern | 1,093 | 791 | 302 |
| Illinois Southern | 445 | 310 | 135 |
| Indiana Northern | 1,518 | 1,056 | 462 |
| Indiana Southern | 1,972 | 1,665 | 307 |
| Wisconsin Eastern | 1,253 | 886 | 367 |
| Wisconsin Western | 652 | 531 | 121 |
| **8TH CIRCUIT** | **3,454** | **3,097** | **357** |
| Arkansas Eastern | 86 | 86 | 0 |
| Arkansas Western | 19 | 19 | 0 |
| Iowa Northern | 27 | 24 | 3 |
| Iowa Southern | 1,925 | 1,911 | 14 |
| Minnesota | 460 | 371 | 89 |
| Missouri Eastern | 349 | 347 | 2 |
| Missouri Western | 121 | 108 | 13 |
| Nebraska | 126 | 117 | 9 |
| North Dakota | 339 | 112 | 227 |
| South Dakota | 2 | 2 | 0 |
| **9TH CIRCUIT** | **2,810** | **2,449** | **361** |
| Alaska | 121 | 120 | 1 |
| Arizona | 600 | 570 | 30 |
| California Central | 225 | 197 | 28 |
| California Eastern | 16 | 8 | 8 |
| California Northern | 739 | 490 | 249 |
| California Southern | 57 | 52 | 5 |
| Guam | 3 | 3 | 0 |
| Hawaii | 60 | 57 | 3 |
| Idaho | 114 | 113 | 1 |
| Montana | 163 | 156 | 7 |
| Nevada | 186 | 185 | 1 |
| Northern Mariana Island | 4 | 4 | 0 |
| Oregon | 162 | 159 | 3 |
| Washington Eastern | 174 | 173 | 1 |
| Washington Western | 186 | 162 | 24 |

| DISTRICT COURT | CASES FILED | CASES TERMINATED | CASES PENDING |
|---|---:|---:|---:|
| **10TH CIRCUIT** | **2,524** | **2,505** | **19** |
| Colorado | 503 | 503 | 0 |
| Kansas | 614 | 610 | 4 |
| New Mexico | 277 | 273 | 4 |
| Oklahoma Eastern | 28 | 27 | 1 |
| Oklahoma Northern | 223 | 218 | 5 |
| Oklahoma Western | 303 | 301 | 2 |
| Utah | 454 | 451 | 3 |
| Wyoming | 122 | 122 | 0 |
| **11TH CIRCUIT** | **3,473** | **2,970** | **503** |
| Alabama Middle | 74 | 71 | 3 |
| Alabama Northern | 735 | 403 | 332 |
| Alabama Southern | 292 | 291 | 1 |
| Florida Middle | 120 | 102 | 18 |
| Florida Northern | 22 | 22 | 0 |
| Florida Southern | 624 | 610 | 14 |
| Georgia Middle | 35 | 31 | 4 |
| Georgia Northern | 685 | 634 | 51 |
| Georgia Southern | 886 | 806 | 80 |
| **TOTAL** | **121,286** | **108,228** | **13,058** |