| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI) <br><br> This Document Relates To: <br><br> _____ | ) MDL DOCKET NO. 875 <br> ) <br> ) <br> ) <br> ) <br> ) |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: <br> HAWAII STATE ASBESTOS CASES <br><br> ROGER E. NELSON and ROSALIE J. NELSON, <br><br> Plaintiffs, <br> vs. <br><br> 1) CRANE COMPANY, etc., et al., <br><br> Defendants. <br><br> _____ | ) CIVIL NO. CV11 00406 LEK/RLP <br> ) <br> ) CERTIFICATE OF SERVICE <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 15, 2011, a copy of the foregoing pleading was filed electronically and is available for viewing from the Court's ECF system. Notice of this filing will be sent to all counsel of record via the Court's ECF system.

DATED: August 15, 2011, Honolulu, Hawaii.

   /s/ E. Mason Martin III
ELTON JOHN BAIN
E. MASON MARTIN III
MARIE A. SHELDON
BRADFORD K. CHUN

Attorneys for Defendant
WARREN PUMPS, LLC