| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI) ) ) ) | MDL DOCKET NO. 875 |
| This Document Relates To: ) ) | |

_____

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: ) | CIVIL NO. CV11 00449 LEK/BMK |
| HAWAII STATE ASBESTOS CASES ) ) | CERTIFICATE OF SERVICE |
| ROGER E. NELSON and ROSALIE J. NELSON, ) ) ) | |
| Plaintiffs, ) | |
| vs. ) ) | |
| 1) CRANE COMPANY, etc., et al., ) ) | |
| Defendants. ) ) ) | |

_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2011, a copy of the foregoing pleading was filed electronically and is available for viewing from the Court's ECF system. Notice of this filing will be sent to all counsel of record via the Court's ECF system.

DATED: August 15, 2011, Honolulu, Hawaii.

/s/ E. Mason Martin III
ELTON JOHN BAIN
E. MASON MARTIN III
MARIE A. SHELDON
BRADFORD K. CHUN

Attorneys for Defendant
WARREN PUMPS, LLC