# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:          **Tuesday, September 27, 2011**

LOCATION OF HEARING SESSION:     James A. Byrne United States Courthouse
                                 Ceremonial Courtroom, 1st Floor
                                 601 Market Street
                                 Philadelphia, Pennsylvania  19106-1797

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:30 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) does not need to appear at the Hearing Session.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the hearing session.

ORAL ARGUMENT:  The Panel carefully considers the positions advocated in filings with the Panel when it allocates time to attorneys presenting oral argument.  The Panel, therefore, expects attorneys to adhere to those positions (including those concerning an appropriate transferee district).  Any change in position should be conveyed to Panel staff before the beginning of oral argument.  Where an attorney thereafter advocates a position different from that conveyed to Panel staff, the Panel may reduce the allotted argument time and decline to hear further from that attorney.

- 2 -

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be returned to this office no later than **September 8, 2011.**  The procedures governing Panel oral argument (Panel Rule 11.1) are attached.  The Panel strictly adheres  to these procedures.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

cc: Clerk, U.S. District Court for the Eastern District of Pennsylvania

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on Tuesday, September 27, 2011, the Panel will convene a hearing session in Philadelphia, Pennsylvania, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c).  The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION:

_____
John G. Heyburn II
Chairman

| | |
|---|---|
| Kathryn H. Vratil | W. Royal Furgeson, Jr. |
| Frank C. Damrell, Jr. | Barbara S. Jones |
| Paul J. Barbadoro | Marjorie O. Rendell |

SCHEDULE OF MATTERS FOR HEARING SESSION
Tuesday, September 27, 2011 -- Philadelphia, Pennsylvania


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT[1]**


MDL No. 2273 -- **IN RE: HOME DEPOT U.S.A., INC., CALIFORNIA SONG-BEVERLY CREDIT CARD ACT LITIGATION**

Motion of plaintiff Charleen Swaney for centralization of the following actions in the United States District Court for the Eastern District of California:

Eastern District of California

Chris Vaughan v. Home Depot U.S.A., Inc., C.A. No. 2:11-01041
Charleen Swaney v. Home Depot U.S.A., Inc., C.A. No. 2:11-01129

Northern District of California

Martin Petersen v. Home Depot U.S.A., Inc., C.A. No. 4:11-01938

---

[1]  This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer.  See Panel Rules 6.1 and 6.2.  In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.

Schedule of Matters for Hearing Session, Section A                                  p. 2
 Philadelphia, Pennsylvania


MDL No. 2274 -- **IN RE: CITIMORTGAGE, INC., HOME AFFORDABLE
                          MODIFICATION PROGRAM ("HAMP") CONTRACT LITIGATION**

       Motion of defendant CitiMortgage, Inc., for centralization of the following actions in the
United States District Court for the Northern District of Illinois:

              <u>Central District of California</u>

       Beverly King, et al. v. CitiMortgage, Inc., C.A. No. 2:10-03792

              <u>Eastern District of California</u>

       Balbir Singh v. CitiMortgage, Inc., C.A. No. 2:11-00793

              <u>Northern District of Illinois</u>

       Leslie Barry, et al. v. CitiMortgage, Inc., C.A. No. 1:11-02918

              <u>District of Massachusetts</u>

       Davidson Calfee, et al. v. CitiMortgage, Inc., C.A. No. 1:10-12051

              <u>District of New Jersey</u>

       Juan Silva, et al. v. CitiMortage, Inc., C.A. No. 2:11-01432
       Jo Ann Gastineau v. CitiMortage, Inc., C.A. No. 3:11-02773

              <u>Southern District of New York</u>

       Brian Costigan v. Citigroup, Inc., et al., C.A. No. 1:10-08776

              <u>Eastern District of Pennsylvania</u>

       William T. Whiting v. CitiMortgage, Inc., C.A. No. 2:11-02318
       David G. Derosa, et al. v. CitiMortgage, Inc., C.A. No. 2:11-02914

Schedule of Matters for Hearing Session, Section A                    p. 3
 Philadelphia, Pennsylvania


MDL No. 2275 -- **IN RE: GEROVA FINANCIAL GROUP, LTD., SECURITIES LITIGATION**

Motion of plaintiffs Margie Goldberg, et al., for centralization of the following actions in the United States District Court for the Eastern District of New York or, in the alternative, the United States District Court for the Southern District of New York:

Eastern District of New York

Margie Goldberg, et al. v. Gerova Financial Group, Ltd., et al., C.A. No. 1:11-01385

Southern District of New York

IN RE Stillwater Capital Partners Inc. Litigation, C.A. No. 1:11-02737
Ali Arar v. Gerova Financial Group Ltd., et al., C.A. No. 1:11-03081
Jack Hafif, et al. v. Gerova Financial Group, Ltd., et al., C.A. No. 1:11-03564
Wayne T. Bonner v. Gerova Financial Group Ltd., et al., C.A. No. 1:11-03796


MDL No. 2276 -- **IN RE: KEITH RUSSELL JUDD VOTING RIGHTS LITIGATION**

Motion of plaintiff Keith Russell Judd for centralization of the following actions in the United States District Court for the Western District of Arkansas:

District of Arizona

Keith Russell Judd v. Arizona Secretary of State, et al., C.A. No. 2:11-01058

Western District of Arkansas

Keith Russell Judd v. Secretary of State of Arkansas, et al., C.A. No. 4:11-04049

District of New Hampshire

Keith Russell Judd v. NH Secretary of State, et al., C.A. No. 1:11-00259

District of Nevada

Keith Russell Judd v. Secretary of State of Nevada, et al., C.A. No. 2:11-00853

Schedule of Matters for Hearing Session, Section A                    p. 4
 Philadelphia, Pennsylvania


MDL No. 2276 (Continued)


<u>Northern District of New York</u>

Keith Russell Judd v. State Election Board of New York, et al., C.A. No. 1:11-00571

<u>Southern District of West Virginia</u>

Keith Russell Judd v. Secretary of State of West Virginia, et al. 2:11-00369


MDL No. 2279 -- **IN RE: UBS FINANCIAL SERVICES, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION**

Motion of plaintiffs Eliot Cohen and Larry LaVoice for centralization of the following actions in the United States District Court for the Southern District of New York:

<u>Central District of California</u>

Eliot Cohen v. UBS Financial Services, Inc., et al., C.A. No. 2:11-03623

<u>Southern District of New York</u>

Larry  LaVoice v. UBS Wealth Management Americas, et al., C.A. No. 1:11-02308


MDL No. 2280 -- **IN RE: MORGAN STANLEY SMITH BARNEY LLC WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION**

Motion of plaintiffs Howard Rosenblatt, Nick Pontilena, Jimmy Kuhn, and Gregg Vanasse for centralization of the following actions in the United States District Court for the Eastern District of New York:

<u>District of Connecticut</u>

Howard  Rosenblatt v. Morgan Stanley Smith Barney LLC, C.A. No. 3:11-01052

Schedule of Matters for Hearing Session, Section A                           p. 5
 Philadelphia, Pennsylvania


MDL No. 2280 (Continued)


                District of New Jersey

        Nick Pontilena v. Morgan Stanley Smith Barney LLC, C.A. No. 2:11-03121

                Eastern District of New York

        Denise Otten v. Morgan Stanley Smith Barney LLC, C.A. No. 1:11-02845
        Jimmy Kuhn v. Morgan Stanley Smith Barney LLC, C.A. No. 2:11-02072

                District of Rhode Island

        Gregg Vanasse v. Morgan Stanley Smith Barney, LLC, C.A. No. 1:11-00250


MDL No. 2281 -- **IN RE: GLOBAL DISTRIBUTION SYSTEMS (GDS) ANTITRUST
                LITIGATION**

        Motion of defendants Sabre Inc., Sabre Holdings Corporation, and Sabre Travel
International Ltd., for centralization of the following actions in the United States District Court
for the Northern District of Texas:

                Southern District of New York

        US Airways, Inc. v. Sabre Holdings Corporation, et al., C.A. No. 1:11-02725

                Northern District of Texas

        American Airlines, Inc v. Travelport Limited, et al., C.A. No. 4:11-00244

Schedule of Matters for Hearing Session, Section A                    p. 6
 Philadelphia, Pennsylvania


MDL No. 2282 -- **IN RE: HOME DEPOT U.S.A., INC., WAGE AND HOUR LITIGATION**

Motion of plaintiffs for centralization of the following actions in the United States District Court for the District of New Jersey:

Eastern District of Arkansas

Donald Love, et al. v. Home Depot U.S.A., Inc., C.A. No. 4:11-00485

Northern District of California

Harold Smalley, et al. v. Home Depot U.S.A., Inc., C.A. No. 3:11-02951

Southern District of California

John Ambrosino, et al. v. Home Depot U.S.A., Inc.,  C.A. No. 3:11-01319

District of Connecticut

James D. Costello, et al. v. Home Depot U.S.A., Inc., C.A. No. 3:11-00953

Northern District of Illinois

Todd W. Addison, et al. v. Home Depot U.S.A., Inc., C.A. No. 1:11-04086

District of New Jersey

Nick Aquilino, et al. v. Home Depot U.S.A., Inc., et al., C.A. No. 3:04-04100
Jerome A. Johnson, et al. v. Home Depot U.S.A., Inc., C.A. No.  3:11-03561

MDL No. 2283 -- **IN RE: BUILDING MATERIALS CORPORATION OF AMERICA
              ASPHALT ROOFING SHINGLES PRODUCTS LIABILITY
              LITIGATION**

Motion of defendant Building Materials Corporation of America d/b/a GAF Materials Corp., for centralization of the following actions in the United States District Court for the District of South Carolina or, in the alternative, the United States District Court for the District of New Jersey:

District of Minnesota

Diane Haner v. Building Materials Corporation of America, C.A. No. 0:11-01443

District of South Carolina

Jack Brooks, et al. v. GAF Materials Corporation, C.A. No. 8:11-00983

Eastern District of Virginia

Sybil McDaniel v. Building Materials Corporation of America, C.A. No. 2:11-00352

MDL No. 2284 -- **IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES
              AND PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Washtenaw Acquisition LLC, et al., for centralization of certain of the following actions in the United States District Court for the District of Delaware; motion of plaintiff Luanne Miller for centralization of certain of the following actions in the United States District Court for Northern District of Ohio; and motion of plaintiff Town & Country Landscape Management, LLC, for centralization of the following actions in the United States District Court for the District of Delaware or, in the alternative, the United States District Court for the District of New Jersey:

District of Delaware

Washtenaw Acquisition LLC, et al. v. E.I. Du Pont de Nemours and Company,
  C.A. No. 1:11-00624
Marsha Shomo, et al. v. E.I. Du Pont de Nemours and Company, C.A. No. 1:11-00633
Richard D. Shlansky-Goldberg, et al. v. E.I. Du Pont de Nemours and Company,
  C.A. No. 1:11-00637

Schedule of Matters for Hearing Session, Section A                    p. 8
 Philadelphia, Pennsylvania


MDL No. 2284 (Continued)


          District of Delaware (Continued)

     Michael Golden v. E.I. Du Pont de Nemours and Company, C.A. No. 1:11-00640
     Town & Country Landscape Management LLC v. E.I. Du Pont de Nemours and
      Company, C.A. No. 1:11-00656

          Southern District of Indiana

     Harlene Clark v. E.I. Du Pont de Nemours and Company, C.A. No. 1:11-00962
     Matthew Tader v. E.I. Du Pont Nemours and Company, C.A. No. 1:11-01033

          Northern District of Iowa

     Daryl Haley, et al. v. E.I. Du Pont Nemours and Company, C.A. No. 11-00085
     Nicholas L. Peters v. E.I. Du Pont Nemours and Company, C.A. No. 5:11-04066

          District of Kansans

     Jeffrey A. Bailey v. E.I. du Pont de Nemours and Company, C.A. No. 2:11-02428

          District of Minnesota

     Alan R. Gingold v. E. I. Du Pont de Nemours and Company, C.A. No. 0:11-02166
     Mark Petersen v. E. I. Du Pont de Nemours and Company, C.A. No. 0:11-02205

          District of New Jersey

     Perennial Services, LLC v. E.I. Du Pont Nemours and Company, C.A. No. 2:11-04229

          Northern District of Ohio

     Luanne Miller v. E.I. Du Pont de Nemours and Company, C.A. No. 1:11-01517

          Southern District of Ohio

     Tamara K. Gallo, et al. v. E.I. Du Pont de Nemours and Company, et al.,
        C.A. No. 2:11-00680

Schedule of Matters for Hearing Session, Section A                     p. 9
 Philadelphia, Pennsylvania


MDL No. 2284 (Continued)


          Eastern District of Pennsylvania

Capital Turf Management, Inc. v. E.I. Du Pont de Nemours and Company,
    C.A. No. 2:11-04914

          District of Utah

Greenleaf Enterprises v. E.I. Du Pont de Nemours and Company, C.A. No. 2:11-00664

          Eastern District of Wisconsin

Tim Reynolds v. E.I. Du Pont de Nemours and Company, C.A. No. 2:11-00730


MDL No. 2285 -- **IN RE: HERCULES OFFSHORE, INC., SECURITIES AND
                    DERIVATIVE LITIGATION**

        Motion of plaintiff Sean Matthews for centralization of the following actions in the
United States District Court for the Southern District of Texas:

          District of Delaware

Pinchus E. Raul v. John T. Rynd, et al., C.A. No. 1:11-00560

          Southern District of Texas

Sean Matthews v. John T. Rynd, et al., C.A. No. 4:11-02706

Schedule of Matters for Hearing Session, Section A                            p. 10
 Philadelphia, Pennsylvania


**MDL No. 2286 -- IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION**

Motion of defendants Encore Capital Group, Inc.; Midland Funding, LLC; and Midland Credit Management, Inc., for centralization of the following actions in the United States District Court for the Southern District of California:

<u>Southern District of California</u>

Christopher Robinson v. Midland Funding, LLC, C.A. No. 3:10-02261
Eduardo Tovar v. Midland Credit Management, C.A. No. 3:10-02600

<u>Northern District of Illinois</u>

Nicholas Martin v. Midland Funding, LLC, C.A. No. 1:11-03104
Dave Scardina v. Midland Credit Management, Inc., et al., C.A. No. 1:11-03149


**MDL No. 2287 -- IN RE: RONALD BEECHER ESTATE LITIGATION**

Motion of Nicholas Popich; LRC Technologies, LLC; and Iron Mount Corporation for centralization of the following actions in the United States District Court for the Eastern District of Louisiana:

<u>Northern District of Alabama</u>

Maria McKee v. Nicholas Popich, et al., C.A. No. 2:11-02680

<u>Eastern District of Louisiana</u>

LRC Technologies, LLC v. Maria McKee, C.A. No. 2:11-01011
Nicholas Popich v. Ronald Beecher, C.A. No. 2:11-01420

Schedule of Matters for Hearing Session, Section A                    p. 11
 Philadelphia, Pennsylvania


## MDL No. 2288 -- **IN RE: FACEBOOK USE OF NAME AND LIKENESS LITIGATION**

Motion of defendant Facebook, Inc., for centralization of the following actions in the United States District Court for the Northern District of California:

### Northern District of California

Robyn Cohen, et al. v. Facebook, Inc., C.A. No. 3:10-05282
Angel Fraley, et al. v. Facebook, Inc., C.A. No. 5:11-01726
J.N.D., et al. v. Facebook, Inc., C.A. No. 5:11-03287

### Southern District of Illinois

E.K.D., et al. v. Facebook, Inc., C.A. No. 3:11-00461


## MDL No. 2289 -- **IN RE: BANDSPEED ('418 & '614) PATENT LITIGATION**

Motion of defendants Acer, Inc.; Acer America Corporation; Belkin International, Inc.; Belkin, Inc.; Dell, Inc.; Garmin International, Inc.; Garmin USA, Inc.; GN Netcom A/S; GN US, Inc.; Hewlett-Packard Company; Hewlett-Packard Development Company, LP; HTC Corporation; HTC America, Inc.; Kyocera International, Inc.; Kyocera Communications, Inc.; Lenovo (United States) Inc.; Plantronics, Inc.; TomTom International B.V.; TomTom, Inc.; and Bluetooth SIG, Inc., for centralization of the following actions in the United States District Court for the Western District of Texas:

### Eastern District of Texas

Bandspeed, Inc. v. Acer Inc., et al., C.A. No. 2:10-00215

### Western District of Texas

Bandspeed, Inc. v. Sony Electronics Inc., et al., C.A. No. 1:09-00593

Schedule of Matters for Hearing Session, Section A                    p. 12
 Philadelphia, Pennsylvania


MDL No. 2290 -- **IN RE: JPMORGAN CHASE MORTGAGE MODIFICATION
                 LITIGATION**

     Motion of plaintiffs Kiersten Hajnal, et al.; Kelly Turbeville, et al.; Jean C. Wilcox, et al.;
 Dianna Montez, et al.; Mindy B. Senter, et al.; Ramiza Durmic, et al.; Julie Karnes; Basilisa
Pacheco, et al.; and Thomas Leopold, et al., for centralization of the following actions in the
United States District Court for the Central District of California:

       <u>Central District of California</u>

    Kiersten Hajnal, et al. v. Chase Home Finance, LLC, et al., C.A. No. 2:11-06025
    Kelly Turbeville, et al. v. JPMorgan Chase Bank, N. A., C.A. No. 8:10-01464
    Jean C. Wilcox, et al. v. EMC Mortgage Corporation, et al., C.A. No. 8:10-01923

       <u>Southern District of California</u>

    Dianna Montez, et al. v. Chase Home Finance, LLC, et al., C.A. No. 3:11-00530

       <u>Southern District of Florida</u>

    Mindy B. Senter, et al. v. JPMorgan Chase Bank, N.A., et al., C.A. No. 0:11-60308

       <u>District of Massachusetts</u>

    Ramiza Durmic, et al. v. JPMorgan Chase Bank, N.A., C.A. No. 1:10-10380

       <u>District of Minnesota</u>

    Julie Karnes v. Chase Home Finance LLC, et al., C.A. No. 0:11-01574

       <u>District of New Jersey</u>

    Amy E. Keller v. JP Morgan Chase & Co., et al., C.A. No. 2:11-01791

       <u>Southern District of New York</u>

    Lois DeCaro, et al. v. JP Morgan Chase & Co., et al., C.A. No. 1:10-08993

       <u>Eastern District of Virginia</u>

    Michelle Bourdelais v. JP Morgan Chase & Co., C.A. No. 3:10-00670

Schedule of Matters for Hearing Session, Section A                    p. 13
 Philadelphia, Pennsylvania


MDL No. 2290 (Continued)


          Eastern District of Washington

     Basilisa Pacheco, et al. v. EMC Mortgage Corporation, et al., C.A. No. 2:11-03002

          Western District of Washington

     Thomas Leopold, et al. v. Chase Home Finance LLC, et al., C.A. No. 2:11-00669


MDL No. 2291 -- **IN RE: WESSON OIL MARKETING AND SALES PRACTICES
          LITIGATION**

     Motion of defendant ConAgra Foods, Inc., for centralization of the following actions in
the United States District Court for the Central District of California or, in the alternative, the
United States District Court for the District of Nebraska:

          Central District of California

     Robert Briseno v. ConAgra Foods, Inc., C.A. No. 2:11-05379
     Christi Toomer v. ConAgra Foods, Inc., C.A. No. 2:11-06127
     Kelly McFadden v. ConAgra Foods, Inc., C.A. No. 2:11-06402
     Janeth Ruiz v. ConAgra Foods, Inc., C.A. No. 2:11-06480

          District of New Jersey

     Phyllis Scarpelli, et al. v. ConAgra Foods, Inc., C.A. No. 2:11-04038
     Brenda Krein v. ConAgra Foods, Inc., C. A. No. 2:11-04324

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 875 -- **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Oppositions of plaintiffs Patti Donlon; Paul Pratt; Roger Nelson, et al.; Minoru Arakaki, et al.; Margaret Sonia Finkler, et al.; Bettie Paschall; and Sharon Y. Cain to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Northern District of California

Patti Donlon v. AC and S, Inc., et al., C.A. No. 3:11-03376
Paul Pratt v. Asbestos Corporation Ltd., et al., C.A. No. 3:11-03503

District of Hawaii

Roger Nelson, et al. v. Crane Company, et al., C.A. No. 1:11-00400
Roger Nelson, et al. v. Crane Company, et al., C.A. No. 1:11-00402
Roger Nelson, et al. v. Crane Company, et al., C.A. No. 1:11-00405
Roger Nelson, et al. v. Crane Company, et al., C.A. No. 1:11-00406
Minoru Arakaki, et al. v. Crane Company, et al., C.A. No. 1:11-00449

District of New Jersey

Margaret Sonia Finkler, et al. v. John Doe Corporations 1-25 (fictitious), et al., C.A. No. 2:11-01178

Eastern District of Virginia

Bettie Paschall v. Abex Corporation, et al., C.A. No. 3:11-00431

Western District of Washington

Sharon Y. Cain v. Asbestos Corp. Ltd., et al., C.A. No. 2:11-01102

Schedule of Matters for Hearing Session, Section B                         p. 15
 Philadelphia, Pennsylvania


**MDL No. 1626 -- IN RE: ACCUTANE (ISOTRETINOIN) PRODUCTS LIABILITY
                        LITIGATION**

Opposition of plaintiff Julie D. Allison to transfer of the following action to the United
States District Court for the Middle District of Florida:

                    Central District of California

        Julie D. Allison v. Hoffman-La Roche Inc., et al., C.A. No. 2:11-04769


**MDL No. 2014 -- IN RE: BANK OF AMERICA CORP. AUCTION RATE SECURITIES
                        (ARS) MARKETING LITIGATION**

Opposition of plaintiff Tutor Perini Corp., to transfer of the following action to the
United States District Court for the Northern District of California:

                    District of Massachusetts

        Tutor Perini Corp. v. Banc of America Securities LLC, et al., C.A. No. 1:11-10895


**MDL No. 2017 -- IN RE: LEHMAN BROTHERS HOLDINGS, INC., SECURITIES &
                        MPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA)
                        LITIGATION**

Motion of defendants Lana Franks; Richard S. Fuld, Jr.; Edward Grieb; Richard
McKinney; Barry J. O'Brien; Christopher M. O'Meara; Kristine Smith; James J. Sullivan; Samir
Tabet; and Mark Zusy to transfer the following action to the United States District Court for the
Southern District of New York:

                    District of Massachusetts

        Federal Home Loan Bank of Boston v. Lana Franks, et al., C.A. No. 1:11-10924

Schedule of Matters for Hearing Session, Section B                    p. 16
 Philadelphia, Pennsylvania


**MDL No. 2036 -- IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

Oppositions of plaintiff Creative Home Accents, LLC and defendant Fifth Third Bancorp to transfer of the following action to the United States District Court for the Southern District of Florida:

> Northern District of Ohio

Creative Home Accents, LLC v. Fifth Third Bancorp, et al., C.A. No. 3:11-01421


**MDL No. 2151 -- IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Dennis Gloyna, et al., to transfer the following action to the United States District Court for the Central District of California:

> Eastern District of Kentucky

Dennis Gloyna, et al. v. Toyota Motor Manufacturing North America, Inc., et al.,
   C.A. No. 2:11-00011


**MDL No. 2179 -- IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

> Southern District of Alabama

John Arata, et al. v. BP America Production Company, et al., C.A. No. 1:11-00274
John Barnett, et al. v. BP America Production Company, Inc., et al., C.A. No. 1:11-00391

Schedule of Matters for Hearing Session, Section B                                    p. 17
 Philadelphia, Pennsylvania


MDL No. 2179 (Continued)


      District of Delaware

Stephen Bertone v. BP Exploration & Production Inc., et al., C.A. No. 1:11-00461
Jason Cooley v. BP Exploration & Production Inc., et al., C.A. No. 1:11-00462
Anthony Graham v. BP Exploration & Production Inc., et al., C.A. No. 1:11-00463
Ronald Roshto v. BP Exploration & Production Inc., et al., C.A. No. 1:11-00464
James Ingram v. BP Exploration & Production Inc., et al., C.A. No. 1:11-00466
Andrea Fleytas v. BP Exploration & Production Inc., et al., C.A. No. 1:11-00467
Jerry Isaac v. BP Exploration & Production Inc., et al., C.A. No. 1:11-00469
Steven Richards v. BP Exploration & Production Inc., et al., C.A. No. 1:11-00470

      Middle District of Florida

Selmer M. Salvesen v. Kenneth R. Feinberg, et al., C.A. No. 2:11-00375

      Northern District of Florida

Jeffery Burnham v. BP America Production Company, C.A. No. 5:11-00195

      Southern District of Florida

Franklin R. Lacy v. BP p.l.c., Ltd., et al., C.A. No. 1:11-21855

      Eastern District of Kentucky

Jerry D. Throckmorton v. BP America, C.A. No. 5:11-00159

      Southern District of Texas

Nyoka Curtis, et al. v. BP Exploration & Production Inc., et al., C.A. No. 4:11-02231

Schedule of Matters for Hearing Session, Section B                    p. 18
Philadelphia, Pennsylvania


MDL No. 2179 (Continued)


Motion of defendants BP p.l.c., BP America Inc., BP Products North America Inc., and BP Exploration & Production Inc. to transfer the following actions to the United States District Court for the Eastern District of Louisiana:

Southern District of Florida

Franklin R. Lacy v. BP p.l.c., Ltd., et al., C.A. No. 1:11-21855

Eastern District of Kentucky

Jerry D. Throckmorton v. BP America, C.A. No. 5:11-00159


MDL No. 2197 -- **IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Shannon McConnell, Estill Dewayane Honeycutt, Larry Vincent, Joyce Fox, and Brenda Newman to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

Southern District of Florida

Shannon McConnell v. Mark Debiase, Inc., et al., C.A. No. 1:11-22025

Eastern District of Kentucky

Estill Dewayane Honeycutt v. DePuy Orthopedics, Inc., C.A. No. 7:11-00081

Western District of Kentucky

Larry Vincent v. DePuy Orthopaedics, Inc., et al., C.A. No. 1:11-00102
Joyce Fox v. DePuy Orthopaedics, Inc., et al., C.A. No. 3:11-00387

Eastern District of Louisiana

Brenda Newman v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:11-01287

Schedule of Matters for Hearing Session, Section B                    p. 19
Philadelphia, Pennsylvania


MDL No. 2244 -- **IN RE: DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT
PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Licianna Kane, Kathleen Cantrell, Ronald Bazile, and James S.
Stephens to transfer of their respective following actions to the United States District Court for
the Middle District of Florida:

Central District of California

Licianna Kane v. DePuy Orthopaedics, Inc. et al., C.A. No. 2:11-04415
Kathleen Cantrell v. De Puy Orthopaedics, Inc., et al., C.A. No. 5:10-01536

Eastern District of Louisiana

Ronald Bazile v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:11-01262

District of Maryland

James S. Stephens v. Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.,
    et al., C.A. No. 1:11-01603

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a)     Schedule.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b)     Oral Argument Statement.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

> (i)   The parties affected by a motion to transfer may agree to waive oral argument. The Panel will take this into consideration in determining the need for oral argument.

(c)     Hearing Session.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

> (i)    the dispositive issue(s) have been authoritatively decided; or

> (ii)   the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d)     Notification of Oral Argument.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

> (i)    Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

> (ii)   The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

- 2 -

(e)    <u>Duty to Confer</u>.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f)    <u>Time Limit for Oral Argument</u>.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.