# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 08/16/2011

**District Court:** D. Virgin Islands

**Number of Actions:** 7

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL