UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

MDL No:  **875**                                                                                           Docket No.  **7692**

MAJOR DEFICIENCY LIST
*(Counsel Notification of Deficiency Required)*

The following deficiencies are considered MAJOR and must be corrected by the filing party within the allotted time or an *Order Striking Pleading* may be issued by the Clerk of the Panel.

**Correction Required: 24 hours from date of Notice**

  x    CM/ECF Practice/Docket Entry Not Spread to Appropriate case (s)

**Action Required: Please select the appropriate case to be spreaded.**

Use the Withdrawal of Filing Event located under Withdrawals. Then re-file your Response using the Response to Motion to Vacate event located under responses.

***The time allotted to correct deficiencies are subject to change. Please read carefully to ensure full compliance with Notice of Deficiency***

**Correction Deadline: August 17, 2011**

Dated: **August 16, 2011**                                                         FOR THE PANEL:
                                                                                                     Jeffery N. Luthi

                                                                                                     Clerk of the Panel