

1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
PHONE 310.788.9900
FAX 310.788.3399
www.perkinscoie.com

August 16, 2011

*VIA ECF*

Clerk of the Panel
United States Judicial Panel on Multi-District Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC  20002-8041

Re:   **In re Asbestos Products Liability Litigation (No. VI)**
      **MDL 875 Proceedings**

      **Withdrawal of Notice of Tag Along**

Dear Clerk of the Panel:

Pursuant to your request, we write on behalf of our client The Boeing Company ("Boeing") to **withdraw** the notice to the Clerk of the Panel of the following potential "tag-along" action in MDL No. 875 filed on August 12, 2011:

> *Timothy Vest and Caroline Vest v. Allied Packing & Supply, Inc., et al. and Related Cross Claims*

This asbestos-related action is pending in the United States District Court for the Northern District of California, Civil Action No. Case No. CV-11-03941 EDL. However, the docket for this matter was unavailable at the time we filed the Notice of Tag Along and was not included with the notice. Accordingly, we will be re-filing the Notice of Tag Along with the appropriate accompanying docket.

Copies of this letter have been served on all counsel in the Vest action. Additionally, a copy of this letter is being filed with the District Court before whom the Vest action is pending. We have sent a copy of this submission to the Clerk of the Court for the Eastern District of Pennsylvania and to Judge Robreno, to whom the previously transferred asbestos actions have been assigned.

Clerk of the Panel
United States Judicial Panel on Multi-District Litigation
August 16, 2011
Page 2

Sincerely yours,

Bo W. Kim

cc:  Clerk of the Court
United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue, 16th Floor
San Francisco, CA  94102

Clerk of the Court
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA  19106

Hon. Eduardo C. Robreno
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 11614
Philadelphia, PA  19106