BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 In re Asbestos Litigation

*Roger E. Nelson, et al. v. Crane Co. et al.*, District of Hawaii, C.A. No. 1:11-00405
*Roger E. Nelson, et al. v. Crane Co. et al.*, District of Hawaii, C.A. No. 1:11-00406

### Withdrawal of Filing Event

On August 15, 2011, IMO INDUSTRIES, INC. ("IMO") filed its Opposition to Plaintiffs' Motion to Vacate CTO-421 ("Opposition"). On August 16, 2011, a Notice of Major Deficiency ("Notice") was received, indicating that, "CM/ECF Practice/Docket Entry Not Spread to Appropriate case(s)." A true and correct copy of the Notice is attached hereto as Exhibit A. Pursuant to the Notice, IMO was directed to "Use the Withdrawal of Filing Event" and re-file its Opposition before August 17, 2011.

In conformance with its Notice, IMO, by and through its counsel, Kessner Umebayashi Bain & Matsunaga, hereby files this Withdrawal of Filing Event, and is re-filing its Opposition as directed.

DATED: Honolulu, Hawaii, August 16, 2011.

 /s/ E. Mason Martin III
ELTON JOHN BAIN
E. MASON MARTIN III
MARIE A. SHELDON
BRADFORD K. CHUN

Attorneys for Defendant
IMO INDUSTRIES, INC