| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI) | ) MDL DOCKET NO. 875 ) ) |
| This Document Relates To: | ) ) |

_____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: HAWAII STATE ASBESTOS CASES | ) CIVIL NO. CV11 00405 LEK/BMK ) ) CERTIFICATE OF SERVICE |
| ROGER E. NELSON and ROSALIE J. NELSON, | ) ) ) |
| Plaintiffs, vs. | ) ) ) |
| 1) CRANE COMPANY, etc., et al., | ) ) |
| Defendants. | ) ) ) |

_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2011, a copy of the foregoing pleading was filed electronically and is available for viewing from the Court's ECF system. Notice of this filing will be sent to all counsel of record via the Court's ECF system.

DATED: August 16, 2011, Honolulu, Hawaii.

        /s/ E. Mason Martin III
       ELTON JOHN BAIN
       E. MASON MARTIN III
       MARIE A. SHELDON
       BRADFORD K. CHUN
       Attorneys for Defendant
       IMO INDUSTRIES, INC.