ADRMOP, E-Filing

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:11-cv-03941-EDL

Vest et al v. Allied Packing & Supply, Inc. et al
Assigned to: Magistrate Judge Elizabeth D. Laporte
Demand: $0
Cause: 28:1441 Petition for Removal- Asbestos Litigation

Date Filed: 08/10/2011
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

### Plaintiff

**Timothy Vest**

represented by **James Lyndon Oberman**
Kazan McClain Edises Abrams
Fernandez Lyons & Farrise
171 Twelfth Street, Third Floor
Oakland, CA 94607
510-465-7728
Fax: 510-835-4913
Email: joberman@kazanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Alexander Bosl**
Kazan McClain Lyons Greenwood &
Harley
A Professional Law Corporation
171 12th Street, 3rd Floor
Oakland, CA 94607
(510) 465-7728
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis Ernest Fernandez**
Kazan, McClain, Lyons, Greenwood
and Harley
55 Harrison Street
Suite 400
Oakland, CA 94607
510-465-7728
Fax: 510-835-4913
Email: ffernandez@kazanlaw.com
*ATTORNEY TO BE NOTICED*

**Gordon D. Greenwood**
Kazan McClain Lyons Greenwood &
Harley
A Professional Law Corporation
171 12th Street, 3rd Floor

Oakland, CA 94607
(510) 465-7728
*ATTORNEY TO BE NOTICED*

**Gregg Aaron Myers**
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA 94105
(415) 848-4900
Fax: (415) 848-4999
Email: myersa@howrey.com
*ATTORNEY TO BE NOTICED*

**Ian Wilfred Alido Rivamonte**
Kazan McClain et al.
Jack London Market
55 Harrison St.
Suite 400
Oakland, CA 94607
510-302-1000
Fax: 510-835-4913
Email: irivamonte@kazanlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Caroline Vest**                          represented by  **James Lyndon Oberman**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Justin Alexander Bosl**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Francis Ernest Fernandez**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Gordon D. Greenwood**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Gregg Aaron Myers**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Ian Wilfred Alido Rivamonte**
                                           (See above for address)

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Allied Packing & Supply, Inc.**

**Defendant**

**Alta Building Materials co.**

**Defendant**

**Cyprus Amax Minerals Company**
*individually, and as successor in
interest, parent alter ego & equitable
trustee of Cyprus Mines Corporation,
Sierra Talc & Chemical Company,
United Sierra Division Cyprus Mines
Corporation and Paul W. Wood
Company*

**Defendant**

**Dean's Materials, Inc.**
*doing business as*
Construction Material Supplier

**Defendant**

**The Dexter Corporation**

**Defendant**

**Dowman Products, Inc.**

**Defendant**

**Garlock Sealing & Technologies,
LLC**

**Defendant**

**Georgia-Pacific LLC**
*formerly known as*
Georgia-Pacific Corporation

**Defendant**

**Hamilton Materials, Inc.**

**Defendant**

**Henkel Corporation**
*individually and as successor in
interest, parent, alter ego and equitable
trustee to Henkel Loctite Corporation,
individually and as successor in*

*interest, parent, alter ego, and equitable*
*trustee to the Dexter Corporation*

**Defendant**

**Hexcel Corporation**

**Defendant**

**Kaiser Gypsum Company, Inc.**

**Defendant**

**Kelly-Moore Paint Company, Inc.**

**Defendant**

**Kentile Floors, Inc.**

**Defendant**

**The Port of Oakland**

**Defendant**

**Raymond Interior Systems-North**
*individually and as successor in*
*interest, parent, alter ego and equitable*
*trustee to James L. Whittaker, Inc.*

**Defendant**

**McDermott/Sealy, Inc.**

**Defendant**

**Parker Hannifin**
*individually, and as successor in*
*interest, parent, alter ego and equitable*
*trustee of Cleveland Wheels & Brakes*

**Defendant**

**George E. Masker, Inc.**

**Defendant**

**F.P. Lathrop Corporation**                    represented by **Grant Edward Ingram**
Wilson Elser Moskowitz Edelman &
Dicker LLP

525 Market Street, 17th Floor
San Francisco, CA 94105
(415) 433-0990
Fax: (415) 434-1370
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Ellen Gambino**

Wilson Elser Moskowitz Edelman &
Dicker LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
(415) 433-0990
Fax: (415) 434-1370
*ATTORNEY TO BE NOTICED*

**Michael W. Bolechowski**
Wilson Elser Moskowitz Edelman &
Dicker LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
(415) 433-0990
Fax: (415) 434-1370
Email:
michael.bolechowski@wilsonelser.com
*ATTORNEY TO BE NOTICED*

**Tanya Xiomara Johnson**
Wilson Elser Moskowitz Edelman &
Dicker LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
(415) 433-0990
Fax: (415) 434-1370
Email: tanya.johnson@wilsonelser.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**McDonnell Douglas Corporation**

**Defendant**

**Life Technologies Corporation**
*successor by merger to Invitrogen
Corporation, individually and as
successor in interest, parent, alter ego,
and equitable trustee of The Dexter
Corporation*

**Defendant**

**Lathrop Construction Associates,
Inc.**
*individually and as successor in
interest, parent, alter ego, and equitable
trustee of F.P. Lathrop Construction
Company*

**Defendant**

**World Airways, Inc.**

**Defendant**

**Metropolitan Life Insurance
Company**

**Cross-claimant**

**F.P. Lathrop Corporation**

**Cross-claimant**

**Lathrop Construction Associates, Inc.**

*individually and as successor in interest,
parent, alter ego, and equitable trustee
of F.P. Lathrop Construction Company*

represented by **Grant Edward Ingram**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Mary Ellen Gambino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael W. Bolechowski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tanya Xiomara Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Cross-defendant**

**Honeywell International, Inc.,**

**Cross-defendant**

**Allied Signal, Inc.**
*successor-in-interest to The Bendix
Corporation*

**Cross-defendant**

**Parker Hannifin Corporation**
*individually, and as successor in
interest, parent, alter ego and equitable
trustee of Cleveland Wheels & Brakes*

**Cross-defendant**

**The Boeing Company**
*individually and as successor in interest
to Boeing North American, and as
surviving entity, parent, alter ego and
equitable trustee of McDonnell Douglas*

represented by **Bo W. Kim**
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
(310) 788-3255

*Corporation*

Fax: (310) 843-1284
Email: bkim@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald Alan McIntire**
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-172
(310) 788-9900
Fax: (310) 843-1284
Email: rmcintire@perkinscoie.com
*ATTORNEY TO BE NOTICED*

<u>Cross-defendant</u>
**Peck & Heller**

<u>Cross-defendant</u>
**McGuire & Hester**

<u>Cross-defendant</u>
**Rosedin Electric, Inc.**

<u>Cross-defendant</u>
**University Mechanical &
Engineering Contractors, Inc.**

<u>Cross-defendant</u>
**Eandi Metal Works**

<u>Cross-defendant</u>
**Western Allied Mechanical**

<u>Cross-defendant</u>
**United Acoustics**

<u>Cross-defendant</u>
**Thyssenkrupp Elevator USA**
*successor-in-interest to Dover Elevator
Company*

<u>Cross-defendant</u>
**Viking Automatic Sprinkler**

<u>Cross-defendant</u>
**San Jose Steel, Inc.**

<u>Cross-defendant</u>
**Valley Sheet Metal Co.**

**Cross-defendant**

**Laspina Plastering Co.**

**Cross-defendant**

**Oakland Insulation Contractors**

**Cross-defendant**

**Strobel & Rongved**

**Cross-defendant**

**Allied Packing & Supply, Inc.**

**Cross-defendant**

**Alta Building Materials co.**

**Cross-defendant**

**Cyprus Amax Minerals Company**
*individually, and as successor in
interest, parent alter ego & equitable
trustee of Cyprus Mines Corporation,
Sierra Talc & Chemical Company,
United Sierra Division Cyprus Mines
Corporation and Paul W. Wood
Company*

**Cross-defendant**

**Dean's Materials, Inc.**

**Cross-defendant**

**Dowman Products, Inc.**

**Cross-defendant**

**Garlock Sealing & Technologies,
LLC**

**Cross-defendant**

**George E. Masker, Inc.**

**Cross-defendant**

**Georgia-Pacific LLC**

**Cross-defendant**

**Hamilton Materials, Inc.**

**Cross-defendant**

**Henkel Corporation**
*individually and as successor in
interest, parent, alter ego and equitable*

*trustee to Henkel Loctite Corporation,
individually and as successor in
interest, parent, alter ego, and equitable
trustee to the Dexter Corporation*

**Cross-defendant**

**Hexcel Corporation**

**Cross-defendant**

**Kaiser Gypsum Company, Inc.**

**Cross-defendant**

**Kelly-Moore Paint Company, Inc.**

**Cross-defendant**

**Kentile Floors, Inc.**

**Cross-defendant**

**McDermott/Sealy, Inc.**

**Cross-defendant**

**McDonnell Douglas Corporation**

**Cross-defendant**

**Raymond Interior Systems-North**
*individually and as successor in
interest, parent, alter ego and equitable
trustee to James L. Whittaker, Inc.*

**Cross-defendant**

**The Port of Oakland**

**Cross-defendant**

**World Airways, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/10/2011 | 1 | NOTICE OF REMOVAL - [No Process] from Alameda County Superior Court. Their Case Number is RG09489518. [Filing Fee: $350.00, Receipt Number 44611007431]Filed by Cross-Defendant The Boeing Company. (tn, COURT STAFF) (Filed on 8/10/2011) (Entered: 08/15/2011) |
| 08/10/2011 | | FIRST AMENDED COMPLAINT against Allied Packing & Supply, Inc., Alta Building Materials co., Cyprus Amax Minerals Company, Dean's Materials, Inc., Dowman Products, Inc., F.P. Lathrop Corporation, Garlock Sealing & Technologies, LLC, George E. Masker, Inc., Georgia-Pacific LLC, Hamilton Materials, Inc., Parker Hannifin, Henkel Corporation, Hexcel Corporation, Kaiser Gypsum Company, Inc., Kelly-Moore Paint Company, Inc., Kentile Floors, Inc., Lathrop Construction Associates, Inc., Life Technologies |

| | | |
|---|---|---|
| | | Corporation, McDermott/Sealy, Inc., McDonnell Douglas Corporation, Metropolitan Life Insurance Company, Raymond Interior Systems-North, The Dexter Corporation, The Port of Oakland, World Airways, Inc. Submitted by Plaintiffs Timothy Vest & Caroline Vest. (tn, COURT STAFF) (Filed on 8/10/2011) (Entered: 08/15/2011) |
| 08/10/2011 | | SECOND AMENDED COMPLAINT against Allied Packing & Supply, Inc., Alta Building Materials co., Cyprus Amax Minerals Company, Dean's Materials, Inc., Dowman Products, Inc., F.P. Lathrop Corporation, Garlock Sealing & Technologies, LLC, George E. Masker, Inc., Georgia-Pacific LLC, Hamilton Materials, Inc., Parker Hannifin, Henkel Corporation, Hexcel Corporation, Kaiser Gypsum Company, Inc., Kelly-Moore Paint Company, Inc., Kentile Floors, Inc., Lathrop Construction Associates, Inc., Life Technologies Corporation, McDermott/Sealy, Inc., McDonnell Douglas Corporation, Metropolitan Life Insurance Company, Raymond Interior Systems-North, The Dexter Corporation, The Port of Oakland, World Airways, Inc. Submitted by Plaintiffs Timothy Vest & Caroline Vest.(tn, COURT STAFF) (Filed on 8/10/2011) (Entered: 08/15/2011) |
| 08/10/2011 | | CROSS-COMPLAINT for Indemnity, Apportionment & Contribution & Demand for Jury Trial against Allied Packing & Supply, Inc., Alta Building Materials co., Cyprus Amax Minerals Company, Dean's Materials, Inc., Dowman Products, Inc., Garlock Sealing & Technologies, LLC, George E. Masker, Inc., Georgia-Pacific LLC, Hamilton Materials, Inc., Henkel Corporation, Hexcel Corporation, Kaiser Gypsum Company, Inc., Kelly-Moore Paint Company, Inc., Kentile Floors, Inc., McDermott/Sealy, Inc., McDonnell Douglas Corporation, Raymond Interior Systems-North, The Port of Oakland, World Airways, Inc., Honeywell International, Inc.,, Allied Signal, Inc., Parker Hannifin Corporation, The Boeing Company, Peck & Heller, McGuire & Hester, Rosedin Electric, Inc., University Mechanical & Engineering Contractors, Inc., Eandi Metal Works, Western Allied Mechanical, United Acoustics, Thyssenkrupp Elevator USA, Viking Automatic Sprinkler, San Jose Steel, Inc., Valley Sheet Metal Co., Laspina Plastering Co., Oakland Insulation Contractors, Strobel & Rongved. Submitted by Defendants/Cross-Complainants F.P. Lathrop Corporation & Lathrop Construction Associates, Inc..(tn, COURT STAFF) (Filed on 8/10/2011) (Entered: 08/15/2011) |
| 08/10/2011 | 2 | ADR SCHEDULING ORDER: Joint Case Management Statement due 11/15/2011 & InitialCase Management Conference set for 11/22/2011 at 10:00 AM.. (tn, COURT STAFF) (Filed on 8/10/2011) (Entered: 08/15/2011) |
| 08/10/2011 | 3 | Notice of Interested Parties filed by The Boeing Company identifying Other Affiliate State Street Bank & Trust for The Boeing Company. (tn, COURT STAFF) (Filed on 8/10/2011) (Entered: 08/15/2011) |
| 08/10/2011 | 4 | Disclosure Statement filed by The Boeing Company. (tn, COURT STAFF) (Filed on 8/10/2011) (Entered: 08/15/2011) |
| 08/10/2011 | 5 | NOTICE of Pendency of Other Actions filed by The Boeing Company. (tn, COURT STAFF) (Filed on 8/10/2011) (Entered: 08/15/2011) |
| | | |

| 08/10/2011 | 6 | NOTICE of Related Case filed by The Boeing Company. (tn, COURT STAFF) (Filed on 8/10/2011) (Entered: 08/15/2011) |
|---|---|---|
| 08/10/2011 | 7 | CERTIFICATE OF SERVICE filed by The Boeing Company of re 6 Notice of Related Case, re 1 Notice of Removal, re 5 Notice of Pendency of Other Actions, re 3 Notice of Interested Parties & re 4 Disclosure Statement. (tn, COURT STAFF) (Filed on 8/10/2011) (Entered: 08/15/2011) |
| 08/10/2011 |  | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 08/15/2011) |
| 08/11/2011 | 8 | CERTIFICATE OF SERVICE of Filing & Service of Notice to Court & to Parties of Removal to Federal Court filed by The Boeing Company. (tn, COURT STAFF) (Filed on 8/11/2011) (Entered: 08/15/2011) |
| 08/11/2011 | 9 | Declination to Proceed Before a United States Magistrate Judge & Request for Reassignment to United States District Court The Honorable Judge Jeffrey S. White filed by The Boeing Company. (tn, COURT STAFF) (Filed on 8/11/2011) (Entered: 08/15/2011) |
| 08/16/2011 | 10 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge. (kns, COURT STAFF) (Filed on 8/16/2011) (Entered: 08/16/2011) |
| 08/16/2011 |  | ***Deadlines terminated. 10 Clerk's Notice of Impending Reassignment. (kns, COURT STAFF) (Filed on 8/16/2011) (Entered: 08/16/2011) |
| 08/16/2011 | 11 | RESPONSE to re 9 Declination to Proceed Before a U.S. Magistrate Judge *Plaintiffs' Opposition to Boeing Declination to Proceed Before US Magistrate Judge & Requesting District Judge Jeffrey S. White* by Caroline Vest, Timothy Vest. (Attachments: # 1 Affidavit Rivamonte Dec ISO Opposition to Boeing Declination to Proceed Before Magistrate Judge & Requesting District Judge White, # 2 Certificate/Proof of Service Plfs' OPP to Boeing Declination to Proceed Before Magistrate Judge & Requesting District Judge Jeffrey S. White)(Rivamonte, Ian Wilfred) (Filed on 8/16/2011) (Entered: 08/16/2011) |
| 08/16/2011 | 12 | NOTICE of Appearance by James Lyndon Oberman (Oberman, James) (Filed on 8/16/2011) (Entered: 08/16/2011) |
| 08/16/2011 | 13 | AFFIDAVIT re 12 Notice of Appearance *Certificate of Service of Notice of Appearance of James L. Oberman as Counsel for Plaintiffs* by Caroline Vest, Timothy Vest. (Oberman, James) (Filed on 8/16/2011) (Entered: 08/16/2011) |
| 08/16/2011 | 14 | NOTICE of Appearance by Gregg Aaron Myers *As Counsel for Plaintiffs Timothy Vest and Caroline Vest* (Attachments: # 1 Certificate/Proof of Service) (Myers, Gregg) (Filed on 8/16/2011) (Entered: 08/16/2011) |
| 08/16/2011 | 15 | NOTICE of Appearance by Francis Ernest Fernandez *As Counsel for Plaintiffs Timothy Vest and Caroline Vest* (Attachments: # 1 Certificate/Proof of Service) (Fernandez, Francis) (Filed on 8/16/2011) (Entered: 08/16/2011) |

**PACER Service Center**

**Transaction Receipt**

| 08/16/2011 13:30:16 | | | |
|---|---|---|---|
| **PACER Login:** | pc0070 | **Client Code:** | sanfc 01038-6095 |
| **Description:** | Docket Report | **Search Criteria:** | 3:11-cv-03941-EDL |
| **Billable Pages:** | 8 | **Cost:** | 0.64 |