## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI), | ) ) ) ) | MDL No. 875 |
| This document relates to: | ) ) | |
| In re Hawaii State Asbestos Cases: | ) ) | United States District Court District of Hawaii |
| MINORU ARAKAKI and KATHLEEN M. ARAKAKI, | ) ) ) | Civil No. 1:11-cv-00449-LEK -BMK |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CRANE COMPANY, a Delaware corporation; et al., | ) ) ) | |
| Defendants. | ) ) | |

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.

PLEASE TAKE NOTICE that Glen R. Powell of the law firm of GORDON & REES LLP, 275 Battery Street, 20th Floor, San Francisco, CA 94111, email address: gpowell@gordonrees.com, hereby enters his appearance as attorney of record for defendant AIR & LIQUID SYSTEMS CORPORATION, successor by merger to BUFFALO PUMPS, INC. in the above-captioned matter and requests that all future

correspondence, pleadings, and notices be sent to the above-referenced address and/or email address.

                              Respectfully submitted,

August 16, 2011         /s/Glen R. Powell
                                      Michael J. Pietrykowski (Cal.Bar No. 118677)
                                      James G. Scadden (Cal. Bar No. 90127)
                                      Don Willenburg (Cal. Bar No. 116377)
                                      Glen R. Powell (Cal. Bar No. 219453)
                                      GORDON & REES LLP
                                      275 Battery Street, Suite 2000
                                      San Francisco, CA 94111
                                      (415) 986-5900 (Phone); (415) 986-8054 (Fax)
                                      mpietrykowski@gordonrees.com
                                      jscadden@gordonrees.com
                                      dwillenburg@gordonrees.com
                                      gpowell@gordonrees.com

                                      Attorneys for Air & Liquid Systems Corporation,
                                      successor by merger to Buffalo Pumps, Inc.