CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111.

On the date below, I served the within document(s):

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.

by electronically serving the document(s) described above via the Court Electronic Case Filing website (CM/ECF notification system) on the recipients designated on the electronic service list that is located on the Pacer website.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 16, 2011, at San Francisco, California.

*Marie Saho*
Marie Saho