BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI), | ) MDL No. 875 ) ) ) |
| This document relates to: | ) ) |
| In re Hawaii State Asbestos Cases: | ) United States District Court ) District of Hawaii |
| MINORU ARAKAKI and KATHLEEN M. ARAKAKI, | ) Civil No. 1:11-cv-00449-LEK -BMK ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| CRANE COMPANY, a Delaware corporation; et al., | ) ) ) |
| Defendants. | ) ) |

FEDERAL RULE OF CIVIL PROCEDURE RULE 7.1 DISCLOSURE STATEMENT

TO THE PANEL AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure Rule 7.1, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a pecuniary interest in the subject matter in controversy or in a party to the proceeding:

10360919v.1

1

(1) AIR & LIQUID SYSTEMS CORPORATION, successor by merger to BUFFALO PUMPS, INC., a wholly-owned subsidiary of Ampco-Pittsburgh Corporation.

Respectfully submitted,

August 16, 2011

/s/Glen R. Powell
Michael J. Pietrykowski (Cal.Bar No. 118677)
James G. Scadden (Cal. Bar No. 90127)
Don Willenburg (Cal. Bar No. 116377)
Glen R. Powell (Cal. Bar No. 219453)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900 (Phone); (415) 986-8054 (Fax)
mpietrykowski@gordonrees.com
jscadden@gordonrees.com
dwillenburg@gordonrees.com
gpowell@gordonrees.com

Attorneys for Air & Liquid Systems Corporation, successor by merger to Buffalo Pumps, Inc.