# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 08/17/2011

District Court: N.D. Indiana

Number of Actions: 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL