BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL NO. 875 - In re ASBESTOS LITIGATION

*Barbara Ann Lewis, et al. v. Albay Construction, et al*, WAW 2:11-cv-01300

NOTICE OF OPPOSITION TO CTO -432

I represent plaintiffs Barbara Ann Lewis, et al., in the above captioned action which is included on the conditional transfer order (CTO-432 ). Plaintiffs Barbara Ann Lewis, et al., submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

Richard M. Grant, Brayton Purcell LLP
222 Rush Landing Rd., Novato, CA 94948-6169
415/898-1555, ext. 621
rgrant@braytonlaw.com

Counsel for Plaintiffs/ Barbara Ann Lewis, et al.

ASBESTOS MDL 875 - Re: CTO 432
*Barbara Ann Lewis, et al. v. Albay Construction, et al*, WAW 2:11-cv-01300

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the JUDICIAL PANEL ON MULTIDISTRICT LITIGATION by efiling w/the court's CM/ECF system on August 18, 2011.

NOTICE OF OPPOSITION TO CTO -432

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users and that they were served by mail.

## SEE ATTACHED SERVICE LIST

XX        BY OFFICE MAILING

I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Petaluma, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed August 18, 2011, at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jane Ehni
Jane Ehni
222 Rush Landing Rd.
Novato, CA 94102
415/899-1011 ext. 232

Case MDL No. 875 Document 7716 Filed 08/18/11 Page 3 of 3

Brayton-Purcell Service List

1

Date Created: 8/18/2011-1:54:23 PM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 108923.001 - Barbara Lewis

Run By : Ehni, Jane (JAE)

**Carney Badley Spellman**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
206-622-8020   206-467-8215 (fax)
**Defendants:**
  Saberhagen Holdings, Inc. (SABERH)

**Corr Cronin Michelson Baumgardner & Preece LLP**
1001 Fourth Ave., Ste. 3900
Seattle, WA 98154
206-625-8600   206-625-0900 (fax)
**Defendants:**
  Sequoia Ventures Inc. (SEQUOA)

**Forsberg & Umlauf, PS**
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
206-689-8500   206-689-8501 (fax)
**Defendants:**
  Fraser's Boiler Service, Inc. (FRASER)

**Gordon & Rees LLP**
701 Fifth Avenue, Suite 2130
Seattle, WA 98104
206-695-5100   206-689-2822 (fax)
**Defendants:**
  Asbestos Corporation Limited (ASBLTD)
  Oscar E. Erickson, Inc. (OSCAR)

**Jackson Jenkins Renstrom LLP**
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
206-262-7600   206-262-7601 (fax)
**Defendants:**
  General Dynamics Corporation (GENDYN)

**Karr Tuttle Campbell**
1201 Third Avenue
Suite 2900
Seattle, WA 98101
206-223-1313   206-682-7100 (fax)
**Defendants:**
  Todd Shipyards Corporation (TODD)

**Pepple, Johnson, Cantu & Schmidt**
1501 Western Ave, Suite 600
Seattle, WA 98101
206-625-1711   206-625-1627 (fax)
**Defendants:**
  Owens-Illinois, Inc. (OI)

**Stafford Frey Cooper, P.C.**
Two Union Square, Suite 3100
601 Union Street
Seattle, WA 98101
206-623-9900   206-624-6885 (fax)
**Defendants:**
  J.T. Thorpe & Son, Inc. (THORPE)
  Metalclad Insulation Corporation (METALC)

**Wilson, Smith, Cochran, Dickerson**
1215 Fourth Avenue, Ste. 1700
Seattle, WA 98161-1007
206-623-4100   206-623-9273 (fax)
**Defendants:**
  Metropolitan Life Insurance Company (MET)