# Brayton✤Purcell LLP

TRIAL LAWYERS

| | | |
|---|---|---|
| ALAN R. BRAYTON<br>GILBERT L. PURCELL<br><br>DAVID R. DONADIO<br>LLOYD F. LEROY<br>OF COUNSEL<br>JEFFREY D. EISENBERG*<br>WILLIAM G. MCDEVITT<br><br>* ADMITTED ONLY IN STATES<br>OTHER THAN CALIFORNIA | 222 Rush Landing Road<br>P O Box 6169<br>Novato, California 94948-6169<br>Telephone: (415) 898-1555<br>Facsimile: (415) 898-1247<br><br>Portland: (503) 295-4931<br>Los Angeles: (415) 898-1555<br>Salt Lake City: (801) 366-9100<br><br>Email: mail@braytonlaw.com<br>www.braytonlaw.com | ANNE T. ACUÑA            ELISABETH A. LEONARD, Ph.D<br>JENNIFER L. ALESIO       MICHAEL D. LEVINSON<br>DAVID H. BACKENSTOE      PHYRA M. McCANDLESS<br>TARLAN BANANZADEH        BRIANA E. McCARTHY<br>ROBERT L. BARROW         MAUREEN C. MCGOWAN<br>JENNIFER C. BENADERET    KIMBERLY L. MEYER<br>SARAH N. BENDON          MICHAEL T. MILLER<br>GARY L. BRAYTON          NANCY A. MULLIKIN<br>CAMERON O. CARTER*       EMMA NELSON-MUNSON<br>RENE J. CASILLI          JAMES P. NEVIN<br>ANDREW CHEW              KEENAN W. NG<br>KIMBERLY J. CHU          OREN P. NOAH<br>HUGH C. COOK             NEGAR PIRZADEH<br>JUSTIN F. FISH           JASON M. ROSE<br>JANETTE H. GLASER        FRAMTA SAECHAO<br>JOHN B. GOLDSTEIN        AMIR S. SARRESHTEHDARY<br>RICHARD M. GRANT         CHRISTINA C. SKUBIC<br>CHRISTINA D. HART        GEOFF T. SLONIKER<br>CHRIS E. HERSOM          KSENIA L. SNYLYK<br>BRIAN D. HOLMBERG        ERIC C. SOLOMON<br>GARY V JUDD              LANCE R. STEWART<br>CLAYTON W. KENT          UMU K. TAFISI<br>MATTHEW B. LEE           NANCY T. WILLIAMS |

August 19, 2011

Jeffery N. Luthi
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC 20002

      Re:    *James E. Owens v. Allis-Chalmers Corporation, et al.*
             USDC, CAN 4:11-cv-3618
             CTO-429

Dear Mr. Luthi:

      Please take notice that the above entitled matter has been remanded by the District Court to the State Court of California, Superior Court of San Francisco, by Stipulation to Dismiss Defendant Lockheed Martin Corporation and Remand Case to California Superior Court And Order Remanding Case.

                                         Very truly yours,

                                         Richard M. Grant

RMG:jae

attachment

ATTACHMENT

ATTACHMENT

ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
RICHARD M. GRANT, ESQ., S.B. #55677
BRAYTON❖PURCELL LLP
222 Rush Landing Road
PO Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 Fax

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. OWENS, | No. CV-11-3618 PJH |
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT LOCKHEED MARTIN CORPORATION AND REMAND CASE TO CALIFORNIA SUPERIOR COURT |
| vs. | |
| ALLIS-CHALMERS CORPORATION, et al., | AND ORDER REMANDING CASE |
| Defendants. | |

Come now Plaintiff JAMES E. OWENS ("Plaintiff") and Defendant LOCKHEED MARTIN CORPORATION ("Lockheed"), who file the following joint stipulation pursuant to Local Rules 7-1 and 7-12:

WHEREAS, Defendant Lockheed removed this case to the United States District Court for the Northern District of California on July 22, 2011, on the ground that the Court has "federal officer" subject matter jurisdiction under 28 United States Code § 1442(a)(1); and

WHEREAS, Defendant Lockheed was the sole removing defendant and no other defendant joined in removal or filed a separate notice of removal; and

WHEREAS, Plaintiff and Defendant Lockheed, the affected parties, have now agreed that Plaintiff will dismiss Lockheed from this action with prejudice; and

WHEREAS, Defendant Lockheed's desire for a federal forum for this action is now

L:\ATTY\RMG\OWENS.Lockheed.mot.stip.remand.wpd 1
STIPULATION TO DISMISS DEFENDANT LOCKHEED MARTIN CORPORATION AND REMAND CASE TO CALIFORNIA SUPERIOR COURT; CV-11-3618 PJH

1  moot given the dismissal with prejudice of Plaintiff's claims against it; and

2  WHEREAS, pursuant to this resolution of the parties, Plaintiff and Defendant Lockheed
3  seek to have this action remanded to state court;

4  IT IS HEREBY STIPULATED by the affected parties, Plaintiff and Defendant
5  Lockheed, that the claims against Defendant Lockheed shall be, and hereby are, dismissed with
6  prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and that this action shall
7  be immediately remanded to the San Francisco County Superior Court, Case No. CGC-09-
8  275341, the court in which it was originally filed and from which it was removed.

10  DATED: August 16, 2011        BRAYTON❖PURCELL LLP

12  By: _____
13          Richard M. Grant (SBN 55677)
            Attorneys for Plaintiff

15  DATED: August 16, 2011        KNOTT & GLAZIER LLP

16  By: _____
17          Michael D. Smith (SBN 235727)
            Attorneys for Defendant
18          LOCKHEED MARTIN CORPORATION

19  PURSUANT TO STIPULATION, IT IS SO ORDERED. Defendant Lockheed Martin
20  Corporation is dismissed with prejudice and this case is REMANDED to the Superior Court of
21  California, County of San Francisco, Case. No. CGC-09-275341. The Clerk shall send a
22  certified copy of this Order to the Clerk of the Court for the Superior Court of California,
23  County of San Francisco.

25  Dated: 8/19/11

26  HON. PHYLLIS J. HAMILTON
    UNITED STATES DISTRICT COURT

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

L:\ATTY\RMG\OWENS.Lockheed.mot.stip.remand.wpd           2
STIPULATION TO DISMISS DEFENDANT LOCKHEED MARTIN CORPORATION AND REMAND CASE
TO CALIFORNIA SUPERIOR COURT; CV- 11-3618 PJH

## PROOF OF SERVICE BY MAIL

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, California 94948-6169.

On August 19, 2011, I served the following document(s) described as:

LETTER TO COURT RE: STIPULATION TO DISMISS DEFENDANT LOCKHEED MARTIN CORP. AND REMAND CASE TO CLAIFO4RNIA SUPERIOR COURT AND ORDER REMANDING CASE

on the interested party(ies) in this action as follows:

ALL PARTIES ON THE ATTACHED SERVICE LIST

xx        BY OFFICE MAILING

I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Petaluma, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed August 19, 2011, at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Jane Ehni*
Jane Ehni

Case MDL No. 875 Document 7721 Filed 08/19/11 Page 6 of 6

Brayton-Purcell Service List

1

Date Created: 8/19/2011-4:09:29 PM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 23408.001 - James Owens

Run By : Ehni, Jane (JAE)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
**Defendants:**
  Berry & Berry (B&B)

**Chapman & Intrieri, L.L.P.**
2236 Mariner Square Drive
Third Floor, Suite 300
Alameda, CA 95401
510-864-3600   510-864-3601 (fax)
**Defendants:**
  Henkel Corporation (HENKEL)

**Herr & Zapala, LLP**
152 North 3rd Street, Suite 500
San Jose, CA 95112
408-287-7788   408-927-0408 (fax)
**Defendants:**
  Epoxylite Corporation, The (EPOXY)

**Nixon Peabody LLP**
One Embarcadero
18th Floor
San Francisco, CA 94111
415-984-8200   866-542-6538 (fax)
**Defendants:**
  Shell Oil Company (SHLOIL)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
  CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) (VIACOM)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700   415-901-8701 (fax)
**Defendants:**
  Owens-Illinois, Inc. (OI)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  Cleaver-Brooks, Inc. (CLEAVR)
  Thomas Dee Engineering Company (DEE)

Knott & Glazier, LLP
707 Wilshire Blvd., Ste. 2025
Los Angeles, CA 90017
213-312-9200   213-312-9201 Fax
**Defendants:**
  Lockheed Martin Corp. (LOCCOR)