# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639   Tel: (212) 490-3000   Fax: (212) 490-3038

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami*
*Chicago • White Plains, NY • Dallas • Albany, NY • San Diego • Houston • London • Tokyo*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich • Wiesbaden*

www.wilsonelser.com

August 19, 2011

Mr. Jeffery N. Lüthi
Clerk of the Panel on Multidistrict Litigation
Federal Judiciary Building
One Columbus Circle, N.E., Room G255
Washington, D.C. 20002

    Re:    Notice of Potential Tag-Along Action
            Asbestos Products Liability Litigation
            <u>MDL Docket No. 875</u>

Dear Mr. Lüthi:

    I hereby notify you, as required by Rule 7.1(a) of the Rules of Procedure of Judicial Panel on Multidistrict Litigation, of the pendency of a potential tag-along action to the cases transferred by the Panel's July 29, 1991 Order and Opinion to the Eastern District of Pennsylvania and assigned to the Honorable Eduardo C. Robreno.

    The potential tag-along action is entitled <u>G. Wayne Roache v. Electric Boat Corp.</u>, and it is pending in the United States District Court, District of Connecticut, Docket No.: 3:11-cv-01257-RNC.

    Enclosed are copies of plaintiff's Summons and Complaint and the docket sheet for this case.

Sincerely,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Eric W.F. Niederer

Enclosures

cc:    Judge Robert N. Chatigny
       United States Courthouse
       Abraham Ribicoff Federal Building
       450 Main Street, Room 135 Annex
       Hartford, CT 06103

       John F. Geida, Esq.
       Counsel for Plaintiff
       Embry & Neusner
       118 Poquonnock Road
       P.O. Box 1409
       Groton, CT 06340

4696241.1