## SCHEDULE OF ACTIONS

| Index No. | Case Name: | Judge: |
|---|---|---|
| 3:11-CV-01257 (RNC) | G. Wayne Roache v. Electric Boat Corp. | Hon. Robert N. Chatigny |

4722633v.1