## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2011, and in connection with *G. Wayne Roache v. Electric Boat Corp.*, pending in the United States District Court for the District of Connecticut, Docket No., 3:11-cv-01257-RNC, a copy of the foregoing ***Notice of Potential Tagalong, Schedule of Actions, Answer*** and ***Docket Sheet*** is being filed electronically through the Electronic Case Filing ("ECF") system provided by the Court and shall be available for viewing and downloading from the ECF system by all counsel of record and to those registered to receive a Notice of Electronic Filing for this case.

A copy of the foregoing documents is also being sent via U.S. Mail to counsel as well as the Court as follows:

> Judge Robert N. Chatigny
> United States Courthouse
> Abraham Ribicoff Federal Building
> 450 Main Street, Room 135 Annex
> Hartford, CT 06103
>
> John F. Geida, Esq.
> Counsel for Plaintiff
> Embry & Neusner
> 118 Poquonnock Road
> P.O. Box 1409
> Groton, CT 06340

                                                   /s/ Eric Niederer, Esq.
                                                   Eric Niederer, Esq.