BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA- NORTHERN DIVISION

| | | |
|---|---|---|
| **CLEVELAND KITE,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| vs. | ) | |
| | ) | |
| **BILL VANN COMPANY, INC.,** | ) | Case No. 2:11-CV-00444 |
| **et al.,** | ) | CTO - 433 |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF OPPOSITION TO
CONDITIONAL TRANSFER ORDER TO MDL 875 (CTO-433)**

COMES NOW, the Plaintiff, by and through his undersigned counsel and pursuant to Rule 7.4(c) of 28 U.S.C. § 1407, hereby file this, their Notice of Opposition to Transfer of Action to MDL 875.

Pursuant to Rule 7.4(d) of 28 U.S.C. § 1407, Plaintiff shall file their motion to vacate the conditional transfer order and brief in support thereof within fifteen (15) days of the filing of this Notice.

Respectfully submitted this the 22nd day of August, 2011.

1

                                            s/G. Patterson Keahey  
                                            G. Patterson Keahey  
                                            Alabama State Bar No.: ASB-6357-A64G  
                                            *Attorney for the Plaintiff*

**OF COUNSEL:**  
THE LAW OFFICES OF G. PATTERSON KEAHEY, P.C.  
One Independence Drive, Ste. 612  
Birmingham, Alabama 35209  
Telephone:    (205)871-0707  
Email:efile@mesohelp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August 2011, I have caused service of the foregoing on the parties of record by electronic filing with the Clerk of Court using the CM/ECF, electronic filing system, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, and by first-class mail to those parties not registered to receive notice from the Clerk of Court.

                                            s/ G. Patterson Keahey  
                                              OF COUNSEL