| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI) | ) MDL DOCKET NO. 875 ) ) |
| This Document Relates To: | ) ) ) |
| _____ | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: HAWAII STATE ASBESTOS CASES | ) CIVIL NO. CV11 00405 LEK/BMK ) ) CERTIFICATE OF SERVICE |
| ROGER E. NELSON and ROSALIE J. NELSON, | ) ) ) |
| Plaintiffs, vs. | ) ) ) |
| 1) CRANE COMPANY, etc., et al., | ) ) |
| Defendants. | ) ) ) |
| _____ | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 22, 2011, a copy of the foregoing pleading was filed electronically and is available for viewing from the Court's ECF system. Notice of this filing will be sent to all counsel of record via the Court's ECF system.

DATED: August 22, 2011, Honolulu, Hawaii.

                                           /s/ E. Mason Martin III
                                           ELTON JOHN BAIN
                                           E. MASON MARTIN III
                                           MARIE A. SHELDON
                                           BRADFORD K. CHUN
                                           Attorneys for Defendant
                                           IMO INDUSTRIES, INC.