# LYNCH
# DASKAL
# EMERY LLP

264 WEST 40TH STREET
NEW YORK, NEW YORK 10018
TEL: 212-302-2400
FAX: 212-302-2210

August 22, 2011

Clerk of the Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G255, North Lobby
Washington, D.C. 20002-8041

> Re:    **Notice of Potential Tag-Along Action**
>        **Asbestos Products Liability Litigation**
>        **MDL Docket No. 875 _____**

Dear Madam/Sir:

I hereby notify you, as required by Rule 7.1(a) of the Rules of Procedure of Judicial Panel on Multidistrict Litigation, of the pendency of a potential tag-along action to the cases transferred by the Panel's July 29, 1991 Order and Opinion to the Eastern District of Pennsylvania and assigned to the Honorable Eduardo C. Robreno.

The potential tag-along action is entitled <u>William J. Robinson and Gail A. Robinson vs. Air & Liquid Systems Corporation, *et al.*,</u> pending in the United States District Court for the District of New Jersey, 2:11-cv-04078-FSH-PS.

Enclosed are copies of plaintiffs' complaint and the docket sheet for this case.

Respectfully,

/s/: Scott A. Harford

Scott A. Harford

Encls.

cc:    Clerk of the Court, United States District Court for the District of New Jersey (by electronic filing)
       All Counsel (by electronic filing)