# SCHEDULE

United States District Court for the District of New Jersey

**Index No.**  **Case Name**
11-cv-04078   William J. Robinson and Gail A. Robinson vs. Air & Liquid Systems Corporation, *et al.,*

**Judge**
Hon. Faith S. Hochberg