## CERTIFICATE OF SERVICE

I, Scott A. Harford, do hereby certify that on August 22, 2011, I served by electronic and regular mail a Notice of Tag Along Action to the plaintiff's counsel in this matter on behalf of Georgia-Pacific LLC at the address below.

>Robert E. Lytle, Esq.
>Szaferman, Lakind, Blumstein & Blader, PC
>Quakerbridge Executive Center
>101 Grovers Mill Road, Suite 200
>Lawrenceville, New Jerset  08646
>E-mail: rlytle@szaferman.com

Dated:   New York, New York
         August 22, 2011

>         /s/ Scott A. Harford
>         Scott A. Harford