UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| Owens v. Allis-Chalmers Corporation Product Liability Trust et al., N.D. California, C.A. No. 4:11-03618 | MDL No. 875 |

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action *(Owens)* on August 5, 2011. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Owens* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Owens* was remanded to the Superior Court of California, County of San Francisco, by the Honorable Phyllis J. Hamilton in an order filed on August 19, 2011.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-429" filed on August 5, 2011, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel