1

2

CERTIFICATE OF CM/ECF SERVICE

3   I hereby certify that I electronically filed with the Clerk of the Judicial Panel MDL using the CM/ECF system on August 23, 2011 the following document(s).

4

5   NOTICE OF TAG-ALONG ACTION;

6   DOCKET; and

7   COMPLAINT

8   Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

9

10   Dated this 23rd day of August, 2011.

11

12

*J.De La Torre*

Sherry De La Torre

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   *Kenneth Delancy v. General Electric Company, et al.*

28   U.S. District Court, Northern District of California, Case No. 3:11-cv-04120-EMC

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

CERTIFICATE OF SERVICE