BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
MDL NO. 875

| | |
|---|---|
| **CHARLES RICHARD ARCHER, et al.,** ) <br>     Plaintiffs, ) <br> v. ) <br> **MEAD CORPORATION, et al.,** ) <br>     Defendants. ) | **Transferee Case PAE-2:09-70093** <br> **Transferor Case ALN 4:05-cv-02466** |

_____

| | |
|---|---|
| **REBEKAH RIGGS, as the Personal** ) <br> **Representative for the estate of** ) <br> **FARRELL RIGGS,** ) <br>     Plaintiff, ) <br> v. ) <br> **MEAD CORPORATION, et al.,** ) <br>     Defendants. ) | **Transferee Case PAE-2:09-70094** <br> **Transferor Case ALN 4:05-02472** |

_____

| | |
|---|---|
| **ALFORD McGUFFIE and** ) <br> **IRIS McGUFFIE** ) <br>     Plaintiffs, ) <br> v. ) <br> **MEAD CORPORATION, et al.** ) <br>     Defendants. ) | **Transferee Case PAE-2:09-70095** <br> **Transferor Case ALN 4:05-02473** |

### MW CUSTOM PAPERS, LLC'S NOTICE OF
### OPPOSITION TO CONDITIONAL REMAND ORDER

MW Custom Papers, LLC ("MW"), as successor in interest to the Defendant identified in the complaints in the above-styled actions as The Mead Corporation ("Mead") and on behalf of its parent company identified in the complaints as MeadWestvaco Corporation, pursuant to Rule 10.2(b) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, hereby submits this opposition to this Panel's August 16, 2011 Conditional Remand Order. MW states as follows:

1. The above-styled actions are pending in the United States District Court for the Eastern District of Pennsylvania, on the MDL No. 875 docket.

2. On July 29, 2011, Judge Eduardo Robreno, District Court Judge for the Eastern District of Pennsylvania, entered an Order denying MW's motions for summary judgment in the above-styled cases.

3. Thereafter, on August 11, 2011, Judge Robreno issued a Suggestion of Remand, stating, *inter alia*, that "the Court has adjudicated all outstanding motions" and the Court suggests that these cases "should be remanded to the United States District Court for the Northern District of Alabama for resolution of all matter pending within this case except punitive damages."

4. However, on August 12, 2011, MW timely filed a Motion to Reconsider Judge Robreno's July 29, 2011 Order denying summary judgment. (See E.D. Pa. Local Rule 7.1(g), allowing motions to reconsider to be filed within fourteen (14) days after the entry of an order.) Said motion is currently pending in the District Court for the Eastern District of Pennsylvania.

5. Accordingly, because MW has a Motion to Reconsider pending with the MDL court, the above-styled actions should not be remanded back to the transferor court, as all outstanding motions have not finally been adjudicated.

WHEREFORE, MW Custom Papers, LLC respectfully requests this Panel to STAY remand to the United States District Court for the Northern District of Alabama until the MDL court has adjudicated all outstanding motions.

02211023.1

                              Respectfully submitted,

                              /s/ John A. Smyth III
                              H. Thomas Wells Jr.
                              twells@maynardcooper.com
                              John A. Smyth III
                              jsmyth@maynardcooper.com
                              Attorneys for Defendant
                              MW Custom Papers, LLC

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203
Telephone: (205) 254-1000

## CERTIFICATE OF SERVICE

     I hereby certify that on August 23, 2011, I electronically filed the foregoing with the Clerk of the Panel using the CM/ECF e-filing system which will send electronic notification of such filing to all counsel of record.

                              /s/ John A. Smyth III
                              OF COUNSEL