VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND

BETTIE J. PASCHALL, Executrix of the )
Estate of EARL WAYNE PASCHALL )
)
            Plaintiff, )
)
v. )   Case No.: CL10-1402-1
)
ABEX CORPORATION, et al., )
)
            Defendants. )

Received
JAN - 7 2011

## ORDER

Upon consideration of the Demurrers filed by defendants, Thyssen Krupp Elevator Corporation, individually and as successor to Dover Elevator Company, and Dover Elevator Company (collectively, "Thyssen Krupp"), and Kone Inc. individually and as successor to Montgomery Elevator Company and Montgomery Elevator Company, (collectively "Kone") and the arguments of counsel and the record in this case, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:** Thyssen Krupp and Kone's Demurrers are SUSTAINED as follows, with leave to amend.

The Court finds that Plaintiff's Complaint does not state the law correctly as to allegations related to a failure to warn. The correct statement of law is that the defendant or defendants "had reason to know" of the alleged hazard; not that they "should have known" of the alleged hazard. Owens-Corning Fiberglas Corp. v. Watson, 243 Va. 128, 135 (1992)

The Court finds that Plaintiff's Complaint does not allege fraud, whether actual or constructive, with specificity, as required by law.

1

**EXHIBIT**
C

The Court finds that Plaintiff's Complaint alleges strict liability which is not a doctrine recognized in the Commonwealth of Virginia.

The Plaintiff must identify the specific causes of action being pressed against each specific defendant more specifically. The Plaintiff must also delineate each cause of action by the use of headings.

Plaintiff has 20 days from the date of this Order to file an Amended Complaint. Defendants will then have 12 days to file responsive pleadings.

Entered this 30 day of December, 2010.

THE HONORABLE MELVIN R. HUGHES, JR.

WE ASK FOR THIS

A Copy,
Teste: BEVILL M. DEAN, CLERK
BY: _____ D.C.

Robert F. Redmond, Jr. (VSB No. 32292)
Clement D. Carter (VSB No. 46038)
Lauren M. Wheeling (VSB No. 75559)
Williams Mullen, P.C.
200 South 10th St.
Richmond, VA 23219
Phone: 804.420.6000
Fax: 804.420.6507
Counsel for Thyssen Krupp and Kone

SEEN AND OBJECTED TO

_____

Charles E. Ayers, Jr., Esquire

2

Mark H. Schmidt, Esquire
Ayers & Stolte, P.C.
710 North Hamilton Street
Richmond, Virginia 23221
ericap@ayerslaw.com
mschmidt@ayerslaw.com
*Counsel for Plaintiff*
12908986

3