# In The Matter Of:

*Paschall v.*
*Abex Corporation, et al.*

*April 12, 2011*

*Halasz Reporting*

Original File 4-12-11PaschallExcerpt.txt
Min-U-Script® with Word Index

**EXHIBIT F**

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND
JOHN MARSHALL COURTS BUILDING

---

BETTIE J. PASCHALL, Executrix of the
Estate of Earl Wayne Paschall, Deceased,

        Plaintiff,

   v.                                  Case No.:
                                        CL10-1402

ABEX CORPORATION, et al.

        Defendants.

---

EXCERPT OF PROCEEDINGS

Before:  THE HONORABLE MELVIN R. HUGHES, JR., JUDGE


April 12, 2011


Richmond, Virginia




HALASZ REPORTING & VIDEO
P.O. Box 1644
Richmond, VA 23218-1644
(804) 708-0025

Reported by:  Heather R. Gunn

```
 1   Appearances:                                           2
 2              MARK SCHMIDT, ESQ.,
                attorney, counsel for the Plaintiff
 3
                ROBERT REDMOND, ESQ.,
 4              attorney, counsel for ThyssenKrupp & Kone
                Manufacturing
 5
 6        (Prior proceedings not transcribed.)
 7
 8        THE COURT:  Thank you very much.  Yeah, I
 9   think the demurrer has merit with respect to
10   the failure to warn claim, the should have
11   known part.  The Court will sustain the
12   demurrer as to that part of the allegation
13   relating to failure to warn.  On replacement
14   parts, breach of warranty, negligence, if
15   indeed there is a claim for -- based on the
16   agency relationship between the manufacturer
17   and the subsequent repairs or replacement, I
18   think that needs to be stated.  It's not clear
19   to me that that's alleged, and I think
20   that's -- as counsel just remarked, that's
21   important enough to -- significant enough
22   legally to have that part of the pleading if
23   that indeed is the plaintiff's theory in the
24   case.
25        And I don't believe Virginia law
```

```
                                                              3
 1    recognizes a duty to recall or provide for
 2    post-sales or surveillance.  The demurrer is
 3    sustained as to that.  And finally as to the
 4    punitive damage claim, while there is what I
 5    call a boilerplate language to support that
 6    claim, I don't think the facts are sufficiently
 7    alleged to support that claim of willful and
 8    wanton conduct.  So the demurrer as to punitive
 9    damages is also sustained.
10         And, Counsel, if you provide an order and
11    in that order -- is there a trial date?
12         MR. REDMOND:  No, Your Honor.
13         THE COURT:  Twelve days to amend the --
14    twelve days will be allowed to file an amended
15    pleading and seven days to respond to the --
16    any amended pleading seven days after receipt.
17         MR. REDMOND:  Thank you, Your Honor.
18         MR. SCHMIDT:  Thank you.
```