## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

MDL No. 875 – In re:  <u>Asbestos Products Liability Litigation</u>

Opposing CTO-421 re case:    <u>Paschall v. Abex Corporation, et al.</u>
Eastern District of Virginia
Civil Action No. 3:11-cv-00431

## <u>NOTICE OF OPPOSITION TO CTO-421</u>

I represent the Plaintiff, BETTIE J. PASCHALL, Executrix of the Estate of EARL WAYNE PASCHALL, Deceased, in the above captioned action which was included on the conditional transfer order (CTO-421). Plaintiff, BETTIE J. PASCHALL, Executrix of the Estate of EARL WAYNE PASCHALL, Deceased, submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

/s/   Mark H. Schmidt
Mark H. Schmidt (VSB # 44521)
Ayers & Stolte, P.C.
710 North Hamilton Street
Richmond, Virginia 23221
Telephone: (804) 358-4731
Facsimile: (804) 864-0895
Email: mschmidt@ayerslaw.com

Counsel for the Plaintiff



### CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on this 19th day of July, 2011, I will electronically file the foregoing Notice of Opposition to CTO-421 the Clerk of the Panel using the CM/ECF system, which will then send a notice of filing to:

Robert F. Redmond, Jr., Esq.
Clement Dean Carter, III, Esq.
Lauren Morgan Wheeling, Esq.
Williams Mullen, P.C.
200 South 10th Street
Richmond, Virginia 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
Email: rredmond@williamsmullen.com
*Counsel for Thyssenkrupp Elevator Corporation, etc., Dover Elevator Company, Kone Inc., etc., and Montgomery Elevator Company*

Martin Andrew Conn, Esq.
Eric George Reeves, Esq.
Mary Louise Roberts, Esq.
Moran Reeves & Conn
4110 East Parham Road
Richmond, Virginia 23228
Email: mrc@mrcpclaw.com
*Counsel for United Technologies Corporation and Otis Elevator Company*

Harry N. Ware, Jr., Esq.
Maurice Francis Mullins, Esq.
Patricia Bugg Turner, Esq.
Spotts Fain
411 East Franklin Street, Suite 600
Richmond, Virginia 23218
Email: hnware@spottsfain.com
*Counsel for CBS Corporation*

Carl R. Schwertz, Esq.
Jeffrey S. Poretz, Esq.
Miles Stockbridge
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102
Email: cschwertz@milesstockbridge.com
*Counsel for Schindler Elevator Corporation*

/s/ Mark H. Schmidt
Mark H. Schmidt (VSB # 44521)
Ayers & Stolte, P.C.
710 North Hamilton Street
Richmond, Virginia 23221
Telephone: (804) 358-4731
Facsimile: (804) 864-0895
Email: mschmidt@ayerslaw.com
*Attorney for the Plaintiff*