# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** **08/24/2011**

District Court: W.D. Missouri

Number of Actions: 5

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL