| | |
|---|---|
| Steven F. Satz, Esq.<br>Hoagland, longo, Moran, Dunst & Doukas LLP<br>40 Paterson Street<br>P.O. Box 480<br>New Brunswick, NJ 08903<br>ssatz@hoaglandlongo.com | Counsel for Goulds Pump, Inc. |
| Robert Smolen, Esq.<br>Swartz, Cambell & Detweiler<br>1300 Rte 73 Bloom Court<br>Mt. Laurel, NJ 08054<br>rsmolen@swartzcampbell.com | Counsel for Brand Insulations, Inc. and Hopeman Brothers Inc. |
| Roger V. Jones, Esq.<br>Law Offices of Roger V. Jones, LLP<br>45 North Broad Street, Suite 501<br>Ridgewood, NJ 07450<br>rjones040538@mac.com | Counsel for Metropolitan Life Insurance Co. |
| Don Cipoletto, Esq.<br>Joel R. Clark, Jr.<br>McGivney & Kluger, PC<br>23 Vreeland Road, Suite 220<br>Florham Park, New Jersey 07932<br>DCipoletto@mcgivneyandkluger.com<br>jclark@mcgivneyandkluger.com | Counsel for Durametallic Corp. and Madsen & Howell |
| Susan Karlovich, Esq.<br>Joseph Hanlon, Esq.<br>Wilson, Elser<br>33 Washington Street<br>Newark, New Jersey 07102<br>susan.karlovich@wilsonelser.com<br>joseph.hanlon@wilsonelser.com | Counsel for A.W. Chesterton Co. |
| Stephanie A. DiVita, Esq.<br>2430 Route 34<br>PEHLIVANIAN & BRAATEN<br>P.O. Box 648<br>Manasquan, NJ 08736<br>km@pehli.com | Counsel for Ingersoll-Rand Co. |
| Dawn Dezii<br>Margolis Edelstein<br>Sentry Office Plaza, Suite 200<br>216 Haddon Avenue, P.O. Box 2222<br>Westmont, New Jersey 08108<br>ddezii@margolisedelstein.com | Counsel for Woolsulate Corp. |