BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

### CERTIFICATION OF SERVICE

I hereby certify that I have on this 24th day of August, 2011, caused to be served a copy of Defendants, Foster Wheeler LLC's Notice of Potential Tag Along Actions, letter to MDL filing same and this Certification of Service to plaintiff's counsel via email and/or regular mail and on the 24th day of August, 2011, to all known defense counsel listed on the attached Attorney Service List by email and/or regular mail.

DATED: August 24, 2011

Respectfully submitted,

*/s/ Afigo I. Okpewho*

Afigo I. Okpewho
Afigo.okpewho@sedgwicklaw.com
SEDGWICK LLP
Three Gateway Center
12th Floor
Newark, New Jersey 07102
(973) 242-0002 (Tel)
(973) 242-8099 (Fax)
Counsel for Defendant
Foster Wheeler LLC