**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DONALD A. DALEE and COMELIA H. DALEE, | **:** | |
| | **:** | |
| | **:** | Case No.:   11-129L |
| Plaintiffs, | **:** | |
| | **:** | |
| v. | **:** | (Prov. Sup. Ct. No: 11-0012) |
| | | |
| CBS CORPORATION, f/k/a VIACOM, INC, et al., | **:** | MDL No.: 875 |
| | **:** | |
| | **:** | |
| Defendants. | **:** | |
| | **:** | |

**DEFENDANT SIKORSKY AIRCRAFT CORPORATION'S**
**NOTICE OF TAG-ALONG ACTION**

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order").  That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 1991 filings of the Panel's Order to Show Cause.  MDL Rule 13(e) provides:

> Any party or counsel in actions previously transferred under
>
> section 1407 or under consideration by the Panel for transfer under
>
> section 1407 shall promptly notify the Clerk of the Panel of any
>
> potential "tag-along actions" in which that party is also named or
>
> in which that counsel appears.

The undersigned hereby notifies the court that this is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the Panel may

1

LaImanage\074908.000677\705569.1-JKS

either: (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to

show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Respectfully submitted,
The Defendant,
SIKORSKY AIRCRAFT CORPORATION
By its attorney,

/s/ John A. Caletri
John A. Caletri, # 6204
MELICK, PORTER & SHEA, LLP
49 Weybosset Street
Providence, RI 02903
T (401) 941-0909
F (401) 941-6269

**Mailed to:**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-225, North Lobby
Washington, D.C. 20002

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon each
attorney of record, by electronic filing.

8.24.11                              /s/ John A. Caletri

DEFENDANT SIKORSKY AIRCRAFT CORPORATION'S NOTICE OF TAG-ALONG ACTION
LaImanage\074908.000677\705569.1-JKS