## **SCHEDULE OF ACTIONS**

Donald A. Dalee and Comelia H. Dalee v. CBS Corporation, f/k/a Viacom, Inc., et al

Providence Superior Court Civil Action No.: 11-0012

United States District Court for the District of Rhode Island No.: 1:11-cv-00129-L –LDA

Judge: Ronald R Lagueux