## **CERTIFICATE OF SERVICE**

      I hereby certify that on this   th day of August, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                                /s/ John A. Caletri