# U.S. District Court
## District of Rhode Island (Providence)
### CIVIL DOCKET FOR CASE #: 1:11-cv-00129-L -LDA

Dalee et al v. CBS Corporation et al  
Assigned to: Judge Ronald R Lagueux  
Referred to: Magistrate Judge Lincoln D. Almond  
Case in other court: Providence Superior Court, 11-00012  
Cause: 28:1441 Notice of Removal-Asbestos Litigation  

Date Filed: 03/29/2011  
Jury Demand: Both  
Nature of Suit: 368 P.I. : Asbestos  
Jurisdiction: Federal Question  

**Plaintiff**

**Donald A. Dalee**  represented by  **Richard P. Bullock**  
Early Ludwick & Sweeney, LLC  
265 Church Street, 11th Floor  
P.O. Box 1866  
New Haven, CT 06508-1866  
203-777-7799  
Fax: 203-785-1671  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Comelia H. Dalee**  represented by  **Richard P. Bullock**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CBS Corporation**  
*indiviually and as successor by merger to CBS Corp., as sucessor-in-interest to Westinghouse Electric Corp. and BF Sturtevant*  
*formerly known as*  
VIACOM, Inc.  

represented by  **Thomas W. Lyons , III**  
Strauss, Factor, Laing & Lyons  
One Davol Square  
Suite 305  
Providence, RI 02903  
456-0700  
Fax: 421-4730  
Email: tlyons@straussfactor.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Foster Wheeler LLC**  
*survivor to merger with Foster Wheeler Corp.*

**Defendant**

**PIC Contractors, Inc**  represented by  **Danielle J. Mahoney**  
Morrison Mahoney LLP  
10 Weybosset Street  
Suite 900

Providence, RI 02903-7141
401-331-4660
Fax: 401-351-4420
Email: dmahoney@morrisonmahoney.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sikorsky Aircraft Corp**   represented by   **John A. Caletri**
Melick, Porter & Shea
49 Weybosset Street
Providence, RI 02903
941-0909
Fax: 941-6269
Email: jcaletri@melicklaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**TACO Inc.**   represented by   **Craig R. Waksler**
McGivney & Kluger, P.C.
1 State Street
8th Floor
Boston, MA 02109
617-723-5888
Fax: 617-723-5899
Email: cwaksler@mcgivneyandkluger.com
*ATTORNEY TO BE NOTICED*

**Jennifer A. Whelan**
McGivney & Kluger, PC
1 State Street
Suite 800
Boston, MA 02109
617-723-5888
Fax: 617-723-5899
Email: jwhelan@mcgivneyandkluger.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 03/29/2011 | 1 | NOTICE OF REMOVAL by Sikorsky Aircraft Corp from Providence Superior Court, case number 11-0012. ( Filing fee $ 350 receipt number 14670005077), filed by Sikorsky Aircraft Corp. (Attachments: # 1 State Court Complaint, # 2 Declaration of Leon Jacobson, # 3 Declaration of of William Ringo, # 4 Civil Cover Sheet) (Urizandi, Nisshy) (Entered: 03/29/2011) |
| 03/29/2011 |  | CORRECTIVE DOCKET ENTRY re: Clerical Error 1 Notice of Removal - Answer by Sikorsky Aircraft Corp. not attached. To be filed as an exhibit linked |

| | | |
|---|---|---|
| | | to Notice of Removal. (Urizandi, Nisshy) (Entered: 03/29/2011) |
| 03/29/2011 | 2 | EXHIBIT by Sikorsky Aircraft Corp. in support of 1 Notice of Removal, Answer to complaint by Sirkorsky Aircraft Corp. (Urizandi, Nisshy) (Entered: 03/29/2011) |
| 03/30/2011 | 3 | NOTICE of Appearance by Thomas W. Lyons, III on behalf of CBS Corporation (Lyons, Thomas) (Entered: 03/30/2011) |
| 03/30/2011 | 4 | NOTICE by CBS Corporation *JOINDER IN NOTICE OF REMOVAL* (Lyons, Thomas) (Entered: 03/30/2011) |
| 04/06/2011 | 5 | STATE COURT RECORD filed by Sikorsky Aircraft Corp. (Attachments: # 1 Answer filed by CBS Corporation, # 2 Answer filed by Taco Inc.)(Duhamel, John) (Entered: 04/07/2011) |
| 04/27/2011 | | NOTICE of Hearing: Status Conference set for 5/4/2011 02:00 PM in Senior Judge Lagueux Chambers - Room 225 before Judge Ronald R Lagueux. (Cavaco, Janice) (Entered: 04/27/2011) |
| 05/02/2011 | 6 | NOTICE by Sikorsky Aircraft Corp *of Tag-Along Action* (Caletri, John) (Entered: 05/02/2011) |
| 05/04/2011 | 7 | NOTICE of Appearance by Danielle J. Mahoney on behalf of PIC Contractors, Inc (Mahoney, Danielle) (Entered: 05/04/2011) |
| 05/04/2011 | | Minute Entry for proceedings held before Judge Ronald R Lagueux: Status Conference held on 5/4/2011. (Cavaco, Janice) (Entered: 05/04/2011) |
| 05/17/2011 | 8 | ANSWER to Complaint by PIC Contractors, Inc.(Mahoney, Danielle) (Entered: 05/17/2011) |
| 05/24/2011 | 9 | NOTICE by Sikorsky Aircraft Corp *of Deposition of Plaintiff* (Caletri, John) (Entered: 05/24/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/25/2011 09:10:27 | | | |
| **PACER Login:** | mp0366 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:11-cv-00129-L - LDA |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |