IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| | : | |
| MATTOX | : | Case No. 07-73489 |
| | : | |
| v. | : | Transferred from the Western |
| | : | District of North Carolina |
| AMERICAN STANDARD, ET AL. | : | (Case No. 07-00314). |

FILED
AUG 15 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### O R D E R

**AND NOW,** this **11th** day of **August, 2011,** it is hereby **ORDERED** that the Court's Suggestion of Remand (doc. no. 116) is **VACATED** as it was entered in error.[1]

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

---

[1] There are two outstanding motions for summary judgment that have yet to be ruled on by the Court. These involve the application of the so-called "bare metal" defense under maritime law, Defendant Warren Pumps LLC's Motion for Summary Judgment (doc. no. 83) and Crane Co.'s Motion for Summary Judgment (doc. no. 87). A suggestion of remand will be entered once these motions are ruled upon.