UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI) MDL No. 875
    Evelyn Mattox, etc., v. American Standard, Inc., et al., )
        (E.D. Pennsylvania, C.A. No. 2:07-73489) )
        W.D. North Carolina, C.A. No. 1:07-00314 )

**ORDER VACATING CONDITIONAL REMAND ORDER**

A conditional remand order was filed in this matter (*Mattox*) on August 16, 2011, pursuant to a suggestion of remand issued by the Honorable Eduardo C. Robreno, the transferee judge. The Panel has now been informed that the transferee judge has vacated his suggestion of remand in *Mattox*.

IT IS THEREFORE ORDERED that the Panel's conditional remand orders filed on August 16, 2011, is VACATED insofar as it relates to this matter.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel