JANET L. RICE, WSBA#9386
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington 98104
Telephone: (260) 622-8000
Facsimile: (206) 682-2305

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

THIS DOCUMENT RELATES TO:

<u>Cain v. Asbestos Corporation Ltd., et al.</u>
United States District Court
Western District of Washington
Cause No. 2:11-cv-01102

SECOND DECLARATION OF JANET L. RICE IN SUPPORT OF PLAINTIFF'S MOTION FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER OF JULY 7, 2011

The undersigned declares under penalty of perjury under the laws of the State of Washington as follows:

1. I am one of the attorneys representing the Plaintiffs in the above entitled action and competent to make the following statements:

2. Attached hereto as Exhibit D is the true and correct copy of Plaintiff's Motion to Remand in this matter.

SECOND DECLARATION OF JANET L. RICE IN SUPPORT OF PLAINTIFF'S MOTION FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER OF JULY 7, 2011 – 1

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

3. Attached hereto as Exhibit E is a true and correct copy of Answer and Affirmative Defenses of Defendant Foster Wheeler Energy Corporation to Plaintiffs' Complaint in this matter.

4. Attached hereto as Exhibit F is a true and correct copy of Order in <u>Bouchard v. CBS Corporation, et al.</u>, USDC of Western Wash. Case No. 2:11-cv-00458-RAJ, dated May 24, 2011.

DATED this 25th day of August, 2011.

    SCHROETER, GOLDMARK & BENDER

*s/ Janet L. Rice*
JANET L. RICE, WSBA #9386
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:  (206) 682-2305
Email:  rice@sgb-law.com
Counsel for Plaintiffs

SECOND DECLARATION OF JANET L. RICE IN SUPPORT OF PLAINTIFF'S MOTION FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER OF JULY 7, 2011 – 2

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on **August 25, 2011**, I electronically filed the foregoing **SECOND DECLARATION OF JANET L. RICE IN SUPPORT OF PLAINTIFF'S MOTION FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER OF JULY 7, 2011** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Counsel for **Asbestos Corp., Ltd.**<br>Mark Tuvim<br>Kevin Craig<br>GORDON & REES<br>701 Fifth Avenue, Suite 2130<br>Seattle, WA 98104<br>mtuvim@gordonrees.com | Counsel for **General Electric; CBS Corporation**<br>Christopher Marks<br>Sedgwick LLP<br>520 Pike Tower, Suite 2200<br>Seattle, WA 98101<br>chris.marks@sedgwicklaw.com |
| Counsel for **Foster-Wheeler Energy Corp**<br>Dirk Bernhardt<br>MURRAY, DUNHAM & MURRAY<br>200 West Thomas, Suite 350<br>Seattle, WA 98119<br>Email: dirk@murraydunham.com | Counsel for **Metropolitan Life Insurance**<br>Richard Gawlowski<br>WILSON, SMITH, COCHRAN & DICKERSON<br>1215 Fourth Avenue, Suite 1700<br>Seattle, Washington 98161-1007<br>gawlowski@wscd.com |
| Counsel for **Saberhagen Holdings, Inc**.<br>Timothy Thorson/Neal Philip<br>CARNEY, BADLEY & SPELLMAN<br>701 Fifth Avenue, Suite 3600<br>Seattle, Washington 98104-7010<br>(206)622-8020; Fax (206) 467-8215<br>thorson@carneylaw.com | Counsel for **Uniroyal, Inc.**<br>Chris Youtz<br>SIRIANNI YOUTZ & SPOONEMORE<br>999 Third Avenue, Suite 3650<br>Seattle, Washington 98104<br>(206) 223-0303; Fax (206) 223-0246<br>chris@sylaw.com |

SECOND DECLARATION OF JANET L. RICE IN SUPPORT OF PLAINTIFF'S MOTION FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER OF JULY 7, 2011 – 3

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

                                          SCHROETER, GOLDMARK & BENDER

                                          /s/*Janet L. Rice*
                                          Janet L. Rice
                                          810 Third Avenue, Suite 500
                                          Seattle, Washington 98104
                                          (206) 622-8000
                                          (206) 682-2305
                                          rice@sgb-law.com
                                          Counsel for Plaintiff

SECOND DECLARATION OF JANET L. RICE IN SUPPORT OF PLAINTIFF'S MOTION FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER OF JULY 7, 2011 – 4

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305