# EXHIBIT E

RECEIVED

APR 2 8 2011

Schroeter, Goldmark, Bender

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| SHARON Y. CAIN, Individually and as Personal Representative of the Estate of GERALD ERNEST CAIN, Deceased,<br><br>                                    Plaintiff,<br>v.<br><br>ASBESTOS CORP., LTD., et al.,<br><br>                                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO.  11-2-12610-2 SEA<br><br>ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT FOSTER WHEELER ENERGY CORPORATION TO PLAINTIFFS' COMPLAINT |

**COMES NOW** the Defendant Foster Wheeler Energy Corporation ("Foster Wheeler") and by way of answer to Plaintiffs' Complaint, admits, denies and alleges as follows:

Foster Wheeler denies each and every allegation of Plaintiffs' Complaint as it relates to Foster Wheeler and to the extent allegations are made against Foster Wheeler.

## AFFIRMATIVE DEFENSES

**BY WAY OF FURTHER ANSWER**, and as affirmative defense to Plaintiffs' complaint, answering defendant alleges as follows:

1.    <u>Failure to State a Claim</u>:  Plaintiffs' complaint fails to state a claim as to this defendant upon which relief can be granted.

2.    <u>Statute of Limitations</u>:  Plaintiffs have failed to commence this action within the time required by the applicable statute of limitations, and therefore, said claims are barred.

ANSWER AND AFFIRMATIVE DEFENSES OF FOSTER WHEELER
ENERGY CORPORATION  -1-



MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
SEATTLE, WASHINGTON  98109-0844
(206) 622-2655, 684-6924 (FAX)



3. Insufficiency of Process and/or Service of Process: This Court lacks jurisdiction over this defendant because there has been an insufficiency of process and an insufficiency of service of process regarding this defendant.

4. Improper Venue and *Forum Non Conveniens*: Venue is not proper in this court, or in the alternative, venue should be transferred to another court pursuant to the doctrine of *forum non conveniens*.

5. Failure to Join Indispensable Parties: Plaintiffs have failed to join parties in this action who are indispensable and/or necessary for just adjudication.

6. Laches: Plaintiffs' claims are barred by laches.

7. Waiver and Estoppel: Plaintiffs, by their conduct, have waived and/or is estopped from asserting or pursuing claims against this defendant.

8. Contributory Negligence: Whatever damages the Plaintiffs may have suffered, if any, the same were proximately and solely caused by the Plaintiffs, and were solely or proximately caused and/or contributed to by the negligence of Plaintiffs.

9. Unavoidable Accident: The injuries and damages, if any, sustained by the Plaintiffs were the sole and proximate result of an unavoidable accident.

10. Avoidable Consequences: Plaintiffs should have taken action to minimize or eliminate the claimed damages, if any, and therefore are precluded from recovery.

11. Unavoidably Unsafe Product: To the extent the product was unsafe at all, the injuries and damages, if any, sustained by the Plaintiffs were the result of product(s) which were useful and desirable and at the same time "unavoidably unsafe".

12. Assumption of Risk: The Plaintiffs voluntarily and knowingly assumed the risk that caused Plaintiff's damages, if any, thereby barring this action and/or reducing Plaintiffs' recovery.

13. Misuse or Alteration of Product: Plaintiffs' damages, if any, were caused by alteration and misuse of the product.

14. Useful Safe Life: The useful safe life of any of defendant's products would have expired at the time Plaintiffs would have used them or come into contact with them.

ANSWER AND AFFIRMATIVE DEFENSES OF FOSTER WHEELER ENERGY CORPORATION -2-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
SEATTLE, WASHINGTON 98109-0844
(206) 622-2655, 684-6924 (FAX)

15.     Pre-existing medical Condition:  Plaintiffs' injuries, if any, were caused by Plaintiff's pre-existing medical condition which was unrelated to Plaintiff's occupation, employment, or exposure to an asbestos-containing product.

16.     Failure to Mitigate Damages:  Plaintiffs have failed to mitigate Plaintiffs' damages, if any, and the Plaintiffs should, therefore, be barred from recovery thereon.

17.     Fault of Third Parties:  Plaintiffs' damages, if any, were proximately caused by the negligence and/or tortious conduct of other persons, including but not limited to, other defendants, fellow servants, and employers.

18.     Injury by Fellow Servant:  Plaintiff's claims are barred by the doctrine of injury by a fellow servant.

19.     Injury by Employer and Work Conditions:  Plaintiffs' injuries, if any, were caused and/or contributed to by Plaintiff's employers and the manner or method in which the work was done and/or the conditions under which Plaintiffs performed the work.

20.     De Minimis Exposure:  Any exposure of the Plaintiffs to this defendant's products, which exposure this defendant denies, was so minimal as to be insufficient to establish a reasonable degree of probability that its products caused the alleged injuries to the Plaintiffs.

21.     Unforeseeability of Harm:  If Plaintiffs have incurred any injuries or damages, which this defendant specifically denies, the risk of such injuries or damages to the Plaintiffs was not foreseeable.

22.     Employer's Noncompliance with Safety Regulations:  Plaintiff's alleged injuries, if any, were caused or permitted by the negligent failure of Plaintiff's employers to provide instruction to him concerning the safe use of asbestos-containing products, failure to provide Plaintiff with a safe place to work, and failure to provide equipment to protect him form any harmful exposures.

23.     Defendant's    Compliance    with    Government/Employer    Contract Specifications:    This defendant's asbestos-containing products were manufactured in compliance with specific mandatory contract specifications promulgated by agencies of the United States of America and/or Plaintiffs' employers. Any asbestos-containing products

ANSWER AND AFFIRMATIVE DEFENSES OF FOSTER WHEELER
ENERGY CORPORATION   -3-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
SEATTLE, WASHINGTON 98109-0844
(206) 622-2655, 684-6924 (FAX)

1   supplied by this defendant to the United States of America were supplied pursuant to

2   official governmental procurement contracts; therefore Plaintiffs' claims are barred.

3         24.   Defendant's Compliance with Industry Standards:  At all relevant times, all

4   applicable legislative, regulatory, and/or administrative standards and/or industry customs

5   and standards related to the sale, design, and manufacture of this defendant's products were

6   complied with and such compliance is a bar to Plaintiffs' claims against this defendant.

7         25.  State of the Art:  The state of the medical and scientific knowledge, in the

8   published literature and other materials reflecting such medical and scientific knowledge, at

9   all times pertinent to this defendant's involvement with any asbestos-containing products,

10   was such that this defendant neither knew nor should have known that its products

11   presented and foreseeable risk of harm to Plaintiffs in the normal and expected use of the

   products.

12         26.   Employers Were Sophisticated Users of Products:  Plaintiff was employed

13   by knowledgeable and sophisticated employers and any duty this defendant may have had

14   to warn Plaintiff of any potential damages in using this defendant's products was discharged

15   by the employer's intervening duty to give Plaintiff any required warnings.

16         27.   Apportionment of Fault:  If this defendant is found liable for any of the

17   Plaintiff's damages, then this defendant is liable only for its proportionate share of the

18   Plaintiffs' damages under RCW 4.22.070.

19         28.   Incorporation of Defenses and Affirmative Defenses of Other Defendants:

20   This defendant incorporates the defenses and affirmative defenses of all other defendants to

   the extent they are consistent with those of this defendant.

21         **BY WAY OF FURTHER ANSWER**, this defendant reserves the right to amend

22   this Answer to assert additional affirmative defenses, third-party claims, and/or cross-

23   claims.

24                    **ANSWER TO CROSS-CLAIMS**

25         This defendant denies all allegations against it contained in cross-claims asserted or

26   to be asserted against it in this matter.

         **FOR FURTHER ANSWER AND BY WAY OF AFFIRMATIVE DEFENSE**

   **AGAINST CROSS CLAIMS**, this defendant alleges as follows:

ANSWER AND AFFIRMATIVE DEFENSES OF FOSTER WHEELER
ENERGY CORPORATION   -4-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
SEATTLE, WASHINGTON 98109-0844
(206) 622-2655, 684-6924 (FAX)

1    This defendant realleges and incorporates by reference all of its affirmative defenses

2  to Plaintiffs' complaint as set forth in its affirmative defenses to Plaintiffs' complaint.

3                              **PRAYER FOR RELIEF**

4     **WHEREFORE,** answering defendant requests the following relief:

5          1.    That Plaintiffs' complaint against answering defendant be dismissed with

6  prejudice;

7          2.    That Plaintiffs recover nothing from answering defendant on Plaintiffs'

   claims herein;

8          3.    That answering defendant be awarded its costs and disbursements herein,

9  including reasonable attorneys fees, and

10         4.    That answering defendant be granted such other and further relief as the

11 court may deem just and proper.

12    DATED at Seattle, Washington on this 28th day of April, 2011.

13

14                              /s/ Dirk Bernhardt
                                Dirk Bernhardt, WSBA #33071
15                              Murray Dunham & Murray
                                200 West Thomas, Suite 350
16                              Seattle, Washington 98109
                                Telephone: (206) 622-2655
17                              dirk@murraydunham.com
                                Of attorneys for Defendant Foster
18                              Wheeler Energy Corporation

19

20                          **DECLARATION OF SERVICE**

21    I hereby certify that on this day of April, 2011, I caused the foregoing to be filed

22 with the Court using the Clerk's E-Filing application and copies of such filing delivered to

   the following in the manner indicated therein:

23 ***VIA HAND DELIVERY:***

24 **Counsel for Plaintiffs**
   Janet Rice
25 SCHROETER GOLDMARK & BENDER
   500 Central Building
26 810 Third Avenue
   Seattle, WA 98104

ANSWER AND AFFIRMATIVE DEFENSES OF FOSTER WHEELER
ENERGY CORPORATION  -5-

1   *VIA ELECTRONIC MAIL:*

2   **Counsel to Asbestos Corp., LTD.**          **Counsel to CBS Corp.; General Electric**
    Mark Tuvim                                    **Company**
3   Kevin Craig                                   Jeffrey Wolf
    Gordon & Rees, LLP                            Christopher Marks
4   701 Fifth Avenue, Suite 2130                  Williams, Kastner & Gibbs
5   Seattle, WA 98104                             601 Union St., Suite 4100
    mtuvim@gordonrees.com                         P.O. Box 21926
6   kcraig@gordonrees.com                         Seattle, WA 98111-3926
7   agreenfield@gordonrees.com                    Asbestos2@williamskastner.com

8   **Counsel to Metropolitan Life Insurance**    **Counsel to Saberhagen Holdings, Inc.**
    **Company**                                   Timothy K. Thorson
9   Richard Gawloski                              Carney Badley Spellman, P.S.
10  Wilson, Smith, Cochran & Dickerson            701 Fifth Avenue, Suite 3600
    1215 Fourth Avenue, Suite 1700                Seattle, WA 98104-7010
11  Seattle, WA 98161                             thorson@carneylaw.com;
12  MetLifeAsbestos@wscd.com                      berman@carneylaw.com

13  **Counsel to Uniroyal**
    Chris R. Youtz
14  Sirianni Youtz Meier & Spoonemore
15  1100 Millennium Tower
    719 Second Avenue
16  Seattle, WA 98104
17  chris@sylaw.com

18

19      Executed this April 28th, 2011, at Seattle, Washington.

20

21
                                    /s/Oscar Ramos Jr.
22                                  Oscar Ramos Jr., Paralegal

23

24

25

26


ANSWER AND AFFIRMATIVE DEFENSES OF FOSTER WHEELER          MURRAY, DUNHAM & MURRAY
ENERGY CORPORATION  -6-                                        ATTORNEYS AT LAW
                                                             Post Office Box 9844
                                                      SEATTLE, WASHINGTON 98109-0844
                                                       (206) 622-2655, 684-6924 (FAX)