MDL No. 875   &   TITLE - IN RE:   ASBESTOS PRODUCTS LIABILITY LITIGATION

# NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Defendant Todd Shipyards Corp

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Lewis v. Albay Construction Co, et al, WAW 2:11-cv-01300

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 8/25/2011 | /s/ Walter E. Barton |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Walter E. Barton, Karr Tuttle Campbell, 1201 3rd Ave, Ste 2900, Seattle, WA 98101

Telephone No.: 206-224-8030      Fax No.: 206-682-7100

Email Address: gbarton@karrtuttle.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| BARBARA ANN LEWIS, as Personal Representative for the Estate of JOHN ROBERT LEWIS, deceased, | ) ) ) MDL NO.   875 ) |
| Plaintiff, | ) WAW:2-cv-11-01300 |
| v. | ) ) DECLARATION OF SERVICE |
| ALBAY CONSTRUCTION COMPANY, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

    I hereby certify that on August 26, 2011, I caused to be served a copy of Defendant Todd Shipyard Corp's Notice of Appearance by electronic mail on the following:

Cameron O. Carter
Brayton Purcell
111 S.W. Columbia St., Suite 250
Portland, OR  97201

Richard M. Grant
Brayton Purcell
222 Rush Landing Rd.
Novato, CA 94949-6169

DECLARATION OF SERVICE- 1
#813053 v1 / 20157-111

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| | |
|---|---|
| 1 | |
| 2 | Timothy K. Thorson |
| | Carney Badley Spellman |
| 3 | 701 Fifth Avenue, Suite 3600 |
| | Seattle, WA  98104 |
| 4 | Counsel for Saberhagen Holdings |
| 5 | |
| 6 | Melissa Roeder |
| | Forsberg & Umlauf |
| 7 | 901 Fifth Avenue, Suite 1400 |
| 8 | Seattle, WA  98164 |
| | Counsel for Fraser's Boiler Service |
| 9 | |
| 10 | Katherine M. Steele |
| | Stafford Frey Cooper |
| 11 | 3100 Two Union Square |
| | 601 Union St. |
| 12 | Seattle, WA  98101 |
| 13 | Counsel for Metalclad and J.T. Thorpe & Son |
| 14 | Mark Tuvim |
| 15 | Gordon & Rees |
| | 701 Fifth Avenue, Suite 2130 |
| 16 | Seattle, WA  98104 |
| 17 | Counsel for Asbestos Corp., Ltd. and Oscar Erickson |
| 18 | Roberta Nicol Dempster |
| | Schiff Hardin |
| 19 | One Market, Spear Street Tower, 32nd Floor |
| 20 | San Francisco, CA  94105 |
| | Counsel for Owens-Illinois, Inc. |
| 21 | |
| 22 | Jan. E. Brucker |
| | Jackson Jenkins Renstrom |
| 23 | 701 Fifth Avenue, Suite 4200 |
| | Seattle, WA  98104 |
| 24 | Counsel for General Dynamics |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

DECLARATION OF SERVICE- 2
#813053 v1 / 20157-111

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| | |
|---|---|
| 1 | |
| 2 | /s/ David Anderson |
| 3 | David Anderson |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

DECLARATION OF SERVICE- 3
#813053 v1 / 20157-111

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
**1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028**
**Telephone (206) 223-1313, Facsimile (206) 682-7100**