

SAN FRANCISCO

LOS ANGELES

KNOTT & GLAZIER LLP
L A W Y E R S
A REGISTERED LIMITED LIABILITY PARTNERSHIP

201 SPEAR STREET
SUITE 1520
SAN FRANCISCO, CALIFORNIA 94105

TELEPHONE (415) 356-1100
FACSIMILE (415) 356-1105
WWW.KNOTTGLAZIER.COM

August 29, 2011

<u>VIA PACER CM/ECF</u>

The Judicial Panel on MDL, Case No. 875
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002

Re:  Notice of Potential Tag-Along Action Pursuant To J.P.M.L. Rule 7.2(i)
*Marisa Bond, et al. v. A.W. Chesterton Company, et al.*
USDC Case No. 3:11-cv-04199-NC

Dear Judicial Panel:

Please accept this correspondence as notice to the panel that the action, *Marisa Bond, et al. v. A.W. Chesterton Company, et al.*, Case No. 3:11-cv-04199-NC, in the U.S. District Court, Northern District of California, may be a potential tag-along action in *In Re: Asbestos Product Liability Litigation* (No. VI) MDL No. 875. Enclosed are copies of the following:

(1)  Docket Sheet from the Northern District of California;

(2)  First Amended Complaint; and

(3)  Declaration of Service.

Thank you for your consideration.

Sincerely,

Michael D. Smith
SBN 235727

Enclosures

cc:  Magistrate Nathanael Cousins