SCHEDULE OF ACTIONS

1.      *Marisa Bond, et al. v. A.W. Chesterton Company, et al.*
United States District Court Northern District of California (San Francisco)
Case No. 3:11-cv-04199-NC