DECLARATION OF SERVICE

## DECLARATION OF SERVICE

I, Denise Knapp, declare as follows:

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. I am employed by Knott & Glazier LLP, whose business address is 201 Spear Street, Suite 1520, San Francisco, California 94105.

On August 29, 2011, I served the following document(s) described as:

### NOTICE OF POTENTIAL TAG-ALONG ACTION PURSUANT TO J.P.M.L. RULE 7.2(i)

by placing a true copy thereof in an envelope addressed to each of the person(s) named on the attached Service List at the addresses shown.

[x]   **VIA MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on August 29, 2011. I am familiar with the firm's practice of collection and processing of correspondence for mailing. It is deposited with the U. S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California, United States of America, that the foregoing is true and correct, that the original of the aforementioned document(s) was/were printed on recycled paper, and that this Declaration of Service was executed by me on August 29, 2011 at San Francisco, California.

_____
Denise Knapp

## SERVICE LIST
### *Bond v. A.W. Chesterton Co., et al.*
### Alameda County Superior Court Case No. RG 09-450785

| PARTY REPRESENTED | PHONE | FAX |
|---|---|---|
| Richard A. Brody, Esq.<br>Brent Coon & Associates<br>44 Montgomery, Suite 800<br>San Francisco, California 94104<br>*Representing Plaintiffs*<br>MARISA BOND and ALLEN PAGAN | (415) 489-7420 | (415) 489-7426<br>(3) |
| Berry & Berry<br>PO Box 16070<br>2930 Lakeshore Ave<br>Oakland, CA 94610<br>*Designated Defense Counsel* | (510) 250-0200 | (510) 835-5110<br>(2) |
| Douglas G. Wah, Esq.<br>Foley & Mansfield PLLP<br>300 Lakeside Drive, Suite 1900<br>Oakland, CA 94612<br>*Representing Defendant*<br>THE WM. POWELL COMPANY | (510) 590-9595 | (510) 590-9595<br>(12) |
| James O. Harman, Esq.<br>Law Offices of Glaspy & Glaspy<br>100 Pringle Ave, Suite 750<br>Walnut Creek, CA 94596<br>*Representing Defendants*<br>COLTEC INDUSTRIES, INC.<br>FAIRBANKS MORSE PUMP CORPORATION<br>GARLOCK SEALING TECHNOLOGIES LLC | (925) 947-1300 | (925) 947-1594<br>(13) |
| Shawn M. Ridley, Esq.<br>Howard Rome Martin & Ridley LLP<br>1775 Woodside Rd., Suite 200<br>Redwood City, CA 94061<br>*Representing Defendant*<br>EATON CORPORATION | (650) 365-7715 | (650) 364-5297<br>(44) |
| Gabriel A. Jackson, Esq.<br>Anthony C. Chiosso, Esq.<br>Jackson Jenkins Renstrom LLP<br>55 Francisco St., 6th Floor<br>San Francisco, CA 94133<br>*Representing Defendants*<br>FLOWSERVE CORPORATION, GENERAL DYNAMICS CORPORATION, BUFFALO PUMPS, INC., CUMMINS, INC., ZURN INDUSTRIES, LLC | (415) 982-6300 | (415) 982-3700<br>(17) |

1

## SERVICE LIST
*Bond v. A.W. Chesterton Co., et al.*
Alameda County Superior Court Case No. RG 09-450785

| | | |
|---|---|---|
| Gregory D. Pike, Esq.<br>Knox Ricksen LLP<br>1300 Clay Street, Suite 500<br>Oakland, CA 94612<br>Representing Defendant<br>*ALLIED CHALMERS PRODUCT LIABILITY TRUST* | (510) 285-2500 | (510) 285-2505<br>(58) |
| Charles T. Sheldon, Esq.<br>Sedgwick, Detert, Moran & Arnold LLP<br>One Market Plaza, Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Representing Defendant<br>*GENERAL ELECTRIC COMPANY* | (415) 781-7900 | (415) 781-2635<br>(29) |
| Kelly L. Cowan<br>Sinunu Bruni LLP<br>333 Pine Street, Suite 400<br>San Francisco, CA 94104<br>*Representing Defendants*<br>*VELLUMOID DIVISION OF FEDERAL-MOGUL*<br>*FELT PRODUCTS MANUFACTURING COMPANY* | (415) 362-9700 | (415) 362-9707<br>(68) |
| Sarah Ratcliff, Esq.<br>Sonnenschein Nath & Rosenthal LLP<br>525 Market Street, 26th floor<br>San Francisco, CA 94105<br>*Representing Defendant*<br>*RAPID-AMERICAN CORPORATION* | (415) 882-5000 | (415) 882-0300<br>(73) |
| Michael T. McCall, Esq.<br>Walsworth, Franklin, Bevins & McCall<br>601 Montgomery St., 9th Fl<br>San Francisco, CA 94111<br>*Representing Defendants*<br>*SB DECKING, INC.*<br>*AMETEK, INC.*<br>*QUINTEC INDUSTRIES, INC.*<br>*CLEAVER-BROOKS, INC.*<br>*J-M MANUFACTURING COMPANY, INC.* | (415) 781-7072 | (415) 391-6258<br>(34) |

8/29/2011 11:29 AM