# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & TITLE - IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

# NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

DEFENDANT GENERAL DYNAMICS CORPORATION

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Lewis v. Albay Construction Company, et al.  WAW 2:11-cv-01300

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 08/29/11 | //s// DANIEL D. O'SHEA |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Daniel D. O'Shea, Jackson Jenkins Renstrom, 55 Francisco Street Suite 600, San Francisco, CA 94133

Telephone No.: (415) 982-3600 ext. 3371     Fax No.: (415) 982-3700

Email Address: doshea@jjr-law.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

| | |
|---|---|
| 1 | GABRIEL A. JACKSON, State Bar No. 98119 |
|   | gaby@jjr-law.com |
| 2 | DANIEL D. O'SHEA, State Bar No. 238534 |
|   | doshea@jjr-law.com |
| 3 | JACKSON JENKINS RENSTROM LLP |
|   | 55 Francisco Street, 6th Floor |
| 4 | San Francisco, CA 94133 |
|   | Tel: 415-982-3600 |
| 5 | Fax: 415-982-3700 |
| 6 | Attorneys for Defendant |
|   | GENERAL DYNAMICS CORPORATION |

# UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| BARBARA, as Wrongful Death Heir, and as Successor-in-Interest to JOHN ROBERT LEWIS, Deceased, | MDL DOCKET NO. MDL. 875 |
| | WAW:2-CV-11-01300 |
| Plaintiff, | DECLARATION OF SERVICE |
| v. | |
| TODD SHIPYARDS CORPORATION, *et al.*, | |
| Defendants. | |

## DECLARATION OF SERVICE

I hereby certify that on August 29, 2011, I caused to be served a copy of Defendant General Dynamics Corporation's Notice of Appearance by electronic mail on the following:

Cameron O. Carter
Bratyon Purcell
111 S. W. Columbia St., Suite 250
Portland, OR 97201

Richard M. Grant
Brayton Purcell
222 Rush Landing Road
Novato, CA 94949-6169

| | |
|---|---|
| 1 | Timothy K. Thorson |
| | Carney Badley Spellman |
| 2 | 701 Fifth Avenue, Suite 3600 |
| | Seattle, WA 98104 |
| 3 | Counsel for Saberhagen Holdings |
| 4 | Melissa Roeder |
| | Forsberg & Umlauf |
| 5 | 901 Fifth Avenue, Suite 1400 |
| | Seattle, WA 98164 |
| 6 | Counsel for Fraser's Boiler Service |
| 7 | Katherine M. Steele |
| | Stafford Frey Cooper |
| 8 | 3100 Two Union Square |
| | 601 Union Street |
| 9 | Seattle, WA 98101 |
| | Counsel for Metalclad and J.T. Thorpe & Son |
| 10 | |
| 11 | Mark Tuvim |
| | Gordon & Rees |
| 12 | 701 Fifth Avenue, Suite 2130 |
| | Seattle, WA 98104 |
| 13 | Counsel for Asbestos Corp., Ltd. And Oscar Erickson |
| 14 | Roberta Nicol Dempster |
| | Schiff Hardin |
| 15 | One Market, Spear Street Tower, 32nd Floor |
| | San Francisco, CA 94105 |
| 16 | Counsel for Owens-Illinois, Inc. |
| 17 | Jan E. Brucker |
| | Jackson Jenkins Renstrom LLP |
| 18 | 701 Fifth Avenue, Suite 4200 |
| | Seattle, WA 98104 |
| 19 | Counsel for General Dynamics Corporation |
| 20 | Dated: September 29, 2011 |
| 21 | /S/ Daniel D. O'Shea |
| | Daniel D. O'Shea |
| 22 | |
| 23 | 1946633 |

1  Timothy K. Thorson
   Carney Badley Spellman
2  701 Fifth Avenue, Suite 3600
   Seattle, WA 98104
3  Counsel for Saberhagen Holdings

4  Melissa Roeder
   Forsberg & Umlauf
5  901 Fifth Avenue, Suite 1400
   Seattle, WA 98164
6  Counsel for Fraser's Boiler Service

7  Katherine M. Steele
   Stafford Frey Cooper
8  3100 Two Union Square
   601 Union Street
9  Seattle, WA 98101
   Counsel for Metalclad and J.T. Thorpe & Son
10

11 Mark Tuvim
   Gordon & Rees
12 701 Fifth Avenue, Suite 2130
   Seattle, WA 98104
13 Counsel for Asbestos Corp., Ltd. And Oscar Erickson

14 Roberta Nicol Dempster
   Schiff Hardin
15 One Market, Spear Street Tower, 32nd Floor
   San Francisco, CA 94105
16 Counsel for Owens-Illinois, Inc.

17 Jan E. Brucker
   Jackson Jenkins Renstrom LLP
18 701 Fifth Avenue, Suite 4200
   Seattle, WA 98104
19 Counsel for General Dynamics Corporation

20 Dated: September 29, 2011

21                                         /S/ Daniel D. O'Shea
                                           Daniel D. O'Shea
22

23 1946633

24

25

26

27

28