UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO. VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GERECKE, as Wrongful Death Heir, and as Successor-in-Interest to HAROLD GERECKE, Deceased, and WALTER GERECKE, REBECCA GERECKE CHAPMAN, as Legal Heirs of HAROLD GERECKE, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.), GENERAL ELECTRIC COMPANY, GENERAL DYNAMICS CORPORATION, FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION),<br><br>Defendants. | U.S.D.C. Northern District, Case No.3:11-cv-03507-JSW |

**DEFENDANT FOSTER WHEELER LLC'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**TO THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:**

      1.      On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DEFENDANT FOSTER WHEELER LLC'S NOTICE OF POTENTIAL TAG-ALONG ACTION

28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is aslo named or in which that counsel appears.

2. The undersigned hereby notifies the court that this state court action being removed (copies of the original state court complaint and the first amended state court complaint of the removed action are provided herewith as attachments to this filing) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Defendant FOSTER WHEELER LLC is providing written notice of this Notice of Potential Tag-Along Action to all adverse parties. Defendant FOSTER WHEELER reserves the right to amend or supplement this Notice of Potential Tag-Along Action.

Date: August 29, 2011         BRYDON HUGO & PARKER

By:  /s/ Shelley K. Tinkoff
     Shelley K. Tinkoff [CA Bar No. 187498]
     BRYDON HUGO & PARKER
     135 Main Street, 20th Floor
     San Francisco, CA 94105
     Telephone: (415) 808-0300
     Facsimile: (415) 808-0333
     Email: tinkoff@bhplaw.com
     Attorneys for Defendant
     FOSTER WHEELER LLC