UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GERECKE, as Wrongful Death Heir, and as Successor-in-Interest to HAROLD GERECKE, Deceased, and WALTER GERECKE, REBECCA GERECKE CHAPMAN, as Legal Heirs of HAROLD GERECKE, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.), GENERAL ELECTRIC COMPANY, GENERAL DYNAMICS CORPORATION, FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION),<br><br>Defendants. | U.S.D.C. Northern District, Case No.3:11-cv-03507-JSW |

**SCHEDULE OF ACTIONS**

Defendant FOSTER WHEELER LLC ("Foster Wheeler") hereby provides notice that defendant Foster Wheeler has one related action currently pending before the Judicial Panel of Multidistrict Litigation:

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DEFENDANT FOSTER WHEELER LLC'S SCHEDULE OF ACTIONS

*Paul Pratt vs. Asbestos Corporation Limited, et al.*, Northern District of California, San Francisco Case No. 3:11-cv-3503 EMC, Conditional Transfer Order No. 425;

Date: August 29, 2011                                    BRYDON HUGO & PARKER

                        By:    /s/ Shelley K. Tinkoff
                               Shelley K. Tinkoff [CA Bar No. 187498]
                               BRYDON HUGO & PARKER
                               135 Main Street, 20th Floor
                               San Francisco, CA 94105
                               Telephone: (415) 808-0300
                               Facsimile: (415) 808-0333
                               Email: tinkoff@bhplaw.com
                               Attorneys for Defendant
                               FOSTER WHEELER LLC

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2
DEFENDANT FOSTER WHEELER LLC'S SCHEDULE OF ACTIONS