UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GERECKE, as Wrongful Death Heir, and as Successor-in-Interest to HAROLD GERECKE, Deceased, and WALTER GERECKE, REBECCA GERECKE CHAPMAN, as Legal Heirs of HAROLD GERECKE, Deceased,<br><br>          Plaintiff,<br><br>      vs.<br><br>HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.), GENERAL ELECTRIC COMPANY, GENERAL DYNAMICS CORPORATION, FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION),<br><br>          Defendants. | (ASBESTOS)<br>U.S.D.C. Northern District California, Case No. 3:11-cv-03507-JSW |

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On August 29, 2011, I served the following:

DEFENDANT FOSTER WHEELER LLC'S NOTICE OF POTENTIAL TAG-ALONG ACTION;

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1
CERTIFICATE OF SERVICE

SCHEDULE OF ACTIONS;

U.S. DISTRICT COURT CALIFORNIA NORTHERN DISTRICT CIVIL DOCKET FOR CASE # 3:11-CV-03507-JSW with SUMMONS AND COMPLAINT

Counsel for Plaintiffs:  BRAYTON❖PURCELL Via **Facsimile (415) 898-1247**

on all parties via facsimile to the following parties on the attached service list.

    I declare under penalty of perjury that the above is true and correct.  Executed on August 29, 2011, at San Francisco, California.

_Adrena Williams_

BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone:  (415) 808-0300
Facsimile:  (415) 808-0333
Email: cpark@bhplaw.com
      tmoses@bhplaw.com
Attorneys for Defendant
FOSTER WHEELER LLC
SHELLEY K. TINKOFF (CA SBN 187498)
THOMAS J. MOSES (CA SBN 116002)
CHARLES S. PARK (CA SBN 161430)

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2
CERTIFICATE OF SERVICE

*Gerecke v. Huntington Ingalls Inc., et al*
Northern District of California Case No. 3:11-cv-03507-JSW

SERVICE LIST

Sedgwick
One Market Plaza
Steuart Tower 8th Fl
San Francisco, CA 94105
Telephone: (415) 781-7900
Fax: 415-781-2635
Attorneys for Defendant General Electric Company

Jackson Jenkins Renstrom LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133
Telephone: (415) 982-3600
Fax: (415) 982-3700
Attorneys for Defendant General Dynamics Corporation

Pond North LLP
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
Telephone: (213) 617-6170
Fax: (213) 623-3594
Attorneys for CBS Corporation