# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Litigation

*Roger Nelson, et al. v. Crane Co., et al.*, District of Hawai`i, C.A. No. 1:11-00402

### SUPPLEMENT TO MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-420)

On August 29, 2011, Judge Leslie E. Kobayashi of the U.S. District Court for the District of Hawaii held a hearing on Plaintiffs' Motion to Remand. From the bench, the Court stated that it will issue a ruling on the merits of jurisdiction, but was not able to guarantee that this ruling would be issued before September 27, 2011, which is the date of the hearing before this Panel on Plaintiffs' Motion to Vacate.

Plaintiffs understand that it is the practice of the Panel to not hear oral argument on motions of this sort, and to rule on the date the motion to vacate is set for hearing, which in this case is September 27, 2011.  This of course will divest the District of Hawaii of jurisdiction to rule on the Plaintiffs' remand motions, which has already been extensively briefed and argued.

Plaintiffs' Motion to Vacate simply requested that the Panel's decision be delayed until September 29, 2011, to allow the Hawaii U.S. District Court to issue a ruling on Plaintiffs' remand motion.  In essence, Plaintiffs merely requested the normal three to four months "lag time" to allow the Hawai`i court to address the jurisdictional issues raised in Plaintiffs' motion. *In Re Asbestos Products Liability Litigation (No. VI)* 1996 WL 143826 (Jud.Pan.Mult.Lit) at

*fn2 ("As a practical matter there is a lag time of at least three or four months. . . . Accordingly, these courts wishing to address such motions have adequate time in which to do so. . . .").

Plaintiffs understand that in the normal course, this Panel will rule as early as September 27, 2011, and will automatically divest the Hawaii U.S. District Court of jurisdiction.  In light of Judge Kobayashi's statements from the bench at the hearing on August 29, 2011, Plaintiffs respectfully request that any ruling by this Panel be deferred to October 31, 2011, to give the Hawaii U.S. District Court adequate time to issue a ruling on the merits of Plaintiffs' Motion to Remand.

Dated, Honolulu, Hawai`i, August 29, 2011.

GALIHER, DeROBERTIS, ONO

/s/Ilana K. Waxman
ILANA K. WAXMAN
610 Ward Avenue
Honolulu, Hawai`i  96814-3308
Telephone:    (808) 597-1400
Facsimile:     (808) 591-2608
Email: ikw@gogaliher.com
Counsel for Plaintiffs

D:\06044A01\Pleadings\Jud Panel~JPML\CTO-418\Mtn Vacate_Suppl to.docx