UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                            MDL No. 875


(SEE ATTACHED SCHEDULE*)


**CONDITIONAL TRANSFER ORDER (CTO-435)**


On July 29, 1991, the Panel transferred 21,937 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 85,871 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C Robreno.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 30, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel


\* The record indicates that, with the exception of two actions (*Bolton v. Foster Wheeler Company, et al.,* D. Virgin Islands, C.A. No. 93-33, and *Pettaway v. Foster Wheeler Company, et al.*, D. Virgin Islands, C.A. No. 93-63), the Eastern District of Pennsylvania court has already assigned an Eastern District of Pennsylvania civil action number to each of these actions.

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                MDL No. 875

### SCHEDULE CTO−435 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|

**MICHIGAN EASTERN**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| MIE | 2 | 88−71689 | Smith v. Amer Pres Lines Ltd, et al |
| MIE | 2 | 88−71691 | Lewis v. Farrell Lines Inc, et al |
| MIE | 2 | 88−71788 | Phillips v. Amerada Hess Corp, et al |
| MIE | 2 | 88−71808 | Hill v. Amer Export Isbrandt, et al |
| MIE | 2 | 91−70468 | Blue v. Amercargo Inc, et al |
| MIE | 2 | 91−70469 | Clarke v. Amer Heavy Lift, et al |
| MIE | 2 | 91−70477 | Ziegler, et al v. Amer Pres Lines Ltd, et al |
| MIE | 2 | 91−70479 | Haskell v. Amer Pres Lines Ltd, et al |
| MIE | 2 | 91−70480 | Johnson v. Delta SS Lines Inc, et al |
| MIE | 2 | 91−70488 | Admundson, et al v. Alcoa, et al |
| MIE | 2 | 91−70490 | Dilbert v. Keystone Shipping Co, et al |
| MIE | 2 | 91−70491 | Guiden, et al v. Amer Pres Lines, et al |
| MIE | 2 | 91−70492 | Hawkins, et al v. Amer Mail Lines, et al |
| MIE | 2 | 91−70494 | Huggins v. A H Bull Co, et al |
| MIE | 2 | 91−70501 | DeOsca v. Amer Bulk, et al |
| MIE | 2 | 91−70504 | Jacobson, et al v. Trinidad Corp, et al |
| MIE | 2 | 91−71998 | Amundson, et al v. Acands Inc, et al |
| MIE | 2 | 91−71999 | Amundson v. Manville Corp |
| MIE | 2 | 91−72000 | Amundson v. Foster Wheeler Co, et al |
| MIE | 2 | 91−72004 | Blue v. Acands Inc, et al |
| MIE | 2 | 91−72005 | Blue v. Foster Wheeler Co, et al |
| MIE | 2 | 91−72006 | Blue v. Manville Corp |
| MIE | 2 | 91−72007 | Braun v. ACandS Inc, et al |
| MIE | 2 | 91−72008 | Braun v. Foster Wheeler Co, et al |
| MIE | 2 | 91−72009 | Braun v. Manville Corp |
| MIE | 2 | 91−72015 | Clarke v. Manville Corp |
| MIE | 2 | 91−72021 | DeOsca v. ACandS Inc, et al |
| MIE | 2 | 91−72022 | DeOsca v. Manville Corp |
| MIE | 2 | 91−72023 | DeOsca v. Foster Wheeler Co, et al |
| MIE | 2 | 91−72025 | Dilbert v. ACandS Inc, et al |
| MIE | 2 | 91−72026 | Dilbert v. Manville Corp |
| MIE | 2 | 91−72035 | Foote v. ACandS Inc, et al |

| | | | |
|---|---|---|---|
| MIE | 2 | 91–72036 | Foote v. Foster Wheeler Co, et al |
| MIE | 2 | 91–72037 | Foote v. Manville Corp |
| MIE | 2 | 91–72039 | Guiden v. Manville Corp |
| MIE | 2 | 91–72040 | Haskell v. Manville Corp |
| MIE | 2 | 91–72041 | Hawkins v. Manville Corp |
| MIE | 2 | 91–72043 | Hawkins v. ACandS Inc, et al |
| MIE | 2 | 91–72047 | Huggins v. Manville Corp |
| MIE | 2 | 91–72049 | Jacobson, et al v. Foster Wheeler Co, et al |
| MIE | 2 | 91–72050 | Jacobson, et al v. ACandS Inc, et al |
| MIE | 2 | 91–72051 | Jacobson v. Manville Corp |
| MIE | 2 | 91–72055 | Johnson v. Foster Wheeler Co, et al |
| MIE | 2 | 91–72056 | Johnson v. ACandS Inc, et al |
| MIE | 2 | 91–72057 | Johnson v. Manville Corp |
| MIE | 2 | 91–72073 | McGrath v. ACandS Inc, et al |
| MIE | 2 | 91–72074 | McGrath v. Manville Corp |
| MIE | 2 | 91–72075 | McGrath v. Foster Wheeler Co, et al |
| MIE | 2 | 91–72092 | Perdrauville v. ACandS Inc, et al |
| MIE | 2 | 91–72100 | Schindler v. Foster Wheeler Co, et al |
| MIE | 2 | 91–72101 | Schindler v. ACandS Inc, et al |
| MIE | 2 | 91–72105 | Wilson v. Manville Corp |
| MIE | 2 | 91–72106 | Wilson v. ACandS Inc, et al |
| MIE | 2 | 91–72107 | Ziegler v. Manville Corp |
| MIE | 2 | 91–72362 | Wilson, et al v. ACandS Inc, et al |
| MIE | 2 | 91–72365 | Schindler, et al v. Manville Corp, et al |
| MIE | 2 | 91–72368 | Clark v. ACandS Inc, et al |
| MIE | 2 | 91–72370 | Perdreauville v. Foster Wheeler, et al |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 06–04186 | Bartel et al v. United States Lines Inc Reorganization Trust |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 1 | 86–02998 | PORTILLO et al v. AMERCARGO INC. et al |
| OHN | 1 | 88–04748 | WILKERSON et al v. A C S INDUSTRIES, INC. et al |
| OHN | 1 | 89–15140 | BUREAU et al v. ACANDS, INC. et al |
| OHN | 1 | 89–19030 | COLLADO v. FOSTER WHEELER COMPANY |
| OHN | 1 | 90–10041 | SANDERS v. ALCOA et al |
| OHN | 1 | 90–10053 | GARCIA v. AMERADA HESS CORP. et al |
| OHN | 1 | 90–10157 | MILLER v. AMERICAN FOREIGN SS CORP. et al |
| OHN | 1 | 90–10459 | HOLLOWAY et al v. AMERICAN EXPORT ISBRANDTSEN |
| OHN | 1 | 90–10472 | PATRICK v. ACADEMY TANKERS INC. |
| OHN | 1 | 90–10478 | HARRIS ET AL v. COSMOPOLITAN STEAMSHIP CO. ET AL |
| OHN | 1 | 90–10576 | ROSARIO v. AMERICAN EXPORT LINES INC. et al |
| OHN | 1 | 90–10587 | COLBERT et al v. ALBATROSS STEAMSHIP CO. |
| OHN | 1 | 90–10693 | RODRIQUES et al v. AGWI LINES |

| | | | |
|---|---|---|---|
| OHN | 1 | 90–10745 | MATTI et al v. ARNOLD BENSTEIN LINE et al |
| OHN | 1 | 90–10757 | DENNIS v. ALABAMA DRY DOCK et al |
| OHN | 1 | 90–10800 | CLARK et al v. AMOCO SHIPPING CO. et al |
| OHN | 1 | 90–10939 | MURRAH et al v. AMERICAN EXPORT LINES INC. et al |
| OHN | 1 | 90–11152 | SHELTON v. ESSO STANDARD OIL |
| OHN | 1 | 93–11012 | HURST v. FOSTER WHEELER COMPANY |
| OHN | 1 | 93–11042 | WELLS et al v. FOSTER WHEELER ENERGY CORPORATION et al |

VIRGIN ISLANDS

| | | | |
|---|---|---|---|
| VI | 1 | 93–00033 | Bolton, Frank A. v. Foster Wheeler Co. et al |
| VI | 1 | 93–00037 | Davila, Ruben P. v. Foster Wheeler Co. et al |
| VI | 1 | 93–00048 | Hayes, Edward M. v. Foster Wheeler Co. et al |
| VI | 1 | 93–00063 | Pettaway, Jerry v. Foster Wheeler Co. et al |