BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ABSESTOS PRODUCT LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO: 875 |

## NOTICE OF POTENTIAL TAG ALONG ACTION
## PURSUANT TO J.P.M.L. RULE 7.2(i)

Now into Court comes Anna M. DiLonardo, Esq., counsel for the defendant, Lockheed Martin Corporation ("Lockheed"), in the case of "Charles C. Albrecht and Laura Albrecht v. A.O. Smith Water Products, et al." Docket No. 11 CV 5990, U.S District Court, Southern District of New York, for the purpose of submitting this Notice of Potential Tag Along Action, and says as follows:

1. Pursuant to J.P.L.M. Rule 7.2(i), counsel hereby notifies the panel and all counsel that the undersigned counsel feel that the aforementioned action, "Charles C. Albrecht and Laura Albrecht v. A.O. Smith Water Products, et al." Docket No. 11 CV 5990, U.S District Court, Southern District of New York, may be a potential tag along action in "In Re: Asbestos Product Liability Litigation (No. VI) MDL No. 875.

2. Counsel hereto attaches proof of service on all parties to this action.

WHEREFORE, counsel, Weiner Lesniak prays this Notice of Potential Tag Along Action be deemed good and sufficient.

Dated: Hauppauge, New York
August 26, 2011

Respectfully Submitted,

By: Anna M. DiLonardo, Esq.
Weiner Lesniak, LLP
Attorneys for Defendant
Lockheed Martin Corporation
888 Veterans Memorial Highway
Hauppauge, New York 11788
(631) 232-6130