# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
:ss.
COUNTY OF SUFFOLK )

**SUSAN R. CANTWELL**, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Greenlawn, New York.

That on the 26th day of August, 2011, deponent served the within **Notice of Potential Tag Along Action Pursuant to J.P.M.L. Rule 7.2 (i)** upon:

> Weitz & Luxenberg
> 700 Broadway, 7th Floor
> New York, New York 10003
> **Counsel for Plaintiffs**

the attorney(s) for the respective parties in this action, at the above address(es) designed by said attorney(s) for that purpose by deposing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

*[signature]*
SUSAN R. CANTWELL

Sworn to before me on this
26th day of August, 2011

*[signature]*
**Notary Public**

CASSIE CARUSO
Notary Public, State of New York
No. 01CA6102047
Qualified in Suffolk County
Commission Expires November 24, 20 __

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  :ss.
COUNTY OF SUFFOLK )

**SUSAN R. CANTWELL**, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Greenlawn, New York.

That on the 26th day of August, 2011, deponent served the within **Notice of Potential Tag Along Action Pursuant to J.P.M.L. Rule 7.2 (i)** on:

## SEE ANNEXED SERVICE LIST

the attorney(s) for the respective parties in this action, via electronic mail at the address(es) designed by said attorney(s) for that purpose.

SUSAN R. CANTWELL

Sworn to before me on this
26th day of August, 2011

Notary Public

CASSIE CARUSO
Notary Public, State of New York
No. 01CA6102047
Qualified in Suffolk County
Commission Expires November 24, 2011

Cynthia Weiss Antonucci, Esq.
Harris Beach LLP
100 Wall Street
New York, NY 10005
cantonucci@harrisbeach.com
Attorney for: Kentile Floors, Inc., Xerox,
Square D, Bird Inc., Lincoln Plumbing &
Heating, Cummins Engine, Paccar Inc. Dake
Co., Crane Pumps & Systems Inc., General
Electric Co.

William J. Bradley, Esq.
Malaby Carlisle & Bradley LLC
150 Broadway
Suite 1311
New York, NY 10038
wbradley@mblaw.net
Attorney for: Aurora, CBS Corp.,
Westinghouse Electrical Corp., (Viacom Inc.)
Weil McLain, Morse Diesel Construction Co.
Inc., Cleaver Brooks, Forster Wheler LLC.,
Foster Wheeler Engery Corp., Aqua-Chem, The
Marley Co., Warren Pumps, Reynolds Metals
Company, Alcoa

John Bridger, Esq.
Strong Pipkin Bissell & Ledyard LLP
1301 McKinney Street - Suite 2100
Houston, TX 77010-3042
Attorney for: Domco Products Texas LP,
individually and as successor to Azrock
Industries Inc.

Arthur G. Cohen, Esq.
Gordon & Silber, P.C.
355 Lexington Avenue
New York, NY 10017
acohen@gordon-silber.com
Attorney for: American Biltride Company,
American Bitrite Inc., individually and as
successor to Amtico Floors and Amtico, a
division of American Biltrite

Roy Cohen, Esq.
Porzio, Bromberg & Newman, P.C.
156 West 56th Street
New York, NY 10019
racohen@pbnlaw.com
Attorney for: Dupont

Joseph Colao, Esq.
Leader & Berkon
630 Third Avenue
New York, NY 10017
jcolao@leaderberkon.com
Attorney for: IMO Industries Inc., DELAVAL
Inc., Peerless

Kathleen Collins, Esq.
Port Authority of New York and New Jersey
225 Park Avenue South
New York, NY 10003

Jennifer Darger, Esq.
Darger Errante Yavitz & Blau LLP
116 East 27th Street
12th Floor
New York, NY 10016
jdarger@deybllp.com
Attorney for: Lennox Industries, American Crane & Equipment Corporation, The Lincoln Electric Co., Hobart Brothers Co., Eutecic Corp.

S Donahue, Esq.
Hardin, Kundla, McKeon & Poletta, P.A.
110 William Street
New York, NY 10038
sdonahue@HKMPP.com
Attorney for: Calon Insulation Corp.

Linda Dunne, Esq.
Nowell, Amoroso, Klein, Bierman
155 Polifly Road
Hackensack,, NJ 07601
ldunne@nakblaw.com
Attorney for: Sperry Rand, King

Scott R. Emery, Esq.
Lynch Daskal Emery LLP
264 West 40th Street
New York, NY 10018
emery@lawlynch.com
Attorney for: Georgia-Pacific Corp.

John J. Fanning, Esq.
Cullen & Dykman
177 Montague Street
Brooklyn, NY 11201
jfanning@cullenanddykman.com
Attorney for: Burnham LLC as successor to Burnham Corp., Elof Hansson Inc., Goulds Pumps Inc., Mario & DiBono Plastering Co. Inc., Spence Engineering Company Inc., Leslie Controls Inc., Hoke Inc., Alpha Wire Co.

Marc S. Gaffrey, Esq.
Hoagland, Longo, Moran, Dunst & Doukas
40 Paterson Street
P.O. Box 480
New Brunswick, NJ 08903
mgaffrey@hoaglandlongo.com
Attorney for: York International, Thermo-Electric Co., Inc., Kohler Co., 84 Lumber Corporation

Salvatore G Gangemi, Esq.
Gangemi Law Firm, P.C.
700 White Plains Road
Suite 223
Scarsdale, NY 10583
sgangemi@gangemilaw.com
Attorney for: AMEC Construction Management, Inc.

Chris Gannon, Esq.
Segal, McCambridge, Singer & Mahoney
850 Third Avenue, Suite 1100
New York, NY 10022
CGANNON@SMSM.COM
Attorney for: 195 Property Assoc., Germanetti
Olympia & York Operating Corp., H.B. Fuller,
Port Authority, Anchor Packing Co. Inc.,
Cummins Engine Co. Inc, Garlock Sealing
Technologies LLP F/K/A Garlock Inc., Zurn
Industries, Alcoa, Inc., Paterson Pump,
Hercules Chemical Co., Inc. and The Nash
Engineering Co., Cummins Inc., Greene Tweed
& Co., BW/IP, Garlock, Anchor, Byron Jackson

Bernard Garbutt, Esq.
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
bgarbutt@morganlewis.com
Attorney for: Auburn Technology, Inc. f/k/a
ALCO Power, Inc.

Samuel Goldblatt, Esq.
Nixon Peabody LLP
Key Towers at Fountain Plaza
40 Fountain Plaza
Suite 500
Buffalo, NY 14202
sgoldblatt@nixonpeabody.com
Attorney for: Patterson-Kelly Division

Philip Goldstein, Esq.
McGuire Woods
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105
pgoldstein@mcguirewoods.com
Attorney for: American Standard Inc.,
Westinghouse Air Brake Company, I.T.T.
Industries (Bell & Gossett)

Alan Gries, Esq.
Hecker, Brown, Sherry & Johnson LLP
1700 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
agries@gibbonslaw.com
Attorney for: JAM Industries, Inc.

Amiel Gross, Esq.
Sonnenschein, Nath & Rosenthal
1221 Avenue of the Americas
New York, NY 10020
agross@sonnenschein.com
Attorney for: Rapid American Corporation and
Kaiser

Robert Gunn, Esq.
Smith Abbot, LLP
90 Broad Street
4th Floor
New York, NY 10004
rgunn@smithabbot.com
Attorney for: Pneumo Abex Corp. as Successor to Abex Corp.

Suzanne M. Halbardier, Esq.
Barry, McTiernan & Moore
2 Rector Street
14th Floor
New York, NY 10006
shalbardier@bmmfirm.com
Attorney for: Fulton Boilers Works, John Crane, Utice Boilers, Bell Asbestos Mines, Asbestos Corp., LTD., Atlas Turner, General Refractories Co.

Daniel J. Herrera, Esq.
Costello, Shea & Gaffney LLP
44 Wall Street
New York, NY 10005
Attorney for: Congoleum Corporation, Cooper Industries

Laura Hollman, Esq.
McGivney, Kluger & Gannon PC
80 Broad Street
23rd Floor
New York, NY 10004-2205
lhollman@mcgivneyandkluger.com
Attorney for: Eastern Refractories Co. Inc., Tishman Realty, Construction Co. Inc. (TRCC), Treadwell, Courter

Paul Josephs, Esq.
Fabiani & Cohen, LLP
570 Lexington Avenue
New York, NY 10022
Attorney for: Slattery Skanska Inc. and Tishman Liquidating Corp.

Marc E. Kasowitz, Esq.
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, NY 10019
mkasowitz@kasowitz.com
Attorney for: Maremount Corp.

Steven Keats, Esq.
Keats & Shapiro
131 Mineola Blvd.
Mineola, NY 11501
Attorney for: Munaco Packing & Rubber Co., Inc.

John J. Kot, Esq.
Waters, McPherson & McNeil
300 Lighting Way
PO Box 1560
Secaucus, NJ 07096
jkot@lawwmm.com
Attorney for: Riley Stoker (DB Riley, Inc.),
Riley Stoker Corp., Riley Stoker Corp. f/k/a
Sanford Riley Stoker Co.

Jennifer L. Leonardi, Esq.
Damon Morey, LLP
Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, NY 14202-2150
jleonardi@damonmorey.com
Attorney for: Insulation Distributors, Inc.,
Geniune Parts

Tom Maimone, Esq.
Maimone & Associates, PLLC
170 Old Country Road
Suite 609
Mineola, NY 11501
tmaimone@maimonelaw.com
Attorney for: Mack Trucks

John Manning, Esq.
120 White Plains Road
Suite 100
Tarrytown, NY 10591
jmanning@jwmlaw.com
Attorney for: Elgin Sweeper Company

Anthony J. Marino, Esq.
Garrity, Graham, Murphy, Garofalo & Flinn
72 Eagle Rock Avenue
Suite 350
P.O. Box 438
East Hanover, NJ 07936
ajm@garritygraham.com
Attorney for: United Conveyor Corp.

Also new New York office (as of 12-21-09):
40 Wall Street, 28th Floor
New York, NY 10005
(212) 400-7177

Nancy McDonald, Esq.
McElroy Deutsch Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
nmcdonald@mdmc-law.com
Attorney for: A.O. Smith Water Products Co.,
Cutler Hammer, Durez Corp. and Oxy, Inc.

Timothy McHugh, Esq.
Lavin, O'Neil, Ricci, Cedrone & DiSipio
420 Lexington Avenue
Suite 335
New York, NY 10170
jpeters@lavin-law.com
Attorney for: 3M, GM, International Truck &
Engine Corp. f/k/a Navistar, Mitsui & Co., Inc.

Robert McManus, Esq.
Ahmuty, Demers & McManus
200 I.U. WIllets Road
Albertson, NY 11507
Robert.McManus@admlaw.com
Attorney for: Tishman Realty Construction
Corp., National Lighting Co., Carrier
Corporation

Daniel J. McNamara, Esq.
DeCicco, Gibbons & McNamara, P.C.
14 East 38th Street
New York, NY 10016
dmcnamara@dgmlaw.com
Attorney for: Beazer East, Inc. s/h/a Koppers
Industries, Kaiser Gypsum Co., Inc.

Cynthia K. Messemer, Esq.
Hodges Walsh & Slater LLP
55 Church Street
White Plains, NY 10601
CMessemer@hwslaw.com
Attorney for: Electrolux Home Products Inc.,
Individually and as Successor to Tappan and
Copes-Vulcan

Diane Miller, Esq.
Marin Goodman LLP
500 Mamaroneck Ave
Harrison, NY 10528
Attorney for: ZY-Tech Global Industries, Inc.,
Keeler Dorr- Oilver Boiler Co., E. Keeler Co.,
Kvaener Pulping, Inc.

Francis A. Montbach, Esq.
Mound, Cotton & Wollan
One Battery Park Plaza
New York, NY 10004
fmontbach@moundcotton.com
Attorney for: Geroge A. Fuller Co., Cooper
Industries

Thomas Montiglio, Esq.
Ahmuty, Demers & McManus
200 I.U. Willets Road
Albertson, NY 11507
thomas.montiglio@admlaw.com
Attorney for: Tishman Realty Construction
Corp., National Lighting Co., Carrier
Corporation

Daniel S. Moretti, Esq.
Landman, Corsi, Ballaine & Ford, P.C.
120 Broadway
27th Floor
New York, NY  10271-0079
dmoretti@lcbf.com
Attorney for:  Sequoia Ventures, Inc., (As Successor-in- interest to Bechtel Corp.)

William F. Mueller, Esq.
Clemente, Mueller & Tobia, P.A.
218 Ridgedale Avenue
Morristown, NJ  07961
wmueller@cm-legal.com
Attorney for:  Durabla Manufacturing Company and Key Span (Long Island Lighting)

Mark F. Muller, Esq.
Freehill, Hogan & Nahar, LLP
80 Pine Street
NewYork, NY  10005
muller@freehill.com
Attorney for:  ALCOA Steamship Co., Farrell Lines Inc., Isbrandtsen Co., Weyerhauser Co., Lash Marine Services Inc., as successors in interest to Waterman Steamship Co., Maritime Defendants

Andrew Musicus, Esq.
Cerussi & Spring
One North Lexington Avenue
White Plains, NY  10601-1700
amusicus@cerussilaw.com
Attorney for:  3M

Richard P. O'Leary, Esq.
McCarter & English, LLP
245 Park Avenue
27th Floor
New York, NY  10167
roleary@mccarter.com
Attorney for:  Parker- Hannifin Corp., Building Materials, GI Holdings, EIS Brake Parts Standard Motor  Products Inc., Lightolier, Inc., American Optical

Lisa M. Pascarella, Esq.
Pehlivanian, Braaten & Pascarella, LLC
2430 Route 24
Manasquan, NJ  08736
lp@pehli.com
Attorney for:  Ingersol-Rand Co.; American Standard; Westinghouse Airbrake

Nancy L. Pennie, Esq.
Aaronson, Rappaport, Feinstein & Deutsch, L.L.P.
757 Third Avenue
New York, NY  10017
Attorney for:  General Motors Corp.
nlpennie@arfdlaw.com

Russell A. Pepe, Esq.
Harwood Lloyd, LLC
130 Main Street
Hackensack, NJ 07601
rpepe@harwoodlloyd.com
Attorney for: Motion to control industries, Inc.,
as predecessor-in- interest to Carlisle Corp.

Joel Pierce, Esq.
Pierce, Davis & Perritano, LLP
90 Canal Street
Boston, MA 02114-2018
jpierce@piercedavis.com
Attorney for: B.F. Goodrich Company
(Goodrich Corp.)

Donald R. Pugliese, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10473
dpugliese@mwe.com
Attorney for: Honeywell International, Inc. and
Morse Diesel International, Inc.

Kenneth G. Roberts, Esq.
Cozen O'Connor
250 Park Avenue
New York, NY 10177
kroberts@cozen.com
Attorney for: Wolf, Block, Schorr and Solis-
Cohen, LLP folded. Cases taken over by Cozen
O'Connor.
Federal Pump Corporation

Gayle Sanders, Esq.
New York Law Department
100 Church Street
New York, NY 10007
Attorney for:

Andrew Sapon, Esq.
Bivona & Cohen, P.C.
88 Pine Street
New York, NY 10005
andrew.sapon@bivonacohen.com
Attorney for: Compudyne Corp., successor to
York Shipley Inc. and O'Connor Constructors &
Co. Inc. f/k/a Thomas O'Connor & Co. Inc.,
Aluminum Co. of America (ALCOA)

Paul A. Scrudato, Esq.
Schiff Hardin LLP
900 Third Avenue
23rd Floor
New York, NY 10022
pscrudato@schiffhardin.com
Attorney for: Owens- Illinois, Inc.

Dulce V. Tampus, Esq.
McGuire Woods
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
dtampus@mcguirewoods.com
Attorney for:

Michael A. Tanenbaum, Esq.
Sedgwick, Detert, Moran & Arnold, LLP
Three Gateway Center
12th Floor
Newark, NJ 07102-5311
michael.tanenbaum@sdma.com
Attorney for: General Electric Co., Asbeka Isuzu

Rob Tonogbanua, Esq.
Dickie McCamey & Chilcote PC
Public Ledger Building
Suite 901
150 South Independence Mall West
Philadelphia, PA 19106-3409
rtonogbanua@dmclaw.com
Attorney for: Yarway Corp.

William E. Vita, Esq.
Westerman Ball Ederer Miller & Sharfstein, LLP
1201 RXR Plaza
Uniondale, NY 11556
Attorney for: Hollingsworth & Vose Company

Edward Wilbraham, Esq.
Wilbraham, Lawler & Buba
1818 Market Street
Suite 3100
Philadelphia, PA 19103
ewilbraham@wlbdeflaw.com
Attorney for: Buffalo Pumps, Inc.

Judith A. Yavitz, Esq.
Darger Errante Yavitz & Blau LLP
116 East 27th Street
12th Floor
New York, NY 10016
jyavitz@deybllp.com
Attorney for: Certainteed Corp., Shell Oil, Shell Chemical, Armstrong World Industries Inc., National Gypsum Co., Turner & Newall PC, A.P. Green Refractories Inc., CCR Defendants, Amchem Products Inc., Dana Corp., ACMA, Union Carbide