**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION** <br><br> PATTI DONLON, et al., <br>         Plaintiff, <br>     v. <br> AC AND S, INC.; et al., <br>         Defendants. | **MDL DOCKET NO. 875** <br><br><br> Transferor Court: <br> N.D.Cal.-CAN/ 3:11-cv-03376-JSW |

**DEFENDANT UNITED TECHNOLOGIES CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 5.3**

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant United Technologies Corporation ("UTC") states that it does not have a parent corporation, and no publicly held company owns 10 percent or more of UTC.

DATED: August 30, 2011                           RESPECTFULLY SUBMITTED,


                                                  By: /s/ John K. Son
                                                  Lance D. Wilson
                                                  John K. Son
                                                  TUCKER ELLIS & WEST LLP
                                                  515 South Flower Street
                                                  42nd Floor
                                                  Los Angeles, CA 90071
                                                  Telephone: 213.430.3400
                                                  Facsimile: 213.430.3409
                                                  john.son@tuckerellis.com
                                                  Attorneys for Defendant
                                                  **UNITED TECHNOLOGIES CORPORATION**

## CERTIFICATE OF SERVICE

On August 30, 2011, I electronically filed this document through the CM/ECF system. The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the United States Judicial Panel on Multidistrict Litigation who have consented to electronic service shall constitute service of the filed document to all such parties.  Parties who have not consented to electronic service are entitled to receive a paper copy of any electronically filed pleading or other document.  Any such parties will be served by regular mail.

By: */s/ John K. Son*
John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409
john.son@tuckerellis.com
Attorneys for Defendant
**UNITED TECHNOLOGIES CORPORATION**