BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION** <br><br> PATTI DONLON, et al., <br>         Plaintiff, <br>     v. <br> AC AND S, INC.; et al., <br>         Defendants. | **MDL DOCKET NO. 875** <br><br><br> Transferor Court: <br> N.D.Cal.-CAN/ 3:11-cv-03376-JSW |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT UNITED TECHNOLOGIES CORPORATION**

Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, JOHN K. SON of the law firm TUCKER ELLIS & WEST LLP, 515 South Flower Street, 42nd Floor, Los Angeles, California 90071, email address: john.son@tuckerellis.com, hereby enters his appearance as attorney of record for defendant United Technologies Corporation in the above-captioned matter and requests that all future correspondence, pleadings, and notices be sent to the above-referenced address and/or email address.

DATED: August 30, 2011                             RESPECTFULLY SUBMITTED,

                                By:  /s/ *John K. Son*
                                    Lance D. Wilson
                                    John K. Son
                                    TUCKER ELLIS & WEST LLP
                                    515 South Flower Street
                                    42nd Floor
                                    Los Angeles, CA 90071
                                    Telephone: 213.430.3400
                                    Facsimile: 213.430.3409
                                    john.son@tuckerellis.com
                                    Attorneys for Defendant
                                    **UNITED TECHNOLOGIES CORPORATION**

1
NOTICE OF APPEARANCE ON BEHALF OF
UNITED TECHNOLOGIES CORPORATION

## CERTIFICATE OF SERVICE

On August 30, 2011, I electronically filed this document through the CM/ECF system. The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the United States Judicial Panel on Multidistrict Litigation who have consented to electronic service shall constitute service of the filed document to all such parties.  Parties who have not consented to electronic service are entitled to receive a paper copy of any electronically filed pleading or other document.  Any such parties will be served by regular mail.

By: */s/ John K. Son*
John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409
john.son@tuckerellis.com
Attorneys for Defendant
**UNITED TECHNOLOGIES CORPORATION**