## **REASON FOR WITHDRAWAL OF PRIOR DOCUMENT**

The incorrect case caption was used in the prior pleading that was filed.