# U.S. District Court
## District of Rhode Island (Providence)
### CIVIL DOCKET FOR CASE #: 1:11-cv-00129-L -LDA

Dalee et al v. CBS Corporation et al     Date Filed: 03/29/2011
Assigned to: Judge Ronald R Lagueux     Jury Demand: Both
Referred to: Magistrate Judge Lincoln D. Almond     Nature of Suit: 368 P.I. : Asbestos
Case in other court: Providence Superior Court, 11-00012     Jurisdiction: Federal Question
Cause: 28:1441 Notice of Removal-Asbestos Litigation

**Plaintiff**

**Donald A. Dalee**     represented by **Richard P. Bullock**
Early Ludwick & Sweeney, LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
203-777-7799
Fax: 203-785-1671
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Comelia H. Dalee**     represented by **Richard P. Bullock**
(See above for address)
*ATTORNEY TO BE NOTICED*


V.

**Defendant**

**CBS Corporation**     represented by **Thomas W. Lyons , III**
*indiviually and as successor by merger to CBS Corp., as sucessor-in-interest to Westinghouse Electric Corp. and BF Sturtevant*
*formerly known as*
VIACOM, Inc.

Strauss, Factor, Laing & Lyons
One Davol Square
Suite 305
Providence, RI 02903
456-0700
Fax: 421-4730
Email: tlyons@straussfactor.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Foster Wheeler LLC**
*survivor to merger with Foster Wheeler Corp.*

**Defendant**

**PIC Contractors, Inc**     represented by **Danielle J. Mahoney**
Morrison Mahoney LLP
10 Weybosset Street
Suite 900

|  |  |
|---|---|
|  | Providence, RI 02903-7141<br>401-331-4660<br>Fax: 401-351-4420<br>Email: dmahoney@morrisonmahoney.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| **Sikorsky Aircraft Corp** | represented by **John A. Caletri**<br>Melick, Porter & Shea<br>49 Weybosset Street<br>Providence, RI 02903<br>941-0909<br>Fax: 941-6269<br>Email: jcaletri@melicklaw.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| **TACO Inc.** | represented by **Craig R. Waksler**<br>McGivney & Kluger, P.C.<br>1 State Street<br>8th Floor<br>Boston, MA 02109<br>617-723-5888<br>Fax: 617-723-5899<br>Email: cwaksler@mcgivneyandkluger.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Jennifer A. Whelan**<br>McGivney & Kluger, PC<br>1 State Street<br>Suite 800<br>Boston, MA 02109<br>617-723-5888<br>Fax: 617-723-5899<br>Email: jwhelan@mcgivneyandkluger.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2011 | 1 | NOTICE OF REMOVAL by Sikorsky Aircraft Corp from Providence Superior Court, case number 11-0012. ( Filing fee $ 350 receipt number 14670005077), filed by Sikorsky Aircraft Corp. (Attachments: # 1 State Court Complaint, # 2 Declaration of Leon Jacobson, # 3 Declaration of of William Ringo, # 4 Civil Cover Sheet) (Urizandi, Nisshy) (Entered: 03/29/2011) |
| 03/29/2011 |  | CORRECTIVE DOCKET ENTRY re: Clerical Error 1 Notice of Removal - Answer by Sikorsky Aircraft Corp. not attached. To be filed as an exhibit linked |

|            |   |                                                                                                                                                                                                             |
|------------|---|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |   | to Notice of Removal. (Urizandi, Nisshy) (Entered: 03/29/2011)                                                                                                                                              |
| 03/29/2011 | 2 | EXHIBIT by Sikorsky Aircraft Corp. in support of 1 Notice of Removal, Answer to complaint by Sirkorsky Aircraft Corp. (Urizandi, Nisshy) (Entered: 03/29/2011)                                              |
| 03/30/2011 | 3 | NOTICE of Appearance by Thomas W. Lyons, III on behalf of CBS Corporation (Lyons, Thomas) (Entered: 03/30/2011)                                                                                             |
| 03/30/2011 | 4 | NOTICE by CBS Corporation *JOINDER IN NOTICE OF REMOVAL* (Lyons, Thomas) (Entered: 03/30/2011)                                                                                                              |
| 04/06/2011 | 5 | STATE COURT RECORD filed by Sikorsky Aircraft Corp. (Attachments: # 1 Answer filed by CBS Corporation, # 2 Answer filed by Taco Inc.)(Duhamel, John) (Entered: 04/07/2011)                                  |
| 04/27/2011 |   | NOTICE of Hearing: Status Conference set for 5/4/2011 02:00 PM in Senior Judge Lagueux Chambers - Room 225 before Judge Ronald R Lagueux. (Cavaco, Janice) (Entered: 04/27/2011)                             |
| 05/02/2011 | 6 | NOTICE by Sikorsky Aircraft Corp *of Tag-Along Action* (Caletri, John) (Entered: 05/02/2011)                                                                                                                |
| 05/04/2011 | 7 | NOTICE of Appearance by Danielle J. Mahoney on behalf of PIC Contractors, Inc (Mahoney, Danielle) (Entered: 05/04/2011)                                                                                     |
| 05/04/2011 |   | Minute Entry for proceedings held before Judge Ronald R Lagueux: Status Conference held on 5/4/2011. (Cavaco, Janice) (Entered: 05/04/2011)                                                                 |
| 05/17/2011 | 8 | ANSWER to Complaint by PIC Contractors, Inc.(Mahoney, Danielle) (Entered: 05/17/2011)                                                                                                                       |
| 05/24/2011 | 9 | NOTICE by Sikorsky Aircraft Corp *of Deposition of Plaintiff* (Caletri, John) (Entered: 05/24/2011)                                                                                                         |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/25/2011 09:10:27 | | | |
| **PACER Login:** | mp0366 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:11-cv-00129-L - LDA |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |