Ronald A. McIntire, Bar No. 127407
RMcIntire@perkinscoie.com
Bo W. Kim, Bar No. 217394
BKim@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721
Telephone: 310.788.9900
Facsimile:  310.843.1284

Attorneys for Defendant
THE BOEING COMPANY

# UNITED STATES DISTRICT COURT

# FOR NORTHERN DISTRICT OF CALIFORNIA

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL Case No. 875 |
| PATTI DONLON, Individually and as Successor-in-Interest to the Estate of PATRICK THEISEN DONLON, Decedent, SEAN DONLON; and DOES ONE through TEN, inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>AC AND S, INC., et al.,<br><br>Defendants. | N. D. Cal. Case No. CV 11 3376<br><br>**DEFENDANT THE BOEING COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER**<br><br>**ATTACHMENT 2 – DECLARATION OF MICHAEL LOMBARDI**<br><br>Panel Hearing Date:      September 27, 2011 |

01038-6096/LEGAL21633710.2

ATTACHMENT TO BOEING'S OPPOSITION TO
PLAINTIFFS' MOTION TO VACATE CTO

Ronald A. McIntire, Bar No. 127407
RMcIntire@perkinscoie.com
Bo W. Kim, Bar No. 217394
BKim@perkinscoie.com
**PERKINS COIE** LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendant
THE BOEING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTI DONLON, Individually and as Successor-in-Interest to the Estate of PATRICK THEISEN DONLON, Decedent, SEAN DONLON, and DOES ONE through TEN, inclusive,, <br><br> Plaintiff, <br><br> v. <br><br> AC AND S, INC. et al.,, <br><br> Defendant. | Case No. CV 11 3376-JSW |

### DECLARATION OF MICHAEL LOMBARDI

I, MICHAEL LOMBARDI, declare as follows:

1. I am over the age of 21 years and competent to testify herein. Unless otherwise stated, I have personal knowledge of the matters stated herein and would so testify if called to do so.

2. I am currently employed by The Boeing Company ("Boeing") as the Historian and Records Custodian. I have held this position for 16 years.

3. As Boeing's Historian, my job responsibilities include the oversight and maintenance of historical aircraft records that Boeing has archived. These records include

1 archived records pertaining to aircraft that were manufactured by companies, such as North
2 American Aviation, Inc. ("North American"), that had certain of their assets acquired by Boeing.

3     4.     The contracts, specifications, handbooks, parts catalogues, and drawings attached
4 hereto were created as part of the contract negotiation and aircraft manufacturing processes
5 reflected therein. They were prepared and maintained in the ordinary course of business.

6     5.     Attached hereto as Exhibits 1 through 3 are true and correct copies of certain
7 portions of U.S. Navy contracts for the SNJ aircraft:

8         • Ex. 1: Contract no. W 535 AC-12969, dated June 24, 1939;
9         • Ex. 2: Contract no. NOs-68924, dated September 28, 1939;
10        • Ex. 3: Contract no. W33-038 AC-1909.

11     6.     Attached hereto as Exhibit 4 is a true and correct copy of certain portions of the
12 Handbook of Erection and Maintenance Instructions for certain SNJ aircraft. The Handbook
13 references drawing no. 65-33001, Landing Gear Installation, and drawing no. 65-40001,
14 Installation – Power Plant.

15        • Ex. 4: Report no. NA-866, dated April 7, 1941.

16     7.     Attached hereto as Exhibit 5 is a true and correct copy of certain portions of a U.S.
17 Navy contract for the T-28 aircraft:

18        • Ex. 5: Contract no. NOa(s)-53-313-1, dated September 24, 1952.

19     8.     Attached hereto as Exhibit 6 is a true and correct copy of certain portions of the
20 Handbook Maintenance Instructions for certain T-28 aircraft

21        • Ex. 6: Manual 01-60FGB-2, dated September 15, 1955, revised June 1
22           1962.

23 Executed this 19th day of August 2011 at Bellevue, Washington.

Michael Lombardi