1

2

3   Ronald A. McIntire, Bar No. 127407
    RMcIntire@perkinscoie.com
4   Bo W. Kim, Bar No. 217394
    BKim@perkinscoie.com
5   **PERKINS COIE LLP**
    1888 Century Park East, Suite 1700
6   Los Angeles, CA  90067-1721
    Telephone: 310.788.9900
7   Facsimile:  310.843.1284

8   Attorneys for Defendant
    THE BOEING COMPANY
9

10

11                  **UNITED STATES DISTRICT COURT**

12             **FOR NORTHERN DISTRICT OF CALIFORNIA**

13             **BEFORE THE JUDICIAL PANEL ON**
                  **MULTIDISTRICT LITIGATION**
14

| | |
|---|---|
| 15  IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION<br>16 | MDL Case No. 875 |
| 17  PATTI DONLON, Individually and as<br>Successor-in-Interest to the Estate of<br>18  PATRICK THEISEN DONLON,<br>Decedent, SEAN DONLON; and DOES<br>19  ONE through TEN, inclusive,<br><br>20             Plaintiffs,<br><br>21         v.<br><br>22  AC AND S, INC., et al.,<br><br>23             Defendants.<br>24<br>25 | N. D. Cal. Case No. CV 11 3376<br><br>**DEFENDANT THE BOEING COMPANY'S**<br>**OPPOSITION TO PLAINTIFFS' MOTION**<br>**TO VACATE CONDITIONAL TRANSFER**<br>**ORDER**<br><br>**ATTACHMENT 2, PART 3 OF 4 –**<br>**DECLARATION OF MICHAEL**<br>**LOMBARDI**<br><br><br>Panel Hearing Date:        September 27, 2011 |

26

27

28

1  Ronald A. McIntire, Bar No. 127407
   RMcIntire@perkinscoie.com
2  Bo W. Kim, Bar No. 217394
   BKim@perkinscoie.com
3  **PERKINS COIE LLP**
   1888 Century Park East, Suite 1700
4  Los Angeles, CA 90067-1721
   Telephone: 310.788.9900
5  Facsimile: 310.788.3399

6  Attorneys for Defendant
   THE BOEING COMPANY
7

8              **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | PATTI DONLON, Individually and          | Case No. CV 11 3376
   | as Successor-in-Interest to the Estate
12 | of PATRICK THEISEN DONLON,              | **DEFENDANT THE BOEING
   | Decedent, SEAN DONLON; and             | COMPANY'S EXHIBITS TO
13 | DOES ONE through TEN, inclusive,       | DECLARATION OF
   |                                        | MICHAEL LOMBARDI IN
14 |                 Plaintiffs,            | SUPPORT OF DEFENDANT THE
   |                                        | BOEING COMPANY'S
15 |         v.                             | OPPOSITION TO PLAINTIFFS'
   |                                        | MOTION TO REMAND;
16 | AC AND S, INC., et al.,                | EXHIBIT 6, PART 1
17 |                 Defendants.

18
                                             Date:    October 7, 2011
19                                           Time:    9:00 a.m.
                                             Judge:   Honorable Jeffrey S. White
20

21

22

23

24

25

26

27

28

---

# EXHIBIT 6

EXHIBIT 6 - PAGE 166

Case MDL No. 875 Document 7776-5-9 Filed 08/30/11 Page 4 of 61



**REVISION**
NOTICE

THESE ARE SUPERSEDING OR SUPPLEMEN-
TARY PAGES TO SAME PUBLICATION OF
PREVIOUS DATE
Insert these pages into basic publication
Destroy superseded pages

NAVWEPS 01-60FGB-2

# Handbook

## Maintenance Instructions

*NAVY MODELS*

## T-28B · T-28C

## AIRCRAFT

PUBLISHED BY DIRECTION OF
THE CHIEF OF THE BUREAU OF NAVAL WEAPONS

*15 September 1955*

EXHIBIT 6 PAGE 167
Revised 1 July 1962

NAVWEPS 01-60FGB-2

Reproduction for non-military use of the information or illustrations contained in this publication is not permitted without specific approval of the issuing service (BuWeps or AMC). The policy for use of Classified Publications is established for the Air Force in AFR 205-1 and for the Navy in Navy Regulations, Article 1509.

─── **LIST OF REVISED PAGES ISSUED** ───

**INSERT LATEST REVISED PAGES. DESTROY SUPERSEDED PAGES.**

NOTE: The portion of the text affected by the current revision is indicated by a vertical line in the outer margins of the page.

| *Page No.* | *Date of Latest Revision* |
|---|---|
| ✳i | 1 June 1962 |
| ✳ii | 1 June 1962 |
| ✳Section I | 1 June 1962 |
| ✳Section II | 1 June 1962 |
| ✳Section III | 1 June 1962 |
| Section IV | 30 January 1958 |
| ✳Section V | 1 June 1962 |
| ✳Section VI | 1 June 1962 |
| ✳Section VII | 1 June 1962 |
| ✳Section VIII | 1 June 1962 |
| ✳Section IX | 1 June 1962 |
| ✳Section X | 1 June 1962 |

✳The asterisk indicates pages revised, added, or deleted by the current revision.

**ADDITIONAL COPIES OF THIS PUBLICATION MAY BE OBTAINED AS FOLLOWS:**      BuWeps

USAF ACTIVITIES.— In accordance with Technical Order No. 00-5-2.

NAVY ACTIVITIES.— Use Publications and Forms Order Blank (NAVAER 140) and submit in accordance with instructions listed theron.

For listing of available material and details of distribution see Naval Aeronautic Publications Index (NAVWEPS 00-500).

A

Revised 1 June 1962

EXHIBIT 6 - PAGE 168

Case MDL No. 875 Document 7276-5 Filed 08/30/11 Page 6 of 61
Case MDL No. 875 JSW Document 64-9 Filed 08/03/11 Page 5 of 30
NAVWEPS 01-60FGB-2

CONTENTS

# TABLE OF CONTENTS

| Section | Page |
|---|---|
| I GENERAL INFORMATION ........................1-1 | |
| 1-1. General Description .......................1-1 | |
| 1-7. Principal Dimensions .....................1-6 | |
| 1-11. Access and Inspection Provisions......1-6A | |
| 1-13. Ground Handling ...........................1-10 | |
| 1-32. Servicing ...................................1-22A | |
| 1-67. Lubrication Requirements .............1-35 | |
| 1-69. Cleaning Airplanes ......................1-47 | |
| 1-84. Touch-up Painting of Exterior Surfaces ...................................1-50 | |
| 1-102. Special Tools and Equipment.........1-54A | |
| 1-104. Consumable Materials ..................1-59 | |
| II AIRFRAME GROUP ...........................2-1 | |
| 2-1. Fuselage ....................................2-1 | |
| 2-21. Miscellaneous Equipment ..............2-9 | |
| 2-33. Wing .........................................2-12 | |
| 2-53. Wing Flap System ........................2-15 | |
| 2-74. Empennage .................................2-23 | |
| 2-96. Flight Control Systems .................2-26 | |
| III HYDRAULIC SYSTEMS ......................3-1 | |
| 3-1. General Description .......................3-1 | |
| 3-19. Hydraulic Power System.................3-7 | |
| 3-49. Landing Gear System ....................3-14 | |
| 3-116. Wheel Brake System....................3-34 | |
| 3-143. Speed Brake System.....................3-41 | |
| 3-165. Arresting Gear System — T-28C Airplanes ...........................3-45 | |
| 3-189. Canopy System ...........................3-53 | |
| IV UTILITY SYSTEMS ...........................4-1 | |
| 4-1. Cockpit Air Conditioning, and Windshield and Canopy Defrosting Systems ...................4-1 | |
| 4-61. Anti-G Suit System.........................4-12B | |
| 4-74. Oxygen System.............................4-13 | |
| V POWER PLANT AND RELATED SYSTEMS .........................5-1 | |
| 5-1. Engine ......................................5-1 | |
| 5-24. Engine Control System..................5-22 | |
| 5-47. Engine Mount ..............................5-30 | |
| 5-57. Engine Cowling and Cowl Flap System .......................5-33 | |
| 5-69. Engine Fuel System.......................5-40 | |
| 5-84. Engine Oil System.........................5-46 | |
| 5-122. Engine Starter System..................5-54 | |
| 5-131. Engine Ignition System.................5-57 | |
| 5-144. Propeller ...................................5-59 | |
| 5-163. Fuel System ...............................5-64 | |
| VI INSTRUMENTS AND RELATED SYSTEMS .........................6-1 | |
| 6-1. General Description .......................6-1 | |

| Section | Page |
|---|---|
| 6-27. Flight Instruments ........................6-10 | |
| 6-60. Pitot-Static System........................6-15 | |
| 6-77A. Stall Warning System.......................6-20 | |
| 6-78. Navigation Instruments...................6-20D | |
| 6-133. Engine Instruments and Related Systems ....................6-27 | |
| 6-182. Position Indicators and Transmitter.6-34 | |
| 6-198. Miscellaneous Instruments ...........6-36 | |
| 6-254. Fuel Quantity Indicating System....6-40 | |
| VII ARMAMENT AND RELATED SYSTEMS....7-1 | |
| 7-1. General Description .......................7-1 | |
| 7-3. Armament Control Equipment...........7-1 | |
| 7-22. Gunnery System ...........................7-9 | |
| 7-46. Bomb Release System .....................7-18 | |
| 7-58. Rocket System .............................7-24 | |
| 7-69. Tracking Equipment ......................7-29 | |
| 7-101. Gun Camera System ......................7-48 | |
| 7-121. Gun Camera Mount and Adapter....7-53 | |
| 7-128. Gun Camera Control System............7-55 | |
| 7-136. Tow-Target Equipment ..................7-57 | |
| 7-160. Armament Loading .......................7-73 | |
| 7-173. Armament Harmonization ...............7-78 | |
| 7-183. T-28C Airplanes Having 252-86501-11 Armament Package Installed .............7-79 | |
| VIII ELECTRONIC SYSTEMS ......................8-1 | |
| 8-1. Communication Systems ...................8-1 | |
| 8-22. Navigation Systems ......................8-12 | |
| 8-86. Antenna Systems ..........................8-41 | |
| IX ELECTRICAL SYSTEMS .......................9-1 | |
| 9-1. Electrical Components ...................9-6 | |
| 9-32. D-C Power Supply System................9-13 | |
| 9-73. D-C Power Distribution System.........9-29 | |
| 9-92. A-C Power Supply System—T-28B Airplanes, T-28Ca Through T-28Ce Airplanes and T-28Cf Airplanes 140559 Through 140583 Not Having Service Change No. 36 Complied With .................................9-36 | |
| 9-112A. A-C Power Supply System—T-28Cf Airplanes 140584 Through 140608 and Subsequent and T-28B and T-28C Airplanes Having Service Change No. 36 Complied With.........9-39 | |
| 9-113. A-C Power Distributing System.......9-40B | |
| 9-117. Exterior Lighting System..................9-42A | |
| 9-145. Interior Lighting System...................9-48 | |
| 9-173. Cockpit Transfer Control System....9-52A | |
| X WIRING DATA .............................10-1 | |
| 10-1. Wiring Data .............................10-1 | |
| 10-11. Wiring Identification ...................10-1 | |
| 10-13. Wiring Diagram Index...................10-2A | |
| ALPHABETICAL INDEX .......................Index 1 | |

Case MDL No 875 Document 7776-5-9 Filed 08/30/11 Page 7 of 61
Case 3:11-cv-03376-JSW Document 64-9 Filed 08/09/11 Page 6 of 30

# Introduction

    This handbook contains instructions for the accomplishment of organizational service and maintenance on the T-28B and T-28C airframe, R-1820-86 engine, and associated accessory equipment. Supplementary information on maintenance, service, operation, repair, inspection, and parts listing may be found in the following publications:

| | |
|---|---|
| NAVWEPS 01-60FGB-1 | T-28B Flight Handbook |
| NAVWEPS 01-60FGC-501 | T-28C Flight Handbook |
| NAVAER 01-60FG-503 | T-28B and T-28C Handbook of Structural Repair |
| NAVWEPS 01-60FGB-4 | T-28B and T-28C Illustrated Parts Breakdown |
| NAVWEPS 01-60FGB-6 | T-28B and T-28C Daily and Preflight Inspection Requirements |
| NAVWEPS 01-60FGB-7 | T-28B and T-28C Intermediate and Major Inspection Requirements |
| NAVWEPS 02A-35GH-502 | Handbook of Service Instructions for R-1820-76A, R-1820-76B, R-1820-86, R-1820-86A Engines |
| AN 05-15-106 | Handbook of Operation and Service Instructions for Type S-2 Slaved Gyro Magnetic Compass System |
| NAVWEPS 16-30ARN6-3 | Handbook of Maintenance Instructions for Radio Compass AN/ARN-6 Airborne Radio Navigational Instrument |

Section I of this handbook contains general descriptive and dimensional data, instructions for ground handling and servicing, lubrication information, and a list of special airframe tools and equipment.

Sections II through IX include explicit information relative to description, trouble shooting, installation and removal, adjustment, and testing of each system and/or component. Information on hydraulically or electrically operated equipment is included in the paragraphs covering the individual system affected. For example, all descriptive mechanical, hydraulic, or electrical information relative to the operation of the landing gear or wing flaps is included in the paragraphs covering these systems.

Section X contains detailed electrical and electronic circuit diagrams for each individual circuit. These diagrams are laid out in "straight line" style and contain part numbers for each component as well as station location of major components. Also included in the section is an alphabetical index of these wiring diagrams, relay location, terminal strip location, and circuit breaker location diagrams.

Following is a list of the major components and systems of the airplane and the sections in which they are described:

| | |
|---|---|
| Section I | General Information |
| Section II | Airframe Group |
| Section III | Hydraulic Systems |
| Section IV | Utility Systems |
| Section V | Power Plant and Related Systems |
| Section VI | Instruments and Related Systems |
| Section VII | Armament and Related Systems |
| Section VIII | Electronic Systems |
| Section IX | Electrical Systems |
| Section X | Wiring Data |

A general table of contents, listing main paragraph headings, will be found on page i. The complete alphabetical index at the end of the handbook lists the page numbers of all subjects and illustrations.

Each section of the handbook is complete in itself, with title and revision pages and a detailed table of contents, listing the main and secondary paragraph headings of the section. The purpose of this type of preparation is to permit distribution of individual sections of the handbook to the specialist concerned.

Changes are made in the airplane from time to time; therefore, it is necessary to revise this handbook frequently to incorporate the latest maintenance instructions. Consult the Naval Aeronautic Publications Index to be sure you have the latest issue of the Handbook of Maintenance Instructions.

EXHIBIT 6 - PAGE 171                                    iii

Section I                                    AN 01-60FGB-2



*Figure 1-1. T-28B Airplane*

**EXHIBIT 6 - PAGE 172**

AN 01-60FGB-2                                                    Section I



*Figure 1-2. T-28C Airplane*

EXHIBIT 6 - PAGE 173

AN 01-60FGB-2



| | | |
|---|---|---|
| 1 PITOT TUBE | 9 RADIO EQUIPMENT | 17 INSTRUMENT PANELS |
| 2 ENGINE (R-1820-86) | 10 BATTERY | 18 750 VA INVERTER |
| 3 OIL TANK | 11 CANOPY EMERGENCY AIR BOTTLE | 19 HYDRAULIC RESERVOIR |
| 4 CANOPY | 12 EXTERNAL POWER | 20 HEATER |
| 5 SEATS | 13 ARN-12 RECEIVER | 21 WINDSHIELD |
| 6 LOOP ANTENNA | 14 FUEL TANKS | 22 HAMILTON STANDARD |
| 7 OXYGEN CYLINDERS | 15 BAGGAGE COMPARTMENT |    10 FOOT 1 INCH PROPELLER |
| 8 ARRESTING HOOK T-28C | 16 SPEED BRAKE | 22A HAMILTON STANDARD |
| | |    9 FOOT 4 INCH PROPELLER |

T-28BC-2-00-2

*Figure 1-3. General Arrangement*

vi

EXHIBIT 6 - PAGE 174

Case MDL No. 875 Document 7776-5 Filed 08/30/11 Page 12 of 61

# REVISION
### NOTICE

THESE ARE SUPERSEDING OR SUPPLEMEN-
TARY PAGES TO SAME PUBLICATION OF
PREVIOUS DATE
Insert these pages into basic publication
Destroy superseded pages

NAVWEPS 01-60FGB-2

Handbook

Maintenance Instructions

*NAVY MODELS*

T-28B • T-28C

AIRCRAFT

# SECTION III
# HYDRAULIC SYSTEMS

PUBLISHED BY DIRECTION OF
THE CHIEF OF THE BUREAU OF NAVAL WEAPONS

*15 September 1955*
*Revised 1 June 1962*

EXHIBIT 6 PAGE 175

Reproduction for non-military use of the information or illustrations contained in this publication is not permitted without specific approval of the issuing service (BuWeps or AMC). The policy for use of Classified Publications is established for the Air Force in AFR 205-1 and for the Navy in Navy Regulations, Article 1509.

--- **LIST OF REVISED PAGES ISSUED** ---

**INSERT LATEST REVISED PAGES. DESTROY SUPERSEDED PAGES.**

NOTE: The portion of the text affected by the current revision is indicated by a vertical line in the outer margins of the page.

| Page No. | Date of Latest Revision | Page No. | Date of Latest Revision |
|---|---|---|---|
| 3-1 | 1 October 1959 | *3-61 | 1 June 1962 |
| 3-2 | 15 May 1957 | | |
| 3-3 | 15 August 1956 | | |
| 3-4 | 30 January 1958 | | |
| 3-6 | 15 January 1956 | | |
| 3-7 | 15 August 1956 | | |
| 3-9 | 15 November 1957 | | |
| *3-11 | 1 June 1962 | | |
| 3-13 | 15 January 1956 | | |
| 3-14 | 15 August 1957 | | |
| 3-15 | 15 November 1956 | | |
| 3-19 | 1 October 1959 | | |
| 3-20 | 30 January 1958 | | |
| 3-20A | 15 November 1956 | | |
| 3-20B | 15 November 1956 | | |
| 3-21 | 1 October 1959 | | |
| 3-22 | 30 January 1958 | | |
| 3-22A | 1 October 1959 | | |
| 3-22B | 15 January 1956 | | |
| 3-23 | 15 November 1957 | | |
| 3-24 | 1 October 1959 | | |
| 3-24A | 1 October 1959 | | |
| 3-24B | 15 August 1957 | | |
| 3-25 | 15 January 1956 | | |
| 3-26 | 1 October 1959 | | |
| 3-27 | 1 October 1959 | | |
| 3-28 | 15 May 1956 | | |
| 3-29 | 15 November 1956 | | |
| 3-30 | 15 May 1956 | | |
| 3-30A | 15 May 1956 | | |
| 3-30B | 15 May 1956 | | |
| 3-31 | 15 November 1957 | | |
| 3-32 | 30 January 1958 | | |
| 3-33 | 15 November 1957 | | |
| 3-34 | 15 November 1956 | | |
| 3-35 | 15 January 1956 | | |
| 3-37 | 30 January 1958 | | |
| 3-38 | 15 November 1957 | | |
| 3-39 | 15 November 1956 | | |
| 3-40 | 1 October 1959 | | |
| 3-41 | 30 January 1958 | | |
| 3-42 | 30 January 1958 | | |
| 3-43 | 30 January 1958 | | |
| 3-45 | 30 January 1958 | | |
| 3-46 | 30 January 1958 | | |
| 3-49 | 15 May 1956 | | |
| 3-50 | 15 November 1956 | | |
| 3-51 | 15 November 1956 | | |
| *3-53 | 1 June 1962 | | |
| *3-54 | 1 June 1962 | | |
| 3-54A | 15 February 1957 | | |
| 3-54B | 15 November 1956 | | |
| *3-55 | 1 June 1962 | | |
| 3-56 | 15 May 1957 | | |
| *3-57 | 1 June 1962 | | |
| 3-59 | 15 May 1956 | | |
| 3-60 | 15 November 1957 | | |

*The asterisk indicates pages revised, added, or deleted by the current revision

**ADDITIONAL COPIES OF THIS PUBLICATION MAY BE OBTAINED AS FOLLOWS:**                    BuWeps

USAF ACTIVITIES.—In accordance with Technical Order No. 00-5-2.
NAVY ACTIVITIES.—Use Publications and Forms Order Blank (NAVAER 140) and submit in accordance with instructions listed thereon.
For listing of available material and details of distribution see Naval Aeronautic Publications Index (NAVWEPS 00-500).

Case: MDL No. 875 Document 7776-5 Filed 08/30/11 Page 143 of 630
Case 2:12-cv-08375-JSW Document 54-9 Filed 08/9/11 Page 13 of 30

AN 01-60FGB-2

Section III
Paragraphs 3-1 to 3-2

# Section III

## HYDRAULIC SYSTEMS

**TABLE OF CONTENTS.**                                          PAGE

GENERAL DESCRIPTION.................................................3-1
Hydraulic Fluid.................................................................3-3
Handling and Storing Hydraulic Unit.....................3-3
Installing Hydraulic Tubing Assemblies...................3-3
Installing Flexible Hoses..........................................3-3
Hydraulic Quick-disconnect Couplings..................3-4
Hydraulic Packings, and Leather
    Back-up Rings.................................................3-4
HYDRAULIC POWER SYSTEM.............................3-7
Function of Hydraulic Power System........................3-9
Operational Check of Hydraulic Power System.......3-9
Trouble Shooting Hydraulic Power System.............3-9
Hydraulic Power Electrical Control System.............3-9
Hydraulic Power System Fluid Reservoir.................3-9
Hydraulic Power System Variable-displacement,
    Engine-driven Pump......................................3-12
Hydraulic Power System Solenoid-operated
    By-pass Valve.................................................3-13
Hydraulic Power System Hand Pump......................3-13
Hydraulic Power System Pressure Relief Valve........3-13
Ground Test Connections.......................................3-14
Hydraulic Power System Pressure Gage..................3-14
LANDING GEAR SYSTEM...................................3-14
Function of Landing Gear System—
    Retracting Cycle...........................................3-14
Function of Landing Gear System—
    Extending Cycle............................................3-14
Trouble Shooting Landing Gear System..................3-14
Checking Landing Gear System..............................3-15
Landing Gear Selector Valve...................................3-19
Landing Gear Control and Lock Linkage System......3-19
Landing Gear Control Safety Solenoid....................3-19
Landing Gear Ground Safety Switch.......................3-19
Landing Gear Position Indicating and
    Warning System—All T-28B Airplanes, T-28Ca
    Through T-28Cg Airplanes and T-28Ch
    Airplanes 146238 Through 146265 and Air-
    planes Not Having Service Change No. 63
    Complied With...............................................3-19
Landing Gear Position Indicating and Warning
    System—T-28Ch Airplanes 146266
    and Subsequent and Airplanes Having
    Service Change No. 63 Complied With..........3-22A
Main Landing Gear Assemblies...............................3-22A
Main Landing Gear Wheels.....................................3-25
Nose Landing Gear Assembly.................................3-28

                                                              PAGE
Nose Landing Gear Wheel Doors and
    Fairing Assemblies........................................3-30
Nose Landing Gear Shimmy Damper.......................3-30
Nose Landing Gear Wheel.......................................3-30
WHEEL BRAKE SYSTEM.....................................3-34
Function of Wheel Brake System............................3-34
Trouble Shooting of Wheel Brake System................3-37
Operational Check of Wheel Brake System.............3-37
Bleeding Forward Cockpit Wheel Brake System......3-38
Bleeding Aft Cockpit Wheel Brake System.............3-38
Master Brake Cylinders...........................................3-38
Wheel Brake Transfer Valves..................................3-38
Parking Brakes.......................................................3-38
Wheel Brake Assemblies.........................................3-39
SPEED BRAKE SYSTEM.......................................3-41
Function of Speed Brake System.............................3-41
Trouble Shooting Speed Brake System....................3-41
Speed Brake Control Switches................................3-42
Speed Brake Control Valve.....................................3-42
Speed Brake Actuating Cylinder.............................3-42
Speed Brake Position Switches...............................3-43
Removing Speed Brake Panel..................................3-43
Installing and Adjusting Speed Brake Panel...........3-45
ARRESTING GEAR SYSTEM—
    T-28C AIRPLANES......................................3-45
Function of Arresting Gear System—
    Extending Cycle............................................3-45
Function of Arresting Gear System—
    Retracting Cycle...........................................3-45
Trouble Shooting Arresting Gear System................3-45
Adjusting Arresting Gear Control System...............3-46
Removing Arresting Gear Hook..............................3-46
Installing and Adjusting Arresting Gear Hook.........3-46
Operational Check of Arresting Gear System..........3-46
Arresting Gear Switches..........................................3-46
Arresting Gear Hydraulic Retracting Control Valve.3-53
Arresting Gear Hydraulic Hook Retracting and
    Snubber Cylinder..........................................3-53
Arresting Gear Hydraulic Cam Actuating Cylinder..3-53
CANOPY SYSTEM.................................................3-53
Function of Canopy System....................................3-53
Trouble Shooting Canopy System...........................3-54
Checking Canopy System.......................................3-56
Hydraulically Operated Canopy System.................3-56
Canopy Manual System..........................................3-56
Canopy Emergency Air Pressure Opening System....3-57
Canopy ...................................................................3-57

## 3-1. GENERAL DESCRIPTION.

3-2. The hydraulic system on T-28B and T-28C air-
planes is identical, except provisions for an arresting
gear system have been incorporated on T-28C airplanes.

The hydraulic system is a closed center-type system.
It includes a hydraulic power system, a landing
gear system, a wing flap system, a canopy system, a
speed brake system, a wheel brake system and an arrest-
ing gear system. (See figure 3-1.) The hydraulic power

AN 01-60FGB-2

Revised 15 May 1957



Figure 3-1. Hydraulic System Schematic

EXHIBIT 6 - PAGE 178

3-2

system contains the units necessary to deliver hydraulic fluid under pressure to the subsystems. The landing gear system is manually controlled through a selector valve and provides a means to extend and retract the landing gears by actuating cylinders. On T-28C airplanes, the arresting gear system is manually controlled through a selector valve and provides a means for extending, retracting and absorbing shock of the arresting gear hook through a snubber and cylinder assembly. The wing flap system is controlled by a manually operated selector valve and a follow-up mechanism which allows the flaps to remain in any desired position between the full up and full down positions. The wing flaps are actuated by one centrally located actuating cylinder. The canopy system provides a means for opening and closing the canopy through a system of cables and an actuating cylinder. The canopy system is controlled through a manually operated control valve and a solenoid-operated shutoff valve. The speed brake is controlled electrically through a solenoid-operated selector valve and is actuated hydraulically by two actuating cylinders. The wheel brake system receives no pressure from the hydraulic power system; it receives only its fluid supply from the hydraulic power system's reservoir. Manual actuation of the master brake cylinders builds up pressure to actuate the brake assemblies at the wheels. All of these subsystems can be controlled from either cockpit.

3-3. HYDRAULIC FLUID.

3-4. The hydraulic fluid used in this system conforms to Specification MIL-O-5606. When servicing the hydraulic system with fluid, make sure that only clean fluid is used. Never use fluid that has remained in an open container, unless the fluid is filtered through a 10-micron filter before using. If impurities are allowed to enter the fluid, the seals will be damaged and small ports will be clogged and cause malfunction of the system.

3-5. HANDLING AND STORING
    HYDRAULIC UNIT.

3-6. Hydraulic units are designed to operate with close tolerance in all moving parts. Small particles of dirt or pieces of lint from cloths will cause units to stick and render the system inoperative. When hydraulic lines or units are removed, use clean caps and plugs to close opening.

**Note**

Do not use cloths to plug lines or ports. When a hydraulic unit is removed from the airplane for any length of time the unit should be flushed with preservative oil (Specification MIL-O-6083A) and drip drained before caps and plugs are installed.

3-7. INSTALLING HYDRAULIC
    TUBING ASSEMBLIES.

3-8. To install hydraulic tubing assemblies, proceed as follows:

**Note**

Prior to installation the following precautions should be observed:

● Make sure tubing has correct identification markings.

● Inspect tube flares for cracks and burrs.

● Inspect sleeves for cracks. Blow all dirt from inside of tubing with clean dry air.

a. Lubricate first two male threads of fittings with petrolatum (Federal Specification VV-P-236). Do not allow lubricant to coat inside of tubing.

b. Place tubing in position. Be careful not to scratch or distort outer surface and make sure that tube flare meets the fitting squarely.

**CAUTION**

Do not use nut to draw tube to fitting as flare might be spun off or damaged.

c. Using fingers, start nuts on fittings and turn until flares and sleeves are firmly seated.

d. Use torque wrench and tighten nuts to minimum torque value. (See figure 3-2.)

e. Check fittings for leaks. If fittings leak, tighten nuts to maximum torque value. (See figure 3-2.) If leak does not stop, install new fittings or new tubing.

3-9. INSTALLING FLEXIBLE HOSES.

3-10. To install flexible hoses, proceed as follows:

a. Before installing, lubricate male threads of fitting with petrolatum (Federal Specification VV-P-236).

b. Using fingers, start "B" nut on fitting and turn until nut is finger-tight.

**Note**

Never use wrench until "B" nut is finger-tight.

c. Use torque wrench to tighten nut to specified torque. (See figure 3-2.) At same time hold the hexagon body of fitting to prevent fitting from turning.

d. Make sure hose is not twisted and tighten "B" nut on other end in the same manner.

**CAUTION**

Flexible hoses are provided with a lengthwise marking that must be kept straight after installation. Pressure tends to straighten hose and if hose is twisted the pressure tends to shear off hose ends or to loosen fittings.

e. Make sure hose is clear of adjacent parts to prevent chafing during operation.

f. When clamps are used make sure hose is not pulled, twisted or forced to bend at a sharp radius.

EXHIBIT 6 - PAGE 179

AN 01-60FGB-2

| TUBING OD INCHES | 5052-0 ALUMINUM ALLOY TUBING | | FLEX. HOSE ASSEMBLY & 6061-T6 ALUMINUM ALLOY TUBING | | MIL-T-6845 STAINLESS STEEL TUBING | |
|---|---|---|---|---|---|---|
| | IN. LB MIN | IN. LB MAX | IN. LB MIN | IN. LB MAX | IN. LB MIN | IN. LB MAX |
| 1/8 | 20 | 25 | | | | |
| 3/16 | 25 | 35 | 30 | 70 | 90 | 140 |
| 1/4 | 40 | 65 | 70 | 120 | 135 | 185 |
| 5/16 | 60 | 80 | 70 | 120 | 180 | 230 |
| 3/8 | 75 | 125 | 130 | 180 | 270 | 345 |
| 1/2 | 150 | 250 | 300 | 400 | 450 | 525 |
| 5/8 | 200 | 350 | 430 | 550 | 650 | 750 |
| 3/4 | 300 | 500 | 650 | 800 | 900 | 1100 |
| 1 | 500 | 700 | 900 | 1100 | 1200 | 1400 |
| 1-1/4 | 600 | 900 | 1200 | 1450 | 1500 | 1800 |
| 1-1/2 | 600 | 900 | 1550 | 1850 | 2000 | 2300 |
| 1-3/4 | 700 | 1000 | 2000 | 2350 | 2600 | 2900 |
| 2 | 800 | 1100 | 2500 | 2900 | 3200 | 3600 |

T-28BC-2-58-7A

**Figure 3-2. Torque Values for AN Tubing and Flexible Hose Assemblies**

g. Never stretch hose between fittings. Slack equal to at least 5 percent of hose length must be allowed for operation and shrinkage.

3-11. HYDRAULIC QUICK-DISCONNECT COUPLINGS.

3-12. Hydraulic quick-disconnect couplings of the self-sealing type (Aeroquip series) are used where frequent uncoupling of hydraulic lines is required. Each unit coupling consists of two self-sealing halves which make possible the separation and reconnection of lines without loss of fluid or introduction of air into the system. Disconnecting or connecting the halves of a coupling can be performed in a few seconds by hand. When connected, these couplings are held in place by a union nut and lockspring. The union nut has a quick-lead thread which allows for separation or connection of the coupling by one complete turn of the nut. The only function of the nut is to hold the halves together. One-half the unit is normally installed through a bulkhead with a bulkhead fitting; however, it also has a flange plate for other mountings.

3-13. CONNECTING AND TIGHTENING HYDRAULIC QUICK-DISCONNECT COUPLINGS. The two halves of the coupling may be connected by placing the head of the tubular valve within the protruding nose of the mating half and rotating the nut in the clockwise direction. The union nut must then be tightened until its teeth fully engage the lockspring assembly and the nut is fully rotated. A properly tightened coupling will have compressed the lock ring assembly until a 1/16-inch minimum gap exists between the inside lip of the spring

retainer fingers and spring plate. When completely tightened, the outside nut may be easily moved with thumb and forefinger. (See figure 3-3.)

**Note**

Do not use a wrench to couple or uncouple hydraulic quick-disconnect fittings that incorporate an unmodified union nut. Modified union nuts are identified with a letter "C" preceding the part number of the nut. On these union nuts, a wrench may be used to assist in tightening the coupling.

3-14. HYDRAULIC PACKINGS AND LEATHER BACK-UP RINGS.

3-15. Hydraulic packings and leather back-up rings are installed throughout the airplane's hydraulic system to minimize internal and external leakage of hydraulic fluid thereby preventing loss of system pressure. The packings used in this system are the "O" ring type. Hydraulic packings are used as internal pressure seals on sliding or moving assemblies within a hydraulic unit as well as static pressure seals between nonpositioning and universal fittings and bosses. Frequently on installations where packings are used on universal fittings, back-up rings are installed to prevent the packings from being damaged. Hydraulic packings are manufactured from synthetic rubber and are identified so by a blue dot on their outer surface. The blue dot also means the seals are suitable for use in a hydraulic system using a hydraulic fluid with a mineral base. (See figure 3-4.)

Revised 30 January 1958
EXHIBIT 6 - PAGE 180

Case: MDL No. 875 Document 7776-5 Filed 08/30/11 Page 18 of 61
Case: MDL No. 875 Document 7776-5 Filed 08/30/11 Page 18 of 61





*Figure 3-3. Hydraulic Quick-disconnect Couplings*

T-288C-2-58-9



**Figure 3-4. Hydraulic Packings and Leather Back-up Rings**

EXHIBIT 6 PAGE 182

Case: MDL No. 375 Document 7776-5 Filed 08/30/11 Page 20 of 61
Case: MDL-cv-08375-JSW Document64-9 Filed 08/19/11 Page 19 of 30

3-16. HANDLING OF HYDRAULIC PACKINGS AND BACK-UP RINGS. The successful operation of a hydraulic system and the units within depends greatly upon methods and procedures used in handling and installing hydraulic packings and back-up rings. These seals are comparatively soft and should not be subject to any nicks, scratches or dents. They should be kept free of dirt and foreign matter and should not be exposed to extreme weather conditions. When hydraulic packings and back-up rings are chosen for installation they should not be picked up with sharp instruments and the preservative should not be removed from the seals until ready for installation.

3-17. INSTALLING HYDRAULIC PACKINGS. The following procedure contains general rules to be observed when installing "O" ring type hydraulic packings:

a. Prepare a clean working area and disassemble hydraulic unit as far as necessary to replace the defective packing.

b. Remove the defective packing. Be careful not to scratch or dent the contacting surface of unit.

c. Check parts catalog of vendor to determine the correct size of new packing.

d. Examine new packing for correct size, type of material and any defects such as nicks, dents, cuts, etc.

e. Immerse the new packing in same type hydraulic fluid as used in the hydraulic system.

f. Install new packing. Be careful not to stretch or twist packing more than necessary.

```
┌─────────────────┐
│    CAUTION      │
└─────────────────┘
```

Never use sharp tools when removing or installing hydraulic packings.

g. After packing is installed gently roll the packing with the fingers to remove any twist that might have occurred during installation.

**Note**

If assembly on which packing is installed has to be inserted through a rough or threaded section of the unit, extreme care should be used to prevent packing from being damaged.

3-18. INSTALLING HYDRAULIC PACKINGS WITH LEATHER BACK-UP RINGS. The following procedure should be used when installing "O" ring type hydraulic packings with leather back-up rings on universal fittings.

a. Remove universal fitting from boss.

b. Remove defective packing and back-up ring.

c. Refer to Illustrated Parts Catalog to determine correct size of new hydraulic packing and back-up ring.

d. Soak new back-up ring in clean hydraulic fluid until it is pliable enough for good installation.

e. Immerse new packing in same type hydraulic fluid as used in the hydraulic system.

f. Examine fitting groove for roughness that might damage the seals.

g. Position jam nut well above the fitting groove and coat the male threads of fitting sparingly with lubricating grease (Specification MIL-L-6032).

h. Install the back-up ring in fitting groove with smooth side away from jam nut and work back-up ring into the counterbore of jam nut.

**Note**

Care must be used not to stretch back-up ring out of shape.

i. Install packing in the fitting groove against back-up ring.

**Note**

Care must be used not to damage packing when installing over threaded section of fitting.

j. Turn jam nut down until packing is pushed firmly against threaded section of fitting.

k. Install fitting into boss and turn until the packing has contacted the boss.

l. Hold jam nut from turning and turn fitting 1½ additional turns.

m. Position fitting by turning in not more than one turn.

n. Hold fitting in desired position and turn nut down tight against the boss.

**Note**

Slight extrusion of back-up ring is not detrimental.

3-19. **HYDRAULIC POWER SYSTEM.**

3-20. The hydraulic power system on the T-28B and T-28C airplanes is identical, except on T-28C airplanes provisions for the arresting gear system have been incorporated. The hydraulic power system consists of the units necessary to supply hydraulic fluid under pressure to the following subsystems: landing gear system, arresting gear system (T-28C airplanes), wing flap system, canopy system and speed brake system. (See figure 3-6.) The wheel brake system receives only its fluid supply from the hydraulic power system reservoir. The hydraulic power system has a depressurized in-flight feature controlled by a solenoid-operated by-pass valve that is operated by the position switches of the subsystems. A reservoir, with the capacity of 2.3-gallons, stores and supplies fluid for the hydraulic power system. A variable-displacement, integrally controlled, engine-driven pump supplies the hydraulic power system with a maximum of 1500 psi. A relief valve set to crack at 1700 (+50/−0) psi protects the hydraulic system from excessive pressure in the event the integral control in the engine-driven pump fails. A double-action, positive-displacement hand pump in the forward cockpit can be

EXHIBIT 6 - PAGE 183

Case: MDL No. 375 Document 7776-5 Filed 08/30/11 Page 21 of 61
Case: MDL No. 375 JSW Document 64-9 Filed 08/19/11 Page 20 of 30



*Figure 3-5. Hydraulic Power System*

EXHIBIT 6 - PAGE 184

Case: MDL No. 375 Document: 7776-9 Filed: 08/30/11 Page: 22 of 61
Case: MDL No. 375 JSW Document 64-9 Filed 08/19/11 Page 21 of 30

AN 01-60FGB-2

Section III
Paragraphs 3-21 to 3-29

used to provide the hydraulic system with pressure when the engine-driven pump is not operating. Ground test connections are provided to operate the hydraulic system from an external power source. A direct reading pressure gage is mounted on the left console in each cockpit to indicate system pressure.

## 3-21. FUNCTION OF HYDRAULIC POWER SYSTEM.

3-22. When the engine is operating, gravity flow from the reservoir supplies the engine-driven pump with fluid. The engine-driven pump, in turn, supplies fluid under pressure through the relief valve to the subsystems. The pressure required to perform each selected operation will govern the pump's output. When the subsystems have completed their operation and all position switches are closed, system pressure will be exhausted back to the reservoir through the solenoid-operated by-pass valve and the system will be depressurized. The hydraulic fluid is filtered before entering the reservoir through the return line.

## 3-23. OPERATIONAL CHECK OF HYDRAULIC POWER SYSTEM.

3-24. To check operation of hydraulic power system, proceed as follows:

a. Start engine. (Refer to paragraph 5-16.)

b. With no hydraulic services in operation pressure gages should read 1500 (±50) psi within 3 minutes after engine is started.

c. Set engine to operate smoothly at a low rpm.

d. Operate flaps or canopy and at the termination of each half cycle of operation pressure gage reading should be 1500 (±50) psi within 30 seconds.

e. If trapped surge pressure remains above 1550 psi for a period of more than 30 seconds, check the engine-driven pumps integral control by moving the flap selector slowly from the full up position until the flaps start to move down, and then slowly return the flap selector to full up. This should allow a slight bleed off of trapped pressure and the gage should return to 1500 (±50) psi.

## 3-25. TROUBLE SHOOTING HYDRAULIC POWER SYSTEM.

| TROUBLE | PROBABLE CAUSE | REMEDY |
|---|---|---|
| System will not build up correct pressure. | Faulty relief valve. Air in engine-driven pump. Control unit in engine-driven pump not operating properly. | Reset relief valve. Bleed pump. Replace pump. |
| Hydraulic system remains pressurized with all sub-systems locked in their normal flight positions. | Defective by-pass valve. Maladjustment of switches controlling by-pass valve. Other electrical trouble. | Replace defective valve. Adjust switches. Check electrical system. |
| Overheating of engine-driven pump. | Air in engine-driven pump. By-pass line from engine-driven pump clogged. | Bleed pump. Clean line and filter. |
| System functioning properly, but indicated pressure incorrect. | Faulty pressure gage. | Replace gage. |

## 3-26. HYDRAULIC POWER ELECTRICAL CONTROL SYSTEM.

3-27. Control of pressurization and depressurization of the hydraulic power system is accomplished through a system of position switches, two relays (control transfer relay and hydraulic power control relay), and a solenoid-operated by-pass valve. (See figure 3-6.) The position switches are connected in series and are actuated to the closed position when their respective subsystem is operated to the up or closed position. When all position switches have been closed, an electrical circuit is completed and the solenoid-operated by-pass valve is energized. This, in turn, opens the by-pass valve and pressure is by-passed to the reservoir, thus depressurizing the hydraulic system. When any one of the position switches

is opened the solenoid-operated by-pass valve will be de-energized and return to its normally closed position pressurizing the hydraulic system.

## 3-28. HYDRAULIC POWER SYSTEM FLUID RESERVOIR.

3-29. The hydraulic system reservoir is mounted aft of the fire wall on the left side of the airplane. (See figure 3-5.) The reservoir has a capacity of approximately 2.3 gallons. The reservoir is not pressurized. An access door is provided on the left side of the fuselage for servicing and inspection of the reservoir; a sight gage, mounted on the side of the reservoir, can be seen through the access door for a visual check of the fluid level. A hydraulic fluid filter is mounted in the bottom of the

AN 01-60FGB-2



Figure 3-6. Hydraulic Power System Schematic (Sheet 1 of 2)

EXHIBIT 6 - PAGE 186

Case MDL No. 875 Document 7776-5 Filed 08/30/11 Page 24 of 61
Case 3:11-cv-08375-JSW Document 64-9 Filed 08/19/11 Page 23 of 30

reservoir in the return line. A pressure relief valve is installed in this filter; if the filter becomes clogged or restricted, a fluid pressure of 10 psi opens the relief valve and allows the hydraulic fluid to flow directly into the reservoir. To replace filter, refer to paragraph 3-32. The air vent system on the reservoir (including an air filter, a check valve, and a relief valve) admits air to the reservoir when fluid is drawn off during the operation of a hydraulic unit. If the air filter becomes clogged, the relief valve located in the filter will crack at pressures from 0.1 to 1.0 psi and allow air to enter reservoir.

3-30. REMOVING HYDRAULIC POWER SYSTEM FLUID RESERVOIR. To remove reservoir, proceed as follows:

a. Drain reservoir at drain cock in left side of nose wheel well.

b. Disconnect and plug all lines and fittings at reservoir.

c. Loosen upper and lower strap trunnion bolts and remove reservoir from airplane.

3-31. INSTALLING HYDRAULIC POWER SYSTEM FLUID RESERVOIR. To install reservoir, proceed as follows:

a. Insert reservoir into support straps so that straps fit into beads provided on reservoir.

b. Connect strap trunnion bolts and torque between 20 and 25 inch-pounds.

**Note**

There should be a minimum of $\frac{1}{8}$-inch clearance between the support strap latch and the strap trunnion at the required torque value.

c. Connect all hydraulic lines.

d. Close drain cock in nose wheel well before refilling reservoir.

3-32. REPLACING HYDRAULIC POWER SYSTEM FLUID RESERVOIR FILTER. To replace filter, gain access to underside of hydraulic reservoir and proceed as follows:



*Figure 3-6. Hydraulic Power System Schematic (Sheet 2)*

AN 01-60FGB-2

a. Drain reservoir through valve on left side of nose wheel well. (Refer to paragraph 1-42.)

b. Disconnect both return lines at compression fittings on "T."

c. Remove "T" fitting assembly from filter base.

d. Break safety wire and unscrew filter unit from reservoir.

e. Remove filter unit and install replacement element, AN6235-4A.

f. Replace filter in reservoir.

g. Tighten filter so that filter base is flush with reservoir flange.

h. Safety-wire filter base to mounting flange.

i. Install "T" fitting assembly in filter base.

j. Connect compression fittings on return lines to "T."

k. Fill reservoir. (Refer to paragraph 1-40.)

3-33. HYDRAULIC POWER SYSTEM VARIABLE-DISPLACEMENT, ENGINE-DRIVEN PUMP.

3-34. The variable-displacement, engine-driven hydraulic pump is mounted on the rear accessory section of the engine. The pump is a nine-piston rotary, positive-displacement type with an engine-to-pump speed ratio of 1 to 1.5. An automatic pressure control device and compensator, incorporated in the pump, permits full hydraulic fluid flow until a preset percentage of maximum pressure is reached. At this point (approximately 1300 psi), the flow from the pump is gradually reduced until it reaches zero at a system pressure of 1500 psi. As the shaft and cam assembly rotates, a reciprocating motion is imparted to the pistons in the pump. During the retracting stroke of the piston, a partial vacuum is built up in the cylinder bore. When the piston reaches its fully retracted position, a passage is uncovered and hydraulic fluid is drawn from the pump inlet into the cylinder. As the piston extends, this fluid is pressurized and discharged past a check valve into the pressure chamber of the pump. From the pressure chamber it passes through the pump outlet port to the hydraulic system. The effective pressurizing stroke of the piston begins when the piston head enters the high-pressure end of the cylinder and the radial holes in the piston have fully entered the piston sleeve. As pressure is built up in the pressure chamber, it also enters the compensator port and chamber. When the pressure in the compensator chamber reaches approximately 1300 psi, the tension on the compensator spring is overcome and the compensator stem, spider, and the piston sleeves are moved toward the high-pressure end of the cylinders. This effectively shortens the piston stroke and reduces the flow from the pump. When the pressure in the compensator chamber reaches 1500 psi, the piston sleeves will have been moved a sufficient distance to prevent the radial holes in the pistons from entering the sleeves and the flow from the pump outlet port will be zero. When the flow into the system has been reduced to zero, the shaft and cam assembly acts as a centrifugal pump to keep a continuous flow of hydraulic fluid moving through the pump and out the by-pass port to the reservoir. This fluid flow is required for pump cooling purposes and is entirely independent from the flow into the main hydraulic system. (See figure 3-6.)

3-35. REMOVING HYDRAULIC POWER SYSTEM VARIABLE-DISPLACEMENT ENGINE-DRIVEN PUMP. To remove engine-driven pump from engine accessory section, proceed as follows:

a. Disconnect pump suction, pressure, and return flex hose at quick-disconnect fittings.

b. Disconnect pump drain line.

c. Support pump and remove tie-down nuts and washers from pump mounting pad bolts.

d. Pull pump aft to disengage splined drive shaft from engine accessory drive section.

e. Remove pump from engine.

3-36. INSTALLING HYDRAULIC POWER SYSTEM VARIABLE-DISPLACEMENT ENGINE-DRIVEN PUMP. To install engine-driven pump on engine accessory section, proceed as follows:

a. Position pumps splined drive shaft to engage engine accessory drive.

b. Guide pump on mounting pad carefully; make sure no binding occurs on universal spline and shear link.

c. Install pump tie-down nuts and washers on pump mounting pad bolts.

d. Connect suction, pressure, and return flex hose at quick-disconnect fittings.

e. Connect drain line to pump.

f. Fill hydraulic reservoir. (Refer to paragraph 1-40.)

g. Bleed engine driven pump. (Refer to paragraph 3-37.)

h. Check hydraulic power system. (Refer to paragraph 3-23.)

3-37. BLEEDING HYDRAULIC POWER SYSTEM VARIABLE-DISPLACEMENT, ENGINE-DRIVEN PUMP. The variable-displacement, engine-driven pump is always bled before the engine is started after the pump has been changed, or when the hydraulic system has been drained and refilled. If hydraulic pressure does not immediately build up after engine is started, shut down engine and bleed pump. To bleed pump, proceed as follows:

a. With engine pump pressure and suction lines connected normally, disconnect by-pass line at quick-disconnect fitting.

b. Fill reservoir; then depress check valve in quick-disconnect fitting on flex line and hold valve open until hydraulic fluid flows from it. (The quick-disconnect fitting check valve is opened by depressing the annular ring between the outer body and the center plug.)

EXHIBIT 6 - PAGE 188

Case: MDL No. 375 Document: 7776-5 Filed: 08/30/11 Page: 26 of 61
Case: 1:11-cv-08375-JSW Document: 64-9 Filed: 08/19/11 Page: 25 of 30

AN 01-60FGB-2

Section III
Paragraphs 3-38 to 3-44

3-38. HYDRAULIC POWER SYSTEM SOLENOID-OPERATED BY-PASS VALVE.

3-39.  A solenoid-operated by-pass valve is incorporated in the hydraulic system. (See figure 3-5.) It is a normally closed valve equipped with a continuous-duty solenoid. The valve lightens the load on the engine-driven pump and provides a low general system pressure (100 psi maximum) while the airplane is in flight with no hydraulic units being operated. Energizing the solenoid through its control circuit opens the valve and allows the pump to return hydraulic fluid to the reservoir at low pressure. When any system is selected for operation (landing gear, speed brake, wing flap, canopy and on T-28C airplanes the arresting gear), the control circuit is opened, the valve returns to its normally closed position, and hydraulic pressure is directed to the actuating unit. The by-pass valve is located in the equipment compartment, on the left-hand side of the fuselage, outboard of the nose wheel well.

3-40. HYDRAULIC POWER SYSTEM HAND PUMP.

3-41.  A double acting, piston rod, positive displacement-type hand pump is incorporated in the hydraulic power system to deliver fluid under pressure to the hydraulic system when the engine-driven pump is not operating. It is supplied with fluid directly from the hydraulic power system reservoir. The hand pump, located beneath the forward cockpit floor on the left-hand side, is operated from the forward cockpit.

3-42. HYDRAULIC POWER SYSTEM PRESSURE RELIEF VALVE.

3-43.  A spring-loaded pressure relief valve is incorporated in the hydraulic power system between the pressure and return manifold to protect the hydraulic system against fluid surges, thermal expansion, and excessive pressure caused by engine-driven pump failure. When hydraulic system pressure reaches 1700 to 1750 psi, spring tension in the relief valve is partially overcome, unseating the valve and allowing a small amount of fluid to flow back to the reservoir through the return line. When hydraulic system pressure reaches a maximum of 1925 psi, spring tension is completely overcome and the valve is full open allowing fluid to flow back to the reservoir through the return line at a rate of 6 gpm. The valve is reseated when hydraulic pressure is reduced to a minimum of 1575 psi. The pressure relief valve is located in the equipment compartment, on the left-hand side of the fuselage outboard of the nose wheel well.

3-44. ADJUSTING HYDRAULIC POWER SYSTEM RELIEF VALVE SETTING. To adjust relief valve setting, proceed as follows:

**Note**

Hydraulic reservoir should be drained before removing relief valve. (Refer to paragraph 1-42.)

a.  Disconnect the four hydraulic lines and remove the four mounting bolts from hydraulic relief valve.

b.  Remove relief valve from airplane.

**Note**

Hydraulic lines should be plugged when relief valve is removed.

c.  Place relief valve in clean container and connect a pressure gage calibrated to 2000 psi and hand pump capable of producing 2000 psi to pressure inlet port of relief valve.

d.  Cap pressure outlet port of relief valve and bleed hand pump.

**Note**

The hand pump should be supplied with the same type fluid as used in the airplane.

e.  Using proper tools, remove cap and break the safety wire on adjustment screw locknut and loosen nut two or three full turns.

**Note**

Adjustment screw should be held stationary while locknut is loosened.

f.  Build up pressure on relief valve with hand pump and observe gage carefully to determine when relief valve setting cracks and allows a small amount of fluid to flow from its return port.

g.  Relieve pressure and adjust valve to crack at 1700 (+50/−0) psi.

**Note**

● When the adjustment screw on the valve is turned clockwise pressure setting is increased. To decrease pressure setting, turn adjustment screw counterclockwise.

● Steps f. and g. may have to be repeated a number of times before the desired cracking pressure is accomplished.

h.  When cracking pressure has been adjusted to relieve at 1700 (+50/−0), build up pressure until relief valve allows full flow from return port and observe gage. Gage should not read over 1925 psi maximum.

i.  Hold adjusting screw stationary and tighten locknut.

**Note**

Cycle relief valve through its phase of operation five or six times to ensure correct setting.

j.  Safety locknut and install cap.

k.  Remove pressure gage, hand pump and cap from pressure port.

l.  Install relief valve on airplane and connect hydraulic lines.

m.  Refill reservoir. (Refer to paragraph 1-40.)

n.  Bleed engine-driven pump. (Refer to paragraph 3-37.)

o.  Check hydraulic power system. (Refer to paragraph 3-23.)

EXHIBIT 6 - PAGE 189

AN 01-60FGB-2

**3-45. GROUND TEST CONNECTIONS.**

3-46. Self-sealing quick-disconnect couplings provide external connections for ground test equipment. The couplings are located on the left-hand side of the fire wall in the engine nacelle. (See figure 3-5.) When ground test equipment is used to check or operate the hydraulic system, refer to the checking procedure for each individual system to adjust the ground test equipment operating pressure correctly. When operating pressure is not given, adjust ground test equipment so maximum output does not exceed 7.0 gpm at 1500 psi with pump operating at 4050 rpm.

**3-47. HYDRAULIC POWER SYSTEM PRESSURE GAGE.**

3-48. A direct reading gage is located on the left-hand console in each cockpit to indicate system pressure. A snubber is installed in the pressure gage line to protect the gage from pressure surges.

**3-49. LANDING GEAR SYSTEM.**

3-50. The landing gear system· on T-28B and T-28C airplanes is identical. The landing gear system (figures 3-7 and 3-8) consists of three retractable landing gear assemblies. Each main landing gear is equipped with a conventional air-oil shock strut, a wheel brake assembly and a wheel and tire assembly. The nose landing gear is equipped with a conventional air-oil shock strut, a shimmy damper and a wheel and tire assembly. The landing gear assemblies, when retracted, are completely retained within the airplane's outer surface by wheel fairings, shock strut fairings, and wheel doors. The landing gears are hydraulically actuated by pressure from the hydraulic power system. Pressure is directed to the landing gear actuating cylinders by a manually operated selector valve. The landing gear uplocks and downlocks are actuated by a system of mechanically operated linkage connected directly to and controlled by the landing gear control handle in either cockpit. A position indicating and warning system is incorporated to provide an indication of landing gear position. A control safety solenoid and a ground safety switch are installed in the landing gear control system to prevent inadvertent retraction of the landing gears on the ground. The control safety solenoid can be overridden in case of an emergency. An emergency lowering bungee is installed to aid the nose gear to the down and locked position in the event of hydraulic power failure. The main gears will free fall to the down and locked position.

**3-51. FUNCTION OF LANDING GEAR SYSTEM—RETRACTING CYCLE.**

3-52. When the landing gear control handle of either cockpit is placed in the "UP" position, mechanical linkage connected directly to the master control torque shaft

rotates the shaft to the "UP" position. As the master control torque shaft rotates, mechanical linkage pulls the landing gear downlock pins from their locked position and moves the landing gear side braces from their overcenter condition. Rotation of the shaft also positions the landing gear selector valve to direct pressure to the "UP" side of the landing gear actuating cylinder and positions the landing gear uplock hook to receive the landing gear uplock roller. As the main landing gears move toward the up position, a striker plate on the strut contacts a roller on the wheel door actuating arm and the wheel door is pulled to the closed position. The strut and wheel fairings follow the motion of the gear by attaching linkage. The nose landing gear wheel doors and fairings are closed in a similar manner. As the landing gear nears the up position, the uplock roller on the landing gear strut cams open the uplock hook and, when the landing gear reaches the fully retracted position, bungee action closes the uplock hook. As each gear is locked in the "UP" position, the uplock switch is actuated to the closed position. When the uplock switch closes, it operates the position indicator in the cockpits and the word "UP" will appear in the position indicator dial. When all three uplock switches have been closed, the red light in the control handles will go out and the circuit to the solenoid-operated by-pass valve will be complete if all other hydraulically operated units are up or closed.

**3-53. FUNCTION OF LANDING GEAR SYSTEM—EXTENDING CYCLE.**

3-54. When the landing gear control handle of either cockpit is placed in the "DOWN" position, mechanical linkage, connected directly to the master control torque shaft, rotates the shaft to the "DOWN" position. As the master control torque shaft rotates, mechanical linkage unlocks the landing gear uplock and positions the selector valve to direct pressure to the "DOWN" side of the landing gear actuating cylinder. As the uplocks are unlocked, the uplock switch is actuated to the open position and the hydraulic system is pressurized. While the landing gear is extending, the roller on the wheel door actuating arm rolls off the striker plate on the landing gear strut and bungee action will actuate the wheel door to the full open position. When the landing gear has reached the extended position, bungee action pushes the landing gear side brace overcenter and the spring-loaded downlock pin is free to lock the landing gear in the down position. As each downlock pin engages, it actuates the landing gear downlock switch to the closed position and a tire will appear in the position indicator dials. When all three gears are down and locked, the red lights in the control handles will go out.

3-55. TROUBLE SHOOTING LANDING GEAR SYSTEM.

| TROUBLE | PROBABLE CAUSE | REMEDY |
|---|---|---|
| Landing gear does not retract properly. | Selector valve linkage out of adjustment. | Adjust linkage. |

Revised 15 August 1957
EXHIBIT 6 - PAGE 190

Case: MDL No. 875 Document 7776-5 Filed 08/30/11 Page 28 of 61
Case: MPev-08375-JSW Document 64-9 Filed 08/19/11 Page 27 of 30

AN 01-60FGB-2

Section III
Paragraphs 3-56 to 3-57

| TROUBLE | PROBABLE CAUSE | REMEDY |
|---|---|---|
| Excessive load required to move the landing gear control handles between "UP" and "DOWN" position. | Maladjusted, binding or improperly lubricated landing gear control and lock linkage system. | Properly adjust, replace or properly lubricate landing gear control linkage system. |
|  | Maladjusted or defective latch assembly. | Properly adjust or replace defective latch assembly. |
| Excessive load required to move landing gear control handle to "UP" position. | Control safety solenoid not operating. | Push in landing gear control safety solenoid circuit breaker. |
|  |  | Repair or replace control safety solenoid. |
|  | Maladjustment or malfunctions of ground safety switch. | Adjust or replace ground safety switch. |
|  | Mechanical linkage binding. | Replace bent or broken linkage. |
| Wheel doors do not close tight when gear is up and locked. | Actuating arm out of adjustment. | Adjust arm. |
| Gear does not release from up and locked or down and locked position when control handle is moved for operation. | Control linkage to locks out of adjustment. | Adjust linkage. |
| Downlocks do not lock properly. | Rust, foreign material, or excessive grease around lockpin. | Clean lockpin. |
|  | Bent lockpin. | Replace lockpin. |
| Failure of nose gear to retract fully. | Maladjustment or malfunction of uplock microswitch that controls depressurizing of system. | Adjust or replace microswitch. |
| Nose gear does not fully extend during emergency lowering. | Faulty or improperly adjusted extension bungee. | Replace or adjust bungee. |
| Nose wheel striking door. | Broken overcenter spring on door. | Replace spring. |
| Excessive breaking of nose wheel door overcenter spring. | Improperly installed spring. | Properly install spring. |
| Gear does not swing freely. | Trunnion retaining nuts too tight. | Properly tighten retaining nut. |
| Warning light stays on when gear is in down and locked position. | Landing gear downlock switch out of adjustment or defective. | Adjust or replace switch. |
| Warning light stays on during flight. | Landing gear uplock switch out of adjustment or defective. | Adjust or replace uplock switch. |
|  | Throttle actuated microswitch defective. | Replace switch. |

3-56. CHECKING LANDING GEAR SYSTEM.

3-57. To check landing gear system, proceed as follows:

a. Place airplane on jacks. (Refer to paragraph 1-28.)

b. Connect external power source to airplane.

c. Connect hydraulic test stand to ground test connections on engine fire wall.

d. Set test stand hydraulic pump to operate at 4050 rpm (7.0 gpm).

e. Move landing gear control handle to "UP." Gear and doors should retract and lock in the up position. Time of operation should be 4 to 6 seconds.

f. Set test stand hydraulic pump to operate at 1950 rpm (3.4 gpm).

g. Move landing gear control handle to "DOWN." Gear and doors should extend and lock in down position. Time of operation should be 6 to 10 seconds.

h. With gear down, move landing gear control handle to "UP" and then move handle to "DOWN" at any point during cycle and complete the down operation.

EXHIBIT 6 - PAGE 191





*Figure 3-7. Landing Gear System (Sheet 1 of 2)*

EXHIBIT 6 - PAGE 192

Case: MDL No. 375 Document 7776-5 Filed 08/30/11 Page 29 of 61
Case: MDL cv-08375-JSW Document 64-9 Filed 08/79/11 Page 29 of 30

AN 01-60FGB-2                                             Section III



*Figure 3-7. Landing Gear System (Sheet 2 of 2)*

EXHIBIT 6 - PAGE 193

AN 01-60FGB-2



Figure 3-8. Landing Gear System Schematic

T-28C-2-33-11

                                    EXHIBIT 6 - PAGE 194

1   Ronald A. McIntire, Bar No. 127407
    RMcIntire@perkinscoie.com
2   Bo W. Kim, Bar No. 217394
    BKim@perkinscoie.com
3   **PERKINS COIE LLP**
    1888 Century Park East, Suite 1700
4   Los Angeles, CA 90067-1721
    Telephone: 310.788.9900
5   Facsimile: 310.788.3399

6   Attorneys for Defendant
    THE BOEING COMPANY
7

8              **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10

11  PATTI DONLON, Individually and          Case No. CV 11 3376
    as Successor-in-Interest to the Estate
12  of PATRICK THEISEN DONLON,               **DEFENDANT THE BOEING**
    Decedent, SEAN DONLON; and              **COMPANY'S EXHIBITS TO**
13  DOES ONE through TEN, inclusive,        **DECLARATION OF**
                                            **MICHAEL LOMBARDI IN**
14              Plaintiffs,                  **SUPPORT OF DEFENDANT THE**
                                            **BOEING COMPANY'S**
15       v.                                 **OPPOSITION TO PLAINTIFFS'**
                                            **MOTION TO REMAND;**
16  AC AND S, INC., et al.,                 **EXHIBIT 6, PART 2**

17              Defendants.

18
                                            Date:    October 7, 2011
19                                          Time:    9:00 a.m.
                                            Judge:   Honorable Jeffrey S. White
20

21

22

23

24

25

26

27

28

01038-6096/LEGAL21558338.1

DEFENDANT THE BOEING COMPANY'S
EXHIBITS TO LOMBARDI DECLARATION
CV 11 3376

Case: MDL No. 875 Document 7776-5 Filed 08/30/11 Page 33 of 61
Case: MDL No. 875 Document 64-16 Filed 08/19/11 Page 2 of 30

AN 01-60FGB-2

Section III
Paragraphs 3-58 to 3-70

i. With gear up, move landing gear control handle to "DOWN" and then move handle to "UP" at any point during cycle and complete the up operation. There should be no jamming of gears and doors. At the end of each test, gears and doors should lock in the required position.

iA. Use precision push-pull scales and check loads required to operate landing gear control handle. Load required to operate control handle between full "UP" and full "DOWN" positions must not be less than 10 pounds or more than 32 pounds.

iB. Pull LDG. GR. LOCK SOL. circuit breaker. Load required to operate control handle to "UP" position, when overriding safety solenoid, must be 45 ($\pm$5) pounds.

j. After normal operation of gear, check emergency lowering system. First retract gear; then cut off hydraulic power by shutting off test stand. Move landing gear control handle to "DOWN." The main gear should extend to the downlocked position by gravity pull; however, a 25-pound load may be applied outboard at the axle to assist the gear to the down and locked position. The nose gear should extend to the downlocked position by gravity pull, aided by the emergency lowering bungee.

k. Remove external electrical source.

l. Disconnect hydraulic test stand.

m. Remove jacks from airplane.

3-58. LANDING GEAR SELECTOR VALVE.

3-59. The landing gear selector valve is a two-position poppet and spring-type valve assembly located on the left wing center section. Operation is through mechanical linkage. Rotation of the torque shaft positions the valve for either up or down gear action.

3-60. LANDING GEAR CONTROL
AND LOCK LINKAGE SYSTEM.

3-61. A system of mechanically operated linkage is installed in the landing gear system to position the landing gear selector valve and unlock the landing gear uplocks and downlocks. It is connected directly to and controlled by the landing gear control handle in either cockpit.

3-62. ADJUSTING LANDING GEAR CONTROL AND LOCK LINKAGE SYSTEM. See figure 3-9.

3-63. LANDING GEAR CONTROL
SAFETY SOLENOID.

3-64. The landing gear control safety solenoid prevents accidental retraction of the landing gears while the weight of the airplane is on the gears. The control safety solenoid, located aft of the master control torque shaft, can be manually overridden in case of an emergency by applying a force in the "UP" direction to the landing gear control handle. Force required to manually override safety solenoid is 45 ($\pm$5) pounds. The control safety solenoid, operated by the ground safety switch, is de-energized to the locked position while the weight of the airplane is on the gears. (See figure 3-11.)

3-65. ADJUSTING LANDING GEAR CONTROL SAFETY SOLENOID. See figure 3-10.

3-66. LANDING GEAR GROUND
SAFETY SWITCH.

3-67. The landing gear ground safety switch is installed on left main landing gear scissors to operate the control safety solenoid. The ground safety switch is actuated to the open position when the weight of the airplane is on the gears. (See figure 3-11.)

3-68. ADJUSTING LANDING GEAR GROUND SAFETY SWITCH. See figure 3-10.

3-69. LANDING GEAR POSITION
INDICATING AND WARNING SYSTEM—
ALL T-28B AIRPLANES, T-28Ca
THROUGH T-28Cg AIRPLANES AND
T-28Ch AIRPLANES 146238 THROUGH
146265 AND AIRPLANES NOT HAVING
SERVICE CHANGE NO. 63 COMPLIED
WITH.

3-70. The landing gear position indicating and warning system consists of position indicators on the left side of the instrument panel in each cockpit, a red warning light in each landing gear control handle, a warning horn located between the cockpits, position lights on each landing gear assembly, and position switches that are operated by the throttle lever, the control handle linkage, and the landing gear uplocks and downlocks. (See figure 3-11.) The position indicators provide a visual indication of the landing gear position. When the landing gears are up and locked, the word "UP" will appear in each of the indicator dials. When the gears are in the intermediate position a two color diagonal crosshatching appears indicating an unsafe condition. When the gears are down and locked, a tire tread will appear in each indicator dial. The red light in the control handles will illuminate to show an unsafe landing gear condition any time the position of the landing gears does not correspond with the position of the landing gear control handles. The warning horn will sound whenever the throttle is retarded and the landing gears



**NOTE:** All moving parts must work freely after assembly and adjustment; therefore, full torque is not required. Tighten fasteners to obtain maximum torque consistent with movement of installed parts.

**1**   Place airplane on jacks.

**2**   Insert rig pins through control bell cranks located on floor of forward and aft cockpits. (See detail A.)

**3**   Adjust forward and aft rods connecting control handles to control bell cranks to a length that will give control handles an equal amount of clearance in the gear up and gear down positions, and install. (See detail A.)

**4**   Adjust rod that connects forward and aft control bell cranks to fit and install. (See detail A.)

T-28BC-2-33-10C

*Figure 3-9. Rigging and Adjusting Landing Gear Control and Lock Linkage (Sheet 1)*

EXHIBIT 6 - PAGE 196

Case: MDL No. 875, Document 7776-5, Filed 08/30/11, Page 35 of 61
Case: 11-cv-08375-JSW, Document 54-16, Filed 08/19/11, Page 4 of 30

**5** Insert rig pin through master control torque shaft.



DETAIL **B**

**6** Adjust rod connecting aft control bell crank to master torque shaft to fit, and install.



DETAIL **C**

**7** Set lever on landing gear selector valve to down position (aft).

**8** Adjust rod connecting selector valve to master control torque shaft to fit, shorten one full turn and install.



DETAIL **D**

**9** Insert rig pin through main landing gear downlock bell crank located in left-hand main gear wheel well.

**10** Adjust rod connecting downlock bell crank to master control torque shaft to fit, and install.



DETAIL **E**

**11** Insert rig pins through main gear downlock actuating arms.

**12** Adjust rods connecting downlock bell crank and downlock actuating arms to fit, and install.



DETAIL **F**

**13** With the main gear downlock bungee free length adjusted to obtain 1/8 (±1/16) inch clearance as shown, manually actuate downlock pin, partially retract the gear and connect the bungee to its support fitting.



DETAIL **G**

T-289C-2-33-18A

*Figure 3-9. Rigging and Adjusting Landing Gear Control and Lock Linkage (Sheet 2)*

EXHIBIT 6 - PAGE 197

**14** With main gear down and locked and lockpin fully extended, check that the centerline of the lockpin link is parallel to centerline of side brace, and that there is no more than 0.000 to 0.062 inch clearance between lockpin and lockpin stop.



NOTE: If clearance is more than specified, check assembly for bent or binding parts. Correct malfunction and recheck clearance and alignment.

**15** Adjust main gear downlock actuating rod to fit between downlock actuating bell crank and side brace. Rotate side brace links inboard to eliminate excessive movement, shorten actuating rod two full turns and install.



NOTE: Binding conditions of the downlock actuating bell crank can cause malfunction of the landing control linkage. Check for proper clearance as shown on both sides of side brace shaft fitting assembly, inside wing and wheel well.



**16** Remove all rig pins.

**17** With the control handles in the UP position and the landing gear up, adjust both the nose and main gear uplock bungee to bring the face of the uplock hook in contact with the uplock roller. Lower the landing gears and lengthen each uplock bungee 3½ turns to provide a ⅛ inch overtravel of the uplock hooks as shown. (See detail J.)



**18** With the control handles in the UP position and the nose gear uplock hook in overtravel position, rotate the nose gear uplock actuating arm aft until clutch engages without rotating hook. Without moving actuating arm from previous position, adjust rod connecting master control torque shaft and nose gear uplock actuating arm to fit, and install.



**19** With the nose gear downlock bungees free length adjusted to obtain a 5/32 (± ½) inch clearance as shown, partially retract nose gear and connect bungee to support fitting.



*Figure 3-9. Rigging and Adjusting Landing Gear Control and Lock Linkage (Sheet 3)*

Revised 15 November 1956
EXHIBIT 6 - PAGE 198

Case: MDL No. 875 Document 7776-5 Filed 08/30/11 Page 37 of 61
Case: 11-cv-08375 JSW Document 54-10 Filed 08/19/11 Page 2 of 30

**20** With the control handles in the DOWN position and the landing gears down and locked, check that the centerline of the nose gear lockpin link is parallel to centerline of the drag brace link and that there is no more than 0.000 to 0.062 inch clearance between lockpin and lockpin stop. See step 14.

**21** Rotate nose gear downlock actuating arm aft and adjust downlock actuating rod to fit between drag brace link and actuating arm. Lengthen actuating rod two full turns and install.

**NOTE:** Make sure bolt securing rod to drag brace is installed with head facing forward.



DETAIL **M**

**NOTE:** Binding conditions of the drag brace support shaft can cause malfunction of the landing gear control linkage. Check for proper clearance as shown by torquing castellated nut.



VIEW **B-B**

**NOTE:** If handle loads do not meet normal requirements, check complete landing gear control system for binding, broken, improperly lubricated or improperly adjusted linkage. If none of the above mentioned conditions exists, adjust the latch assembly as outlined in the following procedure.



DETAIL **O**

**NOTE:** The torque tube and latch assembly may be removed from airplane for adjustment. However, the operation may be accomplished with the torque tube and latch assembly installed on the airplane.

**22** Install rig or holding pins in torque tube.

**23** Back off adjustment screws numbers 1, 2, 3 and 4, permitting latch assembly to go to normal position.

**NOTE:** Normal position is set automatically by detent.

T-28BC-2-33-20F

Figure 3-9. *Rigging and Adjusting Landing Gear Control and Lock Linkage (Sheet 4)*

EXHIBIT 6 - PAGE 199

Case: MDL No. 375 Document 7776-5 Filed 03/30/11 Page 38 of 61
Case: 11-cv-08375-JSW Document 54-16 Filed 08/19/11 Page 7 of 30

**24** With latch assembly in normal position, adjust numbers 1 and 2 drive screws to obtain 0.025 inch clearance between screws and drive dog.



0.020 INCH
0.020 INCH
0.025 INCH
0.025 INCH

**4** LOCK RELEASE
DRIVING LEVER
**2** DRIVE SCREW
**3** LOCK RELEASE
LOCKING SHOE
DRIVE DOG
**1** DRIVE SCREW
GREASE FITTING ①

VIEW **C-C**

**25** With latch assembly in normal position, adjust numbers 3 and 4 lock release screws to obtain 0.020 inch clearance between screws and locking shoe.

**25**A Remove rig or holding pins.

**26** Apply 180 inch-pounds rotating force in both directions to torque tube and check the latch assembly for slippage.

**NOTE:** In the event slippage occurs in a clockwise direction, back off No. 1 drive screw in increments of 5 degrees until slippage is no longer evident. In the event slippage occurs in a counterclockwise direction, back off No. 2 drive screw in increments of 5 degrees until slippage is no longer evident.

**26**A With no torque load on torque shaft, the driving lever should move in either direction when a force of 10 to 30 pounds is applied to it. If latch assembly fails to meet this requirement, it must be replaced.

**27** Check operation of landing gear system. *

     *Refer to Index for page number of applicable procedure.

① T-28C AIRPLANES 140624 AND SUBSEQUENT AND AIRPLANES HAVING AIRCRAFT SERVICE CHANGE NO. 65 COMPLIED WITH

T-28C-2-33-22D

**Figure 3-9. Rigging and Adjusting Landing Gear Control and Lock Linkage (Sheet 5)**

EXHIBIT 6 - PAGE 200

Case MDL No 375 Document 7776-5 Filed 08/00/11 Page 39 of 61
Case MDL No 8375 JSW Document 54-16 Filed 08/19/11 Page 39 of 30

are not in the down and locked position. The warning horn can be silenced by depressing the horn cutout button which energizes the horn relay and opens the circuit. The relay is reset when the landing gear moves to the down and locked position or when the throttle is advanced. A white light, located on each gear assembly, is operated through the downlock switches and the exterior lighting system. If the exterior lights master switch (EXT MASTER) is in any position but "OFF," the lights illuminate when the landing gears reach the down and locked position.

3-70A. LANDING GEAR POSITION INDICATING AND WARNING SYSTEM—T-28Ch AIRPLANES 146266 AND SUBSEQUENT AND AIRPLANES HAVING SERVICE CHANGE NO. 63 COMPLIED WITH.

3-70B. The landing gear position indicating and warning system consists of position indicators on the left-hand side of the instrument panel in each cockpit, a red warning light in each landing gear control handle, a flashing red warning light (located in the upper left-hand corner of the instrument panel in each cockpit), position lights on each landing gear assembly and position switches and relays (actuated by the throttle lever, the rpm lever, the wing flaps, the landing gear control handles and the landing gear uplock and downlock linkages). (See figure 3-11A.) The position indicators provide a visual indication of landing gear position. When the landing gears are up and locked, the word "UP" will appear in each of the indicated dials. When the landing gears are in the intermediate position, a two-colored "barber pole" effect appears, indicating an unsafe condition. When the landing gears are down and locked, a tire tread will appear in each of the indicator dials. The red warning lights in the landing gear control handles will illuminate to show an unsafe condition any time the position of the landing gears does not correspond with the position of the landing gear control handles. The flashing red warning lights will illuminate to indicate an unsafe condition whenever the throttle is retarded, the rpm lever is set below 2500 rpm, the wing flaps are lowered and the landing gears are not in the down and locked position. The white position lights, located on each landing gear assembly are controlled through the downlock switches and the exterior lighting system. If the exterior lights master switch (EXT MASTER) is in any position but "OFF," the position lights will illuminate when the landing gears reach the down and locked position.

3-71. ADJUSTING LANDING GEAR POSITION INDICATING AND WARNING SWITCHES. See figure 3-12.

3-72. LANDING GEAR CONTROL HANDLE POSITION SWITCH. The landing gear control handle position switch is located just forward of the master control torque shaft. It is installed in the position indicating and warning system to operate the landing gear position relay located on the engine power junction box panel. The position switch is closed and

the relay energized when the landing gear handle is placed in the down position.

3-73. ADJUSTING LANDING GEAR CONTROL HANDLE POSITION SWITCH. See figure 3-13.

3-74. MAIN LANDING GEAR ASSEMBLIES.

3-75. Each main landing gear assembly consists of an air-oil shock strut on which the wheel and brake assemblies are mounted. The main landing gear assembly is supported on trunnion mounts in the center wing section and is attached to the supports by trunnion pins. Extending or retracting motion is provided by actuating lever arms attached to the hydraulic actuating cylinders.

3-76. REMOVING MAIN LANDING GEAR ASSEMBLIES. To remove main landing gear assemblies, proceed as follows:

a. Disconnect battery. (Refer to paragraph 9-41.)

b. Place airplane on jacks. (Refer to paragraph 1-28.)

c. Disconnect linkage and remove shock strut fairing. (Refer to paragraph 3-81.)

d. Disconnect and plug hydraulic brake lines at top of strut near side brace. Disconnect electric wiring at terminal strip in wheel well.

e. Remove bolt and disconnect side brace linkage from strut.

f. Remove access door in top of wing over main landing gear actuating cylinder.

g. Remove clevis bolt and disconnect actuating cylinder from trunnion pin actuating arm.

h. Remove cotter pin, retaining nut, and washer from forward end of trunnion pin.

i. Remove nut and washer from clamping bolt and slide actuating arm from splined end of trunnion pin.

j. Remove three torque bolts attaching shock strut trunnion fitting to trunnion pin.

k. Disconnect flap actuating link at inboard end of flap and allow flap to hang free.

l. Attach special tool No. T-287 to threaded end of trunnion pin (aft end) and remove pin and main gear assembly.

3-77. INSTALLING AND ADJUSTING MAIN LANDING GEAR ASSEMBLIES. See figure 3-14.

3-78. SERVICING MAIN LANDING GEAR STRUTS. Refer to paragraph 1-46.

3-79. MAIN LANDING GEAR ACTUATING CYLINDER. The main landing gear actuating cylinder is a double action type hydraulic cylinder. It consists of a cylinder assembly, a piston assembly, a rod, "O" ring seals and wiper rings. Access to the actuating cylinder can be gained by removing the access panel on top of wing.

EXHIBIT 6 - PAGE 201

AN 01-60FGB-2

EXHIBIT 6 - PAGE 202

Case MDL No. 875 Document 7776-10 Filed 08/30/11 Page 41 of 61
Case 5:11-cv-09376-JSW Document 64-10 Filed 08/19/11 Page 41 of 61



**1** ADJUSTMENT BOLT

BELL CRANK

1/16 INCH MAXIMUM
1/32 INCH MINIMUM

**2** ARM

**3** SETSCREW

SOLENOID

ROLLER

BRACKET ASSEMBLY
ADJUSTING SCREWS

**4, 5** STOP NUT

GROUND
SAFETY
SWITCH

**1** With landing gear control handle in "DOWN" position, adjust bolt against stop so that roller clears arm by 1/16 inch maximum and 1/32 inch minimum as shown.

**2** Adjust solenoid bracket assembly so that centerline of arm coincides with center of roller.

**3** If adjustment of bracket assembly pulls arm out of line, make final adjustment with setscrew.

**NOTE:** Check load required to override safety solenoid.* If the landing gear control linkage is properly adjusted and the load required to override safety solenoid does not meet normal requirements, replace solenoid.

**4** Compress strut 2 (±1/4) inches and loosen stop nut on switch shaft.

**5** Rotate switch shaft counterclockwise by turning large nut until switch actuates; then tighten stop nut. Then check adjustment by lowering strut to fully extended position and slowly compressing it again. The switch should be actuated when the strut is compressed between 1-3/4 and 2-1/4 inches.

*Refer to index for page number of applicable procedure.

T-288C-2-33-2B

*Figure 3-10. Adjusting Landing Gear Control Safety Solenoid and Ground Safety Switch*

3-80. **MAIN LANDING GEAR WHEEL DOORS AND FAIRING ASSEMBLIES.** Each main gear is completely faired when in the retracted position by a shock strut fairing, a fixed wheel fairing, and wheel doors. The strut fairing is hinged to the wing center section, outboard of the gear, and is opened and closed by movement of the main gear to which it is linked. The fixed wheel fairing is attached directly to mounting brackets on the wheel spindle and axle. The wheel door is hinged to the wing center section, inboard of the gear. Bungee-loaded to the open position, the door is closed by the action of a striker plate on the bottom of the strut contacting the door actuating arm.

3-81. **REMOVING MAIN LANDING GEAR SHOCK STRUT FAIRING.** To remove main landing gear shock strut fairing, proceed as follows:

a. Remove bolt attaching link arm to fairing.

b. Remove hinge bolts attaching fairing hinge to center section hinge.

c. Remove fairing.

3-82. **INSTALLING AND ADJUSTING MAIN LANDING GEAR SHOCK STRUT FAIRING.** See figure 3-14.

3-83. **REMOVING MAIN LANDING GEAR WHEEL FAIRING.** To remove main landing gear wheel fairing, proceed as follows:

a. Remove bolts attaching mounting bracket on wheel fairing to mounting bracket on wheel axle.

b. Remove bolts attaching mounting bracket on wheel fairing to mounting bracket on strut spindle.

c. Remove wheel fairing.

3-84. **INSTALLING AND ADJUSTING MAIN LANDING GEAR WHEEL FAIRING.** See figure 3-14.

3-85. **REMOVING MAIN LANDING GEAR WHEEL DOORS.** To remove main landing gear wheel doors, proceed as follows:

a. Remove bolts on door actuating arm elbows.

b. Remove hinge wire.

c. Remove wheel door.

EXHIBIT 6 - PAGE 203

Case MDL No. 875 Document 7776-1 Filed 08/30/11 Page 42 of 61
Case 5:11-cv-09765-JSW Document 9410 Filed 08/19/11 Page 1 of 30



**Figure 3-11. Landing Gear Position Indicating, Warning and Ground Safety System Schematic—All T-28B Airplanes, T-28Ca through T-28Cg Airplanes and T-28Ch Airplanes 146238 through 146265 and Airplanes Not Having Service Change No. 63 Complied With**



*Figure 3-11A. Landing Gear Position Indicating, Warning and Ground Safety System Schematic—T-28Ch Airplanes 146266 and Subsequent  and Airplanes Having Service Change No. 63 Complied With*

EXHIBIT 6 - PAGE 205

AN 01-60FGB-2

EXHIBIT 6 - PAGE 206

Case MDL No. 875 Document 7776-10 Filed 08/30/11 Page 45 of 61
Case 3:10-cv-93765-JSW Document 94-10 Filed 08/19/11 Page 14 of 30

**3-86. INSTALLING AND ADJUSTING MAIN LANDING GEAR WHEEL DOORS.** See figure 3-14.

**3-87. MAIN LANDING GEAR WHEELS.**

**3-88.** Each main gear is equipped with a 24 x 7.7-inch, split-type, cast-magnesium wheel and bearing assembly and a 24 x 7.7-inch, Type VII "B" extra high-pressure tire and tube.

**3-89. REMOVING MAIN LANDING GEAR WHEELS.** To remove main landing gear wheels, proceed as follows:

a. Remove wheel fairing. (Refer to paragraph 3-83.)

b. Install axle jack under jacking stub. (Refer to paragraph 1-28.)

c. Remove retaining nut cotter pin, retaining nut, and washer from axle.

d. Remove fairing door mounting bracket.

e. Remove snap ring, dust cover, and wheel bearing.

f. Slide wheel from axle.

**3-90. DISASSEMBLING MAIN LANDING GEAR WHEELS.** To disassemble main landing gear wheels, proceed as follows:

a. Remove snap ring, dust covers, felt retainer and inboard bearing assembly.

b. Remove valve cap and deflate tire by removing valve core.

```
┌─────────────────┐
│    CAUTION      │
└─────────────────┘
```

Do not loosen or remove nuts from wheel section tie bolts until tire is completely deflated.

c. Lay wheel and tire flat and use a suitable bead tool or rubber mallet to loosen the bead from the rim flange. Reverse wheel and loosen tire bead.

d. Remove wheel section attachment nuts and lift out upper side of wheel.

e. Place tire on edge and remove other section of wheel.

**Note**

Brake disk drive keys should not be removed unless replacement is necessary.

**3-91. ASSEMBLING MAIN LANDING GEAR WHEELS.** To assemble main landing gear wheels, proceed as follows:

a. Place deflated tube in tire and align balance marks.

b. Dust tubes contacting surface lightly with tire compound (Specification MIL-C-5024).

c. Install valve core and partially inflate tube.

d. Insert section of wheel with valve stem hole and use a blunt tool to work valve stem through hole.

e. Place tire on edge; insert other section of wheel and align key marks.

```
┌─────────────────┐
│    CAUTION      │
└─────────────────┘
```

Care must be used not to "pinch" tube between wheel sections.

f. Install wheel section attachment nuts and torque to 210 inch-pounds.

g. Inflate tire to seat beads. Deflate and then inflate to required pressure. Install valve cap.

**Note**

Grease bearings with high-temperature grease (Specification MIL-L-3545) before installation.

h. Install inboard bearings, felt retainer, dust covers and snap ring.

**3-92. INSTALLING MAIN LANDING GEAR WHEELS.** To install main landing gear wheels, proceed as follows:

a. Slide wheel onto axle until contact is made with brake assembly.

b. Align brake disk drive key to engage brake disk, and slide wheel over brake assembly.

c. Install wheel bearing, dust cover, and snap ring.

d. Install wheel fairing mounting bracket.

e. Install retaining washer and nut.

f. With wheel spinning, tighten retaining nut until wheel binds. This is to align and seat the wheel bearing properly and to center the wheel.

g. Back off nut until it clears washer; then tighten nut until nut and washer contact and continue to tighten nut until a sharp drag is felt between nut and washer. As long as the wheel or bearings have not moved after the first step, a sharp drag can be felt on the nut with the use of a small wrench, because all clearances have been taken up in the previous step. Do not use a wrench with a long handle or extension.

h. After a sharp drag is felt, check to see whether any of the nut safety holes are in alignment with the axle safety holes. Check 360 degrees around nut and axle. If safety holes are in alignment, install safety pin.

i. If there are no safety holes in alignment, continue tightening nut until the first alignment of safety holes between nut and axle is reached. Because cross holes in axle are 90 degrees apart and there are six holes in retaining nut, the nut will have to move a maximum of 1/12 turn to align with the first safety hole. This is only a 0.0005-inch maximum movement of the nut toward the washer. The wheel bearings must not have any play.

j. Install safety pin.

k. Install wheel fairing. (See figure 3-14.)

l. Remove jack.

**Note**

When these instructions have been complied with, there will be only a small amount of drag when the wheel is spun.

EXHIBIT 6 - PAGE 207

Case MDL No 875 Document 77764-51 Filed 08/30/11 Page 46 of 61
Case 3:11-cv-09365-USW Document 94-10 Filed 08/19/11 Page 19 of 30



**NOTE:** Before proceeding with adjustment of throttle or rpm switches, start and warm up engine. When engine is warm, set throttle lever to 1610 rpm and mark position of throttle on quadrant. Advance throttle to 2600 rpm; then retard rpm lever to 2500 rpm and mark position of lever on quadrant. Return rpm lever to full increase. Stop engine; return throttle lever and rpm levers to premarked positions and proceed with switch adjustments.

Adjust the stop so that switch will be actuated when prop control is set from 2500 (±20) rpm to full increase position. (See Note.)

1 Adjust gear warning switch striker plate so that it closes switch when the throttle is in this marked position. (See Note.)

2 Loosen adjusting screws and move switch until switch is actuated; then retighten. (See Note.)

① T-28ch AIRPLANE 146266 AND SUBSEQUENT AND AIRPLANES HAVING SERVICE CHANGE NO. 63 COMPLIED WITH

3 With gear down, adjust switch arm on spline shaft so that switch is actuated ⅛ inch from forward face of bracket. Tighten clamping bolt on switch shaft.

4,5 Place a ⅜-inch shim at forward end of bungee to position face of hook ³⁄₁₆ inch maximum from uplock roller. Retract nose gear. The switch should not be actuated to indicate gear up and locked.

6,7 Lower gear and replace ⅜-inch shim with ⁷⁄₃₂-inch shim to position face of hook ¹⁄₁₆ inch minimum from the roller. Retract nose gear. The switch should be actuated, and the indicator should show gear up and locked. Then remove ⁷⁄₃₂-inch shim.

8 If desired results in steps 4 through 7 cannot be satisfactorily obtained, reposition switch arm and recheck. Fine adjustments on the switch arm settings can be made by loosening the nut on the switch shaft and turning the serrated washer in one direction while turning the switch arm in the opposite direction.

T28BC-2-33-3C

*Figure 3-12. Adjusting Landing Gear Position Indicating and Warning Switches (Sheet 1)*

EXHIBIT 6 - PAGE 208

Case MDL No 875 Document 7776-510 Filed 08/30/11 Page 47 of 61
Case 1:Cv-09765-JSW Document 94-10 Filed 08/19/11 Page 16 of 30



BRACKET STOP
**12** SWITCH ARM
**14** SWITCH SHAFT
3/32 IN.
**10** CLAMP NUT
TRIGGER
**11** UPLOCK ROLLER
**13, 15** TURNBUCKLE
**9** UPLOCK HOOK
5/16 IN.
1/8 IN.

### MAIN GEAR UPLOCK SWITCH

**9** With gear down and locked, place control handle in "UP" position. Move uplock hook back 5/16 inch from full forward position and secure.

**10** Loosen clamp on switch arm so that switch shaft is free to rotate.

**11** Place a simulated uplock roller (1 3/16-inch diameter) 1/8 inch from face of hook.

**11A** Prior to switch linkage adjustment, position bracket stop so that vertical slot at forward end is at the mid-point. Tighten mounting screws securely.

**12, 13** Hold switch arm 3/32 inch from bracket stop and adjust turnbuckle until trigger makes contact with simulated uplock roller.

**NOTE:** Should additional range of adjustment be required, the bracket stop may be raised or lowered as necessary by means of the slot until proper adjustment is attained.

**14** Rotate switch shaft clockwise until switch clicks; then torque clamp nut on switch arm to 40 (±3) inch-pounds.

**15** Safety-wire turnbuckle.



SWITCH ARM
LINK
LOCKPIN
BRACE
**16, 19** ADJUSTING SHIM
1/4 IN.
NUT



**20** FLAP TORQUE TUBE

1 LANDING GEAR WARNING FLAP POSITION SWITCH

### MAIN GEAR AND NOSE GEAR DOWNLOCK SWITCH

**16** With brace overcenter in a locked position, move lockpin back and insert a 1/4-inch adjusting shim between lockpin and stop. (A 1/4-inch bolt or rod may be used.)

**17** Loosen clamp nut on switch arm and rotate switch shaft until first actuation (click) of switch is noted.

**18** Holding switch shaft in this position, rotate switch arm away from brace until switch arm reaches bottom of slot in link. Then torque clamp nut to 40 (±3) inch-pounds.

**19** Remove 1/4-inch shim inserted as a spacer in step 16 and pull lockpin back as far as possible. As lockpin is slowly returned to locked position, a click should be heard when lockpin has reached a position 1/4 inch from stop. Two additional contacts are made during the last 1/4 inch of travel. To check proper function of switch, note the following conditions: When lockpin is more than 1/4 inch from stop, with throttle retarded,

warning horn should sound, light on landing gear control handle should be on, landing gear position indicator should show an unsafe condition, and, when position lights are on, white indicating lights on each gear should be off. As lockpin travels the last 1/4 inch, warning horn should cut out, control handle light should go out, position indicator should show gear down, and white lights should come on.

**20** Loosen locknuts on landing gear warning flap 1 switch actuator. With flaps in full up position, extend actuator until plunger is in contact with landing gear warning flap switch stop on flap torque tube. Compress actuator plunger 3/32 (±1/32) inch beyond switch actuated position and tighten locknuts

1 T-28C's AIRPLANES AND SUBSEQUENT AND AIRPLANES HAVING SERVICE CHANGE NO. 63 COMPLIED WITH

T-28BC-2-33-1C

*Figure 3-12.  Adjusting Landing Gear Position Indicating and Warning Switches (Sheet 2)*

**EXHIBIT 6 - PAGE 209**

AN 01-60FGB-2



*Figure 3-13. Adjusting Landing Gear Control Handle Position Switch*

**3-93. NOSE LANDING GEAR ASSEMBLY.**

3-94. The nose landing gear assembly, mounted on a trunnion support in the forward fuselage wheel well, consists of an air-oil shock strut, a shimmy damper, a 20 x 4.4-inch wheel, and an extra high-pressure tire and tube. The strut is attached to the support structure by a trunnion pin. The gear is raised and lowered by force from a hydraulic actuating cylinder attached to a lever which is cast as a part of the trunnion fitting. A second lever is attached to a spring-loaded bungee which assists in lowering the gear against air loads.

**3-95. REMOVING NOSE LANDING GEAR ASSEMBLY.** To remove nose landing gear assembly, proceed as follows:

a. Place airplane on jacks (paragraph 1-28) and open engine cowling.

b. Disconnect strut fairing from strut, by removing bolt from strut fairing attachment arm.

bA. Disconnect electrical wiring to gear uplock switch and position indicating light at terminal strip in wheel well; disconnect two clamps supporting electrical wiring to wheel well structure.

c. Remove clevis bolt attaching actuating cylinder to trunnion actuating lever.

d. With a slight backward force on the nose wheel to overcome bungee tension, remove pivot bolt in center of drag brace.

e. Allowing gear to swing forward as far as possible, remove bungee attaching bolt.

f. Remove trunnion pin retaining nut.

g. Remove positioning bolt from right side of trunnion fitting.

h. Using special tool No. T-287, remove trunnion pin and lower nose gear from supporting bracket.

**3-96. REMOVING AND DISASSEMBLING NOSE LANDING GEAR FORK.** To remove and disassemble nose landing gear fork, proceed as follows:

a. Place airplane on jacks. (Refer to paragraph 1-28.)

b. Remove nose landing gear wheel. (Refer to paragraph 3-112.)

c. Remove nose landing gear shimmy damper. (Refer to paragraph 3-108.)

d. Support fork assembly and use special tool No. T-256 to remove nose gear caster spindle plug.

e. Remove shimmy damper cap and washer.

f. Lower nose gear fork assembly from spindle housing.

g. Remove upper bearing dust cap, felt seal and upper bearing from spindle housing.

h. Remove the two cam followers from the spindle housing.

Note

Inspect fork assembly for cleanliness and condition. If corrosion is evident fork should be completely disassembled, cleaned and repacked with lubricant.

i. Remove cotter pins from cam cross rod.

**WARNING**

Extreme care must be used. The centering spring will eject the spring retainer with sufficient force to endanger personnel and damage equipment.

j. Place fork assembly in suitable vise and insert a short block of wood into fork opening against spring retainer. Tighten vise and compress centering spring enough to free cam cross rod.

k. Remove cam cross rod.

l. Gradually release tension on centering spring by loosening vise. When spring tension is relieved remove fork assembly from vise.

EXHIBIT 6 - PAGE 210



**NOTE:** A 25-pound load at the axle may be applied outboard for free fall of gear to the down and locked position.

**NOTE:** All moving parts must work freely after assembly; therefore, full torque is not required. Tighten fasteners to obtain maximum torque consistent with movement of installed parts.

1. Lift shock strut into position and insert trunnion pin, using special tool T287. Distribute shims evenly on both ends of strut yoke to obtain a total clearance of .003 to .015 inch at trunnion support. Insert torque bolts and retaining nuts.

2. Install main gear actuating arm and nut. Tighten and secure.

3. With gear down and locked, bottom retracting cylinder and adjust piston rod to fit into clevis. Shorten rod by two full turns; then install clevis bolt and secure. Make sure that bushings in gear actuating arm are still in position and have not been unseated during installation of clevis bolt.

4. Connect side brace units. Tighten bolt so that there is no binding and no more than .002-inch clearance between parts, as shown in detail A.

5. Connect brake lines and electric wiring.

6. Install bolts and allow to remain loose.

7. Install bolts loosely. Manually retract gear. Fair door into position by interchange of washers and serration, and then tighten bolts.

8. Adjust uplock roller to position inboard end of door tightly against lower side of center section without buckling skin when gear is up and locked. (Gear must retract and lock with a maximum of 500 psi hydraulic pressure.)

9,10. Adjust arms so that actuating arm uplock roller contacts the gear striker plate 3⅜ inches from centerline of striker plate attach holes and approximately on centerline of plate.

11. Install hinge wire and secure. Trim outboard edge of main gear door to provide gap of ⅛ to 3/16 inch with mating edge of wheel fairing.

12. Install actuating arm attaching bolts, and adjust arms to close door without buckling skin. (Gear, with wheel fairing and main gear door installed, must retract and lock with a maximum hydraulic pressure of 700 psi.)

13,14. Install bolts. Shim and adjust serrated wing hinge plates as required. Trim inboard edge of door to provide 7/32 to 9/32 inch gap with skin of wheel fairing. Adjust fairing attaching rod to close fairing without buckling skin. Tighten adjustment nuts. (Gear, with all fairing and doors properly adjusted, must retract and lock with a maximum hydraulic pressure of 1300 psi.)

**NOTE:** If side brace is removed at strut lug, reinstall and tighten nut to obtain zero side play of the bearing on shaft. Back off to nearest castellation, and safety. The bearing must be free to rotate on shaft.

T-288C-2-33-9A

**Figure 3-14. Installing and Adjusting Main Landing Gear Assemblies, Doors and Fairings**

EXHIBIT 6 - PAGE 211

**AN 01-60FGB-2**

m. Remove spring retainer and centering spring from fork cavity.

n. Remove centering cam, cam slides, lower bearings, felt seal and lower bearing dust cap from fork.

**3-97. ASSEMBLING AND INSTALLING NOSE LANDING GEAR FORK.** See figure 3-15.

**3-98. INSTALLING AND ADJUSTING NOSE LANDING GEAR ASSEMBLY.** See figure 3-16.

**3-99. SERVICING NOSE LANDING GEAR STRUT.** Refer to paragraph 1-46.

**3-100. NOSE LANDING GEAR WHEEL DOORS AND FAIRING ASSEMBLIES.**

3-101. When in the retracted position, the nose landing gear is completely faired by a strut fairing and wheel doors. The strut fairing is hinged to the fuselage on the right side and outboard of the gear, and is opened and closed by movement of the gear to which it is linked. The wheel doors, located aft of the pivot point of the gear, are hinged to the fuselage. The wheel doors open on the centerline of the airplane and swing outboard. Bungee-loaded to the open position, the doors are closed by a striker plate on the gear contacting the actuating arms of the doors.

**3-102. REMOVING NOSE LANDING GEAR SHOCK STRUT FAIRING.** To remove nose gear strut fairing, proceed as follows:

a. Remove bolt attaching fairing link rod to shock strut.

b. Remove hinge wire.

c. Remove fairing.

**3-103. INSTALLING AND ADJUSTING NOSE LANDING GEAR SHOCK STRUT FAIRING.** See figure 3-16.

**3-104. REMOVING NOSE LANDING GEAR WHEEL DOORS.** To remove nose gear wheel doors, proceed as follows:

a. Remove bolts attaching actuating arms to wheel doors.

b. Remove hinge wires.

c. Remove wheel doors.

**3-105. INSTALLING AND ADJUSTING NOSE LANDING GEAR WHEEL DOORS.** See figure 3-16.

**3-106. NOSE LANDING GEAR SHIMMY DAMPER.**

3-107. The nose landing gear shimmy damper assembly is mounted on the right side of the nose gear spindle housing. The damper is of the piston type; trapped fluid is ported through two-way restrictors to give the damper action. The damper absorbs torque shock and prevents shimmy during landing or taxiing.

**3-108. REMOVING NOSE LANDING GEAR SHIMMY DAMPER.** To remove shimmy damper, proceed as follows:

a. Remove retaining nut from rod-end attaching bolt on nose wheel spindle crank.

b. Remove retaining nut from pivot shaft on damper mounting bracket and lift damper from pivot bracket as a unit.

**Note**

Do not remove damper unit by disconnecting it at mounting flange between pivot shaft and damper unit. (See figure 3-17.)

**3-109. INSTALLING AND ADJUSTING NOSE LANDING GEAR SHIMMY DAMPER.** See figure 3-17.

**3-109A. INITIAL FILLING AND BLEEDING OF NOSE LANDING GEAR SHIMMY DAMPER.** After a new shimmy damper has been installed or if a serviceable shimmy damper is suspected of containing air, fill and bleed unit as instructed in the following procedure.

a. Remove both bleeder valves from shimmy damper.

b. Connect a hand pump to one bleed port and apply clean hydraulic fluid (Specification MIL-O-5606) until air free fluid appears from opposite bleed port.

c. Disconnect hand pump from bleed port and connect it to the alemite fitting on shimmy damper.

d. Connect a bleeder hose to each bleed port and submerge loose ends of bleeder hose in a container filled with clean hydraulic fluid.

**Note**

Elevate the container well above the bleed ports of the shimmy damper.

e. Actuate shimmy damper by turning the nose wheel to the extreme left and right positions several times until no air bubbles are observed rising to the surface of hydraulic fluid in the container.

f. Remove both bleeder hoses and install bleeder valves.

g. Open only the bleeder valve next to the alemite fitting and operate hand pump very slowly until air free hydraulic fluid flows from the open bleeder valve.

**CAUTION**

Operate hand pump very slowly when accomplishing steps f. and g. or damage may result to thermal relief poppet in shimmy damper.

h. Close bleeder valve and operate hand pump until shimmy damper indicator rod is over "FULL" mark.

i. Disconnect hand pump and replace cap on alemite fitting.

**3-109B. SERVICING NOSE LANDING GEAR SHIMMY DAMPER.** See figure 1-24.

**3-110. NOSE LANDING GEAR WHEEL.**

3-111. The nose landing gear is equipped with a 20 x 4.4-inch split type, cast magnesium wheel assembly consisting of bearings, and a 20 x 4.4-inch extra high-pressure tire and tube.

**3-112. REMOVING NOSE LANDING GEAR WHEEL.** To remove nose landing gear wheel, proceed as follows:

Case MDL No. 875 Document 77764-10 Filed 08/30/11 Page 51 of 61
Case 3:11-cv-09376-USW Document 94-10 Filed 08/19/11 Page 20 of 30

a. Install axle jack under jacking stub. (Refer to paragraph 1-28.)

b. Remove cover assembly and retaining ring.

c. Remove cotter pin, retaining nut, washer, and spacer from axle.

d. Remove snap ring, dust cover, and wheel bearing.

e. Slide wheel from axle.

3-113. DISASSEMBLING NOSE LANDING GEAR WHEEL. To disassemble nose landing gear wheel, proceed as follows:

a. Remove snap ring, dust cover, felt retainer and inboard bearings.

b. Remove valve cap and deflate tire by removing valve core.



**CAUTION**

Do not loosen or remove nuts from wheel section tie bolts until tire is completely deflated.

c. Lay wheel and tire flat and use a suitable bead tool or rubber mallet to loosen the bead from the rim flange. Reverse wheel and loosen tire beads.

d. Remove wheel section attachment nuts and lift out upper side of wheel.

e. Place tire on edge and remove other section of wheel.

3-114. ASSEMBLING NOSE LANDING GEAR WHEEL. To assemble nose landing gear wheel, proceed as follows:

a. Place deflated tube in tire and align balance marks.

EXHIBIT 6 - PAGE 213

Section III                         AN 01-60FGB-2

Case MDL No. 875 Document 7776-10 Filed 08/30/11 Page 53 of 61
Case 1:10-cv-09375-JSW Document 94-10 Filed 08/19/11 Page 22 of 30



**NOTE:** Before assembling nose gear fork make sure all parts are clean and free of corrosion.*

**1** Slide dust cover, felt seal and lower bearings over fork end.

**2** Insert centering spring and spring retainer into fork opening.

**3** Slide centering cam over fork end.

T-256 SPANNER WRENCH

**NOTE:** With airplane on ground, use T-256 Spanner wrench to tighten spindle plug to 1000 inch-pounds; then loosen cap to approximately 150 inch-pounds and retighten plug to 300 (±50) inch-pounds.

GREASE FITTING

**4** Place fork assembly in suitable vise and insert short block of wood into fork opening against spring retainer. Tighten vise to compress centering spring until hole in spring retainer is aligned with slot in fork.

**CAUTION:** Extreme care must be used, the centering spring will eject the spring retainer with sufficient force to endanger personnel and damage equipment.

① **NOTE:** On T-28Ba through T-28Bh airplanes and T-28Bi airplanes 138295 through 138328, the cam follower bearings are prepacked and do not incorporate grease fittings.

**5** Align hole in centering cam with slot in fork and hole in spring retainer.

**6** Insert and align cam slides with cam.

**7** Insert cam cross rod.

**8** Remove fork assembly from vise and install cotter pins in cam cross rod.

**9** Install cam followers in spindle housing.

**10** Insert fork assembly into spindle housing and install upper bearing, felt seal, dust cover and washer.

**11** Position shimmy damper cap so bolt hole in cap aligns with bolt hole in spindle housing.

**12** Install spindle plug.

**13** Install shimmy damper.*

**14** Install nose gear wheel. *

**15** Remove jacks.*

* REFER TO INDEX FOR PAGE NUMBER OF APPLICABLE PROCEDURE

① T-28Bi AIRPLANES 138329 THROUGH 138367,
T-28Bj AIRPLANES AND SUBSEQUENT AND ALL
T-28C AIRPLANES

T-28C-2-34-1B

*Figure 3-15. Assembling and Installing Nose Landing Gear Fork*

EXHIBIT 6 - PAGE 215

Section III

AN 01-60FGB-2



**NOTE:** When installing strut fairings and wheel doors, strut fairing land should clear wheel doors by a minimum of 3/16 inch. File strut fairing land if necessary, to obtain this clearance.

**NOTE:** Clevis bolt must be free to rotate. Do not over torque.

000. TO .002 IN.

*DETAIL* **A**

1/4 IN. TOTAL AMOUNT OF FORE AND AFT PLAY ALLOWABLE

**NOTE:** Nose wheel should extend and lock with a minimum load of 55 pounds applied at centerline of axle and parallel to ground, to simulate air loads under flight conditions.

**1** Lift shock strut into position and insert trunnion pins, using special tool T287. Distribute shims evenly on both ends of trunnion to obtain a total clearance of .002 to .020 inch. Install and secure retaining nuts.

**2** Swing strut forward and install emergency bungee assembly. Install and secure attaching bolt.

**3** Connect drag brace units. Tighten bolt so that there is no binding and no more than .002-inch clearance between parts. (See detail **A**)

**NOTE:** Make sure bolt securing rod to drag brace is installed with head facing forward.

**NOTE:** If drag brace is removed at strut lug, re-install and tighten nut to obtain zero side play of bearing on shaft. Back off nut to nearest castellation, and safety. The bearing must be free to rotate on shaft.

**4** With gear down and locked, bottom actuating cylinder and adjust rod to fit. Shorten rod two full turns, and reconnect and secure cylinder to arm.

**5** With gear retracted, adjust serrated bracket of uplock roller so that roller contacts lower face of uplock hook.

**6,7** Install hinge wire and secure.

**8** Attach arms to brackets, and install and secure bolts. Manually retract gear and adjust linkage to close door without buckling skin. Adjust clearance between wheel doors to obtain 1/16-inch gap between inboard edges of doors.

**9** Attach arm. Manually retract gear and adjust linkage to close door without buckling skin.

**NOTE:** Install bolt securing door linkage to strut down, (head on top) to prevent it from chafing on lower beam assembly during normal operation. (Detail B.)

**10** Connect electrical leads to gear position indicating light.

**NOTE:** Make sure electrical wiring clamp on nose gear trunnion is in a position to prevent damage to electrical wiring during retracting and extending cycles.

**11** The nose gear should retract up and locked with a maximum of 1300 psi.

**NOTE:** All moving parts must work freely after assembly; therefore, full torque is not required. Tighten fasteners to obtain maximum torque consistent with movement of installed parts.

T-28BC-2-33-15C

*Figure 3-16. Installing and Adjusting Nose Landing Gear Assembly, Doors and Fairing*

Case MDL No 875 Document 77764-1 Filed 08/30/11 Page 55 of 61
Case 6 CV-09376 USW Document 94510 Filed 08/19/11 Page 24 of 30

AN 01-60FGB-2                                                                    Section III



**SHIMMY DAMPER UNIT**

USE MIL-0-5606

**DETAIL A**

**FILE FLUSH**

**PISTON POSITION INDICATOR**

6 1/8 (± 1/32) IN.

1 With the nose wheel pivoted to the right so that piston rod on damper unit is at a point of minimum extension, place damper unit in position on pivot bracket, with piston bottomed. Adjust piston rod end so that it is 1/8 (±1/32) inch short of sliding onto the spindle crank. This ensures that the piston will not bottom in the full right position.

2 Manually pivot nose wheel to the left so that piston rod is at a point of maximum extension, and place damper unit in position, on pivot bracket, with piston bottomed (fully extended). The piston rod end should be 1/8 (±1/32) inch too long to slide onto the spindle crank. This ensures that the piston will not bottom in the full left position.

3 With safety washer in place, tighten locknut on rod end and torque to 95-110 inch-pounds. Then secure locknut with safety wire.

4 Install damper unit and check alignment of piston rod. Use washers, as needed, between damper unit bottom pad and mounting bracket, to prevent misalignment of piston rod.

1 1/8 (± 1/32) IN.

**PISTON ROD**

2 1/8 (± 1/32) IN.

**NOTE:** When installing new piston rod position indicator, slide indicator on piston rod and bottom piston in minimum throw position. With indicator flush against face of damper unit, file tab ends off flush with end of piston rod; then position indicator 1/8 inch back from rod end. (See detail A.)

5 Install pivot shaft washers and retaining nut. Adjust retaining nut to allow free rotation of damper unit with a minimum of end play. Secure retaining nut with cotter pin.

6 To check damper when indicator is installed, slide indicator down piston rod approximately one inch. Rotate nose wheel 360 degrees; note distance from end of indicator to end of piston rod. Distance must be 1/8 (±1/32) inch.

7 Fill and bleed shimmy damper.

\* Refer to index for page number of applicable procedure

**NOTE:** Do not remove shimmy damper from strut at this connection.

T-288C-2-33-4B

*Figure 3-17. Installing and Adjusting Nose Landing Gear Shimmy Damper*

Case: MDL No 875 JSW Document 77764-1 Filed 08/30/11 Page 56 of 81
Case 5:11-cv-03365-JSW Document 194-10 Filed 08/19/11 Page 29 of 30

b. Dust tubes contacting surface lightly with tire compound (Specification MIL-C-5024).

c. Install valve core and partially inflate tube.

d. Insert section of wheel with valve stem hole and use blunt tool to work valve stem through hole.

e. Place tire on edge; insert other section of wheel and align key marks.



**CAUTION**

Care must be used not to "pinch" tube between wheel sections.

f. Install wheel section attachment nuts and torque to 300 inch-pounds.

g. Inflate tire to seat beads. Deflate and then inflate to required pressure.

**Note**

Grease bearings with high temperature grease (Specification MIL-G-3545) before installation.

h. Install inboard bearings, felt retainer, dust cover and snap ring.

3-115. INSTALLING NOSE LANDING GEAR WHEEL. To install nose gear wheel, proceed as follows:

a. Slide wheel onto axle.

b. Install wheel bearing, dust cover, and snap ring.

c. Install spacer retaining washer and nut.

d. With wheel spinning, tighten retaining nut until wheel binds. This is to align and seat the wheel bearing properly and to center the wheel.

e. Back off nut until it clears washer; then tighten nut until nut and washer contact and continue to tighten nut until a sharp drag is felt between nut and washer. As long as the wheel or bearings have not moved after the first step, a sharp drag can be felt on the nut with the use of a small wrench, because all clearances have been taken up in the previous step. Do not use a wrench with a long handle or extension.

f. After a sharp drag is felt, check to see whether any of the nut safety holes are in alignment with the axle safety holes. Check 360 degrees around nut and axle. If safety holes are in alignment, install safety pin.

g. If there are no safety holes in alignment, continue tightening nut until the first alignment of safety holes between nut and axle is reached. Because of cross holes in axle, 90 degrees apart, and six holes in retaining nut, the nut will have to move a maximum of 1/12 turn to align with the first safety hole. This is only a 0.005-inch maximum movement of the nut toward the washer. The wheel bearings must not have any play.

h. Install safety pin.

i. Remove jack.

**Note**

When these instructions have been complied with, there will be only a small amount of drag when the wheel is spun.

3-116. WHEEL BRAKE SYSTEM.

3-117. The wheel brake system on T-28B and T-28C airplanes is identical. The wheel brake system consists of four master brake cylinders, two transfer valves, provisions for parking brakes, and two wheel brake assemblies. (See figure 3-18.) The wheel brake system receives its fluid supply from the hydraulic power system reservoir. Pressure for the wheel brake system is produced and delivered when the master brake cylinders in either cockpit are manually actuated by depressing the corresponding rudder pedals. The transfer valves separate the forward and aft cockpit brake systems and allow independent operation of the brakes from either cockpit. The wheel brake assemblies produce the braking action at the wheels when the master brake cylinders are actuated in either cockpit. Provisions for parking brakes have been incorporated in the wheel brake system to retain pressure in the lower brake lines and to compensate for thermal expansion when parking brakes are applied.

3-118. FUNCTION OF WHEEL BRAKE SYSTEM.

3-119. A force applied to the rudder pedals actuates the master brake cylinders through mechanical linkage and builds up pressure in the brake system. When the master brake cylinders in the forward cockpit are actuated, pressure is produced and supplied directly to the brake assemblies through the transfer valve if the master brake cylinders in the aft cockpit are not actuated. When the master brake cylinders in the aft cockpit are actuated, pressure is produced and supplied to the shuttle piston in the transfer valve which closes off the port to the forward cockpit brake system. Pressure then builds up on the other side of the shuttle piston and applies a force to the brake assemblies. Fluid pressure in the brake assembly exerts a force against the brake pistons and brake linings and creates friction on a single rotating wheel disk attached to the wheel by drive keys. Kinetic energy, developed by the rotation of the landing gear wheel, is converted into heat energy by friction between the rotating disk and the brake linings. This energy is dissipated by the large cooling areas of the brake assemblies. Pressure at the brake assemblies is directly proportional to the load applied at the rudder pedals. The parking brake valves act as check valves to hold pressure in the brake assemblies when the parking brake handle is set. When the handle is pulled before or after pedal force is applied, and the pedals are released before the handle is released, the parking valve closes. Consequently, pressure is locked in the brake assemblies to hold the brakes engaged when the airplane is unattended. (See figure 3-19.)

EXHIBIT 6 - PAGE 218

Case MDL No. 875 Document 7776-1 Filed 08/30/11 Page 57 of 61
Case 1:10-cv-09375-JSW Document 94-10 Filed 08/19/11 Page 29 of 30



*Figure 3-18. Brake System*

Case MDL No. 875 Document 7776-1 Filed 08/30/11 Page 58 of 61
Case 5:11-cv-09376-JSW Document 5410 Filed 08/19/11 Page 27 of 30



*Figure 3-19. Brake System Schematic*

3-120. TROUBLE SHOOTING WHEEL BRAKE SYSTEM.

| TROUBLE | PROBABLE CAUSE | REMEDY |
|---|---|---|
| Spongy rear cockpit brakes. | Air in rear cockpit brake system. | Bleed rear cockpit brake system. |
| Brakes fail to release properly. | Brake linkage binding. | Replace bent or broken linkage. |
|  | Weak or broken master brake cylinder return spring. | Replace master brake cylinder. |
| Excessive rudder pedal travel. | Excessively worn lining. | Replace lining. |
|  | Leak in hydraulic system. | Repair leak. |
| Fluid leaking around the piston cavity of wheel brake assembly. | Faulty "O" ring seals on piston. | Replace faulty "O" ring seal. |
| Fluid leaking around automatic adjusting pin. | Faulty "O" ring seal in cylinder head. | Replace faulty "O" ring seal. |
| Brakes chatter. | Loose or damaged drive keys. | Replace or tighten drive keys. |
|  | Warped disk. | Replace disk. |
| Parking brakes fail to park. | Defective parking brake valve. | Replace defective valve. |
|  | Improper clearance at parking brake valve. | Adjust linkage. |
| Parking brakes require excessive rudder pedal force to release. | Improper clearance at parking brake valves. | Adjust linkage. |
|  | Faulty parking brake valve. | Repair or replace valve. |
| Unequal braking between right and left brake. | Oil or grease on brake disk. | Clean disk and replace lining if necessary. |
|  | Worn lining. |  |
|  | Excessive friction in linkage on one side. | Replace bent or broken parts. |
| Dragging brakes. | Dirt in system causing malfunction of master cylinder. | Clean units and flush system. |
|  | Piston in brake assembly dirty. | Disassemble brake and clean piston. |
|  | Automatic adjusting pin gland nut improperly torqued. | Reset pin and properly torque gland nut. |

3-121. OPERATIONAL CHECK OF WHEEL BRAKE SYSTEM.

3-122. To check wheel brake system, proceed as follows:

a. Remove cap screw from bleeder port on brake assembly.

b. Attach test pressure gage at bleeder port on brake assembly.

c. Bleed test pressure gage by opening bleeder port and depressing corresponding rudder pedal.

**Note**

Do not release pedal while pressure gage is being bled. Air will be drawn into the brake system and cause false indication on test gage.

d. With bleeder port open, apply approximately 125 pounds force to corresponding brake pedal in forward cockpit.

e. The test gage on brake assembly should read 480 to 580 psi.

Revised 30 January 1958

3-37

EXHIBIT 6 - PAGE 221

AN 01-60FGB-2



3 RUDDER PEDAL

5

5 SPRING ADJUSTMENT

1 MASTER BRAKE CYLINDER
2 SUPPLY PORT
4 PRESSURE PORT

1 Position and mount the master brake cylinder to attaching points on the rudder pedal and the rudder bar.

2 Connect the flex hose that supplies the brake system with hydraulic fluid to the master brake cylinders supply port.

3 Bleed master brake cylinder by slowly pumping rudder pedal until air free fluid appears from the master brake cylinder pressure port.

4 With the rudder pedal depressed, connect the flex-hose that supplies the brake system with pressure to the master brake cylinder pressure port.

5 Set spring adjustment on master brake cylinder so that initial movement of rudder pedal requires a 20 ($\pm$5) pounds force.

NOTE: If required 20 ($\pm$5) pounds force cannot be obtained by adjusting check nut, spring should be replaced.

6 Refill hydraulic reservoir and check brakes for spongy action. Bleed if necessary. Check wheel brake system according to existing instructions.

T-28BC-2-33-68

*Figure 3-20. Installing and Adjusting Master Brake Cylinders*

f. Repeat steps d. and e. to check aft cockpit brake system.

g. Repeat steps a. through f. to check opposite brake system.

h. When check is complete, close bleeder port, remove test pressure gage, and install cap screw.

i. Check brakes for spongy action; bleed if necessary. (Refer to paragraph 1-49.)

j. Check fluid level in hydraulic reservoir; fill if necessary. (Refer to paragraph 1-40.)

3-123. BLEEDING FORWARD COCKPIT WHEEL BRAKE SYSTEM.

3-124. Refer to paragraph 1-49.

3-125. BLEEDING AFT COCKPIT WHEEL BRAKE SYSTEM.

3-126. Refer to paragraph 1-49.

3-127. MASTER BRAKE CYLINDERS.

3-128. The master brake cylinders, located directly in front of the rudder pedals on the rudder bar, are attached to the pedals. The piston and actuating rod are spring-loaded to the extended (off) position. The master cylinder is supplied with fluid from the hydraulic system reservoir. When the master cylinder piston is in the "brakes off" position, a small passage is opened to keep lines from the master cylinder to the brake assembly full of fluid. Initial motion of the actuating rod closes the passage and traps the fluid below the piston. Further motion drives the piston downward and creates braking pressure at the wheels.

3-129. INSTALLING AND ADJUSTING MASTER BRAKE CYLINDERS. See figure 3-20.

3-130. WHEEL BRAKE TRANSFER VALVES.

3-131. Two transfer valves are mounted on the hydraulic panel, located in the equipment compartment in the left side of the fuselage, outboard of the nose wheel well. These valves separate the forward and aft cockpit brake systems but allow operation of the brakes from either system. Fluid flow from the forward cockpit brakes passes directly through the transfer valve to the brake assembly. Fluid from the aft cockpit brakes is blocked behind a spring-loaded shuttle piston. Pressure from the aft brake master cylinders closes off the forward cockpit pressure line and acts against the piston producing pressure into the lower brake lines and brake assemblies.

3-132. PARKING BRAKES.

3-133. Parking brakes have been incorporated in the wheel brake system to retain applied pressure in the lower brake lines when the airplane is unattended. The parking brakes consist of a parking brake handle located to the right of the instrument panel in the forward cockpit, two parking brake valves with compensators, and a cable linkage that connects the handle with the valves. The parking brakes are applied by depressing the rudder pedals, pulling the parking brake handle, releasing the rudder pedals, and then releasing the parking brake handle. When the parking brake handle is released it will return to the retracted position. The parking brakes are released when the rudder pedals are depressed with sufficient force to overcome the trapped pressure in the lower brake lines. The parking brakes are operated from the forward cockpit only.

3-134. PARKING BRAKE VALVES AND COMPENSATORS. The parking brake valves are mounted on the hydraulic panel, located in the equipment compartment on the left side of the fuselage, outboard of the nose wheel well. Cable linkage connects the parking brake handle in the front cockpit with the parking brake valve actuating lever. The actuating arm is spring-loaded to the open position. When the actuating arm is moved to apply the parking brake, a poppet is seated and brake pressure is locked at the wheels. When the pressure is overcome, the poppet unseats and moves to the open position. A compensating spring and piston assembly in the structure of the parking brake valve relieves extreme pressures caused by thermal expansion

EXHIBIT 6 - PAGE 222

Case MDL No. 875 Document 7776-10 Filed 08/30/11 Page 61 of 61
Case 3:MDL-cv-093765USWV Document 94-10 Filed 08/19/11 Page 30 of 30

and retains pressure produced by the master brake cylinder for parking.

**3-135. RIGGING AND ADJUSTING PARKING BRAKES.** See figure 3-21.

**3-136. WHEEL BRAKE ASSEMBLIES.**

**3-137.** A three-spot, single-disk, hydraulic brake assembly is mounted on each main landing gear strut flange. Pressure from the master brake cylinders exerts a force against three inboard movable piston and brake lining assemblies. The force is transmitted to the rotating disk which, in turn, is pressed against three outboard fixed lining assemblies to create a restraining action on the disk. The brake clearances are self-adjusting, because the return of the pistons is limited to a preset clearance between retaining plate and plunger.

**3-138. REMOVING BRAKE ASSEMBLIES.** To remove brake assemblies, proceed as follows:

a. Remove main landing gear wheel fairing. (Refer to paragraph 3-83.)

b. Install axle jack under jacking stub. (Refer to paragraph 1-28.)

c. Remove main landing gear wheel. (Refer to paragraph 3-89.)

d. Disconnect and cap hydraulic brake lines.

e. Remove nuts, bolts, and washers that attach brake assembly to strut flange.

f. Remove brake assembly from strut axle.

**3-139. DISASSEMBLING BRAKE ASSEMBLIES.** To disassemble brake assemblies, proceed as follows:

a. Place brake assembly on a clean bench.

b. Slide rotating brake disk from between inner and outer brake linings.

c. Remove outboard stationary disks and lining blocks from brake housing.

d. Loosen and remove self-adjusting pin gland nut.

e. Unscrew cylinder head from brake housing.

f. Remove self-adjusting pin grip and washer.

g. Remove "O" ring packings from cylinder head.

h. Push piston assembly out of housing cavity; remove "O" ring packing from piston.

i. Remove snap ring from piston and unscrew threaded retaining ring. The movable retaining plate, piston return spring, and self-adjusting pin may then be removed from the piston.

j. Remove bleeder screw, washer, inlet bushing, and gasket from housing.

**3-140. ASSEMBLING BRAKE ASSEMBLIES.** To assemble brake units, proceed as follows:

a. Screw inlet bushing and gasket into brake housing.

b. Install bleeder screw and washer into inlet bushing.

c. Install "O" ring packing on piston.

d. Place piston return spring over self-adjusting pin, and slide spring into piston.

e. Place movable retaining plate over pin, and press plate into piston to depress spring.

f. Screw threaded retaining ring into plate and install snap ring.

g. Slide piston assembly into brake housing cavity.

h. Install packings on cylinder head.

i. Install self-adjusting pin grip and washer on cylinder head.

j. Screw cylinder head into brake housing until exposed portion of head is flush with brake housing.

k. Install brake linings in the recesses of the piston and housing cavities.

l. Place rotating disk between linings.

**3-141. INSTALLING BRAKE ASSEMBLIES.** To install brake assemblies, proceed as follows:

a. Slide brake assembly onto axle until assembly contacts wheel flange.

b. Install torque flange bolts through holes in flange and brake carrier. Secure with washers and nuts.

c. Install hydraulic lines.

d. Install wheel and tire assembly. (Refer to paragraph 3-92.)

e. Remove jack. (Refer to paragraph 1-28.)

f. Install main landing gear wheel fairing. (See figure 3-14.)

g. Bleed brake system. (Refer to paragraph 1-49.)



**3** CLEARANCE ADJUSTMENT

.010 (± .002) INCH

**1** PARKING BRAKE HANDLE

(FORWARD COCKPIT)

**2** TURNBUCKLE

LEFT SIDE OF FUSELAGE ON EQUIPMENT PANEL OUTBOARD OF NOSE WHEEL WELL.

**1** Rig parking brake cable between parking brake handle and parking brake valve lever arm.

**2** Adjust parking brake cable at turnbuckle to remove cable slack only.

**3** Apply pressure to brake system and adjust parking brake valves to obtain a clearance of .010 (±.002) inch between the actuating lever arm and poppet stem. When this clearance is obtained the parking brake cable tension will be automatically adjusted.

T-28C-2-33-13

*Figure 3-21. Rigging and Adjusting Parking Brakes*

EXHIBIT 6 - PAGE 223