1
2
3    Ronald A. McIntire, Bar No. 127407
     RMcIntire@perkinscoie.com
4    Bo W. Kim, Bar No. 217394
     BKim@perkinscoie.com
5    **PERKINS COIE LLP**
     1888 Century Park East, Suite 1700
6    Los Angeles, CA  90067-1721
     Telephone: 310.788.9900
7    Facsimile:  310.843.1284

8    Attorneys for Defendant
     THE BOEING COMPANY
9
10
11                **UNITED STATES DISTRICT COURT**

12            **FOR NORTHERN DISTRICT OF CALIFORNIA**

13              **BEFORE THE JUDICIAL PANEL ON**
                    **MULTIDISTRICT LITIGATION**
14

15   | IN RE: ASBESTOS PRODUCTS | MDL Case No. 875 |
     LIABILITY LITIGATION
16

17   PATTI DONLON, Individually and as            N. D. Cal. Case No. CV 11 3376
     Successor-in-Interest to the Estate of
18   PATRICK THEISEN DONLON,                      **DEFENDANT THE BOEING COMPANY'S**
     Decedent, SEAN DONLON; and DOES             **OPPOSITION TO PLAINTIFFS' MOTION**
19   ONE through TEN, inclusive,                  **TO VACATE CONDITIONAL TRANSFER**
                                                  **ORDER**
20                          Plaintiffs,
                                                  **ATTACHMENT 2, PART 4 OF 4 –**
21          v.                                    **DECLARATION OF MICHAEL**
                                                  **LOMBARDI**
22   AC AND S, INC., et al.,

23                          Defendants.

24                                                Panel Hearing Date:        September 27, 2011
25
26
27
28

ATTACHMENT TO BOEING'S OPPOSITION TO
PLAINTIFFS' MOTION TO VACATE CTO

Ronald A. McIntire, Bar No. 127407
RMcIntire@perkinscoie.com
Bo W. Kim, Bar No. 217394
BKim@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendant
THE BOEING COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTI DONLON, Individually and as Successor-in-Interest to the Estate of PATRICK THEISEN DONLON, Decedent, SEAN DONLON; and DOES ONE through TEN, inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>AC AND S, INC., et al.,<br><br>Defendants. | Case No. CV 11 3376<br><br>**DEFENDANT THE BOEING COMPANY'S EXHIBITS TO DECLARATION OF MICHAEL LOMBARDI IN SUPPORT OF DEFENDANT THE BOEING COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND; EXHIBIT 6, PART 3**<br><br>Date: October 7, 2011<br>Time: 9:00 a.m.<br>Judge: Honorable Jeffrey S. White |

**AN 01-60FGB-2**







### RESETTING SELF−ADJUSTING PINS

Break safety wire and loosen self−adjusting pin gland nuts. Force piston into housing as far as possible; then retorque gland nuts to 15 foot-pounds and safety

### CHECKING BRAKE LINING FOR WEAR

With brakes applied, measure distance between the brake housing and rotating disk. Replace linings if clearance between housing and disk exceeds 0.194 inch. If brakes are disassembled, check lining wear by measuring its thickness. If lining is less than $\frac{3}{16}$-inch thick it must be replaced.

**NOTE:** If any lining requires replacement all linings must be replaced.

### RELINING BRAKES

To reline brakes, remove rotating disk and worn linings. Reset self-adjusting pins. Place a small amount of Specification MIL-L-3545 on side of the lining with the smaller diameter and install lining and rotating disk.

**CAUTION:** Do not use excessive amount of grease. Be sure that the surface of lining which contacts the rotating disk is free of grease.

1-288C-2-33-14B

*Figure 3-22. Relining and Resetting Wheel Brake Assemblies*

          EXHIBIT 0 PAGE 224

Case MDL No 875 Document 7776-11 Filed 08/30/11 Page 4 of 27
Case 3:10-cv-09376-JSW Document 5411 Filed 08/03/11 Page 9 of 26

AN 01-60FGB-2

Section III
Paragraphs 3-142 to 3-147

**CAUTION**

It is of the utmost importance that brake sys-
tems be bled immediately after installation or
that the airplane be tagged in such a manner
that it will not be taxied until the brakes have
been bled.

3-142.  RELINING AND RESETTING WHEEL
BRAKE ASSEMBLIES. See figure 3-22.

**3-143. SPEED BRAKE SYSTEM.**

3-144.  The speed brake system on the T-28B and T-28C
airplanes is identical. An electrically controlled, hydrau-
lically actuated speed brake is located under the bag-
gage compartment aft of the rear wing spar. (See figure
3-24.) It is of all-metal construction and fits flush with
the lower fuselage contour when the speed brake switch
is in the "OFF" (closed) position. The brake may be
operated from the top switch on the throttle control in
either cockpit, depending upon the position of the trans-
fer control shift switches. (Refer to paragraph 9-173
for detailed information on the control shift switches.)
The brake is held closed (OFF) by mechanical locks
linked together to ensure simultaneous action which
occurs with the first movement of the actuating cylinders.
The open (ON) position is maintained by hydraulic
pressure. In the event of an electrical failure, the sole-
noid-operated hydraulic control valve, being spring-
loaded to the neutral position, will vent both sides of
the cylinder to the return line. Therefore, if the speed
brake is in the open position, the air pressure loads
against the speed brake door will return it to a trailing
position. The speed brake cannot be opened if an elec-
trical failure occurs. In the event of a hydraulic failure
with the speed brake open, the brake will return to a
trailing position when the speed brake control switch is
positioned to "OFF." The speed brake may be opened
or closed by use of the hydraulic hand pump if the
engine-driven pump fails.

**CAUTION**

Do not operate speed brake while baggage
compartment door is open. If speed brake is
operated while baggage compartment door is
open, the aft edge of the speed brake will not
clear the baggage compartment door.

3-145.  FUNCTION OF SPEED BRAKE SYSTEM.

3-146.  Moving the speed brake control switch to the
"ON" position de-energizes the hydraulic system sole-
noid-operated by-pass valve so that hydraulic pressure
is available and energizes the speed brake solenoid valve
to the brake open position. Hydraulic pressure is then
routed to the brake actuating cylinders which release the
mechanical locks by use of a linkage arrangement and the
speed brake is actuated to the open position. On T-28Cg
airplanes and subsequent, and airplanes having Service
Change No. 49 complied with, a pressure reducing valve
and a check valve are installed in the speed brake open
line. These valves are installed to reduce nose pitch-up
when the speed brake is extended. The hydraulic system
remains pressurized as long as the speed brake is open.
Moving the speed brake control switch to the "OFF"
(closed) position energizes the speed brake solenoid
valve to the brake closed position, and allows hydraulic
pressure to close the brake. When the speed brake is
closed and locked, the limit position switches are actu-
ated and return the speed brake solenoid valve to the
neutral position. The circuit to the hydraulic system
solenoid-operated by-pass valve is then closed, and the
hydraulic solenoid-operated by-pass valve is energized.
Under these conditions, the hydraulic system is depres-
surized if the landing gear is "UP" and locked, wing
flaps are up, wing flap handle is in the "UP" position,
canopy handle switches are released, and arresting gear
is in the "UP" and locked position.

3-147.  TROUBLE SHOOTING SPEED BRAKE SYSTEM.

| TROUBLE | PROBABLE CAUSE | REMEDY |
|---|---|---|
| Speed brake fails to open. | Hydraulic system circuit breaker out (OFF). | |
| | Control shift switch not positioned for the speed brake control switch being used. | |
| | Defective wiring in speed brake electrical control circuit. | |
| | Speed brake solenoid control valve defective. | |
| | Hydraulic system not pressurized. | Check pressure source. Check hydraulic system solenoid-operated by-pass valve. |
| | Mechanical locks not releasing. | Inspect for bent, broken or maladjusted lock mechanism. Replace or adjust linkage. (See figure 3-24.) |

AN 01-60FGB-2

| TROUBLE | PROBABLE CAUSE | REMEDY |
|---------|----------------|--------|
| Speed brake fails to close. | Hydraulic system circuit breaker out (OFF). Defective wiring in speed brake electrical system. Defective speed brake control valve. Position switch sticking or otherwise defective. | Inspect for freedom of action. Replace if defective. |
| Speed brake does not close flush with fuselage contour. | Hydraulic actuating cylinder rods improperly adjusted. Position switches improperly adjusted. Speed brake panel or actuating mechanism binding. Mechanical lock does not function properly. | See figure 3-24. See figure 3-24. Check for signs of damage or misalignment. Inspect locking mechanism for freedom of operation. Check adjustment. |

3-148. SPEED BRAKE CONTROL SWITCHES.

3-149. The speed brake control switches are installed in the top of each throttle control handle which is located in the engine control quadrants on the left-hand side of each cockpit. Actuating either one of these switches will open or close the speed brake panel. The control switch is thumb-operated and has two positions, "ON" and "OFF."

3-150. SPEED BRAKE CONTROL VALVE.

3-151. The speed brake solenoid-operated hydraulic control valve is located slightly forward of the speed brake panel and to the lower left side of the cockpit floor. It is normally in the closed position due to spring tension. When current from the control switch actuates the solenoid of this control valve, the poppet unseats and allows hydraulic pressure to pass through the line to the hydraulic cylinders. This brake control valve has two hydraulic poppets, one to open and one to close the speed brake panel. (See figure 3-23.)

3-152. REMOVING SPEED BRAKE CONTROL VALVE. To remove valve, proceed as follows:

a. Disconnect electrical plug on solenoid side of valve.

b. Remove four hydraulic lines from valve by loosening disconnect fittings.

c. Remove four bolts and four washers which secure valve to support assembly.

3-153. INSTALLING SPEED BRAKE CONTROL VALVE. To install valve, proceed as follows:

a. Position valve in place and install four bolts and four washers.

b. Install four hydraulic lines to valve fittings.

c. Connect electrical plug to solenoid side of valve.

3-154. SPEED BRAKE ACTUATING CYLINDER.

3-155. The speed brake actuating cylinders are located slightly forward of the baggage door on the left and right side of the baggage compartment. Each cylinder is a double acting piston type. Pressure is directed to one side of the cylinder piston and the other side used as a return. The directing of pressurized fluid from one side of the piston to the other actuates the piston rod up and down. (See figure 3-23.)

3-156. REMOVING SPEED BRAKE ACTUATING CYLINDER. To remove left or right cylinder, proceed as follows:

a. Open baggage compartment door.

b. Open speed brake panel. (Refer to paragraph 3-162.)

c. Unsnap 12 fasteners holding boot to intercostal.

d. Disconnect hydraulic lines from fittings at each end of cylinder.

e. Remove pin, washer, and stud from lower end of cylinder rod at panel bracket.

f. Remove cotter pin, nut, bolt, and two washers from upper end of cylinder and remove cylinder through bottom of intercostal.

g. Disconnect and remove clamp around cylinder boot by removing nut, washer and bolt.

3-157. INSTALLING SPEED BRAKE ACTUATING CYLINDER. To install left or right hydraulic cylinder, proceed as follows:

a. Install boot on cylinder with sleeve of boot towards the top of cylinder.

b. Position cylinder up through intercostal and line up hole in bell crank with bearing hole in top of cylinder and install bolt, two washers, nut, and cotter pin.

EXHIBIT 6 - PAGE 228



PRESSURE REDUCING VALVE
LIMITS DEGREE OF SPEED
BRAKE PANEL OPENING AT
SPEEDS ABOVE 250 KNOTS

**Figure 3-23. Speed Brake System**

c. Adjust cylinder rod to panel. (See figure 3-24.)

d. Install cylinder rod end to panel bracket with stud, washer and pin. Be sure stud is installed with head inboard and that chain is installed on pin. (See figure 3-24.)

e. Connect two hydraulic lines, one to top cylinder fitting and one to bottom fitting.

f. Snap 12 boot fasteners to intercostal and install clamp around top of boot sleeve and cylinder with bolt, washer and nut.

**3-158. SPEED BRAKE POSITION SWITCHES.**

3-159. The speed brake position switches are located on the top aft end of the intercostal assembly, slightly forward of the baggage door. One switch is located on left-hand intercostal and one on the right-hand. The switch is of the microswitch type. When the speed brake is closed and locked, the position switches close and return the speed brake control valve to the neutral position. The circuit to the hydraulic system solenoid by-pass valve is then closed, and the system is depressurized.

**3-160. ADJUSTING SPEED BRAKE POSITION SWITCHES.** See figure 3-24.

**3-161. REMOVING SPEED BRAKE PANEL.**

3-162. The parts and components referred to in the following procedure are identified in figure 3-24. Remove the speed brake panel as follows:

a. Open baggage compartment door.

b. Release speed brake panel locks manually; then open speed brake panel by applying hand pressure to trailing edge and applying slight aft pressure to the baggage compartment door, so as to clear speed brake as it is lowered. With the baggage compartment door closed the speed brake may also be opened by turning the d-c power switch to "BAT. ONLY," the speed brake control switch in "ON" position, and operating the hydraulic hand pump.

## WARNING

Keep clear of speed brake when hydraulic system is pressurized.

Case MDL No. 875 Document 7776-61 Filed 08/30/11 Page 7 of 27
Case 3:10-cv-09376-JSW Document 54-11 Filed 08/19/11 Page 8 of 26



1  Position speed brake panel, and install bolts in both hinge pivot points.

2,3  Connect hinge door springs and connect safety chain so that hinge door will open a maximum of 1¼ inches when brake is closed.

4  Close speed brake manually until brake panel is snug against fuselage mold line.

5  To lock panel in fully closed position, adjust locking mechanism catch on speed brake panel by means of serrations.

6  With brake in up position and rollers engaged in hooks, adjust link to extend length between bell crank and

hook; then lengthen link one full turn (approximately 0.040 inch), and install.

7  Fully retract both actuating cylinders, and adjust length of actuating rods to hold speed brake panel in fully closed position.

8  Connect and safety rod ends being sure to install chain on safety pin.

9,10  Adjust lock interconnect cables at turnbuckles so that operation of both locking mechanisms is simultaneous. Rig cables to 70 (±5) pounds.

11  Adjust studs on speed brake panel to actuate position switches when panel is fully closed and locked.

T-288C-2-39-2

*Figure 3-24. Installing and Adjusting Speed Brake Panel*

EXHIBIT 6 - PAGE 228

Case MDL No. 875 Document 7776-11 Filed 08/30/11 Page 8 of 27
Case 3:10-cv-09376-JSW Document 5411 Filed 08/19/11 Page 7 of 26

AN 01-60FGB-2

Section III
Paragraphs 3-163 to 3-171

c. To eliminate accidental speed brake operation, pull HYD. SYS. circuit breaker on the right side of the front cockpit.

d. Remove pins, washers and bolts connecting actuating cylinder rods to brake panel.

e. Disconnect beaded chains and hinge door springs.

f. Remove bolts from speed brake panel hinge pivot points and remove speed brake panel.

3-163. INSTALLING AND ADJUSTING SPEED BRAKE PANEL.

3-164. To install and adjust speed brake panel, see figure 3-24.

**3-165. ARRESTING GEAR SYSTEM — T-28C AIRPLANES.**

3-166. The arresting gear system (figure 3-25) consists of an arresting hook assembly located in the bottom aft fuselage. The arresting hook assembly is mechanically controlled and hydraulically operated and incorporates an electrical mechanically operated position switch system. An air-oil snubber cylinder, connected to the arresting gear hook universal fitting assembly slightly aft of the hook trunnion, functions as a retracting cylinder, an extending cylinder, and a shock absorber. A cam actuating hydraulic cylinder, installed slightly aft of the air-oil snubber, operates a centering cam which returns the arresting gear hook to the proper position to engage the uplock hook. A hydraulic control valve is located aft and to the right of the uplock hook which is operated by mechanical linkage and control cables. This hydraulic control valve controls the hydraulic pressure to the snubber cylinder. A hook position warning light, incorporated in the arresting gear hook control handle, illuminates when the arresting gear hook is in an intermediate position or inadvertently detained in the up position, with the control handle in the down position. The hook position warning light goes out when the hook is up and locked or fully extended and the control handle is in the same relative position.

3-167. FUNCTION OF ARRESTING GEAR SYSTEM — EXTENDING CYCLE.

3-168. Pushing the arresting gear control handle to the down position operates the hydraulic control valve assembly to provide a return path for fluid; simultaneously mechanical linkage unlocks the uplock mechanism and allows the hook to extend by gravity and the impulse of air pressure within the air-oil snubber cylinder. (See figure 3-26.) As the gear extends, the uplock switch is actuated, the position light is illuminated through the downlock switch and the hydraulic system is pressurized. Mechanical linkage, operated from the hydraulic control valve linkage, locks the uplock hook in the released position to prevent accidental locking from hook bounce during an arrested landing. As the arresting gear hook approaches the fully extended position, a dash pot action within the snubber provides a cushioned stop. A restrictor valve, located in the snubber assembly, prevents fluid from returning to the up side of the cylinder. Any bounce of the arresting gear hook causes an up movement of the piston in the snubber cylinder and tends to draw the fluid from the restricted side of the restrictor valve into the cylinder. The vacuum created by this action rapidly returns the piston to the down position. When the arresting hook is in the down position, it actuates the hook down position switch, breaking electrical contact to the warning light and causing the light on the arresting gear control handle to go out.

3-169. FUNCTION OF ARRESTING GEAR SYSTEM — RETRACTING CYCLE.

3-170. Pulling the arresting gear control handle to the up position operates the hydraulic control valve assembly; simultaneously, the position light is illuminated through the uplock switch. (See figure 3-26.) The repositioning of the hydraulic control valve allows system pressure to lower the centering cam and flow to the retracting side of the snubber cylinder which retracts the arresting gear hook, compresses the contained air charge, and builds up pressure for the extending cycle. A cam roller, mounted on the chassis assembly of the arresting gear hook, positions it to the center of the cam when arresting gear hook nears the full up position. The uplock actuating link, driven by the eccentric sector linkage at the hydraulic control valve, repositions the spring-loaded uplock hook to receive and to retain the arresting gear uplock roller. The arresting gear hook, in the up and locked position, actuates the uplock position switch to break electrical contact to the warning light and causes it to go out. Actuating the uplock position switch also energizes the hydraulic system by-pass valve and de-energizes the hydraulic system, provided the landing gears are up and locked, wing flaps are up, wing flap handle is in the "UP" position, speed brake is up and locked, and canopy handle switches are released. This will allow spring tension to retract the arresting gear cam actuating hydraulic cylinder and move the centering cam to the up position.

3-171. TROUBLE SHOOTING ARRESTING GEAR SYSTEM.

| TROUBLE | PROBABLE CAUSE | REMEDY |
|---|---|---|
| Hook fails to extend. | Control system not rigged properly. Uplock hook or linkage not adjusted properly. | Check linkage and cable rigging. Check and adjust. |

| TROUBLE | PROBABLE CAUSE | REMEDY |
|---|---|---|
| Hook extends slowly. | Malfunction of snubber assembly. | Check snubber air pressure. Check snubber for leakage. |
| Hook fails to retract. | Control system not rigged properly. Control valve linkage not adjusted properly. Malfunction of hydraulic system. | Check linkage and cable rigging. Check and adjust. Check hydraulic system. |
| Hook retracts slowly. | Defective snubber cylinders. | Replace. |
| Improper snubber action. | No air or insufficient air in reservoir. Defective snubber. Insufficient oil in reservoir. | Check and refill. Replace. Refill. |
| Hook fails to retract and lock. | Faulty linkage adjustment. | Inspect and adjust linkage. |
| Improper indication of hook position. | Defective indicator light. Improperly adjusted or defective microswitches. | Replace bulb or indicator. Adjust or replace. |

3-172. ADJUSTING ARRESTING GEAR CONTROL SYSTEM.

3-173. To adjust arresting gear control system, see figure 3-27.

3-174. REMOVING ARRESTING GEAR HOOK.

3-175. The parts referred to in the following procedure are identified in figure 3-28. Remove arresting gear mechanism as follows:

a. Release and lower arresting gear hook.

b. Release air pressure in air-oil reservoir.

c. Remove cotter pin, nut, washer and bolt from attaching end of snubber piston rod and arresting gear universal fitting; then disengage rod.

d. Remove cotter pin, washer and screw from head of gear universal pin and down position switch arm.

e. Remove cotter pin, nut, and washer from arresting gear trunnion pin. Remove pin and arresting gear hook assembly.

3-176. INSTALLING AND ADJUSTING ARRESTING GEAR HOOK.

3-177. To install and adjust arresting gear equipment, see figure 3-28.

3-178. OPERATIONAL CHECK OF ARRESTING GEAR SYSTEM.

3-179. Prior to the following check, make sure the snubber assembly has been properly serviced with fluid and air gage reads 300 psi precharge. On T-28Cf airplanes 140606 through 140608 and subsequent, and on airplanes having Service Change No. 69 complied with, air precharge should be from 350 to 450 psi.

**Note**

The arresting gear system cannot be checked correctly unless the hydraulic system is operating properly.

a. Connect external electrical and hydraulic power source.

b. Make sure areas under arresting gear are clear.

c. Push control handle as far as it will go in the down position. The red indicator light in the end of the arresting gear handle should go on momentarily while the hook extends.

d. Pull control handle up as far as it will go. The red indicator light will illuminate momentarily and the centering cam will extend until the arresting gear is up and locked.

e. Using precision push-pull scales, check load required to operate arresting gear control handle. Load required to move control to "DOWN" position should be 18 (±5) pounds maximum. Load required to move control handle to "UP" position should be 21 (±5) pounds maximum.

3-180. ARRESTING GEAR SWITCHES.

3-181. Hermetically sealed microswitches are used in the arresting gear electrical system and are mounted in a protective case. These three switches are of the double-pole, double-throw type. The control handle switch, located to the left of the rear cockpit arresting gear control handle, illuminates the warning lights when hook is not down or up and locked and operates in conjunction with the hook by-pass switch which controls the use of the approach light. (Refer to paragraph 9-136.) The hook down switch, located above the arresting gear trunnion, energizes the warning lights when the hook is not full down and energizes the approach light when the arresting gear hook is full down, the landing gear is down and locked, and the EXT. MASTER lights switch is on. The hook uplock switch, located slightly forward and to the right of the uplock hook assembly, operates the warning lights when the arresting gear hook is not in the up and locked position,

Case: MDL No. 375 Document 7776-6 Filed 08/30/11 Page 10 of 27
Case 3:11-cv-08375-JSW Document 54-1 Filed 08/19/11 Page 9 of 26



*Figure 3-25. Arresting Gear System*

EXHIBIT 6 - PAGE 231

Section III · · · · · · · · · · · · · · · · · · · · · · · · · · AN 01-60FGB-2



Figure 3-26. Arresting Gear System Operation

˙ EXHIBIT 6 - PAGE 232

Case MDL No 875 Document 77764-1 Filed 08/30/11 Page 12 of 27
Case 2:10-cv-093765-JSW Document 94-11 Filed 08/19/11 Page 1 of 26



**1,6** RIG PIN

**SUPPORT ASSEMBLY**
(ROTATED 180 DEGREES)

BELL CRANK
ASSEMBLY

*DETAIL* **A**

**2,6,8,10,13,16** RIG PIN

*DETAIL* **B**

FORWARD COCKPIT
HANDLE ASSEMBLY

**4** 5/32-INCH

*DETAIL* **C**

**1,2** Insert rig pins in bell crank assembly and support assembly.

**3,4** Adjust rod assembly in forward cockpit to position handle assembly to clear upper console cutout by 5/32 inch.

**5** Adjust length of rod assembly front to rear cockpit to fit. Install rod.

**6** Remove two rig pins.

**7** Install bungee with markings up. For ease of installation compress bungee by suitable means at bench and insert 3/16-inch pin in hole near forward end of bungee housing.

**WARNING:** Remove pin after installing bungee.

**8** Install rig pin in support assembly.

**9** Adjust rod to position handle assembly in aft cockpit against the upstop.

**10** Remove rig pin.

**14** CABLE TURNBUCKLES

**18** EMERGENCY BUNGEE

D

E

C

B

**3** ROD ASSEMBLY

**5** ROD ASSEMBLY

A

**7** OVERCENTER CONTROL BUNGEE

**11** Adjust rod assembly in aft cockpit to position handle assembly 1 3/4 (±1/16) inch below upstop.

**12** Adjust bolt on switch assembly until switch actuates. Secure bolt.

**SECTOR ASSEMBLY**

1-3/4 (± 1/16) INCH

**UPSTOP**    **HANDLE ASSEMBLY**    **15,17** RIG PIN

**12** SWITCH ADJUSTMENT BOLT

*DETAIL* **E**
ROTATED 45 DEGREES

**13,15** With rig pin inserted in support assembly, adjust cable turnbuckles so that rig pin can be inserted in sector assembly with cable tension of 110 (±10) pounds. Safety turnbuckles with lock wire.

**16,17** Remove rig pins.

**18** Emergency bungee should be fully extended with cables properly rigged.

**19** After adjusting procedure is complete, load required to move control handle to "DOWN" position should be 18 (±5) pounds maximum. Load required to move control handle to "UP" position should be 21 (±5) pounds maximum.

**9,11** ROD ASSEMBLY

*DETAIL* **D**
( ROTATED 45 DEGREES )

T-28C-2-56-5A

*Figure 3-27. Adjusting Arresting Gear Control System*

EXHIBIT 6 - PAGE 233

Case MDL No. 875 Document 7776-1 Filed 08/30/11 Page 13 of 27
Case 3:11-cv-09376-JSW Document 941-1 Filed 08/19/11 Page 12 of 26



**1** Line up arresting gear hook assembly with trunnion, and intall trunnion pin.

**2** Line up snubber cylinder rod end fitting and install bolt.

**3** Connect arm of down position switch to universal pin with screw.

**4** Adjust the extended length of snubber cylinder rod to obtain arresting gear hook trail position (117 5/16 inch). (Detail A)

**5** Using system pressure, retract arresting gear hook and adjust serrated washers to obtain 0.005 to 0.070 inch clearance between uplock roller and uplock hook.

**6** Release system pressure and snubber air pressure, and remove adjustment bolt lock bar.

**7** Center uplock roller on uplock hook (Detail D) with centering cam in the down position by turning lower hex headed adjustment bolt in the direction required. (Detail C)

**8** Check centering cam adjustment by moving arresting gear hook from side to side using the up gap between centering cam and centering cam roller (Detail E). The distance from side of uplock hook to the end of uplock roller shall be equal to within 1/32 inch at either side of swing.(Detail D). Readjust to step 7 if necessary to obtain this clearance.

**DETAIL A**
ARRESTING GEAR HOOK
IN TRAIL POSITION

117-5/16 INCHES

SNUBBER CYLINDER

**4** SNUBBER CYLINDER ROD

**2** SNUBBER CYLINDER BOLT

EMERGENCY BUNGEE

UPPER HEX HEAD ADJUSTMENT BOLT
**6,16** ADJUSTMENT BOLT LOCK BAR
LOWER HEX HEAD ADJUSTMENT BOLT

UPLOCK HOOK

**G**

**H**

**NOTE:** Full AN torque is not required on bolts having castellated nuts and cotter pins. Tighten fasteners to obtain maximum torque consistent with free motion of installed parts.

**B,D,H**
UPLOCK SWITCH

**C,E,F**

**1** TRUNNION PIN

**3** DOWN POSITION SWITCH ARM

UPLOCK ROLLER

**9,10** With arresting gear hook retracted and system pressure off, adjust centering cam vertically through use of the serrations (Detail E) on both the centering cam and pivot fitting to obtain 3/32 (.1/32) inch clearance with arresting gear hook, when the centering cam is rotated manually.

**14** UPPER HEX HEAD ADJUSTMENT BOLT

**9** CENTERING CAM SERRATIONS

CENTERING CAM

**5** 0.005 TO 0.070 INCH CLEARANCE

UPLOCK HOOK

ADJUSTMENT SLOT

**DETAIL B**
ROTATED 180 DEGREES

**7** LOWER HEX HEAD ADJUSTMENT BOLT

**DETAIL C**
ROTATED 45 DEGREES

T-28C-2-56-2B

*Figure 3-28. Installing and Adjusting Arresting Gear Equipment (Sheet 1)*

Revised 15 November 1956

**EXHIBIT 6 - PAGE 234**

Case MDL No. 875 Document 7776-11 Filed 08/30/11 Page 14 of 27
Case 8:11-cv-09365-JSW Document 94-11 Filed 08/19/11 Page 19 of 26

AN 01-60FGB-2

Section III



**DETAIL D**
ROTATED 135 DEGREES

**11,13** Extend centering cam to full down position and place arresting gear hook in down position; then swing full over to one side and move up to the point where roller contacts centering cam (Detail F).

**8** EQUAL DISTANCE ON EACH SIDE OF UPLOCK HOOK WITHIN 1/32 INCH

UPLOCK ROLLER

UPLOCK HOOK

**A**

ACTUATING CAM ROLLER

CENTERING CAM

ARRESTING GEAR HOOK

**10** 3/32 (± 1/32) INCH CLEARANCE

**DETAIL E**
ROTATED 135 DEGREES

**14,15** Adjust upper hex head adjustment bolt (Detail C) so that the point of contact between centering cam and roller is 5/8 (±1/16) inch from forward end of roller (Detail F).

**16** Reinstall adjustment bolt lock bar.

**15** 5/8 (±1/16) INCH FROM FORWARD END OF ROLLER

**13** CENTERING CAM ROLLER CONTACTING CENTERING CAM

**12** ARRESTING GEAR HOOK

**DETAIL F**
ROTATED 90 DEGREES

**17,18** With aft control handle in full up position, and uplock hook fully engaged with uplock roller, adjust actuating rod to obtain 1/32 (±1/64) inch clearance between uplock hook idler arm and bushing (Detail G).

**19,20** With one person holding arresting gear hook in the up position and pushing the uplock hook to the full open position, adjust stop bolt so that 1 1/32 (±1/32) inch clearance is obtained between the tip of the uplock hook and the uplock roller (Detail H) when the uplock hook idler arm is against the stop bolt and the arresting gear hook is in the full up position.

**11** CENTERING CAM

UPLOCK HOOK

UPLOCK ROLLER

**22** 1/8 (± 1/32) INCH FROM FULLY ENGAGED POSITION

UPLOCK SWITCH

**21** SWITCH LINKAGE ADJUSTMENT

**20** 1-1/32 (± 1/32) INCH CLEARANCE

**19** STOP BOLT ADJUSTMENT

**17** ACTUATING ROD

UPLOCK HOOK IDLER ARM

BUSHING

**DETAIL G**
ROTATED 120 DEGREES

**18** 1/32 (± 1/64) INCH CLEARANCE

ROTATED 45 DEGREES

**DETAIL H**

**21,22** Adjust switch linkage to actuate switch when uplock hook is 1/8 (±1/32) inch from fully engaged position with uplock roller.

**23** With snubber serviced and using system pressure, operate arresting gear hook several times to ensure satisfactory over-all operation. Move arresting gear hook full over to each side during these retractions to observe correct centering during the uplock cycle.

T-2BC-2-56-3A

*Figure 3-28. Installing and Adjusting Arresting Gear Equipment (Sheet 2)*

**EXHIBIT 6 - PAGE 235**

AN 01-60FGB-2



*Figure 3-29. Adjusting Arresting Gear Switches*

EXHIBIT 6 - PAGE 236

Case MDL No. 875 Document 7776-1 Filed 08/30/11 Page 16 of 27
Case 3:11-cv-03765-JSW Document 94-1 Filed 08/19/11 Page 19 of 26

and energizes the hydraulic system by-pass valve which de-energizes the hydraulic system when the arresting gear hook is up and locked.

**3-182. ADJUSTING ARRESTING GEAR SWITCHES.** See figure 3-29.

**3-183. ARRESTING GEAR HYDRAULIC RETRACTING CONTROL VALVE.**

3-184. The arresting gear hydraulic retracting control valve is located in the aft section to the right of the arresting gear uplock hook. The manually operated control valve is a three-way, two-position type operated by mechanical linkage and control cables. Hydraulic pressure entering the valve at the pressure port is directed through a drilled passage in the rotating type sleeve to the cylinder port when the valve is in the on position. In the off position the fluid is directed from the cylinder port through the sleeve passage to the return port.

**3-185. ARRESTING GEAR HYDRAULIC HOOK RETRACTING AND SNUBBER CYLINDER.**

3-186. The arresting gear retracting and snubber cylinder assembly consists of a retracting cylinder and an air-oil reservoir. The assembly, located forward of the centering cam, is attached to the arresting gear hook assembly. The cylinder is of the conventional piston type and consists of a rod and piston assembly with wiper rings and "O" type seals with leather back-up rings on either side. A grease fitting is provided on the cylinder attaching end and the rod attaching end to lubricate the bearings. Purpose of the arresting gear hydraulic hook retracting and snubber cylinder is to control arresting gear hook bounce during an arrested landing to provide a cushioned stop for the arresting gear hook in the extended position, and to retract the hook. On T-28Ca through T-28Ce airplanes and T-28Cf airplanes 140559 through 140605, the air reservoir is precharged to 300 psi air pressure to provide the hold-down force to the arresting gear hook and to aid in lowering. On T-28Cf airplanes 140606 through 140608 and subsequent, and on airplanes having Service Change No. 69 complied with, the air reservoir is precharged from 350 to 450 psi air pressure. A combination restrictor and relief valve between the air-oil reservoir and the cylinder cushions the forces encountered during an arrested landing. Refer to paragraph 1-61 for service instructions.

**3-187. ARRESTING GEAR HYDRAULIC CAM ACTUATING CYLINDER.**

3-188. The arresting gear hydraulic cam actuating cylinder is located slightly aft of the hydraulic arresting gear hook cylinder in the aft section. The cylinder is of the hollow piston type which operates by positive displacement. A spring inside the cylinder furnishes the retracting power while hydraulic system pressure extends the cam actuating cylinder at any time the control valve is in the up position.

**3-189. CANOPY SYSTEM.**

3-190. The canopy system (figure 3-30) is identical on the T-28B and T-28C airplanes and consists of a clear-vision enclosure composed of two sliding sections which may be opened hydraulically or manually to provide access to both cockpits. Each section of

the canopy has an air vent installed and provisions for installing tinted plastic sunshades. Movement of the canopy sections is powered by a hydraulic actuating cylinder mounted in the top of the intermediate fuselage. The cylinder is accessible through the baggage compartment. The actuating cylinder operates the two canopy sections through a system of cables rigged to limit the forward section to half the speed and distance of the rear section. The hydraulic control valve, located on the left forward side of the baggage compartment above the radio shelf, controls the actuating cylinder hydraulically. The control valve is positioned from inside the cockpits by the canopy control handle at the left side of each cockpit. An external canopy control handle is located below the canopy rear section, on the left side of the fuselage. The canopy control handles are interconnected by a push-pull tube so that movement of one handle positions the other. The external canopy control handle, when pulled outward, engages the rear canopy control handle. When opening the canopy on T-28B and T-28C airplanes by use of the external canopy release handle, pull the handle full out before rotating it forward to the "MANUAL" position. When the handle is pulled only part way out (external-internal couplings not meshed) and rotated past the "MANUAL" position, the handle must be released, flush against the fuselage, and rotated back to its vertical position. If the handle, after being rotated past the "MANUAL" position, were pulled full out (meshing the external-internal couplings) and rotated back to its vertical position, the inside handle would move to the pneumatic emergency canopy opening system, forcibly propelling the canopy aft. Each control handle incorporates a switch that must be actuated to provide the control valve with hydraulic pressure. Positive mechanical locks, which automatically lock the canopy in the full open or full closed position, are incorporated in the center truck of the canopy rear section. An emergency air pressure system is incorporated in the canopy system to open the canopy in an emergency. A canopy system by-pass valve, next to the actuating cylinder, is connected to the return line to take care of fluid displacement from one side of the actuating cylinder to the other during manual positioning of the canopy. A thermal relief valve, mounted on the hydraulic panel on the left side of the baggage compartment, is connected to the return line to relieve the canopy system in case of thermal expansion.

**3-191. FUNCTION OF CANOPY SYSTEM.**

3-192. Actuating the switch on either canopy control handle pressurizes the hydraulic system and energizes the solenoid in the canopy system shutoff valve. The energized solenoid opens the shutoff valve and allows fluid under pressure from the hydraulic system to enter the canopy system to the control valve. Moving the interconnected canopy control handles to "OPEN" mechanically positions the hydraulic control valve to direct the fluid from the hydraulic system to the extend side of the actuating cylinder. Return fluid from the actuating cylinder passes back through the control valve into

EXHIBIT 6 - PAGE 237

Case MDL No 875 Document 7776-11 Filed 08/30/11 Page 17 of 27
Case 3:10-cv-03765-JSW Document 64-11 Filed 08/19/11 Page 16 of 26

the return line. The actuating cylinder actuates the cable system which unlocks the mechanical lock and slides both canopy sections open at the same time. When the canopy sections reach the full open position, the canopy rear section engages a mechanical lock which holds both canopy sections in the full open position. Actuating either control handle switch and moving the control handles to "CLOSED" directs fluid under pressure into the retract side of the actuating cylinder. The actuating cylinder moves the cable system which releases the mechanical lock and slides both canopy sections forward. When the canopy sections are fully closed, the canopy rear section engages a mechanical lock which locks the canopy in the closed position. Canopy motion may be stopped at any intermediate position by returning the canopy control handles to "LOCKED." This positions the hydraulic control valve to neutral and causes a hydraulic lock. Canopy motion may be stopped immediately by releasing either control handle switch or by actuating the safety switch mounted on the left-hand side of the instrument panel shroud. However, when stopped in this manner, the sections will not be locked in place until the control handles can be positioned to "LOCKED." Positioning the canopy control handles to "MANUAL" or rotating the external canopy control handle forward pulls two cables which release the canopy mechanical lock and open the by-pass valve. This permits flow between the actuating cylinder ports during manual positioning of the canopy. Positioning the canopy control handles to "EMERG OPEN" or rotating the canopy external control handle aft actuates the air emergency system control valve which releases air pressure from the air bottle.

**Note**

When emergency open is selected, a 50-pound detent load must be overcome. Normally, this load prevents unintentional selection of emergency open.

The air pressure is routed to the extend side of the actuating cylinder and to the air pressure safety switch (connected in the air line between the air bottle and the actuating cylinder) which cuts off electrical power to the solenoid in the canopy system shutoff valve. The de-energized solenoid closes the shutoff valve and stops fluid supply from the hydraulic system. With no hydraulic pressure at the actuating cylinder shuttle valve, the air pressure can enter and extend the actuating cylinder strut. When the canopy control handle is moved from "EMERG OPEN" to "OPEN," the emergency system air control valve is positioned to bleed the emergency system of air.



1-JMC-2-58-1

**CAUTION**

After an air emergency opening, canopy should not be closed manually until system has been bled back to normal, according to steps c. through e. of paragraph 3-213. If canopy has been closed without this precaution, a second air emergency opening of the canopy will be too violent. Damage to the airplane and possible injury to personnel could result.

3-193. TROUBLE SHOOTING COCKPIT CANOPY SYSTEM.

| TROUBLE | PROBABLE CAUSE | REMEDY |
|---|---|---|
| Slow leak in canopy air pressure emergency open system. | Loose connections in air line. By-pass through air valve. Leaking "O" ring at pressure gage. | Tighten connections. Replace air valve. Replace "O" ring. |
| Too much pressure required to move canopy handle. | Cables too tight. | Adjust cables. |
| Canopy locked in open or closed position. | Air in system. Cables to lock release too loose. | Bleed system. Adjust cables. |
| Erratic operation of canopy after use of emergency air bottle. | Faulty canopy air pressure safety switch. | Replace switch. |

Revised 1 June 1962

EXHIBIT 6 - PAGE 238

| TROUBLE | PROBABLE CAUSE | REMEDY |
|---|---|---|
| Canopy will not operate hydraulically after use of emergency air bottle. | Air pressure safety switch faulty. | Replace switch. |
| Emergency air remains in system after emergency operation. | Faulty air valve. | Replace air valve. |
| Canopy creeping open from fully closed position. | Mechanical lock not engaged. Excessive amount of air in system. | Adjust mechanical lock. Operate canopy hydraulically several times to extreme positions. |
| | Internal leakage in control or by-pass valve with control valve in locked position. | Leave control valve in closed instead of locked position. |

EXHIBIT 6 - PAGE 239

AN 01-60FGB-2

EXHIBIT 6 - PAGE 240

Case MDL No 875 Document 77764-1 Filed 08/30/11 Page 20 of 27
Case 1 Cv-09376-USW Document 94-1 Filed 08/19/11 Page 9 of 26



*Figure 3-30. Canopy System*

EXHIBIT 6 - PAGE 241

**AN 01-60FGB-2**

3-194. CHECKING CANOPY SYSTEM.

3-195. To check canopy system for operation, proceed as follows:

a. With hydraulic system pressurized, move canopy control handles to "OPEN" and to "CLOSED." If the canopy system shutoff valve is functioning properly, movement of the aft canopy section will not exceed $\frac{1}{2}$ inch per minute in the direction of closing and $9/32$ inch in the direction of opening, unless the control handle switch is actuated. This movement is due to the permissible leakage in the canopy solenoid-operated shutoff valve.

b. Operate canopy in each direction. While depressing control handle switch and with canopy in motion, actuate safety switches individually from each cockpit. Canopy motion should stop immediately if safety switches are functioning properly.

c. Check for smooth operation and response to controls.

Note

Canopy should open in 3 seconds (maximum) and close in 6 to 10 seconds with pump speed of 4050 rpm (7.0 gpm flow) at 2700 engine rpm.

d. Operate canopy manually by pulling out external control handle and turning it forward. Making sure movement is smooth and not over approximately 65 pounds pull, move canopy open and closed.

3-196. HYDRAULICALLY OPERATED
         CANOPY SYSTEM.

3-197. The hydraulically operated canopy system consists of two canopy control switches, a canopy solenoid shutoff valve, a hydraulic control valve, a thermal relief valve, a by-pass valve, a shuttle valve, and an actuating cylinder. Each canopy control lever knob incorporates a button-type switch which, when depressed, de-energizes the solenoid of the hydraulic system solenoid-operated by-pass valve and energizes the solenoid of the canopy shutoff valve, thus pressurizing the canopy system and admitting hydraulic pressure to the canopy control valve. The three-position, canopy control valve directs fluid to the hydraulic actuating cylinder. The solenoid-operated, normally closed, canopy shutoff valve is in the pressure supply line to the directional control valve. A lever to operate the directional control valve is located in each cockpit. A thermal relief valve is incorporated in the hydraulic canopy system and is connected in parallel between the control valve and the actuating cylinder. A shuttle valve is mounted on one end of the actuating cylinder to provide for the use of the emergency air system.

3-198. CANOPY CONTROL HANDLE SWITCHES. An electric push-button type switch is located in the canopy control handle in each cockpit. The two switches are in parallel. When either switch is depressed, the electric circuit to the canopy shutoff valve and to the hydraulic system control relay is closed. This energizes and opens the solenoid shutoff valve, and through the relay, opens the circuit to the hydraulic system solenoid by-pass valve, de-energizing it and, thereby, pressurizing the hydraulic system.

3-199. CANOPY SAFETY SWITCHES. The canopy safety switches, located in each cockpit on the left side of the instrument panel shroud, are connected in series with each other. Depressing either of these push-button type switches, while a control handle switch is depressed, opens the electrical circuit which restores the shutoff valve and the hydraulic system by-pass valve to the depressurized and shutoff condition. This will immediately stop movement of the canopy.

3-200. CANOPY SOLENOID-OPERATED SHUTOFF VALVE. The solenoid-operated shutoff valve is located below the flap actuating cylinder on the left-hand side of the baggage compartment. The valve is normally closed and incorporated in the pressure supply line to the control valve. It is spring-loaded to the off position and has an electric terminal on top which is energized from the 28-volt d-c primary bus, provided the pressure safety switch is closed, control handle switches are depressed, and canopy safety switches are released. When energized, the shutoff valve opens to admit hydraulic pressure to the canopy control valve.

3-201. CANOPY HYDRAULIC CONTROL VALVE. The hydraulic control valve, located at the left forward side of the baggage compartment above the radio shelf, controls the hydraulic fluid flow to the actuating cylinder. It is operated by a control lever in either cockpit and a series of mechanical linkages. The control valve is a manual four-way poppet-type valve.

3-202. CANOPY HYDRAULIC THERMAL RELIEF VALVE. A thermal relief valve is located on the aft left-hand hydraulic panel in the baggage compartment and is connected in parallel between the control valve and the actuating cylinder. Thermal expansion of hydraulic fluid trapped between the actuating cylinder and the control valve, when in the locked position, is relieved and the excess returned to the reservoir. The valve is set to open at 2050 psi maximum and to reseat at 1850 psi minimum.

3-203. CANOPY HYDRAULIC SHUTTLE VALVE. The hydraulic shuttle valve, located on the aft end of the canopy actuating cylinder, has three ports. One port is connected to the actuating cylinder, one to the emergency air system and one to the hydraulic canopy system. The spool type valve is positioned either way automatically so as to admit pressure from one port to the cylinder while closing the other port.

3-204. CANOPY MANUAL SYSTEM.

3-205. The canopy manual system consists of an external handle located on the left side of the fuselage slightly below the aft canopy and a hydraulic by-pass valve located adjacent to the canopy actuating cylinder. The manual control handle has two positions, the forward one opening the by-pass valve and permitting the canopy to be moved manually in either direction and the aft position opening the canopy by the emergency air system if a 50-pound detent load is overcome on the control handle. The two canopy control handles will also operate the manual by-pass valve and the emergency air system.

Case MDL No 875 Document 7776 Filed 08/30/11 Page 22 of 26
Case 8:11-cv-03765-JSW Document 94-1 Filed 08/15/11 Page 22 of 26



**CAUTION**

Do not close canopy manually with the control handle in the "CLOSED" position.

3-206. CANOPY HYDRAULIC BY-PASS VALVE. The hydraulic by-pass valve is located adjacent to the canopy actuating cylinder and is between the two cylinder ports. It is a normally closed, manually operated valve. Mechanical linkage from the control handles opens the valve and permits free flow of fluid between the two sides of the actuating cylinder. This permits the canopy to be moved manually.

3-207. CANOPY EMERGENCY AIR
        PRESSURE OPENING SYSTEM.

3-208. The canopy emergency air pressure opening system is incorporated in the canopy system to open the canopy in case of hydraulic or electrical failure. The system consists of an air bottle, a recharge valve, a self-venting control valve, pressure safety switch (all mounted at the left side of the baggage compartment), and a CANOPY AIR EMERG pressure gage located forward of the throttle quadrant in each cockpit. The CANOPY AIR EMERG pressure gage is located in the baggage compartment on airplanes having Service Change No. 71 complied with. The air bottle incorporates a self-opening valve and is pressurized to 1980 psi (maximum) through the recharge valve. The air control valve is mechanically actuated when either control handle is moved to "EMERG OPEN" (extreme rear position). The canopy pressure safety switch opens the circuit to the shutoff valve which is de-energized and closes. The CANOPY AIR EMERG pressure gage indicates available emergency air pressure in the air bottle. A shuttle valve at the actuating cylinder separates the emergency air pressure system from the hydraulic system. Positioning either control handle to "EMERG OPEN" opens the air control valve and routes air through the shuttle valve into the actuating cylinder which extends to open the canopy.

3-209. CANOPY PRESSURE SAFETY SWITCH. The pressure safety switch is installed on the hydraulic panel in the baggage compartment and is in the same line as the canopy shutoff valve. When air pressure of 75 ($\pm$50) psi is reached in the canopy emergency open line, the pressure switch opens the electrical circuit to the shutoff valve which de-energizes and closes, preventing hydraulic operation of the canopy system. When the entrapped air is vented down to 20 psi, the switch closes the circuit and energizes the shutoff valve to the open position, allowing normal hydraulic operation.

3-210. CANOPY EMERGENCY AIR PRESSURE GAGE. An emergency air pressure gage, located on the left-hand console panel of each cockpit, provides the correct pressure reading of the air in the emergency air bottle. The emergency air pressure gage is located in the baggage compartment on airplanes having Service Change No. 71 complied with. The air gage is calibrated to 2000 psi maximum on the face of the indicator.

3-211. CANOPY EMERGENCY AIR RECHARGE VALVE. The emergency air recharge valve is located on the left side of the baggage compartment just forward of the emergency air bottle. It consists of a steel boss with an air valve in one end and fitting connection to the air system on the other end. The air valve consists of a high-pressure valve core and a high-pressure valve cap.

3-212. CANOPY EMERGENCY SYSTEM AIR BOTTLE. The emergency system air bottle is located on the left aft side of the baggage compartment and incorporates a self opening valve attached to the open end of the bottle. The bottle is of the non-shattering type with a 2000 psi capacity. Depending upon the direction of the greater pressure the self-opening valve will open from either direction.

3-213. TESTING CANOPY EMERGENCY AIR PRESSURE OPENING SYSTEM. To test canopy emergency air pressure opening system, proceed as follows:

a. With air bottle installed and pressurized, apply Castile soap solution to fittings of air bottle and air pressure control valve, and check for leakage over a period of one hour.

b. Move canopy control handle to "EMERG OPEN." The canopy should open completely within approximately ½ second.

**CAUTION**

After an air emergency opening operation, do not attempt to close canopy without first performing steps c. through e.

c. Place canopy control handle in "OPEN" position. Normal bleeding will occur during a 30- to 45-second wait.

d. After 30- to 45-second bleeding period, depress switch on canopy control handle. By this action, the shuttle valve on the actuating cylinder is hydraulically repositioned to normal.

e. Place canopy control handle in "CLOSED" position to close canopy. Then close and open canopy hydraulically, not manually, to extreme positions several times to bleed hydraulic portion of canopy system.

3-214. CANOPY.

3-215. A bubble-type, clear-vision plastic canopy, which consists of two sliding sections, encloses the tandem cockpits. Each section of the canopy has an air vent installed and provisions for installing tinted plastic sunshades. The air vents provide variable direction and variable airflow for improving pilot comfort in the forward and aft cockpits when flying in warm weather. The sunshades may also be clipped to the inside upper surface of the forward and aft canopy sections to improve pilot comfort. The two sections slide

**Revised 1 June 1962**

EXHIBIT 6 - PAGE 243

AN 01-60FGB-2



Figure 3-31. Installing and Adjusting Canopy (Sheet 1 of 2)

EXHIBIT 6 - PAGE 244

3-58

Case MDL No. 875 Document 77764-1 Filed 08/30/11 Page 24 of 27
Case 3:11-cv-09365-JSW Document 54-11 Filed 08/19/11 Page 29 of 26

AN 01–60FGB–2

Section III

**12,13** With canopy sections positioned full forward, adjust turnbuckles to obtain indicated tension. When desired tension is obtained with canopy sections closed, open canopy sections approximately 3 inches and make tension check again. Further turnbuckle adjustments may be necessary to obtain desired tension reading with canopy 3 inches open. Safety all turnbuckles with lockwire.

**14** Place aft canopy control handle in "LOCKED" position.

**15,17** Install three rig pins (one in each bell crank).

**18,20** Adjust push-pull rods between bell cranks to fit.

**21** Adjust push-pull tube between canopy control handles so that forward canopy control handle is in same relative position as aft control handle.

**22,23** Center control valve and adjust push-pull rod between control valve and bell crank to fit. (Be sure control valve is centered.)

**24** Disconnect emergency air bottle from system by unscrewing coupling at air bottle.

**CAUTION:** Be sure air bottle is disconnected; otherwise, canopy will be opened by emergency air pressure when next steps are completed.



**10,11A** *DETAIL* **G**
VIEW AFT

**25,27** Remove all three rig pins.

**28** Adjust spring so that a force of 50 (± 5) pounds is required to position canopy control handles from "OPEN" to "EMERG OPEN."

**29,30** With canopy control handles in "EMERG OPEN" position, adjust serration on hydraulic control valve arm so that the emergency air pressure control valve opens. The valve should not actuate unless handles are in "EMERG OPEN" position.

**31** Connect emergency air bottle into system.



**28** SPRING ADJUSTMENT

**14** AFT CANOPY CONTROL HANDLE

*DETAIL* **F**
VIEW AFT



QUICK-DISCONNECT

**24,31** COUPLING

CANOPY AIR BOTTLE
(LEFT-HAND SIDE OF FUSELAGE)

T-28BC-2-31-14A

*Figure 3-31. Installing and Adjusting Canopy (Sheet 2)*



**1,2** Check that retaining channels in canopy and bow are clean. All old plastic, cork-rubber tape, and sealing compound should be removed.

**3** Position canopy frame full forward, using airplane as a jig.

**4** Apply adhesive cork-rubber tape (5/8 x 1/32 inch) to outboard (upper) surface in bow retaining channel. Ends should project an inch below side channels.

**5** Apply adhesive cork-rubber tape (11/16 x 1/16 inch) to inboard (lower) surface in bow retaining channel. Ends should project an inch below side channels.

**6** Apply adhesive cork-rubber tape (1 x 1/16 inch) to inboard surface of side channels and across aft supporting edge. Ends should be 1/4 inch aft of bow.

**7** Place sponge rubber strips (1/16 x 1/2 x 3 inch) in bottom of side channels (13 each side).

**8** Apply adhesive cork-rubber tape (1 x 1/16 inch) to inboard surface of side channels. This tape should extend from 1/4 inch aft of previous tape (step 6) to step in skin.

**9,11** Peel back edges of masking material and paint all edges of bubble with soap solution so it will slide easily. Mount plastic bubble onto canopy frame. Insert forward end first; then apply a steady forward pull on extreme aft end of canopy to push bubble within 1/4

inch of forward bow. Fill this 1/4-inch gap with glass sealing compound (Specification MIL-S-7126A) then push bubble fully into place.

**2** Install and partially tighten attaching bolts and nuts in bow. Use two washers under each nut.

**13** Install and partially tighten all bolts along side of canopy. Use small punch to line up about every sixth hole and insert bolt next to hole being lined up.

**14** Apply adhesive cork rubber tape (1/2 x 1/16 inch) to outboard aft edge of glass and lay aft retaining strip in place. Install and partially tighten attaching bolts.

**15,16** With all bolts installed and partially tightened, turn each nut (in bow) and each bolt (around sides) to a firm fit; then back it off one full turn. If bolt and nut are drawn up too tight, it is easy to develop over 1000 psi on the plastic. When subject to such large stresses, acrylic plastics are likely to craze, lowering transparency and strength.

**17** Apply sealing compound (Specification MIL-S-7502) to seams around outside edge of plastic bubble.

**18** Remove protective masking from plastic bubble.

**19** Connect antenna lugs inside aft end of canopy on left and right sides.

T-28BC-2-31-16A

*Figure 3-32. Installing Plastic in Aft Canopy Frame*

Case MDL No. 875 Document 7776-11 Filed 08/30/11 Page 26 of 27
Case 2:10-cv-93765-JSW Document 94-11 Filed 08/19/11 Page 29 of 26

open at the same time to provide access of approximately 24 inches to each cockpit. The forward section is guided by four trucks on four separate tracks, one on each side at both the front and the rear. The rear section is guided by three trucks in three separate tracks, one on each side at the front and one centrally located at the rear. The upper part of each side truck is bolted (through an eccentric cam) to a fitting attached to the canopy structure. The center truck of the canopy rear section is attached to the canopy through a serrated bracket. The eccentric cams and serrated bracket provide a means of adjusting the canopy for proper fit. The rear section incorporates a handle in the frame on the left hand side to open and close both canopies and has the radio compass sense antenna and the low frequency range receiver antenna attached to the canopy bubble.

3-216. REMOVING CANOPY. See figure 3-31 for parts and components referred to and proceed as follows:

**Note**

Either the forward or the rear section can be removed independently without disturbing the cable system adjustments. Before the rear section is removed, the radio compass sense antenna and the low frequency range receiver antenna leads must be disconnected. (For location, see figure 3-31.)

Remove canopy-to-truck attaching bolts (four for front section and three for rear section) and remove respective canopy section. (The front section weighs approximately 50 pounds; the rear section, approximately 75 pounds.)

**Note**

To provide easier installation of the rear section, mark engaged position of serrated bracket (rear center truck) on either side, so it can be installed in the same position.

3-217. INSTALLING AND ADJUSTING CANOPY. See figure 3-31.

3-218. REPLACING PLASTIC IN AFT CANOPY FRAME. See figure 3-32.

3-219. CARE OF CANOPY. Extreme care should be exercised in daily maintenance of the canopy. The acrylic plastic is easily scratched by hard objects, deteriorated by improper cleaning or polishing compounds, and distorted by excessive heat. When handling canopy, avoid contact with plastic surface. When airplane is parked in sun in hot weather, leave canopy open for free circulation of air. When outside air temperature is between 38°C (100°F) and 49°C (120°F), canopy should be uncovered. If protection is needed against blowing sand or grit, a light-colored cover should be used. In temperatures above 49°C (120°F), canopy should be opened and shaded from direct rays of sun.

3-220. CLEANING AND POLISHING CANOPY. Improper cleaning and polishing of a canopy can cause considerable damage due to scratching, distortion, or crazing. Use of cleaning fluids or compounds which contain solvents for acrylic plastic should be avoided. The crazing action of a solvent or its fumes is often delayed for as long as several weeks; therefore, it is not always possible to ascertain immediately whether a cleaner will be injurious or not. To clean a canopy, proceed as follows:

a. Remove loose dust with compressed air if available.

b. Flush with plenty of clean water, using the bare hand gently to feel and dislodge any dirt, salt, and mud.

c. Wash gently with soap and water only. Make certain water is free of grit. Go over surface with bare hand only, so that any grit or dirt can be detected and removed before it scratches the plastic surface.

d. Dry with a clean, damp chamois.

e. Remove oil and grease by rubbing lightly with a *soft, clean,* grit-free cloth dampened with aliphatic naphtha (Federal Specification TT-N-95).

> **CAUTION**

● Do not use aromatic naphtha or other cleaning solvents which are definitely harmful to acrylic plastic.

● Aliphatic naphtha (Federal Specification TT-N-95) is flammable; therefore, all precautions regarding the use of flammable liquids must be observed.

f. If, after removing dirt and grease, the plastic surface is marred by scratches, restore the surface by hand polishing with polish (Specification MIL-C-5547); then wax the plastic with wax (Stock No. R52-W-460-25). Wax should be applied in a thin even coat and brought to a high polish by rubbing lightly with a soft, dry, lint-free cloth.

**Note**

Cloths used to apply cleaners, polishes, and waxes should be soft and clean. Canton or outing flannel, flannelette, and diaper cloth are satisfactory. Cloths should be set aside for use only on acrylic plastic surfaces and kept in closed containers or in protected rolls to keep them clean and dirt-free.

g. Dust the interior plastic surface with a clean soft cloth.

**Note**

Do not *wipe* the surface with a *dry* cloth.

h. Wipe carefully with a soft, *damp* cloth or sponge. Keep the cloth or sponge free from grit by rinsing it frequently in clean water.

i. Apply wax as described in step f.

EXHIBIT 6 - PAGE 247

EXHIBIT 6 - PAGE 248