**BEFORE THE UNTIED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)                    MDL No. 875

**SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Freddie Joseph Dupre (d), Rose Mae Naquin Dupre, Ronald Joseph Dupre, Marvin Andrew Dupre, and Brian Anthony Dupre <br> **Defendants:** Eagle, Inc., Foster Wheeler LLC, General Electric Company, CBS Corporation, Todd Shipyards Corporation and Continental Insurance Company | USDC Eastern District of Louisiana | 2:11-cv-02097 | Jay C. Zainey |

Dated:         August 31, 2011

Respectfully submitted:

**FRILOT L.L.C.**

/s/ *Peter R. Tafaro*
JOHN J. HAINKEL, III - 18246
ANGELA M. BOWLIN – 20714
JAMES H. BROWN, JR. – 3564
PETER R. TAFARO – 28776
MEREDITH K. KEENAN - 29287
REBECCA A. ZOTTI – 33446
3700 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3600
T: (504) 599-8000; F: (504) 599-8100
E-Mail: ptafaro@frilot.com

**Counsel for Defendants: CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, Foster Wheeler LLC and General Electric Company**

1