**BEFORE THE UNTIED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**In re Asbestos Products Liability Litigation (No. VI)**                **MDL No. 875**

**PROOF OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Potential Tag-Along(s), Schedule

of Actions, Case Docket Sheets, Complaints, and this Certificate of Service were served by First

Class Mail on August 31, 2011 to the following:

Clerk, United States District Court for the Eastern District of Louisiana
Loretta G. Whyte
Clerk of Court
500 Poydras Street
Room C151
New Orleans, LA  70130

Gerolyn Roussel
Roussel & Clement
1714 Cannes Drive
LaPlace, Louisiana 70068
    Counsel for Plaintiffs: Ronald Joseph Dupre, Marvin Andrew Dupre, Brian Anthony
    Dupre, Rose Mae Naquin Dupre and Freddie Joseph Dupre (deceased)

Susan B. Kohn
Simon, Peragine, Smith & Redfearn
Energy Center, 30th Floor
1100 Poydras Street
New Orleans, LA  70163
    Counsel for Defendant: Eagle, Inc.

Charles B. Wilmore
Liskow & Lewis
One Shell Square, Suite 5000
701 Poydras Street
New Orleans, LA  70139
    Counsel for Defendant: Todd Shipyards Corporation

Gerald A. Melchiode
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square, 40th Floor
701 Poydras Street
New Orleans, LA  70139
  Counsel for Defendant: Continental Insurance Company

Ronald Dean Church
Forman, Perry, Watkins, Krutz & Tardy
1515 Poydras Street, Suite 1300
New Orleans, LA  70112
  Counsel for Defendant: Owens-Illinois, Inc.


Dated:  August 31, 2011



    Respectfully submitted:

    **FRILOT L.L.C.**

    /s/ *Peter R. Tafaro*
    JOHN J. HAINKEL, III - 18246
    ANGELA M. BOWLIN – 20714
    JAMES H. BROWN, JR. – 3564
    PETER R. TAFARO – 28776
    MEREDITH K. KEENAN - 29287
    REBECCA A. ZOTTI – 33446
    3700 Energy Centre, 1100 Poydras Street
    New Orleans, Louisiana 70163-3600
    T: (504) 599-8000; F: (504) 599-8100
    E-Mail: ptafaro@frilot.com

    **Counsel for Defendants: CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, Foster Wheeler LLC and General Electric Company**