```
 1  DEBORAH A. SMITH (SBN: 227169)
    dasmith@gordonrees.com
 2  KATHRYN J. LAFEVERS (SBN: 252003)
    klafevers@gordonrees.com
 3  GORDON & REES LLP
    275 Battery Street, Suite 2000
 4  San Francisco, CA 94111
    Telephone: (415) 986-5900
 5  Facsimile: (415) 986-8054

 6  Attorneys for Defendant
    CURTISS-WRIGHT CORPORATION
 7
```

## BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION (NO. VI) | MDL NO.: 875 |

THIS DOCUMENT RELATES TO:

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTI DONLON, Individually and as Successor –in-Interest to the Estate of PATRICK THEISEN DONLON, Decedent, SEAN DONLON, and DOES ONE through TEN, inclusive,<br><br>                    Plaintiffs,<br><br>vs.<br><br>AC AND S, INC.; et al.,<br><br>                    Defendants. | CASE NO. 3:11-cv-03376-JSW<br><br>(San Francisco County Superior Court Case No. CGC-09-275218)<br><br>**DEFENDANT CURTISS-WRIGHT CORPORATION'S JOINDER TO DEFENDANT UNITED TECHNOLOGIES CORPORATIONS' OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 424** |

-1-

CURT/1071298/10442777v.1

DEFENDANT CURTISS-WRIGHT CORPORATION'S JOINDER TO DEFENDANT UNITED TECHNOLOGIES CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 424

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that DEFENDANT CURTISS-WRIGHT CORPORATION ("Curtiss-Wright") hereby joins Defendant United Technologies Corporation's Opposition to Plaintiffs' Motion to Vacate Conditional Transfer Order No. 424 and any other oppositions to Plaintiffs' Motion to Vacate Conditional Transfer Order No. 424 filed by co-defendants.

By this Joinder, Curtiss-Wright incorporates by reference, as though fully set forth herein, the memorandum of points and authorities of United Technologies Corporation ("UTC") and any other co-defendant opposing Plaintiffs' Motion to Vacate Conditional Transfer Order. In so doing, Curtiss-Wright adopts the legal arguments and requests for relief made therein.

Curtiss-Wright further states that the United States District Court for the Northern District of California continued the hearing on Plaintiffs' Motion to Remand from October 7, 2011 to October 21, 2011 on its own motion. Thus, this Court's consideration of plaintiffs' Motion to Vacate the CTO on September 27, 2011 will be completed weeks before the Northern District considers Plaintiffs' Motion to Remand. As noted in UTC's opposition, MDL 875 is the proper place for Plaintiffs' Motion to Remand to be heard.

Dated: August 30, 2011                           GORDON & REES LLP


By: /s/_____
Deborah A. Smith
Attorneys for Defendant
CURTISS-WRIGHT CORPORATION

-2-

DEFENDANT CURTISS-WRIGHT CORPORATION'S JOINDER TO DEFENDANT UNITED TECHNOLOGIES CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 424

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111.

On August 31, 2011, I served the within document(s):

**DEFENDANT CURTISS-WRIGHT CORPORATION'S JOINDER TO DEFENDANT UNITED TECHNOLOGIES CORPORATIONS' OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 424**

[X] by electronically serving the document(s) described above via United States District Court Electronic Case Filing website (CM/ECF notification system) on the recipients designated on the electronic service list that is located on the Pacer website.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 31, 2011, at San Francisco, California.

*Andrea K. Bean*
ANDREA K. BEAN