UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO. VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GOTAUTIS and, SHARON GOTAUTIS,<br><br>    Plaintiffs,<br><br>vs.<br><br>TODD SHIPYARDS CORPORATION, FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), CRANE CO., CROSBY VALVE, LLC, IMO INDUSTRIES, INC., HONEYWELL INTERNATIONAL, INC.,<br><br>    Defendants. | U.S.D.C. Northern District of CA<br>Docket No. 3:11-cv-03404-RS |

**DEFENDANT FOSTER WHEELER LLC'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**TO THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:**

1. On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under
> section 1407 or under consideration by the Panel for transfer under

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DEFENDANT FOSTER WHEELER LLC'S NOTICE OF POTENTIAL TAG-ALONG ACTION

        section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is aslo named or in which that counsel appears.

2. The undersigned hereby notifies the court that this state court action being removed (copies of the original state court complaint and the first amended state court complaint of the removed action are provided herewith as attachments to this filing) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

        Defendant FOSTER WHEELER LLC is providing written notice of this Notice of Potential Tag-Along Action to all adverse parties. Defendant FOSTER WHEELER reserves the right to amend or supplement this Notice of Potential Tag-Along Action.

Date: August 31, 2011                                            BRYDON HUGO & PARKER

                                                By:   /s/ Shelley K. Tinkoff
                                                          Shelley K. Tinkoff [CA Bar No. 187498]
                                                          Thomas J. Moses [CA Bar No. 116002]
                                                          BRYDON HUGO & PARKER
                                                          135 Main Street, 20th Floor
                                                          San Francisco, CA 94105
                                                          Telephone:  (415) 808-0300
                                                          Facsimile:  (415) 808-0333
                                                          Email: tinkoff@bhplaw.com
                                                          Attorneys for Defendant
                                                          FOSTER WHEELER LLC