UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GOTAUTIS and,<br>SHARON GOTAUTIS,<br><br>    Plaintiffs,<br><br>vs.<br><br>TODD SHIPYARDS CORPORATION, FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), CRANE CO., CROSBY VALVE, LLC, IMO INDUSTRIES, INC., HONEYWELL INTERNATIONAL, INC.,<br><br>    Defendants. | U.S.D.C. Northern District of CA<br>Docket No. 3:11-cv-03404-RS |

**SCHEDULE OF ACTIONS**

Defendant FOSTER WHEELER LLC ("Foster Wheeler") hereby provides notice that defendant Foster Wheeler has one related action currently pending before the Judicial Panel of Multidistrict Litigation:

*Paul Pratt vs. Asbestos Corporation Limited, et al.*, Northern District of California, San Francisco Case No. 3:11-cv-3503 EMC, Conditional Transfer Order No. 425;

*David Gerecke (WD Harold) vs. Huntington Ingalls Incorporated, et al.*, Northern District of California, San Francisco Case No. 03:11-cv-03507-JSW.

Date:  August 31, 2011                                BRYDON HUGO & PARKER

                                        By:   /s/ Shelley K. Tinkoff
                                              Shelley K. Tinkoff [CA Bar No. 187498]
                                              Thomas J. Moses [CA Bar No. 116002]
                                              BRYDON HUGO & PARKER
                                              135 Main Street, 20th Floor
                                              San Francisco, CA 94105
                                              Telephone:  (415) 808-0300
                                              Facsimile:  (415) 808-0333
                                              Email: tinkoff@bhplaw.com
                                              Attorneys for Defendant
                                              FOSTER WHEELER LLC

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2
DEFENDANT FOSTER WHEELER LLC'S SCHEDULE OF ACTIONS