UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GOTAUTIS and,<br>SHARON GOTAUTIS,<br><br>       Plaintiffs,<br><br>   vs.<br><br>TODD SHIPYARDS CORPORATION,<br>FOSTER WHEELER LLC (FKA FOSTER<br>WHEELER CORPORATION), CRANE<br>CO., CROSBY VALVE, LLC, IMO<br>INDUSTRIES, INC., HONEYWELL<br>INTERNATIONAL, INC.,<br><br>      Defendants. | (ASBESTOS<br><br>U.S.D.C. No.3:11-cv-03404-RS |

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the within action.  My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105.  On August 31, 2011, served the following:

DEFENDANT FOSTER WHEELER LLC, (fka FOSTER WHEELER CORPORATION)'S NOTICE OF POTENTIAL TAG-ALONG ACTION;

SCHEDULE OF ACTIONS;

U.S. DISTRICT COURT CALIFORNIA NORTHERN DISTRICT (SAN FRANCISCO) CIVIL DOCKET FOR CASE # 3:11-CV-03404-RS; and SUMMONS AND COMPLAINT

on all parties via facsimile to the following parties on the attached service list.

I declare under penalty of perjury that the above is true and correct.  Executed on August 31, 2011, at San Francisco, California.

*Wanda D. Claudio*

Wanda D. Claudio

BRYDON HUGO & PARKER

By:    /s/ Thomas J. Moses
Edward R. Hugo [CA Bar No. 124839]
Sheeley K. Tinkoff [CA Bar No. 187498]
Charles S. Park [CA SBN 161430]
Thomas J. Moses [CA Bar No. 116002]

BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone:  (415) 808-0300
Facsimile:  (415) 808-0333
Email: tinkoff@bhplaw.com
       tmoses@bhplaw.com
Attorneys for Defendant
FOSTER WHEELER LLC
(fka FOSTER WHEELER
CORPORATION)

*Gotautis, et al. v. Todd Shipyards Corporation, et al.*
U.S.D.C. Northern District of California, Case No. 3:11-cv-03404-RS

| | |
|---|---|
| David R. Donadio<br>Alan R. Brayton<br>BRAYTON ❖ Purcell<br>222 Rush Landing Road<br>Novato, CA 94948<br>Telephone: (415) 898-1555<br>Facsimile: (415) 898-1247<br>*Attorneys for Plaintiffs Stephen Gotautis* | Brendan John Tuohy<br>K&L GATES<br>4 Embarcadero Center, 12th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 249-1077<br>Facsimile: (415) 882-8220<br>*Attorneys for Defendant Crane Co.* |
| Kevin Douglas Jamison<br>POND NORTH LLP<br>350 South Grand Avenue, Suite 2850<br>Los Angeles, CA 90071<br>Telephone: (213) 617-6170<br>Facsimile: (213) 623-3594<br>*Attorneys for Defendant Crosby Valve, LLC* | Henry David Rome<br>HOWARD ROME MARTIN & RIDLEY LLP<br>1775 Woodside Road., Suite 200<br>Redwood City, CA 94061<br>Telephone: (650) 365-7715<br>Facsimile: (650) 364-5297<br>*Attorneys for Defendant IMO Industries, Inc.* |
| Brien Francis McMahon<br>PERKINS COIE LLP<br>4 Embarcadero Center, Suite 2400<br>San Francisco, CA 94111<br>Telephone (415) 344-7000<br>Facsimile: (415) 344-7288<br>*Attorneys for Defendant Honeywell International, Inc.* | George D. Yaron<br>YARON & ASSOCIATES<br>601 California Street, 21st Floor<br>San Francisco, CA 94108<br>Telephone: (415) 658-2929<br>Facsimile: (415) 658-2930 |