UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELMA GILPIN aka ADELE GILPIN, by and through her Guardian Ad Litem, PAMELA BALMES, as Wrongful Death Heir, and as Successor-in-Interest to CHARLES RAYMOND GILPIN, Deceased, and BEVERLY RYAN, JAMES GILPIN, CINDY JOSEPH, as Legal Heirs of CHARLES RAYMOND GILPIN, Deceased,<br><br>        Plaintiffs,<br><br>        vs.<br><br>GENERAL ELECTRIC COMPANY, FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), TODD SHIPYARDS CORPORATION,<br><br>        Defendants. | Northern District of CA<br>Case No. 3:11-cv-03564-WHA |

**SCHEDULE OF ACTIONS**

Defendant FOSTER WHEELER LLC ("Foster Wheeler") hereby provides notice that defendant Foster Wheeler has one related action currently pending before the Judicial Panel of Multidistrict Litigation:

*Paul Pratt vs. Asbestos Corporation Limited, et al.*, Northern District of California, San Francisco Case No. 3:11-cv-3503 EMC, Conditional Transfer Order No. 425;

*David Gerecke (WD Harold) vs. Huntington Ingalls Incorporated, et al.*, Northern District of California, San Francisco Case No. 03:11-cv-03507-JSW.

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DEFENDANT FOSTER WHEELER LLC'S SCHEDULE OF ACTIONS

*Stephen and Sharon Gotautis vs. Todd Shipyards Corporation, et al.,* Northern District of California, San Francisco Case No. 03:11-cv-03404-RS.

Date:  August 31, 2011                                        BRYDON HUGO & PARKER


                              By:   /s/ Shelley K. Tinkoff
                                      Shelley K. Tinkoff [CA Bar No. 187498]
                                      Thomas J. Moses [CA Bar No. 116002]
                                      BRYDON HUGO & PARKER
                                      135 Main Street, 20th Floor
                                      San Francisco, CA 94105
                                      Telephone:  (415) 808-0300
                                      Facsimile:  (415) 808-0333
                                      Email: tinkoff@bhplaw.com
                                      Attorneys for Defendant
                                      FOSTER WHEELER LLC

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

DEFENDANT FOSTER WHEELER LLC'S SCHEDULE OF ACTIONS