UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELMA GILPIN aka ADELE GILPIN, by and through her Guardian Ad Litem, PAMELA BALMES, as Wrongful Death Heir, and as Successor-in-Interest to CHARLES RAYMOND GILPIN, Deceased, and BEVERLY RYAN, JAMES GILPIN, CINDY JOSEPH, as Legal Heirs of CHARLES RAYMOND GILPIN, Deceased,<br><br>          Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), TODD SHIPYARDS CORPORATION,<br><br>          Defendants. | (ASBESTOS<br><br>U.S.D.C. No.3:11-cv-03564-WHA |

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On August 31, 2011, served the following:

DEFENDANT FOSTER WHEELER LLC, (fka FOSTER WHEELER CORPORATION)'S NOTICE OF POTENTIAL TAG-ALONG ACTION;

SCHEDULE OF ACTIONS;

U.S. DISTRICT COURT CALIFORNIA NORTHERN DISTRICT (SAN FRANCISCO) CIVIL DOCKET FOR CASE # 3:11-CV-03564-WHA; and SUMMONS AND COMPLAINT

on all parties via facsimile to the following parties on the attached service list.

I declare under penalty of perjury that the above is true and correct. Executed on August 31, 2011, at San Francisco, California.

*Wanda D. Claudio*
Wanda D. Claudio

BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Edward R. Hugo [CA Bar No. 124839]
Shelley K. Tinkoff [CA Bar No. 187498]
Thomas J. Moses [CA Bar No. 116002]
Email: cpark@bhplaw.com
       tmoses@bhplaw.com
Attorneys for Defendant
FOSTER WHEELER LLC, (fka FOSTER WHEELER CORPORATION)

*Adelma Gilpin, et al. v. General Electrical Company, et al.*
U.S.D.C. Northern District of California, Case No. 3:11-cv-03564-WHA

| David R. Donadio<br>Alan R. Brayton<br>BRAYTON ❖ PURCELL<br>222 Rush Landing Road<br>Novato, CA 94948<br>Telephone: (415) 898-1555<br>Facsimile: (415) 898-1247<br>*Attorneys for Plaintiffs Adelma Gilpin, et al.* | Allison Michele Low<br>Charles Todd Sheldon<br>Derek S. Johnson<br>SEDGWICK LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br>*Attorneys for Defendant General Electric Company* |