# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** **8/31/11**

District Court: E.D. Virginia

Number of Actions: 5

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL