BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | §<br>§ | MDL DOCKET NO. 875 |

**************************************

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA- NORTHERN DIVISION

| | |
|---|---|
| **CLEVELAND KITE,**       )<br>                              )<br>      **Plaintiffs,**    )<br>                              )<br>**vs.**                        )<br>                              )<br>**BILL VANN COMPANY,** )<br>**INC., et al.,**            )<br>                              )<br>      **Defendants.**    )<br>                              ) | **Case No. 2:11-CV-00444**<br>**CTO - 433** |

### PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER (CTO – 433)

COMES NOW, the Plaintiff, by and through undersigned counsel, and files this Plaintiff's Motion to Vacate the Conditional Transfer Order in order to Allow Transferor Court to Rule on Plaintiff's Motion for Remand to State Court, and respectfully shows as follows:

1. This case was originally filed in the Circuit Court of Marengo County, Alabama and was removed to the United States District Court for the Southern District of Alabama-Northern Division on August 5, 2011. On August 15, 2011, the United State Judicial Panel on Multi-District Litigation entered an order conditionally transferring this case to the MDL-875 in the Eastern District of Pennsylvania. On August 18, 2011, Plaintiff's Motion to Remand was fully briefed and is currently awaiting a ruling by the District Court. Additionally, on August 18, 2011, the Plaintiff filed a Motion for an Expedited Hearing on this matter as Mr. Kite's health condition is steadily decreasing.

2. As stated in Plaintiff's Brief in Support of Plaintiff's Motion to Vacate the Conditional Transfer Order, Mr. Kite requests this Honorable Panel to vacate the conditional transfer order to allow the District Court to rule on Plaintiff's fully briefed Motion to Remand to state court to ensure that the stated purposes of this Court are served in this case at hand. The Panel has the power to vacate this conditional order as they have previously allowed such transferor courts to rule on remand issues.

3. The Panel is respectfully referred to Plaintiff's Brief in Support in this Motion, filed herewith, for a full discussion of these issues.

## CONCLUSION

WHEREFORE, Plaintiff requests that this Panel VACATE the conditional transfer order 433, pending decision by the United States District Court for the Southern District of Alabama-Northern Division on Plaintiff's Motion to Remand.

RESPECTFULLY SUBMITTED, this the 6th day of September, 2011.

s/G. Patterson Keahey<br>
G. Patterson Keahey<br>
Alabama State Bar No.: ASB-6357-A64G<br>
*Attorney for the Plaintiff*

**OF COUNSEL:**
THE LAW OFFICES OF G. PATTERSON KEAHEY, P.C.
One Independence Drive, Ste. 612
Birmingham, Alabama 35209
Telephone:  (205)871-0707
Email:      efile@mesohelp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of September, 2011, I have caused service of the foregoing on the parties of record by electronic filing with the Clerk of Court using the CM/ECF, electronic filing system, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, and by first-class mail to those parties not registered to receive notice from the Clerk of Court.

s/ G. Patterson Keahey<br>
OF COUNSEL