UNITED STATES JUDICIAL PANEL ON
MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: **9/2/11**

District Court: E.D. Virginia

Number of Actions: 2

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL