BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In Re: Asbestos Products Liability Litigation   )   MDL No. 875
(No. VI)                                        )

This document applies to:

<u>Cleveland G. Kite v. Bill Vann Co., Inc., et al.</u>, ALS/2:11-cv-444

<u>CORPORATE DISCLOSURE STATEMENT</u>

The Defendant Warren Pumps LLC (incorrectly named in the Complaint as Warren Pumps, Inc.) states that the following are parent corporations and any publicly held corporation owning 10% or more of its stock: <u>Colfax Corporation</u> (NYSE: CFX).

Date: September 6, 2011

Respectfully submitted,

s/ Stephen J. Austin
Stephen J. Austin
Porterfield Harper Mills & Motlow PA
22 Inverness Center Parkway, Suite 600
Birmingham, AL 35242
Tel. (205) 980-5000
Fax (205) 980-5001
Email sja@phm-law.com

One of the Counsel for Warren Pumps LLC and Cummins Inc.

CERTIFICATE OF SERVICE

       I certify that I have served a copy of the foregoing on the following counsel by filing same with the CM/ECF system, which will send notices to:

Counsel for the Plaintiff
G. Patterson Keahey Jr., Esq. (info@mesohelp.com)
Law Offices of G. Patterson Keahey P.C.
One Independence Plaza, Suite # 612
Birmingham, AL 35209

Counsel for the Plaintiff
Marc Keahey, Esq. (marc_keahey@yahoo.com)
PO Box 934
Grove Hill, AL 36451

Counsel for Bill Vann Company Inc., Crane Co., Foster Wheeler Corporation, and Goulds Pumps Inc.
F. Grey Redditt, Esq. (gredditt@vickersriis.com)
Timothy A. Clarke, Esq. (tclarke@vickersriis.com)
Roy W. Harrell III, Esq. (tharrell@vickersriis.com)
Vickers Riis Murray and Curran LLC
PO Drawer 2568
Mobile, AL 36652-2568

Counsel for Motion Industries Inc.
Robert F. Northcutt, Esq. (rfn@chlaw.com)
Capell & Howard P.C.
PO Box 2069
Montgomery, AL 36102-2069

Counsel for Warrior 1-Stop Building Supply
G. Stephen Wiggins, Esq. (swiggins@hsmbb.com)
Christopher L. McIlwain Sr., Esq. (cmcilwain@hsmbb.com)
Raley L. Wiggins, Esq. (rwiggins@hsmbb.com)
Hubbard Wiggins McIlwain & Brakefield P.C.
PO Box 2427
Tuscaloosa, AL 35403

Counsel for Aurora Pump Co.
Jennifer T. Walters, Esq. (jennifer.walters@nelsonmullins.com)
Nelson Mullins Riley & Scarborough LLP
Atlantic Station
201 17th St. NW, Suite 1700
Atlanta, GA 30363

Counsel for A.W. Chesterton Co., Buffalo Pumps Inc., Flowserve Corporation, and Schneider Electric USA Inc.
Edward B. McDonough, Jr., Esq. (ebm@emcdonoughlaw.com)
Edward B. McDonough Jr. PC
PO Box 1943
Mobile, AL 36633

Counsel for Cameron International Corp.
Christopher S. Rodgers, Esq. (csr@hfsllp.com)
Huie Fernambucq & Stewart LLP
Three Protective Center
2801 Hwy 280 South, Suite 200
Birmingham, AL 35223

Counsel for Caterpillar Inc. and The Goodyear Tire & Rubber Company
William L. Waudby, Esq. (bwaudby@bakerdonelson.com)
Baker Donelson Bearman Caldwell & Berkowitz PC
420 North 20th St., Suite 1600
Birmingham, AL 35203

Counsel for CBS Corporation
James A. Harris III, Esq. (jamey@harris-harris.com)
Nicole M. Hardee, Esq. (nicole@harris-harris.com)
Harris & Harris LLP
2501 20th Place South, Suite 450
Birmingham, AL 35223

Counsel for Crown Cork & Seal Co. Inc. and Crown Holdings Inc.
Walter T. Gilmer Jr., Esq. (wgilmer@mcdowellknight.com)
Anne Laurie McClurkin, Esq. (amcclurkin@mcdowellknight.com)
McDowell Knight Roedder & Sledge LLC
PO Box 350
Mobile, AL 36601

Counsel for Dana Companies LLC, Dana Holding Corporation, and Union Carbide Corporation
Evelyn F. Davis, Esq. (edavis@hptylaw.com)
Catherine A. McCormack, Esq. (cmccormack@hptylaw.com)
Hawkins Parnell Thackston & Young LLP
4000 SunTrust Plaza
303 Peachtree St. NE
Atlanta, GA 30308

Counsel for Eaton Corporation
John A. Smyth III, Esq. (smythj@maynardcooper.com)
Katherine A. Collier, Esq. (kcollier@maynardcooper.com)
Maynard Cooper & Gale PC
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203

Counsel for General Electric Company
S. Allen Baker Jr., Esq. (abaker@balch.com)
Jenelle R. Evans, Esq. (jevans@balch.com)
Balch & Bingham LLP
PO Box 306
Birmingham, AL 35201-0306

Counsel for Georgia-Pacific LLC
Allan R. Wheeler, Esq. (awheeler@burr.com)
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203

Counsel for The Gorman-Rupp Company, John Crane Inc., Honeywell International Inc., and Sepco Corporation
Frank E. Lankford Jr., Esq. (fel@hfsllp.com)
Stewart W. McCloud, Esq. (swm@hfsllp.com)
Huie Fernambucq & Stewart LLP
Three Protective Center
2801 Hwy 280 South, Suite 200
Birmingham, AL 35223

Counsel for The Gorman-Rupp Company, John Crane Inc., Honeywell International Inc., and Sepco Corporation
Woodford W. Dinning Jr., Esq. (wwdjr@ldllc.com)
Lloyd & Dinning LLC
PO Drawer 740
Demopolis, AL 36732

Counsel for Metropolitan Life Insurance Company
Michael A. Vercher, Esq. (mavercher@csattorneys.com)
Joi C. Scott, Esq. (jcscott@csattorneys.com)
Christian & Small LLP
505 North Twentieth St.
1800 Financial Center
Birmingham, AL 35203

Counsel for Saint-Gobain Abrasives Inc.
Robert H. Sprain Jr., Esq. (rhs@sprainlaw.com)
Sprain Law Firm PC
1707 29th Court South
Birmingham, AL 35209

Counsel for Viking Pump Inc.
Richard M. Crump, Esq. (crumprm@fpwk.com)
Donald C. Partridge, Esq. (partridgedc@fpwk.com)
Forman Perry Watkins Krutz & Tardy LLP
200 South Lamar St.
City Centre, Suite 100
PO Box 22608
Jackson, MS 39225

Counsel for Cummins Inc. and Warren Pumps LLC
William T. Mills II, Esq. (wtm@phm-law.com)
Porterfield Harper Mills & Motlow PA
22 Inverness Center Parkway, Suite 600
Birmingham, AL 35242

DONE this the 6th day of September, 2011.

s/ Stephen J. Austin
OF COUNSEL