IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EARL GRELSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:11-cv-6063 |
| § | |
| FOSTER WHEELER ENERGY § | |
| CORPORATION, ET AL. § | |
| § | |
| Defendants. § | |

**FOSTER WHEELER ENERGY CORPORATION'S NOTICE OF TAG-ALONG ACTION**

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel of Multi-District Litigation entered an order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). The Order also applies to "tag-along actions", or those actions involving common question of fact filed after January 17, 1991. The Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Rule 7.1(a) provides:

> Any party or counsel in actions previously transferred under Section 1407 shall promptly notify the Clerk of the Panel of any potential tag-along actions in which that party is also named or in which that counsel appears.

This case is a potential tag-along action, and Foster Wheeler Energy Corporation advises that Court and the Panel that this matter may be subject to transfer to MDL-875, In Re: Asbestos Litigation in the Eastern District of Pennsylvania (No VI). The Panel may either: (i) file a CTO under Rule 7.1, (ii) file a show cause order under Rule 8.1, or (iii) decline to act pursuant to MDL Rule 7.1(a).

This same pleading has been mailed to the Clerk of the Judicial Panel on Multidistrict Litigation, Thurgood Marshall Federal Judiciary Building, One Columbus Circle, NE, Room G-255, North Lobby, Washington, D.C. 20002-8004.

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

By:   /s/ James L. Svajgl
Segal McCambridge Singer & Mahoney, Ltd.
William F. Mahoney – ARDC# 3121944
Steven A. Hart – ARDC# 6211008
Daniel M. Finer, Esq. – ARDC# 6289471
James L. Svajgl, Esq. – ARDC #6290875
Ashley M. Felton, Esq. – ARDC # 6299753
233 S. Wacker Drive, Suite 5500
Chicago, Illinois 60606
(312) 645-7800
Attorneys for Defendant,
FOSTER WHEELER ENERGY CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to the following via ECF Filing or certified mail on this **6th** day of September, 2011.

David O. Barrett
COONEY & CONWAY
120 North LaSalle Street
30th Floor
Chicago, Illinois 60602


Clerk of the Judicial Panel
Multi-District Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

**VIA LEXIS NEXIS**
All Known Defense Counsel


SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

By:   /s/ James L. Svajgl
Segal McCambridge Singer & Mahoney, Ltd.
William F. Mahoney – ARDC# 3121944
Steven A. Hart – ARDC# 6211008
Daniel M. Finer, Esq. – ARDC# 6289471
James L. Svajgl, Esq. – ARDC #6290875
Ashley M. Felton, Esq. – ARDC # 6299753
233 S. Wacker Drive, Suite 5500
Chicago, Illinois 60606
(312) 645-7800
Attorneys for Defendant,
FOSTER WHEELER ENERGY CORPORATION