
BRADLEY ARANT
BOULT CUMMINGS
LLP

Joel M. Kuehnert
*Attorney*
Direct: (205) 521-8083
Fax: (205) 488-6033
jkuehnert@babc.com

August 30, 2011

Jeffery N. Luthi
Clerk of the Panel on
Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-225, North Lobby
Washington, D.C. 20002-8004

     RE:    In Re Asbestos Products Liability Litigation -- MDL Docket No. 875

Dear Mr. Luthi:

    My firm represents defendant Pneumo Abex LLC in the case captioned <u>Barbara Jean Duckett vs. Honeywell International, Inc, et al.</u>, in the United States District Court for the Southern District of Alabama, Northern Division Case No. 2:11-cv-00505. I enclose herewith a copy of the Complaint. As expressly stated in the attached Complaint, the Plaintiff's claims concern alleged asbestos exposure. We hereby give notice, as required by Rule 13(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, of the pendency of this case. We request that the MDL Panel consider this case as a "tag-along action" to the cases transferred to the MDL proceeding entitled <u>In Re Asbestos Products Liability Litigation</u>, MDL Docket No. 875, and that the "tag-along" procedures be utilized in transferring this action to the Eastern District of Pennsylvania.

    Thank you for your attention in this matter.

                              Sincerely,

                              Joel M. Kuehnert

JMK/eac
encl