1   ALAN R. BRAYTON, ESQ., S.B. #73685
    LLOYD F. LEROY, ESQ., S.B. #203502
2   RICHARD M. GRANT, ESQ., S.B. #55677
    BRAYTON❖PURCELL LLP
3   222 Rush Landing Road
    PO Box 6169
4   Novato, California 94948-6169
    (415) 898-1555
5   (415) 898-1247 Fax
6   Attorneys for Plaintiffs

7

8       **UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

9   IN RE: ASBESTOS PRODUCTS              )    **MDL DOCKET NO. 875**
    LIABILITY LITIGATION (NO. VI)        )    **CTO - 432**
10                                       )
    This Document Relates to:            )    USDC WAW: 2:cv-11-01300
11  BARBARA ANN LEWIS, as personal       )
    representative for the Estate of John Robert )
12  Lewis, deceased.,                    )
                                         )    **PLAINTIFF'S WITHDRAWAL OF**
13              Plaintiff,               )    **MOTION TO VACATE**
                                         )    **CONDITIONAL TRANSFER**
14  vs.                                  )    **ORDER - 432**
                                         )
15  TODD SHIPYARD CORPORATION ,et        )
    al.,                                 )
16              Defendants.              )
                                         )

17

18          BARBARA ANN LEWIS as personal representative for the Estate of John Robert

19  Lewis, deceased., by and through her counsel of record, withdraws her Motion to Vacate

20  Conditional Transfer Order - 432.

21

22  DATED: September 7, 2011              BRAYTON❖PURCELL LLP

23
                                          s/ Richard M. Grant
24                                        Richard M. Grant
                                          222 Rush Landing Road
25                                        Novato, California 94945
                                          Attorneys for Plaintiffs
26                                        Telephone: (415) 898-1555
                                          rgrant@braytonlaw.com
27

28

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

ASBESTOS MDL 875 - Re: CTO 432
*BARBARA ANN LEWIS, as personal representative for the Estate of John Robert Lewis, deceased.,v. TODD SHIPYARD CORPORATION ,et al.,*
USDC WAW: 2:cv-11-01300

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the JUDICIAL PANEL ON MULTIDISTRICT LITIGATION by efiling w/the court's CM/ECF system on  September 7, 2011.

**PLAINTIFF'S WITHDRAWAL OF MOTION TO VACATE
CONDITIONAL TRANSFER ORDER - 432**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users and that they were served by mail.

**SEE ATTACHED SERVICE LIST**

XX_____        BY OFFICE MAILING

I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Petaluma, California in the ordinary course of business.  I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed September 7, 2011, at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.


 /s/ Jane Ehni_____
Jane Ehni
222 Rush Landing Rd.
Novato, CA 94102
415/899-1011 ext. 232