**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)
MDL NO. 875**

| | | |
|---|---|---|
| **CHARLES RICHARD ARCHER, et al.,** | ) | |
| **Plaintiffs,** | ) | **Transferee Case PAE-2:09-70093** |
| **v.** | ) | **Transferor Case ALN 4:05-cv-02466** |
| **MEAD CORPORATION, et al.,** | ) | |
| **Defendants.** | ) | |

_____

| | | |
|---|---|---|
| **REBEKAH RIGGS, as the Personal** | ) | |
| **Representative for the estate of** | ) | |
| **FARRELL RIGGS,** | ) | |
| **Plaintiff,** | ) | **Transferee Case PAE-2:09-70094** |
| **v.** | ) | **Transferor Case ALN 4:05-02472** |
| **MEAD CORPORATION, et al.,** | ) | |
| **Defendants.** | ) | |

_____

| | | |
|---|---|---|
| **ALFORD McGUFFIE and** | ) | |
| **IRIS McGUFFIE** | ) | **Transferee Case PAE-2:09-70095** |
| **Plaintiffs,** | ) | **Transferor Case ALN 4:05-02473** |
| **v.** | ) | |
| **MEAD CORPORATION, et al.** | ) | |
| **Defendants.** | ) | |

**MW CUSTOM PAPERS, LLC'S STATEMENT
REGARDING CONDITIONAL REMAND ORDER**

MW Custom Papers, LLC ("MW"), as successor in interest to the Defendant identified in

the Complaints in the above-styled actions as The Mead Corporation ("Mead") and on behalf of

its parent company, MeadWestvaco Corporation, hereby submits this statement regarding the

Panel's August 16, 2011, Conditional Remand Order.

1.      On August 23, 2011, MW filed its Notice of Opposition to Conditional Remand

Order, stating that, because MW had filed a Motion to Reconsider the Transferee Court's July

29, 2011, Order denying summary judgment, the above-styled actions should not be remanded to the Transferor Court, as all outstanding motions had not been decided.

2.      MW's Motion to Reconsider was denied by the Transferor Court on August 31, 2011, and is no longer pending.  MW therefore withdraws its Opposition to the Conditional Remand Order and does not oppose the transfer of these actions to the Northern District of Alabama, as set forth herein.

3.      Although MW does not oppose remand back to the Transferor Court, MW contends that there are dispositive issues of Alabama law that remain undecided by the Transferee Court's July 29, 2011, Order.  Additionally, based on the ruling of the Transferee Court, there are remaining pretrial issues that need to be addressed with the Transferor Court prior to these cases being set for trial.  Therefore, MW requests this Panel issue its Remand Order to the Transferor Court without any instructions regarding trial readiness and allow the parties to petition the Transferor Court with respect to the appropriate schedule for remaining pretrial issues and motions.  See Manual for Complex Litigation § 20.133 (recognizing the Transferor Court's ability to conduct "further pretrial proceedings, as needed" after remand).  As such, MW contends that it is appropriate for the Transferor Court to determine what outstanding issues will need to be resolved prior to these cases being set for trial.

WHEREFORE, MW Custom Papers, LLC withdraws its opposition to the Panel's Conditional Remand Order, and requests this Panel remand the above-styled cases to the Northern District of Alabama, to conduct any further pretrial proceedings it deems necessary.

Respectfully submitted,


/s/ John A. Smyth III
H. Thomas Wells Jr.
twells@maynardcooper.com
John A. Smyth III
jsmyth@maynardcooper.com
Attorneys for Defendant
MW Custom Papers, LLC

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203
Telephone: (205) 254-1000


## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2011, I electronically filed the foregoing with the

Clerk of the Panel using the CM/ECF e-filing system which will send electronic notification of

such filing to all counsel of record.


/s/ John A. Smyth III
OF COUNSEL