UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
    Lewis v. Todd Shipyards Corporation et al.,     )
        W.D. Washington, C.A. No. 2:11-01300     )      MDL No. 875

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Lewis*) on August 11, 2011. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Lewis* filed a notice of opposition to the proposed transfer. Plaintiff has now advised the Panel that she withdraws her opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-432" filed on August 11, 2011, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eduardo C. Robreno.

    FOR THE PANEL:

    Jeffery N. Lüthi
    Clerk of the Panel