**James L. Svajgl**
Direct (312) 645-8428
jsvajgl@smsm.com

September 8, 2011

**By ECF Filing**
Jeffery N. Lüthi, Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20544-0005

Re:   **MDL No. 875, Document No. 7802**

Dear Mr. Lüthi:

     With this letter, we hereby withdraw Document Number 7802, a Notice of Potential Tag-Along Action incorrectly filed on September 6, 2011. The incorrect Notice included a caption from the Northern District of Illinois. We will refile a Notice with the JPML caption.

Very truly yours,

s/ James L. Svajgl

JLS/kr
Withdrawal Letter - Doc 7802.doc