**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION                                                                                    MDL No. 875

CIVIL ACTION NO. 1:11-cv-6063

**FOSTER WHEELER ENERGY CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel of Multi-District Litigation entered an order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). The Order also applies to "tag-along actions", or those actions involving common question of fact filed after January 17, 1991. The Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Rule 7.1(a) provides:

> Any party or counsel in actions previously transferred under Section 1407 shall promptly notify the Clerk of the Panel of any potential tag-along actions in which that party is also named or in which that counsel appears.

The cases listed below are potential tag-along actions, and Foster Wheeler Energy Corporation advises the Court and the Panel that this matter may be subject to transfer to MDL-875, In Re: Asbestos Litigation in the Eastern District of Pennsylvania (No VI). The Panel may either: (i) file a CTO under Rule 7.1, (ii) file a show cause order under Rule 8.1, or (iii) decline to act pursuant to MDL Rule 7.1(a):

*Earl Grelson v. Foster Wheeler Energy Corporation, et al., NDIL 1:11-cv-6063 (original complaint filed in the Circuit Court of Cook County, Illinois, Case No. 2011-L-7578)*

*Charlotte Horn, Special Administrator of the Estate of Gerald Horn, Deceased, v. Foster Wheeler Energy Corporation, et al., NDIL 1:11-cv-6065 (original complaint filed in the Circuit Court of Cook County, Illinois, Case No. 2011-L-7373)*

*Elaine Lies, Special Administrator of the Estate of Robert Lies, Deceased, v. Foster Wheeler Energy Corporation, et al., NDIL 1:11-cv-6067 (original complaint filed in the Circuit Court of Cook County, Illinois, Case No. 2011-L-7589)*

        SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

        By:  /s/ James L. Svajgl
        Segal McCambridge Singer & Mahoney, Ltd.
        William F. Mahoney – ARDC# 3121944
        Steven A. Hart – ARDC# 6211008
        Daniel M. Finer, Esq. – ARDC# 6289471
        James L. Svajgl, Esq. – ARDC #6290875
        Ashley M. Felton, Esq. – ARDC # 6299753
        233 S. Wacker Drive, Suite 5500
        Chicago, Illinois 60606
        (312) 645-7800
        Attorneys for Defendant,
        FOSTER WHEELER ENERGY CORPORATION