**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION                                                                                   MDL No. 875

CIVIL ACTION NO. 1:11-cv-6063

**SCHEDULE OF ACTIONS
FOR FOSTER WHEELER ENERGY CORPORATION'S
NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

*Earl Grelson v. Foster Wheeler Energy Corporation, et al., NDIL 1:11-cv-6063 (original complaint filed in the Circuit Court of Cook County, Illinois, Case No. 2011-L-7578)*

*Charlotte Horn, Special Administrator of the Estate of Gerald Horn, Deceased, v. Foster Wheeler Energy Corporation, et al., NDIL 1:11-cv-6065 (original complaint filed in the Circuit Court of Cook County, Illinois, Case No. 2011-L-7373)*

*Elaine Lies, Special Administrator of the Estate of Robert Lies, Deceased, v. Foster Wheeler Energy Corporation, et al., NDIL 1:11-cv-6067 (original complaint filed in the Circuit Court of Cook County, Illinois, Case No. 2011-L-7589)*

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

By:   /s/ James L. Svajgl
Segal McCambridge Singer & Mahoney, Ltd.
William F. Mahoney – ARDC# 3121944
Steven A. Hart – ARDC# 6211008
Daniel M. Finer, Esq. – ARDC# 6289471
James L. Svajgl, Esq. – ARDC #6290875
Ashley M. Felton, Esq. – ARDC # 6299753
233 S. Wacker Drive, Suite 5500
Chicago, Illinois 60606
(312) 645-7800
Attorneys for Defendant,
FOSTER WHEELER ENERGY CORPORATION