SCHENKIER

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 4.2 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:11-cv-06065

Horn v. Foster Wheeler Energy Corporation
Assigned to: Honorable Elaine E. Bucklo
Case in other court: Circuit Court of Cook County,
                 Illinois, 2011 L 007373
Cause: 28:1442 Petition for Removal

Date Filed: 08/31/2011
Jury Demand: None
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**Charlotte Horn**

represented by **Lawrence R Weisler**
Cooney & Conway
120 North LaSalle Street
30th Floor
Chicago, IL 60602
(312) 236-6166
Email: lweisler@cooneyconway.com

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Foster Wheeler Energy
Corporation**

represented by **Daniel Michael Finer**
Segal McCambridge Singer &
Mahoney Ltd
233 S. Wacker Drive
Suite 5500
Chicago, IL 60606
312 645 7800
Email: dfiner@smsm.com
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2011 | 1 | NOTICE of Removal from Circuit Court of Cook County, Illinois, case number (2011 L 007373) filed by Foster Wheeler Energy Corporation Filing fee $ 350, receipt number 0752-6336265. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Finer, Daniel) (Entered: |

| | | 08/31/2011) |
|---|---|---|
| 08/31/2011 | 2 | ATTORNEY Appearance for Defendant Foster Wheeler Energy Corporation by Daniel Michael Finer (Finer, Daniel) (Entered: 08/31/2011) |
| 08/31/2011 | 3 | CIVIL Cover Sheet (Finer, Daniel) (Entered: 08/31/2011) |
| 08/31/2011 | | CASE ASSIGNED to the Honorable Elaine E. Bucklo. Designated as Magistrate Judge the Honorable Sidney I. Schenkier. (daj, ) (Entered: 08/31/2011) |
| 09/01/2011 | 4 | MINUTE entry before Honorable Elaine E. Bucklo: Scheduling Conference set for 10/13/2011 at 09:30 AM.Mailed notice (mpj, ) (Entered: 09/01/2011) |
| 09/01/2011 | 5 | MAILED notice of removal letter to Lawrence R. Weisler. (vcf, ) (Entered: 09/01/2011) |
| 09/02/2011 | 6 | Notification of Change of Attorney Address or Name by Foster Wheeler Energy Corporation (Finer, Daniel) (Entered: 09/02/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/06/2011 10:02:42 | | | |
| **PACER Login:** | sm0422 | **Client Code:** | 00007447.031304 |
| **Description:** | Docket Report | **Search Criteria:** | 1:11-cv-06065 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

10025927
8|5|11

| | |
|---|---|
| 120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served by Mail |
| 2420 - Served by Publication | 2421 - Served by Publication |
| SUMMONS | ALIAS - SUMMONS  (Rev. 5/1/92) CCG-1 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

CHARLOTTE HORN, Special Administrator of the Estate
of GERALD J. HORN, Deceased,

                    Plaintiff,

vs.

RAPID AMERICAN CORP., et al.

                    Defendants.

IN RE:   ASBESTOS LITIGATION

2011L007373
CALENDAR/ROOM  71
TIME 00:00

PLEASE SERVE Asbestos
See Attached Service Information

SUMMONS

2011L007373
Foster Weder

To Each Defendant: See Attached Service List

        YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room* 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

        To the Officer:

        This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

Witness, _____, 2011

Clerk of Court

Name: Cooney and Conway
Attorneys for Plaintiff
Address: 120 N. LaSalle St.
City: Chicago, IL 60602
Telephone: (312) 236-6166
Atty. No. 90200

Date of Service:_____, 2011
(To be inserted by Officer on Copy Left with Defendant or Other Person)

DOROTHY BROWN JUL 15 2011

**Service by Facsimile Transmission will be accepted at

_____
(A.C.)(Facsimile Telephone Number)

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

*Law Division Room 801
  County Division Room 801

Chancery-Divorce Room 802
Probate Division Room 1202

**11-0244**

**Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased,**

### SUMMONS SERVICE LIST

Rapid American Corporation, Individually and as
Successor-in-Interest to Philip Carey Manufacturing Co.
R/A: The Prentice Hall Corporation
2711 Centerville Road, Suite 400
Wilmington, DE 19808

H.B. Fuller Company
R/A: CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL  60604

Union Carbide Corporation,
Individually and f/k/a Union
Carbide Chemicals & Plastics Co.
R/A: CT Corporation System
208 South LaSalle St., Suite 814
Chicago, IL 60604

CertainTeed Corporation
R/A:  CT Corporation System
208 South LaSalle St., Suite 814
Chicago, IL 60604

Uniroyal, Inc.
c/o Uniroyal Holding, Inc.
70 Great Hill Road
Naugatuck, CT 06770

C.P. Hall Company
Robin Shin - Registered Agent
12735 S 84th Ave
Palos Park IL 60464

Crown, Cork and Seal, USA, Inc.
R/A: CT Corporation System
208 South LaSalle St., Suite 814
Chicago, IL 60604

Kentile Floors, Inc.
4 Rita Street
Syosset, NY 11791

A.W. Chesterton Company
R/A: Robert Congdon
650 W. Grand, Unit 313
Elmhurst, IL 60126

John Crane, Inc. f/k/a Crane Packing Company
R/A: CT Corporation System
208 South LaSalle St., Suite 814
Chicago, IL 60604

Dana Companies, LLC
R/A:  CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL  60604

Dana Holding Corporation,
Blumbergerxcelsior Corporation Services, Inc.
1209 Orange St.
Wilmington, DE 19801

Federal-Mogul U.S. Asbestos Personal Injury Trust as successor to the former
VELLUMOID Division of Federal Mogul
c/o Wilmington Trust SP Services, Inc
1105 N. Market Street, Suite 1300
Wilmington, DE 19801

Federal-Mogul U.S. Asbestos Personal Injury Trust as successor to Fel-Pro.
c/o Wilmington Trust SP Services, Inc
1105 N. Market Street, Suite 1300
Wilmington, DE 19801

Parker-Hannifin Corp., as Parent Corporation to Parker Packing Division
R/A: The Corporation Company
30600 Telegraph Rd, Suite 3275
Bingham Farms, MI 48025

3M Company a/k/a "3M," Individually and as f/k/a
Minnesota Mining and Manufacturing Company
100 South 5th Street, #1075
Minneapolis MN 55402

DAP, Inc.
R/A: The Prentice Hall Corporation
50 West Broad Street, Suite 1800
Columbus, OH 43215

Ingersoll-Rand Company
R/A: CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL  60604

Goulds Pumps, Inc.
R/A: CT Corporation System
111 Eighth Avenue
New York, NY 10011

Sterling Fluid Systems (USA), Individually and as
Successor-in-Interest to Peerless Pump Company
and as Successor-in-Interest to Indian Head, Inc.
R/A: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

FMC Corporation
R/A: CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

Gardner Denver, Inc.
R/A: Illinois Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703

Gardner Denver, Inc. as Successor-in-Interest to Joy Manufacturing Co.
R/A: Illinois Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703

Joy Technologies, Inc.
R/A: CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

Imo Industries, Inc.
R/A: Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Air & Liquid Systems, Inc., Successor by Merger to Buffalo Pumps, Inc.
116 Pine Street, Suite 320
Harrisburg, PA 17101

ITT Industries, Inc., Individually and as
Successor-in-Interest to Bell & Gossett Pump Co.
R/A: CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

Aurora Pump Company
R/A: Lynette Jones
13515 Ballantyne Corporate Place
Charlotte, NC  28277

ITT Industries, Inc.,
Individually and as Successor-in-Interest to
Hoffman Specialty
R/A: CT Corporation System
208 S. LaSalle Street Suite 814
Chicago, IL 60604

Warren Pumps, LLC.
R/A: Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808

Armstrong International, Inc.
900 Maple St.
Three Rivers, MI 49093

Spirax Sarco, Inc.
R/A: CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

General Electric Company
R/A: CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

Viacom, Inc., Successor-by-Merger to CBS Corporation
f/k/a Westinghouse Electric Corporation
R/A: Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Crane Co.
R/A: CT Corporation System
208 South LaSalle St., Suite 814
Chicago, IL 60604

Flowserve US, Inc. a.k.a. Flowserve Pump Corp.,
Individually and as Successor-in-Interest to
The Edward Valve and Manufacturing Company
R/A: CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

Yarway Corporation
R/A: CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

Anderson, Greenwood & Co.
10707 Clay Rd.,
Houston, TX 77041

Grinnell Corporation
f/k/a Grinnell Fire Protection Systems.
116 Pine St. 3325
Harrisburg, PA 17101

Grinnell LLC
1209 Orange St.
Wilmington, DE 19801

Mueller Group, LLC d/b/a Mueller Flow, LLC
R/A: Illinois Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703

Mueller Company
R/A: Illinois Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703

Henry Pratt Company
R/A: Illinois Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703

Foster Wheeler Energy Corporation
c/o Thomas R. O'Brian, Esq.
Perryville Corporate Park
Clinton, NJ 08809

Riley Power, Inc. f/k/a Riley Stoker Corporation
R/A: CT Corporation System
208 South LaSalle St., Suite 814
Chicago, IL 60604

Cleaver-Brooks, Inc.
R/A: Ronald G. Thimm
11950 West Lake Park Drive
Milwaukee, WI 53201

A.O. Smith Corporation
R/A: The Prentice Hall Corporation
33 N. LaSalle St.
Chicago, IL 60602

Trane U.S. Inc.
R/A: CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

Oakfabco, Inc.
c/o Lola James
5500 Corporate Drive
Pittsburgh, PA 15237

Zurn Industries, LLC
R/A: CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

Weil-McLain
500 Blaine Street
Michigan City, IN 46360

Carrier Corporation
R/A:  CT Corporation System
208 S. LaSalle St.
Suite 814
Chicago, IL 60604

Bryan Steam Corporation
A Foreign Corporation
R/A; Kurt Krauskopf
State Road 19 North
Peru, IN 46970

All Acquisition Corporation,
Individually and as Successor-in-Interest to
Holland Furnace Company
1000 Six PPG Place
Pittsburgh, PA 15222

Rite Engineering & Manufacturing Corporation
Margaret C. Light
9441 Washburn Rd
Downey, CA 90242

Duro Dyne Corporation
81 Spence Street
Bayshore, NY 11706-9117

Avocet Enterprises, Inc. f/k/a
Ventfabrics, Inc.
Richard M. Brown
333 W. Wacker Drive #1700
Chicago IL 60606

Essex Specialty Products, LLC, Individually and as Successor-in-Interest to
American Mortell Corporation and Mortell Corporation
R/A:  CT Corporation System
208 S. LaSalle St. Suite 814
Chicago, IL 60604

Howden Buffalo, Inc.
R/A: CT Corporation System
2 Office Park Ct. #103
Columbia, SC 29223

Twin City Fan Companies, Ltd.,
as Successor-in-Interest to Clarage Fan Company
5959 Trenton Ln.
Plymouth, MN  55442

Pneumo-Abex, as Successor-in-Interest to Abex Corporation
R/A: The Prentice Hall Corporation
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Borg-Warner Corporation
3850 Hamlin Road
Auburn Hills, MI 48326

Hennessy Industries, Inc., as Successor-in-Interest to Ammco Tools
R/A: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Maremont Corporation
R/A: Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

National Automotive Parts Association (NAPA):
2999 Circle 75 Parkway SE
Atlanta, GA 30339

Tenneco, Inc.
500 NBrth Field Dr.
Lake Forest, IL  60045

Arvinmeritor, Inc., Individually and as
Successor-in-Interest to Euclid Industries and as
Successor-in-Interest to Rockwell International
R/A: CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

Pneumo-Abex, as Successor-in-Interest to Abex Corporation
R/A: The Prentice Hall Corporation
2711 Centerville Road, Suite 400
Wilmington, DE 19808

The Boeing Company
R/A: Illinois Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703

Northrop Grunman Systems Corporation
R/A: CT Corporation System
208 South LaSalle St., Suite 814
Chicago, IL 60604

Triumph Group, Inc.
R/A: The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Triumph Aerostructures Holdings, LLC
R/A: The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Triumph Aerostructures, LLC
R/A: The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Metropolitan Life Insurance Co.
ATTN: Director of Insurance of the State of Illinois
100 W. Randolph St., Suite 15-100
Chicago, IL 60601

11-0244 LRW/ab

Firm I.D. No: 90200

STATE OF ILLINOIS ⟩
⟩ §
COUNTY OF COOK ⟩

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| CHARLOTTE HORN, Special Administrator of the Estate of GERALD J. HORN, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>RAPID AMERICAN CORPORATION, Individually and as Successor-in-Interest to Philip Carey Manufacturing Corporation; H.B. FULLER COMPANY; UNION CARBIDE CORPORATION, Individually and f/k/a Union Carbide Chemicals and Plastics Company; CERTAINTEED CORPORATION; UNIROYAL, INC.; C.P. HALL COMPANY; CROWN, CORK AND SEAL, USA, INC.; KENTILE FLOORS, INC.; A.W. CHESTERTON COMPANY; JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY; DANA COMPANIES, LLC; DANA HOLDING CORPORATION; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust as Successor to the former VELLUMOID Division of Federal-Mogul; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust as Successor to Fel-Pro.; PARKER-HANNIFIN CORP., as Parent Corporation to PARKER PACKING DIVISION; 3M COMPANY a/k/a "3M," Individually and as f/k/a MINNESOTA MINING AND MANUFACTURING COMPANY; GEORGIA-PACIFIC LLC f/k/a GEORGIA-PACIFIC CORPORATION; DAP, INC.; INGERSOLL-RAND COMPANY; GOULDS PUMPS, INC.; STERLING FLUID SYSTEMS (USA), Individually and as Successor-in-Interest to Peerless Pump Company and as Successor-in-Interest to Indian Head, Inc.; FMC CORPORATION; GARDNER DENVER, INC.; GARDNER DENVER, INC., as Successor-in-Interest to JOY MANUFACTURING CO.; JOY TECHNOLOGIES, INC.; IMO INDUSTRIES, INC.; AIR & LIQUID SYSTEMS, INC., Successor by Merger to BUFFALO PUMPS, INC.; ITT INDUSTRIES, INC., Individually and as Successor-in-Interest to BELL & GOSSETT PUMP CO.; AURORA PUMP COMPANY; FMC, Individually and as successor-in-Interest to Chicago Pump Company; ITT INDUSTRIES, INC., Individually and as Successor-in-Interest to HOFFMAN SPECIALTY; WARREN PUMPS, LLC; ARMSTRONG INTERNATIONAL, | IN RE:  ASBESTOS LITIGATION<br><br>NO:  2011L007373<br>CALENDAR/ROOM J1<br>TIME 00:00<br>Asbestos |

11 JUL 15  PM 3:48

CLERK OF THE CIRCUIT COURT
COOK COUNTY, ILLINOIS
CIVIL DIVISION

INC.; SPIRAX SARCO, INC.; GENERAL ELECTRIC
COMPANY; VIACOM, INC., Successor-by-Merger to CBS
Corporation f/k/a Westinghouse Electric Corporation;
CRANE CO.; FLOWSERVE US, INC. a.k.a. FLOWSERVE
PUMP CORP., Individually and as Successor-in-Interest
to THE EDWARD VALVE AND MANUFACTURING
COMPANY; YARWAY CORPORATION; ANDERSON,
GREENWOOD & CO.; GRINNELL CORPORATION f/k/a
GRINNELL FIRE PROTECTION SYSTEMS, INC.; GRINNELL
LLC; MUELLER GROUP, LLC d/b/a MUELLER FLOW, LLC;
MUELLER COMPANY; HENRY PRATT COMPANY; FOSTER
WHEELER ENERGY CORPORATION; RILEY POWER, INC.
f/k/a RILEY STOKER CORPORATION; CLEAVER-BROOKS,
INC.; A.O. SMITH CORPORATION; TRANE U.S., INC.;
OAKFABCO, INC.; ZURN INDUSTRIES, LLC; WEIL-
MCLAIN; CARRIER CORPORATION; BRYAN STEAM
CORPORATION; AII ACQUISITIONS, f/k/a HOLLAND
FURNACES CO.; RITE ENGINEERING &
MANUFACTURING CORPORATION; DURO DYNE, INC.;
AVOCET ENTERPRISES, INC. f/k/a VENTFABRICS, INC.;
ESSEX SPECIALTY PRODUCTS, LLC, Individually and as
Successor-in-Interest to AMERICAN MORTELL
CORPORATION and MORTELL CORPORATION; HOWDEN
BUFFALO, INC.; TWIN CITY FAN COMPANIES, LTD. as
Successor-in-Interest to CLARAGE FAN COMPANY;
PNEUMO-ABEX, as Successor-in-Interest to Abex
Corporation; BORG-WARNER CORPORATION, by its
Successor-in-Interest, Borg Warner Morse TEC Inc.;
HENNESSY INDUSTRIES, INC., as Successor-in-Interest
to AMMCO TOOLS; MAREMONT CORPORATION;
NATIONAL AUTOMOTIVE PARTS ASSOCIATION (NAPA);
TENNECO, INC.; ARVINMERITOR, INC., Individually and
as Successor-in-Interest to Euclid Industries and as
Successor-in-Interest to Rockwell International; THE
BOEING COMPANY; NORTHROP GRUNMAN SYSTEMS
CORPORATION; TRIUMPH GROUP, INC., Individually
and as Successor-in-Interest to VOUGHT AIRCRAFT
INDUSTRIES, INC.; TRIUMPH AREOSTRUCTURES
HOLDINGS, LLC, Individually and as Successor-in-
Interest to VOUGHT AIRCRAFT INDUSTRIES, INC.;
TRIUMPH AREOSTRUCTURES LLC, Individually and as
Successor-in-Interest to VOUGHT AIRCRAFT
INDUSTRIES, INC.; IMO INDUSTRIES, INC., Individually
and as Successor-in-Interest to ADEL FASTENERS; IMO
INDUSTRIES, INC., Individually and as Successor-in-
Interest to E.B. Wiggins; METROPOLITAN LIFE
INSURANCE CO.,

Defendants.

<u>COMPLAINT AT LAW</u>

<u>COUNT I</u>

NOW COMES the Plaintiff, CHARLOTTE HORN, Special Administrator of the Estate of GERALD J.

HORN, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action

against the Defendants, states:

1.    The Plaintiff is the duly appointed Special Administrator of the Estate of GERALD J.

HORN, Deceased, pursuant to an Order of the Circuit Court of Cook County, Illinois.

2.    Plaintiff brings this action pursuant to 740 ILCS 180/1-et seq.

3.    CHARLOTTE HORN, Special Administrator of the Estate of GERALD J. HORN brings this

action for use and benefit of the surviving heirs of the Decedent:

Surviving Heirs:

| | | |
|---|---|---|
| Charlotte Horn | - | Spouse |
| Michael Horn | - | Son |
| Timothy Horn | - | Son |
| Brian Horn | - | Son |
| Theresa Pendell | - | Daughter |

4.    The Plaintiff's Decedent, GERALD J. HORN, was employed from 1957 to 1979 in various

capacities including, Aircraft Mechanic, Mechanic, HVAC, Sheetmetal Worker, and Maintenance Worker

at various locations.   The Plaintiff's Decedent was also exposed to asbestos through his Father,

FERDINAND C. HORN, from 1940 to 1957 while he was employed in various capacities including,

Machinist at various locations.

5.    During the course of employment, during non-occupational work projects (including,

but not limited to, home and automotive repairs, maintenance and remodeling) and/or in other ways,

the Plaintiff's Decedent, GERALD J. HORN, was exposed to and inhaled, ingested or otherwise absorbed

asbestos fibers and the Decedent's Father, FERDINAND C. HORN, was exposed to and carried home on

his clothing large amounts of asbestos fibers emanating from certain products he was working with and

around that were manufactured, sold, marketed, distributed or installed by the Defendants: RAPID

AMERICAN CORPORATION, Individually and as Successor-in-Interest to Philip Carey Manufacturing Corporation; H.B. FULLER COMPANY; UNION CARBIDE CORPORATION, Individually and f/k/a Union Carbide Chemicals and Plastics Company; CERTAINTEED CORPORATION; UNIROYAL, INC.; C.P. HALL COMPANY; CROWN, CORK AND SEAL, USA, INC.; KENTILE FLOORS, INC.; A.W. CHESTERTON COMPANY; JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY;   DANA COMPANIES, LLC; DANA HOLDING CORPORATION;   FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust as Successor to the former VELLUMOID Division of Federal-Mogul;   FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust as Successor to Fel-Pro.; PARKER-HANNIFIN CORP., as Parent Corporation to PARKER PACKING DIVISION; 3M COMPANY a/k/a "3M," Individually and as f/k/a MINNESOTA MINING AND MANUFACTURING COMPANY; GEORGIA-PACIFIC LLC f/k/a GEORGIA-PACIFIC CORPORATION; DAP, INC.; INGERSOLL-RAND COMPANY; GOULDS PUMPS, INC.; STERLING FLUID SYSTEMS (USA), Individually and as Successor-in-Interest to Peerless Pump Company and as Successor-in-Interest to Indian Head, Inc.; FMC CORPORATION; GARDNER DENVER, INC.; GARDNER DENVER, INC., as Successor-in-Interest to JOY MANUFACTURING CO.; JOY TECHNOLOGIES, INC.; IMO INDUSTRIES, INC.; AIR & LIQUID SYSTEMS, INC., Successor by Merger to BUFFALO PUMPS, INC.; ITT INDUSTRIES, INC., Individually and as Successor-in-Interest to BELL & GOSSETT PUMP CO.; AURORA PUMP COMPANY; FMC, Individually and as successor-in-Interest to Chicago Pump Company; ITT INDUSTRIES, INC., Individually and as Successor-in-Interest to HOFFMAN SPECIALTY; WARREN PUMPS, LLC; ARMSTRONG INTERNATIONAL, INC.; SPIRAX SARCO, INC.; GENERAL ELECTRIC COMPANY; VIACOM, INC., Successor-by-Merger to CBS Corporation f/k/a Westinghouse Electric Corporation; CRANE CO.; FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY; YARWAY CORPORATION; ANDERSON, GREENWOOD & CO.; GRINNELL CORPORATION f/k/a GRINNELL FIRE PROTECTION SYSTEMS, INC.; GRINNELL LLC; MUELLER GROUP, LLC d/b/a MUELLER FLOW, LLC; MUELLER COMPANY; HENRY PRATT COMPANY; FOSTER WHEELER ENERGY CORPORATION; RILEY POWER, INC. f/k/a RILEY STOKER CORPORATION; CLEAVER-BROOKS, INC.; A.O. SMITH CORPORATION;

TRANE U.S., INC.; OAKFABCO, INC.; ZURN INDUSTRIES, LLC; WEIL-MCLAIN; CARRIER CORPORATION;

BRYAN STEAM CORPORATION; All ACQUISITIONS, f/k/a HOLLAND FURNACES CO.; RITE ENGINEERING &

MANUFACTURING CORPORATION; DURO DYNE, INC.; AVOCET ENTERPRISES, INC. f/k/a VENTFABRICS,

INC.; ESSEX SPECIALTY PRODUCTS, LLC, Individually and as Successor-in-Interest to AMERICAN MORTELL

CORPORATION and MORTELL CORPORATION; HOWDEN BUFFALO, INC.; TWIN CITY FAN COMPANIES,

LTD. as Successor-in-Interest to CLARAGE FAN COMPANY; PNEUMO-ABEX, as Successor-in-Interest to

Abex Corporation; BORG-WARNER CORPORATION, by its Successor-in-Interest, Borg Warner Morse TEC

Inc.; HENNESSY INDUSTRIES, INC., as Successor-in-Interest to AMMCO TOOLS; MAREMONT

CORPORATION; NATIONAL AUTOMOTIVE PARTS ASSOCIATION (NAPA); TENNECO, INC.; ARVINMERITOR,

INC., Individually and as Successor-in-Interest to Euclid Industries and as Successor-in-Interest to

Rockwell International; THE BOEING COMPANY; NORTHROP GRUNMAN SYSTEMS CORPORATION;

TRIUMPH GROUP, INC., Individually and as Successor-in-Interest to VOUGHT AIRCRAFT INDUSTRIES,

INC.; TRIUMPH AREOSTRUCTURES HOLDINGS, LLC, Individually and as Successor-in-Interest to VOUGHT

AIRCRAFT INDUSTRIES, INC.; TRIUMPH AREOSTRUCTURES LLC, Individually and as Successor-in-Interest

to VOUGHT AIRCRAFT INDUSTRIES, INC.; IMO INDUSTRIES, INC., Individually and as Successor-in-Interest

to ADEL FASTENERS; and IMO INDUSTRIES, INC., Individually and as Successor-in-Interest to E.B.

Wiggins. ("Defendants"). (See Exhibit "A" and Exhibit "B" attached hereto)

    6.    At all times herein set forth, the Defendants' products were being employed in the

manner and for the purposes for which they were intended.

    7.    GERALD J. HORN's exposure to and inhalation, ingestion or absorption of the asbestos

fibers emanating from the above-mentioned products was foreseeable and could or should have been

anticipated by the Defendants.

    8.    The Defendants knew or should have known that the asbestos fibers contained in their

products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling,

ingesting or otherwise absorbing them.

9.     The Plaintiff's Decedent, GERALD J. HORN, suffered from an asbestos-related disease, including Mesothelioma and became aware of said disease on or about August 9, 2010, and, subsequently thereto, became aware that the same was wrongfully caused.

10.    At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Plaintiff's Decedent and others working with and around the asbestos-containing products of the Defendants.

11.    The Defendants failed to exercise ordinary care and caution for the safety of GERALD J. HORN and FERDINAND C. HORN in one or more of the following respects:

(a)    Included asbestos in their products, even though it was completely foreseeable and could or should have been anticipated that persons such as GERALD J. HORN and FERDINAND C. HORN working with or around them would inhale, ingest or otherwise absorb asbestos;

(b)    Included asbestos in their products when the Defendants knew or should have known that said asbestos fibers would have a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them;

(c)    Included asbestos in their products when adequate substitutes for the asbestos in them was available;

(d)    Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

(e)    Failed to provide any or adequate instructions concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them; and,

(f)    Failed to conduct tests on the asbestos-containing products manufactured, sold, delivered or installed by the Defendants in order to determine the hazards to which workers such as GERALD J. HORN and FERDINAND C. HORN might be exposed while working with the products.

(g)    Marketed and/or distributed a product containing asbestos fibers;

(h)    Failed to provide instruction as to what appropriate apparel, if any, would be safe to wear while using and/or working in proximity to the Defendants' products;

(i)     Failed to develop alternative, non-asbestos containing products in a timely manner;

(j)     Failed to inform users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

(k)     Failed to provide safe packaging for its products.

12.     That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, GERALD J. HORN was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing GERALD J. HORN to develop Mesothelioma, which ultimately led to his death; GERALD J. HORN, prior to his death on July 4, 2011, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; GERALD J. HORN prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; that as a further result of his asbestos-induced disease and conditions, GERALD J. HORN was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of money which otherwise would have accrued to him and his estate; further, by reason of the death of GERALD J. HORN, his family has been deprived of his means of support and has lost the society of GERALD J. HORN; lastly, substantial sums of money were expended by the GERALD J. HORN's Estate for funeral and burial.

WHEREFORE, the Plaintiff, CHARLOTTE HORN, Special Administrator of the Estate of GERALD J. HORN, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

<u>COUNT 2</u>

NOW COMES the Plaintiff, CHARLOTTE HORN, Special Administrator of the Estate of GERALD J. HORN, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1-12.    Plaintiff adopts and re-alleges paragraphs 1-12 of Count 1 as paragraphs 1-12 of Count 2 as though fully set forth herein.

13.    CHARLOTTE HORN is the duly appointed Administrator of the Estate of GERALD J. HORN, Deceased.

14.    Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/26-6, for the disability, physical and mental suffering of Plaintiff's Decedent following, and as a result of, the aforesaid wrongful acts and/or omissions of each of the Defendants.

WHEREFORE, the Plaintiff, CHARLOTTE HORN, Special Administrator of the Estate of GERALD J. HORN, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

## COUNT 3

NOW COMES the Plaintiff, CHARLOTTE HORN, Special Administrator of the Estate of GERALD J. HORN, Deceased, by and through her attorneys, COONEY AND CONWAY, and complaining of the Defendants, PNEUMO-ABEX, as Successor-in-Interest to Abex Corporation and METROPOLITAN LIFE INSURANCE CO., alleges and says:

1.    GERALD J. HORN contracted Mesothelioma as a result of his exposure to asbestos.

2.    Before Plaintiff's Decedent worked with Defendants' products at the aforesaid jobsites, each of the Defendants knew that exposure to asbestos caused serious disease and death

3.    Before the Decedent's Father, FERDINAND C. HORN, worked with Defendants' products at the aforesaid jobsites, each of the Defendants knew that exposure to asbestos caused serious disease and death.  The Plaintiff's Decedent, GERALD J. HORN, became exposed to said fibers by coming into contact with his Father's clothing and hair covered with asbestos dust and fibers.

4.    Asbestos was present, and rendered airborne, at the aforesaid jobsites.

5.      Unarco Industries, Inc., Johns-Manville Corporation, Johns-Manville Sales Corporation, Raymark Industries, Inc. (formerly Raybestos-Manhattan, Inc.), Owens Corning, Pittsburgh Corning Corporation, United States Gypsum and T & N Ltd., are corporations, and they, or their corporate predecessors, were during the time relevant to the allegations herein, in the business of manufacturing and distributing asbestos and asbestos-containing products.

6.      Defendant, PNEUMO-ABEX, as Successor-in-Interest to Abex Corporation, is a corporation and was, during the times relevant to the allegations herein, itself or through predecessors, in the business of manufacturing and distributing asbestos-containing products.

7.      Defendant, METROPOLITAN LIFE INSURANCE COMPANY, is a corporation.

8.      Hereafter "Conspirators" refers to each of the corporations named in paragraphs 5 through 6.

9.      GERALD J. HORN was exposed to asbestos, including asbestos from one or more of the Conspirators.

10.     Exposure to asbestos is a cause of serious disease and death, including asbestosis and malignancies.

11.     The Mesothelioma from which GERALD J. HORN suffered is an indivisible injury which resulted from the total and cumulative effect of all the asbestos to which he was exposed.

12.     Before GERALD J. HORN's exposure to asbestos, Conspirators knew that exposure to asbestos caused serious disease and death.

13.     Conspirators knew that individuals exposed to asbestos were ignorant of the hazardous properties of asbestos.

14.     Before and during her exposure to asbestos, GERALD J. HORN, was unaware that exposure to asbestos caused serious disease and death.

15.     The knowledge of the Conspirators included the following:

        (a)     two or more Conspirators had been in the asbestos business for years and had directed manufacturing operations;

    (b)    each had actual knowledge of asbestos disease and death among workers exposed to asbestos as early as the 1940's.

16.    Conspirators knew that asbestos was inherently dangerous and knew that under the decisional law of Illinois and other states, each was under a duty not to sell asbestos without providing adequate warning of its harmful qualities.

17.    Conspirators had employees who were exposed to asbestos dust and each of them had a statutory, regulatory, and decisional law duty to provide their employees with a safe place to work, or at the least, to warn the employees of the hazards presented by the presence of asbestos dust.

18.    Conspirators knew that if they adequately warned their own employees and other persons who were at risk of asbestos disease, the publication of such warning would cause workers to leave the industries using asbestos and therefore reduce the sale and usage of asbestos and cause those who were exposed through household and neighborhood exposures to press for the cessation of such exposures.

19.    Conspirators knowingly conspired and agreed among themselves to, among others:

    (a)    positively assert that which was not true, that it was safe for people to be exposed to asbestos and asbestos-containing products;

    (b)    suppress information about the harmful effects of asbestos causing people to be ignorant of that information.

20.    One or more of the Conspirators performed the following overt acts in furtherance of the conspiracy:

    (a)    sold asbestos products which were used at locations within the state of Illinois, where GERALD J. HORN and FERDINAND C. HORN worked without warning of the hazards known to the seller;

    (b)    refused to warn its own employees about the hazards of asbestos known to it; among the employees who were not warned were those who worked within the state of Illinois;

    (c)    edited and altered the reports and drafts of publications initially prepared by Dr. Lanza concerning the hazards of asbestos during the 1930's;

(d) agreed in writing not to disclose the results of research on the effects of asbestos upon health unless the results suited their interests;

(e) obtained an agreement in the 1930's from the editors of ASBESTOS, the only trade magazine devoted exclusively to asbestos, that the magazine would never publish articles on the fact that exposure to asbestos caused disease, and sustained this agreement into the 1970's;

(f) suppressed the dissemination of a report by Dr. Gardner in 1943 which was critical of the concept that there was a safe level of asbestos exposure;

(g) through their control of the Asbestos Textile Institute (ATI), defeated further study of health of workers when William Hemeon graphically demonstrated the need for such study and dissemination of information in the 1940's;

(h) edited and altered the reports and drafts of publications regarding asbestos and health initially prepared by Dr. Vorwald during 1948-1951;

(i) suppressed the results of the Fibrous Dust Studies conducted during 1966-74 by Industrial Hygiene Foundation, John-Manville, Raybestos Manhattan, Owens Corning, Pittsburgh Corning Corporation and PPG Industries, which results demonstrate and confirmed that exposure to asbestos caused cancer and asbestosis.

21. The agreement and the acts done in furtherance of the agreement, including those performed in the State of Illinois, were proximate causes of the injury, specifically Mesothelioma, and the death of GERALD J. HORN.

22. GERALD J. HORN died on July 4, 2011.

23. The next of kin of Decedent are:

Surviving Heirs

| | | |
|---|---|---|
| Charlotte Horn | - | Spouse |
| Michael Horn | - | Son |
| Timothy Horn | - | Son |
| Brian Horn | - | Son |
| Theresa Pendell | - | Daughter |

24. GERALD J. HORN was a person of value.

25.     As a result of his death, his family and next of kin have suffered a loss of the love, affection, care, attention, comfort, guidance, protection, assistance in rearing children, money, goods, and services which he would have contributed to them had he lived.

26.     CHARLOTTE HORN brings this action pursuant to 740 ILCS 180/2 (2005).

WHEREFORE, the Plaintiff, CHARLOTTE HORN, Special Administrator of the Estate of GERALD J. HORN, Deceased, demands judgment against the Defendants, PNEUMO-ABEX, as Successor-in-Interest to Abex Corporation and METROPOLITAN LIFE INSURANCE CO., jointly and severally, in an amount in excess of jurisdictional amount, plus costs.

COUNT 4

NOW COMES the Plaintiff, CHARLOTTE HORN, Special Administrator of the Estate of GERALD J. HORN, Deceased, by and through her attorneys, COONEY AND CONWAY, and complaining of the Defendants, PNEUMO-ABEX, as Successor-in-Interest to Abex Corporation, and METROPOLITAN LIFE INSURANCE CO., alleges and says:

1-22.   Plaintiff repeats and re-alleges paragraphs 1-22 of Count 3 as paragraphs 1-22 of Count 4 as though fully set forth herein.

23.     GERALD J. HORN was ill from Mesothelioma for a period before his death.

24.     Neither Decedent nor Plaintiff knew or should have known that Decedent had Mesothelioma prior to August 9, 2010.

25.     Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/26-6, for the disability, physical and mental suffering of Plaintiff's Decedent following, and as a result of, the aforesaid wrongful acts and/or omissions of each of the Defendants.

WHEREFORE, the Plaintiff, CHARLOTTE HORN, Special Administrator of the Estate of GERALD J. HORN, Deceased, demands judgment against the Defendants, PNEUMO-ABEX, as Successor-in-Interest to Abex Corporation and METROPOLITAN LIFE INSURANCE CO., jointly and severally, in an amount in excess of jurisdictional amount, plus costs.

Respectfully submitted,

COONEY AND CONWAY

By: _____
     Attorney for Plaintiff

Lawrence T. Weisler
**COONEY AND CONWAY**
Attorneys for Plaintiff
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602
Firm I.D. No.: 90200

11-0244
**Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased**

**EXHIBIT "A"**
Personal Exposure of Plaintiff's Decedent,
**Gerald J. Horn**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| U.S. Navy<br>&bull; Great Lakes Naval Base (Great Lakes, IL)<br>&bull; Naval Air Station Norman (Norman, OK)<br>&bull; Naval Air Station Memphis (Memphis, TN)<br>&bull; Naval Air Station Jacksonville (Jacksonville, FL)<br>&bull; Naval Air Station Mayport (Mayport, FL)<br>&bull; Brooklyn Shipyard (Brooklyn, NY)<br>&bull; U.S.S. Saratoga (CV-60)<br>&bull; U.S.S. Essex (CV-9) | 1957-1961 | **RAPID AMERICAN CORPORATION, Individually and as Successor-in-Interest to Philip Carey Manufacturing Corporation:** Carey Asbestos Pipe Covering, Block, Cement, Paper, Felt, Board, Tile and Other Asbestos Containing Products<br>**H.B. FULLER COMPANY:** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products<br>**UNION CARBIDE CORPORATION, Individually and f/k/a Union Carbide Chemicals and Plastics Company:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products<br>**CERTAINTEED CORPORATION:** Asbestos Cement, Pipe, Pipe Covering, Shingles, Siding, Roofing Materials, Compounds, Bestwall Joint Compound, Flexible Train Line and Other Asbestos Containing Products<br>**UNIROYAL, INC.:** Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products<br>**C.P. HALL COMPANY:** Raw Asbestos Fibers and Other Asbestos Containing Products<br>**CROWN, CORK AND SEAL, USA, INC.:** Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products<br>**KENTILE FLOORS, INC.:** Asbestos Containing Floor Tile, Asbestos Containing Adhesives and Other Asbestos Containing Products<br>**A.W. CHESTERTON COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**JOHN CRANE, INC. f/k/a Crane Packing Company:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**DANA HOLDING CORPORATION:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets and Packing<br>**Federal-Mogul U.S. Asbestos Personal Injury Trust as successor to the former Vellumoid division of Federal Mogul** : Asbestos Containing Gaskets<br>**Federal-Mogul U.S. Asbestos Personal Injury Trust as successor to Fel-Pro.:** Asbestos Containing Gaskets and |

11-0244
**Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Seals |
| | | **PARKER-HANNIFIN CORP., as parent corporation to PARKER PACKING DIVISION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products |
| | | **3M COMPANY a/k/a "3M," Individually and as f/k/a MINNESOTA MINING AND MANUFACTURING COMPANY:** Asbestos containing Adhesives, Boards, Caulks, Cloths, Compounds, Fillers, Paints, Resins, Sealers, Sheets and other asbestos containing materials |
| | | **GEORGIA-PACIFIC LLC f/k/a GEORGIA-PACIFIC CORPORATION:** Asbestos Containing Cement, Plaster, Joint Compounds, Roof Coating, Mastics, Wall Board and Other Asbestos Containing Products |
| | | **DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products |
| | | **INGERSOLL-RAND COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Compressors, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GOULDS PUMPS, INC.:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **STERLING FLUID SYSTEMS (USA), Individually and as Successor-in-Interest to Peerless Pump Company and as Successor-in-Interest to Indian Head, Inc.:** Asbestos Containing Pumps, Peerless Pumps, Asbestos Containing Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **FMC CORPORATION:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GARDNER DENVER, INC.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **GARDNER DENVER, INC., as Successor-in-Interest to JOY MANUFACTURING CO.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Stationary Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **JOY TECHNOLOGIES, INC.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, |

11-0244
Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Portable Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **IMO INDUSTRIES, INC.:** Asbestos Containing Imo Pumps, DeLaval Pumps, Packings, Gaskets, Block, Turbines, Cement, Pipe Covering, Clamps, Connectors, Fasteners, Hoses and Other Asbestos Containing Products and Equipment |
| | | **AIR & LIQUID SYSTEMS, INC. Successor by Merger to BUFFALO PUMPS, INC.:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **ITT INDUSTRIES, INC., Individually and as Successor-in-Interest to BELL & GOSSETT PUMP CO.:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **AURORA PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **FMC, Individually and as successor-in-Interest to Chicago Pump Company:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **ITT INDUSTRIES, INC., Individually and as Successor-in-Interest to Hoffman Specialty Manufacturing Company:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **WARREN PUMPS, LLC.:** Asbestos Containing Pumps, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment |
| | | **ARMSTRONG INTERNATIONAL, INC.:** Asbestos Containing Steam Traps, Pumps, Heat Exchangers, Vessels, Valves, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **SPIRAX SARCO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **VIACOM, INC., Successor-by-Merger to CBS Corporation** |

11-0244
**Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | **f/k/a Westinghouse Electric Corporation:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **CRANE CO.:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers and Other Asbestos Containing Products and Equipment |
| | | **FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **YARWAY CORPORATION:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **ANDERSON, GREENWOOD & CO.:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **GRINNELL CORPORATION f/k/a GRINNELL FIRE PROTECTION SYSTEMS, INC.:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **GRINNELL LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **MUELLER GROUP, LLC d/b/a MUELLER FLOW, LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **MUELLER COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **HENRY PRATT COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, |

11-0244
**Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
|  |  | Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
|  |  | **RILEY POWER, INC. f/k/a RILEY STOKER CORPORATION:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
|  |  | **TRANE U.S., INC.:** Asbestos Containing Boilers, Kewanee Boilers, American Standard Boilers, Heat Exchangers, Steam Traps, Air Handlers, Chillers, HVAC Systems, Cooling Towers, Pumps, Tanks, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
|  |  | **ZURN INDUSTRIES, LLC:** Asbestos Containing Boilers, Erie Boilers, Keystone Boilers, Pumps, Steam Traps, HVAC Systems, Tanks, Asbestos Pipe Covering, Compressors, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
|  |  | **CARRIER CORPORATION:** Abestos Containing Cooling Towers, Asbestos Pipecovering, Asbestos Transite Board, Asbestos Block, Asbestos Cement, Asbestos Gaskets, Asbestos Boilers, Packings, Spray, Board, Blankets, HVAC Equipment and Other Asbestos Containing Materials |
|  |  | **HOWDEN BUFFALO, INC.:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment |
|  |  | **TWIN CITY FAN COMPANIES, LTD., as Successor-in-Interest to CLARAGE FAN COMPANY:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Air Handlers, HVAC Systems, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment |
|  |  | **PNEUMO-ABEX, as Successor-in-Interest to Abex Corporation:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment |
|  |  | **THE BOEING COMPANY:** Asbestos containing brakes, gaskets, heat shields, fire hoses, valves, and other asbestos containing products |
|  |  | **NORTHROP GRUNMAN SYSTEMS CORPORATION; TRIUMPH GROUP, INC., Individually and as Successor-in-Interest to VOUGHT AIRCRAFT INDUSTRIES, INC.:** Asbestos containing brakes, gaskets, heat shields, fire hoses, valves, and other asbestos containing products |
|  |  | **TRIUMPH AREOSTRUCTURES HOLDINGS, LLC, Individually and as Successor-in-Interest to VOUGHT AIRCRAFT** |

11-0244

**Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | INDUSTRIES, INC.:Asbestos containing brakes, gaskets, heat shields, fire hoses, valves, and other asbestos containing products |
| | | **TRIUMPH AREOSTRUCTURES LLC, Individually and as Successor-in-Interest to VOUGHT AIRCRAFT INDUSTRIES, INC.:**Asbestos containing brakes, gaskets, heat shields, fire hoses, valves, and other asbestos containing products |
| | | **IMO INDUSTRIES, INC., Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials. |
| | | **IMO INDUSTRIES, INC., Individually and as Successor-in-Interest to E.B. Wiggins:**Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials. |

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| Vulcan Steel (Jacksonville, FL) | 1961-1963 | **RAPID AMERICAN CORPORATION, Individually and as Successor-in-Interest to Philip Carey Manufacturing Corporation:** Carey Asbestos Pipe Covering, Block, Cement, Paper, Felt, Board, Tile and Other Asbestos Containing Products |
| | | **H.B. FULLER COMPANY:** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products |
| | | **UNION CARBIDE CORPORATION, Individually and f/k/a Union Carbide Chemicals and Plastics Company:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products |
| | | **CERTAINTEED CORPORATION:** Asbestos Cement, Pipe, Pipe Covering, Shingles, Siding, Roofing Materials, Compounds, Bestwall Joint Compound, Flexible Train Line and Other Asbestos Containing Products |
| | | **UNIROYAL, INC.:** Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products |
| | | **C.P. HALL COMPANY:** Raw Asbestos Fibers and Other Asbestos Containing Products |
| | | **CROWN, CORK AND SEAL, USA, INC.:** Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products |
| | | **KENTILE FLOORS, INC.:** Asbestos Containing Floor Tile, Asbestos Containing Adhesives and Other Asbestos Containing Products |
| | | **A.W. CHESTERTON COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products |

11-0244
Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **JOHN CRANE, INC. f/k/a Crane Packing Company:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products |
| | | **DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets |
| | | **DANA HOLDING CORPORATION:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets and Packing |
| | | **Federal-Mogul U.S. Asbestos Personal Injury Trust as successor to the former Vellumoid division of Federal Mogul :** Asbestos Containing Gaskets |
| | | **Federal-Mogul U.S. Asbestos Personal Injury Trust as successor to Fel-Pro.:** Asbestos Containing Gaskets and Seals |
| | | **PARKER-HANNIFIN CORP., as parent corporation to PARKER PACKING DIVISION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products |
| | | **3M COMPANY a/k/a "3M," Individually and as f/k/a MINNESOTA MINING AND MANUFACTURING COMPANY:** Asbestos containing Adhesives, Boards, Caulks, Cloths, Compounds, Fillers, Paints, Resins, Sealers, Sheets and other asbestos containing materials |
| | | **GEORGIA-PACIFIC LLC f/k/a GEORGIA-PACIFIC CORPORATION:** Asbestos Containing Cement, Plaster, Joint Compounds, Roof Coating, Mastics, Wall Board and Other Asbestos Containing Products |
| | | **DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products |
| | | **INGERSOLL-RAND COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Compressors, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GOULDS PUMPS, INC.:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **STERLING FLUID SYSTEMS (USA), Individually and as Successor-in-Interest to Peerless Pump Company and as Successor-in-Interest to Indian Head, Inc.:** Asbestos Containing Pumps, Peerless Pumps, Asbestos Containing Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **FMC CORPORATION:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |

11-0244

Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | **GARDNER DENVER, INC.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **GARDNER DENVER, INC., as Successor-in-Interest to JOY MANUFACTURING CO.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Stationary Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **JOY TECHNOLOGIES, INC.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Portable Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **IMO INDUSTRIES, INC.:** Asbestos Containing Imo Pumps, DeLaval Pumps, Packings, Gaskets, Block, Turbines, Cement, Pipe Covering, Clamps, Connectors, Fasteners, Hoses and Other Asbestos Containing Products and Equipment |
| | | **AIR & LIQUID SYSTEMS, INC. Successor by Merger to BUFFALO PUMPS, INC.:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **ITT INDUSTRIES, INC., Individually and as Successor-in-Interest to BELL & GOSSETT PUMP CO.:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **AURORA PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **FMC, Individually and as successor-in-Interest to Chicago Pump Company:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **ITT INDUSTRIES, INC., Individually and as Successor-in-Interest to Hoffman Specialty Manufacturing Company:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **WARREN PUMPS, LLC.:** Asbestos Containing Pumps, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment |

11-0244
Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **ARMSTRONG INTERNATIONAL, INC.:** Asbestos Containing Steam Traps, Pumps, Heat Exchangers, Vessels, Valves, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **SPIRAX SARCO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **VIACOM, INC., Successor-by-Merger to CBS Corporation f/k/a Westinghouse Electric Corporation:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **CRANE CO.:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers and Other Asbestos Containing Products and Equipment |
| | | **FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **YARWAY CORPORATION:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **ANDERSON, GREENWOOD & CO.:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **GRINNELL CORPORATION f/k/a GRINNELL FIRE PROTECTION SYSTEMS, INC.:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **GRINNELL LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **MUELLER GROUP, LLC d/b/a MUELLER FLOW, LLC:** |

11-0244
**Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**MUELLER COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**HENRY PRATT COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**RILEY POWER, INC. f/k/a RILEY STOKER CORPORATION:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**TRANE U.S., INC.:** Asbestos Containing Boilers, Kewanee Boilers, American Standard Boilers, Heat Exchangers, Steam Traps, Air Handlers, Chillers, HVAC Systems, Cooling Towers, Pumps, Tanks, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**ZURN INDUSTRIES, LLC:** Asbestos Containing Boilers, Erie Boilers, Keystone Boilers, Pumps, Steam Traps, HVAC Systems, Tanks, Asbestos Pipe Covering, Compressors, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**CARRIER CORPORATION:** Abestos Containing Cooling Towers, Asbestos Pipecovering, Asbestos Transite Board, Asbestos Block, Asbestos Cement, Asbestos Gaskets, Asbestos Boilers, Packings, Spray, Board, Blankets, HVAC Equipment and Other Asbestos Containing Materials<br>**HOWDEN BUFFALO, INC.:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment<br>**TWIN CITY FAN COMPANIES, LTD., as Successor-in-Interest to CLARAGE FAN COMPANY:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Air Handlers, HVAC Systems, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment |

11-0244
Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| American Sterilizer (Tampa, FL) | 1963-1965 | **RAPID AMERICAN CORPORATION, Individually and as Successor-in-Interest to Philip Carey Manufacturing Corporation:** Carey Asbestos Pipe Covering, Block, Cement, Paper, Felt, Board, Tile and Other Asbestos Containing Products<br>**H.B. FULLER COMPANY:** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products<br>**UNION CARBIDE CORPORATION, Individually and f/k/a Union Carbide Chemicals and Plastics Company:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products<br>**CERTAINTEED CORPORATION:** Asbestos Cement, Pipe, Pipe Covering, Shingles, Siding, Roofing Materials, Compounds, Bestwall Joint Compound, Flexible Train Line and Other Asbestos Containing Products<br>**UNIROYAL, INC.:** Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products<br>**C.P. HALL COMPANY:** Raw Asbestos Fibers and Other Asbestos Containing Products<br>**CROWN, CORK AND SEAL, USA, INC.:** Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products<br>**KENTILE FLOORS, INC.:** Asbestos Containing Floor Tile, Asbestos Containing Adhesives and Other Asbestos Containing Products<br>**A.W. CHESTERTON COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**JOHN CRANE, INC. f/k/a Crane Packing Company:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**DANA HOLDING CORPORATION:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets and Packing<br>**Federal-Mogul U.S. Asbestos Personal Injury Trust as successor to the former Vellumoid division of Federal Mogul :** Asbestos Containing Gaskets<br>**Federal-Mogul U.S. Asbestos Personal Injury Trust as successor to Fel-Pro.:** Asbestos Containing Gaskets and Seals<br>**PARKER-HANNIFIN CORP., as parent corporation to PARKER PACKING DIVISION:** Asbestos Containing Aircraft |

11-0244

**Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products |
| | | **3M COMPANY a/k/a "3M," Individually and as f/k/a MINNESOTA MINING AND MANUFACTURING COMPANY:** Asbestos containing Adhesives, Boards, Caulks, Cloths, Compounds, Fillers, Paints, Resins, Sealers, Sheets and other asbestos containing materials |
| | | **GEORGIA-PACIFIC LLC f/k/a GEORGIA-PACIFIC CORPORATION:** Asbestos Containing Cement, Plaster, Joint Compounds, Roof Coating, Mastics, Wall Board and Other Asbestos Containing Products |
| | | **DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products |
| | | **INGERSOLL-RAND COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Compressors, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GOULDS PUMPS, INC.:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **STERLING FLUID SYSTEMS (USA), Individually and as Successor-in-Interest to Peerless Pump Company and as Successor-in-Interest to Indian Head, Inc.:** Asbestos Containing Pumps, Peerless Pumps, Asbestos Containing Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **FMC CORPORATION:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GARDNER DENVER, INC.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **GARDNER DENVER, INC., as Successor-in-Interest to JOY MANUFACTURING CO.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Stationary Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **JOY TECHNOLOGIES, INC.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Portable Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |

11-0244
**Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **IMO INDUSTRIES, INC.:** Asbestos Containing Imo Pumps, DeLaval Pumps, Packings, Gaskets, Block, Turbines, Cement, Pipe Covering, Clamps, Connectors, Fasteners, Hoses and Other Asbestos Containing Products and Equipment |
| | | **AIR & LIQUID SYSTEMS, INC. Successor by Merger to BUFFALO PUMPS, INC.:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **ITT INDUSTRIES, INC., Individually and as Successor-in-Interest to BELL & GOSSETT PUMP CO.:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **AURORA PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **FMC, Individually and as successor-in-Interest to Chicago Pump Company:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **ITT INDUSTRIES, INC., Individually and as Successor-in-Interest to Hoffman Specialty Manufacturing Company:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **WARREN PUMPS, LLC.:** Asbestos Containing Pumps, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment |
| | | **ARMSTRONG INTERNATIONAL, INC.:** Asbestos Containing Steam Traps, Pumps, Heat Exchangers, Vessels, Valves, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **SPIRAX SARCO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **VIACOM, INC., Successor-by-Merger to CBS Corporation f/k/a Westinghouse Electric Corporation:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, |

11-0244
**Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment **CRANE CO.**: Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers and Other Asbestos Containing Products and Equipment **FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY**: Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment **YARWAY CORPORATION**: Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment **ANDERSON, GREENWOOD & CO.**: Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment **GRINNELL CORPORATION f/k/a GRINNELL FIRE PROTECTION SYSTEMS, INC.**: Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment **GRINNELL LLC**: Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment **MUELLER GROUP, LLC d/b/a MUELLER FLOW, LLC**: Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment **MUELLER COMPANY**: Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment **HENRY PRATT COMPANY**: Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment **FOSTER WHEELER ENERGY CORPORATION**: Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment **RILEY POWER, INC. f/k/a RILEY STOKER CORPORATION**: |

11-0244

**Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **TRANE U.S., INC.**: Asbestos Containing Boilers, Kewanee Boilers, American Standard Boilers, Heat Exchangers, Steam Traps, Air Handlers, Chillers, HVAC Systems, Cooling Towers, Pumps, Tanks, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **ZURN INDUSTRIES, LLC**: Asbestos Containing Boilers, Erie Boilers, Keystone Boilers, Pumps, Steam Traps, HVAC Systems, Tanks, Asbestos Pipe Covering, Compressors, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **CARRIER CORPORATION**: Abestos Containing Cooling Towers, Asbestos Pipecovering, Asbestos Transite Board, Asbestos Block, Asbestos Cement, Asbestos Gaskets, Asbestos Boilers, Packings, Spray, Board, Blankets, HVAC Equipment and Other Asbestos Containing Materials |
| | | **HOWDEN BUFFALO, INC.**:Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment |
| | | **TWIN CITY FAN COMPANIES, LTD., as Successor-in-Interest to CLARAGE FAN COMPANY:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Air Handlers, HVAC Systems, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment |
| | | **PNEUMO-ABEX, as Successor-in-Interest to Abex Corporation:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Al's Sheet Metal (Baltimore, MD) | 1960's | **RAPID AMERICAN CORPORATION, Individually and as Successor-in-Interest to Philip Carey Manufacturing Corporation:**  Carey Asbestos Pipe Covering, Block, Cement, Paper, Felt, Board, Tile and Other Asbestos Containing Products |
| | | **H.B. FULLER COMPANY:**  Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products |
| | | **UNION CARBIDE CORPORATION, Individually and f/k/a Union Carbide Chemicals and Plastics Company:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers |

11-0244
**Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | and Other Asbestos Containing Products |
| | | **CERTAINTEED CORPORATION:** Asbestos Cement, Pipe, Pipe Covering, Shingles, Siding, Roofing Materials, Compounds, Bestwall Joint Compound, Flexible Train Line and Other Asbestos Containing Products |
| | | **UNIROYAL, INC.:** Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products |
| | | **C.P. HALL COMPANY:** Raw Asbestos Fibers and Other Asbestos Containing Products |
| | | **CROWN, CORK AND SEAL, USA, INC.:** Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products |
| | | **KENTILE FLOORS, INC.:** Asbestos Containing Floor Tile, Asbestos Containing Adhesives and Other Asbestos Containing Products |
| | | **A.W. CHESTERTON COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products |
| | | **JOHN CRANE, INC. f/k/a Crane Packing Company:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products |
| | | **DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets |
| | | **DANA HOLDING CORPORATION:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets and Packing |
| | | **Federal-Mogul U.S. Asbestos Personal Injury Trust as successor to the former Vellumoid division of Federal Mogul :** Asbestos Containing Gaskets |
| | | **Federal-Mogul U.S. Asbestos Personal Injury Trust as successor to Fel-Pro.:** Asbestos Containing Gaskets and Seals |
| | | **PARKER-HANNIFIN CORP., as parent corporation to PARKER PACKING DIVISION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products |
| | | **3M COMPANY a/k/a "3M," Individually and as f/k/a MINNESOTA MINING AND MANUFACTURING COMPANY:** Asbestos containing Adhesives, Boards, Caulks, Cloths, Compounds, Fillers, Paints, Resins, Sealers, Sheets and other asbestos containing materials |
| | | **GEORGIA-PACIFIC LLC f/k/a GEORGIA-PACIFIC CORPORATION:** Asbestos Containing Cement, Plaster, Joint Compounds, Roof Coating, Mastics, Wall Board and Other Asbestos Containing Products |

11-0244

**Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
|  |  | **DAP, INC.:**  Asbestos Compounds and Other Asbestos Containing Products |
|  |  | **INGERSOLL-RAND COMPANY:**  Asbestos Containing Pumps, Turbines, Heat Exchangers, Compressors, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
|  |  | **GOULDS PUMPS, INC.:**  Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
|  |  | **STERLING FLUID SYSTEMS (USA), Individually and as Successor-in-Interest to Peerless Pump Company and as Successor-in-Interest to Indian Head, Inc.:**  Asbestos Containing Pumps, Peerless Pumps, Asbestos Containing Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
|  |  | **FMC CORPORATION:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
|  |  | **GARDNER DENVER, INC.:**  Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
|  |  | **GARDNER DENVER, INC., as Successor-in-Interest to JOY MANUFACTURING CO.:**  Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Stationary Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
|  |  | **JOY TECHNOLOGIES, INC.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Portable Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
|  |  | **IMO INDUSTRIES, INC.:**  Asbestos Containing Imo Pumps, DeLaval Pumps, Packings, Gaskets, Block, Turbines, Cement, Pipe Covering, Clamps, Connectors, Fasteners, Hoses and Other Asbestos Containing Products and Equipment |
|  |  | **AIR & LIQUID SYSTEMS, INC. Successor by Merger to BUFFALO PUMPS, INC.:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
|  |  | **ITT INDUSTRIES, INC., Individually and as Successor-in-Interest to BELL & GOSSETT PUMP CO.:**  Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC |

11-0244
Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment **AURORA PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment **FMC, Individually and as successor-in-Interest to Chicago Pump Company:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment **ITT INDUSTRIES, INC., Individually and as Successor-in-Interest to Hoffman Specialty Manufacturing Company:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment **WARREN PUMPS, LLC.:** Asbestos Containing Pumps, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment **ARMSTRONG INTERNATIONAL, INC.:** Asbestos Containing Steam Traps, Pumps, Heat Exchangers, Vessels, Valves, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment **SPIRAX SARCO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment **GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment **VIACOM, INC., Successor-by-Merger to CBS Corporation f/k/a Westinghouse Electric Corporation:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment **CRANE CO.:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers and Other Asbestos Containing Products and Equipment **FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY:** Asbestos |

11-0244
Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | YARWAY CORPORATION:  Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | ANDERSON, GREENWOOD & CO.:  Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | GRINNELL CORPORATION f/k/a GRINNELL FIRE PROTECTION SYSTEMS, INC.: Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | GRINNELL LLC: Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | MUELLER GROUP, LLC d/b/a MUELLER FLOW, LLC: Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | MUELLER COMPANY: Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | HENRY PRATT COMPANY: Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | FOSTER WHEELER ENERGY CORPORATION: Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | RILEY POWER, INC. f/k/a RILEY STOKER CORPORATION: Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | CLEAVER-BROOKS, INC.: Asbestos Containing Boilers, Tanks, Deaerators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | A.O. SMITH CORPORATION: Asbestos Containing Boilers, Hot Water Heaters, Heat Exchangers, Tanks, Pipe Covering, Vessels, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and |

11-0244

**Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Equipment |
| | | **TRANE U.S., INC.:** Asbestos Containing Boilers, Kewanee Boilers, American Standard Boilers, Heat Exchangers, Steam Traps, Air Handlers, Chillers, HVAC Systems, Cooling Towers, Pumps, Tanks, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **OAKFABCO, INC.:** Asbestos Containing Kewanee Boilers, Pipe Covering, Block Cement, Gaskets, Packing, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **ZURN INDUSTRIES, LLC:** Asbestos Containing Boilers, Erie Boilers, Keystone Boilers, Pumps, Steam Traps, HVAC Systems, Tanks, Asbestos Pipe Covering, Compressors, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **WEIL-MCLAIN:** Asbestos Containing Boilers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment Asbestos Containing Products and Equipment |
| | | **CARRIER CORPORATION:** Abestos Containing Cooling Towers, Asbestos Pipecovering, Asbestos Transite Board, Asbestos Block, Asbestos Cement, Asbestos Gaskets, Asbestos Boilers, Packings, Spray, Board, Blankets, HVAC Equipment and Other Asbestos Containing Materials |
| | | **BRYAN STEAM CORPORATION:** Bryan Boilers, Furnaces, and Other Asbestos Containing Products and Equipment |
| | | **All ACQUISITION, f/k/a Holland Furnace Company:** Asbestos Containing Boilers, Pipe Covering, Block, Cement, Refractory, Firebrick, Gaskets, Packings, Spray, Board, Blankets and other Asbestos Containing Products and Equipment |
| | | **RITE ENGINEERING & MANUFACTURING CORPORATION:** Asbestos Boilers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **DURO DYNE, INC.:** Asbestos Insulation Adhesives, Duct Sealers, Rope, Tape, Compounds, Flexible Duct Connectors, Sprays, Duct Fabric and Other Asbestos Containing Products |
| | | **AVOCET ENTERPRISES, INC. f/k/a VENTFABRICS, INC.:** Asbestos Insulation Adhesives, Duct Sealers, Rope, Tape, Compounds, Flexible Duct Connectors, Sprays, Duct Fabric and Other Asbestos Containing Products |
| | | **ESSEX SPECIALTY PRODUCTS, LLC, Individually and as Successor-in-Interest to AMERICAN MORTELL** |

11-0244

**Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | **CORPORATION and MORTELL CORPORATION:** Asbestos Containing Mortite Caulking, Rope, Weather Stripping, and Packing Material<br>**HOWDEN BUFFALO, INC.:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment<br>**TWIN CITY FAN COMPANIES, LTD., as Successor-in-Interest to CLARAGE FAN COMPANY:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Air Handlers, HVAC Systems, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment<br>**PNEUMO-ABEX, as Successor-in-Interest to Abex Corporation:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment |

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| General Motors Tech Center (Warren, MI) | 1965-1979 | **RAPID AMERICAN CORPORATION, Individually and as Successor-in-Interest to Philip Carey Manufacturing Corporation:** Carey Asbestos Pipe Covering, Block, Cement, Paper, Felt, Board, Tile and Other Asbestos Containing Products<br>**H.B. FULLER COMPANY:** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products<br>**UNION CARBIDE CORPORATION, Individually and f/k/a Union Carbide Chemicals and Plastics Company:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products<br>**CERTAINTEED CORPORATION:** Asbestos Cement, Pipe, Pipe Covering, Shingles, Siding, Roofing Materials, Compounds, Bestwall Joint Compound, Flexible Train Line and Other Asbestos Containing Products<br>**UNIROYAL, INC.:** Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products<br>**C.P. HALL COMPANY:** Raw Asbestos Fibers and Other Asbestos Containing Products<br>**CROWN, CORK AND SEAL, USA, INC.:** Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products<br>**KENTILE FLOORS, INC.:** Asbestos Containing Floor Tile, Asbestos Containing Adhesives and Other Asbestos Containing Products<br>**A.W. CHESTERTON COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing |

11-0244
Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Products |
| | | **JOHN CRANE, INC. f/k/a Crane Packing Company:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products |
| | | **DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets |
| | | **DANA HOLDING CORPORATION:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets and Packing |
| | | **Federal-Mogul U.S. Asbestos Personal Injury Trust as successor to the former Vellumoid division of Federal Mogul** : Asbestos Containing Gaskets |
| | | **Federal-Mogul U.S. Asbestos Personal Injury Trust as successor to Fel-Pro.:** Asbestos Containing Gaskets and Seals |
| | | **PARKER-HANNIFIN CORP., as parent corporation to PARKER PACKING DIVISION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products |
| | | **3M COMPANY a/k/a "3M," Individually and as f/k/a MINNESOTA MINING AND MANUFACTURING COMPANY:** Asbestos containing Adhesives, Boards, Caulks, Cloths, Compounds, Fillers, Paints, Resins, Sealers, Sheets and other asbestos containing materials |
| | | **GEORGIA-PACIFIC LLC f/k/a GEORGIA-PACIFIC CORPORATION:** Asbestos Containing Cement, Plaster, Joint Compounds, Roof Coating, Mastics, Wall Board and Other Asbestos Containing Products |
| | | **DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products |
| | | **INGERSOLL-RAND COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Compressors, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GOULDS PUMPS, INC.:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **STERLING FLUID SYSTEMS (USA), Individually and as Successor-in-Interest to Peerless Pump Company and as Successor-in-Interest to Indian Head, Inc.:** Asbestos Containing Pumps, Peerless Pumps, Asbestos Containing Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **FMC CORPORATION:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos |

11-0244
**Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Containing Products and Equipment |
| | | **GARDNER DENVER, INC.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **GARDNER DENVER, INC., as Successor-in-Interest to JOY MANUFACTURING CO.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Stationary Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **JOY TECHNOLOGIES, INC.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Portable Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **IMO INDUSTRIES, INC.:** Asbestos Containing Imo Pumps, DeLaval Pumps, Packings, Gaskets, Block, Turbines, Cement, Pipe Covering, Clamps, Connectors, Fasteners, Hoses and Other Asbestos Containing Products and Equipment |
| | | **AIR & LIQUID SYSTEMS, INC. Successor by Merger to BUFFALO PUMPS, INC.:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **ITT INDUSTRIES, INC., Individually and as Successor-in-Interest to BELL & GOSSETT PUMP CO.:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **AURORA PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **FMC, Individually and as successor-in-Interest to Chicago Pump Company:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **ITT INDUSTRIES, INC., Individually and as Successor-in-Interest to Hoffman Specialty Manufacturing Company:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **WARREN PUMPS, LLC.:** Asbestos Containing Pumps, Packings, Gaskets, Pipe Covering, Block, Cement and Other |

11-0244

**Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Asbestos Containing Products and Equipment |
| | | **ARMSTRONG INTERNATIONAL, INC.**: Asbestos Containing Steam Traps, Pumps, Heat Exchangers, Vessels, Valves, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **SPIRAX SARCO, INC.**: Asbestos Containing Pumps, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GENERAL ELECTRIC COMPANY**: Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **VIACOM, INC., Successor-by-Merger to CBS Corporation f/k/a Westinghouse Electric Corporation**: Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **CRANE CO.**: Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers and Other Asbestos Containing Products and Equipment |
| | | **FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY**: Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **YARWAY CORPORATION**: Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **ANDERSON, GREENWOOD & CO.**: Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **GRINNELL CORPORATION f/k/a GRINNELL FIRE PROTECTION SYSTEMS, INC.**: Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **GRINNELL LLC**: Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |

11-0244
Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | **MUELLER GROUP, LLC d/b/a MUELLER FLOW, LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **MUELLER COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **HENRY PRATT COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, and Other Asbestos Containing Products and Equipment |
| | | **FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **RILEY POWER, INC. f/k/a RILEY STOKER CORPORATION:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **CLEAVER-BROOKS, INC.:** Asbestos Containing Boilers, Tanks, Deaerators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **A.O. SMITH CORPORATION:** Asbestos Containing Boilers, Hot Water Heaters, Heat Exchangers, Tanks, Pipe Covering, Vessels, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **TRANE U.S., INC.:** Asbestos Containing Boilers, Kewanee Boilers, American Standard Boilers, Heat Exchangers, Steam Traps, Air Handlers, Chillers, HVAC Systems, Cooling Towers, Pumps, Tanks, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **OAKFABCO, INC.:** Asbestos Containing Kewanee Boilers, Pipe Covering, Block Cement, Gaskets, Packing, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **ZURN INDUSTRIES, LLC:** Asbestos Containing Boilers, Erie Boilers, Keystone Boilers, Pumps, Steam Traps, HVAC Systems, Tanks, Asbestos Pipe Covering, Compressors, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **WEIL-MCLAIN:** Asbestos Containing Boilers, Pipe Covering, |

11-0244

Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
|  |  | Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment Asbestos Containing Products and Equipment **CARRIER CORPORATION:** Abestos Containing Cooling Towers, Asbestos Pipecovering, Asbestos Transite Board, Asbestos Block, Asbestos Cement, Asbestos Gaskets, Asbestos Boilers, Packings, Spray, Board, Blankets, HVAC Equipment and Other Asbestos Containing Materials **BRYAN STEAM CORPORATION:** Bryan Boilers, Furnaces, and Other Asbestos Containing Products and Equipment **AII ACQUISITION, f/k/a Holland Furnace Company:** Asbestos Containing Boilers, Pipe Covering, Block, Cement, Refractory, Firebrick, Gaskets, Packings, Spray, Board, Blankets and other Asbestos Containing Products and Equipment **RITE ENGINEERING & MANUFACTURING CORPORATION:** Asbestos Boilers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment **DURO DYNE, INC.:** Asbestos Insulation Adhesives, Duct Sealers, Rope, Tape, Compounds, Flexible Duct Connectors, Sprays, Duct Fabric and Other Asbestos Containing Products **AVOCET ENTERPRISES, INC. f/k/a VENTFABRICS, INC.:** Asbestos Insulation Adhesives, Duct Sealers, Rope, Tape, Compounds, Flexible Duct Connectors, Sprays, Duct Fabric and Other Asbestos Containing Products **ESSEX SPECIALTY PRODUCTS, LLC, Individually and as Successor-in-Interest to AMERICAN MORTELL CORPORATION and MORTELL CORPORATION:** Asbestos Containing Mortite Caulking, Rope, Weather Stripping, and Packing Material **HOWDEN BUFFALO, INC.:**Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment **TWIN CITY FAN COMPANIES, LTD., as Successor-in-Interest to CLARAGE FAN COMPANY:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Air Handlers, HVAC Systems, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment **PNEUMO-ABEX, as Successor-in-Interest to Abex Corporation**: Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment **BORG-WARNER CORPORATION, by its Successor-in-** |

11-0244

**Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Interest, Borg Warner Morse TEC Inc.: Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment **HENNESSY INDUSTRIES, INC., as Successor-in-Interest to AMMCO TOOLS**: Lathes, Grinders and Other Equipment for Use with Asbestos Containing Friction Materials and Other Asbestos Containing Products and Equipment **MAREMONT CORPORATION**: Asbestos Containing Brakes, Grizzly Brakes, Linings, Clutches, Mufflers, Gaskets and Other Asbestos Containing Products and Equipment **TENNECO, INC.**: Asbestos Containing Brakes, Linings, Clutches, Gaskets and Other Asbestos Containing Products **ARVINMERITOR, INC., Individually and as Successor-in-Interest to Euclid Industries and as Successor-in-Interest to Rockwell International**: Asbestos Containing Brakes, Linings, Clutches, Gaskets and Other Asbestos Containing Products and Equipment |

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| Home Remodeling and Additions | 1961-1979 | **H.B. FULLER COMPANY:** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products **UNION CARBIDE CORPORATION, Individually and f/k/a Union Carbide Chemicals and Plastics Company:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products **CERTAINTEED CORPORATION:** Asbestos Cement, Pipe, Pipe Covering, Shingles, Siding, Roofing Materials, Compounds, Bestwall Joint Compound, Flexible Train Line and Other Asbestos Containing Products **KENTILE FLOORS, INC.:** Asbestos Containing Floor Tile, Asbestos Containing Adhesives and Other Asbestos Containing Products **3M COMPANY a/k/a "3M," Individually and as f/k/a MINNESOTA MINING AND MANUFACTURING COMPANY:** Asbestos containing Adhesives, Boards, Caulks, Cloths, Compounds, Fillers, Paints, Resins, Sealers, Sheets and other asbestos containing materials **GEORGIA-PACIFIC LLC f/k/a GEORGIA-PACIFIC CORPORATION:** Asbestos Containing Cement, Plaster, Joint Compounds, Roof Coating, Mastics, Wall Board and Other Asbestos Containing Products **DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products |

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|

11-0244

**Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased**

| | | |
|---|---|---|
| Smitty's Service Station (Jacksonville, FL) | 1961-1962 | **DANA COMPANIES, LLC**:  Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets |
| | | **DANA HOLDING CORPORATION**: Asbestos Containing |
| Automotive Repair to Personal, Family Members' and Friends' Vehicles | 1961-1979 | Victor Gaskets and Asbestos Containing Gaskets and Packing |
| | | **Federal-Mogul U.S. Asbestos Personal Injury Trust as successor to the former Vellumoid division of Federal Mogul** : Asbestos Containing Gaskets |
| | | **Federal-Mogul U.S. Asbestos Personal Injury Trust as successor to Fel-Pro.**: Asbestos Containing Gaskets and Seals |
| | | **3M COMPANY a/k/a "3M," Individually and as f/k/a MINNESOTA MINING AND MANUFACTURING COMPANY**: Asbestos containing Adhesives, Boards, Caulks, Cloths, Compounds, Fillers, Paints, Resins, Sealers,  Sheets and other asbestos containing materials |
| | | **PNEUMO-ABEX, as Successor-in-Interest to Abex Corporation**: Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment |
| | | **BORG-WARNER CORPORATION, by its Successor-in-Interest, Borg Warner Morse TEC Inc.**: Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment |
| | | **HENNESSY INDUSTRIES, INC., as Successor-in-Interest to AMMCO TOOLS**: Lathes, Grinders and Other Equipment for Use with Asbestos Containing Friction Materials and Other Asbestos Containing Products and Equipment |
| | | **MAREMONT CORPORATION**: Asbestos Containing Brakes, Grizzly Brakes, Linings, Clutches, Mufflers, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **NATIONAL AUTOMOTIVE PARTS ASSOCIATION (NAPA)**: Friction Products and Other Asbestos Containing Products |
| | | **TENNECO, INC.**: Asbestos Containing Brakes, Linings, Clutches, Gaskets and Other Asbestos Containing Products |
| | | **ARVINMERITOR, INC., Individually and as Successor-in-Interest to Euclid Industries and as Successor-in-Interest to Rockwell International**: Asbestos Containing Brakes, Linings, Clutches, Gaskets and Other Asbestos Containing Products and Equipment |

11-0244
Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased

EXHIBIT "B"
Secondary Exposure through Decedent's Father,
**Ferdinand C. Horn**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| Packard Motors (Detroit, MI) | 1940-1957 | **RAPID AMERICAN CORPORATION, Individually and as Successor-in-Interest to Philip Carey Manufacturing Corporation:** Carey Asbestos Pipe Covering, Block, Cement, Paper, Felt, Board, Tile and Other Asbestos Containing Products<br>**H.B. FULLER COMPANY:** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products<br>**UNION CARBIDE CORPORATION, Individually and f/k/a Union Carbide Chemicals and Plastics Company:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products<br>**CERTAINTEED CORPORATION:** Asbestos Cement, Pipe, Pipe Covering, Shingles, Siding, Roofing Materials, Compounds, Bestwall Joint Compound, Flexible Train Line and Other Asbestos Containing Products<br>**UNIROYAL, INC.:** Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products<br>**C.P. HALL COMPANY:** Raw Asbestos Fibers and Other Asbestos Containing Products<br>**CROWN, CORK AND SEAL, USA, INC.:** Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products<br>**KENTILE FLOORS, INC.:** Asbestos Containing Floor Tile, Asbestos Containing Adhesives and Other Asbestos Containing Products<br>**A.W. CHESTERTON COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**JOHN CRANE, INC. f/k/a Crane Packing Company:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**DANA HOLDING CORPORATION:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets and Packing<br>**Federal-Mogul U.S. Asbestos Personal Injury Trust as successor to the former Vellumoid division of Federal Mogul :** Asbestos Containing Gaskets<br>**Federal-Mogul U.S. Asbestos Personal Injury Trust as** |

11-0244
Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | successor to Fel-Pro.: Asbestos Containing Gaskets and Seals |
| | | **PARKER-HANNIFIN CORP., as parent corporation to PARKER PACKING DIVISION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products |
| | | **3M COMPANY a/k/a "3M," Individually and as f/k/a MINNESOTA MINING AND MANUFACTURING COMPANY:** Asbestos containing Adhesives, Boards, Caulks, Cloths, Compounds, Fillers, Paints, Resins, Sealers, Sheets and other asbestos containing materials |
| | | **GEORGIA-PACIFIC LLC f/k/a GEORGIA-PACIFIC CORPORATION:** Asbestos Containing Cement, Plaster, Joint Compounds, Roof Coating, Mastics, Wall Board and Other Asbestos Containing Products |
| | | **DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products |
| | | **INGERSOLL-RAND COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Compressors, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GOULDS PUMPS, INC.:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **STERLING FLUID SYSTEMS (USA), Individually and as Successor-in-Interest to Peerless Pump Company and as Successor-in-Interest to Indian Head, Inc.:** Asbestos Containing Pumps, Peerless Pumps, Asbestos Containing Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **FMC CORPORATION:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **GARDNER DENVER, INC.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **GARDNER DENVER, INC., as Successor-in-Interest to JOY MANUFACTURING CO.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Stationary Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
| | | **JOY TECHNOLOGIES, INC.:** Asbestos Containing |

11-0244
**Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
|  |  | Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Portable Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment<br>**IMO INDUSTRIES, INC.:** Asbestos Containing Imo Pumps, DeLaval Pumps, Packings, Gaskets, Block, Turbines, Cement, Pipe Covering, Clamps, Connectors, Fasteners, Hoses and Other Asbestos Containing Products and Equipment<br>**AIR & LIQUID SYSTEMS, INC. Successor by Merger to BUFFALO PUMPS, INC.:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**ITT INDUSTRIES, INC., Individually and as Successor-in-Interest to BELL & GOSSETT PUMP CO.:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**AURORA PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**FMC, Individually and as successor-in-Interest to Chicago Pump Company:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**ITT INDUSTRIES, INC., Individually and as Successor-in-Interest to Hoffman Specialty Manufacturing Company:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**WARREN PUMPS, LLC.:** Asbestos Containing Pumps, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment<br>**ARMSTRONG INTERNATIONAL, INC.:** Asbestos Containing Steam Traps, Pumps, Heat Exchangers, Vessels, Valves, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**SPIRAX SARCO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |

11-0244

**Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **VIACOM, INC., Successor-by-Merger to CBS Corporation f/k/a Westinghouse Electric Corporation:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **CRANE CO.:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers and Other Asbestos Containing Products and Equipment |
| | | **FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **YARWAY CORPORATION:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **ANDERSON, GREENWOOD & CO.:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **GRINNELL CORPORATION f/k/a GRINNELL FIRE PROTECTION SYSTEMS, INC.:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **GRINNELL LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **MUELLER GROUP, LLC d/b/a MUELLER FLOW, LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **MUELLER COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **HENRY PRATT COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
| | | **FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, |

11-0244

**Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **RILEY POWER, INC. f/k/a RILEY STOKER CORPORATION:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **TRANE U.S., INC.:** Asbestos Containing Boilers, Kewanee Boilers, American Standard Boilers, Heat Exchangers, Steam Traps, Air Handlers, Chillers, HVAC Systems, Cooling Towers, Pumps, Tanks, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **ZURN INDUSTRIES, LLC:** Asbestos Containing Boilers, Erie Boilers, Keystone Boilers, Pumps, Steam Traps, HVAC Systems, Tanks, Asbestos Pipe Covering, Compressors, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **CARRIER CORPORATION:** Abestos Containing Cooling Towers, Asbestos Pipecovering, Asbestos Transite Board, Asbestos Block, Asbestos Cement, Asbestos Gaskets, Asbestos Boilers, Packings, Spray, Board, Blankets, HVAC Equipment and Other Asbestos Containing Materials |
| | | **HOWDEN BUFFALO, INC.:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment |
| | | **TWIN CITY FAN COMPANIES, LTD., as Successor-in-Interest to CLARAGE FAN COMPANY:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, Air Handlers, HVAC Systems, Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment |