UNITED STATES DISTRICT COURT
BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                                            Docket No. 875

**NOTICE OF POTENTIAL "TAG-ALONG" ACTIONS**

The below-listed cases are Federal Employer's Liability Act asbestos actions currently pending in the United States District Court for the Southern District of Illinois. The Panel has not listed these cases for transfer or conditional transfer to the Eastern District of Pennsylvania in the various conditional transfer orders and correction orders it has issued. The Plaintiffs represented by undersigned counsel hereby respectfully request that the Panel take action to transfer these cases to the Eastern District of Pennsylvania, and that the Clerk of the Panel immediately notify the Clerk of the relevant United State District Court that these actions shall be transferred for consolidated pretrial proceedings under 28 U.S.C. 1407, pursuant to the Panel's July 29, 1991 Order.

In accordance with the Panel's opinion and Order and Rule 13(e), the undersigned counsel for the Plaintiffs hereby notifies the Clerk of the Panel of the below-listed related actions.

    Charles L. Davis v. BNSF Railway Company
        USDC Southern District of Illinois, Case No. 3:11-CV-00678

    Joseph Jurkovich v. BNSF Railway Company
        USDC Southern District of Illinois, Case No. 3:11-CV-00677

    Jack Washington v. BNSF Railway Company
        USDC Southern District of Illinois, Case No. 3:11-CV-00681

2

Respectfully submitted,

By: /s/Kevin A. Sullivan
    Kevin A. Sullivan, #06212244
    SAUTER SULLIVAN, LLC
    3415 Hampton Avenue
    St. Louis, MO 63139
    Tel: 314-768-6800
    Fax: 314-781-2726
    E-mail: ksullivan@ss-law.net

    JONES & GRANGER
    10,000 Memorial Drive, #888
    Houston, TX 77024
    Tel: 713-668-0230
    Fax: 713-956-7139

    ATTORNEYS FOR PLAINTIFFS