

**TRIAL LAWYERS**

| | | |
|---|---|---|
| ALAN R. BRAYTON<br>GILBERT L. PURCELL<br><br>DAVID R. DONADIO<br>LLOYD F. LEROY<br><br>OF COUNSEL<br>JEFFREY D. EISENBERG*<br><br>* ADMITTED ONLY IN STATES<br>OTHER THAN CALIFORNIA | 222 Rush Landing Road<br>P O Box 6169<br>Novato, California 94948-6169<br>Telephone: (415) 898-1555<br>Facsimile: (415) 898-1247<br><br>Portland: (503) 295-4931<br>Los Angeles: (415) 898-1555<br>Salt Lake City: (801) 366-9100<br><br>Email: mail@braytonlaw.com<br>www.braytonlaw.com | ANNE T. ACUÑA          ELISABETH A. LEONARD, Ph.D<br>JENNIFER L. ALESIO    MICHAEL D. LEVINSON<br>DAVID H. BACKENSTOE   PHYRA M. McCANDLESS<br>TARLAN BANANZADEH     BRIANA E. McCARTHY<br>ROBERT L. BARROW      MAUREEN C. McGOWAN<br>JENNIFER C. BENADERET KIMBERLY L. MEYER<br>SARAH N. BENDON       MICHAEL T. MILLER<br>GARY L. BRAYTON       NANCY A. MULLIKIN<br>CAMERON O. CARTER*    EMMA NELSON-MUNSON<br>RENE J. CASILLI       JAMES P. NEVIN<br>ANDREW CHEW           JAMIE A. NEWBOLD<br>KIMBERLY J. CHU       KEENAN W. NG<br>HUGH C. COOK          OREN P. NOAH<br>JUSTIN F. FISH        NEGAR PIRZADEH<br>JANETTE H. GLASER     JASON M. ROSE<br>JOHN B. GOLDSTEIN     FRAMTA SAECHAO<br>MEREDITH B. GOOD*     AMIR S. SARRESHTEHDARY<br>RICHARD M. GRANT      CHRISTINA C. SKUBIC<br>CHRISTINA D. HART     GEOFF T. SLONIKER<br>CHRIS E. HERSOM       KSENIA L. SNYLYK<br>BRIAN D. HOLMBERG     ERIC C. SOLOMON<br>GARY V JUDD           LANCE R. STEWART<br>CLAYTON W. KENT       UMU K. TAFISI<br>MATTHEW B. LEE        NANCY T. WILLIAMS |

September 8, 2011

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

      Re:    *Jack W. King v. Foster Wheeler LLC (FKA Foster Wheeler Corporation), et al.*
             U.S. District Court, Northern District of California, Case No. 3:11-cv-04444-WHA

Dear Clerk of the Panel:

      Plaintiff in the above-referenced matter has initiated an asbestos-related action. Pursuant to MDL Rule 7.5(c), counsel for Plaintiff informs the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" this asbestos case currently pending in the United States District Court for the Northern District of California. Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of Procedure, the panel is authorized to enter a conditional transfer order or file an order to show cause why this action should not be transferred.

      Plaintiff's Notice of Tag-Along Action is being filed with the U.S. District Court for the Northern District of California. The notice is being served upon the parties. Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

                              Very truly yours,

                              /s/ *David R. Donadio*

                              David R. Donadio

DRD:sld

K:\Injured\116106\FED\CORRESP\ltr-Tag-Along.wpd