**EXHIBIT A**

```
 1  MICHAEL J. PIETRYKOWSKI (SBN: 118677)
    mpietrykowski@gordonrees.com
 2  JAMES G. SCADDEN (SBN: 090127)
    jscadden@gordonrees.com
 3  GLEN R. POWELL (SBN: 219453)
    gpowell@gordonrees.com
 4  GORDON & REES LLP
    275 Battery Street, Suite 2000
 5  San Francisco, CA  94111
    Telephone:  (415) 986-5900
 6  Facsimile:  (415) 986-8054

 7  Attorneys for Defendant
    AIR & LIQUID SYSTEMS CORPORATION,
 8  successor by merger to BUFFALO PUMPS, INC.

 9

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF PENNSYLVANIA

12

13  IN RE: ASBESTOS PRODUCTS      )  LACV11-7024 (JFW(SSx))
    LIABILITY LITIGATION          )
14                                )  MDL 875
                                  )
15  (NO. VI)                      )
                                  )
16                                )
    This Document Relates To:     )
17  _____)

18
                UNITED STATES DISTRICT COURT
19
                CENTRAL DISTRICT OF CALIFORNIA
20

21
    BEVERLY DOWELL, individually and   | CASE NO.
22  successor in interest to EDWARD    |
    DOWELL, deceased; MARK DOWELL;     |
23  MELINDA MCMILLEN;,                 | Los Angeles County Superior Court
                                       | Case No. BC463332
24            Plaintiffs,              |
                                       |
25       v.                            | NOTICE OF TAG-ALONG
                                       | ACTION
26  ALFA LAVAL, INC.; ASBESTOS         |
    CORPORATION LTD.; BUFFALO          |
27  PUMPS, INC.; D.B. RILEY, INC.;     |
    CRANE COMPANY; CROSBY              |
28  VALVE, INC.; CROWN CORK &          |
```

|   |   |
|---|---|
| 1 | SEAL COMPANY, INC.; FLOWSERVE CORPORATION, |
| 2 | individually and successor-in-interest to DURAMETALLIC CORPORATION; |
| 3 | FMC CORPORATION; IMO INDUSTRIES, INC.; INGERSOLL- |
| 4 | RAND COMPANY; ITT CORPORATION, individually and |
| 5 | successor-in-interest to BELL & GOSSETT; ALLIS CHALMERS; J.T. |
| 6 | THORPE & SON, INC.; MECHANICAL DRIVE & BELTING, |
| 7 | fka L.A. RUBBER CO.; METALCLAD INSULATION CORPORATION; |
| 8 | OWENS-ILLINOIS, INC.; RAPID AMERICAN CORPORATION; SEPCO |
| 9 | CORPORATION; STERLING FLUID SYSTEMS, individually and successor- |
| 10 | in-interest to PEERLESS PUMP COMPANY and INDIAN HEAD, INC.; |
| 11 | TRANE USA, INC.; WARREN PUMPS, INC.; DOES 1-500, |
| 12 |   |
| 13 | Defendants. |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination of pretrial proceedings pursuant to 28 U.S.C. section 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

2. The undersigned hereby notifies the court that this state court action

1  removed August 25, 2011, (a copy of the removed state court complaint is attached
2  hereto as Exhibit A) is a potential "tag-along action" which is subject to transfer to
3  the Eastern District of Pennsylvania.  The Clerk of the Panel may either (1) enter a
4  conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show
5  cause why the action should not be transferred, pursuant to MDL Rule 13(b).
6       3.   AIR & LIQUID SYSTEMS CORPORATION, successor by merger to
7  Buffalo Pumps, Inc. ("BUFFALO PUMPS") is providing written notice of the
8  Notice of Tag-Along Action to all adverse parties.
9       4.   BUFFALO PUMPS reserves the right to amend or supplement this
10 Notice of Tag-Along Action.

Respectfully submitted,

Dated: August 24, 2011    GORDON & REES LLP

By: _____
Michael J. Pietrykowski
James G. Scadden
Glen R. Powell
Attorneys for Defendant
AIR & LIQUID SYSTEMS
CORPORATION, successor by
merger to BUFFALO PUMPS, INC