**ATTACHMENT 2**

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111.

On September 7, 2011, I electronically filed the within document(s), described below, through the CM/ECF system:

1. Letter - Notice of Potential Tag-Along Action
   Exhibit A to letter - Notice of Tag-Along Action filed with the district court;
2. Attachment 1 – Standing Order
3. Attachment 2 – this Certificate of Service
4. Attachment 3 – Docket Sheet and Complaint

On the same date, September 6, 2011, I served the document(s) described above -

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States Mail in the State of California at San Francisco, addressed as set forth below.

Daniel L. Keller
Stephen M. Fishback
Keller Fishback & Jackson LLP
18425 Burbank Boulevard, Suite 610
Tarzana, CA 91356

Telephone: 818 342 7442
Facsimile: 818 342 7616
*Attorneys for Plaintiffs Beverly Dowell, et al.*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 8, 2011, at San Francisco, California.

*/s/ Andrea K. Bean*
Andrea K. Bean

10636041v.1