## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION**                                                    **MDL No. 875**

**CIVIL ACTION NO. 3:11-cv-00820-JPG-DGW**

### <u>FOSTER WHEELER ENERGY CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION</u>

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel of Multi-District Litigation entered an order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order").  The Order also applies to "tag-along actions", or those actions involving common question of fact filed after January 17, 1991.  The Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Rule 7.1(a) provides:

> Any party or counsel in actions previously transferred under Section 1407 shall promptly notify the Clerk of the Panel of any potential tag-along actions in which that party is also named or in which that counsel appears.

The case listed below is a potential tag-along action, and Foster Wheeler Energy Corporation advises that Court and the Panel that this matter may be subject to transfer to MDL-875, In Re: Asbestos Litigation in the Eastern District of Pennsylvania (No VI).  The Panel may either: (i) file a CTO under Rule 7.1, (ii) file a show cause order under Rule 8.1, or (iii) decline to act pursuant to MDL Rule 7.1(a):

***Lawrence Payne v. Foster Wheeler Energy Corporation, et al., SDIL 3:11-cv-00820 (original complaint filed in the Circuit Court of Madison County, Illinois, Case No. 2011L-000740)***

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

By:  ___/s/ James L. Svajgl_____
Segal McCambridge Singer & Mahoney, Ltd.
William F. Mahoney – ARDC# 3121944
Steven A. Hart – ARDC# 6211008
Daniel M. Finer, Esq. – ARDC# 6289471
James L. Svajgl, Esq. – ARDC #6290875
Ashley M. Felton, Esq. – ARDC # 6299753
233 S. Wacker Drive, Suite 5500
Chicago, Illinois 60606
(312) 645-7800
Attorneys for Defendant,
FOSTER WHEELER ENERGY CORPORATION