UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION                                                MDL No. 875

CIVIL ACTION NO. 3:11-cv-00820-JPG-DGW

SCHEDULE OF ACTIONS
FOR FOSTER WHEELER ENERGY CORPORATION'S
NOTICE OF POTENTIAL TAG-ALONG ACTION

*Lawrence Payne v. Foster Wheeler Energy Corporation, et al., SDIL 3:11-cv-00820 (original complaint filed in the Circuit Court of Madison County, Illinois, Case No. 2011L-000740)*


SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

By:    /s/ James L. Svajgl
Segal McCambridge Singer & Mahoney, Ltd.
William F. Mahoney – ARDC# 3121944
Steven A. Hart – ARDC# 6211008
Daniel M. Finer, Esq. – ARDC# 6289471
James L. Svajgl, Esq. – ARDC #6290875
Ashley M. Felton, Esq. – ARDC # 6299753
233 S. Wacker Drive, Suite 5500
Chicago, Illinois 60606
(312) 645-7800
Attorneys for Defendant,
FOSTER WHEELER ENERGY CORPORATION