**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION                                                                    MDL No. 875

CIVIL ACTION NO. 3:11-cv-00820-JPG-DGW

**PROOF OF SERVICE**

**FOSTER WHEELER ENERGY CORPORATION'S**
**NOTICE OF POTENTIAL TAG-ALONG ACTION**

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to the following via ECF Filing or certified mail on this **9th** day of September, 2011.

Ethan Flint, Esq.
SAVILLE & FLINT, LLC
322 East Broadway
P.O. Box 602
Alton, Illinois 62002
(618) 465-3220
ATTORNEYS FOR PLAINTIFF

**VIA LEXIS NEXIS**
All Known Defense Counsel

        SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

        By:  /s/ James L. Svajgl
        Segal McCambridge Singer & Mahoney, Ltd.
        William F. Mahoney – ARDC# 3121944
        Steven A. Hart – ARDC# 6211008
        Daniel M. Finer, Esq. – ARDC# 6289471
        James L. Svajgl, Esq. – ARDC #6290875
        Ashley M. Felton, Esq. – ARDC # 6299753
        233 S. Wacker Drive, Suite 5500
        Chicago, Illinois 60606
        (312) 645-7800
        Attorneys for Defendant,
        FOSTER WHEELER ENERGY CORPORATION