Glen R. Powell
gpowell@gordonrees.com

# GORDON & REES LLP

ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, SUITE 2000
SAN FRANCISCO, CA 94111
PHONE: (415) 986-5900
FAX: (415) 986-8054
WWW.GORDONREES.COM

September 9, 2011

**Via Electronic Transmission**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-225, North Lobby
Washington, DC 20002-800

    Re:   *Dowell, Beverly, et al. v. Alfa Laval, Inc.; et al.*
           USDC, Central District of Calif., Case No. 2:11-cv-07024-JFW –SS
           Our Client:   Air & Liquid Systems Corporation, successor by merger to Buffalo Pumps, Inc.

Dear Clerk:

Defendant Air & Liquid Systems Corporation, successor by merger to Buffalo Pumps, Inc.'s ("Buffalo Pumps") withdraws transaction number 7817. Air & Liquid Systems filed this document under Notice of Related Case and should have been filed Notice of Potential Tag Along. Defendant Air & Liquid Systems will resubmit this filing.

                       Very truly yours,

                       GORDON & REES LLP

                       Andrea K. Bean
                       Assistant to Glen R. Powell

GRP:akb

cc: Keller Fishback & Jackson LLP

BUFFP/1071807/10696089v.1