IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | Consolidated Under MDL DOCKET NO. 875 |
| RUTH FADDISH, Individually and as personal representative of the estate and survivors of JOHN FADDISH | Case No. 09-70626 |
| v. | Transferred from the Southern District of Florida |
| VARIOUS DEFENDANTS | (08-80724) |

FILED
SEP -7 2011
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### SUGGESTION OF REMAND

**AND NOW,** this **6th** day **September, 2011,** it is hereby **ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that, as to the above-captioned case:

a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions.

e.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.

f.) The docket reflects that the remaining active viable Defendants in this case are as listed in Exhibit "A."

1

Accordingly, the Court **SUGGESTS** that the below-listed cases should be **REMANDED** to the United States District Court for the Southern District of Florida for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the below-listed cases have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania. In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

| Exhibit A |
|---|

**ELLIOTT TURBOMACHINERY CO., INC.**

represented by **HELAINE S. GOODNER**
FOWLER WHITE BURNETT
1395 BRICKELL AVE 14TH FL
MIAMI, FL 33131
305-789-9200
Email: hgoodner@fowler-white.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**EDWARD J. BRISCOE**
FOWLER, WHITE & BURNETT
1395 BRICKELL AVE., 14TH FL
MIAMI, FL 33131
305-789-9200
Fax: 305-789-9201
Email: ejb@fowler-white.com
*ATTORNEY TO BE NOTICED*

**PETER J. MELARAGNO**
FOWLER WHITE BURNETT
1396 BRICKELL AVE 14TH FL
MIAMI, FL 33131
305-789-9200
Fax: 305-789-9201
Email: pjm@fowler-white.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CRANE CO.**
*AND AS SUCCESSOR TO CHAPMAN VALVE MFG. CO.*

represented by **DAVID M. GOVERNO**
GOVERNO LAW FIRM LLC
260 FRANKLIN STREET
SUITE 1500
BOSTON, MA 02110
617-737-9045
Email: mdl@governo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JENIFFER A.P. CARSON**
GOVERNO LAW FIRM LLC
260 FRANKLIN STREET
15TH FLOOR
BOSTON, MA 02110
617-737-9045
Email: jcarson@governo.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**MICHAEL J. ZUKOWSKI**
K&L GATES
K&L GATES CENTER
201 SIXTH AVE
PITTSBURGH, PA 15222-2613
412/355-6500
Email: michael.zukowski@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**REBECCA CARRIE KIBBE**
K&L GATES LLP
200 S BISCAYNE BLVD STE 3900
WACHOVIA FIN CTR
MIAMI, FL 33131
305-539-3300
Email: rebecca.kibbe@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GARLOCK SEALING TECHNOLOGY**
*FORMERLY KNOWN AS GARLOCK, INC.*

represented by **M. STEPHEN SMITH , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**STUART L. COHEN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ERIC ROBERT THOMPSON**
BENNETT AIELLO COHEN & FRIED
25 SE 2ND AVENUE
SUITE 808
MAIMI, FL 33131-1603
305-358-9011
Email: ethompson@bennettaiello.com
*ATTORNEY TO BE NOTICED*

**MELANIE ERICA CHUNG-TIMS**
BENNETT AIELLO COHEN & FRIED

25 SE 2ND AVENUE
SUITE 808
MIAMI, FL 33131
305-358-9011
Email: mchung@bennettaiello.com
*ATTORNEY TO BE NOTICED*

**Defendant**

INGERSOLL-RAND
COMPANY

represented by **STEVEN A. EDELSTEIN**
LAW OFFICES OF STEVEN A.
EDELSTEIN
BILTMORE HOTEL AND
EXECUTIVE OFFICE
1200 ANASTASIA AVENUE
SUITE 300
CORAL GABLES, FL 33134
305-444-5660
Email: SteveE@saelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

LESLIE CONTROLS, INC.

represented by **NICKOLAS CHARLES BERRY**
HINSHAW CULBERTSON
1 E BROWARD BLVD STE 1010
FT LAUDERDALE, FL 33301
954-467-7900
Fax: 954-467-1024
Email: nberry@hinshawlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PETER JOEL FROMMER**
HINSHAW & CULBERTSON LLP
ONE E BROWARD BLVD
STE 1010
FT LAUDERDALE, FL 33301
954-467-7900
Fax: 954-467-1024
Email: pfrommer@hinshawlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James H. Wyman**
Hinshaw & Culbertson LLP
One East Broward Boulevard, Suite

                                                          1010
                                                          Fort Lauderdale, FL 33301
                                                          954-467-7900
                                                          Fax: 954-467-1024
                                                          Email: jwyman@hinshawlaw.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

OWENS-ILLINOIS, INC.              represented by **TRACY E. TOMLIN**
                                                          NELSON MULLINS RILEY &
                                                          SCARBOROUGH, LLP
                                                          100 NORTH TRYON ST., 42ND FL
                                                          CHARLOTTE, NC 28202
                                                          704-417-3101
                                                          Email:
                                                          tracy.tomlin@nelsonmullins.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

PHILADELPHIA GEAR              represented by **EDWARD J. BRISCOE**
CORPORATION                                              (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **ESTHER ELISA GALICIA**
                                                          FOWLER WHITE BURNETT
                                                          1395 BRICKELL AVE 14TH FL
                                                          MIAMI, FL 33131
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

UNION CARBIDE                  represented by **BRENDA GODFREY**
CORPORATION                                            (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

VIACOM INC.                           represented by **C. MICHAEL EVERT , JR.**
*SUCCESSOR TO CBS*                                 EVERT & WEATHERSBY &
*CORPORATION FORMERLY*                         HOUFF
*KNOWN AS WESTINGHOUSE*                     3405 PIEDMONT RD STE 200
*ELECTRIC CORPORATION*                          ATLANTA, GA 30305
*(INDIVIDUALLY AND AS*                              678-651-1250
*SUCCESSOR TO B.F.*                                    Email: cmevert@ewhlaw.com

*STURTEVANT CO.*

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**FRANCES L. SPINELLI**
EVERT WEATHERSBY HOURFF
3405 PIEDMONT RD SUITE 200
ATLANTA, GA 30305
678-651-1244
Email: flspinelli@ewhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RICHARD M. LAUTH**
EVERT & WEATHERSBY
3405 PEIDMONT ROAD
SUITE 225
ATLANTA, GA 30305
678-651-1200
Email: rmlauth@ewhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WARREN PUMPS, LLC**
*INDIVIDUALLY AND AS*
*SUCCESSOR TO QUIMBY PUMP*
*COMPANY*

represented by **EVELYN FLETCHER**
HAWKINS & PARNELL LLP
303 PEACHTREE ST., N.E.
4000 SUNTRUST PLAZA
ATLANTA, GA 30308
404-614-7400
Email: efletcher@hplegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**FRANCES SPINTHOURAKIS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN R. FELICE**
HERMES NETBURN O'CONNOR
SPEARING PC
265 FRANKLIN ST
BOSTON, MA 02110
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JUDITH A. PERRITANO**
PIERCE, DAVIS & PERRITANO, LLP
90 CANAL ST
BOSTON, MA 02114
617-350-0950
Email: jperritano@piercedavis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**EVELYN FLETCHER DAVIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON L. GROCH**
HAWKINS & PARNELL
THACKSTON & YOUNG LLP
4000 SUNTRUST PLZ
303 PEACHTREE ST NE
ATLANTA, GA 30308-3243
404-614-7540
Email: jgroch@hptylaw.com
*ATTORNEY TO BE NOTICED*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| ANN CARDOSI, Individually | : | |
| and as Executrix of the | : | |
| Estate of KENNETH CARDOSI | : | |
| | : | |
| | : | Case No. 08-90474 |
| v. | : | |
| | : | Transferred from the Northern |
| | : | District of Indiana |
| VARIOUS DEFENDANTS | : | (92-00273) |

### SUGGESTION OF REMAND

**AND NOW,** this **6th** day **September, 2011,** it is hereby **ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that, as to the above-captioned case:

    a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

    b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

    c.) All discovery has been completed.

    d.) The Court has adjudicated all outstanding motions.

    e.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.

    f.) The docket reflects that the remaining active viable Defendants in this case for trial is:

    i. Foster Wheeler        08-90474

Accordingly, the Court **SUGGESTS** that the below-listed cases should be **REMANDED** to the United States District Court for the Southern District of Indiana for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the below-listed cases have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania. In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

2