UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)             MDL No. 875

(SEE ATTACHED SCHEDULE)

**ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER**

A conditional remand order was filed in these actions on August 16, 2011. Prior to expiration of that order's 7-day stay of transmittal, defendants Mead Corp., et al., filed a notice of opposition to the proposed remand. The Panel has now been advised that defendants wish to withdraw their opposition to remand.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional remand order filed on August 16, 2011, is LIFTED. These actions are remanded to the Northern District of Alabama.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                                              MDL No. 875

SCHEDULE FOR CRO

| TRANSFEREE DIST DIV. C.A.NO. | TRANSFEROR DIST DIV. C.A.NO. | CASE CAPTION |
|---|---|---|
| PAE  2  09-70093 | ALN  4  05-02466 | Charles Richard Archer, et al. v. Mead Corp., et al. |
| PAE  2  09-70094 | ALN  4  05-02472 | Rebekah Riggs, etc. v. Mead Corp., et al. |
| PAE  2  09-70095 | ALN  4  05-02473 | Alford McGuffie v. Mead Corp., et al. |