BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), M.D.L. 875

| FRANK MUMFREY | CIVIL ACTION |
|---|---|
| VERSUS | JUDGE |
| ANCO INSULATIONS, INC. ET AL. | MAGISTRATE JUDGE |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to the Panel's Rule 7.1(a), undersigned counsel is obliged, as counsel in actions previously transferred under 28 U.S.C. § 1407, to promptly notify the Panel of any potential tag-along actions. Accordingly, attached is the notice of removal and related documents for the suit *Frank Mumfrey v. Anco Insulations, Inc. et al.*, U.S.D.C., E.D. La. No. 11-cv-2284.

Respectfully submitted,

Bradley Murchison Kelly & Shea LLC

/s/ David E. Redmann, Jr.
Dwight C. Paulsen III (LSBA No. 19,729)
David E. Redmann, Jr. (LSBA No. 23,267)
Natalie J. Dekaris (No. 31,282)
1100 Poydras St., Suite 2700
New Orleans, LA  70163
504-596-6300
504-596-6301 (facsimile)
asbestos@bradleyfirm.com

– and –

1

        Edward M. Slaughter (pro hac vice)
        Hawkins Parnell Thackston & Young LLP
        4514 Cole Ave., Suite 500
        Dallas, TX  75205
        214-780-5100
        214-780-5200 (facsimile)
        ESlaughter@hptylaw.com

        Attorney for
        The Sherwin-Williams Company

## **CERTIFICATE OF SERVICE**

     Pursuant to Panel Rule 5.2 and/or Local Rule 5.1.2, § 8, I certify that this document is being filed electronically on September 12, 2011, and will therefore be available for viewing and downloading from the ECF system. Service on each party will be accomplished through e-mail to counsel of record for the only other party:

| party | lawyer | e-mail address |
|---|---|---|
| Frank Mumfrey | Darren McDowell | dmcdowell@seglaw.com |
| Frank Mumfrey | Frank Swarr | fswarr@landryswarr.com |

        /s/ David E. Redmann, Jr.