**<u>Schedule of actions</u>**

*Frank Mumfrey v. Anco Insulations, Inc. et. al.*, United States District Court, Eastern District of Louisiana, No. 11-cv-2284