**<u>Proof of Service</u>**

I served the following persons with this notice by e-mail as indicated below on September 12, 2011.

/s/ David E. Redmann, Jr.

| party | lawyer | e-mail address |
|---|---|---|
| Frank Mumfrey | Darren McDowell | dmcdowell@seglaw.com |
| Frank Mumfrey | Frank Swarr | fswarr@landryswarr.com |