UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL 875 – IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:


**CONDITIONAL TRANSFER ORDER (CTO-439)**

-----------------------------------------------------------------x


**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | |
|---|---|
| **CHARLES C. ALBRECHT and** <br> **LAURA ALBRECHT,** | Civil Action <br> Nº 11 Civ 5990 (BSJ) (MHD) |
| **Plaintiffs,** | |
| - against - | |
| **A.O. SMITH WATER PRODUCTS,** *et al.*, | |
| **Defendants.** | |

-------------------------------------------------------------x


## MOTION TO VACATE CONDITIONAL TRANSFER ORDER

The above-captioned plaintiffs, by their counsel, hereby move to vacate the transfer of this action to the United States District Court for the Eastern District of Pennsylvania, on the ground that the Federal court does not have subject matter jurisdiction over this action. The removal in this case on Federal officer grounds was improper, and the lack of subject matter jurisdiction is apparent on the face of the removing defendant's papers, as established in the accompanying brief. Moreover, on August 30, 2011, plaintiffs filed their Motion For Remand, pursuant to 28 U.S.C. §§ 1445(c), 1446(c)(4), and 1447, in the Southern District of New York, and that motion is currently pending before the Honorable Barbara S. Jones.

//ss// *Alani Golanski*
_____
Alani Golanski, Esq. (AG/8165)
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, New York 10003
Tel: (212) 558-5500
Fax: (212) 344-5461
agolanski@weitzlux.com