JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

11 CIV 5990

| | |
|---|---|
| CHARLES C. ALBRECHT and LAURA ALBRECHT,<br><br>Plaintiffs,<br><br>vs.<br><br>A.O. SMITH WATER PRODUCTS, et al.,<br><br>Defendants. | Civil Action No.<br><br>(Transferred from the Supreme Court of the State of New York, County of New York, Index No.: 190152/2011) |

**DEFENDANT LOCKHEED MARTIN CORPORATION'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1442(a) (FEDERAL OFFICER)**

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Lockheed Martin Corporation ("Lockheed Martin") hereby gives notice of the removal of the above-entitled action from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1442(a). In support, Lockheed Martin offers the following:

**I.   Background**

1.   On or about April 21, 2011, Plaintiffs Charles Albrecht and Laura Albrecht ("Plaintiffs") filed a personal injury action in the Supreme Court of the State of New York, County of New York, entitled *Charles Albrecht, et al., v Abex Inc., et al.*, Index No.: 190152/11. The Complaint names approximately forty defendants, including Lockheed Martin, and incorporates in full the "NYAL-Weitz & Luxenberg, P.C. Standard Asbestos Complaint for Personal Injury, No. 7." Plaintiffs allege, in part, that Plaintiff Charles Albrecht incurred personal injuries due to alleged

asbestos exposure from products manufactured or supplied by Lockheed Martin. A true and correct copy of Plaintiffs' Complaint, along with the "NYAL-Weitz & Luxenberg, P.C. Standard Asbestos Complaint for Personal Injury, No. 7," is attached hereto as **Exhibit 1**.

2. Attached hereto as **Exhibit 2** is a true and correct copy of Lockheed Martin's Answer to Plaintiffs' Complaint, which incorporates Lockheed Martin's Standard Answer filed pursuant to the New York Asbestos Litigation Case Management Order. Attached hereto as **Exhibit 3** are true and correct copies of all other pleadings served by or on Lockheed Martin in the state court proceeding, including true and correct copies of all Answers and Cross-Claims filed and/or received to-date by Lockheed Martin. Each co-defendants' Cross-Claim asserts claims against Lockheed Martin for indemnity and contribution.

3. At his deposition taken on August 2, 2011, Plaintiff Charles Albrecht testified that, while employed as an aircraft mechanic in 1954 by Lockheed Aircraft Service New York Inc., a corporate predecessor of Lockheed Martin, he performed work on and around military aircraft allegedly manufactured by Lockheed Martin. Attached as **Exhibit 4** are true and correct copies of excerpts from said deposition testimony.

4. When Plaintiff Charles Albrecht served as an aircraft mechanic at Lockheed Martin's corporate predecessor, Lockheed Martin manufactured aircraft for the United States Armed Forces in accordance with detailed specifications approved by the United States Government and under the direct supervision, control, order and directives of a federal officer acting under color of federal office.

5. Plaintiff's deposition testimony described in paragraph 3 above comprises the first pleading, motion, order or other paper from which it could be ascertained that Plaintiffs' action and Cross-Claimants' cross-claims properly should be removed to this Court by Lockheed Martin.

6. This Notice of Removal is being filed within 30 days of the time Lockheed Martin first received notice, via Plaintiff's deposition testimony, of the grounds for removal of this case. Accordingly, this removal is filed within the time period prescribed by law. *See* 28 U.S.C. §1446(b).

7. This action is one which may be removed to this Court by Lockheed Martin on the grounds of federal officer removal jurisdiction pursuant to 28 U.S.C. §1442(a).

II. **Federal Officer Removal Is Appropriate Under 28 U.S.C. §1442(a)**

8. Removal is proper under 28 U.S.C. § 1442(a) when (a) the defendant seeking removal demonstrates that it is a "person" within the meaning of the statute; (b) the defendant demonstrates a causal nexus between the defendant's actions, taken pursuant to a federal officer's directions and under color of federal office, and the alleged claims and/or cross-claims; and (c) the defendant asserts a "colorable federal defense" to such claims and/or cross-claims. *Mesa v. California*, 489 U.S. 121, 124-25, 134-35 (1989); *Isaacson v. Dow Chemical Company*, 517 F.3d 129 (2d Cir. 2008); *see also In re Methyl Tertiary Butyl Esther Prods. Liab. Litig.*, 341 F.Supp.2d 351, 358-59 (S.D.N.Y. 2004) (third-party indemnity complaint provides basis for federal officer removal jurisdiction).

9. Lockheed Martin is a "person" within the meaning of 28 U.S.C. § 1442(a). *See Isaacson*, 517 F.3d at 135-36 (corporate entities qualify as "persons" under § 1442(a)(1)).

10. Plaintiffs and Cross-Claimants base their claims against Lockheed Martin, in whole or in part, on Plaintiffs' alleged exposure to asbestos while working on or around Lockheed Martin-manufactured military aircraft in 1954. To the extent that the design or manufacture of such aircraft included asbestos-containing parts or components, such inclusion was required by the United States Government in its detailed and precise specifications through and under the direction of the Secretaries of the Departments of Defense, United States Army, Air Force, and Navy. Any decision regarding asbestos in such aircraft or the component parts thereof was under the full control and discretion of the United States Government. *See Isaacson*, 517 F.3d at 136-38; *see also In re "Agent*

*Orange" Prod. Liab. Litig.*, 517 F.3d 76 (2d Cir. 2008). The United States Government likewise controlled the content of written materials and warnings associated with such aircraft.

11. Lockheed Martin is entitled to federal officer removal under 28 U.S.C. § 1442(a) based upon the federal defense of derivative sovereign immunity as set forth in *Yearsley v. W.A. Ross Construction Co.*, 309 U.S. 18 (1940); *see also Butters v. Vance Intern., Inc.*, 225 F.3d 462, 466 (4th Cir. 2000). *Yearsley* established that a government contractor, performing at the direction and authorization of a government officer, is immune from suit based upon performance of the contract in carrying out a government function. *See Yearsley*, 309 U.S. 18. The *Yearsley* doctrine is satisfied here because the aircraft at issue were manufactured pursuant to validly conferred authority and Lockheed Martin's conduct was within the bounds of that authority. Indeed, if the government had manufactured the aircraft itself, it would be immune from suit; that immunity must be extended to Lockheed Martin who stepped into the government's shoes.

12. Lockheed Martin also is entitled to federal officer removal under 28 U.S.C. § 1442(a) based upon the separate and independent government contractor federal defense. *Boyle v. United Technologies Corp.*, 487 U.S. 500 (1988); *see also Isaacson*, 517 F.3d at 138-39 and *In re "Agent Orange,"* 517 F.3d 76. *Boyle* establishes that a government contractor is not liable for injuries caused by design defects in equipment when the contractor builds such equipment according to reasonably precise government-approved design specifications. The government contractor defense is satisfied here because the design specifications for military aircraft manufactured by Lockheed Martin were government-approved, the aircraft conformed to those specifications, and Lockheed Martin did not fail to warn the government of any dangers known to Lockheed Martin and unknown to the government. The government contractor defense also applies to claims of failure to warn. *See Oliver v. Oshkosh Truck Corp.*, 96 F.3d 992, 1003-04 (7th Cir. 1996); *see also Hagen v. Benjamin Foster Co.*, 739 F.Supp.2d 770, 783 (E.D.Pa. 2010).

### III. Procedural Compliance

13. Because Lockheed Martin satisfies the requirements for removal under 28 U.S.C. § 1442(a), it is entitled to remove this entire action. Joinder of the other defendants in this action is

not necessary to remove under 28 U.S.C. § 1442(a). *See Bradford v. Harding*, 284 F.2d 307, 309-10 (2d. Cir. 1960).

14. Lockheed Martin will comply with the Local Rules by giving notice of the filing of this Notice as required by 28 U.S.C. § 1446(d).

## IV.  Conclusion

15. Removal of this action is proper under 28 U.S.C. § 1442. Plaintiffs' Complaint and Defendants' Cross-Claims are civil actions brought in State Court and the Federal District Courts have original jurisdiction over the subject matter under 28 U.S.C. § 1442(a)(1) because Lockheed Martin was acting as an officer or agent of the United States.

**WHEREFORE**, Lockheed Martin Corporation requests that this action proceed in this Court as a properly removed action.

Dated: Hauppauge, New York
August 26, 2011

Respectfully submitted,

WEINER LESNIAK, LLP

By: *[signature]*
Anna M. DiLonardo, Esq. (1679)
Attorneys for Defendant
**Lockheed Martin Corporation**
888 Veterans Memorial Highway, Suite 540
Hauppauge, New York 11788
(631) 232-6130
(631) 232-6184 (Facsimile)

To:  Weitz & Luxenberg, P.C.
Attorneys for Plaintiffs

All Defense Counsel
See Attached List

Cynthia Weiss Antonucci, Esq.
Harris Beach LLP
100 Wall Street
New York, NY 10005
cantonucci@harrisbeach.com
Attorney for: Kentile Floors, Inc., Xerox, Square D, Bird Inc., Lincoln Plumbing & Heating, Cummins Engine, Paccar Inc. Dake Co., Crane Pumps & Systems Inc., General Electric Co.

William J. Bradley, Esq.
Malaby Carlisle & Bradley LLC
150 Broadway
Suite 1311
New York, NY 10038
wbradley@mblaw.net
Attorney for: Aurora, CBS Corp., Westinghouse Electrical Corp., (Viacom Inc.) Weil McLain, Morse Diesel Construction Co. Inc., Cleaver Brooks, Forster Wheler LLC., Foster Wheeler Engery Corp., Aqua-Chem, The Marley Co., Warren Pumps, Reynolds Metals Company, Alcoa

John Bridger, Esq.
Strong Pipkin Bissell & Ledyard LLP
1301 McKinney Street - Suite 2100
Houston, TX 77010-3042
Attorney for: Domco Products Texas LP, individually and as successor to Azrock Industries Inc.

Arthur G. Cohen, Esq.
Gordon & Silber, P.C.
355 Lexington Avenue
New York, NY 10017
acohen@gordon-silber.com
Attorney for: American Biltride Company, American Bitrite Inc., individually and as successor to Amtico Floors and Amtico, a division of American Biltrite

Roy Cohen, Esq.
Porzio, Bromberg & Newman, P.C.
156 West 56th Street
New York, NY 10019
racohen@pbnlaw.com
Attorney for: Dupont

Joseph Colao, Esq.
Leader & Berkon
630 Third Avenue
New York, NY 10017
jcolao@leaderberkon.com
Attorney for: IMO Industries Inc., DELAVAL Inc., Peerless

Kathleen Collins, Esq.
Port Authority of New York and New Jersey
225 Park Avenue South
New York, NY 10003

Jennifer Darger, Esq.
Darger Errante Yavitz & Blau LLP
116 East 27th Street
12th Floor
New York, NY  10016
jdarger@deybllp.com
Attorney for:  Lennox Industries, American Crane & Equipment Corporation, The Lincoln Electric Co., Hobart Brothers Co., Eutecic Corp.

S Donahue, Esq.
Hardin, Kundla, McKeon & Poletta, P.A.
110 William Street
New York, NY  10038
sdonahue@HKMPP.com
Attorney for:  Calon Insulation Corp.

Linda Dunne, Esq.
Nowell, Amoroso, Klein, Bierman
155 Polifly Road
Hackensack,, NJ  07601
ldunne@nakblaw.com
Attorney for:  Sperry Rand, King

Scott R. Emery, Esq.
Lynch Daskal Emery LLP
264 West 40th Street
New York, NY  10018
emery@lawlynch.com
Attorney for:  Georgia-Pacific Corp.

John J. Fanning, Esq.
Cullen & Dykman
177 Montague Street
Brooklyn, NY  11201
jfanning@cullenanddykman.com
Attorney for:  Burnham LLC as successor to Burnham Corp., Elof Hansson Inc., Goulds Pumps Inc., Mario & DiBono Plastering Co. Inc., Spence Engineering Company Inc., Leslie Controls Inc., Hoke Inc., Alpha Wire Co.

Marc S. Gaffrey, Esq.
Hoagland, Longo, Moran, Dunst & Doukas
40 Paterson Street
P.O. Box 480
New Brunswick, NJ  08903
mgaffrey@hoaglandlongo.com
Attorney for:  York International, Thermo-Electric Co., Inc., Kohler Co., 84 Lumber Corporation

Salvatore G Gangemi, Esq.
Gangemi Law Firm, P.C.
700 White Plains Road
Suite 223
Scarsdale, NY  10583
sgangemi@gangemilaw.com
Attorney for:  AMEC Construction Management, Inc.

Chris Gannon, Esq.
Segal, McCambridge, Singer & Mahoney
850 Third Avenue, Suite 1100
New York, NY 10022
CGANNON@SMSM.COM
Attorney for: 195 Property Assoc., Germanetti Olympia & York Operating Corp., H.B. Fuller, Port Authority, Anchor Packing Co. Inc., Cummins Engine Co. Inc, Garlock Sealing Technologies LLP F/K/A Garlock Inc., Zurn Industries, Alcoa, Inc., Paterson Pump, Hercules Chemical Co., Inc. and The Nash Engineering Co., Cummins Inc., Greene Tweed & Co., BW/IP, Garlock, Anchor, Byron Jackson

Bernard Garbutt, Esq.
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
bgarbutt@morganlewis.com
Attorney for: Auburn Technology, Inc. f/k/a ALCO Power, Inc.

Samuel Goldblatt, Esq.
Nixon Peabody LLP
Key Towers at Fountain Plaza
40 Fountain Plaza
Suite 500
Buffalo, NY 14202
sgoldblatt@nixonpeabody.com
Attorney for: Patterson-Kelly Division

Philip Goldstein, Esq.
McGuire Woods
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105
pgoldstein@mcguirewoods.com
Attorney for: American Standard Inc., Westinghouse Air Brake Company, I.T.T. Industries (Bell & Gossett)

Alan Gries, Esq.
Hecker, Brown, Sherry & Johnson LLP
1700 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
agries@gibbonslaw.com
Attorney for: JAM Industries, Inc.

Amiel Gross, Esq.
Sonnenschein, Nath & Rosenthal
1221 Avenue of the Americas
New York, NY 10020
agross@sonnenschein.com
Attorney for: Rapid American Corporation and Kaiser

Robert Gunn, Esq.
Smith Abbot, LLP
90 Broad Street
4th Floor
New York, NY 10004
rgunn@smithabbot.com
Attorney for: Pneumo Abex Corp. as Successor to Abex Corp.

Suzanne M. Halbardier, Esq.
Barry, McTiernan & Moore
2 Rector Street
14th Floor
New York, NY 10006
shalbardier@bmmfirm.com
Attorney for: Fulton Boilers Works, John Crane, Utice Boilers, Bell Asbestos Mines, Asbestos Corp., LTD., Atlas Turner, General Refractories Co.

Daniel J. Herrera, Esq.
Costello, Shea & Gaffney LLP
44 Wall Street
New York, NY 10005
Attorney for: Congoleum Corporation, Cooper Industries

Laura Hollman, Esq.
McGivney, Kluger & Gannon PC
80 Broad Street
23rd Floor
New York, NY 10004-2205
lhollman@mcgivneyandkluger.com
Attorney for: Eastern Refractories Co. Inc., Tishman Realty, Construction Co. Inc. (TRCC), Treadwell, Courter

Paul Josephs, Esq.
Fabiani & Cohen, LLP
570 Lexington Avenue
New York, NY 10022
Attorney for: Slattery Skanska Inc. and Tishman Liquidating Corp.

Marc E. Kasowitz, Esq.
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, NY 10019
mkasowitz@kasowitz.com
Attorney for: Maremount Corp.

Steven Keats, Esq.
Keats & Shapiro
131 Mineola Blvd.
Mineola, NY 11501
Attorney for: Munaco Packing & Rubber Co., Inc.

John J. Kot, Esq.
Waters, McPherson & McNeil
300 Lighting Way
PO Box 1560
Secaucus, NJ 07096
jkot@lawwmm.com
Attorney for: Riley Stoker (DB Riley, Inc.),
Riley Stoker Corp., Riley Stoker Corp. f/k/a
Sanford Riley Stoker Co.

Jennifer L. Leonardi, Esq.
Damon Morey, LLP
Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, NY 14202-2150
jleonardi@damonmorey.com
Attorney for: Insulation Distributors, Inc.,
Geniune Parts

Tom Maimone, Esq.
Maimone & Associates, PLLC
170 Old Country Road
Suite 609
Mineola, NY 11501
tmaimone@maimonelaw.com
Attorney for: Mack Trucks

John Manning, Esq.
120 White Plains Road
Suite 100
Tarrytown, NY 10591
jmanning@jwmlaw.com
Attorney for: Elgin Sweeper Company

Anthony J. Marino, Esq.
Garrity, Graham, Murphy, Garofalo & Flinn
72 Eagle Rock Avenue
Suite 350
P.O. Box 438
East Hanover, NJ 07936
ajm@garritygraham.com
Attorney for: United Conveyor Corp.

Also new New York office (as of 12-21-09):
40 Wall Street, 28th Floor
New York, NY 10005
(212) 400-7177

Nancy McDonald, Esq.
McElroy Deutsch Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
nmcdonald@mdmc-law.com
Attorney for: A.O. Smith Water Products Co.,
Cutler Hammer, Durez Corp. and Oxy, Inc.

Timothy McHugh, Esq.
Lavin, O'Neil, Ricci, Cedrone & DiSipio
420 Lexington Avenue
Suite 335
New York, NY 10170
jpeters@lavin-law.com
Attorney for: 3M, GM, International Truck &
Engine Corp. f/k/a Navistar, Mitsui & Co., Inc.

Robert McManus, Esq.
Ahmuty, Demers & McManus
200 I.U. WIllets Road
Albertson, NY 11507
Robert.McManus@admlaw.com
Attorney for: Tishman Realty Construction
Corp., National Lighting Co., Carrier
Corporation

Daniel J. McNamara, Esq.
DeCicco, Gibbons & McNamara, P.C.
14 East 38th Street
New York, NY 10016
dmcnamara@dgmlaw.com
Attorney for: Beazer East, Inc. s/h/a Koppers
Industries, Kaiser Gypsum Co., Inc.

Cynthia K. Messemer, Esq.
Hodges Walsh & Slater LLP
55 Church Street
White Plains, NY 10601
CMessemer@hwslaw.com
Attorney for: Electrolux Home Products Inc.,
Individually and as Successor to Tappan and
Copes-Vulcan

Diane Miller, Esq.
Marin Goodman LLP
500 Mamaroneck Ave
Harrison, NY 10528
Attorney for: ZY-Tech Global Industries, Inc.,
Keeler Dorr- Oilver Boiler Co., E. Keeler Co.,
Kvaener Pulping, Inc.

Francis A. Montbach, Esq.
Mound, Cotton & Wollan
One Battery Park Plaza
New York, NY 10004
fmontbach@moundcotton.com
Attorney for: Geroge A. Fuller Co., Cooper
Industries

Thomas Montiglio, Esq.
Ahmuty, Demers & McManus
200 I.U. Willets Road
Albertson, NY 11507
thomas.montiglio@admlaw.com
Attorney for: Tishman Realty Construction
Corp., National Lighting Co., Carrier
Corporation

Daniel S. Moretti, Esq.
Landman, Corsi, Ballaine & Ford, P.C.
120 Broadway
27th Floor
New York, NY 10271-0079
dmoretti@lcbf.com
Attorney for: Sequoia Ventures, Inc., (As Successor-in- interest to Bechtel Corp.)

William F. Mueller, Esq.
Clemente, Mueller & Tobia, P.A.
218 Ridgedale Avenue
Morristown, NJ 07961
wmueller@cm-legal.com
Attorney for: Durabla Manufacturing Company and Key Span (Long Island Lighting)

Mark F. Muller, Esq.
Freehill, Hogan & Nahar, LLP
80 Pine Street
NewYork, NY 10005
muller@freehill.com
Attorney for: ALCOA Steamship Co., Farrell Lines Inc., Isbrandtsen Co., Weyerhauser Co., Lash Marine Services Inc., as successors in interest to Waterman Steamship Co., Maritime Defendants

Andrew Musicus, Esq.
Cerussi & Spring
One North Lexington Avenue
White Plains, NY 10601-1700
amusicus@cerussilaw.com
Attorney for: 3M

Richard P. O'Leary, Esq.
McCarter & English, LLP
245 Park Avenue
27th Floor
New York, NY 10167
roleary@mccarter.com
Attorney for: Parker- Hannifin Corp., Building Materials, GI Holdings, EIS Brake Parts Standard Motor Products Inc., Lightolier, Inc., American Optical

Lisa M. Pascarella, Esq.
Pehlivanian, Braaten & Pascarella, LLC
2430 Route 24
Manasquan, NJ 08736
lp@pehli.com
Attorney for: Ingersol-Rand Co.; American Standard; Westinghouse Airbrake

Nancy L. Pennie, Esq.
Aaronson, Rappaport, Feinstein & Deutsch, L.L.P.
757 Third Avenue
New York, NY 10017
Attorney for: General Motors Corp.
nlpennie@arfdlaw.com

Russell A. Pepe, Esq.
Harwood Lloyd, LLC
130 Main Street
Hackensack, NJ 07601
rpepe@harwoodlloyd.com
Attorney for: Motion to control industries, Inc.,
as predecessor-in- interest to Carlisle Corp.

Joel Pierce, Esq.
Pierce, Davis & Perritano, LLP
90 Canal Street
Boston, MA 02114-2018
jpierce@piercedavis.com
Attorney for: B.F. Goodrich Company
(Goodrich Corp.)

Donald R. Pugliese, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10473
dpugliese@mwe.com
Attorney for: Honeywell International, Inc. and
Morse Diesel International, Inc.

Kenneth G. Roberts, Esq.
Cozen O'Connor
250 Park Avenue
New York, NY 10177
kroberts@cozen.com
Attorney for: Wolf, Block, Schorr and Solis-
Cohen, LLP folded. Cases taken over by Cozen
O'Connor.
Federal Pump Corporation

Gayle Sanders, Esq.
New York Law Department
100 Church Street
New York, NY 10007
Attorney for:

Andrew Sapon, Esq.
Bivona & Cohen, P.C.
88 Pine Street
New York, NY 10005
andrew.sapon@bivonacohen.com
Attorney for: Compudyne Corp., successor to
York Shipley Inc. and O'Connor Constructors &
Co. Inc. f/k/a Thomas O'Connor & Co. Inc.,
Aluminum Co. of America (ALCOA)

Paul A. Scrudato, Esq.
Schiff Hardin LLP
900 Third Avenue
23rd Floor
New York, NY 10022
pscrudato@schiffhardin.com
Attorney for: Owens- Illinois, Inc.

Dulce V. Tampus, Esq.
McGuire Woods
1345 Avenue of the Americas
Seventh Floor
New York, NY  10105-0106
dtampus@mcguirewoods.com
Attorney for:

Michael A. Tanenbaum, Esq.
Sedgwick, Detert, Moran & Arnold, LLP
Three Gateway Center
12th Floor
Newark, NJ  07102-5311
michael.tanenbaum@sdma.com
Attorney for:  General Electric Co., Asbeka Isuzu

Rob Tonogbanua, Esq.
Dickie McCamey & Chilcote PC
Public Ledger Building
Suite 901
150 South Independence Mall West
Philadelphia, PA  19106-3409
rtonogbanua@dmclaw.com
Attorney for:  Yarway Corp.

William E. Vita, Esq.
Westerman Ball Ederer Miller & Sharfstein, LLP
1201 RXR Plaza
Uniondale, NY  11556
Attorney for:  Hollingsworth & Vose Company

Edward Wilbraham, Esq.
Wilbraham, Lawler & Buba
1818 Market Street
Suite 3100
Philadelphia, PA  19103
ewilbraham@wlbdeflaw.com
Attorney for:  Buffalo Pumps, Inc.

Judith A. Yavitz, Esq.
Darger Errante Yavitz & Blau LLP
116 East 27th Street
12th Floor
New York, NY  10016
jyavitz@deybllp.com
Attorney for:  Certainteed Corp., Shell Oil, Shell Chemical, Armstrong World Industries Inc., National Gypsum Co., Turner & Newall PC, A.P. Green Refractories Inc., CCR Defendants, Amchem Products Inc., Dana Corp., ACMA, Union Carbide