FOSTER WHEELER CORPORATION
NEW YORK, N.Y.

F.W. CORP. DRAWING NO. NY-420-907-2
F.W. ORDER NO FWO-1987-2078

SCALE: ¾"=1'  ¾"=1'-FT         DATE: 11-18-43
DRAWN BY: E.T.A.                EXAMINED BY: J.B.
CHECKED BY: B.F.M.              APPROVED BY: J.L.H.

FORWARDED TO BUREAU            APPROVED ____ DATE Feb 16 44
LETTER NUMBER ____             REFERENCE SHIP BLDY. LET. TO
                               BU.R. (S-1-C) No. 15792, TO SUP. DSBN
                               SSPG, 16 FEB. 1944.

4-18-44 [signature]
FOR SUPERVISOR OF SHIPBUILDING, U.S.N.

_____ PLAN
EXAMINED AND FOUND CORRECT
DATE _____ FOR SUPERVISOR OF SHIPBUILDING, U.S.N.

EXPRESS TYPE BOILER

GENERAL ARRANGEMENT,
BOILER, FRONT
AND SIDE VIEWS

BUREAU OF SHIPS PLAN NUMBER
DD692-S5101-245177 ALT. 2

| No. | Description | Authority | By | | | |
|---|---|---|---|---|---|---|
| II | INTERCHANGED 16" AND 14" WATER GAUGES AND ALTERED FW REGULATOR TO SUIT | G.S.C. LETTER TO NAVCO DATED 11/4/44 | VLR | LNM-JRH | 3/7/46 | H.E.K |
| III | IN FRONT & SIDE VIEWS ADDED NOTE (1) DWG 6-MSR, DRIP PIPING FOR WATER GAGES TO BE CONNECTED TO RELIEF PIPING FOR FEED WATER REGULATOR, BY SCREWED ORDERS, NOT FURN. BY FW. CORP. | CUSTOMER'S CHANGE | H.E. | HZM-JRH | 6/16/44 | |

ALTERATIONS

USSROAN00000012

