# White and Williams LLP 

824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.654.0424
Fax: 302.654.0245

Christian J. Singewald
Direct Dial: 302.467.4510
Direct Fax: 302.467.4547
singewaldc@whiteandwilliams.com

September 8, 2011

**VIA FEDERAL EXPRESS**

Mr. Jeffrey N. Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby One Columbus Circle, N.E.
Washington, DC 20002-8004

    RE:    **BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), DOCKET NO. MDL-875**

## NOTICE OF TAG-ALONG ACTION

Dear Mr. Luthi:

    Attached at Tab 1 is a copy of the Complaint and First Amended Complaint in Bonnie Von Dell and John Von Dell v. Boeing Company et al; an action seeking damages for asbestos-related injuries filed in the Superior Court of the State of Delaware in and for New Castle County, C. A. No. 10C-09-124 ASB. This case was subsequently removed to the United States District Court for the District of Delaware on September 7, 2011, Case No: 1:11-cv-00786. A copy of the Notice of Removal is attached at Tab 2. Von Dell is related to and shares common issues of fact with the actions in In Re: Asbestos Products Liability Litigation, Docket No. MDL-875 ("MDL-875"), which have been transferred to the Eastern District of Pennsylvania before the Honorable James T. Giles and, now, the Honorable Eduardo C. Robreno, pursuant to the Panel's Order and Opinion of July 29, 1991. In re Asbestos Products Liability Litigation (No. VI), 771 F. Supp. 415 (J.P.M.L. 1991).

    Von Dell involves common issues of fact with and is related to the actions in MDL-875 in a number of respects. First and most importantly, the causes of action in Von Dell are based on the same factual predicates as other actions in MDL-875 — namely, allegations of asbestos-related disease or injury stemming from exposure to asbestos in products and on premises and inhalation of asbestos fibers. Second, based on these allegations, Plaintiffs assert the same causes of action as the plaintiffs in MDL-875, including negligence and strict liability. Third, like the plaintiffs in MDL-875, Plaintiffs here seek to recover compensatory damages for

*Berwyn, PA • Boston, MA • Cherry Hill, NJ • Conshohocken, PA • Lehigh Valley, PA*
*New York, NY • Paramus, NJ • Philadelphia, PA • Wilmington, DE*

8127356v.1

Mr. Jeffrey N. Luthi
September 8, 2011
Page 2

asbestos-related disease or injury. Fourth, Boeing will assert the government contractor defense like other defendants in MDL-875.

For these reasons, discovery in Von Dell would be streamlined and conducted more efficiently through the coordinated multidistrict discovery process already in place in MDL-875 governing the same types of asbestos allegations, claims and damages. Accordingly, pursuant to R.P.J.P.M.L 7.2(i), 7.3(a), 7.4 and 7.5(e), Defendant, The Boeing Company hereby notifies the Panel that Von Dell is pending in federal court and should be transferred to the Eastern District of Pennsylvania to become part of MDL-875.

If you have any questions, please do not hesitate to contact me.

Respectfully submitted,

WHITE AND WILLIAMS LLP

By: *[signature]*

Christian J. Singewald

CJS:taa
Enclosures

cc: United States District Court, District of Delaware
    All Counsel of Record

8127356v.1