BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL  DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI))
**(In Re: Conditional Transfer Order (CTO-440)**

CASE ORIGINATES FROM
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FREDDIE JOSEPH DUPRE                              CIVIL ACTION

VERSUS

TODD SHIPYARDS
CORPORATION, ET AL                              NO.: LAE 2:11-cv-02097

## MOTION TO REINSTATE CONDITIONAL TRANSFER ORDER

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Rose Mae Naquin Dupre, Ronald Joseph Dupre, Marvin Andrew Dupre, and Brian Anthony Dupre, who file this Motion to Reinstate Conditional Transfer Order on the basis that due to an error on the part of the Judicial Panel on Multidistrict Litigation, plaintiffs did not receive notice of Conditional Transfer Order (CTO-440) until September 9, 2011.  Plaintiffs humbly request that the Conditional Transfer Order be reinstated so that they may file a Notice of Opposition to Conditional Transfer Order, and a Motion to Vacate Conditional Transfer Order.

-1-

**WHEREFORE**, plaintiffs, Rose Mae Naquin Dupre, Ronald Joseph Dupre, Marvin Andrew Dupre, and Brian Anthony Dupre, pray that their Motion to Reinstate Conditional Transfer Order be granted.

<u>**CERTIFICATE OF SERVICE**</u>

I certify that a copy of the foregoing pleading has been filed with the Clerk of Court for the Eastern District of Louisiana and has been served upon the parties listed below (as reflected on Attachment "A") by facsimile, hand delivery, or mailing same to each, properly addressed and postage prepaid, on this 14th day of September, 2011.

S/ Gerolyn P. Roussel
GEROLYN P. ROUSSEL

Respectfully Submitted,

**ROUSSEL & CLEMENT**

S/ Gerolyn P. Roussel
GEROLYN P. ROUSSEL - 1134
PERRY J. ROUSSEL, JR. - 20351
JONATHAN B. CLEMENT - 30444
LAUREN R. CLEMENT - 31106
BENJAMIN P. DINEHART - 33096
1714 Cannes Drive
LaPlace, LA  70068
Telephone: (985) 651-6591
ATTORNEYS FOR PLAINTIFFS