I certify that a copy of the foregoing pleading has been filed with the Clerk of Court for the Eastern District of Louisiana and has been served upon the parties listed below, by facsimile, hand delivery, or mailing same to each, properly addressed and postage prepaid, on this 14th day of September, 2011.

S/ Gerolyn P. Roussel
GEROLYN P. ROUSSEL

**CBS CORPORATION  (F/K/A WESTINGHOUSE ELECTRIC CORPORATION) FOSTER WHEELER LLC (FORMERLY FOSTER WHEELER CORPORATION);** and **GENERAL ELECTRIC COMPANY**
John J. Hainkel, III
James H. Brown, Jr.
Angela M. Bowlin
Sheri S. Faust
John Cazale
Peter R. Tafaro
John C Morris, IV
**Frilot, LLC**
1100 Poydras Street
Suite 3700, Energy Centre
New Orleans, Louisiana 70163
Phone: 504-599-8000
Fax: 504-599-8100

**CONTINENTAL INSURANCE COMPANY  (As Successor to The Fidelity & Casualty Company of New York) (as insurer of Todd)**
Gerald A. Melchiode
David N. Loria
James J. Reeves, II
**Galloway, Johnson, etc.**
One Shell Square, 40th Floor
701 Poydras Street
New Orleans, La. 70139
Phone: (504) 525-6802
Fax: (504) 525-2456

**EAGLE, INC. (formerly EAGLE ASBESTOS & PACKING COMPANY, INC.)**
Susan B.  Kohn
Douglas Kinler
Michael Harold
James R. Guidry
**Simon, Peragine, Smith & Redfearn**
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3000
Phone: (504) 569-2030

Fax: (504) 569-2999

**OWENS-ILLINOIS, INC.; and UNIROYAL, INC.**
Walter G. Watkins, III
R. Dean Church
Molly M. Gattuso
Ann S. Russell
**Forman, Perry, Watkins, Krutz & Tardy LLP**
1515 Poydras Street, Suite 1300
New Orleans, LA 70112
Telephone: (504) 799-4383
Fax: (504) 799-4384

**TODD SHIPYARDS CORPORATION**
S. Gene Fendler, T.A.
Scott C. Seiler
Joseph I. Giarrusso III
Charles B. Wilmore
**Liskow & Lewis**
One Shell Square, Suite 5000
701 Poydras Street
New Orleans, La. 70139
Phone: (504) 581-7979
Fax: (504) 556-4108