IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| VARIOUS PLAINTIFFS | : : | |
| v. | : : | Cases Transferred from the District of Maryland Listed in Exhibit "A," Attached |
| VARIOUS DEFENDANTS | : | |



FILED
SEP - 7 2011
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### SUGGESTION OF REMAND

**AND NOW,** this **6th** day **September, 2011,** it is hereby **ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that, as to the above-captioned case:

  a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

  b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

  c.) All discovery has been completed.

  d.) The Court has adjudicated all outstanding motions.

  e.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.

  f.) Plaintiffs' counsel has informed the Court that the remaining viable Defendants in each case are as indicated in the chart listed in Exhibit "A."

1

Accordingly, the Court **SUGGESTS** that the below-listed cases should be **REMANDED** to the United States District Court for the District of Maryland for resolution of all matters pending within this case except punitive damages.[1]

Alternatively, parties in the below-listed cases have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania. In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

2

## Exhibit A

| | | | |
|---|---|---|---|
| 2:07-cv-62724 | MD | PARKER v. AMERICAN STANDARD INC. et al | Gibson-Homans, Rapid American, Sears |
| 2:07-cv-62730 | MD | ROSENBACH v. AC&S, INC et al | OI |
| 2:07-cv-62733 | MD | DELAUTER v. A.C.&S., INC. et al | OI |
| 2:07-cv-62753 | MD | FISCHER v. A.C.&S., INC. et al | Rapid American |
| 2:07-cv-62758 | MD | CANOLES et al v. A.C.&S., INC. et al | Rapid American |
| 2:07-cv-62761 | MD | ERNST et al v. AC & S, INC. et al | Rapid American |
| 2:07-cv-62763 | MD | ARVIG v. AC & S, INC. et al | Rapid American; Hopeman Bros. |
| 2:07-cv-62766 | MD | ARMIGER v. AC & S, INC. et al | HB Fuller; Rapid American |
| 2:07-cv-62767 | MD | LEWIS et al v. A.C. & S., INC. et al | Rapid American |
| 2:07-cv-62768 | MD | MCGEE et al v. A.C.&S., INC. et al | CBS, OI, Rapid American |
| 2:07-cv-62770 | MD | EURICE v. A.C.&S., INC. et al | OI, Rapid American |
| 2:07-cv-62775 | MD | HAGIN v. ANCHOR PACKING COMPANY et al | Rapid American, Viacom |
| 2:07-cv-62776 | MD | JOHNSON et al v. A.C.&S., INC. et al | Rapid American |
| 2:07-cv-62777 | MD | SIMMS v. A.C.&S., INC. et al | Rapid American |
| 2:07-cv-62778 | MD | JOHNSON COOK et al v. A. C. & S., INC. et al | Rapid American |
| 2:07-cv-62780 | MD | STOECKER v. A. C. & S., INC. et al | Rapid American |
| 2:07-cv-62817 | MD | FITCH et al v. ANCHOR PACKING COMPANY et al | Rapid American |
| 2:07-cv-62825 | MD | KOROLCHUCK v. ANCHOR PACKING COMPANY et al | Rapid American |
| 2:07-cv-62827 | MD | STOECKER et al v. ANCHOR PACKING COMPANY et al | Rapid American |
| 2:07-cv-62829 | MD | MILLER v. ANCHOR PACKING COMPANY et al | Rapid American |
| 2:07-cv-62836 | MD | TOPPER et al v. ANCHOR PACKING COMPANY et al | OI, Rapid American |
| 2:07-cv-62842 | MD | BIGHAM v. ANCHOR PACKING COMPANY et al | Hopeman Brothers, Rapid American, HB Fuller |
| 2:07-cv-62850 | MD | MESSORI et al v. ANCHOR PACKING CO et al | Rapid American, IMO, MetLife |
| 2:07-cv-62851 | MD | BARR et al v. ANCHOR PACKING CO. et al | IMO Industries, Rapid American, Viacom |
| 2:07-cv-62857 | MD | ZENGEL v. ANCHOR PACKING COMPANY et al | Rapid American, IMO, MetLife |
| 2:07-cv-62859 | MD | FORSTER v. ANCHOR PACKING COMPANY et al | Rapid American |
| 2:07-cv-64569 | MD | HARTMAN v. BAIRNCO CORPORATION et al | Rapid American |
| 2:07-cv-64570 | MD | SEGRIST et al v. A.C.&S., INC. et al | Kentile Floors, PPG Industries, Rapid American, Sealite, Westinghouse Electric |
| 2:07-cv-64571 | MD | DAVIS et al v. A.C. &S., INC. et al | Carborundum, OI, Rapid American |