# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 – In re:  <u>Asbestos Products Liability Litigation</u>

Opposing CTO-421 re case:   <u>Paschall v. Abex Corporation, et al.</u>
                                       Eastern District of Virginia
                                       Civil Action No. 3:11-cv-00431

## **SUPPLEMENTAL INFORMATION**

The Plaintiff, BETTIE J. PASCHALL, Executrix of the Estate of EARL WAYNE PASCHALL, Deceased, in the above captioned action which was included on the conditional transfer order (CTO-421), pursuant to Rule 7:1 (g) of the JPML Rule of Procedure, advises the JPML as follows:

(1)    By Order entered September 14, 2011, and filed September 15, 2011, the United States District Court for the Eastern District of Virginia granted Plaintiff's motion to remand the case to the Circuit Court of the City of Richmond, Virginia.  A copy of the Court's Order is attached hereto.

Accordingly, Civil Action No. 3:11-cv-00431 is no longer pending in the transferor district court.

                                                          Sincerely,

                                                          /s/   Mark H. Schmidt
                                                          Mark H. Schmidt (VSB # 44521)
                                                          Ayers & Stolte, P.C.
                                                          710 North Hamilton Street
                                                          Richmond, Virginia 23221
                                                          Telephone: (804) 358-4731
                                                          Facsimile: (804) 864-0895
                                                          Email: mschmidt@ayerslaw.com

                                                          *Counsel for the Plaintiff*