IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BETTIE J. PASCHALL, Executrix of the )
Estate of EARL WAYNE PASCHALL )
)
Plaintiff, )
)
v. ) Civil Action No. 3:11CV431–HEH
)
CBS CORPORATION, *et al.* )
)
Defendants. )

## Order
### (Granting Plaintiff's Motion to Remand and Denying Defendants' Motion to Stay Proceedings)

THIS MATTER is before the Court on Plaintiff's Motion to Remand and Defendants' Motion to Stay Proceedings. For the reasons stated in the accompanying Memorandum Opinion Plaintiff's Motion to Remand (Dk. No. 6), filed on July 11, 2011, is GRANTED; and Defendants Thyssen Krupp Elevator Corporation's and Dover Elevator Company's Motion to Stay Proceedings (Dk. No. 10), filed on July 19, 2011, is DENIED AS MOOT.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is SO ORDERED.

                                                        /s/
                                     Henry E. Hudson
                                     United States District Judge

Date: Sept 14, 2011
Richmond, VA