BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# CERTIFICATE OF CM/ECF SERVICE

I hereby certify that I electronically filed with the Clerk of the Judicial Panel MDL using the CM/ECF system on September 15, 2011 the following document(s).

NOTICE OF TAG-ALONG ACTION;

DOCKET; and

COMPLAINT

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated this 15th day of September, 2011.

                                */s/ Sherry De La Torre*
                                Sherry De La Torre

*Lisa Koszalka, et al., v. Huntington Ingalls Incorporated (fka Northrop Grumman Shipbuilding, Inc.), et al.*
U.S. District Court, Northern District of California, Case No. 3:11-cv-04545-TEH

CERTIFICATE OF SERVICE