BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In Re: Asbestos Products Liability Litigation   )          MDL 875
(No. VI)                                        )

## NOTICE OF TAG-ALONG ACTION

Defendants, CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, and General Electric Company give notice to the Clerk of a "tag-along" action that was removed to the U.S. District Court for the Southern District of Alabama. That action is styled <u>Reuben Morgan v. Bill Vann Company LLC, et al.</u>, Civil Action No: 2011-cv-00535 (S.D. Ala.) A copy of the docket sheet and complaint as last amended are attached to this notice.

Defendants respectfully request that the Panel transfer this tag-along action under 28 U.S.C. § 1407 and consolidate it with the other actions pending in MDL No. 875.

Respectfully submitted this 15th day of September 2011.

        s/James A. Harris, III
        James A. Harris, III
        **Attorney Code: HAR141**
        Nicole M. Hardee
        **Attorney Code: MAP 006**
        2501 20th Place South, Suite 450
        Birmingham, Alabama 35223
        FAX:  (205) 871-0029
        TEL:  (205) 871-5777
        Email: jamey@harris-harris.com
        Email: nicole@harris-harris.com

**OF COUNSEL:**

**HARRIS & HARRIS, LLP**

        Attorneys for CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania

corporation, f/k/a Westinghouse Electric Corporation

<u>s/ S. Allen Baker, Jr.</u>
S. Allen Baker Jr.
**Bar Id # ASB-5990-E68S**
Jenelle R. Evans
**Bar Id#:  ASB-2403-A35J**
BALCH & BINGHAM LLP
1710 Sixth Avenue North
P.O. Box 306
Birmingham, AL 3520 1-0306
Email: abaker@balch.com
Email: jevans@balch.com

Attorneys for General Electric Company