BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (VI)                    MDL 875

SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Reuben Morgan<br><br>**Movant:**<br>CBS Corporation and General Electric Company<br><br>**Defendants:**<br>Bill Vann Company, Inc.; CBS Corporation; General Electric Company; Crane Co., Foster Wheeler Corporation; Goulds Pumps, Inc.; Motion Industries, Inc.; Ratcliff's Hardware, Inc., A. W. Chesterton Co.; Buffalo Pumps, Inc.; Flowserve Corporation; Schneider Electric USA Inc.; Caterpillar, Inc.; The Goodyear Tire & Rubber Company; Cleaver Brooks, Inc.; Crown, Cork & Seal Co., Inc.; Crown Holdings, Inc.; Dana Companies LLC; Union Carbide Corporation; Eaton Corporation; Georgia Pacific LLC; Honeywell International, Inc.; John Crane, Inc.; Sepco Corporation; Gorman-Rupp Company; Metropolitan Life & Insurance Co.; Rockwell Automation, Inc.; Saint-Gobain Abrasives, Inc.; Warren Pumps LLC; Turner Supply, Inc.; American Standard, Inc.; Albany International Corporation. | SD – Alabama | 2:11-cv-000535 | Sonja F. Bivins |