UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | | |
|---|---|---|
| Dupre et al. v. Todd Shipyards Corporation, | ) | |
| E.D. Louisiana, C.A. No. 2:11-02097 | ) | MDL No. 875 |

### ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Dupre*) on September 1, 2011. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Dupre* was lifted on September 9, 2011, and the action was transferred to the Eastern District of Pennsylvania.

Subsequently, on September 14, 2011, plaintiffs, through counsel, filed a motion to reinstate the conditional transfer order. Counsel asserts that he did not receive a copy of the Panel's order until September 9, 2011.

The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in order to permit plaintiff to pursue his opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-440" filed on September 1, 2011, is REINSTATED insofar as it relates to this action. Plaintiff's pleading is accepted as his notice of opposition and is deemed filed as of September 14, 2011. In accordance with Rule 7.1(f), plaintiff shall file the required motion and supporting brief to vacate the conditional transfer order on or before September 28, 2011. No extensions of time will be granted.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel