# Brayton✦Purcell LLP

TRIAL LAWYERS

| | | |
|---|---|---|
| ALAN R. BRAYTON<br>GILBERT L. PURCELL<br><br>DAVID R. DONADIO<br>LLOYD F. LEROY<br><br>OF COUNSEL<br>JEFFREY D. EISENBERG*<br><br>* ADMITTED ONLY IN STATES<br>OTHER THAN CALIFORNIA | 222 Rush Landing Road<br>P O Box 6169<br>Novato, California 94948-6169<br>Telephone: (415) 898-1555<br>Facsimile: (415) 898-1247<br><br>Portland: (503) 295-4931<br>Los Angeles: (415) 898-1555<br>Salt Lake City: (801) 366-9100<br><br>Email: mail@braytonlaw.com<br>www.braytonlaw.com | ANNE T. ACUÑA           ELISABETH A. LEONARD, Ph.D<br>JENNIFER L. ALESIO      MICHAEL D. LEVINSON<br>DAVID H. BACKENSTOE   PHYRA M. McCANDLESS<br>TARLAN BANANZADEH    BRIANA E. McCARTHY<br>ROBERT L. BARROW        MAUREEN C. MCGOWAN<br>JENNIFER C. BENADERET  KIMBERLY L. MEYER<br>SARAH N. BENDON          MICHAEL T. MILLER<br>GARY L. BRAYTON            NANCY A. MULLIKIN<br>CAMERON O. CARTER*    EMMA NELSON-MUNSON<br>RENE J. CASILLI                JAMES P. NEVIN<br>ANDREW CHEW               JAMIE A. NEWBOLD<br>KIMBERLY J. CHU            KEENAN W. NG<br>HUGH C. COOK                OREN P. NOAH<br>JUSTIN F. FISH                 NEGAR PIRZADEH<br>JANETTE H. GLASER        JASON M. ROSE<br>JOHN B. GOLDSTEIN       FRAMTA SAECHAO<br>MEREDITH B. GOOD*     AMIR S. SARRESHTEHDARY<br>RICHARD M. GRANT         CHRISTINA C. SKUBIC<br>CHRISTINA D. HART         GEOFF T. SLONIKER<br>CHRIS E. HERSOM            KSENIA L. SNYLYK<br>BRIAN D. HOLMBERG     ERIC C. SOLOMON<br>GARY V JUDD                   LANCE R. STEWART<br>CLAYTON W. KENT          UMU K. TAFISI<br>MATTHEW B. LEE            NANCY T. WILLIAMS |

September 15, 2011

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

      Re:    <u>*Elvira Tinoco, et al., v. CBS Corporation, et al.*</u>
             U.S. District Court, Northern District of California, Case No. 3:11-cv-04544-SI

Dear Clerk of the Panel:

      Plaintiffs in the above-referenced matter have initiated an asbestos-related action. Pursuant to MDL Rule 7.5(c), counsel for Plaintiffs informs the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" this asbestos case currently pending in the United States District Court for the Northern District of California. Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of Procedure, the panel is authorized to enter a conditional transfer order or file an order to show cause why this action should not be transferred.

      Plaintiffs' Notice of Tag-Along Action is being filed with the U.S. District Court for the Northern District of California. The notice is being served upon the parties. Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

                                                  Very truly yours,

                                                  /s/  *David R. Donadio*

                                                  David R. Donadio

DRD:sld

K:\Injured\114708\FED\CORRESP\ltr-Tag-Along.wpd