UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | | |
|---|---|---|
| Bettie Paschall v. Abex Corporation, et al., | ) | |
| E.D. Virginia, C.A. No.3:11-00431 | ) | MDL No. 875 |

ORDER VACATING CONDITIONAL TRANSFER ORDER
AND VACATING THE SEPTEMBER 27, 2011, HEARING SESSION

A conditional transfer order was filed in this action (*Paschall*) on July 12, 2011.  Prior to expiration of the order's 7-day stay of transmittal, plaintiff in *Paschall* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been informed that *Paschall* was remanded to the Circuit Court of the City of Richmond, Virginia by the Honorable Henry E. Hudson in an order filed on September 15, 2011.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-421" filed on July 12, 2011, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 16, 2011, is VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel