**ATTORNEYS AT LAW**

333 BUSH STREET, 30TH FLOOR   SAN FRANCISCO, CALIFORNIA 94104-2834

*www.sedgwicklaw.com*   415.781.7900 *phone*   415.781.2635 *fax*

# Sedgwick LLP

*(415) 627-1466*
*allison.low@sedgwicklaw.com*

September 15, 2011

**VIA ECF FILING**

Jeffery N. Luthi
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:   *Michael Allen, et al. v. Air & Liquid Systems Corp., et al.*
U.S. District Court, Northern District Of California, Case No.  3:11-cv-04495
Our File No.: 00045-148700

Dear Mr. Luthi:

On behalf of our client, General Electric Company ("GE"), we write to inform the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" asbestos case currently pending in the United States District Court for the Northern District of California.

Plaintiff in the above-referenced matter has initiated a personal injury asbestos-related action. Plaintiff Michael Allen claims that he was exposed to asbestos-containing products at his job sites.  Thus, this action involves common questions of fact with numerous other asbestos actions previously transferred by the Panel pursuant to 28 U.S.C. § 1407.  Accordingly, GE requests that the Panel transfer this case to the Eastern District of Pennsylvania for consolidated pretrial proceedings.

This "tag-along" case was removed to the United States District Court for the Northern District of California on September 9, 2011.  Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of Procedure, the panel is authorized to enter a conditional transfer order or file an order to show cause why this action should not be transferred.

I enclose plaintiffs' complaint in this action, as well as the docket sheet for this case in the United States District Court for the Northern District of California.

SF/2416282v1

September 15, 2011
Page 2

Plaintiff in this action is represented by Joseph Cyril Maher of Weitz & Luxenberg PC, 1880 Century Park East, Suite 700, Los Angeles, CA 90211 (telephone: (310) 247-0921; fax: (310) 786-9927).

Thank you for your attention to this matter.  Please call me if you have any questions or require any additional information.

Regards,

Allison M. Low
Sedgwick LLP

Enclosure

cc: (via facsimile only) (w/out enclosure)

Weitz & Luxenberg PC