# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick LLP, 333 Bush Street, 30th Floor, San Francisco, CA 94104. On September 15, 2011, I served the within document(s):

**LETTER TO JEFFERY N. LUTHI OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION RE TAG-ALONG**

☑ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date.

☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via [delivery method]

☐ LEXIS-NEXIS FILE & SERVE - I electronically served the document(s) listed above via LexisNexis File & Serve on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website.

Weitz & Luxenberg, P.C.             Attorneys for Plaintiffs
9025 Wilshire Blvd., 5th Floor
Beverly Hills, CA 90211
Tel: 310-689-6483
Fax: 310-204-5083

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 15, 2011 at San Francisco, California.

/s/ Christine Williams
Christine P. Williams

SF/2416492v1

-1-
**PROOF OF SERVICE**