Attachment "A"

COUNSEL LIST

**CBS CORPORATION (F/K/A WESTINGHOUSE ELECTRIC CORPORATION) FOSTER WHEELER LLC (FORMERLY FOSTER WHEELER CORPORATION); and GENERAL ELECTRIC COMPANY**
John J. Hainkel, III
James H. Brown, Jr.
Angela M. Bowlin
Sheri S. Faust
John Cazale
Peter R. Tafaro
John C Morris, IV
**Frilot, LLC**
1100 Poydras Street
Suite 3700, Energy Centre
New Orleans, Louisiana 70163
Phone: 504-599-8000
Fax: 504-599-8100

**CONTINENTAL INSURANCE COMPANY (As Successor to The Fidelity & Casualty Company of New York) (as insurer of Todd)**
Gerald A. Melchiode
David N. Loria
James J. Reeves, II
**Galloway, Johnson, etc.**
One Shell Square, 40th Floor
701 Poydras Street
New Orleans, La. 70139
Phone: (504) 525-6802
Fax: (504) 525-2456

**EAGLE, INC. (formerly EAGLE ASBESTOS & PACKING COMPANY, INC.)**
Susan B. Kohn
Douglas Kinler
Michael Harold
James R. Guidry
**Simon, Peragine, Smith & Redfearn**
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3000
Phone: (504) 569-2030
Fax: (504) 569-2999

**OWENS-ILLINOIS, INC.;** and  **UNIROYAL, INC.**
Walter G. Watkins, III
R. Dean Church
Molly M. Gattuso
Ann S. Russell
**Forman, Perry, Watkins, Krutz & Tardy LLP**
1515 Poydras Street, Suite 1300
New Orleans, LA 70112
Telephone: (504) 799-4383
Fax: (504) 799-4384

**TODD SHIPYARDS CORPORATION**
S. Gene Fendler, T.A.
Scott C. Seiler
Joseph I. Giarrusso III
Charles B. Wilmore
**Liskow & Lewis**
One Shell Square, Suite 5000
701 Poydras Street
New Orleans, La. 70139
Phone: (504) 581-7979
Fax: (504) 556-4108