CIVIL DISTRICT COURT

PARISH OF ORLEANS

STATE OF LOUISIANA

FREDDIE JOSEPH DUPRE

NO. 2010-11337

VERSUS

DIVISION L

SECTION 6

TODD SHIPYARDS CORPORATION, ET AL

VIDEOTAPED DEPOSITION OF

FREDDIE JOSEPH DUPRE,

7424 Rachel Street, Marrero, Louisiana,

taken in the offices of Roussel & Clement,

1710 Cannes Drive, LaPlace Louisiana 70068, on

Monday, November 23, 2010 8, 2006.

**EXHIBIT 2**

Exhibit 2 - Volume 1

**FREDDIE JOSEPH DUPRE**  11/23/2010

(Pages 2 to 5)

### Page 2

APPEARANCES:

FOR PLAINTIFFS:
 ROUSSEL AND ROUSSEL
 BY: GEROLYN ROUSSEL, ESQUIRE
 1710 Cannes Drive
 Laplace, Louisiana 70068

FOR DEFENDANT TODD SHIPYARDS CORPORATION:
 LISKOW & LEWIS
 BY: JOSEPH I. GIARRUSSO, III, ESQ.
 701 Poydras Street  One Shell Square
 Suite 5000
 New Orleans, Louisiana 70139

FOR DEFENDANT AMCHEM PRODUCTS:
 KUCHLER, POLK, SCHELL, WEINER & RICHESON
 BY: LEE B. ZIFFER, ESQ.
 1615 Poydras Street
 Suite 1300
 New Orleans, Louisiana 70112

FOR DEFENDANT EAGLE:
 SIMON, PERAGINE, SMITH & REDFEARN
 BY: JAMES R. GUIDRY, ESQ.
 30th Floor  Energy Centre
 1100 Poydras Street
 New Orleans, Louisiana 70163

FOR DEFENDANTS GENERAL ELECTRIC, CBS, AND FOSTER WHEELER:
 FRILOT, LLC
 BY: ANGIE BOWLIN, ESQ.
 1100 Poydras Street
 Suite 3600
 New Orleans, Louisiana 70163

### Page 3

APPEARANCES CONTINUED:

ALSO PRESENT:
 ROSE MAE DUPRE

**VIDEO BY:** GEORGETTE RINKUS
 HART  VIDEO OF LOUISIANA

REPORTED BY:
 ROGER D. JOHNS, RDR, CRR, RMR
 Certified Court Reporter
 State of Louisiana

### Page 4

STIPULATION

IT IS STIPULATED AND AGREED by and between counsel for the parties hereto that the deposition of the aforementioned witness is hereby being taken under the Louisiana Code of Civil Procedure, Article 1421, et seq., for all purposes, in accordance with law, including discovery and perpetuation;

That the formality of reading and signing of the original transcript is specifically waived;

That the formalities of sealing, certification and filing are specifically waived;

* * * *

ROGER D. JOHNS, Certified Shorthand Reporter, in and for the State of Louisiana, officiated in administering the oath to the witness.

### Page 5

INDEX

PAGE

EXAMINATION BY MS. ROUSSEL:................. 9
EXAMINATION BY MR. GIARRUSSO:.............. 26
EXAMINATION BY MR. GUIDRY:................ 189
EXAMINATION BY MS. BOWLIN:................ 201
EXAMINATION BY MR. ZIFFER:................ 215
EXAMINATION BY MS. BOWEN:................. 225
EXAMINATION BY MR. GIARRUSSO:............. 227
EXAMINATION BY MS. ROUSSEL:............... 228

**Page 6**

1  (Telephone call placed to Dean
2  Church's office.)
3  MS. ROUSSEL:
4      Dean, I just need you to waive
5  Uniroyal's appearance at Freddie
6  Dupre's deposition. Okay. Hold on.
7  Let me put you on the record.
8      We're here getting ready to start
9  Freddie Dupre's deposition. I have
10 Dean Church. And, Dean, would you
11 advise the Court Reporter?
12 MR. CHURCH:
13     Hi. This is Dean Church. I
14 represent Uniroyal, Inc. and I will
15 waive -- we will waive Uniroyal's
16 appearance in this deposition.
17 MS. ROUSSEL:
18     Thank you, Dean.
19 MR. CHURCH:
20     Thank you.
21 (End of telephone call.)
22 VIDEO OPERATOR:
23     This is the videotaped deposition
24 of Freddie Dupre taken in the matter
25 of Freddie Joseph Dupre versus Todd

**Page 7**

1  Shipyards Corporation, et al. This
2  case is pending in the Civil District
3  Court for the Parish of Orleans, State
4  of Louisiana, case number 2010-11337,
5  Division L.
6      We're located at 1714 Cannes
7  Drive in LaPlace, Louisiana on
8  November 23rd, 2010.
9      My name is George Rinkus. I'm a
10 Certified Legal-Video Specialist with
11 Hart Video. The Court Reporter is
12 Roger Johns with Johns Pendleton Court
13 Reporting.
14     Would Counsel please introduce
15 themselves.
16 MS. ROUSSEL:
17     Gerolyn Roussel with Roussel &
18 Clement for Freddie Dupre.
19 MS. BOWLIN:
20     Angie Bowlin of Frilot LLC for
21 General Electric, CBS Corporation, and
22 Foster-Wheeler.
23 MR. ZIFFER:
24     Lee Ziffer with Kuchler, Polk
25 Schell, Weiner & Richeson for AmChem

**Page 8**

1  Products, Inc.
2  MR. GIARRUSSO:
3      Joe Giarrusso with Liskow & Lewis
4  on behalf of Todd.
5  MR. GUIDRY:
6      James Guidry with Simon Peragine
7  on behalf of Eagle, Inc.
8  VIDEO OPERATOR:
9      Would the Court Reporter swear in
10 the witness.
11     FREDDIE JOSEPH DUPRE,
12 7424 Rachel Street, Marrero, Louisiana, after
13 having been duly sworn by the before-mentioned
14 court reporter, did testify as follows:
15 MS. ROUSSEL:
16     Now, this deposition is being
17 taken for all purposes including
18 perpetuation. No objections are being
19 reserved.
20 MR. ZIFFER:
21     I would just like to put on the
22 record that this appearance on behalf
23 of our client is not waiving any
24 objections we may have to service or
25 otherwise to the deposition.

**Page 9**

1  MR. GIARRUSSO:
2      I would also like to go on the
3  record on behalf of Todd that we're
4  not waiving any exceptions, defenses,
5  affirmative defenses by appearing
6  today. Also reserving our rights, in
7  that discovery hasn't begun in this
8  case and the only thing that we have
9  received from Plaintiff's Counsel has
10 been the Social Security records in
11 this case.
12 MS. BOWLIN:
13     This is Angie Bowlin and I join
14 in those objections.
15 MR. GUIDRY:
16     James Guidry, and I join in those
17 as well.
18 EXAMINATION BY MS. ROUSSEL:
19 Q.  Mr. Dupre, --
20 A.  Huh?
21 Q.  -- state your name for the record.
22 A.  Freddie J. Dupre.
23 Q.  And, sir, are you married?
24 A.  Yes, ma'am.
25 Q.  And to whom are you married?

Page 10

1  A. Rose Mae Dupre.
2  Q. And when were you and Rose Mae
3  married?
4  A. In 19- -- What year?
5  Q. Yes, sir.
6  A. 1944.
7  Q. And do you have children?
8  A. Yes.
9  Q. And how many children do you have?
10 A. Three.
11 Q. And who are your children?
12 A. Ronald, Marvin, and Brian.
13 Q. And do you have a son named Ronald?
14 A. Yes. Ronald. I forgot that one.
15 Sorry about that.
16 Q. So you have three children, Ronald,
17 Marvin, and Brian.
18 A. Right.
19 Q. And, sir, we're here today because
20 you have been diagnosed with mesothelioma.
21 A. Yes, ma'am.
22 Q. What have the doctors told you about
23 that?
24 A. What the doctors said? They said
25 it's terminal.

Page 11

1  Q. Terminal cancer?
2  A. Uh-huh (affirmatively).
3  Q. Did they put -- Did they tell you
4  what caused your cancer?
5  A. I guess it's the -- what I was
6  exposed to, asbestos.
7  Q. And, sir, where were you exposed to
8  asbestos?
9  A. At the -- Where? Asbestos.
10 Asbestos. Right off the bat, I can't say.
11 Q. Did you work during the war years?
12 A. Oh, yeah. Yeah.
13 Q. Where did you work during the war
14 years?
15 A. Todd Johnson.
16 Q. And when did you work at Todd
17 Johnson?
18 A. 1944, '45, and I guess I quit or I
19 was laid off, whatever.
20 Q. And so during the time period that
21 you were at Todd Johnson, how were you exposed
22 to asbestos?
23    MR. GUIDRY:
24       Objection to form.
25    MR. GIARRUSSO:

Page 12

1       Objection, leading and objection,
2    foundation.
3       THE WITNESS:
4          They had that stuff all over the
5    place.
6  EXAMINATION BY MS. ROUSSEL:
7  Q. Were you working in engine rooms?
8  A. Yes.
9    MS. BOWLIN:
10       Objection, form, leading.
11   MR. GIARRUSSO:
12       Objection.
13 EXAMINATION BY MS. ROUSSEL:
14 Q. Let me reask the question. What
15 area of the ship were you working in?
16 A. The ship?
17 Q. The ships.
18 A. Yes. I worked on the ship.
19 Q. And when you were working on the
20 ship, were you working around insulation?
21 A. Right.
22 Q. And who was applying the insulation?
23 A. Eagle Express -- Eagle.
24 Q. And when you were working around
25 Eagle Asbestos, describe what they were doing

Page 13

1  with the insulation.
2  A. No.
3  Q. How were they handling the
4  insulation?
5  A. By -- By hand.
6  Q. Were you in the area when they were
7  handling it?
8  A. Yes, ma'am.
9  Q. And were you in the engine rooms
10 when they were handling it?
11    MR. GUIDRY:
12       Objection to form, leading, lack
13   of foundation.
14    THE WITNESS:
15       Yes.
16   MS. BOWLIN:
17       Objection to form.
18 EXAMINATION BY MS. ROUSSEL:
19 Q. Let me rephrase the question. What
20 area of the ship were you in when you worked
21 around Eagle Asbestos insulators?
22 A. In the engine room.
23 Q. Describe how they had to -- what
24 they had to do to put the insulation on the
25 pipes.

Page 14

MR. GUIDRY:
   Objection, lack of foundation.
THE WITNESS:
   Well, they had to cut it to fix it -- to fit it.
EXAMINATION BY MS. ROUSSEL:
   Q. And when they cut it, did that create dust?
   A. Right.
   Q. Were they working above you sometimes?
MR. GIARRUSSO:
   Objection, leading.
THE WITNESS:
   Yes, ma'am.
EXAMINATION BY MS. ROUSSEL:
   Q. Well, describe how they would work and where you would be when they were working.
   A. Repeat that question.
   Q. Yes. You said you were working around Eagle insulation insulators while they were applying insulation at Todd in the engine room. You said that they had to cut the insulation.

Page 15

   A. Right.
MR. GUIDRY:
   Objection, misstates the prior testimony.
EXAMINATION BY MS. ROUSSEL:
   Q. When they were cutting the insulation, where were you?
   A. Right there. Right there where they was working.
   Q. And did you breathe the dust from the insulation they were cutting?
   A. I guess so.
MR. GUIDRY:
   Objection, lack of foundation.
   Objection to leading as well.
EXAMINATION BY MS. ROUSSEL:
   Q. What precautions did Todd take to protect you from that asbestos?
   A. No protection.
   Q. What warnings were you given?
   A. No warnings.
   Q. The insulation that Eagle was using, whose name was on those boxes?
   A. Eagle.
MR. GUIDRY:

Page 16

   Objection. Objection, lack of foundation.
EXAMINATION BY MS. ROUSSEL:
   Q. Were there any warnings on the boxes that had the Eagle name?
   A. No.
   Q. And was the name "Eagle Asbestos" on the boxes?
   A. Yes.
   Q. Now, we see you here today and you have medication with you and you're also on oxygen. Is this all the medication you've been prescribed with regard to your mesothelioma?
   A. Yes.
MR. ZIFFER:
   Objection, prejudicial, placing the medicines in front of the witness.
MR. GUIDRY:
   I join in that objection. It's overly prejudicial. It has no probative value.
MS. BOWLIN:
   Join the objection.
MR. GIARRUSSO:

Page 17

   The same.
EXAMINATION BY MS. ROUSSEL:
   Q. Sir, the medication which is on the table and your oxygen tank, were you prescribed that because of your mesothelioma?
MR. GIARRUSSO:
   Same objection.
THE WITNESS:
   Yes, ma'am.
EXAMINATION BY MS. ROUSSEL:
   Q. And, sir, tell us how you came to be diagnosed with mesothelioma. What were the symptoms? What were you feeling when you went to the doctor?
   A. Well, started feeling a pain underneath my ribs, right ribs. You know, right rib cage, whatever you call it.
   Q. Okay. So pain under your ribs. And did that pain continue? Do you still have that pain today?
   A. It was not all the time. Sometimes it stopped. Sometimes it keep going.
   Q. But today is it getting worse and worse?
   A. Right.

Page 18

1  MR. GIARRUSSO:
2      Objection to the form.
3  EXAMINATION BY MS. ROUSSEL:
4      Q. Now, I see you have medication. Do
5  you still have pain even with the medication?
6      A. Yes, ma'am.
7      Q. And I see you have oxygen. Do you
8  still have shortness of breath even with the
9  oxygen?
10     MS. BOWLIN:
11         Objection to form.
12     THE WITNESS:
13         Yes, ma'am.
14 EXAMINATION BY MS. ROUSSEL:
15     Q. You said you were exposed to
16 asbestos at Todd Shipyards.
17     A. Yes.
18     Q. What ships were you working on at
19 Todd?
20     A. Well, we worked on ship to ship.
21     Q. So did you work on all the ships in
22 the shipyard during the time period you worked
23 there?
24     A. I probably did.
25     Q. Did they move you from ship to ship

Page 19

1  as the ship was being built?
2      MR. ZIFFER:
3          Objection, leading.
4      THE WITNESS:
5          Yes, ma'am.
6  EXAMINATION BY MS. ROUSSEL:
7      Q. Did you work in the engine room of
8  each of the ships that were at Todd during the
9  time period that you worked there?
10     A. Yes.
11     MR. ZIFFER:
12         Objection to form.
13     MR. GIARRUSSO:
14         Object to form.
15     MR. GUIDRY:
16         Objection to form.
17     THE WITNESS:
18         Yes, ma'am.
19 EXAMINATION BY MS. ROUSSEL:
20     Q. Were you exposed to asbestos in the
21 engine rooms of each of the ships that you
22 worked on at Todd?
23     MR. GUIDRY:
24         Objection, lack of foundation,
25     leading.

Page 20

1  MR. ZIFFER:
2      Objection, lack of foundation,
3  leading.
4  MR. GIARRUSSO:
5      Objection, lack of foundation,
6  leading.
7  MS. BOWLIN:
8      Join the objection.
9  THE WITNESS:
10     Yes, ma'am.
11 EXAMINATION BY MS. ROUSSEL:
12     Q. Noting that objection, let me reask
13 the question. On each of the ships that you
14 worked on at Todd, was insulation being used?
15     A. Yes, ma'am.
16     Q. And were you exposed to that
17 insulation on the ships?
18     MR. GUIDRY:
19         Objection, lack of foundation.
20     THE WITNESS:
21         Yes, ma'am.
22 EXAMINATION BY MS. ROUSSEL:
23     Q. And did you work in the engine rooms
24 of each of the ships that you worked on at
25 Todd?

Page 21

1      A. Yes, ma'am.
2      Q. And on each of those ships were
3  Eagle Asbestos insulators also working in
4  those ships?
5      MR. GUIDRY:
6          Objection, leading.
7      THE WITNESS:
8          Yes, ma'am.
9      MR. GUIDRY:
10         Lack of foundation.
11 EXAMINATION BY MS. ROUSSEL:
12     Q. Were Eagle Asbestos insulators
13 working in the engine rooms of each of the
14 ships that you worked on?
15     MR. GUIDRY:
16         Objection, leading.
17     THE WITNESS:
18         Yes, ma'am.
19     MR. GUIDRY:
20         No foundation.
21     MR. GIARRUSSO:
22         Same objection.
23 EXAMINATION BY MS. ROUSSEL:
24     Q. And what type of equipment was Eagle
25 Asbestos insulating and working on when you

Page 22

1  were at Todd?
2      MS. BOWLIN:
3          Objection to form, lack of
4  foundation.
5      MR. GUIDRY:
6          Objection to form.
7      MR. ZIFFER:
8          Same objection.
9      MR. GIARRUSSO:
10         Join.
11     THE WITNESS:
12         I saw that -- Repeat the
13  question.
14 EXAMINATION BY MS. ROUSSEL:
15     Q.  Yes. You said that Eagle Asbestos
16  insulators were working in the engine rooms of
17  the ships at Todd.
18     A.  Uh-huh (affirmatively).
19     Q.  What were they insulating?
20     MR. GUIDRY:
21         Objection, lack of foundation.
22     THE WITNESS:
23         The engine.
24 EXAMINATION BY MS. ROUSSEL:
25     Q.  Did they have boilers in those

Page 23

1  ships?
2      MR. GUIDRY:
3          Objection to form, leading.
4      MR. ZIFFER:
5          Objection to form.
6      MR. GIARRUSSO:
7          Objection to form.
8      MS. BOWLIN:
9          Objection to form.
10     THE WITNESS:
11         Yes, ma'am.
12 EXAMINATION BY MS. ROUSSEL:
13     Q.  Did they have turbines in those
14  engine rooms?
15     MR. GUIDRY:
16         Objection to form, leading.
17     MR. ZIFFER:
18         Objection to form.
19     MR. GIARRUSSO:
20         Objection to form.
21     MS. BOWLIN:
22         Objection to form.
23     THE WITNESS:
24         Yes, ma'am.
25 EXAMINATION BY MS. ROUSSEL:

Page 24

1      Q.  Were you in the area when those
2  turbines were being insulated?
3      MS. BOWLIN:
4          Objection to form.
5      THE WITNESS:
6          Yes, ma'am.
7  EXAMINATION BY MS. ROUSSEL:
8      Q.  Were you in the area when the
9  boilers were being insulated?
10     A.  Yes, ma'am.
11     MR. GIARRUSSO:
12         Objection, lack of foundation.
13 EXAMINATION BY MS. ROUSSEL:
14     Q.  Now, before you started with your
15  symptoms from mesothelioma, what were the
16  things you enjoyed doing?
17     A.  Fishing, playing with the kids, and
18  doing my regular work.
19     Q.  Did you used to like to hunt?
20     A.  Yes.
21     Q.  Did you used to like to build
22  furniture?
23     A.  Yes.
24     Q.  Did you like to grow a garden?
25     A.  Yes.

Page 25

1      Q.  And, sir, now what can you do now?
2      A.  Not much.
3      Q.  Does your wife even have to help you
4  dress?
5      A.  Yes.
6      Q.  And you can't bathe yourself?
7      A.  No. Rough to do it.
8      Q.  And your wife and your sons help you
9  with that?
10     A.  Yes, ma'am.
11     Q.  Now, you said that the doctors have
12  told you that this cancer is terminal. What
13  does that mean to you?
14     A.  That means that one day I am going
15  -- I'll be gone with the rest of them.
16     Q.  And how does that make you feel,
17  sir?
18     A.  I don't feel good.
19     Q.  Does that scare you?
20     A.  Scare you? Yeah.
21     Q.  Does that make you depressed?
22     A.  A little bit sometimes. Mostly all
23  the time.
24     MS. ROUSSEL:
25         Thank you, sir. That's all I

Page 26

1    have for right now.
2    EXAMINATION BY MR. GIARRUSSO:
3        Q.  Good morning, Mr. Dupre. Can you
4    hear me, sir?
5        A.  Good morning.
6        Q.  Good morning. Can you hear me?
7        A.  Yeah, I can hear you good.
8        Q.  My name is Joe Giarrusso. I'm one
9    of the attorneys for Todd in this case. I
10   know your lawyer has been over some of the
11   background a little with you, but I want to go
12   over those again because we're all getting
13   ready to ask you some questions and I want to
14   make sure we're all on the same page. Is that
15   all right?
16       A.  You're with what? With who?
17       Q.  I represent Todd, sir.
18       A.  Todd Johnson?
19           MS. ROUSSEL:
20              Let me state for the record --
21           THE WITNESS:
22              Todd?
23           MS. ROUSSEL:
24              Yes, he represents Todd.
25           THE WITNESS:

Page 27

1               All right.
2           MS. ROUSSEL:
3              Mr. Dupre does have some hearing
4    problems because of the machinery that
5    he's worked around, so if you could,
6    speak loudly and clearly.
7              And, Mr. Dupre, let me tell you
8    if you don't hear or you don't
9    understand what they're asking you,
10   please ask them to repeat themselves.
11          THE WITNESS:
12              Okay.
13          MS. ROUSSEL:
14              Okay?
15          THE WITNESS:
16              Thank you.
17   EXAMINATION BY MR. GIARRUSSO:
18       Q.  And that was going to be the very
19   first thing I said to you, sir, is I am going
20   to do my best to speak up for you, but if you
21   don't hear me, please stop me and ask me to
22   speak up louder so we can hear each other.
23       A.  Okay.
24       Q.  Is that fair?
25       A.  Yes.

Page 28

1        Q.  I am going to ask you a bunch of
2    questions. You have the right at any point,
3    at any time to stop me if something is unclear
4    or doesn't make good sense to you. Will you
5    do that for me?
6        A.  All right.
7        Q.  Otherwise, I am going to assume that
8    you listened to my question, you understood my
9    question, and your answer was in response to
10   my question.
11       A.  All right.
12       Q.  Is that fair?
13       A.  Yes.
14       Q.  I know some people are nervous or
15   anxious when they give depositions, and that's
16   completely normal. But is it fair to assume,
17   sir, that if you have some anxiety or some
18   nerves, that won't prevent you from giving
19   truthful, accurate, and complete testimony?
20       A.  My -- Run it again?
21       Q.  Sure. Some people are nervous when
22   they testify. And I just want to make sure
23   that even if you're a little nervous, that
24   that's not going to prevent you from giving
25   truthful, accurate, and complete testimony.

Page 29

1        A.  Yes. Okay.
2        Q.  Sir, I have very limited information
3    about you in this case, so you may think some
4    of the questions I am asking are broad, but I
5    just want to make sure I know where we stand
6    as we move forward. Can you please give me
7    your date of birth?
8        A.  September 21, 1923.
9        Q.  That makes you 87 years old, sir?
10       A.  Yes, sir.
11          MS. ROUSSEL:
12              Object to the form of the
13          question.
14   EXAMINATION BY MR. GIARRUSSO:
15       Q.  How old are you?
16       A.  Huh?
17       Q.  How old are you?
18       A.  Oh. 87.
19       Q.  How old is your wife?
20       A.  Well, I don't know exactly, but
21   she's right along with me.
22       Q.  Is she about the same age that you
23   are, sir?
24       A.  Almost. That's the only way I could
25   explain it.

### Page 30

```
 1   Q.  What is your current address?
 2   A.  7424 Rachel Street.  That's in
 3  Marrero.
 4   Q.  How long have you lived at that
 5  address?
 6   A.  Since 1952.  In that one house.  I
 7  bought it new.
 8   Q.  Do you own that home on Rachel
 9  Street?
10   A.  Yes, I own it.
11   Q.  Where did you live before 7424
12  Rachel Street?
13   A.  Where I lived?  Well, I was renting.
14   Q.  Were you renting --
15   A.  Barataria Boulevard.  That was one
16  place I remember.
17   Q.  Do you remember, when you worked for
18  Todd in 1944 through 1945, where you lived?
19   A.  I was living in the area.  I can't
20  explain to you what house I was in.
21   Q.  Is it fair to say that you were
22  living in Marrero at that time?
23   A.  Marrero, yeah.
24   Q.  Have you lived all of your adult
25  life in Marrero?
```

### Page 31

```
 1   A.  No, ma'am.  No, sir.  No, sir.  I'm
 2  sorry.
 3   Q.  That's all right.  And that's
 4  another thing I want to tell you, Mr. Dupre.
 5  If you need a break for any reason, just let
 6  us know and we'll be happy to accommodate
 7  you.  All right?
 8   A.  Okay.  Okay.  Repeat the question.
 9   Q.  Yes, sir.  What I asked was, have
10  you lived all of your adult life in Marrero?
11   A.  No.
12   Q.  Where else have you lived besides
13  Marrero?
14   A.  I was living in the country in a
15  little town -- a little town they called
16  Pointe-Au-Chien.  That's in the lower part of
17  Louisiana.  Close to the Gulf.
18   Q.  When did you live there?
19   A.  When?
20   Q.  Yes, sir.  When?
21   A.  Well, when I was growing up.
22   Q.  After you turned 18, did you move to
23  Marrero?
24   A.  Yes.  I moved at my sister's house.
25   Q.  What's your sister's name?
```

### Page 32

```
 1   A.  Well, she -- most all -- She's dead,
 2  but her name was Agnus Rodrigue.
 3   Q.  Did your sister, Miss Rodrigue, live
 4  in Marrero?
 5   A.  Sir?
 6   Q.  Did your sister, Miss Rodrigue, live
 7  in Marrero?
 8   A.  She was, yeah.  I stayed there at
 9  her house a long time before I got mine.
10   Q.  How long have you been married to
11  your wife, Mr. Dupre?
12   A.  How long?
13   Q.  Yes, sir.
14   A.  Since -- I can't remember the --
15   Q.  Have you been married to anybody
16  besides Rose Mae?
17   A.  No.  That was it.  I can't remember
18  what day it was.
19   Q.  Did your wife work outside the home,
20  sir?
21   A.  No.
22   Q.  Now, you told your lawyer that you
23  have three children: Ronald, Marvin, and
24  Brian.  Is that right?
25   A.  That's right.
```

### Page 33

```
 1   Q.  Are they all your natural children?
 2   A.  Yes, ma'am -- Yes, sir.
 3   Q.  What year was Ronald born in?
 4   A.  1946.
 5   Q.  What about Marvin?
 6   A.  1948.
 7   Q.  What about Brian?
 8   A.  Brian was way behind.  I think --
 9  Right off the bat, I can't -- I'll have to
10  check on that.  I forgot.
11   Q.  Does 1960 sound about right to you,
12  sir?
13   A.  Yeah.
14   Q.  I'm sorry.  Does 1966 sound about
15  right to you?
16   A.  '66.
17   Q.  What was Ronald's line of work?
18   A.  Oh, he worked on the railroad.
19       MS. ROUSSEL:
20         And let me object on the basis of
21       relevancy and make it continuing
22       throughout these questions.
23       THE WITNESS:
24         He worked for the railroad.
25  EXAMINATION BY MR. GIARRUSSO:
```

## Page 34

1  Q. Was that his only job, for the
2  railroad?
3  A. He has what?
4  Q. Was the only job that Ronald worked,
5  for the railroad?
6  A. That's the only thing I know.
7  Q. Do you know if Ronald was ever
8  exposed to asbestos while working on the
9  railroad?
10 A. No.
11 Q. That was a poor question on my
12 part. Was Ronald exposed to asbestos while
13 working on the railroad?
14 A. No.
15 Q. What does your son Marvin do?
16 A. Marvin? He was working at
17 Winn-Dixie most of his life as a butcher.
18 Q. Was that the only job that he had?
19 A. That's the only thing that I know
20 of.
21 Q. Was Marvin ever exposed to asbestos
22 as far as you know?
23 A. Not as far as I know. I don't think
24 so.
25 Q. What does Brian do for work?

## Page 35

1  A. Brian? He was working for
2  Winn-Dixie for a long time.
3  Q. Both Brian and Marvin worked for
4  Winn-Dixie, sir?
5  A. Right.
6  Q. As far as you know, was Brian
7  exposed to asbestos while working at
8  Winn-Dixie?
9  A. No.
10 Q. Did Brian have any jobs that you're
11 aware of other than working at Winn-Dixie?
12 A. No.
13 Q. Are each of your three boys
14 married?
15 A. Yes.
16 Q. Do any of them have any hereditary
17 problems?
18 A. Married.
19 Q. Let me ask it differently. Were
20 they born with any birth defects that you're
21 aware of, sir?
22 A. No.
23 Q. What was your father's line of
24 work?
25 A. My father? He was working on a

## Page 36

1  farm.
2  Q. Was he always a farmer?
3  A. Yes, until he died.
4  Q. Do you know if your father was ever
5  exposed to any asbestos?
6  A. No.
7  Q. What about your mother; what did she
8  do?
9  A. She died --
10    MS. ROUSSEL:
11      What did she do? He wants to
12    know did she work outside of the
13    home.
14      Is that your question?
15    MR. GIARRUSSO:
16      Yes. Thank you.
17    THE WITNESS:
18      No. She didn't work out of the
19    house.
20 EXAMINATION BY MR. GIARRUSSO:
21 Q. I believe, sir, you already told me
22 you have one sister named Agnus. Is that
23 right?
24 A. That's all I had. I mean, until she
25 died lately.

## Page 37

1  Q. So it was just you and your sister.
2  Is that it?
3    MS. ROUSSEL:
4      I object to the form of the
5    question.
6  EXAMINATION BY MR. GIARRUSSO:
7  Q. Did you have any siblings other than
8  your sister Agnus?
9  A. No.
10 Q. What did Agnus --
11   MS. ROUSSEL:
12     I object to the form of the
13   question. I am not sure he knows what
14   "sibling" means.
15   MR. GIARRUSSO:
16     All right.
17   THE WITNESS:
18     I had other sisters, but they
19   done died before.
20 EXAMINATION BY MR. GIARRUSSO:
21 Q. Did you have brothers or sisters
22 besides Agnus?
23 A. Yes.
24 Q. Will you please tell me their names,
25 sir?

**Page 38**

1  A. Well, they're not living no more. I
2  have to tell you?
3      MS. ROUSSEL:
4          And let me object on the basis of
5          relevancy and make it continuing
6          throughout the line of questioning.
7  EXAMINATION BY MR. GIARRUSSO:
8      Q. I understand they're not living,
9  sir, but I am trying to find out who they were
10 and what their jobs were. That's why I am
11 asking.
12     A. Okay.
13     Q. So you told me about Agnus. What
14 about your other brothers and sisters; what
15 were their names?
16     A. One of them was Emily. Emily. And
17 the other one was -- Agnus. Doreen.
18     Q. Doreen?
19     A. Doreen.
20     Q. Do you have any brothers?
21     A. Yes. I had brothers, but they're
22 gone.
23     Q. What are their names?
24     A. One was Linius. And the other one
25 was Alcede or Alcede, whatever. And the other

**Page 39**

1  one was Claude.
2      Q. If I understand correctly, your
3  brothers and sisters were Agnus, Ingrid,
4  Doreen, Linius, Alcede, and Claude. Is that
5  right?
6      A. Right.
7      Q. Are you the only one of your
8  brothers and sisters who's still alive?
9      A. Yes.
10     Q. What did Agnus do for a living?
11     A. She's a household -- She do
12 housework.
13     Q. As far as you know, was she exposed
14 to asbestos?
15     A. No.
16     Q. What did your sister Ingrid do for a
17 living?
18     A. The same thing.
19     Q. She was a housewife?
20     A. No, she wasn't a wife. She wasn't
21 married.
22     Q. She made her home. That's what she
23 did?
24     A. Right. She was a maid at home.
25     Q. She wasn't exposed to asbestos as

**Page 40**

1  far as you know?
2      A. No.
3      Q. What did your sister Doreen do for a
4  living?
5      A. Well, Doreen was -- she was just
6  like the rest of them. She was the same
7  thing.
8      Q. Was she exposed to --
9      A. She didn't have no job.
10     Q. I'm sorry for interrupting you,
11 sir. Were you done with your answer?
12     A. Huh?
13     Q. I said I was sorry for interrupting
14 you. Were you done with your answer?
15     A. Okay.
16     Q. Was your sister Doreen exposed to
17 any asbestos as far as you know?
18     A. No.
19     Q. What did your brother Linius do?
20     A. He was a shrimper. He used to go
21 out there with his own boat, catch shrimp.
22     Q. Was that --
23     A. That was his job.
24     Q. Was that his only occupation?
25     A. Right.

**Page 41**

1      Q. What about your brother Alcede?
2      A. Well, he -- he had a job, I think.
3      Q. What was his job?
4      A. Working on the farm.
5      Q. He was a farmer like your father?
6      A. Right.
7      Q. Were Linius or Alcede exposed to
8  asbestos as far as you know?
9      A. No.
10     Q. What about your brother Claude; what
11 did he do?
12     A. He was doing the same thing.
13     Q. Was he a farmer or shrimper?
14     A. Farmer.
15     Q. Was he exposed to asbestos as far as
16 you know?
17     A. No.
18     Q. Did anybody who is your brother or
19 sister ever work for Todd?
20     A. No.
21     Q. Did your wife or any of your three
22 children work for Todd?
23     A. No.
24     Q. You told me that your brothers and
25 sisters are all deceased. Was there any

Page 42

1  family history of cancer?
2    A.  No.
3    Q.  Did they have any other family
4  diseases like diabetes or emphysema?
5    A.  I don't know.
6    Q.  Sir, what grade did you complete in
7  school?
8    A.  Fourth grade.
9    Q.  How old were you when you completed
10 fourth grade?
11   A.  I don't know exactly. About -- I
12 guess I was about 17.
13   Q.  I'll ask the question again. Were
14 you under the age of 12 when you completed
15 fourth grade?
16   A.  I'm sorry, I don't remember.
17   Q.  Do you remember where you went to
18 school?
19   A.  Yeah.
20   Q.  Where did you go?
21   A.  At Pointe-Au-Chien.
22   Q.  Can you repeat where you went to
23 school again? I didn't hear you, sir. I'm
24 sorry.
25       MS. ROUSSEL:

Page 43

1         Pointe-Au-Chien.
2       MR. GIARRUSSO:
3         Thank you.
4  EXAMINATION BY MR. GIARRUSSO:
5    Q.  Sir, do you drink alcohol at all?
6    A.  Alcohol?
7    Q.  Yes, sir.
8    A.  No.
9    Q.  Did you use tobacco at all?
10   A.  No.
11   Q.  Did you ever use tobacco?
12   A.  No.
13   Q.  You never smoked cigarettes or
14 chewed dip?
15      MS. ROUSSEL:
16         Already asked and answered.
17 EXAMINATION BY MR. GIARRUSSO:
18   Q.  You can answer.
19      MS. ROUSSEL:
20         It's also irrelevant.
21 EXAMINATION BY MR. GIARRUSSO:
22   Q.  You can answer, sir.
23   A.  Huh?
24   Q.  You can answer the question. Your
25 lawyer objected, but you can answer.

Page 44

1    A.  I didn't -- I didn't -- What was
2  it? What was the name?
3    Q.  I clarified it a little bit. Your
4  lawyer objected to my question. I'll ask it
5  again. Which was, did you ever smoke
6  cigarettes or use chewing dip?
7    A.  Oh. I smoked for about five years
8  when I was growing up and then I decided to
9  quit, because when I -- when I would come back
10 home like on a Saturday, I felt some --
11      MS. ROUSSEL:
12         Hold on a minute. I see your
13 line's getting crossed. Let's take a
14 minute.
15      MR. GIARRUSSO:
16         Go off the record a minute.
17      THE WITNESS:
18         I got something in my stomach
19 when I breathe --
20      MR. GIARRUSSO:
21         All right.
22      VIDEO OPERATOR:
23         Off --
24      THE WITNESS:
25         So I quit.

Page 45

1       MR. GIARRUSSO:
2         You can stop, sir.
3       THE WITNESS:
4         What was wrong?
5       MS. ROUSSEL:
6         Your line is twisted. Did you
7  fix it, Mrs. Dupre? Okay.
8         (Whereupon a discussion was held
9  off the record.)
10      VIDEO OPERATOR:
11         We'll go back on? Just one
12 second.
13        We're back on record.
14 EXAMINATION BY MR. GIARRUSSO:
15   Q.  Sir, do you remember about how old
16 you were when you started smoking cigarettes?
17   A.  Somewhere about 17.
18   Q.  Did you smoke until you were about
19 22 then?
20   A.  No, not that long. I smoked about
21 five years. I quit because, if I remember --
22 What's the matter? I feel that bothering my
23 stomach, so I quit. I never smoked since
24 that.
25   Q.  Over the years have you been a

Page 46

1  member of any clubs or fraternal
2  organizations?
3     A.  No.
4     Q.  Have you been a member of your
5  church?
6     A.  A member of the church?
7     Q.  Of a church.
8     A.  The only thing I can tell you, I go
9  to church on Sunday.
10    Q.  Where do you go, sir?
11    A.  Westwego.  Westwego church.
12    Q.  At any of the jobs that you had,
13 were you ever a member of a union?
14    A.  No.
15    Q.  Sir, one of the things that's been
16 discussed already is your work at Todd, which
17 was in the mid '40s.  Did you have any
18 military service during World War II?
19    A.  No.  I didn't have -- I didn't pass
20 the examination so I couldn't go into it.  I
21 really wanted to, but I couldn't.
22    Q.  What part of the examination did you
23 not pass?
24    A.  Which part?
25    Q.  Yes, sir.

Page 47

1     A.  I don't know, I never did find out.
2     Q.  All you knew was that you were
3  ineligible for military service?
4     A.  That's right.
5     Q.  Sir, is it true that you're now
6  retired?
7     A.  Yes.
8     Q.  The last job I think that I see you
9  worked at was Atlantic Pacific Marine
10 Corporation?  Is that right?
11    A.  Right.
12    Q.  Is the last time that you worked
13 that you're aware of in 1986?
14    A.  Before?
15    Q.  No, sir.  My question simply was,
16 was the last time that you worked for a living
17 in 1986?
18    A.  Right.
19    Q.  As we sit here today in 2010, you
20 have been retired for the last 24 years?
21    A.  Right.
22    Q.  Before we start talking about your
23 work employment, I want to ask you some
24 questions about your health history, Mr.
25 Dupre.  Have you ever had any prior injuries

Page 48

1  or accidents?
2     A.  No.
3     Q.  You haven't been hospitalized for
4  any problems outside of your mesothelioma?
5     A.  No.
6     Q.  Have you ever been on any disability
7  as a result of your work?
8     A.  No.
9     Q.  Have you ever been on disability for
10 any other reason?
11    A.  No.
12    Q.  Have you ever filed a worker's
13 compensation claim?
14    A.  No.
15    Q.  Have you ever filed any type of
16 lawsuit?
17    A.  No.
18    Q.  This is the first lawsuit that you
19 have ever filed?
20    A.  That's it.
21    Q.  You told me there wasn't a family
22 history as far as you knew of certain
23 illnesses already.  Did you have any health
24 problems growing up as a child?
25    A.  No.

Page 49

1     Q.  Do you have a family doctor that you
2  saw throughout the years?
3     A.  Yes.
4     Q.  Who was your family doctor?
5     A.  Family doctor?  Dr. Nguyen.
6     Q.  Where is Dr. Nguyen located?
7     A.  In Marrero.
8     Q.  Is Nguyen spelled W I N N or N G U Y
9  E N?
10    MS. ROUSSEL:
11       N G --
12 EXAMINATION BY MR. GIARRUSSO:
13    Q.  I think your Counsel has told me
14 it's the latter spelling, so that's what we
15 will go with.  I appreciate that, sir.  How
16 long have you been seeing Dr. Nguyen?
17    A.  Well, I can't explain to you what
18 year I started.  So my -- my -- I can't even
19 say it.  My question is, I don't remember.
20    Q.  That's fair enough.
21    A.  That's what I wanted to tell you,
22 but I couldn't get another word.
23    Q.  That's something we should have
24 talked about, too, at the beginning, was if
25 you don't know the answer to something,

Page 50

1  neither I nor Ms. Roussel want you to guess at
2  anything. So "I don't know" is a perfectly
3  fair response. Okay, Mr. Dupre?
4      A. Okay.
5      Q. Do you remember who your family
6  doctor was before you saw Dr. Nguyen?
7      A. Yeah.
8      Q. Who's that?
9      A. I can't remember -- I can't remember
10 the name of it. I don't know.
11     Q. You can't remember what the doctor's
12 name was?
13     A. No.
14     Q. When you went to see Dr. Nguyen, did
15 your medical records from your previous doctor
16 come over with you when you went to --
17     A. Yes.
18     Q. -- Dr. Nguyen?
19     A. Yes. I guess it's in the book. I
20 mean, I don't remember.
21     Q. Is there any other type of doctor
22 you have seen other than a family doctor
23 before your diagnosis with mesothelioma?
24     A. No.
25     Q. Who do you see for your glasses,

Page 51

1  sir?
2      A. Huh?
3      Q. Who do you see for your glasses?
4  You wear glasses like I do. Do you go to an
5  optometrist or an ophthalmologist for those?
6      A. I don't know the name of it.
7      Q. Did you have regular physical exams
8  every year, sir?
9      A. Yes.
10     Q. Dr. Nguyen and your previous doctor
11 or doctors gave you those?
12     A. Yes.
13     Q. You got them on a yearly basis?
14     A. Yes.
15     Q. Do you know the last time you had a
16 regular checkup before the alleged diagnosis
17 of mesothelioma?
18     A. I had one, but I don't remember.
19     Q. The last one that --
20     A. I usually -- I usually go see my
21 doctor about every three months.
22     Q. There is an allegation in the
23 Petition in paragraph 6 that you were
24 diagnosed with mesothelioma on or about
25 September 29, 2010. Does that sound right to

Page 52

1  you, sir?
2      A. Yes, sir.
3      Q. Does that mean that your last
4  regular examination would have been sometime
5  in April, May, or June of 2010?
6      MS. ROUSSEL:
7          I object to the form of the
8  question.
9  EXAMINATION BY MR. GIARRUSSO:
10     Q. You can answer.
11     MS. ROUSSEL:
12         Can I explain it to him?
13     MR. GIARRUSSO:
14         Sure.
15     MS. ROUSSEL:
16         He's talking about regular
17 physical exams as opposed to when you
18 started with your symptoms.
19         You understand that he started
20 with symptoms, of course, before they
21 actually did a biopsy.
22     MR. GIARRUSSO:
23         Correct.
24     MS. ROUSSEL:
25         Okay. So your question is before

Page 53

1  --
2      MR. GIARRUSSO:
3          Before the diagnosis.
4      MS. ROUSSEL:
5          -- he started with the symptoms
6  which ultimately led to his diagnosis
7  of mesothelioma?
8      MR. GIARRUSSO:
9          My question I think is just a
10 little simpler than that.
11 EXAMINATION BY MR. GIARRUSSO:
12     Q. When's the last time you saw a
13 doctor before the diagnosis of mesothelioma?
14     MS. ROUSSEL:
15         Okay. Well, then, I think that's
16 where the confusion is coming in.
17         Because between March and September --
18     MR. GIARRUSSO:
19         There were issues there?
20     MS. ROUSSEL:
21         Exactly.
22     MR. GIARRUSSO:
23         I'm with you.
24     MS. ROUSSEL:
25         He saw doctors frequently.

**Page 54**

1  MR. GIARRUSSO:
2  I'm with you. I appreciate that
3  clarification.
4  EXAMINATION BY MR. GIARRUSSO:
5  Q. Why don't we take it in two
6  different steps. The first is a question that
7  I was asking, was when's the last time that
8  you saw a doctor before your diagnosis in
9  September of 2010?
10 A. I got to say I don't know.
11 Q. Fair enough. Do you remember the
12 last time that you saw one of your doctors
13 before you started experiencing problems under
14 your rib cage or other things that you relate
15 to the mesothelioma?
16 A. I can't remember the dates.
17 Q. Would those be reflected in the
18 medical records of Dr. Nguyen?
19 A. Yes.
20 Q. Did Dr. Nguyen ever take any X-rays
21 of you during your regular examinations?
22 A. Yes.
23 Q. Did he take X-rays of your chest
24 prior to March of 2010?
25 A. I can't remember that part.

**Page 55**

1  Q. Did your other doctor, the doctor
2  before Dr. Nguyen, take X-rays of your chest
3  before you went to go see Dr. Nguyen?
4  A. Now, I don't know.
5  Q. Have you ever had something called
6  an insurance examination?
7  A. Insurance? Insurance? No.
8  Q. Sir, when you worked for certain
9  employers, and we have a long list of them
10 based on your records, did you have to undergo
11 what's called a pre-employment physical with
12 them?
13 MS. ROUSSEL:
14 Let me object on the basis of
15 relevancy and make it continuing.
16 EXAMINATION BY MR. GIARRUSSO:
17 Q. Do you understand my question, sir?
18 A. Yes.
19 Q. My question is, when you worked for
20 any of your employers, did they require that
21 you go see a doctor before you began work?
22 A. Yes.
23 Q. Do you remember which employers made
24 you go to the doctor?
25 A. I don't know.

**Page 56**

1  Q. You don't know?
2  A. Right off the bat, I don't know.
3  Q. I am going to try and ask you some
4  names and I'll start at the beginning. Did
5  Indian Ridge make you go to the doctor?
6  A. Indian Ridge?
7  Q. They're a canning company, a shrimp
8  company.
9  A. Yeah, a long time ago I worked
10 there.
11 Q. All I am asking you for each of
12 these, sir, is did they require you to see a
13 doctor before you --
14 A. No.
15 Q. -- started working.
16 A. No.
17 Q. All right. The next one, let's see
18 if I can pronounce this correctly --
19 MS. ROUSSEL:
20 Let me object again on the basis
21 of relevancy and make my objection
22 continuing throughout the questions.
23 EXAMINATION BY MR. GIARRUSSO:
24 Q. Bertoul Cheramie Property? Did they
25 require you to see a doctor before you started

**Page 57**

1  working there?
2  A. No.
3  Q. What about S. C. Sugar Company?
4  A. No.
5  Q. What about Schafer/Sims Packing
6  Company?
7  A. No.
8  Q. What about Todd Johnson Drydocks,
9  Inc.?
10 A. Yes. That's where I was working.
11 Q. You had to go see a doctor before
12 you started working at Todd?
13 A. No. No.
14 Q. Did you have to see a doctor when
15 you worked for D. D. Pittman?
16 A. No.
17 Q. Did you have to see a doctor before
18 you went to go to work for Marine Exploration
19 Company?
20 A. No.
21 Q. Did you have to see a doctor when
22 you went to go work for J. D. Chapman?
23 A. No.
24 Q. Did you have to see a doctor before
25 you started working for Morgan City Canning

Page 58

1  Company?
2  A. No.
3  Q. Did you have to see a doctor before
4  you began working at Johns-Manville Products?
5  A. No.
6  Q. Did you have to go see a doctor
7  before you began working at the Celotex
8  Corporation?
9  A. No.
10 Q. Now, sir, in fairness to you, it
11 looks like you were at Celotex for about ten
12 years, from 1950 to 1960. Is that right?
13 A. Yes.
14 Q. During your employment there over
15 ten years, did you ever have to see a doctor
16 for Celotex?
17 A. No.
18 Q. The next job it looks like you had
19 was for Brown's Velvet for a limited time. I
20 assume you didn't have to see a doctor for
21 them?
22 A. No.
23 Q. What about for Rover, Inc.?
24 A. What?
25 Q. Rover, Inc.? Did you need to see a

Page 59

1  doctor for them?
2  A. Rover, Inc.? No.
3  Q. Did you have to see a doctor before
4  you began working at Sea Drilling Corporation?
5  A. No.
6  Q. Did you ever see a doctor during the
7  roughly six or so years that you worked at Sea
8  Drilling Corporation?
9  A. No.
10 Q. Did Todd ever require you to see a
11 doctor for the less than a year period you
12 worked there?
13     MS. ROUSSEL:
14     I object to the form of the
15 question. Did who?
16     MR. GIARRUSSO:
17     Todd.
18     MS. ROUSSEL:
19     Todd Johnson?
20     MR. GIARRUSSO:
21     Yes.
22     MS. ROUSSEL:
23     He worked there almost two years,
24 so I am objecting to the form of the
25 question.

Page 60

1      MR. GIARRUSSO:
2      I'm sorry.
3  EXAMINATION BY MR. GIARRUSSO:
4  Q. According to your -- In fairness to
5  your Counsel, according to your records you
6  worked at Todd Johnson from April of 1944
7  through some indeterminate point in either
8  October or November or December of 1945. Did
9  you ever have to see a doctor for Todd Johnson
10 while working for Todd Johnson?
11 A. No.
12 Q. Did you have to see a doctor before
13 you began working for Transocean?
14 A. No.
15 Q. Did you see a doctor for the little
16 over three year period that you worked for
17 Transocean?
18 A. No.
19 Q. We're almost done. Walker-Huthnance
20 Offshore is the next place that you worked.
21 Did you have to see a doctor before working
22 there?
23 A. No.
24 Q. In the years from 1970 through the
25 beginning of 1975, did you have to see a

Page 61

1  doctor for Walker-Huthnance?
2  A. No.
3  Q. Did you have to see a doctor for the
4  period of time you worked at J. L. Richardson,
5  Incorporated?
6  A. No.
7  Q. Were you required to see a doctor
8  before you began working at Atlantic-Pacific
9  Marine Corporation?
10 A. No.
11 Q. During the years from 1975 through
12 1986, that eleven year period, did you ever
13 see a doctor for Atlantic-Pacific Marine
14 Corporation while working there?
15 A. No.
16 Q. So if I understand your testimony,
17 you never saw a doctor either once you started
18 or during your employment at any of the
19 entities we just went through?
20 A. Right.
21 Q. Did you ever have a Social Security
22 examination?
23 A. No.
24 Q. You have never had a worker's comp
25 examination, have you?

### Page 62

1  A. No.
2  Q. Did you have any lung problems at
3  all before you were diagnosed with
4  mesothelioma in September of 2010?
5  A. Not that I know of.
6     MS. ROUSSEL:
7        And, of course, your question
8     means before he started with the
9     symptoms which was ultimately
10    diagnosed as mesothelioma?
11    MR. GIARRUSSO:
12       Yes.
13    MS. ROUSSEL:
14       Okay.
15 EXAMINATION BY MR. GIARRUSSO:
16 Q. When did you first begin
17 experiencing symptoms that you later learned
18 was mesothelioma?
19 A. I don't know. I don't know.
20    Do you remember?
21 Q. Sir, I'm sorry. I know you want to
22 communicate with your wife, and if we were
23 having an ordinary conversation, --
24 A. That's all right.
25 Q. -- that would be perfectly

### Page 63

1 appropriate. But since you're the only person
2 sworn in to testify, I apologize, I need to
3 limit it to you.
4  A. All right.
5  Q. And if you don't know, that's fair
6 enough. My question was, when was the first
7 time you began experiencing symptoms that
8 ultimately led to what you believe to be the
9 diagnosis of mesothelioma?
10 A. Well, I can't explain what the year
11 was, but when I went to the doctor and I told
12 the doctor and all I had some pain underneath
13 my rib, and I don't know exactly what year was
14 it that I did do that.
15 Q. Was the doctor that you saw Dr.
16 Nguyen?
17 A. Dr. Nguyen, yes.
18 Q. Have you seen any doctor for your
19 mesothelioma other than Dr. Nguyen?
20 A. No.
21 Q. Dr. Nguyen is the only doctor you
22 have seen? Dr. Nguyen is the only doctor you
23 have seen for your mesothelioma?
24 A. I guess that's it.
25 Q. Well, sir, --

### Page 64

1  A. Huh?
2  Q. -- you went to go see Dr. Nguyen for
3 your rib problem at some point. Is that
4 right?
5     MS. ROUSSEL:
6        For the pain under his rib?
7     MR. GIARRUSSO:
8        The pain under his rib, yes.
9     THE WITNESS:
10       Yes. I'm sorry.
11 EXAMINATION BY MR. GIARRUSSO:
12 Q. What did Dr. Nguyen do for you?
13 A. I guess she sent me to a doctor that
14 knew something about what I had. I don't
15 know.
16 Q. Do you know who that doctor is that
17 Dr. Nguyen sent you to?
18 A. No.
19 Q. Don't remember his or her name?
20 A. No.
21 Q. Do you know if that doctor was in
22 New Orleans or in a different city?
23 A. No.
24 Q. Have you seen any doctors other than
25 Dr. Nguyen or this other doctor that Dr.

### Page 65

1 Nguyen sent you to?
2  A. I don't know.
3     MS. ROUSSEL:
4        Is it time for his treatment? Is
5     it time for his treatment?
6     MR. GIARRUSSO:
7        Why don't we take a break. It
8     sounds like we're at a good point to
9     take a break.
10    MS. ROUSSEL:
11       Take a short break.
12    VIDEO OPERATOR:
13       Off record.
14    (Recess.)
15    MR. ZIFFER:
16       Is this on the record?
17    MS. ROUSSEL:
18       Yes, it is.
19    MR. ZIFFER:
20       I object to this.
21    MR. GUIDRY:
22       I'll object as well.
23    MS. ROUSSEL:
24       I'll note your objection on the
25    record.

Page 66

```
 1   VIDEO OPERATOR:
 2      Let me go on the record. This is
 3   the beginning of tape 2. We're back
 4   on the record.
 5   MR. GIARRUSSO:
 6      I am going to object at this
 7   point. Plaintiff's Counsel is asking
 8   the witness to do some medical
 9   treatment during the course of the
10   deposition. I am going to object.
11   This is a fact deposition. This is
12   not an opportunity to do a
13   day-in-the-life video and I am going
14   to object to that action at this
15   time.
16   MS. ROUSSEL:
17      Actually --
18   MS. BOWLIN:
19      I join in that objection as well.
20   MR. GUIDRY:
21      I'll join in that objection and I
22   will add that it's overly prejudicial
23   and has no probative value in this
24   matter and, frankly, this is leading,
25   I believe, and it's not a question,
```

Page 67

```
 1   which is the only proper thing to
 2   happen in a deposition, questions and
 3   answers, not videotaping of actions.
 4   MR. GIARRUSSO:
 5      This is Joe Giarrusso on behalf
 6   of Todd. I object on the basis of no
 7   probative value under Louisiana Code
 8   of Evidence Article 403 and lack of
 9   relevance under 401.
10   MS. ROUSSEL:
11      And just so we're clear, Mr.
12   Dupre indicated that it is time for
13   his breathing treatment and that's
14   part of the reason that he needs -- is
15   having so much difficulty at this
16   moment, is because he is now overdue
17   for his breathing treatment. So we
18   are going to do the breathing
19   treatment at this time.
20   MR. GUIDRY:
21      And, Miss Roussel, --
22   MS. BOWLIN:
23      I object to Miss Roussel's
24   colloquy and ask that it be stricken
25   from the record.
```

Page 68

```
 1   MR. GUIDRY:
 2      And, Miss Roussel, we will all
 3   provide, all Defendants, to allow him
 4   to do his breathing treatment in
 5   private without having to have it
 6   videotaped and seen by the rest of the
 7   world. I doubt the man wants his
 8   medical treatment to be a matter of
 9   public spectacle.
10   MS. ROUSSEL:
11      It is a matter of his daily
12   life.
13   MR. ZIFFER:
14      It's not a matter for a
15   deposition.
16   MR. GUIDRY:
17      It's not a matter for a
18   deposition and it's overly
19   prejudicial.
20   MS. ROUSSEL:
21      Go ahead.
22   MR. ZIFFER:
23      I would just like to note again
24   for the record my objection before
25   about this being unduly prejudicial,
```

Page 69

```
 1   and to crowbar something into a
 2   discovery and perpetuation deposition
 3   is wholly improper.
 4   MR. GUIDRY:
 5      I join in that as well.
 6   MR. ZIFFER:
 7      And ask that it be stricken from
 8   the record.
 9   MR. GUIDRY:
10      I join in that, too.
11      (Requested question read back.)
12   EXAMINATION BY MR. GIARRUSSO:
13   Q. Mr. Dupre, it's 12:00 noon right
14   now. I just wanted to let you know what the
15   time was and if you want a break again for any
16   reason, please let us know and we'll
17   accommodate you. All right, sir?
18   A. Okay.
19   Q. One of the things I probably should
20   have asked you about earlier, but I'll ask
21   about now, since we're talking about
22   treatments and who you have seen, is that you
23   have some medication on the table in front of
24   you. Is that right, sir?
25   A. Medication?
```

### Page 70

1  Q. Yes, sir. Right in front of you.
2  You see that right in front of you?
3  A. Yeah.
4  Q. I can't read all of the names. Do
5  you mind if I look at the bottles and then ask
6  you what each one is for, sir?
7  A. Okay.
8  Q. Is that all right? All right. The
9  first one is called Cheratussin AC. Do you
10 know what that's for, sir?
11 A. No.
12 Q. It sounds like Robitussin to me, so
13 I wonder if you know whether or not that has
14 anything to do with loosening up your lungs or
15 cough. If you don't know, that's fine.
16 A. Don't know.
17 Q. The next one I see is Furosemide.
18 It's F U R O S E M I D E. Do you know what
19 that medication is for?
20 A. No.
21 Q. The next one is Advair. Is that
22 prescribed for your lungs?
23 A. I guess that's what it is.
24 Q. Do you know what it's prescribed
25 for, sir?

### Page 71

1  A. No.
2  Q. The next medication is hydrocodone.
3  Do you know what hydrocodone is?
4  A. No.
5  Q. Do you know what it's for at all?
6  A. (Witness shakes head negatively.)
7  Q. I need you to answer out loud. I'm
8  sorry, sir.
9  A. Huh?
10 Q. I'm sorry, I need you to answer out
11 loud. That's another thing. Sometimes when
12 people talk to us, we have a tendency to shake
13 our head one way or the other or say things
14 like "uh-huh" or "uh-uh". While the
15 videographer may be able to get that down, the
16 good man sitting right next to you can't take
17 that down, so I need you to answer out loud,
18 and I may prompt you to do that from time to
19 time. So my question was, do you know what
20 hydrocodone is for?
21 A. No.
22 Q. The next medication I see is
23 morphine. Do you know what that's for?
24 A. Yeah. No.
25 Q. You have no idea what morphine is

### Page 72

1  for?
2  A. No.
3  Q. The next one I see is atropine. Do
4  you know what atropine is for?
5  A. No.
6  Q. The next medication is Lorazepam, L
7  O R A Z E P A M. Do you know that's for?
8  A. No.
9  Q. The final one I see is Temazepam, T
10 E M A Z E P A M. Do you know what that one is
11 for?
12 A. No.
13 Q. Do you know if any of those
14 medications affect your ability to testify?
15 A. No.
16 Q. You don't know one way or the other?
17 A. Right.
18 Q. When was the last time that you
19 took, and I am just going to go one by one,
20 when was the last time you took the
21 Temazepam?
22     MS. ROUSSEL:
23        You have to show him which one it
24     is.
25     THE WITNESS:

### Page 73

1     I never pay no mind to it.
2  EXAMINATION BY MR. GIARRUSSO:
3  Q. Do you know when the last time you
4  took this medication, sir (indicating)?
5  A. No.
6  Q. Do you know the last time that you
7  took the Lorazepam?
8  A. No.
9  Q. Do you know the last time you took
10 the atropine?
11 A. No.
12 Q. Do you know the last time you took
13 the morphine?
14 A. No.
15 Q. I'm not as concerned about the
16 Advair, but do you know the last time you took
17 it?
18 A. No.
19 Q. Do you know the last time you took
20 the hydrocodone?
21 A. No.
22 Q. Do you know the last time you took
23 the Furosemide?
24 A. No.
25 Q. Do you know the last time you took

Page 74

1  the Cheratussin?
2  A.  No.
3     MS. BOWLIN:
4        Will you just note the doctor who
5     has prescribed those medications?
6  EXAMINATION BY MR. GIARRUSSO:
7  Q.  How did you get those medications?
8  How did you get those medicines?
9  A.  How?
10 Q.  Yes, sir.
11 A.  I guess from the doctor.
12 Q.  I see one of them was a Dr. Lanasa.
13 We haven't spoken about that doctor before.
14 What did you see Dr. Lanasa for?
15 A.  I don't know.
16    MS. ROUSSEL:
17       She's the pulmonologist, for your
18    information.
19    THE WITNESS:
20       I don't know.
21 EXAMINATION BY MR. GIARRUSSO:
22 Q.  I see that you also saw a Dr.
23 Cabrera.  What did you see Dr. Cabrera for?
24 A.  I don't know.
25 Q.  Based on what I am seeing here, sir,

Page 75

1  the Furosemide, the morphine, the atropine,
2  the Lorazepam, and the Temazepam were all
3  prescribed by Dr. Cabrera.  Is that correct?
4  A.  I don't know.
5     MS. ROUSSEL:
6        And for your information, I think
7     he's the hospice doctor.  He's
8     currently under hospice care.
9     MR. GIARRUSSO:
10       Thank you.
11    MS. ROUSSEL:
12       You're welcome.
13 EXAMINATION BY MR. GIARRUSSO:
14 Q.  Do you know where Dr. Lanasa
15 practices?
16 A.  If I know where she --
17    MS. ROUSSEL:
18       Where her office is.
19    MR. GIARRUSSO:
20       Yes, that's what I was getting
21    ready to change the question to.
22    Thank you, Gerolyn.
23 EXAMINATION BY MR. GIARRUSSO:
24 Q.  Do you know where Dr. Lanasa's
25 office is?

Page 76

1  A.  Probably somewhere in Marrero.
2  Q.  Is Dr. Lanasa a male or female?
3  A.  Female.
4  Q.  Is Dr. Lanasa in the same practice
5  as Dr. Nguyen?
6     MS. ROUSSEL:
7        In other words, do they, Dr.
8     Nguyen and Dr. Lanasa, have the same
9     office where they both work?
10    THE WITNESS:
11       I don't know.  I never did find
12    out.
13 EXAMINATION BY MR. GIARRUSSO:
14 Q.  Where is Dr. Cabrera located?
15 A.  I don't know.
16 Q.  Do you know when you first began
17 seeing Dr. Lanasa?
18 A.  No.
19 Q.  Do you know when you first began
20 seeing Dr. Cabrera?
21 A.  No.
22 Q.  Did Drs. Cabrera, Lanasa, Nguyen or
23 any of your other doctors or healthcare
24 providers tell you about the effects of these
25 medications that you're on?

Page 77

1  A.  No.
2  Q.  Did any of the doctors tell you what
3  you were taking these medications for?
4  A.  No.
5  Q.  Do you know why you're taking
6  medications that you don't know what they're
7  for?
8  A.  No.
9  Q.  Are you seeing any lung doctors
10 other than Dr. Lanasa?
11 A.  Heart doctor.
12 Q.  What's the name of the heart doctor
13 you're seeing?
14 A.  Huh?
15 Q.  What is the name, sir, of the heart
16 doctor you're seeing?
17 A.  I don't know right now.  I'll have
18 to check it out.
19 Q.  You'll do your best to do that for
20 us and let us know who that doctor is?
21 A.  I have to check it out with my
22 wife.  She knows.
23 Q.  I have to check out lots of things
24 with my wife, too.  I understand.
25    All right.  We have identified now