Page 78

1  I think four doctors that you have seen. You
2  have seen Dr. Nguyen, Dr. Lanasa, Dr. Cabrera,
3  and an unidentified heart doctor.
4    A.  Uh-huh (affirmatively).
5    Q.  Are you under the care of any other
6  doctors right now?
7    A.  Not that I know of.
8    Q.  Did Dr. Nguyen recommend that you
9  see Dr. Lanasa?
10   A.  I don't know.
11   Q.  Do you know if Dr. Nguyen
12 recommended that you see Dr. Cabrera?
13   A.  I don't know.
14   Q.  Do you know if Dr. Nguyen
15 recommended that you see this heart doctor?
16   A.  I don't know.
17   Q.  Has all of your treatment beginning
18 with the beginning of your symptoms through
19 your diagnosis of mesothelioma as you sit here
20 today been in Louisiana?
21   A.  Yeah.
22   Q.  Has your treatment been, and I'll
23 call it the greater New Orleans area,
24 including Marrero and Westwego and New
25 Orleans, has any of your treatment been

Page 79

1  outside of the greater New Orleans area?
2    A.  No.
3    Q.  Have you ever been to M.D. Anderson?
4    A.  No.
5    Q.  Is any doctor recommending that you
6  go to M.D. Anderson?
7    A.  No.
8    Q.  Has Dr. Nguyen prescribed any
9  medications relating to this case to you?
10   A.  No.
11   Q.  Do you have an understanding, sir,
12 of what causes mesothelioma?
13   A.  Well, I -- the only thing I know is
14 it's something in my lungs.
15   Q.  I know that you know that it's in
16 your lungs, but do you know what causes a
17 person to be diagnosed with mesothelioma?
18   A.  No, I don't know.
19   Q.  We have already talked about
20 worker's comp and disability. Have you ever
21 been examined or treated by a doctor for life
22 insurance or health insurance?
23     MS. ROUSSEL:
24       Already asked and answered. You
25       asked that earlier this morning.

Exhibit 2 - Volume 2

Page 80

1       MR. GIARRUSSO:
2         Well, I'm sorry, I didn't think I
3         had asked it.
4  EXAMINATION BY MR. GIARRUSSO:
5    Q.  Do you mind just answering me, sir?
6       MS. ROUSSEL:
7         And I am going to object also
8         asked and irrelevant. When we start
9         duplicating questions under these
10        conditions, it's --
11      MR. GIARRUSSO:
12        I thought I had asked about
13        worker's comp and disability. All I
14        am trying to get through is life
15        insurance.
16 EXAMINATION BY MR. GIARRUSSO:
17   Q.  Sir, do you know if you have ever
18 been examined or treated for life insurance,
19 notwithstanding your Counsel's objection?
20   A.  No.
21   Q.  Have you ever been treated for any
22 form of cancer?
23   A.  No.
24   Q.  You told me that you first began
25 experiencing symptoms with your ribs? Is that

Page 81

1  correct?
2    A.  Yeah.
3       MS. ROUSSEL:
4         Under the ribs is what he said.
5  EXAMINATION BY MR. GIARRUSSO:
6    Q.  You first experienced pain under
7  your ribs. Is that right, sir?
8    A.  Yes, sir.
9    Q.  Did you go see Dr. Nguyen for that?
10   A.  Yeah, I mentioned it. I mentioned
11 it to him.
12      MS. ROUSSEL:
13        He talked about that earlier this
14        morning.
15 EXAMINATION BY MR. GIARRUSSO:
16   Q.  How long did you see Dr. Nguyen for
17 that pain under the ribs?
18   A.  I don't know when I started. I
19 forgot. I didn't check the dates.
20   Q.  Do you know the next doctor you saw
21 after Dr. Nguyen for that pain under the
22 ribs?
23   A.  I don't remember.
24   Q.  Do you know how long you saw doctors
25 for pain under the ribs before somebody

Page 82

1  diagnosed you with mesothelioma?
2      A.  No.
3      Q.  Do you know who diagnosed you with
4  mesothelioma?
5      A.  I can't think of the name of them.
6      Q.  Did Dr. Lanasa, who's the
7  pulmonologist, the lung doctor, diagnose you
8  with mesothelioma?
9      A.  I don't know.  I can't say that.  I
10 don't know about.
11     Q.  Do you know how you found Dr.
12 Lanasa?
13     A.  No.
14     Q.  How did you find Dr. Cabrera?
15     A.  I don't know.
16     Q.  Do you know how you found the heart
17 doctor that you told me about just a minute
18 ago?
19     A.  I don't know.
20     Q.  Do you remember when you were
21 diagnosed with mesothelioma, sir?
22     A.  No.
23     Q.  Like I told you at the beginning, I
24 don't have many documents, but one of the
25 things that was filed in this lawsuit was your

Page 83

1  lawsuit, which is called a Petition.
2  According to paragraph 6 of the Petition, you
3  were diagnosed with mesothelioma on or about
4  September 29, 2010.  Does that sound right to
5  you?
6      A.  About right.
7      Q.  Do you know who diagnosed you with
8  mesothelioma?
9      A.  No.  No.
10     Q.  Do you know what tests they ran on
11 you to see if you had mesothelioma?
12     A.  No.
13     Q.  Do you have any medical reports or
14 records showing what your diagnosis was?
15     A.  No.
16     Q.  Did anybody -- I think we heard
17 earlier that somebody performed a biopsy on
18 you.  Do you remember having a procedure done
19 to check on your lungs?
20     A.  Well, if they doing -- if they done
21 it, I don't remember when they done it.
22     Q.  Do you remember undergoing a biopsy
23 on your lungs?
24     A.  No.
25     Q.  Did the doctor's office give you any

Page 84

1  information to fill out --
2      A.  No.
3      Q.  -- when you were being treated for
4  the pain underneath your ribs?
5      A.  No.
6      Q.  Did Dr. Lanasa give you an initial
7  medical questionnaire or form to fill out when
8  you went to see her?
9      A.  No.
10     Q.  Did Dr. Cabrera give you a form to
11 fill out before you went to go see him?
12     A.  No.
13     Q.  Did Dr. Lanasa interview you at all
14 and take a medical history?
15     A.  No.
16     Q.  Did Dr. Cabrera interview you at all
17 and take a medical history?
18     A.  No.
19     Q.  How did they know, that is, either
20 Dr. Lanasa or Dr. Cabrera, about your pain
21 underneath your ribs then?
22     A.  How the doctor knew?  Well, my
23 doctor, I told him what I had, pain under my
24 rib.  That's the only thing I can tell you.
25     Q.  Did you talk about your employment

Page 85

1  history at all with --
2      A.  No.
3      Q.  I'm sorry, sir.  Please just try and
4  let me finish asking my question.  I know you
5  know where I am heading.
6          Did you talk about your employment
7  history with either Dr. Lanasa or Dr. Cabrera?
8      A.  No.
9      Q.  Did you talk about any products that
10 you had worked around with either Drs. Lanasa
11 or Cabrera?
12     A.  No.
13     Q.  Do you know if you were sent to a
14 lab to get any tests done by the heart doctor,
15 Dr. Nguyen, Dr. Cabrera?
16     A.  I don't know.
17     Q.  Did you go to a hospital to get
18 treated and have tests done on you?
19     A.  I don't know.
20     Q.  Did you go to East Jefferson
21 Hospital or -- West Jefferson.  I'm sorry.
22 Did you go to West Jefferson Hospital to have
23 any tests performed on you?
24     A.  I think I went there.
25     Q.  Do you know who you saw at West

**Page 86**

1 Jefferson, sir?
2    A. I don't know what I did, what I
3 saw.
4    Q. Do you know Dr. Lanasa is at West
5 Jefferson?
6    A. Yeah.
7    Q. Is Dr. Cabrera at West Jefferson?
8    A. Yes.
9    Q. Is this heart doctor whose name you
10 don't remember at West Jefferson?
11    A. Yeah.
12    Q. Does Dr. Nguyen also practice at
13 West Jefferson?
14    A. Yes.
15    Q. Did any of the four doctors we have
16 talked about send you to have tests or X-rays
17 performed of you at West Jefferson?
18    A. I don't know.
19    Q. Do you remember being sent anywhere
20 other than West Jefferson to have tests or
21 exams performed on you?
22    A. No.
23    Q. Did any doctor perform an X-ray or a
24 test on you?
25    A. No.

**Page 87**

1    Q. Can you tell me what you and Dr.
2 Lanasa have talked about, sir?
3    A. No.
4    Q. You don't remember?
5    A. Don't know.
6    Q. Can you tell me what you and Dr.
7 Cabrera talked about?
8    A. No.
9    Q. Can you tell me what you and the
10 unidentified heart doctor, the cardiologist,
11 have talked about?
12    A. No.
13    Q. Do you know which of these doctors
14 was the first to diagnose you with the
15 mesothelioma?
16    A. No.
17    Q. Do you know what treatment Dr.
18 Lanasa recommended for your pain under your
19 ribs?
20    A. No.
21    Q. Do you know what treatment Dr.
22 Cabrera recommended for your pain under your
23 ribs?
24    A. No, I don't know.
25    Q. Do you know what treatment the heart

**Page 88**

1 doctor recommended for --
2    A. No.
3    Q. -- your pain in your ribs?
4    A. No.
5    Q. Do you know what treatment Dr.
6 Lanasa has recommended for your alleged
7 mesothelioma?
8    A. I don't know.
9    Q. Do you know what treatment Dr.
10 Cabrera has recommended for your
11 mesothelioma?
12    A. I don't know.
13    Q. Do you know what treatment the heart
14 doctor has recommended for your mesothelioma?
15    A. I don't know.
16    Q. Do you know what treatment Dr.
17 Nguyen recommended either for your
18 mesothelioma or for your pain underneath your
19 ribs?
20    A. I don't know.
21    Q. Did Dr. Nguyen place any physical
22 restrictions on you, sir? Did he tell you
23 that you couldn't do anything?
24    A. No.
25    Q. Did Dr. Lanasa put any physical

**Page 89**

1 restrictions on you?
2    A. No.
3    Q. Did Dr. Cabrera put any physical
4 restrictions on you?
5    A. No.
6    Q. Did the heart doctor put any
7 physical restrictions on you?
8    A. No.
9    Q. Did any doctor at West Jefferson put
10 any physical restrictions on you?
11    A. Not that I know of.
12    Q. Have you applied for Medicare or
13 Medicaid as a result of this lawsuit?
14       MS. ROUSSEL:
15          Objection.
16       THE WITNESS:
17          No.
18       MS. ROUSSEL:
19          Collateral source, and make it
20       continuing.
21 EXAMINATION BY MR. GIARRUSSO:
22    Q. You can answer, sir.
23       MS. ROUSSEL:
24          He answered.
25       MR. GIARRUSSO:

Page 90

1   He said no?
2   EXAMINATION BY MR. GIARRUSSO:
3   Q. Sir, when did you first become
4   eligible for Medicare or Medicaid?
5       MS. ROUSSEL:
6           Object. Collateral source. Make
7       it continuing.
8   EXAMINATION BY MR. GIARRUSSO:
9   Q. You can answer, sir.
10  A. What was the question?
11  Q. The question, subject to your
12  Counsel's objection, was do you know when you
13  first became eligible for Medicare or
14  Medicaid?
15  A. I don't know.
16  Q. Besides Dr. Nguyen, Dr. Lanasa, Dr.
17  Cabrera, the unidentified heart doctor, has
18  any other doctor examined you for
19  asbestos-related illnesses?
20  A. No, I don't know.
21  Q. Sir, one of the things you told me
22  about a while before was that you owned a
23  house beginning in 1952 on 7424 Rachel in
24  Marrero. Is that right?
25  A. 7424.

Page 91

1   Q. Do you know how that driveway was
2   paved?
3   A. Yeah.
4   Q. How was the driveway paved?
5   A. How the driveway -- You mean the
6   walkway?
7   Q. The driveway.
8   A. Oh. How it's made?
9   Q. I'm sorry, what's that?
10      MS. ROUSSEL:
11          He's asking you what is your
12      question.
13  EXAMINATION BY MR. GIARRUSSO:
14  Q. Oh, my question? Yes. The
15  driveway.
16  A. What about it?
17  Q. Do you know how it was paved, with
18  what materials?
19  A. Paved.
20  Q. Yes, sir.
21  A. Yes, it's paved.
22  Q. Do you know how it was paved?
23  A. How? I don't know.
24  Q. Was it paved before you moved into
25  the house?

Page 92

1   A. It was.
2   Q. Do you know if any Johns-Manville
3   materials were used in paving that driveway?
4   A. I don't know anything about that.
5   Q. What about your sister's house that
6   you rented; do you know how that driveway was
7   paved?
8   A. No.
9   Q. You don't know if any Johns-Manville
10  materials were used to pave that driveway?
11  A. I don't know.
12  Q. Did you ever go to the drive-in
13  theater in Marrero?
14  A. No.
15  Q. Never?
16  A. (Witness shakes head negatively.)
17  Q. I'm sorry, I need you to answer out
18  loud.
19      MS. ROUSSEL:
20          He said no.
21      MR. GIARRUSSO:
22          I just -- I saw him shake his
23      head.
24  EXAMINATION BY MR. GIARRUSSO:
25  Q. Did you ever do anything on the

Page 93

1   levee or the batture, sir?
2   A. No.
3   Q. All right. I think we're ready to
4   get into the occupational records right now,
5   and what I am going to do, Mr. Dupre, is just
6   start at the very beginning.
7       MS. ROUSSEL:
8           It's almost 12:30. Do you all
9       want to take a lunch break before we
10      get into a different area?
11      MR. GIARRUSSO:
12          That's fine with me.
13      MS. ROUSSEL:
14          Okay. Do you think y'all can be
15      back for 1:00?
16      MR. ZIFFER:
17          What time is it now?
18      MR. GIARRUSSO:
19          12:23. I think that's fine.
20      That's perfect. Thank you.
21      VIDEO OPERATOR:
22          Off record.
23      (Recess.)
24      VIDEO OPERATOR:
25          We're back on record.

### Page 94

1  EXAMINATION BY MR. GIARRUSSO:
2  Q. Good afternoon, Mr. Dupre. It's
3  about 1:15. How are you doing, sir? How are
4  you doing?
5  A. Okay right now.
6  Q. You just let me know if we need to
7  stop at any point. All right?
8  A. Okay.
9  Q. Sir, when we left I was going to get
10 ready to move on to another topic, but I want
11 to ask you about something right now. I
12 notice that a few of your medications aren't
13 on the table any more. Do you know what
14 happened to those?
15 A. No.
16    MS. ROUSSEL:
17       They're -- Let me just state for
18    the record they're refrigerated
19    medications and they had to go back
20    into the refrigerator. So that's what
21    it is.
22 EXAMINATION BY MR. GIARRUSSO:
23 Q. Did you need to take --
24    MS. ROUSSEL:
25       They're actually in the little

### Page 95

1     container, refrigerator container
2     right there.
3  EXAMINATION BY MR. GIARRUSSO:
4  Q. Did you need to take any medications
5  during our break, sir?
6  A. No.
7  Q. Sir, you're familiar that you're
8  here today in connection with a lawsuit that
9  you filed against the Defendants. Is that
10 right?
11 A. Yes.
12 Q. Have you had an opportunity to read
13 the Petition in this lawsuit? That is, the
14 document that's filed --
15 A. No.
16 Q. -- on your behalf? All right, sir.
17 I am going to start with your occupational
18 history based on your Social Security
19 records. I am going to go through them in
20 chronological order one by one and ask you
21 about what you did there and what your
22 responsibilities were and what your job
23 entailed. Okay?
24 A. Okay.
25 Q. Some of them may take longer than

### Page 96

1  others given on how long you were there or
2  what you worked around, but I want to give you
3  an idea of where I am headed so we're both on
4  the same page.
5       The first one is Indian Ridge
6  Canning Company, Inc. and Indian Ridge Shrimp
7  Company. What did you do for the Indian Ridge
8  companies?
9  A. What I was doing?
10 Q. Yes, sir.
11 A. Peeling shrimp.
12 Q. You worked there in 1940 and 1941?
13 A. Yeah. Way back then. I was a young
14 man.
15 Q. Did you work around any insulation
16 while you peeled shrimp?
17 A. Insulation?
18 Q. Yes, sir.
19 A. No.
20 Q. Where did you peel the shrimp?
21 A. Huh?
22 Q. Where did you peel the shrimp?
23 A. Well, they had a place, a special
24 place over there where they put all the shrimp
25 in there. You take it off, peel -- peel it.

### Page 97

1  That's it.
2  Q. Did you work around any boilers or
3  --
4  A. No.
5  Q. -- turbines?
6  A. No. It was a big table.
7  Q. The work that you did was on a big
8  table like the table in this conference room?
9  A. They had a running trough on the
10 top. When you peel a shrimp, you put the
11 shrimp in there, it would run in the water up
12 to where they had a bucket was.
13 Q. Do you know if you worked with any
14 materials containing asbestos while employed
15 by Indian Ridge companies?
16 A. No.
17 Q. No, you -- Maybe that was a poor
18 question on my part. Did you work with any
19 asbestos materials or materials containing
20 asbestos while working for the Indian Ridge
21 companies?
22 A. No.
23 Q. The next employer, as I see it,
24 appears to be Bertoul, B E R T O U L,
25 Cheramie, C H E R A M I E, Property. Is that

Page 98

1 correct?
2     MS. ROUSSEL:
3        Which is Morgan City Packing
4     Company.
5 EXAMINATION BY MR. GIARRUSSO:
6     Q. What did you do for Morgan City
7 Packing Company?
8     A. I don't remember that name.
9     Q. You don't remember what materials
10 you worked with?
11    A. No, I don't know what the company
12 was, what it was doing.
13    Q. I am going to read your records to
14 you so maybe it will help you a little bit
15 just for frame of reference. It appears, sir,
16 that you worked for Morgan City Packing
17 Company from July through potentially
18 September and then again in October and
19 December of 1941, and then a very brief period
20 in the beginning of 1943. I know that's a
21 long time ago, but I want to ask you if you
22 remember anything at all about working at
23 Morgan City Packing Company.
24    A. No, I don't.
25    Q. You don't remember what you did or

Page 99

1 what you worked with?
2     A. No.
3     Q. The next company that you worked for
4 is S. C. Sugar Company located in New
5 Orleans. What did you do for S. C. Sugar?
6     A. I never did.
7     Q. I'm sorry, I didn't understand your
8 answer, sir.
9     A. I don't remember working for them
10 people.
11    Q. Just so you know, and I am sorry, I
12 only have my copy that has my notes on it of
13 your Social Security records, you worked for
14 S. C. Sugar Company on Carondelet Street in
15 New Orleans from October to December of 1941,
16 the same time period, October, December, 1942,
17 and January and March of 1943 and again in
18 October and December of 1943. As well as
19 periods in 1944, 1945, 1946, 1947, 1948, and
20 then October and December of 1949. So it
21 looks --
22    MS. ROUSSEL:
23       Do you mind if I show him this?
24    MR. GIARRUSSO:
25       Sure, absolutely.

Page 100

1     MS. ROUSSEL:
2        And, too, just for the record,
3     just because it shows a Carondelet
4     Street address doesn't mean it was on
5     Carondelet Street.
6        Do you mind if I come around his
7     shoulder and point it out to him?
8     MR. GIARRUSSO:
9        No. Thank you for the
10    assistance.
11    THE WITNESS:
12       I don't understand.
13    MS. ROUSSEL:
14       He is looking down here
15    (indicating).
16    THE WITNESS:
17       I am talking about -- That's the
18    company that was -- that it was
19    fooling with the shrimp?
20    MS. ROUSSEL:
21       He's pointing to Indian Ridge.
22    THE WITNESS:
23       Indian Ridge.
24    MS. BOWLIN:
25       We have already been over that.

Page 101

1     MS. ROUSSEL:
2        Now, the attorney is down here at
3     the sugar company and you are working
4     in the last quarter primarily and a
5     little bit in the first quarter.
6     THE WITNESS:
7        Maybe --
8     MS. ROUSSEL:
9        The sugar company.
10    THE WITNESS:
11       The sugar company. Oh, that's --
12    You reckon that's when I was working
13    in the refinery? But I don't know
14    what company it was. I can't describe
15    which one I was working with. But I
16    did work for some sugar company.
17 EXAMINATION BY MR. GIARRUSSO:
18    Q. Do you remember which sugar company
19 you worked for, sir?
20    A. No.
21    Q. Do you remember which sugar refinery
22 you worked for?
23    A. No.
24    Q. Did you work grinding sugar during
25 sugar cane season?

### Page 102

1  A. No. During the grinding season, I
2  used to work in the refinery, but I don't know
3  if -- what the name of the company that was
4  responsible for all of that.
5  Q. I think we're talking past each
6  other a little bit there. Did you work in a
7  sugar refinery during grinding season?
8  A. Yes
9  Q. Was there dust in the air when you
10 were working at the sugar refinery?
11 A. Dark?
12 Q. Dust, D U S T.
13 A. No.
14 Q. There was nothing that was airborne
15 at all as a result of the grinding --
16 A. No.
17 Q. -- operations?
18 A. They had a little dust in all
19 places, you know.
20 Q. Did you have to wear any special
21 clothing --
22 A. No.
23 Q. -- when you were working during
24 grinding season?
25 A. No. I guess they might have some

### Page 103

1  dust when they first come in with the sugar
2  cane, you know. Up to the grinder. And after
3  it gets in the grinder, it don't have no more
4  dust. It's all wet, you know. Sugar juice.
5  Q. Did you work around any of the dust
6  that was generated as a result of --
7  A. No.
8  Q. -- the sugar operations?
9  A. I didn't.
10 Q. Where did you work?
11 A. Huh?
12 Q. Where did you work where you were
13 separate from the dust?
14 A. Well, I worked -- You mean when I
15 worked in the refinery?
16 Q. Yes, sir. So we're on the same
17 page, right now I am limiting my questions
18 just to the sugar refinery that you worked
19 in. If I move to a new topic, I'll let you
20 know.
21 A. Well, you know, what happened is
22 when -- when they grinding the sugar cane, the
23 juice falls underneath the roller and it goes
24 into a tank, you know, where they had a pump;
25 and they pump it up in the -- in the thing,

### Page 104

1  big tank. And from there, they process it
2  along the way.
3  Q. Where were you positioned along the
4  process you just described to us?
5  A. I was watching the tanks.
6  Q. You were watching the tanks?
7  A. Yes. So I don't know.
8  Q. You didn't come into contact with
9  any dust or any particles watching the tanks?
10 A. No. They didn't have no dust then.
11 Q. Did you have any special materials
12 or clothing --
13 A. No.
14 Q. -- that you were supposed to wear?
15 A. They didn't have that.
16 Q. And, sir, I know you're doing your
17 best right now. This is a tough issue, but I
18 am going to ask you to do me a favor for
19 Roger's sake. Please do your best to let me
20 finish asking my question before you begin
21 answering, and I will do my best to let you
22 finish answering before I start asking. It's
23 not that I am trying to be rude or difficult,
24 but it's just hard for the Court Reporter to
25 takes both down at the same time if we're both

### Page 105

1  talking. Okay, sir?
2  A. Okay.
3  Q. You worked at various times at the
4  sugar refinery from 1941 to 1949. Do you see
5  that on your Social Security record that Ms.
6  Roussel has right in front of you?
7     MS. ROUSSEL:
8        And during grinding season.
9  EXAMINATION BY MR. GIARRUSSO:
10 Q. During grinding season.
11 A. Yeah. During the grinding season I
12 was working in the refinery and watching the
13 tank so it don't run over.
14 Q. That's what I wanted to ask you. Is
15 that --
16 A. And while -- as long as they was
17 grinding, the juice keeps coming out, you
18 know, coming to it.
19 Q. And each of the years that you
20 worked at the sugar refinery from 1941 through
21 1949, were you always positioned at the tank?
22 A. Yeah.
23 Q. None of those times from 1941 to
24 1949 did you come into contact with any dust?
25 A. No.

### Page 106

1   MS. ROUSSEL:
2       Now, you have now asked him that
3   three or four times. I will ask that
4   you ask the question once and once
5   it's been answered, move on. And I
6   hated to interrupt, but, I mean, this
7   is -- this is very difficult for him
8   to have to sit here answering
9   questions once, much less two or three
10  times.
11      MR. GIARRUSSO:
12      Understood.
13  EXAMINATION BY MR. GIARRUSSO:
14      Q. Sir, there are some quarters, and
15  this is just my unfamiliarity, that you worked
16  in January and March in 1943, and then in 1944
17  and 1946 and 1948. And then in 1947 you
18  worked April and June and July and September.
19  Are each of those times the grinding season,
20  or is it limited to a certain point of the
21  year?
22      A. Well, sometimes I would go -- they
23  would -- they would call me to go work to
24  repair and clean up, you know, around the
25  tanks and everything.

### Page 107

1       Q. What kind of repairs would you do?
2       A. What kind of repair? It's mostly
3   clean-up.
4       Q. Well, did you work with any
5   insulation doing that clean-up work?
6       A. No.
7       Q. Did you work with any boilers or
8   turbines that you're aware of?
9       A. No.
10      Q. Do you remember which sugar refinery
11  you worked at?
12      MS. ROUSSEL:
13      Already asked and answered.
14  EXAMINATION BY MR. GIARRUSSO:
15      Q. You can answer, sir.
16      MS. ROUSSEL:
17      And, too, Mr. Dupre, he's already
18      indicated if you don't know something,
19      "I don't know" is a perfectly good
20      answer.
21      THE WITNESS:
22      Okay. I'll say I don't know.
23  EXAMINATION BY MR. GIARRUSSO:
24      Q. Fair enough. Let's move on to the
25  next one, which is Schafer/Sims Packing

### Page 108

1   Company. And according to your records, you
2   were there for only in the quarter of July
3   through September of 1942.
4       MS. ROUSSEL:
5       I am going to object to the form
6       of the question. He made $4.95.
7       Obviously he was not there a whole
8       quarter.
9       MR. GIARRUSSO:
10      Fair enough.
11  EXAMINATION BY MR. GIARRUSSO:
12      Q. Mr. Dupre, you made $4.95 working at
13  some period of time from July through
14  September of 1942. Is that right, sir?
15      MS. ROUSSEL:
16      At Sims Packing Company.
17      THE WITNESS:
18      No, I don't remember.
19  EXAMINATION BY MR. GIARRUSSO:
20      Q. Do you remember what you did at
21  Schafer/Sims Packing Company?
22      A. No.
23      Q. Do you remember what materials you
24  worked with?
25      A. No.

### Page 109

1       Q. Do you remember any of the people
2   that you worked with?
3       A. No.
4       Q. Do you remember where it was located
5   besides what's on this form? Do you remember
6   where the address was?
7       A. No.
8       Q. The next place you worked is Todd
9   Johnson Drydocks. Where was that located,
10  sir?
11      A. Johnson? That was down in Algiers.
12      Q. Was it on the river?
13      A. Yes.
14      Q. What kind of work were you doing at
15  Todd Johnson?
16      A. The most important question, I can't
17  even remember what I was doing.
18      Q. Did you do any welding work out
19  there?
20      A. No. I -- No, no welding.
21      Q. Were you a mechanic?
22      A. I don't know what I was doing if I
23  was working.
24      Q. Do you know the name of the ships
25  that you worked on at Todd Johnson?

Page 110

1  A. No.
2  Q. The time period that you worked for
3  Todd Johnson was from 1944 to 1945. Correct,
4  sir?
5  A. Yeah.
6  Q. That was during the Second World
7  War. Is that right?
8  A. Yeah.
9  Q. Were you working on U.S. Navy
10 vessels?
11 A. Navy vessels?
12 Q. Yes, sir.
13 A. I did. I don't know what -- which
14 one it was.
15 Q. Were there Navy personnel at the
16 yard?
17 A. Some of them.
18 Q. Do you remember any of the names of
19 the Navy personnel who were at the yard?
20 A. No.
21 Q. Did the Navy personnel ever give you
22 any direction about the work that you were to
23 be doing?
24 A. No.
25 Q. At the time you were working at

Page 111

1  Todd, you were living still with your sister?
2  A. Yeah, my sister's house.
3  Q. How far away was your sister's house
4  from Todd Johnson?
5  A. I never did measure the miles. From
6  Marrero to Algiers. I don't know how far it
7  is.
8  Q. Do you remember what the entrance to
9  the facility was like?
10 A. What?
11 Q. Do you remember what the entrance to
12 the Todd Johnson facility was like?
13 A. No.
14 Q. Do you remember what the roads
15 around and inside the Todd Johnson facility
16 were like?
17 A. No.
18 Q. Would you agree with me, sir, that
19 there were job crafts that were being done
20 outside in the open air --
21 A. No.
22 Q. -- at the Todd Johnson facility?
23 A. No.
24 Q. Everything was done inside a ship?
25 A. As far as I remember.

Page 112

1  Q. Do you remember if your work at Todd
2  Johnson was inside a ship or outside a ship or
3  both?
4  A. Yeah, we were working inside
5  sometimes and doing a little job, you know,
6  with somebody. I was a helper.
7  Q. Did you also work outside sometimes?
8  A. Well, whenever we had something like
9  to do outside, we work out- -- we would work
10 outside.
11 Q. Can you do your best to approximate
12 for me how much you worked inside a ship
13 versus how much you worked outside?
14 A. No.
15 Q. You don't know?
16 A. Don't know.
17 Q. What type of work did you do outside
18 the ship?
19 A. I don't know.
20 Q. You have already talked with us
21 about the work you did inside the engine room,
22 which I will ask you some more about in a
23 second. Did you do any other work inside a
24 ship besides the work you did in the engine
25 room?

Page 113

1  A. No.
2  Q. When you worked in the engine room,
3  what did you do?
4    MS. ROUSSEL:
5      He already indicated he was a
6    helper.
7    MR. GIARRUSSO:
8      I am just trying to find out
9    generally what he did in that engine
10   room when he worked as a helper.
11   MR. ZIFFER:
12     I am going to object to Counsel's
13   colloquy and characterization of the
14   testimony. I don't recall him saying
15   that if he said it.
16   MS. ROUSSEL:
17     He said it and the record will
18   reflect it.
19   MR. ZIFFER:
20     The record will speak for
21   itself. I am just going to object.
22 EXAMINATION BY MR. GIARRUSSO:
23   Q. Sir, do you need me to repeat the
24 question again?
25   A. Go ahead.

Page 114

1  Q. When you worked in the engine room,
2  what did you do?
3  A. What I did?
4  Q. Yes, sir.
5  A. I don't know. It may -- any kind of
6  work. Clean up, whatever.
7  Q. Is it fair to say that you did work
8  in the engine room that did not involve
9  working with insulation?
10     MS. ROUSSEL:
11        I object to the form of the
12     question.
13     THE WITNESS:
14        No. I didn't work with
15     insulation in there.
16 EXAMINATION BY MR. GIARRUSSO:
17  Q. What did you work with in the engine
18  room?
19  A. I guess I don't know. That's the
20  only thing I can tell you.
21  Q. Were you ever called upon to remove
22  anything from a boiler?
23  A. No.
24     MS. BOWLIN:
25        Object to the form.

Page 115

1 EXAMINATION BY MR. GIARRUSSO:
2  Q. Were you ever called to remove
3  anything from a turbine?
4     MS. BOWLIN:
5        Object.
6     THE WITNESS:
7        No.
8 EXAMINATION BY MR. GIARRUSSO:
9  Q. Do you remember any boxes of
10 materials being used in the engine room?
11  A. No.
12  Q. Was there ventilation in the engine
13 room when you worked in there?
14  A. No ventilation.
15  Q. No ventilation?
16  A. No.
17  Q. Was there dust in the engine room
18 when you worked there?
19  A. What?
20  Q. Was there dust in the engine room
21 when you worked there?
22  A. I guess they have some somewhere.
23  Q. Do you remember there being dust in
24 the engine room?
25  A. No, I don't remember the dust.

Page 116

1  Q. Were you given any particular
2  clothes to wear? Or did you wear what you
3  wanted to wear to work each day?
4  A. No.
5  Q. I think we miscommunicated with each
6  other there. Probably because of my
7  question. What kind of clothes did you have
8  to wear while working at Todd Johnson?
9  A. What kind of clothes? It was the
10 clothes that I used to go to work and to come
11 back home.
12  Q. Did Todd Johnson provide you with
13 any clothes?
14  A. No.
15  Q. Did Todd Johnson have respirators or
16 masks on site for you to wear?
17  A. No.
18  Q. Were you ever given a respirator or
19 a mask to wear at Todd Johnson?
20  A. I never did use it. Never did see
21 any.
22  Q. Do you know what kind of craft work
23 was being done inside the engine room?
24  A. Craft work?
25  Q. Yes, sir.

Page 117

1  A. No.
2     MS. ROUSSEL:
3        What were they?
4     THE WITNESS:
5        Never heard of it.
6     MS. ROUSSEL:
7        Object to the form of the
8     question.
9 EXAMINATION BY MR. GIARRUSSO:
10  Q. Do you know what crafts were working
11 in the engine room?
12  A. No.
13  Q. Do you remember any of the names of
14 the guys that you worked with in the engine
15 room?
16  A. No.
17  Q. If you worked in the engine room for
18 a specific job, how long did that last?
19  A. I don't know.
20  Q. So if I asked you questions about
21 either how many days or weeks or hours you
22 worked, you wouldn't be able to answer that?
23  A. No, I couldn't.
24  Q. Do you know who A. H. Smith is? Do
25 you know who A. H. Smith is?

Page 118

1   A.  No.
2   Q.  Do you know who Jack S. Smith, Jr.
3   is?
4   A.  No.
5   Q.  Do you know who J. N. Pharr, P H A R
6   R, is?
7   A.  No.
8   Q.  Mr. Dupre, I am going to ask you
9   about some of the things that are in your
10  Petition. I am going to ask you to tell me
11  whatever information you have about these
12  things. Okay? I am going to ask you about
13  some of the things that are in your Petition,
14  in your lawsuit, and I am going to ask you
15  what information you have about that.
16  A.  All right.
17  Q.  All right? Do you have any
18  information that Todd Shipyards or its
19  executive officers failed to reveal critical
20  medical information to you?
21  A.  No.
22  Q.  Do you have any information that
23  Todd Shipyards or its executive officers
24  failed to reveal and concealed the inherent
25  dangers in using asbestos?

Page 119

1   A.  No.
2   Q.  Mr. Dupre, do you have any evidence
3   that Todd Shipyards or its corporate officers
4   failed to provide the necessary protection to
5   you?
6   A.  I don't know.
7   Q.  Do you have, Mr. Dupre, any evidence
8   that Todd Shipyards or its executive officers
9   failed to provide clean respirable air and
10  proper ventilation?
11  A.  No.
12  Q.  Mr. Dupre, do you have any evidence
13  that Todd Shipyards and its executive officers
14  failed to provide necessary showers and
15  special clothing?
16  A.  No, I don't.
17  Q.  I have a few more to go. Mr. Dupre,
18  do you have any evidence that Todd Shipyards
19  and its executive officers failed to segregate
20  the work areas so that workers would not be
21  exposed to asbestos fiber?
22  A.  No.
23  Q.  Mr. Dupre, do you have any evidence
24  that Todd Shipyards or its executive officers
25  failed to provide necessary and adequate

Page 120

1   respiratory protection?
2   A.  I don't know.
3   Q.  Do you have any evidence about that?
4   A.  No.
5   MS. ROUSSEL:
6       He's already testified that they
7   didn't provide any to him.
8   MR. GIARRUSSO:
9       But he said "I don't know." I am
10  asking about his --
11  MS. ROUSSEL:
12      But he doesn't understand what
13  you're asking.
14  MR. GIARRUSSO:
15      He's been told he can stop me and
16  I will rephrase my questions.
17  MS. ROUSSEL:
18      He already told you that he --
19  MR. ZIFFER:
20      Object to Counsel's testimony.
21  MS. ROUSSEL:
22      He already told you they didn't
23  provide any respiratory protection,
24  ventilation, and now you're turning it
25  around and asking him --

Page 121

1   MR. GIARRUSSO:
2       I am asking him --
3   MS. ROUSSEL:
4       -- confusing questions.
5   MR. ZIFFER:
6       Objection to Counsel stating the
7   witness's state of mind.
8   EXAMINATION BY MR. GIARRUSSO:
9   Q.  Mr. Dupre, again from your lawsuit,
10  the next subpart, do you have any evidence
11  that Todd Shipyards and its executive officers
12  failed to warn employees of the dangers of
13  working with asbestos?
14  A.  No.
15  Q.  Mr. Dupre, do you have any evidence
16  that Todd Shipyards and its executive officers
17  failed to use non-asbestos-containing products
18  on the job where non-asbestos products should
19  have been used?
20  A.  No.
21  Q.  Mr. Dupre, do you have any evidence
22  that Todd Shipyards and its executive officers
23  wantonly and recklessly -- were reckless and
24  wanton in their disregard for the storage,
25  handling, and transportation of asbestos?

Page 122

1    A.    No.
2    Q.    Mr. Dupre, do you have any evidence
3    that Todd Shipyards and its executive officers
4    required employees to dispose of asbestos in
5    dumpsters?
6    A.    No.
7    Q.    Mr. Dupre, do you have any evidence
8    that Todd Shipyards and its executive officers
9    failed to warn of the dangers of exposure to
10   asbestos?
11   A.    No.
12   Q.    Mr. Dupre, do you have any evidence
13   that Todd Shipyards and its executive officers
14   required employees to dispose of asbestos
15   without precautions to prevent exposure?
16   A.    No.
17   Q.    Mr. Dupre, do you have any evidence
18   that Todd Shipyards and its executive officers
19   required -- I'm sorry, failed to post warnings
20   regarding asbestos and the hazards regarding
21   asbestos?
22   A.    No.
23   Q.    Mr. Dupre, do you have any evidence
24   that Todd Shipyards and its executive officers
25   failed to warn employees that exposure to

Page 123

1    asbestos could cause deadly diseases including
2    mesothelioma?
3    A.    No.
4    Q.    This is the last one on this topic.
5    Mr. Dupre, do you have any evidence that Todd
6    Shipyards and its executive officers failed to
7    warn employees of the invisible nature of
8    harmful asbestos that is carried home on
9    clothing and other objects by workers and it
10   could lead to diseases such as mesothelioma?
11   A.    All right.
12   Q.    I'm sorry, I didn't hear your answer
13   to that one.
14   A.    I'm okay.
15   Q.    Okay. But did you hear my last --
16   I'm sorry, did you hear my last question, sir?
17   A.    No, I didn't hear it.
18   Q.    I'll repeat it one more time. This
19   is the last one on this topic, so I will be
20   moving on from here. Mr. Dupre, do you have
21   any evidence that Todd Shipyards and its
22   executive officers failed to warn employees of
23   the invisible nature of asbestos, that it
24   could be carried home on clothing and other
25   objects by a worker, and it could cause

Page 124

1    diseases such as mesothelioma?
2    A.    They didn't -- They didn't tell me,
3    no.
4    Q.    Did anybody from Todd Shipyards
5    represent to you that products you were
6    working with were safe?
7    A.    No.
8    Q.    Did anybody from Todd Shipyards
9    represent to you the products you were working
10   with were non-toxic?
11   A.    No.
12   Q.    Did anybody at Todd Shipyards
13   represent to you the products you were working
14   with were fully tested?
15   A.    No.
16   Q.    Did anybody from Todd Shipyards
17   represent to you the products you were working
18   with were desirable?
19   A.    No.
20   Q.    Did anybody with Todd Shipyards
21   represent to you the products you were working
22   with were suitable for their use?
23   A.    No.
24   Q.    Mr. Dupre, do you have any knowledge
25   about what Todd Shipyards or its executive

Page 125

1    officers knew about asbestos?
2    A.    I don't know.
3    Q.    Did you work around any welding rods
4    at Todd Shipyards?
5    A.    What?
6    Q.    Did you work around any welding rods
7    at Todd Shipyards?
8    A.    No.
9    Q.    When you worked at Todd, do you
10   remember seeing any materials with the name
11   "Eagle" on it?
12   A.    No.
13   Q.    When you worked at Todd, do you
14   remember seeing any --
15        MS. ROUSSEL:
16             Let's take a break for just a
17        second.
18        MR. GIARRUSSO:
19             Sure.
20        VIDEO OPERATOR:
21             Off record.
22        (Recess.)
23        VIDEO OPERATOR:
24             This is the beginning of tape 3.
25        We're back on record.

Page 126

1  EXAMINATION BY MR. GIARRUSSO:
2      Q. Mr. Dupre, when we left off I was
3  just going through and asking if you were
4  familiar with what materials or products the
5  following entities provided. I finished
6  asking about Eagle. I am going to move on to
7  the next one. Do you know what materials or
8  products Owens-Illinois, Inc. provided at Todd
9  while you worked there?
10     A. I didn't -- I didn't quite hear.
11     Q. All right. I'll ask the question
12 again, sir. Do you know what products or
13 materials Owens-Illinois, Inc. provided at
14 Todd while you worked there?
15     A. No.
16     Q. Do you know what products or
17 materials AmChem or Benjamin Foster Company
18 provided at Todd while you worked there?
19     A. No.
20     Q. Do you know what products or
21 materials Westinghouse Electric Corporation
22 provided to Todd while you worked there?
23     A. No, I don't know.
24     Q. Do you know what products or
25 materials Foster-Wheeler LLC provided to Todd

Page 127

1  while you worked there?
2      A. I don't know.
3      Q. Do you know what products or
4  materials General Electric Company provided to
5  Todd while you worked there?
6      A. I don't know.
7      Q. Do you know what products or
8  materials Uniroyal, Inc. provided to Todd
9  while you worked there?
10     A. I don't know.
11     Q. Do you know what products or
12 materials Eagle, Inc. provided to Todd while
13 you worked there?
14     A. No, I don't know.
15     Q. Sir, do you remember what kind of
16 boats you worked on? I know you told me
17 vessels, but what kind of vessels you worked
18 on at Todd from 1944 to 1945?
19     A. I know I remember one of them.
20     Q. Yes, sir. What was that?
21     A. The BURNS. The BURN.
22     Q. The BURN? Was that a tugboat?
23     A. It was an aircraft carrier. An old
24 aircraft carrier. But I just seen it sitting
25 there by -- by the wharf. That's all. I

Page 128

1  never did go work on it.
2      Q. Do you remember the name of any
3  other vessels that were --
4      A. No.
5      Q. -- at -- I'm sorry, sir. I'm almost
6  done asking my question. Do you remember the
7  name of any other vessels that were at Todd
8  while you worked there?
9      A. No.
10     Q. Now, put aside the names. Do you
11 remember the types of vessels you worked on --
12     A. No.
13     Q. -- while you worked for Todd?
14     A. Not off the bat, I don't know. I
15 don't remember.
16     Q. The only vessel that you can
17 remember being at Todd's yard was an aircraft
18 carrier. Is that correct?
19         MS. ROUSSEL:
20         By name.
21 EXAMINATION BY MR. GIARRUSSO:
22     Q. The BURN?
23         MS. ROUSSEL:
24         By name.
25 EXAMINATION BY MR. GIARRUSSO:

Page 129

1      Q. The BURN? That's what I wrote
2  down. Is that the only one you remember, sir?
3      A. Yeah.
4      Q. Sir, did you ever attend any safety
5  meetings at Todd?
6      A. No.
7      Q. Did you ever notice any labels or
8  warnings on any containers or boxes?
9          MS. ROUSSEL:
10         Object to the form of the
11     question as compound.
12 EXAMINATION BY MR. GIARRUSSO:
13     Q. Did you ever notice any labels on
14 containers about asbestos?
15     A. No.
16     Q. Did you ever notice any warnings on
17 containers about asbestos?
18     A. No.
19     Q. Did you ever notice any labels on
20 boxes regarding asbestos?
21     A. No.
22     Q. Did you ever notice any warnings on
23 boxes about asbestos?
24     A. No.
25     Q. Did you ever work around any gaskets

### Page 130

1   at Todd?
2   A.  At what?
3   Q.  Did you ever work around any or work
4   with any gaskets at Todd?
5   A.  No.
6   Q.  Did you ever work with a Garlock at
7   Todd?
8   A.  No.
9   Q.  For now, sir, I think I'm done with
10  Todd, but I may come back if something pops in
11  my head. All right?
12      The next place you worked, it
13  looks like albeit briefly, was D. D. Pittman.
14  What did you do --
15      MS. ROUSSEL:
16      Now, do you mind if I show him
17      the itemized statement?
18      MR. GIARRUSSO:
19      Absolutely not.
20  EXAMINATION BY MR. GIARRUSSO:
21  Q.  And so we're on the same page, I am
22  on the second page of the itemized statement.
23  The second from the bottom, sir.
24  A.  I know what I was doing.
25  Q.  What were you doing there, sir?

### Page 131

1   A.  Well, there was -- it was a place
2   where they was building a schoolhouse and we
3   had to go in there and dig the foundation to
4   put the cement.
5   Q.  Do you know what materials were used
6   to mix that cement?
7   A.  No.
8       MS. ROUSSEL:
9       Object to the form of the
10      question. He didn't say he mixed
11      cement. He said they dug --
12      THE WITNESS:
13      We were just working on the hole,
14      make the hole out. It was --
15  EXAMINATION BY MR. GIARRUSSO:
16  Q.  So I understand correctly, the only
17  thing that you were doing was digging a hole
18  --
19  A.  Digging a --
20  Q.  -- so that cement could be poured
21  in?
22  A.  Yeah. It was all marked down. All
23  you had to do was cut the line and get the
24  stuff out of there.
25  Q.  You didn't work with the cement then

### Page 132

1   yourself, did you?
2   A.  No.
3   Q.  Do you remember, and the time period
4   you were there is potentially from April to
5   June and you earned $70. Do you remember how
6   long this job lasted for?
7   A.  No.
8   Q.  Do you remember working with any
9   asbestos-related products while in the employ
10  of D. D. Pittman?
11  A.  No.
12  Q.  The next employer on your Social
13  Security itemization is Marine Exploration
14  Company. You worked there in 1948 and 1949.
15  A.  Yeah.
16  Q.  Do you remember what you did for
17  Marine Exploration Company?
18  A.  Well, we was working out there in
19  the marsh and we'd observe a crew. They would
20  put -- Let me see if I can explain it to you.
21  What they do, they go out there and they --
22  they make a line, you know, to work on and we
23  had to go out there and run some little jugs
24  down in the ground every 60 feet and then they
25  -- It wasn't like a dynamite crew. That's

### Page 133

1   how they get the profile for -- the profile
2   for the -- for the job, you know. They had a
3   -- They would have a little house right there
4   that they would mark all of that stuff on.
5   Special equipment on it.
6   Q.  Do you remember working with any
7   drilling mud as part of this job?
8   A.  No.
9   Q.  Do you know what I mean when I talk
10  about drilling mud?
11  A.  Drilling mud?
12  Q.  Yes, sir.
13  A.  Yeah, I worked with drilling mud
14  when I was working on the rig.
15  Q.  We'll talk about that in a second.
16  When you worked for Marine Exploration, did
17  you ever work around any pumps?
18  A.  No.
19  Q.  Did you work around any brake
20  shoes?
21  A.  No.
22  Q.  Did you work near the wellhead at
23  all?
24  A.  No.
25  Q.  Did you do anything with insulation

Page 134

1  on pipes?
2      A.  No.
3      Q.  Did you work with any vessels or
4  tanks?
5      A.  No.
6      Q.  Do you remember being around any
7  asbestos-related products while working at
8  Marine Exploration Company?
9      A.  No.
10     Q.  Was all of your work at Marine
11 Exploration Company confined to working in a
12 marsh?
13     A.  In the marsh, yeah.
14     Q.  The next place you worked was looks
15 like Vermilion Construction Company.  And
16 that's on the third page of your Social
17 Security itemized statement.  Do you see that,
18 sir?
19         Well, my first question is, I want
20 to make sure that you saw what Mrs. Roussel
21 was pointing out to you.  Do you see that on
22 the top of the page?
23     MS. ROUSSEL:
24         (Indicating).  And, sir, if you
25     don't recall, that's perfectly fine.

Page 135

1      THE WITNESS:
2          Huh?
3      MS. ROUSSEL:
4          I mean, you only made $92 there.
5      If you don't recall it, that's fine.
6      THE WITNESS:
7          I probably quit.  You know.  I
8      didn't --
9  EXAMINATION BY MR. GIARRUSSO:
10     Q.  Do you remember at all what type of
11 construction work you would have been doing
12 for Vermilion Construction Company?
13     A.  No.
14     Q.  Do you remember working around any
15 asbestos or asbestos-containing products at
16 Vermilion Construction Company?
17     A.  No.
18     Q.  The next employer also in 1949
19 appears to be Morgan City Canning Company.
20 Ms. Roussel's pointing that out to you.  Do
21 you remember what you did for Morgan City
22 Canning Company?
23     A.  $11.00.
24     MS. ROUSSEL:
25         You made $11.40.

Page 136

1      THE WITNESS:
2          I guess I must have quit on the
3      first day.  Never even went back for a
4      month.  I know one company for sure I
5      didn't go back and get my check.  I
6      just give it to them.
7  EXAMINATION BY MR. GIARRUSSO:
8      Q.  Do you remember working with any
9  asbestos or asbestos-related products --
10     A.  No.
11     Q.  -- at Morgan City?
12     A.  No.
13     Q.  The next one, sir, is Johns-Manville
14 Products Corporation.  Where did you work for
15 Johns-Manville?
16     MS. ROUSSEL:
17         You made $223.52.
18     THE WITNESS:
19         Yeah, I worked there three weeks,
20     then I quit.
21 EXAMINATION BY MR. GIARRUSSO:
22     Q.  You worked at Johns-Manville for
23 three weeks?
24     A.  Yeah.
25     Q.  Do you remember whether it was in

Page 137

1  January, February, or March?
2      A.  Something like that.
3      Q.  All right.  I think we talked past
4  each other there.  I know you have worked
5  either in January and February or March.  All
6  I am asking is do you remember which month
7  that you worked in?
8      A.  Which month?
9      Q.  Yes.  Whether it's January, February
10 or March.  If you don't remember, that's
11 fine.
12     A.  No, I'm going to explain -- Pig -- I
13 can't even say it.  Pig -- Pig -- I am going
14 to explain that.  That's what I wanted to
15 say.
16     Q.  If you don't remember the month,
17 that's fine, sir.  What was your job at
18 Johns-Manville?
19     A.  Johns-Manville?  Just labor work.
20 That's all.
21     Q.  Do you remember where the
22 Johns-Manville facility was located?
23     A.  Yeah.  On Fourth Street, Marrero.
24     Q.  What type of labor work were you
25 doing at Johns-Manville?

### Page 138

1  A. What kind of work I was doing?
2  Q. Yes, sir.
3  A. I don't remember right off the bat.
4  Q. Do you remember what type of
5  products you were working with at
6  Johns-Manville?
7  A. Johns-Manville products. That's
8  that stuff that's got that cancer in it, too.
9  Q. That stuff has asbestos in it?
10 A. I think so. I don't know. Might
11 have shouldn't have said that.
12 Q. Do you remember, sir, what the
13 product --
14    MS. ROUSSEL:
15    What? He's trying -- I'm sorry.
16    Do you need a break? Is that what
17    you're saying?
18    THE WITNESS:
19    Yeah. I need a break.
20    MR. GIARRUSSO:
21    Yes, sir.
22    MS. BOWLIN:
23    Take a break then.
24    VIDEO OPERATOR:
25    Off record.

### Page 139

1  (Recess.)
2  VIDEO OPERATOR:
3    We're back on record.
4  EXAMINATION BY MR. GIARRUSSO:
5  Q. Mr. Dupre, it's 2:20. We're back on
6  the record. Please let us know again if you
7  need another break. We're happy to help you
8  out and accommodate if you want.
9  A. Thank you.
10 Q. We were talking about your
11 employment now, in 1950 at Johns-Manville
12 before we stopped last time. Do you remember
13 what type of materials you worked around at
14 Johns-Manville?
15 A. They was making some pipe. And what
16 they would do, when they made a pipe, they had
17 a special board; and when it was soft, they
18 stick it in there and they kind of turn it
19 around and flat so it would make a flat
20 board. And I know where they was using that
21 stuff. They was using it in the wall. Wall
22 furnace.
23 Q. Did that board have asbestos
24 particles in it?
25 A. Huh?

### Page 140

1  Q. Did that board that was being made
2  have asbestos particles in it?
3  A. No. They would pull it out. They
4  would put the board, open it up.
5  Q. Did you work around dust at
6  Johns-Manville?
7  A. Not too much. A little bit.
8  Q. Were you provided any respirators or
9  masks at --
10 A. No.
11 Q. Was all of your time at
12 Johns-Manville spent with working around this
13 board that you were making?
14 A. That's all.
15 Q. I am not familiar with the board, so
16 I want to know, what color was it?
17 A. Color?
18 Q. Yes, sir.
19 A. The same color as cement. When it's
20 wet.
21 Q. Did you have any safety meetings at
22 Johns-Manville?
23 A. Huh?
24 Q. Did you have any safety meetings at
25 Johns-Manville?

### Page 141

1  A. No. I didn't work that long. I
2  worked there three weeks.
3  Q. Understood.
4  A. And I quit.
5  Q. Did they give you any sort of
6  clothes that you were to wear there?
7  A. No.
8  Q. Do you remember any of the names of
9  the co-workers that you worked with?
10 A. No.
11 Q. I'm sorry to do this, but I am going
12 to jump back to Todd for just one second. Do
13 you remember the name of your supervisor or
14 foreman at Todd?
15 A. No.
16 Q. Do you remember the name of your
17 supervisor or foreman at Johns-Manville?
18 A. No.
19 Q. Were you ever called upon to work on
20 insulating the pipes at Johns-Manville?
21 A. No.
22 Q. How far away was Johns-Manville from
23 the home you were living in in 1950?
24 A. I would say two miles. Maybe more
25 or less. I don't know. I never did measure

### Page 142

1  it. I could have measured it with my car, but
2  I didn't.
3     Q.  Was your work for Johns-Manville
4  inside or outside?
5     A.  Inside.
6     Q.  Was it ventilated in there?
7     A.  Yeah.
8     Q.  All of your work was inside, sir?
9     A.  Inside, yeah.
10    Q.  Why did you only stay there for
11 three weeks?
12    A.  Well, I had got laid off and then I
13 went to work at the plant next door.
14    Q.  Was the plant next door the Celotex
15 plant?
16    A.  Huh?
17    Q.  Was the plant next door the Celotex
18 plant?
19    A.  No. Celotex? Yeah.
20    Q.  What did you do at Celotex?
21    A.  I handled some boxes and boards.
22 Stuff like that. Over there, labor work.
23    Q.  I'm going to go back for one second
24 to Johns-Manville. Did you work around any
25 special crafts, whether pipefitters or

### Page 143

1  mechanics, --
2     A.  No.
3     Q.  -- at Johns-Manville?
4     A.  I didn't do it. I didn't have to.
5     Q.  When you worked --
6     A.  Or I didn't have -- I didn't have
7  none to work with.
8     Q.  When you worked at Celotex, did you
9  work around any tile that the corporation
10 made?
11    A.  Celotex? I didn't -- I put the
12 boards together in big piles and bundles when
13 they come out of the mill, stacking it up on a
14 pallet. Put so many on one pallet and then on
15 the stack and then offset it and put another
16 one.
17    Q.  Was there dust created when you were
18 putting the boards on top of each other?
19    A.  A little bit. Not much.
20    Q.  Do you know what materials were used
21 to make the boards?
22    A.  That sugar cane fiber.
23    Q.  Besides sugar cane fiber, are you
24 aware of anything else?
25    A.  That's all I know of.

### Page 144

1     Q.  Did you work inside, sir?
2     A.  Inside, yeah.
3     Q.  Was all of your work inside when you
4  worked at Celotex?
5     A.  Yeah.
6     Q.  Was your work at Celotex confined to
7  handling boxes and boards?
8     A.  Sometimes.
9     Q.  Did you do anything else other than
10 -- That's what I am getting at. Did you do
11 anything else other than working with --
12    A.  No.
13    Q.  -- boxes and boards?
14    A.  No.
15    Q.  Were you involved at all with the
16 manufacturing or the making of these boxes or
17 boards?
18    A.  No.
19    Q.  Your job was to stack the boxes and
20 boards?
21    A.  Do what?
22    Q.  Your job was to stack the boxes and
23 boards?
24    A.  Stack the boxes on the pallet.
25    Q.  You worked at Celotex for roughly

### Page 145

1  ten years, sir.
2     A.  I did?
3     Q.  Did you have any safety meetings
4  there?
5     A.  Not that I know of.
6     Q.  Did anybody at Celotex tell you
7  there was a risk of working with the boards
8  and the boxes?
9     A.  No.
10    Q.  Did anybody at Johns-Manville tell
11 you there was a risk working with the
12 materials you worked with there?
13    A.  No.
14    Q.  Were you given any face masks or
15 respirators while working at Celotex?
16    A.  No.
17    Q.  Did you ask anybody at Celotex what
18 materials you were working with?
19    A.  No.
20    Q.  Did you ask anybody at
21 Johns-Manville about the materials you were
22 working with?
23    A.  No.
24    Q.  Do you remember discussing the
25 materials you were working with with any of

Page 146

1  your co-workers at Johns-Manville?
2  A. No.
3  Q. Do you remember discussing with any
4  of your co-workers at Celotex the materials
5  you were working with?
6  A. No.
7  Q. Did you work around any boilers at
8  Celotex?
9  A. No.
10 Q. Did you work around any pipes at
11 Celotex?
12 A. No.
13 Q. Did you work around any tanks at
14 Celotex?
15 A. No.
16 Q. Did you work with any welding rods
17 at Celotex?
18 A. No.
19 Q. Did you work with any gaskets at
20 Celotex?
21 A. No.
22 Q. Did you work with any Garlocks at
23 Celotex?
24 A. No.
25 Q. Did Celotex provide you with any of

Page 147

1  your own clothes?
2  A. No.
3  Q. Did you have any showers at Celotex?
4  A. No.
5  Q. Did you have any showers at
6  Johns-Manville?
7  A. No.
8  Q. Did you have any showers at Todd?
9  A. No.
10 Q. Did you ever see at Johns-Manville
11 any labels on any of the containers you were
12 working with?
13 A. No.
14 Q. Did you ever see any warnings on any
15 of the containers you were working with at
16 Johns-Manville?
17 A. No.
18 Q. Did you ever see any labels on any
19 of the containers you were working with at
20 Celotex?
21 A. No.
22 Q. Did you ever see any warnings on the
23 boxes or boards you were working with at
24 Celotex?
25 A. No.

Page 148

1  Q. Do you remember any your co-workers
2  at Celotex?
3  A. No.
4  Q. Do you remember the name of your
5  supervisor or supervisors at Celotex?
6  A. No.
7  Q. Did Celotex have a Safety Department
8  while you worked there?
9  A. A what?
10 Q. A Safety Department?
11 A. Yes.
12 Q. Do you remember the person who ran
13 that Safety Department?
14 A. No.
15 Q. Did you ever come into contact at
16 all with the person or persons who were in the
17 Safety Department --
18 A. No.
19 Q. -- when you worked at Celotex?
20 A. No.
21 Q. Did Johns-Manville have a Safety
22 Department?
23 A. I don't know about that.
24 Q. Do you ever remember complaining to
25 anybody about the dust that you worked with at

Page 149

1  Celotex?
2  A. No.
3  Q. Do you remember complaining to
4  anybody about the dust that you worked around
5  at Johns-Manville?
6  A. No.
7  Q. Do you remember when you worked at
8  Celotex that there would be particles on your
9  clothes?
10    MS. ROUSSEL:
11      I object to the form of the
12    question and also object to the
13    relevancy. He said it was sugar cane
14    fiber, or better known as bagasse.
15 EXAMINATION BY MR. GIARRUSSO:
16 Q. You can answer the question, sir.
17 A. No, I don't remember.
18 Q. Do you remember -- Did you have any
19 particles on your clothes at the end of the
20 day when you went home from Johns-Manville?
21 A. Yes, I had some.
22 Q. Did you have any -- Do you remember
23 what those particles looked like at
24 Johns-Manville?
25 A. Yeah.

Page 150

1  Q. What did they look like?
2  A. All looking -- white looking.
3  Q. Did they look like -- they were
4  white looking, but can you be a little more
5  descriptive than that? I don't want to put
6  words in your mouth.
7  A. Uh-huh (affirmatively). Okay.
8  Q. My question is, I wanted a
9  description of the white things that were on
10 your clothes when you came home from
11 Johns-Manville, sir, please.
12     MS. ROUSSEL:
13         I object to the form of the
14     question.
15     THE WITNESS:
16         Oh, well, I didn't worry about
17     it. Just like throw it in the wash.
18 EXAMINATION BY MR. GIARRUSSO:
19 Q. But my question is, what did it look
20 like?
21 A. What it looked like? It was sort of
22 looking -- dirty looking. Dirty looking
23 white. Put it that way.
24 Q. Sir, you were at Celotex for about
25 ten years. Is that right?

Page 151

1  A. Ten years?
2  Q. Yes, sir. From 1950 to 1960?
3  A. Yeah.
4  Q. How far was the Celotex facility
5  from your house?
6  A. I guess about three miles.
7  Q. Why did you leave Celotex in 1960?
8  A. Why?
9  Q. Yes, sir. Why?
10 A. Why I did what?
11 Q. Why did you leave Celotex after
12 working there for ten years?
13 A. Why I left? What year?
14 Q. 1960.
15 A. 1950?
16 Q. '60.
17 A. '60?
18 Q. Yes, sir.
19 A. I think I was laid off. I know I
20 was laid off one time.
21 Q. For the ten years that you worked at
22 Celotex, you were only employed there as a
23 laborer?
24 A. Yeah.
25 Q. You didn't work in any craft or as

Page 152

1  an apprentice in any craft?
2  A. No.
3  Q. All right, sir. We're going to move
4  along. It looks like you spent a brief stint
5  at Brown's Velvet in 1952.
6      MS. ROUSSEL:
7          Okay. Again, would you like me
8      to show him his itemized statement?
9      MR. GIARRUSSO:
10         Yes.
11     MS. ROUSSEL:
12         Okay. Do you have a question?
13 EXAMINATION BY MR. GIARRUSSO:
14 Q. Yes. I want to know at Brown's
15 Velvet what you did there.
16 A. I was working putting the ice cream
17 after they was in the box and moving it to
18 another -- another side of the building and we
19 would put it in the freezer.
20 Q. Did you work around asbestos or any
21 asbestos-containing materials as far as you
22 know at Brown's Velvet?
23 A. Yeah. When I was working at Celotex
24 I got laid off and that's where I went to
25 work. Yes.

Page 153

1      MS. ROUSSEL:
2          He didn't hear your question.
3  EXAMINATION BY MR. GIARRUSSO:
4  Q. My question, sir, was in 1952 when
5  you worked at Brown's Velvet, did you work
6  around any asbestos or asbestos-containing
7  materials?
8  A. No.
9  Q. I am going to jump back really
10 quickly to Celotex. The boxes that you worked
11 around at Celotex, what were those used for,
12 sir?
13 A. The boxes?
14 Q. Yes, sir.
15 A. They put the board in it.
16 Q. We're going to go forward now to
17 1961 when you worked for a company called
18 Rover, Inc. Do you see what Ms. Roussel is
19 pointing out to you?
20 A. Rover?
21 Q. Rover, Inc.
22     MS. ROUSSEL:
23         $104.62.
24     THE WITNESS:
25         Yeah. I quit when I worked

**Page 154**

1 there.
2 EXAMINATION BY MR. GIARRUSSO:
3     Q.  Do you remember what your line of
4 work was for Rover?
5     A.  Yeah.  It wasn't no good so I quit.
6     Q.  I understood it wasn't good, but I
7 just want to know generically what were you
8 doing there.
9     A.  I don't know.  One day I didn't like
10 it, I got to go.
11    Q.  I appreciate that, sir.  All I am
12 asking is, were you doing construction work
13 for them, were you working in a grocery
14 store?  I just want to know what you were
15 doing.  This would have been right after your
16 employment with Celotex ended.
17    A.  Rover.  I don't remember what Rover
18 was doing.
19    Q.  Do you remember working with any
20 asbestos or asbestos-containing --
21    A.  No.
22    Q.  -- materials at Rover?
23    A.  No.  I don't recall.  I don't know
24 what it was.  That's when I was working on the
25 rig.

**Page 155**

1     Q.  All right.  It looks like the next
2 place you went to work, Mr. Dupre, was Sea
3 Drilling Corporation.
4     A.  Right.
5     Q.  What did you do for Sea Drilling
6 Corporation?
7     A.  Huh?
8     Q.  What did you do for Sea Drilling
9 Corporation?
10    A.  Worked manual labor.  Unload the
11 boats, stuff like that.
12    Q.  Were you doing your work onshore or
13 offshore?
14    A.  Sometimes it was in the boat.
15 Sometimes it was onshore.
16    Q.  What kind of boats did you work on?
17    A.  Them big old -- I don't know how to
18 describe the boat.  It was a big boat that
19 carries pipes and other stuff to the rig.
20    Q.  You worked on a supply boat?
21    A.  Supply boat.
22    Q.  Did this supply boat contain
23 materials with asbestos or parts of asbestos
24 as far as you know?
25    A.  No, they wasn't asbestos.  It was

**Page 156**

1 just pipes and bags of material to mix mud
2 with.  That's all they bring to the rig.
3     Q.  Were those pipes insulated?
4     A.  No.
5     Q.  Do you know what was in those bags
6 to make mud with?
7     A.  All I know, it was mud.  It was
8 mud.  They mixed it together in the hopper and
9 use it.  Drill with it.
10    Q.  Did you work with any of that mud
11 when you worked on the supply boats?
12    A.  Not on the boat.  I worked up there
13 on the rig.
14    Q.  Did you work --
15    MS. ROUSSEL:
16        He's talking about at Sea
17 Drilling when you were unloading
18 supply boats.  He's limiting his
19 questions right now to Sea Drilling,
20 '61 to '67.  Okay?  And listen to his
21 question --
22    THE WITNESS:
23        Yeah.
24    MS. ROUSSEL:
25        -- and answer what he's asking

**Page 157**

1 you.
2     THE WITNESS:
3         Yeah.
4 EXAMINATION BY MR. GIARRUSSO:
5     Q.  We'll try to make this easy.  Did
6 you work on a rig at all when you worked for
7 Sea Drilling Corporation?
8     A.  On a rig?  No.
9     Q.  We'll come back in a minute when you
10 tell me about the rig and your subsequent
11 employment.  All I am asking is, did you work
12 with the drilling mud at all when you worked
13 on the supply boats that Sea Drilling
14 Corporation ran?
15    A.  Well, when they bring the bags of
16 mud on the boat -- I mean on the rig, they got
17 to mix it to drill with.
18    Q.  But were you involved in all of that
19 process of mixing once it got on the rig?
20    A.  No.  They had other guys that was
21 doing that.
22    Q.  All you did was --
23    A.  Unload the boat.
24    Q.  That's exactly what I was going
25 for.  Thank you, sir, for helping me.