**Why did you leave Sea Drilling in 1967?**
A. Why I leave? Why I left. I don't know.
**Q. What work did you do for Sea Drilling that was onshore?**
A. Onshore? I didn't do nothing onshore.
**Q. I'm sorry, I just want to make sure we're clear. I thought you told me some of your work --**
A. I was getting some stuff for Sea Drilling on the boat up to the rig.
**Q. But I may have misunderstood you. I thought you told me that when you worked at Sea Drilling some of your work was onshore and some of your work was offshore.**
A. No, no. Well, you saw them do that already. You saw it yourself. They put the boat by the rig and they send a man down there to hook up and then pick it up. That was it.
**Q. I'm with you, sir. The only thing I am getting at is when you worked for Sea Drilling Corporation, did you do any work onshore aside from the supply boat and the**

**rig?**
A. No.
**Q. The next place you worked -- Before I move to the next place, I'm sorry, did you have any masks or respirators that you worked with --**
A. No.
**Q. -- at Sea Drilling?**
A. No.
**Q. Did you have any special clothing that you worked with at Sea Drilling?**
A. No.
**Q. The clothes that you did have, did they have any particles on them --**
A. No.
**Q. -- or materials on them after you --**
A. We didn't worry about that. We just went back home like we was.
**Q. But do you remember your clothes having any materials on them when you went back home?**
A. Yeah, some of them was dirty. Some of them wasn't.
**Q. What did those particles or materials look like on your clothes?**

A. Just depends if they was caustic soda, we wouldn't use that, you know. Put it in the trash bins. You know. They would bring -- They used caustic soda on the rig at times.
**Q. Outside of the soda, what else would get on your clothes?**
A. I don't know.
**Q. Looks like the next place you worked was Transocean Offshore from 1967 to 1970. Do you see that as your Counsel is pointing out to you?**
A. Transocean Offshore. I guess I was doing the same kind of work.
**Q. Were you working on a supply boat or were you working on a rig?**
A. On a rig and on a -- on a boat.
**Q. So to make sure I am clear, Transocean Offshore, you were working both on a boat and on a rig?**
A. Yeah.
**Q. Did you work with drilling mud at Transocean when you were either on the boat or on the rig?**
A. Right.

**Q. Did you work with drilling mud on the boat?**
A. Drilling mud on the boat.
**Q. While working for Transocean -- All of my questions right now, sir, are going to be confined to Transocean and then I will move to a new employer. Did you work with drilling mud at all at Transocean?**
A. The dry mud when I was working with it. Not the wet mud.
**Q. You worked with wet mud?**
A. No. Wet mud would come in the tanks and they pump it out if they need some.
**Q. Was anything mixed with that mud?**
A. It's already mixed.
**Q. What was it mixed with?**
A. Chemicals.
**Q. Do you know what kind of chemical?**
A. Well, the same thing that they use to make mud.
MS. ROUSSEL:
Let me object to the relevancy, because he said he didn't work with the drilling mud. He worked with dry mud. So I am objecting to the

relevance.
THE WITNESS:
I would guess working to unload the boat.
EXAMINATION BY MR. GIARRUSSO:
**Q. After the mud was dry, did they mix it with any liquid?**
A. No.
**Q. Did you work with any drilling mud on the rig for Transocean?**
A. No.
**Q. Did you work with any dry mud on the rig for Transocean?**
A. No.
**Q. Do you remember the name of any of the boats that you worked on for Transocean?**
A. No.
**Q. Do you remember the name of any of the rig or rigs that you worked on for Transocean?**
A. No.
**Q. Do you remember the name of the supply boats that you worked on for Sea Drilling?**
A. No.

**Q. Do you remember what type of boats you worked on for Transocean?**
A. No.
**Q. Was the rig that you worked on for Transocean in the Gulf of Mexico?**
A. Yeah.
**Q. Do you remember -- I'm going to ask you, do you remember what block it was in?**
A. Block?
**Q. Yes. Do you remember, for example, was it in Green Island or Vermilion Bay?**
A. No.
**Q. You don't know?**
A. Don't know.
**Q. How much of your work was divided between working on a boat as opposed to working on a rig at Transocean?**
A. Run that by again.
**Q. Sure. How was your time divided at Transocean between working on a boat versus working on the rig?**
A. Well, I mean, what you -- Let me see if I understand what you're saying. I would go -- I got on the boat and hook up to a load of pallets with some mud and bring it on the

rig. That's what you want?
**Q. No, sir, I don't want you to say anything. I just want to get your testimony about what you were doing.**
**MS. ROUSSEL:**
**Let me object to your characterization. He's asking you to clarify your question. He wants to know if that's what you're trying to ask him.**
**MR. GIARRUSSO:**
**Well, I am just trying to say to the man, I just want your testimony, not trying to get him to say anything. That's the only point I was clarifying.**
**EXAMINATION BY MR. GIARRUSSO:**
**Q. All I am asking you, sir, is, you told me that you worked on both rigs and vessels at Transocean.**
A. Yeah.
**Q. Right?**
A. Yeah.
**Q. All right. Can you tell me percentage-wise, and I will give you an**

**example, I am not saying this is correct, did you work 50 percent of the time on the vessel and 50 percent of the time on the rig?**
A. That depends. They come in with a load of mud on pallets, let's say I'm down there to hook it up with the crane and pick it up and set it on the rig. That was part of my job. And then when that was finished, the boat would take off.
**Q. You would take off with the boat?**
A. No.
**Q. You would stay on the rig?**
A. I stayed on the rig. You ought to know that. You probably done it yourself. Huh? You want to talk about it, but that's up to you.
**Q. Did you wear any mask while working on the vessel or on the rig?**
A. No.
**Q. I assume all of your work at Transocean, both on the vessel and the rig, was outside. Is that right?**
A. Uh-huh (affirmatively).
**Q. I'm sorry, is that a "yes"?**
A. Yes.

**Q. Why did you leave Transocean in 1970?**
A. Huh?
**Q. Why did you leave Transocean in 1970?**
A. Why?
**Q. Yes, sir.**
A. I don't know. I don't remember what happened then.
**Q. We're getting close to the end, sir. It looks like the next employer was Walker-Huthnance Offshore Workover.**
A. Walker-Huthnance. Yeah.
MS. ROUSSEL:
Wait for his question.
Do you have a question?
MR. GIARRUSSO:
Well, I am just making sure he's there. Yes, I have a question.
THE WITNESS:
That's the kind of thing you have on the bottom one. Getting mud off the boat and bring it on the rig.
EXAMINATION BY MR. GIARRUSSO:
**Q. So the work that you were doing for**

**Walker was the same as the work you were doing for Transocean?**
A. Yes.
**Q. Did you work with drilling pipe a lot?**
A. The same work.
**Q. Did you work with drying mud at all at Walker?**
A. Never did work with drilling mud, but they had some in sacks we had to mix.
**Q. So there were sacks that were around you while you worked?**
A. A brown sack of mud. And we will mix it up in the tank.
**Q. So you had to mix the drilling mud in the tank when you worked at Walker.**
A. Yeah. When they need to fill up the mud.
**Q. Did the mixing of the drilling mud occur on a vessel or on the rig?**
A. On the rig.
**Q. Was the rig in the Gulf of Mexico?**
A. No. I don't know where the rig was --
**Q. Do you remember the name --**

A. -- at that time.
**Q. I'm sorry, sir, for interrupting you. Do you know the name of the rig?**
A. No.
**Q. Were you given any protective clothing to wear on --**
A. Not at all.
**Q. All right. I'm sorry, let me finish my question, sir. Were you given any special or protective clothing to wear while working with the drilling mud?**
A. No.
**Q. Were you given a mask to wear?**
A. No.
**Q. Did anybody tell you about any problems of working with drilling mud?**
A. No.
**Q. Do you know what was used to make the drilling mud?**
A. No.
**Q. Did you have particles on your clothing after you finished working with the drilling mud?**
A. Might have had some.
**Q. What did that look like? I'm**

**sorry. What did that look like, sir?**
A. Dirty looking.
**Q. Do you remember seeing anything white or any fibers on your clothing?**
A. No.
**Q. Do you remember seeing the labels of any of the materials that were used to make the drilling mud?**
A. No.
**Q. Was the --**
A. Is that my bottle of water right there?
MS. ROUSSEL:
Yes.
THE WITNESS:
I need some water.
MS. ROUSSEL:
Let's go off the record for just a second.
VIDEO OPERATOR:
Off record.
(Recess.)
VIDEO OPERATOR:
We're back on record.
EXAMINATION BY MR. GIARRUSSO:

**Q. When you were making the drilling mud for Walker, was that done outside?**
A. Yeah.
**Q. Do you remember what type of tank the drilling mud was mixed in?**
A. It was a big old tank.
**Q. Do you happen to know the manufacturer of that tank?**
A. It was -- It was a tank was on the rig. So put water in just like we want to mix a batch of donuts or something. You put water and you put stuff in it and mix it.
**Q. Put mud in there? Is that right?**
A. Huh?
**Q. You put mud in the tank?**
A. Yeah.
**Q. Was there anything else that was added to the tank besides the water and the mud?**
A. Whatever it needs. Somebody on the rig knew what to put in.
**Q. But that person wasn't you?**
A. Huh?
**Q. That person wasn't you?**
A. No.

**Q. Were you around when that person would add whatever other product needed to be put in the tank?**
A. Uh-huh (affirmatively).
**Q. I'm sorry, is that "yes", sir?**
A. Yes.
**Q. Do you remember there being any dust when that other material was added to the mud?**
A. We had some dust when we -- that we -- The stuff was in a bag. You know, when you shake that stuff in the -- and they had dust all over the place.
**Q. Nobody told you what was in those bags?**
A. No.
**Q. Were there any warning labels on those bags?**
A. No warning.
**Q. Was there any cautions on those bags?**
A. No.
**Q. Do you remember the name --**
A. If it was caustic, I knew what it was.
**Q. Were there any names on the bags as**

**in who was providing the bags?**
A. They had a name on each bag telling you what they had in there, but if it was caustic, it was very particular about that when they went to use it, because that stuff will eat you up.
**Q. Outside of caustic, do you remember any of the names that were on the bags?**
A. No.
**Q. Was that your regular work at Walker, to mix the mud and the water and the other materials in the tank on the rig?**
A. It was what?
**Q. Was that your regular work at Walker?**
A. Yeah. If it had -- If they needed to make some mud, yeah.
**Q. Do you know how much of your time was spent making drilling mud while working at Walker?**
A. I don't know.
**Q. Was it most of the time?**
A. Huh?
MS. ROUSSEL:
I object to the form of the

question.
EXAMINATION BY MR. GIARRUSSO:
**Q. You can answer, sir. Was it most of the time on the rig was spent making the drilling mud?**
A. It wasn't all the time. At times we did it.
**Q. Who directed you to make the drilling mud?**
A. Huh?
**Q. Who --**
A. My boss.
**Q. Do you remember your boss's name?**
A. No.
**Q. Do you remember any of your co-workers' names?**
A. No.
**Q. Did you ever work near any wellheads at Walker?**
A. Wellheads?
**Q. Yes, sir.**
A. I never did work on wellheads.
**Q. I think you told me --**
A. I don't know what you talking about.
**Q. Fair enough. Did you work near any**

**wellheads when you worked on the rigs for Transocean?**
A. No.
**Q. Did you work near any pipes at Transocean?**
A. No.
**Q. Did you work on any vessels at Transocean?**
A. No.
**Q. Did you work on any tanks at Transocean?**
A. No.
**Q. Did you work on any pumps at Transocean?**
A. No.
**Q. Did you work on or with any packing at Transocean?**
A. No.
**Q. Did you work on any brake shoes at Transocean?**
A. No.
**Q. I am going to ask you the same questions now for Walker. Did you work with any pumps at Walker?**
A. No.

**Q. Did you work with any packing at Walker?**
A. No.
**Q. Did you work with any brake shoes at Walker?**
A. No.
**Q. You already told me about the wellhead, so I will skip that. Did you work on any insulation on pipes at Walker?**
A. No.
**Q. Did you work on any vessels at Walker?**
A. No.
**Q. Did you work on any tanks at Walker?**
A. No.
**Q. Did you have safety meetings at Walker?**
A. Sometimes.
**Q. Who conducted those safety meetings?**
A. I don't know.
**Q. What did you discuss at those safety meetings?**
A. Sometimes they would tell you, sometimes they don't.
**Q. What would they tell you at those**

**safety meetings?**
A. Huh?
**Q. What would they tell you, sir, at those safety meetings?**
A. They will tell you to go see the meeting.
**Q. But what were the topics discussed at the safety meetings?**
A. The topics? Talk about safety.
**Q. Did they ever tell you about the materials that you were mixing to make the drilling mud at the safety meetings?**
A. Yeah.
**Q. What did they tell you?**
A. What did they tell me?
**Q. Yes, sir.**
A. I don't know. What they need to tell me.
**Q. You can't remember as you sit here today?**
A. No.
**Q. It looks like you worked --**
A. I am not that smart. I don't have all of that stuck in my head.
**Q. I know it's hard because I am asking**

**you questions from things that occurred 40 years ago, but I am going to try --**
**MS. ROUSSEL:**
**Do you have a question?**
**MR. GIARRUSSO:**
**I am just trying to go through the material. That's all I am trying to do.**
**MS. ROUSSEL:**
**Okay.**
**EXAMINATION BY MR. GIARRUSSO:**
**Q. Sir, you worked at Walker from 1970 through 1975. Why did you quit Walker in 1975?**
A. What about it?
**Q. Why did you quit Walker in 1975?**
A. I don't know. Maybe decided to quit.
**Q. From all of the employers we have talked about, have you ever been fired from any of your jobs?**
A. No.
**Q. The next company on the list, albeit a little bit out of order, is J. L. Richardson, Incorporated, where you worked in**

1970. What did you do for them?
A. I don't know what I did.
Q. Do you remember where you worked for J. L. Richardson?
A. I don't know what I was doing.
Q. Do you know if you worked with or around any asbestos or asbestos-containing materials at J. L. Richardson?
MS. ROUSSEL:
He said he doesn't remember the job.
MR. GIARRUSSO:
Just asking him a question. If he doesn't remember, that's fine.
MS. ROUSSEL:
Do you have another question?
THE WITNESS:
I don't know.
MS. ROUSSEL:
He just said he doesn't remember that job.
MR. GIARRUSSO:
I don't think I have an answer to my question. That is all I want and then I will move on to the next

topic.
THE WITNESS:
I don't know where it come from. I mean, I see the company, but I don't know anything about it.
EXAMINATION BY MR. GIARRUSSO:
Q. Sir, the only thing I want you to answer, and I will move on to the next topic, is do you remember working with any asbestos or asbestos-containing materials at J. L. Richardson?
MS. ROUSSEL:
He's said he does not even remember that job.
MR. GIARRUSSO:
I just want him to testify.
MS. ROUSSEL:
He's testified to that two or three times already. How many more times would you like him to say it?
MR. GIARRUSSO:
I would like him to answer my question and then I'll move on to the next topic.
MS. ROUSSEL:

Sir, do you remember working at J. L. Richardson, Incorporated?
MR. GUIDRY:
Objection, asked and answered.
THE WITNESS:
Huh?
MS. ROUSSEL:
Do you remember working at J. L. Richardson, Incorporated?
THE WITNESS:
No.
MS. ROUSSEL:
Okay.
EXAMINATION BY MR. GIARRUSSO:
Q. You don't remember any of the materials that you worked with at J. L. Richardson?
A. I didn't -- I don't.
Q. Fair enough. Thank you, sir. All right. The last one, as far as I can tell on your Social Security itemized statement, is Atlantic-Pacific Marine Corporation. You worked there from 1975 through 1986. What did you do for Atlantic-Pacific Marine Corporation?

A. We were working on the rig doing whatever they needed me to do. Labor work.
Q. Did that include mixing drilling muds?
A. Stuff like that. Unload mud.
Q. Did you do the same thing at Atlantic-Pacific as you did at Walker, mixing the mud in the tank with water and other materials?
A. Yeah, in the tank, yeah.
Q. Do you know what materials were placed into that drilling mud?
A. What's that?
Q. Do you know what materials were placed into that drilling mud that you were making at Atlantic-Pacific?
A. I don't know.
Q. Do you know how much of your time was spent making drilling mud while working for Atlantic-Pacific?
A. I don't know.
Q. Sir, do you remember the name of any of your co-workers on the Atlantic-Pacific rig?
A. No.

**Q. You don't remember the rig name or where it was located, do you?**
A. No.
**Q. Do you remember any of your co-workers at Walker?**
A. No.
**Q. Do you remember your supervisor's name at Atlantic-Pacific?**
A. No.
**Q. I am going to ask you something a little bit differently about Atlantic-Pacific. In 1975 to '76 and '77, there are dollar amounts listed almost by every quarter except for 1975. But in 1978 through 1986, there are no dollar amounts listed. Do you know why that is?**
A. No.
**Q. Were you given any special equipment to work with in mixing the drilling muds at Atlantic-Pacific?**
A. No.
**Q. Were you given any clothing that you were supposed to wear at Atlantic-Pacific?**
A. No.
**Q. Were you given any respirators or**

**masks at Atlantic-Pacific?**
A. No respirator.
**Q. Was all of your work outside at Atlantic-Pacific on the rig?**
A. No.
**Q. You worked inside?**
A. Well, it depends on where the tank was.
**Q. Was the tank inside on --**
A. Some of them was on inside, some of them was out.
**Q. Do you remember which years you worked on tanks that were inside?**
A. No.
**Q. The tanks that you worked on inside, did those rooms have ventilation?**
A. I don't know.
**Q. Did anybody at Atlantic-Pacific ever tell you that there are any issues with the materials you were using to make the drilling mud?**
A. No.
**Q. Do you know if any of your co-workers at any of the places of employment we have talked about have suffered with**

**mesothelioma?**
A. Sir?
**Q. Do you know if any of your co-workers at all the places that we have talked about have suffered with mesothelioma?**
A. No. Never heard of none of them.
**Q. When did you first become aware of the health risks associated with asbestos exposure?**
A. When?
**Q. Yes, sir.**
A. I don't know, about -- I think it was last year, wasn't it? I don't remember.
**Q. You left Atlantic-Pacific in 19- --**
A. Is that --
**Q. Sir, I'm sorry.**
**MS. ROUSSEL:**
**His wife takes him to all of his doctors' appointments and handles his medication, so that's why he is trying to ask her when they first went to the doctor.**
**MR. GIARRUSSO:**
**I understand, but I am just not trying to interpose the wife into the**

**deposition.**
**MS. ROUSSEL:**
**I hear you. I just wanted to explain to you why he's looking to his wife as to the first day they went to the doctor.**
**MR. GIARRUSSO:**
**I appreciate that. Thank you.**
**EXAMINATION BY MR. GIARRUSSO:**
**Q. Sir, in 1986 you left Atlantic-Pacific. Why did you leave in 1986?**
A. Why I left?
**Q. Yes, sir.**
A. I don't have the slightest idea.
**Q. Did you retire from Atlantic-Pacific?**
A. 1960.
MR. GUIDRY:
1986, sir.
MR. ZIFFER:
'86, sir.
THE WITNESS:
I don't know. Maybe I quit. Ain't no telling. But I don't know by looking at that.

MS. ROUSSEL:
Okay. Are you through with the itemized statement now?
MR. GIARRUSSO:
I just want to ask one more series of questions, but I am going to ask each one out loud so I don't know that he has to follow along, but he's welcome to have it in front of him.
EXAMINATION BY MR. GIARRUSSO:
**Q. Sir, do you have any evidence that anyone at Atlantic-Pacific intended or desired to hurt you?**
A. No.
**Q. Do you have any evidence that anyone at Walker intended or desired to hurt you?**
A. No.
**Q. Do you have any evidence that anyone at Transocean intended or desired to hurt you?**
A. No.
**Q. Do you have any evidence that anyone at Sea Drilling intended or desired to hurt you?**
A. No.
**Q. Do you have any evidence that anyone**

**at Rover intended or desired to hurt you?**
A. No.
**Q. Do you have any evidence that anyone at Brown's Velvet intended or desired to hurt you?**
A. No.
**Q. Do you have any evidence that anyone at Celotex intended or desired to hurt you?**
A. No.
**Q. Do you have any evidence that anyone at Johns-Manville intended or desired to hurt you?**
A. No.
**Q. Do you have any evidence that anyone at Morgan City Canning Company intended or desired to hurt you?**
A. No.
**Q. Do you have any evidence that anyone at Vermilion Construction Company intended or desired to hurt you?**
A. No.
**Q. Do you have any evidence that anyone at Marine Exploration Company intended or desired to hurt you?**
A. No.

**Q. Do you have any evidence that anyone at D. D. Pittman intended or desired to hurt you?**
A. No.
**Q. Do you have any evidence that anyone at Todd Johnson intended or desired to hurt you?**
A. No.
**Q. Do you have any evidence that anyone at Schafer/Sims Packing Company intended or desired to hurt you?**
A. No.
**Q. Do you have any evidence that S. C. Sugar Company intended or desired to hurt you?**
A. No.
**Q. Do you have any evidence that anyone at Morgan City Packing Company intended or desired to hurt you?**
A. No.
**Q. Do you have any evidence that anyone at Indian Ridge Canning or Shrimp Company intended or desired to hurt you?**
A. No.
MR. GIARRUSSO:
Sir, I appreciate your patience.

I think I'm done right now. I may have some follow-ups after the other people ask their questions. Thank you very much.
MS. ROUSSEL:
Okay. We're going to take a short break.
VIDEO OPERATOR:
Off record.
(Recess.)
VIDEO OPERATOR:
This is the beginning of tape 4. We're back on record.
EXAMINATION BY MR. GUIDRY:
**Q. Mr. Dupre, I'm James Guidry. I am just going to have -- I am going to go as fast as I can, or at least be as fast as I can.**
A. Okay.
**Q. So if I ask a question and you don't understand it, just let me know. Okay?**
A. All right.
**Q. And if you need a break at any point, you let me know. Okay?**
A. All right.
**Q. All right. A little -- Well, a good**

**bit earlier, at the start of your deposition when you were talking to Miss Roussel, you mentioned seeing a company called Eagle Asbestos insulators working at Todd Johnson. Do you remember that testimony, sir?**
A. No, I don't remember.
**Q. Okay. Well, did you see a company called Eagle Asbestos with insulators at Todd Johnson?**
A. No.
**Q. You also mentioned seeing some boxes with the name Eagle Asbestos on it at Todd Johnson. Do you remember seeing boxes with the name Eagle Asbestos on it at Todd Johnson?**
A. No, I never saw it.
**Q. Do you have any testimony as you sit here now that Eagle Asbestos ever did anything that would have exposed you to asbestos?**
A. No.
**Q. The work that you did at Todd Johnson, was it -- were y'all repairing vessels or was it new construction of vessels?**
A. I guess repair. Here and there. On the old, whatever you call it.
**Q. The vessels that you worked on at**

**Todd Johnson, were they diesel-powered vessels or steam-powered vessels or both?**
A. I don't remember that part.
**Q. Do you remember a company called Eagle-Picher at Todd Johnson?**
A. No.
**Q. Do you associate the name Eagle-Picher with any product or service?**
A. No.
**Q. How about Eagle Asbestos and Packing? Do you associate that name with any product or service?**
A. No.
**Q. You also mentioned earlier that you worked at some sugar refineries. Is the process of refining sugar a hot process?**
A. It is a little bit.
**Q. Did they have insulation on the equipment at the sugar refinery?**
A. Yeah, they have to have equipment -- insulation on the tanks where they was making the sugar. You know, with turning the syrup into sugar and then it was warm, you know, warm and not too hot.
**Q. Did you work around the insulation**

**that was on those tanks?**
A. Yes.
**Q. Were you ever around when the insulation on those tanks was removed or installed?**
A. No.
**Q. Did you ever see any of the insulation on those tanks laying on the ground or was it broken off?**
A. No.
**Q. You worked at a couple of companies with the name "packing" in the name. Do you have any idea what those companies did?**
A. Packing?
**Q. Yes, sir.**
A. Sure don't.
**Q. Did you ever work for a company that packed stuff in the boxes and shipped it out?**
A. No.
**Q. How about a company that made something called packing?**
A. No.
**Q. You also said you worked at the Johns-Manville plant on the west bank in 1950. You mentioned that they made a board at**

**that plant. Do you know if the brand name of that board was Transite?**
A. No.
**Q. I believe that that plant also made something called Transite pipe. Do you recall that plant making something called Transite pipe?**
A. Well, it's the only thing I remember that they did. They make a pipe. You know, about maybe 12 foot long and they -- they take that pipe and they beat it on there until -- to keep it -- open it up a little bit and then pull -- pull that pipe out of there and then stick a board in it and then they flatten it down and they flatten it real good until they could pull the board out.
**Q. The process of doing that with that pipe, did that create dust?**
A. What -- What I -- What I can figure what they was doing with that pipe, because they was flat, flat and round on both sides, they was using it in a house, you know, like for a floor furnace. Because I seen one like that in my house. It's still there. In the wall. They put it in the wall when they

building the house. So right there, from there, they run the floor furnace through that because it's made out of insulation that wouldn't burn. I figure that's it myself, now.

Q. Do you think that pipe that's in your house and the pipe that they made at Johns-Manville contained asbestos?

A. I guess they have.

Q. It was designed to carry things that were hot; correct?

A. Yeah.

Q. Sir, did you know that in the process of making Transite pipe, Johns-Manville used raw asbestos fibers?

MS. ROUSSEL:

I object to the form of the question. He never -- He said he did not recognize the word "Transite".

MR. GUIDRY:

I am asking him if he knows that in the process of making Transite pipe that Johns-Manville used asbestos fibers.

MS. ROUSSEL:

I object to the form of the question. He said he did not recognize the Transite.

THE WITNESS:

I don't know how many pipe they made. They made some, they made a pipe and they stick a board in there and the big -- big back and forth like that (indicating) to open it up and then they pull it out to dry and they would use it in the wall or a floor furnace.

EXAMINATION BY MR. GUIDRY:

Q. Yes, sir.

A. Huh? I have one in my house like that.

Q. Yes, sir. Do you know if, in the process of making that pipe at the Johns-Manville plant, that they used raw asbestos fibers?

A. No, I don't know.

Q. Do you recall seeing insulated pipes at the Johns-Manville plant?

A. No.

Q. Do you recall any of the equipment

at the Johns-Manville plant being insulated?

A. I don't know.

Q. You also mentioned that you worked at Celotex. I don't think you have answered these questions, but I'm sure Ms. Roussel will correct me if I am wrong. Do you recall there being any insulation at the Celotex plant?

MS. ROUSSEL:

That has been asked and answered and we're not going to answer questions that's already been covered this morning.

MS. BOWLIN:

I would just say that it wasn't asked, because I have it written down in questions to ask.

MS. ROUSSEL:

It was asked, but go ahead, ask it again.

EXAMINATION BY MR. GUIDRY:

Q. Do you know if there was any insulation at the Celotex plant?

A. If it what?

Q. If there was any insulation on any of the equipment or pipes at the Celotex

plant?

A. No.

Q. Okay. Were any --

MR. ZIFFER:

Excuse me. Can I get a clarification? That "no," there was not or no, you don't know?

THE WITNESS:

Say it again.

MS. ROUSSEL:

He answered the question that was on the table to him. Do you have a different question?

MR. GUIDRY:

Sure. I'll ask a different question.

EXAMINATION BY MR. GUIDRY:

Q. Was there insulation on the pipe at the Celotex plant?

A. I didn't -- Run it again.

Q. We'll strike that and ask a different question. Maybe it'll make it clear.

The process that they were going through to make those boards at the Celotex

**plant, was that a hot process?**
A. It was.
**Q. Okay. Did they need to insulate some of the pipe and equipment in order to do that hot process?**
A. I don't think so.
**Q. All right. Moving on to some of the work that you did for some of those drilling companies, you mentioned that you mixed drilling mud for Atlantic-Pacific Marine Corporation. Did you mix drilling mud for Transocean?**
A. Not that I know of.
**Q. Okay. Did you mix drilling mud for Sea Drilling?**
A. Yes.
**Q. Do you recall how many times you mixed drilling mud for Sea Drilling?**
A. I don't know.
**Q. Was it more than ten or less than ten?**
A. Less than ten.
**Q. When you were mixing dry mud in one of those big vats for anybody, was it dusty when you poured that dry dust into the vat?**

A. Yeah.
**Q. And when you poured the water on top of it, would the dust come up?**
A. Yeah.
**Q. Did you breathe that dust?**
A. I don't know. I don't know. I imagine whoever was working up there had some, some kind of way.
**Q. As we're sitting here today, can you testify whether or not any of that drilling mud had asbestos in it?**
A. No.
**Q. Are you aware that some drilling mud did have asbestos in it?**
**MR. ZIFFER:**
**Objection.**
**THE WITNESS:**
**I don't know.**
**EXAMINATION BY MR. GUIDRY:**
**Q. You don't know. Do you recall how many times you mixed drilling mud when you were working for Transocean?**
A. Do what?
**Q. Do you recall how many times you mixed drilling mud when you were working for**

**Transocean?**
A. I don't know.
**Q. Do you recall how many times you mixed drilling mud when you were working for Walker-Huthnance?**
A. Huthnance.
**Q. Huthnance.**
A. No.
**Q. Do you recall the names of any of your co-workers while you were working at Johns-Manville?**
A. No.
**Q. Do you recall the names of any of your co-workers at Celotex?**
A. No.
**Q. Do you recall -- I don't know if this has been asked, but do you recall the names of any of your co-workers at Todd Johnson?**
A. No.
MR. GUIDRY:
I think that's all the questions I have for you right now, sir. Thank you very much for your time.
THE WITNESS:

Okay.
MR. ZIFFER:
I'm going to pass for now.
MS. BOWLIN:
Okay.
EXAMINATION BY MS. BOWLIN:
**Q. Sir, my name is Angie Bowlin. Can you hear me okay? Can you hear me okay?**
A. Yeah.
**Q. Let me know if you can't hear me and I will move a little closer. Okay?**
A. I can hear you.
**Q. All right. I am going to jump around a little bit, but I'll try to not ask any questions that have already been asked. Okay?**
A. All right.
**Q. If you need to take a break, let me know.**
A. All right.
**Q. Have you ever gone through an asbestos screening where you have been tested for an asbestos-related disease?**
A. No, ma'am.
**Q. To prepare for the deposition today,**

were you provided any pictures to look at?
A. No.
Q. No? Were you provided any lists of product names or manufacturers to look at?
A. No.
Q. I'm going to go to Todd Shipyard. Okay?
A. All right.
Q. You have been asked a lot of questions about the vessels that you worked on, the ships you worked on at Todd. Other than the aircraft carrier that you remember being there and I think you said that you worked on some Navy vessels, can you tell me any more information about what types of vessels or ships you worked on? Did you work on tugboats, did you work on barges?
A. There was -- There was some small boats.
Q. They were small boats?
A. They -- Bigger than a crewboat.
Q. Okay.
A. Or a -- another type of boat.
Q. Were they cargo vessels?
A. No, they was bigger than cargo.

Well, wait a minute. Cargo vessel? That's the -- that's the cargo thing that carried the cargo to the ship. Right? That's kind of big.
Q. I need you to tell me that.
A. Less than that.
Q. Less than that? Smaller than that?
A. Smaller than that.
Q. Do you remember the names of the lines or like who owned any of these vessels?
A. No.
Q. Now, you said that you went into the engine rooms of all of the vessels that you worked on. Correct?
A. Probably.
MS. ROUSSEL:
And she is talking at Todd Shipyard.
EXAMINATION BY MS. BOWEN:
Q. All of my --
MS. ROUSSEL:
Limiting your questions to Todd Johnson.
MS. BOWLIN:
Right now, that's right.

THE WITNESS:
Todd Johnson.
MS. ROUSSEL:
Todd Johnson.
EXAMINATION BY MS. BOWEN:
Q. Yes, sir. Do you know if all of the vessels that you went on, in the engine room they had, all of the vessels had turbines and boilers?
A. I don't know.
Q. You don't know. And I apologize if this has been asked. Do you know if any of these vessels were diesel-powered?
A. I don't know.
Q. Do you know if any of these vessels were steam-powered?
A. I don't know either.
Q. What shift did you work at Todd Johnson? Did you work in the daytime or the nighttime?
A. Daytime shift.
Q. Do you remember what your rate of pay was when you worked at Todd Johnson?
A. No.
Q. No? That was a long time ago. When

you were not in the engine room of a ship working as a helper, what would you have been doing on land or on the dock?
A. Well, whatever they would tell me to do.
Q. Okay.
A. I had a boss over there. They would tell me what to do.
Q. Who was your boss?
A. I don't know.
Q. Okay.
A. I done forgot that part.
Q. Can you give me any examples of things that your boss would tell you to do?
A. No.
Q. I think you said that you cleaned up.
A. Huh?
Q. I think you said that one of your jobs was to clean up sometimes?
A. Right. I mostly cleaned up.
Q. What would you have to use to clean up? Did you have any tools that you used? Did you use a broom or shovel or --
A. Whatever. Whatever I need.

**Q. Okay.**
A. I can't recall all of that stuff.
**Q. Other than cleaning up in the engine room, did you ever have any other jobs down in those engine rooms?**
A. No.
**Q. So it never would have been your job to actually work on a boiler; correct?**
A. Right.
**Q. And it never would have been your job to actually work on a turbine; correct?**
A. Right.
**Q. Were you ever around, and I am still talking about Todd Johnson, were you ever around in an engine room when anyone else was working on a boiler?**
A. No.
**Q. Were you ever around in an engine room at Todd when anyone was working on a turbine?**
A. No.
**Q. Do you remember the -- Do you remember seeing any names, any name plates or names on any of the boilers in the engine rooms at Todd?**

A. No.
**Q. Do you ever remember seeing any names or name plates on the turbines in the engine rooms?**
A. No.
**Q. And you would have taken all of your instructions from your boss and he would have been a Todd employee; correct?**
A. Yes.
**Q. And you would have been provided with all of your tools or whatever you needed to do your job by Todd; correct?**
A. That's right.
**Q. In response to some questions that Miss Roussel asked you earlier, you talked about some insulation that was installed in the engine rooms at Todd. Would these materials have been provided by Todd?**
A. I don't know.
**Q. Okay. Who would have been installing these insulation materials?**
A. I don't know. I never seen anybody --
**Q. Oh, okay. Okay.**
A. -- that did that.

**Q. Do you remember if any of the piping in these vessels or in these ships were insulated? Was the piping insulated?**
A. No.
**Q. No? Or you don't remember?**
A. Don't remember.
**Q. When you would have to clean up in the engine rooms, what would you have been cleaning up? Would you have been cleaning up materials off the floor?**
A. I guess.
**Q. And do you remember what you were cleaning up?**
A. No, not that far.
**Q. Okay.**
A. It's far away. I forgot what it was.
**Q. I am going to switch gears on you for a minute and I am going to ask you a couple of more questions about the sugar mill. Do you remember if there were any insulated steam lines at the sugar mill?**
A. The sugar mill?
**Q. Where you did the grinding work.**
A. What they have on it?

**Q. Do you remember if any of the steam lines at the sugar mill were insulated?**
A. Steam lines?
**Q. Yes, sir.**
A. Yeah, they had some.
**Q. All right. Did you ever have to work on those steam lines?**
A. No.
**Q. Were you ever around when anyone removed any insulation from those lines?**
A. No.
**Q. Were you ever around when anyone installed insulation on those lines?**
A. No.
**Q. I believe I recall that you said there were also some pumps at the sugar mill?**
**MS. ROUSSEL:**
**I object to the form of the question. Mischaracterizes the witness' prior testimony.**
**EXAMINATION BY MS. BOWEN:**
**Q. Were there any pumps at the sugar mill?**
A. Pump? Well, they must have had a pump, but I didn't look for it.

Q. Did you ever have to do any work on a pump --
A. No.
Q. -- at the sugar mill?
Mr. Dupre, have you undergone any chemotherapy as a treatment for your mesothelioma?
A. My what?
Q. Have you undergone any chemotherapy?
A. No.
Q. Do you know if your doctors have recommended that you have any chemotherapy?
A. No. I don't remember. I don't think they did.
Q. Okay. Have you undergone any radiation as treatment for your mesothelioma?
A. No.
Q. Do you know if any of your doctors have recommended that you undergo radiation?
A. No.
Q. Mr. Dupre, have you ever been diagnosed with emphysema?
A. No.
Q. Have you ever been diagnosed with something called COPD, or chronic obstructive

pulmonary disease?
A. No.
Q. Have you ever been diagnosed with pneumonia?
A. No.
Q. Have you ever been diagnosed with asthma?
A. No.
Q. You talked earlier about a cardiologist that you see. Do you have heart problems?
A. No.
Q. Have you ever had to be treated for any sort of heart problems?
A. I have a heart problem, I maybe have to check it out and see.
Q. You just had your heart checked out?
A. Have it checked out.
Q. Okay. Do you take any medication for your heart?
A. No.
Q. Have you ever had to have surgery for any reason?
A. No.
Q. Have you ever been hospitalized

overnight?
A. No.
MS. ROUSSEL:
You mean other than in connection with his mesothelioma?
MS. BOWLIN:
Right. I was about to get to that.
MS. ROUSSEL:
Okay.
EXAMINATION BY MS. BOWEN:
Q. I understand, Mr. Dupre, that you had a biopsy. Do you remember if you had to go to a hospital and spend the night --
A. No.
Q. -- to have a biopsy?
A. No.
Q. Do you know if you've ever gone to any hospital other than West Jefferson for any reason?
A. No.
Q. Have you ever worked around a boiler at any place other than Todd?
A. No.
Q. Have you ever worked around a

turbine at any place other than Todd?
A. No.
Q. Do you know if you personally have ever had to handle asbestos-containing pipe insulation at any job site?
A. No. Don't recall.
Q. No, you just don't remember? Do you know if you've ever personally handled any asbestos-containing block or block insulation at any job?
A. No.
Q. Do you know if you've ever personally used any asbestos-containing blankets at any job?
A. No.
Q. I believe it was Miss Roussel earlier who said that you have hospice care helping you right now. Is that correct?
A. Say again?
Q. Hospice care is helping you right now?
A. Hospice?
Q. Yes, sir.
A. Okay. I don't know what that means.
Q. Okay. Do you know, is there -- do

**you have nurses that come to your house and help you?**
A. A nurse?
**Q. Yes, sir.**
A. Not lately.
**Q. Okay. Before you started having problems with the pain in your right side and your mesothelioma diagnosis, did you regularly take any medications?**
A. No.
**Q. Do you have high blood pressure?**
A. No.
**Q. Do you have high cholesterol?**
A. No.
**Q. Mr. Dupre, do you remember what the cause of your father's death was?**
A. My father?
**Q. Yes, sir.**
A. Yeah, I know. Well, he drowned.
**Q. Okay. And do you know what the cause of your mother's death was?**
A. She died of typhoid fever in the 19- -- Let's see. 1950, something like that.
**Q. Okay. Did any of your siblings die from any form of cancer?**

A. No.
**Q. Did you ever work with any of your sons on any job, on any jobs?**
A. No.
MS. BOWLIN:
Just one second.
I think that's all I have for you right now. In the interest of time, I will let the other attorneys ask you some follow-up questions and I might have a couple more for you. Thank you very much.
THE WITNESS:
All right.
EXAMINATION BY MR. ZIFFER:
**Q. Mr. Dupre, can you hear me okay?**
A. Yeah.
**Q. My name is Lee Ziffer. I just have a few more questions for you. I think we're on the home stretch here. So I'll be brief as possible. Okay?**
A. All right.
**Q. Let me know if any time I ask you a question you can't hear me or you can't understand what I am asking or you need me to**

**repeat the question. Okay?**
A. Okay.
**Q. All right. To start out with, I am going to confine my questions to your time working at Todd Shipyards. So I just want to talk about Todd Shipyards right now. Is that okay?**
A. Yeah.
**Q. Okay. When you were working at Todd, how did you get to work? Did you drive?**
A. No, I used to ride a bus and then sometimes along the way I get me a ride from people that was working -- that I was working with. They was going the same direction I was going and I could ride.
**Q. Do you remember any of the people's names who you would have gotten a ride with?**
A. No.
**Q. You don't remember any of their names?**
A. No.
**Q. Okay. Would it have been people who lived nearby to you?**
A. Right. Nearby.

**Q. And other people who worked at Todd Shipyards with you?**
A. (Witness nods head affirmatively.)
**Q. Is that a "yes"?**
A. Huh?
**Q. Is that a "yes"?**
A. Yes.
**Q. And would you come home from work the same way, with those same people?**
A. Yes, sometimes.
**Q. They would also give you a ride home from work from time to time?**
A. When I get to learn where they came from, I bum a ride with them, you know. That's friends.
**Q. So these were people that you were friends with?**
A. Right.
**Q. Okay. But you don't remember any of their names?**
A. No.
**Q. Okay. If you do remember any of their names, will you be sure to tell Miss Roussel and have her tell us?**
A. Yes.

Page 218

Q. Okay. Thank you. Now, while you were working at Todd Shipyards, I believe you said all you did was clean up around the area. That's correct?
A. Right.
Q. While you were cleaning up, were there people doing other kinds of work around you, or were you just cleaning up and there was nobody else around?
A. Just clean up the place.
Q. So there was nobody else around doing any other kind of work?
A. No. They just keep the place clean as much as I could.
Q. I understand. I just need to get -- What I am asking is, while you were working, while you were cleaning up, were there other crafts, other types of people doing different work around you?
A. No.
Q. So when you were cleaning up, you were there essentially by yourself?
A. Oh, yeah, by myself.
Q. Okay. So there wouldn't have been people doing other kinds of work while you

Page 219

were working --
A. Right.
Q. -- at the same time? Okay. You mentioned that you saw boxes in the engine rooms at Todd Shipyards. Is that correct?
A. I what?
Q. Boxes.
A. Boxes?
Q. Yes. You saw boxes in the engine room at Todd Shipyards?
A. I don't remember -- recall boxes.
Q. You don't recall seeing boxes in the engine room?
A. No.
Q. Mr. Dupre?
A. Boxes? Boxes of what?
Q. Well, I don't rightly know, sir.
A. I mean, I don't know what -- that's an empty box or stock or something in it.
Q. Either one. Did you ever see any empty -- Let's do it this way. Did you ever see any boxes that would be containing material in the engine room at Todd Shipyards?
A. No.
Q. Do you recall?

Page 220

A. No.
Q. You don't recall, or there were none?
A. No.
Q. Is that a you don't recall?
A. I don't recall.
Q. Okay. How about any other kinds of containers other than boxes? Things like buckets or anything like that?
A. No. I don't recall that.
Q. You don't recall that. Okay. Just a minute, Mr. Dupre. I am just making sure I don't have any other questions.
Okay, sir. Mr. Dupre?
A. Yes.
Q. I would like to ask you about -- I would like to ask you some questions that are not related to your work history for a second. Is that okay?
A. All right.
Q. Now, I remember you said that you lived in Marrero since at the very least 1945. Did I get that correct?
A. 1945?
Q. 1945 is when you moved to Marrero?

Page 221

A. 1945? It was right there close to the war -- I mean -- 1945. That's right there when the war ended, huh? Huh?
Q. Yes, sir. Is that when you moved to Marrero, around 1945?
A. Well, I was working -- I was living there.
Q. Okay. In Marrero?
A. Yeah.
Q. Okay. And you moved to the house at 7424 Rachel Street in 1952. Is that correct?
A. Yeah. That's when I bought the house.
Q. Okay. So you moved there in 1952.
A. Right.
Q. Do you recall about 15 to 20 years ago seeing on the news, news about the government doing clean-up projects around Marrero because of material that Johns-Manville had used in Marrero? Do you recall that?
A. I never heard -- I never recall it.
Q. You don't recall that?
A. No. I mean, it's stuff that they would put on the driveways and stuff like

that?
Q. Yes, sir. That's exactly what --
A. I saw it, but I never did recall anyone doing it.
Q. So you never saw anyone put that material in the driveways?
A. Right. But I did see it on the driveway.
Q. You did see it on the driveways?
A. Yeah.
Q. Was that on the driveway at your house?
A. No.
Q. Was that on the driveway at any of your neighbors' house?
A. In the neighborhood, they were.
Q. In the neighborhood?
A. Yeah.
Q. In the neighborhood where you lived?
A. Yeah.
Q. Okay.
A. What they done, they stopped doing that?
Q. Pardon me?
A. They stopped using it?

Q. The Johns-Manville driveway material?
A. Yes. Yes.
Q. Yes, sir, they stopped using it.
A. They stopped doing it, but they was doing it -- making a cheap driveway.
Q. Pardon me?
MS. ROUSSEL:
He's asking you a question.
EXAMINATION BY MR. ZIFFER:
Q. Yes, I am trying to --
A. They were making a cheap driveway.
Q. Johns-Manville would make cheap driveways? Is that what you're saying?
MS. ROUSSEL:
Object to the form of the question. He's asking you a question.
MR. ZIFFER:
Well, I am asking him what he is asking me.
MS. ROUSSEL:
Well, object to the form of the question.
MR. ZIFFER:
Okay.

MS. ROUSSEL:
Only answer what he is asking you.
THE WITNESS:
Okay.
EXAMINATION BY MR. ZIFFER:
Q. I have a question for you, Mr. Dupre.
A. All right.
Q. A second ago when you were speaking to me, did you ask me if Johns-Manville made cheap driveways? Is that what you were asking me?
A. Yes.
Q. Okay. Is it your understanding that Johns-Manville made cheap driveways?
MS. ROUSSEL:
I object to the form of the question.
EXAMINATION BY MR. ZIFFER:
Q. Mr. Dupre? Is it your understanding that Johns-Manville made cheap driveways?
A. I don't recall.
Q. You don't recall. Okay. Okay, Mr. Dupre. You mentioned that you lived -- that

you at one point rented a home on Barataria Boulevard. Did I get that correct?
A. I rented a home?
Q. Yes, on Barataria Boulevard?
A. Yes.
Q. You did?
A. Yes.
Q. Do you remember the address?
A. No.
Q. You don't remember the address?
A. I don't remember.
MR. ZIFFER:
Okay. I believe those are all of my questions. Thank you for your time, Mr. Dupre.
THE WITNESS:
Okay.
MS. BOWLIN:
I do have a couple of other ones.
EXAMINATION BY MS. BOWEN:
Q. Mr. Dupre, are you okay?
A. I'm fine.
Q. Okay. Did you ever take any scrap material home from Johns-Manville when you

worked there?
A. From what?
Q. From Johns-Manville. When you worked at the Johns-Manville facility, did you ever take any scrap material home with you to use around your house?
A. No. No.
Q. Did you ever do any home remodeling projects at the house where you live now?
A. No.
Q. Has anybody else ever come in and done any remodeling of your house?
A. No.
Q. Like have you ever changed the flooring or done any sheetrock work?
A. No.
Q. When you worked for the various offshore companies, was it ever your job to do any repairs to the supply boats that you would take out to the rigs?
A. No.
Q. Did you ever go into the engine rooms of any of those supply boats?
A. No.
Q. Was it ever your job to do any

repairs to any equipment on any of the rigs that you worked on?
A. No.
Q. And I apologize if this has been asked, but I don't think it has or I didn't have it clarified in my notes. Do you know the brand name of any of the drilling mud that you ever worked with or around?
A. No.
MS. BOWLIN:
That is all I have for you, sir. Thank you very much.
Anybody have any follow-up?
MS. ROUSSEL:
You finished?
MS. BOWLIN:
Yes, ma'am.
VIDEO OPERATOR:
Off record.
(Whereupon a discussion was held off the record.)
VIDEO OPERATOR:
We're back on record.
EXAMINATION BY MR. GIARRUSSO:
Q. Sir, I have just one brief follow-up

for you. Ms. Roussel has put in front of you your itemized statement from Social Security. I want you to confirm for me that you worked from 1944 through 1945 for Todd Johnson. Is that correct?
MS. ROUSSEL:
He didn't hear you.
EXAMINATION BY MR. ZIFFER:
Q. I'm sorry, I'll say it again. Mr. Dupre?
A. Yes.
Q. Ms. Roussel put in front of you your Social Security records. All I want to know, sir, is that you worked for Todd Johnson from 1944 through 1945. Is that correct?
A. Yeah.
MR. ZIFFER:
Thank you, sir.
EXAMINATION BY MS. ROUSSEL:
Q. Mr. Dupre, can you hear me okay?
A. Yes.
Q. Okay. When Todd's attorney was asking you questions, he asked you questions about did you have evidence about this or did you have evidence about that. Did you take

that to mean did you have some kind of a document?
MR. GIARRUSSO:
Objection. Leading.
THE WITNESS:
A document?
MR. GIARRUSSO:
Leading and the questions stand for themselves.
THE WITNESS:
I don't know.
EXAMINATION BY MS. ROUSSEL:
Q. Well, let me ask you this. Did anyone at Todd ever tell you that asbestos could hurt you?
A. Nobody.
Q. Did anyone at Todd ever post any warnings anywhere telling you that asbestos could hurt you?
A. No, ma'am.
Q. Were you ever provided respiratory equipment at Todd?
A. No, ma'am.
Q. Were you ever provided any special clothing to do your work at Todd?

A. No, ma'am.
MR. GIARRUSSO:
Objection, leading, asked and answered.
EXAMINATION BY MS. ROUSSEL:
Q. The clothing that you wore to work, was that the same clothing that you wore home?
A. Yes, sir.
Q. Okay.
A. You got it?
Q. When you --
A. Okay.
Q. Mr. Dupre?
A. Yes, ma'am?
Q. When you said you cleaned up, when you cleaned up, did you just throw scraps in a regular dumpster?
MR. GIARRUSSO:
Objection, leading.
THE WITNESS:
No.
EXAMINATION BY MS. ROUSSEL:
Q. Okay. Was there any special place to put scrap?
A. We had some drums we put that in

there and from there they move it to wherever they needed to.
Q. So whatever scraps you were picking up all went into one drum?
A. Yeah.
Q. Like a trash can drum?
A. Something like that.
Q. Did anybody at Todd ever tell you that particles from asbestos could be invisible and you could still be breathing the particles?
MR. GIARRUSSO:
Objection, leading, assumes facts not in evidence.
EXAMINATION BY MS. ROUSSEL:
Q. Did anybody at Todd ever tell you anything about hazards associated with asbestos?
MR. GIARRUSSO:
Objection, leading.
THE WITNESS:
No.
EXAMINATION BY MS. ROUSSEL:
Q. Did anybody at Todd ever tell you that asbestos could cause you to have the

mesothelioma you have today?
MR. GIARRUSSO:
Objection, leading, assumes facts not in evidence.
THE WITNESS:
No.
MS. ROUSSEL:
That's all I have, sir. Thank you.
MR. GIARRUSSO:
Anyone have any follow-up? No?
MR. GUIDRY:
Looks like that's it.
MS. BOWLIN:
Mr. Dupre, you're done.
VIDEO OPERATOR:
This concludes this deposition. We're off record.
* * *

REPORTER'S CERTIFICATE

I, ROGER D. JOHNS, RMR, RDR, CRR, Certified Court Reporter, do hereby certify that the above-named witness, after having been first duly sworn by me to testify to the truth, did testify as hereinabove set forth; that the testimony was reported by me in shorthand and transcribed under my personal direction and supervision, and is a true and correct transcript, to the best of my ability and understanding; that I am not of counsel, not related to counsel or the parties hereto, and not in any way interested in the outcome of this matter.

ROGER D. JOHNS
CERTIFIED COURT REPORTER
STATE OF LOUISIANA