UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

LORETTA G. WHYTE  
CLERK

500 POYDRAS ST., ROOM C-151  
NEW ORLEANS, LA 70130

October 22, 2009

Clerk  
Civil District Court  
Parish of Orleans  
421 Loyola Ave., Room 402  
New Orleans, LA 70112-1198

RE: Colleen Comer Marchand  
v.  
Anco Insulations Inc., et. Al.  
Civil Action No. 09-6365 I (3)  
Your No.09-08475 Div. L

Dear Sir:

I am enclosing herewith a certified copy of an order entered by this court on October 22, 2009 remanding the above-entitled case to your court.

Very truly yours,

LORETTA G. WHYTE, CLERK

By: _____C.Rose/memo copy_____  
Deputy Clerk

Enclosure



EXHIBIT 14

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN COMER MARCHAND, ET AL. | CIVIL ACTION |
| | No. 09-6365 |
| VERSUS | |
| | SECTION I |
| ANCO INSULATIONS INC., ET AL. | |

## ORDER

Plaintiffs Colleen Comer Marchand et al. have filed a motion to remand[1] the above captioned case. Defendants have not filed an opposition.

**IT IS ORDERED** that the motion is **GRANTED** and the case shall be remanded to the Civil District Court for the Parish of Orleans, State of Louisiana.

New Orleans, Louisiana, October 21, 2009.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 4.

1