```
Message Confirmation Report            JUL-13-2011 10:49 AM WED

                                       WorkCentre M20i Series
                                       Machine ID      : ROUSSEL & CLEMENT
                                       Serial Number   : RYU003151.......
                                       Fax Number      : 9856516592


Name/Number    :  16019608613
Page           :  23
Start Time     :  JUL-13-2011 10:44AM WED
Elapsed Time   :  04'12"
Mode           :  STD ECM
Results        :        O.K
```

---

ROUSSEL & CLEMENT
A PROFESSIONAL CORPORATION

NOTARY PUBLIC
PROFESSIONAL ENGINEERING
FAX (985) 651-6592
TELEPHONE (985) 651-8601

ATTORNEYS AND COUNSELORS AT LAW
LOCATED ON BELLE TERRE BOULEVARD
1714 CANNES DRIVE
LAPLACE, LOUISIANA 70068

LOUISIANA        MISSISSIPPI

July 13, 2011

**BY FACSIMILE: (504) 599-8100**

John Hainkel, III
Peter R. Tafaro
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

    Re: **Freddie Joseph Dupre vs. Todd Shipyards Corporation, et al**
         **Civil District Court for the Parish of Orleans, LA No.: 2010-11337, Div. "L"**

Dear Mr. Hainkel:

    Please find enclosed Plaintiffs' Opposition to the Motion for Summary Judgment Filed by CBS Corporation in the above referenced case.

                              Sincerely,

                              Benjamin P. Dinchart

BPD/jmd
cc: All Other Counsel

**EXHIBIT 19**

# Multi Communication Report

JUL-13-2011 10:38 AM WED

```
WorkCentre M20i Series
Machine ID        :  ROUSSEL & CLEMENT
Serial Number     :  RYU349144.......
Fax Number        :  9856516592

Ref. Name         :
Pages             :  23
```

1. Successful

| Fax Number | Name |
|---|---|
| 5045564108 | LISKOW LEWIS |
| 5045692999 | SIMONE PERAGINE |
| 5047994384 | FORMAN & PERRY |
| 5045252456 | GALLOWAY JOHNSON |
| 5045998100 | FRILOT, LLC |

2. Unsuccessful

| Fax Number | Name |
|---|---|

3. Multi Communication Journal

| No. | Name/Number | Start Time | Time | Mode | Page | Results |
|---|---|---|---|---|---|---|
| 12865045564108 | | 07-13 09:57AM | 12'46" | G3 BC | 023/023 | O.K |
| 12865045692999 | | 07-13 10:10AM | 07'30" | ECM BC | 023/023 | O.K |
| 12865047994384 | | 07-13 10:18AM | 00'00" | G3 BC | 000/023 | Line Busy |
| 12865045252456 | | 07-13 10:19AM | 04'12" | ECM BC | 023/023 | O.K |
| 12865045998100 | | 07-13 10:24AM | 10'04" | ECM BC | 023/023 | O.K |
| 12865047994384 | | 07-13 10:34AM | 04'08" | ECM BC | 023/023 | O.K |

# Message Confirmation Report

JUL-13-2011 09:47 AM WED

```
                              WorkCentre M20i Series
                              Machine ID       :  ROUSSEL & CLEMENT
                              Serial Number    :  RYU349144.......
                              Fax Number       :  9856516592


Name/Number    :  5045998100
Page           :  120
Start Time     :  JUL-13-2011 09:27AM WED
Elapsed Time   :  19'38"
Mode           :  STD ECM
Results        :      O.K
```

---

NOTARY PUBLIC
PROFESSIONAL ENGINEERING
FAX (985) 651-0592
TELEPHONE (985) 651-8601

## ROUSSEL & CLEMENT
A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW
LOCATED ON BELLE TERRE BOULEVARD
1714 CANNES DRIVE
LAPLACE, LOUISIANA 70068

LOUISIANA        MISSISSIPPI

July 13, 2011

**BY FACSIMILE: (504) 599-8100**

John Hainkel, III
Peter R. Tafaro
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Re: **Freddie Joseph Dupre vs. Todd Shipyards Corporation, et al**
**Civil District Court for the Parish of Orleans, LA No.: 2010-11337, Div. "L"**

Dear Mr. Hainkel:

Please find enclosed Plaintiffs' Opposition to the Motion for Summary Judgment Filed by CBS Corporation in the above referenced case.

Sincerely,

Benjamin P. Dinehart

Benjamin P. Dinehart

BPD/jmd
cc: All Other Counsel



**ROUSSEL & CLEMENT**
A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW
LOCATED ON BELLE TERRE BOULEVARD
1714 CANNES DRIVE
LAPLACE, LOUISIANA 70068

NOTARY PUBLIC
PROFESSIONAL ENGINEERING

FAX: (985) 651-6592
TELEPHONE: (985) 651-6591

LOUISIANA        MISSISSIPPI

July 13, 2011

BY FACSIMILE: (504) 599-8100

John Hainkel, III
Peter R. Tafaro
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

    Re:    **Freddie Joseph Dupre vs. Todd Shipyards Corporation, et al**
            **Civil District Court for the Parish of Orleans, LA No.: 2010-11337, Div. "L"**

Dear Mr. Hainkel:

    Please find enclosed Plaintiffs' Opposition to the Motion for Summary Judgment Filed by CBS Corporation in the above referenced case.

                                Sincerely,

                                Benjamin P. Dinehart

BPD/jmd
cc: All Other Counsel

# Message Confirmation Report

JUL-13-2011 02:42 PM WED

```
                        WorkCentre M20i Series
                        Machine ID      :  ROUSSEL & CLEMENT
                        Serial Number   :  RYU349144.......
                        Fax Number      :  9856516592


Name/Number     :   16019608613
Page            :   23
Start Time      :   JUL-13-2011 02:38PM WED
Elapsed Time    :   03'46"
Mode            :   STD ECM
Results         :        O.K
```

---

NOTARY PUBLIC
PROFESSIONAL ENGINEERING

FAX (985) 651-6592
TELEPHONE (985) 651-6591

**ROUSSEL & CLEMENT**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW
LOCATED ON BELLE TERRE BOULEVARD
1714 CANNES DRIVE
LAPLACE, LOUISIANA 70068

LOUISIANA    MISSISSIPPI

July 13, 2011

**BY FACSIMILE: (504) 599-8100**

John Hainkel, III
Peter R. Tafaro
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

           Re:    **Freddie Joseph Dupre vs. Todd Shipyards Corporation, et al**
                  **Civil District Court for the Parish of Orleans, LA No.: 2010-11337, Div. "L"**

Dear Mr. Hainkel:

        Please find enclosed Plaintiffs' Opposition to the Motion for Summary Judgment Filed by General Electric Company in the above referenced case.

                                                Sincerely,

                                                Benjamin P. Dinehart

BPD/jmd
cc: All Other Counsel

# Multi Communication Report

JUL-13-2011 11:55 AM WED

```
WorkCentre M20i Series
Machine ID         :  ROUSSEL & CLEMENT
Serial Number      :  RYU349144.......
Fax Number         :  9856516592

Ref. Name          :
Pages              :  23
```

1. Successful

| Fax Number | Name |
|---|---|
| 5045564108 | LISKOW LEWIS |
| 5045692999 | SIMONE PERAGINE |
| 5047994384 | FORMAN & PERRY |
| 5045252456 | GALLOWAY JOHNSON |
| 5045998100 | FRILOT, LLC |

2. Unsuccessful

| Fax Number | Name |
|---|---|
|  |  |

3. Multi Communication Journal

| No. | Name/Number | Start Time | Time | Mode | Page | Results |
|---|---|---|---|---|---|---|
| 12885045564108 |  | 07-13 11:21AM | 11'44" | G3  BC | 023/023 | O.K |
| 12885045692999 |  | 07-13 11:34AM | 07'07" | ECM BC | 023/023 | O.K |
| 12885047994384 |  | 07-13 11:42AM | 03'54" | ECM BC | 023/023 | O.K |
| 12885045252456 |  | 07-13 11:46AM | 03'42" | ECM BC | 023/023 | O.K |
| 12885045998100 |  | 07-13 11:50AM | 04'29" | ECM BC | 023/023 | O.K |

# Message Confirmation Report

JUL-13-2011 09:07 AM WED

```
                            WorkCentre M20i Series
                            Machine ID       :  ROUSSEL & CLEMENT
                            Serial Number    :  RYU349144.......
                            Fax Number       :  9856516592
```

```
Name/Number    :    5045998100
Page           :    120
Start Time     :    JUL-13-2011 08:47AM WED
Elapsed Time   :    19'22"
Mode           :    STD ECM
Results        :         O.K
```

---

**ROUSSEL & CLEMENT**
A PROFESSIONAL CORPORATION

NOTARY PUBLIC
PROFESSIONAL ENGINEERING

FAX: (985) 651-6592
TELEPHONE: (985) 651-6591

ATTORNEYS AND COUNSELORS AT LAW
LOCATED ON BELLE TERRE BOULEVARD
1714 CANNES DRIVE
LAPLACE, LOUISIANA 70068

LOUISIANA     MISSISSIPPI

July 13, 2011

**BY FACSIMILE: (504) 599-8100**

John Hainkel, III
Peter R. Tafaro
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

    Re: **Freddie Joseph Dupre vs. Todd Shipyards Corporation, et al**
       **Civil District Court for the Parish of Orleans, LA No.: 2010-11337, Div. "I."**

Dear Mr. Hainkel:

  Please find enclosed Plaintiffs' Opposition to the Motion for Summary Judgment Filed by General Electric Company in the above referenced case.

          Sincerely,

          Benjamin P. Dinehart

BPD/jmd
cc: All Other Counsel

**ROUSSEL & CLEMENT**
A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW
LOCATED ON BELLE TERRE BOULEVARD
1714 CANNES DRIVE
LAPLACE, LOUISIANA 70068

NOTARY PUBLIC
PROFESSIONAL ENGINEERING

FAX: (985) 651-6592
TELEPHONE: (985) 651-6591



LOUISIANA          MISSISSIPPI

July 13, 2011

**BY FACSIMILE: (504) 599-8100**

John Hainkel, III
Peter R. Tafaro
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

      **Re:  Freddie Joseph Dupre vs. Todd Shipyards Corporation, et al**
           **Civil District Court for the Parish of Orleans, LA No.: 2010-11337, Div. "L"**

Dear Mr. Hainkel:

    Please find enclosed Plaintiffs' Opposition to the Motion for Summary Judgment Filed by General Electric Company in the above referenced case.

                              Sincerely,

                                Benjamin P. Dinehart

BPD/jmd
cc: All Other Counsel

# Message Confirmation Report

JUL-13-2011 01:05 PM WED

```
                              WorkCentre M20i Series
                              Machine ID       :  ROUSSEL & CLEMENT
                              Serial Number    :  RYU349144.......
                              Fax Number       :  9856516592

Name/Number     :   16019608613
Page            :   24
Start Time      :   JUL-13-2011 01:01PM WED
Elapsed Time    :   04'04"
Mode            :   STD ECM
Results         :        O.K
```

ROUSSEL & CLEMENT
A PROFESSIONAL CORPORATION

NOTARY PUBLIC
PROFESSIONAL ENGINEERING

FAX: (985) 651-6592
TELEPHONE: (985) 651-6591

ATTORNEYS AND COUNSELORS AT LAW
LOCATED ON BELLE TERRE BOULEVARD
1714 CANNES DRIVE
LAPLACE, LOUISIANA 70068



LOUISIANA    MISSISSIPPI

July 13, 2011

**BY FACSIMILE: (504) 599-8100**

John Hainkel, III
Peter R. Tafaro
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Re:   Freddie Joseph Dupre vs. Todd Shipyards Corporation, et al
      Civil District Court for the Parish of Orleans, LA No.: 2010-11337, Div. "L"

Dear Mr. Hainkel:

Please find enclosed Plaintiffs' Opposition to the Motion for Summary Judgment Filed by Foster Wheeler LLC in the above referenced case.

Sincerely,

Benjamin P. Dinehart

Benjamin P. Dinehart

BPD/jmd
cc: All Other Counsel

# Multi Communication Report

JUL-13-2011 11:21 AM WED

```
WorkCentre M20i Series
Machine ID       : ROUSSEL & CLEMENT
Serial Number    : RYU349144.......
Fax Number       : 9856516592

Ref. Name        :
Pages            : 24
```

## 1. Successful

| Fax Number | Name |
|---|---|
| 5045564108 | LISKOW LEWIS |
| 5045692999 | SIMONE PERAGINE |
| 5047994384 | FORMAN & PERRY |
| 5045252456 | GALLOWAY JOHNSON |
| 5045998100 | FRILOT, LLC |

## 2. Unsuccessful

| Fax Number | Name |
|---|---|
|  |  |

## 3. Multi Communication Journal

| No. | Name/Number | Start Time | Time | Mode | Page | Results |
|---|---|---|---|---|---|---|
| 1 | 2875045564108 | 07-13 10:39AM | 12'48" | G3 BC | 024/024 | O.K |
| 2 | 2875045692999 | 07-13 10:53AM | 07'42" | ECM BC | 024/024 | O.K |
| 3 | 2875047994384 | 07-13 11:00AM | 00'00" | G3 BC | 000/024 | Line Busy |
| 4 | 2875045252456 | 07-13 11:01AM | 04'14" | ECM BC | 024/024 | O.K |
| 5 | 2875045998100 | 07-13 11:06AM | 10'02" | ECM BC | 024/024 | O.K |
| 6 | 2875047994384 | 07-13 11:17AM | 04'12" | ECM BC | 024/024 | O.K |

# Message Confirmation Report

JUL-13-2011 09:27 AM WED

```
WorkCentre M20i Series
Machine ID       : ROUSSEL & CLEMENT
Serial Number    : RYU349144.......
Fax Number       : 9856516592
```

```
Name/Number   :  5045998100
Page          :  139
Start Time    :  JUL-13-2011 09:07AM WED
Elapsed Time  :  19'14"
Mode          :  STD ECM
Results       :     O.K
```

---

NOTARY PUBLIC
PROFESSIONAL ENGINEERING

FAX (985) 651-6592
TELEPHONE (985) 651-6501

**ROUSSEL & CLEMENT**
A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW
LOCATED ON BELLE TERRE BOULEVARD
1714 CANNES DRIVE
LAPLACE, LOUISIANA 70068

LOUISIANA    MISSISSIPPI

July 13, 2011

**BY FACSIMILE: (504) 599-8100**

John Hainkel, III
Peter R. Tafaro
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

   Re: **Freddie Joseph Dupre vs. Todd Shipyards Corporation, et al**
     **Civil District Court for the Parish of Orleans, LA No.: 2010-11337, Div. "L"**

Dear Mr. Hainkel:

   Please find enclosed Plaintiffs' Opposition to the Motion for Summary Judgment Filed by Foster Wheeler LLC in the above referenced case.

           Sincerely,

           Benjamin P. Dinehart

BPD/jmd
cc: All Other Counsel



NOTARY PUBLIC
PROFESSIONAL ENGINEERING

FAX: (985) 651-6592
TELEPHONE: (985) 651-6591

ROUSSEL & CLEMENT
A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW
LOCATED ON BELLE TERRE BOULEVARD
1714 CANNES DRIVE
LAPLACE, LOUISIANA 70068

LOUISIANA          MISSISSIPPI

July 13, 2011

**BY FACSIMILE: (504) 599-8100**

John Hainkel, III
Peter R. Tafaro
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

    **Re:    Freddie Joseph Dupre vs. Todd Shipyards Corporation, et al**
            **Civil District Court for the Parish of Orleans, LA No.: 2010-11337, Div. "L"**

Dear Mr. Hainkel:

    Please find enclosed Plaintiffs' Opposition to the Motion for Summary Judgment Filed by Foster Wheeler LLC in the above referenced case.

                        Sincerely,

                        Benjamin P. Dinehart

BPD/jmd
cc: All Other Counsel