# BEFORE THE JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION


## MDL No. 875 – In re: Asbestos Products Liability Litigation (No. VI)

Grelson v. Rapid American Corp., et al., ILN/1:11-cv-06063
Horn v. Rapid American Corp., et al., ILN/1:11-cv-06065
Lies v. Rapid American Corp., et al., ILN/1:11-cv-06067

## NOTICE OF OPPOSITION TO CTO-443

I represent Plaintiffs in the above-captioned matters which are included on conditional transfer order 443 (CTO-443).  Plaintiffs submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

/s/ David O. Barrett

_____

David O. Barrett

David O. Barrett
COONEY & CONWAY
Attorneys for Plaintiff
120 N. LaSalle Street, Suite 3000
Chicago, Illinois 60602
312-236-6166
IL ARDC# 6292344