IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS       :    Consolidated Under
LIABILITY LITIGATION (No. VI) :    MDL DOCKET NO. 875
                               :
Various Plaintiffs             :
                               :
                               :    Cases Transferred from the
    v.                         :    Western District of
                               :    Kentucky Listed in
                               :    Exhibit "A," Attached
Various Defendants             :

**FILED**

SEP - 8 2011

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## SUGGESTION OF REMAND

**AND NOW,** this **7th** day of **September, 2011,** it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-

875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the

Court finds that, as to the above-captioned case:

    a.) Plaintiff has complied with MDL-875 Administrative

    Orders 12 and 12A.

    b.) Parties have completed their obligations under the Rule

    16 order issued by the Court.

    c.) All discovery deadlines have passed.

    d.) The Court has adjudicated all outstanding motions.

    e.) The Court finds that this case is prepared for trial

    without delay once on the transferor court's docket.

    f.) A list of the remaining viable Defendants for trial are

    listed in Exhibit "A."

    Accordingly, the Court **SUGGESTS** that the above-captioned

case be **REMANDED** to the United States District Court for the

Western District of Kentucky for resolution of all matters

pending within this case except punitive damages.[1]

Alternatively, parties in the below-listed cases have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania.  See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

## Exhibit A

| 2:09-cv-79858 | KY-W | DRAKE v. H.K. PORTER CO., INC. et al | Owens-Illinois |
|---|---|---|---|
| 2:09-cv-79864 | KY-W | LOHDEN (EXE./EST.-IVAN) v. ALLIEDSIGNAL, INC. et al | Edison International, Maremont Corp., and Rockwell International |
| 2:09-cv-79867 | KY-W | ENIX v. ARMSTRONG WORLD INDUSTRIES, INC. et al | Owens-Illinois |
| 2:09-cv-79875 | KY-W | SCOTT v. OWENS-CORNING FIBERGLAS CORPORATION et al | General Insulation & Supply, Rapid American and Cardinal Insulation |
| 2:09-cv-79876 | KY-W | HATFIELD et al v. OWENS-ILLINOIS, INC. et al | MetLife, Rapid American, Cardinal |
| 2:09-cv-79892 | KY-W | WHITTINGTON et al v. OWENS-CORNING FIBERGLAS CORPORATION et al | Westinghouse, North Brothers, Minnesota Mining, Rapid American, Met Life and Foster Wheeler |
| 2:09-cv-79893 | KY-W | HOLBROOK et al v. OWENS-CORNING FIBERGLAS CORPORATION et al | North Brothers |
| 2:09-cv-79898 | KY-W | GRAVES et al v. OWENS-CORNING FIBERGLAS CORPORATION et al | Rapid American, Westinghouse and North Brothers |
| 2:09-cv-79899 | KY-W | METSKER et al v. OWENS-CORNING FIBERGLAS CORPORATION et al | Minnesota Mining, Met Life, Rapid American, Westinhouse, North Brothers and Cardinal |
| 2:09-cv-79903 | KY-W | SCHULTZ v. OWENS-CORNING FIBERGLAS CORPORATION et al | Westinghouse and Rapid American |
| 2:09-cv-79904 | KY-W | BOSTON et al v. OWENS-CORNING FIBERGLAS CORPORATION et al | Westinghouse, Rapid American and Met Life |
| 2:09-cv-79905 | KY-W | FOREE et al v. OWENS-CORNING FIBERGLAS CORPORATION et al | North Brothers, Westinghouse, Cardinal, Rapid American |
| 2:09-cv-79906 | KY-W | HALL et al v. OWENS-CORNING FIBERGLAS CORPORATION et al | Owens-Illinois, Rapid American, Garlock, Cardinal, GE, and Westinghouse |
| 2:09-cv-79907 | KY-W | VINCENT et al v. OWENS-CORNING FIBERGLAS CORPORATION et al | Met Life, Rapid American, Cardinal, GE and Westinghouse |
| 2:09-cv-79908 | KY-W | WOLF, SR. et al v. OWENS-CORNING FIBERGLAS CORPORATION et al | Rapid American and Westinghouse |
| 2:09-cv-79909 | KY-W | SCHULER et al v. OWENS-CORNING FIBERGLAS CORPORATION et al | Met Life, Rapid American, and Westinghouse |
| 2:09-cv-79910 | KY-W | PEARSON et al v. OWENS-CORNING FIBERGLAS CORPORATION et al | Met Life, Rapid American, and Westinghouse |
| 2:09-cv-79911 | KY-W | DOWNS et al v. OWENS-CORNING FIBERGLAS CORPORATION et al | Rapid American and Westinghouse |
| 2:09-cv-79917 | KY-W | JACOBS v. DAIMLER CHRYSLER CORPORATION et al | Westinghouse, Rapid American, Met Life, Foster Wheeler, Chrysler Corp, Lear Sieglar, Wagner Electric, Abex Corp |
| 2:09-cv-79918 | KY-W | SMITH v. AVENTIS CROPSCIENCE USA, INC et al | Aventis, Viacom, Gould Pumps, Brand Insulation, IMO Industries, Borg Warner, CE Thurston & sons, Foster Wheeler, Met Life, Rapid American, National Service Industries |
| 2:09-cv-79925 | KY-W | GRITTON v. H.K. PORTER CO., INC. et al | Foster Wheeler |

| 2:09-cv-79928 | KY-W | EDGE v. COMBUSTION ENGINEERING, INC. et al | Owens-Illinois |
|---|---|---|---|
| 2:09-cv-79977 | KY-W | SLEDD et al v. OWENS-ILLINOIS GLASS COMPANY et al | Owens-Illinois, Anchor, AWI, Foster Wheeler, GAF, Garlock, Keene, MH Detrick, National Gypsum, Owens Corning, Pittsburg Corning, WR Grace & Co., and AP Green Refractories |
| 2:09-cv-79978 | KY-W | RHODES v. OWENS-ILLINOIS GLASS, INC. et al | Met Life |
| 2:09-cv-79979 | KY-W | JOHNSON v. OWENS-CORNING FIBERGLAS CORP. et al | Met Life |
| 2:09-cv-80007 | KY-W | DETIE et al v. OWENS-CORNING FIBERGLAS CORPORATION et al | Garlock and Anchor |
| 2:09-cv-80013 | KY-W | HOLLAND et al v. UNION CARBIDE CORPORATION et al | Union Carbide, North Bros., National Service Industries |
| 2:09-cv-80015 | KY-W | BARNETT v. UNION CARBIDE CORPORATION et al | Union Carbide, M.W. Kellogg, McGraw Constructions, Rapid American |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| Various Plaintiffs | : | |
| | : | |
| | : | Cases Transferred from the |
| v. | : | Eastern District of |
| | : | Kentucky Listed in |
| | : | Exhibit "A," Attached |
| Various Defendants | | |

**FILED**

**SEP - 8 2011**

**MICHAEL E. KUNZ, Clerk**
**By_____Dep. Clerk**

## SUGGESTION OF REMAND

**AND NOW,** this **7th** day of **September, 2011**, it is hereby
**ORDERED** that, upon review of the above captioned case under MDL-
875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the
Court finds that, as to the above-captioned case:

> a.) Plaintiff has complied with MDL-875 Administrative
> Orders 12 and 12A.
>
> b.) Parties have completed their obligations under the Rule
> 16 order issued by the Court.
>
> c.) All discovery deadlines have passed.
>
> d.) The Court has adjudicated all outstanding motions.
>
> e.) The Court finds that this case is prepared for trial
> without delay once on the transferor court's docket.
>
> f.) A list of the remaining viable Defendants for trial are
> listed in Exhibit "A."

Accordingly, the Court **SUGGESTS** that the above-captioned
case be **REMANDED** to the United States District Court for the
Eastern District of Kentucky for resolution of all matters

pending within this case except punitive damages.[1]

Alternatively, parties in the below-listed cases have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania. In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

_____

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

| | | Exhibit A | |
|---|---|---|---|
| | | | |
| 2:09-cv-79503 | KY-E | ONEY et al v. KEENE BUILDING PRODUCTS CORP. et al | Owens-Illinois |
| 2:09-cv-79504 | KY-E | GRIFFITH et al v. ARMSTRONG WORLD INDUSTRIES, INC. et al | Owens-Illinois |
| 2:09-cv-79506 | KY-E | THOMPSON v. H.K. PORTER CO., INC. et al | Owens-Illinois |
| 2:09-cv-79529 | KY-E | REED v. OWENS-CORNING FIBERGLAS CORPORATION et al | Rapid American, Westinghouse and North Brothers |
| 2:09-cv-79557 | KY-E | COFFMAN et al v. GAF CORP. et al | Owens-Illinois |
| 2:09-cv-79565 | KY-E | WILLIAMS et al v. GAF CORP. et al | Owens-Illinois |
| 2:09-cv-79567 | KY-E | PERGRAM et al v. ARMSTRONG WORLD INDUSTRIES, INC. et al | Owens-Illinois |
| 2:09-cv-79569 | KY-E | CHENAULT et al v. ARMSTRONG WORLD INDUSTRIES, INC. et al | Owens-Illinois |
| 2:09-cv-79571 | KY-E | LYONS v. ARMSTRONG WORLD INDUSTRIES, INC. et al | Owens-Illinois |
| 2:09-cv-79608 | KY-E | WRIGHT et al v. OWENS-CORNING FIBERGLAS CORPORATION et al | MetLife, Rapid American, Abex, US Mineral, Wagner Electric and Chrysler Corp. |
| 2:09-cv-79612 | KY-E | TACKETT et al v. OWENS-CORNING FIBERGLAS CORP. et al | Owens-Illinois |
| 2:09-cv-79615 | KY-E | STAMBAUGH et al v. OWENS-CORNING FIBERGLAS CORPORATION et al | Chrysler and Abex |