<u>**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**</u>

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **FRANK MUMFREY** | * | CIVIL ACTION No. 2:11-cv-02284 |
| | * | |
| vs. | * | JUDGE:  DUVAL |
| | * | SECTION "K" |
| **ANCO INSULATIONS, INC., ET AL** | * | |
| | * | MAGISTRATE:  CHASEZ |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

*Pertains to:*   MDL-875 – In re Asbestos Products Liability Litigation (No. VI)
CONDITIONAL TRANSFER ORDER 384 (CTO-444)
Schedule CTO-444 - Tag-Along Action

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**MOTION TO REINSTATE STAY OF CONDITIONAL TRANSFER ORDER 444**</u>

**NOW INTO COURT** comes Plaintiff Frank Mumfrey to respectfully urge this Honorable Court to reinstate the stay of Conditional Transfer Order 444 (Record LAE/2:11-cv-02284 Doc. 3), insofar as it relates to the instant case, for the reasons set forth in the accompanying Memorandum in Support.  Plaintiff has filed contemporaneously with the instant Motion his Notice of Opposition to said Order, on the grounds that Plaintiff's Motion to Remand filed in the Eastern District of Louisiana is set for hearing on October 5, 2011.

**WHEREFORE**, Plaintiff respectfully requests that the stay of Conditional Transfer Order 444 be reinstated insofar as relates to the instant case.

Respectfully submitted,

LANDRY, SWARR & CANNELLA, L.L.C.

1

/s/ *Frank J. Swarr*
FRANK J. SWARR, Bar No. 23322 (T.A.)
MICKEY P. LANDRY, Bar No. 22817
DAVID R. CANNELLA, Bar No. 26231
PHILIP C. HOFFMAN, Bar No 32277
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
Telephone:  (504) 299-1214
Facsimile:   (504) 299-1215
E-mail:  lslaw@landryswarr.com

SIMON, EDDINS & GREENSTONE, LLP
LISA WHITE SHIRLEY, Bar No. 26511
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
214-276-7680
214-276-7699 Fax
E-mail:  lshirley@seglaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2011, a copy of the foregoing has been filed with the JPML and all Counsel of record are being served via the ECF system.


/s/ *Frank J. Swarr*