BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FRANK MUMFREY** | * | CIVIL ACTION No. 2:11-cv-02284 |
| | * | |
| vs. | * | JUDGE:  DUVAL |
| | * | SECTION "K " |
| **ANCO INSULATIONS, INC., ET AL** | * | |
| | * | MAGISTRATE:  CHASEZ |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Pertains to:*   MDL-875 – In re Asbestos Products Liability Litigation (No. VI)
                 CONDITIONAL TRANSFER ORDER 384 (CTO-444)
                 Schedule CTO-444 - Tag-Along Action

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF MOTION TO
REINSTATE STAY OF CONDITIONAL TRANSFER ORDER 444**

**MAY IT PLEASE THE COURT:**

Plaintiff Frank Mumfrey respectfully moves the Court to reinstate the stay of Conditional Transfer Order 444 insofar as it relates to the instant case.  This action was originally filed in Louisiana State Court and was removed on the morning of trial on the merits, September 12, 2011, to the Eastern District of Louisiana.  On that same day, Plaintiff moved to have the case remanded to the state court from which it was wrongfully removed, and further requested expedited consideration of that motion.[1]  The very next day, the Honorable Judge Stanwood R. Duval, Jr., of the Eastern District of Louisiana, granted Plaintiff's request for expedited

---

[1] See Exhibit "1," Plaintiff's Motion to Remand and  Exhibit "2," Memorandum in Support.

1

consideration, gave the removing defendant until September 23, 2011 to oppose the remand motion, and set hearing of the motion for October 5, 2011.[2]

That same day, September 13, 2011, this Honorable Court issued Conditional Transfer Order 444 (Record LAE/2:11-cv-02284 Doc. 3). Undersigned counsel certainly did not see that Order and can find no indication that he was served with said Order. It was only today, September 21, 2011, that undersigned counsel received the Court's notice that said Order had been finalized "inasmuch as no objection is pending at this time." For the reasons set forth in Plaintiff's Notice of Opposition filed contemporaneously herewith, Plaintiff does object to the Conditional Transfer Order and respectfully requests the opportunity to do so.

**WHEREFORE**, Plaintiff respectfully requests that the stay of Conditional Transfer Order 444 be reinstated insofar as relates to the instant case.

Respectfully submitted,

LANDRY, SWARR & CANNELLA, L.L.C.

*/s/ Frank J. Swarr*
FRANK J. SWARR, Bar No. 23322 (T.A.)
MICKEY P. LANDRY, Bar No. 22817
DAVID R. CANNELLA, Bar No. 26231
PHILIP C. HOFFMAN, Bar No 32277
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
Telephone: (504) 299-1214
Facsimile:  (504) 299-1215
E-mail: lslaw@landryswarr.com

SIMON, EDDINS & GREENSTONE, LLP
LISA WHITE SHIRLEY, Bar No. 26511
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
214-276-7680
214-276-7699 Fax
E-mail: lshirley@seglaw.com

---

[2] See Exhibit "3," Order Granting Expedited Consideration of Plaintiff's Motion to Remand.

2

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2011, a copy of the foregoing has been filed with the JPML and all Counsel of record are being served via the ECF system.

/s/ *Frank J. Swarr*