UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FRANK MUMFREY | * | CIVIL ACTION |
| | * | |
| vs. | * | NO. 2:11-CV-02284 |
| | * | |
| ANCO INSULATIONS, INC., ET AL. | * | JUDGE CARL BARBIER |
| | * | |
| | * | MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff to move this Honorable Court to remand this matter to the Civil District Court for the Parish of Orleans, State of Louisiana, for the reasons set forth herein:

I.

On September 12, 2011, Plaintiff received notice of removal to the United States District Court for the Eastern District of Louisiana by Defendant The Sherwin-Williams Company ("Sherwin-Williams"). That is the same day that trial was set to begin in this matter before the Honorable Piper D. Griffin in the Civil District Court for the Parish of Orleans, State of Louisiana.

II.

Plaintiff opposes removal and moves for remand back to the State Court on the basis that this Court does not have subject matter jurisdiction over this matter. As more fully set forth in the accompanying Memorandum in Support, there is not complete diversity in this case because Plaintiff Frank Mumfrey and three defendants in this case

are Louisiana citizens. Although these defendants were recently dismissed on summary judgment, these dismissals were not "voluntary" and therefore do not make this case removable.

**WHEREFORE**, Plaintiff respectfully requests that this matter be remanded to the Civil District Court for the Parish of Orleans, State of Louisiana. Additionally, Plaintiff asks that the Court award costs, including reasonable attorney fees, incurred in bringing this Motion to Remand.

Respectfully submitted,

**LANDRY SWARR & CANNELLA, L.L.C.**

*/s/ Frank J. Swarr*
FRANK J. SWARR, Bar No. 23322
MICKEY P. LANDRY, Bar No. 22817
DAVID R. CANNELLA, Bar No. 26231
PHILIP C. HOFFMAN, Bar No 32277
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
Telephone:  (504) 299-1214
Facsimile:   (504) 299-1215
E-mail:  lslaw@landryswarr.com

**SIMON GREENSTONE PANATIER BARTLETT, PC**
LISA WHITE SHIRLEY, Bar No. 26511
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
214-276-7680
214-276-7699 Fax
E-mail:  lshirley@seglaw.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 12th day of September, 2011, served a copy of the foregoing on counsel to all parties through the ECF system.

_____
Frank J. Swarr