UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRANK MUMFREY | *   CIVIL ACTION |
| | * |
| vs | *   NO.  2:11-CV-02284 |
| | * |
| ANCO INSULATIONS, INC., ET AL. | *   JUDGE  CARL BARBIER |
| | * |
| | *   MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF THE MOTION FOR EXPEDITED HEARING**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff to move this Honorable Court to hear his Motion to Remand on an expedited basis, because he is dying from malignant mesothelioma, a cancer of the lining of the lung caused by asbestos exposure, and is entitled to trial on an expedited basis pursuant to Louisiana Code of Civil Procedure article 1573. Pursuant to La. Code Civ. Pro. Art. 1573, the state court set this case on an expedited basis, with trial set to commence on September 12, 2011.

This is the second time that Defendant Sherwin-Williams Company ("Sherwin-Williams") has improperly removed this case, claiming that diversity exists when it does not. In April of this year, when Sherwin-Williams removed this case alleging fraudulent joinder, this Court granted an expedited hearing on the papers of Plaintiff's motion to remand to New Orleans Civil District Court on the finding that Frank Mumfrey "is dying from malignant mesothelioma and wishes to preserve that trial setting. (*see* Order and Reasons, 4/20/11 at 7 (**Exhibit A to Plaintiff's Motion to Remand**).

**WHEREFORE**, Plaintiff respectfully requests that his Motion to Remand be set and heard on an expedited basis on the papers.

1

Respectfully submitted,

LANDRY, SWARR & CANNELLA, L.L.C.

*/s/ Frank J. Swarr*
FRANK J. SWARR, Bar No. 23322 (T.A.)
MICKEY P. LANDRY, Bar No. 22817
DAVID R. CANNELLA, Bar No. 26231
PHILIP C. HOFFMAN, Bar No 32277
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
Telephone:  (504) 299-1214
Facsimile:   (504) 299-1215
E-mail:  lslaw@landryswarr.com

SIMON      GREENSTONE      PANATIER      &
BARTLETT, LLP
LISA WHITE SHIRLEY, Bar No. 26511
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
214-276-7680
214-276-7699 Fax
E-mail:  lshirley@seglaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2011, a copy of the foregoing has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management.  All Counsel of record are being served this filing by the court's electronic filing system.

*/s/ Frank J. Swarr*

2