UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FRANK MUMFREY | * | CIVIL ACTION |
| | * | |
| vs. | * | NO. 11-CV-02284 |
| | * | |
| ANCO INSULATIONS, INC., ET AL. | * | JUDGE CARL BARBER |
| | * | |
| | * | MAG. JUDGE WILKINSON |

**************************************************************************

**ORDER**

CONSIDERING the foregoing Motion for Expedited Hearing on Motion to Remand;

IT IS HEREBY ORDERED that Plaintiffs' Motion for Expedited Consideration is GRANTED, and hearing of the Motion for Remand is hereby set for the __5th__ day of October, 2011, at 9:30 a.m. Opposition shall be filed no later than September 23, 2011.

NEW ORLEANS, LOUISIANA, this 13th day of September, 2011.

_____
Stanwood R. Duval, Jr.
United States District Judge

1