BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| LORA CRIDER, Individually and  As Personal Representative of the  Estate of CLIFFORD EUGENE CRIDER,  Plaintiff,  v.  THE CARBORUNDUM CO., INC., *et al.*,  Defendants. | MDL DOCKET NO. 875  M.D.F.L.  TAMPA DIVISION  Case No. 8:09-CV-1240-T-30EAJ |

### DEFENDANT UNION CARBIDE CORPORATION'S
### NOTICE OF RELATED ACTION

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multi District Litigation, Defendant Union Carbide Corporation hereby notifies the Panel of the pendency of a tag-along action in Federal District Court, styled "Lora Crider, Individually and As Personal Representative of the Estate of Clifford Eugene Crider v. The Carborundum Co., Inc., et. al." in the United States District Court for the Middle District of Florida, Tampa Division (see Notice of Tag-Along Action, attached hereto as EXHIBIT "A"). Such action involves common questions of fact with those actions previously transferred to the Panel pursuant to 28 U.S.C. § 1407.

Wherefore, Defendant Union Carbide Corporation respectfully requests that the Panel transfer this tag-along to the United States District Court for the Eastern District of Pennsylvania.

1

Dated this 21st day of September, 2011.

                /s/ Frances Spinthourakis
                Frances Spinthourakis
                **Hawkins Parnell Thackston & Young** LLP
                4000 SunTrust Plaza
                303 Peachtree Street, N.E.
                Atlanta, Georgia 30308-3243
                Phone Number: 404-614-7598
                Fax Number: 404-614-7500
                Email address:fspinthourakis@hptylaw.com
                Attorney for: Union Carbide Corporation

**CERTIFICATE OF SERVICE**

On September 21, 2011, I electronically filed this document through the CM/ECF system, which will send a notice of electronic filing to:

**Frances Spinthourakis, Esq.**
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree St
Atlanta, GA 30308-3243

**-and-**

On September 21, 2011, I served this document to all counsel of record, as listed below, via United States Mail:

**Andrew Mcenaney**
Suite 400
9442 Capital of Texas Hwy North
Austin, TX 78759

**Timothy Clark**
Law Office of Timothy Clark, PA
Suite 700
888 E Las Olas Blvd
Ft Lauderdale, FL 33301

**Rebecca Kibbe**
K & L Gates, LLP*
Suite 3900
200 S Biscayne Blvd
Miami, FL 33131-2399

**M. Stephen Smith , III**
Rumberger, Kirk & Caldwell, PA
80 SW 8th St - Ste 3000
PO Box 01-9041
Miami, FL 33130

**Michael R. Holt**
Rumberger, Kirk & Caldwell, PA
80 SW 8th St - Ste 3000
PO Box 01-9041
Miami, FL 33130

**Rossana Navarro Mena**
Clarke Silverglate, PA
Suite 900
799 Brickell Plaza
Miami, FL 33131

**David J. De Piano**
Sedgwick, Detert, Moran & Arnold, LLP
Suite 1100
2400 E Commercial Blvd
Ft Lauderdale, FL 33308

**Marcia A. Davis**
Bice Cole Law Firm, PL
15316 NW 140th St
PO Box 1860
Alachua, FL 32616

**Jana Marie Fried**
JFried Law
1792 Bell Tower Ln
Weston, FL 33326

**Marcy E. Abitz**
Bennett, Aiello, Cohen & Fried
The Ingraham Building - Ste 808
25 SE Second Ave
Miami, FL 33131

**Nickolas C. Berry**
Hinshaw & Culbertson, LLP
Suite 1010
One E Broward Blvd
Ft Lauderdale, FL 33301

/s/ Frances Spinthourakis_____
Frances Spinthourakis
**Hawkins Parnell Thackston & Young** LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243
Phone Number: 404-614-7598
Fax Number: 404-614-7500
Email address:fspinthourakis@hptylaw.com
Attorney for: Union Carbide Corporation