# **EXHIBIT A – "Notice of Tag-Along Action"**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

(Hillsborough County Circuit Court Case No. 09-8727)

LORA CRIDER, Individually and
As Personal Representative of the
Estate of CLIFFORD EUGENE CRIDER,

        Plaintiff,                           CASE NO. _____

versus

THE CARBORUNDUM COMPANY,
INCORPORATED; CERTAINEED
CORPORATION f/k/a CERTAINTEED
PRODUCTS CORP. (Subsidiary of
Compagnie de Sainte-Gobain; successor
And/or parent of Keasbey & Mattison
Company's Asbestos Cement Pipe Division);
CLEAVER-BROOKS, INC.; CRANE CO.;
FLOWSERVE US INC.; FOSTER
WHEELER CORPORATION f/k/a
POWER SPECIALTY CO. (Successor
and/or parent of Forty-Eight Insulations,
Inc.); GARDNER DENVER, INC.;
GARLOCK SEALING TECHNOLOGIES,
LLC f/k/a GARLOCK, INC. f/k/a
GARLOCK PARKING CO. (subsidiary of
Colt Industries, Inc.; successor and/or
Parent of Belmont Packing, and Rubber
Company; successor and/or parent of
Anchor Packing Company); GENERAL
ELECTRIC COMPANY; GEORGIA-
PACIFIC COPORATION f/k/a
GEORGIA HARDWOOD LUMBER CO.
f/k/a GEORGIA-PACIFIC PLYWOOD and
LUMBER CO. f/k/a GEORGIA PACIFIC
PLYWOOD CO. (successor and/or parent of
Betwall Gypsum Company); GOULDS
PUMPS, INCORPORATED; MINNESOTA
MINING AND MANUFACTURING


EXHIBIT "A"

COMPANY; UNION CARBIDE
CHEMICALS & PLASTICS f/k/a UNION
CARBIDE AND CARBON CO. f/k/a
UNION CARBIDE CORP. (successor and/or
Parent of Magnolia Welding Supply Co.,
Inc.; successor and/or parent of The Mobile
Welding Supply Company; successor and/or
Parent of Gas Technics Gases & Equipment
Centers of Eastern Penn, Inc.; successor
and/or parent of the Linde Air Products
Company); and WESTINGHOUSE
ELECTRIC CORPORATION

    Defendants.
_____/

## UNION CARBIDE CORPORATION'S NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order applies to "tag-along actions", or actions involving common questions of fact filed after the January 17, 1991 filings of the Panel's Order to Show Cause. MDL Rule 13 (e) provides:

> Any party of counsel previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies that this is potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 7.4(a) or (2) file

10469971-1

an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

Respectfully submitted this 30th day of June 2009.

Evelyn M. Fletcher
Florida Bar No. 0162744
Frank I. Chao
Florida Bar No. 0011513
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243
404-614-7400 (Phone)
404-614-7500 (Facsimile)
efletcher@hplegal.com
fchao@hplegal.com

10469971-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 3rd day of June, 2009, to all counsel on the attached Service List.

*/s/ Sarah Chao*
Evelyn M. Fletcher
Florida Bar No. 0162744
Frank I. Chao
Florida Bar No. 0011513
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243
404-614-7400 (Phone)
404-614-7500 (Facsimile)
efletcher@hplegal.com
fchao@hplegal.com

10469971-1