BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| LORA CRIDER, Individually and | : | MDL DOCKET NO. 875 |
| As Personal Representative of the | : | |
| Estate of CLIFFORD EUGENE CRIDER, | : | |

## SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff**: Lora Crider  **Defendants**: Carborundum Company, Inc.; Cleaver-Brooks, Inc.; Crane Co.; Flowserve US Inc.; Foster Wheeler Corporation; Gardner Denver, Inc.; Garlock Sealing Technologies, LLC; General Electric Company; Georgia-Pacific Corporation; Goulds Pumps, Incorporated; Minnesota Mining and Manufacturing Company; Union Carbide Corporation; Westinghouse Electric Corporation; and Certaineed Corporation. | Middle District of Florida (Tampa Division) | 8:09-cv-01240-JSM-EAJ | James S. Moody, Jr. |

1