# "PROOF OF SERVICE" RESPECTIVE TO DEFENDANT UNION CARBIDE CORPORATION

**LORA CRIDER**, Individually and on Behalf of the Estate of **Clifford Eugene Crider**,
Deceased, vs. **The Carborundum Company, Incorporated,** *et al.*
Hillsborough County, Florida, Case No: 09-8727; Division: "F"

 **CT Corporation**

**Service of Process Transmittal**
06/02/2009
CT Log Number 514943220

**RECEIVED**

JUN 0 4 2009

PACE

TO: Michael Figueroa
Navigant Consulting
1009 Lenox Drive, Bldg 4, Suite 101
Lawrenceville, NJ 08648-

RE: **Process Served in Florida**

FOR: UNION CARBIDE CHEMICALS AND PLASTICS COMPANY INC. (Former Name) (Domestic State: NY)
Union Carbide Corporation (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Lora Crider Individually and on behalf of the estate of Clifford Eugene Crider, Deceased, Pltf. vs. The Carborundum Company, Incorporated, et al. including Union Carbide Chemicals & Plastics, etc.Dfts. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Cover Sheet |
| **COURT/AGENCY:** | Hillsborough County Circuit Court, FL Case # 09 8727 |
| **NATURE OF ACTION:** | Asbestos Litigation - Fatal Injury/Wrongful Death |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/02/2009 at 14:10 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Andrew McEnaney Hissey Kientz, L.L.P. 9442 Capital of Texas Hwy North Ste 400 Austin, TX 78759 512-320-9100 |
| **REMARKS:** | As per the records of the Florida Secretary of State the only company registered to do business in the State of Florida beginning with Union Carbide Chemicals & Plastics is Union Carbide Chemicals & Plastics Company, Inc. |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 792152393186 Email Notification, Michael Figueroa PaceService@navigantconsulting.com Email Notification, Inote Recipient fusasbs@dow.com Email Notification, iNote Recipient fmdnmsp@dow.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Donna Moch |
| **ADDRESS:** | 1200 South Pine Island Road Plantation, FL 33324 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of 1 / Jd

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

DELIVERED: ___/___/___

IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
COUNTY CIVIL DIVISION

LORA CRIDER, Individually
and on Behalf of the Estate of
Clifford Eugene Crider, Deceased

Plaintiff(s)

Vs

THE CARBORUNDUM CO.,

INCORPORATED, ET AL

Defendant(s)

Case No.: 09 8727

Division: F

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, 800 E. Twiggs St., Tampa, Florida, (813) 272-7040, within 2 working days of your receipt of this Summons; if you are hearing or voice impaired, call 711.

SUMMONS  DATE: 6-2-09   TIME: 2:10

THE STATE OF FLORIDA:
To Each Sheriff of the State:

ERIC DEAL           S.P.S. #336

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant(s) UNION CARBIDE CHEMICALS & PLASTICS f/k/a UNION CARBIDE AND CARBON
See service info below

Each defendant is required to serve written defenses to the complaint or petition on ANDREW MCENANEY, plaintiff's attorney, whose address is 9442 Capital of Tx Hwy N, Suite 400, Austin, TX 78759 within 20¹ days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on MAY 11 2009

CO. f/k/a UNION CARBIDE CORP. (successor and/or parent of Magnolia Welding Supply Co., Inc.; successor and/or parent of The Mobile Welding Supply Company; successor and/or parent of Gas Technics Gases & Equipment Centers of Eastern Penn, Inc.; successor and/or parent of The Linde Air Products Company) is a New York Corporation located at 39 Old Ridgebury Road Danbury, Connecticut 06817 and may be served through its registered agent to wit at C.T. Corporations Systems, 1200 South Pine Island Road, Plantation, Florida 33324

PAT FRANK
As Clerk of the Court
By: _____
As Deputy Clerk
(813) 757-3918, ext.

¹ Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and prop-erty may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Printed: ANDREW MCENANEY  
Attorney for Plaintiff  
Address: 9442 Capital of Tx Hwy N, Suite 400  
Austin, TX 78759  
Florida Bar No.: 139068

CAUSE NO. _____

| | |
|---|---|
| LORA CRIDER INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CLIFFORD EUGENE CRIDER, DECEASED<br><br>*Plaintiff,*<br><br>vs.<br><br>THE CARBORUNDUM COMPANY, INCORPORATED; CERTAINTEED CORPORATION f/k/a CERTAINTEED PRODUCTS CORP. (Subsidiary of Compagnie de Saint-Gobain; successor and/or parent of Keasbey & Mattison Company's Asbestos Cement Pipe Division); CLEAVER-BROOKS, INC.; CRANE CO.; FLOWSERVE US INC.; FOSTER WHEELER CORPORATION f/k/a POWER SPECIALTY CO. (Successor and/or parent of Forty-Eight Insulations, Inc.); GARDNER DENVER, INC.; GARLOCK SEALING TECHNOLOGIES, LLC f/k/a GARLOCK, INC. f/k/a GARLOCK PARKING CO.(subsidiary of Colt Industries, Inc.; successor and/or parent of Belmont Packing, and Rubber Company; successor and/or parent of Anchor Packing Company); GENERAL ELECTRIC COMPANY; GEORGIA-PACIFIC CORPORATION f/k/a GEORGIA HARDWOOD LUMBER CO. f/k/a GEORGIA-PACIFIC PLYWOOD and LUMBER CO. f/k/a GEORGIA-PACIFIC PLYWOOD CO. (successor and/or parent of Bestwall Gypsum Company); GOULDS PUMPS, INCORPORATED; MINNESOTA MINING AND MANUFACTURING COMPANY; UNION CARBIDE CHEMICALS & PLASTICS f/k/a UNION CARBIDE AND CARBON CO. f/k/a UNION CARBIDE CORP. (successor and/or parent of Magnolia Welding Supply Co., Inc.; successor and/or parent of The Mobile | IN THE CIRCUIT COURT OF<br><br>09   8727<br>**DIVISION F**<br><br>THE 13TH JUDICIAL CIRCUIT IN AND<br><br>RECEIVED<br><br>APR 02 2009<br><br>CLERK OF CIRCUIT COURT<br>HILLSBOROUGH COUNTY, FL<br><br><br><br>FOR HILLSBOROUGH, FLORIDA |