UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
  Mumfrey v. Sherwin-Williams Company,     )
    E.D. Louisiana, C.A. No. 2:11-02284     )   MDL No. 875

### ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

  A conditional transfer order was filed in this action (*Mumfrey*) on September 13, 2011. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Mumfrey* was lifted on September 21, 2011, and the action was transferred to the Eastern District of Pennsylvania.

  Subsequently, on September 21, 2011, plaintiff, through counsel, filed a motion to reinstate the conditional transfer order. Counsel asserts that he did not receive a copy of the Panel's order until September 21, 2011. Plaintiff also proffered a notice of opposition.

  The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in order to permit plaintiff to pursue his opposition to transfer.

  IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-444" filed on September 13, 2011, is REINSTATED insofar as it relates to this action. Plaintiff's notice of opposition is accepted and is deemed filed as of September 21, 2011. In accordance with Rule 7.1(f), plaintiff shall file the required motion and supporting brief to vacate the conditional transfer order on or before October 5, 2011. No extensions of time will be granted.

               FOR THE PANEL:

               Jeffery N. Lüthi
               Clerk of the Panel