UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL No. 875 |
| BONNIE VON DELL and JOHN VON DELL,<br><br>Plaintiffs,<br><br>v.<br><br>BOEING COMPANY (Individually and as Successor to MCDONNEL DOUGLAS CORPORATION),<br><br>Defendant. | Civil Action No. DE/1:11-cv-00786<br><br>From the<br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE |

**PLAINTIFFS' NOTICE OF OPPOSITION TO
<u>CONDITIONAL TRANSFER ORDER</u>**

I represent Plaintiffs Bonnie Von Dell and John Von Dell in the above-captioned action which is included in the conditional transfer order, CTO-445. Plaintiffs submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Dated: September 22, 2011                    Respectfully submitted,

                                                                 s/Lisa White Shirley
                                                                 Lisa White Shirley
                                                                 SIMON GREENSTONE
                                                                 PANATIER BARTLETT, PC
                                                                 3232 McKinney Avenue, Suite 610
                                                                 Dallas, Texas  75204
                                                                 Telephone:  214-276-7680

Facsimile:  214-276-7699
lshirley@sgpblaw.com

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

This notice of Plaintiffs' Notice of Opposition to Conditional Transfer Order was served upon counsel for Defendant Boeing Company, Christian Singewald, via email on this 22nd day of September, 2011.

s/Lisa White Shirley_____
Lisa White Shirley
Attorney for Plaintiffs