**LYNCH**
**DASKAL**
**EMERY** LLP

264 WEST 40TH STREET
NEW YORK, NEW YORK 10018
TEL: 212-302-2400
FAX: 212-302-2210

September 22, 2011

Clerk of the Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G255, North Lobby
Washington, D.C. 20002-8041

> **Re:   Notice of Potential Tag-Along Action**
> **Asbestos Products Liability Litigation**
> **MDL Docket No. 875**

Dear Madam/Sir:

I hereby notify you, as required by Rule 7.1(a) of the Rules of Procedure of Judicial Panel on Multidistrict Litigation, of the pendency of a potential tag-along action to the cases transferred by the Panel's July 29, 1991 Order and Opinion to the Eastern District of Pennsylvania and assigned to the Honorable Eduardo C. Robreno.

The potential tag-along action is entitled <u>Jill Farrell, Individually and as Personal Representative of the Estate of Howard James Farrell, Deceased v. Air & Liquid Systems Corporation, et al.,</u> pending in the United States District Court, Southern District of New York, 11 CV 6299 (BSJ)(THK).

Enclosed are copies of plaintiff's complaint and the docket sheet for this case.

Respectfully,

Lawrence G. Lee

Encls.

cc:   Clerk of the Court, Southern District of New York (by electronic filing)
All Counsel (by electronic filing)