# SCHEDULE

**Southern District of New York**

| Index No. | Case Name | Judge |
|---|---|---|
| 11-cv-6299 | Jill Farrell, Individually and as Personal Representative of the Estate of Howard James Farrell, Deceased | Hon. Barbara S. Jones |