# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | | |
|---|---|---|
| Pratt v. Asbestos Corporation Limited et al., | ) | |
|     N.D. California, C.A. No. 3:11-03503 | ) | MDL No. 875 |

## ORDER VACATING CONDITIONAL TRANSFER ORDER
## AND VACATING THE SEPTEMBER 27, 2011, HEARING SESSION

    A conditional transfer order was filed in this action (*Pratt*) on July 21, 2011. Prior to expiration of the order's 7-day stay of transmittal, plaintiff in *Pratt* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been informed that *Pratt* was remanded to the Superior Court of the State of California in and for the County of San Francisco by the Honorable Edward M. Chen in an order filed on September 22, 2011.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-425" filed on July 21, 2011, is VACATED insofar as it relates to this action.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 16, 2011, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel