# LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

1180 Peachtree Street NE, Suite 2900
Atlanta, GA 30309
Telephone: 404.348.8585
Fax: 404.467.8845
www.lbbslaw.com

**BRANTLEY C. ROWLEN**
DIRECT DIAL: 404.348.8576
E-MAIL: rowlen@lbbslaw.com

September 26, 2011

File No.
6304-216223

**VIA FACSIMILE AND FEDEX -**

Mr. Jeffrey N. Luthi
United States Judicial Panel on Multidistrict Litigation
Clerk of the Panel
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC 20544-0005

Re:   *Holland v. Union Carbide Corp. et al.*
      In re: Asbestos Products Liability Litigation (No. IV), MDL No. 875
      Civil Action File No. 2:09-CV-80013

Dear Mr. Luthi:

This firm represents Union Carbide in the above referenced civil action.

We are in receipt of your Conditional Remand Order dated September 21, 2011. As requested therein, please accept this correspondence as Union Carbide's Notice of Objection to the remand of this case. Further, I have also enclosed a file stamped copy of Union Carbide's Motion for Summary Judgment, Memorandum in Support of the same and incorporated Motion in Opposition to Remand, filed on September 13, 2011, for your review since they set forth in greater detail the grounds for Union Carbide's objection.

Thank you in advance for your consideration of the enclosed and foregoing. Should you have any questions or concerns, please do not hesitate to contact me.

ATLANTA • BEAUMONT • CHARLESTON • CHICAGO • FORT LAUDERDALE • HOUSTON • LAFAYETTE • LAS VEGAS • LOS ANGELES • NEW ORLEANS
NEW YORK • NEWARK • ORANGE COUNTY • PHOENIX • SACRAMENTO • SAN BERNARDINO • SAN DIEGO • SAN FRANCISCO • TAMPA • TUCSON

Mr. Jeffrey N. Luthi
September 26, 2011
Page 2

Respectfully yours,

Brantley C. Rowlen of
LEWIS BRISBOIS BISGAARD & SMITH LLP

BCR:ab
Enclosures
cc:   Ken Sales