*THIS DOCUMENT RELATES TO:*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS, | : | |
| LIABILITY LITIGATION (NO. VI) | : | MDL DOCKET NO. MDL 875 |
| | : | CASE NOS.: 2:09-CV-80013-ER |
| | : | and 2:09-CV-80015-ER |

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# AT PADUCAH

| | | |
|---|---|---|
| CAROL HOLLAND, as Executrix | : | |
| of the Estate of VERDIE R. CULP | : | |
| and FRANCES E. CULP, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION FILE |
| vs. | : | NO.: 5:02-CV-00006J |
| | : | |
| UNION CARBIDE CORPORATION, et al. | : | |
| | : | |
| Defendants. | : | |

*AND*

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# AT PADUCAH

| | | |
|---|---|---|
| MARY JO BARNETT, Individually and as | : | |
| Executrix of the Estate of | : | |
| GEORGE C. BARNETT, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION FILE |
| vs. | : | NO.: 5:04-CV-230-R |
| | : | |
| UNION CARBIDE CORPORATION, et al. | : | |
| | : | |
| Defendants. | : | |

## UNION CARBIDE CORPORATION'S NOTICE OF OBJECTION
## TO CONDITIONAL REMAND

COMES NOW Union Carbide Corporation, Defendant in the above styled civil actions, and hereby files this Notice of Objection to the Conditional Remand of these actions on the ground there remains outstanding dispositive motions to be adjudicated by the United States District Court, Eastern District of Pennsylvania.

WHEREFORE, Union Carbide Corporation respectfully requests the Panel not remand the above styled cases until the Court has ruled upon Union Carbide Corporation's pending Motion for Summary Judgment.

This 27th day of September, 2011.

LEWIS BRISBOIS BISGAARD & SMITH, LLP

/s/ Brantley C. Rowlen
R. Scott Masterson
Kentucky Bar No. 91829
Brantley C. Rowlen
Kentucky Bar No. 93995

1180 Peachtree Street, N.E.      Counsel for Union Carbide Corporation
Suite 2900
Atlanta, Georgia 30309
Phone: (404)-518-0365
Fax: (404) 467-8845
rowlen@lbbslaw.com

- 2 -