BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| EARL GRELSON, ) | |
| ) | MDL No. 875 |
| Plaintiff, ) | In Re: Asbestos Products Liability Litigation (No. VI) |
| ) | |
| vs. ) | ILN/1:11-CV-06063 |
| ) | Cook County Circuit Court No. 2011 L 7578 |
| RAPID AMERICAN CORP., et al., ) | |
| ) | |
| Defendants. ) | |

## BRIEF IN SUPPORT PLAINTIFF'S MOTION
## TO VACATE CONDITIONAL TRANSFER ORDER

The Plaintiff, Earl Grelson, by counsel, hereby moves this Panel, pursuant to Rule 7.1(f) of the Rules of the Judicial Panel on Multidistrict Litigation (JPML), for an order vacating its September 12, 2011 order (CTO-443) conditionally transferring this action to MDL-875 in the Eastern District of Pennsylvania.

### BACKGROUND

Earl Grelson filed his case in the Circuit Court of Cook County, Illinois on July 15, 2011. His lawsuit is based on his diagnosis of asbestos lung disease. Foster Wheeler, one of the defendants in the case, filed a notice of removal on August 31, 2011, removing the matter to the Northern District of Illinois (Eastern Division), where it is currently in front of Judge Virginia Kendall.

Plaintiff subsequently filed a motion to remand, and Judge Kendall entered a briefing schedule on Plaintiff's motion. *See* Exhibit 1. Defendant Foster Wheeler's requested an extension of time to file its response, which was granted by Judge Kendall on September 15, 2011. *See* Exhibit 2. Defendant filed its response to Plaintiff's motion on September 23, 2011, in which it also requested a stay of the district court proceedings pending transfer to the MDL.

1

Plaintiff's reply is due on October 7, 2011, and ruling will be made by mail sometime thereafter. See Exhibit 2.

## ARGUMENT

### I. TRANSFER WILL INTERFERE WITH PENDING PRETRIAL PROCEEDINGS

JPML Rule 2.1(d) provides that the pendency of a conditional transfer order does not affect or suspend orders and pretrial proceedings in any pending federal district court action and does not limit the pretrial jurisdiction of that court. Granting transfer will steal this matter away from Judge Kendall, who has already received briefs from both sides on Plaintiff's remand motion and intends to rule on the matter. Doing so would be directly contrary to the stated purpose of this Panel in Rule 2.1(d).

### II. TRANSFER WILL NOT CONSERVE PARTY AND JUDICIAL RESOURCES

28 U.S.C. §1407(a) provides that the Panel may transfer cases if such a transfer "will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions." As stated above, Plaintiff has a motion to remand before Judge Kendall in the transferor court, on which motion briefs have already been submitted by both sides. Granting transfer will frustrate Judge Kendall's efforts to resolve this matter and ignore the Panel's statutory dictate.

## CONCLUSION

Leaving aside the existence of colorable federal defense to Plaintiff's claim, Plaintiff respectfully requests this Panel vacate the conditional transfer order pending resolution of Plaintiff's motion to remand in the transferor court. Transferring this action now will interfere with pending pretrial proceedings and waste judicial and party resources.

RESPECTFULLY SUBMITTED, this 27th day of September.

/s/ David O. Barrett

_____

David O. Barrett, Esquire


David O. Barrett, Esquire (ISB No. 6292344)
Cooney & Conway
120 N. LaSalle Street, Suite 3000
Chicago, Illinois 60602
(312) 236-6166 (Telephone)
(312) 236-3029 (Facsimile)
dbarrett@cooneyconway.com
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2011, I electronically filed the foregoing Brief in Support of Plaintiff's Motion to Vacate with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, and served the unrepresented defendants on attached service list by facsimile. I also served a copy of this filing by hand-delivery on the clerk of the transferor court at the following address:

Clerk of the United States District Court
Northern District of Illinois, Eastern Division
219 South Dearborn Street
Chicago, Illinois 60604

/s/ David O. Barrett

_____

David O. Barrett, Esquire

3

*Earl Grelson v. Rapid American Corp., et. al.*
2011 L 007578
10-0637

# EXPECTED PLEADINGS SERVICE LIST

**Schneider Electric USA, Inc., formerly known as Square D Company, Inc.**
Heather M. Ignoffo
Barnes & Thornburg, LLP
One North Wacker Dr.
Suite 4400
Chicago, IL 60606
Phone: (312) 357-1313
Fax: (312) 759-5646

**INGERSOLL-RAND COMPANY**
Daniel J. Cheely
Cheely, OFlaherty & Ayres
19 S. LaSalle St. Ste. 1203
Chicago, IL 60603
Phone: (312) 853-8700
Fax: (312) 782-0040

**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY**
Agatha K. Raynor
Eric D. Carlson
Crivello Carlson & Mentkowski
710 N. Plankinton Ave.
Milwaukee, WI 53203-2417
Phone: (414) 271-7722
Fax: (414) 271-4438

**SPRINKMANN SONS CORPORATION OF WISCONSIN**
Travis Rhoades
John Halpin
Crivello Carlson & Mentkowski
710 N. Plankinton Ave.
Milwaukee, WI 53203-2417
Phone: (414) 271-7722
Fax: (414) 271-4438

**APPLETON ELECTRIC, LLC; ECR INTERNATIONAL, USA, INC.; VIACOM, INC., Successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation**
Robert J. Brummond
Joseph Rejano
Foley & Mansfield, PLLP
55 West Monroe Street, Suite 3430
Chicago, IL 60603
Phone: (312) 254-3800
Fax: (312) 254-3801

**ECR INTERNATIONAL, USA, INC.; VIACOM, INC., Successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation**
Robert J. Brummond
William Foote
Michael Newport
Foley & Mansfield, PLLP
55 W. Monroe, Suite 3430
Chicago, IL 60603
Phone: (312) 254-3805
Fax: (312) 254-3801

**CRANE COMPANY**
Susan Gunty
James P. Kasper
Gunty & McCarthy
150 S. Wacker Dr. Ste. 1025
Chicago, IL 60606
Phone: (312) 541-0022
Fax: (312) 541-0033

**AIR & LIQUID SYSTEMS, INC., Successor-by-Merger to BUFFALO PUMPS, INC.; CERTAINTEED CORPORATION; H.B. FULLER COMPANY; IMO INDUSTRIES, INC.; RILEY POWER INC., f/k/a RILEY STOKER CORPORATION; UNION CARBIDE CORPORATION, Individually and f/k/a Union Carbide Chemicals and Plastics Co.**
Christopher P. Larson
Heyl, Royster, Voelker & Allen
CHASE Building, Suite 600
124 S.W. Adams St.
Peoria, IL 61602
Phone: (309) 676-0400
Fax: (309) 676-3374

**GOULDS PUMPS, INC.**
Craig T. Liljestrand
Hinshaw & Culbertson, LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601-1081
Phone: (312) 704-3000
Fax: (312) 704-3001

*Earl Grelson v. Rapid American Corp., et. al.*
2011 L 007578
10-0637

## EXPECTED PLEADINGS SERVICE LIST

**H.B. FULLER COMPANY**
James Toohey
Jeffery G. Chrones
Johnson & Bell, Ltd
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Phone: (312) 372-0770
Fax: (312) 372-9818

**A.W. CHESTERTON COMPANY; ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY**
John Kurowski
William D. Schultz
Lindsay A. Dibler
Kurowski, Bailey & Schultz, LLC
24 Bronze Pointe
Belleville (Swansea), IL 62226
Phone: (618) 277-5500
Fax: (618) 277-6334

**CROWN, CORK & SEAL, USA, INC.**
Robert P. Harris
Law Office of Robert P Harris
180 N. Michigan Ave., Suite 2105
Chicago, IL 60601-7478
Phone: (312) 236-7587
Fax: (312) 236-7589

**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.**
Edward H. MacCabe
MacCabe & McGuire
77 West Wacker Drive, #3333
Chicago, IL 60601
Phone: (312) 357-2600
Fax: (312) 357-0317

**ITT INDUSTRIES, INC. f/k/a ITT Indiana, Inc., Individually and as Successor to Allis-Chalmers Corporation; ITT INDUSTRIES, INC., Individually and as Successor-in-Interest to BELL & GOSSETT PUMP CO.**
Undray Wilks
Paul W. Doerscheln
McGuire Woods
77 W. Wacker Dr., Ste. 4110
Chicago, IL 60601-8100
Phone: (312) 849-8100
Fax: (312) 849-3690

**BRYAN STEAM CORPORATION**
Gregory L. Cochran
Margaret M. Foster
Thomas W. Hayes
McKenna Storer
33 North LaSalle Street, Suite 1400
Chicago, IL 60602-2610
Phone: (312) 558-3900
Fax: (312) 558-8348

**MUELLER GROUP, LLC d/b/a MUELLER FLOW, LLC; YARWAY CORPORATION**
Kevin B. Dreher
Todd E. Domjan
Mitchell K. Rovner
Morgan Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601-5094
Phone: (312) 324-1000
Fax: (312) 324-1001

**MUELLER GROUP, LLC d/b/a MUELLER FLOW, LLC; YARWAY CORPORATION**
Denise U. Scofield
Morgan Lewis & Bockius LLP
1000 Louisiana Street
Suite 4200
Houston, TX 77002
Phone: (713) 890-5000
Fax: (713) 890-5001

**JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY**
Daniel J. O'Connell
OConnell, Tivin, Miller & Burns, LLC
135 S. LaSalle Street
Chicago, IL 60603
Phone: (312) 256-8800
Fax: (312) 256-8808

*Earl Grelson v. Rapid American Corp., et. al.*
2011 L 007578
10-0637

# EXPECTED PLEADINGS SERVICE LIST

**ANDERSON, GREENWOOD & CO.; GRINNELL CORPORATION f/k/a GRINNELL FIRE PROTECTION SYSTEMS, INC.; GRINNELL LLC; HENRY PRATT COMPANY; MUELLER COMPANY; MUELLER GROUP, LLC d/b/a MUELLER FLOW, LLC; UNIROYAL, INC.; YARWAY CORPORATION**
Edward Casmere
Schiff Hardin LLP
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6473
Phone: (312) 258-5500
Fax: (312) 258-5600

**AURORA PUMP COMPANY; BW/IP Inc. and its Wholly Owned Subsidiaries**
Edward J. McCambridge
Cameron D. Turner
Brooke E. Halleran
Maria Menotti
Segal, McCambridge, Singer & Mahoney
Sears Tower Suite 5500
233 South Wacker Drive
Chicago, IL 60606
Phone: (312) 645-7800
Fax: (312) 645-7711

**DAP, INC.; FOSTER WHEELER ENERGY CORPORATION; GARDNER DENVER, INC.; KENTILE FLOORS INC.; WEIL-MCLAIN**
William F. Mahoney
Kathleen McDonough
Adam Jagadich
Greg McMahon
Melissa Fallah
Segal, McCambridge, Singer & Mahoney
Sears Tower Suite 5500
233 South Wacker Drive
Chicago, IL 60606
Phone: (312) 645-7800
Fax: (312) 645-7711

**GENERAL ELECTRIC COMPANY**
Maja C. Eaton
John A. Heller
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

**RAPID AMERICAN CORP., Individually and as Successor-In-Interest to Philip Carey Manufacturing Corporation**
Leslie D. Davis
SNR Denton US LLP
One Metropolitan Square
St. Louis, MO 63102
Phone: (314) 241-1800
Fax: (314) 259-5959

**METROPOLITAN LIFE INSURANCE CO.**
Christopher M. Davis
Steptoe & Johnson
Complex Litigation Support Center
400A Guide Drive
Rockville, MD 20850
Phone: (301) 610-2361
Fax: (301) 610-7099

**PNEUMO-ABEX, as Successor-In-Interest to Abex Corporation**
Robert W. Scott
Swain, Hartshorn & Scott
411 Hamilton Blvd., Suite 1812
Peoria, IL 61602
Phone: (309) 637-1700
Fax: (309) 637-1708

**FMC CORPORATION; STERLING FLUID SYSTEMS (USA) Individually and as Successor-in-Interest to Peerless Pump Company and as Successor-in-Interest to Indian Head, Inc.**
George F. Fitzpatrick Jr.
McRay Judge II
Swanson, Martin & Bell, LLP
One IBM Plaza, Suite 3300
330 North Wabash Ave.
Chicago, IL 60611
Phone: (312) 321-9100
Fax: (312) 321-0990

**APPLETON ELECTRIC, LLC**
Steven G. Carlson
Von Briesen & Roper, SC
411 East Wisconsin Ave., Suite 700
Milwaukee, WI 53202
Phone: (608) 661-3961
Fax: (414) 238-6531

*Earl Grelson v. Rapid American Corp., et. al.*
2011 L 007578
10-0637

## EXPECTED PLEADINGS SERVICE LIST

**METROPOLITAN LIFE INSURANCE CO.**
Douglas L. Prochnow
Jennifer A. Johnston
Christopher M. Dely
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
Phone: (312) 201-2000
Fax: (312) 201-2555

**C.P. HALL COMPANY**


**COOPER INDUSTRIES, LLC, Successor-in-Interest to COOPER INDUSTRIES INC. and CROUSE-HINDS COMPANY**


**GEORGIA-PACIFIC LLC f/k/a GEORGIA-PACIFIC CORPORATION**