## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
### Eastern Division

Earl Grelson

                        Plaintiff,

v.                                        Case No.: 1:11−cv−06063
                                              Honorable Virginia M. Kendall

Foster Wheeler Energy Corporation, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 8, 2011:

      MINUTE entry before Honorable Virginia M. Kendall:Plaintiff's motion to remand[9] is briefed as follows: Responses due by 9/16/2011. Motion hearing set for 9/29/2011 is stricken.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.



PLAINTIFF'S EXHIBIT 1