BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased, ) ) ) | MDL No. 875 In Re: Asbestos Products Liability Litigation |
| Plaintiff, ) ) | |
| vs. ) ) | ILN/1:11-CV-06065 Cook County Circuit Court No. 2011 L 7373 |
| RAPID AMERICAN CORP., et al., ) ) | |
| Defendants. ) | |

### BRIEF IN SUPPORT OF PLAINTIFF'S MOTION
### TO VACATE CONDITIONAL TRANSFER ORDER

The Plaintiff, Charlotte Horn, by counsel, hereby moves this Panel, pursuant to Rule 7.1(f) of the Rules of the Judicial Panel on Multidistrict Litigation (JPML), for an order vacating its September 12, 2011 order (CTO-443) conditionally transferring this action to MDL-875 in the Eastern District of Pennsylvania.

### BACKGROUND

Charlotte Horn filed her case in the Circuit Court of Cook County, Illinois on July 15, 2011. Her lawsuit is based on her husband Gerald's wrongful death from malignant mesothelioma, a terminal illness caused by exposure to asbestos. Foster Wheeler, one of the defendants in the case, filed a notice of removal on August 31, 2011, removing the matter to the Northern District of Illinois (Eastern Division), where it is currently in front of Judge Elaine Bucklo.

Plaintiff subsequently filed a motion to remand, and Judge Bucklo has entered a briefing schedule on Plaintiff's motion. *See* Exhibit 1. Defendant Foster Wheeler's response is due on

October 7, 2011, and Plaintiff has until October 17, 2011 to file its reply. Judge Bucklo plans to issue her ruling on Plaintiff's motion on November 8, 2011.

## ARGUMENT

### I. TRANSFER WILL INTERFERE WITH PENDING PRETRIAL PROCEEDINGS

JPML Rule 2.1(d) provides that the pendency of a conditional transfer order does not affect or suspend orders and pretrial proceedings in any pending federal district court action and does not limit the pretrial jurisdiction of that court.

Granting transfer will steal this matter away from Judge Bucklo, who has already received briefs from both sides on Plaintiff's remand motion and intends to rule on the matter on November 8, 2011. Doing so would be directly contrary to the stated purpose of this Panel in Rule 2.1(d).

### II. TRANSFER WILL NOT CONSERVE PARTY AND JUDICIAL RESOURCES

28 U.S.C. §1407(a) provides that the Panel may transfer cases if such a transfer "will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions."

As stated above, Plaintiff has a motion to remand before Judge Bucklo in the transferor court, on which motion briefs have already been submitted by both sides. Granting transfer will frustrate Judge Bucklo's efforts to resolve this matter and ignore the Panel's statutory dictate.

## CONCLUSION

Leaving aside the existence of colorable federal defense to Plaintiff's claim, Plaintiff respectfully requests this Panel vacate the conditional transfer order pending resolution of

Plaintiff's motion to remand in the transferor court. Transferring this action now will interfere with pending pretrial proceedings and waste judicial and party resources.

RESPECTFULLY SUBMITTED, this 27th day of September.

/s/ David O. Barrett

_____
David O. Barrett, Esquire

David O. Barrett, Esquire (ISB No. 6292344)
Cooney & Conway
120 N. LaSalle Street, Suite 3000
Chicago, Illinois 60602
(312) 236-6166 (Telephone)
(312) 236-3029 (Facsimile)
dbarrett@cooneyconway.com
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2011, I electronically filed the foregoing Brief in Support of Plaintiff's Motion to Vacate with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, and served the unrepresented defendants on attached service list by facsimile. I also served a copy of this filing by hand-delivery on the clerk of the transferor court at the following address:

Clerk of the United States District Court
Northern District of Illinois, Eastern Division
219 South Dearborn Street
Chicago, Illinois 60604

/s/ David O. Barrett

_____
David O. Barrett, Esquire

*Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased v. Rapid American Corp., et. al.*
2011 L 007373
11-0244

# EXPECTED PLEADINGS SERVICE LIST

**DANA COMPANIES, LLC; DANA HOLDING CORPORATION**
Lance E. Mueller
Celba, LLC
225 East Mason Street, 5th Floor
Milwaukee, WI 53202
Phone: (414) 688-0785
Fax: (414) 220-4191

**INGERSOLL-RAND COMPANY**
Daniel J. Cheely
Cheely, OFlaherty & Ayres
19 S. LaSalle St. Ste. 1203
Chicago, IL 60603
Phone: (312) 853-8700
Fax: (312) 782-0040

**A.O. SMITH CORPORATION**
Agatha K. Raynor
Eric D. Carlson
Crivello Carlson & Mentkowski
710 N. Plankinton Ave.
Milwaukee, WI 53203-2417
Phone: (414) 271-7722
Fax: (414) 271-4438

**ARMSTRONG INTERNATIONAL INC.; VIACOM, INC., Successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation**
Robert J. Brummond
William Foote
Michael Newport
Foley & Mansfield, PLLP
55 W. Monroe, Suite 3430
Chicago, IL 60603
Phone: (312) 254-3805
Fax: (312) 254-3801

**ARMSTRONG INTERNATIONAL INC.; VIACOM, INC., Successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation**
Robert J. Brummond
Joseph Rejano
Foley & Mansfield, PLLP
55 West Monroe Street, Suite 3430
Chicago, IL 60603
Phone: (312) 254-3800
Fax: (312) 254-3801

**HENNESSY INDUSTRIES, Successor by merger to Ammco Tools, Inc.**
Hayes Ryan
Tom Cronin
Gordon & Rees LLP
One North Franklin Avenue, Suite 800
Chicago, IL 60606
Phone: (312) 565-1400
Fax: (312) 565-6511

**ARVINMERITOR, INC., Individually and as Successor-in-Interest to Euclid Industries and as Successor-in-Interest to Rockwell International; MAREMONT CORPORATION**
Russell K. Scott
Dayna L. Johnson
Greensfelder, Hemker & Gale, PC
12 Wolf Creek Drive, Suite 100
Swansea (Belleville), IL 62226
Phone: (618) 257-7308
Fax: (618) 257-7353

**CRANE COMPANY**
Susan Gunty
James P. Kasper
Gunty & McCarthy
150 S. Wacker Dr. Ste. 1025
Chicago, IL 60606
Phone: (312) 541-0022
Fax: (312) 541-0033

**Federal-Mogul U.S. Asbestos Personal Injury Trust as successor to Fel-Pro**
Allen E. Lockerman IV
Albert H. Parnell
Henry Lane Young II
Hawkins Parnell Thackston & Young LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308
Phone: (404) 614-7400
Fax: (404) 614-7500

**OAKFABCO, INC.**
Karen Rheingans
Tracy Cowan
Hawkins, Parnell, Thackston & Young, LLP
10 South Broadway, Ste 1450
St. Louis, MO 63102
Phone: (314) 678-8600
Fax: (314) 678-8686

Page 1

*Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased v. Rapid American Corp., et. al.*
2011 L 007373
11-0244

## EXPECTED PLEADINGS SERVICE LIST

**TENNECO, INC; TRANE U.S. INC.**
Jeffrey S. Hebrank
George Kiser
Brenda G. Baum
Michael W. Drumke
HeplerBroom LLC
130 N. Main
P.O. Box 510
Edwardsville, IL 62025-0510
Phone: (618) 656-0184
Fax: (618) 656-1364

**TRANE U.S. INC.**
Michael W. Drumke
Robert H. Sands
HeplerBroom LLC
150 N. Wacker Drive, Suite 3100
Chicago, IL 60606-1659
Phone: (312) 230-9100
Fax: (312) 230-9201

**AII ACQUISTION CORP., f/k/a HOLLAND FURNACE COMPANY; AIR & LIQUID SYSTEMS, INC., Successor-by-Merger to BUFFALO PUMPS, INC.; CERTAINTEED CORPORATION; ESSEX SPECIALTY PRODUCTS, LLC, Individually and as Successor-in-Interest to AMERICAN MORTELL CORPORATION and MORTELL CORPORATION; H.B. FULLER COMPANY; IMO INDUSTRIES, INC.; RILEY POWER INC., f/k/a RILEY STOKER CORPORATION; THE BOEING COMPANY; UNION CARBIDE CORPORATION, Individually and f/k/a Union Carbide Chemicals and Plastics Co.; WARREN PUMPS, LLC**
Christopher P. Larson
Heyl, Royster, Voelker & Allen
CHASE Building, Suite 600
124 S.W. Adams St.
Peoria, IL 61602
Phone: (309) 676-0400
Fax: (309) 676-3374

**GOULDS PUMPS, INC.; SPIRAX SARCO, INC.**
Craig T. Liljestrand
Hinshaw & Culbertson, LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601-1081
Phone: (312) 704-3000
Fax: (312) 704-3001

**H.B. FULLER COMPANY**
James Toohey
Jeffery G. Chrones
Johnson & Bell, Ltd
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Phone: (312) 372-0770
Fax: (312) 372-9818

**A.W. CHESTERTON COMPANY; Federal-Mogul U.S. Asbestos Personal Injury Trust as successor to Fel-Pro; Federal-Mogul U.S. Asbestos Personal Injury Trust as successor to the former Vellumoid division of Federal Mogul**
John Kurowski
William D. Schultz
Lindsay A. Dibler
Kurowski, Bailey & Schultz, LLC
24 Bronze Pointe
Belleville (Swansea), IL 62226
Phone: (618) 277-5500
Fax: (618) 277-6334

**CROWN, CORK & SEAL, USA, INC.**
Robert P. Harris
Law Office of Robert P Harris
180 N. Michigan Ave., Suite 2105
Chicago, IL 60601-7478
Phone: (312) 236-7587
Fax: (312) 236-7589

**MAREMONT CORPORATION**
Edward Matushek
David A. Warren
Matushek, Nilles & Sinars, LLC
55 West Monroe Street, Suite 700
Chicago, IL 60603
Phone: (312) 750-1215
Fax: (312) 750-1273

**ITT INDUSTRIES, INC., Individually and as Successor-in-Interest to BELL & GOSSETT PUMP CO.; ITT INDUSTRIES, INC., Individually and as Successor-in-Interest to HOFFMAN SPECIALTY**
Undray Wilks
Paul W. Doerscheln
McGuire Woods
77 W. Wacker Dr., Ste. 4110
Chicago, IL 60601-8100
Phone: (312) 849-8100
Fax: (312) 849-3690

Page 2

*Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased v. Rapid American Corp., et. al.*
2011 L 007373
11-0244

## EXPECTED PLEADINGS SERVICE LIST

**AVOCET ENTERPRISES INC. f/k/a VENTFABRICS, INC.; BRYAN STEAM CORPORATION; RITE ENGINEERING & MANUFACTURING CORPORATION**
Gregory L. Cochran
Margaret M. Foster
Thomas W. Hayes
McKenna Storer
33 North LaSalle Street, Suite 1400
Chicago, IL 60602-2610
Phone: (312) 558-3900
Fax: (312) 558-8348

**CARRIER CORPORATION**
Perry C. Rocco
Stephen R. Vedova
Molzahn, Rocco, Reed & Rouse, LLC
20 North Clark Street Suite 2300
Chicago, IL 60602-5002
Phone: (312) 917-1880
Fax: (312) 917-1851

**MUELLER GROUP, LLC d/b/a MUELLER FLOW, LLC; YARWAY CORPORATION**
Kevin B. Dreher
Todd E. Domjan
Mitchell K. Rovner
Morgan Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601-5094
Phone: (312) 324-1000
Fax: (312) 324-1001

**MUELLER GROUP, LLC d/b/a MUELLER FLOW, LLC; YARWAY CORPORATION**
Denise U. Scofield
Morgan Lewis & Bockius LLP
1000 Louisiana Street
Suite 4200
Houston, TX 77002
Phone: (713) 890-5000
Fax: (713) 890-5001

**CLEAVER-BROOKS, INC.; JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY**
Daniel J. O'Connell
OConnell, Tivin, Miller & Burns, LLC
135 S. LaSalle Street
Chicago, IL 60603
Phone: (312) 256-8800
Fax: (312) 256-8808

**DURO DYNE INC.**
Alan S. Zelkowitz
Pretzel & Stouffer
One South Wacker Drive, Suite 2500
Chicago, IL 60606-4673
Phone: (312) 346-1973
Fax: (312) 346-8242

**NATIONAL AUTOMOTIVE PARTS ASSOCIATION (NAPA)**
David L. Szlanfucht
Rasmussen Willis Dickey Moore LLC
9200 Ward Parkway Suite 310
Kansas City, MO 64114
Phone: (816) 960-1611
Fax: (816) 960-1669

**ANDERSON, GREENWOOD & CO.; GRINNELL CORPORATION f/k/a GRINNELL FIRE PROTECTION SYSTEMS, INC.; GRINNELL LLC; HENRY PRATT COMPANY; MUELLER COMPANY; MUELLER GROUP, LLC d/b/a MUELLER FLOW, LLC; UNIROYAL, INC.; YARWAY CORPORATION**
Edward Casmere
Schiff Hardin LLP
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6473
Phone: (312) 258-5500
Fax: (312) 258-5600

**NATIONAL AUTOMOTIVE PARTS ASSOCIATION (NAPA)**
Randall Smith
Schoen, Mangan & Smith, Ltd
200 West Adams Street, Suite 1005
Chicago, IL 60606
Phone: (312) 726-5151
Fax: (312) 726-0884

*Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased v. Rapid American Corp., et. al.*
2011 L 007373
11-0244

## EXPECTED PLEADINGS SERVICE LIST

**AURORA PUMP COMPANY**
Edward J. McCambridge
Cameron D. Turner
Brooke E. Halleran
Maria Menotti
Segal, McCambridge, Singer & Mahoney
Sears Tower Suite 5500
233 South Wacker Drive
Chicago, IL 60606
Phone: (312) 645-7800
Fax: (312) 645-7711

**DAP, INC.; FOSTER WHEELER ENERGY CORPORATION; GARDNER DENVER, INC.; KENTILE FLOORS INC.; WEIL-MCLAIN; ZURN INDUSTRIES, LLC**
William F. Mahoney
Kathleen McDonough
Adam Jagadich
Greg McMahon
Melissa Fallah
Segal, McCambridge, Singer & Mahoney
Sears Tower Suite 5500
233 South Wacker Drive
Chicago, IL 60606
Phone: (312) 645-7800
Fax: (312) 645-7711

**GARDNER DENVER, INC., as Successor-in-Interest to JOY MANUFACTURING CO.; JOY TECHNOLOGIES, INC.; THE BOEING COMPANY; TWIN CITY FAN COMPANIES, LTD. as Successor-in-Interest to CLARAGE FAN COMPANY**
Timothy L. Krippner
Jana Scalzitti
Segal, McCambridge, Singer & Mahoney
Sears Tower Suite 5500
233 South Wacker Drive
Chicago, IL 60606
Phone: (312) 645-7800
Fax: (312) 645-7711

**GENERAL ELECTRIC COMPANY**
Maja C. Eaton
John A. Heller
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

**RAPID AMERICAN CORP., Individually and as Successor-In-Interest to Philip Carey Manufacturing Corporation**
Leslie D. Davis
SNR Denton US LLP
One Metropolitan Square
St. Louis, MO 63102
Phone: (314) 241-1800
Fax: (314) 259-5959

**METROPOLITAN LIFE INSURANCE CO.**
Christopher M. Davis
Steptoe & Johnson
Complex Litigation Support Center
400A Guide Drive
Rockville, MD 20850
Phone: (301) 610-2361
Fax: (301) 610-7099

**PNEUMO-ABEX, as Successor-In-Interest to Abex Corporation**
Robert W. Scott
Swain, Hartshorn & Scott
411 Hamilton Blvd., Suite 1812
Peoria, IL 61602
Phone: (309) 637-1700
Fax: (309) 637-1708

**FMC CORPORATION; STERLING FLUID SYSTEMS (USA) Individually and as Successor-in-Interest to Peerless Pump Company and as Successor-in-Interest to Indian Head, Inc.**
George F. Fitzpatrick Jr.
McRay Judge II
Swanson, Martin & Bell, LLP
One IBM Plaza, Suite 3300
330 North Wabash Ave.
Chicago, IL 60611
Phone: (312) 321-9100
Fax: (312) 321-0990

**FLOWSERVE US, INC. a.k.a FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY**
Martha Brown
Christopher M. Dely
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
Phone: (312) 201-2000
Fax: (312) 201-2555

*Charlotte Horn, Special Administrator of the Estate of Gerald J. Horn, Deceased v. Rapid American Corp., et. al.*
2011 L 007373
11-0244

## EXPECTED PLEADINGS SERVICE LIST

**METROPOLITAN LIFE INSURANCE CO.**
Douglas L. Prochnow
Jennifer A. Johnston
Christopher M. Dely
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
Phone: (312) 201-2000
Fax: (312) 201-2555

**BORG WARNER CORPORATION, by its Successor-in Interest, Borg Warner Morse TEC Inc.**
Bradley C. Nahrstadt
Williams Montgomery & John, Ltd
Willis Tower
233 South Wacker Drive, Suite 6100
Chicago, IL 60606
Phone: (312) 443-3200
Fax: (312) 630-8527

**C.P. HALL COMPANY**


**FMC, Individually and as Successor-in-Interest to Chicago Pump Company**


**GEORGIA-PACIFIC LLC f/k/a GEORGIA-PACIFIC CORPORATION**


**HOWDEN BUFFALO, INC.**


**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS**


**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins**


**NORTHROP GRUNMAN SYSTEMS CORPORATION**


**PARKER-HANNIFIN CORP. as parent corporation to PARKER PACKING DIVISION**

**TRIUMPH AREOSTRUCTURES HOLDINGS, LLC, Individually and as Successor-in-Interest to VOUGHT AIRCRAFT INDUSTRIES, INC.**


**TRIUMPH AREOSTRUCTURES LLC, Individually and as Successor-in-Interest to VOUGHT AIRCRAFT INDUSTRIES, INC.**


**TRIUMPH GROUP, INC., Individually and as Successor-in-Interest to VOUGHT AIRCRAFT INDUSTRIES, INC.**