## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
### Eastern Division

Charlotte Horn
                                                    Plaintiff,
v.                                                  Case No.: 1:11−cv−06065
                                                    Honorable Elaine E. Bucklo
Foster Wheeler Energy Corporation, et al.
                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 16, 2011:

    MINUTE entry before Honorable Elaine E. Bucklo:Plaintiff's motion to remand [10] is entered and continued. Set deadlines/hearing as to motion to remand[10] : Responses due by 10/7/2011. Replies due by 10/17/2011. Ruling set for 11/8/2011 at 09:30 AM. Scheduling conference set for 10/13/11 is vacated.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.



PLAINTIFF'S EXHIBIT 1