BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| ELAINE LIES, Special Administrator of the Estate of Robert Lies, Decd., ) ) | MDL No. 875 |
| ) | In Re: Asbestos Products Liability Litigation (No. VI) |
| Plaintiff, ) ) | |
| vs. ) | ILN/1:11-CV-06067 |
| ) | Cook County Circuit Court No. 2011 L 7589 |
| RAPID AMERICAN CORP., et al., ) ) | |
| Defendants. ) | |

### BRIEF IN SUPPORT OF PLAINTIFF'S MOTION
### TO VACATE CONDITIONAL TRANSFER ORDER

The Plaintiff, Elaine Lies, by counsel, hereby moves this Panel, pursuant to Rule 7.1(f) of the Rules of the Judicial Panel on Multidistrict Litigation (JPML), for an order vacating its September 12, 2011 order (CTO-443) conditionally transferring this action to MDL-875 in the Eastern District of Pennsylvania.

### BACKGROUND

Elaine Lies filed her case in the Circuit Court of Cook County, Illinois on July 21, 2011. Her lawsuit is based on her husband Robert's wrongful death from asbestos lung disease. Foster Wheeler, one of the defendants in the case, filed a notice of removal on August 31, 2011, removing the matter to the Northern District of Illinois (Eastern Division), where it is currently in front of Judge William Hart.

Plaintiff subsequently filed a motion to remand on September 16, 2011, which is scheduled for presentment on September 29, 2011.

1

**ARGUMENT**

**I.      TRANSFER WILL INTERFERE WITH PENDING PRETRIAL PROCEEDINGS**

JPML Rule 2.1(d) provides that the pendency of a conditional transfer order does not affect or suspend orders and pretrial proceedings in any pending federal district court action and does not limit the pretrial jurisdiction of that court. Granting transfer here will steal this matter away from Judge Hart, in direct violation of the stated purpose of this Panel in Rule 2.1(d).

**II.     TRANSFER WILL NOT CONSERVE PARTY AND JUDICIAL RESOURCES**

28 U.S.C. §1407(a) provides that the Panel may transfer cases if such a transfer "will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions." As stated above, Plaintiff has a motion to remand before Judge Hart in the transferor court. Granting transfer will frustrate Judge Hart's efforts to resolve this matter and ignore the Panel's statutory dictate.

**CONCLUSION**

Leaving aside the existence of colorable federal defense to Plaintiff's claim, Plaintiff respectfully requests this Panel vacate the conditional transfer order pending resolution of Plaintiff's motion to remand in the transferor court. Transferring this action now will interfere with pending pretrial proceedings and waste judicial and party resources.

RESPECTFULLY SUBMITTED, this 27th day of September.

/s/ David O. Barrett

_____
David O. Barrett, Esquire

David O. Barrett, Esquire (ISB No. 6292344)
Cooney & Conway
120 N. LaSalle Street, Suite 3000
Chicago, Illinois  60602
(312) 236-6166 (Telephone)
(312) 236-3029 (Facsimile)
dbarrett@cooneyconway.com
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2011, I electronically filed the foregoing Brief in Support of Plaintiff's Motion to Vacate with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, and served the unrepresented defendants on attached service list by facsimile. I also served a copy of this filing by hand-delivery on the clerk of the transferor court at the following address:

Clerk of the United States District Court
Northern District of Illinois, Eastern Division
219 South Dearborn Street
Chicago, Illinois  60604

/s/ David O. Barrett

_____
David O. Barrett, Esquire

*Elaine Lies, Special Administrator of the Estate of Robert Lies, Deceased v. Rapid American Corp., et. al.*
2011 L 007589
10-0719

# EXPECTED PLEADINGS SERVICE LIST

**INGERSOLL-RAND COMPANY**
Daniel J. Cheely
Cheely, OFlaherty & Ayres
19 S. LaSalle St. Ste. 1203
Chicago, IL 60603
Phone: (312) 853-8700
Fax: (312) 782-0040

**VIACOM, INC., Successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation**
Robert J. Brummond
William Foote
Michael Newport
Foley & Mansfield, PLLP
55 W. Monroe, Suite 3430
Chicago, IL 60603
Phone: (312) 254-3805
Fax: (312) 254-3801

**VIACOM, INC., Successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation**
Robert J. Brummond
Joseph Rejano
Foley & Mansfield, PLLP
55 West Monroe Street, Suite 3430
Chicago, IL 60603
Phone: (312) 254-3800
Fax: (312) 254-3801

**CRANE COMPANY**
Susan Gunty
James P. Kasper
Gunty & McCarthy
150 S. Wacker Dr. Ste. 1025
Chicago, IL 60606
Phone: (312) 541-0022
Fax: (312) 541-0033

**AIR & LIQUID SYSTEMS, INC., Successor-by-Merger to BUFFALO PUMPS, INC.; CERTAINTEED CORPORATION; H.B. FULLER COMPANY; IMO INDUSTRIES, INC.; RILEY POWER INC., f/k/a RILEY STOKER CORPORATION; UNION CARBIDE CORPORATION, Individually and f/k/a Union Carbide Chemicals and Plastics Co.**
Christopher P. Larson
Heyl, Royster, Voelker & Allen
CHASE Building, Suite 600
124 S.W. Adams St.
Peoria, IL 61602
Phone: (309) 676-0400
Fax: (309) 676-3374

**H.B. FULLER COMPANY**
James Toohey
Jeffery G. Chrones
Johnson & Bell, Ltd
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Phone: (312) 372-0770
Fax: (312) 372-9818

**A.W. CHESTERTON COMPANY**
John Kurowski
William D. Schultz
Lindsay A. Dibler
Kurowski, Bailey & Schultz, LLC
24 Bronze Pointe
Belleville (Swansea), IL 62226
Phone: (618) 277-5500
Fax: (618) 277-6334

**CROWN, CORK & SEAL, USA, INC.**
Robert P. Harris
Law Office of Robert P Harris
180 N. Michigan Ave., Suite 2105
Chicago, IL 60601-7478
Phone: (312) 236-7587
Fax: (312) 236-7589

*Elaine Lies, Special Administrator of the Estate of Robert Lies, Deceased v. Rapid American Corp., et. al.*
2011 L 007589
10-0719

## EXPECTED PLEADINGS SERVICE LIST

**MUELLER GROUP, LLC d/b/a MUELLER FLOW, LLC; YARWAY CORPORATION**
Kevin B. Dreher
Todd E. Domjan
Mitchell K. Rovner
Morgan Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601-5094
Phone: (312) 324-1000
Fax: (312) 324-1001

**MUELLER GROUP, LLC d/b/a MUELLER FLOW, LLC; YARWAY CORPORATION**
Denise U. Scofield
Morgan Lewis & Bockius LLP
1000 Louisiana Street
Suite 4200
Houston, TX 77002
Phone: (713) 890-5000
Fax: (713) 890-5001

**JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY**
Daniel J. O'Connell
OConnell, Tivin, Miller & Burns, LLC
135 S. LaSalle Street
Chicago, IL 60603
Phone: (312) 256-8800
Fax: (312) 256-8808

**ANDERSON, GREENWOOD & CO.; GRINNELL CORPORATION f/k/a GRINNELL FIRE PROTECTION SYSTEMS, INC.; GRINNELL LLC; HENRY PRATT COMPANY; MUELLER COMPANY; MUELLER GROUP, LLC d/b/a MUELLER FLOW, LLC; UNIROYAL, INC.; YARWAY CORPORATION**
Edward Casmere
Schiff Hardin LLP
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6473
Phone: (312) 258-5500
Fax: (312) 258-5600

**DAP, INC.; FOSTER WHEELER ENERGY CORPORATION; KENTILE FLOORS INC.**
William F. Mahoney
Kathleen McDonough
Adam Jagadich
Greg McMahon
Melissa Fallah
Segal, McCambridge, Singer & Mahoney
Sears Tower Suite 5500
233 South Wacker Drive
Chicago, IL 60606
Phone: (312) 645-7800
Fax: (312) 645-7711

**GENERAL ELECTRIC COMPANY**
Maja C. Eaton
John A. Heller
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

**RAPID AMERICAN CORP., Individually and as Successor-In-Interest to Philip Carey Manufacturing Corporation**
Leslie D. Davis
SNR Denton US LLP
One Metropolitan Square
St. Louis, MO 63102
Phone: (314) 241-1800
Fax: (314) 259-5959

**METROPOLITAN LIFE INSURANCE CO.**
Christopher M. Davis
Steptoe & Johnson
Complex Litigation Support Center
400A Guide Drive
Rockville, MD 20850
Phone: (301) 610-2361
Fax: (301) 610-7099

**PNEUMO-ABEX, as Successor-In-Interest to Abex Corporation**
Robert W. Scott
Swain, Hartshorn & Scott
411 Hamilton Blvd., Suite 1812
Peoria, IL 61602
Phone: (309) 637-1700
Fax: (309) 637-1708

*Elaine Lies, Special Administrator of the Estate of Robert Lies, Deceased v. Rapid American Corp., et. al.*
2011 L 007589
10-0719

## EXPECTED PLEADINGS SERVICE LIST

**METROPOLITAN LIFE INSURANCE CO.**
Douglas L. Prochnow
Jennifer A. Johnston
Christopher M. Dely
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
Phone: (312) 201-2000
Fax: (312) 201-2555

**C.P. HALL COMPANY**


**GEORGIA-PACIFIC LLC f/k/a GEORGIA-PACIFIC CORPORATION**