UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | |
| LIABILITY LITIGATION (NO. VI) | : | MDL DOCKET NO. 875 |
| | : | CAUSE NO.:2:09-CV-79906 |

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| **RAYMOND HALL, et al.** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | CIVIL ACTION FILE NO.: 3:99cv00229 |
| | : | |
| **OWENS-CORNING FIBERGLAS CORP., et al.** | : | |
| | : | |
| Defendants. | : | |

### OWENS-ILLINOIS, INC. d/b/a O-I'S NOTICE OF OBJECTION TO CONDITIONAL REMAND

COMES NOW Owens-Illinois, Inc. d/b/a O-I, Defendant in the above styled civil action, and hereby files its Notice of Objection to the Conditional Remand of this action on the ground there remains an outstanding dispositive motion to be adjudicated by the United States District Court, Eastern District of Pennsylvania.

WHEREFORE, Owens-Illinois, Inc. d/b/a O-I respectfully requests the Panel not remand the above styled case until the Court has ruled upon Owens-Illinois, Inc. d/b/a O-I's pending Motion for Summary Judgment.

This 28th day of September, 2011.

FORMAN PERRY WATKINS KRUTZ & TARDY LLP

 /s/ Jennifer M. Studebaker
Jennifer M. Studebaker (MSB#10433)

Counsel for Owens-Illinois, Inc. d/b/a O-I

City Centre, Suite 100
200 South Lamar Street
Jackson, Mississippi  39201-4099
Phone: (601) 960-8600
Fax: (601) 960-8613
studebakerjm@fpwk.com