1    CERTIFICATE OF CM/ECF SERVICE

2

3        I hereby certify that I electronically filed with the Clerk of the Judicial Panel MDL using the CM/ECF system on September 29, 2011 the following document(s).

4

5        NOTICE OF TAG-ALONG ACTION;

6        DOCKET; and

7        COMPLAINT

8        Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

9

10       Dated this 29th day of September, 2011.

11

12                                                    */s/ Sherry De La Torre*
                                                     Sherry De La Torre
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   *Peter Bovinich, Jr. v. Foster Wheeler LLC (FKA Foster Wheeler Corporation), et al.*
     U.S. District Court, Northern District of California, Case No. 3:11-cv-04786-RS

CERTIFICATE OF SERVICE

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555