JANET L. RICE, WSBA#9386
SCHROETER GOLDMARK & BENDER
500 Central Building
810 Third Avenue
Seattle, Washington 98104
Telephone: (260) 622-8000
Facsimile: (206) 682-2305

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL DOCKET NO. 875**

**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

THIS DOCUMENT RELATES TO:

<u>Cain v. Asbestos Corporation Ltd., et al.</u>
United States District Court
Western District of Washington
Cause No. 2:11-cv-01102

PLAINTIFF'S SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER OF JULY 7, 2011

Plaintiff Sharon Cain, by and through her attorney, Janet L. Rice of Schroeter, Goldmark & Bender, directs the Court's attention to the Order of Remand signed by Judge Robert S. Lasnik of the United States District Court for the Western District of Washington dated September 29, 2011. Based on the issuance of this order. Plaintiff's motion before this Panel is moot.

RESPECTFULLY SUBMITTED, this 30th day of September, 2011.

PLAINTIFF'S SUPPLEMENTAL AUTHORITY IN
SUPPORT OF MOTION FOR A SUGGESTION OF
REMAND AND TO VACATE CONDITIONAL
TRANSFER ORDER OF JULY 7, 2011- 1

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

SCHROETER, GOLDMARK & BENDER

*s/ Janet L. Rice*_____
JANET L. RICE, WSBA #9386
810 Third Avenue, Suite 500
Seattle, Washington  98104
Telephone:  (206) 622-8000
Fax:  (206) 682-2305
Email:  rice@sgb-law.com
Counsel for Plaintiff

PLAINTIFF'S SUPPLEMENTAL AUTHORITY IN
SUPPORT OF MOTION FOR A SUGGESTION OF
REMAND AND TO VACATE CONDITIONAL
TRANSFER ORDER OF JULY 7, 2011- 2

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on **September 30, 2011,** I electronically filed the foregoing **PLAINTIFF'S SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER OF JULY 7, 2011** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Counsel for **Asbestos Corp., Ltd.**
Mark Tuvim/Kevin Craig
GORDON & REES
701 Fifth Avenue, Suite 2130
Seattle, WA 98104
(206) 695-5100; Fax  (206) 689-2822
mtuvim@gordonrees.com

Counsel for **CBS Corporation, f/k/a Westinghouse Electric**, **General Electric**
Christopher Marks
Sedgwick LLP
520 Pike Tower, Suite 2200
Seattle, WA 98101
855-855-8573
chris.marks@sedgwicklaw.com

**Counsel for Foster-Wheeler Energy Corp.;**
Dirk Bernhardt
MURRAY, DUNHAM & MURRAY
200 West Thomas, Suite 350
Seattle, WA 98119
 (206) 622-2655; Fax  (206) 684-6924
Email: dirk@murraydunham.com

Counsel for **Metropolitan Life Insurance**
Richard Gawlowski
WILSON, SMITH, COCHRAN & DICKERSON
1215 Fourth Avenue, Suite 1700
Seattle, Washington 98161-1007
 (206) 623-4100; Fax  (206) 623-9273
email: gawlowski@wscd.com

Counsel for **Saberhagen Holdings, Inc**.
Timothy Thorson
CARNEY, BADLEY & SPELLMAN
701 Fifth Avenue, Suite 3600
Seattle, Washington 98104-7010
 (206)622-8020; Fax  (206) 467-8215
Email:  thorson@carneylaw.com

Counsel for **Uniroyal, Inc.**
Chris Youtz
SIRIANNI YOUTZ & SPOONEMORE
999 Third Avenue, Suite 3650
Seattle, Washington 98104
 (206) 223-0303; Fax (206) 223-0246
chris@sylaw.com

PLAINTIFF'S SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER OF JULY 7, 2011- 3

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

SCHROETER, GOLDMARK & BENDER

/s/*Janet L. Rice*
Janet L. Rice
810 Third Avenue, Suite 500
Seattle, Washington 98104
(206) 622-8000
(206) 682-2305
E-mail: rice@sgb-law.com
Counsel for Plaintiff

PLAINTIFF'S SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR A SUGGESTION OF REMAND AND TO VACATE CONDITIONAL TRANSFER ORDER OF JULY 7, 2011- 4

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305