# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EARL GRELSON,<br><br>           Plaintiff,<br>v.<br><br>FOSTER WHEELER ENERGY CORPORATION, et al.<br><br>           Defendants. | **Civil Action No.: 1:11-cv-6063**<br><br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>FOSTER WHEELER ENERGY CORPORATION</u> (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Foster Wheeler Energy Corporation, a private non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held. Foster Wheeler AG (Switzerland) is a publicly held entity which owns 100% of the stock of Foster Wheeler Ltd. (Bermuda). Foster Wheeler Ltd. owns 100% of the stock of Foster Wheeler Holdings Ltd. (Bermuda). Foster Wheeler Holdings Ltd. owns 100% of the stock of Foster Wheeler LLC (Delaware). Foster Wheeler LLC owns 100% of the stock of Foster Wheeler Energy Corporation (Delaware). Based on 13G filings of Foster Wheeler AG that have been filed to date with the U.S. Securities and Exchange Commission (most recently on January 10, 2011), FMR LLC (commonly known as Fidelity Investments) owns more than 10% of Foster Wheeler AG's publically traded common stock.

**Dated:** September 30, 2011

By:    /s/ James L. Svajgl<br>
Attorneys For Defendant,<br>
Foster Wheeler Energy Corporation

Segal McCambridge Singer & Mahoney, Ltd.
William F. Mahoney – ARDC# 3121944
Steven A. Hart – ARDC# 6211008
Daniel M. Finer, Esq. – ARDC# 6289471
James L. Svajgl, Esq. – ARDC #6290875
Ashley M. Felton, Esq. – ARDC # 6299753
233 S. Wacker Drive, Suite 5500
Chicago, Illinois 60606
(312) 645-7800

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to the following via ECF Filing or certified mail on this **30th** day of September, 2011.

| | |
|---|---|
| David O. Barrett<br>COONEY & CONWAY<br>120 North LaSalle Street<br>30th Floor<br>Chicago, Illinois 60602 | **VIA LEXIS NEXIS**<br>All Known Defense Counsel |

                            SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

                            By:    /s/ James L. Svajgl

Segal McCambridge Singer & Mahoney, Ltd.
William F. Mahoney – ARDC# 3121944
Steven A. Hart – ARDC# 6211008
Daniel M. Finer, Esq. – ARDC# 6289471
James L. Svajgl, Esq. – ARDC #6290875
Ashley M. Felton, Esq. – ARDC # 6299753
233 S. Wacker Drive, Suite 5500
Chicago, Illinois 60606
(312) 645-7800
Attorneys for Defendant,
FOSTER WHEELER ENERGY CORPORATION

Form Rule 7.1
**Error! Unknown**