# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 9/30/11

District Court: E.D. Virginia

Number of Actions: 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL