# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    Cain v. Asbestos Corp LTD, et al.,                 )
        W.D. Washington, C.A. No. 2:11-01102         )      MDL No. 875

## ORDER VACATING CONDITIONAL TRANSFER ORDER

     A conditional transfer order was filed in this action (*Cain*) on July 7, 2011. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Cain* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. This matter was then considered by the Panel at its hearing session in Philadelphia, Pennsylvania,, on September 27, 2011. The Panel has now been advised that *Cain* was remanded to the Superior Court of Washington in and for the County of King, by the Honorable Robert S. Lasnik in an order filed on September 29, 2011.

     IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-420" filed on July 7, 2011, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel