UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                        MDL No. 875

| | |
|---|---|
| BONNIE VON DELL and JOHN VON DELL,<br><br>    Plaintiffs,<br><br>        v.<br><br>BOEING COMPANY (Individually and as Successor to MCDONNEL DOUGLAS CORPORATION),<br><br>    Defendant. | Civil Action No. DE/1:11-cv-00786<br><br><br>From the<br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of Plaintiffs' Notice of Appearance for CTO-445 was served upon all counsel of record via the ECF system on September 29, 2011.

s/Lisa White Shirley
Lisa White Shirley
SIMON GREENSTONE
PANATIER BARTLETT, PC
3232 McKinney Avenue, Suite 610
Dallas, Texas  75204
Telephone:  214-276-7680
Facsimile:  214-276-7699
lshirley@sgpblaw.com

ATTORNEY FOR PLAINTIFFS