

Ashley M. Felton
Direct (312) 329-6572
afelton@smsm.com

October 3, 2011

RE:   **MDL 875: In re: Asbestos Product Liability Litigation (VI)-- Earl Grelson, Robert Lies, Gerald Horn**

To the Clerk of the Panel:

Please be advised that the corporate disclosures filed on behalf of Foster Wheeler Energy Corporation in the above mentioned matters were filed in error. Therefore, we are withdrawing pleadings number 7904, 7905, and 7906 will re-file them in accordance with the rules of the JPML.

Should you have any questions, please do not hesitate to contact me. Thank you.

Sincerely,

Segal McCambridge Singer & Mahoney, Ltd.

Ashley M. Felton

AMF:as