BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In Re: Asbestos Products Liability Litigation    )    MDL No. 875
(No. VI)                                          )

This document applies to:

*Earl Grelson v. Foster Wheeler Energy Corporation, et al.*

*Robert Lies v. Foster Wheeler Energy Corporation, et al.*

*Gerald Horn v. Foster Wheeler Energy Corporation, et al.*

### CORPORATE DISCLOSURE STATEMENT

Pursuant to JPML Rule 5.1(a), FOSTER WHEELER ENERGY CORPORATION (a private non-governmental party), certifies that the following are corporate parents and/or any publicly held corporations that own 10% or more of FOSTER WHEELER ENERGY CORPORATION'S stock:

Foster Wheeler AG (Switzerland) is a publicly held entity which owns 100% of the stock of Foster Wheeler Ltd. (Bermuda). Foster Wheeler Ltd. owns 100% of the stock of Foster Wheeler Holdings Ltd. (Bermuda). Foster Wheeler Holdings Ltd. owns 100% of the stock of Foster Wheeler LLC (Delaware). Foster Wheeler LLC owns 100% of the stock of Foster Wheeler Energy Corporation (Delaware). Based on 13G filings of Foster Wheeler AG that have been filed to date with the U.S. Securities and Exchange Commission (most recently on January 10, 2011), FMR LLC (commonly known as Fidelity Investments) owns more than 10% of Foster Wheeler AG's publically traded common stock.

Form Rule 7.1
**Error! Unknown**

Dated:  October 3, 2011

By: _____
Attorneys For Defendant,
**FOSTER WHEELER ENERGY CORPORATION**