# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)      MDL No. 875

| | |
|---|---|
| BONNIE VON DELL and JOHN VON DELL, | Case No. DE/1:11-cv-00786 SLR |
| Plaintiffs, | |
| v. | From the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE |
| THE BOEING COMPANY (individually and as successor to MCDONNELL DOUGLAS CORPORATION), et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Defendant, The Boeing Company's *Notice of Appearance* for CTO-445 was served upon all counsel of record via ECF electronic filing on September 29, 2011.

                           WHITE AND WILLIAMS LLP

                           **CHRISTIAN J. SINGEWALD (#3542)**
                           824 Market Street, Suite 902
                           P.O. Box 709
                           Wilmington, DE  19899-0709
                           (302) 654-0424
                           Attorney for Defendant, *The Boeing Company*

Dated: October 3, 2011

**Error! Unknown document property name.**