UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)  MDL No. 875

| | | |
|---|---|---|
| BONNIE VON DELL and<br>JOHN VON DELL, | : <br> : <br> : | Case No. DE/1:11-cv-00786 SLR |
| Plaintiffs, | : <br> : <br> : | From the |
| v. | : <br> : | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF DELAWARE |
| THE BOEING COMPANY (individually<br>and as successor to MCDONNELL<br>DOUGLAS CORPORATION), et al., | : <br> : <br> : <br> : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on October 4, 2011, a true and correct copy of Defendant, The Boeing Company's *Corporate Disclosure Statement* was served upon all counsel of record via ECF electronic filing.

WHITE AND WILLIAMS LLP

_____
**CHRISTIAN J. SINGEWALD (#3542)**
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
(302) 654-0424
Attorney for Defendant, *The Boeing Company*

8210202v.1