<u>**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**</u>

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **FRANK MUMFREY** | \* | **CIVIL ACTION No. 2:11-cv-02284** |
| | \* | |
| **vs.** | \* | **JUDGE:  DUVAL** |
| | \* | **SECTION "K "** |
| **ANCO INSULATIONS, INC., ET AL** | \* | |
| | \* | **MAGISTRATE:  CHASEZ** |
| | \* | |
| | \* | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

*Pertains to:*   **MDL-875 – In re Asbestos Products Liability Litigation (No. VI)**
**CONDITIONAL TRANSFER ORDER 384 (CTO-444)**
**Schedule CTO-444 - Tag-Along Action**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**MEMORANDUM IN SUPPORT OF MOTION**
**TO VACATE CONDITIONAL TRANSFER ORDER**</u>

**MAY IT PLEASE THE COURT:**

The Court should vacate Conditional Transfer Order 444 insofar as it relates to the instant case.  This action was originally filed in Louisiana State Court and was improperly removed on September 12, 2011, to the Eastern District of Louisiana. On September 13, 2011, this Honorable Court issued Conditional Transfer Order 444 (Record LAE/2:11-cv-02284 Doc. 3). Also on September 13, the Honorable Judge Stanwood R. Duval, Jr., of the Eastern District of Louisiana, granted Plaintiff's request for expedited consideration and gave the removing defendant until September 23, 2-11, to oppose the remand motion, and setting the motion for hearing on October

1

5, 2011. The Motion to Remand has therefore been briefed by the parties, is currently under advisement with the Court, and judgment is imminent.

It would be a needless waste of judicial resources to transfer this case to MDL-875 before the Eastern District of Louisiana is able to issue its ruling on the threshold issue of whether this case belongs in federal court at all.  If the case is remanded, then obviously this court would have no further involvement.  If the case is not remanded, it can then be transferred to MDL-875 as this court sees fit.  There is simply no good reason not to allow the remand issue to be sorted out prior to any transfer.

**WHEREFORE**, Plaintiff respectfully requests that Conditional Transfer Order 444 be vacated insofar as relates to the instant case.

Respectfully submitted,

LANDRY, SWARR & CANNELLA, L.L.C.

*/s/ Frank J. Swarr*
FRANK J. SWARR, Bar No. 23322 (T.A.)
MICKEY P. LANDRY, Bar No. 22817
DAVID R. CANNELLA, Bar No. 26231
PHILIP C. HOFFMAN, Bar No 32277
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
Telephone:  (504) 299-1214
Facsimile:   (504) 299-1215
E-mail:  lslaw@landryswarr.com

SIMON, EDDINS & GREENSTONE, LLP
LISA WHITE SHIRLEY, Bar No. 26511
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
214-276-7680
214-276-7699 Fax
E-mail:  lshirley@seglaw.com

ATTORNEYS FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2011, a copy of the foregoing has been filed with the JPML and all Counsel of record are being served via the ECF system.

_/s/ Frank J. Swarr_