BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No.VI) | ) ) ) ) ) MDL No. 875 ) |
| This Document Relates to: CTO-439 CHARLES C. ALBRECHT and LAURA ALBRECHT,  Plaintiffs, v. A.O. SMITH WATER PRODUCTS, et al.  Defendants. | ) ) ) ) ) ) Case No. 11-cv-05990 ) In the United States District Court ) For the Southern District of New ) York ) ) ) ) ) ) |

### DEFENDANT LOCKHEED MARTIN CORPORATION'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and JPML Rule 5.1, Lockheed Martin Corporation discloses that it has no parent corporation and no publicly held corporation owns

10% or more if its stock.

Dated: Hauppauge, New York

      October 5, 2011

                             MARSHALL, DENNEHEY, WARNER,
                             COLEMAN & GOGGIN

By: _/s/ Anna M. DiLonardo_
     Anna M. DiLonardo, Esq. (1679)
     888 Veterans Memorial Highway, Suite 540
     Hauppauge, New York 11788
     Telephone: (631) 232-6130
     Email: amdilonardo@mdwcg.com

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION