## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 5th day of October, 2011, a copy of the foregoing *Defendant Lockheed Martin Corporation's Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order 439, Corporate Disclosure Statement and Supporting Documents* were filed electronically this day and is available for viewing from the Court's ECF system. Notice of this filing will be sent to all counsel of record via the Court's ECF system.

*/s/ Anna M. DiLonardo*
Anna M. DiLonardo (1679)