BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In Re: Asbestos Products Liability Litigation     )     MDL No. 875
(No. VI)                             )

This document applies to:

*Earl Grelson v. Foster Wheeler Energy Corporation, et al. – 11-cv-06063*

*Robert Lies v. Foster Wheeler Energy Corporation, et al. -11-cv-06067*

*Gerald Horn v. Foster Wheeler Energy Corporation, et al. - 11-cv-06065*

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of Foster Wheeler Energy Corporation's Corporate Disclosures has been forwarded to the following via ECF Filing on this **3**[rd] day of October, 2011.

Clerk of the Judicial Panel
Multi-District Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

All Counsel of Record

**Dated:** October 5, 2011

By: _____

Attorneys For Defendant,
**FOSTER WHEELER ENERGY
CORPORATION**

William F. Mahoney, Esq. – ARDC# 3121944
Steven A. Hart, Esq. – ARDC# 6211008
Ashley Felton, Esq. – ARDC# 6299753
SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
233 South Wacker Drive, Suite 5500
Chicago, Illinois 60611
(312) 645-7800
(312) 645-7711 Facsimile