## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    **MDL DOCKET NO. 875**

**This Document Relates To:**
**RAYMOND HALL, et al.**                         **CAUSE NO.:2:09-CV-79906**

### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| **RAYMOND HALL, et al.** | ) | |
| | ) | |
| **PLAINTIFFS** | ) | |
| | ) | **CIVIL ACTION NUMBER:** |
| **VS.** | ) | **KYW/3:99-cv-00229** |
| | ) | |
| **OWENS-CORNING FIBERGLAS** | ) | |
| **CORP., ET AL.** | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I have electronically filed the Notice of Appearance

with the Clerk of Court using the CM/ECF system, which sent notification of said filing to all

known counsel of record.

THIS, the 4th day of October, 2011.

              //s// Jennifer M. Studebaker
               JENNIFER M. STUDEBAKER

 OF COUNSEL:

FORMAN PERRY WATKINS KRUTZ & TARDY
200 South Lamar Street
City Centre Building, Suite 100
Post Office Box 22608
Jackson, Mississippi 39225-2608
Phone: (601) 960-8600
Fax: (601) 960-8613