UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)     MDL DOCKET NO. 875

**This Document Relates To:**
**RAYMOND HALL, et al.**     CAUSE NO.:2:09-CV-79906

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **RAYMOND HALL, et al.** ) | |
| ) | |
| **PLAINTIFFS** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| **VS.** ) | **KYW/3:99-cv-00229** |
| ) | |
| **OWENS-CORNING FIBERGLAS** ) | |
| **CORP., ET AL.** ) | |
| ) | |
| **DEFENDANTS** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I have electronically filed the Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system, which sent notification of said filing to all known counsel of record.

THIS, the 6th day of October, 2011.

                            //s// Jennifer M. Studebaker
                             JENNIFER M. STUDEBAKER

OF COUNSEL:

FORMAN PERRY WATKINS KRUTZ & TARDY
200 South Lamar Street
City Centre Building, Suite 100
Post Office Box 22608
Jackson, Mississippi 39225-2608
Phone: (601) 960-8600
Fax: (601) 960-8613