UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL No. 875 |
| BONNIE VON DELL and JOHN VON DELL,<br><br>          Plaintiffs,<br><br>               v.<br><br>BOEING COMPANY (Individually and as Successor to MCDONNEL DOUGLAS CORPORATION),<br><br>          Defendant. | Civil Action No. DE/1:11-cv-00786<br><br>From the<br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE |

## PLAINTIFFS' MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER

Plaintiffs Bonnie Von Dell and John Von Dell file this Motion to Vacate Conditional Transfer Order No. 445 ("CTO-445"), and would respectfully ask that this Panel decline to transfer this case in order to allow the transferor court to rule on Plaintiffs' motion to remand.

1.   This case was filed in state court but removed to federal court. On September 15, 2011, the Panel entered CTO-445 conditionally transferring this case to MDL-875 in the Eastern District of Pennsylvania. Plaintiffs have a motion to remand pending in Delaware District Court, which will be fully briefed as of a week from today, October 14, 2011. A hearing on Plaintiff's remand motion is set for October 19, 2011, and Plaintiffs will thereafter be awaiting a ruling by the District Court.

2. Plaintiffs respectfully request that the panel vacate CTO-445 so that the transferor court may have time to rule on Plaintiffs' motion to remand this case to state court. Such relief is warranted because Plaintiff Bonnie Von Dell is dying of mesothelioma and will be gravely prejudiced if she dies before trial. The Panel has the power to vacate CTO-445 and has vacated similar transfer orders in the past to allow transferor courts to rule on threshold motions to remand.

3. The Panel is respectfully referred to Plaintiffs' brief in support of this motion, filed simultaneously herewith, for a full discussion of the relevant facts and law.

## CONCLUSION

**WHEREFORE**, Plaintiffs request that the Panel vacate the conditional transfer order, pending decision by the United States District Court for the District of Delaware on Plaintiffs' Motion to Remand.

Dated: October 7, 2011                    Respectfully submitted,

                                                                   s/Lisa White Shirley
Lisa White Shirley
SIMON GREENSTONE PANATIER BARTLETT
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
Telephone: 214-276-7680
Facsimile: 214-276-7699
lshirley@sgpblaw.com

ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

Plaintiffs' Motion to Vacate the Conditional Transfer Order was served upon all counsel of record via the Panel's ECF filing system on this 7th day of October, 2011.

s/Lisa White Shirley     ___
Lisa White Shirley
Attorney for Plaintiffs
