BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

NOTICE OF POTENTIAL TAG ALONG ACTION
PURSUANT TO J.P.M.L. RULE 7.2(i)

Now into court comes Christopher J. Keale, Esq., counsel for the defendant, Foster Wheeler LLC, in the case of "Preston Brooks vs. Foster Wheeler LLC, et al." Docket No. 1:11-cv-05651(JHR)(AMD), U.S. District Court, District of New Jersey, for the purpose of submitting this Notice of Potential Tag Along Action, and says as follows:

1. Pursuant to J.P.M.L. Rule 7.2(i), counsel hereby notifies the panel and all counsel that the undersigned counsel feels that the aforementioned action, "Preston Brooks vs. Foster Wheeler LLC, et al." Docket No. 1:11-cv-05651(JHR)(AMD), U.S. District Court, District of New Jersey, may be a potential tag along action in "In Re: Asbestos Products Liability Litigation (No. VI)" MDL No. 875.

2. Counsel hereto attaches proof of service on all parties to this action.

NJ/452828v1

Wherefore, counsel, Christopher J. Keale, prays this Notice of Potential Tag Along Action be deemed good and sufficient.

DATED: This 11th day of October, 2011.

        Respectfully submitted,

By:    /S_____
Christopher J. Keale
Christopher.keale@sedgwicklaw.com
SEDGWICK LLP
Attorneys for Defendant
Foster Wheeler LLC
Three Gateway Center
12th Floor
Newark, New Jersey 07102
Telephone: (973) 242-0002
Facsimile: (973) 242-8099

NJ/452828v12