**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

**CERTIFICATION OF SERVICE**

I hereby certify that I have on this 11th day of October, 2011, caused to be served a copy of Defendant, Foster Wheeler LLC's Notice of Potential Tag Along Actions, letter to MDL filing same and this Certification of Service to plaintiff's counsel via email and/or regular mail and on the 11th day of October, 2011, to all known defense counsel listed on the attached Attorney Service List by email and/or regular mail.

DATED:  October 11, 2011

                                                          Respectfully submitted,

                                                          _____/S_____
                                                          Christopher J. Keale
                                                          Christopher.keale@sedgwicklaw.com
                                                          SEDGWICK LLP
                                                          Three Gateway Center
                                                          12th Floor
                                                          Newark, New Jersey 07102
                                                          (973) 242-0002 (Tel)
                                                          (973) 242-8099 (Fax)
                                                          Counsel for Defendant
                                                          Foster Wheeler LLC

| | |
|---|---|
| Steven F. Satz, Esq.<br>Hoagland, Longo, Moran, Dunst & Doukas LLP<br>40 Paterson Street<br>P.O. Box 480<br>New Brunswick, NJ 08903<br>ssatz@hoaglandlongo.com | Counsel for Goulds Pump, Inc. |
| Robert Smolen, Esq.<br>Swartz, Cambell & Detweiler<br>1300 Rte 73 Bloom Court<br>Mt. Laurel, NJ 08054<br>rsmolen@swartzcampbell.com | Counsel for Brand Insulations, Inc. |
| Roger V. Jones, Esq.<br>Law Offices of Roger V. Jones, LLP<br>45 North Broad Street, Suite 501<br>Ridgewood, NJ 07450<br>rjones040538@mac.com | Counsel for Metropolitan Life Insurance Co. |
| Don Cipoletto, Esq.<br>Joel R. Clark, Jr.<br>McGivney & Kluger, PC<br>23 Vreeland Road, Suite 220<br>Florham Park, New Jersey  07932<br>DCipoletto@mcgivneyandkluger.com<br>jclark@mcgivneyandkluger.com | Counsel for Durametallic Corp. |