**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

**CERTIFICATION OF SERVICE**

I hereby certify that I have on this 11th day of October, 2011, caused to be served a copy of Defendant, Foster Wheeler LLC's Notice of Potential Tag Along Actions, letter to MDL filing same and this Certification of Service to plaintiff's counsel via email and/or regular mail and on the 11th day of October, 2011, to all known defense counsel listed on the attached Attorney Service List by email and/or regular mail.

DATED:  October 11, 2011

                                            Respectfully submitted,

                                            _____/S_____
                                            Christopher J. Keale
                                            Christopher.keale@sedgwicklaw.com
                                            SEDGWICK LLP
                                            Three Gateway Center
                                            12th Floor
                                            Newark, New Jersey 07102
                                            (973) 242-0002 (Tel)
                                            (973) 242-8099 (Fax)
                                            Counsel for Defendant
                                            Foster Wheeler LLC

| | |
|---|---|
| James J. Pettit, Esq.<br>Lock Law Firm<br>457 Haddonfield Road<br>Suite 500<br>Cherry Hill, NJ 08002 | Plaintiffs |
| James Orr, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker<br>200 Campus Drive<br>Florham Park, NJ 07932-0668<br>james.orr@wilsonelser.com | Counsel for AW Chesterton Company |
| Stephanie A. DiVita, Esq.<br>2430 Route 34<br>PEHLIVANIAN & BRAATEN<br>P.O. Box 648<br>Manasquan, NJ 08732<br>sdivita@pehli.com | Counsel for Ingersoll-Rand Co. |
| Steven F. Satz, Esq.<br>Hoagland, Longo, Moran, Dunst & Doukas LLP<br>40 Paterson Street<br>P.O. Box 480<br>New Brunswick, NJ 08903<br>ssatz@hoaglandlongo.com | Counsel for Goulds Pump, Inc. |
| Robert Smolen, Esq.<br>Swartz, Cambell & Detweiler<br>1300 Rte 73 Bloom Court<br>Mt. Laurel, NJ 08054<br>rsmolen@swartzcampbell.com | Counsel for Brand Insulations, Inc. |
| Roger V. Jones, Esq.<br>Law Offices of Roger V. Jones, LLP<br>45 North Broad Street, Suite 501<br>Ridgewood, NJ 07450<br>rjones040538@mac.com | Counsel for Metropolitan Life Insurance Co. |
| Don Cipoletto, Esq.<br>Joel R. Clark, Jr.<br>McGivney & Kluger, PC<br>23 Vreeland Road, Suite 220<br>Florham Park, New Jersey 07932<br>DCipoletto@mcgivneyandkluger.com<br>jclark@mcgivneyandkluger.com | Counsel for Durametallic Corp. |