368341

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION
(NO. VI)
THIS DOCUMENT RELATES TO                              CIVIL ACTION NO.: MDL 875

## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILFORD KNOWLES, AND LAURA KNOWLES )))))) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No.: 10-499S |
| A.W. CHESTERTON COMPANY, et al. ))) | |
| Defendants. )) | |

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict

Litigation entered an order transferring all asbestos cases pending in federal court to the United

States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial

proceedings pursuant to 28 U.S. C. § 1407 ("MDL Transfer Order"). That order also applies to

"tag-along actions," or actions involving common questions of fact filed after the January 17,

1991 filing of the Panel's Order to Show Cause. MDL Rule 7.1(a) provides:

> Any party or counsel in actions previously transferred under
> Section 1407 shall promptly notify the Clerk of the Panel of any
> potential tag-along actions in which that party is also named or in
> which that counsel appears.

The undersigned hereby notifies the Court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. Copies of the Complaint and Docket Sheet are annexed hereto as Exhibit 1 for the Court's convenience. Pursuant to Rule 7.1, the Panel may (i) file a Conditional Transfer Order; (ii) file a show cause order under Rule 8.1; or (iii) decline to act.

**VIAD CORP.**
By its Attorneys,

Stephen Adams
R.I. Bar No. 5577
sadams@taylorduane.com
Kristen M. Whittle
R.I. Bar No. 8252
kwhittle@taylorduane.com
**TAYLOR DUANE BARTON & GILMAN, LLP**
10 Dorrance Street, Suite 800
Providence, RI  02903
(401) 273-7171
(401) 273-2904 – Fax

Date: October 12, 2011

## CERTIFICATE OF SERVICE

I, Kristen M. Whittle, attorney for the defendant, Viad Corp., hereby certify that on October 12, 2011, I served a copy of the foregoing, via CM/ECF electronic mail notification, to all Counsel of record.

Kristen M. Whittle

2