NOTARY PUBLIC
PROFESSIONAL ENGINEERING

FAX: (985) 651-6592
TELEPHONE: (985) 651-6591

**ROUSSEL & CLEMENT**
A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW
LOCATED ON BELLE TERRE BOULEVARD
1714 CANNES DRIVE
LAPLACE, LOUISIANA 70068



LOUISIANA          MISSISSIPPI

October 12, 2011

Jeffrey N. Luthi, Clerk of the Panel
United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE,
Room G-255, North Lobby
Washington, DC 20002-8041

    *Re:*    ***Freddie Joseph Dupre, et al. v. Todd Shipyards, et al.;***
              **MDL Docket No. 875, In Re Asbestos Products Liability Litigation (No. VI),**
              **LAE 2:11-cv-02097**

Dear Mr. Luthi:

    On September 6, 2011, plaintiffs filed a Motion to Remand the above-captioned case in the United States Eastern District of Louisiana. On September 29, 2011, the Honorable Jay C. Zainey entered an order denying the motion to remand. Attached as Exhibit 1 is the Order Denying the Motion to Remand.

                                       Sincerely,

                                       Gerolyn P. Roussel

GPR/sam
Encl.

cc: All Counsel