UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875<br>CAUSE NO.:2:09-CV-79906 |

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| RAYMOND HALL, et al.             )<br>                                                   )<br>          PLAINTIFFS              )<br>                                                   )<br>VS.                                           )<br>                                                   )<br>OWENS-CORNING FIBERGLAS )<br>CORP., ET AL.                         )<br>                                                   )<br>          DEFENDANTS            ) | CIVIL ACTION NUMBER:<br>3:99-cv-00229 |

### MOTION TO VACATE THE CONDITIONAL REMAND ORDER BY OWENS-ILLINOIS, INC. d/b/a O-I

COMES NOW, Defendant Owens-Illinois, Inc., d/b/a O-I (hereinafter "O-I"), by and through its undersigned counsel of record, and files its Motion to Vacate the Conditional Remand Order (Docket No. 7867) entered in the above-referenced action for the reasons set forth in the accompanying Memorandum in Support.

In light of the reasons discussed in the Memorandum in Support, most particularly the fact that dispositive motions remain pending before the MDL court and require consideration, Defendant submits that this case is not ripe for remand to the Western District of Kentucky. Furthermore, there is no documentation on record that an estate was established on behalf of the Plaintiff and therefore, the proceedings are to be held in abeyance.

WHEREFORE, Defendant O-I respectfully requests that Conditional Remand Order be vacated insofar as it relates to the instant case.

Respectfully submitted,

//s// Jennifer M. Studebaker
JENNIFER M. STUDEBAKER (MSB #10433)

ON BEHALF OF OWENS-ILLINOIS, INC. d/b/a O-I

OF COUNSEL:

FORMAN PERRY WATKINS KRUTZ & TARDY
200 South Lamar Street
City Centre Building, Suite 100
Post Office Box 22608
Jackson, Mississippi 39225-2608
Phone: (601) 960-8600
Fax: (601) 960-8613