UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIATION

IN RE: ASBESTOS PRODUCTS              MDL DOCKET NO. 875
LIABILITY LITIGATION (NO. VI)           CAUSE NO.:2:09-CV-79906

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| RAYMOND HALL, et al. | ) | |
|---|---|---|
| PLAINTIFFS | ) | |
| VS. | ) | CIVIL ACTION NUMBER: 3:99-cv-00229 |
| OWENS-CORNING FIBERGLAS CORP., ET AL. | ) | |
| DEFENDANTS | ) | |

**MEMORANDUM IN SUPPORT OF MOTION TO VACATE
THE CONDITIONAL REMAND ORDER
BY OWENS-ILLINOIS, INC. d/b/a O-I**

COMES NOW, Defendant Owens-Illinois, Inc. d/b/a O-I (hereinafter "O-I"), by and through its undersigned counsel of record, and files its Memorandum in Support of Motion to Vacate the Conditional Remand Order entered in the above-referenced action. For reasons more clearly set forth herein, this matter is not ripe for remand as unresolved matters remain pending and require consideration by the MDL Court. In support its Motion, O-I would show unto the Court as follows:

1. On August 5, 2009, the matter of *Raymond Hall v. Owens-Corning Fiberglas Corp., et al.* was transferred from the Western District of Kentucky to the Eastern District of Pennsylvania for inclusion in MDL 875.

2. On January 20, 2010, a status and scheduling conference was held for various cases originating in Kentucky, including the *Raymond Hall* matter. As a result of this

conference, a scheduling order was entered by Judge Robreno outlining the discovery deadlines mandated for this action. *See* Exhibit 1.

3. On July 7, 2010, an amended scheduling order was entered to accommodate the Plaintiff's request for an extension of time to serve expert reports. The amended scheduling order also provided revised deadlines for the filing of dispositive motions. *See* Exhibit 2.

4. Pursuant to the amended scheduling order, O-I timely filed its Motion for Summary Judgment on October 15, 2010. *See* Exhibit 3.

5. As set out in the amended schedule, Plaintiff's deadline to respond to O-I's Motion for Summary Judgment was October 30, 2010. However, Plaintiff failed to file a response to O-I's dispositive motion until November 15, 2010. This filing was made roughly two-weeks after the Court-ordered deadline. *See* Exhibit 4.

6. Additionally, on November 12, 2010, Plaintiff filed a motion to hold the *Raymond Hall* matter in abeyance until an estate could be established following the death of the Plaintiff. This Motion was granted by Judge Robreno, and an Order was entered on January 4, 2011. *See* Exhibit 5.

7. On September 8, 2011, a Suggestion of Remand was entered in this case requesting that the matter be transferred to the Western District of Kentucky and set for trial. *See* Exhibit 6.

8. On September 21, 2011, a Conditional Remand Order was entered by the United States Judicial Panel on Multidistrict Litigation for the *Raymond Hall* matter. *See* Docket No. 7867.

9. On September 28, 2011, O-I filed its Notice of Opposition to the Conditional Remand Order with the United States Judicial Panel on Multidistrict Litigation. In its Notice, O-I informed the Panel that outstanding dispositive motions remain to be adjudicated by the United States District Court, Eastern District of Pennsylvania. *See* Docket Nos. 7891.

10. On September 29, 2011, a finalized Conditional Remand Order was entered by the United States Judicial Panel on Multidistrict Litigation. The *Raymond Hall* matter was removed from this Conditional Remand Order and noted as opposed. *See* Docket No. 7897.

As demonstrated herein, this matter is not ripe for remand due to the fact that dispositive motions remain pending before the MDL Court. At this time, O-I still awaits a ruling on its timely filed motion for summary judgment. Furthermore, there is no documentation on record that an estate was established on behalf of Plaintiff Raymond Hall and therefore, the proceedings are to be held in abeyance. For these reasons, O-I moves to vacate the Conditional Remand Order entered in this case and requests that this case remain in MDL 875 until there is a resolution of these pending matters.

DATED, this the 12th of October, 2011

Respectfully submitted,

//s// Jennifer M. Studebaker
JENNIFER M. STUDEBAKER (MSB #10433)

ON BEHALF OF OWENS-ILLINOIS, INC. d/b/a O-I

OF COUNSEL:

FORMAN PERRY WATKINS KRUTZ & TARDY
200 South Lamar Street
City Centre Building, Suite 100
Post Office Box 22608
Jackson, Mississippi 39225-2608
Phone: (601) 960-8600
Fax: (601) 960-8613