IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
FEB 12 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

IN RE: ASBESTOS PRODUCTS        :   Consolidated Under
LIABILITY LITIGATION (No. VI)   :   MDL DOCKET NO. 875
                                :
VARIOUS PLAINTIFFS              :   Transferor District Court
                                :   Western District of Kentucky
    v.                          :
                                :
VARIOUS DEFENDANTS              :

## O R D E R

**AND NOW**, the **4th** day of **February, 2010**, it is hereby

**ORDERED** that, in the cases listed in exhibit "A", attached:

1. All discovery must be completed by: **June 2, 2010.**

2. Plaintiff's expert reports must be served by: **July 2, 2010.**

3. Defendant's expert reports must be served by: **August 1, 2010.**

4. Rebuttal expert reports must be served by: **August 16, 2010.**

5. Any dispositive motions must be filed by: **September 15, 2010.**

6. Responses to dispositive motions must be filed by: **October 15, 2010.**

7. Replies to responses to dispositive motions, if any, must be filed by: **October 30, 2010.**

8. A status conference will be held in this case on

Tuesday, November 16, 2010 at 9:00 am, Courtroom 11A, 601 Market Street, Philadelphia, PA 19106.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

EXHIBIT "A"

| Plaintiff's Name | Case No. |
|---|---|
| Allen, Harold | 2:09cv79902ER |
| Amin, Amiel | 2:09cv79897ER |
| Atzinger, Louis | 2:09cv79901ER |
| Barnett, George | 2:09cv80015ER |
| Becht, Donald | 2:09cv79855ER |
| Beuther, Kenneth | 2:09cv79895ER |
| Boston, Jack | 2:09cv79904ER |
| Case, Charles | 2:09cv79892ER |
| Collinsworth, Lawrence | 2:09cv79857ER |
| Croft, Charles | 2:09cv79863ER |
| Culp, Verdie | 2:09cv80013ER |
| Detie, Melvyn | 2:09cv80007ER |
| Dorris, James | 2:09cv79873ER |
| Downs, James | 2:09cv79911ER |
| Drake, Clay | 2:09cv79858ER |
| Edge, Joseph | 2:09cv79928ER |
| Enix, Freddy | 2:09cv79867ER |
| Ernst, Charles | 2:09cv79900ER |
| Foree, Ronald | 2:09cv79905ER |
| Free, Ernest | 2:09cv79816ER |
| Gnagie, William | 2:09cv79872ER |
| Graves, Lawrence | 2:09cv79898ER |
| Gritton, Edwin | 2:09cv79925ER |
| Hack, Jesse | 2:09cv79903ER |
| Hall, Raymond | 2:09cv79906ER |
| Hall, William | 2:09cv79868ER |
| Harley, Charles | 2:09cv79894ER |
| Hatfield, Steven | 2:09cv79876ER |
| Holbrook, John B. | 2:09cv79893ER |
| Holthouser, Wm R. | 2:09cv79807ER |
| Ivie, Ralph | 2:09cv79865ER |
| Jacobs, John | 2:09cv79917ER |
| Jeffries, Robert | 2:09cv79871ER |
| Johnson, Stanley | 2:09cv79979ER |
| Jones, Joseph | 2:09cv79922ER |
| Jutz, John | 2:09cv79878ER |
| Lohden, Ivan | 2:09cv79864ER |
| ~~[redacted], Alovin~~ | ~~[redacted]~~ |
| McElwain, Norman | 2:09cv79927ER |
| Metsker, Clarence | 2:09cv79899ER |
| Miller, Freddie | 2:09cv79859ER |
| Noe, Newton | 2:09cv79815ER |
| Pearson, Howard | 2:09cv79910ER |
| Purcell, Lee | 2:09cv79930ER |
| Raymond, Woodford | 2:09cv79870ER |
| Renfro, John | 2:09cv79896ER |
| Rhodes, James | 2:09cv79978ER |
| Roberts, Andrew | 2:09cv79866ER |

| | |
|---|---|
| Schneble, Wm Jacob | 2:09cv79818ER |
| Schuler, John | 2:09cv79909ER |
| Scott, Virgil | 2:09cv79875ER |
| Sledd, Henry | 2:09cv79977ER |
| Smith, Harry | 2:09cv79918ER |
| Smith, Richard | 2:09cv79860ER |
| Smith, William A. | 2:09cv79926ER |
| Spillman, William | 2:09cv79973ER |
| Stout, Allen | 2:09cv79972ER |
| Thurman, Robert | 2:09cv79874ER |
| Todd, James L. | 2:09cv79923ER |
| Townsend, Strother | 2:09cv79939ER |
| Vance, Charles | 2:09cv79820ER |
| Vincent, Archie | 2:09cv79907ER |
| Waller, Zamal | 2:09cv79912ER |
| Whittaker, Howard | 2:09cv79924ER |
| Wilson, James F. | 2:09cv79862ER |
| Wolf, George | 2:09cv79908ER |

## CERTIFICATE OF SERVICE (2/4/10 KY-W ORDER)

**MAILED TO:**

| | | |
|---|---|---|
| KATHY K. CONDO | MAX D. HARTZ | ARMER H. MAHAN |
| EDWARD H. STOPHER | WILLIAM H. MOONEY | JOSEPH P. HUMMEL |
| JOHN L. TATE | BRIAN L. POUST | MICHAEL A. TANNEBAUM |
| ALBERT F. GRASCH | D. PATTERSO GLOOR | MICHAEL D. EKMAN |
| CALVIN R. FULKERSON | DIANE C. FILIPSKI | MICHAEL J. KING |
| FRANK P. HILLIARD | HARRY K. HERREN | GREGORY SCO GOWEN |
| GALEN J. WHITE | JAMES M. GARY | STEPHEN M. BOWERS |
| JAMES M. AUSER | JILL F. ENDICOTT | CRAIG R. BANFORD |
| KENNETH J. TUGGLE | MICHAEL J. HENNIG | PETER DAVID PALMER |
| RALPH GARY WINTERS | MICHELE C. ANDERSON | DUSTIN E. MEEK |
| STEPHEN F. SCHUSTER | PATRICK W. GAULT | ROBERT F. BARRON |
| FREDERIC X. SHADLEY | REBECCA F. SCHUPBACH | CARL D. EDWARDS |
| LOUIS C. WOOLF | ROBERT C. EWALD | GREGORY L. MONGE |
| MICHAEL W. LOWE | RONALD G. SHEFFER | HENRY A. TRIPLETT |
| RANDALL L. HARDESTY | SANDRA E. KUPELIAN | JOHN MCGUIRE |
| JOHN K. GORDINIER | ANNE R. REMPE | SCOTT HILL |
| RICHARD M. JOINER | GREGORY S. BERMAN | THEODORE E. COWEN |
| J. WARREN KELLER | JOHN H. DWYER | CHRISTIE N. REILLY |
| MAX S. HARTZ | MARK EDWARD PFEIFER | FRED W. WHITE |
| TOMMIE L. WEATHERLY | THOMAS A. BICKERS | KENNETH RAY WILLIAMS |
| DONALD K. BROWN | TAMMY COMBEST | KEVIN M. MCGUIRE |
| ERIC A. PAINE | THOMAS DOHRER | JAMES D. LAMP |
| JOHN B. MOORE | DONALD S. MERINGER | ROBERT T. BODKIN |
| JOHN L. DOTSON | EDWARD M. NEWSOM | BRENT D. BENJAMIN |
| JUDITH A. VILLINES | JAMES E. CLEVELAND | JACK MARVIN RIPE |
| KATHRYN H. HOGAN | JOSEPH D. SATTERLEY | RICHARD W. EDWARDS |
| LARRY D. HAMFELDT | R. KEMP MORTON | CHRISTIE WRIGHT |
| M. DENISE MORETZ | SCOTT T. DICKENS | A. TIMOTHY JONES |
| PATRICK J. DONOVAN | THOMAS C. SMITH | ERIC ALLEN LUDWIG |
| PEGGY WHIPPLE | THOMAS W. SPECKMAN | HUBERT A. CROUCH |
| WILLIAM R. KENEALY | ANGELA MCNE HOYER | MICHAEL J. COX |
| GARY A. WINTERS | | |

**EMAILED TO:**

| | | |
|---|---|---|
| ANGELA MCCORKLE B | JASON W FATHEREE | MARC P. WEINGARTEN |
| ALBERT H. PARNELL | JEFFRY H. HALL | PAUL H. ALOE |
| GEOFFREY S. BERMAN | JEFFREY ROB SANDLER | PETER J. MCKENNA |
| J. BRUCE WELCH | JOHN A. SHEFFER | RANIA M. BASHA |
| CHRISTOPHER LEE | JOHN L. VITSAS | STEPHEN M. FOWLER |
| C. MICHAEL EVERT | KENNETH L. SALES | SHEILA L. BIRNBAUM |
| DAVID K. HENDRICKSO | MATTHEW CHA O'CONNELL | ROBERT SCOT LONG |
| DENNIS F. WOLFORD | MELISSA N. BORK | STEPHEN M. SCHWARTZ |
| GENE LOCKS | | |