IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| VARIOUS PLAINTIFFS | : : | Transferor District Courts |
| v. | : | Eastern and Western Districts Of Kentucky |
| VARIOUS DEFENDANTS | : : | |

FILED
JUL - 7 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

Second Scheduling Order

**AND NOW**, the **30th** day of **June, 2010**, it is hereby **ORDERED** that Plaintiffs' Motion for an extension of time to file expert reports is **GRANTED**.

It is further **ORDERED** that, in the cases listed in exhibit "A", attached, the case management deadlines shall be as follows:

1. Plaintiff's expert reports must be served by: **August 1, 2010**.

2. Defendant's expert reports must be served by: **August 31, 2010**.

3. Rebuttal expert reports must be served by: **September 30, 2010**.

4. Any dispositive motions must be filed by: **October 15, 2010**.

5. Responses to dispositive motions must be filed by:

October 30, 2010.

6. Replies to responses to dispositive motions, if any, must be filed by: **November 15, 2010**.

7. A status conference will be held in this case on **Tuesday, November 16, 2010** at 9:00 am, Courtroom 11A, 601 Market Street, Philadelphia, PA 19106.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

| MDL CASES | EXHIBIT A |
|---|---|
| **EDKY** | Case No. |
| Brooks, Alfred | 2:09cv79561ER |
| Chenault, Michael | 2:09cv79569ER |
| Collins, N. Scott | 2:09cv79483ER |
| Coffman, James | 2:09cv79557ER |
| Day, Gary Lee | 2:09cv79568ER |
| Femmer, Francis | 2:09cv79563ER |
| Ferguson, Lowell | 2:09cv79480ER |
| Fox, Herbert | 2:09cv79558ER |
| Griffith, Charles | 2:09cv79504ER |
| Hamilton, Emory | 2:09cv79610ER |
| Henry, Ishmel | 2:09cv79518ER |
| Jacobs, George | 2:09cv79556ER |
| Jones, Paul | 2:09cv79559ER |
| Lawson, Luther | 2:09cv79560ER |
| Lyons, John | 2:09cv79571ER |
| Mantz, Richard | 2:09cv79508ER |
| Oney, Ronnie Lee | 2:09cv79503ER |
| Pearce, Thorwald | 2:09cv79562ER |
| Pennington, Ray | 2:09cv79505ER |
| Pergram, Orville | 2:09cv79567ER |
| Proctor, Arlos | 2:09cv79602ER |
| Reed, Rouie | 2:09cv79529ER |
| Renfroe, Ernest | 2:09cv79481ER |
| Rothwell, Elmore | 2:09cv79564ER |
| Sands, Billie Joe | 2:09cv79502ER |
| Stambaugh, Phillip | 2:09cv79615ER |
| Stewart, Clarence | 2:09cv79474ER |
| Strange, Jack | 2:09cv79566ER |
| Tackett, Isadore | 2:09cv79612ER |
| Thompson, Billy | 2:09cv79506ER |
| Weddington, Lonnie | 2:09cv79476ER |
| Wilcoxen, Clyde | 2:09cv79550ER |
| Williams, Jessie | 2:09cv79565ER |
| Wright, Raymond | 2:09cv79608ER |
| **WDKY** | |
| Barnett, George | 2:09cv70015ER |
| Boston, Jack | 2:09cv79904ER |
| Case, Charles | 2:09cv79892ER |

| Name | Case Number |
|---|---|
| Collinsworth, Lawrence | 2:09cv79857ER |
| Croft, Charles | 2:09cv79863ER |
| Culp, Verdie | 2:09cv80013ER |
| Detie, Melvyn | 2:09cv80007ER |
| Downs, James | 2:09cv79911ER |
| Drake, Clay | 2:09cv79858ER |
| Edge, Joseph | 2:09cv79928ER |
| Enix, Freddy | 2:09cv79867ER |
| Foree, Ronald | 2:09cv79905ER |
| Gnagie, William | 2:09cv79872ER |
| Graves, Lawrence | 2:09cv79898ER |
| Gritton, Edwin | 2:09cv79925ER |
| Hack, Jesse | 2:09cv79903ER |
| Hall, Raymond | 2:09cv79906ER |
| Hatfield, Steven | 2:09cv79876ER |
| Hines, Eugene | 2:09cv79805ER |
| Holbrook, John B. | 2:09cv79893ER |
| Holthouser, Wm R. | 2:09cv79807ER |
| Jacobs, John | 2:09cv79917ER |
| Jeffries, Robert | 2:09cv79871ER |
| Johnson, Stanley | 2:09cv79979ER |
| Jutz, John | 2:09cv79878ER |
| Lohden, Ivan | 2:09cv79864ER |
| McElwain, Norman | 2:09cv79927ER |
| Metsker, Clarence | 2:09cv79899ER |
| Pearson, Howard | 2:09cv79910ER |
| Purcell, Lee | 2:09cv79930ER |
| Raymond, Woodford | 2:09cv79870ER |
| Rhodes, James | 2:09cv79978ER |
| Roberts, Andrew | 2:09cv79866ER |
| Schneble, Wm Jacob | 2:09cv79818ER |
| Schuler, John | 2:09cv79909ER |
| Scott, Virgil | 2:09cv79875ER |
| Sledd, Henry | 2:09cv79977ER |
| Smith, Harry | 2:09cv79918ER |
| Smith, Richard | 2:09cv79860ER |
| Stout, Allen | 2:09cv79972ER |
| Thurman, Robert | 2:09cv79874ER |
| Todd, James L. | 2:09cv79923ER |
| Vincent, Archie | 2:09cv79907ER |
| Whittaker, Howard | 2:09cv79924ER |
| Wilson, James F. | 2:09cv79862ER |
| Wolf, George | 2:09cv79908ER |

**MAILED**

- A. JONES
- ALBERT GRASCH
- ANGELA HOYER
- ANNE REMPE
- ARMER MAHAN
- BEN WHITE
- BRENT BENJAMIN
- BRIAN POUST
- BYRON MILLER
- CALVIN FULKERSON
- CARL EDWARDS
- CARL PIERCE
- CHRISTIE REILLY
- CHRISTIE WRIGHT
- CRAIG BANFORD
- D. GLOOR
- DIANE FILIPSKI
- DONALD BRITT
- DONALD BROWN
- DONALD MERINGER
- DONNA COLLEY
- DUSTIN MEEK
- EDWARD NEWSOM
- EDWARD NEWSOME
- ELIZABETH MITCHELL
- ERIC ENGLEBARDT
- ERIC PAINE
- FRANK HILLIARD
- FRED WHITE
- FREDERIC SHADLEY
- GALEN WHITE
- GARY WINTERS
- GILBERT BUSBY
- GREGORY BERMAN
- HARRY HERREN
- HILBURN GWYNETT
- J. KELLER
- J. LEWIS
- JACK RIFE
- JAMES AUSER
- JAMES CLEVELAND
- JAMES GARY
- JAMES LAMP
- JAMES PRESSLY
- JILL ENDICOTT
- JOHN DOTSON
- JOHN DWYER
- JOHN GORDINIER
- JOHN IPSARO
- JOHN MCCRACKEN
- JOHN MOORE
- JOHN TATE
- JOHN WALTERS
- JOSEPH HUMMEL
- JOSEPH SATTERLEY
- JOSEPH WILSON
- JUDITH VILLINES
- KARL EDGAR
- KATHRYN HOGAN
- KATHY CONDO
- KENNETH TUGGLE
- KENNETH WILLIAMS
- KEVIN MCGUIRE
- KEVIN MURPHY
- L. ALLEY
- LARRY HAMFELDT
- LOUIS WOOLF
- M. MORETZ
- MARK PFEIFER
- MARTIN ARNETT
- MICHAEL EKMAN
- MICHAEL HENNIG
- MICHAEL KING
- MICHAEL LOWE
- MICHAEL TANNEBAUM
- MICHELE ANDERSON
- P. CONE
- PEGGY WHIPPLE
- PETER PALMER
- PHILIP MARSICK
- PHILIP SMITH
- R. MORTON
- RALPH WINTERS
- RANDALL HARDESTY
- REBECCA SCHUPBACH
- RICHARD DANDREA
- RICHARD JOINER
- ROBERT BARRON
- ROBERT BODKIN
- ROBERT EWALD
- RONALD SHEFFER
- RUDY BISCIOTTI
- SCOTT HILL
- STEPHEN BOWERS
- STEPHEN SCHUSTER
- SYDNEY FRAZIER
- TED MARTIN
- THEODORE COWEN
- THOMAS BICKERS
- THOMAS DOHRER
- THOMAS ERVEN
- THOMAS HUNDLEY
- THOMAS SMITH
- THOMAS SPECKMAN
- TODD BROWN
- TOMMIE WEATHERLY
- W. MCLEOD
- WILLIAM KENEALY
- WILLIAM MOONEY
- WILLIAM REAVES

**E-MAILED**

- ADAM SHADBURNE
- ALBERT PARNELL
- ALEXANDER BULLOCK
- ANGELA MCCORKLE B
- BRANTLEY ROWLEN
- C. EVERT
- CARTER LAMBETH
- CHRISTOPHER LEE
- DAVID HENDRICKSO
- EVELYN DAVIS
- GENE LOCKS
- GREGORY GOWEN
- HOYT HARP
- IAN KINGSLEY
- J. WELCH
- JAMES GANDY
- JANET BLACK
- JEFFREY KADIS
- JEFFREY SANDLER
- JEFFRY HALL
- JENNIFER TECHMAN
- JOEL BONDURANT
- JOHN MCGUIRE
- JOHN SHEFFER
- JOHN VITSAS
- KEITH COLTRAIN
- KENNETH KYRE
- KENNETH SALES
- MARC WEINGARTEN
- MARK THOMAS
- MATTHEW BREETZ
- MATTHEW O'CONNELL
- MAX HARTZ
- MELISSA BORK
- MICHAEL BRICKMAN
- PATRICK GAULT
- PETER MCKENNA
- RANIA BASHA
- RICHARD EDWARDS
- ROBERT HOOD
- ROBERT LONG
- ROBERT MERIWETHER
- ROBIN HARVEY
- RONALD MASTERSON
- SCOTT DAVIDSON
- SCOTT DICKENS
- SHEILA BIRNBAUM
- STEPHEN FOWLER
- STEPHEN SCHWARTZ
- STEPHEN WILLIAMSON
- TERESA LAZZARONI
- TIMOTHY BOUCH
- TIMOTHY PECK