# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA
(CONSOLIDATED UNDER MDL DOCKET NO. 875)

## IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

THIS DOCUMENT RELATES TO:

**FILED**

RAYMOND HALL and
MARJORIE HALL

JAN – 4 2011

             PLAINTIFFS

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

CASE NO. 2:09cv79906ER

v.

OWENS-CORNING FIBERGLAS CORP., ET AL
             DEFENDANTS

### ORDER]

On motion of counsel for the Plaintiffs, Raymond and Marjorie Hall, and it appearing that the Plaintiff, Raymond Hall, died on June 14, 2010, and Plaintiff, Marjorie Hall, having died on November 3, 2002, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this matter is held in abeyance until such time as the estate can be established and the Complaint revived.

_____
EDUARDO C. ROBRENO, JUDGE

DATE: **JAN 0 3 2011**