IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) : | Consolidated Under MDL DOCKET NO. 875 |
| Various Plaintiffs : v. : Various Defendants : | Cases Transferred from the Eastern District of Kentucky Listed in Exhibit "A," Attached |

FILED
SEP - 8 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## SUGGESTION OF REMAND

**AND NOW**, this **7th** day of **September, 2011**, it is hereby **ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the Court finds that, as to the above-captioned case:

a.) Plaintiff has complied with MDL-875 Administrative Orders 12 and 12A.

b.) Parties have completed their obligations under the Rule 16 order issued by the Court.

c.) All discovery deadlines have passed.

d.) The Court has adjudicated all outstanding motions.

e.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket.

f.) A list of the remaining viable Defendants for trial are listed in Exhibit "A."

Accordingly, the Court **SUGGESTS** that the above-captioned case be **REMANDED** to the United States District Court for the Eastern District of Kentucky for resolution of all matters

pending within this case except punitive damages.[1]

Alternatively, parties in the below-listed cases have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania. In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, at a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

---

[1] The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the Court within it jurisdiction over MDL-875 in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000)("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); See also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

## Exhibit A

| | | | |
|---|---|---|---|
| 2:09-cv-79503 | KY-E | ONEY et al v. KEENE BUILDING PRODUCTS CORP. et al | Owens-Illinois |
| 2:09-cv-79504 | KY-E | GRIFFITH et al v. ARMSTRONG WORLD INDUSTRIES, INC. et al | Owens-Illinois |
| 2:09-cv-79506 | KY-E | THOMPSON v. H.K. PORTER CO., INC. et al | Owens-Illinois |
| 2:09-cv-79529 | KY-E | REED v. OWENS-CORNING FIBERGLAS CORPORATION et al | Rapid American, Westinghouse and North Brothers |
| 2:09-cv-79557 | KY-E | COFFMAN et al v. GAF CORP. et al | Owens-Illinois |
| 2:09-cv-79565 | KY-E | WILLIAMS et al v. GAF CORP. et al | Owens-Illinois |
| 2:09-cv-79567 | KY-E | PERGRAM et al v. ARMSTRONG WORLD INDUSTRIES, INC. et al | Owens-Illinois |
| 2:09-cv-79569 | KY-E | CHENAULT et al v. ARMSTRONG WORLD INDUSTRIES, INC. et al | Owens-Illinois |
| 2:09-cv-79571 | KY-E | LYONS v. ARMSTRONG WORLD INDUSTRIES, INC. et al | Owens-Illinois |
| 2:09-cv-79608 | KY-E | WRIGHT et al v. OWENS-CORNING FIBERGLAS CORPORATION et al | MetLife, Rapid American, Abex, US Mineral, Wagner Electric and Chrysler Corp. |
| 2:09-cv-79612 | KY-E | TACKETT et al v. OWENS-CORNING FIBERGLAS CORP. et al | Owens-Illinois |
| 2:09-cv-79615 | KY-E | STAMBAUGH et al v. OWENS-CORNING FIBERGLAS CORPORATION et al | Chrysler and Abex |