# KNOTT & GLAZIER LLP
## LAWYERS
### A REGISTERED LIMITED LIABILITY PARTNERSHIP

LOS ANGELES
SAN FRANCISCO

707 WILSHIRE BOULEVARD
SUITE 2025
LOS ANGELES, CALIFORNIA 90017

TELEPHONE (213) 312-9200
FACSIMILE (213) 312-9201
WWW.KNOTTGLAZIER.COM

October 13, 2011

*Via Panel CM/ECF*

The Judicial Panel on MDL, Case No. 875
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002

    Re:    *Notice Of Potential Tag-Along Action Pursuant To J.P.M.L. Rule 7.1(a)*
              *Young v. 3M Company, et al.,*
              *USDC Case No. CV11-08357 MRP (PJWx)*

Dear Judicial Panel:

    Please accept this correspondence as Lockheed Martin Corporation's notice to the panel that the action, *Mary Elaine Young, et al. v. 3M Company, et al.*, Case No. *CV11-08357 MRP (PJWx)*, in the U.S. District Court, Central District of California, may be a potential tag-along action in *In Re: Asbestos Product Liability Litigation* (No. VI) MDL No. 875.

    Thank you for your consideration.

Sincerely,

/s/ *Nina C. Irani*

Nina C. Irani, Esq.
CBN 264503

cc: Plaintiffs' Counsel – via U.S. Mail
    All Defense Counsel – via U.S. Mail
    Judge Mariana R. Pfaelzer – via U.S. Mail
    Judge Manuel Real – via U.S. Mail