KNOTT & GLAZIER LLP
GUY P. GLAZIER, SBN 162628
NINA C. IRANI, SBN 264503
707 Wilshire Boulevard, Suite 2025
Los Angeles, California 90017
Telephone:  213-312-9200
Facsimile:   213-312-9201
E-mail:      glazier@knottglazier.com
E-mail:      irani@knottglazier.com

Attorneys for Defendant,
LOCKHEED MARTIN CORPORATION

**BEFORE THE JUDICAL PANEL ON MULTI-DISTRICT LITIGATION**

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  ASBESTOS LITIGATION (NO. VI)              MDL NO. 875

**THIS DOCUMENT RELATES TO:**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY ELAINE YOUNG, individually and as successor-in-interest to DEAN ALAN YOUNG, deceased, and DEAN YOUNG, JR. and KORINNE YOUNG,<br><br>              Plaintiffs,<br><br>       v.<br><br>3M COMPANY, et al.,<br><br>              Defendants. | Civil Action No.:  CV11-08357 MRP (PJWx)<br><br>**SCHEDULE OF ACTIONS**<br><br>Complaint Filed:    May 17, 2011<br>Trial Date:              None set. |

## SCHEDULE OF ACTIONS

1. <u>Mary Elaine Young, et al. v. 3M Company, et al.</u>, Civil Action No.: CV11-08357 MRP (PJWx) (United States District Court for the Central District of California)

                              Respectfully submitted,

Dated: October 13, 2011        KNOTT & GLAZIER LLP

By: /s/ Nina C. Irani
     Nina C. Irani

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

## CERTIFICATE OF SERVICE

  I hereby certify that on this 13th day of October, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

                /s/ Nina C. Irani
                 Nina C. Irani