# DECLARATION OF SERVICE

I, Geraldine Chua, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. I am employed by Knott & Glazier LLP, whose business address is 707 Wilshire Boulevard, Suite 2025, Los Angeles, California 90017. On October 13, 2011, I served the foregoing document(s) described as:

**DEFENDANT LOCKHEED MARTIN CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION PURSUANT TO JPML RULE 7.1(a)**

by placing a true copy thereof in an envelope addressed to each of the person(s) named below at the address shown:

*SEE ATTACHED SERVICE LIST*

[ ]    **BY PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger employed by Time Machine Courier, whose business address is 1533 Wilshire Boulevard, Los Angeles, California 90017, for personal delivery before 5:00 p.m. on October 13, 2011.

[ ]    **BY FEDERAL EXPRESS:** On the above-mentioned date, I placed a true copy of the above mentioned document(s), in a sealed envelope or package designated by Federal Express with delivery fees paid or provided for, addressed to the person(s) as indicated above and deposited same in a box or other facility regularly maintained by Federal Express or delivered same to an authorized courier or driver authorized by Federal Express.

[X]    **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on October 13, 2011. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U. S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **BY FACSIMILE:** From facsimile machine telephone number (213) 312-9201, on October 13, 2011, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated on the attached **Service List.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, that the original of the aforementioned document(s) was/were printed on recycled paper, and that this Certificate of Service was executed by me on October 13, 2011 at Los Angeles, California.

Geraldine Chua

SERVICE LIST
*Young v. A.W. Chesterton Company, et al.*
Los Angeles Superior Court Case No. BC 461744

| ADDRESS | PHONE | FAX |
|---|---|---|
| DEBLASE BROWN EYERLY LLP<br>10990 Wilshire Boulevard, Suite 1060<br>Los Angeles, CA 90024<br>*Attorneys for Plaintiffs* | 310-575-9955 | 310-575-9919 |
| GORDON & REES, LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>*Attorneys for 3M Company* | 415-986-5900 | 415-986-8054 |
| ARMSTRONG & ASSOCIATES LLP<br>One Kaiser Plaza, Suite 625<br>Oakland, CA 94612<br>*Attorneys for Baker Hughes Oilfield Operations, Inc., ExxonMobile Oil Corporation* | 510-433-1830 | 510-433-1836 |
| BRYAN CAVE LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401-2386<br><br>PERKINS COIE LLP<br>1888 Century Park East<br>Suite 1700<br>Los Angeles, CA 90067-1721<br>*Attorneys for The Boeing Company* | 310-576-2100<br><br><br><br>310-788-9900 | 310-576-2200<br><br><br><br>310-843-1284 |
| BROWN EASSA & McLEOD LLP<br>1999 Harrison Street, Suite 1800<br>Oakland, CA 94612-3520<br>*Attorneys for Chevron USA, Inc.; ConocoPhillips Company, individually and as successor-in-interest to Phillips Petroleum Company; Union Oil Company of California* | 510-444-3131 | 510-839-7940 |
| K&L GATES LLP<br>10100 Santa Monica Blvd., 7th Floor<br>Los Angeles, CA 90067<br>*Attorneys for Crane Co.* | 310-552-5000 | 310-552-5001 |
| JACKSON JENKINS RENSTROM LLP<br>55 Francisco Street, 6th Floor<br>San Francisco, CA 94133<br>*Attorneys for General Dynamics Corporation* | 415-982-3600 | 415-982-3700 |
| PERKINS COIE LLP<br>1888 Century Park East<br>Suite 1700<br>Los Angeles, CA 90067-1721<br>*Attorneys for Honeywell International, Inc. f/k/a Allied Signal, Inc., successor-in-interest to The Bendix Corporation* | 310-788-9900 | 310-843-1284 |
| KING & SPALDING LLP<br>333 S. Grand Avenue, Suite 4200<br>Los Angeles, CA 90071<br>*Attorneys for Hewlett-Packard Company* | 213-867-2655 | 213-626-2146 |

1

SERVICE LIST
*Young v. A.W. Chesterton Company, et al.*
**Los Angeles Superior Court Case No. BC 461744**

| ADDRESS | PHONE | FAX |
| --- | --- | --- |
| Dehay & Elliston LLP<br>800 W. 6th Street, Suite 788<br>Los Angeles, CA 90017<br>*Attorneys for Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc. f/k/a Kaiser Cement Corporation (erroneously sued as successor-in-interest to Kaiser Gypsum Company, Inc.); Pneumo Abex LLC erroneously sued as Pneumo Abex LLC, individually and as successor-in-interest to Abex Corporation f/k/a American Brake Shoe Company f/k/a American Brake Shoe and Foundry Company including the American Brakebloc Division f/k/a The American Brake Materials Corporation* | 213-271-2727 | 213-271-2730 |
| LOMBARDI LOPER & CONANT LLP<br>Lake Merritt Plaza<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612-3541<br>*Attorneys for Mechanical Drives & Belting f/k/a L.A. Rubber Company* | 510-433-2600 | 510-433-2699 |
| SACK ROSENDIN LLP<br>One Kaiser Plaza, Suite 340<br>Oakland, CA 94612<br>*Attorneys for Parsons Engineering Science, Inc.* | 510-286-2200 | 510-286-8887 |
| TUCKER ELLIS & WEST LLP<br>515 South Flower Street, 42nd Floor<br>Los Angeles, CA 90071-2223<br><br>TUCKER ELLIS & WEST LLP<br>135 Main Street, Suite 700<br>San Francisco, CA 94105<br>*Attorneys for Pratt & Whitney Rocketdyne, Inc.* | 213-430-3400<br><br>415-617-2400 | 213-430-3409<br><br>415-617-2409 |
| MURRIN & ASSOCIATES LLC<br>71 Lafayette Circle, Suite B<br>Lafayette, CA 94549<br>*Attorneys for Soco West, Inc.* | 925-284-5770 | 925-262-2111 |
| McKENNA LONG & ALDRIDGE LLP<br>300 S. Grand Avenue, Suite 1400<br>Los Angeles, CA 90071<br>*Attorneys for Union Carbide Corporation* | 213-688-1000 | 213-243-6330 |