389871

# UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS LITIGATION
(NO. VI)
THIS DOCUMENT RELATES TO          CIVIL ACTION NO.: MDL 875

## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILFORD KNOWLES, AND<br>LAURA KNOWLES<br><br>    Plaintiffs,<br>        v.<br><br>A.W. CHESTERTON COMPANY, et al.<br><br>    Defendants. | Civil Action No.: 10-499S |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE THAT Viad Corp hereby withdraws its Notice of Tag-Along Action, which was filed incorrectly on October 12, 2011.

                                                                VIAD CORP.
                                                                By its Attorneys,

                                                               /s/ Kristen Whittle

                                                               Stephen Adams
                                                                R.I. Bar No. 5577
                                                                sadams@taylorduane.com
                                                                Kristen M. Whittle
                                                                R.I. Bar No. 8252
                                                                kwhittle@taylorduane.com
                                                                **TAYLOR DUANE BARTON & GILMAN, LLP**
                                                                10 Dorrance Street, Suite 800
                                                                Providence, RI 02903
                                                               (401) 273-7171
                                                                (401) 273-2904 – Fax

Date: October 13, 2011

## CERTIFICATE OF SERVICE

I, Kristen M. Whittle, attorney for the defendant, Viad Corp., hereby certify that on October 13, 2011, I served a copy of the foregoing, via CM/ECF electronic mail notification, to all Counsel of record.

*[signature]*

Kristen M. Whittle