# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS, : | |
| LIABILITY LITIGATION (NO. VI) : | MDL DOCKET NO. MDL 875 |
| : | CASE NO.:  2:09-CV-80013-ER |

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## AT PADUCAH

| | |
|---|---|
| CAROL HOLLAND, as Executrix : | |
| of the Estate of VERDIE R. CULP : | |
| and FRANCES E. CULP, : | |
| : | |
| Plaintiffs, : | |
| : | CIVIL ACTION FILE |
| vs. : | NO.:  5:02-CV-00006J |
| : | |
| UNION CARBIDE CORPORATION, et al. : | |
| : | |
| Defendants. : | |

### DEFENDANT UNION CARBIDE CORPORATION'S
### MOTION TO VACATE THE PANEL'S CONDITIONAL REMAND ORDER AND
### INCORPORATED MEMORANDUM IN SUPPORT

COMES NOW Union Carbide Corporation, Defendant in the above-captioned civil action, by and through counsel, and pursuant to JPML Rule 10.2(e), hereby moves to vacate this Panel's September 21, 2011 Conditional Remand Order.  In support of its Motion, Union Carbide submits this incorporated Memorandum of Law, showing the panel as follows:

### I.  FACTUAL AND PROCEDURAL BACKGROUND

Plaintiff Carroll Holland ("Plaintiff") brings this products liability action against various defendants alleging Verdie Culp ("Decedent") developed an asbestos related disease

4835-4067-2268.1

as a result of exposure to asbestos containing products. *See generally* Complaint, a true and correct copy is attached to Schedule A. Decedent allegedly worked at the Paducah gaseous diffusion plant from and various times throughout the 1950's and 1960's. *Id.* On May 30, 2001, Mr. Culp died, allegedly from mesothelioma. *Id.* Carol Holland was appointed Executrix of Mr. Culp's estate on June 18, 2001, and she filed this action against five (5) Defendants on January 10, 2002. *Id.* Pursuant to Transfer Order No. 492, this case was transferred to United States District Court for the Eastern District of Pennsylvania (the "Court") under MDL 875. *See* Doc. No. 1.

Counsel for Plaintiffs and Union Carbide Corporation stipulated that dispositive motions could be filed in this matter following the deposition of Plaintiffs' expert, Barry Castleman, Ph.D. *See* October 14, 2010 correspondence between Brantley C. Rowlen and Kenneth Sales, a true and correct copy of which is attached hereto as Exhibit A. On September 8, 2011, the United States District Court for the Eastern District of Pennsylvania issued a Suggestion of Remand. *See* Doc. No. 27. In light of the Court's Suggestion of Remand and Plaintiffs' non-tender of Dr. Castleman for deposition, Union Carbide moved the Court for judgment as a matter of law as to all of Plaintiffs' claims on September 13, 2011. *See* Doc. No. 28-1 through 7. The ground for Union Carbide's Motion was that no genuine issue of material fact exists as to whether Plaintiffs' claims are barred by the government contractor defense. *Id.* At this time, Union Carbide's Motion for Summary Judgment remains pending before the United States District Court for the Eastern District of Pennsylvania.

## II. ARGUMENT AND CITATION OF AUTHORITY

In pertinent part, 28 U.S.C. § 1407 provides that "[e]ach action…transferred shall be remanded by the panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred unless it shall have been previously terminated…".  The United States District Court for the Eastern District of Pennsylvania, however, has issued Administrative Orders indicating resolution of all outstanding motions is a prerequisite to remand of a matter to the transferring court.

In response to a group of Plaintiffs' Motion to Remand 151 malignancy cases, the Court issued Administrative Order No. 18.  *See* Exhibit B, p. 2.  In denying Plaintiffs' Motions, the Court created a framework under which a Plaintiff could request the individual remand of an action.[1]  *Id.* at pp. 3-5.  Specifically, the Court required counsel moving for remand to certify there were no outstanding motions reaming in the case.  *Id.* at p. 5, ¶ 7(f).

In this case, Union Carbide's Motion for Summary Judgment remains pending before the United States District Court for the Eastern District of Pennsylvania and remand of this matter is not ripe until the Court rules on Union Carbide's pending motion.  Accordingly, Union Carbide Corporation respectfully requests the Panel vacate its September 21, 2011 Conditional Remand Order until such time as the Court has ruled on all pending motions.

## III. CONCLUSION

---

[1] Union Carbide acknowledges Administrative Order No. 18 addressed the propriety of a remand at the suggestion of Plaintiffs, which differs from the instant case where the Suggestion or Remand was made by the Court, *sua sponte*.  Nevertheless, Union Carbide submits the substantive requirements of Administrative Order No. 18 are instructive and persuasive in determining whether remand is appropriate in this case.

4835-4067-2268.1

- 3 -

For the reasons set forth above, Union Carbide Corporation respectfully requests the Panel inquire into and grant Union Carbide Corporation's Motion to Vacate The Panel's Conditional Remand Order.

This 13th day of October, 2011.

                Respectfully Submitted,

                LEWIS BRISBOIS BISGAARD & SMITH LLP

                _____/s/  Brantley C. Rowlen_____
                R. Scott Masterson
                Admitted *Pro Hac Vice*
                Brantley C. Rowlen
                Admitted *Pro Hac Vice*

1180 Peachtree Street, NE
Suite 2900                *Counsel for Union Carbide Corporation*
Atlanta, Georgia  30309
404.348.8576
404.467.8845 (fax)

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing has been served by first class mail, postage prepaid, on this 13th day of October, 2011 to all counsel of record listed in the attached Service List.

                Respectfully submitted,

                LEWIS BRISBOIS BISGAARD & SMITH LLP

                _____/s/  Brantley C. Rowlen_____
                Brantley C. Rowlen
                Admitted *Pro Hac Vice*

1180 Peachtree Street, N.E.
Suite 2900                        *Counsel for Union Carbide Corporation*
Atlanta, Georgia 30309
404.348.8576
404.467.8845 (fax)

## SERVICE LIST

| | |
|---|---|
| Joseph D. Satterley<br>Kenneth L. Sales<br>SALES TILLMAN WALLBAUM CATLETT & SATTERLEY<br>1900 Waterfront Plaza<br>325 W. Main Street, Suite 1900<br>Louisville, Kentucky  40202 | MICHAEL J. KING<br>WOOLF MCCLANE BRIGHT ALLEN & CARPENTER<br>PO BOX 900<br>KNOXVILLE, TN 37902-0900 |