# EXHIBIT A

**Brantley Rowlen - Re: Culp/Barnett**

**From:** "Ken Sales" <KSales@stwlaw.com>
**To:** rowlen@lbbslaw.com
**Date:** 10/14/2010 5:10 PM
**Subject:** Re: Culp/Barnett
**CC:** masterson@lbbslaw.com

No problem

On Oct 14, 2010, at 4:52 PM, "Brantley Rowlen" <rowlen@lbbslaw.com> wrote:

> Ken,
>
> I left you a message, but wanted to follow-up via email. I know Matt has asked for dates for Castleman's deposition, so do you have a problem giving us an extension to file dispositive motions until after his deposition?
>
> I look forward to hearing from you.
>
> Brantley
>
>
> Brantley C. Rowlen
> Lewis Brisbois Bisgaard & Smith LLP
> 1180 Peachtree Street, N.E.
> Suite 2900
> Atlanta, Georgia 30309
> 404.348.8585
> 404.467.8845 (fax)
> www.lbbslaw.com