**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  ASBESTOS PRODUCTS, | : | |
| LIABILITY LITIGATION (NO. VI) | : | MDL DOCKET NO. MDL 875 |
| | : | CASE NOS.:  2:09-CV-80013-ER |
| | : | and 2:09-CV-80015-ER |

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT PADUCAH**

| | | |
|---|---|---|
| CAROL HOLLAND, as Executrix | : | |
| of the Estate of VERDIE R. CULP | : | |
| and FRANCES E. CULP, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION FILE |
| vs. | : | NO.:  5:02-CV-00006J |
| | : | |
| UNION CARBIDE CORPORATION, et al. | : | |
| | : | |
| Defendants. | : | |

*AND*

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT PADUCAH**

| | | |
|---|---|---|
| MARY JO BARNETT, Individually and as | : | |
| Executrix of the Estate of | : | |
| GEORGE C. BARNETT, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION FILE |
| vs. | : | NO.:  5:04-CV-230-R |
| | : | |
| UNION CARBIDE CORPORATION, et al. | : | |
| | : | |
| Defendants. | : | |

4828-3013-0956.1

## <u>UNION CARBIDE CORPORATION'S CORPORATE DISCLOSURE STATEMENT</u>

COMES NOW Union Carbide Corporation, Defendant in the above styled action, by and through counsel, and hereby makes the following Corporate Disclosure Statement:

Defendant Union Carbide Corporation is wholly owned by The Dow Chemical Company ("TDCC"). TDCC has no parent companies, and no other publicly held company owns 10 percent or more of TDCC's stock.

This 13th day of October, 2011.

Respectfully Submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP


_____ /s/  Brantley C. Rowlen _____
R. Scott Masterson
Admitted *Pro Hac Vice*
Brantley C. Rowlen
Admitted *Pro Hac Vice*

*Counsel for Union Carbide Corporation*

1180 Peachtree Street, NE
Suite 2900
Atlanta, Georgia  30309
404.348.8576
404.467.8845 (fax)

4828-3013-0956.1

## SERVICE LIST

## BARNETT V. UNION CARBIDE, ET AL.

| | |
|---|---|
| Joseph D. Satterley<br>Kenneth L. Sales<br>SALES TILLMAN WALLBAUM CATLETT &<br>SATTERLEY<br>1900 Waterfront Plaza<br>325 W. Main Street, Suite 1900<br>Louisville, Kentucky 40202 | Angela M. Buckler<br>Rania M. Basha<br>Robert C. Ewald<br>WYATT TARRANT COMBS, LLP<br>500 W. JeffersonStreet<br>Suite 2800<br>Louisville, Kentucky 40202 |

## SERVICE LIST

## HOLLAND V. UNION CARBIDE, ET AL.

| | |
|---|---|
| Joseph D. Satterley<br>Kenneth L. Sales<br>SALES TILLMAN WALLBAUM CATLETT & SATTERLEY<br>1900 Waterfront Plaza<br>325 W. Main Street, Suite 1900<br>Louisville, Kentucky  40202 | MICHAEL J. KING<br>WOOLF MCCLANE BRIGHT ALLEN & CARPENTER<br>PO BOX 900<br>KNOXVILLE, TN 37902-0900 |