BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL  DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI))
**(In Re: Conditional Transfer Order (CTO-440)**

CASE ORIGINATES FROM
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FREDDIE JOSEPH DUPRE                          CIVIL ACTION

VERSUS

TODD SHIPYARDS
CORPORATION, ET AL                          NO.: LAE 2:11-cv-02097

## NOTICE OF WITHDRAWAL OF MOTION
## TO VACATE CONDITIONAL TRANSFER ORDER

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Rose Mae Naquin

Dupre, Ronald Joseph Dupre, Marvin Andrew Dupre, and Brian Anthony Dupre, who file this

Notice of Withdrawal of Motion to Vacate Conditional Transfer  Order.  Recently, the Honorable

Jay C. Zainey issued an order denying Plaintiff's Motion to Remand.  Exhibit 1, Order Denying

Motion to Remand.  In light of this ruling, plaintiffs wish to withdraw their Motion to Vacate

Conditional Transfer Order, so that the case may be transferred to the Eastern District of

Pennsylvania as part of MDL-875.

<table>
<tr><td>

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing
pleading has been served upon all counsel of
record by facsimile, hand delivery, or mailing
same to each, properly addressed and postage
prepaid, on this 14th day of October, 2011.

    S/ Gerolyn P. Roussel
    GEROLYN P. ROUSSEL

</td><td>

Respectfully Submitted,
**ROUSSEL & CLEMENT**

S/ Gerolyn P. Roussel
GEROLYN P. ROUSSEL - 1134
PERRY J. ROUSSEL, JR. - 20351
JONATHAN B. CLEMENT - 30444
LAUREN R. CLEMENT - 31106
BENJAMIN P. DINEHART - 33096
1714 Cannes Drive
LaPlace, LA  70068
Telephone:  (985) 651-6591
ATTORNEYS FOR PLAINTIFFS

</td></tr>
</table>