UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
    Dupre et al. v. Todd Shipyards Corporation,    )
        E.D. Louisiana, C.A. No. 2:11-02097    )    MDL No. 875

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*Dupre*) on September 1, 2011. Plaintiffs in *Dupre* filed a notice of opposition to the proposed transfer. Plaintiffs now advise the Panel that they withdraw their opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-440" filed on September 1, 2011, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eduardo C. Robreno.

                FOR THE PANEL:

                Jeffery N. Luthi
                Clerk of the Panel