# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION: **December 1, 2011**

LOCATION OF HEARING SESSION: Tomochichi United States Courthouse
3rd Floor Courtroom
125 Bull Street
Savannah, Georgia  31402-8286

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:30 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) does not need to appear at the Hearing Session.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the hearing session.

ORAL ARGUMENT:  The Panel carefully considers the positions advocated in filings with the Panel when it allocates time to attorneys presenting oral argument.  The Panel, therefore, expects attorneys to adhere to those positions (including those concerning an appropriate transferee district).  Any change in position should be conveyed to Panel staff before the beginning of oral argument.  Where an attorney thereafter advocates a position different from that conveyed to Panel staff, the Panel may reduce the allotted argument time and decline to hear further from that attorney.

- 2 -

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be returned to this office no later than **November 14, 2011.**  The procedures governing Panel oral argument (Panel Rule 11.1) are attached.  The Panel strictly adheres  to these procedures.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

cc: Clerk, U.S. District Court for the Southern District of Georgia

# UNITED STATES JUDICIAL PANEL
### on
# MULTIDISTRICT LITIGATION

### HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on December 1, 2011, the Panel will convene a hearing session in Savannah, Georgia, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c).  The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION:

_____
John G. Heyburn II
Chairman

| | |
|---|---|
| Kathryn H. Vratil | W. Royal Furgeson, Jr. |
| Barbara S. Jones | Paul J. Barbadoro |
| Marjorie O. Rendell | Charles R. Breyer |

SCHEDULE OF MATTERS FOR HEARING SESSION
December 1, 2011 -- Savannah, Georgia

**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT[1]**

MDL No. 2292 -- **IN RE: HIGHWAY ACCIDENT IN FULTON COUNTY, OHIO, ON AUGUST 2, 2009**

Motion of defendants Gainey Transportation Service, Inc., and Thomas C. Frias for centralization of the following actions in the United States District Court for the Northern District of Ohio:

Northern District of Ohio

Tamer Bargaheiser, et al. v. Gainey Transportation, et al., C.A. No. 3:11-01454

Middle District of Pennsylvania

Keith Kasal, et al. v. Thomas C. Frias, et al., C.A. No. 3:09-02272

---

[1]   This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer.  See Panel Rules 6.1 and 6.2.  In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.

Schedule of Matters for Hearing Session, Section A                    p. 2
Savannah, Georgia

## MDL No. 2293 -- **IN RE: ELECTRONIC BOOKS ANTITRUST LITIGATION**

Motion of plaintiffs Jeffery Evans, et al., and Shilpa Grover, et al., for centralization of the following actions in the United States District Court for the Southern District of New York:

### Northern District of California

Anthony Petru, et al. v. Apple, Inc., et al., C.A. No. 3:11-03892
Patsy Diamond v. Apple, Inc., et al., C.A. No. 3:11-03954

### Southern District of New York

Shilpa Grover, et al. v. Macmillan, Simon & Schuster, Hachette Book Group, et al.,
  C.A. No. 1:11-05576
Jeffery Evans, et al. v. Macmillan, Simon & Schuster, Hachette Book Group., et al.,
  C.A. No. 1:11-05609
Rhonda Burstein v. Hachette Book Group, Inc., et al., C.A. No. 1:11-05621

## MDL No. 2294 -- **IN RE: WEBVENTION LLC ('294) PATENT LITIGATION**

Motion of defendants L. L. Bean, Inc., and Nordstrom, Inc., for centralization of the following actions in the United States District Court for the District of Delaware:

### District of Delaware

Novartis Corporation v. Webvention Holdings LLC, et al., C.A. No. 1:10-00793
Furniture Brands International Inc., et al. v. Webvention Holdings LLC, et al.,
  C.A. No. 1:10-01090
Tommy Hilfiger Group B.V. v. Webvention Holdings LLC, et al., C.A. No. 1:11-00266
Winchester Carpet & Rug Company v. Webvention Holdings LLC, et al.,
  C.A. No. 1:11-00337
Marie Claire/Hearst, et al. v. Webvention LLC, C.A. No. 1:11-00488
Lawson Software Inc., et al. v. Webvention Holdings LLC, et al., C.A. No. 1:11-00502

Schedule of Matters for Hearing Session, Section A                              p. 3
Savannah, Georgia


MDL No. 2294 (Continued)


### Eastern District of Texas

Webvention LLC v. Abercrombie & Fitch Co., et al., C.A. No. 2:10-00253
Webvention LLC v. Adidas America Inc., et al., C.A. No. 2:10-00410
Webvention LLC v. Allergan, Inc., et al., C.A. No. 2:11-00225


MDL No. 2295 -- **IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION**

Motion of plaintiffs Jeremy Frydman, et al., for centralization of the following actions in the United States District Court for the Northern District of Illinois:

### Southern District of California

Danny Allen, Jr. v. Portfolio Recovery Associates, Inc., C.A. No. 3:10-02658
Jesse Meyer v. Portfolio Recovery Associates, LLC, et al., C.A. No. 3:11-01008

### Middle District of Florida

Karen Harvey v. Portfolio Recovery Associates, LLC, C.A. No. 6:11-00582

### Northern District of Georgia

Kimberly Bartlett v. Portfolio Recovery Associates, Inc., C.A. No. 1:11-00624

### Northern District of Illinois

Jeremy Frydman, et al. v. Portfolio Recovery Associates, LLC, C.A. No. 1:11-00524

Schedule of Matters for Hearing Session, Section A                                  p. 4
Savannah, Georgia


MDL No. 2296 -- **IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE
LITIGATION**

Motion of plaintiffs Deutsche Bank Trust Company Americas, et al., for centralization of
the following actions in the United States District Court for the Southern District of New York:

District of Arizona

Deutsche Bank Trust Company Americas, et al. v. Peter W. King, et al.,
    C.A. No. 2:11-01110

Northern District of California

Deutsche Bank Trust Company Americas, et al. v. AG Edwards & Sons, et al.,
    C.A. No. 3:11-02646
Deutsche Bank Trust Company Americas, et al. v. Wells Fargo Bank, N.A., et al.,
    C.A. No. 3:11-02661
Deutsche Bank Trust Company Americas, et al. v. First Republic Bank, et al.,
    C.A. No. 4:11-02634

District of Connecticut

Deutsche Bank Trust Company Americas, et al. v. Sirius International Insurance
    Corporation, et al., C.A. No. 3:11-00894
Deutsche Bank Trust Company Americas, et al. v. Aetna, Inc., et al.,
    C.A. No. 3:11-00895

District of Delaware

Deutsche Bank Trust Company Americas, et al. v. Wells Fargo Investments LLC,
    C.A. No. 1:11-00609
Deutsche Bank Trust Company Americas, et al. v. Alliance Capital Management LLC,
    et al., C.A. No. 1:11-00612
Deutsche Bank Trust Company Americas, et al. v. Verizon Investment Management
    Corporation, et al., C.A. No. 1:11-00613
Deutsche Bank Trust Company Americas, et al. v. Sowood Alpha Fund LP, et al.,
    C.A. No. 1:11-00618
Deutsche Bank Trust Company Americas, et al. v. RBS Securities Inc., et al.,
    C.A. No. 1:11-00638

Schedule of Matters for Hearing Session, Section A                          p. 5
Savannah, Georgia


MDL No. 2296 (Continued)


      District of District of Columbia

Deutsche Bank Trust Company Americas, et al. v. Janice Williams Anderson, et al.,
   C.A. No. 1:11-01024

      Southern District of Florida

Deutsche Bank Trust Company Americas, et al. v. Waterman Broadcasting Corporation,
   et al., C.A. No. 1:11-22007

      Northern District of Illinois

Deutsche Bank Trust Company Americas, et al. v. 1994 Alicia P. Guggenheim,
   C.A. No. 1:11-03750
Deutsche Bank Trust Company, et al. v. Ohlson Enterprises, et al., C.A. No. 1:11-03754

      Southern District of Indiana

Deutsche Bank Trust Company Americas, et al. v. 1st source Bank, et al.,
   C.A. No. 1:11-00746
Deutsche Bank Trust Company Americas, et al. v. Robert Dishon Family Trust, et al.,
   C.A. No. 1:11-00749

      District of Maryland

Deutsche Bank Trust Company Americas, et al. v. Janice M. McGurn, et al.,
   C.A. No. 8:11-01510
Deutsche Bank Trust Company Americas, et al. v. National Electrical Benefit Fund,
   et al., C.A. No. 8:11-01512

      District of Massachusetts

Deutsche Bank Trust Company Americas, et al. v. Anne G. Taylor, et al.,
   C.A. No. 1:11-10982
Deutsche Bank Trust Company Americas et al v. Eaton Vance Multi Cap Growth
   Portfolio, et al., C.A. No. 1:11-10985

Schedule of Matters for Hearing Session, Section A                    p. 6
Savannah, Georgia


MDL No. 2296 (Continued)


    <u>District of Minnesota</u>

Deutsche Bank Trust Company Americas, et al. v. Ameriprise Trust Co., et al.,
   C.A. No. 0:11-01451
Deutsche Bank Trust Company Americas, et al. v. U.S. Bank, N.A.,
   C.A. No. 0:11-01452
Deutsche Bank Trust Company Americas, et al. v. Pandora Select Partners LP, et al.,
   C.A. No.  0:11-01453


    <u>District of New Jersey</u>

Deutsche Bank Trust Company Americas, et al. v. Sumitomo Trust & Banking Co.
   (U.S.A.), et al., C.A. No. 2:11-03147
Deutsche Bank Trust Company Americas, et al. v. Merrill Lynch Trust Company, et al.,
   C.A. No. 2:11-03148


    <u>Southern District of New York</u>

Deutsche Bank Trust Company Americas, et al. v. Abu Dhabi Investment Authority,
   et al., C.A. No. 1:11-04522
Deutsche Bank Trust Company, Americas, et al. v. Adaly Opportunity Fund TD
   Securities Inc. C/O Adaly Investment Management Co., et al, C.A. No. 1:11-04784
Deutsche Bank Trust Company Americas, et al. v. Cantor Fitzgerald & Co., et al.,
   C.A. No. 1:11-04900
Deutsche Bank Trust Company Americas, et al. v. CIBC World Markets Corp., et al.,
   C.A. No. 1:11-05136


    <u>Western District of North Carolina</u>

Deutsche Bank Trust Company Americas, et al. v. The Burroughs Wellcome Fund, et al.,
   C.A. No. 3:11-00266
Deutsche Bank Trust Company Americas, et al. v. Aqua America-Gabelli Asset Mgt,
   et al., C.A. No. 3:11-00268

Schedule of Matters for Hearing Session, Section A                    p. 7
Savannah, Georgia


MDL No. 2296 (Continued)


    <u>Southern District of Ohio</u>

Deutsche Bank Trust Company Americas, et al. v. American Electric Power, et al.,
    C.A. No. 1:11-00358
Deutsche Bank Trust Company Americas, et al. v. Goodrich Corp. MAS TR QUAL
    EMPL BEN, et al., C.A. No. 1:11-00359
Deutsche Bank Trust Company Americas, et al. v. Huntington National Bank, et al.,
    C.A. No. 1:11-00361

    <u>Eastern District of Pennsylvania</u>

Deutsche Bank Trust Company Americas, et al. v. Ametek Inc. Employees Master
    Retirement Trust, et al., C.A. No. 5:11-03569
Deutsche Bank Trust Company Americas, et al. v. ING Trust Equity Inc. Port, et al.,
    C.A. No. 5:11-03570

    <u>Northern District of Texas</u>

Deutsche Bank Trust Company Americas, et al. v. Employees Retirement Fund of the
    City of Dallas, et al., C.A. No. 3:11-01167
Deutsche Bank Trust Company Americas v. Bank of America NA/Gwim Trust
    Operations, et al., C.A. No. 3:11-01175

    <u>District of Vermont</u>

Deutsche Bank Trust Company Americas, et al. v. George H. Long, et al.,
    C.A. No. 2:11-00144

    <u>Eastern District of Virginia</u>

Deutsche Bank Trust Company Americas, et al. v. Richard M. Ader, et al.,
    C.A. No. 1:11-00601

    <u>Western District of Washington</u>

Deutsche Bank Trust Company Americas v. Automotive Machinists Pension Trust Fund,
    et al., C.A. No. 2:11-00925

Schedule of Matters for Hearing Session, Section A                    p. 8
Savannah, Georgia


MDL No. 2296 (Continued)


      <u>Western District of Wisconsin</u>

Deutsche Bank Trust Company Americas, et al. v. Associated Bank Green Bay, NA,
   et al., C.A. No. 3:11-00396
Deutsche Bank Trust Company Americas, et al. v. Howard E. Mazur,
   C.A. No. 3:11-00400


MDL No. 2297 -- **IN RE: CHARLES R. BOBO PATENT LITIGATION**

     Motion of defendants Facebook, Inc., and LinkedIn Corporation for centralization of the following actions in the United States District Court for the Central District of California:

      <u>Central District of California</u>

j2 Global Communications, Inc v. Captaris Inc., C.A. No. 2:09-04150
COA Network, Inc. v. j2 Global Communications, Inc., C.A. No. 2:10-05010
j2 Global Communications, Inc., et al. v. Fax87.com, et al., C.A. No. 2:11-02618
Advanced Messaging Technologies, Inc. v. EasyLink Services International Corporation,
   C.A. No. 2:11-04239
j2 Global Communications, Inc., et al. v. RingCentral, Inc., C.A. No. 2:11-04686
j2 Global Communications, Inc., et al. v. Nextiva, Inc., C.A. No. 2:11-06450

      <u>Eastern District of Texas</u>

Unified Messaging Solutions LLC v. Facebook, Inc., et al., C.A. No. 6:11-00120


MDL No. 2298 -- **IN RE: VITA COCO COCONUT WATER MARKETING AND SALES
        PRACTICES LITIGATION**

     Motion of plaintiff Stacey B. Fishbein for centralization of the following actions in the United States District Court for the Southern District of New York:

      <u>Southern District of Florida</u>

Katrina Garcia v. All Market, Inc., C.A. No. 1:11-23058

Schedule of Matters for Hearing Session, Section A                                    p. 9
Savannah, Georgia

MDL No. 2298 (Continued)

      <u>Southern District of New York</u>

    Stacey B. Fishbein v. All Market Inc., C.A. No. 1:11-05580

MDL No. 2299 -- **IN RE: ACTOS PRODUCTS LIABILITY LITIGATION**

    Motion of plaintiffs Glen Weant, et al., for centralization of the following actions in the United States District Court for the Southern District of Illinois or, in the alternative, the United States District Court for the Central District of California:

      <u>Central District of California</u>

    Jules Berck v. Takeda Pharmaceuticals America Inc., et al., C.A. No. 5:11-01226

      <u>Northern District of Illinois</u>

    James Carter v. Takeda Pharmaceuticals America, Inc., et al., C.A. No. 1:11-05686

      <u>Southern District of Illinois</u>

    Gus Mijalis, et al. v. Takeda Pharmaceuticals America, Inc., et al., C.A. No. 3:11-00787
    Glen Weant, et al. v. Takeda Pharmaceuticals America, Inc., et al., C.A. No. 3:11-00788

      <u>District of New Jersey</u>

    Vito Finetti v. Takeda Pharmaceuticals North America, Inc., et al., C.A. No. 3:11-04816

      <u>Northern District of New York</u>

    George Rosado v. Takeda Pharmaceuticals North America, Inc., et al.,
      C.A. No. 1:11-00918

      <u>Southern District of New York</u>

    Leo Cobain v. Takeda Pharmaceuticals America, Inc., et al., C.A. No. 1:11-06077

Schedule of Matters for Hearing Session, Section A                          p. 10
Savannah, Georgia


MDL No. 2299 (Continued)


   Western District of New York

Terrance Allen, et al. v. Takeda Pharmaceutical Company Limited, et al.,
   C.A. No. 1:11-00643
Jeffrey Lader v. Takeda Pharmaceuticals North America, Inc., et al.,
   C.A. No. 6:11-06375

   Northern District of Ohio

John Scaro, et al. v. Takeda Pharmaceuticals America, Inc., et al., C.A. No. 1:11-01565
Sidney Sultzbaugh, et al. v. Takeda Pharmaceuticals America, Inc., et al.,
   C.A. No. 1:11-01766


MDL No. 2300 -- **IN RE: PLAVIX PRODUCTS LIABILITY LITIGATION**

   Motion of defendants Bristol-Myers Squibb Company; Sanofi-Aventis U.S. LLC;
Sanofi-Aventis U.S. Inc.; and Sanofi-Synthelabo, Inc., for centralization of the following actions
in the United States District Court for the District of New Jersey:

   District of Arizona

Beatrice Mills v. Bristol-Myers Squibb Company, et al., C.A. No. 2:11-00968

   District of New Jersey

Eloise Labarre v. Bristol-Myers Squibb Company, et al., C.A. No. 3:06-06050
Patricia Begley v. Bristol-Myers Squibb Company, et al., C.A. No. 3:0606051
Dempsey Eugene Cooper v. Bristol-Myers Squibb Company, et al., C.A. No. 3:07-00885
Sharon Mattson v. Bristol-Myers Squibb Company, et al., C.A. No. 3:07-00908
Jerry Mayberry v. Bristol-Myers Squibb Company, et al., C.A. No. 3:07-00942
Julie Carr-Davis v. Bristol-Myers Squibb Company, et al., C.A. No. 3:07-01098
Billy Q. Rutledge v. Bristol-Myers Squibb Company, et al., C.A. No. 3:07-01099
Ronald W. Solomon v. Bristol-Myers Squibb Company, et al., C.A. No. 3:07-01102
Gwendolyn Newell v. Bristol-Myers Squibb Company, et al., C.A. No. 3:07-01184
George Dawkins, Jr. v. Bristol-Myers Squibb Company, et al., C.A. No. 3:07-01186

Schedule of Matters for Hearing Session, Section A                                    p. 11
Savannah, Georgia


MDL No. 2300 (Continued)


    <u>Eastern District of New York</u>

Marcella Chesney v. Bristol-Myers Squibb Company, et al., C.A. No. 1:11-03246

    <u>Southern District of New York</u>

Kenneth Petit v. Bristol-Myers Squibb Company, et al., C.A. No. 1:11-05159


MDL No. 2301 -- **IN RE: GROVE SQUARE COFFEE MARKETING AND SALES PRACTICES LITIGATION**

Motion of plaintiff Linda Suchanek for centralization of the following actions in the United States District Court for the Southern District of Illinois:

    <u>Southern District of Illinois</u>

Linda Suchanek v. Sturm Foods, Inc., et al., C.A. No. 3:11-00565
Richard McManus v. Sturm Foods, Inc., et al., C.A. No. 3:11-00889

    <u>Southern District of New York</u>

Paula Gladstone v. Strum Foods, Inc.. et al., C.A. No. 7:11-05856

    <u>Western District of Tennessee</u>

Carol Carr v. Sturm Foods, Inc., et al., C.A. No. 2:11-02673

Schedule of Matters for Hearing Session, Section A                    p. 12
Savannah, Georgia


## MDL No. 2302 -- **IN RE: A-POWER ENERGY GENERATION SYSTEMS, LTD., SECURITIES LITIGATION**

Motion of defendant A-Power Energy Generation Systems, Ltd., for centralization of the following actions in the United States District Court for the District of Nevada:

      Central District of California

Rick Cheng v. A-Power Energy Generation Systems Ltd., et al., C.A. No. 2:11-05509
Ali Arar v. A-Power Energy Generation Systems Ltd., et al., C.A. No. 2:11-05649

      District of Nevada

Elliot Greenberg v. A-Power Energy Generation Systems, Ltd., et al.,
  C.A. No. 3:11-00472
Rajnish Gupta v. A-Power Energy Generation Systems, Ltd., et al., C.A. No. 3:11-00577


## MDL No. 2303 -- **IN RE: INNOVATIO IP VENTURES, LLC, PATENT LITIGATION**

Motion of plaintiffs Cisco Systems Inc., et al., for centralization of the following actions in the United States District Court for the District of Delaware or, in the alternative, the United States District Court for the Northern District of Illinois:

      District of Delaware

Cisco Systems Inc., et al. v. Innovatio IP Ventures, LLC, C.A. No. 1:11-00425

      Middle District of Florida

Innovatio IP Ventures, LLC v. Rosen 7600, Inc., et al., C.A. No. 6:11-00930
Innovatio IP Ventures, LLC v. B & B Corporate Holdings, Inc., C.A. No. 8:11-01325

      Northern District of Illinois

Innovatio IP Ventures, LLC v. ABP Corporation, et al., C.A. No. 1:11-01638

      District of Nevada

Innovatio IP Ventures, LLC v. MEI-GSR Holdings LLC, C.A. No. 3:11-00343

Schedule of Matters for Hearing Session, Section A                    p. 13
Savannah, Georgia


**MDL No. 2305 -- IN RE: DOLLAR TREE STORES, INC., FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION**

Motion of plaintiffs Tanya Young; Benjamin Bland; Joann Badgett, et al.; Kenneth Smith; and Patricia Green for centralization of the following actions in the United States District Court for the Southern District of Florida:

    <u>District of Colorado</u>

Tanya Young v. Dollar Tree Stores, Inc., C.A. No. 1:11-01840

    <u>Middle District of Florida</u>

Benjamin Bland v. Dollar Tree Stores, Inc., C.A. No. 2:11-00527

    <u>Southern District of Florida</u>

Joann Badgett, et al. v. Dollar Tree Stores, Inc., C.A. No. 0:10-61617

    <u>Northern District of Georgia</u>

Kenneth Smith v. Dollar Tree Stores, Inc., C.A. No. 1:11-02299

    <u>Western District of Texas</u>

Patricia Green v. Dollar Tree Stores, Inc., C.A. No. 5:11-00610


**MDL No. 2306 -- IN RE: SKINNYGIRL MARGARITA BEVERAGE MARKETING AND SALES PRACTICES LITIGATION**

Motion of plaintiff Colette Von Kaenel for centralization of the following actions in the United States District Court for the Central District of California or, in the alternative, the United States District Court for the District of New Jersey:

    <u>Central District of California</u>

Colette Von Kaenel v. Skinny Girl Cocktails, LLC, et al., C.A. No. 2:11-07305

Schedule of Matters for Hearing Session, Section A                          p. 14
Savannah, Georgia


MDL No. 2306 (Continued)


      <u>Southern District of California</u>

Renata Bonar v. Beam Global Spirits & Wine, Inc., et al., C.A. No. 3:11-02058

      <u>Southern District of Florida</u>

Regina Greene v. Skinny Girl Cocktails, LLC, et al., C.A. No. 0:11-61965

      <u>Northern District of Illinois</u>

Jeanna Sims, et al. v. Beam Global Spirits & Wine, Inc., C.A. No. 1:11-06403

      <u>Southern District of Illinois</u>

Todd Jernigan v. Beam Global Spirits & Wine, Inc., et al., C.A. No. 3:11-00842

      <u>District of New Jersey</u>

Maureen Stewart, et al. v. Beam Global Spirits & Wine, Inc., et al., C.A. No. 1:11-05149


MDL No. 2307 -- **IN RE: ISIDORO RODRIGUEZ LITIGATION**

      Motion of plaintiff Isidoro Rodriguez for centralization of the following actions in the United States District Court for the Western District of Washington:

      <u>District of District of Columbia</u>

Sea Search Armada v. Republic of Colombia, C.A. No. 1:10-02083
Isidoro Rodriguez, et al. v. Douglas Shulman, et al., C.A. No. 1:11-01183

      <u>Western District of Washington</u>

Isidoro Rodriguez v. Jack Harbetson, et al., C.A. No. 2:11-01601

MDL No. 2308 -- **IN RE: SKECHERS TONING SHOE PRODUCTS LIABILITY
                         LITIGATION**

Motion of plaintiffs Susan Reno-Gilliland, et al., for centralization of the following actions in the United States District Court for the Northern District of Ohio or, in the alternative, the United States District Court for the District of District of Columbia:

<u>Eastern District of Arkansas</u>

Lisa Fuller, et al. v. Skechers, U.S.A., Inc., et al., C.A. No. 1:11-00084

<u>District of District of Columbia</u>

Theresa Croak, et al. v. Skechers, U.S.A., Inc., et al., C.A. No. 1:11-01458

<u>Northern District of Georgia</u>

Susan Reno-Gilliland, et al. v. Skechers, U.S.A., Inc., et al., C.A. No. 4:11-00241

<u>Eastern District of Kentucky</u>

Melissa Kearnely, et al. v. Skechers, U.S.A., Inc., et al., C.A. No. 6:11-00139

<u>Western District of Kentucky</u>

Allison Drury v. Skechers, U.S.A., Inc., et al., C.A. No. 3:11-00201

<u>District of Maryland</u>

Denise Hagvall v. Skechers, U.S.A., Inc., et al., C.A. No. 1:11-02805
Karen McClain v. Skechers, U.S.A., Inc., et al., C.A. No. 1:11-02807

<u>Northern District of Ohio</u>

Lynn P. Orsine, et al. v. Skechers U.S.A., Inc., et al., C.A. No. 1:11-01654
Linda Nell v. Skechers, U.S.A. Inc., et al., C.A. No. 4:11-02050
Jessica Wilson v. Skechers, U.S.A., Inc., et al., C.A. No. 5:11-02008

Schedule of Matters for Hearing Session, Section A                    p. 16
Savannah, Georgia


MDL No. 2308 (Continued)


     <u>Southern District of Ohio</u>

Holly Ward, et al. v. Skechers, U.S.A., Inc., et al., C.A. No. 1:11-00080

     <u>Western District of Tennessee</u>

Mai Moore v. Skechers, U.S.A., Inc., et al., C.A. No. 2:11-02849


MDL No. 2309 -- **IN RE: TRANSDATA, INC., SMART METERS PATENT LITIGATION**

    Motion of plaintiff TransData, Inc., for centralization of the following actions in the United States District Court for the Eastern District of Texas:

     <u>Middle District of Alabama</u>

TransData, Inc. v. Alabama Power Company, C.A. No. 2:11-00635

     <u>Middle District of Georgia</u>

TransData, Inc. v. Georgia Power Company, C.A. No. 5:11-00305

     <u>Southern District of Mississippi</u>

TransData, Inc. v. Mississippi Power Company, C.A. No. 3:11-00499

     <u>Western District of Oklahoma</u>

TransData, Inc. v. Oklahoma Gas & Electric Company, C.A. No. 5:11-01032

     <u>Eastern District of Texas</u>

TransData, Inc. v. Centerpoint Energy Houston Electric LLC, et al.,
   C.A. No. 6:10-00557
TransData, Inc. v. Tri-County Electric Cooperative, Inc., C.A. No. 6:11-00046
TransData, Inc. v. Denton County Electric Cooperative, Inc. d/b/a CoServ Electric,
   C.A. No. 6:11-00113

Schedule of Matters for Hearing Session, Section A                    p. 17
Savannah, Georgia


MDL No. 2310 -- **IN RE: TRILEGIANT MEMBERSHIP PROGRAM MARKETING AND SALES PRACTICES LITIGATION**

　　　　Motion of plaintiffs Juan M. Restrepo; David Frank; Kapil Khanna, et al.; Regina Warfel; and Frederic S. Auerbach for centralization of the following actions in the United States District Court for the District of Connecticut:

　　　　<u>District of Arizona</u>

Juan M. Restrepo v. Chase Bank USA, N.A., et al., C.A. No. 4:11-00423

　　　　<u>District of Connecticut</u>

Lucy Schnabel, et al. v. Trilegiant Corporation, et al., C.A. No. 3:10-00957

　　　　<u>Eastern District of New York</u>

David Frank v. Trilegiant Corporation, Inc., et al., C.A. No. 2:10-05211

　　　　<u>Southern District of York</u>

Kapil Khanna, et al. v. American Express Company, et al., C.A. No. 1:11-06245

　　　　<u>Southern District of Ohio</u>

Regina Warfel v. Chase Bank USA, N.A., et al., C.A. No. 2:11-00699

　　　　<u>District of Oregon</u>

Frederic S. Auerbach v. Avis Rent A Car System, LLC, et al., C.A. No. 3:11-00843

Schedule of Matters for Hearing Session, Section B                    p. 18
Savannah, Georgia

# SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 875 -- **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Oppositions of plaintiffs Cleveland G. Kite; Bonnie Von Dell, et al.; Earl Grelson; Charlotte Horn; Robert Lies; Frank Mumfrey; and Charles C. Albrecht, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

<u>Southern District of Alabama</u>

Cleveland G. Kite v. Bill Vann Company, Inc., et al., C.A. No. 2:11-00444

<u>District of Delaware</u>

Bonnie Von Dell, et al. v. Boeing Company, et al., C.A. No. 1:11-00786

<u>Northern District of Illinois</u>

Earl Grelson v. Rapid American Corporation, et al., C.A. No. 1:11-06063
Charlotte Horn v. Foster Wheeler Energy Corporation, et al., C.A. No. 1:11-06065
Robert Lies v. Rapid American Corporation, et al., C.A. No. 1:11-06067

<u>Eastern District of Louisiana</u>

Frank Mumfrey v. Sherwin-Williams Company, C.A. No. 2:11-02284

<u>Southern District of New York</u>

Charles C. Albrecht, et al. v. A.O. Smith Water Products Co., et al., C.A. No. 1:11-05990

Schedule of Matters for Hearing Session, Section B                          p. 19
Savannah, Georgia


MDL No. 875 (Continued)


Oppositions of defendants Owens-Illinois, Inc., and Union Carbide Corporation to remand, under 28 U.S.C. § 1407(a), of their respective following actions to the United States District Court for the Western District of Kentucky:

Eastern District of Pennsylvania

Raymond Hall, et al. v. Owens-Corning Fiberglas Corporation, et al.,
    C.A. No. 2:09-79906 (W.D. Kentucky, C.A. No. 3:99-00229)
Carol Holland, et al. v. Union Carbide Corporation, et al., C.A. No. 2:09-80013
    (W.D. Kentucky, C.A. No. 5:02-00006)
Mary Jo Barnett v. Union Carbide Corporation, et al., C.A. No. 2:09-80015
    (W.D. Kentucky, C.A. No. 5:04-00230)


MDL No. 1718 -- **IN RE: FORD MOTOR CO. SPEED CONTROL DEACTIVATION SWITCH PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Elsie Murray, et al., to transfer of the following action to the United States District Court for the Eastern District of Michigan:

Northern District of Georgia

Elsie Murray, et al. v. Ford Motor Company, et al., C.A. No. 1:11-02757


MDL No. 1760 -- **IN RE: AREDIA AND ZOMETA PRODUCTS LIABILITY LITIGATION**

Motions of plaintiffs to transfer of their respective following actions to the United States District Court for the Middle District of Tennessee:

Middle District of Alabama

Linda Gregory, et al. v. Novartis Pharmaceuticals Corporation, C.A. No. 2:11-00744

Schedule of Matters for Hearing Session, Section B                          p. 20
Savannah, Georgia


MDL No. 1760 (Continued)


    <u>Central District of California</u>

    Ervin Days v. Novartis Pharmaceuticals Corporation, C.A. No. 2:11-03030
    Janice Dahl v. Novartis Pharmaceuticals Corporation, C.A. No. 2:11-03032
    Marvin Hicks v. Novartis Pharmaceuticals Corporation, C.A. No. 2:11-03038
    Sylvia Gilmour v. Novartis Pharmaceuticals Corporation, C.A. No.  2:11-03064
    Kellie Hunt, et al. v. Novartis Pharmaceuticals Corporation, C.A. No. 2:11-03142
    Cheryl Lewis, et al. v. Novartis Pharmaceuticals Corporation, C.A. No. 2:11-03146
    Brenda Hudson, et al. v. Novartis Pharmaceuticals Corporation, C.A. No. 2:11-03148
    Sara Lawson v. Novartis Pharmaceuticals Corporation, C.A. No. 2:11-03151
    James McGuinnes v. Novartis Pharmaceuticals Corporation, C.A. No. 2:11-03153
    Rosemarie McLaren v. Novartis Pharmaceuticals Corporation, C.A. No. 2:11-03157
    Harold Lucia v. Novartis Pharmaceuticals Corporation, C.A. No. 2:11-03158
    Mirjam Rozenfeld v. Novartis Pharmaceuticals Corporation, C.A. No. 2:11-03163
    Mildred Timmer v. Novartis Pharmaceuticals Corporation, C.A. No. 2:11-03186
    Donna Van Noy v. Novartis Pharmaceuticals Corporation, C.A. No. 2:11-03187
    Ronald Tatum v. Novartis Pharmaceuticals Corporation, C.A. No. 2:11-03188
    John Stewart v. Novartis Pharmaceuticals Corporation, C.A. No. 2:11-03190
    Deborah Stanley v. Novartis Pharmaceuticals Corporation, C.A. No. 2:11-03191
    Jack Scott v. Novartis Pharmaceuticals Corporation, C.A. No. 2:11-03195
    Jaleh Farivar, et al. v. Novartis Pharmaceuticals Corporation, C.A. No. 8:11-00555

    <u>Eastern District of California</u>

    Bret McCurdy v. Novartis Pharmaceuticals Corporation, C.A. No. 1:11-00740

    <u>Northern District of California</u>

    Minerva Whitney, et al. v. Novartis Pharmaceuticals Corporation, C.A. No. 4:11-02894

    <u>Northern District of Georgia</u>

    Arnsel Collier, et al. v. Novartis Pharmaceuticals Corporation, C.A. No. 1:11-01969
    Thomas Gonzales, et al. v. Novartis Pharmaceuticals Corporation, C.A. No. 2:11-00115

Schedule of Matters for Hearing Session, Section B                          p. 21
Savannah, Georgia


MDL No. 1760 (Continued)


     Eastern District of Louisiana

Maria Jongebloed Holden v. Novartis Pharmaceuticals Corporation, C.A. No. 2:11-01098

     District of Massachusetts

Walter Kostrzewa v. Novartis Pharmaceuticals Corporation, C.A. No. 1:11-11076
Knollin Spencer v. Novartis Pharmaceuticals Corporation, C.A. No. 1:11-11085

     Northern District of Oklahoma

Stephanie Hahn v. Novartis Pharmaceuticals Corporation, C.A. No. 4:11-00346

     Western District of Oklahoma

Louie Douglas Deming, et al. v. Novartis Pharmaceuticals Corporation,
  C.A. No. 5:11-00557

     Eastern District of Pennsylvania

Marilyn Alexander v. Novartis Pharmaceuticals Corporation, C.A. No. 2:11-04147

     Western District of Pennsylvania

Robert Van Eman v. Novartis Pharmaceuticals Corporation, C.A. No. 2:11-00792

     Northern District of Texas

Judy Henry v. Novartis Pharmaceuticals Corporation, C.A. No. 3:11-00915

     Western District of Washington

Gwyneth DeMarc, et al. v. Novartis Pharmaceuticals Corporation, C.A. No. 2:11-00939

Schedule of Matters for Hearing Session, Section B                     p. 22
Savannah, Georgia


MDL No. 1760 (Continued)


      <u>Eastern District of Wisconsin</u>

    Constance Schmucker, et al. v. Novartis Pharmaceuticals Corporation,
      C.A. No. 2:11-00504


MDL No. 1871 -- **IN RE: AVANDIA MARKETING, SALES PRACTICES AND
                PRODUCTS LIABILITY LITIGATION**

    Opposition of plaintiffs Jim Hood, Attorney General of the State of Mississippi, ex rel.,
et al., to transfer of the following action to the United States District Court for the Eastern
District of Pennsylvania:

      <u>Southern District of Mississippi</u>

    Jim Hood, et al. v. Glaxosmithkline LLC, C.A. No. 3:11-00568


MDL No. 2036 -- **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

    Oppositions of defendants Whitney Bank, and Republic Bank & Trust Company to
transfer of their respective following actions to the United States District Court for the Southern
District of Florida:

      <u>Middle District of Florida</u>

    Angelique LaCour v. Whitney Bank, C.A. No. 8:11-01896

      <u>Western District of Kentucky</u>

    Brenda Webb v. Republic Bank & Trust Company, C.A. No. 3:11-00423

Schedule of Matters for Hearing Session, Section B                    p. 23
Savannah, Georgia


**MDL No. 2075 -- IN RE: AUSTIN CAPITAL MANAGEMENT, LTD., SECURITIES AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION**

Opposition of plaintiff The National Education Association of New Mexico, Inc., to transfer of the following action to the United States District Court for the Southern District of New York:

       <u>District of New Mexico</u>

The National Education Association of New Mexico, Inc. v. Austin Capital Management, Ltd., et al., C.A. No. 1:11-00791


**MDL No. 2151 -- IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

Motion of defendant Toyota Motor Sales U.S.A. to transfer the following action to the United States District Court for the Central District of California:

       <u>Southern District of West Virginia</u>

Teresa Varney, et al. v. Nationwide Mutual Insurance Company, et al., C.A. No. 2:11-00205


**MDL No. 2179 -- IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

Oppositions of plaintiffs Adagio, LLC; Franklin R. Lacy; and State of Mississippi to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

       <u>Southern District of Florida</u>

Adagio, LLC v. TransOcean, Ltd., et al., C.A. No. 0:11-61900
Franklin R. Lacy v. BP America, Inc., et al., C.A. No. 1:11-22696

Schedule of Matters for Hearing Session, Section B                    p. 24
Savannah, Georgia


MDL No. 2179 (Continued)


      <u>Southern District of Mississippi</u>

State of Mississippi v. Gulf Coast Claims Facility, et al., C.A. No. 3:11-00509


MDL No. 2193 -- **IN RE: BANK OF AMERICA HOME AFFORDABLE
MODIFICATION PROGRAM (HAMP) CONTRACT LITIGATION**

Oppositions of plaintiffs Debra Curry, et al., and Leslie Archer, et al., and defendant
MTC Financial Inc., to transfer of their respective following actions to the United States District
Court for the District of Massachusetts:

      <u>Northern District of Georgia</u>

Debra Curry, et al. v. Bank of America N.A., et al., C.A. No. 1:11-02344

      <u>District of Nevada</u>

Leslie Archer, et al. v. Bank of America Corporation, et al., C.A. No. 2:11-01264


MDL No. 2197 -- **IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP IMPLANT
PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs to transfer of their respective following actions to the United
States District Court for the Northern District of Ohio:

      <u>Northern District of Illinois</u>

Patricia Odegaard, et al. v. Depuy Orthopaedics Inc., et al., C.A. No. 1:11-04929

      <u>Eastern District of Louisiana</u>

David Plaisance, et al. v. Mark Starring, et al., C.A. No. 2:11-02048
Linda Simpson v. Westside Orthopaedic Clinic, et al., C.A. No. 2:11-02078
Rebecca Davis v. Mark Starring, et al., C.A. No. 2:11-02115

Schedule of Matters for Hearing Session, Section B                              p. 25
Savannah, Georgia


MDL No. 2197 (Continued)


    Eastern District of Louisiana (Continued)

Jeanne M. Duplantier v. Mark Starring and Associates, Inc., et al., C.A. No. 2:11-02148
Robert Reichert v. Mark Starring and Associates, Inc., et al., C.A. No. 2:11-02171
Floyd Colvin, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:11-02222
Melodie Dauzat, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:11-02223
Ryan Stevenson, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:11-02228
August J. Roussell, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:11-02229
Joseph Grant v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:11-02231
Sharron Curole, et al. v. Mark Starring and Associates, Inc., et al., C.A. No. 2:11-02238
Roberta Verheugen, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:11-02241
Dolores Arnold v. DePuy Orthopaedics, et al., C.A. No. 2:11-02242
Lawrence Dellande, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:11-02244
Ernest Verdin v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:1102245
Floyd Navero, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:11-02252
Wayne LaBeaud v. Mark Starring, et al., C.A. No. 2:11-02255
Patricia Hill, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:11-02265
Ann L. Clark, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:11-02271
Marlene Rizk, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:11-02272
Morris Bouzigard, Jr., et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:11-02274
Alexandria Blakeney v. Mark Starring and Associates, Inc., et al., C.A. No. 2:11-02304
Bruce Brown, Sr., et al. v. Mark Starring and Associates, Inc., et al.,
    C.A. No. 2:11-02308
Jacqueline McAllister v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:11-02315
Yolanda Casimere v. Mark Starring and Associates, Inc., et al., C.A. No. 2:11-02333

    District of South Carolina

Elizabeth M. Walker v. DePuy Orthopaedics Inc., et al., C.A. No. 3:11-02291

    Southern District of Texas

Vallarie Fisher v. Texas Joint Products, Inc., et al., C.A. No. 4:11-03370

Schedule of Matters for Hearing Session, Section B                    p. 26
Savannah, Georgia


**MDL No. 2210 -- IN RE: LISTERINE TOTAL CARE MOUTHWASH MARKETING AND SALES PRACTICES LITIGATION**

Motion of plaintiffs Itak Moradi and Kathy Pahigian for remand, pursuant to 28 U.S.C. § 1407(a), of the following actions to the United States District Court for the Northern District of California:

> Southern District of Florida

Charlene A. Britton v. Johnson & Johnson, et al., C.A. No. 0:11-60450 (N.D. California, C.A. No. 3:10-04450)
Eric Terrell v. Johnson & Johnson, et al., C.A. No. 0:11-60908 (N.D. California, C.A. No. 4:11-00307)


**MDL No. 2244 -- IN RE: DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs George Freisthler; James Lingle, M.D.; and Linda Davis to transfer of their respective following actions to the United States District Court for the Northern District of Texas:

> Central District of California

George Freisthler v. Depuy Orthopaedics Inc., et al., C.A. No. 2:11-06580

> Southern District of California

James Lingle, M.D. v. Depuy Orthopaedics, Inc., et al., C.A. No. 3:11-01486

> District of New Jersey

Linda Davis v. Depuy Orthopaedics, Inc., et al., C.A. No. 1:11-05139

Schedule of Matters for Hearing Session, Section B                    p. 27
Savannah, Georgia


**MDL No. 2250 -- IN RE: IPHONE/IPAD APPLICATION CONSUMER PRIVACY LITIGATION**

Opposition of plaintiffs Cynthia O'Flaherty and Erin Snyder, et al., to transfer of their respective following actions to the United States District Court for the Northern District of California:

  Southern District of Illinois

Cynthia O'Flaherty v. Apple, Inc., C.A. No. 3:11-00359

  Eastern District of Missouri

Erin Snyder, et al. v. Apple, Inc., C.A. No. 4:11-00784


**MDL No. 2265 -- IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGED-BACKED SECURITIES LITIGATION**

Oppositions of plaintiffs Federal Deposit Insurance Corp.; Massachusetts Mutual Life Insurance Co.; Waterfall Eden Master Fund. Ltd.; and American International Group, Inc., et al., to transfer of their respective following actions to the United States District Court for the Central District of California:

  District of Colorado

Federal Deposit Insurance Corporation v. Countrywide Financial Corporation, et al.,
   C.A. No. 1:11-02268

  District of Massachusetts

Massachusetts Mutual Life Insurance Company v. Countrywide Financial Corporation,
   et al., C.A. No. 3:11-30215

  Southern District of New York

Waterfall Eden Master Fund, Ltd. v. Countrywide Financial Corp., et al.,
   C.A. No. 1:11-03871
American International Group, Inc., et al. v. Bank of America Corporation, et al.,
   C.A. No. 1:11-06212

Schedule of Matters for Hearing Session, Section B                          p. 28
Savannah, Georgia


**MDL No. 2269 -- IN RE: BANK OF AMERICA CREDIT PROTECTION MARKETING AND SALES PRACTICES LITIGATION**

Opposition of defendants Bank of America Corp. and FIA Card Services, N.A., to transfer of the following action to the United States District Court for the Northern District of California:

Southern District of Illinois

Helena Wong v. Bank of America Corporation, et al., C.A. No. 3:11-00577


**MDL No. 2272 -- IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION**

Opposition of defendants Zimmer, Inc.; Zimmer Holdings, Inc.; Zimmer Orthopaedic Surgical Products, Inc.; and Zimmer Surgical, Inc., to transfer of the following actions to the United States District Court for the Northern District of Illinois:

Eastern District of Kentucky

Ora P. Robinette v. Zimmer, Inc., et al., C.A. No. 7:11-00095

Eastern District of Louisiana

Helen R. Taylor v. Zimmer, Inc., et al., C.A. No. 2:11-01426

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a)     Schedule.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b)     Oral Argument Statement.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

        (i)    The parties affected by a motion to transfer may agree to waive oral argument. The Panel will take this into consideration in determining the need for oral argument.

(c)     Hearing Session.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

        (i)     the dispositive issue(s) have been authoritatively decided; or

        (ii)    the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d)     Notification of Oral Argument.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

        (i)     Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

        (ii)    The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

- 2 -

(e)   <u>Duty to Confer</u>.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f)   <u>Time Limit for Oral Argument</u>.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.