# MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
ATTORNEYS AT LAW                                                                                                         www.mooclaw.com

*DELAWARE OFFICE*  
*Suite 900*  
*300 Delaware Ave.*  
*Wilmington, DE 19801*  
*(302) 658-6538 Fax: (302) 658-6537*

**Brian L. Kasprzak**  
Member DE & VA Bars  
bkasprzak@mooclaw.com

October 20, 2011

Mr. Jeffrey N. Luthi  
Clerk of Panel  
Judicial Panel on Multidistrict Litigation  
Thurgood Marshall Federal Judiciary Building  
Room G-255, North Lobby  
One Columbus Circle, N.E.  
Washington, DC 20002-8004

## NOTICE OF TAG-ALONG ACTION TO
## ASBESTOS PRODUCT LIABILITY LITIGATION - MDL No. 875

**RE:** Randall Wade and Carol Wade v. Viad Corp., et al.  
In the United States District Court for the District of Delaware  
No. 1:11-cv-00966-SLR

Dear Mr. Luthi:

Plaintiff filed his complaint in the above matter in the Superior Court of Delaware, New Castle County, Case No. N11C-07-173 ASB against numerous defendants alleging damages as a result of exposure to asbestos. Defendant Viad Corp., removed this matter from the Superior Court of Delaware, New Castle County to the United States District Court for the District of Delaware. Enclosed please find a copy of Plaintiff's complaint, a copy of Defendant Viad Corp.'s Notice of Removal, and a copy of the docket sheet for Case No. 1:11-cv-00966-SLR.

This matter should be transferred in accordance with this Panel's prior practice of transferring tag-along actions involving asbestos claims to the Eastern District of Pennsylvania for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 in the Asbestos Products Liability Litigation (No. VI), MDL No. 875. This matter involves questions of fact that are common to actions previously transferred and pending actions currently managed by the Eastern District of Pennsylvania and the Honorable Eduardo C. Robreno.

{PH491914.1}

| Philadelphia | Pennsauken | New York City | Pittsburgh | Towson | Elmsford |
| --- | --- | --- | --- | --- | --- |
| Pennsylvania | New Jersey | New York | Pennsylvania | Maryland | New York |

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
October 20, 2011
Page 2

      Thank you for your attention to this matter.

                                    **MARKS, O'NEILL, O'BRIEN**
                                      **& COURTNEY, P.C.**


                          By:  */s/ Brian L. Kasprzak*
                                 Brian L. Kasprzak

BLK/SS

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**

{PH491914.1}