# EXHIBIT A

EFiled: Jul 25 2011 4:43PM EDT
Transaction ID 38877269
Case No. N11C-07-173 ASB

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| IN RE: ASBESTOS LITIGATION: | ) | |
| | ) | |
| RANDALL WADE and | ) | |
| CAROL WADE, | ) | |
| | ) | C.A. No. |
| Plaintiffs, | ) | |
| | ) | COMPLAINT |
| v. | ) | |
| | ) | ASBESTOS |
| 3M COMPANY; | ) | |
| | ) | JURY TRIAL DEMANDED |
| AW CHESTERTON COMPANY; | ) | |
| | ) | |
| AMERICAN EQUIPMENT, INC. | ) | |
| | ) | |
| BORG-WARNER CORPORATION n/k/a | ) | |
| BURNS INTERNATIONAL SERVICES | ) | |
| CORPORATION; | ) | |
| | ) | |
| BUFFALO PUMPS, INC.; | ) | |
| | ) | |
| CATERPILLAR, INC.; | ) | |
| | ) | |
| CBS CORPORATION f/k/a VIACOM, | ) | |
| INC. (individually and as successor-by- | ) | |
| merger to CBS CORPORATION f/k/a | ) | |
| WESTINGHOUSE ELECTRIC | ) | |
| CORPORATION and B.F. | ) | |
| STURTEVANT); | ) | |
| | ) | |
| COTTRELL, INC.; | ) | |
| | ) | |
| CRANE CO; | ) | |
| | ) | |
| CUMMINS, INC.; | ) | |
| | ) | |
| DANA COMPANIES, LLC f/k/a DANA | ) | |
| CORPORATION; | ) | |
| | ) | |
| DAP Products, Inc. | ) | |

PLAINTIFF'S ORIGINAL COMPLAINT

(WHM/06-30-11)

FLOWSERVE (US), INC. (individually )
and as successor-in-interest to BYRON )
JACKSON PUMP COMPANY); )
)
FMC CORPORATION on behalf of its )
former Northern Pump Division and )
Chicago Pump Division; )
)
FORD MOTOR COMPANY; )
)
FOSTER WHEELER ENERGY )
CORPORATION; )
)
GARDNER DENVER INC.; )
)
GENERAL ELECTRIC COMPANY; )
)
GENUINE PARTS COMPANY a/k/a )
NAPA; )
)
GOODYEAR TIRE & RUBBER )
COMPANY; )
)
GRINNELL CORPORATION; )
)
HONEYWELL INTERNATIONAL INC. )
f/k/a ALLIED SIGNAL, INC./BENDIX; )
)
IMO INDUSTRIES, INC. (individually )
and as successor-in-interest to DELAVAL )
TURBINE, INC.); )
)
INGERSOLL RAND COMPANY )
(successor by merger to TRANE (US), )
INC.); )
)
INTERNATIONAL TRUCK LLC; )
)
MACK TRUCKS, INC.; )
)
MANITOWOC COMPANY, INC., )
individually and as successor in interest to )
Grove Worldwide Co., Grove Worldwide

PLAINTIFF'S ORIGINAL COMPLAINT

(WHM/06-30-11)

Inc. and Grove Worldwide LLC;

METROPOLITAN LIFE INSURANCE
COMPANY;

NAVISTAR INC. f/k/a
INTERNATIONAL HARVESTER
COMPANY / INTERNATIONAL
TRUCK & ENGINE CORPORATION;

NORTHERN PUMPS;

PARKER HANIFFIN CORPORATION,
individually and as successor in interest to
Sacoma Sierra Company;

PATTERSON PUMP COMPANY, a
Subsidiary of the Gorman-Rupp Company
(Individually and as successor to C.H.
Wheeler Manufacturing and Griscom
Russell);

PNEUMO ABEX LLC;

UNION CARBIDE CORPORATION;

VIAD CORP., as successor in interest to
GRISCOM-RUSSELL COMPANY
VELAN VALVE CORPORATION;

WARREN PUMPS, LLC.;

YARWAY CORPORATION;

Defendants.

## **COMPLAINT**

### **COUNT I**

PLAINTIFF'S ORIGINAL COMPLAINT

(WHM/06-30-11)

1.      Plaintiff, RANDALL WADE, was wrongfully exposed to asbestos, an inherently dangerous toxic substance, as described below:

    a)       From approximately June 1962 through August 1966, Plaintiff, RANDALL WADE served in the United Sates Navy.  While so employed, Plaintiff, RANDALL WADE, experienced occupational exposure to asbestos from working with and around asbestos-containing brake, clutch, engine, machinery and gasket material, as well as other asbestos-containing products, as well as from working in close proximity to others who were removing, repairing and/or replacing asbestos-containing pipe covering in the vicinity in which he worked.

       From approximately 1966, until 1971, Plaintiff, RANDALL WADE, was employed by Daniel Construction as a laborer and equipment mechanic.  While so employed, Plaintiff, RANDALL WADE, experienced occupational exposure to asbestos from working with and around asbestos-containing brake, clutch, machinery, engine, and gasket material, as well as other asbestos-containing products.

       From approximately 1971-1974, Plaintiff, RANDALL WADE was employed by as a laborer and maintenance mechanic by Yeargan Construction in Simpsonville, South Carolina. While so employed, Plaintiff, RANDALL WADE, experienced occupational exposure to asbestos from working with and around asbestos-containing machinery,

PLAINTIFF'S ORIGINAL COMPLAINT

(WHM/06-30-11)

valves, gaskets, packing, pumps, insulation, joint compound, as well as other asbestos-containing products.

From approximately 1974-2002, Plaintiff, RANDALL WADE, was employed by as a maintenance mechanic by American Equipment. While so employed, Plaintiff, RANDALL WADE, experienced occupational exposure to asbestos from working with and around asbestos-containing machinery, friction products, furnaces, valves, gaskets, packing, pumps, insulation, joint compound, as well as other asbestos-containing products.

Plaintiff, RANDALL WADE, was exposed to asbestos and/or asbestos-containing products which were mixed, mined, manufactured, distributed, sold, removed, installed and/or used by the Defendants.

The substantive state law(s) which should apply to this case is South Carolina.

2.     As a result of the Defendants' wrongful conduct, RANDALL WADE developed the following asbestos -related diseases and health problems:

Lung Cancer, and other asbestos-related injuries and diseases.

3.     As a result of Defendants' wrongful conduct, which caused Plaintiff's asbestos-related diseases and health problems, Plaintiffs, RANDALL WADE and CAROL ANN WADE, suffered, and will continue to suffer, extensive mental anguish, pain and suffering, medical bills,

PLAINTIFF'S ORIGINAL COMPLAINT

(WHM/06-30-11)

physical impairment, permanent disability, loss of earning capacity, loss of enjoyment of life, all of which are recoverable under applicable law.

4.      Plaintiffs are seeking to recover any and all damages which are recoverable under applicable law.

5.      The above injuries have or will in the future result in a decrease of past or future earnings and various other past and future expenses Plaintiffs would not have otherwise incurred.

6.      Plaintiffs hereby disclaim any cause of action or claim for recovery that could give rise to federal subject matter jurisdiction under either 28 U.S.C. § 1331 (federal question) or 28 U.S.C. § 1442, subdivision (a)(1) (federal officer).  Specifically, Plaintiffs disclaim any cause of action or claim for recovery based on any exposure to asbestos on land that is, or was, a "federal enclave" pursuant to Article I, section 8, clause 17 of the United States Constitution. Plaintiffs also disclaim any cause of action or claim for recovery based on any exposure to asbestos caused by any person or entity acting under the authority of a federal officer or agency.

## **COUNT II**

7.      The allegations in paragraph 1 through 6 are re-alleged and incorporated by reference within this Count.

8.      3M COMPANY;

A W CHESTERTON COMPANY;

AMERICAN EQUIPMENT, INC.

BORG-WARNER CORPORATION n/k/a BURNS INTERNATIONAL
        SERVICES CORPORATION;

BUFFALO PUMPS, INC.;

PLAINTIFF'S ORIGINAL COMPLAINT

(WHM/06-30-11)

CATERPILLAR, INC.;

CBS CORPORATION f/k/a VIACOM, INC. (individually and as successor-by-merger to CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION and B.F. STURTEVANT);

COTTRELL, INC.;

CRANE CO;

CUMMINS, INC.;

DANA COMPANIES, LLC f/k/a DANA CORPORATION;

DAP Products, Inc.

FLOWSERVE (US), INC. (individually and as successor-in-interest to BYRON JACKSON PUMP COMPANY);

FMC CORPORATION on behalf of its former Northern Pump Division and Chicago Pump Division;

FORD MOTOR COMPANY;

FOSTER WHEELER ENERGY CORPORATION;

GARDNER DENVER INC.;

GENERAL ELECTRIC COMPANY;

GENUINE PARTS COMPANY a/k/a NAPA;

GOODYEAR TIRE & RUBBER COMPANY;

GRINNELL CORPORATION;

HONEYWELL INTERNATIONAL INC. f/k/a ALLIED SIGNAL, INC./BENDIX;

IMO INDUSTRIES, INC. (individually and as successor-in-interest to DELAVAL TURBINE, INC.);

INGERSOLL RAND COMPANY (successor by merger to TRANE (US), INC.);

INTERNATIONAL TRUCK LLC;

MACK TRUCKS, INC.;

MANITOWOC COMPANY, INC., individually and as successor in interest to
    Grove Worldwide Co., Grove Worldwide Inc. and Grove Worldwide
    LLC;

METROPOLITAN LIFE INSURANCE COMPANY;

NAVISTAR INC. f/k/a INTERNATIONAL HARVESTER COMPANY /
    INTERNATIONAL
TRUCK & ENGINE CORPORATION;

NORTHERN PUMPS;

PARKER HANIFFIN CORPORATION, individually and as successor in interest
    to Sacoma Sierra Company;

PATTERSON PUMP COMPANY, a Subsidiary of the Gorman-Rupp Company
    (Individually and as successor to C.H. Wheeler Manufacturing and
    Griscom Russell);

PNEUMO ABEX LLC;

UNION CARBIDE CORPORATION;

VIAD CORP., as successor in interest to GRISCOM-RUSSELL COMPANY
VELAN VALVE CORPORATION;

WARREN PUMPS, LLC.;

YARWAY CORPORATION;

were at all times pertinent directly or indirectly engaged in the mining, manufacturing,

distribution, sales, licensing, leasing, installation, removal and/or use of asbestos and asbestos-

containing products. They were also engaged in the development, manufacture, distribution,

PLAINTIFF'S ORIGINAL COMPLAINT

(WHM/06-30-11)

sales, licensing or leasing of equipment, procedures and/or technology necessary to mine, manufacture, sell, distribute, install, remove and use asbestos and asbestos-containing products.

9.     As a direct and proximate result of the above wrongful activities of the Defendants, Plaintiff, RANDALL WADE, was exposed to asbestos and developed the asbestos-related disease discussed and sustained the injuries described herein.

## COUNT III

10.     The allegations in paragraphs 1 through 9 are re-alleged and incorporated by reference within this Count.

11.     The Defendants were negligent in conducting the above activities in that despite the fact that the Defendants knew or should have known that asbestos exposure could result in serious injury, disease and/or death they:

a)     Failed to substitute, suggest, promote or require the substitution of materials other than asbestos;

b)     Failed to adequately warn all the potential victims of asbestos including the Plaintiff, RANDALL WADE, as well as other users, bystanders, household members and members of the general public of the risks of asbestos;

c)     Failed to adequately test, research, and/or investigate asbestos and/or its effects prior to sale, use, and/or exposure of the Plaintiff, RANDALL WADE, and others similarly situated;

d)     Failed to adequately package, distribute and/or use asbestos in a manner which would minimize the escape of asbestos fibers therefore adding to the exposure of the Plaintiff, RANDALL WADE, and others similarly situated;

PLAINTIFF'S ORIGINAL COMPLAINT

(WHM/06-30-11)

e)     Failed to take adequate steps to remedy the above failure, including, but not limited to, recall of asbestos, abatement of asbestos on their property, recall of asbestos products, to conduct research as to how to cure or minimize asbestos injuries, to distribute asbestos so as to render it safe or safely remove the asbestos now in place.

12.    As a direct and proximate result of the above actions and omissions of Defendants, Plaintiff, RANDALL WADE, was injured as described herein.

## COUNT IV

13.    The allegations in paragraphs 1 through 12 are re-alleged and incorporated by reference within this Count.

14.    The Defendants willfully and wantonly for their own economic gain and with reckless indifference to the health and safety of the Plaintiff, RANDALL WADE, and others similarly situated:

a)     Failed to substitute, suggest, promote or require the substitution of materials other than asbestos;

b)     Failed to adequately warn all the potential victims of asbestos including the Plaintiff, RANDALL WADE, as well as other users, bystanders, household members and members of the general public of the risks of asbestos exposure;

c)     Failed to adequately test, research and investigate asbestos and/or its effects prior to sale, use, and/or exposure of the Plaintiff, RANDALL WADE, and others similarly situated;

PLAINTIFF'S ORIGINAL COMPLAINT

(WHM/06-30-11)

     d)    Failed to adequately package, distribute and use asbestos in a manner which would minimize the escape of asbestos fibers therefore adding to the exposure of the Plaintiff, RANDALL WADE, and others similarly situated;

     e)    Failed to take adequate steps to remedy the above failure, including, but not limited, to recalling asbestos and asbestos products, to abate asbestos on their property, to conduct research as to how to cure or minimize asbestos injuries, to distribute asbestos so as to render it safe or safely remove the asbestos now in place.

15.    As a direct and proximate result of the above actions and omissions of Defendants, Plaintiff, RANDALL WADE, was injured as described herein.

## COUNT V

16.    The allegations in paragraphs 1 through 15 are re-alleged and incorporated by reference within this Count.

17.    Asbestos and asbestos-containing products are inherently dangerous and as such all Defendants who made or sold asbestos or the equipment, processes or other things necessary for its use, are strictly liable to the Plaintiff, RANDALL WADE, for all injuries and damages which were contracted thereby.

18.    All Defendants who assisted, directly or indirectly, in the leasing or licensing of asbestos and all equipment necessary for its use are strictly liable to the Plaintiff, RANDALL WADE, for all the injuries and damages which were contracted thereby.

19.    The handling of asbestos packages, installation, removal and use of asbestos is an ultrahazardous activity and all Defendants who assisted directly or indirectly in this are strictly liable for the Plaintiff, RANDALL WADE's, injuries which were caused thereby.

PLAINTIFF'S ORIGINAL COMPLAINT

(WHM/06-30-11)

20.     The Defendant manufacturers and suppliers warranted the asbestos products for their intended purpose and use. Defendants violated this warranty as the product was neither packaged nor provided in a method proper for its intended use and are strictly liable to the Plaintiff, RANDALL WADE, for all injuries caused thereby.

21.     As a direct and proximate result of the above action and omissions of Defendants, Plaintiff, RANDALL WADE, was injured as described herein.

**COUNT VI**

22.     The allegations in paragraphs 1 through 21 are re-alleged and incorporated by reference within this Count.

23.     The Defendants, knowing of significant risks of health hazards resulting from exposure to asbestos, did willfully, wantonly, recklessly and/or intentionally;

      a)     Conceal the existence, nature and extent of that risk; and,

      b)     Fail to disclose the existence, nature and extent of that risk to Plaintiff, RANDALL WADE, and those similarly situated.

24.     The Defendants had reason to expect that Plaintiff, RANDALL WADE, whose injuries were caused by his exposure, was within the class of persons whose actions or inaction would be materially affected by the aforementioned concealment and nondisclosure.

25.     As a direct and proximate result of the above action and omissions of Defendants, Plaintiff, RANDALL WADE, was injured as described herein.

**COUNT VII**

26.     The allegations in paragraphs 1 through 25 are re-alleged and incorporated by reference within this Count.

PLAINTIFF'S ORIGINAL COMPLAINT

(WHM/06-30-11)

27.    The Defendant directly and indirectly materially misrepresented that asbestos was not hazardous and/or could be used safely when they:

      a)    Had no adequate basis for such representations;

      b)    Knew that a significant health hazard to human life existed from asbestos.

28.    Defendants had reason to expect that as a result of such representation, Plaintiff, RANDALL WADE, and others similarly situated would be exposed to asbestos.

29.    As a result of this wrongful representation, Plaintiff, RANDALL WADE, was exposed to asbestos and suffered the injuries referred to herein.

WHEREFORE, Plaintiffs demand judgment against each of the Defendants jointly and severally for such sums, including, but not limited to, pre-judgment and post-judgment interest, as would be necessary to compensate the Plaintiffs for the injuries they have suffered and will continue to suffer.

Plaintiffs further demand judgment against each of the Defendants for punitive damages. Plaintiffs further demand payment by each of the Defendants jointly and severally of the costs and attorney fees of this action.

Plaintiffs further demand payment by each Defendant jointly and severally of interest on the above and such other relief as the Court deems just.

**PERRY & SENSOR**

By:   /s/ Michael L. Sensor
          Michael L. Sensor, Esquire
          Delaware Bar ID No.  3541
          One Customs House, Suite 560
          P.O. Box 1568
          Wilmington, DE 19899-1568

PLAINTIFF'S ORIGINAL COMPLAINT

(WHM/06-30-11)

Telephone: (302) 655-4482
Facsimile: (302) 655-4043
Attorney for Plaintiff

Dated: July 25, 2011

**OF COUNSEL:**

**DEBLASE BROWN EYERLY LLP**
Eric L. Brown, Esq.
10990 Wilshire Blvd. Suite 1060
Los Angeles, CA 90024
Telephone: (310) 575-9955
Facsimile:  (310) 575-9919

PLAINTIFF'S ORIGINAL COMPLAINT

(WHM/06-30-11)

Click to Print

Printed on: Thursday, October 20, 2011 15:26:13 EDT

**Case History Search**
Search Created:
Thursday, October 20, 2011 15:26:13
EDT

| **Court:** | DE Superior Court-New Castle County | **Judge:** | Judge, Asbestos | **File & Serve Live Date:** | 7/25/2011 |
| **Division:** | | **Case Number:** | N11C-07-173 ASB | **Document(s) Filed:** | 141 |
| **Case Type:** | Asbestos | **Case Name:** | Randall Wade v. 3M Company, et.al. | **Date Range:** | All |

1-56 of 56 transactions    <<Prev Page 1 of 1 Next>>

| Transaction ▽ | Date/Time | Option | Case Number Case Name | Authorizer Organization | # | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|---|
| 40414266 | 10/18/2011 1:23 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Amaryah K Bocchino, Cooley Manion Jones LLP Wilmington | 82 | Answer | DEFENDANT A.W. CHESTERTON COMPANY'S ANSWER TO PLAINTIFFS' COMPLAINT, AFFIRMATIVE DEFENSES AND CROSS-CLAIM FOR CONTRIBUTION OR SET-OFF | 0.1MB |
| | | | | | | Notice of Adoption | DEFENDANT A.W. CHESTERTON COMPANY'S NOTICE OF ADOPTION | 0.1MB |
| | | | | | | Case Information Statement | SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT | 0.1MB |
| 40387685 | 10/17/2011 1:24 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Asbestos Judge, DE Superior Court-New Castle County | 81 | Order | So Ordered (PROPOSED ORDER GRANTING DEFENDANT BORG-WARNER CORPORATION BY ITS SUCCESSOR IN INTEREST BORGWARNER MORSE TEC INC.'S OMNIBUS MOTION TO DISMISS ALL CLAIMS AND CROSS CLAIMS) ● Linked to (1) | 0.1MB |
| 40385926 | 10/17/2011 12:47 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Sharon SA Agnew, DE Superior Court-New Castle County | 80 | Writ(s) Issued | 1 WRIT ISSUED TO PLAINTIFFS COUNSEL FOR SERVICE ON DANA COMPANIES LLC ON 10-03-2011. | 0.2MB |
| 40345706 | 10/13/2011 4:36 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Paul A Bradley, Maron Marvel Bradley & Anderson PA | 79 | Answer and Crossclaim | Answer, Affirmative Defenses and Crossclaims for Indemnification, Contribution and or Setoff of Defendant Genuine Parts Company, Incorrectly Identified as Genuine Parts Company aka Napa, To Plaintiffs' First Amended Complaint ● Linked to (1) | 0.1MB |
| | | | | | | Case Information Statement | Case Information Statement for Answer, Affirmative Defenses and Crossclaims for Indemnification, Contribution and or Setoff of Defendant Genuine Parts Company, Incorrectly Identified as Genuine Parts Company aka Napa, To Plaintiffs' First Amended Complaint | 0.1MB |
| | | | | | | Certificate of Service | Certificate of Service for Answer, Affirmative Defenses and Crossclaims for Indemnification, Contribution and or Setoff of Defendant Genuine Parts Company, Incorrectly Identified as | 0.1MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Genuine Parts Company aka Napa, To Plaintiffs' First Amended Complaint | |
| 40343317 | 10/13/2011 4:07 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Brian L Kasprzak, Marks O Neill O Brien & Courtney PC-Wilmington | 78 Notice | Defendant Viad Corp.'s Notice of Notice of Removal to Adverse Party  • Linked to (1) | 0.1MB |
| | | | | | Exhibits | Exhibit A to Defendant Viad Corp.'s Notice of Notice of Removal to Adverse Party | 0.2MB |
| | | | | | Exhibits | Exhibit A (Part 1) to Defendant Viad Corp.'s Notice of Notice of Removal to Adverse Party | 0.1MB |
| | | | | | Exhibits | Exhibit B to Defendant Viad Corp.'s Notice of Notice of Removal to Adverse Party | 15.2MB |
| | | | | | Exhibits | Exhibit C to Defendant Viad Corp.'s Notice of Notice of Removal to Adverse Party | 0.2MB |
| | | | | | Exhibits | Exhibit D to Defendant Viad Corp.'s Notice of Notice of Removal to Adverse Party | 0.6MB |
| | | | | | Exhibits | Exhibit E to Defendant Viad Corp.'s Notice of Notice of Removal to Adverse Party | 0.2MB |
| | | | | | Certificate of Service | Certificate of Service to Defendant Viad Corp.'s Notice of Notice of Removal to Adverse Party | 0.1MB |
| 40344284 | 10/13/2011 4:03 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Michael L Sensor, Perry & Sensor | 77 Affidavit of Service | AFFIDAVIT OF SERVICE OF DANA COMPANIES, L.L.C. | 0.1MB |
| 40342636 | 10/13/2011 3:32 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Brian L Kasprzak, Marks O Neill O Brien & Courtney PC-Wilmington | 76 Notice | Defendant Viad Corp.'s Notice of Notice of Removal  • Linked from (1) | 0.1MB |
| | | | | | Exhibits | Exhibit A to Defendant Viad Corp.'s Notice of Notice of Removal | 0.2MB |
| 40316080 | 10/12/2011 3:26 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Michael L Sensor, Perry & Sensor | 75 Amended Complaint | AMENDED COMPLAINT  • Linked from (1) | 0.1MB |
| | | | | | Praecipe | AMENDED NEW CASTLE COUNTY PRAECIPE | 0.1MB |
| | | | | | Summons | AMENDED NEW CASTLE COUNTY SUMMONS | 0.1MB |
| 40315279 | 10/12/2011 3:04 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Master Boyer, DE Superior Court-New Castle County | 74 Order | Granted (PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT)  • Linked to (1) | 0.1MB |
| 40204346 | 10/5/2011 4:03 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Joel M Doner, Elzufon Austin Reardon Tarlov & Mondell PA | 73 Notice of Adoption | NOTICE OF ADOPTION OF DEFENDANT BWIP, INC.'S MASTER WITNESS AND EXHIBIT LIST | 0.1MB |
| 40203879 | 10/5/2011 3:53 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Joel M Doner, Elzufon Austin Reardon Tarlov & Mondell PA | 72 Notice of Adoption | NOTICE OF ADOPTION OF DEFENDANT BWIP, INC.'S STANDARD ANSWERS TO STANDARD ORDER NO. 1 INTERROGATORIES | 0.1MB |
| 40203396 | 10/5/2011 3:44 PM EDT | File And | N11C-07-173 ASB | Joel M Doner, Elzufon Austin | 71 Answer and Crossclaim | DEFENDANT BWIP, INC, INCORRECTLY NAMED AS | 0.1MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Serve | Randall Wade v. 3M Company, et.al. | Reardon Tarlov & Mondell PA | | FLOWSERVE (US), INC.'S ANSWER AND CROSS CLAIM TO PLAINTIFF'S COMPLAINT<br>• Linked to (1) | |
| | | | | | Case Information Statement | CASE INFORMATION STATEMENT TO DEFENDANT BWIP, INC, INCORRECTLY NAMED AS FLOWSERVE (US), INC.'S ANSWER AND CROSS CLAIM TO PLAINTIFF'S COMPLAINT | 0.1MB |
| 40189111 | 10/5/2011 9:27 AM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Sharon SA Agnew, DE Superior Court-New Castle County | 70 Writ(s) Issued | 3 ALIAS WRITS ISSUED TO PLAINTIFFS COUNSEL FOR SERVICE ON GRINNELL CORP, NORTHERN PUMPS AND VELAN VALVE CORP ON 09-29-2011. | 0.2MB |
| 40149104 | 10/3/2011 2:54 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Sarah A Fruehauf, Tybout Redfearn & Pell | 69 Answer | Defendant Mack Truck's Answer to Complaint | 0.2MB |
| | | | | | Case Information Statement | Case Information Statement of Defendant, Mack Trucks, Inc. | 0.1MB |
| | | | | | Certificate of Service | Certificate of Service for Defendant Mack Truck's Answer to Complaint | 0.1MB |
| 40125828 | 9/30/2011 4:09 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Jennifer Kapes, Swartz Campbell LLC-Wilmington2 | 67 Answer and Crossclaim | Answer, affirmative defenses, and cross claims of Defendant Union Carbide Corporation<br>• Linked to (1) | 0.1MB |
| | | | | | 68 Notice of Adoption | Notice of adoption of Defendant Union Carbide Corporation's standard responses to Standing Order No. 1 Interrogatories as mandated by Paragraph 11 of Standing Order No. 1 as amended on October 13, 2006 | 0.1MB |
| | | | | | Case Information Statement | Case Information Statement | 0.1MB |
| 40089504 | 9/29/2011 11:31 AM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Ana Marina McCann, Marshall Dennehey Warner Coleman & Goggin-Wilmington | 64 Entry of Appearance | Entry of Appearance of Armand J. Della Port, Jr. and Ana Marina McCann on behalf of Warren Pumps, LLC | 0.1MB |
| | | | | | 65 Answer and Crossclaim | Answer of Defendant, Warren Pumps, LLC, to Plaintiffs' Complaint with Affirmative Defenses and Crossclaim | 0.1MB |
| | | | | | 66 Notice of Adoption | Notice of Defendant, Warren Pumps, LLC, of Adoption of its Responses to Standing Order No. 1 Interrogatories | 0.1MB |
| | | | | | Case Information Statement | Case Information Statement for Answer of Defendant, Warern Pumps, LLC, to Plaintiffs' Complaint with Affirmative Defenses and Crossclaim | 0.1MB |
| 40076050 | 9/28/2011 3:47 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Noriss E Cosgrove, McCarter & English LLP-Wilmington | 62 Notice of Adoption | Defendant Parker-Hannifin Corporation's Notice of Adoption of its Responses to Plaintiff's Interrogatories and Requests for Production, pursuant to Standing Order No. 1. | 0.1MB |
| | | | | | 63 Notice of Adoption | Defendant Parker-Hannifin Corporation's Notice of Adoption of its Amended Master Witness and Exhibit List. | 0.1MB |
| 40072778 | 9/28/2011 1:57 PM EDT | File And | N11C-07-173 ASB | Michael L Sensor, | 61 Alias Praecipe | ALIAS LONG ARM PRAECIPE FOR SERVICE ON DANA COMPANIES | 0.1MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Serve | Randall Wade v. 3M Company, et.al. | Perry & Sensor | Alias Summons | L.L.C. ALIAS LONG ARM SUMMONS FOR SERVICE ON DANA COMPANIES L.L.C. | 0.1MB |
| 40065095 | 9/28/2011 11:06 AM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Michael L Sensor, Perry & Sensor | 60 Partial Dismissal | NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT COTTRELL, INC. ONLY | 0.1MB |
| 40051485 | 9/27/2011 3:44 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Michael L Sensor, Perry & Sensor | 59 Motion to Amend Complaint | PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT | 0.1MB |
| | | | | | Notice | NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT TO BE HEARD ON OCTOBER 6, 2011 AT 2:30P.M. | 0.1MB |
| | | | | | Exhibits | EXHIBIT - DRAFT AMENDED COMPLAINT | 0.1MB |
| | | | | | Proposed Order | PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ● Linked from (1) | 0.1MB |
| 40038343 | 9/27/2011 11:03 AM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Matthew P Donelson, Elzufon Austin Reardon Tarlov & Mondell PA | 58 Omnibus Motion | DEFENDANT BORG-WARNER CORPORATION BY ITS SUCCESSOR IN INTEREST BORGWARNER MORSE TEC INC'S OMNIBUS MOTION TO DISMISS ALL CLAIMS AND CROSS-CLAIMS ● Linked to (1) | 0.1MB |
| | | | | | Notice | NOTICE OF DEFENDANT BORG-WARNER CORPORATION BY ITS SUCCESSOR IN INTEREST BORGWARNER MORSE TEC INC.'S OMNIBUS MOTION TO DISMISS ALL CLAIMS AND CROSS CLAIMS | 0.1MB |
| | | | | | Proposed Order | PROPOSED ORDER GRANTING DEFENDANT BORG-WARNER CORPORATION BY ITS SUCCESSOR IN INTEREST BORGWARNER MORSE TEC INC.'S OMNIBUS MOTION TO DISMISS ALL CLAIMS AND CROSS CLAIMS ● Linked from (1) | 0.1MB |
| 40023373 | 9/26/2011 3:18 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Michael L Sensor, Perry & Sensor | 47 Affidavit of Service | AFFIDAVIT OF SERVICE OF AMERICAN EQUIPMENT | 0.1MB |
| | | | | | 48 Affidavit of Service | AFFIDAVIT OF SERVICE OF A.W. CHESTERTON | 0.1MB |
| | | | | | 49 Affidavit of Service | AFFIDAVIT OF SERVICE OF CATERPILLAR INC. | 0.1MB |
| | | | | | 50 Affidavit of Service | AFFIDAVIT OF SERVICE OF COTTRELL INC. | 0.1MB |
| | | | | | 51 Affidavit of Service | AFFIDAVIT OF SERVICE OF CUMMINS INC. | 0.1MB |
| | | | | | 52 Affidavit of Service | AFFIDAVIT OF SERVICE OF GENUINE PARTS CO. | 0.1MB |
| | | | | | 53 Affidavit of Service | AFFIDAVIT OF SERVICE OF MACK TRUCKS INC. | 0.1MB |
| | | | | | 54 Affidavit of Service | AFFIDAVIT OF SERVICE OF MANITOWOC COMPANY INC. | 0.1MB |
| | | | | | 55 Affidavit of Service | AFFIDAVIT OF SERVICE OF PARKER HANNIFIN CORP. | 0.1MB |
| | | | | | 56 Affidavit of Service | AFFIDAVIT OF SERVICE OF PATTERSON PUMP CO. | 0.1MB |
| | | | | | 57 Affidavit of Service | AFFIDAVIT OF SERVICE OF YARWAY CORPORATION | 0.1MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 40023173 | 9/26/2011 3:11 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Sharon SA Agnew, DE Superior Court-New Castle County | 46 Sheriffs Return | SHERIFFS RETURN FOR DANA COMPANIES REJECTED BY REGISTERED AGENT ON 08-25-2011 NOT LISTED WITH STATE. | 0.2MB |
| 40022014 | 9/26/2011 3:06 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Sharon SA Agnew, DE Superior Court-New Castle County | 45 Sheriffs Return | SHERIFFS RETURN ON 3M COMPANY, BUFFALO PUMPS INC, CRANE CO, FLOWSERVE US INC, FMC CORPORATION, FORD MOTOR COMPANY, FOSTER WHEELER ENERGY CORPORATION, GENERAL ELECTRIC, HONEYWELL INTERNATIONAL INC, INGERSOLL RAND COMPANY, NAVISTAR INC AND UNION CARBIDE CORPORATION BY SERVING SCOTT LASCALA A REPRESENTATIVE FOR THE REGISTERED AGENT ON 09-06-2011. | 1.9MB |
| 40020223 | 9/26/2011 1:46 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Brian L Kasprzak, Marks O Neill O Brien & Courtney PC-Wilmington | 44 Entry of Appearance | Entry of Appearances of Brian L. Kasprzak and Jeffrey S. Marlin on behalf of Defendant Caterpillar, Inc. | 0.1MB |
| 40014652 | 9/26/2011 11:41 AM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Sharon SA Agnew, DE Superior Court-New Castle County | 43 Sheriffs Return | SHERIFFS RETURN ON METROPOLITIAN LIFE INSURANCE BY SERVING INSURANCE COMMISSIONER KAREN WELDIN-STEWART ON 09-06-2011. | 0.2MB |
| 40001869 | 9/23/2011 4:25 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Robert A Ranieri, Salmon Ricchezza Singer & Turchi LLP | 42 Answer and Crossclaim | Answer and Crossclaim of Defendant Metropolitan Life Insurance Company | 0.1MB |
| | | | | | Entry of Appearance | Entry of Appearance of Robert A. Ranieri on behalf of Defendant Metropolitan Life Insurance Company | 0.1MB |
| | | | | | Case Information Statement | Case Information Statement of Defendant Metropolitan Life Insurance Company | 0.1MB |
| 39985081 | 9/23/2011 9:30 AM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Michael L Sensor, Perry & Sensor | 40 Alias Praecipe | ALIAS LONG ARM PRAECIPE FOR GRINNELL CORPORATION, NORTHERN PUMPS, AND VELAN VALVE CORPORATION • Linked to (1) | 0.1MB |
| | | | | | 41 Alias Praecipe | ALIAS NEW CASTLE COUNTY PRAECIPE FOR INTERNATIONAL TRUCK LLC AND VIAD CORP. • Linked to (1) | 0.1MB |
| | | | | | Alias Summons | ALIAS LONG ARM SUMMONS FOR GRINNELL CORPORATION, NORTHERN PUMPS, AND VELAN VALVE CORPORATION | 0.1MB |
| | | | | | Alias Summons | ALIAS NEW CASTLE COUNTY SUMMONS FOR INTERNATIONAL TRUCK LLC AND VIAD CORP. | 0.1MB |
| 39985035 | 9/23/2011 9:20 AM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Noriss E Cosgrove, McCarter & English LLP-Wilmington | 39 Answer and Crossclaim | Answer, Affirmative Defenses and Cross-claims of Defendant Parker-Hannifin Corporation to Plaintiffs' Complaint. • Linked to (1) | 0.1MB |
| | | | | | Case Information Statement | Superior Court Civil Case Information Statement. | 0.1MB |

| 39974100 | 9/22/2011 3:35 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Kelly A. Costello, Morgan Lewis & Bockius-Houston | 38 Entry of Appearance | Entry of Appearance of Kelly A. Costello, Esquire of Morgan, Lewis & Bockius, LLP, on Behalf of Defendant, Yarway Corporation. | 0.1MB |
| 39972787 | 9/22/2011 2:58 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Joelle Wright Florax, Rawle & Henderson LLP | 32 Entry of Appearance | Entry of Appearance of Joelle Wright Florax on behalf of Honeywell International Inc. | 0.1MB |
| | | | | | 33 Answer | Honeywell International Inc.'s Answer to Complaint with Affirmative Defenses, Crossclaims and Reply to Crossclaims | 0.1MB |
| | | | | | 34 Case Information Statement | Case Information Statement | 0.1MB |
| | | | | | 35 Notice of Adoption | Honeywell International Inc.'s Notice of Adoption of Master Exhibit List | 0.1MB |
| | | | | | 36 Notice of Adoption | Honeywell International Inc.'s Notice of Adoption of Master Expert Witness List | 0.1MB |
| | | | | | 37 Notice of Adoption | Honeywell International Inc.'s Notice of Adoption of Master Discovery Responses | 0.1MB |
| 39971638 | 9/22/2011 2:23 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Nicholas E Skiles, Swartz Campbell LLC-Wilmington1 | 31 Answer and Crossclaim | Defendant, Manitowoc Cranes, LLC, misdesignated as The Manitowoc Company, Inc. and further misdesignated as successor in interest to Grove Worldwide, Co., Grove Worldwide, Inc. and Grove Worldwide LLC's Answer to Complaint with Affirmative Defenses and Crossclaims<br>● Linked to (1) | 0.1MB |
| | | | | | Case Information Statement | Superior Court Civil Case Information Statement | 0.1MB |
| 39970857 | 9/22/2011 2:03 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Nicholas E Skiles, Swartz Campbell LLC-Wilmington1 | 30 Answer and Crossclaim | Defendant, Grove U.S. LLC, misdesignated as Grove Worldwide, Co., Grove Worldwide, Inc. and Grove Worldwide LLC's Answer to Complaint with Affirmative Defenses and Crossclaims<br>● Linked to (1) | 0.1MB |
| | | | | | Case Information Statement | Superior Court Civil Case Information Statement | 0.1MB |
| 39910941 | 9/20/2011 12:33 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Karl Randall, Morris Nichols Arsht & Tunnell LLP-Wilmington | 28 Answer | Defendant 3M Company's Answer to the Complaint<br>● Linked to (1) | 1.4MB |
| | | | | | 29 Notice of Adoption | Defendant 3M Company's Notice of Adoption of its Responses and Objections to the 2006 Standing Order No. 1 Interrogatories and Requests for Production of Documents Directed to All Defendants as deposited with the Defense Coordinating Counsel on December 1, 2006 and its Standard Witness and Exhibit List pursuant to the 2006 Standing Order No. 1 as deposited with the Defense Coordinating Counsel on December 18, 2006 | 0.1MB |

| | | | | | Case Information Statement | Superior Court Civil Case Information Statement of Defendant 3M Company's Answer to the Complaint | 0.2MB |
|---|---|---|---|---|---|---|---|
| 39801369 | 9/14/2011 11:36 AM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Sarah A Fruehauf, Tybout Redfearn & Pell | 27 Entry of Appearance | Entry of Appearance of Sarah Roberts for Defendant, Mack Trucks, Inc. | 0.1MB |
| | | | | | Certificate of Service | Certificate of Service for Entry of Appearance of Sarah Roberts for Defendant, Mack Trucks, Inc. | 0.1MB |
| 39799655 | 9/14/2011 10:53 AM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Jon F Winter, Kent & McBride-Wilmington | 26 Answer and Crossclaim | ANSWER OF DEFENDANT PATTERSON PUMP COMPANY, INCORRECTLY NAMED AS A SUBSIDIARY OF THE GORMAN-RUPP COMPANY, TO PLAINTIFFS' COMPLAINT WITH AFFIRMATIVE DEFENSES AND CROSS CLAIMS<br>• Linked to (1) | 0.1MB |
| | | | | | Entry of Appearance | ENTRY OF APPEARANCE OF DAVID C. MALATESTA, JR., ESQ. AND JON F. WINTER, ESQ. ON BEHALF OF DEFENDANT PATTERSON PUMP COMPANY | 0.1MB |
| | | | | | Case Information Statement | CASE INFORMATION STATEMENT FOR DEFENDANT PATTERSON PUMP COMPANY | 0.1MB |
| 39777368 | 9/13/2011 11:04 AM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Theodore W Annos, McCarter & English LLP-Wilmington | 25 Entry of Appearance | Entry of Appearance of Noriss Cosgrove Kurtz, Esq. and Theodore W. Annos, Esq. of McCarter & English, LLP on behalf of Defendant Parker-Hannifin Corporation.<br>• Linked to (1) | 0.1MB |
| | | | | | Certificate of Service | Certificate of Service to Entry of Appearance of Noriss Cosgrove Kurtz, Esq. and Theodore W. Annos, Esq. of McCarter & English, LLP on behalf of Defendant Parker-Hannifin Corporation. | 0.1MB |
| 39775006 | 9/13/2011 9:28 AM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Kevin A Guerke, Seitz Van Ogtrop & Green PA | 24 Answer | DEFENDANT NAVISTAR, INC.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES | 0.2MB |
| | | | | | Notice of Adoption | NOTICE OF ADOPTION OF NAVISTAR, INC. OF ANSWERS TO MASTER INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND SUPPLEMENTS THERETO AND WITNESS AND EXHIBIT LISTS | 0.1MB |
| | | | | | Case Information Statement | CASE INFORMATION STATEMENT | 0.1MB |
| 39774692 | 9/13/2011 8:55 AM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Paul A Bradley, Maron Marvel Bradley & Anderson PA | 23 Answer and Crossclaim | Answer, Affirmative Defenses and Crossclaims for Indemnification, Contribution and or Setoff of Defendant Genuine Parts Company, incorrectly identified as Genuine Parts Company, aka, NAPA, to Plaintiffs' Complaint<br>• Linked to (1) | 0.1MB |
| | | | | | Case Information Statement | Case Information Statement for Answer, Affirmative Defenses and Crossclaims for Indemnification, Contribution and or Setoff of Defendant Genuine Parts Company, incorrectly identified as Genuine Parts Company, aka, NAPA, to Plaintiffs' Complaint | 0.1MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Certificate of Service | Certificate of Service for Answer, Affirmative Defenses and Crossclaims for Indemnification, Contribution and or Setoff of Defendant Genuine Parts Company, incorrectly identified as Genuine Parts Company, aka, NAPA, to Plaintiffs' Complaint | 0.1MB |
| | | | | | Notice of Adoption | Notice Of Adoption of Defendant, Genuine Parts Company, Incorrectly Identified As Genuine Parts Company, aka Napa, Adopting Its Standing Order No. 1, Answers To Interrogatories And Responses To Requests For Production Filed In Re: Asbestos, C.A. No. 77C-ASB-2 filed on April 11, 2007, E-File No. 14449666 | 0.1MB |
| | | | | | Certificate of Service | Certificate of Service for Notice of Adoption of Defendant, Genuine Parts Company, Incorrectly Identified as Genuine Parts Company, aka Napa, Adopting Its Standing Order No. 1, Answers To Interrogatories And Responses To Requests For Production Filed In Re: Asbestos, C.A. No. 77C-ASB-2 filed on April 11, 2007, E-File No. 14449666 | 0.1MB |
| 39767028 | 9/12/2011 4:24 PM EDT | File And Serve | N11C-07-173 ASB Randali Wade v. 3M Company, et.al. | Neal Glenn, Kelley Jasons McGowan Spinelli & Hanna LLP-Wilmington | 22 Entry of Appearance | Entry of Appearance of Neal C. Glenn, Esquire, Daniel P. Daly, Esquire and Eric S. Thompson, Esquire on behalf of Defendant FMC Corporation | 0.1MB |
| 39766843 | 9/12/2011 4:20 PM EDT | File And Serve | N11C-07-173 ASB Randali Wade v. 3M Company, et.al. | Neal Glenn, Kelley Jasons McGowan Spinelli & Hanna LLP-Wilmington | 21 Entry of Appearance | Entry of Appearance of Neal C. Glenn, Esquire, Daniel P. Daly, Esquire and Eric S. Thompson, Esquire on behalf of Defendant Ingersoll-Rand Company | 0.1MB |
| 39763119 | 9/12/2011 2:30 PM EDT | File And Serve | N11C-07-173 ASB Randali Wade v. 3M Company, et.al. | Megan T Mantzavinos, Marks O Neill O Brien & Courtney PC-Wilmington | 19 Answer | Defendant Foster Wheeler Energy Corp.'s Answer to Plaintiff's Complaint ● Linked to (1) | 0.1MB |
| | | | | | 20 Notice of Adoption | Defendant Foster Wheeler Energy Corp.'s Notice of Adoption of Answers to Standing Order No. 1 Interrogatories filed on or about May 19, 2006 as Filing ID No. 11330841 | 0.1MB |
| | | | | | Case Information Statement | Defendant Foster Wheeler Energy Corp.'s CIS | 0.1MB |
| 39762824 | 9/12/2011 2:21 PM EDT | File And Serve | N11C-07-173 ASB Randali Wade v. 3M Company, et.al. | Beth Valocchi, Swartz Campbell LLC-Wilmington2 | 17 Answer and Crossclaim | Answer and Defenses of Defendant CBS Corporation, a DE corp., fka Viacom, Inc successor by merger to CBS Corporation, a PA corp., fka Westinghouse Electric Corporation to plaintiffs' complaint ● Linked to (1) | 0.1MB |
| | | | | | 18 Notice of Adoption | Notice of adoption of Defendant CBS Corporation's standard responses to Standing Order No. 1 interrogatories as mandated by Paragraph 11 of Standing Order No. 1 as amended on October 13, | 0.1MB |

| | | | | | | 2006 | |
|---|---|---|---|---|---|---|---|
| | | | | | Case Information Statement | Case Information Statement | 0.1MB |
| 39719651 | 9/8/2011 4:41 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Dana R Jelepis, Hollstein Keating Cattell Johnson & Goldstein PC | 15 Answer and Crossclaim | Defendant General Electric Company's Answer to the Complaint, with Affirmative Defenses, Cross-Claims and Reply to Cross-Claims<br>• Linked to (1) | 0.1MB |
| | | | | | 16 Notice of Adoption | Defendant General Electric Company's Notice of Adoption of its Standing Order No. 1 Interrogatory Responses as deposited with the Defense Coordinating Counsel on December 1, 2006. | 0.1MB |
| | | | | | Case Information Statement | Superior Court Civil Case Information Statement | 0.1MB |
| 39705520 | 9/8/2011 11:08 AM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Sharon SA Agnew, DE Superior Court-New Castle County | 14 Writ(s) Issued | 37 WRITS ISSUED 8-18-11 | 0.2MB |
| 39688875 | 9/7/2011 2:47 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Peter J Faben, Cooley Manion Jones LLP Wilmington | 13 Answer | DEFENDANT THE GOODYEAR TIRE & RUBBER COMPANY'S ANSWER TO PLAINTIFFS' COMPLAINT, AFFIRMATIVE DEFENSES AND CROSS-CLAIM FOR CONTRIBUTION AND OR SET-OFF | 0.1MB |
| | | | | | Notice of Adoption | THE GOODYEAR TIRE & RUBBER COMPANY'S NOTICE OF ADOPTION | 0.1MB |
| | | | | | Case Information Statement | SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT | 0.1MB |
| 39678410 | 9/7/2011 12:37 PM EDT | File And Serve | Multi-Case | Loreto P Rufo, Rufo Associates PA | 12 Discovery Requests | DEFENDANTS REQUESTS FOR ADMISSIONS AND SUPPLEMENTAL DISCOVERY REQUESTS REGARDING DOCUMENTS PERTAINING TO CLAIMS OF EXPOSURE ASSOCIATED WITH NAVAL, MARITIME AND OTHER SHIP-RELATED ACTIVITIES<br>• Linked from (2) | 0.1MB |
| | | | | | Notice of Service | NOTICE OF SERVICE OF DEFENDANTS REQUESTS FOR ADMISSIONS AND SUPPLEMENTAL DISCOVERY REQUESTS REGARDING DOCUMENTS PERTAINING TO CLAIMS OF EXPOSURE ASSOCIATED WITH NAVAL, MARITIME AND OTHER SHIP-RELATED ACTIVITIES | 0.1MB |
| 39675611 | 9/7/2011 9:34 AM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Megan T Mantzavinos, Marks O Neill O Brien & Courtney PC-Wilmington | 11 Entry of Appearance | Entry of Appearances of Megan T. Mantzavinos and Jeffrey S. Marlin on behalf of Defendant Foster Wheeler Energy Corp. | 0.1MB |
| 39664846 | 9/6/2011 4:42 PM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Sharon SA Agnew, DE Superior Court-New Castle County | 10 Sheriffs Return | SHERIFFS RETURN ON CBS CORPORATION, GARDNER DENVER INC, GOODYEAR TIRE & RUBBER CO,IMO INDUSTRIES INC, PNEUMO ABEX LLC, WARREN PUMPS LLC AND DAP BY SERVING | 0.1MB |

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | PAUL MATHEWS A REPRESENTATIVE FOR REGISTERED AGENT O 08-25-2011. |  |
| 39628028 | 9/2/2011 11:43 AM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | C Scott Reese, Cooch & Taylor Pa-Wilmington | 8 | Answer and Crossclaim | ANSWER AND CROSSCLAIM OF DEFENDANT PNEUMO ABEX LLC TO COMPLAINT ● Linked to (1) | 0.1MB |
|  |  |  |  |  | 9 | Notice of Adoption | NOTICE OF ADOPTION OF DEFENDANT PNEUMO ABEX LLC REGARDING STANDARD INTERROGATORIES | 0.1MB |
|  |  |  |  |  |  | Case Information Statement | Case Information Statement to Defendant Pneumo Abex, LLC's Answer to the Complaint and Crossclaim | 0.1MB |
| 39627920 | 9/2/2011 11:40 AM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Jeffrey S Marlin, Marks O Neill O Brien & Courtney PC-Wilmington | 6 | Answer | ANSWER OF DEFENDANT IMO INDUSTRIES, INC. TO PLAINTIFF'S COMPLAINT ● Linked to (1) | 0.1MB |
|  |  |  |  |  | 7 | Notice of Adoption | DEFENDANT IMO INDUSTRIES, INC.'S NOTICE OF ADOPTION OF ANSWERS TO STANDING ORDER NO. 1 INTERROGATORIES FILED ON OR ABOUT OCTOBER 11, 2006 AS FILING ID NO. 12602032 | 0.1MB |
|  |  |  |  |  |  | Case Information Statement | CIS OF DEFENDANT IMO INDUSTRIES, INC. | 0.1MB |
| 39627376 | 9/2/2011 11:23 AM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | C Scott Reese, Cooch & Taylor Pa-Wilmington | 5 | Entry of Appearance | ENTRY OF APPEARANCE OF C. SCOTT REESE, ESQ. ON BEHALF OF DEFENDANT PNEUMO ABEX LLC | 0.1MB |
| 39578263 | 8/31/2011 10:43 AM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Jeffrey S Marlin, Marks O Neill O Brien & Courtney PC-Wilmington | 4 | Entry of Appearance | Entry of Appearances of Jeffrey S. Marlin and Megan T. Mantzavinos on behalf of Defendant IMO Industries, Inc., individually, (incorrectly named as successor-in-interest to De Laval Turbine, Inc.) | 0.1MB |
| 39075754 | 8/3/2011 4:48 PM EDT | File And Serve | Multi-Case | Loreto P Rufo, Rufo Associates PA | 3 | Entry of Appearance | ENTRY OF APPEARANCE OF LORETO P. RUFO, ESQ., AS DEFENSE COORDINATING COUNSEL AND DEFENSE MEDICAL COORDINATOR | 0.1MB |
| 38917406 | 7/27/2011 10:56 AM EDT | File And Serve | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Kevin A Guerke, Seitz Van Ogtrop & Green PA | 2 | Entry of Appearance | ENTRY OF APPEARANCE OF SEITZ, VAN OGTROP & GREEN, P.A. BY KEVIN A. GUERKE ON BEHALF NAVISTAR, INC. | 0.1MB |
| 38877269 | 7/25/2011 4:43 PM EDT | File Only | N11C-07-173 ASB Randall Wade v. 3M Company, et.al. | Michael L Sensor, Perry & Sensor | 1 | Complaint | Complaint ● Linked from (17) | 0.1MB |
|  |  |  |  |  |  | Case Information Statement | Case Information Statement (CIS) | 0.1MB |
|  |  |  |  |  |  | Praecipe | New Castle County Praecipe | 0.1MB |
|  |  |  |  |  |  | Summons | New Castle County Summons | 0.1MB |
|  |  |  |  |  |  | Praecipe | Kent County Praecipe | 0.1MB |
|  |  |  |  |  |  | Summons | Kent County Summons | 0.1MB |
|  |  |  |  |  |  | Praecipe | Long Arm Praecipe | 0.1MB |
|  |  |  |  |  |  | Summons | Long Arm Summons | 0.1MB |
|  |  |  |  |  |  | Notice | Notice to Defendants | 0.1MB |