**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION: | ) |
| | ) |
| RANDALL WADE and CAROL WADE, | ) |
| | )  CIVIL ACTION NO.: 11-cv-00966-SLR |
| Plaintiff, | ) |
| | )  (Superior Court of the State of Delaware, |
| v. | )  New Castle County, |
| | )   C.A. No. N11C-07-173 ASB |
| VIAD CORP., as successor-in-interest to | ) |
| GRISCOM-RUSSELL COMPANY | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, Brian L. Kasprzak, Esquire, hereby certify that on October 20, 2011 I electronically filed **Defendant's Notice of Tag Along Action** with the Clerk of Court using CM/ECF, which will send notification of such filing to all counsel of record.

**MARKS, O'NEILL, O'BRIEN AND COURTNEY. P.C.**

BY:   */s/ Brian L. Kasprzak*
          BRIAN L. KASPRZACK (NO. 3864)
          Marks, O'Neill, O'Brien & Courtney, P.C.
          913 Market Street, #800
          Wilmington, DE  19801
          (302) 658-6538
          *Attorneys for Defendant VIAD, Corp.*

Dated: October 20, 2011

{PH491916.1}