# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Earl Grelson

                                Plaintiff,

v.                                                   Case No.: 1:11–cv–06063
                                                                      Honorable Virginia M. Kendall

Foster Wheeler Energy Corporation, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 13, 2011:

      MINUTE entry before Honorable Virginia M. Kendall: On September 9, 2011 the United States Judicial Panel on Multidistrict Litigation ("JPML") entered a Conditional Transfer Order (CTO–443) that conditionally transfers this action to the United States District Court for the Eastern District of Pennsylvania to be consolidated into the MDL captioned In re: Asbestos Products Liability Litigation (No. VI) pending there (MDL No. 875). (See JPML Doc. 7827.) On September 27, Plaintiff filed his motion to vacate that CTO as to this action. (See JPML Doc. 7827.) Defendants' brief in opposition is due on October 21, 2011. As part of the briefing on Plaintiff's motion to remand the case to state court, Defendant Foster Wheeler Energy Corporation ("Foster Wheeler") has moved to stay this case pending the JPML's decision on whether the case will be transferred to MDL No. 875. That motion is granted, and Plaintiff's motion to remand the case to the Circuit Court of Cook County (Doc. 9) is denied without prejudice. If the JPML does not transfer the case, Plaintiff may refile his motion to remand and the Court will consider it on the merits at that time. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

**EXHIBIT A**