UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | | |
|---|---|---|
| Mumfrey v. Sherman-Williams Company, | ) | |
| E. D. Louisiana, C.A. No. 2:11-02284 | ) | MDL No. 875 |

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE DECEMBER 1, 2011, HEARING SESSION

A conditional transfer order was filed in this action (*Mumfrey*) on September 13, 2011. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Mumfrey* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Mumfrey* was remanded to state court by the Honorable Stanwood R. Duval, Jr., in an order filed on October 7, 2011.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-444" filed on September 13, 2011, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 18, 2011, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel