BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTI-DISTRICT LITIGATION

MDL-875 In re: Asbestos Products Liability Litigation (VI)

| | |
|---|---|
| DOUGLAS LEON COCKRAM and DENA COCKRAM,<br><br>    Plaintiffs,<br>v.<br><br>3M COMPANY a/k/a Minnesota Mining & Manufacturing, and MINE SAFETY APPLIANCES, INC.<br><br>    Defendants. | Western District of PA<br>No. 2:11-cv-00915-RCM |

## NOTICE OF POTENTIAL TAG ALONG ACTION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated and consolidated pretrial proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 1991 filing of the Panel's Order to Show Cause. MDL Rule 7.1(a) provides:

> Any party or counsel in actions previously transferred under Section 1407 shall promptly notify the Clerk of the Panel of any potential tag-along actions in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this case is a potential "tag-along action" which may be subject to transfer to the United States District Court, Eastern District of Pennsylvania (MDL-875). The undersigned is sending a copy of this notice to the Clerk of the Judicial Panel of Multi-District Litigation contemporaneous with the filing of this notice. The Clerk of the Panel may either: 1) enter a conditional transfer order pursuant to MDL Rule 7.1, or

2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 8.1.

Respectfully submitted,

Dated: October 24, 2011         **LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO**

BY: */s/Mary Grace Maley*
Mary Grace Maley, Esquire/ PA ID 37610
190 North Independence Mall West
6th & Race Streets, Suite 500
Philadelphia, PA 19106
Telephone No.: (215) 627-0203
Facsimile No.: (215) 351-1900

Attorneys for defendant
3M COMPANY