BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTI-DISTRICT LITIGATION

MDL-875 In re: Asbestos Products Liability Litigation (VI)

| | |
|---|---|
| DOUGLAS LEON COCKRAM and DENA COCKRAM, <br><br> Plaintiffs, <br> v. <br><br> 3M COMPANY a/k/a Minnesota Mining & Manufacturing, and MINE SAFETY APPLIANCES, INC. <br><br> Defendants. | Western District of PA <br> No. 2:11-cv-00915-RCM |

## SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** <br> Douglas Cockram, Dena Cockram <br><br> **Defendants:** <br> 3M Company, <br> Mine Safety Appliances Company | Western District of Pennsylvania | 2:11-cv-00915-RCM | Judge Robert C. Mitchell |

Respectfully submitted,

Dated: October 24, 2011     **LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO**

BY: _/s/Mary Grace Maley_
Mary Grace Maley, Esquire/ PA ID 37610
190 North Independence Mall West
6th & Race Streets, Suite 500
Philadelphia, PA 19106
Telephone No.: (215) 627-0203
Facsimile No.: (215) 351-1900

Attorneys for defendant
3M COMPANY