BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTI-DISTRICT LITIGATION

MDL-875 In re: Asbestos Products Liability Litigation (VI)

| | |
|---|---|
| DOUGLAS LEON COCKRAM and DENA COCKRAM,<br><br>    Plaintiffs,<br>v.<br><br>3M COMPANY a/k/a Minnesota Mining & Manufacturing, and MINE SAFETY APPLIANCES, INC.<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>: Western District of PA<br>: No. 2:11-cv-00915-RCM<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2011, I electronically filed the foregoing Notice of Tag-Along Action with the Clerk of the Multi-District Judicial Panel Court using the CM/ECF system, and a copy of the forgoing Notice of Potential Tag-Along Action was served by First Class Mail to the following:

**Jason E. Luckasevic**  *Counsel for Plaintiffs, Douglas and Dena*
Goldberg, Persky & White  *Cockram*
1030 Fifth Avenue
Pittsburgh, PA 15219
(412) 471-3980
Email: jluckasevic@gpwlaw.com

**William David Geiger**  *Counsel for Defendant, Mine Safety*
**Gregory C. Scheuring**  *Appliances Company*
Davies, McFarland & Carroll
One Gateway Center
Tenth Floor
Pittsburgh, PA 15222
(412) 281-0737
Email: wgeiger@dmcpc.com
Email: gscheuring@dmcpc.com

                                                  /S/
                                    MARY GRACE MALEY