# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
## CIVIL DOCKET FOR CASE #: 2:11-cv-00915-RCM

COCKRAM et al v. 3M COMPANY et al
Assigned to: Robert C. Mitchell
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 07/12/2011
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**DOUGLAS LEON COCKRAM**     represented by **Jason E. Luckasevic**
Goldberg, Persky & White
1030 Fifth Avenue
Pittsburgh, PA 15219
(412) 471-3980
Email: jluckasevic@gpwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DENA COCKRAM**     represented by **Jason E. Luckasevic**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**3M COMPANY**
*also known as*
MINNESOTA MINING &
MANUFACTURING CO.

represented by **Mary Grace Maley**
Lavin, O'Neil, Ricci, Cedrone &
DiSipio
190 North Independence Mall
West
Sixth and Race Streets, 5th floor
Philadelphia, PA 19106
(215) 627-0303
Email: mmaley@lavin-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MINE SAFETY APPLIANCES,**     represented by **Gregory C. Scheuring**

| | |
|---|---|
| **INC.** | Davies, McFarland & Carroll, P.C.<br>One Gateway Center, 10th Floor<br>Pittsburgh, PA 15222<br>412-338-4760<br>Fax: 412-261-7251<br>Email: gscheuring@dmcpc.com<br>*ATTORNEY TO BE NOTICED*<br><br>**William David Geiger**<br>Davies, McFarland & Carroll<br>One Gateway Center<br>Tenth Floor<br>Pittsburgh, PA 15222<br>(412) 281-0737<br>Email: wgeiger@dmcpc.com<br>*ATTORNEY TO BE NOTICED* |
| **Cross Claimant** | |
| **MINE SAFETY APPLIANCES, INC.** | represented by **Gregory C. Scheuring**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**William David Geiger**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

| | |
|---|---|
| **Cross Defendant** | |
| **3M COMPANY** | represented by **Mary Grace Maley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Cross Claimant** | |
| **3M COMPANY** | represented by **Mary Grace Maley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Cross Defendant**

| | | |
|---|---|---|
| **MINE SAFETY APPLIANCES, INC.** | represented by | **Gregory C. Scheuring** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **William David Geiger** (See above for address) *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/12/2011 | 1 | COMPLAINT against 3M COMPANY, MINE SAFETY APPLIANCES, INC. (Filing fee $350, receipt number 2024140), filed by DOUGLAS LEON COCKRAM, DENA COCKRAM. (Attachments: # 1 Civil Cover Sheet, # 2 Summons 3m Company, # 3 Summons Mine Safety Appliances, Inc.) (plh) (Entered: 07/13/2011) |
| 07/13/2011 | | Summons Issued as to *3M COMPANY, MINE SAFETY APPLIANCES, INC.* (plh) (Entered: 07/13/2011) |
| 07/28/2011 | 2 | SUMMONS/Return of Service Returned Executed by DOUGLAS LEON COCKRAM, DENA COCKRAM. 3M COMPANY served on 7/18/2011, answer due 8/8/2011. (Luckasevic, Jason) (Entered: 07/28/2011) |
| 07/28/2011 | 3 | SUMMONS/Return of Service Returned Executed by DOUGLAS LEON COCKRAM, DENA COCKRAM. MINE SAFETY APPLIANCES, INC. served on 7/19/2011, answer due 8/9/2011. (Luckasevic, Jason) (Entered: 07/28/2011) |
| 07/29/2011 | 4 | NOTICE of Appearance by William David Geiger on behalf of MINE SAFETY APPLIANCES, INC.. (Geiger, William) (Entered: 07/29/2011) |
| 07/29/2011 | 5 | NOTICE of Appearance by Gregory C. Scheuring on behalf of MINE SAFETY APPLIANCES, INC.. (Scheuring, Gregory) (Entered: 07/29/2011) |
| 07/29/2011 | 6 | Disclosure Statement identifying None as corporate parent or other affiliate, by MINE SAFETY APPLIANCES, INC.. (Scheuring, Gregory) (Entered: 07/29/2011) |
| 08/04/2011 | 7 | Stipulation for Extension of Time to Answer by MINE SAFETY APPLIANCES, INC. Answer due from MINE SAFETY |

| | | |
|---|---|---|
| | | APPLIANCES, INC.. (Scheuring, Gregory) (Entered: 08/04/2011) |
| 08/04/2011 | | Update Answer Deadline: Answer due from MINE SAFETY APPLIANCES, INC. on 9/8/2011 (plh) (Entered: 08/05/2011) |
| 08/05/2011 | 8 | NOTICE of Appearance by Mary Grace Maley on behalf of 3M COMPANY. (Maley, Mary) (Entered: 08/05/2011) |
| 08/05/2011 | 9 | DEMAND for Trial by Jury by 3M COMPANY. (Maley, Mary) (Entered: 08/05/2011) |
| 08/05/2011 | 10 | Disclosure Statement identifying None as corporate parent or other affiliate, by 3M COMPANY. (Maley, Mary) (Entered: 08/05/2011) |
| 08/05/2011 | 11 | Stipulation for Extension of Time to Answer by 3M COMPANY Answer due from 3M COMPANY on 9/7/2011. (Maley, Mary) (Entered: 08/05/2011) |
| 09/07/2011 | 12 | ANSWER to 1 Complaint, *with Affirmative Defenses and Demand for Jury Trial* by 3M COMPANY. (Maley, Mary) (Entered: 09/07/2011) |
| 09/07/2011 | 13 | NOTICE *of Tag Along Action* by 3M COMPANY (Maley, Mary) (Entered: 09/07/2011) |
| 09/08/2011 | 14 | ANSWER to 1 Complaint, *Affirmative Defenses*, CROSSCLAIM against 3M COMPANY by MINE SAFETY APPLIANCES, INC.. (Geiger, William) (Entered: 09/08/2011) |
| 09/26/2011 | 15 | ANSWER to 14 Crossclaim of MINE SAFETY APPLIANCES COMPANY, CROSSCLAIM against Any Co-Defendant, Additional Defendant or Third-Party DefendantS by 3M COMPANY. (Maley, Mary) Modified on 9/27/2011. (jsp) (Entered: 09/26/2011) |
| 10/03/2011 | 16 | ANSWER to 15 Answer to Crossclaim, by MINE SAFETY APPLIANCES, INC.. (Geiger, William) (Entered: 10/03/2011) |
| 10/20/2011 | 17 | RESPONSE to 12 Affirmative Defenses, filed by DENA COCKRAM, DOUGLAS LEON COCKRAM. (Luckasevic, Jason) Modified on 10/21/2011. (plh) (Entered: 10/20/2011) |
| 10/20/2011 | 18 | RESPONSE to 14 Affirmative Defenses Crossclaim, filed by DENA COCKRAM, DOUGLAS LEON COCKRAM. (Luckasevic, Jason) Modified on 10/21/2011. (plh) (Entered: 10/20/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/24/2011 14:25:30 | | | |
| PACER Login: | lc0009 | Client Code: | 5745-2350P |
| Description: | Docket Report | Search Criteria: | 2:11-cv-00915-RCM |
| Billable Pages: | 3 | Cost: | 0.24 |