ATTORNEYS AT LAW

333 BUSH STREET, 30TH FLOOR   SAN FRANCISCO, CALIFORNIA 94104-2834

*www.sedgwicklaw.com*   415.781.7900 *phone*   415.781.2635 *fax*

# Sedgwick LLP

October 21, 2011

**VIA ECF FILING**

Jeffery N. Luthi
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:   *Suzanne Quiroz-Greene, et al. v. Thomas Dee Engineering Company, et al.*
      U.S. District Court, Northern District Of California, Case No. 3:11-cv-05133-NC
      Our File No.: 00045-079666

Dear Mr. Luthi:

On behalf of our client, General Electric Company ("GE"), we write to inform the Judicial
Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" asbestos case
currently pending in the United States District Court for the Northern District of California.

Plaintiffs in the above-referenced matter has initiated a wrongful-death asbestos-related
action.  Plaintiffs allege that decedent LeJon Greene was exposed to asbestos-containing
products at his job sites.  Thus, this action involves common questions of fact with numerous
other asbestos actions previously transferred by the Panel pursuant to 28 U.S.C. § 1407.
Accordingly, GE requests that the Panel transfer this case to the Eastern District of
Pennsylvania for consolidated pretrial proceedings.

This "tag-along" case was removed to the United States District Court for the Northern
District of California on October 19, 2011.  Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's
Rules of Procedure, the panel is authorized to enter a conditional transfer order or file an
order to show cause why this action should not be transferred.

I enclose plaintiffs' complaint in this action, as well as the docket sheet for this case in the
United States District Court for the Northern District of California.

October 21, 2011
Page 2

Plaintiffs in this action are represented by David R. Donadio of Brayton Purcell LLP, 222 Rush Landing Road, Novato, California 94948-6169 (telephone: (415) 898-1555; fax: (415) 898-1247).

Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

Regards,

Allison M. Low
Sedgwick LLP

Enclosure

cc: (via facsimile only) (w/out enclosure)

Brayton Purcell

DAVID R. DONADIO, ESQ., S.B. #154436
JASON M. ROSE, ESQ., S.B. #265984
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato CA 94948-6169
(415) 898-1555

Attorneys for Plaintiffs

**ENDORSED**
**F I L E D**
*San Francisco County Superior Court*

SEP – 1 2011

CLERK OF THE COURT
BY: _____ DENNIS TOYAMA
Deputy Clerk

ASBESTOS
CASE MANAGEMENT CONFERENCE

AUG 1 6 2012 1:30 PM

DEPARTMENT   220

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SAN FRANCISCO

SUZANNE QUIROZ-GREENE, as
Wrongful Death Heir, and as Successor-in-
Interest to LeJON GREENE, Deceased;
and SERENA GREENE, a minor, by and
through her Guardian Ad Litem,
SUZANNE QUIROZ-GREENE, as Legal
Heirs of LeJON GREENE, Deceased,

            Plaintiffs,

vs.

THOMAS DEE ENGINEERING
COMPANY; Defendants as Reflected on
Exhibit 1, Exhibit H, Exhibit I, attached to
the Summary Complaint herein; and DOES
1-8500.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

ASBESTOS
No.  **C G C - 1 1 - 2 7 5 8 8 7**

COMPLAINT FOR SURVIVAL,
WRONGFUL DEATH - ASBESTOS

     1.     LeJON GREENE (hereinafter and in the Complaint referred to as "decedent")

died on October 2, 2010, as a result of the asbestos-related disease(s) set forth on Exhibit A.

     2.     SUZANNE QUIROZ-GREENE is the Successor-in-Interest to decedent.

     3.     SUZANNE QUIROZ-GREENE is in the process of petitioning the court to be

appointed Guardian Ad Litem, of the minor plaintiff SERENA GREENE, whose date of birth is

January 10, 1997, and will give notice of such appointment when the order is obtained.

///

///

THIS CASE IS SUBJECT TO
MANDATORY ELECTRONIC FILING
PURSUANT TO AMENDED G.O. 158

K:\injured\114665\PLD\cmp-wdsrv2.wpd

1

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

4.    The heirs-at-law of decedent and their relationships to the decedent are:

| NAME | AGE | RELATIONSHIP TO DECEDENT |
|------|-----|--------------------------|
| SUZANNE QUIROZ-GREENE | 49 Years | Spouse |
| SERENA GREENE | Under 18 | Daughter |

5.    Plaintiffs bring this action as specified in Section 377.60 of the Code of Civil Procedure as decedent's legal heirs.

6.    At all times prior to his death, decedent was a faithful and dutiful spouse to plaintiff SUZANNE QUIROZ-GREENE and parent to plaintiff children.

.7.    Plaintiffs' claims are as set forth in **©Brayton❖Purcell Master Complaint for [Survival] [Loss of Consortium] Wrongful Death** (hereinafter "Master Complaint") - Asbestos No. 828684 filed March 3, 2003, in San Francisco Superior Court. A copy of the Master Complaint and General Order No. 55 may be obtained upon request from Brayton❖Purcell, and designated portions of the Master Complaint are incorporated by reference herein pursuant to the authority conferred by General Order No. 55. Plaintiffs' claims are as set forth in said Master Complaint against defendants herein as follows:

///

///

///

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

**DEFENDANTS\* ON EXHIBITS:**

| Cause of Action | B | B-1 | C | D | E | F | G | H | I | J | K | L | M | N | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First (Negligence-Survival) | ☒ | ☒ | | | ☐ | ☐ | ☐ | | | | ☐ | ☐ | ☐ | | |
| Second (Products Liability-Survival) | ☒ | ☒ | | | ☐ | ☐ | ☐ | | | | ☐ | ☐ | | | |
| Third (False Representation) As to Defendant METALCLAD INSULATION CORPORATION only. | ☒ | ☒ | | | | | | | | | | | | | |
| Fourth (Loss of Consortium) | | | ☐ | ☐ | ☐ | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | | |
| Fifth (Negligence-Wrongful Death) | ☒ | ☒ | | ☐ | ☐ | ☐ | | | | | ☐ | ☐ | ☐ | | |
| Sixth (Products Liability-Wrongful Death) | ☒ | ☒ | | ☐ | ☐ | | ☐ | | | | ☐ | ☐ | | | |
| Seventh (Premises Owner/Contractor Liability) | | ☒ | ☒ | ☐ | | | | | | | | | | | |
| Eighth, Ninth, Tenth (Unseaworthiness, Negligence [Jones Act],Maintenance and Cure) | | | | | ☐ | | | | | | | | | | |
| Eleventh (Longshore and Harbor Workers Compensation Act [LHWCA]) | | | | | | | | | | | | | | | |
| Twelfth, Thirteenth (F.E.L.A.) | | | | | | ☐ | | | | | | | | | |
| Fourteenth, Fifteenth (Respiratory Safety Devices) | | | | | | | ☐ | | | | | | | | |
| Sixteenth, Seventeenth (Brake Shoe Grinding) | | | | | | | ☐ | | | | | | | | |
| Eighteenth (Concert of Action) | | | | | | | | ☒ | | | | | | | |
| Nineteenth (Fraud, Deceit/Negligent Misrepresentation) | | | | | | | | | ☒ | | | | | | |
| Twentieth (Fraud and Deceit/Concealment) | | | | | | | | | ☒ | | | | | | |
| Twenty-First (Fraud and Deceit/Intentional Misrepresentation) | | | | | | | | | | ☐ | | | | | |
| Twenty-Second (Fraud/Deceit - Kent) | | | | | | | | | | | ☐ | | | | |
| Twenty-Third (Aiding/Abetting Battery - Met Life) | | | | | | | | | | | | | | ☐ | |

\*and their alternate entities as set forth in the Master Complaint or on any Exhibit.

1       8.     Decedent's asbestos-related injury, date of diagnosis, employment status, and

2 history of exposure to asbestos are as stated on Exhibit A.

3       9.     Paragraph 9 of the Master Complaint is amended to add the following sentence:

4 In part, and without limitation as to other defendants, defendant SUN SHIP, LLC,

5 manufactured, modified, serviced and/or repaired asbestos-containing ships and vessels.

6      10.     Plaintiffs do not make a claim for either false representation or punitive damages

7 against any named defendant herein, except as against defendant METALCLAD INSULATION

8 CORPORATION.

9 Dated:   8/31/11                BRAYTON❖PURCELL LLP

10

11                              By:

12                               David R. Donadio
                              Attorneys for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

1    <u>**EXHIBIT 1 - LIST OF DEFENDANTS**</u>

2

3    THOMAS DEE ENGINEERING COMPANY
     INGERSOLL-RAND COMPANY
4    METALCLAD INSULATION CORPORATION
5    PARKER-HANNIFIN CORPORATION
     CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION)
6    WESTERN MacARTHUR COMPANY
     MacARTHUR COMPANY
7    WESTERN ASBESTOS COMPANY
     SUN SHIP, LLC
8    FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)
     GENERAL DYNAMICS CORPORATION
9    GENERAL ELECTRIC COMPANY
     HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.)
10   LOCKHEED SHIPBUILDING COMPANY
     NATIONAL STEEL AND SHIPBUILDING COMPANY
11   TODD SHIPYARDS CORPORATION
     HOPEMAN BROTHERS, INC.
12   J.T. THORPE & SON, INC.
     and DOES 1-8500,
13

14       Defendants.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

1

## EXHIBIT A

2

Decedent's exposure to asbestos and asbestos-containing products occurred at various

3

locations both inside and outside the State of California, including but not limited to:

4

5

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Various shipyards, including, | Various ships, including, | Stage Rigger | early 1970s-2002 |
| Pacific Drydock, San Francisco, CA | Pacific Drydock, San Francisco, CA, various ships | | early to mid-1970s |
| Todd Shipyard, San Francisco, CA | Todd Shipyard, San Francisco, CA, various ships | | early 1970s-2002 |
| Service Engineering, San Francisco, CA | Service Engineering, San Francisco, CA, various ships | | early 1970s-2002 |
| Southwest Marine, San Francisco, CA | Southwest Marine, San Francisco, CA, various ships, including, | | early 1980s-2002 |
| | COMET (T-AK-269) | | |
| | CORAL SEA (CV-43) | | early 1980s-1993 |
| | METEOR (T-AKR-9) | | early 1980s-2001 |
| | MISSOURI (BB-63) | | early 1980s-1992 |
| | PYRO (AE-24) | | early 1980s-1997 |
| | ROANOKE (AOR-7) | | early 1980s-1998 |
| | WICHITA (AOR-1) | | early 1970s-1995 |
| | GRAND CANYON STATE (1965) | | 1986-2002 |
| | MERCY (T-AH-19) | | |
| Triple A Machine Shop, San Francisco, CA | Various ships at Triple A Machine Shop, San Francisco, CA and Naval Air Station, Alameda, CA, including, | Stage Rigger | mid 1970s-1987 (6 months to 1 year per ship) |
| | AUSTRAL LIGHTNING (1971) | | 7/1/1976-1987 |

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    ///                                                                      EXHIBIT A

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Triple A Machine Shop, San Francisco, CA (cont'd.) | Various ships at Triple A Machine Shop, San Francisco, CA and Naval Air Station, Alameda, CA, including, | Stage Rigger | mid 1970s-1987 (6 months to 1 year per ship) |
| | CORAL SEA (CV-43) | | mid 1970s-1987 |
| | ENTERPRISE (CVN-65) | | |
| | FANNING (FF-1076) | | |
| | FLINT (T-AE-32) | | |
| | GLOMAR EXPLORER (T-AG-193) | | |
| | H.H. HESS (T-AGS-38) | | |
| | HALEAKALA (AES-25) | | |
| | KANSAS CITY (AOR-3) | | |
| | KILAUEA (AE-26) | | |
| | KISKA (AE-35) | | |
| | MARS (AFS-1) | | |
| | MAUNA KEA (AE-22) | | |
| | MOUNT HOOD (AE-29) | | |
| | PRESIDENT GRANT (1971) | | |
| | PRESIDENT VAN BUREN (1967) | | |
| | PYRO (AE-24) | | |
| | SHASTA (T-AE-33) | | |
| | WICHITA (AOR-1) | | |
| | CARL VINSON (CVN-70) | | 1982-1987 |
| | KEYSTONE CANYON (1978) | | 1978-1987 |

EXHIBIT A

1

## EXHIBIT A (cont'd.)

2

3     Decedent's exposure to asbestos and asbestos-containing products caused severe and

4     permanent injury to the decedent, including, but not limited to breathing difficulties and/or

5     other lung damage. Decedent was diagnosed with lung cancer on or about September 2010, and

6     with asbestosis and asbestos-related pleural disease on or about May 2011.

7     Decedent stopped working on September 8, 2010, due to his lung cancer.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                                                          **EXHIBIT A**

# EXHIBIT B

1                 <u>EXHIBIT B</u>

2   <u>DEFENDANTS</u>

| | |
|---|---|
| THOMAS DEE ENGINEERING COMPANY | SUN SHIP, LLC |
| INGERSOLL-RAND COMPANY | GENERAL DYNAMICS CORPORATION |
| METALCLAD INSULATION CORPORATION | GENERAL ELECTRIC COMPANY |
| PARKER-HANNIFIN CORPORATION | HUNTINGTON INGALLS INCORPORATED |
| CBS CORPORATION (FKA VIACOM INC., FKA | (FKA NORTHROP GRUMMAN |
| WESTINGHOUSE ELECTRIC CORPORATION) | SHIPBUILDING, INC.) |
| WESTERN MacARTHUR COMPANY | LOCKHEED SHIPBUILDING COMPANY |
| MacARTHUR COMPANY | NATIONAL STEEL AND SHIPBUILDING |
| WESTERN ASBESTOS COMPANY | COMPANY |
| FOSTER WHEELER LLC (FKA FOSTER | TODD SHIPYARDS CORPORATION |
| WHEELER CORPORATION) | DOES 1-800 |

9                 <u>ALTERNATE ENTITY</u>

| | |
|---|---|
| THOMAS DEE ENGINEERING COMPANY | THOMAS DEE ENGINEERING CO., INC.<br>DEE ENGINEERING COMPANY |
| INGERSOLL-RAND COMPANY | INGERSOLL-DRESSER PUMP<br>DRESSER-RAND CO.<br>PACIFIC PUMP WORKS<br>FLOWSERVE CORPORATION<br>INGERSOLL ROCK DRILL COMPANY<br>TERRY STEAM TURBINE CO.<br>WHITON MACHINE COMPANY<br>RAND DRILL COMPANY<br>RAND & WARING DRILL AND COMPRESSOR COMPANY<br>INGERSOLL-SERGEANT<br>SCHLAGE LOCK COMPANY<br>VON DUPRIN<br>THE TORRINGTON COMPANY<br>BLAW-KNOX COMPANY<br>ALDRICH PUMPS<br>HUSSMANN CORPORATION |
| METALCLAD INSULATION CORPORATION | NORTHERN CALIFORNIA INSULATION, INC.<br>SWEETSER ENTERPRISES<br>PACIFIC ASBESTOS & SUPPLY<br>PACIFIC INSULATION SERVICES, INC.<br>KEMPER CONSULTANTS, INC. |
| PARKER-HANNIFIN CORPORATION | SACOMA-SIERRA, INC.<br>SACOMA MANUFACTURING COMPANY<br>E.I.S. AUTOMOTIVE CORPORATION<br>CONDREN CORPORATION, THE<br>PARKER SEAL COMPANY<br>DENISON HYDRAULICS INC.<br>GREER HYDRAULICS CORPORATION |
| FOSTER WHEELER LLC | FOSTER WHEELER CORPORATION |

28   ///                                      EXHIBIT B

1                              EXHIBIT B (cont'd.)

2                              ALTERNATE ENTITY

| | |
|---|---|
| **WESTERN MacARTHUR COMPANY** | WESTERN ASBESTOS CO.<br>MAC ARTHUR COMPANY<br>BAY CITIES ASBESTOS COMPANY<br>F.K. PINNEY, INC. |
| **CBS CORPORATION (F/K/A VIACOM INC., F/K/A WESTINGHOUSE ELECTRIC CORPORATION)** | VIACOM, INC.<br>CBS CORPORATION<br>WESTINGHOUSE ELECTRIC CORPORATION<br>WESTINGHOUSE ELECTRIC AND MANUFACTURING COMPANY<br>B.F. STURTEVANT<br>KPIX TELEVISION STATION<br>PARAMOUNT COMMUNICATIONS, INC<br>GULF & WESTERN INDUSTRIES, INC.<br>NORTH & JUDD MANUFACTURING COMPANY |
| **SUN SHIP, LLC** | KEE LEASING COMPANY<br>SUN LEASING COMPANY<br>SUN SHIP, INC.<br>SUN TRANSPORT, INC. |
| **GENERAL DYNAMICS CORPORATION** | CONVAIR<br>VULTEE AIRCRAFT INC.<br>CONSOLIDATED VULTEE AIRCRAFT CORPORATION<br>ASBESTOS CORPORATION LIMITED |
| **GENERAL ELECTRIC COMPANY** | MATTERN X-RAY<br>HOTPOINT ELECTRIC APPLIANCE COMPANY LIMITED<br>TRUMBULL ELECTRIC MANUFACTURING COMPANY<br>G E INDUSTRIAL SYSTEMS<br>CURTIS TURBINES<br>PARSONS TURBINES<br>GENERAL ELECTRIC JET ENGINES |
| **HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.)** | AVONDALE INDUSTRIES, INC.<br>AVONDALE SHIPYARDS, INC.<br>CONTINENTAL MARITIME INDUSTRIES, INC.<br>EASTERN IDAHO CONSTRUCTION COMPANY<br>INGALLS SHIPBUILDING, INC.<br>NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY<br>NORTH CAROLINA SHIPBUILDING<br>NORTHROP GRUMMAN SHIP SYSTEMS, INC.<br>SERVICE ENGINEERING INDUSTRIES, INC. |
| **LOCKHEED SHIPBUILDING COMPANY** | LOCKHEED SHIPBUILDING AND CONSTRUCTION COMPANY<br>PUGET SOUND BRIDGE & DRY DOCK COMPANY<br>PUGET SOUND BRIDGE & DREDGING COMPANY |

28                                               EXHIBIT B

# EXHIBIT B-1

1          **EXHIBIT B-1**

2    <u>DEFENDANTS</u>

3    HOPEMAN BROTHERS, INC.
     J.T. THORPE & SON, INC.
4    THOMAS DEE ENGINEERING COMPANY

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                          **EXHIBIT B-1**

# EXHIBIT C

1

<u>EXHIBIT C</u>

2

<u>DEFENDANTS</u>

3

HOPEMAN BROTHERS, INC.                     MacARTHUR COMPANY
J.T. THORPE & SON, INC.                     WESTERN ASBESTOS COMPANY

4

THOMAS DEE ENGINEERING COMPANY              DOES 1001-2000
WESTERN MacARTHUR COMPANY

5

6

CONTRACTOR

7

| <u>DEFENDANTS</u> | <u>LOCATION</u> | <u>TIME PERIOD</u> |
|---|---|---|

8

| HOPEMAN BROTHERS, INC. | Various | Various |

9

| J.T. THORPE & SON, INC. | Various | Various |

10

| THOMAS DEE ENGINEERING COMPANY | Various | Various |

11

12

| WESTERN MacARTHUR COMPANY/MacARTHUR COMPANY/WESTERN ASBESTOS COMPANY | Various | Various |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT C**

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT H

1

<u>EXHIBIT H</u>

2 <u>DEFENDANTS</u>

3 DOES 5000-8000

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT H

K:\Injured\11466SPLD\cmp-edsrv2.wpd

19

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT I

1                                    <u>EXHIBIT 1</u>

2    <u>DEFENDANTS</u>

3    DOES 5000-7500

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                                              **EXHIBIT 1**

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:11-cv-05133-JSC

Quiroz-Green et al v. Thomas Dee Engineering Company et al   Date Filed: 10/19/2011
Assigned to: Magistrate Judge Jacqueline Scott Corley   Jury Demand: None
Case in other court: San Francisco County Superior Court,   Nature of Suit: 368 P.I. : Asbestos
CGC 11-275887   Jurisdiction: Federal Question
Cause: 28:1442 Petition for Removal

## Plaintiff

**Suzanne Quiroz-Green**
*as Wrongful Death Heir, and as*
*Successor-in-Interest to LeJon Green,*
*Deceased*

represented by **David R. Donadio**
Brayton Purcell LLP
222 Rush Landing Road
PO Box 6169
Novato, CA 94948-6169
415-898-1555
Fax: 415-898-1247
Email: DDonadio@braytonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Michael Rose**
Brayton Purcell
222 Rush Landing Rd
Novato, CA 94948
415-898-1555
Email: Jrose@braytonlaw.com
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Serena Green**
*a minor, by and through her Guardian*
*Ad Litem, Suzanne Quiroz-Greene, as*
*Legal Heirs of LeJon Green, Deceased*

represented by **David R. Donadio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Michael Rose**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

## Defendant

## Thomas Dee Engineering Company

**Defendant**

**Ingersoll-Rand Company**

**Defendant**

**Metalclad Insulation Corporation**

**Defendant**

**Parker-Hannifin Corporation**

**Defendant**

**CBS Corporation**
*formerly known as*
Viacom Inc.
*formerly known as*
Westinghouse Electric Corporation

**Defendant**

**Western MacArthur Company**

**Defendant**

**MacArthur Company**

**Defendant**

**Western Asbestos Company**

**Defendant**

**Sun Ship, LLC**

**Defendant**

**Foster Wheeler LLC**
*formerly known as*
Foster Wheeler Corporation

**Defendant**

**General Dynamics Corporation**

**Defendant**

**General Electric Company**

**Defendant**

**Huntington Ingalls Incorporated**
*formerly known as*
Northrop Grumman Shipbuilding, Inc.

**Defendant**

**Lockheed Shipbuilding Company**                represented by  **Guy P. Glazier**
                                                                 Knott & Glazier LLP
                                                                 601 S. Figueroa Street

Suite 1950
Los Angeles, CA 90017
213-312-9200
Fax: 213-312-9201
Email: glazier@knottglazier.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael David Smith**
Knott and Glazier LLP
201 Spear Street
Suite 1520
San Francisco, CA 94105
415-356-1100
Email: smith@knottglazier.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Steel and Shipbuilding
Company**

**Defendant**

**Todd Shipyards Corporation**

**Defendant**

**Hopeman Brothers, Inc.**

**Defendant**

**J.T. Thorpe & Son, Inc.**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/19/2011 | 1 | NOTICE OF REMOVAL from San Francisco County Superior Court. Their case number is CGC 11-275887. (Filing fee $350 receipt number 34611065987). Filed by Lockheed Shipbuilding Company. (mjj2, COURT STAFF) (Filed on 10/19/2011) (Entered: 10/20/2011) |
| 10/19/2011 | 1 | ANSWER to Complaint by Lockheed Shipbuilding Company. (mjj2, COURT STAFF) (Filed on 10/19/2011) (Entered: 10/20/2011) |
| 10/19/2011 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 2/2/2012. Case Management Conference set for 2/9/2012 01:30 PM in Courtroom F, 15th Floor, San Francisco. (Attachments: # 1 Standing Order, # 2 Standing Order for all Judges)(mjj2, COURT STAFF) (Filed on 10/19/2011) (Entered: 10/20/2011) |
| 10/19/2011 | 3 | NOTICE of Pendency of Other Actions by Lockheed Shipbuilding Company (mjj2, COURT STAFF) (Filed on 10/19/2011) (Entered: 10/20/2011) |
| 10/19/2011 | 4 | Certificate of Interested Entities by Lockheed Shipbuilding Company identifying Other Affiliate Nationwide Indemnity for Lockheed Shipbuilding |

| | | Company. (mjj2, COURT STAFF) (Filed on 10/19/2011) (Entered: 10/20/2011) |
|---|---|---|
| 10/19/2011 | 5 | NOTICE - Disclosure Statement by Lockheed Shipbuilding Company (mjj2, COURT STAFF) (Filed on 10/19/2011) (Entered: 10/20/2011) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/20/2011 17:18:27 | | |
| **PACER Login:** sd0076 | **Client Code:** | 05045-079666 |
| **Description:** | Docket Report | **Search Criteria:** 3:11-cv-05133-JSC |
| **Billable Pages:** 2 | **Cost:** | 0.16 |