UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| CHARLES C. ALBRECHT and<br>LAURA ALBRECHT, | Civil Action<br>№ 11 Civ 5990 (BSJ) (MHD) |
| Plaintiffs, | <u>Oral Argument Requested</u> |
| - against - | |
| A.O. SMITH WATER PRODUCTS, *et al.*, | NOTICE OF MOTION SEEKING<br>RECONSIDERATION OF<br><u>ORDER DENYING REMAND</u> |
| Defendants. | |

------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the Declaration In Support of plaintiffs' motion for relief from this Court's October 21, 2011 Order denying plaintiffs' remand motion, and the previous pleadings in this case, plaintiffs Charles C. Albrecht and Laura Albrecht, by their attorneys, WEITZ & LUXENBERG, P.C., will move this Court before the Honorable Barbara S. Jones, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and at a time to be designated by the Court, pursuant to Federal Rule of Civil Procedure 60(b), to reconsider and vacate the October 21, 2011 Memorandum and Order, and to remand their case to the Supreme Court of the State of New York, County of New York, where it originated, pursuant to 28 U.S.C. §§ 1446(c)(4), and 1447, and for other relief the Court deems just and proper.

Dated: New York, New York
October 21, 2011

**WEITZ & LUXENBERG, P.C.**
*Attorneys for Plaintiffs*
700 Broadway
New York, New York 10003
(212) 558-5500


//ss// *Alani Golanski*
_____
**Alani Golanski [AG/8165]**

TO:   All Counsel via ECF Filing