UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| **CHARLES C. ALBRECHT** and<br>**LAURA ALBRECHT,** | Civil Action<br>№ 11 Civ 5990 (BSJ) (MHD) |
| Plaintiffs, | <u>Oral Argument Requested</u> |
| - against - | |
| **A.O. SMITH WATER PRODUCTS,** *et al.*, | NOTICE OF SECOND MOTION<br>FOR SUMMARY REMAND TO<br>STATE COURT DUE TO LACK |
| Defendants. | OF SUBJECT MATTER |

-------------------------------------------------------------x <u>JURISDICTION</u>

PLEASE TAKE NOTICE that upon the Declaration In Support of Plaintiffs' Second Motion For Summary Remand, the exhibits annexed thereto, and the previous pleadings in this case, plaintiffs Charles C. Albrecht and Laura Albrecht, by their attorneys, WEITZ & LUXENBERG, P.C., will move this Court before the Honorable Barbara S. Jones, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and at a time to be designated by the Court, to remand their case to the Supreme Court of the State of New York, County of New York, where it originated, pursuant to 28 U.S.C. §§ 1446(c)(4) and 1447, and for other relief the Court deems just and proper.

Dated: New York, New York
       October 24, 2011

**WEITZ & LUXENBERG, P.C.**
*Attorneys for Plaintiffs*
700 Broadway
New York, New York 10003
(212) 558-5500


//ss// *Alani Golanski*
_____
**Alani Golanski [AG/8165]**

TO:   All Counsel via ECF Filing