145

```
 1   SUPREME COURT

 2   ALL COUNTIES WITHIN THE STATE OF NEW YORK CITY

 3   - - - - - - - - - - - - - - - - - - - - - - -x

 4   In Re:  NEW YORK CITY ASBESTOS LITIGATION

 5   - - - - - - - - - - - - - - - - - - - - - - -x

 6          This Document Relates To:

 7          CHARLES ALBRECHT              VOLUME III

 8          INDEX NUMBER:  190152-11

 9   - - - - - - - - - - - - - - - - - - - - - - -x

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

146

```
1       Transcript of the deposition of CHARLES
2   ALBRECHT, called for Oral Examination in the
3   above-captioned matter, said deposition being taken
4   pursuant to Federal Rules of Civil Procedure by and
5   before Patricia Bach-Schweickert, a Notary Public and
6   Short hand Reporter, at 39 New York Avenue,
7   Smithtown, New York, on July 27, 2011, commencing at
8   approximately 1:00 in the afternoon.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

147

1    INDEX

```
 7              IT IS FURTHER STIPULATED AND AGREED that

 8     the transcript may be signed before any Notary Public

 9     with the same force and effect as if signed before a

10     Clerk or Judge of the court.

11              IT IS FURTHER STIPULATED AND AGREED that

12     the within examination may be utilized for all

13     purposes as provided by the CPLR.

14              IT IS FURTHER STIPULATED AND AGREED that

15     all rights provided to all parties by the CPLR shall

16     not be deemed waived and the appropriate sections of

17     the CPLR shall be controlling with respect thereto.

18              IT IS FURTHER STIPULATED AND AGREED by and

19     between the attorneys for the respective parties

20     hereto that a copy of this Examination shall be

21     furnished, without charge, to the attorney

22     representing the witness testifying herein.

23

24

25
```

                                                        153

```
 1     C H A R L E S   A L B R E C H T,

 2     called as a witness, having been first

 3     duly sworn by a Notary Public of the

 4     State of New York, was examined and

 5     testified as follows:

 6     CONTINUED EXAMINATION

 7     BY MR. HARFORD:
```

```
 8          Q    Okay, Mr. Albrecht --
 9          A    Yes, sir.
10          Q    --welcome to day three of your
11   deposition.
12          A    Thank you.
13          Q    You understand your testimony is still
14   under oath today, like in front of a judge and jury?
15          A    Yes.
16          Q    I just want to review a couple of
17   instructions.  I neglected to do it during day two.
18   I thought we were talking over each other a little
19   bit on day two.
20               Remember there's a court reporter sitting
21   to your right, to my left.  She's going to write down
22   everything that I ask you and everything we say.
23   It's very important that we don't speak at the same
24   time, okay?
25          A    Okay.
```

                    Charles Albrecht                    154

```
 1          Q    And your answers have to be verbal.
 2   Yesterday there was a couple of uh-hums and those
 3   sort of answers.  If it's a yes or no question say
 4   yes or say no.  Try to avoid uh-hums and nods of the
 5   head or something like that.  She can't take that
 6   down, okay?
 7          A    Okay.
 8          Q    I just want to step back and review a few
```

```
 9      quick things to clear up the record from yesterday.
10      I just had a couple of follow-up questions on Chanute
11      Air Force Base when you were there.  Did you ever go
12      into White Hall?  Do you recall being in that
13      building?  Do you recall the name at all?
14           A    (Whereupon, the witness nodded
15      negatively.)
16           Q    You've got to give a verbal answer.
17           A    I said no.
18           Q    Okay.  Did you ever go to Heritage Lake?
19           A    No.
20           Q    Are you familiar with that location on
21      that base?
22           A    No.
23           Q    We were talking about your military
24      service yesterday.  And I want to clear up the years,
25      if I can.  You testified you served from 1950 to 1954
```

                        Charles Albrecht                  155

```
 1      and you were honorably discharged from the Air Force
 2      in 1954; correct?
 3           A    Yes.
 4           Q    Then in '54 you served three years in the
 5      reserve for the Air Force at Floyd Bennett Field; is
 6      that correct?
 7           A    Yes.
 8           Q    And that was for the Air National Guard;
 9      correct?
```

```
10          A    That was Army National Guard and Air
11   National Guard.
12          Q    And your service was once a month during
13   that time?
14          A    Yes.
15          Q    After those three years were up, did you
16   leave the military entirely or did you serve reserves
17   in some other context, immediately after those three
18   years?
19          A    No.  After those three years were up I
20   served immediately.
21          Q    Okay.  Is that the time period when you
22   were in the reserves with the Army and the Air Force?
23          A    Yeah.  Basically, yeah.
24          Q    Do you recall which military branch you
25   were with first?
```

                        Charles Albrecht                   156

```
1            MR. KRAFT:  If you don't recall tell him
2        you don't recall.  Your military records are
3        going to have all this information.
4            THE WITNESS:  Okay.
5       A    I don't have all that information.
6       Q    Okay.  Did you serve for about 20 years
7   between the Air Force and the Army at that time?
8       A    Yes.
9       Q    So that would have spanned between
10  approximately 1957 and 1977?
```

11      A    Yes.

12      Q    And during that 20 year period you

13 reported for duty in Ozone Park, right, and Islip

14 Airport?

15      A    Yes.

16      Q    During that 20 years how frequently did

17 you report to duty?

18      A    Once a month.

19      Q    And during the entirety of your reserves

20 was your rank staff sergeant?

21      A    Yes.

22      Q    Before you went into the military in 1950

23 you testified that you went to high school at Queens

24 Vocational High School for about two years.  Do you

25 recall that testimony from yesterday?

                    Charles Albrecht                157

1       A    When I was in the military for

2 three years.

3       Q    No.  Before you went into the military

4 you attended high school at Queens Vocational for two

5 years; correct?

6       A    Yes.

7       Q    Okay.  And that was from '48 to '50;

8 correct?

9       A    Right.

10      Q    Do you remember the first job you ever

11 had, whether it was in high school or thereafter?

```
12          A    No.
13          Q    Let me see if I can help you.  I'm going
14   to read from your Social Security records that were
15   produced to us in this case; okay?
16          A    Okay.
17          Q    It indicates in 1949 you worked for a
18   company called Plasel Manufacturing in Queens,
19   New York.  You made about $98.00 in 1949.  Do you
20   recall working for that employer?
21          A    No, I don't.
22          Q    Do you recall what the first job you ever
23   had was in your life?
24          A    No.
25          Q    Okay, the next employer in the Social
```

                    Charles Albrecht                    158

```
1    Security records indicates Lockheed Aircraft Service
2    New York, Inc., do you recall working for that
3    company?
4           A    Yes.
5           Q    And it indicates that you worked for that
6    company in 1954 from January to approximately June of
7    that year; does that sound correct to you?
8           A    I don't know.
9           Q    As you sit here today do you have any
10   recollection for how long you worked for that
11   employer?
12               MR. KRAFT:  How long did you work for
```

```
13        Lockheed?
14        A    As far as I know it was like five weeks.
15   I don't know what that says.
16             MR. KRAFT:  Social Security records don't
17        give how long.  It's just a general time period.
18             THE WITNESS:  Okay.
19        Q    Was Lockheed your employer during that
20   time?
21        A    Yes.
22        Q    Did you have a job title?
23        A    A what?
24        Q    Did you have a job title during the time
25   you worked at Lockheed?
```

                        Charles Albrecht                    159

```
1         A    Yeah.  I guess I was an aircraft mechanic
2    -- supposedly.
3         Q    Was that your first job as an aircraft
4    mechanic?
5         A    When I got out of the service, yes.
6         Q    Okay.  So excluding the service, that was
7    your first paid employment as an aircraft mechanic?
8              MR. KRAFT:  Objection.  That he recalls.
9              MR. HARFORD:  Everything is what he
10        recalls.
11             MR. KRAFT:  Okay.
12        Q    Excluding any duties you may have had
13   relating to any aviation work, as you sit here today
```

```
14    have you any reason to believe you worked with or
15    around any asbestos-containing materials at that
16    employment?
17              MS. YEE:  Objection.
18         A    At that particular time, no.
19         Q    Do you recall the next employer that you
20    worked for?
21         A    After Lockheed -- I believe -- I believe
22    it was Republic, if I'm not mistaken.
23         Q    Okay.  And your Social Security records
24    indicate you worked for Republic from 1954 to 1955;
25    is that correct?
```

                    Charles Albrecht                    160

```
1          A    I guess -- yes.
2          Q    Do you recall the full name of your
3     employer during that time, when you say Republic?
4          A    Republic Aviation, Inc., Republic
5     Aviation.
6          Q    Is that a company?
7          A    Yes.
8          Q    Where are they located?
9          A    Farmingdale, New York -- they were.
10         Q    And where did you work for Lockheed, by
11    the way?  I neglected to ask you that question.
12         A    Idlewild Airport.
13         Q    Did you have a job title when you worked
14    at Republic?
```