UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL 875 – IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:

CONDITIONAL TRANSFER ORDER (CTO-439)

-----------------------------------------------------------------x

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| CHARLES C. ALBRECHT and<br>LAURA ALBRECHT, | Civil Action<br>Nº 11 Civ 5990 (BSJ) (MHD) |
| Plaintiffs, | |
| - against - | |
| A.O. SMITH WATER PRODUCTS, *et al.*, | |
| Defendants. | |

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on the ___25th___ day of ___October___, 2011, a true and correct copy of the Supplemental Brief in Further Support of Motion to Vacate Conditional Transfer Order, and the exhibits annexed thereto, was served on all counsel of record before this Panel, via the ECF electronic filing system.

I hereby also certify that on the ___25th___ day of ___October___, 2011, a true and correct copy of the Supplemental Brief in Further Support of Motion to Vacate Conditional Transfer Order, and the exhibits annexed thereto, was served on the following counsel of record in this case, via electronic transmission at email addresses designated by such counsel:

Robert Gunn, Esq.
Smith Abbott
90 Broad Street, 4th Floor
New York, NY 10004
rgunn@smithabbot.com
Counsel for Abex/Pneumo Abex

Carol G. Snider
Damon & Morey
The Avant Building
200 Delaware Avenue, Suite 1200
Buffalo, NY 14202
csnider@damonmorey.com
Counsel for American Cyanamid/Cytec

Joseph D'Avanzo, Esq.
Wilson, Elser Moskowitz, Edelman & Dicker
150 E. 42nd Street
New York, NY 10017
joseph.d'avanzo@wilsonelser.com
Counsel for Boeing

Gary Casimir, Esq.
Darger, Errante Yavitz & Blau
116 E. 27th Street
New York, NY 10016
gcasimir@deybllp.com
Counsel for Dana

Nancy McDonald
McElroy, Deutsch, Mulvaney, & Carpenter
1300 Mount Kemble Avenue
Morristown, NJ 07962
NMCDONALD@MDMC-LAW.COM
Counsel for Eaton/Aeroquip

William Quakenboss, Esq.
Smith Stratton Wise Heher & Brennan
2 Research Way
Princeton, NJ 08540
WQUAKENBOSS@SMITHSTRATTON.COM
Counsel for Goodrich/Rohr

Scott Harford, Esq.
Lynch Daskal & Emery
264 W. 40th Street
New York, NY 10018
harford@lawlynch.com
Counsel for Goodyear/Goodyear Canada/Georgia Pacific

Don Pugliese
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173
DPUGLIESE@MWE.COM
Counsel for Honeywell/Bendix

Christopher C. Land, Esq.
Goodwin Proctor
53 State Street
Boston, Massachusetts 02109
cland@goodwinprocter.com
Counsel for Henkel

Keith O'Connor, Esq.
Braaten & Pascarella
2430 Route 34
Manasquan, NJ 08736
ko@pehli.com
Counsel for Ingersoll Rand

David Paul, Esq.
Leader & Berkon
630 Third Avenue, 17th Floor
New York, NY 10017
dpaul@leaderberkon.com
Counsel for IMO/ADEL

KerryAnn Cook, Esq.
McGivney & Kluger
80 Broad Street, 23rd Floor
New York, NY 10004
kmcgivney@mklaw.us.com
Counsel for Kentile

3

Laura Yee, Esq.
Knott & Glazier, LLP
201 Spear Street, Suite 1520
San Francisco, California 94105
yee@knottglazier.com
Counsel for Lockheed Martin

Art Bromberg, Esq.
Weiner Lesniak
888 Veterans Memorial Highway, Suite 540
Hauppauge, NY 11788
abromberg@weinerlesniak.com
Counsel for Lockheed Martin

John J. Fanning, Esq.
Cullen & Dykman
177 Montague Street
Brooklyn, NY 11201
jfanning@cullenanddykman.com
Counsel for Mario & Dibono

Charles Benjamin, Esq.
McCarter & English
100 Mulberry Street
Newark, NJ 07102
cbenjamin@mccarter.com
Counsel for Parker Hannifin

Thomas Canevari
Freehill, Hogan and Mahar, LLP
80 Pine Street
New York, NY 10005
canevari@freehill.com
Counsel for Rolls Royce

Ayesha Bell Hardaway
Tucker, Ellis & West
1150 Huntington Building
Cleveland, Ohio 44115
ayesha.hardaway@tuckerellis.com
Counsel for UTC/Pratt & Whitney

John F. Renzulli, Esq.
Renzulli Law Firm
81 Main Street, Suite 508
925 Euclid Avenue
White Plains, NY 10601
jrenzulli@renzullilaw.com
Counsel for UTC/Pratt & Whitney

Grace Demario, Esq.
Malaby & Bradley
150 Broadway, Suite 600
New York, NY 10038
gdemario@mblaw.net
Counsel for Westinghouse

//ss// *Alani Golanski*
―――――――――――――――――
Alani Golanski, Esq. (AG/8165)