**ATTORNEYS AT LAW**

333 BUSH STREET, 30TH FLOOR   SAN FRANCISCO, CALIFORNIA 94104-2834

*www.sedgwicklaw.com*   415.781.7900 *phone*   415.781.2635 *fax*

# Sedgwick LLP

October 25, 2011

**VIA ECF FILING**

Jeffery N. Luthi
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:   *Suzanne Quiroz-Greene v. Thomas Dee Engineering Company, et al.*
      U.S. District Court, Northern District Of California, Case No. 3:11-cv-05133-NC
      Our File No.: 00045-079666

Dear Mr. Luthi:

On October 24, 2011, I filed a letter to inform the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" asbestos case currently pending in the United States District Court for the Northern District of California, which contained a clerical error. This letter can be identified as Document No. 7970. I would like to withdraw that letter.

Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

Regards,

Allison M. Low
Sedgwick LLP

cc: (via facsimile only)

Brayton*Purcell

SF/2570011v1