ADRMOP

# U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:11-cv-05133-CW

| | |
|---|---|
| Quiroz-Green et al v. Thomas Dee Engineering Company et al | Date Filed: 10/19/2011 |
| | Jury Demand: Defendant |
| Assigned to: Hon. Claudia Wilken | Nature of Suit: 368 P.I. : Asbestos |
| Case in other court: San Francisco County Superior Court, CGC 11-275887 | Jurisdiction: Federal Question |
| Cause: 28:1442 Petition for Removal | |

**Plaintiff**

**Suzanne Quiroz-Green**
*as Wrongful Death Heir, and as Successor-in-Interest to LeJon Green, Deceased*

represented by **David R. Donadio**
Brayton Purcell LLP
222 Rush Landing Road
PO Box 6169
Novato, CA 94948-6169
415-898-1555
Fax: 415-898-1247
Email: DDonadio@braytonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Michael Rose**
Brayton Purcell
222 Rush Landing Rd
Novato, CA 94948
415-898-1555
Email: Jrose@braytonlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Serena Green**
*a minor, by and through her Guardian Ad Litem, Suzanne Quiroz-Greene, as Legal Heirs of LeJon Green, Deceased*

represented by **David R. Donadio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Michael Rose**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Thomas Dee Engineering Company**

**Defendant**

**Ingersoll-Rand Company**

**Defendant**

**Metalclad Insulation Corporation**

**Defendant**

**Parker-Hannifin Corporation**

**Defendant**

**CBS Corporation**
*formerly known as*
Viacom Inc.
*formerly known as*
Westinghouse Electric Corporation

**Defendant**

**Western MacArthur Company**

**Defendant**

**MacArthur Company**

**Defendant**

**Western Asbestos Company**

**Defendant**

**Sun Ship, LLC**

**Defendant**

**Foster Wheeler LLC**
*formerly known as*
Foster Wheeler Corporation

**Defendant**

**General Dynamics Corporation**

**Defendant**

**General Electric Company**                    represented by  **Allison Michele Low**
                                                                 Sedgwick LLP
                                                                 One Market Plaza
                                                                 Steuart Tower, 8th Floor
                                                                 San Francisco, CA 94105-1008
                                                                 415-781-7900
                                                                 Fax: 415-781-2635
                                                                 Email: allison.low@sedgwicklaw.com
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Huntington Ingalls Incorporated**          represented by   **Daniel James Kelly**
*formerly known as*                                          Tucker Ellis & West LLP
Northrop Grumman Shipbuilding, Inc.                          135 Main Street, Suite 700
                                                            San Francisco, CA 94105
                                                            415-617-2400
                                                            Fax: 415-617-2409
                                                            Email: daniel.kelly@tuckerellis.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Lockheed Shipbuilding Company**            represented by   **Guy P. Glazier**
                                                            Knott & Glazier LLP
                                                            601 S. Figueroa Street
                                                            Suite 1950
                                                            Los Angeles, CA 90017
                                                            213-312-9200
                                                            Fax: 213-312-9201
                                                            Email: glazier@knottglazier.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michael David Smith**
                                                            Knott and Glazier LLP
                                                            201 Spear Street
                                                            Suite 1520
                                                            San Francisco, CA 94105
                                                            415-356-1100
                                                            Email: smith@knottglazier.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**National Steel and Shipbuilding Company**

**Defendant**

**Todd Shipyards Corporation**               represented by   **George Dimitri Yaron**
                                                            Yaron & Associates
                                                            601 California Street, 21st Floor
                                                            San Francisco, CA 94108-2281
                                                            415-658-2929
                                                            Fax: 415-658-2930
                                                            Email: gyaron@yaronlaw.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Ian C Madrosen**
                                                            Yaron & Associates
                                                            601 California Street, Suite 2100
                                                            San Francisco, CA 94108
                                                            415-658-2929

*ATTORNEY TO BE NOTICED*

**Keith E. Patterson**
Yaron & Associates
601 California Street
21st. Floor
San Francisco, CA 94108-2281
415-658-2929
Fax: 415-658-2930
Email: kpatterson@yaronlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hopeman Brothers, Inc.**

**Defendant**

**J.T. Thorpe & Son, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/19/2011 | 1 | NOTICE OF REMOVAL from San Francisco County Superior Court. Their case number is CGC 11-275887. (Filing fee $350 receipt number 34611065987). Filed by Lockheed Shipbuilding Company. (mjj2, COURT STAFF) (Filed on 10/19/2011) (Entered: 10/20/2011) |
| 10/19/2011 | 1 | ANSWER to Complaint by Lockheed Shipbuilding Company. (mjj2, COURT STAFF) (Filed on 10/19/2011) (Entered: 10/20/2011) |
| 10/19/2011 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 2/2/2012. Case Management Conference set for 2/9/2012 01:30 PM in Courtroom F, 15th Floor, San Francisco. (Attachments: # 1 Standing Order, # 2 Standing Order for all Judges)(mjj2, COURT STAFF) (Filed on 10/19/2011) (Entered: 10/20/2011) |
| 10/19/2011 | 3 | NOTICE of Pendency of Other Actions by Lockheed Shipbuilding Company (mjj2, COURT STAFF) (Filed on 10/19/2011) (Entered: 10/20/2011) |
| 10/19/2011 | 4 | Certificate of Interested Entities by Lockheed Shipbuilding Company identifying Other Affiliate Nationwide Indemnity for Lockheed Shipbuilding Company. (mjj2, COURT STAFF) (Filed on 10/19/2011) (Entered: 10/20/2011) |
| 10/19/2011 | 5 | NOTICE - Disclosure Statement by Lockheed Shipbuilding Company (mjj2, COURT STAFF) (Filed on 10/19/2011) (Entered: 10/20/2011) |
| 10/20/2011 | 8 | NOTICE OF TAG-ALONG ACTION by Todd Shipyards Corporation (ga, COURT STAFF) (Filed on 10/20/2011) (Entered: 10/24/2011) |
| 10/20/2011 | 9 | DEMAND for Trial by Jury by Todd Shipyards Corporation. (ga, COURT STAFF) (Filed on 10/20/2011) (Entered: 10/24/2011) |
| 10/20/2011 | 10 | ANSWER to Complaint (Notice of Removal) byTodd Shipyards Corporation. |

| | | (ga, COURT STAFF) (Filed on 10/20/2011) (Entered: 10/24/2011) |
|---|---|---|
| 10/20/2011 | 11 | Joinder re 1 Notice of Removal by Todd Shipyards Corporation. (ga, COURT STAFF) (Filed on 10/20/2011) (Entered: 10/24/2011) |
| 10/21/2011 | 6 | Joinder *and Notice of Removal* by Huntington Ingalls Incorporated. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kelly, Daniel) (Filed on 10/21/2011) (Entered: 10/21/2011) |
| 10/21/2011 | 7 | Certificate of Interested Entities by Huntington Ingalls Incorporated identifying Corporate Parent Huntington Ingalls Industries, Inc. for Huntington Ingalls Incorporated. (Kelly, Daniel) (Filed on 10/21/2011) (Entered: 10/21/2011) |
| 10/24/2011 | 12 | ANSWER to Complaint (Notice of Removal) *AND DEMAND FOR JURY TRIAL* byGeneral Electric Company. (Attachments: # 1 Supplement DEFENDANT GENERAL ELECTRIC COMPANYS CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, # 2 Supplement NOTICE OF PENDENCY OF OTHER ACTIONS, # 3 Supplement DECLINATION TO PROCEED BEFORE A MAGISTRATE)(Low, Allison) (Filed on 10/24/2011) (Entered: 10/24/2011) |
| 10/24/2011 | 13 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (ahm, COURT STAFF) (Filed on 10/24/2011) (Entered: 10/24/2011) |
| 10/24/2011 | 14 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Claudia Wilken for all further proceedings. Judge Magistrate Judge Jacqueline Scott Corley no longer assigned to the case. Signed by Executive Committee on 10/24/11. (mab, COURT STAFF) (Filed on 10/24/2011) (Entered: 10/24/2011) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/25/2011 09:20:38 | | |
| **PACER Login:** | jp0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:11-cv-05133-CW |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

ENDORSED
F I L E D
San Francisco County Superior Court

SEP - 1 2011

CLERK OF THE COURT
BY: _____ DENNIS TOYAMA
Deputy Clerk

1  DAVID R. DONADIO, ESQ., S.B. #154436
   JASON M. ROSE, ESQ., S.B. #265984
2  BRAYTON✥PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato CA 94948-6169
   (415) 898-1555
5
   Attorneys for Plaintiffs
6

ASBESTOS
CASE MANAGEMENT CONFERENCE

AUG 16 2012 1:30 PM

DEPARTMENT   220

7

8                    SUPERIOR COURT OF CALIFORNIA

9                       COUNTY OF SAN FRANCISCO

10

11  SUZANNE QUIROZ-GREENE, as          )   ASBESTOS
    Wrongful Death Heir, and as Successor-in- )   No.  C G C - 1 1 - 2 7 5 8 8 7
12  Interest to LeJON GREENE, Deceased; )
    and SERENA GREENE, a minor, by and )   COMPLAINT FOR SURVIVAL,
13  through her Guardian Ad Litem,      )   WRONGFUL DEATH - ASBESTOS
    SUZANNE QUIROZ-GREENE, as Legal     )
14  Heirs of LeJON GREENE, Deceased,    )
                                        )
15              Plaintiffs,             )
                                        )
16  vs.                                 )
                                        )
17  THOMAS DEE ENGINEERING              )
    COMPANY; Defendants as Reflected on )
18  Exhibit 1, Exhibit H, Exhibit I, attached to )
    the Summary Complaint herein; and DOES )
19  1-8500.                             )
                                        )
20

21          1.      LeJON GREENE (hereinafter and in the Complaint referred to as "decedent")

22  died on October 2, 2010, as a result of the asbestos-related disease(s) set forth on Exhibit A.

23          2.      SUZANNE QUIROZ-GREENE is the Successor-in-Interest to decedent.

24          3.      SUZANNE QUIROZ-GREENE is in the process of petitioning the court to be

25  appointed Guardian Ad Litem, of the minor plaintiff SERENA GREENE, whose date of birth is

26  January 10, 1997, and will give notice of such appointment when the order is obtained.

27  ///

28  ///

BRAYTON✥PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

K:\injured\114665\PLD\lcmp-wdsrv2.wpd                 1
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

THIS CASE IS SUBJECT TO
MANDATORY ELECTRONIC FILING
PURSUANT TO AMENDED G.O. 158

4.    The heirs-at-law of decedent and their relationships to the decedent are:

| NAME | AGE | RELATIONSHIP TO DECEDENT |
|------|-----|--------------------------|
| SUZANNE QUIROZ-GREENE | 49 Years | Spouse |
| SERENA GREENE | Under 18 | Daughter |

5.    Plaintiffs bring this action as specified in Section 377.60 of the Code of Civil Procedure as decedent's legal heirs.

6.    At all times prior to his death, decedent was a faithful and dutiful spouse to plaintiff SUZANNE QUIROZ-GREENE and parent to plaintiff children.

7.    Plaintiffs' claims are as set forth in ©Brayton❖Purcell Master Complaint for [Survival] [Loss of Consortium] Wrongful Death (hereinafter "Master Complaint") - Asbestos No. 828684 filed March 3, 2003, in San Francisco Superior Court. A copy of the Master Complaint and General Order No. 55 may be obtained upon request from Brayton❖Purcell, and designated portions of the Master Complaint are incorporated by reference herein pursuant to the authority conferred by General Order No. 55. Plaintiffs' claims are as set forth in said Master Complaint against defendants herein as follows:

///

///

///

K:\Injured\U14665\PLD\comp-wdsrv2.wpd

2

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

DEFENDANTS* ON EXHIBITS:

| Cause of Action | B | B-1 | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First (Negligence-Survival) | ⊠ | ⊠ | | □ | | □ | □ | □ | □ | □ | □ | □ | □ | | |
| Second (Products Liability-Survival) | ⊠ | ⊠ | | □ | | □ | □ | □ | □ | □ | □ | □ | □ | | |
| Third (False Representation) As to Defendant METALCLAD INSULATION CORPORATION only. | ⊠ | ⊠ | | | | | □ | | | | | | | | |
| Fourth (Loss of Consortium) | □ | | | □ | □ | □ | □ | □ | □ | □ | | □ | | | |
| Fifth (Negligence-Wrongful Death) | ⊠ | ⊠ | | □ | | □ | □ | □ | □ | □ | □ | □ | □ | | |
| Sixth (Products Liability-Wrongful Death) | ⊠ | ⊠ | | □ | | □ | □ | □ | □ | □ | □ | □ | □ | | |
| Seventh (Premises Owner/ Contractor Liability) | ⊠ | | ⊠ | | | | □ | | | | | □ | | | |
| Eighth, Ninth, Tenth (Unseaworthiness, Negligence [Jones Act],Maintenance and Cure) | | | | □ | □ | | | | | | | | | | |
| Eleventh (Longshore and Harbor Workers Compensation Act [LHWCA]) | | | | | □ | | | | | | | | | | |
| Twelfth, Thirteenth (F.E.L.A.) | | | | | | □ | | | | | | | | | |
| Fourteenth, Fifteenth (Respiratory Safety Devices) | | | | | | | □ | | | | | | | | |
| Sixteenth, Seventeenth (Brake Shoe Grinding) | | | | | | | □ | | | | | | | | |
| Eighteenth (Concert of Action) | | | | | | | | ⊠ | | | | | | | |
| Nineteenth (Fraud, Deceit/Negligent Misrepresentation) | | | | | | | | | ⊠ | | | | | | |
| Twentieth (Fraud and Deceit/Concealment) | | | | | | | | | ⊠ | | | | | | |
| Twenty-First (Fraud and Deceit/Intentional Misrepresentation) | | | | | | | | | | □ | | | | | |
| Twenty-Second (Fraud/Deceit - Kent) | | | | | | | | | | | □ | | | | |
| Twenty-Third (Aiding/Abetting Battery - Met Life) | | | | | | | | | | | | | | □ | |

*and their alternate entities as set forth in the Master Complaint or on any Exhibit.

8.      Decedent's asbestos-related injury, date of diagnosis, employment status, and
history of exposure to asbestos are as stated on Exhibit A.

9.      Paragraph 9 of the Master Complaint is amended to add the following sentence:
In part, and without limitation as to other defendants, defendant SUN SHIP, LLC,
manufactured, modified, serviced and/or repaired asbestos-containing ships and vessels.

10.      Plaintiffs do not make a claim for either false representation or punitive damages
against any named defendant herein, except as against defendant METALCLAD INSULATION
CORPORATION.

Dated: ___8/31/11___

BRAYTON✥PURCELL LLP

By: _____
David R. Donadio
Attorneys for Plaintiffs

4
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT 1

**EXHIBIT 1 - LIST OF DEFENDANTS**

THOMAS DEE ENGINEERING COMPANY
INGERSOLL-RAND COMPANY
METALCLAD INSULATION CORPORATION
PARKER-HANNIFIN CORPORATION
CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION)
WESTERN MacARTHUR COMPANY
MacARTHUR COMPANY
WESTERN ASBESTOS COMPANY
SUN SHIP, LLC
FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)
GENERAL DYNAMICS CORPORATION
GENERAL ELECTRIC COMPANY
HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.)
LOCKHEED SHIPBUILDING COMPANY
NATIONAL STEEL AND SHIPBUILDING COMPANY
TODD SHIPYARDS CORPORATION
HOPEMAN BROTHERS, INC.
J.T. THORPE & SON, INC.
and DOES 1-8500,

Defendants.

# EXHIBIT A

1

## EXHIBIT A

2    Decedent's exposure to asbestos and asbestos-containing products occurred at various

3    locations both inside and outside the State of California, including but not limited to:

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Various shipyards, including, | Various ships, including, | Stage Rigger | early 1970s-2002 |
| Pacific Drydock, San Francisco, CA | Pacific Drydock, San Francisco, CA, various ships | | early to mid-1970s |
| Todd Shipyard, San Francisco, CA | Todd Shipyard, San Francisco, CA, various ships | | early 1970s-2002 |
| Service Engineering, San Francisco, CA | Service Engineering, San Francisco, CA, various ships | | early 1970s-2002 |
| Southwest Marine, San Francisco, CA | Southwest Marine, San Francisco, CA, various ships, including, | | early 1980s-2002 |
| | COMET (T-AK-269) | | |
| | CORAL SEA (CV-43) | | early 1980s-1993 |
| | METEOR (T-AKR-9) | | early 1980s-2001 |
| | MISSOURI (BB-63) | | early 1980s-1992 |
| | PYRO (AE-24) | | early 1980s-1997 |
| | ROANOKE (AOR-7) | | early 1980s-1998 |
| | WICHITA (AOR-1) | | early 1970s-1995 |
| | GRAND CANYON STATE (1965) | | 1986-2002 |
| | MERCY (T-AH-19) | | |
| Triple A Machine Shop, San Francisco, CA | Various ships at Triple A Machine Shop, San Francisco, CA and Naval Air Station, Alameda, CA, including, | Stage Rigger | mid 1970s-1987 (6 months to 1 year per ship) |
| | AUSTRAL LIGHTNING (1971) | | 7/1/1976-1987 |

///                                                                 EXHIBIT A

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Triple A Machine Shop, San Francisco, CA (cont'd.) | Various ships at Triple A Machine Shop, San Francisco, CA and Naval Air Station, Alameda, CA, including, | Stage Rigger | mid 1970s-1987 (6 months to 1 year per ship) |
| | CORAL SEA (CV-43) | | mid 1970s-1987 |
| | ENTERPRISE (CVN-65) | | |
| | FANNING (FF-1076) | | |
| | FLINT (T-AE-32) | | |
| | GLOMAR EXPLORER (T-AG-193) | | |
| | H.H. HESS (T-AGS-38) | | |
| | HALEAKALA (AES-25) | | |
| | KANSAS CITY (AOR-3) | | |
| | KILAUEA (AE-26) | | |
| | KISKA (AE-35) | | |
| | MARS (AFS-1) | | |
| | MAUNA KEA (AE-22) | | |
| | MOUNT HOOD (AE-29) | | |
| | PRESIDENT GRANT (1971) | | |
| | PRESIDENT VAN BUREN (1967) | | |
| | PYRO (AE-24) | | |
| | SHASTA (T-AE-33) | | |
| | WICHITA (AOR-1) | | |
| | CARL VINSON (CVN-70) | | 1982-1987 |
| | KEYSTONE CANYON (1978) | | 1978-1987 |

EXHIBIT A

K:\Injured\114665\PLD\emp-wdsv2.wpd
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

EXHIBIT A (cont'd.)

Decedent's exposure to asbestos and asbestos-containing products caused severe and permanent injury to the decedent, including, but not limited to breathing difficulties and/or other lung damage.  Decedent was diagnosed with lung cancer on or about September 2010, and with asbestosis and asbestos-related pleural disease on or about May 2011.

Decedent stopped working on September 8, 2010, due to his lung cancer.

EXHIBIT A

# EXHIBIT B

EXHIBIT B

<u>DEFENDANTS</u>

| | |
|---|---|
| THOMAS DEE ENGINEERING COMPANY | SUN SHIP, LLC |
| INGERSOLL-RAND COMPANY | GENERAL DYNAMICS CORPORATION |
| METALCLAD INSULATION CORPORATION | GENERAL ELECTRIC COMPANY |
| PARKER-HANNIFIN CORPORATION | HUNTINGTON INGALLS INCORPORATED |
| CBS CORPORATION (FKA VIACOM INC., FKA | (FKA NORTHROP GRUMMAN |
| WESTINGHOUSE ELECTRIC CORPORATION) | SHIPBUILDING, INC.) |
| WESTERN MacARTHUR COMPANY | LOCKHEED SHIPBUILDING COMPANY |
| MacARTHUR COMPANY | NATIONAL STEEL AND SHIPBUILDING |
| WESTERN ASBESTOS COMPANY | COMPANY |
| FOSTER WHEELER LLC (FKA FOSTER | TODD SHIPYARDS CORPORATION |
| WHEELER CORPORATION) | DOES 1-800 |

<u>ALTERNATE ENTITY</u>

| | |
|---|---|
| THOMAS DEE ENGINEERING COMPANY | THOMAS DEE ENGINEERING CO., INC. DEE ENGINEERING COMPANY |
| INGERSOLL-RAND COMPANY | INGERSOLL-DRESSER PUMP |
| | DRESSER-RAND CO. |
| | PACIFIC PUMP WORKS |
| | FLOWSERVE CORPORATION |
| | INGERSOLL ROCK DRILL COMPANY |
| | TERRY STEAM TURBINE CO. |
| | WHITON MACHINE COMPANY |
| | RAND DRILL COMPANY |
| | RAND & WARING DRILL AND COMPRESSOR COMPANY |
| | INGERSOLL-SERGEANT |
| | SCHLAGE LOCK COMPANY |
| | VON DUPRIN |
| | THE TORRINGTON COMPANY |
| | BLAW-KNOX COMPANY |
| | ALDRICH PUMPS |
| | HUSSMANN CORPORATION |
| METALCLAD INSULATION CORPORATION | NORTHERN CALIFORNIA INSULATION, INC. |
| | SWEETSER ENTERPRISES |
| | PACIFIC ASBESTOS & SUPPLY |
| | PACIFIC INSULATION SERVICES, INC. |
| | KEMPER CONSULTANTS, INC. |
| PARKER-HANNIFIN CORPORATION | SACOMA-SIERRA, INC. |
| | SACOMA MANUFACTURING COMPANY |
| | E.I.S. AUTOMOTIVE CORPORATION |
| | CONDREN CORPORATION, THE |
| | PARKER SEAL COMPANY |
| | DENISON HYDRAULICS INC. |
| | GREER HYDRAULICS CORPORATION |
| FOSTER WHEELER LLC | FOSTER WHEELER CORPORATION |

///

EXHIBIT B

K:\Injuro\0114665\PLD\cmp-wd srv2.wpd

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

EXHIBIT B (cont'd.)

ALTERNATE ENTITY

| | |
|---|---|
| WESTERN MacARTHUR COMPANY | WESTERN ASBESTOS CO.<br>MAC ARTHUR COMPANY<br>BAY CITIES ASBESTOS COMPANY<br>F.K. PINNEY, INC. |
| CBS CORPORATION (F/K/A VIACOM INC., F/K/A WESTINGHOUSE ELECTRIC CORPORATION) | VIACOM, INC.<br>CBS CORPORATION<br>WESTINGHOUSE ELECTRIC CORPORATION<br>WESTINGHOUSE ELECTRIC AND MANUFACTURING COMPANY<br>B.F. STURTEVANT<br>KPIX TELEVISION STATION<br>PARAMOUNT COMMUNICATIONS, INC<br>GULF & WESTERN INDUSTRIES, INC.<br>NORTH & JUDD MANUFACTURING COMPANY |
| SUN SHIP, LLC | KEE LEASING COMPANY<br>SUN LEASING COMPANY<br>SUN SHIP, INC.<br>SUN TRANSPORT, INC. |
| GENERAL DYNAMICS CORPORATION | CONVAIR<br>VULTEE AIRCRAFT INC.<br>CONSOLIDATED VULTEE AIRCRAFT CORPORATION<br>ASBESTOS CORPORATION LIMITED |
| GENERAL ELECTRIC COMPANY | MATTERN X-RAY<br>HOTPOINT ELECTRIC APPLIANCE COMPANY LIMITED<br>TRUMBULL ELECTRIC MANUFACTURING COMPANY<br>G E INDUSTRIAL SYSTEMS<br>CURTIS TURBINES<br>PARSONS TURBINES<br>GENERAL ELECTRIC JET ENGINES |
| HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.) | AVONDALE INDUSTRIES, INC.<br>AVONDALE SHIPYARDS, INC.<br>CONTINENTAL MARITIME INDUSTRIES, INC.<br>EASTERN IDAHO CONSTRUCTION COMPANY<br>INGALLS SHIPBUILDING, INC.<br>NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY<br>NORTH CAROLINA SHIPBUILDING<br>NORTHROP GRUMMAN SHIP SYSTEMS, INC.<br>SERVICE ENGINEERING INDUSTRIES, INC. |
| LOCKHEED SHIPBUILDING COMPANY | LOCKHEED SHIPBUILDING AND CONSTRUCTION COMPANY<br>PUGET SOUND BRIDGE & DRY DOCK COMPANY<br>PUGET SOUND BRIDGE & DREDGING COMPANY |

EXHIBIT B

K:\Injured\11466\PLD\cmp-wdsrv2.wpd

13

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

**EXHIBIT B-1**

EXHIBIT B-1

**DEFENDANTS**

HOPEMAN BROTHERS, INC.
J.T. THORPE & SON, INC.
THOMAS DEE ENGINEERING COMPANY

EXHIBIT B-1

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

**EXHIBIT C**

EXHIBIT C

DEFENDANTS

| | |
|---|---|
| HOPEMAN BROTHERS, INC. | MacARTHUR COMPANY |
| J.T. THORPE & SON, INC. | WESTERN ASBESTOS COMPANY |
| THOMAS DEE ENGINEERING COMPANY | DOES 1001-2000 |
| WESTERN MacARTHUR COMPANY | |

| CONTRACTOR DEFENDANTS | LOCATION | TIME PERIOD |
|---|---|---|
| HOPEMAN BROTHERS, INC. | Various | Various |
| J.T. THORPE & SON, INC. | Various | Various |
| THOMAS DEE ENGINEERING COMPANY | Various | Various |
| WESTERN MacARTHUR COMPANY/MacARTHUR COMPANY/WESTERN ASBESTOS COMPANY | Various | Various |

EXHIBIT C

K:\Injured\11466\PLD\comp-order2.wpd

17

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT H

**EXHIBIT H**

1

2  DEFENDANTS

3  DOES 5000-8000

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT H**

K:\Injured\11466\PLD\cmp-wdsrv2.wpd

19

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT I

1

**EXHIBIT I**

2   <u>DEFENDANTS</u>

3   DOES 5000-7500

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                                                **EXHIBIT I**

K:\Injured\11466\WPLD\cmp-wdsrv2.wpd                           21
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS