UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | |
| NO VI | MDL 875 |
| This Document Relates To: | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BOVINICH, JR., <br><br> Plaintiff, <br> vs. <br><br> FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), GENERAL DYNAMICS CORPORATION, HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.),, <br><br> Defendants. | (ASBESTOS) <br> U.S.D.C. No. 3:11-cv-04786-RS |

**SCHEDULE OF ACTIONS**

In connection with its Notice of Removal of Action filed pursuant to 28 U.S.C. § 1442 on October 25, 2011, Defendant FOSTER WHEELER LLC hereby provides notice that it has no related actions currently pending before the Judicial Panel of Multidistrict Litigation.

Date:  October 25, 2011

BRYDON HUGO & PARKER

By:    /s/ Shelley K. Tinkoff
       Edward R. Hugo [Bar No. 124839]
       Shelley K. Tinkoff [Bar No. 187498]
       Thomas J. Moses [Bar No. 116002]
       BRYDON HUGO & PARKER
       135 Main Street, 20th Floor
       San Francisco, CA 94105
       Telephone:  (415) 808-0300
       Facsimile:  (415) 808-0333
       Email: tinkoff@bhplaw.com
       Attorneys for Defendant
       FOSTER WHEELER LLC