UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BOVINICH, JR.,<br><br>            Plaintiff,<br>    vs.<br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), GENERAL DYNAMICS CORPORATION, HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.),<br><br>            Defendants. | (ASBESTOS)<br>U.S.D.C. No. 3:11-cv-04786-RS |

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On October 25, 2011 served the following:

DEFENDANT FOSTER WHEELER LLC'S NOTICE OF POTENTIAL TAG-ALONG ACTION;

SCHEDULE OF ACTIONS;

U.S. DISTRICT COURT CALIFORNIA NORTHERN DISTRICT CIVIL DOCKET FOR CASE No. 3:11-CV-04786-RS

PLAINTIFF'S SUMMONS AND COMPLAINT

Counsel for Plaintiffs: Brayton ❖ Purcell **Facsimile (415) 898-1247**

1

I declare under penalty of perjury that the above is true and correct. Executed on October 25, 2011, at San Francisco, California.

*Wanda D. Claudio*
Wanda D. Claudio


By:    /s/ Shelley K. Tinkoff
Edward R. Hugo [Bar No. 124839]
Shelley K. Tinkoff [Bar No. 187498]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: pbessette@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER LLC