UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE QUIROZ-GREENE, as Wrongful Death Heir, and as Successor-in-Interest to LeJON GREENE, Deceased; and SERENA GREENE, a minor, by and through her Guardian Ad Litem, SUZANNE QUIROZ-GREENE, as Legal Heirs of WON GREENE, Deceased,<br><br>        Plaintiffs,<br>  vs.<br><br>THOMAS DEE ENGINEERING COMPANY; INGERSOLL-RAND COMPANY; METALCLAD INSULATION CORPORATION; PARKER-HANNIFIN CORPORATION; CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION; WESTERN MACARTHUR COMPANY; WESTERN ASBESTOS COMPANY; SUN SHIP, LLC; FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION); GENERAL DYNAMICS CORPORATION; GENERAL ELECTRIC COMPANY; HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING,INC.; LOCKHEED SHIPBUILDING COMPANY; NATIONAL STEEL AND SHIPBUILDING COMPANY; TODD SHIPYARDS CORPORATION; HOPEMAN BROTHERS, INC.; J.T. THORPE & SON, INC. and DOES 1-8500,<br><br>        Defendants. | (ASBESTOS)<br>U.S.D.C. No. CV-11-05158 MEJ<br><br>San Francisco County Superior Court Case No. CGC-11-275887 |

1

DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S
NOTICE OF POTENTIAL TAG-ALONG ACTION

## DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S
## NOTICE OF POTENTIAL TAG-ALONG ACTION

**TO THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:**

1. On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is aslo named or in which that counsel appears.

2. The undersigned hereby notifies the court that this state court action being removed (copies of the original state court complaint and the first amended state court complaint of the removed action are provided herewith as attachments to this filing) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Defendant NATIONAL STEEL AND SHIPBUILDING COMPANY is providing written notice of this Notice of Potential Tag-Along Action to all adverse parties. Defendant NATIONAL STEEL AND SHIPBUILDING COMPANY reserves the right to amend or supplement this Notice of Potential Tag-Along Action.

Date: October 25, 2011   BRYDON HUGO & PARKER

By:  /s/ Thomas J. Moses
Edward R. Hugo [Bar No. 124839]
P. M. Bessette [Bar No. 127588]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: pbessette@bhplaw.com

Attorneys for Defendant
NATIONAL STEEL AND
SHIPBUILDING COMPANY