UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE QUIROZ-GREENE, as Wrongful Death Heir, and as Successor-in-Interest to LeJON GREENE, Deceased; and SERENA GREENE, a minor, by and through her Guardian Ad Litem, SUZANNE QUIROZ-GREENE, as Legal Heirs of WON GREENE, Deceased,<br><br>        Plaintiffs,<br>  vs.<br><br>THOMAS DEE ENGINEERING COMPANY; INGERSOLL-RAND COMPANY; METALCLAD INSULATION CORPORATION; PARKER-HANNIFIN CORPORATION; CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION; WESTERN MACARTHUR COMPANY; WESTERN ASBESTOS COMPANY; SUN SHIP, LLC; FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION); GENERAL DYNAMICS CORPORATION; GENERAL ELECTRIC COMPANY; HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING,INC.; LOCKHEED SHIPBUILDING COMPANY; NATIONAL STEEL AND SHIPBUILDING COMPANY; TODD SHIPYARDS CORPORATION; HOPEMAN BROTHERS, INC.; J.T. THORPE & SON, INC. and DOES 1-8500,<br><br>        Defendants. | (ASBESTOS)<br>U.S.D.C. No. CV-11-05158 MEJ<br><br>San Francisco County Superior Court Case No. CGC-11-275887 |

1

## SCHEDULE OF ACTIONS

In connection with its Notice of Removal of Action filed pursuant to 28 U.S.C. § 1442 on October 21, 2011, Defendant NATIONAL STEEL AND SHIPBUILDING COMPANY hereby provides notice that it has no related actions currently pending before the Judicial Panel of Multidistrict Litigation.

Date:  October 25, 2011						BRYDON HUGO & PARKER

							By:	/s/ Thomas J. Moses
								Edward R. Hugo [Bar No. 124839]
								P. M. Bessette [Bar No. 127588]
								Thomas J. Moses [Bar No. 116002]
								BRYDON HUGO & PARKER
								135 Main Street, 20th Floor
								San Francisco, CA 94105
								Telephone:  (415) 808-0300
								Facsimile:  (415) 808-0333
								Email: pbessette@bhplaw.com

								Attorneys for Defendant
								NATIONAL STEEL AND
								SHIPBUILDING COMPANY