UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE QUIROZ-GREENE, as Wrongful Death Heir, and as Successor-in-Interest to LeJON GREENE, Deceased; and SERENA GREENE, a minor, by and through her Guardian Ad Litem, SUZANNE QUIROZ-GREENE, as Legal Heirs of WON GREENE, Deceased,<br><br>        Plaintiffs,<br>vs.<br><br>THOMAS DEE ENGINEERING COMPANY; INGERSOLL-RAND COMPANY; METALCLAD INSULATION CORPORATION; PARKER-HANNIFIN CORPORATION; CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION; WESTERN MACARTHUR COMPANY; WESTERN ASBESTOS COMPANY; SUN SHIP, LLC; FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION); GENERAL DYNAMICS CORPORATION; GENERAL ELECTRIC COMPANY; HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING,INC.; LOCKHEED SHIPBUILDING COMPANY; NATIONAL STEEL AND SHIPBUILDING COMPANY; TODD SHIPYARDS CORPORATION; HOPEMAN BROTHERS, INC.; J.T. THORPE & SON, INC. and DOES 1-8500, | (ASBESTOS)<br>U.S.D.C. No. CV-11-05158 MEJ<br><br>San Francisco County Superior Court Case No. CGC-11-275887 |

Defendants.

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On October 25, 2011 served the following:

DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION;

SCHEDULE OF ACTIONS;

U.S. DISTRICT COURT CALIFORNIA NORTHERN DISTRICT CIVIL DOCKET FOR CASE No. CV-11-05158 MEJ

PLAINTIFFS SUMMONS AND COMPLAINT

Counsel for Plaintiffs: Brayton ❖ Purcell **Facsimile (415) 898-1247**

on all parties via facsimile to the following parties listed below.

Attorneys for Defendant CBS Corporation: Pond North (213) 623-3594

Attorneys for Defendant Huntington Ingalls, Inc. Tucker Ellis & West (415) 617-2409

Attorneys for Defendant Parker Hannifin Corp. Bassi Edlin Huie & Blum (415) 397-1339

    I declare under penalty of perjury that the above is true and correct. Executed on October 25, 2011, at San Francisco, California.

Josh Tabisaura
Edward R. Hugo [Bar No. 124839]
P. M. Bessette [Bar No. 127588]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: pbessette@bhplaw.com

Attorneys for Defendant
NATIONAL STEEL AND
SHIPBUILDING COMPANY

2