ADRMOP

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:11-cv-05158-MEJ

| | |
|---|---|
| Quiroz-Green et al v. Thomas Dee Engineering Company et al | Date Filed: 10/20/2011 |
| | Jury Demand: None |
| Assigned to: Magistrate Judge Maria-Elena James | Nature of Suit: 368 P.I. : Asbestos |
| Case in other court: San Francisco County Superior Court, CGC-11-275887 | Jurisdiction: Federal Question |
| Cause: 28:1442 Petition for Removal | |

**Plaintiff**

**Suzanne Quiroz-Green**            represented by    **David R. Donadio**
*as Wrongful Death Heir, and as*                     Brayton Purcell LLP
*Successor-in-Interest to LeJon*                     222 Rush Landing Road
*Greene, Deceased*                                   PO Box 6169
                                                     Novato, CA 94948-6169
                                                     415-898-1555
                                                     Fax: 415-898-1247
                                                     Email:
                                                     DDonadio@braytonlaw.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jason Michael Rose**
                                                     Brayton Purcell
                                                     222 Rush Landing Rd
                                                     Novato, CA 94948
                                                     415-898-1555
                                                     Email: Jrose@braytonlaw.com
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Serena Greene**                   represented by    **David R. Donadio**
*a minor, by and through her*                        (See above for address)
*Guardian Ad Litem, Suzanne*                         *LEAD ATTORNEY*
*Quiroz-Greene, as Legal Heirs of*                   *ATTORNEY TO BE NOTICED*
*LeJon Greene, Deceased*
                                                     **Jason Michael Rose**
                                                     (See above for address)

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Thomas Dee Engineering Company**

**Defendant**

**Ingersoll-Rand Company**

**Defendant**

**Metalclad Insulation Corporation**

**Defendant**

**CBS Corporation**
*formerly known as*
Viacom, Inc.
*formerly known as*
Westinghouse Electric Corporation

**Defendant**

**Western MacArthur Company**

**Defendant**

**MacArthur Company**

**Defendant**

**Sun Ship, LLC**

**Defendant**

**Foster Wheeler LLC**
*formerly known as*
Foster Wheeler Corporation

**Defendant**

**General Dynamics Corporation**

**Defendant**

**General Electric Company**

**Defendant**

**Huntington Ingalls
Incorporated**
*formerly known as*
Northrop Grumman Shipbuiding,
Inc.

**Defendant**

**Lockheed Shipbuilding
Company**

**Defendant**

| | | |
|---|---|---|
| **National Steel and Shipbuilding Company** | represented by | **Edward R. Hugo** |

Brydon Hugo & Parker
135 Main Street, 20th Floor
San Francisco, CA 94105
(415) 808-0300
Fax: (415) 808-0333
Email: ehugo@bhplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul M. Bessette**
Brydon Hugo & Parker
135 Main Street
20th Floor
San Francisco, CA 94105
415-808-0300
Fax: 415-808-0333
*ATTORNEY TO BE NOTICED*

**Thomas J. Moses**
Brydon Hugo & Parker
135 Main Street, 20th Floor
San Francisco, CA 94105
(415) 808-0300
Fax: (415) 808-0333
Email: tmoses@bhplaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Todd Shipyards Corporation**

**Defendant**

**Hopeman Brothers, Inc.**

**Defendant**

**J.T. Thorpe & Son, Inc.**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/21/2011 | 1 | NOTICE OF REMOVAL /no process from San Francisco County Superior Court. Their case number is CGC 11-275887. (Filing fee $350 receipt number 34611066065). Filed byNational Steel and Shipbuilding Company. (ga, COURT STAFF) (Filed on 10/21/2011) (Entered: 10/24/2011) |
| 10/21/2011 | 2 | NOTICE OF TAG-ALONG ACTION by National Steel and Shipbuilding Company re 1 Notice of Removal (ga, COURT STAFF) (Filed on 10/21/2011) (Entered: 10/24/2011) |
| 10/21/2011 | 3 | Certificate of Interested Entities by National Steel and Shipbuilding Company re 1 Notice of Removal (ga, COURT STAFF) (Filed on 10/21/2011) (Entered: 10/24/2011) |
| 10/21/2011 | 4 | ADR SCHEDULING ORDER: Case Management Statement due by 1/26/2012. Case Management Conference set for 2/2/2012 10:00 AM in Courtroom B, 15th Floor, San Francisco.. Signed by Judge Maria-Elena James on 10/21/11. (Attachments: # 1 Standing Order) (ga, COURT STAFF) (Filed on 10/21/2011) (Entered: 10/24/2011) |
| 10/24/2011 | 5 | Declination to Proceed Before a U.S. Magistrate Judge by National Steel and Shipbuilding Company. (Attachments: # 1 Affidavit Certificate of Service)(Moses, Thomas) (Filed on 10/24/2011) (Entered: 10/24/2011) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/25/2011 10:24:18 | | | |
| **PACER Login:** | bh1524 | **Client Code:** | 4385-0280 |
| **Description:** | Docket Report | **Search Criteria:** | 3:11-cv-05158-MEJ |
| **Billable** | 2 | **Cost:** | 0.16 |

**Pages:**

SUM-100

# SUMMONS
## (CITATION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

SEP 21 2011

1036ay

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
THOMAS DEE ENGINEERING COMPANY;
Defendants as Reflected on Exhibit 1, Exhibit H, Exhibit I,
attached to the Summary Complaint herein; and DOES 1-8500.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
SUZANNE QUIROZ-GREENE, as Wrongful Death Heir, and as Successor-in-
Interest to LeJON GREENE, Deceased; and SERENA GREENE, a minor, by
and through her Guardian Ad Litem, SUZANNE QUIROZ-GREENE, as Legal
Heirs of LeJON GREENE, Deceased.

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case. *AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucort.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SAN FRANCISCO COUNTY SUPERIOR COURT
400 McAllister Street
San Francisco, CA 94102

CASE NUMBER:
*(Número del Caso):*
11 - 275887

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tien abogado, es):*
DAVID R. DONADIO, ESQ., STATE BAR NO. 154436
BRAYTON✦PURCELL LLP
222 Rush Landing Road,  Novato, CA  94948-6169          (415) 898-1555

DATE:   SEP - 1 2011      CLERK OF THE COURT   Clerk, by _____ DENNIS TOYAMA _____, Deputy
*(Fecha)*                    *(Secretario)*                                                          *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* National Steel and Shipbuilding Company
   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60(minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association of partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☒ by personal delivery on (date):  SEP 2 1 2011

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

1

2

3   THOMAS DEE ENGINEERING COMPANY
    INGERSOLL-RAND COMPANY
4   METALCLAD INSULATION CORPORATION
    PARKER-HANNIFIN CORPORATION
5   CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION)
    WESTERN MacARTHUR COMPANY
6   MacARTHUR COMPANY
    WESTERN ASBESTOS COMPANY
7   SUN SHIP, LLC
    FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)
8   GENERAL DYNAMICS CORPORATION
    GENERAL ELECTRIC COMPANY
9   HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.)
    LOCKHEED SHIPBUILDING COMPANY
10  NATIONAL STEEL AND SHIPBUILDING COMPANY
    TODD SHIPYARDS CORPORATION
11  HOPEMAN BROTHERS, INC.
    J.T. THORPE & SON, INC.
12  and DOES 1-8500,

13

14      Defendants.

15                                              C G C - 1 1 - 2 7 5 8 8 7

16

17

18

19

20

21

22

23

24

25

26

27

28  Suzanne Quiroz-Greene, et al. vs. Thomas Dee Engineering Company, et al.
    San Francisco Superior Court

BRAYTON◆PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. Box 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

CASE NUMBER: CGC-11-275887  QUIROZ-GREENE, SUZANNE AS WRONGFUL DEATH HEI

## NOTICE TO PLAINTIFF

A Case Management Conference is set for:

**DATE:**  **AUG-16-2012**

**TIME:**  **1:30PM**

**PLACE:**  **Department 220**
**400 McAllister Street**
**San Francisco, CA  94102-3680**

**All parties must appear and comply with California Rules of Court 3.110**

> **CRC 3.725 requires the filing and service of a case management statement form CM-110 no later than 15 days before the case management conference.**

Plaintiff must serve a copy of this notice upon each party to this action with the summons and complaint.  Proof of service subsequently filed with this court shall so state.


**[DEFENDANTS: Attending the Case Management Conference does not take the place of filing a written response to the complaint. You must file a written response with the court within the time limit required by law. See Summons.]**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| DAVID R. DONADIO, ESQ., STATE BAR NO. 154436<br>BRAYTON♦PURCELL LLP<br>222 Rush Landing Road<br>Novato, California 94948-6169<br>TELEPHONE NO.: (415) 898-1555          FAX NO.: (415) 898-1247<br>ATTORNEY FOR *(Name)*:  Plaintiffs | **ENDORSED**<br>**F I L E D**<br>*San Francisco County Superior Court*<br><br>SEP - 1 2011<br><br>CLERK OF THE COURT<br>DENNIS TOYAMA<br>BY: _____<br>Deputy Clerk |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO |
|---|
| STREET ADDRESS:  400 McAllister Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: San Francisco, CA  94102 |
| BRANCH NAME: |

| CASE NAME: |
|---|
| SUZANNE QUIROZ-GREENE, et al. vs. THOMAS DEE ENGINEERING COMPANY, et al. |

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☒ Unlimited   ☐ Limited<br>(Amount          (Amount<br>demanded         demanded is<br>exceeds $25,000) $25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CGC-11-275887 |
| | | JUDGE:<br>DEPT.: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☒ Asbestos (04)
☐ Product Liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other Collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental / Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is   ☒ is not  complex under rule 3.400 of the California Rules of Court.  If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination and related actions pending in one or more courts in other counties, states or countries, or in a federal court
   f. ☐ Substantial post-judgment judicial supervision

3. Remedies sought (check all that apply): a. ☒ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☒ punitive
4. Number of causes of action *(specify)*: 9
5. This case ☐ is   ☒ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 6/28/11

David R. Donadio
(TYPE OR PRINT NAME)                                              ► _____
                                                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

| NOTICE |
|---|
| • Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.<br>• File this cover sheet in addition to any cover sheet required by local court rule.<br>• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.<br>• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet shall be used for statistical purposes only. |

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov<br>LexisNexis® Automated California Judicial Council Forms |

<table>
<tr><td>

1 | DAVID R. DONADIO, ESQ., S.B. #154436
2 | JASON M. ROSE, ESQ., S.B. #265984
  | BRAYTON✜PURCELL LLP
3 | Attorneys at Law
  | 222 Rush Landing Road
4 | P.O. Box 6169
  | Novato CA 94948-6169
5 | (415) 898-1555
6 | Attorneys for Plaintiffs

</table>

**ENDORSED**
**F I L E D**
San Francisco County Superior Court

SEP - 1 2011

ASBESTOS                    CLERK OF THE COURT
CASE MANAGEMENT CONFERENCE  BY: _____DENNIS TOYAMA_____
                                           Deputy Clerk
AUG 1 6 2012 1:30 PM

DEPARTMENT   220

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | | |
|---|---|---|
| 11 | SUZANNE QUIROZ-GREENE, as | ) ASBESTOS |
| 12 | Wrongful Death Heir, and as Successor-in-Interest to LeJON GREENE, Deceased; | ) No. **C G C - 1 1 - 2 7 5 8 8 7** |
| 13 | and SERENA GREENE, a minor, by and through her Guardian Ad Litem, | ) |
| 14 | SUZANNE QUIROZ-GREENE, as Legal Heirs of LeJON GREENE, Deceased, | ) COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS |
| 15 | Plaintiffs, | ) |
| 16 | vs. | ) |
| 17 | THOMAS DEE ENGINEERING | ) |
| 18 | COMPANY; Defendants as Reflected on Exhibit 1, Exhibit H, Exhibit I, attached to | ) |
| 19 | the Summary Complaint herein; and DOES 1-8500. | ) |

1.      LeJON GREENE (hereinafter and in the Complaint referred to as "decedent") died on October 2, 2010, as a result of the asbestos-related disease(s) set forth on Exhibit A.

2.      SUZANNE QUIROZ-GREENE is the Successor-in-Interest to decedent.

3.      SUZANNE QUIROZ-GREENE is in the process of petitioning the court to be appointed Guardian Ad Litem, of the minor plaintiff SERENA GREENE, whose date of birth is January 10, 1997, and will give notice of such appointment when the order is obtained.

///

///

THIS CASE IS SUBJECT TO
MANDATORY ELECTRONIC FILING
PURSUANT TO AMENDED G.O. 158

BRAYTON✜PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

4.     The heirs-at-law of decedent and their relationships to the decedent are:

| NAME | AGE | RELATIONSHIP TO DECEDENT |
|------|-----|--------------------------|
| SUZANNE QUIROZ-GREENE | 49 Years | Spouse |
| SERENA GREENE | Under 18 | Daughter |

5.     Plaintiffs bring this action as specified in Section 377.60 of the Code of Civil

Procedure as decedent's legal heirs.

6.     At all times prior to his death, decedent was a faithful and dutiful spouse to

plaintiff SUZANNE QUIROZ-GREENE and parent to plaintiff children.

7.     Plaintiffs' claims are as set forth in ©Brayton❖Purcell **Master Complaint for**

**[Survival] [Loss of Consortium] Wrongful Death** (hereinafter "Master Complaint") - Asbestos

No. 828684 filed March 3, 2003, in San Francisco Superior Court.  A copy of the Master

Complaint and General Order No. 55 may be obtained upon request from Brayton❖Purcell, and

designated portions of the Master Complaint are incorporated by reference herein pursuant to the

authority conferred by General Order No. 55.  Plaintiffs' claims are as set forth in said Master

Complaint against defendants herein as follows:

///
///
///

2

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

## DEFENDANTS* ON EXHIBITS:

| Cause of Action | B | B-1 | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First (Negligence-Survival) | ☒ | ☒ | | ☐ | | ☐ | ☐ | | | | ☐ | ☐ | ☐ | | |
| Second (Products Liability-Survival) | ☒ | ☒ | | | | | ☐ | | | | | ☐ | | | |
| Third (False Representation) As to Defendant METALCLAD INSULATION CORPORATION only. | ☒ | ☒ | | | | | ☐ | | | | | | | | |
| Fourth (Loss of Consortium) | ☐ | | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | |
| Fifth (Negligence-Wrongful Death) | ☒ | ☒ | | ☐ | | ☐ | | | | | ☐ | ☐ | ☐ | | |
| Sixth (Products Liability-Wrongful Death) | ☒ | ☒ | | ☐ | | | | | | | | | | | |
| Seventh (Premises Owner/Contractor Liability) | ☒ | ☒ | ☒ | | | | ☐ | | | | ☐ | ☐ | | | |
| Eighth, Ninth, Tenth (Unseaworthiness, Negligence [Jones Act], Maintenance and Cure) | | | ☒ | ☐ | | | | | | | | | | | |
| Eleventh (Longshore and Harbor Workers Compensation Act [LHWCA]) | | | | | ☐ | | | | | | | | | | |
| Twelfth, Thirteenth (F.E.L.A.) | | | | | | ☐ | | | | | | | | | |
| Fourteenth, Fifteenth (Respiratory Safety Devices) | | | | | | | ☐ | | | | | | | | |
| Sixteenth, Seventeenth (Brake Shoe Grinding) | | | | | | | ☐ | | | | | | | | |
| Eighteenth (Concert of Action) | | | | | | | | ☒ | | | | | | | |
| Nineteenth (Fraud, Deceit/Negligent Misrepresentation) | | | | | | | | | ☒ | | | | | | |
| Twentieth (Fraud and Deceit/Concealment) | | | | | | | | | ☒ | | | | | | |
| Twenty-First (Fraud and Deceit/Intentional Misrepresentation) | | | | | | | | | | ☐ | | | | | |
| Twenty-Second (Fraud/Deceit - Kent) | | | | | | | | | | | ☐ | | | | |
| Twenty-Third (Aiding/Abetting Battery - Met Life) | | | | | | | | | | | | | | ☐ | |

*and their alternate entities as set forth in the Master Complaint or on any Exhibit.

1    8.    Decedent's asbestos-related injury, date of diagnosis, employment status, and

2 history of exposure to asbestos are as stated on Exhibit A.

3    9.    Paragraph 9 of the Master Complaint is amended to add the following sentence:

4 In part, and without limitation as to other defendants, defendant SUN SHIP, LLC,

5 manufactured, modified, serviced and/or repaired asbestos-containing ships and vessels.

6    10.    Plaintiffs do not make a claim for either false representation or punitive damages

7 against any named defendant herein, except as against defendant METALCLAD INSULATION

8 CORPORATION.

9 Dated: _____8/31/11_____                    BRAYTON❖PURCELL LLP

10

11                                                By: _____

12                                                   David R. Donadio
                                                     Attorneys for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

K:\Injured\114665\PLD\cmp-ordrv2.wpd                    4
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT 1

1

## EXHIBIT 1 - LIST OF DEFENDANTS

2

3   THOMAS DEE ENGINEERING COMPANY
    INGERSOLL-RAND COMPANY
4   METALCLAD INSULATION CORPORATION
    PARKER-HANNIFIN CORPORATION
5   CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION)
6   WESTERN MacARTHUR COMPANY
    MacARTHUR COMPANY
7   WESTERN ASBESTOS COMPANY
    SUN SHIP, LLC
8   FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)
    GENERAL DYNAMICS CORPORATION
9   GENERAL ELECTRIC COMPANY
    HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.)
10  LOCKHEED SHIPBUILDING COMPANY
    NATIONAL STEEL AND SHIPBUILDING COMPANY
11  TODD SHIPYARDS CORPORATION
    HOPEMAN BROTHERS, INC.
12  J.T. THORPE & SON, INC.
    and DOES 1-8500,
13

14      Defendants.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT A

1

<u>EXHIBIT A</u>

2

Decedent's exposure to asbestos and asbestos-containing products occurred at various

3

locations both inside and outside the State of California, including but not limited to:

4

5

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Various shipyards, including, | Various ships, including, | Stage Rigger | early 1970s-2002 |
| Pacific Drydock, San Francisco, CA | Pacific Drydock, San Francisco, CA, various ships | | early to mid-1970s |
| Todd Shipyard, San Francisco, CA | Todd Shipyard, San Francisco, CA, various ships | | early 1970s-2002 |
| Service Engineering, San Francisco, CA | Service Engineering, San Francisco, CA, various ships | | early 1970s-2002 |
| Southwest Marine, San Francisco, CA | Southwest Marine, San Francisco, CA, various ships, including, | | early 1980s-2002 |
| | <u>COMET</u> (T-AK-269) | | |
| | <u>CORAL SEA</u> (CV-43) | | early 1980s-1993 |
| | <u>METEOR</u> (T-AKR-9) | | early 1980s-2001 |
| | <u>MISSOURI</u> (BB-63) | | early 1980s-1992 |
| | <u>PYRO</u> (AE-24) | | early 1980s-1997 |
| | <u>ROANOKE</u> (AOR-7) | | early 1980s-1998 |
| | <u>WICHITA</u> (AOR-1) | | early 1970s-1995 |
| | <u>GRAND CANYON STATE</u> (1965) | | 1986-2002 |
| | MERCY (T-AH-19) | | |
| Triple A Machine Shop, San Francisco, CA | Various ships at Triple A Machine Shop, San Francisco, CA and Naval Air Station, Alameda, CA, including, | Stage Rigger | mid 1970s-1987 (6 months to 1 year per ship) |
| | <u>AUSTRAL LIGHTNING</u> (1971) | | 7/1/1976-1987 |

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ///

EXHIBIT A

K:\Injured\114665\PLD\cmp-wdsrv2.wpd

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Triple A Machine Shop, San Francisco, CA (cont'd.) | Various ships at Triple A Machine Shop, San Francisco, CA and Naval Air Station, Alameda, CA, including, | Stage Rigger | mid 1970s-1987 (6 months to 1 year per ship) |
| | CORAL SEA (CV-43) | | mid 1970s-1987 |
| | ENTERPRISE (CVN-65) | | |
| | FANNING (FF-1076) | | |
| | FLINT (T-AE-32) | | |
| | GLOMAR EXPLORER (T-AG-193) | | |
| | H.H. HESS (T-AGS-38) | | |
| | HALEAKALA (AES-25) | | |
| | KANSAS CITY (AOR-3) | | |
| | KILAUEA (AE-26) | | |
| | KISKA (AE-35) | | |
| | MARS (AFS-1) | | |
| | MAUNA KEA (AE-22) | | |
| | MOUNT HOOD (AE-29) | | |
| | PRESIDENT GRANT (1971) | | |
| | PRESIDENT VAN BUREN (1967) | | |
| | PYRO (AE-24) | | |
| | SHASTA (T-AE-33) | | |
| | WICHITA (AOR-1) | | |
| | CARL VINSON (CVN-70) | | 1982-1987 |
| | KEYSTONE CANYON (1978) | | 1978-1987 |

EXHIBIT A

K:\Injured\114665\PLD\cmp-wdsrv2.wpd

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

1

2

EXHIBIT A (cont'd.)

3      Decedent's exposure to asbestos and asbestos-containing products caused severe and

4  permanent injury to the decedent, including, but not limited to breathing difficulties and/or

5  other lung damage.  Decedent was diagnosed with lung cancer on or about September 2010, and

6  with asbestosis and asbestos-related pleural disease on or about May 2011.

7      Decedent stopped working on September 8, 2010, due to his lung cancer.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                                                    **EXHIBIT A**

**COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS**

# EXHIBIT B

1                                             EXHIBIT B

2   <u>DEFENDANTS</u>

| 3 | THOMAS DEE ENGINEERING COMPANY | SUN SHIP, LLC |
|---|---|---|
| | INGERSOLL-RAND COMPANY | GENERAL DYNAMICS CORPORATION |
| 4 | METALCLAD INSULATION CORPORATION | GENERAL ELECTRIC COMPANY |
| | PARKER-HANNIFIN CORPORATION | HUNTINGTON INGALLS INCORPORATED |
| 5 | CBS CORPORATION (FKA VIACOM INC., FKA | (FKA NORTHROP GRUMMAN |
| | WESTINGHOUSE ELECTRIC CORPORATION) | SHIPBUILDING, INC.) |
| 6 | WESTERN MacARTHUR COMPANY | LOCKHEED SHIPBUILDING COMPANY |
| | MacARTHUR COMPANY | NATIONAL STEEL AND SHIPBUILDING |
| 7 | WESTERN ASBESTOS COMPANY | COMPANY |
| | FOSTER WHEELER LLC (FKA FOSTER | TODD SHIPYARDS CORPORATION |
| 8 | WHEELER CORPORATION) | DOES 1-800 |

9                                       <u>ALTERNATE ENTITY</u>

| 10 | THOMAS DEE ENGINEERING | THOMAS DEE ENGINEERING CO., INC. |
|---|---|---|
| | COMPANY | DEE ENGINEERING COMPANY |
| 11 | | |
| | INGERSOLL-RAND COMPANY | INGERSOLL-DRESSER PUMP |
| 12 | | DRESSER-RAND CO. |
| | | PACIFIC PUMP WORKS |
| 13 | | FLOWSERVE CORPORATION |
| | | INGERSOLL ROCK DRILL COMPANY |
| 14 | | TERRY STEAM TURBINE CO. |
| | | WHITON MACHINE COMPANY |
| 15 | | RAND DRILL COMPANY |
| | | RAND & WARING DRILL AND COMPRESSOR COMPANY |
| 16 | | INGERSOLL-SERGEANT |
| | | SCHLAGE LOCK COMPANY |
| 17 | | VON DUPRIN |
| | | THE TORRINGTON COMPANY |
| 18 | | BLAW-KNOX COMPANY |
| | | ALDRICH PUMPS |
| 19 | | HUSSMANN CORPORATION |
| 20 | METALCLAD INSULATION | NORTHERN CALIFORNIA INSULATION, INC. |
| | CORPORATION | SWEETSER ENTERPRISES |
| 21 | | PACIFIC ASBESTOS & SUPPLY |
| | | PACIFIC INSULATION SERVICES, INC. |
| 22 | | KEMPER CONSULTANTS, INC. |
| 23 | PARKER-HANNIFIN CORPORATION | SACOMA-SIERRA, INC. |
| | | SACOMA MANUFACTURING COMPANY |
| 24 | | E.I.S. AUTOMOTIVE CORPORATION |
| | | CONDREN CORPORATION, THE |
| 25 | | PARKER SEAL COMPANY |
| | | DENISON HYDRAULICS INC. |
| 26 | | GREER HYDRAULICS CORPORATION |
| 27 | FOSTER WHEELER LLC | FOSTER WHEELER CORPORATION |

28   ///                                                                     EXHIBIT B

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

EXHIBIT B (cont'd.)

ALTERNATE ENTITY

| | |
|---|---|
| WESTERN MacARTHUR COMPANY | WESTERN ASBESTOS CO.<br>MAC ARTHUR COMPANY<br>BAY CITIES ASBESTOS COMPANY<br>F.K. PINNEY, INC. |
| CBS CORPORATION (F/K/A VIACOM INC., F/K/A WESTINGHOUSE ELECTRIC CORPORATION) | VIACOM, INC.<br>CBS CORPORATION<br>WESTINGHOUSE ELECTRIC CORPORATION<br>WESTINGHOUSE ELECTRIC AND MANUFACTURING COMPANY<br>B.F. STURTEVANT<br>KPIX TELEVISION STATION<br>PARAMOUNT COMMUNICATIONS, INC<br>GULF & WESTERN INDUSTRIES, INC.<br>NORTH & JUDD MANUFACTURING COMPANY |
| SUN SHIP, LLC | KEE LEASING COMPANY<br>SUN LEASING COMPANY<br>SUN SHIP, INC.<br>SUN TRANSPORT, INC. |
| GENERAL DYNAMICS CORPORATION | CONVAIR<br>VULTEE AIRCRAFT INC.<br>CONSOLIDATED VULTEE AIRCRAFT CORPORATION<br>ASBESTOS CORPORATION LIMITED |
| GENERAL ELECTRIC COMPANY | MATTERN X-RAY<br>HOTPOINT ELECTRIC APPLIANCE COMPANY LIMITED<br>TRUMBULL ELECTRIC MANUFACTURING COMPANY<br>G E INDUSTRIAL SYSTEMS<br>CURTIS TURBINES<br>PARSONS TURBINES<br>GENERAL ELECTRIC JET ENGINES |
| HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.) | AVONDALE INDUSTRIES, INC.<br>AVONDALE SHIPYARDS, INC.<br>CONTINENTAL MARITIME INDUSTRIES, INC.<br>EASTERN IDAHO CONSTRUCTION COMPANY<br>INGALLS SHIPBUILDING, INC.<br>NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY<br>NORTH CAROLINA SHIPBUILDING<br>NORTHROP GRUMMAN SHIP SYSTEMS, INC.<br>SERVICE ENGINEERING INDUSTRIES, INC. |
| LOCKHEED SHIPBUILDING COMPANY | LOCKHEED SHIPBUILDING AND CONSTRUCTION COMPANY<br>PUGET SOUND BRIDGE & DRY DOCK COMPANY<br>PUGET SOUND BRIDGE & DREDGING COMPANY |

EXHIBIT B

K:\Injured\114665\PLD\cmp-wdsrv2.wpd
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT B-1

1

<u>EXHIBIT B-1</u>

2

<u>DEFENDANTS</u>

3

HOPEMAN BROTHERS, INC.
J.T. THORPE & SON, INC.

4

THOMAS DEE ENGINEERING COMPANY

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT B-1

K:\Injured\11466S\PLD\cmp-wdsrv2.wpd

15

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT C

1

<u>EXHIBIT C</u>

2

<u>DEFENDANTS</u>

3    HOPEMAN BROTHERS, INC.                    MacARTHUR COMPANY
     J.T. THORPE & SON, INC.                   WESTERN ASBESTOS COMPANY
4    THOMAS DEE ENGINEERING COMPANY            DOES 1001-2000
     WESTERN MacARTHUR COMPANY
5

6
     CONTRACTOR
7    <u>DEFENDANTS</u>                  <u>LOCATION</u>              <u>TIME PERIOD</u>

8    HOPEMAN BROTHERS, INC.         Various                Various

9    J.T. THORPE & SON, INC.        Various                Various

10   THOMAS DEE ENGINEERING         Various                Various
     COMPANY
11
     WESTERN MacARTHUR              Various                Various
12   COMPANY/MacARTHUR
     COMPANY/WESTERN ASBESTOS
13   COMPANY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                           EXHIBIT C

K:\Injured\114665\PLD\cmp-exdrrv2.wpd
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT H

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT H

DEFENDANTS

DOES 5000-8000

EXHIBIT H

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT I

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>EXHIBIT I</u>

<u>DEFENDANTS</u>

DOES 5000-7500

EXHIBIT I

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

1   DAVID R. DONADIO, ESQ., S.B. #154436
    BRAYTON✧PURCELL LLP
2   Attorneys at Law
    222 Rush Landing Road
3   P.O. Box 6169
    Novato, California  94948-6169
4   (415) 898-1555

5   Attorneys for Plaintiffs

ENDORSED
F I L E D
San Francisco County Superior Court

SEP - 1 2011

CLERK OF THE COURT
BY: _____ DENNIS TOYAMA
                Deputy Clerk

6

7

8                SUPERIOR COURT OF CALIFORNIA

9                    COUNTY OF SAN FRANCISCO

10

11  SUZANNE QUIROZ-GREENE, as              )   ASBESTOS
    Wrongful Death Heir, and as Successor-in-  )   No. C G C - 1 1 - 2 7 5 8 8 7
12  Interest to LeJON GREENE, Deceased;    )
    and SERENA GREENE, a minor, by and     )   PRELIMINARY FACT SHEET/NEW
13  through her Guardian Ad Litem,         )   FILING/ASBESTOS LITIGATION
    SUZANNE QUIROZ-GREENE, as Legal        )
14  Heirs of LeJON GREENE, Deceased,       )
                                           )
15              Plaintiffs,                )   (See General Order No. 129, In Re:
                                           )   Complex Asbestos Litigation)
16  vs.                                    )
                                           )
17  THOMAS DEE ENGINEERING                 )
    COMPANY; Defendants as Reflected on    )
18  Exhibit 1, Exhibit H, Exhibit I, attached to  )
    the Summary Complaint herein; and DOES )
19  1-8500.                                )

20

21                      NOTICE

22  TO NEW DEFENDANTS SERVED IN COMPLEX ASBESTOS LITIGATION IN THE
    SUPERIOR COURT IN AND FOR THE STATE OF CALIFORNIA, CITY AND COUNTY OF
23  SAN FRANCISCO

24          You have been served with process in an action which has been designated by the Court
    as complex litigation pursuant to Standard 19 of the Standards of Judicial Administration.  This
25  litigation bears the caption "In Re:  Complex Asbestos Litigation", [San Francisco Superior
    Court No. 828684].
26
            This litigation is governed by various general orders, some of which affect the judicial
27  management and/or discovery obligations, including the responsibility to answer interrogatories
    deemed propounded in the case.  You may contact the Court or Designated Defense Counsel,
28  Berry & Berry, P.O. Box 16070, 2930 Lakeshore Avenue, Oakland, CA 94610; Telephone:

K:\Injured\114665\PLD\comp-factst.wpd                1
PRELIMINARY FACT SHEET/NEW FILING/ASBESTOS LITIGATION

(510) 835-8330; FAX: (510) 835-5117, for further information and/or copies of these orders, at your expense.

1. State the complete name and address of each person whose claimed exposure to asbestos is the basis of this lawsuit ("exposed person"): <u>LeJon Greene, deceased.</u>

2. Does plaintiff anticipate filing a motion for a preferential trial date within the next four months?          _____ Yes                    __X__ No

[If yes, the action will be governed by General Order No. 140; if no, the action will be governed by General Order No. 129.]

3. Date of birth of each exposed person in item one and, if applicable, date of death:

           Date of Birth:    __12/22/51__

           Date of Death:   __10/2/10__

Social Security Number of each exposed person:

        Social Security Numbers are confidential pursuant to Calif. Rule of Court 1.20.

4. Specify the nature or type of asbestos-related disease alleged by each exposed person.

    __X__ Asbestosis                         _____ Mesothelioma

    __X__ Pleural Thickening/Plaques          _____Other Cancer:  Specify: _____

    __X__ Lung Cancer Other Than Mesothelioma      _____ Other:  Specify: _____

5. For purposes of identifying the nature of exposure allegations involved in this action, please check one or more:

    __X__ Shipyard               _____ Construction          _____ Friction-Automotive

    _____ Premises              _____ Aerospace             _____ Military

    _____ Other:  Specify all that apply:  _____

If applicable, indicate which exposure allegations apply to which exposed person.

6. Identify each location alleged to be a source of an asbestos exposure, and to the extent known, provide the beginning and ending year(s) of each such exposure.  Also specify each exposed person's employer and job title or job description during each period of exposure.  (For example: "San Francisco Naval Shipyard - Pipefitter - 1939-1948").  Examples of locations of exposure might be a specific shipyard, a specific railroad maintenance yard, or perhaps more generalized

1   descriptions such as "merchant marine" or "construction". If an exposed person claims exposure

2   during only a portion of a year, the answer should indicate that year as the beginning and ending

3   year (e.g., 1947-1947).

4

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Various shipyards, including, | Various ships, including, | Stage Rigger | early 1970s-2002 |
| Pacific Drydock, San Francisco, CA | Pacific Drydock, San Francisco, CA, various ships | | early to mid-1970s |
| Todd Shipyard, San Francisco, CA | Todd Shipyard, San Francisco, CA, various ships | | early 1970s-2002 |
| Service Engineering, San Francisco, CA | Service Engineering, San Francisco, CA, various ships | | early 1970s-2002 |

13   (Attach Additional Pages, If Necessary) SEE ATTACHED CONTINUATION

14   7. For each exposed person who:

15       a. worked in the United States or for a U.S. agency outside the territorial United States,

16   attach to the copy of this fact sheet provided to Designated Defense Counsel a fully executed

17   Social Security Earnings authorization (Exhibit N-4 to General Order No. 129);

18       b. may have had a Social Security disability award or is no longer employed and whose

19   last employment was not with a United States government agency, attach to the copy of this fact

20   sheet provided to Designated Defense Counsel a fully executed Social Security Disability

21   authorization (Exhibit N-5 to General Order No. 129);

22       c. served at any time in the United States military, attach to the copy of this fact sheet

23   provided to Designated Defense Counsel two fully executed originals of the stipulation (Exhibit

24   N-3 to General Order No. 129);

25       d. was employed by the United States government in a civilian capacity, attach to the

26   copy of this fact sheet provided to Designated Defense Counsel two fully executed originals of

27   the stipulation (Exhibit N-3 to General Order No. 129).

28   ///

8. If there is a wrongful death claim, attach to the copy of this fact sheet provided to Designated

Defense Counsel a copy of the death certificate, if available. If an autopsy report was done, also

attach a copy of it to the copy of this fact sheet provided to Designated Defense Counsel.

9. State the date of the filing of the initial complaint in this matter:

Dated: _____9/1/2011_____          BRAYTON✦PURCELL LLP

By: _____

David R. Donadio
Attorneys for Plaintiffs

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Southwest Marine, San Francisco, CA | Southwest Marine, San Francisco, CA, various ships, including, | | early 1980s-2002 |
| | COMET (T-AK-269) | | |
| | CORAL SEA (CV-43) | | early 1980s-1993 |
| | METEOR (T-AKR-9) | | early 1980s-2001 |
| | MISSOURI (BB-63) | | early 1980s-1992 |
| | PYRO (AE-24) | | early 1980s-1997 |
| | ROANOKE (AOR-7) | | early 1980s-1998 |
| | WICHITA (AOR-1) | | early 1970s-1995 |
| | GRAND CANYON STATE (1965) | | 1986-2002 |
| | MERCY (T-AH-19) | | |
| Triple A Machine Shop, San Francisco, CA | Various ships at Triple A Machine Shop, San Francisco, CA and Naval Air Station, Alameda, CA, including, | Stage Rigger | mid 1970s-1987 (6 months to 1 year per ship) |
| | AUSTRAL LIGHTNING (1971) | | 7/1/1976-1987 |
| | CORAL SEA (CV-43) | | mid 1970s-1987 |
| | ENTERPRISE (CVN-65) | | |
| | FANNING (FF-1076) | | |
| | FLINT (T-AE-32) | | |
| | GLOMAR EXPLORER (T-AG-193) | | |
| | H.H. HESS (T-AGS-38) | | |
| | HALEAKALA (AES-25) | | |
| | KANSAS CITY (AOR-3) | | |
| | KILAUEA (AE-26) | | |
| | KISKA (AE-35) | | |

| | Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | Triple A Machine Shop, San Francisco, CA (cont'd.) | Various ships at Triple A Machine Shop, San Francisco, CA and Naval Air Station, Alameda, CA, including, | Stage Rigger | mid 1970s-1987 (6 months to 1 year per ship) |
| 4 | | | | |
| 5 | | | | |
| 6 | | MARS (AFS-1) | | |
| 7 | | MAUNA KEA (AE-22) | | |
| 8 | | MOUNT HOOD (AE-29) | | |
| 9 | | PRESIDENT GRANT (1971) | | |
| 10 | | PRESIDENT VAN BUREN (1967) | | |
| 11 | | PYRO (AE-24) | | |
| 12 | | SHASTA (T-AE-33) | | |
| 13 | | WICHITA (AOR-1) | | |
| 14 | | CARL VINSON (CVN-70) | | 1982-1987 |
| 15 | | KEYSTONE CANYON (1978) | | 1978-1987 |
| 16 | | | | |

PRELIMINARY FACT SHEET/NEW FILING/ASBESTOS LITIGATION

<table>
<tr><td>1</td><td>DAVID R. DONADIO, ESQ., S.B. #154436<br>NANCY T. WILLIAMS, ESQ., S.B. #201095</td></tr>
</table>

1  DAVID R. DONADIO, ESQ., S.B. #154436
   NANCY T. WILLIAMS, ESQ., S.B. #201095
2  BRAYTON ❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California  94948-6169

5  Telephone : (415) 898-1555
   Facsimile:   (415) 898-1247
6
7  Attorneys for Plaintiffs

ELECTRONICALLY
**FILED**
*Superior Court of California,*
*County of San Francisco*
**SEP 07 2011**
Clerk of the Court
BY: WILLIAM TRUPEK
Deputy Clerk

8              SUPERIOR COURT OF CALIFORNIA

9                 COUNTY OF SAN FRANCISCO

10

11  SUZANNE QUIROZ-GREENE, as          )   ASBESTOS
    Wrongful Death Heir, and as Successor-in-  )   No. CGC-11-275887
12  Interest to LEJON GREENE, Deceased; and  )
    SERENA GREENE, a minor, by and       )
13  through her Guardian Ad Litem, SUZANNE   )   DECLARATION OF SUZANNE QUIROZ-
    QUIROZ-GREENE, as Legal Heirs of     )   GREENE UNDER C.C.P. § 377.32
14  LEJON GREENE, Deceased,              )
                                          )
15                      Plaintiffs,       )
                                          )
16  vs.                                   )
                                          )
17  THOMAS DEE ENGINEERING               )
    COMPANY; Defendants as Reflected on  )
18  Exhibit 1, Exhibit H, Exhibit I, attached to  )
    the Summary Complaint herein; and DOES  )
19  1-8500.                               )

20

21         The undersigned hereby declares:

22         1.      I, SUZANNE QUIROZ-GREENE, am over the age of 18 years and the surviving

23  spouse of decedent LEJON GREENE.

24         2.      I make this declaration pursuant to Code of Civil Procedure Section 377.32 to allow

25  me to continue and/or commence any and all actions related to decedent's exposure to asbestos which

26  survive his death.

27         3.      The name of the decedent is LEJON GREENE.

28  ///

K:\Injured\116683\377-SUC-DECL-SUZANNE.wpd                    1
          DECLARATION OF SUZANNE QUIROZ-GREENE UNDER C.C.P. § 377.32

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

4.     Decedent died in South San Francisco, California on October 2, 2010, leaving no will and no trust.

5.     No proceeding is now pending in California for the administration of decedent's estate.

6.     The declarant is the decedent's successor-in-interest (as defined in §377.11 of the California Code of Civil Procedure) and succeeds to the decedent's interest in the action or proceeding.

7.     No other person has a superior right to commence and/or continue the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

8.     A certified copy of decedent's death certificate is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on _August 18, 2011_ 2011, at South San Francisco, California.

Suzanne Quiroz-Greene

DECLARATION OF SUZANNE QUIROZ-GREENE UNDER C.C.P. § 377.32

## STATE OF CALIFORNIA
### CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN MATEO
## HEALTH SYSTEM
### SAN MATEO, CALIFORNIA

3052010166723    CERTIFICATE OF DEATH    3201041003461

| LEJON | CARL | GREENE |
|---|---|---|

12/22/1951 — 58 — M

| CA | 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 | MARRIED | 10/02/2010 | 1432 |

11 — CAUCASIAN

CARPENTER — SHIP REPAIR COMPANY — 32

110 FIR AVENUE
SOUTH SAN FRANCISCO — SAN MATEO — 94080 — 15 — 

SUZANNE GREENE, WIFE — 110 FIR AVENUE, SOUTH SAN FRANCISCO, CA 94080

| SUZANNE | MICHELLE | QUIROZ | |
|---|---|---|---|
| WILLIAM | | GREENE | CA |
| LORRAINE | | PIERSON | NE |

10/06/2010 — RES. OF WIFE - SUZANNE M. GREENE
110 FIR AVENUE, SOUTH SAN FRANCISCO, CA 94080

CR/RES — NIGEL LA CUA — EMB8833
GARDEN CHAPEL FUNERAL DIRECTORS — FD605 — SCOTT MORROW, MD — 10/04/2010

KAISER FOUNDATION HOSPITAL
SAN MATEO — 1200 EL CAMINO REAL — SOUTH SAN FRANCISCO

METASTATIC LUNG CANCER — MOS

NO

NO

JAYNE CHU M.D. — AO62396 — 10/04/2010
1200 EL CAMINO REAL, SOUTH SAN FRANCISCO, CA 94080

09/24/2010 — 10/02/2010

---

### CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } SS    DATE ISSUED
COUNTY OF SAN MATEO

This is a true and exact reproduction of the document officially registered and placed
on file in the office of the SAN MATEO COUNTY HEALTH SYSTEM.

OCT 0 7 2010

SCOTT MORROW, M.D.
HEALTH OFFICER AND REGISTRAR

*000648233*

This copy not valid unless prepared on engraved border displaying seal and signature of County Health Officer.

