UNITED STATES DISTRICT COURT
BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS                                                    Docket No. 875
LIABILITY LITIGATION (NO. VI)

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

### NOTICE OF POTENTIAL "TAG-ALONG" ACTIONS

The below-listed case is Federal Employer's Liability Act asbestos action currently pending in the United States District Court for the Southern District of Illinois.  The Panel has not listed this case for transfer or conditional transfer to the Eastern District of Pennsylvania in the various conditional transfer orders and correction orders it has issued.  The Plaintiff represented by undersigned counsel hereby respectfully request that the Panel take action to transfer these cases to the Eastern District of Pennsylvania, and that the Clerk of the Panel immediately notify the Clerk of the relevant United States District Court that this action shall be transferred for consolidated pretrial proceedings under 28 U.S.C. 1407, pursuant to the Panel's July 19, 1991 Order.

In accordance with the Panel's opinion and Order and Rule 13(e), the undersigned counsel for Plaintiff hereby notifies the Clerk of the Panel of the below-listed related action.

AMY ROHR, Individually and as Personal Representative of the Estate of CHARLES
ROHR, Deceased v. BNSF Railway Company
    USDC Southern District of Illinois, Case No. 3:11-CV-00830 GPM-SCW

Respectfully submitted,

By: /s/ Kevin A. Sullivan
    Kevin A. Sullivan, #06212244
    SAUTER SULLIVAN, LLC
    3415 Hampton Avenue
    St. Louis, MO 63139
    Tel: 314-768-6800chedul
    Fax: 314-781-2726
    E-mail: ksullivan@ss-law.net

    JONES & GRANGER
    10,000 Memorial Drive, #888
    Houston, TX 77024
    Tel: 713-668-0230
    Fax: 713-956-7139

    ATTORNEYS FOR PLAINTIFF