UNITED STATES DISTRICT COURT
BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS                                              Docket No. 875
LIABILITY LITIGATION (NO. VI)

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

## SCHEDULE OF ACTIONS

AMY ROHR, Individually and as Personal Representative of the Estate of CHARLES ROHR, Deceased v. BNSF Railway Company
    USDC Southern District of Illinois, Case No. 3:11-CV-00830 GPM-SCW

Respectfully submitted,

By: /s/ Kevin A. Sullivan
    Kevin A. Sullivan, #06212244
    SAUTER SULLIVAN, LLC
    3415 Hampton Avenue
    St. Louis, MO 63139
    Tel: 314-768-6800chedul
    Fax: 314-781-2726
    E-mail: ksullivan@ss-law.net

    JONES & GRANGER
    10,000 Memorial Drive, #888
    Houston, TX 77024
    Tel: 713-668-0230
    Fax: 713-956-7139

    ATTORNEYS FOR PLAINTIFF