UNITED STATES DISTRICT COURT
BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASPESTOS PRODUCTS                                   Docket No. 875
LIABILITY LITIGATION (NO. VI)

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

## PROOF OF SERVICE

The undersigned certifies that the Notice of Potential Tag-Along Actions with respect to the case listed below has been served on counsel of record via MDL Electronic Filing System (CM/ECF) on this 3rd day of October, 2011.

AMY ROHR, Individually and as Personal Representative of the Estate of CHARLES ROHR, Deceased v. BNSF Railway Company
   USDC Southern District of Illinois, Case No. 3:11-CV-00830 GPM-SCW

Respectfully submitted,

By: /s/ Kevin A. Sullivan
Kevin A. Sullivan, #06212244
SAUTER SULLIVAN, LLC
3415 Hampton Avenue
St. Louis, MO 63139
Tel: 314-768-6800chedul
Fax: 314-781-2726
E-mail: ksullivan@ss-law.net

JONES & GRANGER
10,000 Memorial Drive, #888
Houston, TX 77024
Tel: 713-668-0230
Fax: 713-956-7139

ATTORNEYS FOR PLAINTIFF