

SAN FRANCISCO
LOS ANGELES

## KNOTT & GLAZIER LLP
L A W Y E R S
A REGISTERED LIMITED LIABILITY PARTNERSHIP

201 SPEAR STREET
SUITE 1520
SAN FRANCISCO, CALIFORNIA 94105

TELEPHONE (415) 356-1100
FACSIMILE (415) 356-1105
WWW.KNOTTGLAZIER.COM

October 24, 2011

*VIA PACER CM/ECF*

The Judicial Panel on MDL, Case No. 875
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002

Re:   Notice Of Potential Tag-Along Action Pursuant To J.P.M.L. Rule 7.2(i)
*Suzanne Quiroz-Greene, et al. v. Thomas Dee Engineering Company, et al.*
USDC Case No. CV 11-05133 CW

Dear Judicial Panel:

Please accept this correspondence as notice to the panel that the action, *Suzanne Quiroz-Greene, et al. v. Thomas Dee Engineering Company, et al.*, USDC Case No. CV 11-05133 CW, in the U.S. District Court, Northern District of California, may be a potential tag-along action in *In Re: Asbestos Product Liability Litigation* (No. VI) MDL No. 875. Enclosed are copies of the following:

(1)   Docket Sheet from the Northern District of California;

(2)   Complaint; and

(3)   Declaration of Service.

Thank you for your consideration.

Sincerely,

Michael D. Smith
SBN 235727

Enclosures

cc: The Honorable Claudia Wilken