# SCHEDULE OF ACTIONS

1.   *Suzanne Quiroz-Greene, et al. v. Thomas Dee Engineering Company, et al.* United States District Court, Northern District of California (San Francisco), Case No. CV 11-05133 CW