# DECLARATION OF SERVICE

## DECLARATION OF SERVICE

I, Denise Knapp, declare as follows:

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  I am employed by Knott & Glazier LLP, whose business address is 201 Spear Street, Suite 1520, San Francisco, California  94105.

On October 25, 2011, I served the following document(s) described as:

### NOTICE OF POTENTIAL TAG-ALONG ACTION
### PURSUANT TO J.P.M.L. RULE 7.2(i)

by placing a true copy thereof in an envelope addressed to each of the person(s) named on the attached Service list at the addresses shown.

[x]   **VIA MAIL**:  I placed a true copy in a sealed envelope addressed as indicated above, on August 29, 2011 I am familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U. S. Postal Service on the same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California, United States of America, that the foregoing is true and correct, that the original of the aforementioned document(s) was/were printed on recycled paper, and that this Declaration of Service was executed by me on October 25, 2011 at San Francisco, California.

Denise Knapp

**SERVICE LIST**
*Quiroz-Greene, et al. v. Thomas Dee Engineering Company, et al.*
**U.S.D.C. Court Case No. 4-11-cv-05133-CW**

| PARTY REPRESENTED | PHONE | FAX |
|---|---|---|
| David R. Donadio<br>Jason Michael Rose<br>Brayton ❖ Purcell LLP<br>222 Rushing Landing Road<br>PO Box 6169<br>Novato, CA  94948<br>*Representing Plaintiff*<br>*NICHOLAS VASSALE* | (415) 898-1555 | (415) 898-1247 |
| Allison M. Low<br>Derek S. Johnson<br>Sedgwick, Detert, Moran & Arnold LLP<br>333 Bush Street, 30th Floor<br>San Francisco, CA  94104<br>*Representing Defendant*<br>*GENERAL ELECTRIC COMPANY* | (415) 781-7900 | (415) 781-2635 |
| Daniel James Kelly<br>Tucker Ellis & West LLP<br>135 Main St., Suite 700<br>San Francisco, CA  94105<br>*Representing Defendant*<br>*HUNTINGTON INGALLS INCORPORATED* | (415) 617-2400 | (415) 617-2409 |
| George D. Yaron<br>Ian C. Madrosen<br>Keith E. Patterson<br>Yaron & Associates<br>601 California St., 21st Floor<br>San Francisco, CA  94108<br>Representing Defendant<br>*TODD SHIPYARDS CORPORATION* | (415) 658-2929 | (415) 658-2930 |
| Lisa L. Oberg<br>Jennifer J. Lee<br>McKenna Long & Aldridge<br>101 California St., 41st Floor<br>San Francisco, CA  94111<br>*Representing Defendant*<br>*METALCLAD INSULATION* | (415) 267-4000 | (415) 267-4198<br>(23) |

10/25/2011 03:59 PM