# DOCKET FOR CASE #11-05133 CW
## In the Northern District of California
## (San Francisco)

# U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:11-cv-05133-CW

Quiroz-Green et al v. Thomas Dee Engineering Company et al    Date Filed: 10/19/2011
Assigned to: Hon. Claudia Wilken                             Jury Demand: Defendant
Case in other court: San Francisco County Superior Court, CGC 11-275887    Nature of Suit: 368 P.I. : Asbestos
Cause: 28:1442 Petition for Removal                          Jurisdiction: Federal Question

**Plaintiff**

**Suzanne Quiroz-Green**                 represented by   **David R. Donadio**
*as Wrongful Death Heir, and as Successor-in-*            Brayton Purcell LLP
*Interest to LeJon Green, Deceased*                       222 Rush Landing Road
                                                          PO Box 6169
                                                          Novato, CA 94948-6169
                                                          415-898-1555
                                                          Fax: 415-898-1247
                                                          Email: DDonadio@braytonlaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jason Michael Rose**
                                                          Brayton Purcell
                                                          222 Rush Landing Rd
                                                          Novato, CA 94948
                                                          415-898-1555
                                                          Email: Jrose@braytonlaw.com
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Serena Green**                         represented by   **David R. Donadio**
*a minor, by and through her Guardian Ad Litem,*         (See above for address)
*Suzanne Quiroz-Greene, as Legal Heirs of LeJon*         *LEAD ATTORNEY*
*Green, Deceased*                                        *ATTORNEY TO BE NOTICED*

                                                          **Jason Michael Rose**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Thomas Dee Engineering Company**

**Defendant**

**Ingersoll-Rand Company**

**Defendant**

**Metalclad Insulation Corporation**

**Defendant**

**Parker-Hannifin Corporation**

**Defendant**

**CBS Corporation**
*formerly known as*
Viacom Inc.

*formerly known as*
Westinghouse Electric Corporation

**Defendant**

**Western MacArthur Company**

**Defendant**

**MacArthur Company**

**Defendant**

**Western Asbestos Company**

**Defendant**

**Sun Ship, LLC**

**Defendant**

**Foster Wheeler LLC**
*formerly known as*
Foster Wheeler Corporation

**Defendant**

**General Dynamics Corporation**

**Defendant**

**General Electric Company**                    represented by    **Allison Michele Low**
Sedgwick LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105-1008
415-781-7900
Fax: 415-781-2635
Email: allison.low@sedgwicklaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Huntington Ingalls Incorporated**             represented by    **Daniel James Kelly**
*formerly known as*                                              Tucker Ellis & West LLP
Northrop Grumman Shipbuilding, Inc.                              135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400
Fax: 415-617-2409
Email: daniel.kelly@tuckerellis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lockheed Shipbuilding Company**              represented by    **Guy P. Glazier**
Knott & Glazier LLP
601 S. Figueroa Street
Suite 1950
Los Angeles, CA 90017
213-312-9200
Fax: 213-312-9201
Email: glazier@knottglazier.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael David Smith**
Knott and Glazier LLP
201 Spear Street
Suite 1520

San Francisco, CA 94105
415-356-1100
Email: smith@knottglazier.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Steel and Shipbuilding Company**

**Defendant**

**Todd Shipyards Corporation**                    represented by   **George Dimitri Yaron**
Yaron & Associates
601 California Street, 21st Floor
San Francisco, CA 94108-2281
415-658-2929
Fax: 415-658-2930
Email: gyaron@yaronlaw.com
*ATTORNEY TO BE NOTICED*

**Ian C Madrosen**
Yaron & Associates
601 California Street, Suite 2100
San Francisco, CA 94108
415-658-2929
*ATTORNEY TO BE NOTICED*

**Keith E. Patterson**
Yaron & Associates
601 California Street
21st. Floor
San Francisco, CA 94108-2281
415-658-2929
Fax: 415-658-2930
Email: kpatterson@yaronlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hopeman Brothers, Inc.**

**Defendant**

**J.T. Thorpe & Son, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/19/2011 | 1 | NOTICE OF REMOVAL from San Francisco County Superior Court. Their case number is CGC 11-275887. (Filing fee $350 receipt number 34611065987). Filed by Lockheed Shipbuilding Company. (mjj2, COURT STAFF) (Filed on 10/19/2011) (Entered: 10/20/2011) |
| 10/19/2011 | 1 | ANSWER to Complaint by Lockheed Shipbuilding Company. (mjj2, COURT STAFF) (Filed on 10/19/2011) (Entered: 10/20/2011) |
| 10/19/2011 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 2/2/2012. Case Management Conference set for 2/9/2012 01:30 PM in Courtroom F, 15th Floor, San Francisco. (Attachments: # 1 Standing Order, # 2 Standing Order for all Judges)(mjj2, COURT STAFF) (Filed on 10/19/2011) (Entered: 10/20/2011) |
| 10/19/2011 | 3 | NOTICE of Pendency of Other Actions by Lockheed Shipbuilding Company (mjj2, COURT STAFF) (Filed on 10/19/2011) (Entered: 10/20/2011) |
| 10/19/2011 | 4 | Certificate of Interested Entities by Lockheed Shipbuilding Company identifying Other Affiliate Nationwide Indemnity for Lockheed Shipbuilding Company. (mjj2, COURT STAFF) (Filed on 10/19/2011) (Entered: 10/20/2011) |

| | | |
|---|---|---|
| 10/19/2011 | 5 | NOTICE - Disclosure Statement by Lockheed Shipbuilding Company (mjj2, COURT STAFF) (Filed on 10/19/2011) (Entered: 10/20/2011) |
| 10/20/2011 | 8 | NOTICE OF TAG-ALONG ACTION by Todd Shipyards Corporation (ga, COURT STAFF) (Filed on 10/20/2011) (Entered: 10/24/2011) |
| 10/20/2011 | 9 | DEMAND for Trial by Jury by Todd Shipyards Corporation. (ga, COURT STAFF) (Filed on 10/20/2011) (Entered: 10/24/2011) |
| 10/20/2011 | 10 | ANSWER to Complaint (Notice of Removal) byTodd Shipyards Corporation. (ga, COURT STAFF) (Filed on 10/20/2011) (Entered: 10/24/2011) |
| 10/20/2011 | 11 | Joinder re 1 Notice of Removal by Todd Shipyards Corporation. (ga, COURT STAFF) (Filed on 10/20/2011) (Entered: 10/24/2011) |
| 10/21/2011 | 6 | Joinder *and Notice of Removal* by Huntington Ingalls Incorporated. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kelly, Daniel) (Filed on 10/21/2011) (Entered: 10/21/2011) |
| 10/21/2011 | 7 | Certificate of Interested Entities by Huntington Ingalls Incorporated identifying Corporate Parent Huntington Ingalls Industries, Inc. for Huntington Ingalls Incorporated. (Kelly, Daniel) (Filed on 10/21/2011) (Entered: 10/21/2011) |
| 10/24/2011 | 12 | ANSWER to Complaint (Notice of Removal) *AND DEMAND FOR JURY TRIAL* byGeneral Electric Company. (Attachments: # 1 Supplement DEFENDANT GENERAL ELECTRIC COMPANYS CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, # 2 Supplement NOTICE OF PENDENCY OF OTHER ACTIONS, # 3 Supplement DECLINATION TO PROCEED BEFORE A MAGISTRATE)(Low, Allison) (Filed on 10/24/2011) (Entered: 10/24/2011) |
| 10/24/2011 | 13 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (ahm, COURT STAFF) (Filed on 10/24/2011) (Entered: 10/24/2011) |
| 10/24/2011 | 14 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Claudia Wilken for all further proceedings. Judge Magistrate Judge Jacqueline Scott Corley no longer assigned to the case. Signed by Executive Committee on 10/24/11. (mab, COURT STAFF) (Filed on 10/24/2011) (Entered: 10/24/2011) |
| 10/25/2011 | 15 | CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE: Case Management Statement due by 2/1/2012. Case Management Conference set for 2/8/2012 02:00 PM. Signed by Judge Claudia Wilken on 10/25/2011. (ndr, COURT STAFF) (Filed on 10/25/2011) (Entered: 10/25/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/25/2011 10:06:11 | | | |
| **PACER Login:** | kg0289 | **Client Code:** | quiroz-greene |
| **Description:** | Docket Report | **Search Criteria:** | 4:11-cv-05133-CW |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |

**COMPLAINT**

1  DAVID R. DONADIO, ESQ., S.B. #154436
   JASON M. ROSE, ESQ., S.B. #265984
2  BRAYTON✧PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato CA 94948-6169
   (415) 898-1555
5
   Attorneys for Plaintiffs
6
7
8              SUPERIOR COURT OF CALIFORNIA
9               COUNTY OF SAN FRANCISCO
10
11 SUZANNE QUIROZ-GREENE, as            )  ASBESTOS
   Wrongful Death Heir, and as Successor-in-  )  No. CGC-11-275887
12 Interest to LeJON GREENE, Deceased;  )
   and SERENA GREENE, a minor, by and  )
13 through her Guardian Ad Litem,       )  COMPLAINT FOR SURVIVAL,
   SUZANNE QUIROZ-GREENE, as Legal      )  WRONGFUL DEATH - ASBESTOS
14 Heirs of LeJON GREENE, Deceased,     )
                                        )
15              Plaintiffs,             )
                                        )
16 vs.                                  )
                                        )
17 THOMAS DEE ENGINEERING               )
   COMPANY; Defendants as Reflected on  )
18 Exhibit 1, Exhibit H, Exhibit I, attached to  )
   the Summary Complaint herein; and DOES  )
19 1-8500.                              )
                                        )
20
21        1.    LeJON GREENE (hereinafter and in the Complaint referred to as "decedent")

22 died on October 2, 2010, as a result of the asbestos-related disease(s) set forth on Exhibit A.

23        2.    SUZANNE QUIROZ-GREENE is the Successor-in-Interest to decedent.

24        3.    SUZANNE QUIROZ-GREENE is in the process of petitioning the court to be

25 appointed Guardian Ad Litem, of the minor plaintiff SERENA GREENE, whose date of birth is

26 January 10, 1997, and will give notice of such appointment when the order is obtained.

27 ///

28 ///

ENDORSED
F I L E D
San Francisco County Superior Court

SEP - 1 2011

CLERK OF THE COURT
BY: _____
        DENNIS TOYAMA
        Deputy Clerk

ASBESTOS
CASE MANAGEMENT CONFERENCE

AUG 1 6 2012 1:30 PM

DEPARTMENT   220

BRAYTON✧PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

K:\injared\114665\PLD\cmp-wdsrv2.wpd                    1
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

THIS CASE IS SUBJECT TO
MANDATORY ELECTRONIC FILING
PURSUANT TO AMENDED G.O. 158

1    4.    The heirs-at-law of decedent and their relationships to the decedent are:

| NAME | AGE | RELATIONSHIP TO DECEDENT |
|------|-----|--------------------------|
| SUZANNE QUIROZ-GREENE | 49 Years | Spouse |
| SERENA GREENE | Under 18 | Daughter |

5.    Plaintiffs bring this action as specified in Section 377.60 of the Code of Civil
Procedure as decedent's legal heirs.

6.    At all times prior to his death, decedent was a faithful and dutiful spouse to
plaintiff SUZANNE QUIROZ-GREENE and parent to plaintiff children.

7.    Plaintiffs' claims are as set forth in ©**Brayton❖Purcell Master Complaint for
[Survival] [Loss of Consortium] Wrongful Death** (hereinafter "Master Complaint") - Asbestos
No. 828684 filed March 3, 2003, in San Francisco Superior Court.  A copy of the Master
Complaint and General Order No. 55 may be obtained upon request from Brayton❖Purcell, and
designated portions of the Master Complaint are incorporated by reference herein pursuant to the
authority conferred by General Order No. 55.  Plaintiffs' claims are as set forth in said Master
Complaint against defendants herein as follows:

///

///

///

DEFENDANTS* ON EXHIBITS:

| Cause of Action | B | B-1 | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First (Negligence-Survival) | ⊠ | ⊠ | | ☐ | | ☐ | ☐ | ☐ | ☐ | | | ☐ | ☐ | | |
| Second (Products Liability-Survival) | ⊠ | ⊠ | | | | | ☐ | | | | | ☐ | | | |
| Third (False Representation) As to Defendant METALCLAD INSULATION CORPORATION only. | ⊠ | ⊠ | | | | | | | | | | | | | |
| Fourth (Loss of Consortium) | ☐ | ☐ | | ☐ | | ☐ | ☐ | ☐ | ☐ | | | ☐ | ☐ | | |
| Fifth (Negligence-Wrongful Death) | ⊠ | ⊠ | | | ☐ | | ☐ | | | | | ☐ | ☐ | | |
| Sixth (Products Liability-Wrongful Death) | ⊠ | ⊠ | | ☐ | | | | | | | | ☐ | | | |
| Seventh (Premises Owner/Contractor Liability) | ⊠ | ⊠ | ⊠ | | | | ☐ | | | | | | | | |
| Eighth, Ninth, Tenth (Unseaworthiness, Negligence [Jones Act], Maintenance and Cure) | | | | ☐ | | | | | | | | | | | |
| Eleventh (Longshore and Harbor Workers Compensation Act [LHWCA]) | | | | | ☐ | | | | | | | | | | |
| Twelfth, Thirteenth (F.E.L.A.) | | | | | | ☐ | | | | | | | | | |
| Fourteenth, Fifteenth (Respiratory Safety Devices) | | | | | | | ☐ | | | | | | | | |
| Sixteenth, Seventeenth (Brake Shoe Grinding) | | | | | | | ☐ | | | | | | | | |
| Eighteenth (Concert of Action) | | | | | | | | ⊠ | | | | | | | |
| Nineteenth (Fraud, Deceit/Negligent Misrepresentation) | | | | | | | | | ⊠ | | | | | | |
| Twentieth (Fraud and Deceit/Concealment) | | | | | | | | | ⊠ | | | | | | |
| Twenty-First (Fraud and Deceit/Intentional Misrepresentation) | | | | | | | | | | ☐ | | | | | |
| Twenty-Second (Fraud/Deceit - Kent) | | | | | | | | | | | ☐ | | | | |
| Twenty-Third (Aiding/Abetting Battery - Met Life) | | | | | | | | | | | | | | ☐ | |

*and their alternate entities as set forth in the Master Complaint or on any Exhibit.

1      8.    Decedent's asbestos-related injury, date of diagnosis, employment status, and

2  history of exposure to asbestos are as stated on Exhibit A.

3      9.    Paragraph 9 of the Master Complaint is amended to add the following sentence:

4  In part, and without limitation as to other defendants, defendant SUN SHIP, LLC,

5  manufactured, modified, serviced and/or repaired asbestos-containing ships and vessels.

6      10.    Plaintiffs do not make a claim for either false representation or punitive damages

7  against any named defendant herein, except as against defendant METALCLAD INSULATION

8  CORPORATION.

9  Dated: _____8/31/11_____

                                          BRAYTON✤PURCELL LLP

11                                    By: _____

12                                        David R. Donadio
                                      Attorneys for Plaintiffs

# EXHIBIT 1

1

## EXHIBIT 1 - LIST OF DEFENDANTS

2

3    THOMAS DEE ENGINEERING COMPANY
     INGERSOLL-RAND COMPANY
4    METALCLAD INSULATION CORPORATION
     PARKER-HANNIFIN CORPORATION
5    CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION)
     WESTERN MacARTHUR COMPANY
6    MacARTHUR COMPANY
     WESTERN ASBESTOS COMPANY
7    SUN SHIP, LLC
     FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)
8    GENERAL DYNAMICS CORPORATION
     GENERAL ELECTRIC COMPANY
9    HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.)
     LOCKHEED SHIPBUILDING COMPANY
10   NATIONAL STEEL AND SHIPBUILDING COMPANY
     TODD SHIPYARDS CORPORATION
11   HOPEMAN BROTHERS, INC.
     J.T. THORPE & SON, INC.
12   and DOES 1-8500,

13

14        Defendants.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

1

<u>EXHIBIT A</u>

2

Decedent's exposure to asbestos and asbestos-containing products occurred at various

3

locations both inside and outside the State of California, including but not limited to:

| <u>Employer</u> | Location of <u>Exposure</u> | <u>Job Title</u> | Exposure <u>Dates</u> |
|---|---|---|---|
| Various shipyards, including, | Various ships, including, | Stage Rigger | early 1970s-2002 |
| Pacific Drydock, San Francisco, CA | Pacific Drydock, San Francisco, CA, various ships | | early to mid-1970s |
| Todd Shipyard, San Francisco, CA | Todd Shipyard, San Francisco, CA, various ships | | early 1970s-2002 |
| Service Engineering, San Francisco, CA | Service Engineering, San Francisco, CA, various ships | | early 1970s-2002 |
| Southwest Marine, San Francisco, CA | Southwest Marine, San Francisco, CA, various ships, including, | | early 1980s-2002 |
| | <u>COMET</u> (T-AK-269) | | |
| | <u>CORAL SEA</u> (CV-43) | | early 1980s-1993 |
| | <u>METEOR</u> (T-AKR-9) | | early 1980s-2001 |
| | <u>MISSOURI</u> (BB-63) | | early 1980s-1992 |
| | <u>PYRO</u> (AE-24) | | early 1980s-1997 |
| | <u>ROANOKE</u> (AOR-7) | | early 1980s-1998 |
| | <u>WICHITA</u> (AOR-1) | | early 1970s-1995 |
| | <u>GRAND CANYON STATE</u> (1965) | | 1986-2002 |
| | MERCY (T-AH-19) | | |
| Triple A Machine Shop, San Francisco, CA | Various ships at Triple A Machine Shop, San Francisco, CA and Naval Air Station, Alameda, CA, including, | Stage Rigger | mid 1970s-1987 (6 months to 1 year per ship) |
| | <u>AUSTRAL LIGHTNING</u> (1971) | | 7/1/1976-1987 |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28    ///

EXHIBIT A

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Triple A Machine Shop, San Francisco, CA (cont'd.) | Various ships at Triple A Machine Shop, San Francisco, CA and Naval Air Station, Alameda, CA, including, | Stage Rigger | mid 1970s-1987 (6 months to 1 year per ship) |
| | CORAL SEA (CV-43) | | mid 1970s-1987 |
| | ENTERPRISE (CVN-65) | | |
| | FANNING (FF-1076) | | |
| | FLINT (T-AE-32) | | |
| | GLOMAR EXPLORER (T-AG-193) | | |
| | H.H. HESS (T-AGS-38) | | |
| | HALEAKALA (AES-25) | | |
| | KANSAS CITY (AOR-3) | | |
| | KILAUEA (AE-26) | | |
| | KISKA (AE-35) | | |
| | MARS (AFS-1) | | |
| | MAUNA KEA (AE-22) | | |
| | MOUNT HOOD (AE-29) | | |
| | PRESIDENT GRANT (1971) | | |
| | PRESIDENT VAN BUREN (1967) | | |
| | PYRO (AE-24) | | |
| | SHASTA (T-AE-33) | | |
| | WICHITA (AOR-1) | | |
| | CARL VINSON (CVN-70) | | 1982-1987 |
| | KEYSTONE CANYON (1978) | | 1978-1987 |

EXHIBIT A

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

1

EXHIBIT A (cont'd.)

2

3        Decedent's exposure to asbestos and asbestos-containing products caused severe and

4   permanent injury to the decedent, including, but not limited to breathing difficulties and/or

5   other lung damage.  Decedent was diagnosed with lung cancer on or about September 2010, and

6   with asbestosis and asbestos-related pleural disease on or about May 2011.

7        Decedent stopped working on September 8, 2010, due to his lung cancer.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                                              EXHIBIT A

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT B

EXHIBIT B

DEFENDANTS

| | |
|---|---|
| THOMAS DEE ENGINEERING COMPANY | SUN SHIP, LLC |
| INGERSOLL-RAND COMPANY | GENERAL DYNAMICS CORPORATION |
| METALCLAD INSULATION CORPORATION | GENERAL ELECTRIC COMPANY |
| PARKER-HANNIFIN CORPORATION | HUNTINGTON INGALLS INCORPORATED |
| CBS CORPORATION (FKA VIACOM INC., FKA | (FKA NORTHROP GRUMMAN |
| WESTINGHOUSE ELECTRIC CORPORATION) | SHIPBUILDING, INC.) |
| WESTERN MacARTHUR COMPANY | LOCKHEED SHIPBUILDING COMPANY |
| MacARTHUR COMPANY | NATIONAL STEEL AND SHIPBUILDING |
| WESTERN ASBESTOS COMPANY | COMPANY |
| FOSTER WHEELER LLC (FKA FOSTER | TODD SHIPYARDS CORPORATION |
| WHEELER CORPORATION) | DOES 1-800 |

ALTERNATE ENTITY

| | |
|---|---|
| THOMAS DEE ENGINEERING COMPANY | THOMAS DEE ENGINEERING CO., INC. |
| | DEE ENGINEERING COMPANY |
| INGERSOLL-RAND COMPANY | INGERSOLL-DRESSER PUMP |
| | DRESSER-RAND CO. |
| | PACIFIC PUMP WORKS |
| | FLOWSERVE CORPORATION |
| | INGERSOLL ROCK DRILL COMPANY |
| | TERRY STEAM TURBINE CO. |
| | WHITON MACHINE COMPANY |
| | RAND DRILL COMPANY |
| | RAND & WARING DRILL AND COMPRESSOR COMPANY |
| | INGERSOLL-SERGEANT |
| | SCHLAGE LOCK COMPANY |
| | VON DUPRIN |
| | THE TORRINGTON COMPANY |
| | BLAW-KNOX COMPANY |
| | ALDRICH PUMPS |
| | HUSSMANN CORPORATION |
| METALCLAD INSULATION | NORTHERN CALIFORNIA INSULATION, INC. |
| CORPORATION | SWEETSER ENTERPRISES |
| | PACIFIC ASBESTOS & SUPPLY |
| | PACIFIC INSULATION SERVICES, INC. |
| | KEMPER CONSULTANTS, INC. |
| PARKER-HANNIFIN CORPORATION | SACOMA-SIERRA, INC. |
| | SACOMA MANUFACTURING COMPANY |
| | E.I.S. AUTOMOTIVE CORPORATION |
| | CONDREN CORPORATION, THE |
| | PARKER SEAL COMPANY |
| | DENISON HYDRAULICS INC. |
| | GREER HYDRAULICS CORPORATION |
| FOSTER WHEELER LLC | FOSTER WHEELER CORPORATION |

///

EXHIBIT B

EXHIBIT B (cont'd.)

ALTERNATE ENTITY

| | |
|---|---|
| WESTERN MacARTHUR COMPANY | WESTERN ASBESTOS CO. MAC ARTHUR COMPANY BAY CITIES ASBESTOS COMPANY F.K. PINNEY, INC. |
| CBS CORPORATION (F/K/A VIACOM INC., F/K/A WESTINGHOUSE ELECTRIC CORPORATION) | VIACOM, INC. CBS CORPORATION WESTINGHOUSE ELECTRIC CORPORATION WESTINGHOUSE ELECTRIC AND MANUFACTURING COMPANY B.F. STURTEVANT KPIX TELEVISION STATION PARAMOUNT COMMUNICATIONS, INC GULF & WESTERN INDUSTRIES, INC. NORTH & JUDD MANUFACTURING COMPANY |
| SUN SHIP, LLC | KEE LEASING COMPANY SUN LEASING COMPANY SUN SHIP, INC. SUN TRANSPORT, INC. |
| GENERAL DYNAMICS CORPORATION | CONVAIR VULTEE AIRCRAFT INC. CONSOLIDATED VULTEE AIRCRAFT CORPORATION ASBESTOS CORPORATION LIMITED |
| GENERAL ELECTRIC COMPANY | MATTERN X-RAY HOTPOINT ELECTRIC APPLIANCE COMPANY LIMITED TRUMBULL ELECTRIC MANUFACTURING COMPANY G E INDUSTRIAL SYSTEMS CURTIS TURBINES PARSONS TURBINES GENERAL ELECTRIC JET ENGINES |
| HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.) | AVONDALE INDUSTRIES, INC. AVONDALE SHIPYARDS, INC. CONTINENTAL MARITIME INDUSTRIES, INC. EASTERN IDAHO CONSTRUCTION COMPANY INGALLS SHIPBUILDING, INC. NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY NORTH CAROLINA SHIPBUILDING NORTHROP GRUMMAN SHIP SYSTEMS, INC. SERVICE ENGINEERING INDUSTRIES, INC. |
| LOCKHEED SHIPBUILDING COMPANY | LOCKHEED SHIPBUILDING AND CONSTRUCTION COMPANY PUGET SOUND BRIDGE & DRY DOCK COMPANY PUGET SOUND BRIDGE & DREDGING COMPANY |

EXHIBIT B

# EXHIBIT B-1

1

<u>EXHIBIT B-1</u>

2

<u>DEFENDANTS</u>

3   HOPEMAN BROTHERS, INC.
    J.T. THORPE & SON, INC.
4   THOMAS DEE ENGINEERING COMPANY

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                          EXHIBIT B-1

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT C

1

<u>EXHIBIT C</u>

2

<u>DEFENDANTS</u>

3
HOPEMAN BROTHERS, INC.                    MacARTHUR COMPANY
J.T. THORPE & SON, INC.                   WESTERN ASBESTOS COMPANY
4
THOMAS DEE ENGINEERING COMPANY            DOES 1001-2000
WESTERN MacARTHUR COMPANY

5

6

| CONTRACTOR DEFENDANTS | LOCATION | TIME PERIOD |
|---|---|---|
| HOPEMAN BROTHERS, INC. | Various | Various |
| J.T. THORPE & SON, INC. | Various | Various |
| THOMAS DEE ENGINEERING COMPANY | Various | Various |
| WESTERN MacARTHUR COMPANY/MacARTHUR COMPANY/WESTERN ASBESTOS COMPANY | Various | Various |

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT C

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT H

1

<u>EXHIBIT H</u>

2

<u>DEFENDANTS</u>

3

DOES 5000-8000

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT H

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT I

1

<u>EXHIBIT I</u>

2  <u>DEFENDANTS</u>

3  DOES 5000-7500

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                                    EXHIBIT I

K:\injured\114465\PLD\cmp-wdsrv2.wpd                    21
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

EXHIBIT 2

DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555

Attorneys for Plaintiffs

ENDORSED
F I L E D
San Francisco County Superior Court

SEP - 1 2011

CLERK OF THE COURT
BY: _____ DENNIS TOYAMA
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

SUZANNE QUIROZ-GREENE, as
Wrongful Death Heir, and as Successor-in-
Interest to LeJON GREENE, Deceased;
and SERENA GREENE, a minor, by and
through her Guardian Ad Litem,
SUZANNE QUIROZ-GREENE, as Legal
Heirs of LeJON GREENE, Deceased,

Plaintiffs,

vs.

THOMAS DEE ENGINEERING
COMPANY; Defendants as Reflected on
Exhibit I, Exhibit H, Exhibit I, attached to
the Summary Complaint herein; and DOES
1-8500.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

ASBESTOS
No. C G C - 1 1 - 2 7 5 8 8 7

PRELIMINARY FACT SHEET/NEW
FILING/ASBESTOS LITIGATION

(See General Order No. 129, In Re:
Complex Asbestos Litigation)

NOTICE

TO NEW DEFENDANTS SERVED IN COMPLEX ASBESTOS LITIGATION IN THE
SUPERIOR COURT IN AND FOR THE STATE OF CALIFORNIA, CITY AND COUNTY OF
SAN FRANCISCO

        You have been served with process in an action which has been designated by the Court
as complex litigation pursuant to Standard 19 of the Standards of Judicial Administration.  This
litigation bears the caption "In Re:  Complex Asbestos Litigation", [San Francisco Superior
Court No. 828684].

        This litigation is governed by various general orders, some of which affect the judicial
management and/or discovery obligations, including the responsibility to answer interrogatories
deemed propounded in the case.  You may contact the Court or Designated Defense Counsel,
Berry & Berry, P.O. Box 16070, 2930 Lakeshore Avenue, Oakland, CA 94610; Telephone:

K:\Injured\116665\PLD\comp-facts.wpd

1

PRELIMINARY FACT SHEET/NEW FILING/ASBESTOS LITIGATION

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

(510) 835-8330; FAX: (510) 835-5117, for further information and/or copies of these orders, at your expense.

1. State the complete name and address of each person whose claimed exposure to asbestos is the basis of this lawsuit ("exposed person"): LeJon Greene, deceased.

2. Does plaintiff anticipate filing a motion for a preferential trial date within the next four months? _____ Yes                    __X__ No

[If yes, the action will be governed by General Order No. 140; if no, the action will be governed by General Order No. 129.]

3. Date of birth of each exposed person in item one and, if applicable, date of death:

        Date of Birth: __12/22/51__

        Date of Death: __10/2/10__

Social Security Number of each exposed person:

        Social Security Numbers are confidential pursuant to Calif. Rule of Court 1.20.

4. Specify the nature or type of asbestos-related disease alleged by each exposed person.

    __X__ Asbestosis                    _____ Mesothelioma

    __X__ Pleural Thickening/Plaques        _____Other Cancer: Specify: _____

    __X__ Lung Cancer Other Than Mesothelioma    _____ Other: Specify: _____

5. For purposes of identifying the nature of exposure allegations involved in this action, please check one or more:

    __X__ Shipyard            _____ Construction        _____ Friction-Automotive

    _____ Premises            _____ Aerospace           _____ Military

    _____ Other: Specify all that apply: _____

If applicable, indicate which exposure allegations apply to which exposed person.

6. Identify each location alleged to be a source of an asbestos exposure, and to the extent known, provide the beginning and ending year(s) of each such exposure. Also specify each exposed person's employer and job title or job description during each period of exposure. (For example: "San Francisco Naval Shipyard - Pipefitter - 1939-1948"). Examples of locations of exposure might be a specific shipyard, a specific railroad maintenance yard, or perhaps more generalized

1   descriptions such as "merchant marine" or "construction". If an exposed person claims exposure

2   during only a portion of a year, the answer should indicate that year as the beginning and ending

3   year (e.g., 1947-1947).

4

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Various shipyards, including, | Various ships, including, | Stage Rigger | early 1970s-2002 |
| Pacific Drydock, San Francisco, CA | Pacific Drydock, San Francisco, CA, various ships | | early to mid-1970s |
| Todd Shipyard, San Francisco, CA | Todd Shipyard, San Francisco, CA, various ships | | early 1970s-2002 |
| Service Engineering, San Francisco, CA | Service Engineering, San Francisco, CA, various ships | | early 1970s-2002 |

13   (Attach Additional Pages, If Necessary) SEE ATTACHED CONTINUATION

14   7. For each exposed person who:

15         a. worked in the United States or for a U.S. agency outside the territorial United States,

16   attach to the copy of this fact sheet provided to Designated Defense Counsel a fully executed

17   Social Security Earnings authorization (Exhibit N-4 to General Order No. 129);

18         b. may have had a Social Security disability award or is no longer employed and whose

19   last employment was not with a United States government agency, attach to the copy of this fact

20   sheet provided to Designated Defense Counsel a fully executed Social Security Disability

21   authorization (Exhibit N-5 to General Order No. 129);

22         c. served at any time in the United States military, attach to the copy of this fact sheet

23   provided to Designated Defense Counsel two fully executed originals of the stipulation (Exhibit

24   N-3 to General Order No. 129);

25         d. was employed by the United States government in a civilian capacity, attach to the

26   copy of this fact sheet provided to Designated Defense Counsel two fully executed originals of

27   the stipulation (Exhibit N-3 to General Order No. 129).

28   ///

8. If there is a wrongful death claim, attach to the copy of this fact sheet provided to Designated Defense Counsel a copy of the death certificate, if available.  If an autopsy report was done, also attach a copy of it to the copy of this fact sheet provided to Designated Defense Counsel.

9. State the date of the filing of the initial complaint in this matter:

Dated: _____9/1/2011_____       BRAYTON✣PURCELL LLP

By: _____
    David R. Donadio
    Attorneys for Plaintiffs

K:\Injured\116653\PLD\comp-facsht.wpd

4

PRELIMINARY FACT SHEET/NEW FILING/ASBESTOS LITIGATION

| Employer | Location of Exposure | Job Title | Exposure Dates |
|----------|---------------------|-----------|----------------|
| Southwest Marine, San Francisco, CA | Southwest Marine, San Francisco, CA, various ships, including, | | early 1980s-2002 |
| | COMET (T-AK-269) | | |
| | CORAL SEA (CV-43) | | early 1980s-1993 |
| | METEOR (T-AKR-9) | | early 1980s-2001 |
| | MISSOURI (BB-63) | | early 1980s-1992 |
| | PYRO (AE-24) | | early 1980s-1997 |
| | ROANOKE (AOR-7) | | early 1980s-1998 |
| | WICHITA (AOR-1) | | early 1970s-1995 |
| | GRAND CANYON STATE (1965) | | 1986-2002 |
| | MERCY (T-AH-19) | | |
| Triple A Machine Shop, San Francisco, CA | Various ships at Triple A Machine Shop, San Francisco, CA and Naval Air Station, Alameda, CA, including, | Stage Rigger | mid 1970s-1987 (6 months to 1 year per ship) |
| | AUSTRAL LIGHTNING (1971) | | 7/1/1976-1987 |
| | CORAL SEA (CV-43) | | mid 1970s-1987 |
| | ENTERPRISE (CVN-65) | | |
| | FANNING (FF-1076) | | |
| | FLINT (T-AE-32) | | |
| | GLOMAR EXPLORER (T-AG-193) | | |
| | H.H. HESS (T-AGS-38) | | |
| | HALEAKALA (AES-25) | | |
| | KANSAS CITY (AOR-3) | | |
| | KILAUEA (AE-26) | | |
| | KISKA (AE-35) | | |

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Triple A Machine Shop, San Francisco, CA (cont'd.) | Various ships at Triple A Machine Shop, San Francisco, CA and Naval Air Station, Alameda, CA, including, | Stage Rigger | mid 1970s-1987 (6 months to 1 year per ship) |
| | MARS (AFS-1) | | |
| | MAUNA KEA (AE-22) | | |
| | MOUNT HOOD (AE-29) | | |
| | PRESIDENT GRANT (1971) | | |
| | PRESIDENT VAN BUREN (1967) | | |
| | PYRO (AE-24) | | |
| | SHASTA (T-AE-33) | | |
| | WICHITA (AOR-1) | | |
| | CARL VINSON (CVN-70) | | 1982-1987 |
| | KEYSTONE CANYON (1978) | | 1978-1987 |