# TOM PETRUS & MILLER

*ATTORNEYS AT LAW*
*A Limited Liability Law Company*

Lee T. Nakamura
lnakamura@tpm-hawaii.com
(808) 792-5814

Joseph F. Kotowski, III
jkotowski@tpm-hawaii.com
(808) 792-5817

October 25, 2011

**Via Electronic Transmission**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

RE:   **Douglas P. Leite and Mary Ann K. Leite v. Crane Co., et al.**
      United States District Court, District of Hawaii No. 1:11-CV-00636
      Hawaii Circuit Court of the First Circuit, Case No. 11-1-1971-09
      Our Client:  Crane Co.

Dear Clerk:

   Please accept this letter as Defendant Crane Co.'s formal request for the above referenced tag-along action to be transferred to the MDL Panel No. 875, pursuant to 28 U.S.C. § 1407.

   On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination of consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

   The undersigned hereby notifies the Judicial Panel on Multidistrict Litigation that this state court action removed to the United States District Court, District of Hawaii, on October 21, 2011 (a copy of the notice of tag along action with the state court complaint is attached hereto as Exhibit A) is a potential tag-along action which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant

Clerk of the Panel
October 25, 2011
Page 2

to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3(a) or 13(b).

    Crane Co. has provided written Notice of Tag-Along Action to all adverse parties.

Please do not hesitate to contact us with any questions at (808) 792-5800.

                                                  Very truly yours,

                                                  TOM PETRUS & MILLER, LLLC

                                                  LEE T. NAKAMURA
                                                  JOSEPH F. KOTOWSKI, III

LTN;JFK:pay
Enclosure