**TOM PETRUS & MILLER, LLLC**

LEE T. NAKAMURA  1816-0
lnakamura@tpm-hawaii.com
JOSEPH F. KOTOWSKI, III  7973-0
jkotowski@tpm-hawaii.com
Finance Factors Center
1164 Bishop Street, Suite 650
Honolulu, Hawaii 96813
Tel (808) 792-5800
Fax (808) 792-5809

Attorneys for Defendant
CRANE CO.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 21 2011
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI)<br><br>This Document Relates To: | MDL DOCKET NO. 875 |
| DOUGLAS P. LEITE and MARY ANN K. LEITE,<br><br>Plaintiffs,<br><br>vs.<br><br>CRANE COMPANY, etc., et al.,<br><br>Defendants. | CIVIL NO. CV11 00636JMSBMK<br><br>NOTICE OF TAG-ALONG ACTION; CERTIFICATE OF SERVICE |

Exhibit "A"

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a), or (2) file an Order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

(Remainder of page intentionally left blank)

- 3 -

Dated: October 21, 2011

Mailed to:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

DATED: Honolulu, Hawaii, October 21, 2011.

/s/ Joseph F. Kotowski, III
LEE T. NAKAMURA
JOSEPH F. KOTOWSKI, III
Attorneys for Defendant
CRANE CO.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DOUGLAS P. LEITE and MARY ANN K. LEITE,<br><br>      Plaintiffs,<br><br>vs.<br><br>CRANE COMPANY, etc., et al.,<br><br>      Defendants. | CIVIL NO. _____<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was duly served upon the parties identified below by hand delivery on October 21, 2011.

    GARY O. GALIHER, ESQ.
    L. RICHARD DEROBERTIS, ESQ.
    DIANE T. ONO, ESQ.
    ILANA K. WAXMAN, ESQ.
    TODD W. EDDINS, ESQ.
    Galiher DeRobertis Ono
    610 Ward Avenue, Second Floor
    Honolulu, Hawaii  96814-3308
        Attorneys for Plaintiffs

    CHRISTOPHER SHEA GOODWIN, ESQ.
    737 Bishop Street, Suite 1640
    Honolulu, Hawaii 96813
        Attorney for Defendant
        GOULDS PUMPS, INC.

ELTON JOHN BAIN, ESQ.
E. MASON MARTIN, III, ESQ.
MARIE A. SHELDON, ESQ.
Kessner Umebayashi Bain & Matsunaga
220 South King Street, Suite 1900
Honolulu, Hawaii 96813
    Attorneys for Defendants
    WARREN PUMPS, INC., IMO INDUSTRIES, INC.
    and AURORA PUMP COMPANY

SIDNEY K. AYABE, ESQ.
GAIL M. KANG, ESQ.
Ayabe Chong Nishimoto Sia & Nakamura
Pauahi Tower, Suite 2500
1003 Bishop Street
Honolulu, Hawaii 96813
    Attorneys for Defendant
    UNION CARBIDE CORPORATION and BAYER
    CROPSCIENCE, INC.

CRAIG T. KUGISAKI, ESQ.
ASB Tower, Suite 2828
1001 Bishop Street
Honolulu, Hawaii 96813
    Attorneys for Defendant
    METROPOLITAN LIFE INSURANCE COMPANY

STEVEN K. HISAKA, ESQ.
Hisaka Yoshida & Cosgrove
737 Bishop Street, Suite 3000
Honolulu, Hawaii 96813
    Attorney for Defendants
    CERTAINTEED CORPORATION, and
    AIR & LIQUID SYSTEMS CORPORATION

JOHN R. LACY, ESQ.
CORLIS J. CHANG, ESQ.
MIHOKO E. ITO, ESQ.
Goodsill Anderson Quinn & Stifel
1099 Alakea Street, Suite 1800
Honolulu, Hawaii 96813
    Attorneys for Defendant
    INGERSOLL-RAND CO.

AIMEE H. OYASATO, ESQ.
White Tom & Oyasato
900 Fort Street Mall, Suite 930
Honolulu, Hawaii 96813
    Attorneys for Defendants
    JOHN CRANE, INC., CLEAVER-BROOKS, INC.,
    and THE LYNCH CO., INC.

MICHAEL F. O'CONNOR, ESQ.
Oliver Lau Lawhn Ogawa & Nakamura
707 Richards Street, Suite 600
Honolulu, Hawaii 96813
    Attorneys for Defendant
    THE WILLIAM POWELL COMPANY

APRIL LURIA, ESQ.
Roeca, Louie & Hiraoka
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813
    Attorneys for Defendant
    THE LYNCH COMPANY, INC.

DATED: Honolulu, Hawaii, October 21, 2011.

                /s/ Joseph F. Kotowski, III
                LEE T. NAKAMURA
                JOSEPH F. KOTOWSKI, III
                Attorneys for Defendant
                CRANE CO.