BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 - In re Asbestos Litigation

*Douglas P. Leite, et al. v. Crane Co., et al.*, District of Hawaii, C.A. No. 1:11-00636

PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was duly served upon the parties identified below by E-mail or hand delivery on October 26, 2011 to the following:

> GARY O. GALIHER, ESQ.
> L. RICHARD DEROBERTIS, ESQ.
> ILANA K. WAXMAN, ESQ.
> DIANE T. ONO, ESQ.
> Galiher DeRobertis Ono
> 610 Ward Avenue, Second Floor
> Honolulu, Hawaii  96814-3308
> Gog@gogaliher.com; Rd@gogaliher.com, IKW@gogaliher.com
>     Attorneys for Plaintiffs
>
> SIDNEY K. AYABE, ESQ.
> GAIL M. KANG, ESQ.
> Ayabe Chong Nishimoto Sia & Nakamura
> Pauahi Tower, Suite 2500
> 1003 Bishop Street
> Honolulu, Hawaii  96813
> Sidney.ayabe@hawadvocate.com; gail.kang@hawadvocate.com
>     Attorneys for Defendant
>     UNION CARBIDE CORPORATION and BAYER
>     CROPSCIENCE, INC.

CORLIS J. CHANG, ESQ.
MIHOKO E. ITO, ESQ.
Goodsill Anderson Quinn & Stifel
1099 Alakea Street, Suite 1800
Honolulu, Hawaii 96813
Cchang@goodsill.com; meito@goodsill.com
    Attorneys for Defendant
      INGERSOLL-RAND CO.

CHRISTOPHER SHEA GOODWIN, ESQ.
737 Bishop Street, Suite 1640
Honolulu, Hawaii 96813
Chris@christophersheagoodwin.com
    Attorney for Defendant
      GOULDS PUMPS, INC.

STEVEN K. HISAKA, ESQ.
Hisaka Yoshida & Cosgrove
733 Bishop Street, Suite 1520
Honolulu, Hawaii 96813
Shisaka@objectionsustained.com
    Attorney for Defendants
      CERTAINTEED CORPORATION and
      AIR & LIQUID SYSTEMS CORPORATION

CRAIG T. KUGISAKI, ESQ.
ASB Tower, Suite 2828
1001 Bishop Street
Honolulu, Hawaii 96813
Craig@kugisaki.com
    Attorneys for Defendant
      METROPOLITAN LIFE INSURANCE COMPANY

E. MASON MARTIN, III, ESQ.
MARIE A. SHELDON, ESQ.
Kessner Umebayashi Bain & Matsunaga
220 South King Street, Suite 1900
Honolulu, Hawaii 96813
Mmartin@kdubm.com; tsheldon@kdubm.com
    Attorneys for Defendants
      WARREN PUMPS, INC., IMO INDUSTRIES, INC.
      and AURORA PUMP COMPANY

MICHAEL F. O'CONNOR, ESQ.
Oliver Lau Lawhn Ogawa & Nakamura
707 Richards Street, Suite 600
Honolulu, Hawaii 96813
Mfoconnor@ollon.com
 Attorneys for Defendant
 THE WILLIAM POWELL COMPANY

AIMEE H. OYASATO, ESQ.
White Tom & Oyasato
900 Fort Street Mall, Suite 930
Honolulu, Hawaii 96813
aoyasato@wto-hilaw.com
 Attorneys for Defendants
 JOHN CRANE, INC., CLEAVER-BROOKS, INC.,
 and THE LYNCH CO., INC.

DATED: Honolulu, Hawaii, October 26, 2011.


  /s/ Lee T. Nakamura
  LEE T. NAKAMURA
  Tom Petrus & Miller, LLLC
  1164 Bishop Street, Suite 650
  Honolulu, Hawaii 96813
  808-792-5800
  Email: lnakamura@tpm-hawaii.com
  Attorney for Defendant
  CRANE CO.