UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Raymond Hall, et al. v. Owens-Corning Fiberglas Corp., et al.,  )
    E.D. Pennsylvania, C.A. No. 2:09-79906  )  MDL No. 875
    (W.D. Kentucky, C.A. No. 3:99-00229)  )

### ORDER VACATING CONDITIONAL REMAND ORDER, DEEMING OPPOSITION MOOT, AND VACATING THE DECEMBER 1, 2011, HEARING SESSION

A conditional remand order was filed in this action (*Hall*) on September 21, 2011. Prior to expiration of that order's 7-day stay of transmittal, defendant in *Hall* filed a notice of opposition to the proposed remand and the subsequent motion and brief to vacate the conditional remand order. The Panel has now determined that *Hall* was included on the conditional remand order in error.

IT IS THEREFORE ORDERED that the Panel's conditional remand order filed on September 21, 2011, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that defendant's opposition to the conditional remand order is DEEMED MOOT and that the Hearing Session Order and the attached Schedule filed on October 18, 2011, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel