# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 10/27/2011

District Court: E.D. Virginia

Number of Actions: 3

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL