

MARON MARVEL BRADLEY & ANDERSON, P.A.

PAUL A. BRADLEY
Attorney At Law

Email Address:
pab@maronmarvel.com

1201 NORTH MARKET STREET, SUITE 900
WILMINGTON, DELAWARE 19801
(302) 425-5177 | (302) 425-0180 *fax*

*Mailing Address:*
P.O. Box 288
Wilmington, Delaware 19899

October 26, 2011

**VIA FEDERAL EXPRESS**
Mr. Jeffrey N. Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
One Columbus Circle, N.E.
Washington, DC 20002-8004

## NOTICE OF TAG-ALONG ACTION TO ASBESTOS PRODUCT LIABILITY LITIGATION-MDL No. 875

Re:   Paul H. Michael, et al. v. A.W Chesterton Company, et al.
      In the United States District Court for the District of Delaware
      Case No.: 11-cv-01023

Dear Mr. Luthi:

The above-referenced matter has been removed from the Superior Court of Delaware, New Castle County, and is currently pending in the United States District Court of Delaware. This matter should be transferred in accordance with this Panel's prior practice of transferring tag along actions involving asbestos claims to the Eastern District of Pennsylvania for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C.§ 1407 in the Asbestos Products Liability (No. VI), MDL No. 875.

Accordingly, I enclose Plaintiff's Complaint, Defendant United Technologies Corporation's Notice of Removal and Notice of Tag-Along Action, Defendant Sikorsky Aircraft Corporation's Joinder in Notice of Removal, and Notice of Filing of Notice of Removal filed in Delaware Superior Court.

Thank you for your attention to this matter.

Respectfully,

Paul A. Bradley

PAB/lmc
Enclosures

cc:    United States District Court, District of Delaware
       All Counsel of Record

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAUL H. MICHAEL and SONIA D. MICHAEL, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. NO. 1:11-cv-01023-UNA |
| v. | ) ) | |
| A.W. CHESTERTON, INC., et al., | ) ) | TRIAL BY JURY DEMANDED |
| Defendants. | ) ) | |

## DEFENDANT UNITED TECHNOLOGIES CORPORATION'S
## NOTICE OF TAG-ALONG ACTION

On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 1991 filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either: (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

{82020.00016 / W0521225}

1

**MARON MARVEL BRADLEY
& ANDERSON, P.A.**

/s/ *Paul A. Bradley*
Paul A. Bradley (DE Bar ID No. 2156)
Donald R. Kinsley (DE Bar ID No. 3006)
1201 N. Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19899-0288
Telephone: (302) 425-5177
Facsimile: (302) 425-0180
pab@maronmarvel.com
drk@maronmarvel.com
Attorneys for Defendant
United Technologies Corporation

Dated: October 26, 2011

{82020.00016 / W0521225}

2