# Exhibit A

## Complaints
1:99-mc-09999 Plaintiff(s) v. Defendant(s)

## U.S. District Court

## District of Delaware

### Notice of Electronic Filing

The following transaction was entered by Bradley, Paul on 10/25/2011 at 4:08 PM EDT and filed on 10/25/2011

**Case Name:** Plaintiff(s) v. Defendant(s)
**Case Number:** 1:99-mc-09999
**Filer:**
**Document Number:** 594

**Docket Text:**
NOTICE OF REMOVAL - Case Title: Michael et al. v. A.W. Chesterton, Inc.; Court Name: Delaware Superior Court for New Castle County. *filed by United Technologies Corporation* Filing fee $ 350, receipt number 0311-964917.. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Civil Cover Sheet)(Bradley, Paul)


**1:99-mc-09999 Notice has been electronically mailed to:**

**1:99-mc-09999 Filer will deliver document by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/25/2011] [FileNumber=1311508-0] [632a738c6644e6f6c841896cf8947a65b60e38800b7fe2ccecdef3356b81b7c3fb 9a782fb88987a7af0a2fd38dbe4adb7d18cadb76475edfa6d37c579d699ae0]]
**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/25/2011] [FileNumber=1311508-1] [e11ccbafd3a98ace0d23d8ff2aac77eb8b1b8e1b11c771d341a6146f94caa9efd1 f2e8a8a22125857a595b603984625efb7a452a8103e3d27961d3e8d76e5d70]]
**Document description:** Exhibit B
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/25/2011] [FileNumber=1311508-2] [c6a796133a8bdeab26fd3e4887064649d40d8c3c1fcf990d6dd2a36872284134fa 174847184b9e9f757118238d096ab76261a4c7554e5150ea1e2075d10b8472]]
**Document description:** Exhibit C
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1079733196 [Date=10/25/2011] [FileNumber=1311508-3] [009879fe5a5b0a0f6fbc3b637319b17cfb7c3c5d3f084a6d313150501b5a97a25dd488467901e65f2ee765c6a809db50c3eda3857427550f6126d22a609a9209]]
**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/25/2011] [FileNumber=1311508-4] [63d7f74aaac28a571318eb280401efcfbef2cb239a3bb8ebf50815623da8c84b0a60ee4124029905a8158767aaa999baacd08c9508085679acb1c39d7376ce53]]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL H. MICHAEL and SONIA D. MICHAEL, | ) ) ) |
| Plaintiffs, | ) C.A. NO. ) ) |
| v. | ) ) TRIAL BY JURY DEMANDED |
| A.W. CHESTERTON, INC., et al., | ) ) |
| Defendants. | ) ) |

**DEFENDANT UNITED TECHNOLOGIES CORPORATION'S
CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF
REMOVAL TO FEDERAL COURT**

I, Paul A. Bradley, Esquire, certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 1201 N. Market Street, Suite 900, Wilmington, Delaware, which is located in the city, county and state where the mailing described below took place.

On October 27, 2011, I deposited in the United States Mail at Wilmington, Delaware, a copy of the Notice to Adverse Party of Removal to Federal Court, a copy of which is attached to this Certificate.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 27, 2011.

_____
Paul A. Bradley, Esquire

Case 1:11-cv-01023-UNA Document 6 Filed 10/27/11 Page 2 of 3 PageID #: 166
Case MDL No. 875 Document 7991-1 Filed 10/28/11 Page 5 of 6

*Paul H. Michael*, et al. *v. A.W. Chesterton, Inc.*, et al.
Service List

| | |
|---|---|
| Antranig Garibian, Esquire<br>Wilbraham Lawler & Buba, P.C.<br>901 N. Market Street<br>Suite 810<br>Wilmington, DE 19801-3022 | Nicholas E. Skiles, Esquire<br>Jennifer Kapes, Esquire<br>Beth E. Valocchi, Esquire<br>Swartz Campbell LLC<br>300 Delaware Avenue<br>Suite 1130<br>Wilmington, DE 19801 |
| Robert Beste, Esquire<br>Smith, Katzenstein & Jenkins LLP<br>The Corporate Plaza<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899 | Paul Sunshine, Esquire<br>Nancy Whinnery, Esquire<br>McGivney & Kluger PC<br>1201 North Orange Street, Suite 501<br>Wilmington, Delaware 19801 |
| Christian J. Singewald, Esquire<br>White & Williams LLP<br>824 N. Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709 | Matthew P. Donelson, Esquire<br>Elzufon Austin Reardon Tarlov & Mondell PA<br>300 Delaware Avenue<br>Suite 1700<br>Wilmington, DE 19801 |
| Robert S. Goldman, Esquire<br>Phillips Goldman & Spence PA<br>1200 North Broom Street<br>Wilmington, DE 19806-4204 | Jason A. Cincilla, Esquire<br>Amaryah K. Bocchino, Esquire<br>Peter J. Faben, Esquire<br>Cooley Manion Jones LLP<br>1105 North Market Street<br>Suite 200<br>Wilmington, DE 19801 |
| Katharine L. Mayer, Esquire<br>Noriss E. Cosgrove, Esquire<br>Theodore W. Annos, Esquire<br>McCarter & English LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | Armand J. Della Porta, Jr., Esquire<br>Jessica L. Boyer, Esquire<br>Ana Marina McCann, Esquire<br>Marshall Dennehey Warner Coleman & Goggin<br>1220 N. Market Street, 5th Floor<br>Wilmington, DE 19801 |
| Loreto P. Rufo, Esquire<br>Rufo & Associates<br>7217 Lancaster Pike<br>Suite F<br>Hockessin, DE 19707 | Michael L. Sensor, Esquire<br>One Customs House<br>First Federal Plaza<br>Suite 560<br>Wilmington, DE 19899 |

{82020.00016 / W0521643}

| | |
|---|---|
| Andrew G. Ahern, III, Esquire<br>Office of Joseph W. Benson, PA<br>1701 N. Market Street<br>P.O. Box 248<br>Wilmington, DE 19899 | Karl Randall, Esquire<br>Donald E. Reid, Esquire<br>Morris Nichols Arsht & Tunnell LLP<br>1201 North Market Street, 18th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 |
| Dana R. Jelepis, Esquire<br>Hollstein Keating Cattell Johnson<br>& Goldstein PC<br>1201 North Orange Street<br>Suite 730<br>Wilmington, Delaware 19801 | R. Stokes Nolte, Esquire<br>James J. Horning, Esquire<br>Kathryn M. Harmon, Esquire<br>Reilly Janiczek & McDevitt PC<br>Delle Donne Corporate Center<br>1013 Centre Road, Suite 210<br>Wilmington, DE 19805 |
| C. Scott Reese, Esquire<br>Cooch & Taylor, P.A.<br>The Brandywine Building<br>1000 West Street, 10th Floor<br>P.O. Box 1680<br>Wilmington, DE 19899-1680 | Kelly A. Costello, Esquire<br>Morgan Lewis & Bockius<br>The Nemours Building<br>1007 N. Orange Street, Suite 501<br>Wilmington, DE 19801 |
| Jonathan L. Parshall, Esquire<br>Francis J. Murphy, Esquire<br>Murphy & Landon<br>1011 Centre Rd Suite 210<br>Wilmington, DE 19805-1267 | Neal C. Glenn, Esquire<br>Eric S. Thompson, Esquire<br>Daniel P. Daly, Esquire<br>Kelley Jasons McGowan Spinelli & Hanna LLP<br>The Webster Bldg, Suite 209<br>3411 Silverside Road<br>Wilmington, DE 19810 |
| Mark Taneyhill, Esquire<br>Reilly Janiczek & McDevitt PC<br>Delle Donne Corporate Center<br>1013 Centre Road<br>Suite 210<br>Wilmington, DE 19805 | Jeffrey S. Marlin, Esquire<br>Megan T. Mantzavinos, Esquire<br>Marks O'Neill O'Brien & Courtney PC<br>300 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801 |