UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : : | MDL No. 875 |
| BONNIE VON DELL and JOHN VON DELL, | : : : | |
| Plaintiffs, | : : | CASE NO. 1:11-cv-786 SLR |
| v. | : : | |
| BOEING COMPANY (Individually and as Successor to MCDONNELL DOUGLAS CORPORATION), | : : : : | From the United States District Court for the District of Delaware |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that on October 28, 2011, a true and correct copy of Defendant, The Boeing Company's *Opposition to Plaintiffs' Motion to Vacate the Conditional Transfer Order* as served upon all counsel of record via ECF electronic filing.

WHITE AND WILLIAMS LLP

_____
**CHRISTIAN J. SINGEWALD (#3542)**
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
(302) 654-0424
Attorney for Defendant, *The Boeing Company*

8210202v.1