BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | §<br>§ | MDL DOCKET NO. 875 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA- NORTHERN DIVISION

**CLEVELAND KITE,**       )
                          )
    **Plaintiffs,**  )
                          )
**vs.**                   )
                          )   **Case No. 2:11-CV-00444**
**BILL VANN COMPANY,**    )   **CTO - 433**
**INC., et al.,**         )
                          )
    **Defendants.**  )
                          )

### PLAINTIFF'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S OBJECTION TO THE CONDITIONAL TRANSFER ORDER (CTO – 433)

COMES NOW, the Plaintiff, by and through undersigned counsel, and files this Notice of Withdrawal of Plaintiff's Objection to the Conditional Transfer Order, (Doc. 7723) which is currently designated for consideration without oral

argument during the Panel Hearing set for December 1, 2011, in Savannah, Georgia.

RESPECTFULLY SUBMITTED, this the 31st day of October, 2011.

s/G. Patterson Keahey
G. Patterson Keahey
Alabama State Bar No.: ASB-6357-A64G
*Attorney for the Plaintiff*

Law Offices of G. Patterson Keahey
G. PATTERSON KEAHEY, P.C.
One Independence Drive, Ste. 612
Birmingham, Alabama 35209
Telephone:  (205)871-0707
Email:      efile@mesohelp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of October, 2011, I have caused service of the foregoing on the parties of record by electronic filing with the Clerk of Court using the CM/ECF, electronic filing system, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, and by first-class mail to those parties not registered to receive notice from the Clerk of Court.

s/ G. Patterson Keahey
 OF COUNSEL