1

2

3

4

5

6

7 **BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

8

| | |
|---|---|
| 9 IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION, | |
| 10 (NO VI) | **MDL 875** |
| 11 This Document Relates To: | |

12

13 **UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

14

| | |
|---|---|
| 15 LYNNE ABBAY, as personal representative for the estate of GEORGE ABBAY, | **NO.  11-1818** |
| 16 | |
| 17 Plaintiffs, | LONE STAR INDUSTRIES, INC.'S NOTICE OF TAG-ALONG ACTION |
| 18 v. | |
| 19 LONE STAR INDUSTRIES, INC., | |
| | Defendant. |

20 TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT

21 OF WASHINGTON PLEASE TAKE NOTICE OF THE FOLLOWING:

22        1.        On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered

23

24

LONE STAR INDUSTRIES' NOTICE OF
TAG ALONG ACTION PAGE 1

Law Offices of
**Wolfstone, Panchot & Bloch, P.S., Inc.**
**801 Second Avenue, Suite 1500**
**Seattle, Washington  98104**
**Phone:     (206) 682-3840**
**Fax:         (206) 340-8837**

1  an order transferring all asbestos cases pending in federal court to the United States

2  District Court, Eastern District of Pennsylvania, for coordination pretrial proceedings

3  pursuant to 28 U.S.C. section 1407 ("MDL Transfer Order").  That order also applies to

4  "tag-along actions," or actions involving common questions of fact filed after the

5  January 17, 1991 filing of the Panel's Order to Show Cause.  MDL Rule 13(e) provides:

6        Any party of counsel in actions previously transferred under section 1407
      or under consideration by Panel for transfer under section 1407 shall

7        promptly notify the Clerk of the Panel of any potential "tag-along actions"
      in which that party is also named or in which that counsel appears.

8  

9        2.     The undersigned hereby notifies the court that this is a potential

10  "tag-along action" which is subject to transfer to the Eastern District of

11  Pennsylvania.  A copy of the complaint filed in the state action that was removed

12  to the Western District of Washington is attached as Exhibit A.  The Clerk of the

13  Panel may either (1) enter a conditional transfer order pursuant to MDL Rule

14  12(a), or (2) file an order to show cause why the action should not be transferred,

15  pursuant to MDL Rule 13(b).

16        3.     Lone Star Industries, Inc. reserves the right to amend or

17  supplement this Notice of Tag-Along Action.

18        DATED this 31st day of October, 2011.

19                          WOLFSTONE, PANCHOT & BLOCH

20                   /s/ Howard (Terry) Hall
                 HOWARD (TERRY) HALL, WSBA #10905

21                   Attorney for Defendant Lone Star Industries, Inc.

22  

23  

24                            **Law Offices of**
**Wolfstone, Panchot & Bloch, P.S., Inc.**
**801 Second Avenue, Suite 1500**
**Seattle, Washington  98104**
LONE STAR INDUSTRIES' NOTICE OF     **Phone:   (206) 682-3840**
TAG ALONG ACTION PAGE 2           **Fax:     (206) 340-8837**

1

## CERTIFICATE OF FILING AND SERVICE

2

    I hereby certify that on October 31, 2011, I electronically filed the foregoing
with the Clerk of the Court using the CM/ECF system which will send notification of

3

such filing to the following:

4

Janet L. Rice, WSBA #9386

5

rice@sgb-law.com; alcaide@sgb-law.com; farley@sgb-law.com; gilbert@sgb-
    law.com; jones@sgb-law.com; moretz@sgb-law.com; ylitalo@sgb-law.com

6

    DATED at Seattle, Washington this 31st day of October, 2011.

7

8

/s/ Terri Toenyan
    TERRI TOENYAN, Paralegal

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

LONE STAR INDUSTRIES' NOTICE OF
TAG ALONG ACTION PAGE 3

Law Offices of
Wolfstone, Panchot & Bloch, P.S., Inc.
801 Second Avenue, Suite 1500
Seattle, Washington  98104
Phone:    (206) 682-3840
Fax:       (206) 340-8837