# EXHIBIT A

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| LYNNE ABBAY, as personal representative for the estate of GEORGE ABBAY,<br><br>Plaintiffs,<br><br>v.<br><br>LONE STAR INDUSTRIES, INC.,<br><br>Defendant. | No. 11-2-34777-0SEA<br><br>SUPPLEMENTAL COMPLAINT FOR WRONGFUL DEATH |

## FACTUAL BACKGROUND:

1. Plaintiff Lynne Abbay, is the surviving spouse of decedent George Abbay. She is also the personal representative of his estate. She resides in the City of Bremerton, Kitsap County Washington.

2. For Decedent George Abbay:

   A. Date of Birth: December 8, 1944

   B. Plaintiff's decedent worked at Puget Sound Naval Shipyard from 1966 to 1993 as a rigger. During his employment between 1966 through the mid to late 1970s. he was exposed to asbestos and asbestos-containing products manufactured and/or sold by defendant.

   C. As a result of this exposure, Plaintiff's decedent George Abbay developed asbestos-related disease, including mesothelioma. He first learned in approximately August 3,

SUPPLEMENTAL COMPLAINT FOR
WRONGFUL DEATH - 1

908428

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

2007 that he had a disease, namely mesothelioma, caused by asbestos exposure. Plaintiff's decedent was treated for his asbestos-related disease, namely mesothelioma, by Joseph L. Johnson, M.D.

  D. Plaintiff's decedent died from mesothelioma on October 7, 2008.

  E. At all relevant times, Defendant was a corporation doing business within the state of Washington.

## LIABILITY

3. Lone Star Industries, Inc., a Delaware corporation, purchased the stock of Pioneer Sand and Gravel Company on December 22, 1959, continued to own and operate Pioneer Sand and Gravel until it was sold November 28, 1983, and succeeded to the liability of Pioneer Sand and Gravel Company. Hereafter, "defendant" refers to Pioneer Sand and Gravel Company and/or Lone Star Industries, Inc., its successor. During the relevant times in this complaint, defendant sold, supplied, and distributed asbestos-containing products in the Pacific Northwest, including, but not limited to, asbestos-containing Insulag, on information and belief. The defendant sold, supplied and distributed asbestos-containing products to Puget Sound Naval Shipyard, among other shipyards.

4. Defendant was strictly liable and negligent in selling, supplying and distributing asbestos-containing products and in failing to warn of the dangers of these products. As a result of defendant's actions, George Abbay was exposed to the asbestos-containing products of defendant. These products were a contributing cause of the development of Mr. Abbay's mesothelioma.

## DAMAGES

5. The statutory beneficiaries of a wrongful death claim, namely Plaintiff and those provided by law, have suffered damages on account of the death of decedent; for the loss of monetary contributions the decedent would have made to them; for funeral expenses; and for the

SUPPLEMENTAL COMPLAINT FOR
WRONGFUL DEATH - 2

908428

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

loss of love, care, affection, services, companionship, guidance, and society of the Decedent. The beneficiaries are entitled to all losses as specified by the wrongful death statute.

6. Interest from the date of injury.

### LIABILITY, JURISDICTION AND RELIEF

7. Plaintiff's claims are as set forth in Schroeter, Goldmark & Bender First Amended Style Complaint For Personal Injury and Wrongful Death No. 81-2-08703-5 filed November 10, 1994, in King County Superior Court.

DATED this 6th day of October, 2011.

SCHROETER, GOLDMARK & BENDER

JANET L. RICE, WSBA #9386
Counsel for Plaintiff

SUPPLEMENTAL COMPLAINT FOR
WRONGFUL DEATH - 3

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

908428

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CIVIL DOCKET FOR CASE #: 2:11-cv-01818

ABBAY  
Assigned to:  
Cause: 28:1332 Diversity-Notice of Removal

Date Filed: 10/31/2011  
Jury Demand: None  
Nature of Suit: 368 P.I. : Asbestos  
Jurisdiction: Diversity

**Plaintiff**

LYNNE ABBAY      represented by **Janet L Rice**  
SCHROETER GOLDMARK & BENDER  
810 3RD AVE  
STE 500  
SEATTLE, WA 98104  
206-622-8000  
Fax: 206-682-2305  
Email: rice@sgb-law.com  
*ATTORNEY TO BE NOTICED*

**Howard I. Hall**  
WOLFSTONE, PANCHOT & BLOCH  

1111 THIRD AVE  
STE 1800  
SEATTLE, WA 98101  
206-682-3840  
Fax: 206-340-8837  
Email: thall@wpblaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

LONE STAR INDUSTRIES INC.      represented by **Howard I. Hall**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2011 | 1 | NOTICE OF REMOVAL from King County Superior Court, case number 11-2-34777-0 SEA; (Receipt # 0981-2606940), filed by LYNNE ABBAY. (Attachments: # 1 Exhibit to Notice of Removal)(Hall, Howard) (Entered: 10/31/2011) |
| 10/31/2011 | 2 | CIVIL COVER SHEET re 1 Notice of Removal ; filed by Defendant LONE STAR INDUSTRIES INC... (Hall, Howard) (Entered: 10/31/2011) |

| 10/31/2011 | 3 | VERIFICATION OF STATE COURT RECORDS re 2 Civil Cover Sheet, 1 Notice of Removal *Exhibits to Verification of State Court Records* by Defendant LONE STAR INDUSTRIES INC.. (Hall, Howard) (Entered: 10/31/2011) |
| --- | --- | --- |
| 10/31/2011 | 4 | NOTICE *of Filing Notice of Removal with Superior Court* re 2 Civil Cover Sheet, 1 Notice of Removal, 3 Verification of State Court Records ; filed by Defendant LONE STAR INDUSTRIES INC.. (Hall, Howard) (Entered: 10/31/2011) |
| 10/31/2011 | 5 | ERRATA re 3 Verification of State Court Records *with complete set of attachments* by Defendant LONE STAR INDUSTRIES INC.. (Hall, Howard) (Entered: 10/31/2011) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 10/31/2011 12:03:29 | | | |
| PACER Login: | wp0045 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:11-cv-01818 |
| Billable Pages: | 2 | Cost: | 0.16 |