# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
### CIVIL DOCKET FOR CASE #: 2:11-cv-01818

| | |
|---|---|
| Abbay v. Lone Star Industries Inc. | Date Filed: 10/31/2011 |
| Assigned to: | Jury Demand: None |
| Case in other court: King County Superior Court, 11-00002-34777-0 SEA | Nature of Suit: 368 P.I. : Asbestos |
| | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Notice of Removal | |

**Plaintiff**

**Lynne Abbay**
*as personal representative for the estate of*
*estate of*
George Abbay

represented by **Janet L Rice**
SCHROETER GOLDMARK & BENDER
810 3RD AVE
STE 500
SEATTLE, WA 98104
206-622-8000
Fax: 206-682-2305
Email: rice@sgb-law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lone Star Industries Inc**

represented by **Howard I. Hall**
WOLFSTONE, PANCHOT & BLOCH

1111 THIRD AVE
STE 1800
SEATTLE, WA 98101
206-682-3840
Fax: 206-340-8837
Email: thall@wpblaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2011 | 1 | NOTICE OF REMOVAL from King County Superior Court, case number 11-2-34777-0 SEA; (Receipt # 0981-2606940), filed by LYNNE ABBAY. (Attachments: # 1 Exhibit to Notice of Removal)(Hall, Howard) (Entered: 10/31/2011) |
| 10/31/2011 | 2 | CIVIL COVER SHEET re 1 Notice of Removal ; filed by Defendant LONE STAR INDUSTRIES INC... (Hall, Howard) (Entered: 10/31/2011) |
| 10/31/2011 | 3 | VERIFICATION OF STATE COURT RECORDS re 2 Civil Cover Sheet, 1 Notice of Removal *Exhibits to Verification of State Court Records* by Defendant |

|            |   |                                                                                                                                                                                                                                          |
|------------|---|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |   | LONE STAR INDUSTRIES INC.. (Hall, Howard) (Entered: 10/31/2011)                                                                                                                                                                          |
| 10/31/2011 | 4 | NOTICE *of Filing Notice of Removal with Superior Court* re 2 Civil Cover Sheet, 1 Notice of Removal, 3 Verification of State Court Records ; filed by Defendant LONE STAR INDUSTRIES INC.. (Hall, Howard) (Entered: 10/31/2011)         |
| 10/31/2011 | 5 | ERRATA re 3 Verification of State Court Records *with complete set of attachments* by Defendant LONE STAR INDUSTRIES INC.. (Hall, Howard) (Entered: 10/31/2011)                                                                          |

| PACER Service Center |               |                  |               |
|----------------------|---------------|------------------|---------------|
| **Transaction Receipt**                                            ||||
| 11/01/2011 06:13:38                                                ||||
| **PACER Login:**     | jp0001        | **Client Code:** |               |
| **Description:**     | Docket Report | **Search Criteria:** | 2:11-cv-01818 |
| **Billable Pages:**  | 2             | **Cost:**        | 0.16          |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LYNNE ABBAY, as personal representative for the estate of GEORGE ABBAY, <br><br> Plaintiffs, <br><br> v. <br><br> LONE STAR INDUSTRIES, INC., <br><br> Defendant. | U.S.D.C. Case No. <br><br> King County (Washington) Superior Court Case No. 11-2-34777-0 SEA <br><br> **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1441(a) AND 1446** |

TO: CLERK AND THE HONORABLE JUDGE OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. sections 1441(a) and 1446, defendant Lone Star Industries, Inc. ("Lone Star") hereby gives notice of the removal of this action, originally filed in the King County Superior Court, to the United States District Court for the Western District of Washington based on the following grounds:

1. **Jurisdiction.** On October 6, 2011, plaintiff filed her Supplemental Complaint against defendant Lone Star in the Superior Court of the State of Washington, County of King. Defendant first received notice of the Complaint on October 11, 2011. A true and accurate copy of

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. - 1
SECTIONS 1441(a) AND 1446

**Law Offices of**
Wolfstone, Panchot & Bloch, P.S., Inc.
1111 Third Avenue, Suite 1800
Seattle, Washington 98101
Phone: (206) 682-3840
Fax: (206) 340-8837

the Supplemental Complaint for Wrongful Death is attached as <u>Exhibit A</u>. The Notice of Service of Process on Lone Star showing service of process on October 11, 2011 is attached as <u>Exhibit B</u>.

As alleged in plaintiff's Complaint, plaintiff Lynne Abbay is a citizen of the State of Washington. Defendant Lone Star is a corporation incorporated under the laws of Delaware with its principal place of business in Pennsylvania.

2. **Intradistrict Assignment.** The claims are pending within the District and the Division of this Court. Therefore, the claims should be assigned to this Division.

3. **Timeliness.** This Notice of Removal is timely because it was filed within thirty (30) days of service of the Summons and Complaint upon the defendant consistent with the requirements of 28 U.S.C. section 1446(b) and Rule 6 of the Federal Rules of Civil Procedure.

DATED this 31st day of October, 2011.

> s/ Howard (Terry) Hall
> Howard (Terry) Hall, Esq., WSBA #10905
> WOLFSTONE, PANCHOT & BLOCH, P.S., INC.
> 1111 Third Avenue, Suite 1800
> Seattle, WA 98101
> TEL: (206) 682-3840 FAX: (206) 340-8837
> thall@wpblaw.com
> Attorneys for Defendant Lone Star Industries, Inc.

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. - 2
SECTIONS 1441(a) AND 1446

**Law Offices of**
Wolfstone, Panchot & Bloch, P.S., Inc.
1111 Third Avenue, Suite 1800
Seattle, Washington 98101
Phone: (206) 682-3840
Fax: (206) 340-8837

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on October 31ST, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Janet L. Rice, WSBA #9386

DATED at Seattle, Washington this 31ST day of October, 2011.

_____
TERRI TOENYAN, Paralegal

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. - 3
SECTIONS 1441(a) AND 1446

**Law Offices of**
Wolfstone, Panchot & Bloch, P.S., Inc.
1111 Third Avenue, Suite 1800
Seattle, Washington 98101
Phone: (206) 682-3840
Fax: (206) 340-8837

# EXHIBIT A

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| LYNNE ABBAY, as personal representative for the estate of GEORGE ABBAY,<br><br>Plaintiffs,<br><br>v.<br><br>LONE STAR INDUSTRIES, INC.,<br><br>Defendant. | No. 11-2-34777-0 SEA<br><br>SUPPLEMENTAL COMPLAINT FOR WRONGFUL DEATH |

## FACTUAL BACKGROUND:

1. Plaintiff Lynne Abbay, is the surviving spouse of decedent George Abbay. She is also the personal representative of his estate. She resides in the City of Bremerton, Kitsap County Washington.

2. For Decedent George Abbay:

   A. Date of Birth: December 8, 1944

   B. Plaintiff's decedent worked at Puget Sound Naval Shipyard from 1966 to 1993 as a rigger. During his employment between 1966 through the mid to late 1970s, he was exposed to asbestos and asbestos-containing products manufactured and/or sold by defendant.

   C. As a result of this exposure, Plaintiff's decedent George Abbay developed asbestos-related disease, including mesothelioma. He first learned in approximately August 3,

SUPPLEMENTAL COMPLAINT FOR
WRONGFUL DEATH - 1

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

908428

2007 that he had a disease, namely mesothelioma, caused by asbestos exposure. Plaintiff's decedent was treated for his asbestos-related disease, namely mesothelioma, by Joseph L. Johnson, M.D.

D. Plaintiff's decedent died from mesothelioma on October 7, 2008.

E. At all relevant times, Defendant was a corporation doing business within the state of Washington.

## LIABILITY

3. Lone Star Industries, Inc., a Delaware corporation, purchased the stock of Pioneer Sand and Gravel Company on December 22, 1959, continued to own and operate Pioneer Sand and Gravel until it was sold November 28, 1983, and succeeded to the liability of Pioneer Sand and Gravel Company. Hereafter, "defendant" refers to Pioneer Sand and Gravel Company and/or Lone Star Industries, Inc., its successor. During the relevant times in this complaint, defendant sold, supplied, and distributed asbestos-containing products in the Pacific Northwest, including, but not limited to, asbestos-containing Insulag, on information and belief. The defendant sold, supplied and distributed asbestos-containing products to Puget Sound Naval Shipyard, among other shipyards.

4. Defendant was strictly liable and negligent in selling, supplying and distributing asbestos-containing products and in failing to warn of the dangers of these products. As a result of defendant's actions, George Abbay was exposed to the asbestos-containing products of defendant. These products were a contributing cause of the development of Mr. Abbay's mesothelioma.

## DAMAGES

5. The statutory beneficiaries of a wrongful death claim, namely Plaintiff and those provided by law, have suffered damages on account of the death of decedent; for the loss of monetary contributions the decedent would have made to them; for funeral expenses; and for the

SUPPLEMENTAL COMPLAINT FOR
WRONGFUL DEATH - 2

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

908428

loss of love, care, affection, services, companionship, guidance, and society of the Decedent. The beneficiaries are entitled to all losses as specified by the wrongful death statute.

6. Interest from the date of injury.

### LIABILITY, JURISDICTION AND RELIEF

7. Plaintiff's claims are as set forth in Schroeter, Goldmark & Bender First Amended Style Complaint For Personal Injury and Wrongful Death No. 81-2-08703-5 filed November 10, 1994, in King County Superior Court.

DATED this 6th day of October, 2011.

SCHROETER, GOLDMARK & BENDER

JANET L. RICE, WSBA #9386
Counsel for Plaintiff

SUPPLEMENTAL COMPLAINT FOR
WRONGFUL DEATH - 3

SCHROETER GOLDMARK & BENDER
500 Central Building · 810 Third Avenue · Seattle, WA 98104
Phone (206) 622-8000 · Fax (206) 682-2305

908428

# EXHIBIT B

**From:** sop@cscinfo.com [mailto:sop@cscinfo.com]
**Sent:** Tuesday, October 11, 2011 7:41 PM
**To:** DiSipio, Sharon
**Subject:** Notice of Service of Process

# Corporation Service Company ®

*CSC SameDay SOP and CSC PowerBrief clients, click here to receive and view your Service of Process For more information on instant access to your SOP, click Sign Me Up.*

**NOTICE OF SERVICE OF PROCESS**

Transmittal Number: 9191096
Date: 10/11/2011

Pursuant to client instructions, we are forwarding this summary and notice of Service of Pro has been sent to the primary contact listed below.

| | |
|---|---|
| **Entity:** | Lone Star Industries, Inc. |
| **Entity I.D. Number:** | 3015003 |
| **Entity Served:** | Lone Star Industries, Inc. |
| **Title of Action:** | Lynne Abbay, as personal representative for the estate of G |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Asbestos |
| **Court/Agency:** | King County Superior Court, Washington |
| **Case/Reference No:** | 11-2-34777-0 SEA |
| **Jurisdiction Served:** | Delaware |
| **Date Served on CSC:** | 10/11/2011 |
| **Answer or Appearance Due:** | 60 Days |
| **Originally Served On:** | CSC |

10/29/2011

**How Served:** Personal Service

**Sender Information:**
Janet L. Rice
206-682-2305

**Primary Contact:**
David S. Rifkind
Buzzi Unicem USA Inc.

**Copy of transmittal only provided to:**
Sharon DiSipio

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.

Please visit www.cscglobal.com for more information on CSC's Litigation and Matter Management services, including service of process (SOP) history, online acknowledgement of SOP, fully electronic scanned SOP and SOP package tracking information.

**CSC is SAS70 Type II certified for its Litigation Management System.**

2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882   |   sop@cscinfo.com

10/29/2011