UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | | |
|---|---|---|
| Kite v. Bill Vann Company, Inc., et al., | ) | |
| S. D. Alabama, C.A. No. 2:11-00444 | ) | MDL No. 875 |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
### AND VACATING THE DECEMBER 1, 2011, HEARING SESSION

A conditional transfer order was filed in this action (*Kite*) on August 15, 2011. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Kite* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that plaintiff withdraws his opposition to the transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-433" filed on August 15, 2011, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eduardo C. Robreno.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 18, 2011, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel