KESSNER UMEBAYASHI
BAIN & MATSUNAGA
ATTORNEYS AT LAW
A LAW CORPORATION

220 SOUTH KING STREET
SUITE 1900
HONOLULU, HAWAII 96813

TELEPHONE: (808) 536-1900
TELECOPIER: (808) 529-7177
E-MAIL: lawyers@kdubm.com

October 26, 2011

Jeffrey N. Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

    Re:    <u>MDL Docket No. 875</u>

              Amy K. Akau, et al. v. Crane Co., et al.
              <u>Civil No. 11-00637 JMS/RLP, USDC, District of Hawaii</u>

Dear Mr. Luthi:

    Please accept this letter as defendant WARREN PUMPS, LLC.'s formal request for the above referenced tag-along action to be transferred to the MDL Panel No. 875, pursuant to 28 U.S.C. §1407.

    On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination of consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

    The undersigned hereby notifies the Judicial Panel on Multidistrict Litigation that this state court action removed to the United States District Court, District of Hawaii on July 21, 2011, a copy of the notice of tag-along-action with the state complaint is attached hereto as Exhibit A) is a potential tag-along action which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3(a) or 13(b).

KESSNER UMEBAYASHI
BAIN & MATSUNAGA
ATTORNEYS AT LAW
A LAW CORPORATION

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
October 26, 2011
Page 2

      WARREN PUMPS, LLC. has provided written Notice of Tag-Along Action to all adverse parties.

      Please do not hesitate to contact me with any questions at (808) 536-1900

                    Sincerely,

                    KESSNER UMEBAYASHI
                    BAIN & MATSUNAGA

                    ELTON JOHN BAIN
                    E. MASON MARTIN III
                    BRADFORD K. CHUN

Enclosures

KESSNER UMEBAYASHI BAIN & MATSUNAGA
Attorneys at Law - A Law Corporation
ELTON JOHN BAIN            2443-0
jbain@kdubm.com
E. MASON MARTIN III        7295-0
mmartin@kdubm.com
BRADFORD K. CHUN           9426-0
bchun@kdubm.com
220 South King Street, Suite 1900
Central Pacific Plaza
Honolulu, Hawaii 96813
Telephone No. (808) 536-1900
Facsimile No. (808) 529-7177

Attorneys for Defendant WARREN PUMPS, LLC

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL DOCKET NO. 875

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI). | ) MDL DOCKET NO. 875 ) ) |
| This Document Relates To: _____ | ) ) ) |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: HAWAII STATE ASBESTOS CASES | ) CIVIL NO. 11-00637 JMS/RLP ) ) NOTICE OF TAG-ALONG ) ACTION; CERTIFICATE OF |
| This Document Applies To: | ) SERVICE ) ) |

1

AMY K. AKAU, Individually, and )
CORRINE AKAU, as Personal )
Representative of the Estate of )
RICHARD J. AKAU, SR. deceased, )
)
        Plaintiffs, )
)
vs. )
)
1) CRANE COMPANY, etc., et al., )
)
        Defendants. )
)

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The

Clerk of the Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

DATED: October 24, 2011.

Mailed to:
Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

DATED: Honolulu, Hawaii, <u>October 24, 2011</u>.

/s/ E. Mason Martin III
ELTON JOHN BAIN
E. MASON MARTIN III
BRADFORD K. CHUN

Attorneys for Defendant
WARREN PUMPS, LLC

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL DOCKET NO. 875

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI) ) ) ) This Document Relates To: ) ) | ) MDL DOCKET NO. 875 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: ) HAWAII STATE ASBESTOS CASES ) ) AMY K. AKAU, Individually, and ) CORRINE AKAU, as Personal ) Representative of the Estate of ) RICHARD J. AKAU, SR. deceased, ) ) Plaintiffs, ) ) vs. ) ) 1) CRANE COMPANY, etc., et al., ) ) Defendants. ) ) | CIVIL NO. 11-00637 JMS/RLP<br><br>CERTIFICATE OF SERVICE |

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 24, 2011, a copy of the foregoing Notice of Tag-Along Action was filed electronically and is available for viewing from the Court's ECF system. Notice of this filing will be sent to all counsel of record via the Court's ECF system.

DATED: Honolulu, Hawaii, October 24, 2011

/s/ E. Mason Martin III
ELTON JOHN BAIN
E. MASON MARTIN III
BRADFORD K. CHUN
Attorneys for Defendant
WARREN PUMPS, LLC