**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**In re Asbestos Litigation MDL – 875**

**Proof of Service**

I hereby certify that a copy of the foregoing Notice of Potential Tag-Along, Schedule of Actions Case Docket Sheet and Complaint and this Certificate of Service was served by Email on November 1, 2011, to the following:

Clerk, District of Hawaii
Honolulu, HI

    DIANE T. ONO, ESQ.
        Galiher DeRobertis Ono
        610 Ward Avenue Ste 200
        Honolulu, Hawaii 96814
        Email: dto@gogaliher.com
            **Counsel for Plaintiffs: AMY K. AKAU, Individually, and CORRINE AKAU, as Personal Representative of the Estate of RICHARD J AKAU, SR. deceased**
            District of Hawaii, 11-00637 JMS/RLP

    GARY O. GALIHER, ESQ.
        Galiher DeRobertis Ono
        610 Ward Avenue Ste 200
        Honolulu, Hawaii 96814
        Email: gog@gogaliher.com
            **Counsel for Plaintiffs: AMY K. AKAU, Individually, and CORRINE AKAU, as Personal Representative of the Estate of RICHARD J AKAU, SR. deceased**
            District of Hawaii, 11-00637 JMS/RLP

    ILANA KANANIPILIOKALA WAXMAN, ESQ.
        Galiher DeRobertis Ono
        610 Ward Avenue Ste 200
        Honolulu, Hawaii 96814
        Email: ikw@gogaliher.com
            **Counsel for Plaintiffs: AMY K. AKAU, Individually, and CORRINE AKAU, as Personal Representative of the Estate of RICHARD J AKAU, SR. deceased**
            District of Hawaii, 11-00637 JMS/RLP

L. RICHARD DEROBERTIS, ESQ.
    Galiher DeRobertis Ono
    610 Ward Avenue Ste 200
    Honolulu, Hawaii 96814
    Email: rd@gogaliher.com
        **Counsel for Plaintiffs: AMY K. AKAU, Individually, and CORRINE AKAU, as Personal Representative of the Estate of RICHARD J AKAU, SR. deceased** District of Hawaii, 11-00637 JMS/RLP

MICHAEL A. RAGSDALE, ESQ.
    Galiher DeRobertis Ono
    610 Ward Avenue Ste 200
    Honolulu, Hawaii 96814
    Email: michael@davislevin.com
        **Counsel for Plaintiffs: AMY K. AKAU, Individually, and CORRINE AKAU, as Personal Representative of the Estate of RICHARD J AKAU, SR. deceased**
        District of Hawaii, 11-00637 JMS/RLP

SCOTT K. SAIKI, ESQ.
    Galiher DeRobertis Ono
    610 Ward Avenue Ste 200
    Honolulu, Hawaii 96814
    Email: sks@gogaliher.com
        **Counsel for Plaintiffs: AMY K. AKAU, Individually, and CORRINE AKAU, as Personal Representative of the Estate of RICHARD J AKAU, SR. deceased**
        District of Hawaii, 11-00637 JMS/RLP

TODD W. EDDINS, ESQ.
    Galiher DeRobertis Ono
    610 Ward Avenue Ste 200
    Honolulu, Hawaii 96814
    Email: twe@gogaliher.com
        **Counsel for Plaintiffs: AMY K. AKAU, Individually, and CORRINE AKAU, as Personal Representative of the Estate of RICHARD J AKAU, SR. deceased**
        District of Hawaii, 11-00637 JMS/RLP

LEE T. NAKAMURA, ESQ.
    Tom Petrus & Miller, LLLC
    1164 Bishop Street, Suite 650
    Honolulu, Hawaii 96813
    Email: lnakamura@tpm-hawaii.com
        **Counsel for Defendant: CRANE COMPANY**

BRADFORD CHUN, ESQ.
    Kessner Umebayashi Bain & Matsunaga
    Central Pacific Plaza
    220 S King St 19th Floor
    Honolulu, HI. 96813
        **Counsel for Defendant: AURORA PUMP COMPANY**

ELTON JOHN BAIN, ESQ.
    Kessner Umebayashi Bain & Matsunaga
    Central Pacific Plaza
    220 S King St 19th Floor
    Honolulu, HI. 96813
    Email: jbain@kdubm.com
        **Counsel for Defendant: AURORA PUMP COMPANY**

EWING M. MARTIN, III, ESQ.
    Kessner Umebayashi Bain & Matsunaga
    Central Pacific Plaza
    220 S King St 19th Floor
    Honolulu, HI. 96813
    Email: mmartin@kdubm.com
        **Counsel for Defendant: AURORA PUMP COMPANY**

GAIL M. KANG, ESQ.
    Ayabe Chong Nishimoto Sia & Nakamura
    1003 Bishop Street, Suite 2500 Pauahi Tower
    Honolulu, Hawaii 96813
    Email: gail.kang@hawadvocate.com
        **Counsel for Defendant: BAYER CROPSCIENCE, INC., Successor-in-Interest to RHONE-POULENC AG COMPANY, f/k/a Amchem Products, Inc., f/k/a Benjamin Foster Products Company**

SIDNEY K. AYABE, ESQ.
    Ayabe Chong Nishimoto Sia & Nakamura
    1003 Bishop Street, Suite 2500 Pauahi Tower
    Honolulu, Hawaii 96813
    Email: ayabe@hawadvocate.com
        **Counsel for Defendant: BAYER CROPSCIENCE, INC., Successor-in-Interest to RHONE-POULENC AG COMPANY, f/k/a Amchem Products, Inc., f/k/a Benjamin Foster Products Company**

GAIL M. KANG, ESQ.
    Ayabe Chong Nishimoto Sia & Nakamura
    1003 Bishop Street, Suite 2500 Pauahi Tower
    Honolulu, Hawaii 96813
    Email: gail.kang@hawadvocate.com
        **Counsel for Defendant: UNION CARBIDE CORPORATION**

SIDNEY K. AYABE, ESQ.
    Ayabe Chong Nishimoto Sia & Nakamura
    1003 Bishop Street, Suite 2500 Pauahi Tower
    Honolulu, Hawaii 96813
    Email: ayabe@hawadvocate.com
        **Counsel for Defendant: UNION CARBIDE CORPORATION**

STEVEN K. HISAKA, ESQ.
    Hisaka Yoshida & Cosgrove
    737 Bishop Street, Suite 3000 Mauka Tower
    Honolulu, Hawaii 96813
    Email: shisaka@objectionsustained.com
        **Counsel for Defendant: AIR & LIQUID SYSTEMS CORPORATION, successor by merger to BUFFALO PUMPS, INC.**

STEVEN K. HISAKA, ESQ.
    Hisaka Yoshida & Cosgrove
    737 Bishop Street, Suite 3000 Mauka Tower
    Honolulu, Hawaii 96813
    Email: shisaka@objectionsustained.com
        **Counsel for Defendant: CERTAINTEED CORPORATION**

AIMEE H. OYASATO, ESQ.
    White Tom & Oyasato
    900 Fort Street Mall, Suite 930
    Honolulu, Hawaii 96813
    Email: aoyasato@wto-hilaw.com
        **Counsel for Defendant: CLEAVER-BROOKS, INC.**

STEPHEN D. TOM, ESQ.
    White Tom & Oyasato
    900 Fort Street Mall, Suite 930
    Honolulu, Hawaii 96813
        **Counsel for Defendant: CLEAVER-BROOKS, INC.**

CHRISTOPHER SHEA GOODWIN, ESQ.
    737 Bishop Street
    Suite 1640 Mauka Tower
    Honolulu, Hawaii 96813
    Email: chris@christophersheagoodwin.com
        **Counsel for Defendant: GOULDS PUMPS, INCORPORATED**

CORLIS CHANG, ESQ.
    Goodsill Anderson Quinn & Stifel
    1099 Alakea Street, Suite 1800 Alii Place
    Honolulu, Hawaii 96813
    Email: cchang@goodsill.com
        **Counsel for Defendant: INGERSOLL-RAND CO.**

JOHN R. LACY, ESQ.
    Goodsill Anderson Quinn & Stifel
    1099 Alakea Street, Suite 1800 Alii Place
    Honolulu, Hawaii 96813
    Email: jlacy@goodsill.com
        **Counsel for Defendant: INGERSOLL-RAND CO.**

AIMEE H. OYASATO, ESQ.
    White Tom & Oyasato
    900 Fort Street Mall, Suite 930
    Honolulu, Hawaii 96813
    Email: aoyasato@wto-hilaw.com
        **Counsel for Defendant: JOHN CRANE, INC.**

STEPHEN D. TOM, ESQ.
    White Tom & Oyasato
    900 Fort Street Mall, Suite 930
    Honolulu, Hawaii 96813
        **Counsel for Defendant: JOHN CRANE, INC.**

AIMEE H. OYASATO, ESQ.
    White Tom & Oyasato
    900 Fort Street Mall, Suite 930
    Honolulu, Hawaii 96813
    Email: aoyasato@wto-hilaw.com
        **Counsel for Defendant: THE LYNCH COMPANY, INC.**

STEPHEN D. TOM, ESQ.
    White Tom & Oyasato
    900 Fort Street Mall, Suite 930
    Honolulu, Hawaii 96813
        **Counsel for Defendant: THE LYNCH COMPANY, INC.**

CRAIG T. KUGISAKI, ESQ.
    1001 Bishop Street
    Suite 2828 ASB Tower
    Honolulu, Hawaii 96813
    Email: craig@kugisaki.com
        **Counsel for Defendant: METROPOLITAN LIFE INSURANCE COMPANY**

BRADFORD CHUN, ESQ.
    Kessner Umebayashi Bain & Matsunaga
    Central Pacific Plaza
    220 S King St 19th Floor
    Honolulu, HI. 96813
        **Counsel for Defendant: WARREN PUMPS, LLC**

ELTON JOHN BAIN
    Kessner Umebayashi Bain & Matsunaga
    Central Pacific Plaza
    220 S King St 19th Floor
    Honolulu, HI. 96813
    Email: jbain@kdubm.com
        **Counsel for Defendant: WARREN PUMPS, LLC**

EWING M. MARTIN, III
    Kessner Umebayashi Bain & Matsunaga
    Central Pacific Plaza
    220 S King St 19th Floor
    Honolulu, HI. 96813
    Email: mmartin@kdubm.com
        **Counsel for Defendant: WARREN PUMPS, LLC**

MICHAEL F. O'CONNOR, ESQ.
    Ogawa Lau Nakamura & Jew
    707 Richards Street, Suite 600
    Honolulu, Hawaii 96813
    Email: mfoconnor@ollon.com
        **Counsel for Defendant: THE WILLIAM POWELL COMPANY**

BRADFORD CHUN, ESQ.
    Kessner Umebayashi Bain & Matsunaga
    Central Pacific Plaza
    220 S King St 19th Floor
    Honolulu, HI. 96813
        **Counsel for Defendant: VELAN VALVE CORP.**

ELTON JOHN BAIN
 Kessner Umebayashi Bain & Matsunaga
 Central Pacific Plaza
 220 S King St 19th Floor
 Honolulu, HI. 96813
 Email: jbain@kdubm.com
  **Counsel for Defendant: VELAN VALVE CORP.**

EWING M. MARTIN, III
 Kessner Umebayashi Bain & Matsunaga
 Central Pacific Plaza
 220 S King St 19th Floor
 Honolulu, HI. 96813
 Email: mmartin@kdubm.com
  **Counsel for Defendant: VELAN VALVE CORP.**

COPES VULCAN
 5620 West Road
 McKean, PA 16426

ATWOOD & MORRILL, a subsidiary of
WEIR VALVES & CONTROLS USA INC.,
a Massachusetts Corporation
 29 Old Right Road
 Ipswich, MA 01938