BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL – 875 – In re Asbestos Litigation

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>David M. Thompson, Jr.<br>**Movant:**<br>Warren Pumps, LLC<br>**Defendants:**<br>Crane Company, a Delaware corporation; Aurora Pump Company, a foreign corporation; Bayer Cropscience, Inc., Successor-in-Interest to Rhone-Poulenc AG Company, f/k/a Amchem Products, Inc., f/k/a Benjamin Foster Products Company, a foreign corporation; Union Carbide Corporation, a New York corporation; Air & Liquid Systems Corporation, successor by merger to Buffalo Pumps, Inc., a New York corporation; Certainteed Corporation, a Delaware corporation; Cleaver-Brooks, Inc., a Delaware corporation; Goulds Pumps, Inc., a Delaware corporation; IMO Industries, Inc., individually and as successor-in-interest to Delaval Turbine, Inc, and f/k/a IMO Delaval, Inc., Transamerica Delaval Inc., and Delaval Steam Turbine Company, a Delaware corporation; Ingersoll-Rand Co., a New Jersey corporation; John Crane, Inc., a Delaware corporation, The Lynch Company, Inc., a Hawai'i corporation; Metropolitan Life Insurance Company, a New York corporation; Warren Pumps, LLC, a Delaware corporation; The William Powell Company, an Ohio corporation; Velan Valve Corp., a New York corporation; Copes-Vulcan, a subsidiary of SPX Corp., a Delaware Corporation; Atwood & Morrill, a subsidiary of Weir Valves & Controls USA Inc., a Massachusetts Corporation; and DOES 1 to 25 | D. Hawaii | 11-00638 LEK/RLP | Leslie E. Kobayashi |