# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 6065 | **DATE** | 10/26/2011 |
| **CASE TITLE** | Horn vs. Foster wheeler Energy Corp. | | |

**DOCKET ENTRY TEXT**

Pursuant to defendant's stipulation of consent to plaintiff's motion to remand, the court grants plaintiff's motion to remand the case to the Circuit Court of Cook County and it s so ordered. The docket clerk is directed to remand the case forthwith. Ruling set for 11/8/11 is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|