# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 6067 | **DATE** | 10/27/2011 |
| **CASE TITLE** | Elaine Lies, Special Administrator of the Estate of Robert Lies, Deceased<br>v.<br>Rapid American Corporation, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to remand [11] is granted. This case is remanded to the Circuit Court of Cook County, Illinois, County Department, Law Division.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|