LAW OFFICES
# COONEY & CONWAY

30TH FLOOR
120 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60602

(312) 236-6166
FAX (312) 236-3029
MAINDESK@COONEYCONWAY.COM

ROBERT J. COONEY (1924-1995)
KEVIN J. CONWAY
ROBERT J. COONEY, JR.
JOHN D. COONEY
WILLIAM R. FAHEY

JAMES T. NEWMAN
TIMOTHY R. OCASEK
DANIEL T. STANTON
JAMES E. OCASEK
JAMES R. HOPKINSON
KATHY BYRNE
MICHAEL D. MULVIHILL
MICHAEL J. LUBECK
MICHAEL T. EGAN
LAWRENCE R. WEISLER
TIMOTHY G. MARTIN
DANIEL T. RYAN
CHARLES A. PORRETTA
DAVID O. BARRETT
MATTHEW J. ADAIR

November 2, 2011

Clerk of the Judicial Panel
Multi-District Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

Dear Clerk,

Attached as an exhibit to this supplemental information letter is the Stipulation of Consent to Plaintiff's Motion to Remand filed by removing party Foster Wheeler. In accordance with JPML Rule 6.1(f) requiring parties to promptly notify the Panel of any developments that may moot the Panel's actions, I am bringing this to your attention and renewing my request that the Panel deny transfer to MDL 875 and grant Plaintiff's motion to remand this action.

Respectfully submitted,

*[signature]*

David O. Barrett


David O. Barrett
ARDC (IL) 6292344
COONEY & CONWAY
120 N. LaSalle Street, Suite 3000
Chicago, Illinois  60602
Tel: (312) 236-6166
Email: dbarrett@cooneyconway.com