

40574899
Oct 26 2011
5:17PM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| EARL GRELSON | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 1:11-cv-6063 |
| VS. | § § | Honorable Virginia M. Kendall |
| FOSTER WHEELER ENERGY CORPORATION, ET AL. | § § § | |
| Defendants. | § § | |

### DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S STIPULATION OF CONSENT TO PLAINTIFF'S MOTION TO REMAND

Defendant Foster Wheeler Energy Corporation consents to and does not oppose Plaintiffs' Motion for Remand.

RESPECTFULLY SUBMITTED, this **26**th day of October, 2011.

_____
One of the Attorneys for Defendant
**FOSTER WHEELER ENERGY CORPORATION**

William F. Mahoney – ARDC# 3121944
Steven A. Hart – ARDC# 6211008
Daniel M. Finer – ARDC# 6289471
Segal McCambridge Singer & Mahoney, Ltd.
233 S. Wacker Drive, Suite 5500
Chicago, Illinois 60606
(312) 645-7800

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to the following via ECF Filing or certified mail on this **26**[th] day of October, 2011.

David O. Barrett
COONEY & CONWAY
120 North LaSalle Street
30th Floor
Chicago, Illinois 60602

Clerk of the Judicial Panel
Multi-District Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

**VIA LEXIS NEXIS**
All Known Defense Counsel

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

By: _____
Segal McCambridge Singer & Mahoney, Ltd.
William F. Mahoney – ARDC# 3121944
Steven A. Hart – ARDC# 6211008
Daniel M. Finer, Esq. – ARDC# 6289471
James L. Svajgl, Esq. – ARDC #6290875
Ashley M. Felton, Esq. – ARDC # 6299753
233 S. Wacker Drive, Suite 5500
Chicago, Illinois 60606
(312) 645-7800
Attorneys for Defendant,
FOSTER WHEELER ENERGY CORPORATION