

**JACKSON JENKINS RENSTROM LLP**

55 Francisco Street | 6th Floor
San Francisco, CA 94133
T   415.982.3600
F   415.982.3700
W   www.jjr-law.com

November 2, 2011

**VIA E-FILING**

Clerk of the Panel
Judicial Panel on Multi-District Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

    Re:   *James McIndoe, et al. v. Asbestos Corporation Limited, et al.*
            USDC-Central District-Case No. 2:11-CV-8970-GHK (JCGx)
            MDL No. 875
            Client-Matter No. 01126.000018

Dear Clerk of the Panel:

       Attached please find (1) Bath Iron Works Corporation's Notice of Tag-Along Action with attachments of the following: (2) A copy of the United States District Court-Central District's November 2, 2011 Case Docket Sheet and Summons/Complaint, (3) Notice of Removal, and (4) Certificate of Service, in the above-referenced matter. Thank you.

                                  Very truly yours,

                                  JACKSON JENKINS RENSTROM LLP

                                /s/ Daniel D. O'Shea
                                Daniel D. O'Shea

DDO:el
Attachments

COPY
FILED
11 OCT 28 PM 3: 19
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:___

1  GABRIEL A. JACKSON, State Bar No. 98119
   DANIEL D. O'SHEA, State Bar No. 238534
2  JACKSON JENKINS RENSTROM LLP
   55 Francisco Street, 6th Floor
   San Francisco, CA 94133
3  Tel:  415.982.3600
   Fax:  415.982.3700
4
   Attorneys for Defendant
5  BATH IRON WORKS CORPORATION

6

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9                   LOS ANGELES DIVISION

10  JAMES MCINDOE and            USDC Case No. CV11-8970-GHK (JCGx)
11  CAROL MCINDOE,
                                 (Los Angeles County Superior Court
            Plaintiffs,          Case No. 469749)
12
        v.                       NOTICE OF TAG-ALONG ACTION
13                               Multi-District Rule 7.5(e)

14  ASBESTOS CORPORATION LIMITED,
    et al.,
15
            Defendants.
16

17      PLEASE TAKE NOTICE that on July 29, 1991 the Judicial Panel of Multi-District
18  Litigation ("MDL Panel") entered an order transferring all asbestos actions pending in the federal
19  courts to the United States District Court, Eastern District of Pennsylvania, for coordinated
20  pretrial proceedings pursuant to 28 U.S.C. Section 1407 ("MDL Transfer Order"). The MDL
21  Transfer Order also applies to "tag-along actions," which refers to a civil action pending in a
22  district court and involving common questions of fact with actions previously transferred under
23  Section 1407 by the Judicial Panel of Multi-District Litigation pursuant to a January 17, 1991,
24  Order to Show Cause. See Multi-District Litigation Rules ("MDL Rules"), Rule 11.

                                                    NOTICE OF TAG ALONG ACTION
25

Pursuant to MDL Rule 7.5(c):

Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

Defendant BATH IRON WORKS CORPORATION hereby notifies this Court that this case is a potential "tag-along action" which may be subject to transfer to the United States District Court, Eastern District of Pennsylvania. BATH IRON WORKS CORPORATION has forwarded a copy of this notice to the Clerk of the MDL Panel. The Clerk of the MDL Panel may either: (1) enter a conditional transfer order pursuant to the MDL Rule 7.4(a); or (2) file an order to show cause why this action should not be transferred, pursuant to MDL Rule 7.5(b).

Dated: October 24, 2011

JACKSON JENKINS RENSTROM LLP

By: _____
DANIEL D. O'SHEA
Attorney for Defendants
BATH IRON WORKS CORPORATION

1953244