## CERTIFICATE OF SERVICE

The undersigned, counsel for Bath Iron Works Corporation, hereby certifies that a true and correct copy of the foregoing (1) BATH IRON WORKS CORPORATION'S CORRESPONDENCE DATED NOVEMBER 2, 2011 and NOTICE OF TAG ALONG, with its attachments: (2) USDC-CENTRAL DISTRICT COURT'S CASE DOCKET SHEET AS OF 11.2.11 and SUMMONS/COMPLAINT; (3) NOTICE OF REMOVAL; and (4) CERTIFICATE OF SERVICE, were filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case on November 2, 2011.

/s/ Daniel D. O'Shea
Daniel D. O'Shea

1955027