BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN REGARDS TO THE MDL-875: ASBESTOS PRODUCTS LIABILITY LITIGATION

# SCHEDULE OF ACTIONS

| Case Caption: | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiffs:<br>MARGARET O. BULANDA, individually and as Special Administrator of the Estate of JOHN R. OLIPHANT ST., deceased,<br><br>Movant:<br>Margaret O. Bulanda<br><br>Defendants:<br>A.W. Chesterton Company; Green, Tweed & Co.; John J. Moroney & Company; Midwest Generation EME, LLC; Paul J. Krez. Company; Rapid American Corporation; Texaco, Inc.; CBS Corporation. | USDC N.D. Illinois Eastern Division | 1:11-cv-1682 | Amy J. St. Eve |