## Certificate of Service
*Bulanda v. A.W. Chesterton Company, et al.,*
*IL-ND Case No. 1:11-CV-01682*

---

I hereby certify that on November 2, 2011, I electronically filed Plaintiff's Notice of Potential Tag-Along with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system. Notifications of such filing will be sent via email to the following:

**Michael Peter Cascino**
michaelp.cascino@gmail.com,akaminski@cvlo.com

**Gregory Linn Cochran**
gcochran@mckenna-law.com,federal@mckenna-law.com,jmccleish@mckenna-law.com

**Gregory T. Goldberg**
ggoldberg@stamostrucco.com,kjudge@stamostrucco.com

**Derrick lee Haddox**
dhaddox@smbtrials.com

**Roger K. Heidenreich**
roger.heidenreich@snrdenton.com,sandra.gore@snrdenton.com,kate.douglas@snrdenton.com,NDIL_ECF@snrdenton.com,stlouisdocket@snrdenton.com,nicholas.tishma@snrdenton.com

**Theodore James Hovda , Iii**
tjhovda@maccabe-mcguire.com

**Edward J. McCambridge**
emccambridge@smsm.com,efile@smsm.com,sdoman@smsm.com

**Timothy John Murphy**
tmurphy@maccabe-mcguire.com

**Joseph Philip Rejano**
jrejano@foleymansfield.com

**Michael T. Trucco**
mtrucco@stamostrucco.com

and I mailed by United States Postal Service copies to the following non-CM/ECF participants:

None.

                                                      /S/ Michael P. Cascino
                                                      Attorney for Plaintiff

Michael P. Cascino
R. Matthew Schroeder
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600
mcascino@cvlo.com