## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| MARGARET O. BULANDA, Individually and as Special Administrator of the Estate of JOHN R. OLIPHANT SR., Deceased<br><br>Plaintiff,<br><br>v.<br><br>A.W. Chesterton Company, a corporation, CBS Corporation, a corporation, Greene, Tweed & Co, a corporation, John J. Moroney & Company, a corporation, Commonwealth Edison Company, a corporation, Paul J. Krez Company, a corporation, Rapid American Corporation, a corporation, Texaco, Inc., a corporation,<br><br>Defendants. | Case No. 1:11-cv-01682<br><br>Honorable Amy J. St. Eve |

### THIRD AMENDED COMPLAINT

Now comes the plaintiff, Margaret A Bulanda, (hereinafter "Plaintiff"), individually and as Special Administrator of the Estate of John R Oliphant Sr. (hereinafter "Decedent"), by and through her attorneys, Cascino Vaughan Law Offices, Ltd., and complains against defendants A.W. Chesterton Company, a corporation, CBS Corporation, a corporation, John J. Moroney & Company, a corporation, Commonwealth Edison Company, a corporation, Paul J. Krez Company, a corporation, Rapid American Corporation, a corporation, Texaco, Inc., a corporation, as follows:

### JURISDICTION AND PARTIES

1.    Plaintiff, Margaret A Bulanda is the daughter of Decedent, John R Oliphant Sr, and resides in Lowell, Indiana.

2.    Decedent was an adult citizen and resident of Indiana.

3.    A.W. Chesterton sold and/or designed asbestos-containing products, including without limitation gaskets and packing.

4.    CBS is responsible for the conduct of Westinghouse Electric Corporation.  Westinghouse manufactured and designed steam generating equipment including without limitation turbines, generators, wire, motors and switch gears.  Westinghouse also erected and maintained steam generation equipment

5.    Green, Tweed & Company manufactured, distributed, sold, and/or designed asbestos products, including without limitation packing and gaskets.

6.    Rapid American Corporation is responsible for the conduct of Philip Carey.  Carey designed, manufactured and sold asbestos-containing products, including without limitation pipe covering, block, cements, board, and air cell and supplied asbestos fibers.

7.    John J. Moroney & Company is a contractor who used, removed or installed asbestos-containing products.

8.    Paul J.Krez Company is a contractor who used, removed or installed asbestos-containing products.

9.    Commonwealth Edison Company is the owner or operator, or is responsible for the conduct of a previous owner or operator of following premises where asbestos products were used: Joliet 9 Power Station in Joliet, Illinois.

10.    Texaco, Inc. is the owner or operator, or is responsible for the conduct of a previous owner or operator of following premises where asbestos products were used: Texaco Refining & Marketing in Lockport, Illinois.

11.    Defendants are all corporations, none of which is incorporated in or has its principal place

of business in the State of Indiana, and at all times relevant to the allegations contained herein were engaged in the business of designing, manufacturing, mining and selling asbestos and/or asbestos-containing products and/or asbestos-insulated equipment, hereinafter referred to as "asbestos products." Please refer to the attached Exhibit A for the state of incorporation and principal place of business of each defendant.

12. Jurisdiction is based on diversity of citizenship of the parties hereto under Title 28, United States Code, §1332.

13. The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

14. Venue is proper pursuant to Title 28, United States Code, §1391.

## GENERAL ALLEGATIONS

15. Decedent, during the course of his employment as a pipefitter at various job sites, including those listed on the attached exhibit B, was exposed to asbestos dust or fibers emanating from the asbestos products and/or asbestos insulated equipment which was sold, manufactured, mined, distributed, packaged, installed or otherwise placed into commerce by defendants.

16. Decedent was ignorant of the dangerous nature of asbestos and of the nature of the risks incurred by workers working with or near asbestos products.

17. Decedent became aware of the asbestos-related condition and that said condition was caused by Defendants' wrongful conduct within the statute of limitations before the filing of this action.

18. As a direct and proximate result of the conduct of Defendants, Decedent developed and had been diagnosed with lung cancer on 3/11/2009.

19. All exposures to asbestos that decedent received contributed to and caused the decedent's

lung cancer.

20. As a result of this disease, decedent passed away on 09/13/2009.

21. Decedent suffered great pain, physical impairment, great mental pain and anguish, is liable for large sums of money for medical and hospital care, and suffered losses to his personal property and possessions.

### COUNT I - NEGLIGENCE - PRODUCTS LIABILITY

22. Plaintiff brings this claim for negligence and restate and reallege the allegations in paragraphs 1-21 above.

23. This claim is brought against the following defendants (collectively the "product defendants") for designing, manufacturing, selling, erecting, installing, or removing asbestos products or fibers to which plaintiff may have been exposed:

   a. A.W. Chesterton sold and/or designed asbestos-containing products, including without limitation gaskets and packing.

   b. CBS is responsible for the conduct of Westinghouse Electric Corporation. Westinghouse manufactured and designed steam generating equipment including without limitation turbines, generators, wire, motors and switch gears. Westinghouse also erected and maintained steam generation equipment.

   c. Green, Tweed & Company manufactured, distributed, sold, and/or designed asbestos products, including without limitation packing and gaskets.

   d. Rapid American Corporation is responsible for the conduct of Philip Carey. Carey designed, manufactured and sold asbestos-containing products, including without limitation pipe covering, block, cements, board, and air cell and supplied asbestos fibers.

    e.     John J. Moroney & Company used, removed or installed asbestos-containing products.

    f.     Paul J.Krez Company used, removed or installed asbestos-containing products.

24.    It was reasonably foreseeable that Decedent and other workers would be working with or in the proximity of defendants' asbestos products and be exposed to airborne asbestos fibers.

25.    Defendants had a duty to exercise reasonable care for the safety of Decedent and others who worked with or were exposed to the defendants' asbestos products.

26.    Decedent did not know that asbestos products or asbestos were so dangerous or harmful at the time of his exposure.

27.    Defendants knew or in the exercise of ordinary or reasonable care ought to have known asbestos causes disease and or death, and that Decedent did not know that asbestos products were dangerous or harmful at the time of his exposures.

28.    Each defendant breached its duty of care and was negligent, including without limitation in one or more of the following acts or omissions:

    a.     Failed to adequately warn Decedent or others of the health hazards of asbestos;

    b.     Failed to warn Decedent or others of the danger and harm of the asbestos after the products or equipment were installed at the premises;

    c.     Failed to investigate or test for the health effects of asbestos prior to distribution and sale;

    d.     Failed to instruct Decedent, his employers or others in the use of precautionary measures relating to asbestos-containing products and/or asbestos-insulated equipment; and/or

    e.     Manufactured, mined, supplied, or installed unsafe asbestos-containing products or asbestos-insulated equipment.

29.    As a direct and proximate result of the acts and omissions of the product defendants above, Decedent was injured as described above.

### COUNT II - NEGLIGENCE - PREMISES OWNER

30.   Plaintiff reasserts and realleges the general allegations listed in lines 1-28 above.

31.   This claim for negligence is brought against the following Defendants (hereinafter "premises defendants":

      a. Commonwealth Edison Company

      b. Texaco, Inc.

32.   Defendants were the owners of the premises during the dates and times of Decedent''s exposures to asbestos indicated on exhibit B.

33.   Decedent was a frequenter working in places owned or controlled by the premises defendants.

34.   The condition of airborne dust containing asbestos insulation fibers released during the process of applying and removing thermal insulation existed at the premises in exhibit B.

35.   When Decedent worked at the premises, defendants knew or should have known about the health hazards of asbestos.

36.   Defendants in the exercise of ordinary care knew or should have known that the condition of its property involved an unreasonable risk of harm to persons on the premises, including employees of independent contractors such as Decedent, working at the premises.

37.   Defendants knew or should have known that persons on the premises would not discover or realize the danger or would otherwise fail to protect themselves against it.

38.   As the owners of the premises, defendants owed a duty to use ordinary care to provide a reasonably safe place for persons lawfully on the property, including Decedent.

39.   Defendants breached its duty of care and was negligent by one or more of the following acts or omissions:

    a.     failing to adequately warn Decedent of the dangers of harm from exposure to asbestos;

    b.     failing to instruct Decedent adequately about safety precautions for exposure to asbestos;

    c.     failing to establish adequate safety measures to protect Decedent from exposure to asbestos;

    d.     failing to adequately test for asbestos where Decedent worked;

    e.     employing any contractor which failed to take reasonable precautions against the danger of asbestos;

    f.     allowing the use of asbestos containing products at the premises;

    g.     failing to assign or hire personnel qualified to recognize, evaluate and control asbestos exposures at the premises.

40. As a direct and proximate result of the acts and omissions of the premise defendants above, Decedent was injured as described above.

## WRONGFUL DEATH

41. Plaintiff brings this count for wrongful death against all defendants and incorporates by reference all allegations 1-40 above.

42. Defendants' actions, jointly and severally, as described in the preceding paragraphs, caused the wrongful death of Decedent and loss of society and companionship, funeral, medical and other expenses, pecuniary damages and other damages have been suffered by Decedent and Plaintiff.

## PRAYER FOR RELIEF

43. Plaintiff prays for relief as follows:

    a.     Judgment against defendants, jointly and severally, for compensatory and general damages.

    b.     Such further legal and equitable relief as the Court orders to do justice in this case; costs and disbursements of this action.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by a jury of 6.


Dated: August 11, 2011.

/S/ Michael P. Cascino
One of the Plaintiff's Attorneys

Michael P. Cascino
R. Matthew Schroeder IL Bar. No. 6302951
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Ph: (312) 944-0600

**Exhibit A**
Defendants' Home States and Principal Places of Business

| Defendant | StateHdq | StatePrincBus |
|---|---|---|
| A.W. Chesterton Company | Massachusetts | Massachusetts |
| CBS Corporation | Delaware | Pennsylvania |
| Green Tweed & Co. | Illinois | Illinois |
| John J. Moroney & Company | Illinois | Illinois |
| Commonwealth Edison Company | Illinois | Illinois |
| Paul J. Krez Company | Illinois | Illinois |
| Rapid American Corporation | Delaware | New York |
| Texaco, Inc. | Delaware | New York |

**Exhibit B**
<u>Decedent's work history</u>

| SiteLocation | SiteCity | SiteSt | FirstYrId | LastYrId |
|---|---|---|---|---|
| Joliet 9 Power Station | Joliet | IL | 1963 | 1994 |
| Texaco Refining & Marketing | Lockport | IL | 1963 | 1994 |

**Certificate of Service**
*Bulanda v. A.W. Chesterton Company, et al.,*
*IL-ND Case No. 1:11-cv-01682*

I hereby certify that on August 11, 2011, I electronically filed the foregoing Third Amended Complaint (with attached Exhibit "A" and Exhibit "B") with the United States District Court for the Northern District of Illinois using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

**Michael Peter Cascino**
michaelp.cascino@gmail.com,akaminski@cvlo.com

**Gregory Linn Cochran**
gcochran@mckenna-law.com,federal@mckenna-law.com,jmccleish@mckenna-law.com

**Gregory T. Goldberg**
ggoldberg@stamostrucco.com,kjudge@stamostrucco.com

**Derrick Lee Haddox**
dhaddox@smbtrials.com

**Roger K. Heidenreich**
roger.heidenreich@snrdenton.com,sandra.gore@snrdenton.com,kate.douglas@snrdenton.com,NDIL_ECF @snrdenton.com,stlouisdocket@snrdenton.com,nicholas.tishma@snrdenton.com

**Theodore James Hovda , III**
tjhovda@maccabe-mcguire.com

**Edward J. McCambridge**
emccambridge@smsm.com,efile@smsm.com,sdoman@smsm.com

**Timothy John Murphy**
tmurphy@maccabe-mcguire.com

**Joseph Philip Rejano**
jrejano@foleymansfield.com

**Michael T. Trucco**
mtrucco@stamostrucco.com

and I mailed by United States Postal Service copies to the following non-CM/ECF participants:

None.

/S/ Michael P. Cascino
Attorney for Plaintiff

Michael P. Cascino
R. Matthew Schroeder IL Bar No. 6302951
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600
mcascino@cvlo.com

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 4.2 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:11-cv-01682

Bulanda v. AW Chesterton Company et al
Assigned to: Honorable Amy J. St. Eve
Demand: $75,000
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 03/10/2011
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

### Plaintiff

**Margaret A Bulanda**
*Individually and as Special
Administrator of the Estate of John R
Oliphant Sr.*

represented by **Michael Peter Cascino**
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600
Email: michaelp.cascino@gmail.com
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**AW Chesterton Company**
*a corporation*

### Defendant

**CBS Corporation**

represented by **Joseph Philip Rejano**
Foley & Mansfield
55 West Monroe
#34030
Chicago, IL 60603
312 254-3800
Fax: 312 254-3801
Email: jrejano@foleymansfield.com
*ATTORNEY TO BE NOTICED*

**Demetra Arapakis Christos**
Foley & Mansfield
39 S. LaSalle St.
Suite 1110
Chicago, IL 60603
312-233-2560 x702
Email: dchristos@foleymansfiled.com
*ATTORNEY TO BE NOTICED*

### Defendant

**Greene Tweed & Co**

represented by **Edward J. McCambridge**

*a corporation*

Segal, McCambridge, Singer &
Mahoney, Ltd.
5500
233 S. Wacker Drive
Chicago, IL 60606
(312) 645-7800
Email: emccambridge@smsm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John J Moroney & Company**
*a corporation*

represented by **Edward Henry MacCabe**
MacCabe & McGuire
77 West Wacker Drive
Suite 3333
Chicago, IL 60601
(312) 357-2600
Email: emaccabe@maccabe-
mcguire.com
*LEAD ATTORNEY*

**Theodore James Hovda , Iii**
Maccabe & Mcguire
77 West Wacker
Suite 3333
Chicago, IL 60601
(312) 357-2600
Email: tjhovda@maccabe-mcguire.com
*ATTORNEY TO BE NOTICED*

**Timothy John Murphy**
MacCabe & McGuire
77 West Wacker Drive
Suite 3333
Chicago, IL 60601
(312) 357-2600
Email: tmurphy@maccabe-
mcguire.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paul J Krez Company**
*a corporation*

represented by **Gregory Linn Cochran**
McKenna, Storer, Rowe, White &
Farrug
33 North LaSalle Street
Suite 1400
Chicago, IL 60602-2610
(312)558-3900
Email: gcochran@mckenna-law.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Margaret M. Foster**
McKenna, Storer, Rowe, White &
Farrug
33 North LaSalle Street
Suite 1400
Chicago, IL 60602-2610
(312)558-3900
Email: mfoster@mckenna-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rapid American Corporation**    represented by    **Roger K. Heidenreich**
*a corporation*                                      SNR Denton US LLP
One Metropolitan Square
Suite 3000
211 N. Broadway
St. Louis, MO 63102-2711
(314)241-1800
Email:
roger.heidenreich@snrdenton.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Texaco Inc**    represented by    **Michael T. Trucco**
*a corporation*                         Stamos & Trucco LLP
One East Wacker Drive
Third Floor
Chicago, IL 60601
(312) 630-7979
Email: mtrucco@stamostrucco.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory T. Goldberg**
Stamos & Trucco LLP
One East Wacker Drive
Suite 300
Chicago, IL 60601
(312) 630-7979
Email: ggoldberg@stamostrucco.com
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**CBS Corporation**    represented by    **Demetra Arapakis Christos**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

### Cross Defendant

**CBS Corporation**  represented by  **Demetra Arapakis Christos**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Cross Defendant

**AW Chesterton Company**

### Cross Defendant

**Greene Tweed & Co**  represented by  **Edward J. McCambridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Cross Defendant

**John J Moroney & Company**  represented by  **Edward Henry MacCabe**
(See above for address)
*LEAD ATTORNEY*

**Theodore James Hovda , Iii**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy John Murphy**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Cross Defendant

**Paul J Krez Company**  represented by  **Gregory Linn Cochran**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Cross Defendant

**Rapid American Corporation**  represented by  **Roger K. Heidenreich**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Cross Defendant

**Texaco Inc**  represented by  **Michael T. Trucco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory T. Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**AW Chesterton Company**

**Cross Defendant**

**CBS Corporation**                     represented by    **Joseph Philip Rejano**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Demetra Arapakis Christos**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Greene Tweed & Co**                   represented by    **Edward J. McCambridge**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**John J Moroney & Company**            represented by    **Edward Henry MacCabe**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

                                                          **Theodore James Hovda , Iii**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Timothy John Murphy**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Paul J Krez Company**                 represented by    **Gregory Linn Cochran**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Rapid American Corporation**          represented by    **Roger K. Heidenreich**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Texaco Inc**                          represented by    **Michael T. Trucco**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Gregory T. Goldberg**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Paul J Krez Company**                 represented by   **Gregory Linn Cochran**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret M. Foster**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Paul J Krez Company**                 represented by   **Gregory Linn Cochran**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret M. Foster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**AW Chesterton Company**

**Cross Defendant**

**CBS Corporation**                     represented by   **Joseph Philip Rejano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Demetra Arapakis Christos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Greene Tweed & Co**                   represented by   **Edward J. McCambridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**John J Moroney & Company**            represented by   **Edward Henry MacCabe**
(See above for address)
*LEAD ATTORNEY*

**Theodore James Hovda , Iii**

(See above for address)
*ATTORNEY TO BE NOTICED*

Timothy John Murphy
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Rapid American Corporation**          represented by    **Roger K. Heidenreich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Texaco Inc**                          represented by    **Michael T. Trucco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Gregory T. Goldberg
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/2011 | 1 | COMPLAINT filed by Margaret A Bulanda; Jury Demand. Filing fee $ 350, receipt number 0752-5785502. (Attachments: # 1 Exhibit A - Defendant's home states and principal places of business, # 2 Exhibit B - Decedent's work history)(Cascino, Michael) (Entered: 03/10/2011) |
| 03/10/2011 | 2 | CIVIL Cover Sheet (Cascino, Michael) (Entered: 03/10/2011) |
| 03/10/2011 | 3 | ATTORNEY Appearance for Plaintiff Margaret A Bulanda by Michael Peter Cascino (Cascino, Michael) (Entered: 03/10/2011) |
| 03/10/2011 | 4 | Disclosure STATEMENT by Margaret A Bulanda (Cascino, Michael) (Entered: 03/10/2011) |
| 03/10/2011 | 5 | Notice of Tag-Along Action by Margaret A Bulanda (Cascino, Michael) (Entered: 03/10/2011) |
| 03/10/2011 |  | CASE ASSIGNED to the Honorable Amy J. St. Eve. Designated as Magistrate Judge the Honorable Arlander Keys. (nsf, ) (Entered: 03/10/2011) |
| 03/11/2011 | 6 | MINUTE entry before Honorable Amy J. St. Eve: Plaintiff has failed to allege subject matter jurisdiction. Plaintiff has until 3/25/11 to file an amended complaint alleging the citizenship of Defendant Midwest Generation EME, LLC and of each of its members, or some other basis for federal jurisdiction. Otherwise, the Court will dismiss the Complaint for lack of subject matter jurisdiction. Joint status report to be filed by 4/15/11. Initial status hearing set for 4/20/11 at 8:30 a.m. in courtroom 1241. [For further details see minute order.] Mailed notice (kef, ) (Entered: 03/11/2011) |

| 03/23/2011 | 7 | ATTORNEY Appearance for Defendant Greene Tweed & Co by Edward J. McCambridge (McCambridge, Edward) (Entered: 03/23/2011) |
|---|---|---|
| 03/23/2011 | 8 | MOTION by Defendant Greene Tweed & Co to dismiss *Pursuant to Rule 12 (b)(6)* (McCambridge, Edward) (Entered: 03/23/2011) |
| 03/24/2011 | 9 | AMENDED complaint by Margaret A Bulanda against All Defendants (Attachments: # 1 Exhibit A - Defendant's home states and principal places of business, # 2 Exhibit B - Decedent's work history, # 3 Certificate of Service) (Cascino, Michael) (Entered: 03/24/2011) |
| 03/28/2011 | 10 | ATTORNEY Appearance for Defendant Texaco Inc by Michael T. Trucco (Trucco, Michael) (Entered: 03/28/2011) |
| 03/28/2011 | 11 | ATTORNEY Appearance for Defendant Texaco Inc by Gregory T. Goldberg (Goldberg, Gregory) (Entered: 03/28/2011) |
| 04/01/2011 | 12 | MINUTE entry before Honorable Amy J. St. Eve: In light of plaintiff's amended complaint, defendants' motion to dismiss 8 is denied as moot without prejudice. Defendant to answer or otherwise plead to the amended complaint on or before 4/15/11. Mailed notice (kef, ) (Entered: 04/01/2011) |
| 04/04/2011 | 13 | ANSWER to Complaint with Jury Demand by CBS Corporation (Attachments: # 1 Jury Demand)(Rejano, Joseph) (Entered: 04/04/2011) |
| 04/04/2011 | 14 | Notice of Tag-Along Action by CBS Corporation (Rejano, Joseph) (Entered: 04/04/2011) |
| 04/04/2011 | 15 | Disclosure Statement Pursuant to F.R.C.P. 7.1 by CBS Corporation (Attachments: # 1 Exhibit)(Rejano, Joseph) (Entered: 04/04/2011) |
| 04/14/2011 | 16 | MOTION by Defendant Greene Tweed & Co to dismiss *Plaintiff's First Amended Complaint Pursuant to Rule 12(b)(6)* (McCambridge, Edward) (Entered: 04/14/2011) |
| 04/18/2011 | 17 | MINUTE entry before Honorable Amy J. St. Eve: Status hearing set for 4/20/11 is stricken and reset to 4/21/2011 at 08:30 AM.Mailed notice (kef, ) (Entered: 04/18/2011) |
| 04/21/2011 | 18 | MINUTE entry before Honorable Amy J. St. Eve:Status hearing held on 4/21/2011 and continued to 6/10/11 at 8:30 a.m. Plaintiff failed to appear. Greene Tweed & Company's motion to dismiss 16 is entered. Response by 5/19/11. Reply by 6/2/11. Mailed notice (kef, ) (Entered: 04/21/2011) |
| 05/03/2011 | 19 | MEMORANDUM by Margaret A Bulanda in Opposition to motion to dismiss 16 (Attachments: # 1 Brief in Support, # 2 Certificate of Service, # 3 Text of Proposed Order)(Cascino, Michael) (Entered: 05/03/2011) |
| 05/05/2011 | 20 | ATTORNEY Appearance for Defendant John J Moroney & Company by Edward Henry MacCabe (MacCabe, Edward) (Entered: 05/05/2011) |
| 05/05/2011 | 21 | ATTORNEY Appearance for Defendant John J Moroney & Company by Theodore James Hovda, Iii (Hovda, Theodore) (Entered: 05/05/2011) |
| 05/05/2011 | 22 | ANSWER to amended complaint, ANSWER to Complaint by John J Moroney |

|  |  | & Company(MacCabe, Edward) (Entered: 05/05/2011) |
|---|---|---|
| 05/05/2011 | 23 | ATTORNEY Appearance for Defendant John J Moroney & Company by Timothy John Murphy (Murphy, Timothy) (Entered: 05/05/2011) |
| 05/10/2011 | 24 | ANSWER to amended complaint *and Affirmative Defenses to Plaintiff's First Amended Complaint* by Texaco Inc(Goldberg, Gregory) (Entered: 05/10/2011) |
| 06/07/2011 | 25 | MINUTE entry before Honorable Amy J. St. Eve: The Court grants, without prejudice, Defendant, Greene Tweed & Co.'s motion to dismiss Plaintiff's first amended complaint 16 . [For further details see separate Memorandum Opinion and Order.] Mailed notice (kef, ) (Entered: 06/07/2011) |
| 06/07/2011 | 26 | MEMORANDUM Opinion and Order Signed by the Honorable Amy J. St. Eve on 6/7/2011:Mailed notice(kef, ) (Entered: 06/07/2011) |
| 06/07/2011 | 27 | MINUTE entry before Honorable Amy J. St. Eve: Status hearing set for 6/10/2011 at 08:30 AM.Mailed notice (kef, ) (Entered: 06/07/2011) |
| 06/10/2011 | 28 | MINUTE entry before Honorable Amy J. St. Eve:Status hearing held on 6/10/2011 and continued to 8/11/2011 at 08:30 AM. Mailed notice (kef, ) (Entered: 06/10/2011) |
| 06/22/2011 | 29 | MOTION by Plaintiff Margaret A Bulanda for leave to file *Second Amended Complaint* (Attachments: # 1 Memorandum in Support, # 2 Exhibit Second Amended Complaint)(Cascino, Michael) (Entered: 06/22/2011) |
| 06/23/2011 | 30 | NOTICE of Motion by Michael Peter Cascino for presentment of motion for leave to file 29 before Honorable Amy J. St. Eve on 7/6/2011 at 08:30 AM. (Cascino, Michael) (Entered: 06/23/2011) |
| 07/06/2011 | 31 | MINUTE entry before Honorable Amy J. St. Eve: Motion hearing held on 7/6/2011. Plaintiff's motion for leave to file second amended complaint 29 is granted. Counsel should separately file the second amended complaint upon receipt of this order. Mailed notice (kef, ) (Entered: 07/06/2011) |
| 07/06/2011 | 32 | *SECOND* AMENDED complaint by Margaret A Bulanda against All Defendants (Attachments: # 1 Certificate of Service)(Cascino, Michael) (Entered: 07/06/2011) |
| 07/06/2011 | 33 | SUMMONS Issued 3 original and 3 copies as to Defendants Midwest Generation EME LLC, Paul J Krez Company, Rapid American Corporation. (gcy, ) (Entered: 07/07/2011) |
| 07/12/2011 | 34 | ATTORNEY Appearance for Defendant Paul J Krez Company by Gregory Linn Cochran (Cochran, Gregory) (Entered: 07/12/2011) |
| 07/15/2011 | 35 | ANSWER to amended complaint *(Second) and Affirmative Defenses* by Texaco Inc(Goldberg, Gregory) (Entered: 07/15/2011) |
| 07/15/2011 | 36 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Texaco Inc (Goldberg, Gregory) (Entered: 07/15/2011) |
| 08/03/2011 | 37 | ATTORNEY Appearance for Defendant Midwest Generation EME LLC by Derrick lee Haddox (Haddox, Derrick) (Entered: 08/03/2011) |

| 08/03/2011 | 38 | MOTION by Defendant Midwest Generation EME LLC to dismiss *Plaintiff's Second Amended Complaint* (Haddox, Derrick) (Entered: 08/03/2011) |
| 08/03/2011 | 39 | NOTICE of Motion by Derrick lee Haddox for presentment of motion to dismiss 38 before Honorable Amy J. St. Eve on 8/15/2011 at 08:30 AM. (Attachments: # 1 Certificate of Service)(Haddox, Derrick) (Entered: 08/03/2011) |
| 08/04/2011 | 40 | ATTORNEY Appearance for Defendant Rapid American Corporation by Roger K. Heidenreich (Heidenreich, Roger) (Entered: 08/04/2011) |
| 08/04/2011 | 41 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Rapid American Corporation (Heidenreich, Roger) (Entered: 08/04/2011) |
| 08/04/2011 | 42 | ANSWER to amended complaint *and Affirmative Defenses* by Rapid American Corporation(Heidenreich, Roger) (Entered: 08/04/2011) |
| 08/04/2011 | 43 | MOTION by Plaintiff Margaret A Bulanda for leave to file *Third Amended Complaint* (Attachments: # 1 Memorandum in Support, # 2 Certificate of Service)(Cascino, Michael) (Entered: 08/04/2011) |
| 08/04/2011 | 44 | NOTICE of Motion by Michael Peter Cascino for presentment of motion for leave to file 43 before Honorable Amy J. St. Eve on 8/11/2011 at 08:30 AM. (Cascino, Michael) (Entered: 08/04/2011) |
| 08/05/2011 | 45 | Notice of Addendum by Margaret A Bulanda *Notice of Addendum to Doc. No. 43 (Ex. A & B)* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Certificate of Service)(Cascino, Michael) (Entered: 08/05/2011) |
| 08/05/2011 | 46 | *2nd Amended* ANSWER to Complaint, *Affirmative Defenses and* CROSSCLAIM by CBS Corporation against All Defendants. by CBS Corporation(Christos, Demetra) (Entered: 08/05/2011) |
| 08/11/2011 | 47 | MINUTE entry before Honorable Amy J. St. Eve: Status hearing held on 8/11/2011 and continued to 9/13/2011 at 08:30 AM. Plaintiff's motion for leave to file third amended complaint 43 is granted. Third amended complaint should be filed by 8/12/11. Defendants should answer or otherwise plead by 9/8/11. Defendant's motion to dismiss second amended complaint 38 is denied as moot. Mailed notice (kef, ) (Entered: 08/11/2011) |
| 08/11/2011 | 48 | *Third* AMENDED complaint by Margaret A Bulanda against All Defendants (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Certificate of Service) (Cascino, Michael) (Entered: 08/11/2011) |
| 08/16/2011 | 49 | ANSWER to amended complaint *(Third)* by Texaco Inc(Goldberg, Gregory) (Entered: 08/16/2011) |
| 08/24/2011 | 50 | ANSWER to amended complaint *(Third Amended Complaint)* by Greene Tweed & Co(McCambridge, Edward) (Entered: 08/24/2011) |
| 08/24/2011 | 51 | ANSWER to Crossclaim *of co-Defendant CBS Corporation and other Defendants* by Texaco Inc(Goldberg, Gregory) (Entered: 08/24/2011) |
| 08/25/2011 | 52 | ANSWER to Crossclaim *of CBS Corporation and other Defendants* by Greene Tweed & Co(McCambridge, Edward) (Entered: 08/25/2011) |

| 09/07/2011 | 53 | *Commonwealth Edison Company's* ANSWER to amended complaint, *Commonwealth Edison Company's* CROSSCLAIM by Midwest Generation EME LLC against A W Chesterton Company, CBS Corporation, Greene Tweed & Co, John J Moroney & Company, Paul J Krez Company, Rapid American Corporation, Texaco Inc. by Midwest Generation EME LLC (Attachments: # 1 Certificate of Service)(Haddox, Derrick) (Entered: 09/07/2011) |
| 09/08/2011 | 54 | ANSWER to amended complaint *and Affirmative Defenses* by Rapid American Corporation(Heidenreich, Roger) (Entered: 09/08/2011) |
| 09/13/2011 | 55 | ANSWER to amended complaint by John J Moroney & Company(MacCabe, Edward) (Entered: 09/13/2011) |
| 09/13/2011 | 56 | Rule 7.1 Corporate Disclosure STATEMENT by John J Moroney & Company (MacCabe, Edward) (Entered: 09/13/2011) |
| 09/13/2011 | 57 | MINUTE entry before Honorable Amy J. St. Eve:Status hearing held on 9/13/2011 and continued to 10/13/2011 at 08:30 AM.Mailed notice (kef, ) (Entered: 09/13/2011) |
| 09/13/2011 | 58 | ATTORNEY Appearance for Defendant Paul J Krez Company by Margaret M. Foster (Foster, Margaret) (Entered: 09/13/2011) |
| 09/13/2011 | 59 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Paul J Krez Company (Foster, Margaret) (Entered: 09/13/2011) |
| 09/13/2011 | 60 | ANSWER to amended complaint *and Affirmative Defenses*, CROSSCLAIM by Paul J Krez Company against All Defendants *and Answer to Cross-Claims.* by Paul J Krez Company(Foster, Margaret) (Entered: 09/13/2011) |
| 09/29/2011 | 61 | STIPULATION of Dismissal *for Commonwealth Edison Company* (Haddox, Derrick) (Entered: 09/29/2011) |
| 09/30/2011 | 62 | MINUTE entry before Honorable Amy J. St. Eve: Pursuant to the parties' stipulation for dismissal 61 , plaintiff's claims against defendant Commonwealth Edison Company are dismissed with prejudice. Commonwealth Edison Company terminated.Mailed notice (kef, ) (Entered: 09/30/2011) |
| 10/13/2011 | 63 | MINUTE entry before Honorable Amy J. St. Eve:Status hearing held on 10/13/2011 and continued to 11/29/2011 at 08:30 AM.Mailed notice (kef, ) (Entered: 10/13/2011) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/02/2011 14:39:47 | | |
| **PACER Login:** | cv0032 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:11-cv-01682 |
| **Billable Pages:** | 9 | **Cost:** | 0.72 |

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Margaret A Bulanda,  individually and as Special
Administrator of the Estate of John R Oliphant Sr ,
Deceased

                                  Plaintiff,

    v.

A.W. Chesterton Company, et al.,

                                  Defendants.

Case No.

### NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending to the Federal Court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order.") That order also applies to "tag-along actions" or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause.  MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the Panel may either 1) enter a conditional transfer order pursuant to MDL Rule 7.4(a) or 2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

All matters except service and defendants' appearances and answers are stayed.

Dated: March 10, 2011.


/S/ Michael P. Cacsino
Attorney for Plaintiff

Michael P. Cascino
CASCINO VAUGHAN LAW OFFICES, LTD.
220 South Ashland Avenue
Chicago IL 60607
Phone: 312-944-06000