UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | |
|---|---|
| Horn v. Foster Wheeler Energy Corporation ) | |
|     N.D. Illinois, C.A. No. 1:11-06065 ) | MDL No. 875 |
| Lies v. Rapid American Corporation, et al., ) | |
|     N.D. Illinois, C.A. No. 1:11-06067 ) | |

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE DECEMBER 1, 2011, HEARING SESSION

A conditional transfer order was filed in these actions (*Horn and Lies*) on September 12, 2011. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Horn and Lies* filed notices of opposition to the proposed transfer and the subsequent motions and briefs to vacate the conditional transfer order. The Panel has now been advised that *Horn* was remanded to state court by the Honorable Elaine E. Bucklo in an order filed on October 26, 2011, and that *Lies* was remanded to state court by the Honorable William T. Hart in an order filed on October 27, 2011.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-443" filed on September 12, 2011, is VACATED insofar as it relates to these actions.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 18, 2011, are VACATED insofar as they relate to these matters.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel