# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Litigation

***Akau, et al. v. Crane Co., et al.***, District of Hawaii, C.A. No. 1-11-cv-00637
***Thompson, et al. v. Crane Co., et al.***, District of Hawaii, C.A. No. 1-11-cv-00638

## NOTICE OF OPPOSITION TO CTO-459

I represent Plaintiffs in the above captioned actions which are included on the conditional transfer order (CTO-459). Plaintiffs submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

/s/Ilana K. Waxman
Ilana K. Waxman
Galiher DeRobertis Ono
610 Ward Avenue
Honolulu, HI 96814
808-597-1400
Email: IKW@gogaliher.com

Counsel for Plaintiffs

D:\06058A01\Pleadings\JPML\Ntc Opp CTO-459.docx