# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Litigation

***Akau, et al. v. Crane Co., et al.***, District of Hawaii, C.A. No. 1-11-cv-00637
***Thompson, et al. v. Crane Co., et al.***, District of Hawaii, C.A. No. 1-11-cv-00638

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Rule 4.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby submit this notice of appearance of counsel on behalf of Plaintiffs in the above captioned actions which are included on the conditional transfer order (CTO-459).

Sincerely,

/s/Ilana K. Waxman
Ilana K. Waxman
Galiher DeRobertis Ono
610 Ward Avenue
Honolulu, HI 96814
808-597-1400
Email: *IKW@gogaliher.com*
Counsel for Plaintiffs