# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Litigation

*Leite, et al. v. Crane Co., et al.*, District of Hawaii, C.A. No. 1-11-cv-00636

## NOTICE OF OPPOSITION TO CTO-458

    I represent Plaintiffs in the above captioned action which is included on the conditional transfer order (CTO-458). Plaintiffs submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

/s/Ilana K. Waxman
Ilana K. Waxman
Galiher DeRobertis Ono
610 Ward Avenue
Honolulu, HI 96814
808-597-1400
Email: IKW@gogaliher.com

Counsel for Plaintiffs