UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE:  ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)

| | | |
|---|---|---|
| Rendon Joseph Francis v. Union Carbide Corp., et al. ) | MDL No. 875 |
| E.D. Louisiana, C.A.  No. 2:11-cv-02695-JCZ-ALC ) | |

NOTICE OF POTENTIAL TAG-ALONG ACTION
PURSUANT TO PANEL RULE 7.1

Defendant, Continental Insurance Company ("Continental"), appears herein through undersigned counsel, and, in order to comply with Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, respectfully shows as follows:

1.

On September 27, 2011, Continental was added as a Defendant, by Third Supplemental and Amending Petition, to a pending state court mesothelioma-asbestos civil litigation on the docket of the Civil District Court for the Parish of Orleans, State of Louisiana, bearing number 2011-02520 (hereinafter, the "State Case").  Continental was served with this pleading on October 12, 2011, and timely removed, on October 27, 2011, to the United States District Court for the Eastern District of Louisiana, under the above-captioned style and docket number, pursuant to 28 U.S.C. §§ 1441, 1442, and 1446.  Continental filed the removal under 28 U.S.C. § 1331 in that the action arises "under the Constitution, laws or treaties of the United States" within the meaning of that statute, and under 28 U.S.C. § 1442 as the claims involve actions taken pursuant to the direction of an officer of the United States.  A copy of the full Notice of Removal, with attached state court petition, is attached at Exhibit "1" to this Notice.

00266517-1

2.

Plaintiff, on November 3, 2011, filed a Motion to Remand the case to state court, and that matter has been set for submission on November 23, 2011. Plaintiff also has filed an ex parte Motion to Expedite Hearing on the remand, which motion is currently pending, and to which Continental has filed opposition.

3.

As noted above, and as reflected in the attached Notice of Removal and attached state court pleadings, the subject matter of this action is personal injuries, including but not limited to mesothelioma, allegedly suffered by plaintiff as a result of asbestos exposure, on various theories of liability, against a host of defendants.

4.

It would appear, therefore, that this case is a "potential tag-along action" within the meaning of Panel Rule 7.1(a), and Continental is therefore placing the Clerk of the Multidistrict Litigation Panel on notice of this action, so that the Panel may evaluate the propriety of a Conditional Transfer Order under Panel Rule 7.1 or a Rule to Show Cause under Panel Rule 8.1.

WHEREFORE, DEFENDANT, CONTINENTAL INSURANCE COMPANY, PRAYS that this Notice of Potential Tag-Along Action will be allowed and filed, and that the Multidistrict Litigation Panel will evaluate this action for potential transfer under Panel Rule 7.1, together with such other relief as the Panel deems appropriate in the premises.

    Respectfully submitted,

    **DUPLASS, ZWAIN, BOURGEOIS,**
    **PFISTER & WEINSTOCK**

    **/S/PAUL J. VERLANDER_____**
    **GARY M. ZWAIN, La. Bar Roll #13809**

00266517-1

**PAUL J. VERLANDER, La. Bar Roll #19196**
**NICOLE M. BOYER, La. Bar Roll #29775**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, LA 70002
Phone:   (504) 832-3700
Fax:       (504) 837-3119
**ATTORNEYS FOR CONTINENTAL INSURANCE COMPANY successor by merger to FIDELITY & CASUALTY COMPANY OF NEW YORK**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of November, 2011, I electronically filed the foregoing document with the Clerk of Court of the Multidistrict Litigation Panel by using the CM/ECF system and a copy of the foregoing pleading has been electronically mailed to all attorneys of record in Docket No. 2:11-cv-02695-JCZ-ALC, on the docket of the United States District Court for the Eastern District of Louisiana.

/S/PAUL J. VERLANDER
PAUL J. VERLANDER

00266517-1