## U. S. District Court
## Eastern District of Louisiana (New Orleans)
## CIVIL DOCKET FOR CASE #: 2:11-cv-02695-JCZ-ALC

Francis v. Union Carbide Corporation et al
Assigned to: Judge Jay C. Zainey
Referred to: Magistrate Judge Alma L. Chasez
Case in other court: Civil District Court for the Parish of Orleans, 11-02520
Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 10/27/2011
Jury Demand: None
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Defendant**
**Antony Gibbs & Co.**

**Defendant**
**CSR Ltd**

**Defendant**
**Federal Insurance Company**

**Defendant**
**Strachan Shipping Company**

**Defendant**
**Hong Kong and Shanghai Banking Corporation Limited**

**Plaintiff**
**Rendon Joseph Francis**     represented by   **Frank J. Swarr**
Landry & Swarr, LLC
1010 Common St.
Suite 2050
New Orleans, LA 70112
504-299-1214
Email: fswarr@landryswarr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Ryan Cannella**
Landry & Swarr, LLC
1010 Common St.
Suite 2050
New Orleans, LA 70112
504-299-1214
Fax: 504-299-1215
Email: dcannella@landryswarr.com
*ATTORNEY TO BE NOTICED*

**Mickey P. Landry**
Landry & Swarr, LLC
1010 Common St.
Suite 2050
New Orleans, LA 70112
504-299-1214
Email: mlandry@landryswarr.com
*ATTORNEY TO BE NOTICED*

**Philip C Hoffman**
Landry & Swarr, LLC
1010 Common St.
Suite 2050
New Orleans, LA 70112
(504) 299-1214
Fax: (504) 299-1215
Email: phoffman@landryswarr.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Union Carbide Corporation** represented by **Michael H. Abraham**
Kuchler Polk Schell Weiner & Richeson, LLC
1615 Poydras St.
Suite 1300
New Orleans, LA 70112
504-592-0691
Fax: 504-524-1933
Email: mabraham@kuchlerpolk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gulf Engineering Company, LLC**

**Defendant**

**Continental Insurance Company** represented by **Gary M. Zwain**
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002
504-832-3700
Email: gzwain@duplass.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole M. Boyer**
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002
504-832-3700
Email: nboyer@duplass.com
*ATTORNEY TO BE NOTICED*

**Paul Jeffrey Verlander**
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002
504-832-3700
Email: pverlander@duplass.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**3M Company**                represented by  **Andrew D. Weinstock**
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002
504-832-3700
Email: andreww@duplass.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ben S. DiPalma**
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002
504-832-3700
Email: bdipalma@duplass.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Balmac International, Inc**           represented by  **Bruce D. Burglass , Jr.**
*successor-in-interest of Balfour*                       Burglass & Tankersley, L.L.C.
*Maclaine International Limited*                         5213 Airline Dr.

*formerly known as*
Balfour Maclaine International Limited

Metairie, LA 70001
(504) 836-2220
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Kent Tankersley**
Burglass & Tankersley, L.L.C.
5213 Airline Dr.
Metairie, LA 70001
(504) 836-2220
Email: ctankersley@burglass.com
*ATTORNEY TO BE NOTICED*

**Sue Buser**
Burglass & Tankersley, L.L.C.
5213 Airline Dr.
Metairie, LA 70001
504-836-0420
Email: sbuser@burglass.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**One Beacon Insurance Company**
*formerly known as*
Commerical Union Assurance
Company Limited

represented by **Samuel Milton Rosamond , III**
Crawford Lewis, PLLC (New Orleans)
400 Poydras St.
Suite 2100
New Orleans, LA 70130
504-568-1933
Email: srosamond@crawford-lewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Devlin deMahy**
Crawford Lewis, PLLC (New Orleans)
400 Poydras St.
Suite 2100
New Orleans, LA 70130
504-568-1933
Email: ademahy@crawford-lewis.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Certain Underwriters at Lloyds, London**

**Defendant**

**Asbestos Corporation, Ltd.**

represented by **Thomas G. Milazzo**
Thomas G. Milazzo, Attorney at Law
101 Ashland Way

                                          Madisonville, LA 70447
985-801-4040
Email: tmilazzo@expertep.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond Joseph Pajares**
Pajares & Schexnaydre, LLC
68031 Capital Trace Row
Mandeville, LA 70471
985-292-2000
Email: rpajares@pajares-schexnaydre.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Eagle Inc**    represented by  **Susan Beth Kohn**
Simon, Peragine, Smith & Redfearn, LLP
Energy Centre
1100 Poydras St.
30th Floor
New Orleans, LA 70163-3000
(504) 569-2030
Email: suek@spsr-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**McCarty Corporation**    represented by  **Susan Beth Kohn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Reilly Benton Company, Inc.**    represented by  **Diane Michelle Sweezer**
Willingham, Fultz & Cougill, LLP
Niels Esperson Building
808 Travis St.
Suite 1608
Houston, TX 77002
713-333-7600
Email: dianes@willingham-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Taylor Seidenbach**    represented by  **Christopher Kelly Lightfoot**
Hailey, McNamara, Hall, Larmann & Papale (Metairie)

<div style="margin-left: 40%;">
One Galleria Blvd.<br>
Suite 1400<br>
P. O. Box 8288<br>
Metairie, LA 70011-8288<br>
(504) 836-6500<br>
Email: klightfoot@hmhlp.com<br>
*LEAD ATTORNEY*<br>
*ATTORNEY TO BE NOTICED*
</div>

**Defendant**

Uniroyal, Inc.     represented by **Ronald Dean Church , Jr.**
Forman, Perry, Watkins, Krutz & Tardy, LLP (New Orleans)
1515 Poydras St.
Suite 1300
New Orleans, LA 70112
504-799-4383
Email: churchd@fpwk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Metropolitan Life Insurance Company     represented by **Patrick Dale Roquemore**
Kean Miller (Baton Rouge)
II City Plaza
400 Convention St.
Suite 700
Baton Rouge, LA 70802
225-389-3783
Email: patrick.roquemore@keanmiller.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

One Beacon Insurance Company
*in its capacity as the insurer of Eagle, Inc.*
    represented by **Samuel Milton Rosamond , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Devlin deMahy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

CSR, Ltd.
*formerly known as*
Colonial Sugar
    represented by **Francis Philip Accardo**
Pugh, Accardo, Haas, Radecker, Carey & Hymel (New Orleans)
1100 Poydras St.
Suite 3200

                      New Orleans, LA 70163
                      504-799-4500
                      Email: fpa@pugh-law.com
                      *LEAD ATTORNEY*
                      *ATTORNEY TO BE NOTICED*

**Defendant**

**HSBC Bank, PL**         represented by **Monique M. Lafontaine**
                      Locke Lord Bissell & Liddell, LLP
                      (New Orleans)
                      601 Poydras St.
                      Suite 2660
                      New Orleans, LA 70130
                      504-558-5133
                      Email: mlafontaine@lockelord.com
                      *LEAD ATTORNEY*
                      *ATTORNEY TO BE NOTICED*

**Defendant**

**HSBC Holdings plc**       represented by **Monique M. Lafontaine**
                      (See above for address)
                      *LEAD ATTORNEY*
                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/27/2011 | 1 | NOTICE OF REMOVAL from Civil District Court for the Parish of Orleans, case number 2011-2520 (Filing fee $ 350 receipt number 053L-3255630) filed by Continental Insurance Company. (Attachments: # 1 Exhibit, # 2 Exhibit) (Verlander, Paul) (Additional attachment(s) added on 10/28/2011: # 3 Ntc of parties, # 4 proof of service) (mm, ). (Attachment 1 replaced on 10/28/2011) (mm, ). (Entered: 10/27/2011) |
| 10/27/2011 | 2 | Initial Case Assignment to Judge Helen G. Berrigan and Magistrate Judge Alma L. Chasez. (cl, ) (Entered: 10/27/2011) |
| 10/27/2011 | 3 | Civil Cover Sheet Submitted (Attachments: # 1 Appendix)(Verlander, Paul) (Entered: 10/27/2011) |
| 10/27/2011 | 4 | **ERROR: DOCUMENT SHOULD NOT HAVE BEEN FILED SEPARATELY; DOCUMENT HAS BEEN ATTACHED TO RECORD DOC 1**Amendment/Supplement to Document by Continental Insurance Company re 1 Notice of Removal (Attachments: # 1 Notice of Removal, # 2 Notice of Removal)(Verlander, Paul) Modified on 10/28/2011 (mm, ). (Entered: 10/27/2011) |
| 10/28/2011 | 5 | DIRECTIVE by Clerk pursuant to 28: 1447 (b) re 1 Notice of Removal filed by Continental Insurance Company (mm, ) (Entered: 10/28/2011) |
| 10/28/2011 | 6 | Correction of Docket Entry by Clerk re 1 Notice of Removal. **Parties should not be added using "ALL CAPS". Clerk has made corrections. No further |

| | | |
|---|---|---|
| | | action necessary.** (mm, ) (Entered: 10/28/2011) |
| 10/28/2011 | 7 | Correction of Docket Entry by Clerk re 1 Notice of Removal. **Document 4 was incorrectly filed as a separate document instead of an attachment to document 1. Clerk took corrective action. No further action is needed.** (mm, ) (Entered: 10/28/2011) |
| 10/28/2011 | 8 | NOTICE of Appearance by Samuel Milton Rosamond, III on behalf of One Beacon Insurance Company. (Rosamond, Samuel) (Entered: 10/28/2011) |
| 10/28/2011 | 9 | Statement of Corporate Disclosure by One Beacon Insurance Company identifying Corporate Parents, OneBeacon America Insurance Company, OneBeacon Insurance Group, White Mountains Insurance Group Ltd for One Beacon Insurance Company (Rosamond, Samuel) Modified on 10/31/2011 to add additional corporate parents (mm, ). (Entered: 10/28/2011) |
| 10/28/2011 | 10 | ANSWER to Complaint *Second and Third Supp Petition* by One Beacon Insurance Company.(Rosamond, Samuel) (Entered: 10/28/2011) |
| 10/28/2011 | 11 | Correction of Docket Entry by Clerk re 1 Notice of Removal. **Attachment 1 on incorrect sized paper. Local Rule 10.1E states 'All papers drafted for filing in this court shall be on 8-1/2 by 11 inch paper. No further action needed.** (mm, ) (Entered: 10/28/2011) |
| 10/31/2011 | 12 | Correction of Docket Entry by Clerk re 9 Statement of Corporate Disclosure. **Filing attorney did not enter OneBeacon America Insurance Company, OneBeacon Insurance Group, as corporate parent(s) at the prompt 'Search for a corporate parent or other affiliate'. Clerk took corrective action.** (mm, ) (Entered: 10/31/2011) |
| 10/31/2011 | 13 | ORDER REALLOTTING CASE. Case reallotted to Judge Jay C. Zainey for all further proceedings. Judge Helen G. Berrigan no longer assigned to case. Signed by Judge Helen G. Berrigan on 10/28/11.(plh, )(NEF: KCounty, ALC) (Entered: 10/31/2011) |
| 11/02/2011 | 14 | NOTICE of Appearance by Andrew D. Weinstock on behalf of 3M Company. (Weinstock, Andrew) (Entered: 11/02/2011) |
| 11/02/2011 | 15 | Statement of Corporate Disclosure by 3M Company (Weinstock, Andrew) (Entered: 11/02/2011) |
| 11/02/2011 | 16 | First MOTION to Dismiss for Lack of Jurisdiction by Balmac International, Inc. Motion set for 11/23/2011 09:00 AM before Judge Jay C. Zainey. (Attachments: # 1 Memorandum in Support, # 2 Exhibit Ex A-Affidavit, # 3 Exhibit Ex B - Balmac Formation, # 4 Notice of Submission)(Buser, Sue) Modified hrg judge on 11/3/2011 (gbw, ). (Entered: 11/02/2011) |
| 11/03/2011 | 17 | Correction of Docket Entry by Clerk re 16 First MOTION to Dismiss for Lack of Jurisdiction. Filing attorney selected incorrect judicial officer for submission/hearing. When setting a motion for submission/hearing there is a reminder message 'Be sure to select the correct Judge or Magistrate Judge:'. Motion is to be heard before Judge Jay C. Zainey. Clerk took corrective action. (gbw, ) (Entered: 11/03/2011) |
| | | |

| | | |
|---|---|---|
| 11/03/2011 | 18 | Correction of Docket Entry by Clerk re 16 First MOTION to Dismiss for Lack of Jurisdiction. Document contains incorrect Section and/or Magistrate Judge. All future pleadings must reflect Section A (Jay C. Zainey) and Magistrate Judge 5 (Alma L. Chasez) (gbw, ) (Entered: 11/03/2011) |
| 11/03/2011 | 19 | Notice of Compliance by Continental Insurance Company. (Attachments: # 1 State Court Pleadings, # 2 State Court Pleadings, # 3 State Court Pleadings, # 4 State Court Pleadings, # 5 State Court Pleadings, # 6 State Court Pleadings, # 7 State Court Pleadings, # 8 State Court Pleadings, # 9 State Court Pleadings, # 10 State Court Pleadings, # 11 State Court Pleadings, # 12 State Court Pleadings, # 13 State Court Pleadings, # 14 State Court Pleadings, # 15 State Court Pleadings, # 16 State Court Pleadings, # 17 State Court Pleadings, # 18 State Court Pleadings, # 19 State Court Pleadings, # 20 State Court Pleadings, # 21 State Court Pleadings, # 22 State Court Pleadings, # 23 State Court Pleadings, # 24 State Court Pleadings, # 25 State Court Pleadings, # 26 State Court Pleadings, # 27 State Court Pleadings, # 28 State Court Pleadings, # 29 State Court Pleadings, # 30 State Court Pleadings, # 31 State Court Pleadings, # 32 State Court Pleadings, # 33 State Court Pleadings)(Verlander, Paul) (Entered: 11/03/2011) |
| 11/03/2011 | 20 | Statement of Corporate Disclosure by Continental Insurance Company naming Fidelity & Casualty Company of New York, Continental Insurance Company, Continental Casualty Company, Continental Corporation, CNA Financial, Loews Corporation as corporate parents/affiliates. (Verlander, Paul) Modified on 11/4/2011 (gbw, ). (Entered: 11/03/2011) |
| 11/03/2011 | 21 | DEFICIENT** MOTION to Remand by Rendon Joseph Francis. Motion set for 11/23/2011 09:00 AM before Judge Jay C. Zainey. (Attachments: # 1 Notice of Submission, # 2 Memorandum in Support, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18)(Swarr, Frank) Modified on 11/3/2011 (gbw, ). (Entered: 11/03/2011) |
| 11/03/2011 | 22 | DEFICIENT** EXPARTE/CONSENT MOTION to Expedite *Hearing of Motion to Remand* by Rendon Joseph Francis. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Swarr, Frank) Modified on 11/3/2011 (gbw, ). (Entered: 11/03/2011) |
| 11/03/2011 | 23 | EXPARTE/CONSENT MOTION to Enroll as Additional Counsel of Record by Balmac International, Inc. (Attachments: # 1 Proposed Order)(Tankersley, Christopher) Modified on 11/3/2011 (gbw, ). (Entered: 11/03/2011) |
| 11/03/2011 | 24 | RESPONSE/MEMORANDUM in Opposition filed by Continental Insurance Company re 22 MOTION to Expedite *Hearing of Motion to Remand*. (Verlander, Paul) (Entered: 11/03/2011) |
| 11/04/2011 | 25 | Amended MOTION to Remand to State Court by Rendon Joseph Francis. Motion set for 11/23/2011 09:00 AM before Judge Jay C. Zainey. (Attachments: # 1 Notice of Submission, # 2 Proposed Order, # 3 Memorandum in Support, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 |

| | | |
|---|---|---|
| | | Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18)(Swarr, Frank) (Entered: 11/04/2011) |
| 11/04/2011 | 26 | EXPARTE/CONSENT Amended MOTION to Expedite *Hearing of Motion to Remand* by Rendon Joseph Francis. (Attachments: # 1 Proposed Order, # 2 Memorandum in Support)(Swarr, Frank) (Entered: 11/04/2011) |
| 11/04/2011 | 27 | NOTICE of Appearance by Michael H. Abraham on behalf of Union Carbide Corporation. (Abraham, Michael) (Entered: 11/04/2011) |
| 11/04/2011 | 28 | REPLY to Response to Motion filed by Rendon Joseph Francis re 26 Amended MOTION to Expedite *Hearing of Motion to Remand*. (Attachments: # 1 Exhibit 1)(Swarr, Frank) (Entered: 11/04/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/04/2011 12:33:35 | | | |
| PACER Login: | dz0019 | Client Code: | cna.11104/pjv |
| Description: | Docket Report | Search Criteria: | 2:11-cv-02695-JCZ-ALC |
| Billable Pages: | 7 | Cost: | 0.56 |