UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD YOUNG,<br>           Plaintiff,<br>    vs.<br><br>GEORGIA-PACIFIC CORPORATION; CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION); HONEYWELL INTERNATIONAL, INC. ; BORG-WARNER CORPORATION BY ITS SUCCESSOR IN INTEREST, BORGWARNER MORSE TEC INC.; FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION); INGERSOLL-RAND COMPANY; METROPOLITAN LIFE INSURANCE COMPANY; GENERAL CABLE CORPORATION;  UNION CARBIDE CORPORATION; DANA COMPANIES, LLC (FKA DANA CORPORATION); EATONCORPORATION; GENERAL ELECTRIC COMPANY; ROCKWELL AUTOMATION, INC.; SCHNEIDER ELECTRIC USA, INC. (FKA SQUARE D COMPANY); CATERPILLAR, INC.; TODD SHIPYARDS CORPORATION; HIUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.); MCDONNELL DOUGLAS CORPORATION; ROLLS-ROYCE, PLC; UNITED TECHNOLOGIES CORPORATION; NORTHROP GRUMMAN CORPORATION; KAMAN AIRCRAFT CORPORATION; and DOES 1-8500,<br>Defendants. | (ASBESTOS)<br>U.S.D.C. No. 3:11-cv-05154-NC<br><br>San Francisco County Superior Court Case No. CGC-11-275884 |

1

DEFENDANT FOSTER WHEELER LLC (FNA FOSTER WHEELER CORPORATION)
NOTICE OF POTENTIAL TAG-ALONG ACTION

## SCHEDULE OF ACTIONS

In connection with Defendant Todd Shipyard Corporation's Notice of Removal of Action filed pursuant to 28 U.S.C. § 1442 in the Northern District of California, filed on October 20, 2011, Defendant Foster Wheeler LLC (fka Foster Wheeler Corporation) hereby provides notice that it has no related actions currently pending before the Judicial Panel of Multidistrict Litigation.

Date: November 4, 2011                         BRYDON HUGO & PARKER

                                                      By:   /s/Shelley K. Tinkoff
Edward R. Hugo [Bar No. 124839]
Shelley K. Tinkoff [Bar 187498]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com
Attorneys for Defendant
FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)