UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD YOUNG,<br><br>       Plaintiff,<br>vs.<br><br>GEORGIA-PACIFIC CORPORATION; CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION); HONEYWELL INTERNATIONAL, INC.; BORG-WARNER CORPORATION BY ITS SUCCESSOR IN INTEREST, BORGWARNER MORSE TEC INC.; FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION); INGERSOLL-RAND COMPANY; METROPOLITAN LIFE INSURANCE COMPANY; GENERAL CABLE CORPORATION; UNION CARBIDE CORPORATION; DANA COMPANIES, LLC (FKA DANA CORPORATION); EATONCORPORATION; GENERAL ELECTRIC COMPANY; ROCKWELL AUTOMATION, INC.; SCHNEIDER ELECTRIC USA, INC. (FKA SQUARE D COMPANY); CATERPILLAR, INC.; TODD SHIPYARDS CORPORATION; HIUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.); MCDONNELL DOUGLAS CORPORATION; ROLLS-ROYCE, PLC; UNITED TECHNOLOGIES CORPORATION; NORTHROP GRUMMAN CORPORATION; KAMAN AIRCRAFT CORPORATION; and DOES 1-8500,<br>Defendants. | (ASBESTOS)<br>U.S.D.C. No. 3:11-cv-05154-NC<br><br>San Francisco County Superior Court Case No. CGC-11-275884 |

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On November 4, 2011, I served the following:

DEFENDANT FOSTER WHEELER LLC'S (FKA FOSTER WHEELER CORPORATION) NOTICE OF POTENTIAL TAG-ALONG ACTION;

SCHEDULE OF ACTIONS;

U.S. DISTRICT COURT CALIFORNIA NORTHERN DISTRICT CIVIL DOCKET FOR CASE No. 3:11-cv-05154 NC

PLAINTIFFS SUMMONS AND COMPLAINT

Counsel for Plaintiffs: Brayton ❖ Purcell **Facsimile (415) 898-1247**

on all parties via facsimile to the following parties listed below.

Attorneys for Defendant CBS Corporation, Pond North (213) 623-3594

Attorneys for Defendant General Electric Company Sedgwick (415) 781-2635

Attorneys for Defendants Rockwell Automation, Inc.; Huntington Ingalls Incorporated; United Technologies Corporation; Northrup Grumman Corporation; and Kaman Aircraft Corporaiton (415) 617-2409

Attorneys for Defendant Todd Shipyards Corporation Yaron & Associates (415) 658-2930

Attorneys for Defendant United Technologies Corporation

I declare under penalty of perjury that the above is true and correct. Executed on November 4, 2011, at San Francisco, California.

*Wanda D. Claudio*
Wanda D. Claudio

BRYDON HUGO & PARKER

By: /s/Shelley K. Tinkoff
Edward R. Hugo [Bar No. 124839]
Shelley K. Tinkoff [Bar 187498]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com
Attorneys for Defendant
FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)