**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RENDON JOSEPH FRANCIS** | * | **CIVIL ACTION NO. 11-2695** |
| | * | |
| **VS.** | * | **JUDGE:  JAY C. ZAINEY** |
| | * | |
| **UNION CARBIDE CORP., ET AL** | * | **MAGISTRATE:  ALMA CHASEZ** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

*Pertains to:*   MDL-875 – In re Asbestos Products Liability Litigation (No. VI)
   CONDITIONAL TRANSFER ORDER 461 (CTO-461)
   Schedule CTO-461 - Tag-Along Action

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER**

**MAY IT PLEASE THE COURT:**

Plaintiff, Rendon Francis, respectfully files this his Notice of Opposition to Conditional Transfer Order entered on November 7, 2011, on the grounds that this action was originally filed in state court, was improperly removed by one of the defendants, and Plaintiff is currently seeking to have the case remanded to the state court from which it was wrongfully removed, and that a ruling on said Motion to Remand is imminent.  Hearing on the Motion to Remand is currently set for November 23, 2011, at 9:00 a.m., before the Honorable Judge Jay C. Zainey of the Eastern District of Louisiana.  Once it is determined that there is no federal jurisdiction in this case, remand is mandatory.  *Insigna v. LaBella*, 485 F.2d 249 (11th Cir. 1988); *Bobby Jones Garden Apts. v. Suleski*, 391 F.2d 172 (5th Cir. 1968).

1

**WHEREFORE**, Plaintiff respectfully requests that this matter not be transferred to the MDL before Judge Zainey can make the threshold determination of whether the Court has jurisdiction in this matter.

Respectfully submitted,

**LANDRY, SWARR & CANNELLA, L.L.C.**

/s/ *Frank J. Swarr*
Frank J. Swarr (La. Bar No. 23322) (T.A.)
David R. Cannella (La. Bar 26231)
Philip C. Hoffman (La. Bar No. 32277)
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
Telephone:  (504) 299-1214
Facsimile:  (504) 299-1215
E-mail:  lslaw@landryswarr.com

**MAUNE RAICHLE HARTLEY FRENCH & MUDD**
NATHANIEL D. MUDD, MO Bar No. 51720
One Metropolitan Square
211 N. Broadway, Suite 2940
St Louis, MO 63102
Telephone: 314/244-1397
Facsimile: 314/621-5990

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November, 2011, a copy of the foregoing has been filed with the JPML and all Counsel of record are being served via the ECF system.

/s/ *Frank J. Swarr*