UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD STALLCOP and LINDA STALLCOP,<br><br>       Plaintiff,<br><br>vs.<br><br>AIRCRAFT BRAKING SYSTEMS CORPORATION; BRIDGESTONE AMERICAS HOLDING, INC.; CERTAINTEED CORPORATION; CONTINENTAL TIRE NORTH AMERICA, INC., individually and as successor-in-interest to THE GENERAL TIRE AND RUBBER COMPANY; CURTISS-WRIGHT CORPORATION, INC.; DANA CORPORATION; DEERE & COMPANY; EATON AEROQUIP, INC.; GENERAL ELECTRIC COMPANY; GEORGIA-PACIFIC CORPORATION; GOODRICH CORPORATION, formerly known as THE B.F. GOODRICH COMPANY; HONEYWELL INTERNATIONAL, INC. formerly known as ALLIED SIGNAL, INC., as successor-in-interest to THE BENDIX CORPORATION; LOCKHEED MARTIN CORPORATION as successor-in-interest to LOCKHEED AIRCRAFT; MCDONNELL DOUGLAS CORPORATION individually and as successor-in-interest to NORTHROP and GRUMMAN AEROSPACE CORPORATION; PNEUMO-ABEX CORPORATION; ROLLS ROYCE NA, INC., individually and successor-in- | (ASBESTOS)<br>U.S.D.C. No. 4:11-cv-05049-LB<br><br>San Francisco County Superior Court Case No. CGC-11-275873 |

1

DEFENDANT PNEUMO ABEX LLC'S
NOTICE OF POTENTIAL TAG-ALONG ACTION

| | |
|---|---|
| interest to ALLISON ENGINE COMPNAY; SEARS, ROEBUCK AND COMPANY; SIKORSKY AIRCRAFT CORPORATION; THE BOEING COMPANY; THE GOODYEAR TIRE & RUBBER COMPANY; UNITED TECHNOLOGIES CORPORATION, individually and as successor-in-interest to PRATT & WHITNEY; VOUGHT AIRCRAFT INDUSTRIES, INC.; DOES 1-500;<br><br>Defendants. | |

## DEFENDANT PNEUMO ABEX LLC, SUCCESSOR IN INTEREST TO ABEX CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION

**TO THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:**

1.   On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is aslo named or in which that counsel appears.

2.   The undersigned hereby notifies the court that this state court action being removed (copies of the original state court complaint of the removed action are provided herewith as attachments to this filing) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule

13(b).

Defendant PNEUMO ABEX LLC is providing written notice of this Notice of Potential Tag-Along Action to all adverse parties. Defendant PENUMO ABEX LLC reserves the right to amend or supplement this Notice of Potential Tag-Along Action.

Date: November 8, 2011                                      BRYDON HUGO & PARKER

                                                By:   /s/ Thomas J. Moses
                                                      Edward R. Hugo [CA Bar No. 124839]
                                                      Donna L. Maul [CA Bar No. 191119]
                                                      Josette D. Johnson [CA Bar No. 195977]
                                                      Thomas J. Moses [CA Bar No. 116002]
                                                      BRYDON HUGO & PARKER
                                                      135 Main Street, 20th Floor
                                                      San Francisco, CA 94105
                                                      Telephone: (415) 808-0300
                                                      Facsimile: (415) 808-0333
                                                      Email: service@bhplaw.com

                                                      Attorneys for Defendant
                                                      PNEUMO ABEX LLC, successor in
                                                      interest to Abex Corporation
                                                      erroneously sued herein as PNEUMO-
                                                      ABEX CORPORATION