UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD STALLCOP and LINDA STALLCOP,<br><br>      Plaintiff,<br><br>  vs.<br><br>AIRCRAFT BRAKING SYSTEMS CORPORATION; BRIDGESTONE AMERICAS HOLDING, INC.; CERTAINTEED CORPORATION; CONTINENTAL TIRE NORTH AMERICA, INC., individually and as successor-in-interest to THE GENERAL TIRE AND RUBBER COMPANY; CURTISS-WRIGHT CORPORATION, INC.; DANA CORPORATION; DEERE & COMPANY; EATON AEROQUIP, INC.; GENERAL ELECTRIC COMPANY; GEORGIA-PACIFIC CORPORATION; GOODRICH CORPORATION, formerly known as THE B.F. GOODRICH COMPANY; HONEYWELL INTERNATIONAL, INC. formerly known as ALLIED SIGNAL, INC., as successor-in-interest to THE BENDIX CORPORATION; LOCKHEED MARTIN CORPORATION as successor-in-interest to LOCKHEED AIRCRAFT; MCDONNELL DOUGLAS CORPORATION individually and as successor-in-interest to NORTHROP and GRUMMAN AEROSPACE CORPORATION; PNEUMO-ABEX CORPORATION; ROLLS ROYCE NA, INC., individually and successor-in- | (ASBESTOS)<br>U.S.D.C. No. 4:11-cv-05049-LB<br><br>San Francisco County Superior Court Case No. CGC-11-275873 |

interest to ALLISON ENGINE COMPNAY; SEARS, ROEBUCK AND COMPANY; SIKORSKY AIRCRAFT CORPORATION; THE BOEING COMPANY; THE GOODYEAR TIRE & RUBBER COMPANY; UNITED TECHNOLOGIES CORPORATION, individually and as successor-in-interest to PRATT & WHITNEY; VOUGHT AIRCRAFT INDUSTRIES, INC.; DOES 1-500;
      Defendants.

## SCHEDULE OF ACTIONS

In connection with its Notice of Removal of Action filed pursuant to 28 U.S.C. § 1442 on October 21, 2011, Defendant PNEUMO ABEX LLC, successor in interest to ABEX CORPORATION, hereby provides notice that it has no related actions currently pending before the Judicial Panel of Multidistrict Litigation.

Date: November 8, 2011                  BRYDON HUGO & PARKER

By:  /s/ Thomas J. Moses
Edward R. Hugo [CA Bar No. 124839]
Donna L. Maul [CA Bar No. 191119]
Josette D. Johnson [CA Bar No. 195977]
Thomas J. Moses [CA Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant PNEUMO ABEX LLC, successor in interest to Abex Corporation erroneously sued herein as PNEUMO-ABEX CORPORATION