UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD STALLCOP and LINDA STALLCOP,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AIRCRAFT BRAKING SYSTEMS CORPORATION; BRIDGESTONE AMERICAS HOLDING, INC.; CERTAINTEED CORPORATION; CONTINENTAL TIRE NORTH AMERICA, INC., individually and as successor-in-interest to THE GENERAL TIRE AND RUBBER COMPANY; CURTISS-WRIGHT CORPORATION, INC.; DANA CORPORATION; DEERE & COMPANY; EATON AEROQUIP, INC.; GENERAL ELECTRIC COMPANY; GEORGIA-PACIFIC CORPORATION; GOODRICH CORPORATION, formerly known as THE B.F. GOODRICH COMPANY; HONEYWELL INTERNATIONAL, INC. formerly known as ALLIED SIGNAL, INC., as successor-in-interest to THE BENDIX CORPORATION; LOCKHEED MARTIN CORPORATION as successor-in-interest to LOCKHEED AIRCRAFT; MCDONNELL DOUGLAS CORPORATION individually and as successor-in-interest to NORTHROP and GRUMMAN AEROSPACE CORPORATION; PNEUMO-ABEX CORPORATION; ROLLS ROYCE NA, INC., individually and successor-in- | (ASBESTOS)<br>U.S.D.C. No. 4:11-cv-05049-LB<br><br>San Francisco County Superior Court Case No. CGC-11-275873 |

| | |
|---|---|
| interest to ALLISON ENGINE COMPNAY; SEARS, ROEBUCK AND COMPANY; SIKORSKY AIRCRAFT CORPORATION; THE BOEING COMPANY; THE GOODYEAR TIRE & RUBBER COMPANY; UNITED TECHNOLOGIES CORPORATION, individually and as successor-in-interest to PRATT & WHITNEY; VOUGHT AIRCRAFT INDUSTRIES, INC.; DOES 1-500;<br><br>                    Defendants. | |

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On November 8, 2011 served the following via **U.S. Mail to Plaintiff only** and via facsimile to all known parties:

DEFENDANT PNEUMO ABEX LLC'S NOTICE OF POTENTIAL TAG-ALONG ACTION;

SCHEDULE OF ACTIONS;

U.S. DISTRICT COURT CALIFORNIA NORTHERN DISTRICT CIVIL DOCKET FOR CASE No. 4:11-cv-05049 LB

PLAINTIFFS SUMMONS AND COMPLAINT

As Counsel for Plaintiffs do not accept faxes over 15 pages the above listed documents were sent via U.S. Mail ONLY to: **Keller Fishback & Jackson, Keller, Fishback & Jackson, LLP,** 18425 Burbank Blvd., Ste. 610, Tarzana, CA 91356

and on all parties via facsimile to the following parties listed below.

Attorneys for Defendants Northrop Grumman; Sikorsky Aircraft Corporation; and United Technologies Corporation: **Tucker Ellis & West (213) 430-3409 and (415) 617-2409**

Attorneys for Defendants Aircraft Braking Systems Corporation; Curtiss-Wright Corporation; The Goodyear Tire & Rubber Company; and Vought Aircraft Industries, Inc.: **Gordon & Rees (415) 986-8054**

Attorneys for Defendants Bridgestone Americas Holding, Inc. and Continental Tire North America, Inc.: **Becherer Kennett & Schweitzer (510) 658-1151**

Attorneys for Defendant Goodrich Corporation: **Glaspy & Glaspy (925) 947-1594**

Attorneys for Defendant Lockheed Martin Corporation: **Knott & Glazier:(415) 356-1105**

Attorneys for Defendant Rolls Royce NA, Inc.: **Schiff Hardin: (415) 901-8701**

Attorneys for Defendant The Boeing Company: **Perkins Coie: (310) 843-1284**

I declare under penalty of perjury that the above is true and correct. Executed on November 8, 2011, at San Francisco, California.

*/s/ Wanda D. Claudio*
Wanda D. Claudio

BRYDON HUGO & PARKER
Edward R. Hugo [CA Bar No. 124839]
Donna L. Maul [CA Bar No. 191119]
Josette D. Johnson [CA Bar No. 195977]
Thomas J. Moses [CA Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
PNEUMO ABEX LLC, successor in interest to Abex Corporation erroneously sued herein as PNEUMO-ABEX CORPORATION

3