## Before the Judicial Panel on Multidistrict Litigation
## MDL-875 – In re Larry Briggs Litigation

### SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Herbert Pray<br>Plaintiff<br>v.<br><br>General Electric Company, CBS Corporation f/k/a Viacom, Inc. s/b/m with CBS Corporation f/k/a Westinghouse Electric Corp., Air & Liquid Systems, Corporation as s/b/m to Buffalo Pumps, Inc. and Lockheed Martin Corporation, s/b/m of Lockheed Corporation<br>Defendants | United States District Court for the District of Connecticut (New Haven) | 3:11-cv-01744 | Alvin W. Thompson |

2338079