## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Herbert Pray Litigation          MDL 875

### Proof of Service

I hereby certify that a copy of the foregoing was served by email and via regular mail to Lockheed Martin Corporation on this 10th day of November, 2011 to the following:

Melissa M. Riley, Esq.
Embry and Neusner
118 Poquonnock Road
Groton, CT 06340
**mriley@embryneusner.com**

Thomas F. Maxwell, Jr.
Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT 06601-7006
**tmaxwell@pullcom.com**

Geoffrey L. Squitiero, Esq.
Mayer and Murtha
528 Clinton Avenue
Bridgeport, CT 06605
**gsquitiero@maherandmurtha.com**

Lockheed Martin Corporation
Attn: Legal Department
6801 Rockledge Drive
Bethesda, MD 20817
**Via Regular Mail**


                                           /s/ Dan E. LaBelle

2338085