UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

Earl Grelson
                            Plaintiff,

v.                                                Case No.: 1:11–cv–06063
                                                 Honorable Virginia M. Kendall

Foster Wheeler Energy Corporation, et al.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 10, 2011:

      MINUTE entry before Honorable Virginia M. Kendall:In light of the defendant Foster Wheeler's consent to remand, the Court remands this action to the Circuit Court of Cook County, Illinois. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.