**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**

Grelson v. Rapid American Corp., et al., )
N.D. Illinois, C.A. No. 1:11-06063 ) MDL No. 875

**ORDER VACATING CONDITIONAL TRANSFER ORDER**
**AND VACATING THE DECEMBER 1, 2011, HEARING SESSION**

A conditional transfer order was filed in this action (*Grelson*) on September 12, 2011. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Grelson* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Grelson* was remanded to the Circuit Court of Cook County, Illinois, by the Honorable Virginia M. Kendall in a minute order filed on November 10, 2011.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-443" filed on September 12, 2011, is VACATED.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 18, 2011, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel