BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL NO. 875 - In re ASBESTOS LITIGATION

*James McIndoe et al v. Asbestos Corporation Limited et al*, CAC/2:11-cv-08970

*Spilmon et al v. General Electric Company,* CAN/4:11-cv-05256,

NOTICE OF OPPOSITION TO CTO - 460

    I represent plaintiffs, James McIndoe, et al. and Marion Spilmon, et al., in the above captioned actions, which are included on the conditional transfer order (CTO-460). Plaintiffs James McIndoe, et al. and Marion Spilmon, et al., submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

        Sincerely,

        s/ Richard M. Grant

        Richard M. Grant (Calif. SB # 55677)
        BRAYTON ❖ PURCELL LLP
        222 Rush Landing Rd., Novato, CA 94948-6169
        (415) 898-1555, ext. 621
        rgrant@braytonlaw.com

        Counsel for Plaintiffs: <u>Marion Spilmon, et al. and James McIndoe, et al.</u>