# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

THIS FORM MUST BE FILED WITH THE PANEL NO LATER THAN (Noon Eastern Time) ON THE DATE INDICATED IN THE NOTICE FROM THE PANEL

MDL No. __875__ & TITLE - IN RE: __ASBESTOS LITIGATION__

# NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

SEE ATTACHED LIST.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

SEE ATTACHED LIST.

*********************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

__11/14/2011__   _____[signature]_____
Date                              Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

RICHARD M. GRANT - BRAYTON PURCELL LLP, 222 Rush Landing Rd., Novato, CA 94948-6169

Telephone No.: 415/898-1555 x 621        Fax No.: 415/898-1247

Email Address: rgrant@braytonlaw.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF APPEARANCE - ATTACHMENT

MDL No. 875 - IN RE ASBESTOS LITIGATION

PARTIES REPRESENTED:

    Plaintiffs - James McIndoe, et al.

    Plaintiffs - Spilmon, et al.

SHORT CASE CAPTIONS:

    *James McIndoe, et al. v. Asbestos Corporation Ltd.*, CAC/2:11-cv-08970

    *Spilmon, et al. v. General Electric Co.*, CAN/4:11-cv-05256