**MDL No. 875 - ASBESTOS LITIGATION - Re: CTO 460**
*James McIndoe, et al. v. Asbestos Corporation Ltd.*, CAC/2:11-cv-08970
*Spilmon, et al. v. General Electric Co.*, CAN/4:11-05256

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the JUDICIAL PANEL ON MULTIDISTRICT LITIGATION by efiling w/the court's CM/ECF system on **NOVEMBER 14, 2011**

**NOTICE OF OPPOSITION TO CTO - 460**

**NOTICE OF APPEARANCE - RICHARD M. GRANT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users and that they were served by mail.

**SEE ATTACHED SERVICE LISTS**

XX        BY OFFICE MAILING

I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Petaluma, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed November 14, 2011, at Novato, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Jane Ehni
Jane Ehni
222 Rush Landing Rd.
Novato, CA 94102
415/899-1011 ext. 232

**Bassi, Edlin, Huie & Blum LLP**
500 Washington Street
Suite 700
San Francisco, CA 94111
415-397-9006   415-397-1339 (fax)
**Defendants:**
  Kaiser Ventures LLC (KAVLLC)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300   415-808-0333 (fax)
**Defendants:**
  Foster Wheeler LLC (FKA Foster Wheeler Corporation) (FOSTER)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000   415-442-1001 (fax)
**Defendants:**
  Yarway Corporation (YARWAY)

**Sedgwick LLP**
333 Bush Street
30th Floor
San Francisco, CA 94104-2834
415-781-7900   415-781-2635 (fax)
**Defendants:**
  General Electric Company (GE)

**Steptoe & Johnson LLP**
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
213-439-9400   213-439-9599 (fax)
**Defendants:**
  Metropolitan Life Insurance Company (MET)

**Tucker Ellis & West LLP**
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400   415-617-2409 (fax)
**Defendants:**
  Huntington Ingalls Incorporated (fka Northrop Grumman Shipbuilding, Inc.) (NGSHBU)

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA  94612
510-433-1830   510-433-1836 (fax)
**Defendants:**
   Crown Cork & Seal Company, Inc.
(CC&S)

**Bassi, Edlin, Huie & Blum LLP**
500 Washington Street
Suite 700
San Francisco, CA  94111
415-397-9006   415-397-1339 (fax)
**Defendants:**
   Hopeman Brothers, Inc. (HOPE)
   J.T. Thorpe & Son, Inc. (THORPE)
   Parker-Hannifin Corporation (PARKHF)

**Bishop, Barry, Drath**
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA  94608
510-596-0888   510-596-0899 (fax)
**Defendants:**
   American Chemet Corporation
(AMECHM)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA  94105
415-808-0300   415-808-0333 (fax)
**Defendants:**
   Foster Wheeler LLC (FKA Foster Wheeler Corporation) (FOSTER)

**Burnham Brown**
1901 Harrison Street
14th Floor
Oakland, CA  94612
510-444-6800   510-835-6666 (fax)
**Defendants:**
   York International Corporation (YORKIN)

**Crosby & Rowell, LLP**
299 Third Street, 2nd Floor
Oakland, CA  94607
510-267-0300   510-839-6610 (fax)
**Defendants:**
   Goulds Pumps, Inc. (GOULDP)

**Drinker Biddle & Reath LLP**
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
415-591-7500   415-591-7510 (fax)
**Defendants:**
   VWR International, Inc. (VWRINT)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111
415-986-5900   415-986-8054 (fax)
**Defendants:**
   Ingersoll-Rand Company (INGRSL)

**Hassard Bonnington LLP**
Two Embarcadero Center
Suite 1800
San Francisco, CA  94111
415-288-9800   415-288-9802 (fax)
**Defendants:**
   Honeywell International, Inc. (HONEYW)
   John Crane, Inc. (CRANE)

**Howard Rome Martin & Ridley**
1775 Woodside Road, Suite 200
Redwood City, CA  94061
650-365-7715   650-364-5297 (fax)
**Defendants:**
   IMO Industries, Inc. (IMOIND)

**Jackson Jenkins Renstrom LLP**
55 Francisco Street, 6th Floor
San Francisco, CA  94133
415-982-3600   415-982-3700 (fax)
**Defendants:**
   Bath Iron Works Corporation (BATHIR)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA  94111
415-882-8200   415-882-8220 (fax)
**Defendants:**
   Crane Co. (CRANCO)

**Lankford Crawford Moreno LLP**
1850 Mt. Diablo Blvd.
Suite 600
Walnut Creek, CA  94596
925-300-3520   925-300-3386 (fax)
**Defendants:**
   Ford Motor Company (FORD)

**Lewis Brisbois Bisgaard & Smith LLP**
221 North Figueroa Street
Suite 1200
Los Angeles, CA  90012
213-250-1800   213-580-7942 (fax)
**Defendants:**
   Goodyear Tire & Rubber Company, The (GOODYR)

**Liner, Grode, Stein, Yankelevitz Sunshine Regenstreif & Taylor LLP**
199 Fremont Street
20th Floor
San Francisco, CA  94105-2255
415-489-7700   415-489-7701 (fax)
**Defendants:**
   Warren Pumps, LLC (WARPUM)

**McKenna Long & Aldridge**
101 California Street
41st Floor
San Francisco, CA  94111
415-267-4000   415-267-4198 (fax)
**Defendants:**
   Velan Valve Corporation (VELVAL)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA  94105
415-442-1000   415-442-1001 (fax)
**Defendants:**
   Yarway Corporation (YARWAY)

**Murrin & Associates LLC**
71 Lafayette Circle
Suite B
Lafayette, CA  94549
925-284-5770   925-262-2111 (fax)
**Defendants:**
   Soco West, Inc. (SOCWES)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111
415-344-7000   415-344-7050 (fax)
**Defendants:**
   Honeywell International, Inc. (HONEYW)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA  90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
   CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) (VIACOM)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA  94105
415-901-8700   415-901-8701 (fax)
**Defendants:**
   General Refractories Company (GENREF)
   Owens-Illinois, Inc. (OI)

Brayton-Purcell Service List
Case MDL No. 875   Document 8043-2   Filed 11/14/11   Page 4 of 4
2
Date Created: 11/10/2011-3:13:57 PM
Run By : Ehni, Jane (JAE)
Created by: LitSupport - ServiceList - Live
Matter Number: 116248.005 - James McIndoe

**Sedgwick LLP**
333 Bush Street
30th Floor
San Francisco, CA  94104-2834
415-781-7900   415-781-2635 (fax)
**Defendants:**
  General Electric Company (GE)

**Selman Breitman LLP**
11766 Wilshire Blvd., 6th Floor
Los Angeles, CA  90025
310-445-0800   310-473-2525 (fax)
**Defendants:**
  R.T. Vanderbilt Company, Inc.
(VANDER)

**Selman Breitman LLP**
33 New Montgomery
6th Floor
San Francisco, CA  94105
415-979-0400   415-979-2099 (fax)
**Defendants:**
  Pep Boys Manny Moe & Jack of
California, The (PEPBOY)

**Steptoe & Johnson LLP**
633 West Fifth St., 7th Floor
Los Angeles, CA  90071
213-439-9400   213-439-9599 (fax)
**Defendants:**
  Metropolitan Life Insurance Company
(MET)

**Tucker Ellis & West LLP**
135 Main Street, Suite 700
San Francisco, CA  94105
415-617-2400   415-617-2409 (fax)
**Defendants:**
  Huntington Ingalls Incorporated (fka
Northrop Grumman Shipbuilding, Inc.)
(NGSHBU)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA  94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  Thomas Dee Engineering Company (DEE)

**Yaron & Associates**
601 California Street, 21st Floor
San Francisco, CA  94108
415-658-2929   415-658-2930 (fax)
**Defendants:**
  Puget Sound Commerce Center, Inc. ( fka
Todd Shipyards Corporation) (TODD)