**TUCKER ELLIS & WEST LLP**
LANCE D. WILSON – SBN 183852
135 Main Street, Suite 700
San Francisco, California 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409

**TUCKER ELLIS & WEST LLP**
JOHN K. SON – SBN 238516
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409

Attorneys for Defendant
UNITED TECHNOLOGIES CORPORATION

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL 875 |
| JAMES VOLIVA,<br><br>Plaintiff,<br><br>v.<br><br>CURTISS-WRIGHT CORPORATION, et al.<br><br>Defendants. | **DEFENDANT UNITED TECHNOLOGIES CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION**<br><br>Case No. 11-CV-01554 |

**PLEASE TAKE NOTICE** that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 1991 filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party or counsel in actions previously transferred under
> section 1407 or under consideration by the Panel for transfer under

1
NOTICE OF POTENTIAL TAG-ALONG ACTION

SFOiManage/074908/000705/237290/1

section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either: (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

DATED: November 10, 2011                    TUCKER ELLIS & WEST LLP


                                            /s/   John Son
                                            John Son
                                            Attorneys for Defendant
                                            UNITED TECHNOLOGIES
                                            CORPORATION