UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES VOLIVA,                                                    Civil No.

    Plaintiff,

v.

CURTISS-WRIGHT CORPORATION, et al.

    Defendants.

## DEFENDANT UNITED TECHNOLOGIES CORPORATION'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

PLEASE TAKE NOTICE that Defendant UNITED TECHNOLOGIES CORPORATION ("UTC") hereby gives notice of the removal of the above-entitled action from the Connecticut Superior Court, Judicial District of Fairfield at Bridgeport, to the United States District Court for the District of Connecticut, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446. In support of its removal, UTC respectfully states the following.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed to the following counsel of record and non-appearing parties on October 11, 2011:

Douglas von Oiste, Esq.
Karst & von Oiste LLP
(Plaintiff James Voliva)
19500 State Hwy 249, Ste. 420
Houston, Texas 77070

Charles K. Mone, Esq.
Pierce, Dais & Perritano, LLP
(Defendant Vellumoid, Inc.)
90 Canal St., 4th Floor
Boston, Massachusetts 02114

Thomas M. Canevari, Esq.
Freehill Hogan & Mahar LLP
(Defendant Rolls-Royce Corp)
80 Pine Street
New York, New York 10005

Kendra Ann Christensen, Esq.
Two International Place 15th Floor
(Defendant Curtiss-Wright Corporation)
Boston, Massachusetts 02110

Mark O. Denehy, Esq.
Adler Pollock & Sheehan, P.C.
(Defendant Dow Chemical Co.)
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903

10

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

Mark O. Denehy, Esq.
Adler Pollock & Sheehan, P.C.
*(Defendant Union Carbide Corp.)*
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903

Thomas M. Crispi, Esq.
Schiff Hardin
*(Defendant Minnesota Mining)*
900 Third Ave., 23rd Floor
New York, New York 10022

**NON-APPEARING PARTIES:**

Dana Companies LLC
CT Corporation System
1300 East Ninth St., Ste 1010
Cleveland, Ohio 44114

General Electric Company
CT Corporation System
One Corporate Center, Floor 11
Hartford, CT 06103

Georgia Pacific LLC
CT Corporation System
One Corporate Center, Floor 11
Hartford, CT 06103

Henkel Corporation as Successor to Dexter Corporation
CT Corporation System
One Corporate Center, Floor 11
Hartford, CT 06103

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

Honeywell International Inc.
Corporation Service Company
80 State Street
Albany, New York 12207

IMO Industries, Inc. as successor in interest to DeLaval Turbine
Illinois Corporation Service, Co.
801 Adlai Stevenson Dr.
Springfield, Illinois 62703

Parker Hannifin Corporation
CT Corporation System
One Corporate Center, Floor 11
Hartford, Connecticut 06103

_____
John W. Bradley, Jr.

5099-120/IF2125

12