## SCHEDULE

| Div. | C.A.# | Judge | Case Caption |
|---|---|---|---|
| District of Connecticut | | | |
| 1. | 11-CV-01554 | Hon. Vanessa L. Bryant | James Voliva v. Curtis-Wright Corporation, et al. |