# Brayton❖Purcell LLP

TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
JENNIFER L. ALESIO
DAVID H. BACKENSTOE
ROBERT L. BARROW
JENNIFER C. BENADERET
SARAH N. BENDON
GARY L. BRAYTON
RENE J. CASILLI
ANDREW CHEW
KIMBERLY J. CHU
HUGH C. COOK
JANETTE H. GLASER
JOHN B. GOLDSTEIN
MEREDITH B. GOOD*
RICHARD M. GRANT
CHRISTINA D. HART
CHRIS E. HERSOM
BRIAN D. HOLMBERG
GARY V JUDD
CLAYTON W. KENT
MATTHEW B. LEE
ELISABETH A. LEONARD, Ph.D
MICHAEL D. LEVINSON

PHYRA M. McCANDLESS
BRIANA E. McCARTHY
MAUREEN C. MCGOWAN
KIMBERLY L. MEYER
MICHAEL T. MILLER
NANCY A. MULLIKIN
EMMA NELSON-MUNSON
JAMES P. NEVIN
JAMIE A. NEWBOLD
KEENAN W. NG
OREN P. NOAH
NEGAR PIRZADEH
JASON M. ROSE
FRAMTA SAECHAO
AMIR S. SARRESHTEHDARY
CHRISTINA C. SKUBIC
GEOFF T. SLONIKER
KSENIA L. SNYLYK
ERIC C. SOLOMON
LANCE R. STEWART
UMU K. TAFISI
NANCY T. WILLIAMS

November 15, 2011

Clerk of the Panel
Judicial Panel of MultiDistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC 20544-0005

    Re:    MDL - 875 ASBESTOS LITIGATION
            Re: CTO-460
            *James McIndoe et al v. Asbestos Corporation Ltd.* CAC/2:11-cv-08970
            *Spilmon et al. v. General Electric Co.* CAN/4:11-cv-05256

Dear Clerk:

       Plaintiffs James McIndoe, et al. and Marion Spilmon, et al., wish to withdrawal their filings of docket No. 8047-Withdrawal of Filing re: pldg.3, and 8048-Notice of Opposition to Conditional Transfer Order CTO-460 (duplicate filing of 8043), which were filed in error on 11/14/11.

                                  Respectfully,

                                    /s/ Richard M. Grant
                                  Richard M. Grant
                                  Brayton Purcell LLP
                                  222 Rush Landing Rd.
                                  Novato, CA 94948-6169
                                  (415) 898-1555 x 621
                                  rgrant@braytonlaw.com

                                  Attorneys for Plaintiffs, James McIndoe, et al.
                                  and Marion Spilmon, et al.

## CERTIFICATE OF SERVICE

I certify that I electronically filed the following with the JUDICAL PANEL ON MULTIDISTRICT LITIGATION by efiling with the court's CM/ECF system November 15, 2011.

**LETTER WITHDRAWING FILINGS OF 11/14/11 - DOCKET # 8047 AND 8048**.

Participants in the case who are registered CM/ECF users will be served by thye CM/ECF system.

I further certify that some of the participants in the case are no registered CM/ECF users and that they were served by mail.

SEE ATTACHED SERVICE LISTS

XXX BY OFFICE MAILING

I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Petaluma, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed NOVEMBER 15, 2011 at Novato, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Jane Ehni
Jane Ehni
BRAYTON PURCELL LLP
222 Rush Landing Rd.
Novato, CA 94102
415/899-1011, ext. 232

Date Created: 11/10/2011-3:12:42 PM                                      Run By : Ehni, Jane (JAE)
Created by: LitSupport - ServiceList - Live
Matter Number: 110221.007 - Marie Spilmon

**Bassi, Edlin, Huie & Blum LLP**
500 Washington Street
Suite 700
San Francisco, CA 94111
415-397-9006   415-397-1339 (fax)
**Defendants:**
  Kaiser Ventures LLC (KAVLLC)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300   415-808-0333 (fax)
**Defendants:**
  Foster Wheeler LLC (FKA Foster Wheeler Corporation) (FOSTER)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000   415-442-1001 (fax)
**Defendants:**
  Yarway Corporation (YARWAY)

**Sedgwick LLP**
333 Bush Street
30th Floor
San Francisco, CA 94104-2834
415-781-7900   415-781-2635 (fax)
**Defendants:**
  General Electric Company (GE)

**Steptoe & Johnson LLP**
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
213-439-9400   213-439-9599 (fax)
**Defendants:**
  Metropolitan Life Insurance Company (MET)

**Tucker Ellis & West LLP**
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400   415-617-2409 (fax)
**Defendants:**
  Huntington Ingalls Incorporated (fka Northrop Grumman Shipbuilding, Inc.) (NGSHBU)

Date Created: 11/10/2011-3:13:57 PM
Created by: LitSupport - ServiceList - Live
Matter Number: 116248.005 - James McIndoe

Run By : Ehni, Jane (JAE)

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA 94612
510-433-1830   510-433-1836 (fax)
Defendants:
  Crown Cork & Seal Company, Inc.
  (CC&S)

**Bassi, Edlin, Huie & Blum LLP**
500 Washington Street
Suite 700
San Francisco, CA 94111
415-397-9006   415-397-1339 (fax)
Defendants:
  Hopeman Brothers, Inc. (HOPE)
  J.T. Thorpe & Son, Inc. (THORPE)
  Parker-Hannifin Corporation (PARKHF)

**Bishop, Barry, Drath**
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
510-596-0888   510-596-0899 (fax)
Defendants:
  American Chemet Corporation
  (AMECHM)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300   415-808-0333 (fax)
Defendants:
  Foster Wheeler LLC (FKA Foster Wheeler Corporation) (FOSTER)

**Burnham Brown**
1901 Harrison Street
14th Floor
Oakland, CA 94612
510-444-6800   510-835-6666 (fax)
Defendants:
  York International Corporation (YORKIN)

**Crosby & Rowell, LLP**
299 Third Street, 2nd Floor
Oakland, CA 94607
510-267-0300   510-839-6610 (fax)
Defendants:
  Goulds Pumps, Inc. (GOULDP)

**Drinker Biddle & Reath LLP**
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
415-591-7500   415-591-7510 (fax)
Defendants:
  VWR International, Inc. (VWRINT)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
415-986-5900   415-986-8054 (fax)
Defendants:
  Ingersoll-Rand Company (INGRSL)

**Hassard Bonnington LLP**
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800   415-288-9802 (fax)
Defendants:
  Honeywell International, Inc. (HONEYW)
  John Crane, Inc. (CRANE)

**Howard Rome Martin & Ridley**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
650-365-7715   650-364-5297 (fax)
Defendants:
  IMO Industries, Inc. (IMOIND)

**Jackson Jenkins Renstrom LLP**
55 Francisco Street, 6th Floor
San Francisco, CA 94133
415-982-3600   415-982-3700 (fax)
Defendants:
  Bath Iron Works Corporation (BATHIR)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
415-882-8200   415-882-8220 (fax)
Defendants:
  Crane Co. (CRANCO)

**Lankford Crawford Moreno LLP**
1850 Mt. Diablo Blvd.
Suite 600
Walnut Creek, CA 94596
925-300-3520   925-300-3386 (fax)
Defendants:
  Ford Motor Company (FORD)

**Lewis Brisbois Bisgaard & Smith LLP**
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012
213-250-1800   213-580-7942 (fax)
Defendants:
  Goodyear Tire & Rubber Company, The (GOODYR)

**Liner, Grode, Stein, Yankelevitz Sunshine Regenstreif & Taylor LLP**
199 Fremont Street
20th Floor
San Francisco, CA 94105-2255
415-489-7700   415-489-7701 (fax)
Defendants:
  Warren Pumps, LLC (WARPUM)

**McKenna Long & Aldridge**
101 California Street
41st Floor
San Francisco, CA 94111
415-267-4000   415-267-4198 (fax)
Defendants:
  Velan Valve Corporation (VELVAL)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000   415-442-1001 (fax)
Defendants:
  Yarway Corporation (YARWAY)

**Murrin & Associates LLC**
71 Lafayette Circle
Suite B
Lafayette, CA 94549
925-284-5770   925-262-2111 (fax)
Defendants:
  Soco West, Inc. (SOCWES)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000   415-344-7050 (fax)
Defendants:
  Honeywell International, Inc. (HONEYW)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
Defendants:
  CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) (VIACOM)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700   415-901-8701 (fax)
Defendants:
  General Refractories Company (GENREF)
  Owens-Illinois, Inc. (OI)

Date Created: 11/10/2011-3:13:57 PM
Created by: LitSupport - ServiceList - Live
Matter Number: 116248.005 - James McIndoe

Run By : Ehni, Jane (JAE)

**Sedgwick LLP**
333 Bush Street
30th Floor
San Francisco, CA 94104-2834
415-781-7900   415-781-2635 (fax)
**Defendants:**
  General Electric Company (GE)

**Selman Breitman LLP**
11766 Wilshire Blvd., 6th Floor
Los Angeles, CA 90025
310-445-0800   310-473-2525 (fax)
**Defendants:**
  R.T. Vanderbilt Company, Inc. (VANDER)

**Selman Breitman LLP**
33 New Montgomery
6th Floor
San Francisco, CA 94105
415-979-0400   415-979-2099 (fax)
**Defendants:**
  Pep Boys Manny Moe & Jack of California, The (PEPBOY)

**Steptoe & Johnson LLP**
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
213-439-9400   213-439-9599 (fax)
**Defendants:**
  Metropolitan Life Insurance Company (MET)

**Tucker Ellis & West LLP**
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400   415-617-2409 (fax)
**Defendants:**
  Huntington Ingalls Incorporated (fka Northrop Grumman Shipbuilding, Inc.) (NGSHBU)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  Thomas Dee Engineering Company (DEE)

**Yaron & Associates**
601 California Street, 21st Floor
San Francisco, CA 94108
415-658-2929   415-658-2930 (fax)
**Defendants:**
  Puget Sound Commerce Center, Inc. ( fka Todd Shipyards Corporation) (TODD)