## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS                                    Docket No. 875
LIABILITY LITIGATION (NO. VI)

### NOTICE OF POTENTIAL "TAG-ALONG" ACTION

The below-listed case is a Federal Employer's Liability Act asbestos action currently

pending in the United States District Court for the Southern District of Illinois.  A copy of the

Complaint marked as "Exhibit 1" and the presiding Court's docket sheet marked as "Exhibit 2"

are attached hereto and made a part hereof.  The Panel has not listed this case for transfer or

conditional transfer to the Eastern District of Pennsylvania in the various conditional transfer

orders and correction orders it has issued.  The Plaintiff represented by the undersigned counsel

hereby respectfully requests that the Panel take action to transfer this case to the MDL 875 of the

Eastern District of Pennsylvania, and that the Clerk of the Panel immediately notify the Clerk of

the relevant United States District Court that this action shall be transferred for consolidated

pretrial proceedings under 28 U.S.C. 1407, pursuant to the Panel's July 19, 1991 Order.

In accordance with the Panel's opinion and Order and Rule 7.1(a), the undersigned

counsel for Plaintiff hereby notifies the Clerk of the Panel of the below-listed related action.

- *Thomas Milberry v. BNSF Railway Company,* U.S. District Court For The Southern
  District of Illinois Case No. 11-cv-814-MJR-PMF.

s/William P. Gavin
WILLIAM P. GAVIN, IL #03127132
GAVIN LAW FIRM
17 Park Place Professional Centre
Belleville, IL  62226
PHONE: (618) 236-0100
FAX:     (618) 236-2684
billg@gavinlaw.com

**ATTORNEY FOR PLAINTIFF,**
**THOMAS MILBERRY**

1