BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Docket No. 875

## PROOF OF SERVICE

The undersigned certifies that a "Notice of Potential Tag-Along Action" has been electronically filed with the Judicial Panel on Multidistrict Litigation using the CM/ECF system and a copy of this document has been mailed via U.S. Postal Service to all counsel of record listed below and to the Clerk of the United States District Court for the Southern District of Illinois on this 15th day of November, 2011.

Re: *Thomas Milberry v. BNSF Railway Company*
    USDC Southern District of Illinois Case No. 11-cv-814-MJR-PMF.

William A. Brasher
Linda R. Self
BOYLE BRASHER LLC
5000 West Main Street
P.O. Box 23560
Belleville, IL 62226

**ATTORNEY FOR DEFENDANT,
BNSF RAILWAY COMPANY**

s/William P. Gavin
WILLIAM P. GAVIN #03127132
GAVIN LAW FIRM
17 Park Place Professional Centre
Belleville, IL 62226
PHONE: (618) 236-0100
FAX:   (618) 236-2684
billg@gavinlaw.com

**ATTORNEY FOR PLAINTIFF,
THOMAS MILBERRY**

1