BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 – In re Asbestos Litigation

*Douglas P. Leite, et al. v. Crane Co., et al.*, District of Hawaii, C.A. No. 1:11-cv-00636

NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Rule 4.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby submit this notice of appearance of counsel on behalf of Defendant Crane Co. in the above-captioned action which is included on the conditional transfer order (CTO-458).

Sincerely,

/s/Lee T. Nakamura
Lee T. Nakamura
Tom Petrus & Miller, LLLC
1164 Bishop Street, Suite 650
Honolulu, HI  96813
808-792-5800
Email:  lnakamura@tpm-hawaii.com
Counsel for Defendant
CRANE CO.