BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 - In re Asbestos Litigation

*Douglas P. Leite, et al. v. Crane Co., et al.*, District of Hawaii, C.A. No. 1:11-cv-00636

PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was duly served upon the parties identified below by E-mail or U.S. mail on November 15, 2011 to the following:

GARY O. GALIHER, ESQ.
L. RICHARD DEROBERTIS, ESQ.
ILANA K. WAXMAN, ESQ.
DIANE T. ONO, ESQ.
Galiher DeRobertis Ono
610 Ward Avenue, Second Floor
Honolulu, Hawaii  96814-3308
Gog@gogaliher.com; Rd@gogaliher.com, IKW@gogaliher.com
    Attorneys for Plaintiffs

SIDNEY K. AYABE, ESQ.
GAIL M. KANG, ESQ.
Ayabe Chong Nishimoto Sia & Nakamura
Pauahi Tower, Suite 2500
1003 Bishop Street
Honolulu, Hawaii  96813
Sidney.ayabe@hawadvocate.com; gail.kang@hawadvocate.com
    Attorneys for Defendant
    UNION CARBIDE CORPORATION and BAYER
    CROPSCIENCE, INC.

NICHOLAS P. MARTIN, ESQ.
Hake Law
343 Sansome Street, Suite 425
San Francisco, California  94104
    Attorney for Defendant
    ATWOOD & MORRILL CO.

CORLIS J. CHANG, ESQ.
MIHOKO E. ITO, ESQ.
Goodsill Anderson Quinn & Stifel
1099 Alakea Street, Suite 1800
Honolulu, Hawaii 96813
Cchang@goodsill.com; meito@goodsill.com
    Attorneys for Defendant
      INGERSOLL-RAND CO.

CHRISTOPHER SHEA GOODWIN, ESQ.
737 Bishop Street, Suite 1640
Honolulu, Hawaii 96813
Chris@christophersheagoodwin.com
    Attorney for Defendant
      GOULDS PUMPS, INC.

STEVEN K. HISAKA, ESQ.
Hisaka Yoshida & Cosgrove
733 Bishop Street, Suite 1520
Honolulu, Hawaii 96813
Shisaka@objectionsustained.com
    Attorney for Defendants
      CERTAINTEED CORPORATION and
      AIR & LIQUID SYSTEMS CORPORATION

CRAIG T. KUGISAKI, ESQ.
ASB Tower, Suite 2828
1001 Bishop Street
Honolulu, Hawaii 96813
Craig@kugisaki.com
    Attorneys for Defendant
      METROPOLITAN LIFE INSURANCE COMPANY

E. MASON MARTIN, III, ESQ.
MARIE A. SHELDON, ESQ.
Kessner Umebayashi Bain & Matsunaga
220 South King Street, Suite 1900
Honolulu, Hawaii 96813
Mmartin@kdubm.com; tsheldon@kdubm.com
    Attorneys for Defendants
      WARREN PUMPS, INC., IMO INDUSTRIES, INC.
      and AURORA PUMP COMPANY

MICHAEL F. O'CONNOR, ESQ.

Oliver Lau Lawhn Ogawa & Nakamura
707 Richards Street, Suite 600
Honolulu, Hawaii 96813
Mfoconnor@ollon.com
    Attorneys for Defendant
    THE WILLIAM POWELL COMPANY

AIMEE H. OYASATO, ESQ.
White Tom & Oyasato
900 Fort Street Mall, Suite 930
Honolulu, Hawaii 96813
aoyasato@wto-hilaw.com
    Attorneys for Defendants
    JOHN CRANE, INC., CLEAVER-BROOKS, INC.,
    and THE LYNCH CO., INC.

DATED:  Honolulu, Hawaii, November 15, 2011.


    /s/ Lee T. Nakamura
LEE T. NAKAMURA
Tom Petrus & Miller, LLLC
1164 Bishop Street, Suite 650
Honolulu, Hawaii 96813
808-792-5800
Email: lnakamura@tpm-hawaii.com
Attorney for Defendant
CRANE CO.