**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**MDL No. 875 – In re Asbestos Litigation**

***Thompson, et al. v. Crane Co., et al.***, District of Hawaii, C.A. No. 1-11-cv-00638

**DECLARATION OF COUNSEL**

I, ILANA K. WAXMAN, hereby declare pursuant 28 U.S.C. §1746, as follows:

1.     My name is Ilana K. Waxman, and I am competent to testify and I have personal knowledge of the following facts, unless otherwise indicated.

2.     I am an attorney with Galiher DeRobertis Ono, counsel for Plaintiffs in the above-entitled lawsuit.

3.     Attached hereto and marked as Exhibit A is a true and correct copy of the verified Plaintiff's Asbestos Summary Sheet signed under penalty of perjury by Plaintiff David Thompson, Jr., attesting to his work exposure, smoking history and medical diagnosis.

4.     On November 10, 2011, Plaintiffs filed a Motion to Remand this action back to Hawai`i State court.  This remand motion has been briefed and has been assigned for hearing before U.S. District Judge Leslie E. Kobayashi (See Exhibit B).

I, ILANA K. WAXMAN, do declare under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawai`i, November 15, 2011.

/s/Ilana K. Waxman
ILANA K. WAXMAN