# EXHIBIT "A"

## ASBESTOS PLAINTIFF'S SUMMARY SHEET

D:\05997A01\pleading\Summary Sheet.doc

**PRIMARY PLAINTIFF**: DAVID M. THOMPSON, JR.

Social Security No: 576-22-XXXX

Periods of Exposure: 1951 to 1985

Date of Birth: 08/08/1928

Date of Death: N/A

Cause of Death: N/A

Retirement

Year:   1990

Age:    62

Disability

Year:   N/A

Age:

Cause:

**Smoking History**:

1.   (a) Type:     Cigarettes
   (b) Yr Start:   1942                    Yr Ended:   2008
       Pack/Day:   about 2 ½ packs per week
   (c) Reason Stopped:   Quit for my grandson.
       Why Restart:      N/A.
   (d) Dr Advised?:                                Date:
       Name and Address:

EMPLOYMENT:

1.   (a)   Name:   Ford Island
              Address:   Honolulu, HI
     (b)   Employed From:   approx. 1941   To:   approx. 1942
     (c)   Job Description:   Aircraft machine shop helper

2.   (a)   Name:   Honolulu Star Bulletin
              Address:   Honolulu, HI
     (b)   Employed From:   1944   To:   1944
     (c)   Job Description: _____

3.   (a)   Name:   Hawaii Corporation
              Address:   Honolulu, HI
     (b)   Employed:   1944; 1951
     (c)   Job Description: _____

4.   (a)   Name:   Merchant Marines
              Address:
     (b)   Employed From:   1945   To:   1950
     (c)   Job Description:   wiper, fireman/oiler

5.   (a)   Name:   Meadow Gold Dairies
              Address:   Honolulu, HI
     (b)   Employed From:   1946   To:   1946
     (c)   Job Description: _____

6.   (a)   Name:   Inter-Island Steam Navigation Co., Ltd.
              Address:   Honolulu, HI
     (b)   Employed From:   1946   To:   1947
     (c)   Job Description: _____

7.   (a)   Name:   Young Brothers, Ltd.
              Address:   Honolulu, HI
     (b)   Employed From:   1950   To:   1950
     (c)   Job Description: _____

8.   (a)   Name:   Maui Electric Co.
              Address:   Kahului, HI

|     |     |                   |                                              |     |              |
| --- | --- | ----------------- | -------------------------------------------- | --- | ------------ |
|     | (b) | Employed From:    | 1950                                         | To: | 1950         |
|     | (c) | Job Description:  |                                              |     |              |

9.  (a) Name: Pacific Marine & Supply Co., Ltd.
        Address: Honolulu, HI
    (b) Employed From: 1956    To: 1956
    (c) Job Description: _____

10. (a) Name: Dillingham/Kapalama Shipyard
        Address:
    (b) Employed From: 1958; 1968 – 1985
    (c) Job Description: Machine shop, foreman, superintendant

11. (a) Name: Pearl Harbor Naval Shipyard, Shop 38
        Address: Pearl Harbor, HI
    (b) Employed From: approx. 1951    To: approx. 1964
    (c) Job Description: outside machinist

12. (a) Name: Kapalama Shipyard
        Address: Honolulu, HI
    (b) Employed From: 1964    To: 1967
    (c) Job Description: _____

13. (a) Name: Gannett Pacific Corp.
        Address: Honolulu, HI
    (b) Employed From: 1971    To: 1971
    (c) Job Description: _____

14. (a) Name: Honsi Inc.
        Address: Honolulu, HI
    (b) Employed From: 1985    To: 1985
    (c) Job Description: _____

15. (a) Name: Old Oahu Tug Service, Inc.
        Address: Honolulu, HI
    (b) Employed From: 1986    To: 1990
    (c) Job Description: _____

4

**ASBESTOS PRODUCTS**:

Type: <u>Mud/Cement</u>

Trade Name(s):

Manufacturer:

Dates of Exposure: 1951 to 1985

Type: <u>Pipe covering/Lagging/Mastic</u>

Trade Name(s):

Manufacturer:

Dates of Exposure: 1951 to 1985

Type: <u>Block/Refractory Products</u>

Trade Name(s):

Manufacturer:

Dates of Exposure: 1951 to 1985

Type: <u>Cloth</u>

Trade Name(s):

Manufacturer:

Dates of Exposure: 1951 to 1985

Type: <u>Gasket/Packing</u>

Trade Name(s):

Manufacturer:

Dates of Exposure: 1951 to 1985

Type: <u>Rope</u>

Trade Name(s):

Manufacturer:

Dates of Exposure: 1951 to 1985

Type: <u>Protective Coating/Fireproofing/Compounds</u>

Trade Name(s):

Manufacturer:

Dates of Exposure: 1951 to 1985

**PRIOR CLAIMS FOR ASBESTOS RELATED INJURY:**

Worker's Comp.: N/A.

Disability: N/A.

Lawsuit: N/A.

**MEDICAL HISTORY:**

Diagnosis: Possible pulmonary asbestosis

Date: 10/29/2010

Symptoms: URI 10/08/2010; chest x-ray showed abnormalities; chest CT scan 10/14/2010 showed COPD and calcific pleural plaquing bilaterally consistent with asbestosis. Referred to Dr. Roger Yim.

Treating Physician: Ken C. Arakawa, M.D. (rheumatology / internal medicine)


Diagnosis: Benign asbestos disease: Bilateral calcified pleural plaques; left pleural-based mass worrisome for a possible mesothelioma; COPD

Date: December 14, 2010

Symptoms: Referred by Dr. Ken Arakawa; PFTs at Queen's 12/23/2010; follow-up lung mass with repeat CT scan

Treating Physician: Roger Yim, M.D. (internal, pulmonary, critical care, and sleep medicine)


Diagnosis:

Date:

Symptoms: Cardiology care

Treating Physician: Edward N. Shen, M.D. (cardiovascular diseases)

**SPOUSE AND DEPENDENTS:**

Name: Beatrice Thompson (deceased)

Relation: spouse

Date of Birth:

Date of Marriage:

**SPECIAL DAMAGES CLAIMED:**

Medical/Hospital: To be provided.

Loss of Wages: To be provided.

Burial: N/A.

## DECLARATION UNDER PENALTY OF PERJURY

D:\05997A01\pleading\Summary Sheet.doc

I, DAVID M. THOMPSON, JR., hereby declare pursuant to Circuit Rule 7(g), Rules of the Circuit Court of the State of Hawai`i, that I have personal knowledge of the following facts and I am competent to testify as follows:

1. I declare that the foregoing Asbestos Plaintiff Summary Sheet is true and correct to the best of my knowledge.

2. I declare under penalty of perjury that the foregoing is true and correct.

Date: 8-23-2011

_____
DAVID M. THOMPSON, JR.