# Exhibit "B"

# Shawn Arrisgado

| | |
|---|---|
| **From:** | hid_resp@hid.uscourts.gov |
| **Sent:** | Thursday, November 10, 2011 3:53 PM |
| **To:** | hawaii_cmecf@hid.uscourts.gov |
| **Subject:** | Activity in Case 1:11-cv-00638-LEK-RLP Thompson et al v. Crane Company et al Notice of Hearing on Motion |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of Hawaii

## Notice of Electronic Filing

The following transaction was entered on 11/10/2011 at 3:53 PM HST and filed on 11/10/2011

**Case Name:**    Thompson et al v. Crane Company et al
**Case Number:**    1:11-cv-00638-LEK-RLP
**Filer:**
**Document Number:** 29(No document attached)

**Docket Text:**
**NOTICE of Hearing on Motion [28] MOTION to Remand to State Court : Motion Hearing set for 2/27/2012 at 10:30 AM before JUDGE LESLIE E. KOBAYASHI. (wnn, )**

---

**CERTIFICATE OF SERVICE**
Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry.

**1:11-cv-00638-LEK-RLP Notice has been electronically mailed to:**

John R. Lacy   jlacy@goodsill.com, cmuraoka@goodsill.com

L. Richard DeRobertis   richard.derobertis@galiherlaw.com, ellen.nakasone@galiherlaw.com, sarah.lee@galiherlaw.com, stephanie.okihara@galiherlaw.com

Gary O. Galiher   gog@gogaliher.com

Corlis J. Chang   cchang@goodsill.com, phori@goodsill.com

Diane T. Ono   diane.ono@galiherlaw.com

Lee T. Nakamura lnakamura@tpm-hawaii.com, payukawa@tpm-hawaii.com

Steven K. Hisaka shisaka@objectionsustained.com

Elton John Bain jbain@kdubm.com, scharboneau@kdubm.com

Craig T. Kugisaki craig@kugisaki.com, amy@kugisaki.com, craigt@kugisaki.com

Todd W. Eddins todd.eddins@galiherlaw.com

Scott K. Saiki scott.saiki@galiherlaw.com, dino.okino@galiherlaw.com

Ewing M. Martin, III mmartin@kdubm.com, jbain@kdubm.com, lkuwabara@kdubm.com, scharboneau@kdubm.com

Joseph F. Kotowski, III jkotowski@tpm-hawaii.com, kclark@tpm-hawaii.com

Ilana Kananipiliokala Waxman ilana.waxman@galiherlaw.com, sarah.lee@galiherlaw.com, shawn.arrisgado@galiherlaw.com

Marissa Lei Lin Owens mowens@goodsill.com, pho@goodsill.com, phori@goodsill.com

Bradford Chun bchun@kdubm.com

**1:11-cv-00638-LEK-RLP Notice will not be electronically mailed to:**