# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Litigation

*Thompson, et al. v. Crane Co., et al.*, District of Hawaii, C.A. No. 1-11-cv-00638

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing document and this Certificate of Service shall be served electronically through CM_ECF on the date of filing to the following:

SIDNEY K. AYABE, Esq.
GAIL M. KANG, Esq.
Ayabe Chong Nishimoto Sia & Nakamura
Pauahi Tower, Suite 2500
1003 Bishop Street
Honolulu, HI  96813
Email: sidney.ayabe@hawadvocate.com; gail.kang@hawadvocate.com
    **Counsel for BAYER CROPSCIENCE, INC., successor-in-interest to RHONE-POULENC AG COMPANY, f/k/a AMCHEM PRODUCTS, INC., f/k/a BENJAMIN FOSTER PRODUCTS COMPANY, and UNION CARBIDE CORPORATION**

CORLIS J. CHANG, Esq.
MIHOKO E. ITO, Esq.
Goodsill Anderson Quinn & Stifel
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, HI  96813
Email: cchang@goodsill.com; meito@goodsill.com
    **Counsel for INGERSOLL RAND CO.**

CHRISTOPHER SHEA GOODWIN, Esq.
Attorney at Law
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 1640
Honolulu, HI 96813
Email: chris@christophersheagoodwin.com
    **Counsel for GOULDS PUMPS, INC.**

STEVEN K. HISAKA, Esq.
Hisaka Yoshida Cosgrove & Ching
Pacific Guardian Center,  Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, HI  96813
Email:  shisaka@objectionsustained.com
    **Counsel for Air Liquid Systems Corporation, Successor-by-merger to Buffalo Pumps, Inc.; CERTAINTEED CORPORATION; GENERAL CABLE INDUSTRIES, INC.; and YARWAY CORPORATION**

CRAIG T. KUGISAKI, Esq.
Law Offices of Craig Kugisaki
American Savings Bank Tower, Suite 2828
1001 Bishop Street
Honolulu, HI  96813
Email: craig@kugisaki.com
    **Counsel for METROPOLITAN LIFE INSURANCE COMPANY**

E. MASON MARTIN, III, Esq.
MARIE A. SHELDON, Esq.
BRADFORD K. CHUN, Esq.
Kessner Duca Umebayashi Bain & Matsunaga
1900 Central Pacific Plaza
220 South King Street
Honolulu, HI  96813
Email: mmartin@kdubm.com; tsheldon@kdubm.com; bchun@kdubm.com
    **Counsel for AURORA PUMP COMPANY; IMO INDUSTRIES, INC., individually and as successor-in-interest to DELAVAL TURBINE, INC., and f/k/a IMO DELAVAL, INC., TRANSAMERICA DELAVAL INC., and DELAVAL STEAM TURBINE COMPANY; and WARREN PUMPS, LLC**

LEE T. NAKAMURA, Esq.
JOSEPH F. KOTOWSKI, Esq.
Tom Petrus & Miller LLLC
Finance Factors Ctr.
1164 Bishop St., Ste. 650
Honolulu, HI 96813
Email: LNakamura@tpm-hawaii.com; jkotowski@tpm-hawaii.com
    **Counsel for CRANE CO.**

MICHAEL F. O'CONNOR, Esq.
Ogawa Lau Nakamura & Jew
600 Ocean View Center
707 Richards Street
Honolulu, HI  96813
Email: mfoconnor@ollon.com
    **Counsel for THE WILLIAM POWELL COMPANY**

AIMEE H. OYASATO, Esq.
White Tom & Oyasato
900 Fort Street Mall, Suite 930
Honolulu, HI  96813
Email address: aoyasato@wto-HIlaw.com
    **Counsel for JOHN CRANE, INC. and CLEAVER-BROOKS, INC.**

ARTHUR F. ROECA, Esq.
APRIL LURIA, Esq.
JAMES SHIN, Esq.
Roeca Luria Hiraoka
841 Bishop Street, Ste. Suite 900
Honolulu, HI  96813
Email: aroeca@rlhlaw.com; aluria@rlhlaw.com; jshin@rlhlaw.com
    **Counsel for THE LYNCH CO., INC.**

BILL HAKE, Esq.
NICOLAS MARTIN, Esq.
343 Sansome Street, Suite 425
San Francisco, California  94104
Email: Bill@hakelaw.com; Nick@hakelaw.com
    **Counsel for ATWOOD & MORRILL, a subsidiary of Weir Valves & Controls USA Inc.**

I hereby certify that a copy of the foregoing document and this Certificate of Service shall be

served via U.S. Mail on the date of filing to the following:

**COPES-VULCAN**
5620 West Road
McKean, Pennsylvania  16426

**VELAN VALVE CORP.**
94 Avenue C
Williston, Vermont  05495

    Dated: Honolulu, Hawai`i, November 15, 2011.

                                          Sincerely,

                                          /s/Ilana K. Waxman
                                        Ilana K. Waxman
                                        Galiher DeRobertis Ono
                                        610 Ward Avenue
                                        Honolulu, HI 96814
                                        808-597-1400
                                        Email: ilana.waxman@galiherlaw.com
                                        Counsel for Plaintiffs