# EXHIBIT "A"

ASBESTOS PLAINTIFF'S SUMMARY SHEET

D:\05961A01\pleading\SSheet.doc

**PRIMARY PLAINTIFF**: Douglas P. Leite

Social Security No:  576-44-XXXX

Periods of Exposure:  approximately 1966 – 1972

Date of Birth:  07/21/1946

Date of Death:  N/A

Cause of Death:  N/A

Retirement

  Year:   N/A

   Age:

Disability

   Year:    N/A

   Age:

   Cause:

**Smoking History**:

|       |     |                |                                                      |
|-------|-----|----------------|------------------------------------------------------|
| 1.    | (a) | Type:          | pipe                                                 |
|       | (b) | Yr Start/End:  | For 6 weeks, at the ending of 1966 to the beginning of 1967. |
|       |     |                | 1 – 4 pipefulls a day                                |
|       | (c) | Reason Stopped: | Not interested in smoking.                          |
|       |     | Why Restart:   |                                                      |
|       | (d) | Dr Advised?:   |                                                      |
|       |     | Name and Address: |                                                   |

**EMPLOYMENT**:

1.    (a)    Name:     Hawaii Community College
                 Address:    Hilo, HI
     (b)    Employed From:     approx. 1996     To:       present
     (c)    Job Description:    Welding, machining and sheetmetal instructor

2.    (a)    Name:     Doug's Enterprises, Inc., dba Doug's Workshop (self-employed)
                 Address:    Hilo, HI
     (b)    Employed From:     1994     To:       1996
     (c)    Job Description:    Machine work, wood turning, support tools, salad servers, wine bottle stands.

3.    (a)    Name:     Doug's Auto Machine Shop, Inc. (self-employed)
                 Address:    Hilo, HI
     (b)    Employed From:     1972     To:    Aug. 1993
     (c)    Job Description:    Automotive machine shop: engine rebuilding, support work for repair shops.

4.    (a)    Name:     Pearl Harbor Naval Shipyard, Shop 31
                 Address:    Pearl Harbor, HI
     (b)    Employed From:      1966     To:       1972
     (c)    Job Description:    Inside machinist

5.    (a)    Name:     Bob's Flying A Service
                 Address:    Hilo, HI
     (b)    Employed From:      1965     To:       1966
     (c)    Job Description:    Pumping gas

6.    (a)    Name:     Yama's Chevron
                 Address:    Hilo, HI
     (b)    Employed From:      1962     To:       1965
     (c)    Job Description:    Pumping gas

**ASBESTOS PRODUCTS**:

Type:  Mud/Cement

Trade Name(s):

Manufacturer:

Dates of Exposure:  approximately 1966 – 1972

Type:  Pipe covering/Lagging/Mastic

Trade Name(s):

Manufacturer:

Dates of Exposure:  approximately 1966 – 1972

Type:  Block/Refractory Products

Trade Name(s):

Manufacturer:

Dates of Exposure:  approximately 1966 – 1972

Type: Cloth

Trade Name(s):

Manufacturer:

Dates of Exposure:  approximately 1966 – 1972

Type: <u>Gasket/Packing</u>

Trade Name(s):

Manufacturer:

Dates of Exposure:  approximately 1966 – 1972


Type:  <u>Rope</u>

Trade Name(s):

Manufacturer:

Dates of Exposure:  approximately 1966 – 1972


Type:  <u>Protective Coating/Fireproofing/Compounds</u>

Trade Name(s):

Manufacturer:

Dates of Exposure:  approximately 1966 – 1972


Type:  <u>Drywall/Wallboard/Joint Compound</u>

Trade Name(s):

Manufacturer:

Dates of Exposure:  approximately 1966 – 1972


Type:  <u>Other</u>

Trade Name(s):

Manufacturer:

Dates of Exposure:

**PRIOR CLAIMS FOR ASBESTOS RELATED INJURY**:

Worker's Comp.:  N/A.

 Disability:  N/A.

 Lawsuit:  N/A.

**MEDICAL HISTORY**:

Diagnosis:  pleural plaques with asbestos exposure

Date:  May 2010

Symptoms:

Treating Physician:  Benjamin Ono, M.D., 1248 Kinoole St., Ste. 103, Hilo, HI 96720


Diagnosis:  pleural plaques with asbestos exposure

Date:   September 2010

Symptoms:  persistent cough

Treating Physician:  Sydney Tatsuno, M.D., 868 Ululani St., Ste. 102, Hilo, HI 96720


Diagnosis:

Date:

Symptoms:

Treating Physician:


Diagnosis:

Date:

Symptoms:

Treating Physician:


Diagnosis:

Date:

Symptoms:

Treating Physician:

**SPOUSE AND DEPENDENTS**:

Name:  Mary Ann K. Leite

Relation:  spouse

Date of Birth:  09/11/1945

Date of Marriage:  10/09/1968


**SPECIAL DAMAGES CLAIMED**:

Medical/Hospital:  To be provided.

Loss of Wages:  To be provided.

Burial:  N/A.

DECLARATION UNDER PENALTY OF PERJURY

D:\05961A01\pleading\SSheet.doc

I, DOUGLAS P. LEITE, hereby declare pursuant to Circuit Rule 7(g), Rules of the

Circuit Court of the State of Hawai`i, that I have personal knowledge of the following facts and I

am competent to testify as follows:

1.  I declare that the foregoing Asbestos Plaintiff Summary Sheet is true and correct to

the best of my knowledge.

2.  I declare under penalty of perjury that the foregoing is true and correct.

Date: ___07/05/2011___

_____
DOUGLAS P. LEITE