# EXHIBIT "B"

**Shawn Arrisgado**

| | |
|---|---|
| **From:** | hid_resp@hid.uscourts.gov |
| **Sent:** | Tuesday, November 15, 2011 7:28 AM |
| **To:** | hawaii_cmecf@hid.uscourts.gov |
| **Subject:** | Activity in Case 1:11-cv-00636-JMS-RLP Leite et al v. Crane Company et al Link |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Hawaii

**Notice of Electronic Filing**

The following transaction was entered on 11/15/2011 at 7:27 AM HST and filed on 11/15/2011
**Case Name:**     Leite et al v. Crane Company et al
**Case Number:**   1:11-cv-00636-JMS-RLP
**Filer:**
**Document Number:** 44(No document attached)

**Docket Text:**
**EO: Pursuant to Local Rule 7.2(d), the Court elects to decide [29] MOTION to Remand to State Court on the pleadings without a hearing. Any opposition shall be filed by November 28, 2011. Any reply shall be filed by December 12, 2011.(JUDGE RICHARD L. PUGLISI)(agh)**

CERTIFICATE OF SERVICE

Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry

**1:11-cv-00636-JMS-RLP Notice has been electronically mailed to:**

John R. Lacy   jlacy@goodsill.com, cmuraoka@goodsill.com

L. Richard DeRobertis   richard.derobertis@galiherlaw.com, ellen.nakasone@galiherlaw.com, sarah.lee@galiherlaw.com, stephanie.okihara@galiherlaw.com

Gary O. Galiher   gog@gogaliher.com

Corlis J. Chang   cchang@goodsill.com, phori@goodsill.com

Diane T. Ono   diane.ono@galiherlaw.com

Lee T. Nakamura lnakamura@tpm-hawaii.com, payukawa@tpm-hawaii.com

Steven K. Hisaka shisaka@objectionsustained.com

Gail M. Kang gail.kang@hawadvocate.com, lisa.patricio@hawadvocate.com

Craig T. Kugisaki craig@kugisaki.com, amy@kugisaki.com, craigt@kugisaki.com

Todd W. Eddins todd.eddins@galiherlaw.com

Scott K. Saiki scott.saiki@galiherlaw.com, dino.okino@galiherlaw.com

Ewing M. Martin, III mmartin@kdubm.com, jbain@kdubm.com, lkuwabara@kdubm.com, scharboneau@kdubm.com

Joseph F. Kotowski, III jkotowski@tpm-hawaii.com, kclark@tpm-hawaii.com

Michael A. Ragsdale michael.ragsdale@galiherlaw.com

Ilana Kananipiliokala Waxman ilana.waxman@galiherlaw.com, sarah.lee@galiherlaw.com, shawn.arrisgado@galiherlaw.com

Marissa Lei Lin Owens mowens@goodsill.com, pho@goodsill.com, phori@goodsill.com

**1:11-cv-00636-JMS-RLP Notice will not be electronically mailed to:**