# EXHIBIT "A"

<u>ASBESTOS PLAINTIFF'S SUMMARY SHEET</u>

D:\06058A01\pleading\Summary Sheet.doc

**PRIMARY PLAINTIFF**: Richard J. Akau, Sr., deceased

Social Security No: 575-09-XXXX

Periods of Exposure: 1941 – 1975

Date of Birth: 02/02/1920

Date of Death: 01/13/2011

Cause of Death: lung cancer

<u>Retirement</u>

  Year:   1985

  Age:   69

<u>Disability</u>

  Year:   November 2010

  Age: 90

  Cause:   lung cancer

**Smoking History**:

    1.    (a)  Type:    Cigarettes
           (b)  Yr Start:    approx. 1935    Yr Ended:    1975
                 Pack/Day:    1 ppd
           (c)  Reason Stopped:    Doctor told me.
                 Why Restart:    N/A
           (d)  Dr Advised?:    Yes.    Date:    approx. 1975
                 Name and Address:    I don't know.

**EMPLOYMENT**:

1.   (a)   Name:   Honolulu Plantation Company
   Address:   Aiea, HI
   (b)   Employed From:   1937   To:   1938
   (c)   Job Description:   Worked in sugar mill.

2.   (a)   Name:   Libby McNeill & Libby
   Address:
   (b)   Employed From:   1938   To:   1938
   (c)   Job Description:   I am not sure.

3.   (a)   Name:   Philip Leon
   Address:   Honolulu, HI
   (b)   Employed From:   1938   To:   1940
   (c)   Job Description:   I am not sure.

4.   (a)   Name:   Honolulu Plastering & Lathing Co.
   Address:   Honolulu, HI
   (b)   Employed From:   1940   To:   1940
   (c)   Job Description:   Plasterer and lather.

5.   (a)   Name:   Thomas Haran
   Address:   Honolulu, HI
   (b)   Employed From:   1940   To:   1940
   (c)   Job Description:   I am not sure.

6.   (a)   Name:   Henry Frandsen
   Address:   Honolulu, HI
   (b)   Employed From:   1940   To:   1940
   (c)   Job Description:   I am not sure.

7.   (a)   Name:   Carl Vianelli
   Address:   Honolulu, HI
   (b)   Employed From:   1940   To:   1940
   (c)   Job Description:   I am not sure.

8.  (a)  Name:     Kenneth Kitazaki
        Address:   Honolulu, HI
    (b) Employed From:          1941            To:    1941
    (c) Job Description:    I am not sure.

9.  (a)  Name:     Hawaiian Dredging Co.
        Address:   Honolulu, HI
    (b) Employed From:          1941            To:    1941
    (c) Job Description:    I am not sure.

10. (a)  Name:     Pearl Harbor Naval Shipyard
        Address:   Pearl Harbor, HI
    (b) Employed From:          approx. 1941    To:    approx. 1975
    (c) Job Description:    shipfitter

11. (a)  Name:     U.S. Army
        Address:
    (b) Employed From:          6/14/1945       To:    12/28/1945
    (c) Job Description:

12. (a)  Name:     U.S. Army
        Address:
    (b) Employed From:          12/29/1945      To:    7/1/1947
    (c) Job Description:

13. (a)  Name:     A. D. Hoppe & J. Carroll Duncan
        Address:
    (b) Employed From:          1947            To:    1947
    (c) Job Description:    I am not sure.

14. (a)  Name:     City Radio Co.
        Address:   Honolulu, HI
    (b) Employed From:          1957            To:    1957
    (c) Job Description:    I am not sure.

15. (a)  Name:     Aloha State Tour & Transportation
        Address:   Honolulu, HI
    (b) Employed From:          1981            To:    1981
    (c) Job Description:    Bus driver

16. (a)  Name:     Roberts Hawaii Tours
        Address:   Honolulu, HI
    (b) Employed From:          1981            To:    1985
    (c) Job Description:    Bus driver aide

3

**ASBESTOS PRODUCTS:**

Type: <u>Mud/Cement</u>

Trade Name(s): I do not know.

Manufacturer: I do not know.

Dates of Exposure: 1941 – 1975

Type: <u>Pipe covering/Lagging/Mastic</u>

Trade Name(s): I do not know.

Manufacturer: I do not know.

Dates of Exposure: 1941 – 1975

Type: <u>Block/Refractory Products</u>

Trade Name(s): I do not know.

Manufacturer: I do not know.

Dates of Exposure: 1941 – 1975

Type: <u>Cloth</u>

Trade Name(s): I do not know.

Manufacturer: I do not know.

Dates of Exposure: 1941 – 1975

Type: <u>Gasket/Packing</u>

Trade Name(s): I do not know.

Manufacturer: I do not know.

Dates of Exposure: 1941 – 1975

Type: <u>Rope</u>

Trade Name(s): I do not know.

Manufacturer: I do not know.

Dates of Exposure: 1941 – 1975

Type: <u>Protective Coating/Fireproofing/Compounds</u>

Trade Name(s): I do not know.

Manufacturer: I do not know.

Dates of Exposure: 1941 – 1975

Type: <u>Drywall/Wallboard/Joint Compound</u>

Trade Name(s):

Manufacturer:

Dates of Exposure:

Type: <u>Other: equipment and valves</u>

Trade Name(s): I do not know.

Manufacturer: I do not know.

Dates of Exposure: 1941 – 1975

5

**PRIOR CLAIMS FOR ASBESTOS RELATED INJURY:**

Worker's Comp.: Not that I am aware of.

Disability: Not that I am aware of.

Lawsuit: Not that I am aware of.

**MEDICAL HISTORY:**

Diagnosis: lung cancer with ferruginous bodies

Date: November 2010

Symptoms: Shortness of breath; didn't seem to have the same energy he normally did. Sleeping more.

Treating Physician: Warren Tamamoto, M.D.

**SPOUSE AND DEPENDENTS:**

Name: Amy K. Akau

Relation: widow

Date of Birth: 06/20/1928

Date of Marriage: 05/18/1946

**SPECIAL DAMAGES CLAIMED:**

Medical/Hospital: To be provided.

Loss of Wages: To be provided.

Burial: To be provided.

## DECLARATION UNDER PENALTY OF PERJURY

D:\06058A01\Pleadings\Summary Sheet.doc

    I, CORINNE AKAU, hereby declare pursuant to Circuit Rule 7(g), Rules of the Circuit Court of the State of Hawai`i, that I have personal knowledge of the following facts and I am competent to testify as follows:

    1. I declare that the foregoing Asbestos Plaintiff Summary Sheet is true and correct to the best of my knowledge.

    2. I declare under penalty of perjury that the foregoing is true and correct.

Date: 9/14/11

_____
CORRINE AKAU