# EXHIBIT "B"

## Shawn Arrisgado

| | |
|---|---|
| **From:** | hid_resp@hid.uscourts.gov |
| **Sent:** | Tuesday, November 15, 2011 7:34 AM |
| **To:** | hawaii_cmecf@hid.uscourts.gov |
| **Subject:** | Activity in Case 1:11-cv-00637-JMS-RLP Akau et al v. Crane Company et al Link |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Hawaii

## Notice of Electronic Filing

The following transaction was entered on 11/15/2011 at 7:33 AM HST and filed on 11/15/2011

| | |
|---|---|
| **Case Name:** | Akau et al v. Crane Company et al |
| **Case Number:** | 1:11-cv-00637-JMS-RLP |
| **Filer:** | |
| **Document Number:** | 33(No document attached) |

**Docket Text:**
**EO: Pursuant to Local Rule 7.2(d), the Court elects to decide [29] MOTION to Remand to State Court on the pleadings without a hearing. Any opposition shall be filed by November 28, 2011. Any reply shall be filed by December 12, 2011.(JUDGE RICHARD L. PUGLISI)(agh)**

---

**CERTIFICATE OF SERVICE**
**Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry**

**1:11-cv-00637-JMS-RLP Notice has been electronically mailed to:**

John R. Lacy jlacy@goodsill.com, cmuraoka@goodsill.com

L. Richard DeRobertis richard.derobertis@galiherlaw.com, ellen.nakasone@galiherlaw.com, sarah.lee@galiherlaw.com, stephanie.okihara@galiherlaw.com

Gary O. Galiher gog@gogaliher.com

Corlis J. Chang cchang@goodsill.com, phori@goodsill.com

Diane T. Ono diane.ono@galiherlaw.com

Lee T. Nakamura lnakamura@tpm-hawaii.com, payukawa@tpm-hawaii.com

Steven K. Hisaka shisaka@objectionsustained.com

Elton John Bain jbain@kdubm.com, scharboneau@kdubm.com

Craig T. Kugisaki craig@kugisaki.com, amy@kugisaki.com, craigt@kugisaki.com

Todd W. Eddins todd.eddins@galiherlaw.com

Scott K. Saiki scott.saiki@galiherlaw.com, dino.okino@galiherlaw.com

Ewing M. Martin, III mmartin@kdubm.com, jbain@kdubm.com, lkuwabara@kdubm.com, scharboneau@kdubm.com

Joseph F. Kotowski, III jkotowski@tpm-hawaii.com, kclark@tpm-hawaii.com

Michael A. Ragsdale michael.ragsdale@galiherlaw.com

Ilana Kananipiliokala Waxman ilana.waxman@galiherlaw.com, sarah.lee@galiherlaw.com, shawn.arrisgado@galiherlaw.com

Marissa Lei Lin Owens mowens@goodsill.com, pho@goodsill.com, phori@goodsill.com

Bradford Chun bchun@kdubm.com

**1:11-cv-00637-JMS-RLP Notice will not be electronically mailed to:**