UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | |
|---|---|
| James McIndoe, et al v. Asbestos Corp. Ltd, et al.,  )  | |
|    C. D. California, C.A. No. 2:11-08970    ) | MDL No. 875 |
| Marie Spilmon, et al v. General Electric Company,  ) | |
|    N. D. California, C.A. No. 4:11-05256    ) | |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

     A conditional transfer order was filed in these action (*McIndoe* and *Spilmon*) on November 4, 2011. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *McIndoe* and *Spilmon* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently withdrew their opposition to transfer.

     IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-460" filed on November 4, 2011, is LIFTED. The actions are is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eduardo C. Robreno.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel