BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 In re Asbestos Litigation

*Leite, et al. v. Crane Co. et al.*, District of Hawaii, Civ. No. 1:11-00636
*Akau, et al. v. Crane Co. et al.*, District of Hawaii, Civ. No. 1:11-00637
*Thompson et al. v. Crane Co. et al.*, District of Hawaii, Civ. No. 1:11-00638

## WITHDRAWAL OF FILING

DEFENDANTS WARREN PUMPS, LLC, IMO INDUSTRIES, INC., and

AURORA PUMP COMPANY, by and through their counsel, hereby

WITHDRAWS the following pleadings filed on November 16, 2011:

1.      Pleading # 8065: First Notice of Appearance For CTO-459 re: pldg. (1

in HI/1:11-cv-00637, 1 in HI/1:11-cv-00638, 8006 in MDL No. 875) Filed by

Ewing M. Martin, III Defendant Warren Pumps, LLC Associated Cases: MDL No.

875, HI/1:11-cv-00636, HI/1:11-cv-00637, HI/1:11-cv-00638 (Martin, Ewing)

(Entered: 11/16/2011);

2.      Pleading #8066: First NOTICE OF APPEARANCE FOR CTO-459

re: pldg. (1 in HI/1:11-cv-00637, 1 in HI/1:11-cv-00638, 8006 in MDL No. 875)

Filed by Ewing M. Martin, III Defendant IMO Industries, Inc. Associated Cases:

MDL No. 875, HI/1:11-cv-00636, HI/1:11-cv-00637, HI/1:11-cv-00638 (Martin,

Ewing) (Entered: 11/16/2011); and

3.      Pleading #8068: First NOTICE OF APPEARANCE FOR CTO-459

re: pldg. (1 in HI/1:11-cv-00636, 7997 in MDL No. 875) Filed by Ewing M.

Martin, III Defendant Warren Pumps, LLC Associated Cases: MDL No. 875,

HI/1:11-cv-00636, HI/1:11-cv-00637, HI/1:11-cv-00638 (Martin, E) (Entered:

11/16/2011).

DATED: Honolulu, Hawai'i, November 16, 2011.

s/ E. Mason Martin III
ELTON JOHN BAIN
E. MASON MARTIN III
BRADFORD K. CHUN
KESSNER UMEBAYASHI
BAIN & MATSUNAGA
Attorneys for Defendant
WARREN PUMPS, LLC
IMO INDUSTRIES, INC.
AURORA PUMP COMPANY