BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 In re Asbestos Litigation

*Amy K. Akau, et al. v. Crane Co. et al.*

District of Hawaii, Civ. No. 1:11-00637 JMS/RLP

## PROOF OF SERVICE

I hereby certify that on November 16, 2011, a copy of the foregoing pleading was filed electronically and is available for viewing from the Court's ECF system. Notice of this filing will be sent to all counsel of record via the Court's ECF system.

DATED: Honolulu, Hawai'i, November 16, 2011.

/s/ E. Mason Martin III
E. MASON MARTIN III
220 South King Street, Suite 1900
Central Pacific Plaza
Honolulu, Hawaii  96813
Telephone No. (808) 536-1900
Email: mmartin@kdubm.com
Counsel for Defendant
WARREN PUMPS, LLC.