BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)        MDL NO. 875

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN BENDER AND SUSAN BENDER,<br><br>    Plaintiffs,<br><br>v.<br><br><br>AIR & LIQUID SYSTEMS CORPORATION,<br>   As successor by merger to BUFFALO<br>   PUMPS, INC.<br>CBS CORPORATION f/k/a VIACOM, INC.,<br>   successor by merger with CBS<br>   CORPORATION f/k/a WESTINGHOUSE<br>   ELECTRIC CORPORATION<br>FOSTER WHEELER, LLC<br>GENERAL ELECTRIC COMPANY<br><br>    Defendants,<br><br>v.<br><br>GENERAL DYNAMICS/ELECTRIC BOAT<br>CORPORATION,<br><br>    Intervening Plaintiff. | Civil Action<br>No.:  3:11-cv-01666 |

1

## SCHEDULE OF ACTIONS

1. <u>John Bender and Susan Bender v. Air & Liquid Systems Corporation et al et. al.,</u>
   Civil Action No.: 3:11-cv-01666 (United States District Court for the District of Connecticut)

        Respectfully submitted,

        Air & Liquid Systems Corp., as Successor by Merger to Buffalo Pumps, Inc.,
        By its attorneys,

        */s/ Michael D. Simons*
        Michael D. Simons
        Fed. Bar No. ct28100
        Governo Law Firm LLC
        Two International Place, 15th Floor
        Boston, MA  02110
        Phone:  (617) 737-9045
        Fax: (617) 737-9046
        msimons@governo.com

Dated:  November 17, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this 17TH day of November, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

        */s/ Michael D. Simons*
        Michael D. Simons