BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In Re: Asbestos Products Liability Litigation (No. VI) | ) ) | MDL 875 |

## NOTICE OF TAG-ALONG ACTION

Defendant, 3M Company, gives notice to the Clerk of a "tag-along" action from the U.S. District Court for the Northern District of Alabama. That action is styled <u>Venise Faye Jones, et al. v. 3M Company, et al</u>, Civil Action No: 2011-cv-03367 (N.D. Ala.) A copy of the docket sheet and complaint as last amended are attached to this notice.

Defendant respectfully requests that the Panel transfer this tag-along action under 28 U.S.C. § 1407 and consolidate it with the other actions pending in MDL No. 875.

Respectfully submitted this 17th day of November 2011.

s/James A. Harris, III
James A. Harris, III (asb-0683-r74j)
Nicole M. Hardee (asb-0073-p71g)
2501 20th Place South, Suite 450
Birmingham, Alabama 35223
FAX:  (205) 871-0029
TEL:  (205) 871-5777
Email: jamey@harris-harris.com
Email: nicole@harris-harris.com

**OF COUNSEL:**

**HARRIS & HARRIS, LLP**

Attorneys for 3M Company