**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (VI)                    MDL 875

**SCHEDULE OF ACTIONS**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
|  |  |  |  |
| **Plaintiffs:** **VENISE FAYE JONES, JOE L. ALLEN, WILLIAM MCDANIEL, KENNETH R. JONES, WILLIAM M. BLACKWELL, HUGH RAY HARBIN, JOHNNY H. ETHERIDGE,** <br><br> **Movant:** 3M Company, incorrectly designated in the Complaint as 3M a/k/a Minnesota Mining & Manufacturing <br><br> **Defendants:** Anchor Darling Valve Company; A. W. Chesterton Co.; Buffalo Pumps, Inc.; CBS Corporation f/k/a Viacom, Inc., successor by merger with CBS Corporation, f/k/a Westinghouse Electric Corporation; Certainteed Corporation; Cleaver Brooks, Inc.; Crane Co.; Crown Holdings, Inc., individually, and as parent company of Crown Cork & Seal Co., Inc., individually, and as successor in interest to Mundet Cork Corporation; Dana Companies LLC, f/k/a Dana Corporation, individually and as successor in interest to Victor Manufacturing & Gasket Company,; Durabla Manufacturing Company; Flowserve Corporation, individually and as successor in interest to Durco International and Pacific Pumps,;  FMC Corporation, individually and as successor in interest to Peerless Pump Co; Foster Wheeler LLC; | ND – Alabama | 2:11-cv-03367 | Harwell G. Davis, III |

| General Electric; Georgia Pacific LLC; The Goodyear Tire & Rubber Company; Goulds Pumps, Inc.; Honeywell International, Inc., individually and as successor in interest to Allied Chemical Inc., f/k/a Bendix Corporation,; Metropolitan Life & Insurance Co.; National Service Industries, Inc.; Saint-Gobain Abrasives, Inc., individually and as successor in interest to Norton Company; Sepco Corporation; Sterling Fluid Systems (USA) LLC, f/k/a Peerless Pump Company; U. S. Steel Corp.; USX Corporation, as successor in interest to United States Steel LLC f/k/a Tennessee Coal and Iron. | | | |
|---|---|---|---|