## **PROOF OF SERVICE**

I certify that on the 17th day of November 2011, I served a copy of the foregoing on the following using the CM/ECF system which will send notification of such filing to all counsel of record as follows:

Counsel for Plaintiff:
G. Patterson Keahey, Jr.(info@mesohelp.com)
G PATTERSON KEAHEY PC
One Independence Plaza, Suite 612
Birmingham, AL 35209

Counsel for A. W. Chesterton Co. and Buffalo Pumps, Inc.:
Edward B. McDonough, Jr. (ebm@emcdonoughlaw.com)
EDWARD B MCDONOUGH JR PC
1800 Amsouth Bank Building
Mobile, AL 36633

Counsel for CBS Corporation:
James A. Harris, III (jamey@harris-harris.com)
Nicole M. Hardee (nicole@harris-harris.com)
HARRIS & HARRIS LLP
2501 20th Place South, Suite 450
Birmingham, Alabama 35223

Counsel for Certainteed Corporation and Dana Companies LLC:
Evelyn F. Davis (edavis@hptylaw.com)
HAWKINS PARNELL THACKSTON & YOUNG LLP
4000 Suntrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308

Counsel for Cleaver Brooks, Inc.:
Ernest L. Wetzler, II (ewetzler@hptylaw.com)
HAWKINS, PARNELL, THACKSTON & YOUNG, LLP
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308

Counsel for Crane Co., Foster Wheeler LLC and Goulds Pumps, Inc.:
Timothy A. Clarke  (tclarke@vickersriis.com)
F. Grey Redditt, Jr. (gredditt@vickersriis.com)
VICKERS RIIS MURRAY & CURRAN
Eleventh Floor, Regions Bank Building
106 Saint Francis Street
Mobile, AL 36652-2568

Counsel for Crown Holdings, Inc.:
Walter T. Gilmer, Jr. (wgilmer@mcdowellknight.com)
Anne Laurie McClurkin (amcclurkin@mcdowellknight.com)
MCDOWELL KNIGHT ROEDDER & SLEDGE LLC
63 South Royal Street, Suite 900
Mobile, AL 36601

Counsel for FMC Corporation, Georgia-Pacific LLC, U.S. Steel Corp., and U.S.X. Corp.:
Allan R. Wheeler (awheeler@burr.com)
C. Paul Cavender (pcavende@burr.com)
BURR & FORMAN LLP
South Trust Tower, Suite 3100
420 North 20th Street
Birmingham, AL 35203

Counsel for Flowserve Corporation:
Richard M. Crump (crumprm@fpwk.com)
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, LLP
City Centre, Suite 100S
200 South Lamar Street
Jackson, MS 39201

and

Edward B. McDonough, Jr. (ebm@emcdonoughlaw.com)
EDWARD B MCDONOUGH JR PC
1800 Amsouth Bank Building
Mobile, AL 36633

Counsel for General Electric:
S. Allen Baker (abaker@balch.com)
Jenelle R. Evans (jevans@balch.com)
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 2700
Birmingham, AL 35201

Counsel for Honeywell International, Inc.:
Frank E. Lankford, Jr. (fel@hfsllp.com)
Stewart W. McCloud (swm@hfsllp.com)
HUIE FERNAMBUCQ & STEWART
2801 Highway 280 South
Three Protective Center, Suite 200
Birmingham, AL 35223-2484

and

Robert R. Baugh (baughnortherndistrict@sirote.com)
Robin B. Mark (rbeardsley@sirote.com)
SIROTE & PERMUTT, PC
2311 Highland Avenue South
Birmingham, AL 35205

Counsel for Metropolitan Life Insurance Company:
Michael A. Vercher (mvercher@csattorneys.com)
Joi C. Scott (jcscott@csattorneys.com)
CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203-2696

Counsel for Saint-Gobain Abrasives, Inc.:
Robert H. Sprain (rhs@sprainlaw.com)
SPRAIN LAW FIRM PC
1701 29th Court South
Birmingham, AL 35209

Counsel for Sepco Corporation:
Frank E. Lankford, Jr. (fel@hfsllp.com)
HUIE FERNAMBUCQ & STEWART
2801 Highway 280 South
Three Protective Center, Suite 200
Birmingham, AL 35223-2484

Counsel for Sterling Fluid Systems (USA), LLC:
Allan R. Wheeler (awheeler@burr.com)
BURR & FORMAN LLP
South Trust Tower, Suite 3100
420 North 20th Street
Birmingham, AL 35203

Counsel for The Goodyear Tire & Rubber Company:
William L. Waudby, Esq. (bwaudby@bakerdonelson.com)
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ PC
420 North 20th Street, Suite 1600
Birmingham, AL 35203

                                                  s/James A. Harris, III
                                                  OF COUNSEL