UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | |
|---|---|
| NO VI | MDL 875 |
| This Document Relates To: | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE BRUEGGEMAN, Individually and as successor in interest to David E. Brueggeman, Deceased,<br><br>        Plaintiff,<br>   vs.<br><br>3M COMPANY, INC.; AURORA PUMP COMPANY; AW CHESTERTON COMPANY; BUFFALO PUMPS, INC.; CALAVERAS ASBESTOS, LTD.; CARRIER CORPORATION; CBS CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION F/K/A WESTINGHOUSE ELECTRIC CORPORATION; CERTAINTEED CORPORATION; CRANE CO. INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO CHAPMAN VALVES, JENKINS VALVES INC., AND STOCKHAM VALVES AND FITTINGS; CRANE PUMPS & SYSTEMS; DEMING PUMPS; GENERAL ELECTRIC COMPANY; GRINNELL CORPORATION; GRISCOM-RUSSELL COMPANY; HANSON PERMANENTE CEMENT, INC., F/K/A KAISER CEMENT CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO KAISER GYPSUM COMPANY, INC.; HILL BROTHERS CHEMICAL COMPANY; HOPEMAN BROTHERS, INC.; IMO INDUSTRIES, INC. (INDIVIDUALLY AND AS SUCCESSOR | (ASBESTOS)<br><br>USDC Case No.  2:11-cv-9418 SVW (VBKx)<br><br>Los Angeles Superior Court Case No. BC461201 |

1

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S
NOTICE OF POTENTIAL TAG-ALONG ACTION

IN INTEREST TO DELAVAL TURBINE
CO.); J.T. THORPE AND SONS, INC.;
KAISER GYPSUM COMPANY, INC.;
KAISER CEMENT CORPORATION
(INDIVIDUALLY AND/OR AS
SUCCESSOR TO KAISER GYPSUM
COMPANY, INC.); MECHANICAL
DRIVES & BELTING, F/K/A L.A.
RUBBER COMPANY; METROPOLITAN
LIFE INSURANCE COMPANY; M.
SLAYEN & ASSOCIATES, INC.; NASH
ENGINEERING; PARKER HANIFFIN
CORPORATION, INDIVIDUALLY AND
AS SUCCESSOR IN INTEREST TO
SACOMA SIERRA COMPANY; SOCO
WEST, INC., F/K/A BRENNTAG WEST,
INC., F/K/A SOCO-LYNCH
CORPORATION, F/K/A SOCO-
WESTERN CHEMICAL
CORPORATION, F/K/A STINNES-
WESTERN CHEMICAL
CORPORATION; UNION CARBIDE
CORPORATION; VIACOM, INC., AS
SUCCESSOR IN INTEREST BY MERGER
TO CBS CORP., AND WESTINGHOUSE
ELECTRIC CORPORATION; YARWAY
CORPORATION; and DOES 1-300,

Defendants.

## DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION

**TO THE CLERK OF THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:**

1.      On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order").  That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause.  MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under section 1407
> or under consideration by the Panel for transfer under section 1407 shall
> promptly notify the Clerk of the Panel of any potential "tag-along actions"

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S
NOTICE OF POTENTIAL TAG-ALONG ACTION

in which that party is aslo named or in which that counsel appears.

2.      The undersigned hereby notifies the court that the state court action that has now been removed to federal court (a copy of the original state court complaint is provided herewith as an attachment to this filing) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Defendant FOSTER WHEELER ENERGY CORPORATION ("Foster Wheeler") is providing written notice of this Notice of Potential Tag-Along Action to all adverse parties.  Foster Wheeler reserves the right to amend or supplement this Notice of Potential Tag-Along Action.

Dated: November 18, 2011                    BRYDON HUGO & PARKER


By:        /s/ Thomas J. Moses
           Edward R. Hugo [Bar No. 124839]
           Shaghig D. Agopian [Bar No. 237947]
           Thomas J. Moses [Bar No. 116002]
           BRYDON HUGO & PARKER
           135 Main Street, 20th Floor
           San Francisco, CA 94105
           Telephone:  (415) 808-0300
           Facsimile:  (415) 808-0333
           Email: service@bhplaw.com

           Attorneys for Defendant
           FOSTER WHEELER ENERGY
           CORPORATION

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S
NOTICE OF POTENTIAL TAG-ALONG ACTION