UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE BRUEGGEMAN, Individually and as successor in interest to David E. Brueggeman, Deceased,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>3M COMPANY, INC.; AURORA PUMP COMPANY; AW CHESTERTON COMPANY; BUFFALO PUMPS, INC.; CALAVERAS ASBESTOS, LTD.; CARRIER CORPORATION; CBS CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION F/K/A WESTINGHOUSE ELECTRIC CORPORATION; CERTAINTEED CORPORATION; CRANE CO. INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO CHAPMAN VALVES, JENKINS VALVES INC., AND STOCKHAM VALVES AND FITTINGS; CRANE PUMPS & SYSTEMS; DEMING PUMPS; GENERAL ELECTRIC COMPANY; GRINNELL CORPORATION; GRISCOM-RUSSELL COMPANY; HANSON PERMANENTE CEMENT, INC., F/K/A KAISER CEMENT CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO KAISER GYPSUM COMPANY, INC.; HILL BROTHERS CHEMICAL COMPANY; HOPEMAN BROTHERS, INC.; IMO INDUSTRIES, INC. (INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO DELAVAL TURBINE CO.); J.T. THORPE AND SONS, INC.; | (ASBESTOS)<br><br>USDC Case No.2:11-cv-9418 SVW (VBKx)<br><br>Los Angeles Superior Court Case No. BC461201 |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1
SCHEDULE OF ACTIONS

| |
|---|
| KAISER GYPSUM COMPANY, INC.; KAISER CEMENT CORPORATION (INDIVIDUALLY AND/OR AS SUCCESSOR TO KAISER GYPSUM COMPANY, INC.); MECHANICAL DRIVES & BELTING, F/K/A L.A. RUBBER COMPANY; METROPOLITAN LIFE INSURANCE COMPANY; M. SLAYEN & ASSOCIATES, INC.; NASH ENGINEERING; PARKER HANIFFIN CORPORATION, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO SACOMA SIERRA COMPANY; SOCO WEST, INC., F/K/A BRENNTAG WEST, INC., F/K/A SOCO-LYNCH CORPORATION, F/K/A SOCO-WESTERN CHEMICAL CORPORATION, F/K/A STINNES-WESTERN CHEMICAL CORPORATION; UNION CARBIDE CORPORATION; VIACOM, INC., AS SUCCESSOR IN INTEREST BY MERGER TO CBS CORP., AND WESTINGHOUSE ELECTRIC CORPORATION; YARWAY CORPORATION; and DOES 1-300,<br><br>                    Defendants. |

## SCHEDULE OF ACTIONS

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. § 1442, Defendant FOSTER WHEELER ENERGY CORPORATION ("Foster Wheeler") hereby provides notice that Foster Wheeler has no related actions currently pending before the Judicial Panel of Multidistrict Litigation.

Dated: November 18, 2011        BRYDON HUGO & PARKER

                    By:    /s/ Thomas J. Moses
                        Edward R. Hugo [Bar No. 124839]
                        Shaghig D. Agopian [Bar No. 237947]
                        Thomas J. Moses [Bar No. 116002]
                        BRYDON HUGO & PARKER
                        135 Main Street, 20th Floor
                        San Francisco, CA 94105
                        Telephone:  (415) 808-0300
                        Facsimile:  (415) 808-0333
                        Email: service@bhplaw.com

                        Attorneys for Defendant
                        FOSTER WHEELER ENERGY
                        CORPORATION