UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE BRUEGGEMAN, Individually and as successor in interest to David E. Brueggeman, Deceased,<br><br>     Plaintiff,<br>  vs.<br><br>     3M COMPANY; AURORA PUMP COMPANY; AW CHESTERTON COMPANY; BUFFALO PUMPS, INC.; CALAVERAS ASBESTOS, LTD.; CARRIER CORPORATION; CBS CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION F/K/A WESTINGHOUSE ELECTRIC CORPORATION; CERTAINTEED CORPORATION; CRANE CO. INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO CHAPMAN VALVES, JENKINS VALVE INC., AND STOCKHAM VALVES AND FITTINGS; CRANE PUMPS & SYSTEMS; DEMING PUMPS; GENERAL ELECTRIC COMPANY; GRINNELL CORPORATION; GRISCOM-RUSSELL COMPANY; HANSON PERMANENTE CEMENT, INC., F/K/A KAISER CEMENT CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO KAISER GYPSUM COMPANY, INC.; HILL BROTHERS CHEMICAL COMPANY; HOPEMAN BROTHERS, INC.; IMO INDUSTRIES, INC. (INDIVIDUALLY AND AS SUCCESSOR | (ASBESTOS)<br><br>USDC Case No. 2:11-cv-9418 SVW (VBKx)<br><br>Los Angeles Superior Court Case No. BC461201 |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1
CERTIFICATE OF SERVICE

| |
|---|
| IN INTEREST TO DELAVAL TURBINE CO.; J.T. THORPE AND SONS, INC.; KAISER GYPSUM COMPANY, INC.; KAISER CEMENT CORPORATION (INDIVIDUALLY AND/OR AS SUCCESSOR TO KAISER GYPSUM COMPANY, INC.); MECHANICAL DRIVES & BELTING, F/K/A L.A. RUBBER COMPANY; METROPOLITAN LIFE INSURANCE COMPANY; M. SLAYEN & ASSOCIATES, INC.; NASH ENGINEERING; PARKER HANIFFIN CORPORATION, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO SACOMA SIERRA COMPANY; SOCO WEST, INC., F/K/A BRENNTAG WEST, INC., F/K/A SOCO-LYNCH CORPORATION, F/K/A SOCO-WESTERN CHEMICAL CORPORATION, F/K/A STINNES-WESTERN CHEMICAL CORPORATION; UNION CARBIDE CORPORATION; VIACOM, INC., AS SUCCESSOR IN INTEREST BY MERGER TO CBS CORP., AND WESTINGHOUSE ELECTRIC CORPORATION; YARWAY CORPORATION and DOES 1-300,<br><br>    Defendants. |

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the within action.  My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105.  On July 28, 2011 served the following:

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION;

SCHEDULE OF ACTIONS;

U.S. DISTRICT COURT CALIFORNIA CENTRAL DISTRICT CIVIL DOCKET FOR CASE 2:11-cv-9418 SVW (VBKx)

PLAINTIFF KATHERINE BRUEGGEMAN'S SUMMONS AND COMPLAINT

Counsel for Plaintiff:  DeBlase Brown Eyerly Via **Facsimile (310) 575-9919**

on all parties via facsimile to the following attached service list.

I declare under penalty of perjury that the above is true and correct. Executed on November 18, 2011, at San Francisco, California.

_/s/ Wanda D. Claudio_
Wanda D. Claudio

Edward R. Hugo [Bar No. 124839]
Shaghig D. Agopian [Bar No. 237947]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3
CERTIFICATE OF SERVICE

*Brueggeman, Katherine (WD David E.)*
Los Angeles County Superior Court Case No. BC461201

**SERVICE LIST**

Baker, Keener & Nahra
633 W. Fifth Street, 54th Floor
Los Angeles, CA 90071
Fax: (213) 241-0990
Attorneys for York International Corporation

Bassi Edlin Huie & Blum
351 California Street, Suite 200
San Francisco, CA 94104
Fax: (415) 397-1339
Attorneys for J.T. Thorpe & Son, Inc.

DeHay & Elliston
800 West Sixth Street, Suite 788
Los Angeles, CA 90017
Fax: (213) 271-2730
Attorneys for Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc.

Foley & Mansfield
300 South Grand Avenue, Suite 2800
Los Angeles, CA 90071
Fax: (213) 283-2101
Attorneys for Calaveras Asbestos, Ltd.

Foley & Mansfield
300 Lakeside Drive, Suite 1900
Oakland, CA 94612
Fax: (510) 590-9595
Attorneys for The Nash Engineering Company

Gordon & Rees
275 Battery Street, #2000
San Francisco, CA 94111
Fax: (415) 986-8054
Attorneys for 3M Company

Howard Rome Martin & Ridley
1775 Woodside Road, Suite 200
Redwood, CA 94061-3436
Fax: (650) 364-5297
Attorneys for IMO Industries Inc.

K&L Gates
10100 Santa Monica Boulevard, 7th Floor
Los Angeles, CA 90067
Fax: (310) 552-5001
Attorneys for Crane Co.

Lombardi, Loper & Conant
1999 Harrison Street, Suite 2600
Oakland, CA 94612
Fax: (510) 433-2699
Attorneys for Mechanical Drives & Belting

McKenna Long & Aldridge
300 S. Grand Avenue, 14th Floor
Los Angeles, CA 90071
Fax: (213) 243-6330
Attorneys for Certainteed Corporation and Union Carbide Corporation

Morgan, Lewis & Bockius
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
Fax: (213) 612-2501
Attorneys for Yarway Corporation and Grinnell LLC

Murrin & Associates
71 Lafayette Circle, Suite B
Lafayette, CA 94549
Fax: (925) 262-2111
Attorneys for Soco West, Inc.

Pond North
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
Fax: (213) 623-3594
Attorneys for CBS Corporation

Sedgwick LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Fax: (415) 781-2635
Attorneys for General Electric Company

| | |
|---|---|
| 1 | Selman Breitman |
| | 11766 Wilshire Boulevard, 6th Floor |
| 2 | Los Angeles, CA 90025 |
| | Fax: (310) 473-2525 |
| 3 | Attorneys for Aurora Pump Company |
| 4 | Steptoe & Johnson |
| | 633 West Fifth Street, Suite 700 |
| 5 | Los Angeles, CA 90071 |
| | Fax: (213) 439-9599 |
| 6 | Attorneys for Metropolitan Life Insurance Company |
| 7 | |
| 8 | Tucker Ellis & West |
| | 135 Main Street, Suite 700 |
| | San Francisco, CA 94105 |
| 9 | Fax: (415) 617-2409 |
| | Attorneys for Carrier Corporation |
| 10 | |
| 11 | Tucker Ellis & West |
| | 515 South Flower Street, 42nd Floor |
| 12 | Los Angeles, CA 90071 |
| | Fax: (213) 430-3409 |
| 13 | Attorneys for Carrier Corporation |
| 14 | Vasquez Estrada & Conway |
| | 1000 Fourth Street, Suite 700 |
| 15 | San Rafael, CA 94901 |
| | Fax: (415) 453-0549 |
| 16 | Attorneys for Hill Brothers Chemical Company |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |