BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | §<br>§ | MDL DOCKET NO. 875 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA (NORTHERN DIVISION)

| | | |
|---|---|---|
| **REUBEN MORGAN,** | ) | |
| **Plaintiff,** | )<br>) | |
| vs. | )<br>) | 2011-cv-00535<br>(CTO−466) |
| **BILL VANN COMPANY, INC., et al.,** | )<br>)<br>) | |
| **Defendants.** | ) | |

### PLAINTIFF'S NOTICE OF OPPOSITION TO
### CONDITIONAL TRANSFER ORDER TO MDL 875 (CTO-466)

COMES NOW the Plaintiff, by and through counsel of record and pursuant to Rule 7.1(c) under 28 U.S.C. § 1407, and hereby files this Notice of Opposition to Transfer of Action to MDL 875 (CTO-466).

Pursuant to Rule 7.1(f) under 28 U.S.C. § 1407, Plaintiff shall file his motion to vacate the conditional transfer order and brief in support thereof within fourteen (14) days of the filing of this Notice.

1

Respectfully submitted this the 18th day of November, 2011.

> s/G. Patterson Keahey
> G. Patterson Keahey
> ASB-6357-A64G
> *Attorney for the Plaintiff*

OF COUNSEL:
THE LAW OFFICES OF G. PATTERSON KEAHEY, P.C.
One Independence Drive, Ste. 612
Birmingham, Alabama 35209
Telephone:  (205)871-0707
Facsimile:  (205)871-0801
Email:            efile@mesohelp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November, 2011, I have caused service of the foregoing on the parties of record by electronic filing with the Clerk of Court using the CM/ECF electronic filing system which will send a Notice of Electronic Filing to all parties with an e-mail address of record and by first-class mail to those parties not registered to receive notice from the Clerk of Court.

> s/ G. Patterson Keahey
> OF COUNSEL