BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 – In re Asbestos Litigation

*Douglas P. Leite, et al. v. Crane Co., et al.*, District of Hawaii, C.A. No. 1:11-cv-00636

## DEFENDANT CRANE CO.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant CRANE CO. states that Crane Co. has no parent corporation, and no publicly-held corporation owns ten-percent (10%) or more of its stock.

Sincerely,

/s/ Lee T. Nakamura
Lee T. Nakamura
Tom Petrus & Miller, LLLC
1164 Bishop Street, Suite 650
Honolulu, HI  96813
808-792-5800
Email:  lnakamura@tpm-hawaii.com
Counsel for Defendant
CRANE CO.