BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | §<br>§ | MDL DOCKET NO. 875 |

*****************************************

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA (NORTHERN DIVISION)

| | | |
|---|---|---|
| **REUBEN MORGAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 2011-cv-00535 |
| | ) | (CTO−466) |
| **BILL VANN COMPANY, INC., et al.,** | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S MOTION TO VACATE THE CONDITIONAL
TRANSFER ORDER (CTO – 466)**

COMES NOW the Plaintiff, pursuant to Rule 7.1(f) of the Rules of

Procedure of the Judicial Panel on Multidistrict Litigation, and hereby files this

Plaintiff's Motion to Vacate the Conditional Transfer Order (CTO – 466) to allow

the transferor court to rule on Plaintiff's Motion for Remand and accompanying

briefs.  This motion is accompanied by the attached Brief in Support of Motion to

Vacate the Conditional Transfer Order.  In support, Plaintiff states as follows:

1

1. This case was originally filed in the Circuit Court of Wilcox County, Alabama and was removed to the United States District Court for the Southern District of Alabama, Northern Division on September 15, 2011. On November 18, 2011, the United State Judicial Panel on Multidistrict Litigation entered an order conditionally transferring this case to MDL-875 in the Eastern District of Pennsylvania. Between October 14, 2011 and November 15, 2011, Plaintiff's Motion for Remand was fully briefed and is currently awaiting a ruling by the District Court. Additionally, on November 18, 2011, the Plaintiff filed a Motion for Expedited Consideration of the Pending Remand Motions with the District Court as Mr. Morgan's health condition is steadily decreasing.

2. As stated in Plaintiff's Brief in Support of Motion to Vacate the Conditional Transfer Order, Mr. Morgan requests that this Honorable Panel vacate CTO – 466 to allow the District Court to rule on Plaintiff's fully briefed Motion for Remand to ensure that the stated purposes of this Panel are served.

3. The Panel is respectfully referred to Plaintiff's Brief in Support of this Motion, filed herewith, for a full discussion of these issues.

## CONCLUSION

WHEREFORE, Plaintiff respectfully requests that this Panel vacate Conditional Transfer Order 466 pending a decision by the United States District

Court for the Southern District of Alabama, Northern Division on Plaintiff's Motion for Remand and accompanying briefs.

Respectfully submitted this 21st day of November, 2011.

s/G. Patterson Keahey
G. Patterson Keahey
Alabama State Bar No.: ASB-6357-A64G
*Attorney for the Plaintiff*

**OF COUNSEL:**
THE LAW OFFICES OF G. PATTERSON KEAHEY, P.C.
One Independence Drive, Ste. 612
Birmingham, Alabama 35209
Telephone:  (205)871-0707
Email:       efile@mesohelp.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2011, I have caused service of the foregoing on the parties of record by electronic filing with the Clerk of Court using the CM/ECF, electronic filing system, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, and by first-class mail to those parties not registered to receive notice from the Clerk of Court.

s/ G. Patterson Keahey
OF COUNSEL