UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE:  ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)

| | | |
|---|---|---|
| Rendon Joseph Francis v. Union Carbide Corp., et al. | ) | MDL No. 875 |
| E.D. Louisiana, C.A.  No. 2:11-cv-02695-JCZ-ALC | ) | |

## STATEMENT OF CORPORATE DISCLOSURE

NOW INTO COURT, through undersigned counsel, comes defendant, Continental Insurance Company, successor by merger to Fidelity & Casualty Company of New York, who submits as follows in accordance with Federal Rule of Civil Procedure 7.1 and Uniform Local Rule 5.6:

1. Continental Insurance Company is successor by merger to Fidelity & Casualty Company of New York.

2. Continental Insurance Company is a wholly owned subsidiary of Continental Casualty Company.

3. Continental Casualty Company is a wholly owned subsidiary of The Continental Corporation.

4. The Continental Corporation is a wholly owned subsidiary of CNA Financial.

5. CNA Financial is a publicly traded corporation.  Loews Corporation owns the majority of the stock of CNA Financial and is publicly traded.  No other corporation owns more than 10% or more of the stock of CNA Financial.

00272830-1

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

*/s/  Paul J. Verlander*
_____

**GARY M. ZWAIN #13809
PAUL J. VERLANDER, #19196
NICOLE M. BOYER #29775**
3838 North Causeway Boulevard
Three Lakeway Center, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
**Attorney for Continental Insurance Company, Successor by Merger to Fidelity & Casualty Company of New York**

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2011, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

*/s/  Paul J. Verlander*
_____
**Paul J. Verlander**

00272830-1