UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)

|  |  |  |
|---|---|---|
| **Rendon Joseph Francis v. Union Carbide Corp., et al.** | ) | **MDL No. 875** |
| E.D. Louisiana, C.A. No. 2:11-cv-02695-JCZ-ALC | ) | |

## NOTICE OF APPEARANCE

NOW INTO COURT, through undersigned counsel, comes defendant, Continental Insurance Company, successor by merger to Fidelity & Casualty Company of New York, which hereby notifies the Court that its counsel of record for this case is:

PAUL J. VERLANDER (LSBA#19196)
E-Mail pverlander@duplass.com
cgreen@duplass.com

GARY M. ZWAIN (LSBA#13809)
E-Mail gzwain@duplass.com
mtweedy@duplass.com

NICOLE M. BOYER (LSBA#29775)
E-Mail nboyer@duplass.com

DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK
3838 North Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone (504) 832-3700
Facsimile (504) 837-3119

Paul J. Verlander is the attorney designated to file and receive service of all pleadings under MDL Rule 4.1(c).

        Respectfully submitted,

        **DUPLASS, ZWAIN, BOURGEOIS,**
        **PFISTER & WEINSTOCK**

        */s/  Paul J. Verlander*
        _____
        **GARY M. ZWAIN #13809**
        **PAUL J. VERLANDER, #19196**
        **NICOLE M. BOYER #29775**
        3838 North Causeway Boulevard
        Three Lakeway Center, Suite 2900
        Metairie, Louisiana 70002
        Telephone: (504) 832-3700
        Facsimile: (504) 837-3119
        **Attorney for Continental Insurance Company, Successor by Merger to Fidelity & Casualty Company of New York**

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2011, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

        */s/  Paul J. Verlander*
        _____
        **Paul J. Verlander**

00272918-1