### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RENDON JOSEPH FRANCIS** | * | CIVIL ACTION No. 2:11-cv-2695 |
| **vs.** | * | JUDGE JAY C. ZAINEY |
| **UNION CARBIDE CORP., ET AL** | * | MAGISTRATE:  CHASEZ |

*************************************************************************

*Pertains to:*   MDL-875 – In re Asbestos Products Liability Litigation (No. VI)
               CONDITIONAL TRANSFER ORDER 461 (CTO-461)
               Schedule CTO-461 - Tag-Along Action

*************************************************************************

### MOTION TO VACATE CONDITIONAL TRANSFER ORDER

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff who files his Motion to Vacate Conditional Transfer Order for the reasons set forth in the accompanying Memorandum in Support.

In light of the reasons discussed in the Memorandum in Support, most particularly the fact that Plaintiff's Motion to Remand has been briefed by the parties and is currently under advisement by the Honorable Jay C. Zainey of the Eastern District of Louisiana, Plaintiff submits that transferring the instant case at this time would be a significant waste of judicial resources as the Motion for Remand is under advisement.  If the court grants the motion and remands the case to state court, then the matter is no longer before the federal courts.  If the court denies the motion, the case can then be transferred as this court deems appropriate.

1

**WHEREFORE**, Plaintiff respectfully requests that Conditional Transfer Order 461 be vacated insofar as relates to the instant case.

Respectfully submitted,

**LANDRY & SWARR, L.L.C.**

/s/ *Frank J. Swarr*
Frank J. Swarr (La. Bar No. 23322) (T.A.)
David R. Cannella (La. Bar 26231)
Philip C. Hoffman (La. Bar No. 32277)
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
Telephone:  (504) 299-1214
Facsimile:  (504) 299-1215
E-mail:  lslaw@landryswarr.com

**MAUNE RAICHLE HARTLEY FRENCH & MUDD**
NATHANIEL D. MUDD, MO Bar No. 51720
One Metropolitan Square
211 N. Broadway, Suite 2940
St Louis, MO 63102
Telephone: 314/244-1397
Facsimile: 314/621-5990

ATTORNEYS FOR PLAINTIFF


COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November, 2011, a copy of the foregoing has been filed with the JPML and all Counsel of record are being served via the ECF system.

*/s/ Frank J. Swarr*