BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RENDON JOSEPH FRANCIS** | * | **CIVIL ACTION No. 2:11-cv-2695** |
| | * | |
| vs. | * | **JUDGE JAY C. ZAINEY** |
| | * | |
| **UNION CARBIDE CORP., ET AL** | * | **MAGISTRATE: CHASEZ** |

*****************************************************************************

*Pertains to:*   MDL-875 – In re Asbestos Products Liability Litigation (No. VI)
                 CONDITIONAL TRANSFER ORDER 461 (CTO-461)
                 Schedule CTO-461 - Tag-Along Action

*****************************************************************************

### MEMORANDUM IN SUPPORT OF MOTION
### TO VACATE CONDITIONAL TRANSFER ORDER

**MAY IT PLEASE THE COURT:**

The Court should vacate Conditional Transfer Order 461 insofar as it relates to the instant case. This action was originally filed in Louisiana State Court and was improperly removed to the Eastern District of Louisiana. Plaintiff filed a Motion to Remand which the Honorable Judge Jay C. Zainey of the Eastern District of Louisiana has set for consideration for 9:00 am on November 23, 201. The Motion to Remand has therefore been briefed by the parties, is currently under advisement with the Court, and judgment is imminent.

It would be a needless waste of judicial resources to transfer this case to MDL-875 before the Eastern District of Louisiana is able to issue its ruling on the threshold issue of whether this case belongs in federal court at all. If the case is remanded, then obviously this court would have

1

no further involvement. If the case is not remanded, it can then be transferred to MDL-875 as this court sees fit. There is simply no good reason not to allow the remand issue to be sorted out prior to any transfer.

**WHEREFORE**, Plaintiff respectfully requests that Conditional Transfer Order 461 be vacated insofar as relates to the instant case.

Respectfully submitted,

LANDRY, SWARR & CANNELLA, L.L.C.

*/s/ Frank J. Swarr*
FRANK J. SWARR, Bar No. 23322 (T.A.)
MICKEY P. LANDRY, Bar No. 22817
DAVID R. CANNELLA, Bar No. 26231
PHILIP C. HOFFMAN, Bar No 32277
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
Telephone: (504) 299-1214
Facsimile: (504) 299-1215
E-mail: lslaw@landryswarr.com

**MAUNE RAICHLE HARTLEY FRENCH & MUDD**
NATHANIEL D. MUDD, MO Bar No. 51720
One Metropolitan Square
211 N. Broadway, Suite 2940
St Louis, MO 63102
Telephone: 314/244-1397
Facsimile: 314/621-5990

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November, 2011, a copy of the foregoing has been filed with the JPML and all Counsel of record are being served via the ECF system.

*/s/ Frank J. Swarr*