**DUPLASS**
**ZWAIN**
**BOURGEOIS**
**PFISTER &**
**WEINSTOCK**

LAWRENCE J. DUPLASS
GARY M. ZWAIN
DAVID J. BOURGEOIS
C. MICHAEL PFISTER
ANDREW D. WEINSTOCK (1)
GUYTON H. VALDIN, JR.
KELLY CAMBRE BOGART (1)
CHRISTIAN B. BOGART (1)
JOSEPH G. GLASS (2)

KEVIN R. DERHAM (3)
JOSEPH E. BEARDEN, III
JAIME M. CAMBRE
COREY M. OUBRE (1)
PAUL J. VERLANDER
NICOLE M. BOYER
RYAN M. MALONE
PHILIP G. WATSON
BEN S. DIPALMA

SHENDELLE T. POLK
ERZSEBET M. PIFKO

SPECIAL COUNSEL
DAVID M. CAMBRE

(1) also admitted in Texas
(2) also admitted in Mississippi
(3) also admitted in Maryland

November 22, 2011

United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, D.C. 20544-0005

   Re:  In Re: Asbestos Products Liability Litigation (No. VI)
       MDL No. 875
       Rendon Joseph Francis v. Union Carbide Corp, et al
       E.D. Louisiana, C.A. N. 2:11-cv-02695-JCZ-ALC

Dear Sir or Madam:

  I have received notice by telephone from your office that, while the Corporate Disclosure Statement we submitted yesterday in the referenced matter, on behalf of Continental Insurance Company, was proper in form and content, we made errors or omissions in entering the parent entity information contained in our disclosure on the electronic docket.  In order to correct this oversight, I was instructed by your office to withdraw the original Statement of Corporate Disclosure filed on behalf of Continental Insurance Company, successor by merger to Fidelity & Casualty Company of New York and to file an Amended (but identical) Statement of Corporate Disclosure, with the electronic entry of docketing information properly done.  Please permit us to withdraw the original Statement of Corporate Disclosure and to re-file it as an Amended Statement of Corporate Disclosure, with docketing entries properly completed.

  Thank you for your assistance.

       Sincerely,

       **DUPLASS, ZWAIN, BOURGEOIS,**
       **PFISTER & WEINSTOCK**

       /s/ Paul J. Verlander_____
       **PAUL J. VERLANDER**

PJV/mtr

A PROFESSIONAL LAW CORPORATION
29TH FLOOR, THREE LAKEWAY CENTER 3838 N. CAUSEWAY BLVD.  METAIRIE, LOUISIANA 70002
TELEPHONE 504.832.3700  FAX 504.837.3119
www.duplass.com

00273778-1