UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE:  ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)

|  |  |  |
|---|---|---|
| | ) | |
| Rendon Joseph Francis v. Union Carbide Corp., et al. | ) | MDL No. 875 |
| E.D. Louisiana, C.A.  No. 2:11-cv-02695-JCZ-ALC | ) | |
| | ) | |

### AMENDED STATEMENT OF CORPORATE DISCLOSURE

NOW INTO COURT, through undersigned counsel, comes defendant, Continental Insurance Company, successor by merger to Fidelity & Casualty Company of New York, who submits the following Amended Statement of Corporate Disclosure, in accordance with Federal Rule of Civil Procedure 7.1 and Uniform Local Rule 5.6.  This Amended Disclosure is identical to the disclosure previously filed on November 21, 2011, but Continental is re-submitting the disclosure in order to correct errors in electronic docketing entries, in accordance with the instructions of the clerk of this Honorable Court.

1. Continental Insurance Company is successor by merger to Fidelity & Casualty Company of New York.

2. Continental Insurance Company is a wholly owned subsidiary of Continental Casualty Company.

3. Continental Casualty Company is a wholly owned subsidiary of The Continental Corporation.

4. The Continental Corporation is a wholly owned subsidiary of CNA Financial.

00273641-1

5. CNA Financial is a publicly traded corporation. Loews Corporation owns the majority of the stock of CNA Financial and is publicly traded. No other corporation owns more than 10% or more of the stock of CNA Financial.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

*/s/ Paul J. Verlander*
_____

**GARY M. ZWAIN #13809**
**PAUL J. VERLANDER, #19196**
**NICOLE M. BOYER #29775**
3838 North Causeway Boulevard
Three Lakeway Center, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
**Attorney for Continental Insurance Company, Successor by Merger to Fidelity & Casualty Company of New York**

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2011, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

*/s/ Paul J. Verlander*
_____
**Paul J. Verlander**

00273641-1