BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | ) ) | MDL DOCKET NO. 875 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REUBEN MORGAN, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO.: 2:11-cv-535 |
| ALBANY INTERNATIONAL CORP., et al., | ) ) ) | (CTO-466) |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned, Keith J. Pflaum of the firm of Porterfield, Harper, Mills & Motlow, P.A., and hereby files this Notice of Appearance as counsel of behalf of defendant, **Albany International Corporation**.

This appearance is without waiver of, and defendant expressly reserves and pleads, all available defenses.

Respectfully submitted the 23rd day of November, 2011.

                                        s/Keith J. Pflaum_____
                                        Keith J. Pflaum
                                        Bar Number: ASB-3002-A54K
                                        Attorney for Defendant, Albany International Corporation
                                        Porterfield, Harper, Mills & Motlow, P.A.
                                        22 Inverness Center Parkway, Suite 600
                                        Birmingham, AL 35242-4821

Telephone: (205) 980-5000
Fax: (205) 980-5001
E-mail: kjp@phm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___23rd___ day of ___November___, 2011, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and I hereby certify that I have mailed by U.S. Mail the document to all non-CM/ECF participants.

**s/Keith J. Pflaum**_____
Keith J. Pflaum
Bar Number: ASB-3002-A54K
Attorney for Defendant, Albany International Corporation
Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway, Suite 600
Birmingham, AL 35242-4821
Telephone: (205) 980-5000
Fax: (205) 980-5001
E-mail: kjp@phm-law.com