BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS ) | |
| LIABILITY LITIGATION (No. VI)        ) | MDL DOCKET NO. 875 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA (NORTHERN DIVISION)

| | |
|---|---|
| **REUBEN MORGAN,**           ) | |
| ) | |
| **Plaintiff,**           ) | |
| ) | Civil Action No.: 2011-cv-00535 |
| **vs.**           ) | (CTO-466) |
| ) | |
| **BILL VANN COMPANY, INC., et al.,**           ) | |
| ) | |
| **Defendants.**           ) | |

## NOTICE OF WITHDRAWAL

COMES NOW Timothy A. Clarke of the firm of Vickers, Riis, Murray & Curran, LLC, and hereby files this Notice of Withdrawal of his Notice of Appearance filed on November 22, 2011 [Doc. 8096] naming him as lead counsel on behalf of Defendant, **Bill Vann Company, Inc.**

Dated:  November 23, 2011.

Respectfully submitted,

*/s/ Timothy A. Clarke*
F. GREY REDDITT, JR. (ASB-5142-R64F)
TIMOTHY A. CLARKE (ASB-1440-R67T)

*Attorneys for Defendant Bill Vann Company, Inc.*

{00564805.DOCX-1}

**OF COUNSEL**:
VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Phone: (251) 432-9772
Facsimile: (251) 432-9781
Email: gredditt@vickersriis.com
E-Mail: tclarke@vickersriis.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel who are CM/ECF participants, and I hereby certify that I have served the document on non-CM/ECF participants by United States Mail postage prepaid.

*/s/ Timothy A. Clarke*
TIMOTHY A. CLARKE

{00564805.DOCX-1}