BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS          ) | |
| LIABILITY LITIGATION (No. VI)       ) | MDL DOCKET NO. 875 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA (NORTHERN DIVISION)

| | |
|---|---|
| **REUBEN MORGAN,**           ) | |
| **Plaintiff,**           ) | |
| vs.           ) | Civil Action No.: 2011-cv-00535 (CTO-466) |
| **BILL VANN COMPANY, INC., et al.,**    ) | |
| **Defendants.**           ) | |

## NOTICE OF WITHDRAWAL

COMES NOW F. Grey Redditt, Jr. of the firm of Vickers, Riis, Murray & Curran, LLC, and hereby files this Notice of Withdrawal of his Notice of Appearance filed on November 22, 2011 [Doc. 8103] naming him as lead counsel on behalf of Defendant, **Goulds Pumps, Inc.**

Dated:  November 23, 2011.

Respectfully submitted,

*/s/ F. Grey Redditt, Jr.*
F. GREY REDDITT, JR. (ASB-5142-R64F)
TIMOTHY A. CLARKE (ASB-1440-R67T)

*Attorneys for Defendant Goulds Pumps, Inc.*

**OF COUNSEL**:
VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Phone:          (251) 432-9772
Facsimile:     (251) 432-9781
Email:            gredditt@vickersriis.com
E-Mail:          tclarke@vickersriis.com

{00564809.DOCX-1}

## CERTIFICATE OF SERVICE

    I hereby certify that on this 23rd day of November, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel who are CM/ECF participants, and I hereby certify that I have served the document on non-CM/ECF participants by United States Mail postage prepaid.

                                               */s/ F. Grey Redditt, Jr.*
                                               F. GREY REDDITT, JR.