BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) | |
| LIABILITY LITIGATION (No. VI) ) | MDL DOCKET NO. 875 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA (NORTHERN DIVISION)

| | |
|---|---|
| REUBEN MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2011-cv-00535 |
| ) | (CTO-466) |
| BILL VANN COMPANY, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

COMES NOW, William T. Mills, II of the firm of Porterfield, Harper, Mills & Motlow, P.A., and hereby files this Notice of Appearance as counsel on behalf of Defendant, Warren Pumps, LLC and requests that the Court and all parties copy same on all notices and/or pleadings and filings.

        Respectfully submitted,

        **s/ William T. Mills, II**
        William T. Mills, II
        Attorney for Warren Pumps LLC
        Porterfield Harper Mills & Motlow PA
        22 Inverness Center Parkway, Suite 600
        Birmingham, AL 35242
        Tel. (205) 980-5000/Fax (205) 980-5001
        Email: wtm@phm-law.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 23, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

      Respectfully submitted,

      **s/ William T. Mills, II**
      William T. Mills, II
      Attorney for Warren Pumps LLC
      Porterfield Harper Mills & Motlow PA
      22 Inverness Center Parkway, Suite 600
      Birmingham, AL 35242
      Tel. (205) 980-5000/Fax (205) 980-5001
      Email: wtm@phm-law.com