

TRIAL LAWYERS

| | | |
|---|---|---|
| ALAN R. BRAYTON<br>GILBERT L. PURCELL<br><br>DAVID R. DONADIO<br>LLOYD F. LEROY<br><br>OF COUNSEL<br>JEFFREY D. EISENBERG*<br><br>* ADMITTED ONLY IN STATES<br>OTHER THAN CALIFORNIA | 222 Rush Landing Road<br>P O Box 6169<br>Novato, California 94948-6169<br>Telephone: (415) 898-1555<br>Facsimile: (415) 898-1247<br><br>Portland: (503) 295-4931<br>Los Angeles: (415) 898-1555<br>Salt Lake City: (801) 366-9100<br><br>Email: mail@braytonlaw.com<br>www.braytonlaw.com | ANNE T. ACUÑA    BRIANA E. McCARTHY<br>JENNIFER L. ALESIO    MAUREEN C. MCGOWAN<br>DAVID H. BACKENSTOE    KIMBERLY L. MEYER<br>ROBERT L. BARROW    MICHAEL T. MILLER<br>JENNIFER C. BENADERET    NANCY A. MULLIKIN<br>SARAH N. BENDON    EMMA NELSON-MUNSON<br>GARY L. BRAYTON    JAMES P. NEVIN<br>RENE J. CASILLI    JAMIE A. NEWBOLD<br>ANDREW CHEW    KEENAN W. NG<br>KIMBERLY J. CHU    OREN P. NOAH<br>HUGH C. COOK    NEGAR PIRZADEH<br>JANETTE H. GLASER    BRENDA D. POSADA<br>JOHN B. GOLDSTEIN    JASON M. ROSE<br>MEREDITH B. GOOD*    FRAMTA SAECHAO<br>RICHARD M. GRANT    AMIR S. SARRESHTEHDARY<br>CHRISTINA D. HART    CHRISTINA C. SKUBIC<br>CHRIS E. HERSOM    GEOFF T. SLONIKER<br>BRIAN D. HOLMBERG    KSENIA L. SNYLYK<br>GARY V JUDD    ERIC C. SOLOMON<br>CLAYTON W. KENT    LANCE R. STEWART<br>MATTHEW B. LEE    UMU K. TAFISI<br>ELISABETH A. LEONARD, Ph.D    JANE E. VETTO*<br>MICHAEL D. LEVINSON    NANCY T. WILLIAMS<br>PHYRA M. McCANDLESS | |

November 28, 2011

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

   Re: <u>*Dale M. Shelly vs. Asbestos Corporation Limited, et al.*</u>
     U.S. District Court, Northern District of California, Case No. 4:11-cv-05597-SBA

Dear Clerk of the Panel:

  Plaintiff in the above-referenced matter has initiated an asbestos-related action. Pursuant to MDL Rule 7.5(c), counsel for Plaintiff informs the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" this asbestos case currently pending in the United States District Court for the Northern District of California. Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of Procedure, the panel is authorized to enter a conditional transfer order or file an order to show cause why this action should not be transferred.

  Plaintiff's Notice of Tag-Along Action is being filed with the U.S. District Court for the Northern District of California. The notice is being served upon the parties. Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

         Very truly yours,

         /s/  *David R. Donadio*

         David R. Donadio

DRD:sld

K:\Injured\114966\FED\CORRESP\ltr-Tag-Along.wpd