## CERTIFICATE OF CM/ECF SERVICE

I hereby certify that I electronically filed with the Clerk of the Judicial Panel MDL using the CM/ECF system on November 28, 2011, the following document(s).

NOTICE OF TAG-ALONG ACTION;

DOCKET; and

COMPLAINT

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated this 28th day of November, 2011.

/s/ Sherry De La Torre
Sherry De La Torre

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

*Dale M. Shelly v. Asbestos Corporation Limited, et al.*
U.S. District Court, Northern District of California, Case No. 4:11-cv-05597-SBA

CERTIFICATE OF SERVICE