UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)            MDL No. 875

(SEE ATTACHED SCHEDULE*)

**CONDITIONAL TRANSFER ORDER (CTO-467)**

On July 29, 1991, the Panel transferred 21,937 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 86,058 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C Robreno.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Nov 29, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

\* The record indicates that, with the exception of one action (*Collado v. American President Lines, et al.,* N.D. Ohio, C.A. No. 86-948), the Eastern District of Pennsylvania court has already assigned an Eastern District of Pennsylvania civil action number to each of these actions.

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                                      MDL No. 875

### SCHEDULE CTO−467 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **MICHIGAN EASTERN** | | | |
| MIE | 2 | 88−71684 | Fuller v. Amerada Hess Corp, et al |
| MIE | 2 | 88−71685 | Hicks v. A L Burbank &Co Ltd, et al |
| MIE | 2 | 88−71686 | Bishop, et al v. AK Steamship Co, et al |
| MIE | 2 | 88−71687 | Lambier v. Amer Export Lines, et al |
| MIE | 2 | 88−71695 | Maravillas v. Amercargo Inc, et al |
| MIE | 2 | 88−71698 | Blanco, et al v. Amer Export Isbrandt, et al |
| MIE | 2 | 88−71700 | Mante, et al v. Amercargo Inc, et al |
| MIE | 2 | 88−71701 | Jartin v. A H Bull &Co, et al |
| MIE | 2 | 88−71754 | Heredia v. A H Bull &Co, et al |
| MIE | 2 | 88−71805 | Osorio, et al v. Amer Export Isbrandt, et al |
| MIE | 2 | 88−71809 | Sanchez, et al v. Amer Export Lines, et al |
| MIE | 2 | 88−71813 | Correa v. Amer Export Isbrandt, et al |
| MIE | 2 | 88−71819 | Cabrera v. Amer Export Isbrandt, et al |
| MIE | 2 | 88−71820 | Roy v. Amerada Hess Corp, et al |
| MIE | 2 | 88−71824 | Murray v. Amer Export Isbrandt, et al |
| MIE | 2 | 88−71829 | Whiting v. Boland &Cornelius, et al |
| MIE | 2 | 88−71830 | George v. Amer Export Lines, et al |
| MIE | 2 | 88−71833 | Hart v. Amer Export Isbrandt, et al |
| MIE | 2 | 88−71834 | Kostouros v. Beaufort Agcy Inc, et al |
| MIE | 2 | 88−71836 | Pellon v. Amer Export Isbrandt, et al |
| MIE | 2 | 88−71837 | Leung v. Amer Export Lines, et al |
| MIE | 2 | 88−71838 | Dyas, et al v. Amer Export Isbrandt, et al |
| MIE | 2 | 88−71840 | Babson v. A L Burbank &Co Ltd, et al |
| MIE | 2 | 88−71843 | Maze v. Seymore, et al |
| MIE | 2 | 88−71844 | Hensley v. Amer Export Isbrandt, et al |
| MIE | 2 | 88−71847 | Lelonek v. A L Burbank &Co Ltd, et al |
| MIE | 2 | 88−71851 | Santos v. Alcoa, et al |
| MIE | 2 | 88−71853 | Jenkins, et al v. A H Bull Co, et al |
| MIE | 2 | 88−71854 | Wright v. Columbia Trans, et al |
| MIE | 2 | 88−71857 | Cruz, et al v. Amer Export Isbrandt, et al |
| MIE | 2 | 88−71859 | Sam, et al v. Amer Export Lines, et al |
| MIE | 2 | 91−70470 | Farmer v. Amer Pres Lines Ltd, et al |

| | | | |
|---|---|---|---|
| MIE | 2 | 91–70474 | Johnson v. AK Steamship Co, et al |
| MIE | 2 | 91–70475 | Marcogliese v. A H Bull Co, et al |
| MIE | 2 | 91–70481 | Kornacki v. Cargo Tankship Mgmt, et al |
| MIE | 2 | 91–70482 | Kowalski v. Amer Steamship Co, et al |
| MIE | 2 | 91–70483 | Leal v. Amer Export Lines, et al |
| MIE | 2 | 91–70485 | Mercadel v. Lykes Bros Steamship, et al |
| MIE | 2 | 91–70486 | Ransom v. St Steamship Co, et al |
| MIE | 2 | 91–70489 | Coe, et al v. Amer Petro Co, et al |
| MIE | 2 | 91–70493 | Hubbard v. Amer Pres Lines Ltd, et al |
| MIE | 2 | 91–70497 | Kashubeck v. Cleveland Tankers, et al |
| MIE | 2 | 91–70498 | Miller, et al v. Amer Pres Lines Ltd, et al |
| MIE | 2 | 91–70499 | Brown v. Alcoa, et al |
| MIE | 2 | 91–70500 | Carstapeh v. Cntrl Gulf Lines, et al |
| MIE | 2 | 91–70502 | Doyle v. AK Steamship Co, et al |
| MIE | 2 | 91–70505 | Middleton v. Cargo Ships Tanker, et al |
| MIE | 2 | 91–70507 | Perello, et al v. Eagle Transporter, et al |
| MIE | 2 | 91–72001 | Anderson v. Acands Inc, et al |
| MIE | 2 | 91–72002 | Anderson v. Foster Wheeler Co, et al |
| MIE | 2 | 91–72003 | Anderson v. Manville Corp |
| MIE | 2 | 91–72012 | Carstaphen v. Manville Corp |
| MIE | 2 | 91–72016 | Coe v. Manville Corp |
| MIE | 2 | 91–72017 | Coe, et al v. Foster Wheeler Co, et al |
| MIE | 2 | 91–72018 | Coe, et al v. ACandS Inc, et al |
| MIE | 2 | 91–72019 | Conde v. Foster Wheeler Co, et al |
| MIE | 2 | 91–72020 | Conde v. ACandS Inc, et al |
| MIE | 2 | 91–72027 | Doyle v. ACandS Inc, et al |
| MIE | 2 | 91–72028 | Doyle v. Manville Corp |
| MIE | 2 | 91–72029 | Estrada v. Manville Corp |
| MIE | 2 | 91–72031 | Estrada v. Foster Wheeler Co, et al |
| MIE | 2 | 91–72032 | Farmer v. ACandS Inc, et al |
| MIE | 2 | 91–72033 | Fleming v. Manville Corp |
| MIE | 2 | 91–72034 | Fleming v. Foster Wheeler Co, et al |
| MIE | 2 | 91–72045 | Hubbard v. Foster Wheeler Co, et al |
| MIE | 2 | 91–72046 | Hubbard v. ACandS Inc, et al |
| MIE | 2 | 91–72052 | Johnson v. ACandS Inc, et al |
| MIE | 2 | 91–72053 | Johnson v. Foster Wheeler Co, et al |
| MIE | 2 | 91–72054 | Johnson v. Manville Corp, et al |
| MIE | 2 | 91–72058 | Kashubeck v. ACandS Inc, et al |
| MIE | 2 | 91–72059 | Kashubeck v. Manville Corp |
| MIE | 2 | 91–72060 | Kashubeck v. Foster Wheeler Co, et al |
| MIE | 2 | 91–72061 | Kornacki v. ACandS Inc, et al |
| MIE | 2 | 91–72062 | Kornacki v. Manville Corp |
| MIE | 2 | 91–72063 | Kornacki v. Foster Wheeler Co, et al |
| MIE | 2 | 91–72064 | LaFave v. Foster Wheeler Co, et al |
| MIE | 2 | 91–72065 | LaFave v. Manville Corp |
| MIE | 2 | 91–72066 | LaFave v. ACandS Inc, et al |
| MIE | 2 | 91–72068 | Lea v. ACandS Inc, et al |
| MIE | 2 | 91–72069 | Leal v. Manville Corp |

| | | | |
|---|---|---|---|
| MIE | 2 | 91–72070 | Marcogliese v. ACandS Inc, et al |
| MIE | 2 | 91–72071 | Marcogliese v. Foster Wheeler Co, et al |
| MIE | 2 | 91–72072 | Marcogliese v. Manville Corp |
| MIE | 2 | 91–72076 | Mercadel v. ACandS Inc, et al |
| MIE | 2 | 91–72078 | Mercadel v. Manville Corp |
| MIE | 2 | 91–72079 | Mercadel v. Foster Wheeler Co, et al |
| MIE | 2 | 91–72082 | Middleton v. Foster Wheeler Co, et al |
| MIE | 2 | 91–72084 | Middleton v. Manville Corp |
| MIE | 2 | 91–72088 | Payne v. Manville Corp |
| MIE | 2 | 91–72089 | Payne v. ACandS Inc, et al |
| MIE | 2 | 91–72091 | Payne v. Foster Wheeler Co, et al |
| MIE | 2 | 91–72093 | Perello, et al v. ACandS Inc, et al |
| MIE | 2 | 91–72094 | Perello, et al v. Foster Wheeler Co, et al |
| MIE | 2 | 91–72096 | Perello v. Manville Corp |
| MIE | 2 | 91–72097 | Ransom v. Foster Wheeler Co, et al |
| MIE | 2 | 91–72099 | Ransom v. ACandS Inc, et al |
| MIE | 2 | 91–72360 | Flemming v. Manville Corp, et al |
| MIE | 2 | 91–72361 | Hubbard, et al v. Manville Corp, et al |
| MIE | 2 | 91–72363 | Conde, et al v. Manville Corp, et al |
| MIE | 2 | 91–72366 | Ransom, et al v. Manville Corp, et al |
| MIE | 2 | 91–72367 | Farmer, et al v. ACandS Inc, et al |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 1 | 00–20006 | ANDERSON v. A–C PRODUCT LIABILITY TRUST |
| OHN | 1 | 00–20008 | BARTEL et al v. A–C PRODUCT LIABILITY TRUST |
| OHN | 1 | 09–13736 | MILLER v. A–C PRODUCT LIABILITY TRUST |
| OHN | 1 | 86–00948 | Herman L. Collado v. American President Lines, Ltd., et al. |
| OHN | 1 | 86–01908 | HARRELL v. LYKES BROS. STEAMSHIP CO. INC. |
| OHN | 1 | 86–02230 | REEVES et al v. AMERICAN EXPORT ISBRANDSTEN |
| OHN | 1 | 86–02559 | CARBONE v. AMERICAN PRESIDENT LINES LTD. |
| OHN | 1 | 86–20556 | BURNS v. BULL LINES/BULL DREDGING INC. et al |
| OHN | 1 | 88–01242 | HICKSON et al v. ARMSTRONG WORLD INDUSTRIES, INC. et al |
| OHN | 1 | 88–03222 | NUOSCE et al v. ARMSTRONG WORLD INDUSTRIES, INC. et al |
| OHN | 1 | 88–03243 | GANG v. ARMSTRONG WORLD INDUSTRIES, INC. et al |
| OHN | 1 | 89–10218 | DECOLLO et al v. ACANDS, INC et al |
| OHN | 1 | 89–11296 | KLINGELHEBER v. C.P. HALL COMPANY |
| OHN | 1 | 89–16598 | DUNCAN v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16599 | DUNCAN v. FOSTER WHEELER COMPANY, ET. AL. |

| | | | |
|---|---|---|---|
| OHN | 1 | 89–16600 | DURANT v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16601 | DWYER v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16602 | EBANKS v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16603 | ELIAS v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16604 | ELLIOTT v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16605 | ELLIS v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16606 | ESCALERA v. FOSTER WHEELER, ET. AL. |
| OHN | 1 | 89–16607 | ESTRADA v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16608 | EVANS v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16609 | EVERETT v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16610 | FELICIANO v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16611 | FELTUS v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16612 | FERGUSON v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16613 | FLEMING v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16614 | FLORES v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16615 | FORBES v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16616 | FORDE v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16617 | FORDE v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16618 | FRANCO v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16619 | FRANKLIN v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16620 | GARCIA v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16621 | GARRETT v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16622 | GEBBIA v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16623 | GETHERS v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16624 | GIBBONS v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16625 | GIBBS v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16626 | GIONCO v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16627 | GIORGIO v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16628 | |

| | | | |
|---|---|---|---|
| | | | GABLE v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16629 | GOODSON v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16630 | GOODSON v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16631 | GORESH v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16632 | GOTTSCHALK v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16633 | GOWLASH v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16634 | GRAY v. FOSTER WHEELER COMPANY, ET. AL. |
| OHN | 1 | 89–16635 | GRIFFITH v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16636 | GRILES v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16637 | GRIMES v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16638 | GUENARD v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16639 | GUERRERO v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16640 | HAJKIEWICZ v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16641 | HARDING v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16642 | HARPER v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16643 | HARRIS v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16644 | HARRIS v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16645 | HARRIS v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16646 | HASSAN v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16647 | HAVERSHAM v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16648 | HERKUL v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16649 | HERNANDEZ v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16650 | HERNANDEZ v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16651 | HERNANDEZ v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16652 | HIBBERT v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16653 | HICKS v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16654 | HINSON v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16655 | HIRSCH v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16656 | HOBDY v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16657 | HOLLOBAUGH v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16658 | HOLMES v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16659 | HOUSEMAN v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16660 | HOUSTON v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16661 | HOWARD v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16662 | HUBBARD v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16663 | HUHN v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16664 | ISLES v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16665 | JACKSON, JR v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16666 | JAIMAN v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16667 | JAP–NGIE v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16668 | JAPNGIE v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16669 | JARRIN v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16670 | JENICEK v. FOSTER WHEELER COMPANY |

| | | | |
|---|---|---|---|
| OHN | 1 | 89–16671 | JENNINGS v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16672 | JERMANY v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16673 | JERNIGAN v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16674 | JIMENEZ v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16675 | JOHNSON v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16676 | JOHNSON v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16677 | JOHNSON v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16678 | JORDAN v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16679 | JORDAN v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16680 | JOYCE v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16681 | JULES v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16682 | KLUMPS v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16683 | KOCAK v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16684 | LAKE v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16685 | LATORRE v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16687 | LAWRENCE v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16688 | LAWSON v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–16689 | LESSOR v. FOSTER WHEELER COMPANY |
| OHN | 1 | 89–19108 | LEE et al v. FOSTER WHEELER COMPANY |
| OHN | 1 | 90–10026 | CANALES v. AMERICAN EXPORT ISBRANDSTEN |
| OHN | 1 | 90–10028 | GARCIA v. AMERICAN PRESIDENT LINES LTD. |
| OHN | 1 | 90–10045 | BARTEL et al v. AGWI LINES |
| OHN | 1 | 90–10073 | MILLER v. AGWIC LINES |
| OHN | 1 | 90–10077 | MILLER v. AMERICAN STEAMSHIP CO. |
| OHN | 1 | 90–10183 | MILLER v. A. L. BURBANK &COMPANY LTD. |
| OHN | 1 | 90–10422 | MILLER v. ORION SHIPPING &TRADING CORP. |
| OHN | 1 | 90–10447 | SORIANO et al v. CANTERBURY SHIPPING COMPANY |
| OHN | 1 | 90–10457 | MILLER v. ACADEMY TANKERS INC. |
| OHN | 1 | 90–10474 | MEJIA v. AMERICAN EXPORT ISBRANDTSEN |
| OHN | 1 | 90–10491 | BLACKMAN v. AMERICAN EXPORT LINES INC. |
| OHN | 1 | 90–10496 | VAZQUEZ v. AMERICAN EXPORT ISBRANDTSEN |
| OHN | 1 | 90–10498 | MORALES v. FARRELL LINES INC. |
| OHN | 1 | 90–10528 | CHAVES v. AMERICAN EXPORT ISBRANDTSEN |
| OHN | 1 | 90–10530 | BARTEL et al v. AMERICAN EXPORT LINES INC. et al |
| OHN | 1 | 90–10538 | ROSARIO v. CONOCO OIL |
| OHN | 1 | 90–10548 | MILLER v. AMERICAN EXPORT LINES INC. |
| OHN | 1 | 90–10556 | PRADO v. ALCOA |
| OHN | 1 | 90–10574 | ROSADO et al v. AMERICAN EXPORT ISBRANDTSEN |
| OHN | 1 | 90–10578 | RODRIGUEZ et al v. AMERICAN EXPORT ISBRANDTSEN |
| OHN | 1 | 90–10582 | PEREIRA et al v. ACADEMY TANKERS INC. |
| OHN | 1 | 90–10593 | WHEAT v. BLOOMFIELD STEAMSHIP CO. |
| OHN | 1 | 90–10597 | LAWRENCE v. AMERICAN SOUTH AFRICAN LINES |
| OHN | 1 | 90–10654 | |

| | | | |
|---|---|---|---|
| | | | CUETO et al v. AMERICAN EXPORT ISBRANDTSEN |
| OHN | 1 | 90–10664 | RODRIQUEZ–DIAS et al v. AMERICAN EXPORT ISBRANDTSEN |
| OHN | 1 | 90–10666 | ROSADO v. A.H. BULL AND CO. |
| OHN | 1 | 90–10668 | TORRES et al v. AMERICAN EXPORT LINES INC. |
| OHN | 1 | 90–10676 | MILLER v. AMERICAN EXPORT ISBRANDTSEN |
| OHN | 1 | 90–10681 | KING et al v. AMERICAN TRADING AND PRODUCTION CORP. |
| OHN | 1 | 90–10691 | QUINONEZ et al v. GULF OIL COMPANY |
| OHN | 1 | 90–10713 | LESLIE v. AMERICAN STEAMSHIP COMPANY |
| OHN | 1 | 90–10729 | COOK et al v. AMERICAN EXPORT LINES INC. |
| OHN | 1 | 90–10740 | TEEPLE et al v. AMERICAN EXPORT LINES |
| OHN | 1 | 90–10742 | MARTIN v. AMERICAN CONDOR STEAMSHIP CORP. |
| OHN | 1 | 90–10743 | DESROCHERS v. A. L. BURBANK &COMPANY LTD. |
| OHN | 1 | 90–10746 | JARONCZYK v. AMERADA HESS CORP. |
| OHN | 1 | 90–10748 | JACKSON v. ACADEMY TANKERS INC. |
| OHN | 1 | 90–10752 | TORREY v. ACADEMY TANKERS INC. |
| OHN | 1 | 90–10754 | STIMAC et al v. AMERICAN TRADING &PRODUCTION CORP. |
| OHN | 1 | 90–10760 | YANDACKA v. AMERADA HESS CORP. |
| OHN | 1 | 90–10761 | RIGSBY v. AMERICAN EXPORT ISBRANDTSEN |
| OHN | 1 | 90–10763 | DELMARTY v. AMERICAN TRADING TRANSPORT CO. |
| OHN | 1 | 90–10764 | HARDY et al v. AMERICAN EAGLE TANKER et al |
| OHN | 1 | 90–10887 | MILLER v. AMERICAN EXPORT LINES INC. |
| OHN | 1 | 90–10894 | MILLER v. AMERICAN EXPORT ISBRANDTSEN |
| OHN | 1 | 90–10897 | MILLER v. AMERICAN EXPORT ISBRANDTSEN |
| OHN | 1 | 90–10925 | MILLER v. AMERICAN EXPORT LINES INC. |
| OHN | 1 | 90–10935 | LUGO v. ALCOA |
| OHN | 1 | 90–10937 | JENSEN v. 046 CORP. |
| OHN | 1 | 90–11147 | MILLER v. AMERICAN EXPORT ISBRANDTSEN |
| OHN | 1 | 90–11150 | ROSE v. CENTRAL GULF LINES STEAMSHIP |
| OHN | 1 | 90–11160 | MILLER v. CHEVRON USA |
| OHN | 1 | 91–72002 | ANDERSON v. FOSTER WHEELER COMPANY |
| OHN | 1 | 91–72003 | ANDERSON v. MANVILLE CORPORATION ASBESTOS DISEASE COMPENSATION FUND |
| OHN | 1 | 93–11386 | FELICE v. FOSTER WHEELER COMPANY |
| OHN | 1 | 93–13587 | VEGA–BROWN v. FOSTER WHEELER COMPANY |
| OHN | 1 | 93–13902 | ISAAC v. FOSTER WHEELER COMPANY |
| OHN | 1 | 94–14065 | MILLER v. A–C PRODUCT LIABILITY TRUST |

VIRGIN ISLANDS

| | | | |
|---|---|---|---|
| VI | 1 | 93–00030 | Bates, James v. Foster Wheeler Co. et al |
| VI | 1 | 93–00039 | Fields, Thomas v. Foster Wheeler Co. et al |
| VI | 1 | 93–00041 | Franco, Luis v. Foster Wheeler Co. et al |

| | | | |
|---|---|---|---|
| VI | 1 | 93–00045 | Gavilan, Jose v. Foster Wheeler Co. et al |
| VI | 1 | 93–00047 | Griggens, Ira W. v. Foster Wheeler Co. et al |
| VI | 1 | 93–00062 | Petersen, Harold v. Foster Wheeler Co. et al |
| VI | 1 | 93–00064 | Robertson, Phillip M. v. Foster Wheeler Co. et al |
| VI | 1 | 93–00083 | Whitney, Van v. Foster Wheeler Co. et al |

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 2 | 01–04859 | Greene v. American Standard, et al |