UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DEASON and MARY DEASON,<br><br>        Plaintiffs,<br>vs.<br><br>A.W. CHESTERTON COMPANY; ASTRA FLOORING COMPANY; ALLIED PACKING & SUPPL Y, INC.; CBS CORPORATION, a Delaware Corporation, formerly known as VIACOM INC., successor by merger to CBS CORPORATION, a Pennsylvania Corporation, formerly known as WESTINGHOUSE ELECTRIC CORPORATION; CLEAVER-BROOKS, INC., formerly known as AQUA-CHEM, INC.; FOSTER WHEELER LLC; GENERAL ELECTRIC COMPANY; GEORGIA-PACIFIC LLC; GOULDS PUMPS, INCORPORATED; HILL BROTHERS CHEMICAL COMPANY; HOPEMAN BROTHERS, INC.; IMO INDUSTRIES, INC., individually and as successor in interest, parent, alter ego and equitable trustee to DELAVAL STEAM TURBINE CO.; INGERSOLL-RAND COMPANY, individually and as successor in interest, parent, alter ego and equitable trustee to TERRY STEAM TURBINE COMPANY and THE WHITON MACHINE COMPANY; KAMAN INDUSTRIAL TECHNOLOGIES CORPORATION; LAMONS GASKET COMPANY, individually and as successor in interest, parent, alter ego and equitable trustee to POWER ENGINEERING & EQUIPMENT | (ASBESTOS)<br><br>USDC Case No.3:11-cv-05667 JCS<br><br>Alameda County Superior Court Case No. RG11-601088 |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1
SCHEDULE OF ACTIONS

| |
|---|
| CO.; M. SLAYEN AND ASSOCIATES, INC.; POWER ENGINEERING & EQUIPMENT CO.; SYD CARPENTER MARINE CONTRACTOR, INC.; NATIONAL STEEL AND SHIPBUILDING COMPANY; and FIRST DOE through THREE HUNDREDTH DOE, inclusive<br><br>Defendants. |

## SCHEDULE OF ACTIONS

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. § 1442, Defendant NATIONAL STEEL AND SHIPBUILDING COMPANY ("NASSCO") hereby provides notice that NASSCO has no related actions currently pending before the Judicial Panel of Multidistrict Litigation.

Dated: November 30, 2011

BRYDON HUGO & PARKER

By:   /s/ Thomas J. Moses
Edward R. Hugo [Bar No. 124839]
P.M. Bessette [Bar No. 127588]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
NATIONAL STEEL AND
SHIPBUILDING COMPANY

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2
SCHEDULE OF ACTIONS