UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DEASON and MARY DEASON,<br><br>        Plaintiffs,<br>   vs.<br><br>A.W. CHESTERTON COMPANY; ASTRA FLOORING COMPANY; ALLIED PACKING & SUPPL Y, INC.; CBS CORPORATION, a Delaware Corporation, formerly known as VIACOM INC., successor by merger to CBS CORPORATION, a Pennsylvania Corporation, formerly known as WESTINGHOUSE ELECTRIC CORPORATION; CLEAVER-BROOKS, INC., formerly known as AQUA-CHEM, INC.; FOSTER WHEELER LLC; GENERAL ELECTRIC COMPANY; GEORGIA-PACIFIC LLC; GOULDS PUMPS, INCORPORATED; HILL BROTHERS CHEMICAL COMPANY; HOPEMAN BROTHERS, INC.; IMO INDUSTRIES, INC., individually and as successor in interest, parent, alter ego and equitable trustee to DELAVAL STEAM TURBINE CO.; INGERSOLL-RAND COMPANY, individually and as successor in interest, parent, alter ego and equitable trustee to TERRY STEAM TURBINE COMPANY and THE WHITON MACHINE COMPANY; KAMAN INDUSTRIAL TECHNOLOGIES CORPORATION; LAMONS GASKET COMPANY, individually and as successor in interest, parent, alter ego and equitable trustee to POWER ENGINEERING & EQUIPMENT | (ASBESTOS)<br><br>USDC Case No.3:11-cv-05667 JCS<br><br>Alameda County Superior Court Case No. RG11-601088 |

| |
|---|
| CO.; M. SLAYEN AND ASSOCIATES, INC.; POWER ENGINEERING & EQUIPMENT CO.; SYD CARPENTER MARINE CONTRACTOR, INC.; NATIONAL STEEL AND SHIPBUILDING COMPANY; and FIRST DOE through THREE HUNDREDTH DOE, inclusive<br><br>    Defendants. |

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On November 30, 2011, I served the following:

DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION;

SCHEDULE OF ACTIONS;

U.S. DISTRICT COURT CALIFORNIA NORTHERN DISTRICT CIVIL DOCKET FOR CASE 3:11-cv-05667-JCS with PLAINTIFFS JAMES DEASON and MARY DEASON'S SUMMONS AND COMPLAINT

Counsel for Plaintiff: Kazan, McClain, Lyons, Greenwood & Harley Via Facsimile at: (510) 835-4913

on all parties via facsimile to the following attached service list.

I declare under penalty of perjury that the above is true and correct. Executed on November 30, 2011, at San Francisco, California.

*Wanda D. Claudio*

Wanda D. Claudio

Edward R. Hugo [Bar No. 124839]
P.M. Bessette [Bar No. 127588]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
NATIONAL STEEL AND
SHIPBUILDING COMPANY

*Deason, James & Mary*
USDC Northern Case No. 3:11-05667-JCS
Alameda County Superior Court Case No. RG11601088

**SERVICE LIST**

| | |
|---|---|
| Cooley Manion Jones Hake Kurowski, LLP<br>201 Spear Street, Ste 1800<br>San Francisco, CA 94105<br>Fax:  (415) 512-6791<br>*Attorneys for Defendant A.W. Chesterton Company* | Selman Breitman LLP<br>33 New Montgomery, Sixth Floor<br>San Francisco, CA 94105<br>Fax :  (415) 979-2099<br>*Attorneys for Defendant Lamons Gasket Company* |
| Crosby & Rowell, LLP<br>The American Bag Building<br>299 third Street, 2nd Floor<br>Oakland, CA 94607<br>Fax :  (510) 839-6610<br>*Attorneys for Defendant Goulds Pumps, Inc.* | Vasquez Estrada & Conway LLP<br>000 Fourth Street, Suite 700<br>San Rafael, CA 94901<br>Fax :  (415) 453-0549<br>*Attorneys for Defendant Hill Brothers Chemical Company* |
| Gordon & Rees LLP<br>Address :  Embarcadero Center West<br>275 Battery Street, 20th Floor<br>San Francisco, CA 94111<br>Fax :  (415) 986-8054<br>*Attorneys for Defendant Ingersoll-Rand Company* | Hillyard, Barnes & Reinholtz LLP<br>One California Street, Suite 1910<br>San Francisco, CA 94111<br>Fax: (415) 788-3625<br>*Attorneys for Defendant SYD Carpenter Marine Contractor, Inc.* |