**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS              )              MDL DOCKET NO. 875
LIABILITY LITIGATION (No. VI)        )

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

REUBEN MORGAN,                        )
                                     )
    **Plaintiff,**                       )
                                     )
v.                                   )              **CASE NO.: 2:11-cv-535**
                                     )
ALBANY INTERNATIONAL CORP.,          )              **(CTO-466)**
et al.,                              )
                                     )
    **Defendants.**                      )

**CORPORATE DISCLOSURE STATEMENT**

  The undersigned counsel for **Albany International Corporation** certifies that this party is a non-governmental corporate party and that:

_____ This party's parent, subsidiary and other affiliate corporations are listed below (for affiliates, briefly describe nature of affiliation; attach separate document if necessary)

_____ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

_____ The following publicly-held corporation(s), although not parties to the matter, have a financial interest in the outcome of the matter (e.g., by reason of insurance, a franchise agreement, or an indemnity agreement). Briefly describe the nature of the interest. (Note: parent, subsidiary, or affiliate corporations of a publicly-held corporation that falls within this category need not be disclosed.)

OR

 **X**  This party does not have any parent, subsidiary or affiliate corporations; no publicly-held corporation owns 10% or more of the party's stock; and no publicly-held corporation has a financial interest in the outcome of the matter.

Respectfully submitted the __30th__ day of __November__, 2011.

> **s/Keith J. Pflaum**_____
> Keith J. Pflaum
> Bar Number: ASB-3002-A54K
> Attorney      for      Defendant,      Albany
> International Corporation
> Porterfield, Harper, Mills & Motlow, P.A.
> 22 Inverness Center Parkway, Suite 600
> Birmingham, AL 35242-4821
> Telephone: (205) 980-5000
> Fax: (205) 980-5001
> E-mail: kjp@phm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the __30th__ day of __November__, 2011, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and I hereby certify that I have mailed by U.S. Mail the document to all non-CM/ECF participants.

> **s/Keith J. Pflaum**_____
> Keith J. Pflaum
> Bar Number: ASB-3002-A54K
> Attorney      for      Defendant,      Albany
> International Corporation
> Porterfield, Harper, Mills & Motlow, P.A.
> 22 Inverness Center Parkway, Suite 600
> Birmingham, AL 35242-4821
> Telephone: (205) 980-5000
> Fax: (205) 980-5001
> E-mail: kjp@phm-law.com