UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | | |
|---|---|---|
| Bonnie Von Dell, et al. v Boeing Company, et al., | ) | |
| D. Delaware, C.A. No. 1:11-00786 | ) | MDL No. 875 |

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE DECEMBER 1, 2011, HEARING SESSION

A conditional transfer order was filed in this action (*Von Dell*) on September 15, 2011. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Von Dell* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Von Dell* was remand to the Superior Court of Delaware by the Honorable Sue L. Robinson in an order filed on November 29, 2011.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-445" filed on September 15, 2011, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 18, 2011, are VACATED insofar as they relate to this action.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel