**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | ) | |
| LIABILITY LITIGATION (No. VI) | ) | **MDL DOCKET NO. 875** |

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA (NORTHERN DIVISION)**

| | | |
|---|---|---|
| **REUBEN MORGAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.: 2011-cv-00535** |
| vs. | ) | **(CTO-466)** |
| | ) | |
| **BILL VANN COMPANY, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE AND
CONFLICT STATEMENTS OF DEFENDANT CRANE CO.**

COMES NOW defendant, CRANE CO., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states that Crane Co. has no parent company and that no publicly traded company owns ten percent (10%) or more of its stock.

Dated: December 1, 2011.

Respectfully submitted,

*/s/ Timothy A. Clarke*
F. GREY REDDITT, JR. (ASB-5142-R64F)
TIMOTHY A. CLARKE (ASB-1440-R67T)

*Attorneys for Crane Co.*

{00564480.DOCX-1}

**OF COUNSEL**:
VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Phone:  (251) 432-9772
Facsimile: (251) 432-9781
Email:  gredditt@vickersriis.com
E-Mail: tclarke@vickersriis.com

## CERTIFICATE OF SERVICE

  I hereby certify that on December 1, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel who are CM/ECF participants, and I hereby certify that I have served the document on non-CM/ECF participants by United States Mail postage prepaid.

              */s/ Timothy A. Clarke*
              TIMOTHY A. CLARKE

{00564480.DOCX-1}