## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS ) | |
| LIABILITY LITIGATION (No. VI)       ) | **MDL DOCKET NO. 875** |

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF ALABAMA (NORTHERN DIVISION)

| | |
|---|---|
| **REUBEN MORGAN,**    ) | |
| ) | |
| **Plaintiff,**    ) | |
| ) | **Civil Action No.: 2011-cv-00535** |
| **vs.**    ) | **(CTO-466)** |
| ) | |
| **BILL VANN COMPANY, INC., et al.,**    ) | |
| ) | |
| **Defendants.**    ) | |

### FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT FOSTER WHEELER CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and SD ALA LR 3.4, Foster Wheeler LLC, survivor to a merger with Foster Wheeler Corporation, states:

1. Foster Wheeler LLC is the wholly owned subsidiary of Foster Wheeler Ltd. Foster Wheeler Ltd. has no parent corporations, and no known publicly held company owns 10% or more of Foster Wheeler Ltd. stock

2. Foster Wheeler Ltd. has issued shares to the public.

Dated:  December 1, 2011.

                                                                                    Respectfully submitted,

                                                                                   */s/ Timothy A. Clarke*
                                                                                    F. GREY REDDITT, JR. (ASB-5142-R64F)
                                                                                    TIMOTHY A. CLARKE (ASB-1440-R67T)
                                                                                     *Attorneys for Foster Wheeler Corporation*

{00564476.DOCX-1}

**OF COUNSEL**:
VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Phone:  (251) 432-9772
Facsimile: (251) 432-9781
Email:  gredditt@vickersriis.com
E-Mail: tclarke@vickersriis.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 1, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel who are CM/ECF participants, and I hereby certify that I have served the document on non-CM/ECF participants by United States Mail postage prepaid.

                                              */s/ Timothy A. Clarke*
                                              TIMOTHY A. CLARKE

{00564476.DOCX-1}