BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS ) | |
| LIABILITY LITIGATION (No. VI) ) | MDL DOCKET NO. 875 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA (NORTHERN DIVISION)

| | |
|---|---|
| **REUBEN MORGAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No.: 2011-cv-00535 |
| **vs.** ) | (CTO-466) |
| ) | |
| **BILL VANN COMPANY, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE AND CONFLICT STATEMENT OF DEFENDANT, GOULDS PUMPS, INC.**

COMES NOW Defendant, GOULDS PUMPS, INC., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.4, and states the following:

1. GOULDS PUMPS, INC. is a Delaware corporation and a wholly-owned subsidiary of ITT CORPORATION, a publicly traded corporation on the New York Stock Exchange, whose symbol is ITT.

2. ITT CORPORATION does not have a parent company.

3. No publicly-held corporation owns ten percent (10%) or more of the stock of ITT CORPORATION.

Dated:  December 1, 2011.

Respectfully submitted,

*/s/ Timothy A. Clarke*
F. GREY REDDITT, JR. (ASB-5142-R64F)
TIMOTHY A. CLARKE (ASB-1440-R67T)
***Attorneys for Goulds Pumps, Inc.***

{00564481.DOCX-1}

**OF COUNSEL**:
VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Phone: (251) 432-9772
Facsimile: (251) 432-9781
Email: gredditt@vickersriis.com
E-Mail: tclarke@vickersriis.com

## CERTIFICATE OF SERVICE

 I hereby certify that on this December 1, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel who are CM/ECF participants, and I hereby certify that I have served the document on non-CM/ECF participants by United States Mail postage prepaid.

            */s/ Timothy A. Clarke*
            TIMOTHY A. CLARKE

{00564481.DOCX-1}