# BEFORE THE JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE:  ASBESTOS PRODUCTS | ) | |
| LIABILITY LITIGATION (No. VI) | ) | MDL DOCKET NO. 875 |

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF ALABAMA (NORTHERN DIVISION)

| | | |
|---|---|---|
| **REUBEN MORGAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.: 2011-cv-00535** |
| vs. | ) | **(CTO-466)** |
| | ) | |
| **BILL VANN COMPANY, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## BILL VANN COMPANY, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for BILL VANN COMPANY, INC. (a private non-governmental party) certifies that Bill Vann Company, Inc. is not a wholly owned subsidiary of any other entity and that no publicly held corporation owns 10% or more of its stock.

Dated:  December 1, 2011.

    Respectfully submitted,

    */s/ Timothy A. Clarke*
    F. GREY REDDITT, JR. (ASB-5142-R64F)
    TIMOTHY A. CLARKE (ASB-1440-R67T)

    ***Attorneys for Bill Vann Company, Inc.***

{00564474.DOCX-1}

**OF COUNSEL**:
VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Phone: (251) 432-9772
Facsimile: (251) 432-9781
Email: gredditt@vickersriis.com
E-Mail: tclarke@vickersriis.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 1, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel who are CM/ECF participants, and I hereby certify that I have served the document on non-CM/ECF participants by United States Mail postage prepaid.

                                                  */s/ Timothy A. Clarke*
                                                TIMOTHY A. CLARKE