1

## CERTIFICATE OF CM/ECF SERVICE

2

3        I hereby certify that I electronically filed with the Clerk of the Judicial Panel MDL using
the CM/ECF system on December 1, 2011 the following document(s).

4

5        NOTICE OF TAG-ALONG ACTION;

        DOCKET; and

6

        COMPLAINT

7

8        Participants in the case who are registered CM/ECF users will be served by the CM/ECF
system.

9

10       Dated this 1st day of December, 2011.

11

12                                                              */s/ Sherry De La Torre*
                                                        Sherry De La Torre
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BRAYTON❖PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

*Claire Fuhrman, et al. v. General Electric Company, et al.*
U.S. District Court, Northern District of California, Case No. 3:11-cv-05712-JSW

CERTIFICATE OF SERVICE