**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

---

IN RE: ASBESTOS PRODUCTS            )            MDL DOCKET NO. 875
LIABILITY LITIGATION (No. VI)        )

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **REUBEN MORGAN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 2:11-cv-535 |
| ) | |
| **ALBANY INTERNATIONAL CORP.,** ) | (CTO-466) |
| et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF WITHDRAWAL**

COMES NOW the defendant, Albany International Corporation, and hereby files this Notice of Withdrawal of its Corporate Disclosure Statement filed on November 30, 2011 [Doc. 20]. There was an error made in the filing process; therefore, the original Corporate Disclosure Statement is withdrawn and an Amended Corporate Disclosure Statement will be subsequently filed.

Respectfully submitted the 1st day of December, 2011.

s/Keith J. Pflaum
Keith J. Pflaum
Bar Number: ASB-3002-A54K
Attorney for Defendant, Albany International Corporation
Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway, Suite 600
Birmingham, AL 35242-4821
Telephone: (205) 980-5000
Fax: (205) 980-5001
E-mail: kjp@phm-law.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on this the   1st   day of   December  , 2011, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and I hereby certify that I have mailed by U.S. Mail the document to all non-CM/ECF participants.

 

                                        **s/Keith J. Pflaum**_____
                                        Keith J. Pflaum
                                        Bar Number: ASB-3002-A54K
                                        Attorney for Defendant, Albany International Corporation
                                        Porterfield, Harper, Mills & Motlow, P.A.
                                        22 Inverness Center Parkway, Suite 600
                                        Birmingham, AL 35242-4821
                                        Telephone: (205) 980-5000
                                        Fax: (205) 980-5001
                                        E-mail: kjp@phm-law.com