BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS ) | | MDL DOCKET NO. 875 |
| LIABILITY LITIGATION (No. VI) ) | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **REUBEN MORGAN,** ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | **CASE NO.: 2:11-cv-535** |
| ) | | |
| **ALBANY INTERNATIONAL CORP.,** ) | | **(CTO-466)** |
| et al., ) | | |
| ) | | |
| Defendants. ) | | |

## AMENDED CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for **Albany International Corporation** certifies that this party is a non-governmental corporate party and that:

\_\_\_\_\_ This party's parent, subsidiary and other affiliate corporations are listed below (for affiliates, briefly describe nature of affiliation; attach separate document if necessary)

\_\_\_\_\_ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

\_\_\_\_\_ The following publicly-held corporation(s), although not parties to the matter, have a financial interest in the outcome of the matter (e.g., by reason of insurance, a franchise agreement, or an indemnity agreement). Briefly describe the nature of the interest. (Note: parent, subsidiary, or affiliate corporations of a publicly-held corporation that falls within this category need not be disclosed.)

OR

 **X**   This party does not have any parent, subsidiary or affiliate corporations; no publicly-held corporation owns 10% or more of the party's stock; and no publicly-held corporation has a financial interest in the outcome of the matter.

Respectfully submitted the  1st  day of    December   , 2011.

**s/Keith J. Pflaum**
Keith J. Pflaum
Bar Number: ASB-3002-A54K
Attorney for Defendant, Albany International Corporation
Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway, Suite 600
Birmingham, AL 35242-4821
Telephone: (205) 980-5000
Fax: (205) 980-5001
E-mail: kjp@phm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the   1st   day of     December     , 2011, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and I hereby certify that I have mailed by U.S. Mail the document to all non-CM/ECF participants.

**s/Keith J. Pflaum**
Keith J. Pflaum
Bar Number: ASB-3002-A54K
Attorney for Defendant, Albany International Corporation
Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway, Suite 600
Birmingham, AL 35242-4821
Telephone: (205) 980-5000
Fax: (205) 980-5001
E-mail: kjp@phm-law.com