**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ASBESTOS PRODUCTS** ) | |
| **LIABILITY LITIGATION (No. VI)** ) | **MDL DOCKET NO. 875** |

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA (NORTHERN DIVISION)**

| | | |
|---|---|---|
| **REUBEN MORGAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No.: 2011-cv-00535** |
| | ) | **(CTO-466)** |
| **BILL VANN COMPANY, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

The undersigned counsel for **Warren Pumps, LLC** certifies that this party is a non-governmental corporate party and that:

\_\_\_\_\_ This party's parent, subsidiary and other affiliate corporations are listed below (for affiliates, briefly describe nature of affiliation; attach separate document if necessary):

**Colfax Corporation (NYSE: CFX)**

\_\_\_\_\_ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

\_\_\_\_\_ The following publicly-held corporation(s), although not parties to the matter, have a financial interest in the outcome of the matter (e.g., by reason of insurance, a franchise agreement, or an indemnity agreement). Briefly describe the nature of the interest. (Note: parent, subsidiary, or affiliate corporations of a publicly-held corporation that falls within this category need not be disclosed.)

OR

\_\_\_\_\_ This party does not have any parent, subsidiary or affiliate corporations; no publicly-held corporation owns 10% or more of the party's stock; and no publicly-held corporation has a financial interest in the outcome of the matter.

Respectfully submitted,

**s/ William T. Mills, II**
William T. Mills, II
Attorney for Warren Pumps LLC
Porterfield Harper Mills & Motlow PA
22 Inverness Center Parkway, Suite 600
Birmingham, AL 35242
Tel. (205) 980-5000/Fax (205) 980-5001
Email: wtm@phm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

Respectfully submitted,

**s/ William T. Mills, II**
William T. Mills, II
Attorney for Warren Pumps LLC
Porterfield Harper Mills & Motlow PA
22 Inverness Center Parkway, Suite 600
Birmingham, AL 35242
Tel. (205) 980-5000/Fax (205) 980-5001
Email: wtm@phm-law.com