BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS )
LIABILITY LITIGATION (No. VI) )        MDL DOCKET NO. 875

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA (NORTHERN DIVISION)

REUBEN MORGAN,             )
                           )
Plaintiff,                 )
                           )   Civil Action No.: 2011-cv-00535
vs.                        )   (CTO-466)
                           )
BILL VANN COMPANY, INC., et al.,  )
                           )
Defendants.                )

## NOTICE OF APPEARANCE

COMES NOW, Evelyn F. Davis, of the firm of Hawkins Parnell Thackston & Young, LLP, and hereby files this Notice of Appearance as counsel on behalf of Defendant, **Dana Companies, LLC, f/k/a Dana Corporation**

This appearance is without waiver of, and defendant expressly reserves and pleads, all available defenses.

Dated: December 2, 2011.

Respectfully submitted,

HAWKINS PARNELL THACKSTON & YOUNG LLP

/s/ Evelyn F. Davis
Evelyn F. Davis (FLE 019)
AL Bar No. ASB-1485-C19E

Counsel for Defendant Dana Companies, LLC, f/k/a Dana Corporation

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
404/614-7400
(404) 614-7400

10656505v.1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 2nd day of December, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel who are CM/ECF participants, and I hereby certify that I have served the document on non-CM/ECF participants by United States Mail postage prepaid.

                /s/ Evelyn F. Davis
                Evelyn F. Davis (FLE 019)
                AL Bar No. ASB-1485-C19E

                Counsel for Defendant Dana Companies, LLC, f/k/a Dana Corporation

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
404/614-7400
(404) 614-7400

10656505v.1