## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**In Re:Asbestos Products**          )                    **MDL875**
**Liability Litigation (No. VI)**       )

## NOTICE OF TAG ALONG

Defendants, Fluor Daniel Services Corporation and Daniel International Corporation, give notice to the Clerk of a "tag-along" action from the U.S. District Court for the Northern District of Alabama.  That action is styled *Lynda M. Creasy, Cecil Owens, Regina D. Parker, as personal representative of The Estate of David Harold Parker vs. Armstrong International, Inc., et al.*, Civil Action No.: 3:11-cv-03813-CLS (N.D. Ala.) Acopy of the docket sheet and complaint as last amended are attached to this notice.

Defendants respectfully request that the Panel transfer this tag-along action under 28 U.S.C. § 1407 and consolidate it with the other actions pending in MDL No. 875.

Respectfully submitted this  2nd      day of December      , 2011.

 /s/Frank E. Lankford, Jr.
Frank E. Lankford, Jr., Esquire
LAN037
ASB: 8409-K71F
Attorney for Defendants,
Fluor Daniel Services Corporation and
Daniel International Corporation

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193