**BEFORE THE JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (VI)**                                    **MDL 875**

**SCHEDULE OF ACTIONS**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** **LYNDA M. CREASY, CECIL OWENS, AND REGINA D. PARKER, as personal representative of the Estate of David Harold Parker, deceased** **Movant:** Fluor Daniel Services Corporation and Daniel International Corporation **Defendants:** Armstrong International, Inc.; A. W. Chesterton Co.; CBS Corporation f/k/a Viacom, Inc., successor by merger with CBS Corporation, f/k/a Westinghouse Electric Corporation; Crane Co.; Crown Cork & Seal Co., Inc., individually, and as successor in interest to Mundet Cork Corporation; Dana Companies LLC, f/k/a Dana Corporation, individually and as successor in interest to Victor Manufacturing & Gasket Company,; Daniel International Corporation; Davis Electrical Contractors, Inc.; Durabla Manufacturing Company; Flowserve Corporation, f/k/a The Duriron Company, Inc.;  Anchor Darling Valve Company; Flour Daniel Services Corporation, f/k/a Davis Contractors & Engineers, Inc.; FMC Corporation, individually and as successor in interest to Peerless Pump Co; Foster Wheeler LLC; General Electric Company; Georgia Pacific LLC; Ingersoll-Dresser Pump Company, successor in interest to Pacific Pump; The Goodyear Tire & | ND – Alabama | 3:11-cv-03813 | C. Lynwood Smith, Jr. |

| | | | |
|---|---|---|---|
| Rubber Company; Goulds Pumps, Inc.; Honeywell, Inc.; Honeywell International, Inc., individually and as successor in interest to Allied Chemical Inc., f/k/a Bendix Corporation; IES Commercial, Inc., successor in interest to IES Industrial, Inc.; Industrial Holdings Corporation, f/k/a The Carborundum Company; John Crane, Inc., f/k/a John Crane Packing Company; Metropolitan Life & Insurance Co.; National Service Industries, Inc.; Rockwell Automation, Inc.; Saint-Gobain Abrasives, Inc., f/k/a Norton Company; Sepco Corporation; Spirax Sarco, Inc.; Sterling Fluid Systems (USA) LLC, f/k/a Peerless Pump Company; Tyco International (US) Inc., individually and as successor in interest to Tyco Valves and controls, Grinnel Supply, Grinnel Fire Protection, and Simplex Grinnel; The William Powell Company. | | | |