## PROOF OF SERVICE

I certify that on the 2nd day of December 2011, I served a copy of the foregoing on the following using the CM/ECF system which will send notification of such filing to all counsel of record as follows:

<u>Counsel for Plaintiffs:</u>
G. Patterson Keahey, Jr.(info@mesohelp.com)
G PATTERSON KEAHEY PC
One Independence Plaza, Suite 612
Birmingham, AL 35209

<u>Counsel for Crane Co., Foster Wheeler LLC and Goulds Pumps, Inc.:</u>
Timothy A. Clarke  (tclarke@vickersriis.com)
F. Grey Redditt, Jr. (gredditt@vickersriis.com)
VICKERS RIIS MURRAY & CURRAN
Eleventh Floor, Regions Bank Building
106 Saint Francis Street
Mobile, AL 36652-2568

<u>Counsel for Daniel International Corporation, Fluor Daniel Services Corporation, Honeywell International Inc., John Crane, Inc and Sepco Corporation:</u>
Frank E. Lankford, Jr. (fel@hfsllp.com
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center, Suite 200
2801 Hwy. 280 South
Birmingham, AL  35223

<u>Counsel for General Electric:</u>
Jenelle R. Evans (jevans@balch.com)
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 2700
Birmingham, AL 35201

                                          s/Frank E. Lankford, Jr.
                                          OF COUNSEL