**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ASBESTOS PRODUCTS** ) | |
| **LIABILITY LITIGATION (No. VI)** ) | **MDL DOCKET NO. 875** |

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA**

| | |
|---|---|
| **REUBEN MORGAN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 2011-cv-00535-B |
| ) | |
| **BILL VANN COMPANY, LLC.,** ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Comes now, Frank E. Lankford, Jr., of the firm of Huie, Fernambucq & Stewart, LLP, and hereby files his Notice of Appearance as counsel on behalf of Defendants, John Crane, Inc., Sepco Corporation, The Gorman-Rupp Company, Honeywell International Inc., and Mt. Vernon Mills.

This appearance is without waiver of, and defendants expressly reserve and plead, all available defenses.

Dated:    December 2, 2011.

                                          Respectfully submitted,

                                          /s/Frank E. Lankford, Jr.
                                          Frank E. Lankford, Jr., Esquire
                                          LAN037
                                          ASB: 8409-K71F
                                          Attorneys for Defendants,
                                          John Crane, Inc., Sepco Corporation,
                                          The Gorman-Rupp Company, Honeywell
                                          International Inc., and Mt. Vernon Mills

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193