**PROOF OF SERVICE**

   I certify that on the 2nd day of December 2011, I served a copy of the foregoing on the following using the CM/ECF system which will send notification of such filing to all counsel of record as follows:

<u>Counsel for Plaintiff:</u>
G. Patterson Keahey, Jr.(info@mesohelp.com)
G PATTERSON KEAHEY PC
One Independence Plaza
Suite 612
Birmingham, AL 35209

and

G. Marc Keahey, Esq. (marc_keahey@yahoo.com)
P.O. Box 934
Grove Hill, AL 36451

<u>Counsel for Bill Vann Company, Crane Co., Foster Wheeler Corporation and Goulds Pumps, Inc.</u>
F. Grey Redditt, Jr., Esq. (gredditt@vickersriis.com)
Timothy A. Clarke, Esq. (tclarke@vickersriis.com)
Roy Wallace Harrell, III (tharrell@vickersriis.com)
VICKERS RIIS MURRAY & CURHAN
Eleventh Floor, Regions Bank Building
106 Saint Francis Street
Post Office Drawer 2568
Mobile, AL 3 6652-2568

<u>Counsel for Motion Industries, Inc</u>.
Robert F. Northcutt, Esq. (rfn@chlaw.com)
CAPELL & HOWARD P.C.
P.O. Box 2069
Montgomery, AL 36102-2069

<u>Counsel for Ratcliffe's Hardware, Inc.</u>
Carroll Hart Sullivan (csullivan@scottsullivanlaw.com)
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
P.O. Box 1034
Mobile  AL 36633

<u>Counsel for A. W. Chesterton Co., Buffalo Pumps, Inc., Flowserve Corporation and Schneider Electric USA, Inc.,</u>
Edward B. McDonough, Jr. (ebm@emcdonoughlaw.com)

EDWARD B MCDONOUGH JR PC
1800 Amsouth Bank Building
P.O. Box 1943
Mobile, AL 36633

Counsel for Caterpillar, Inc. and The Goodyear Tire & Rubber Company
William L. Waudby, Esq. (bwaudby@bakerdonelson.com)
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ PC
420 North 20th Street, Suite 1600
Birmingham, AL 35203

Counsel for Cleaver Brooks, Inc.
Ernest L. Wetzler, II (ewetzler@hptylaw.com)
HAWKINS, PARNELL, THACKSTON & YOUNG, LLP
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308

Counsel for Crown Cork & Seal Co., Inc. and Crown Holdings, Inc.
Walter T. Gilmer, Jr., Esq. (wgilmer@mcdowellknight.com)
MCDOWELL KNIGHT ROEDDER & SLEDGE LLC
63 South Royal Street
Suite 900
P.O. Box 350
Mobile, AL 36601

Counsel for Dana Companies LLC and Union Carbide Corporation
Catherine A. McCormack, Esq. (cmccormack@hptylaw.com
HAWKINS PARNELL THACKSTON & YOUNG LLP
4000 Suntrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308

Counsel for Eaton Corporation
John A. Smyth, III, Esq. (smythj@maynardcooper.com)
Katherine A. Collier, Esq. (kcollier@maynardcooper.com)
MAYNARD COOPER & GALE PC
1901 Sixth Avenue North
2400 Amsouth Harbert Plaza
Birmingham, AL 35203-2618

Counsel for Georgia-Pacific LLC
Allan R. Wheeler, Esq. (awheeler@burr.com)
BURR & FORMAN LLP
South Trust Tower, Suite 3100

2

420 North 20th Street
Birmingham, AL 35203

Counsel for Honeywell International, Inc.,
Frank E. Lankford, Jr., Esq. (fel@hfsllp.com)
Stewart W. McCloud, Esq. (swm@hfsllp.com)
HUIE FERNAMBUCQ & STEWART
2801 Highway 280 South
Three Protective Center, Suite 200
Birmingham, AL 35223-2484

Counsel for Sepco Corporation, John Crane, Inc., Mt. Vernon Mills and The Gorman-Rupp Company
Frank E. Lankford, Jr., Esq. (fel@hfsllp.com)
Stewart W. McCloud, Esq. (swm@hfsllp.com)
HUIE FERNAMBUCQ & STEWART
2801 Highway 280 South
Three Protective Center, Suite 200
Birmingham, AL 35223-2484

and

George W. Fendley (gfendlaw@frontiernet.net)
P.O. Box 261
Camden, AL 36726

Counsel for Metropolitan Life Insurance Company
Michael A. Vercher (mvercher@csattorneys.com)
Joi C. Scott, Esq. (jcscott@csattorneys.com)
CHRISTIAN & SMALL LLP
505 North 20th Street
Suite 1800
Birmingham, AL 35203-2696

Counsel for Rockwell Automation, Inc.
Helen Kathryn Downs (hkd@johnstonbarton.com)
Mary Brunson Whatley (mbw@johnstonbarton.com)
JOHNSTON, BARTON, PROCTOR & ROSE, LLP
Colonial Brookwood Center
569 Brookwood Village, Ste 901
Birmingham, AL 35209

Counsel for Saint-Gobain Abrasives, Inc.
Robert H. Sprain, Esq. (rhs@sprainlaw.com)
SPRAIN LAW FIRM PC

1701 29th Court South
Birmingham, AL 35209

Counsel for Warren Pumps, LLC
William T. Mills, II (wtm@phm-law.com)
PORTERFIELD HARPER MILLS & MOTLOW PA
22 Inverness Center Parkway, Suite 600
Birmingham, AL 35242

Counsel for Turner Supply, Inc. and American Standard, Inc.
Richard M. Crump, Esq. (crumprm@fpwk.com)
Donald C. Partridge, Esq. (partridgedc@fpwk.com)
James Gordon House, III (housejg@fpwk.com)
FORMAN PERRY WATKINS KRUTZ & TARDY PLLC
P.O. Box 22608
Jackson, MS 39225-2608\

Counsel for Albany International Corporation
Keith James Pflaum (kjp@phm-law.com)
PORTERFIELD HARPER MILLS & MOTLOW PA
22 Inverness Center Parkway, Suite 600
Birmingham, AL 35242

                                          s/Frank E. Lankford, Jr.
                                          OF COUNSEL