BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS       )
LIABILITY LITIGATION (No. VI)  )        MDL DOCKET NO. 875

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

REUBEN MORGAN,                 )
                               )
    Plaintiff,             )
                               )
v.                             )        CASE NO.: 2:11-cv-00535
                               )        (CTO-466)
BILL VANN COMPANY, INC.,       )
et al.                         )
                               )
    Defendants.            )

## UNION CARBIDE CORPORATION'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 5.1, Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Union Carbide Corporation certifies that it is a non-governmental party and states that it is a corporation organized under the laws of New York.

1) The Dow Chemical Company is the parent company of Union Carbide Corporation; and

2) No publicly held corporation owns 10% or more of Union Carbide Corporation's Stock.

Respectfully submitted this 5th day of December, 2011.

                                    /s/ John A. Earnhardt
                                    John A. Earnhardt

                                    *Attorney for Union Carbide Corporation*

02250741.1

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, Alabama 35203-2618
Telephone: (205) 254-1000
E-mail: jearnhardt@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed on this the 5th day of December, 2011, the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ John A. Earnhardt
OF COUNSEL

02250741.1