UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)      MDL DOCKET NO. 875

**REUBEN MORGAN,**     Case No. _____

        *Plaintiff,*     (*Transferred from:
U.S. District Court for the Southern
District of Alabama, Southern
Division Civil Action No. 2:11-CV-
00535*)

 *versus*

**BILL VANN COMPANY, INC.,** *et al.,*

        *Defendants*,
_____/

### DEFENDANT DANA COMPANIES, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Defendant Dana Companies, LLC, f/k/a Dana Corporation states that it is a Virginia limited liability company with its principal place of business in Ohio.

1) In accordance with bankruptcy reorganization, Dana Corporation was merged into Dana Companies, LLC ("Dana Companies"). Dana Companies' only member is Dana Holding Corporation, which is a

10656821v.1

publicly traded company. Dana Companies is a limited liability company and does not issue stock.

2) Dana Companies is a limited liability company and does not issue stock.

Respectfully submitted this 5th day of December, 2011.

HAWKINS PARNELL THACKSTON & YOUNG $^{LLP}$

/s/ Evelyn F. Davis
Evelyn F. Davis (FLE 019)
AL Bar No. ASB-1485-C19E
Defendant Dana Companies, LLC, f/k/a Dana Corporation

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
404/614-7400

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)           MDL DOCKET NO. 875

| | |
|---|---|
| **REUBEN MORGAN,** | Case No. _____ |
| | |
| *Plaintiff,* | (*Transferred from:* *U.S. District Court for the Southern District of Alabama, Southern Division Civil Action No. 2:11-CV-00535*) |
| *versus* | |
| **BILL VANN COMPANY, INC.,** *et al.,* | |
| *Defendants*, | |
| _____/ | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed with the Clerk of Court and served upon all counsel of record using the CM/ECF system.

Respectfully submitted this 5th day of December, 2011.

                                                              **HAWKINS PARNELL THACKSTON & YOUNG** LLP
                                                             /s/ Evelyn F. Davis_____
                                                             Evelyn F. Davis (FLE 019)
                                                             AL Bar No. ASB-1485-C19E
                                                             Counsel for Defendant Dana Companies, LLC, f/k/a Dana Corporation

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
404/614-7400

10656821v.1