**BEFORE THE UNTIED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)**                                         **MDL No. 875**

**RATCLIFFE'S HARDWARE, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel

for Defendant RATCLIFFE'S HARDWARE, INC., certifies that Ratcliffe's Hardware, Inc., a

private family corporation, is not a wholly owned subsidiary of any other entity and that no publicly

held corporation owns 10% or more of its stock.

Dated this 5th day of December, 2011.

Respectfully submitted,


 */s/    Carroll H. Sullivan*
CARROLL H. SULLIVAN (ASB-8646-I58C)
Attorney for Ratcliffe's Hardware, Inc.


**OF COUNSEL:**
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
Post Office Box 1034
Mobile, Alabama 36633
(251) 433-1346 Telephone
(251) 433-1086 Facsimile
E-Mail: csullivan@scottsullivanlaw.com

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on this 5th day of December, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of the filing to counsel who are CM/ECF participants, and I hereby certify that I have served the document on non-CM/ECF participants by United States Mail, first-class postage pre-paid.

                                   /s/    *Carroll H. Sullivan*
                                      OF COUNSEL