BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | ) | |
| LIABILITY LITIGATION (No. VI) | ) | MDL DOCKET NO. 875 |

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **REUBEN MORGAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 2011-cv-00535-B |
| | ) | |
| **BILL VANN COMPANY, LLC.,** | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF CORPORATE DISCLOSURE ON BEHALF OF DEFENDANT JOHN CRANE, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant John Crane, Inc. states that it is wholly owned by its parent corporation, Smiths Group, PLC and that Smiths Group, PLC owns all of the stock in John Crane, Inc.

    /s/Frank E. Lankford, Jr.
Frank E. Lankford, Jr., Esquire
LAN037
ASB: 8409-K71F
Attorney for Defendant,

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of Court using the CM-ECF system which will send notification of same to all parties of record on this the 5th day of December, 2011.

                                    /s/Frank E. Lankford, Jr.