**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) | |
| LIABILITY LITIGATION (No. VI) ) | MDL DOCKET NO. 875 |

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA**

| | |
|---|---|
| **REUBEN MORGAN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 2011-cv-00535-B |
| ) | |
| **BILL VANN COMPANY, LLC.,** ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
ON BEHALF OF DEFENDANT SEPCO CORPORATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sepco Corporation states that its is a wholly owned subsidiary of its parent corporation, St. Gobain Performance Plastics, Inc. and, in addition, no publicly held corporation owns 10% or more of its stock.

    /s/Frank E. Lankford, Jr.
Frank E. Lankford, Jr., Esquire
LAN037
ASB: 8409-K71F
Attorney for Defendant

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of Court using the CM-ECF system which will send notification of same to all parties of record on this the 5th day of December, 2011.

                                                /s/Frank E. Lankford, Jr.