BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **IN RE: ASBESTOS PRODUCTS** | ) | |
| **LIABILITY LITIGATION (No. VI)** | ) | **MDL DOCKET NO. 875** |

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **REUBEN MORGAN,** ) |
| ) |
| Plaintiff, ) |
| ) |
| vs. )Civil Action No.: 2011-cv-00535-B |
| ) |
| **BILL VANN COMPANY, LLC.,** ) |
| **et al.,** ) |
| ) |
| **Defendants.** ) |

### CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT, THE GORMAN-RUPP COMPANY

Pursuant to F.R.Civ.P. 7, The Gorman-Rupp Company does not have a parent corporation and no publicly held corporation owns more than 10% of its stock.

      /s/Frank E. Lankford, Jr.
Frank E. Lankford, Jr., Esquire
LAN037
ASB: 8409-K71F
Attorney for Defendant

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

**CERTIFICATE OF SERVICE**

      I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of Court using the CM-ECF system which will send notification of same to all parties of record on this the 5th day of December, 2011.

      /s/Frank E. Lankford, Jr.