BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **IN RE: ASBESTOS PRODUCTS** | ) | |
| **LIABILITY LITIGATION (No. VI)** | ) | **MDL DOCKET NO. 875** |

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **REUBEN MORGAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 2011-cv-00535-B |
| | ) | |
| **BILL VANN COMPANY, LLC.,** | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
ON BEHALF OF DEFENDANT MT. VERNON MILLS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Mt. Vernon Mills states that its is a wholly owned subsidiary of its parent corporation, R. B. Pamplin Corporation and, in addition, no publicly held corporation owns 10% or more of its stock.

    /s/Frank E. Lankford, Jr.
Frank E. Lankford, Jr., Esquire
LAN037
ASB: 8409-K71F
Attorney for Defendant

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

## CERTIFICATE OF SERVICE

     I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of Court using the CM-ECF system which will send notification of same to all parties of record on this the 5th day of December, 2011.

                                        /s/Frank E. Lankford, Jr.