## BEFORE THE UNTIED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI) MDL No. 875

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **REUBEN MORGAN,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) |
| **BILL VANN COMPANY, INC, et al.** | ) **11-CV-00535-WS-B** ) |
| **Defendants.** | ) ) |

## DEFENDANT EATON CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Defendant Eaton Corporation ("Defendant"), by and through its undersigned counsel, and pursuant to Local Rule 3.4 of the Southern District of Alabama and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Eaton Corporation, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

02230630.1

Respectfully submitted by,


   /s/ Katherine A. Collier
John A. Smyth III  (SMYTJ5204)
Email:  jsmyth@maynardcooper.com
Katherine A. Collier (COLLK5349)
Email:  kcollier@maynardcooper.com

Attorneys for Defendant
Eaton Corporation

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400
Birmingham, Alabama 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999

## CERTIFICATE OF SERVICE

   I hereby certify that on the 5th day of December, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


   /s/ Katherine A. Collier
   OF COUNSEL

02230630.1