# HUIE, FERNAMBUCQ & STEWART, LLP
### ATTORNEYS AT LAW

| | | | | |
|---|---|---|---|---|
| Eugene D. Martenson | Gregory L. Schuck | THREE PROTECTIVE CENTER | S.A. Bradley Baker, III | Also Member |
| Stanley A. Cash | Philip R. Collins | 2801 HIGHWAY 280 SOUTH | M. Jeremy Dotson | *Georgia Bar |
| James R. Shaw | Thomas E. Bazemore, III | SUITE 200 | J. Reed Lawrence, III | **Kentucky Bar |
| Robert M. Girardeau | R. Gordon Sproule, Jr.* *** | BIRMINGHAM, ALABAMA 35223-2484 | John Isaac Southerland | ***Mississippi Bar |
| John S. Civils, Jr. | Martha Leach Thompson | TELEPHONE (205) 251-1193 | Eris Bryan Paul | |
| Frank E. Lankford, Jr. | Paul F. Malek** | FACSIMILE (205) 251-1256 | Gordon J. Brady, III | Thomas B. Huie |
| M. Keith Gann | H. Cannon Lawley | WWW.HFSLLP.COM | Stewart W. McCloud | 1915-1990 |
| Charles H. Clark, Jr. | Anna-Katherine G. Bowman | | Jennifer H. Reid | William B. Fernambucq |
| John D. Herndon | David L. Brown, Jr. | | William A. Davis IV | 1922-1997 |
| J. Allen Sydnor, Jr. | J. Patrick Strubel*** | | J. Bart Gannon*** | Charles A. Stewart, Jr. |
| D. Alan Thomas | Charles J. Fleming, Jr. | | Jeremy S. Gaddy*** | 1923-1983 |
| William G. Gantt | Joseph R. Duncan, Jr. | | Margaret J. Head | |
| T. Kelly May | David M. Fleming | 6 December 2011 | Nicholas C. Gonzalez | |
| Christopher S. Rodgers | C. Jeffery Ash | | Joshua A. Wrady | |
| Walter J. Price, III | Jennifer D. Segers | | | |
| H. Lanier Brown, II | Michelle K. Pieroni | | | |

To The JPML:

MDL 875 - Case No.: ALS/2:11-cv-00535, Morgan v. Bill Vann Company

On December 5, 2011, Defendants, John Crane, Inc., Sepco Corporation, The Gorman-Rupp Company, Honeywell International Inc., and Mt. Vernon Mills filed with the JPML in accordance with CTO No. 466 their Corporate Disclosure Statements, consisting of Document Numbers: 8146, 8147, 8148, 8149 and 8150. It has been brought to my attention that these documents were filed incorrectly and I wish to withdraw same from Court filings.

Sincerely yours,

HUIE, FERNAMBUCQ AND STEWART, LLP

By: *[signature]*
Frank E. Lankford, Jr.

FELjr/tc