BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | ) | |
| LIABILITY LITIGATION (No. VI) | ) | MDL DOCKET NO. 875 |

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **REUBEN MORGAN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 2011-cv-00535-B |
| ) | |
| **BILL VANN COMPANY, LLC.,** ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**CORPORATE DISCLOSURE STATEMENT ON BEHALF OF
DEFENDANT HONEYWELL INTERNATIONAL INC.**

Defendant Honeywell International Inc., pursuant to Federal Rule of Civil Procedure 7.1 states as follows:

Honeywell, Inc. is a publicly traded corporation. It has no parent corporation, nor does any entity own ten percent (10%) or more of its stock.

                     /s/Frank E. Lankford, Jr.
                     Frank E. Lankford, Jr., Esquire
                     LAN037
                     ASB: 8409-K71F
                     Attorney for Defendant

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

## CERTIFICATE OF SERVICE

      I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of Court using the CM-ECF system which will send notification of same to all parties of record on this the 6th day of December, 2011.

                                          /s/Frank E. Lankford, Jr.