**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

_____

| | | |
|---|---|---|
| **IN RE: ASBESTOS PRODUCTS** | ) | |
| **LIABILITY LITIGATION (No. VI)** | ) | **MDL DOCKET NO. 875** |

_____

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **REUBEN MORGAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No.: 2011-cv-00535-B** |
| | ) | |
| **BILL VANN COMPANY, LLC.,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CORPORATE DISCLOSURE STATEMENT FOR
DEFENDANT, THE GORMAN-RUPP COMPANY**

Pursuant to F.R.Civ.P. 7, The Gorman-Rupp Company does not have a parent

corporation and no publicly held corporation owns more than 10% of its stock.

 /s/Frank E. Lankford, Jr.
Frank E. Lankford, Jr., Esquire
LAN037
ASB: 8409-K71F
Attorney for Defendant

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of Court using the CM-ECF system which will send notification of same to all parties of record on this the 6th      day of December        , 2011.

/s/Frank E. Lankford, Jr.