

# MAYNARD COOPER & GALE PC
ATTORNEYS AT LAW

John A. Smyth III
DIRECT 205.254.1029
EMAIL jsmyth@maynardcooper.com

December 6, 2011

Honorable Jeffery N. Luthi
Clerk of the Panel
United States Judicial Panel on
Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20544-0005

    Re: Case Name: IN RE: Asbestos Products Liability Litigation (No. VI)
    Case Number: MDL No. 875
    Document Number: 8151

Dear Mr. Luthi:

    Please accept this letter as our request of withdrawal of Document Number 8151: **Corporate Disclosure Statement of Eaton Corporation**, filed in error on December 5, 2011.

Sincerely,

John A. Smyth III

JAS/mfs