BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) | |
| LIABILITY LITIGATION (No. VI) ) | MDL DOCKET NO. 875 |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REUBEN MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:11-cv-00535 |
| | ) | (CTO-466) |
| BILL VANN COMPANY, INC., | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE – NOTICE OF APPEARANCE

I hereby certify that I electronically filed on this the 5th day of December, 2011, the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ John A. Earnhardt
OF COUNSEL

Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, Alabama 35203-2618
Telephone: (205) 254-1000
E-mail: jearnhardt@maynardcooper.com

*Attorney for Union Carbide Corporation*

02250741.1