

**MAYNARD COOPER**
**& GALE** PC
ATTORNEYS AT LAW

**John A. Earnhardt**
DIRECT 205.254-1204
EMAIL jearnhardt@maynardcooper.com

December 6, 2011

Jeffery N. Luthi
Clerk of the Panel
United States Judicial Panel on Multidistrict
Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle NE, Room G-255
North Lobby
Washington, DC 20544-0005

  **Re:** <u>**Morgan v. Bill Vann Company, Inc., et al.**</u>
     **ALS/2:11-cv-00535**

Dear Mr. Luthi:

  I am writing to notifying you that Defendant, Union Carbide Corporation's, Corporate Disclosure Statement [Document 8141] was filed incorrectly on December 5, 2011. Please withdraw this document from the docket. I will refill Union Carbide's Corporate Disclosure Statement momentarily.

              Very truly yours,

              John A. Earnhardt

JAE/JMC