BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS                )
LIABILITY LITIGATION (No. VI)           )          MDL DOCKET NO. 875

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **REUBEN MORGAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:11-cv-00535 |
| | ) | (CTO-466) |
| **BILL VANN COMPANY, INC.,** | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

**UNION CARBIDE CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 5.1, Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Union Carbide Corporation certifies that it is a non-governmental party and states that it is a corporation organized under the laws of New York.

1) The Dow Chemical Company is the parent company of Union Carbide Corporation; and

2) No publicly held corporation owns 10% or more of Union Carbide Corporation's Stock.

Respectfully submitted this 5th day of December, 2011.

/s/ John A. Earnhardt
John A. Earnhardt

*Attorney for Union Carbide Corporation*

02250741.1

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, Alabama 35203-2618
Telephone: (205) 254-1000
E-mail: jearnhardt@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed on this the 5th day of December, 2011, the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ John A. Earnhardt
OF COUNSEL

02250741.1