BEFORE THE UNTIED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) | |
| LIABILITY LITIGATION (No. VI) ) | MDL No. 875 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **REUBEN MORGAN,** ) | |
| ) | |
| Plaintiff, ) | **11-CV-00535-WS-B** |
| ) | |
| vs. ) | (CTO- 466) |
| ) | |
| **BILL VANN COMPANY, INC, et al.** ) | |
| ) | |
| Defendants. ) | |

## A. W. CHESTERTON COMPANY'S
## DISCLOSURE STATEMENT

COMES NOW Defendant, A. W. CHESTERTON COMPANY, by and through its attorney of record, and, pursuant to *Federal Rule of Civil Procedure 7.1*, hereby submits this, its Disclosure Statement, and shows the Court as follows:

1. Whether the named Defendant has a parent company, and if so, what company.

**No.**

2. Whether the named Defendant has publicly traded stock.

**No.**

3. Whether a publicly traded entity owns 10% or more of the named Defendant's company stock and if so, what entity.

- 1 -

**No.**

          s/Edward B. McDonough, Jr.
          EDWARD B. McDONOUGH, JR. (MCDOE0149)
          Attorney for Defendant,
          A. W. CHESTERTON COMPANY

OF COUNSEL:
EDWARD B. McDONOUGH, JR., P.C.
POST OFFICE BOX 1943
MOBILE, ALABAMA  36633
Telephone:   251-432-3296
Facsimile:   251-432-3300
Email:   ebm@emcdonoughlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of the Court using the CM/ECF system which will send notification of same to all counsel of record on this the 6th day of December, 2011.

          s/Edward B. McDonough, Jr
          Edward B. McDonough, Jr., (MCDOE0149)