**BEFORE THE UNTIED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE: ASBESTOS PRODUCTS** | ) | |
| **LIABILITY LITIGATION (No. VI)** | ) | **MDL No. 875** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **REUBEN MORGAN,** | ) | |
| | ) | |
| Plaintiff, | ) | **11-CV-00535-WS-B** |
| | ) | |
| vs. | ) | (CTO- 466) |
| | ) | |
| **BILL VANN COMPANY, INC, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT OF
AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR
BY MERGER TO BUFFALO PUMPS, INC**.

COMES NOW Defendant, Air & Liquid Systems Corporation, as successor by merger to Buffalo Pumps, Inc.,[1] improperly named as "BUFFALO PUMPS, INC.," by and through its attorney of record, and pursuant to *Federal Rule of Civil Procedure 7.1*, hereby submits this, its Disclosure Statement, and shows the Court as follows:

1.  Whether the named Defendant has a parent company, and if so, what company.

    **The parent company of Air & Liquid Systems Corporation is Ampco-Pittsburgh Corporation.**

2.  Whether the named Defendant has publicly traded stock.

    **The named defendant does not have any publicly traded stock.**

---

[1] Buffalo Pumps, Inc. merged into Air & Liquid Systems Corporation on December 31, 2009. The prior operations of Buffalo Pumps, Inc. now are conducted by the Buffalo Pumps Division of Air & Liquid Systems Corporation.

3. Whether a publicly traded entity owns 10% or more of the named Defendant's company stock and if so, what entity.

**Air & Liquid Systems Corporation is a wholly-owned subsidiary of Ampco-Pittsburgh Corporation, a publicly traded company.**

s/Edward B. McDonough, Jr.  
Edward B. McDonough, Jr.(MCDOE0149)  
Attorney for Defendant,  
AIR & LIQUID SYSTEMS CORPORATION, AS  
SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.

OF COUNSEL:

EDWARD B. McDONOUGH, JR., P.C.
Post Office Box 1943
Mobile, AL 36633
(251) 432-3296 - telephone
(251) 432-3300 - facsimile
ebm@emcdonoughlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of the Court using the CM/ECF system which will send notification of same to all counsel of record on this the 6th day of December, 2011.

s/Edward B. McDonough, Jr.  
Edward B. McDonough, Jr.