**BEFORE THE UNTIED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

---

IN RE: ASBESTOS PRODUCTS  )
LIABILITY LITIGATION (No. VI)  )  **MDL No. 875**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN  DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **REUBEN MORGAN,** | ) | |
| | ) | |
| Plaintiff, | ) | **11-CV-00535-WS-B** |
| | ) | |
| vs. | ) | (CTO- 466) |
| | ) | |
| **BILL VANN COMPANY, INC, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

**FLOWSERVE CORPORATION f/k/a DURIRON COMPANY, INC.
DISCLOSURE STATEMENT**

COMES  NOW  Defendant,  FLOWSERVE  CORPORATION  f/k/a
DURIRON  COMPANY INC., improperly denominated in the Complaint as "FLOWSERVE
CORPORATION, f/k/a Durco International, Inc., successor in interest to the Duriron Company,
Inc.," by and through its attorneys of record, and, pursuant to *Federal Rule of Civil Procedure 7.1*,
hereby submits this, its Disclosure Statement, and shows the Court as follows:

  1.  Whether the named Defendant has a parent company, and if so, what company.

    No.

  2.  Whether the named Defendant has publicly traded stock.

    Yes.

  3.  Whether a publicly traded entity owns 10% or more of the named Defendant's

company stock and if so, what entity.

No.

s/Edward B. McDonough, Jr.
EDWARD B. McDONOUGH, JR. (MCDOE0149)
Attorney for Defendant,
FLOWSERVE CORPORATION f/k/a THE
DURIRON COMPANY, INC.

OF COUNSEL:
EDWARD B. McDONOUGH, JR., P.C.
POST OFFICE BOX 1943
MOBILE, ALABAMA  36633
Telephone:     251-432-3296
Facsimile:      251-432-3300
Email:          ebm@emcdonoughlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of the Court using the CM/ECF system which will send notification of same to all counsel of record on this the 6th day of December, 2011.

s/Edward B. McDonough, Jr.
Edward B. McDonough, Jr., (MCDOE0149)