BEFORE THE UNTIED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

---

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) | |
| LIABILITY LITIGATION (No. VI) ) | MDL No. 875 |

*******************************************************************
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **REUBEN MORGAN,** | ) | |
| | ) | |
| Plaintiff, | ) | **11-CV-00535-WS-B** |
| | ) | |
| vs. | ) | (CTO- 466) |
| | ) | |
| **BILL VANN COMPANY, INC, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

## SCHNEIDER ELECTRIC USA, INC.'S DISCLOSURE STATEMENT

COMES NOW SCHNEIDER ELECTRIC USA, INC. formerly known as Square D Company, improperly named in the Complaint as "SCHNEIDER ELECTRIC USA, INC., Individually and on behalf of Square D Company," by and through its attorneys of record, and, pursuant to *Federal Rule of Civil Procedure 7.1*, hereby submits this, its Disclosure Statement, and shows the Court as follows:

1. Is party publicly held corporation or other publicly held entity?

    No.

2. Does party have any parent corporations?

    Yes.

The common stock of Schneider Electric USA, Inc. is owned by Schneider Electric Holdings, Inc., which is incorporated under the laws of Delaware and is not publicly traded. The common stock of Schneider Electric Holdings, Inc. is in turn owned by Schneider Electric Industries SAS and by Schneider Electric Holding Amerique du Nord, both of which are incorporated under the laws of France. Schneider Electric Holding Amerique du Nord is in turn owned by Schneider Electric Industries SAS. Schneider Electric Industries SAS is in turn owned by Schneider Electric SA, which is incorporated under the laws of France.

3.     Is 10% or more of the stock of party owned by a publicly held corporation or publicly held entity?

    No.

4.     Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    Yes.

The following insurance companies may have a potential obligation to provide coverage for the claims in this action: American Employers, Affiliated FM, Allstate, London Market Companies, and Lloyds' Underwriters. However, this Defendant is unaware of the corporate structure of the above-listed insurance companies.

5.     Is party a trade association?

    No.

**DATED** this 6th date of December, 2011.

s/ Edward B. McDonough, Jr.
Edward B. McDonough, Jr. (MCDOE0149)
Attorney for Defendant,
SCHNEIDER ELECTRIC USA, INC.

OF COUNSEL:
EDWARD B. McDONOUGH, JR., P.C.
POST OFFICE BOX 1943
MOBILE, ALABAMA  36633
Telephone:	251-432-3296
Facsimile:	251-432-3300
Email:		ebm@emcdonoughlaw.com

CERTIFICATE OF SERVICE

I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of the Court using the CM/ECF system which will send notification of same to all counsel of record on this the 6th day of December, 2011.

s/ Edward B. McDonough, Jr.
Edward B. McDonough, Jr. (MCDOE0149)
