IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | MDL DOCKET NO.: 875 |
| | ) | |
| ASBESTOS PRODUCT | ) | CIVIL ACTION NOS.: |
| LIABILITY LITIGATION | ) | 2:11-CV-63933 through 2:11-CV-63942 |
| | ) | 2:11-CV-66339 through 1:11-CV-66652 |
| | ) | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REUBEN MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: 2:11-cv-00535-B |
| | ) | |
| BILL VANN COMPANY LLC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

### METROPOLITAN LIFE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Metropolitan Life Insurance Company states that Metropolitan Life Insurance Company is a wholly owned subsidiary of MetLife, Inc. MetLife, Inc. is a publicly traded company.

Dated: December 7, 2011.

/s/ Michael A. Vercher
Michael A. Vercher (ASB-4976-H32M)
MDL Signature Code: MAV 3827
One of the Attorneys for Defendant
Metropolitan Life Insurance Company

**OF COUNSEL:**

**CHRISTIAN & SMALL, LLP**
505 North Twentieth Street
1800 Financial Center
Birmingham, AL 35203
Telephone:   (205) 795-6588
Facsimile:    (205) 328-7234
mavercher@csattorneys.com

## CERTIFICATE OF SERVICE

    I hereby certify that on **December 7, 2011** I have filed the above and foregoing pleading electronically with the Clerk of Court using the CM/ECF system which will send notification of same to all parties of record, and those not registered with the CM/ECF system have been served at their regular mailing address via U.S. Mail, postage prepaid.

                              /s/ Michael A. Vercher
                              OF COUNSEL