BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS            Docket No. 875
LIABILITY LITIGATION (NO. VI)

## NOTICE OF POTENTIAL "TAG-ALONG" ACTION

The below-listed case is a Federal Employer's Liability Act asbestos action currently pending in the United States District Court for the Southern District of Illinois. A copy of the Complaint marked as "Exhibit 1" and the presiding Court's docket sheet marked as "Exhibit 2" are attached hereto and made a part hereof. The Panel has not listed this case for transfer or conditional transfer to the Eastern District of Pennsylvania in the various conditional transfer orders and correction orders it has issued. The Plaintiff represented by the undersigned counsel hereby respectfully requests that the Panel take action to transfer this case to the MDL 875 of the Eastern District of Pennsylvania, and that the Clerk of the Panel immediately notify the Clerk of the relevant United States District Court that this action shall be transferred for consolidated pretrial proceedings under 28 U.S.C. 1407, pursuant to the Panel's July 19, 1991 Order.

In accordance with the Panel's opinion and Order and Rule 7.1(a), the undersigned counsel for Plaintiff hereby notifies the Clerk of the Panel of the below-listed related action.

- *Rosie Cota, Personal Representative of the Estate of Charles R. Cota, deceased, vs. BNSF Railway Company,* U.S. District Court For The Southern District of Illinois Case No. 11-cv-00977-JPG-PMF.

s/William P. Gavin
WILLIAM P. GAVIN, IL #03127132
GAVIN LAW FIRM
17 Park Place Professional Centre
Belleville, IL  62226
PHONE: (618) 236-0100
FAX:     (618) 236-2684
billg@gavinlaw.com

**ATTORNEY FOR PLAINTIFF,
ROSIE COTA**

1