BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS                                  Docket No. 875
LIABILITY LITIGATION (NO. VI)

### PROOF OF SERVICE

The undersigned certifies that a "Notice of Potential Tag-Along Action" has been electronically filed with the Judicial Panel on Multidistrict Litigation this 8th day of December, 2011, using the Panel's CM/ECF system. This electronic filing system will notify all counsel of record by electronic means, thereby fulfilling service of process upon all parties involved pursuant to Rule 4.1(a) of the Judicial Panel on Multidistrict Litigation's Rules of Procedure. Plaintiff's counsel will promptly notify the Clerk of the presiding Court of the filing of this Notice of Potential Tag-Along Action.

Re: *Rosie Cota, Personal Representative of the Estate of Charles R. Cota, deceased, vs. BNSF Railway Company,* U.S. District Court For The Southern District of Illinois Case No. 11-cv-00977-JPG-PMF.

William A. Brasher
Linda R. Self
BOYLE BRASHER LLC
5000 West Main Street
P.O. Box 23560
Belleville, IL 62226

**ATTORNEY FOR DEFENDANT,
BNSF RAILWAY COMPANY**

                                        s/William P. Gavin
                                        WILLIAM P. GAVIN #03127132
                                        GAVIN LAW FIRM
                                        17 Park Place Professional Centre
                                        Belleville, IL  62226
                                        PHONE: (618) 236-0100
                                        FAX:     (618) 236-2684
                                        billg@gavinlaw.com

                                        **ATTORNEY FOR PLAINTIFF,
                                        ROSIE COTA**