BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 – In Re: Asbestos Products Liability Litigation (No. VI)

*James Deason and Mary Deason v. A.W. Chesteron Company, et al.*

N.D. California, C.A. No. 3:11-05667 (JSW)

**NOTICE OF OPPOSITION TO CTO-469**

(Electronically Filed on December 8, 2011)

I represent plaintiffs James Deason and Mary Deason in the above-captioned action which is included on the conditional transfer order (CTO-469). Plaintiffs James Deason and Mary Deason submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

Ian A. Rivamonte, Esq.
KAZAN, McCLAIN, LYONS,
GREENWOOD & HARLEY
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone:   (510) 302-1000
Facsimile:    (510) 835-4913
E-mail:        irivamonte@kazanlaw.com

Counsel for Plaintiffs
James Deason and Mary Deason

---

Plaintiffs' Notice of Opposition to Conditional Transfer Order (CTO-469)

# CERTIFICATE OF SERVICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 975 - In re Asbestos Products Liability Litigation (No. VI)
James Deason and Mary Deason v. A.W. Chesterton Company, et al.
N.D. California, C.A. No. 3:11-05667

On December 8, 2011, I electronically filed this document (NOTICE OF OPPOSITION TO CTO-469) through the CM/ECF system, which will send notice of electronic filing to:

Edward R. Hugo, Esq.
Paul M. Bessette, Esq.
Thomas J. Moses, Esq.
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, California 94105

and I faxed and mailed this document and notice of electronic filing to:

SEE ATTACHED LIST

/s/ Ian A. Rivamonte
Ian A. Rivamonte
KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
(510) 302-1000
(510) 835-4913 (FAX)
irivamonte@kazanlaw.com
Attorneys for Plaintiffs

KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY, PLC
JACK LONDON MARKET
55 HARRISON STREET, SUITE 400
OAKLAND, CA 94607
(510) 302-1000
(510) 465-7728
FAX (510) 835-4913

IRIVAMONTE/1061928.1

Plaintiffs' Notice of Opposition to Conditional Transfer Order (CTO-469)