**AMENDED CERTIFICATE OF SERVICE**

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 975 - In re Asbestos Products Liability Litigation (No. VI)
James Deason and Mary Deason v. A.W. Chesterton Company, et al.
N.D. California, C.A. No. 3:11-05667

On December 8, 2011, I electronically filed a NOTICE OF OPPOSITION TO CTO-469 through the CM/ECF system, which will send notice of electronic filing to:

Edward R. Hugo, Esq.
Paul M. Bessette, Esq.
Thomas J. Moses, Esq.
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, California 94105

and I faxed and mailed this document and notice of electronic filing to:

SEE ATTACHED LIST

/s/ Ian A. Rivamonte
Ian A. Rivamonte
KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
(510) 302-1000
(510) 835-4913 (FAX)
irivamonte@kazanlaw.com
Attorneys for Plaintiffs

KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY, PLC
JACK LONDON MARKET
55 HARRISON STREET, SUITE 400
OAKLAND, CA 94607
(510) 302-1000
(510) 465-7728
FAX (510) 835-4913

IRIVAMONTE/1061928.1

Plaintiffs' Notice of Opposition to Conditional Transfer Order (CTO-469)

SERVICE LIST      CASE: Deason, James and Mary [NE 1456]      ACTION #: RG11601088      December 8, 2011  10:12 AM

ADAMS NYE TRAPANI BECHT LLP
   222 Kearney Street, Suite 700, San Francisco, CA  94108
   FOR:  KAMAN INDUSTRIAL TECHNOLOGIES CORPORATION
PH:  (415) 982-8955
FAX: (415) 982-2042

BASSI EDLIN HUIE & BLUM, LLP
   500 Washington Street, Suite 700, San Francisco, CA  94111
   FOR:  HOPEMAN BROTHERS INC.
PH:  (415) 397-9006
FAX: (415) 397-1339

BECHERER, KANNETT & SCHWEITZER
   1255 Powell Street, , Emeryville, CA  94608-2604
   FOR:  M. SLAYEN & ASSOCIATES
PH:  (510) 658-3600
FAX: (510) 658-1151

BERRY & BERRY
   P.O. Box 16070, Oakland, CA  94610
   FOR:  DESIGNATED DEFENSE COUNSEL
PH:  (510) 835-8330
FAX: (510) 835-5117

BRYDON, HUGO & PARKER
   135 Main Street, 20th Floor, San Francisco, CA  94105
   FOR:  FOSTER WHEELER LLC;   NATIONAL STEEL AND SHIPBULDING COMPANY
PH:  (415) 808-0300
FAX: (415) 808-0333

COOLEY MANION JONES KUROWSKI LLP
   201 Spear Street, Suite 1800, San Francisco, CA  94105
   FOR:  A.W. CHESTERTON COMPANY
PH:  415-512-4381
FAX: 415-512-6791

CROSBY & ROWELL LLP
   299 Third Street, 2nd Floor, Oakland, CA  94607
   FOR:  GOULDS PUMPS, INCORPORATED
PH:  (510) 267-0300
FAX: (510) 839-6610

FOLEY & MANSFIELD, PLLP
   300 Lakeside Drive, Suite 1900, Oakland, CA  94612
   FOR:  CLEAVER-BROOKS, INC. fka AQUA-CHEM, INC.
PH:  510-590-9500
FAX: 510-590-9595

GORDON & REES - INGERSOLL-RAND
   275 Battery Street, 20th Floor, San Francisco, CA  94111
   FOR:  INGERSOLL-RAND COMPANY;   INGERSOLL-RAND COMPANY sii/pae/et of THE WHITON MACHINE
   COMPANY;   INGERSOLL-RAND COMPANY sii/pae/et to TERRY STEAM TURBINE COMPANY
PH:  (415) 986-5900
FAX: (415) 986-8054

HOWARD, ROME, MARTIN & RIDLEY
   1775 Woodside Road, Suite 200, Redwood City, CA  94061-3436
   FOR:  IMO INDUSTRIES, INC.;   IMO INDUSTRIES, INC. sii/paae/et of DELAVAL STEAM TURBINE
PH:  (650) 365-7715
FAX: (650) 364-5297

IMAI, TADLOCK, KEENEY & CORDERY
   100 Bush Street, Suite 1300, San Francisco, CA  94104
   FOR:  ALLIED PACKING & SUPPLY, INC.
PH:  415-675-7000
FAX: 415-675-7008

PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400, San Francisco, CA  94111
   FOR:  GEORGIA-PACIFIC LLC
PH:  (415) 344-7000
FAX: (415) 344-7288

POND NORTH
   350 South Grand Avenue, Suite 3300, Los Angeles, CA  90071
   FOR:  ASTRA FLOORING COMPANY;   CBS CORP, a Del Corp fka VIACOM sii by merger to CBS a Penn Corp
   etc.
PH:  (213) 617-6170
FAX: (213) 623-3594

PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP
   One California Street, Suite 1910, San Francisco, CA  94104
   FOR:  SYD CARPENTER MARINE CONTRACTOR, INC.
PH:  (415) 788-8354
FAX: (415) 788-3625

SEDGWICK LLP
   333 Bush Street, 30th Floor, San Francisco, CA  94105
   FOR:  GENERAL ELECTRIC COMPANY
PH:  (415) 781-7900
FAX: (415) 781-2635

SERVICE LIST    CASE: Deason, James and Mary [NE 1456]    ACTION #: RG11601088    December 8, 2011  10:12 AM
Page Two

SELMAN & BREITMAN    PH:  (415) 979-0400
    33 New Montgomery Street, Sixth Floor, San Francisco, CA  94105    FAX: (415) 979-2099
    FOR:  LAMONS GASKET CO.;   LAMONS GASKET COMPANY/sii/pae/sub/eqt/POWER ENGINEERING &
    EQUIPMENT CO

VASQUEZ, ESTRADA & CONWAY LLP    PH:  (415) 453-0555
    Courthouse Square, 1000 Fourth Street, Suite 700, San Rafael, CA  94901    FAX: (415) 453-0549
    FOR:  HILL BROTHERS CHEMICAL COMPANY

End of Service List