## SCHEDULE

| Division | CA Case No. | Judge | Case Caption |
|---|---|---|---|
| Northern District of California | 3:11-cv-05289-MEJ | Hon. Maria-Elena James | Marie Spilmon v. General Electric Co. et al. |