## SERVICE LIST

*Marie Spilmon v. General Electric Co. et al.*

DAVID DONADIO, ESQ.
**BRAYTON PURCELL LLP**
222 RUSH LANDING RD
POBOX 6169
NOVATO, CA 94948

JEREMY D. HUIE
**BASSI EDLIN HUIE & BLUM LLP**
500 WASHINGTON ST STE 700
SAN FRANCISCO, CA 94111

ALLISON M. LOW
**SEDGWICK LLP**
ONE MARKET PLAZA
8TH FLOOR
STEUART TOWER
SAN FRANCISCO, CA 94105-1101