## Before the Judicial Panel on Multidistrict Litigation
## MDL-875 – In re John and Nancy Edwards

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| | | | |
| John Edwards and Nancy Edwards<br>Plaintiffs<br><br>v.<br><br>Air & Liquid Systems, Corp., CBS Corporation, General Electric Company and Foster Wheeler, LLC<br>Defendants | | 3:11-cv-01900 | Janet C. Hall |
| | | | |

2356676