BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**In re John and Nancy Edwards Litigation**                             MDL 875

**Proof of Service**

I hereby certify that a copy of the foregoing was served by email on this 8th day of December, 2011 to the following:

**Christopher Meisenkothen**
Early Lucarelli Sweeney & Meisenkothen
One Century Tower
265 Church St., 11th Fl.
PO Box 1866
New Haven, CT 06508-1866
cmeisenkothen@elslaw.com

Geoffrey L. Squitiero, Esq.
Mayer and Murtha
528 Clinton Avenue
Bridgeport, CT 06605
gsquitiero@maherandmurtha.com

Thomas F. Maxwell , Jr.
Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT 06601-7006
tmaxwell@pullcom.com

James Oswald, Esq.
Adler Pollock & Sheehan
One Citizens Plaza 8th Floor
Providence, RI 02903-1345
joswald@apslaw.com


/s/ Dan E. LaBelle

2356711