# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 12/07/2011

District Court: W.D. North Carolina

Number of Actions: 1

Complaints and Docket Sheets are attached.

*signature*

CLERK OF THE PANEL