UNITED STATES JUDICIAL PANEL ON
MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 12/08/2011

District Court: D. South Carolina

Number of Actions: 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL