(VBKx), DISCOVERY, RELATED-G

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:11-cv-09707-R-VBK

Paul N Kanonas v. Amcord Inc et al  
Assigned to: Judge Manuel L. Real  
Referred to: Magistrate Judge Victor B. Kenton  
Related Case: 2:07-cv-02241-R-JTL  
Case in other court: Superior Court of California, Los Angeles County, BC471689  
Cause: 28:1441 Notice of Removal - Asbestos Litigation

Date Filed: 11/22/2011  
Jury Demand: Defendant  
Nature of Suit: 368 P.I. : Asbestos  
Jurisdiction: Federal Question

**Plaintiff**

**Paul N Kanonas**    represented by    **Eric L Brown**
DeBlase Brown Eyerly LLP
10990 Wilshire Boulevard Suite 1060
Los Angeles, CA 90024
310-575-9955
Fax: 310-575-9919
Email: brown@dbelegal.com
*ATTORNEY TO BE NOTICED*

**Michael C Eyerly**
DeBlase Brown Eyerly LLP
10990 Wilshire Boulevard Suite 1060
Los Angeles, CA 90024
310-575-9955
Fax: 310-575-9919
*ATTORNEY TO BE NOTICED*

**Patrick A DeBlase**
DeBlase Brown Eyerly LLP
10990 Wilshire Boulevard Suite 1060
Los Angeles, CA 90024
310-575-9955
Fax: 310-575-9919
Email: deblase@dbelegal.com
*ATTORNEY TO BE NOTICED*

**Stephen Thomas Blackburn**
DeBlase Brown Eyerly LLP
10990 Wilshire Boulevard Suite 1060
Los Angeles, CA 90024
310-575-9955
Fax: 310-575-9919

                              Email: Blackburn@dbelegal.com
                              *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Amcord Inc**
*individually and as successor in Interest to Riverside Cement Company*

**Defendant**

**Buffalo Pumps Inc**

**Defendant**

**CBS Corporation**
*fka Viacom, Inc, Successor by Merger to CBS Corporation fka Westinghouse Electric Corporation*

**Defendant**

**Certainteed Corporation**    represented by  **Bradford John DeJardin**
                                          McKenna Long & Aldridge LLP
                                          300 South Grand Avenue
                                          14th Floor
                                          Los Angeles, CA 90071-3124
                                          213-688-1000
                                          Fax: 213-243-6330
                                          Email: bdejardin@mckennalong.com
                                          *ATTORNEY TO BE NOTICED*

                                          **Farah Sohaili Nicol**
                                          McKenna Long and Aldridge LLP
                                          300 South Grand Avenue 14th Floor
                                          Los Angeles, CA 90071-3124
                                          213-688-1000
                                          Fax: 213-243-6330
                                          Email: fnicol@mckennalong.com
                                          *ATTORNEY TO BE NOTICED*

                                          **Vanessa Ticas**
                                          McKenna Long and Aldridge LLP
                                          300 South Grand Avenue 14th Floor
                                          Los Angeles, CA 90071-3124
                                          213-688-1000
                                          Fax: 213-243-6330
                                          *ATTORNEY TO BE NOTICED*

                                          **William J Sayers**
                                          McKenna Long and Aldridge LLP

                 300 South Grand 14th Floor
                 Los Angeles, CA 90071-3124
                 213-688-1000
                 Fax: 213-243-6330
                 Email: wsayers@mckennalong.com
                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Cleaver-Brooks Inc**
*individually and fka Aqua-Chem, Inc*

**Defendant**

**Crown Cork and Seal USA Inc**
*Individually and as Successor in Interest to Mundet Cork Company*

**Defendant**

**Crane Co**
*Individually and as successor in interest to Chapman Valves*

**Defendant**

**Familian Corporation**

**Defendant**

**General Electric Company**   represented by **Charles T Sheldon**
                 Sedgwick LLP
                 333 Bush Street, 30th Floor
                 San Francisco, CA 94105
                 415-781-7900
                 Fax: 415-781-2635
                 Email: charles.sheldon@sdma.com
                 *ATTORNEY TO BE NOTICED*

                 **Katherine Paige Gardiner**
                 Sedgwick LLP
                 333 Bush Street, 30th Floor
                 San Francisco, CA 94105
                 415-781-7900
                 Fax: 415-781-2635
                 Email: katherine.gardiner@sdma.com
                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Georgia-Pacific LLC**
*fka Georgia-Pacific Corporation, individually and as successor-in-interest to Bestwall Gypsum Company*

**Defendant**

**Goulds Pumps Inc**

**Defendant**

**Hanson Permanente Cement Inc**
*fka Kaiser Cement Corporation*

**Defendant**

**IMO Industries Inc**
*(Individually and as successor in interest to Delaval Steam Turbine Inc)*

**Defendant**

**Ingersoll-Rand Company**
*individually and as successor in interest to The Aldrich Company*

**Defendant**

| | | |
|---|---|---|
| **JM Manufacturing Company Inc** *(Dba JM Pipe Manufacturing Company)* | represented by | **Elizabeth L Huynh** Walsworth Franklin Bevins and McCall LLP One City Boulevard West 5th Floor Orange, CA 92868-3677 714-634-2522 Fax: 714-634-0686 Email: elhuynh@wfbm.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

**Kaiser Gypsum Company Inc**

**Defendant**

**Keenan Properties Inc**

**Defendant**

**Kelly-Moore Paint Company Inc**

**Defendant**

**Mechanical Drives and Belting**
*(fka LA Rubber Company)*

**Defendant**

| | | |
|---|---|---|
| **Metalclad Insulation Corporation** | represented by | **Bradford John DeJardin** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **David K Schultz** McKenna Long & Aldridge LLP 300 South Grand Avenue |

        14th Floor
        Los Angeles, CA 90071-3124
        213-688-1000
        Fax: 213-243-6330
        Email: dschultz@mckennalong.com
        *ATTORNEY TO BE NOTICED*

        **Farah Sohaili Nicol**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Vanessa Ticas**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **William J Sayers**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Owens-Illinois Inc**
*(Individually and as successor in interest to Owens Illinois Glass Company and dba O-I)*

represented by **Kathleen A Stimeling**
Schiff Hardin LLP
Spear Street Tower
One Market 32nd Fl
San Francisco, CA 94105
415-901-8700
Fax: 415-901-8701
Email: kstimeling@schiffhardin.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Union Carbide Corporation**

represented by **Bradford John DeJardin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Farah Sohaili Nicol**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vanessa Ticas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William J Sayers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1-300*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/09/2011 | 23 | OF SERVICE filed by Plaintiff Paul N Kanonas, re Proof of Service (subsequent documents), Proof of Service (subsequent documents) 22 *Letter to Correct Start Date of Deposition to December 12, 2011 (same as Amended Deposition Notice served on December 8, 2011)* served on December 9, 2011. (Brown, Eric) (Entered: 12/09/2011) |
| 12/08/2011 | 22 | OF SERVICE filed by PLAINTIFF Paul N Kanonas, re Order on Ex Parte Application for Hearing re Discovery Matter, Order on Ex Parte Application for Order re Discovery Matter 21 *Correspondance Enclosing Notice of Court Order and Amended Deposition Notice of Plaintiff* served on December 8, 2011. (Brown, Eric) (Entered: 12/08/2011) |
| 12/08/2011 | 21 | ORDER GRANTING PLAINTIFFS EX PARTE APPLICATION FOR ORDER PERMITTING PLAINTIFFS DEPOSITION TO IMMEDIATELY PROCEED by Judge Manuel L. Real 11 . The deposition shall proceed immediately at the location previously agreed to by the parties. (im) (Entered: 12/08/2011) |
| 12/08/2011 | 20 | OF SERVICE filed by PLAINTIFF Paul N Kanonas, re EX PARTE APPLICATION for Hearing as to EX PARTE APPLICATION FOR ORDER PERMITTING PLAINTIFF'S DEPOSITION TO IMMEDIATELY PROCEED EX PARTE APPLICATION for Order for PLAINTIFF'S DEPOSITION TO IMMEDIATELY PROCEED 11 *NOTICE OF TAKING THE VIDEOTAPED DEPOSITION OF PAUL KANONAS* served on December 8, 2011. (Brown, Eric) (Entered: 12/08/2011) |
| 12/08/2011 | 19 | OF SERVICE filed by PLAINTIFF Paul N Kanonas, re EX PARTE APPLICATION for Hearing as to EX PARTE APPLICATION FOR ORDER PERMITTING PLAINTIFF'S DEPOSITION TO IMMEDIATELY PROCEED EX PARTE APPLICATION for Order for PLAINTIFF'S DEPOSITION TO IMMEDIATELY PROCEED 11 *PLAINTIFF PAUL KANONAS' INITIAL DISCLOSURES PURSUANT TO FRCP RULE 26 (a) (1)* served on December 8, 2011. (Brown, Eric) (Entered: 12/08/2011) |
| 12/08/2011 | 18 | REPLY IN SUPPORT OF EX PARTE APPLICATION for Hearing as to EX PARTE APPLICATION FOR ORDER PERMITTING PLAINTIFF'S DEPOSITION TO IMMEDIATELY PROCEED EX PARTE APPLICATION for Order for PLAINTIFF'S DEPOSITION TO IMMEDIATELY PROCEED 11 *REPLY* filed by Plaintiff Paul N Kanonas. (Attachments: # 1 Declaration) (Brown, Eric) (Entered: 12/08/2011) |
| 12/07/2011 | 17 | NOTICE filed by Defendant JM Manufacturing Company Inc. *of Certification as to Interested Parties* (Huynh, Elizabeth) (Entered: 12/07/2011) |
| 12/07/2011 | 16 | Opposition re: EX PARTE APPLICATION for Hearing as to EX PARTE APPLICATION FOR ORDER PERMITTING PLAINTIFF'S DEPOSITION TO IMMEDIATELY PROCEED EX PARTE APPLICATION for Order for PLAINTIFF'S DEPOSITION TO IMMEDIATELY PROCEED 11 filed by Defendant JM Manufacturing Company Inc. (Attachments: # 1 Declaration in |

| | | |
|---|---|---|
| | | Support of Opposition to Plaintiff's Ex Parte Application)(Huynh, Elizabeth) (Entered: 12/07/2011) |
| 12/07/2011 | 15 | NOTICE filed by Defendant JM Manufacturing Company Inc. *of Filing State Court Answer* (Huynh, Elizabeth) (Entered: 12/07/2011) |
| 12/07/2011 | 14 | NOTICE of Appearance filed by attorney Elizabeth L Huynh on behalf of Defendant JM Manufacturing Company Inc (Huynh, Elizabeth) (Entered: 12/07/2011) |
| 12/07/2011 | 13 | MEMORANDUM in Opposition to EX PARTE APPLICATION for Hearing as to EX PARTE APPLICATION FOR ORDER PERMITTING PLAINTIFF'S DEPOSITION TO IMMEDIATELY PROCEED EX PARTE APPLICATION for Order for PLAINTIFF'S DEPOSITION TO IMMEDIATELY PROCEED 11 filed by Defendant Crane Co. (Attachments: # 1 Declaration of Angelo L. Primas, Jr. in Support of Defendant Crane Co.'s Opposition to Plaintiff's Ex Parte for Order Permitting Plaintiff's Deposition to Immediately Proceed) (Primas, Angelo) (Entered: 12/07/2011) |
| 12/07/2011 | 12 | DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER PERMITTING PLAINTIFF'S DEPOSITION TO IMMEDIATELY PROCEED YES re: EX PARTE APPLICATION for Hearing as to EX PARTE APPLICATION FOR ORDER PERMITTING PLAINTIFF'S DEPOSITION TO IMMEDIATELY PROCEED EX PARTE APPLICATION for Order for PLAINTIFF'S DEPOSITION TO IMMEDIATELY PROCEED 11 filed by Defendants Certainteed Corporation, Metalclad Insulation Corporation, Union Carbide Corporation. (Attachments: # 1 Declaration, # 2 Declaration, # 3 Proposed Order)(DeJardin, Bradford) (Entered: 12/07/2011) |
| 12/06/2011 | 11 | EX PARTE APPLICATION for Hearing as to EX PARTE APPLICATION FOR ORDER PERMITTING PLAINTIFF'S DEPOSITION TO IMMEDIATELY PROCEED, EX PARTE APPLICATION for Order for PLAINTIFF'S DEPOSITION TO IMMEDIATELY PROCEED filed by PLAINTIFF Paul N Kanonas. (Attachments: # 1 Declaration, # 2 Proposed Order, # 3 PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES) (Brown, Eric) (Entered: 12/06/2011) |
| 12/01/2011 | 10 | NOTICE OF ENTRY OF ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (Related Cases) filed by Defendants Certainteed Corporation, Metalclad Insulation Corporation, Union Carbide Corporation. (Schultz, David) (Entered: 12/01/2011) |
| 12/01/2011 | 9 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 - Related Case- filed. Related Case No: CV 07-02241 R(JTLx). Case transferred from Judge John A Kronstadt and Magistrate Judge Andrew J. Wistrich to Judge Manuel L. Real and Magistrate Judge Victor B. Kenton for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 11-09707 R(VBKx).Signed by Judge Manuel L. Real (rn) (Entered: 12/01/2011) |
| 12/01/2011 | 8 | PROOF AND NOTICE OF FILING THE NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT OF SERVICE filed by |

| | | |
|---|---|---|
| | | DEFENDANT Metalclad Insulation Corporation, served on NOVEMBER 23, 2011. (DeJardin, Bradford) (Entered: 12/01/2011) |
| 12/01/2011 | 7 | NOTICE OF ASSIGNMENT/NOTICE OF OBLIGATION TO REPORT RELATED CASES AND SERVICE OF PAPERS filed by DEFENDANT Metalclad Insulation Corporation. (DeJardin, Bradford) (Entered: 12/01/2011) |
| 11/30/2011 | | CONFORMED COPY OF ANSWER to Notice of Removal, 1 filed by Defendant General Electric Company. (FILED IN SUPERIOR COURT ON 11/18/2011 ATTACHED TO DOCUMENT NUMBER 6 AS OF EXHIBIT. (pj) (Entered: 12/06/2011) |
| 11/30/2011 | 6 | NOTICE of Refiling State Court Answer to Complaint for Damages filed by defendant General Electric Company. (Gardiner, Katherine) (Entered: 11/30/2011) |
| 11/30/2011 | 5 | NOTICE of Interested Parties (L.R. 7.1-1) filed by defendant General Electric Company. (Gardiner, Katherine) (Entered: 11/30/2011) |
| 11/22/2011 | 4 | NOTICE OF RELATED CASES filed by defendant Metalclad Insulation Corporation. The subject matter falls within MDL No. 875. (esa) (mg). (Entered: 11/28/2011) |
| 11/22/2011 | 3 | NOTICE OF TAG-ALONG CASES filed by defendant Metalclad Insulation Corporation. (esa) (mg). (Entered: 11/28/2011) |
| 11/22/2011 | 2 | CERTIFICATION AND NOTICE OF INTERESTED PARTIES filed by defendant Metalclad Insulation Corporation. (esa) (mg). (Entered: 11/28/2011) |
| 11/22/2011 | | SUPERIOR COURT CONFORMED COPY OF ANSWER to Complaint 1 filed by defendant Union Carbide Corporation.(esa) (Entered: 11/28/2011) |
| 11/22/2011 | | SUPERIOR COURT CONFORMED COPY OF ANSWER to Complaint, 1 filed by defendant Certainteed Corporation.(esa) (Entered: 11/28/2011) |
| 11/22/2011 | | SUPERIOR COURT CONFORMED COPY OF ANSWER to Complaint, 1 filed by defendant Metalclad Insulation Corporation.(esa) (Entered: 11/28/2011) |
| 11/22/2011 | | SUPERIOR COURT CONFORMED COPY OF ANSWER to Complaint, 1 filed by defendant Owens-Illinois Inc.(esa) (Entered: 11/28/2011) |
| 11/22/2011 | 1 | NOTICE OF REMOVAL from the Superior Court of California, Los Angeles County, case number BC471689 with CONFORMED copies of summons and complaint. Case assigned to Judge John A Kronstadt, discovery to Magistrate Judge Andrew J Wistrich; (Filing fee $ 350 PAID ); filed by defendant Metalclad Insulation Corporation.(esa) (Additional attachment(s) added on 11/28/2011: # 1 Ntc of Asgmt, # 2 Civil Cover Sheet) (mg). (Entered: 11/28/2011) |

| PACER Service Center |
|---|
| Transaction Receipt |

| 12/09/2011 11:31:38 | | | |
|---|---|---|---|
| **PACER Login:** | mc0033 | **Client Code:** | 26121.6578 |
| **Description:** | Docket Report | **Search Criteria:** | 2:11-cv-09707-R-VBK End date: 12/9/2011 |
| **Billable Pages:** | 7 | **Cost:** | 0.56 |