# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-titled action. My business address is **300 South Grand Avenue, 14th Floor, Los Angeles, CA 90071.**

I hereby certify that a true and correct copy of the foregoing:

1. **NOTICE OF TAG-ALONG ACTION;**

2. **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1441, 1442 AND 1446, 16 U.S.C. SECTION 457, AND U.S.C.A. CONST. ART. I SECTION 8, CL. 17; AND**

3. **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA 9WESTERN DIVISION – LOS ANGELES) CIVIL DOCKET FOR CASE #: 2:11-CV-09707-R-VBK**

was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record and to those registered to receive a Notice Of Electronic Filing for this case on December 9, 2011.

                                               /s/ Sherry Smith
                                                 *Sherry Smith*