BEFORE THE JUDICIAL PANEL
ON MULTIDSTRICT LITIGATION

| | |
|---|---|
| In re Asbestos Product Liability Litigation (No. IV) | MDL Docket No. 875 |
| | **NOTICE OF TAG-ALONG ACTION** |

ANNE GILLIS, Individually and as
Executrix of the Estate of EDWARD A. GILLIS,

*Plaintiff,*

v.

AMERICAN OPTICAL CORPORATION,
ANCHOR PACKING COMPANY,
A.W. CHESTERTON COMPANY,
BAYER CROPSCIENCE, INC. (f/k/a AVENTIS
   CROPSCIENSE USA, INC. RHONE POULENC AG
   COMPANY, INC. f/k/a UNION CARBIDE
   AGRICULTURAL PRODUCTS, INC. f/k/a AMCHEM
   PRODUCTS INC., a Successor to BENJAMIN FOSTER
   COMPANY),
BIRD, INC.,
BONDEX INTERNATIONAL, INC., a subsidiary of
   BONDEX COMPANY,
BUFFALO PUMPS, INC.,
CBS CORPORATION, f/k/a VIACOM, INC., successor by
   merger to CBS CORPORATION f/k/a WESTINGHOUSE
   ELECTRICAL CORPORATION,
CERTAINTEED CORPORATION,
CLEAVER-BROOKS, INC.,
CONWED CORPORATION,
CROWN CORK & SEAL COMPANY USA INC., f/k/a
   CROWN, CORK & SEAL COMPANY, INC.
DANA COMPANIES LLC, f/k/a DANA CORPORATION,
DAP PRODUCTS, INC.,
ELLIOTT TURBOMACHINERY COMPANY, INC.,
ERICCSON, INC.,
FAIRBANKS MORSE PUMP,
FOSTER WHEELER ENERGY CORPORATION, f/k/a
   FOSTER WHEELER CORPORATION,
GARLOCK SEALING TECHNOLOGY f/k/a GARLOCK,
   INC.,
GENERAL CABLE INDUSTRIES, INC.,
GENERAL INSULATION COMPANY,

Civil action pending in:

United States District Court
District of Massachusetts
Eastern Division
Docket No. 1:11-cv-12138-JCB

The Honorable Jennifer C. Boal
United States Magistrate Judge

83818429.1

GEORGIA PACIFIC LLC, f/k/a GEORGIA PACIFIC
   CORPORATION,
THE GOODYEAR TIRE & RUBBER COMPANY,
GOULD PUMPS, INC., a subsidiary of ITT INDUSTRIES,
   INC.,
INGERSOLL-RAND COMPANY,
KAISER GYPSUM COMPANY, INC.,
NATIONAL SERVICE INDUSTRIES, INC., as successor in
   interest to NORTH BROTHERS, INC.,
NEW ENGLAND INSULATION COMPANY,
THE OKONITE COMPANY,
OWENS-ILLINOIS, INC. f/k/a OWENS BOTTLE
   MACHINE CORP. f/k/a OWENS BOTTLE CO. f/k/a
   OWEN-ILLINOIS GLASS CO.,
PHELPS DODGE INDUSTRIES,
ROCKBESTOS SUPRENANT CABLE CORPORATION,
   f/k/a ROCKBESTOS COMPANY,
R T VANDERBILT COMPANY, INC.,
UNION CARBIDE CORPORATION,
VIKING PUMPS, INC.,
WARREN PUMPS, LLC,
YARWAY CORPORATION,
YORK-SHIPLEY GLOBAL, a Division of AESYS
   TECHNOLOGIES, LLC,
ZURN INDUSTRIES, INC., a/k/a and successor-by-merger
   TO ERIE CITY IRON WORKS,

                *Defendants.*

TO THE CLERK OF THE PANEL:

      PLEASE TAKE NOTICE THAT the civil action entitled *Anne Gillis, Individually and as Executrix of the Estate of Edward A. Gillis v. American Optical Corporation, et al.* ("*Gillis*"), now pending in the United States District Court, District of Massachusetts (Docket No.1:11-cv-12138-JCB) is a potential tag-along action with respect to *In re Asbestos Product Liability Litigation (No. VI)* (MDL Docket No. 875), now pending in the United States District Court for the Eastern District of Pennsylvania. The plaintiff in *Gillis* alleges personal injuries arising from the plaintiff's deceased's exposure to asbestos, including claims of product liability.

83818429.1

Under MDL Rule 1.1, a "tag-along action" is a civil action pending in a district court and involving common questions of fact with actions previously transferred under 28 U.S.C. § 1407. On January 17, 1991, the Judicial Panel on Multidistrict Litigation issued an order to show cause why all pending federal district court actions not then in trial involving allegations of personal injury or wrongful death caused by asbestos should not be centralized in a single forum. On July 29, 1991, the Panel ordered the transfer of asbestos cases pending in the district courts, not then in trial, to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to § 1407. *In re Asbestos Products Liability Litigation (No. VI)*, 771 F. Supp. 415 (J.P.M.L. 1991).

The Panel's transfer order and the MDL Rules provide that notice be given to the Clerk of the Panel of potential tag-along actions. *See id.* at 424; MDL Rules 7.2(i), 7.3(a), and 7.5(e). Accordingly, defendant Phelps Dodge Industries, Inc. gives this notice that *Gillis* is a potential tag-along action.

> Respectfully submitted,
> PHELPS DODGE INDUSTRIES, INC.,
> By its attorneys,
>
> /s/ Erica Tennyson
> William S. Rogers, Jr. (BBO #549487)
> Erica Tennyson (BBO #660707)
> DAY PITNEY LLP
> One International Place
> Boston, MA 02110
> (617) 345-4600
> wsrogers@daypitney.com
> etennyson@daypitney.com

Dated: December 8, 2011

83818429.1

## CERTIFICATE OF SERVICE

I, Erica Tennyson, hereby certify that on December 8, 2011, I have served the within *Notice of Tag-Along Action* in the above-captioned action by causing the foregoing to be served by electronic service upon all counsel of record.

_____
Erica Tennyson

83818429.1