BEFORE THE UNTIED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) | |
| LIABILITY LITIGATION (No. VI) ) | MDL No. 875 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **REUBEN MORGAN,** ) | |
| ) | |
| Plaintiff, ) | **11-CV-00535-WS-B** |
| ) | |
| vs. ) | (CTO- 466) |
| ) | |
| **BILL VANN COMPANY, INC, et al.** ) | |
| ) | |
| Defendants. ) | |

**FLOWSERVE CORPORATION f/k/a DURIRON COMPANY, INC.**
**AMENDED DISCLOSURE STATEMENT**

COMES NOW Defendant, FLOWSERVE CORPORATION f/k/a DURIRON COMPANY INC., improperly denominated in the Complaint as "FLOWSERVE CORPORATION, f/k/a Durco International, Inc., successor in interest to the Duriron Company, Inc.," by and through its attorneys of record, and, pursuant to *Federal Rule of Civil Procedure 7.1*, hereby submits this, its Amended Disclosure Statement, and shows the Court as follows:

1. Whether the named Defendant has a parent company, and if so, what company.

    No.

2. Whether the named Defendant has publicly traded stock.

    Yes.

3. Whether a publicly traded entity owns 10% or more of the named Defendant's

company stock and if so, what entity.

        No.

        s/Edward B. McDonough, Jr.
        EDWARD B. McDONOUGH, JR. (MCDOE0149)
        Attorney for Defendant,
        FLOWSERVE CORPORATION f/k/a THE
        DURIRON COMPANY, INC.

OF COUNSEL:
EDWARD B. McDONOUGH, JR., P.C.
POST OFFICE BOX 1943
MOBILE, ALABAMA  36633
Telephone:   251-432-3296
Facsimile:   251-432-3300
Email:   ebm@emcdonoughlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of the Court using the CM/ECF system which will send notification of same to all counsel of record on this the 9th day of December, 2011.

        s/Edward B. McDonough, Jr.
        Edward B. McDonough, Jr., (MCDOE0149)