BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 In re Asbestos Litigation

*Akau, et al. v. Crane Co. et al.*, District of Hawaii, C.A. No. 1:11-00637

## Certificate of Service

I HEREBY CERTIFY that on December 9, 2011, a copy of the foregoing pleading was filed electronically and is available for viewing from the Court's ECF system.  Notice of this filing will be sent to all counsel of record via the Court's ECF system.

DATED: Honolulu, Hawaii, December 9, 2011.

/s/ E. Mason Martin III
ELTON JOHN BAIN
E. MASON MARTIN III
BRADFORD K. CHUN
Attorneys for Defendant
WARREN PUMPS, LLC