KESSNER UMEBAYASHI BAIN & MATSUNAGA
Attorneys at Law – A Law Corporation

| | |
|---|---|
| ELTON JOHN BAIN | 2443-0 |
| jbain@kdubm.com | |
| E. MASON MARTIN III | 7295-0 |
| mmartin@kdubm.com | |
| MARIE A. SHELDON | 5964-0 |
| tsheldon@kdubm.com | |
| BRADFORD K. CHUN | 9426-0 |
| bchun@kdubm.com | |

220 South King Street, Suite 1900
Central Pacific Plaza
Honolulu, Hawaii 96813
Telephone No. (808) 536-1900
Facsimile No. (808) 529-7177

Attorneys for Defendant
WARREN PUMPS, LLC.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: <br> HAWAII STATE ASBESTOS CASES <br><br> This Document Applies To: <br><br> AMY K. AKAU, Individually, and CORRINE AKAU, as Personal Representative of the Estate of RICHARD J. AKAU, SR., deceased, <br><br> Plaintiff, <br><br> vs. <br><br> CRANE CO., etc., et al., <br><br> Defendants. | CIVIL NO. 11-1-2135-09 (RAN) <br><br><br><br><br><br><br><br><br><br> Trial: Not Assigned |

### AFFIDAVIT OF ROLAND DOKTOR

I, Roland Doktor, declare:

1. I am Manager, New Navy Programs for Warren Pumps, LLC ("Warren Pumps"). I am an authorized agent of Warren Pumps and I am sufficiently familiar with the facts set forth herein to competently testify to them and if called as a witness, could and would testify to the

following:

2.   I joined Warren Pumps in 1978, immediately after receiving a Bachelor of Science degree in Marine Engineering from the Massachusetts Maritime Academy at Buzzard's Bay, Massachusetts.

3.   My job functions as Manager of New Programs Navy include, but are not limited to all new pumps sales.

4.   I submit this affidavit to attest to the level of supervision and control by the United States Navy ("U.S. Navy") and its agents and officers over the design and manufacture by Warren Pumps of pump equipment intended for installation on U.S. Navy combatants. This attestation is based on personal knowledge and the review of records kept by Warren Pumps in the ordinary course of business.

5.   Warren Pumps was founded in 1897 as Warren Steam Pump Company in the small New England community of Warren, Massachusetts. For over one-hundred years, it has manufactured pumps in the same location from which it was founded.

6.   Warren Pumps has manufactured U.S. Navy pumps for use aboard U.S. Navy combatants involved in two World Wars, the Korean War, the Vietnam War, the Cold War, as well as peace-keeping and humanitarian missions.

7.   Warren Pumps made and supplied pumps for U.S. Navy combatants under contracts between Warren Pumps and the shipyards and/or the U.S. Navy, which administered those contracts through the Naval Sea Systems Command ("NAVSEA") or its predecessor, the Navy Bureau of Ships ("BUSHIPS"). Pumps manufactured and supplied by Warren Pumps for U.S. Navy combatants had to meet precise U.S. Navy specifications. Additionally, pumps were specifically designed and engineered for the combatant or class of combatants in question. In other words, the pumps for a combatant or class of combatants were custom built, i.e., they were not "off the shelf" products. Under the direction and control of officers and agents of the U.S.

2

Navy, pumps supplied by Warren Pumps were built in accordance with the U.S. Navy specifications, tested pursuant to those specifications and then approved by the U.S. Navy. The U.S. Navy specifications for pumps incorporated several lower-level specifications, including those governing the components or materials used for or with the pumps, such items as metals, bearings, packing, gaskets, etc.

8. In accordance with the Navy's detailed specifications, the pumps that Warren supplied for installation on Navy combatants were individually designed specifically to withstand combat conditions, in a manner different from pumps designed for sale to commercial ships. Navy pumps also incorporated numerous other characteristics and met different standards than pumps supplied for commercial applications, and manuals, drawings and other written materials accompanying pumps were subject to Navy review to ensure compliance with Navy requirements that were far more detailed and stringent than those imposed by commercial customers.

9. Additionally, pursuant to a particular contract and the U.S. Navy's requirements, Warren Pumps may have prepared U.S. Navy technical manuals for certain pumps that were supplied for U.S. Navy combatants. The U.S. Navy technical manuals were governed by the U.S. Navy and were sent to NAVSEA or its predecessor, BUSHIPS or its acting agent for U.S. Navy approval. The U.S. Navy approved the finished contents of the U.S. Navy technical manuals upon determination that the U.S. Navy technical manual met its requirements under the military specifications.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 20 day of October 2011, at Monroe, North Carolina.

_____
ROLAND DOKTOR

Subscribed and sworn to before me this 20 day of October, 2011

Brenda S. Trull
Notary Public

BRENDA S. Trull
Printed Name of Notary

My Commission Expires: 10-20-2014

State of NC
County of Union