BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 In re Asbestos Litigation

*Thompson, et al. v. Crane Co. et al.*, District of Hawaii, C.A. No. 1:11-00638

## DECLARATION OF E. MASON MARTIN III

I, E. MASON MARTIN III, hereby declare pursuant to 28 U.S.C. §1746, under penalty of perjury that the following is true and correct:

1. I am one of the attorneys of record herein for Defendant IMO INDUSTRIES, INC. and make this declaration based upon personal knowledge.

2. Attached hereto and marked as Exhibit "A" is true and correct copy of the transfer order identified as Document 7936.

3. Attached hereto and marked as Exhibit "B" are true and correct copies of the following recent Ninth Circuit decisions:

    (a) Getz, et al. v. The Boeing Co., et al., 2011 U.S. App. LEXIS 15877 (9th Cir. 2011)

    (b) Rodriguez v. Lockheed Martin Corp., 627 F.3d 1259 (9th Cir. 2010)

4. Attached hereto and marked as Exhibit "B" is a true and correct copy of the most recent MDL-875 Asbestos Products Liability Litigation Land-Based Caseload Statistics.

5. Attached hereto is a true and accurate copy of the <u>Affidavit of Ret. Adm. Roger B. Horne, Jr.</u> dated October 20, 2011.

6. Attached hereto is a true and accurate copy of the <u>Affidavit of Ret. Adm. David P. Sargent</u> dated October 20, 2011.

7. Attached hereto is a true and accurate copy of the <u>Declaration of Robert M. Salzmann</u> dated October 21, 2011.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this <u>9th</u> day of December 2011.

<u>/s/ E. Mason Martin III</u>
E. MASON MARTIN III
220 South King Street, Suite 1900
Central Pacific Plaza
Honolulu, Hawaii  96813
Telephone No. (808) 536-1900
Email: <u>mmartin@kdubm.com</u>
Counsel for Defendant
IMO INDUSTRIES, INC.