## DECLARATION OF RICHARD M. SALZMANN

I, Richard M. Salzmann, declare:

1. I have been authorized to make this Declaration on behalf of IMO Industries Inc., formerly known as DeLaval Turbine Inc. (hereinafter "IMO"), in connection with the above-captioned litigation. Unless noted, the statements herein are based on my own personal knowledge of the facts.

2. I was employed by IMO, beginning in 1962 and continuing through 1994, when the assets of the former DeLaval Turbine Division of IMO were sold and became Demag DeLaval Turbomachinery ("Demag DeLaval"). I became an employee of Demag DeLaval at that time and remained there until retiring in 1998.

3. Since 1998, I have been a technical consultant in the industry, employed by RMS Technical Services, Inc., and I continue to have access to the sales and other relevant records of IMO. Additionally, I have served as IMO's corporate representative in asbestos litigation.

4. Based on my employment with IMO for over 30 years, my work as a technical consultant, and my role as IMO's corporate representative, I am familiar with the history of the company and the equipment it manufactured and sold, including equipment sold to the United States Navy ("Navy"). Moreover, I am knowledgeable regarding the Navy's involvement in and control over the design and manufacture of equipment the Navy purchased from IMO.

5. IMO manufactured and supplied equipment for Navy ships under contracts between IMO and the shipyards and/or the United States of America, specifically the Navy Department.

6. The manufacture of equipment for use on Navy vessels was governed by an extensive set of federal standards and specifications, chiefly military specifications known as Navy Specifications and later "MilSpecs." The MilSpecs governed all aspects of a piece of equipment, such as design and construction. The MilSpecs also specified the materials to be used in building the equipment, including materials for internal components such as gaskets and packing.

7. All equipment supplied by IMO to the Navy was built in accordance with Navy specifications.

8. Pursuant to 28 USC § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October, **21**, 2011.

*Richard M. Salzmann*
Richard M. Salzmann