

NONSTOP ADVOCATES

Michael A. Vercher
Direct Dial: (205) 250-6621
E-mail Address: MAVercher@csattorneys.com

December 12, 2011

**VIA ELECTRONIC FILING:**
Jeffery M. Luthi
United States Judicial Panel
on Multidistrict Litigation Clerk
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C. 20544-0005

        RE:    *Morgan, Reuben*
                   MDL No. 875
                   ALS/2:11-CV-00535

Dear Mr. Luthi:

      Please accept this correspondence as a withdrawal of the following filings made in the above-referenced matter:

- **Defendant Metropolitan Life Insurance Company's Notice of Appearance of Michael A. Vercher (Document 8169, filed 12/08/11)**

- **Defendant Metropolitan Life Insurance Company's Corporate Disclosure Statement (Document 55, filed 12/07/11)**

      We will file corrected versions of these documents in the near future. If you have any questions or concerns, please feel free to contact me.

                                               Sincerely,

                                               Michael A. Vercher
                                               For the Firm

MAV/jmb