MDL No. 875 & TITLE - IN RE: Reuben Morgan

# NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Defendant Metropolitan Life Insurance Company

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Reuben Morgan v. Bill Vann Company, Inc., et al. - MDL 875-Southern District of Alabama, Southern Division - 2:

*************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| December 12, 2011 | /s/ Michael A. Vercher |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Michael A. Vercher, Christian & Small LLP, 505 20th Street North, Suite 1800, Birmingham, Alabama 35203

Telephone No.: 205-250-6621    Fax No.: 205-328-7234

Email Address: mavercher@csattorneys.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of the Court using the CM/ECF system which will send notification of same to all counsel of record on this the **12**[th] day of **December**, **2011**.

                                                  /s/ Michael A. Vercher  
                                                  OF COUNSEL

| Counsel | Party | Service Method |
|---|---|---|
| G. Patterson Keahey<br>LAW OFFICES OF G PATTERSON KEAHEY JR PC<br>One Independence Drive, Suite 612<br>Birmingham, AL 35209<br>efile@mesohelp.com | Plaintiff | CM/ECF |
| George M. Keahey<br>P.O. Box 934<br>Grove Hill, AL 36451<br>marc@keaheylawoffice.com | Plaintiff | CM/ECF |
| Timothy A. Clarke<br>F. Grey Redditt , Jr.<br>Roy Wallace Harrell, III<br>VICKERS, RIIS, MURRAY & CURRAN, L.L.C.<br>P. O. Drawer 2568<br>Mobile, AL 36652-2568<br>tclarke@vickersriis.com<br>gredditt@vickersriis.com<br>tharrell@vickersriis.com | Defendants<br><br>Bill Vann Company, Inc., Crane Co., Foster Wheeler Corporation, and Goulds Pumps, Inc. | CM/ECF |
| James A. Harris , III<br>Nicole M. Hardee<br>HARRIS & HARRIS, LLP<br>2501-20th Place South, Suite 450<br>Birmingham, AL 35223<br>jamey@harris-harris.com<br>nicole@harris-harris.com | Defendant<br><br>CBS Corporation | CM/ECF |
| S. Allen Baker, Jr.<br>Jenelle R. Evans<br>BALCH & BINGHAM<br>P.O. Box 306<br>Birmingham, AL 35201<br>abaker@balch.com<br>jevans@balch.com | Defendant<br><br>General Electric Company | CM/ECF |
| Robert F. Northcutt<br>CAPELL & HOWARD, P.C.<br>P.O. Box 2069<br>Montgomery, AL 36102-2069<br>rfn@chlaw.com | Defendant<br><br>Motion Industries Inc. | CM/ECF |
| Carroll H. Sullivan<br>SCOTT SULLIVAN STREETMAN & FOX PC<br>P.O. Box 1034<br>Mobile, AL 36633<br>csullivan@scottsullivanlaw.com | Defendant<br><br>Ratcliff's Hardware, Inc. | CM/ECF |

| Counsel | Party | Service Method |
|---|---|---|
| Edward B. McDonough , Jr.<br>MCDONOUGH LAW FIRM<br>P.O. Box 1943<br>Mobile, AL 36633<br>ebm@emcdonoughlaw.com | Defendants<br><br>A.W. Chesterton Co., Buffalo Pumps Inc., Flowserve Corporation, and Schneider Electric USA Inc. | CM/ECF |
| William L. Waudby<br>BAKER, DONELSON,<br>BEARMAN, CALDWELL & BERKOWITZ, P.C.<br>1600 Wachovia Tower<br>420 North 20th Street<br>Birmingham, AL 35203<br>bwaudby@bakerdonelson.com | Defendants<br><br>Caterpillar, Inc. and The Goodyear Tire & Rubber Company | CM/ECF |
| Ernest L. Wetzler , II<br>303 Peachtree Street NE, Suite 4000<br>Atlanta, GA 30308<br>ewetzler@hptylaw.com | Defendant<br><br>Cleaver Brooks, Inc. | CM/ECF |
| Walter T. Gilmer , Jr.<br>MCDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C.<br>P.O. Box 350<br>Mobile, AL 36601<br>wgilmer@mcdowellknight.com | Defendants<br><br>Crown Cork & Seal Co., Inc. and Crown Holdings Inc. | CM/ECF |
| Evelyn Fletcher Davis<br>Catherine A. McCormack<br>HAWKINS PARNELL THACKSTON & YOUNG LLP<br>4000 Suntrust Plaza<br>303 Peachtree Street, NE<br>Atlanta, GA 30308-3243<br>edavis@hptylaw.com<br>cmccormack@hptylaw.com | Defendant<br><br>Dana Companies LLC | CM/ECF |
| John A Earnhardt<br>MAYNARD COOPER & GALE PC<br>1901 Sixth Avenue North<br>2400 Regions Harbert Plaza<br>Birmingham, AL 35203<br>(205) 254-1000<br>Fax: (205) 254-1999<br>jearnhardt@maynardcooper.com | Defendant<br><br>Union Carbide Corporation | CM/ECF |
| Catherine A. McCormack<br>HAWKINS PARNELL THACKSTON & YOUNG LLP<br>4000 Suntrust Plaza<br>303 Peachtree Street, NE<br>Atlanta, GA 30308-3243<br>cmccormack@hptylaw.com | Defendant<br><br>Union Carbide Corporation | CM/ECF |

| Counsel | Party | Service Method |
|---|---|---|
| John A. Smyth , III<br>MAYNARD, COOPER, AND GALE P.C.<br>1901 6th Ave. N., Ste. 2400<br>Birmingham, AL 35203<br>jsmyth@maynardcooper.com | Defendant<br><br>Eaton Corporation | CM/ECF |
| Katherine Ann Collier<br>MAYNARD, COOPER, AND GALE P.C.<br>1901 6th Ave. N., Ste. 2400<br>Birmingham, AL 35203<br>kcollier@maynardcooper.com | Defendant<br><br>Eaton Corporation | CM/ECF |
| Allan R. Wheeler<br>Burr & Forman LLP<br>420 North 20th Street, Ste. 3400<br>Birmingham, AL 35203<br>awheeler@burr.com | Defendant<br><br>Georgia-Pacific LLC | CM/ECF |
| Frank E. Lankford , Jr.<br>Stewart D. McCloud<br>HUIE FERNAMBUCQ & STEWART LLP<br>Three Protective Center<br>2801 Highway 280 South, Suite 200<br>Birmingham, AL 35223-2484<br>fel@hfsllp.com<br>swm@hfsllp.com | Defendants<br><br>Honeywell International, Inc., Sepco Corporation, John Crane, Inc., and Gorman-Rupp Company | CM/ECF |
| George W. Fendley , III<br>P. O. Box 261<br>Camden, AL 36726<br>gfendlaw@frontiernet.net | Defendant<br><br>Sepco Corporation, John Crane, Inc., and Gorman-Rupp Company | CM/ECF |
| Helen Kathryn Downs<br>Mary Brunson Whatley<br>JOHNSTON BARTON PROCTOR & POWELL<br>569 Brookwood Village, Suite 901<br>Birmingham, AL 35209<br>hkd@johnstonbarton.com<br>mbw@johnstonbarton.com | Defendant<br><br>Rockwell Automation, Inc. | CM/ECF |
| Robert H. Sprain , Jr.<br>Sprain Law Firm, P.C.<br>1707 29th Court South<br>Birmingham, AL 35209<br>rhs@sprainlaw.com | Defendant<br><br>Saint-Gobain Abrasives, Inc. | CM/ECF |
| William Thomas Mills , II<br>PORTERFIELD HARPER MILLS & MOTLOW PA<br>22 Inverness Center Parkway, Suite 600<br>Birmingham, AL 35242<br>wtm@phm-law.com | Defendant<br><br>Warren Pumps LLC | CM/ECF |

| Counsel | Party | Service Method |
|---|---|---|
| Donald C. Partridge<br>P. O. Box 22608<br>Jackson, MS 39225<br>partridgedc@fpwk.com | Defendant<br><br>Turner Supply, Inc. and American Standard, Inc. | CM/ECF |
| James G House , III<br>Richard M. Crump<br>FORMAN PERRY WATKINS KRUTZ & TARDY LLP<br>PO Box 22608<br>Jackson, MS 39225-2608<br>Housejg@fpwk.com<br>crumprm@fpwk.com | Defendant<br><br>Turner Supply, Inc., and American Standard, Inc. | CM/ECF |
| Keith J Pflaum<br>PORTERFIELD HARPER MILLS & MOTLOW PA<br>22 Inverness Center Parkway, Suite 600<br>Birmingham, AL 35242<br>kjp@phm-law.com | Defendant<br><br>Albany International Corporation | CM/ECF |
| Frank E. Lankford , Jr.<br>HUIE FERNAMBUCQ & STEWART LLP<br>Three Protective Center<br>2801 Highway 280 South, Suite 200<br>Birmingham, AL 35223-2484<br>fel@hfsllp.com | Defendant<br><br>Mount Vernon Mills, Inc. | CM/ECF |