BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | ) | MDL No. 875 |
| LIABILITY LITIGATION (No. VI) | ) | ALS/2:11-CV-00535 |

**DEFENDANT METROPOLITAN LIFE INSURANCE
COMPANY'S AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Metropolitan Life Insurance Company states that Metropolitan Life Insurance Company is a wholly owned subsidiary of MetLife, Inc. MetLife, Inc. is a publicly traded company.

Dated: December 12, 2011.

/s/ Michael A. Vercher
Michael A. Vercher (ASB-4976-H32M)
MDL Signature Code: MAV 3827
One of the Attorneys for Defendant
Metropolitan Life Insurance Company

**OF COUNSEL:**

**CHRISTIAN & SMALL LLP**
505 20th Street North
Suite 1800
Birmingham, AL 35203
Telephone:   (205) 795-6588
Facsimile:   (205) 328-7234
mavercher@csattorneys.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of the Court using the CM/ECF system which will send notification of same to all counsel of record on this the **12th** day of **December**, **2011**.

/s/ Michael A. Vercher
OF COUNSEL

| Counsel | Party | Service Method |
|---|---|---|
| G. Patterson Keahey<br>LAW OFFICES OF G PATTERSON KEAHEY JR PC<br>One Independence Drive, Suite 612<br>Birmingham, AL 35209<br>efile@mesohelp.com | Plaintiff | CM/ECF |
| George M. Keahey<br>P.O. Box 934<br>Grove Hill, AL 36451<br>marc@keaheylawoffice.com | Plaintiff | CM/ECF |
| Timothy A. Clarke<br>F. Grey Redditt, Jr.<br>Roy Wallace Harrell, III<br>VICKERS, RIIS, MURRAY & CURRAN, L.L.C.<br>P. O. Drawer 2568<br>Mobile, AL 36652-2568<br>tclarke@vickersriis.com<br>gredditt@vickersriis.com<br>tharrell@vickersriis.com | Defendants<br><br>Bill Vann Company, Inc., Crane Co., Foster Wheeler Corporation, and Goulds Pumps, Inc. | CM/ECF |
| James A. Harris, III<br>Nicole M. Hardee<br>HARRIS & HARRIS, LLP<br>2501-20th Place South, Suite 450<br>Birmingham, AL 35223<br>jamey@harris-harris.com<br>nicole@harris-harris.com | Defendant<br><br>CBS Corporation | CM/ECF |
| S. Allen Baker, Jr.<br>Jenelle R. Evans<br>BALCH & BINGHAM<br>P.O. Box 306<br>Birmingham, AL 35201<br>abaker@balch.com<br>jevans@balch.com | Defendant<br><br>General Electric Company | CM/ECF |
| Robert F. Northcutt<br>CAPELL & HOWARD, P.C.<br>P.O. Box 2069<br>Montgomery, AL 36102-2069<br>rfn@chlaw.com | Defendant<br><br>Motion Industries Inc. | CM/ECF |
| Carroll H. Sullivan<br>SCOTT SULLIVAN STREETMAN & FOX PC<br>P.O. Box 1034<br>Mobile, AL 36633<br>csullivan@scottsullivanlaw.com | Defendant<br><br>Ratcliff's Hardware, Inc. | CM/ECF |

| Counsel | Party | Service Method |
|---|---|---|
| Edward B. McDonough , Jr.<br>MCDONOUGH LAW FIRM<br>P.O. Box 1943<br>Mobile, AL 36633<br>ebm@emcdonoughlaw.com | Defendants<br><br>A.W. Chesterton Co., Buffalo Pumps Inc., Flowserve Corporation, and Schneider Electric USA Inc. | CM/ECF |
| William L. Waudby<br>BAKER, DONELSON,<br>BEARMAN, CALDWELL & BERKOWITZ, P.C.<br>1600 Wachovia Tower<br>420 North 20th Street<br>Birmingham, AL 35203<br>bwaudby@bakerdonelson.com | Defendants<br><br>Caterpillar, Inc. and The Goodyear Tire & Rubber Company | CM/ECF |
| Ernest L. Wetzler , II<br>303 Peachtree Street NE, Suite 4000<br>Atlanta, GA 30308<br>ewetzler@hptylaw.com | Defendant<br><br>Cleaver Brooks, Inc. | CM/ECF |
| Walter T. Gilmer , Jr.<br>MCDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C.<br>P.O. Box 350<br>Mobile, AL 36601<br>wgilmer@mcdowellknight.com | Defendants<br><br>Crown Cork & Seal Co., Inc. and Crown Holdings Inc. | CM/ECF |
| Evelyn Fletcher Davis<br>Catherine A. McCormack<br>HAWKINS PARNELL THACKSTON & YOUNG LLP<br>4000 Suntrust Plaza<br>303 Peachtree Street, NE<br>Atlanta, GA 30308-3243<br>edavis@hptylaw.com<br>cmccormack@hptylaw.com | Defendant<br><br>Dana Companies LLC | CM/ECF |
| John A Earnhardt<br>MAYNARD COOPER & GALE PC<br>1901 Sixth Avenue North<br>2400 Regions Harbert Plaza<br>Birmingham, AL 35203<br>(205) 254-1000<br>Fax: (205) 254-1999<br>jearnhardt@maynardcooper.com | Defendant<br><br>Union Carbide Corporation | CM/ECF |
| Catherine A. McCormack<br>HAWKINS PARNELL THACKSTON & YOUNG LLP<br>4000 Suntrust Plaza<br>303 Peachtree Street, NE<br>Atlanta, GA 30308-3243<br>cmccormack@hptylaw.com | Defendant<br><br>Union Carbide Corporation | CM/ECF |

| Counsel | Party | Service Method |
|---|---|---|
| John A. Smyth, III<br>MAYNARD, COOPER, AND GALE P.C.<br>1901 6th Ave. N., Ste. 2400<br>Birmingham, AL 35203<br>jsmyth@maynardcooper.com | Defendant<br><br>Eaton Corporation | CM/ECF |
| Katherine Ann Collier<br>MAYNARD, COOPER, AND GALE P.C.<br>1901 6th Ave. N., Ste. 2400<br>Birmingham, AL 35203<br>kcollier@maynardcooper.com | Defendant<br><br>Eaton Corporation | CM/ECF |
| Allan R. Wheeler<br>Burr & Forman LLP<br>420 North 20th Street, Ste. 3400<br>Birmingham, AL 35203<br>awheeler@burr.com | Defendant<br><br>Georgia-Pacific LLC | CM/ECF |
| Frank E. Lankford, Jr.<br>Stewart D. McCloud<br>HUIE FERNAMBUCQ & STEWART LLP<br>Three Protective Center<br>2801 Highway 280 South, Suite 200<br>Birmingham, AL 35223-2484<br>fel@hfsllp.com<br>swm@hfsllp.com | Defendants<br><br>Honeywell International, Inc., Sepco Corporation, John Crane, Inc., and Gorman-Rupp Company | CM/ECF |
| George W. Fendley, III<br>P. O. Box 261<br>Camden, AL 36726<br>gfendlaw@frontiernet.net | Defendant<br><br>Sepco Corporation, John Crane, Inc., and Gorman-Rupp Company | CM/ECF |
| Helen Kathryn Downs<br>Mary Brunson Whatley<br>JOHNSTON BARTON PROCTOR & POWELL<br>569 Brookwood Village, Suite 901<br>Birmingham, AL 35209<br>hkd@johnstonbarton.com<br>mbw@johnstonbarton.com | Defendant<br><br>Rockwell Automation, Inc. | CM/ECF |
| Robert H. Sprain, Jr.<br>Sprain Law Firm, P.C.<br>1707 29th Court South<br>Birmingham, AL 35209<br>rhs@sprainlaw.com | Defendant<br><br>Saint-Gobain Abrasives, Inc. | CM/ECF |
| William Thomas Mills, II<br>PORTERFIELD HARPER MILLS & MOTLOW PA<br>22 Inverness Center Parkway, Suite 600<br>Birmingham, AL 35242<br>wtm@phm-law.com | Defendant<br><br>Warren Pumps LLC | CM/ECF |

| Counsel | Party | Service Method |
|---|---|---|
| Donald C. Partridge<br>P. O. Box 22608<br>Jackson, MS 39225<br>partridgedc@fpwk.com | Defendant<br><br>Turner Supply, Inc. and American Standard, Inc. | CM/ECF |
| James G House , III<br>Richard M. Crump<br>FORMAN PERRY WATKINS KRUTZ & TARDY LLP<br>PO Box 22608<br>Jackson, MS 39225-2608<br>Housejg@fpwk.com<br>crumprm@fpwk.com | Defendant<br><br>Turner Supply, Inc., and American Standard, Inc. | CM/ECF |
| Keith J Pflaum<br>PORTERFIELD HARPER MILLS & MOTLOW PA<br>22 Inverness Center Parkway, Suite 600<br>Birmingham, AL 35242<br>kjp@phm-law.com | Defendant<br><br>Albany International Corporation | CM/ECF |
| Frank E. Lankford , Jr.<br>HUIE FERNAMBUCQ & STEWART LLP<br>Three Protective Center<br>2801 Highway 280 South, Suite 200<br>Birmingham, AL 35223-2484<br>fel@hfsllp.com | Defendant<br><br>Mount Vernon Mills, Inc. | CM/ECF |