BEFORE THE UNTIED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) | |
| LIABILITY LITIGATION (No. VI) ) | MDL No. 875 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

**REUBEN MORGAN,** )
)
Plaintiff, )          **11-CV-00535-WS-B**
)
vs. )          (CTO- 466)
)
**BILL VANN COMPANY, INC, et al.** )
)
Defendants. )

## NOTICE OF WITHDRAWAL

COMES NOW Defendant, SCHNEIDER ELECTRIC USA, INC. formerly known as Square D Company, improperly named in the Complaint as "SCHNEIDER ELECTRIC USA, INC., Individually and on behalf of Square D Company," and hereby submits this Notice of Withdrawal of its Corporate Disclosure Statements filed on December 6th (Doc. 54). There was an error made in the filing process; therefore, the original Corporate Disclosure Statement is withdrawn and an Amended Corporate Disclosure has been filed.

s/Edward B. McDonough, Jr.
EDWARD B. McDONOUGH, JR. (MCDOE0149)
Attorney for Defendant,
SCHNEIDER ELECTRIC USA, INC.

OF COUNSEL:
EDWARD B. McDONOUGH, JR., P.C.
POST OFFICE BOX 1943
MOBILE, ALABAMA  36633
Telephone:    251-432-3296
Facsimile:    251-432-3300
Email:           ebm@emcdonoughlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of the Court using the CM/ECF system which will send notification of same to all counsel of record on this the 13$^h$ day of December, 2011.

                                                       s/Edward B. McDonough, Jr
                                                      Edward B. McDonough, Jr., (MCDOE0149)