BEFORE THE UNTIED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) | |
| LIABILITY LITIGATION (No. VI) ) | MDL No. 875 |

*******************************************************************

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **REUBEN MORGAN,** ) | |
| ) | |
| Plaintiff, ) | **11-CV-00535-WS-B** |
| ) | |
| vs. ) | (CTO- 466) |
| ) | |
| **BILL VANN COMPANY, INC, et al.** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL

COMES NOW Defendant, Air & Liquid Systems Corporation, as successor by merger to Buffalo Pumps, Inc., improperly named as "BUFFALO PUMPS, INC.," and hereby submits this Notice of Withdrawal of its Corporate Disclosure Statements filed on December 6th (Doc. 52). There was an error made in the filing process; therefore, the original Corporate Disclosure Statement is withdrawn and an Amended Corporate Disclosure has been filed.

s/Edward B. McDonough, Jr.
EDWARD B. McDONOUGH, JR. (MCDOE0149)
Attorney for Defendant,
AIR & LIQUID SYSTEMS CORPORATION, AS
SUCCESSOR BY MERGER TO BUFFALO
PUMPS, INC.

```
```
OF COUNSEL:
EDWARD B. McDONOUGH, JR., P.C.
POST OFFICE BOX 1943
MOBILE, ALABAMA 36633
Telephone: 251-432-3296
Facsimile: 251-432-3300
Email: ebm@emcdonoughlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of the Court using the CM/ECF system which will send notification of same to all counsel of record on this the 13$^h$ day of December, 2011.

                              s/Edward B. McDonough, Jr
                              Edward B. McDonough, Jr., (MCDOE0149)