UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

MDL No: **875**                                                                                                  Docket No.  **8142**

MAJOR DEFICIENCY LIST
*(Counsel Notification of Deficiency Required)*

The following deficiencies are considered MAJOR and must be corrected by the filing party within the allotted time or an *Order Striking Pleading* may be issued by the Clerk of the Panel.

**Correction Required: 24 hours from date of Notice**

  x      Improper Format/Heading/Caption/Title (Rule 3.2(a)(i))

> **Action Required: Correct heading to read "Before the Judicial Panel on Multidistrict Litigation. Withdraw incorrect pleading and re-file revised document.**

Use the Withdrawal of Filing Event located under Withdrawals. Then re-file your Corporate Disclosure Statement using the Amended Corporate Disclosure Statement Event.

***The time allotted to correct deficiencies are subject to change. Please read carefully to ensure full compliance with Notice of Deficiency***

**Correction Deadline: December 14, 2011**

Dated: **December 13, 2011**                                                 FOR THE PANEL:

                                                                                                       *[signature]*
                                                                                                       Jeffery N. Luthi
                                                                                                       Clerk of the Panel