BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS )
LIABILITY LITIGATION )
)
(VI) )
)
This Document Relates To: )
_____)

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN A. WARD, SR. ) | |
| ) | NO. 3:11-CV-08137-PGR |
| Plaintiff ) | |
| vs. ) | |
| ) | ROVEN-KAPLAN, LLP'S |
| The BNSF Railway Company, a corporation, ) | NOTICE OF TAG-ALONG ACTION |
| individually and as successor-in-interest to ) | |
| the Burlington Northern and Santa Fe ) | |
| Railway Company, ) | |
| ) | |
| Defendant. ) | |

TO:     THE UNITED STATES DISTRICE COURT FOR THE DISTRICT OF ARIZONA

AND TO: THE CLERK OF THE PANEL, JUDICIAL PANEL ON MULTIDRISTRICT LITIGATION.

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel On Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of facts filed after the January 17, 1991 filing of the Panel's Order to Show Cause. MDL Rule 1.1 and 7.4(a) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this, a state court action removed, is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The undersigned is providing notification of this "tag-along action" to all adverse parties, along with the filing of this notice. The Clerk of the Panel may either a) enter a conditional transfer order pursuant to MDL Rule 7.4 or 2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3.

DATED this 13th day of December, 2011.

Respectfully submitted,

BY:    /s/ Hector L. Sandoval
HECTOR L. SANDOVAL
ROVEN-KAPLAN, LLP
2190 North Loop West, Suite 410
Houston, Texas 77018
(713) 465-8522
(713) 465-3658 (FAX)

MARK A. KILLE
THE KILLE LAW FIRM, PLLC
8521 East Florentine Road, Suite A
Prescott Valley, AZ 86314
(928) 775-9398
(928) 775-9817 (FAX)

ATTORNEYS FOR JOHN A WARD, SR.

## DECLARATION OF SERVICE

I hereby certify that on this 13th day of , December 2011, I caused the foregoing to be filed with the Judicial Panel on Multidistrict Litigation and the United Sates District Court for District of Arizona using CM/ECF E-Filing system which will send notification of such filing to the following and that copied of such filing will also be delivered to the following in the manner indicated therein:

*Via U.S. Mail:*

William L. Thorpe
Bradley D. Shwer
FENNEMORE CRAIG, P.C.
3003 North Central Ave, Ste 2600
Phoenix, AZ 85012

       /s/ Hector L. Sandoval
       HECTOR L. SANDOVAL