E-Z MESSENGER
1209 E. Washington Street
Phoenix, AZ 85034
(602) 258-8081  FAX: (602) 258-8864

IN THE DISTRICT COURT
STATE OF ARIZONA COUNTY OF

**JOHN A. WARD, SR**
VS
**THE BNSF RAILWAY COMPANY**

CASE NO. 3:11-CV-08137-PGR

STATE OF ARIZONA )
PINAL COUNTY )

AFFIDAVIT OF SERVICE

THE AFFIANT, being sworn, states: That I am a private process server registered in PINAL COUNTY and an Officer of the Court. On 09/15/11 I received the SUMMONS; NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION; COMPLAINT;

from THE KILLE LAW FIRM PLLC and by MARK KILLE in each instance I personally served a copy of each document listed above upon:
THE BNSF RAILWAY COMPANY, A CORPORATION, INDIVIDUALLY AND AS, SUCCESSOR IN INTEREST TO THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, BY SERVICE UPON ITSSTATUTORY AGENT CT CORPORATION SYSTEM on 09/19/11 at 12:15 pm at 2394 E. CAMELBACK ROAD PHOENIX, AZ 85016 MARICOPA COUNTY in the manner shown below:

by leaving true copy(ies) of the above documents with DUC LE, PROCESS SPECIALIST, STATED AUTHORIZED TO ACCEPT.

Description: ASIAN, Male, Approx. 40 yrs. of age, 5' 9" tall, Weighing 185lbs., BROWN Eyes, BLACK Hair,

CHAD A. BARBER                    Affiant
Sworn to before me the  Sep 20, 2011

Angelina M. Robles              Notary
My Commission expires: 04/28/2013

| | |
|---|---|
| SERVICE OF PROCESS $ 16.00 | |
| MILES  8  $ 19.20 | 2134259 16396 |
| AFFIDAVIT PREP/NOTARY $ 10.00 | ORIGINAL |
| TOTAL $ 45.20 | AX022134259 |



OFFICIAL SEAL
ANGELINA M. ROBLES
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Exp. April 28, 2013