# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

MDL No: **875**                                                       Docket No.  **8183**

## MAJOR DEFICIENCY LIST
*(Counsel Notification of Deficiency Required)*

The following deficiencies are considered MAJOR and must be corrected by the filing party within the allotted time or an *Order Striking Pleading* may be issued by the Clerk of the Panel.

**Correction Required: 24 hours from date of Notice**

  x       Improper Format/Heading/Caption/Title (Rule 3.2(a)(i))

   **Action Required: Correct heading to read "Before the Judicial Panel on Multidistrict Litigation. Withdraw incorrect pleading and re-file revised document.**

  x        CM/ECF/Wrong Event Selected

   **Action Required: Please select the correct Event under Notice of Potential Tag-Along**

Use the Withdrawal of Filing Event located under Withdrawals. Then re-file your Notice of Potential Tag-Along using the Notice of Potential Tag-along Event

   ***The time allotted to correct deficiencies are subject to change. Please read carefully to ensure full compliance with Notice of Deficiency***

**Correction Deadline: December 14, 2011**

Dated: **December 13, 2011**                                    FOR THE PANEL:

                                                               Jeffery N. Luthi
                                                               Clerk of the Panel