# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __875__ & TITLE - IN RE: __Asbestos Products Liability Litigation (No. VI)__

## NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Plaintiffs James Deason and Mary Deason

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Deason v. A.W. Chesterton Company, et al., N.D. California, C.A. No. 3:11-cv-05667 (JSW)

************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

12/13/11
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Ian A. Rivamonte; Kazan McClain Lyons Greenwood & Harley;
55 Harrison St., Ste. 400, Oakland, CA 94607

Telephone No.: (510) 302-1000       Fax No.: (510) 835-4913

Email Address: irivamonte@kazanlaw.com

---

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

# CERTIFICATE OF SERVICE

I declare that:

I, Ian A. Rivamonte, at the time of service, was over the age of 18 years and not a party to the within action. I am employed in the County of Alameda, State of California. My business address is Jack London Market, 55 Harrison Street, Suite 400, Oakland, California 94607.

On December 13, 2011, I electronically filed the following document(s) through the CM/ECF system:

**NOTICE OF APPEARANCE**

by transmitting a true copy to:

Edward R. Hugo, Esq.
P.M. Bessette, Esq.
Thomas J. Moses, Esq.
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, California 94105

via the following method:

__X__  (By CM/ECF Notice of Electronic Filing) By causing said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the above parties who are registered CM/ECF Users set forth in the Court's service list.

and by transmitting a true copy to:

ALL COUNSEL (See Attached Service List)

__X__  (By Mail) I enclosed the documents in a sealed envelope addressed to the persons as stated above. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice of collecting and processing of correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 13, 2011, at Oakland, California.

/s/ Ian A. Rivamonte
Ian A. Rivamonte
KAZAN, McCLAIN, LYONS,
GREENWOOD & HARLEY
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone:   (510) 302-1000
Facsimile:    (510) 835-4913 FAX
E-mail"         irivamonte@kazanlaw.com

Counsel for Plaintiffs

SERVICE LIST     CASE: Deason, James and Mary [NE 1456]     ACTION #: 11-CV-05667 (JSW)   December 13, 2011

ADAMS NYE TRAPANI BECHT LLP  
   222 Kearney Street, Suite 700, San Francisco, CA  94108  
   FOR:  KAMAN INDUSTRIAL TECHNOLOGIES CORPORATION  
PH:  (415) 982-8955  
FAX: (415) 982-2042

BASSI EDLIN HUIE & BLUM, LLP  
   500 Washington Street, Suite 700, San Francisco, CA  94111  
   FOR:  HOPEMAN BROTHERS INC.  
PH:  (415) 397-9006  
FAX: (415) 397-1339

BECHERER, KANNETT & SCHWEITZER  
   1255 Powell Street, , Emeryville, CA  94608-2604  
   FOR:  M. SLAYEN & ASSOCIATES  
PH:  (510) 658-3600  
FAX: (510) 658-1151

BERRY & BERRY  
   P.O. Box 16070, Oakland, CA  94610  
   FOR:  DESIGNATED DEFENSE COUNSEL  
PH:  (510) 835-8330  
FAX: (510) 835-5117

BRYDON, HUGO & PARKER  
   135 Main Street, 20th Floor, San Francisco, CA  94105  
   FOR:  FOSTER WHEELER LLC  
PH:  (415) 808-0300  
FAX: (415) 808-0333

COOLEY MANION JONES KUROWSKI LLP  
   201 Spear Street, Suite 1800, San Francisco, CA  94105  
   FOR:  A.W. CHESTERTON COMPANY  
PH:  415-512-4381  
FAX: 415-512-6791

CROSBY & ROWELL LLP  
   299 Third Street, 2nd Floor, Oakland, CA  94607  
   FOR:  GOULDS PUMPS, INCORPORATED  
PH:  (510) 267-0300  
FAX: (510) 839-6610

FOLEY & MANSFIELD, PLLP  
   300 Lakeside Drive, Suite 1900, Oakland, CA  94612  
   FOR:  CLEAVER-BROOKS, INC. fka AQUA-CHEM, INC.  
PH:  510-590-9500  
FAX: 510-590-9595

GORDON & REES - INGERSOLL-RAND  
   275 Battery Street, 20th Floor, San Francisco, CA  94111  
   FOR:  INGERSOLL-RAND COMPANY;   INGERSOLL-RAND COMPANY sii/pae/et of THE WHITON MACHINE COMPANY;   INGERSOLL-RAND COMPANY sii/pae/et to TERRY STEAM TURBINE COMPANY  
PH:  (415) 986-5900  
FAX: (415) 986-8054

HOWARD, ROME, MARTIN & RIDLEY  
   1775 Woodside Road, Suite 200, Redwood City, CA  94061-3436  
   FOR:  IMO INDUSTRIES, INC.;   IMO INDUSTRIES, INC. sii/paae/et of DELAVAL STEAM TURBINE  
PH:  (650) 365-7715  
FAX: (650) 364-5297

IMAI, TADLOCK, KEENEY & CORDERY  
   100 Bush Street, Suite 1300, San Francisco, CA  94104  
   FOR:  ALLIED PACKING & SUPPLY, INC.  
PH:  415-675-7000  
FAX: 415-675-7008

PERKINS COIE LLP  
   Four Embarcadero Center, Suite 2400, San Francisco, CA  94111  
   FOR:  GEORGIA-PACIFIC LLC  
PH:  (415) 344-7000  
FAX: (415) 344-7288

POND NORTH  
   350 South Grand Avenue, Suite 3300, Los Angeles, CA  90071  
   FOR:  ASTRA FLOORING COMPANY;   CBS CORP, a Del Corp fka VIACOM sii by merger to CBS a Penn Corp etc.  
PH:  (213) 617-6170  
FAX: (213) 623-3594

PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP  
   One California Street, Suite 1910, San Francisco, CA  94104  
   FOR:  NATIONAL STEEL AND SHIPBULDING COMPANY;   SYD CARPENTER MARINE CONTRACTOR, INC.  
PH:  (415) 788-8354  
FAX: (415) 788-3625

SEDGWICK LLP  
   333 Bush Street, 30th Floor, San Francisco, CA  94105  
PH:  (415) 781-7900  
FAX: (415) 781-2635

SERVICE LIST    CASE: Deason, James and Mary [NE 1456]    ACTION #: 11-CV-055667 (JSW)    December 13, 2011
Page Two

SELMAN & BREITMAN                                                                    PH:  (415) 979-0400
   33 New Montgomery Street, Sixth Floor, San Francisco, CA 94105       FAX: (415) 979-2099
     FOR: LAMONS GASKET CO.;  LAMONS GASKET COMPANY/sii/pae/sub/eqt/POWER ENGINEERING &
     EQUIPMENT CO

VASQUEZ, ESTRADA & CONWAY LLP                                                        PH:  (415) 453-0555
   Courthouse Square, 1000 Fourth Street, Suite 700, San Rafael, CA 94901    FAX: (415) 453-0549
     FOR: HILL BROTHERS CHEMICAL COMPANY

End of Service List