ATTYOPEN

# United States District Court
## Eastern District of Wisconsin (Milwaukee)
## CIVIL DOCKET FOR CASE #: 2:11–cv–00917–JPS
### *Internal Use Only*

Jurglanis v. Borg–Warner Inc et al
Assigned to: Judge J P Stadtmueller
Cause: 28:1332 Diversity–Asbestos Litigation

Date Filed: 09/30/2011
Jury Demand: Defendant
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**Marie H Jurglanis**
*Individually and as Special Administrator*
*of the Estate of Clemens R. Jurglanis,*
*deceased,*

represented by **Michael P Cascino**
Cascino Vaughan Law Offices Ltd
220 S Ashland Ave
Chicago, IL 60607
312–944–0600
Fax: 312–944–1870
Email: michaelp.cascino@gmail.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Clemens R Jurglanis**
*by Special Administrator Marie H*
*Jurglanis*

represented by **Michael P Cascino**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Borg–Warner Inc**

represented by **Scott J Thomsen**
Siesennop &Sullivan
200 N Jefferson St
Milwaukee, WI 53202
414–223–7900
Fax: 414–223–1199
Email: sthomsen@s–s–law.com
*ATTORNEY TO BE NOTICED*

**W Wayne Siesennop**
Siesennop &Sullivan
200 N Jefferson St
Milwaukee, WI 53202
414–223–7900
Fax: 414–223–1199
Email: wsiesennop@s–s–law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CBS Corporation**

represented by **John A Franke**
Gass Weber Mullins LLC
309 N Water St – Ste 700
Milwaukee, WI 53202
414–223–3300
Fax: 414–224–6116
Email: franke@gasswebermullins.com
*ATTORNEY TO BE NOTICED*

**Teirney S Christenson**
Gass Weber Mullins LLC
309 N Water St – Ste 700
Milwaukee, WI 53202

414–223–3300
Fax: 414–224–6116
Email: christenson@gasswebermullins.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dossert Corporation**

**Defendant**

**Eaton Corporation**                    represented by   **Carmen N Anderson**
*successor*                                               von Briesen &Roper SC
Cutler–Hammer Inc                                         411 E Wisconsin Ave – Ste 700
*successor*                                               Milwaukee, WI 53202–4427
Eaton Electrical Inc                                      414–287–1360
                                                          Fax: 414–238–6502
                                                          Email: canderso@vonbriesen.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Steven G Carlson**
                                                          von Briesen &Roper SC
                                                          411 E Wisconsin Ave – Ste 700
                                                          Milwaukee, WI 53202–4427
                                                          414–287–1560
                                                          Fax: 414–276–6281
                                                          Email: scarlson@vonbriesen.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Elliott Company I**                    represented by   **James A Niquet**
*successor*                                               Crivello Carlson SC
Elliott Turbomachinery Company                            The Empire Building
                                                          710 N Plankinton Ave – Ste 500
                                                          Milwaukee, WI 53203–2404
                                                          414–271–7722
                                                          Fax: 414–271–4438
                                                          Email: jniquet@crivellocarlson.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Fenner Inc**

**Defendant**

**Foseco Inc**

**Defendant**

**General Electric Company**

**Defendant**

**General Refractories Company**

**Defendant**

**Goodrich Corporation**                 represented by   **John J Laffey**
                                                          Whyte Hirschboeck Dudek SC
                                                          555 E Wells St – Ste 1900
                                                          Milwaukee, WI 53202–3819
                                                          414–978–5441
                                                          Fax: 414–223–5000
                                                          Email: jlaffey@whdlaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Thomas Gonzalez**
Whyte Hirschboeck Dudek SC
555 E Wells St – Ste 1900
Milwaukee, WI 53202–3819
414–978–5384
Fax: 414–223–5000
Email: tgonzalez@whdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Thomas Pagels**
Whyte Hirschboeck Dudek SC
555 E Wells St – Ste 1900
Milwaukee, WI 53202–3819
414–273–2100
Fax: 414–223–5000
Email: stpagels@whdlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Graybar Electric Company Inc**

**Defendant**

**Honeywell International Inc**

**Defendant**

**IMO Industries**                 represented by  **Michael J Denning**
Heyl Royster Voelker &Allen
120 W State St
PO Box 1288
Rockford, IL 61105–1288
815–963–4454
Fax: 815–963–0399
Email: mdenning@heylroyster.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Koppers Inc**                    represented by  **Donald H Carlson**
Crivello Carlson SC
The Empire Building
710 N Plankinton Ave – Ste 500
Milwaukee, WI 53203–2404
414–271–7722
Fax: 414–271–4438
Email: DCarlson@crivellocarlson.com
*ATTORNEY TO BE NOTICED*

**Eric D Carlson**
Crivello Carlson SC
The Empire Building
710 N Plankinton Ave – Ste 500
Milwaukee, WI 53203–2404
414–271–7722
Fax: 414–271–4438
Email: ecarlson@crivellocarlson.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Maremont Corporation**           represented by  **Trevor J Will**
Foley &Lardner LLP
777 E Wisconsin Ave

Milwaukee, WI 53202–5300
414–271–2400
Fax: 414–297–4900
Email: twill@foley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel A Manna**
Foley &Lardner LLP
777 E Wisconsin Ave
Milwaukee, WI 53202–5300
414–319–7364
Fax: 414–297–4900
Email: dmanna@foley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michelin North America Inc**                  represented by   **Tracy J Cowan**
Hawkins Parnell &Thackston LLP
10 S Broadway – Ste 1450
St Louis, MO 63102
314–678–8610
Fax: 314–678–8686
Email: tcowan@hptylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Motion Industries Inc**                       represented by   **John J Laffey**
*successor*                                                       (See above for address)
Wisconsin Bearing Company                                        *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Gonzalez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Thomas Pagels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Navistar Inc**                                represented by   **Adam J Jagadich**
Segal McCambridge Singer &Mahoney
Ltd
Sears Tower
233 S Wacker Dr – Ste 5500
Chicago, IL 60606
312–645–7800
Fax: 32–645–7711
Email: ajagadich@smsm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Owens–Illinois Inc**                          represented by   **David T Morris**
Schiff Hardin LLP
Sears Tower
233 S Wacker Dr – Ste 6600
Chicago, IL 60606–6473
312–258–5642
Fax: 312–258–5600

Email: dmorris@schiffhardin.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pneumo Abex LLC**

**Defendant**

**Rapid American Corporation**                 represented by   **Mark R Feldmann**
Menn Law Firm Ltd
2501 E Enterprise Ave
PO Box 785
Appleton, WI 54912−0785
920−731−6631
Fax: 920−734−0981
Email: mark−feldmann@mennlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Schneider Electric Engineering**            represented by   **Thomas A Gilligan**
**Services LLC**                                            Murnane Brandt
*successor*                                                 30 E 7th St − Ste 3200
Square−D Company                                           St Paul, MN 55101
                                                           651−227−9411
                                                           Fax: 651−223−5199
                                                           Email: tgilligan@murnane.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Kathryn R Downey**
                                                           Murnane Brandt
                                                           30 E 7th St − Ste 3200
                                                           St Paul, MN 55101
                                                           651−227−9411
                                                           Fax: 651−223−5199
                                                           Email: kdowney@murnane.com
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**The Okonite Company**

**Defendant**

**Ceco Friction Products Inc**                represented by   **James T Murray , Jr**
                                                           Peterson Johnson &Murray SC
                                                           733 N Van Buren St − 6th Fl
                                                           Milwaukee, WI 53202−4700
                                                           414−278−8800
                                                           Fax: 414−278−0920
                                                           Email: jmurray@pjmlaw.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Ahndrea R Van Den Elzen**
                                                           Peterson Johnson &Murray SC
                                                           733 N Van Buren St − 6th Fl
                                                           Milwaukee, WI 53202−4700
                                                           414−278−8800
                                                           Fax: 414−278−0920
                                                           Email: avandenelzen@pjmlaw.com
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**CertainTeed Corporation**                    represented by   **Trevor J Will**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Daniel A Manna**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Elliott Company I**                          represented by   **James A Niquet**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Elliott Company I**                          represented by   **James A Niquet**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Borg–Warner Inc**                            represented by   **Scott J Thomsen**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **W Wayne Siesennop**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CBS Corporation**                            represented by   **John A Franke**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Teirney S Christenson**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ceco Friction Products Inc**                 represented by   **Ahndrea R Van Den Elzen**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CertainTeed Corporation**                    represented by   **Trevor J Will**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Daniel A Manna**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dossert Corporation**

**Cross Defendant**

**Eaton Corporation**                          represented by

**Carmen N Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven G Carlson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Fenner Inc**

**Cross Defendant**

**Foseco Inc**

**Cross Defendant**

**General Electric Company**

**Cross Defendant**

**General Refractories Company**

**Cross Defendant**

**Goodrich Corporation**                represented by   **Tracy J Cowan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Graybar Electric Company Inc**

**Cross Defendant**

**Honeywell International Inc**

**Cross Defendant**

**IMO Industries**                represented by   **Michael J Denning**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Koppers Inc**                represented by   **Donald H Carlson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric D Carlson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Maremont Corporation**                represented by   **Daniel A Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Michelin North America Inc**

**Cross Defendant**

**Motion Industries Inc**

**Cross Defendant**

**Navistar Inc**                                represented by   **Adam J Jagadich**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Owens–Illinois Inc**                          represented by   **David T Morris**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Pneumo Abex LLC**

**Cross Defendant**

**Rapid American Corporation**                  represented by   **Mark R Feldmann**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Schneider Electric Engineering**              represented by   **Thomas A Gilligan**
**Services LLC**                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Kathryn R Downey**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**The Okonite Company**

**Cross Claimant**

**Elliott Company I**                           represented by   **James A Niquet**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Elliott Company I**                           represented by   **James A Niquet**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Borg–Warner Inc**                             represented by   **Scott J Thomsen**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **W Wayne Siesennop**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CBS Corporation**                             represented by   **John A Franke**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Teirney S Christenson**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ceco Friction Products Inc**                      represented by   **Ahndrea R Van Den Elzen**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CertainTeed Corporation**                         represented by   **Trevor J Will**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Daniel A Manna**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dossert Corporation**

**Cross Defendant**

**Eaton Corporation**                               represented by   **Carmen N Anderson**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Steven G Carlson**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Fenner Inc**

**Cross Defendant**

**Foseco Inc**

**Cross Defendant**

**General Electric Company**

**Cross Defendant**

**General Refractories Company**

**Cross Defendant**

**Goodrich Corporation**                            represented by   **Tracy J Cowan**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Graybar Electric Company Inc**

**Cross Defendant**

**Honeywell International Inc**

**Cross Defendant**

**IMO Industries**                                  represented by   **Michael J Denning**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Koppers Inc**                                     represented by

**Donald H Carlson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric D Carlson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Maremont Corporation**              represented by   **Daniel A Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Michelin North America Inc**

**Cross Defendant**

**Motion Industries Inc**

**Cross Defendant**

**Navistar Inc**                      represented by   **Adam J Jagadich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Owens–Illinois Inc**                represented by   **David T Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Pneumo Abex LLC**

**Cross Defendant**

**Rapid American Corporation**        represented by   **Mark R Feldmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Schneider Electric Engineering**    represented by   **Thomas A Gilligan**
**Services LLC**                                       (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn R Downey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**The Okonite Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2011 | 1 | COMPLAINT with Jury Demand; against All Defendants by Marie H Jurglanis. ( Filing Fee PAID $350 receipt number 0757–1368438) (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B)(Cascino, Michael) |
| 09/30/2011 | 2 | DISCLOSURE Statement by Marie H Jurglanis. (Cascino, Michael) |

| 09/30/2011 | 3 | NOTICE of Tag–Along Action by Marie H Jurglanis (Cascino, Michael) Modified on 9/30/2011 (msc). |
|---|---|---|
| 09/30/2011 | | NOTICE Regarding assignment of this matter to Magistrate Judge Aaron E Goodstein ;Consent/refusal forms for Magistrate Judge Goodstein to be filed within 21 days;the consent/refusal form is available on our web site (jcl) |
| 10/03/2011 | 4 | ORDER OF RECUSAL Magistrate Judge Aaron E Goodstein recused. Case reassigned to Judge J P Stadtmueller for all further proceedings signed by Magistrate Judge Aaron E Goodstein on October 3, 2011. (cc: all counsel)(msc) |
| 10/26/2011 | 5 | ANSWER to 1 Complaint with Jury Demand by Borg–Warner Inc.(Thomsen, Scott) |
| 10/26/2011 | 6 | NOTICE of Appearance by Scott J Thomsen on behalf of Borg–Warner Inc. Attorney(s) appearing: Scott J. Thomsen and W. Wayne Siesennop (Thomsen, Scott) |
| 10/26/2011 | 7 | DISCLOSURE Statement by Borg–Warner Inc. (Thomsen, Scott) |
| 10/26/2011 | 8 | CERTIFICATE OF SERVICE by Borg–Warner Inc (Thomsen, Scott) |
| 10/26/2011 | 9 | NOTICE of Appearance by Michael J Denning on behalf of IMO Industries. Attorney(s) appearing: Michael J. Denning (Denning, Michael) |
| 10/26/2011 | 10 | *Short Form* ANSWER to 1 Complaint with Jury Demand , *Affirmative Defenses and Answer to Existing and Future Cross–claims of Co–defendants* by IMO Industries.(Denning, Michael) |
| 11/01/2011 | 11 | ANSWER to 1 Complaint *with Affirmative Defenses and Answer to Cross–Claims* by CBS Corporation.(Christenson, Teirney) |
| 11/01/2011 | 12 | NOTICE of Appearance by Teirney S Christenson on behalf of CBS Corporation. Attorney(s) appearing: Teirney S. Christenson (Christenson, Teirney) |
| 11/01/2011 | 13 | DISCLOSURE Statement by CBS Corporation. (Christenson, Teirney) |
| 11/01/2011 | 14 | NOTICE of Appearance by Mark R Feldmann on behalf of Rapid American Corporation. Attorney(s) appearing: Mark R. Feldmann (Feldmann, Mark) |
| 11/01/2011 | 15 | ANSWER to 1 Complaint with Jury Demand by Rapid American Corporation.(Feldmann, Mark) |
| 11/01/2011 | 16 | ANSWER to Crossclaim *(Current and Future)* filed by Rapid American Corporation. (Feldmann, Mark) |
| 11/01/2011 | 17 | CROSSCLAIM by Rapid American Corporation against All Other Defendants. (Feldmann, Mark) |
| 11/01/2011 | 18 | DISCLOSURE Statement by Rapid American Corporation. (Feldmann, Mark) |
| 11/01/2011 | 19 | CERTIFICATE OF SERVICE by Rapid American Corporation (Feldmann, Mark) |
| 11/02/2011 | 20 | ANSWER to 1 Complaint with Jury Demand by Ceco Friction Products Inc.(Van Den Elzen, Ahndrea) |
| 11/02/2011 | 21 | NOTICE of Appearance by Steven G Carlson on behalf of Eaton Corporation. Attorney(s) appearing: Steven G. Carlson and Carmen N. Anderson (Carlson, Steven) |
| 11/02/2011 | 22 | DISCLOSURE Statement by Eaton Corporation. (Carlson, Steven) |
| 11/02/2011 | 23 | ANSWER to 1 Complaint with Jury Demand , *AFFIRMATIVE DEFENSES AND ANSWER TO ANY PENDING OR FUTURE CROSS–CLAIMS* by Eaton Corporation.(Carlson, Steven) |
| 11/03/2011 | 24 | NOTICE of Appearance by Ahndrea R Van Den Elzen on behalf of Ceco Friction Products Inc. Attorney(s) appearing: Ahndrea Van Den Elzen (Van Den Elzen, Ahndrea) |

| 11/03/2011 | 25 | DISCLOSURE Statement by Ceco Friction Products Inc. (Van Den Elzen, Ahndrea) |
|---|---|---|
| 11/07/2011 | 26 | DISCLOSURE Statement by IMO Industries. (Denning, Michael) |
| 11/11/2011 | 27 | *Appearance,* ANSWER to 1 Complaint *and Affirmative and Other Defenses* by Owens–Illinois Inc.(Morris, David) |
| 11/14/2011 | | NOTICE – Pursuant to Civil Local Rule 7.1 a disclosure statement should have been filed with your first pleading. Please file your disclosure statement within 7 days (msc) |
| 11/14/2011 | 28 | NOTICE of Appearance by Kathryn R Downey on behalf of Schneider Electric Engineering Services LLC. Attorney(s) appearing: Thomas A. Gilligan, Jr. and Kathryn R. Downey (Downey, Kathryn) |
| 11/14/2011 | 29 | ANSWER to Complaint AND CROSSCLAIM against ALL CO–DEFENDANTS with Jury Demand *and Answer to All Anticipated or Filed Cross–Claims* filed by Schneider Electric Engineering Services LLC. (Downey, Kathryn) |
| 11/15/2011 | 30 | *Short–Form* ANSWER to 1 Complaint by CertainTeed Corporation.(Manna, Daniel) |
| 11/15/2011 | 31 | DISCLOSURE Statement by CertainTeed Corporation. (Manna, Daniel) |
| 11/15/2011 | 32 | *Short–Form* ANSWER to 1 Complaint by Maremont Corporation.(Manna, Daniel) |
| 11/15/2011 | 33 | DISCLOSURE Statement by Maremont Corporation. (Manna, Daniel) |
| 11/15/2011 | 34 | CERTIFICATE OF SERVICE by CertainTeed Corporation, Maremont Corporation (Manna, Daniel) |
| 11/16/2011 | | NOTICE – Pursuant to Civil Local Rule 7.1 a disclosure statement should have been filed with your first pleading. Please file your disclosure statement within 7 days (msc) |
| 11/17/2011 | 35 | NOTICE of Appearance by Adam J Jagadich on behalf of Navistar Inc. (Jagadich, Adam) |
| 11/17/2011 | 36 | ANSWER to 1 Complaint with Jury Demand by Navistar Inc.(Jagadich, Adam) |
| 11/23/2011 | 37 | DISCLOSURE Statement by Schneider Electric Engineering Services LLC. (Downey, Kathryn) |
| 12/01/2011 | 38 | ANSWER to Complaint with Jury Demand by Michelin North America, Inc. ~~Goodrich Corporation.~~ (Attachments: # 1 Exhibit, # 2 Certificate of Service)(Cowan, Tracy) Modified on 12/13/2011 (msc). |
| 12/06/2011 | 39 | ANSWER to Complaint AND CROSSCLAIM against All defendants *, Reply to Any and All Current or Future Crossclaims and Affirmative Defenses* filed by Koppers Inc. (Carlson, Donald) |
| 12/06/2011 | 40 | NOTICE of Appearance by Donald H Carlson on behalf of Koppers Inc. Attorney(s) appearing: Donald H. Carlson, Eric D. Carlson (Carlson, Donald) |
| 12/06/2011 | 41 | DISCLOSURE Statement by Koppers Inc. (Carlson, Donald) |
| 12/06/2011 | 42 | CERTIFICATE OF SERVICE by Koppers Inc (Carlson, Donald) |
| 12/09/2011 | 43 | STIPULATION *to Amend Caption and Prior Pleadings Related to Schneider Electric Engineering Services, LLC to Properly Name Schneider Electric USA, Inc., formerly known as Square D Company* by Marie H Jurglanis, Schneider Electric Engineering Services LLC. (Attachments: # 1 Text of Proposed Order)(Downey, Kathryn) |
| 12/09/2011 | 44 | DISREGARD; FILED IN WRONG CASE ~~ANSWER to 1 Complaint with Jury Demand , CROSSCLAIM against All Defendants filed by Elliott Company I. by Elliott Company I.~~ (Niquet, James) Modified on 12/12/2011 (msc). |
| 12/09/2011 | 45 | DISCLOSURE Statement by Elliott Company I. (Niquet, James) |

| 12/09/2011 | 46 | ANSWER to 1 Complaint with Jury Demand , CROSSCLAIM against All Defendants filed by Elliott Company I. by Elliott Company I.(Niquet, James) Modified on 12/12/2011 (msc). |
| 12/09/2011 | 47 | NOTICE of Appearance by James A Niquet on behalf of Elliott Company I. Attorney(s) appearing: James A. Niquet (Niquet, James) |
| 12/12/2011 | 48 | ANSWER to Complaint AND CROSSCLAIM with Jury Demand filed by Motion Industries Inc. (Attachments: # 1 Certificate of Service)(Pagels, Sarah) |
| 12/12/2011 | 49 | ANSWER to 1 Complaint with Jury Demand by Goodrich Corporation. (Attachments: # 1 Certificate of Service)(Pagels, Sarah) |

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

Marie H. Jurglanis,  individually and as Special
Administrator of the Estate of Clemens R.
Jurglanis, Deceased

Plaintiff,

    v.

Borg-Warner Inc., a corporation,
CBS Corporation, a corporation,
Ceco Friction Products, Inc., a corporation,
Certainteed Corporation, a corporation,
Dossert Corporation, a corporation,
Eaton Corporation, individually and as
successor in interest to Eaton Electrical Inc.
and Cutler-Hammer Inc., a corporation,
Elliott Company I, Individually and as
Successor to Elliot Turbomachinery Company,
a corporation,
Fenner, Inc., a corporation,
Foseco Inc., a corporation,
General Electric Company, a corporation,
General Refractories Company, a corporation,
Goodrich Corporation, a corporation,
Graybar Electric Company, Inc., a corporation,
Honeywell International Inc., a corporation,
IMO Industries, a corporation,
Koppers, Inc., a corporation,
Maremont Corporation, a corporation,
Michelin North America, Inc., a corporation,
Motion Industries, Inc., as successor to
Wisconsin Bearing Company, a corporation,
Navistar Inc., a corporation,
Owens-Illinois Inc., a corporation,
Pneumo Abex LLC, a corporation,
Rapid American Corporation
Schneider Electric Engineering Services, LLC,
as successor to Square D Company, a
corporation,
The Okonite Company, a corporation,

Case No.  2:11-cv-917

Defendants.

## COMPLAINT

Now comes the plaintiff, Marie H. Jurglanis, (hereinafter "Plaintiff"), individually and as Special Administrator of the Estate of Clemens R Jurglanis (hereinafter "Decedent"), by and through her attorneys, Cascino Vaughan Law Offices, Ltd., and complains against defendants Borg-Warner Inc., a corporation,

CBS Corporation, a corporation, Ceco Friction Products, Inc., a corporation, Certainteed Corporation, a corporation, Dossert Corporation, a corporation, Eaton Corporation, individually and as successor in interest to Eaton Electrical Inc. and Cutler-Hammer Inc., a corporation, Elliott Company I, Individually and as Successor to Elliot Turbomachinery Company, a corporation, Fenner, Inc., a corporation, Foseco Inc., a corporation, General Electric Company, a corporation, General Refractories Company, a corporation,

Goodrich Corporation, a corporation, Graybar Electric Company, Inc., a corporation, Honeywell International Inc., a corporation, IMO Industries, a corporation, Koppers, Inc., a corporation, Maremont Corporation, a corporation, Michelin North America, Inc., a corporation, Motion Industries, Inc., as successor to Wisconsin Bearing Company, a corporation, Navistar Inc., a corporation, Owens-Illinois Inc., a corporation, Pneumo-Abex Corporation, a corporation, Rapid American Corporation, Schneider Electric Engineering Services, LLC, as successor to Square D Company, a corporation and The Okonite Company, a corporation, as follows:

## JURISDICTION

1.     Plaintiff,  Marie H. Jurglanis is the wife  of Decedent, Clemens R. Jurglanis, and resides in Las Vegas, Nevada.

2.     Decedent was an adult citizen and resident of Nevada.

3.     Decedent passed away on 03/23/2011.

4.     Defendant Borg-Warner Inc. manufactured, designed, and sold asbestos products including without limitation brake and friction products.

5.     Defendant CBS Corporation is responsible for the conduct of Westinghouse Electric Corporation.  Westinghouse manufactured and designed steam generating equipment including without limitation turbines, generators, wire, motors and switch gears. Westinghouse also erected and maintained steam generation equipment

6.     Defendant Ceco Friction Products, Inc. manufactured, designed, and sold asbestos products including without limitation, brake linings and friction products.

7.     Defendant Certainteed Corporation manufactured, designed, and sold asbestos products including without limitation asbestos sheets, cements, cement pipe, roofing materials and wall finishing materials.

8.     Defendant Dossert Corporation manufactured, distributed, sold, and/or designed asbestos products, including without limitation wire and cable.

9.     Defendant Eaton Corporation is responsible for the conduct of Cutler Hammer.  Cutler Hammer manufactured, designed, and sold asbestos products including without limitation arc shields, switches, wire and other electrical equipment utilizing asbestos containing plastics and phenolics.

10.     Defendant Elliott Company I is responsible for the conduct of Elliott TurboMachinery Company. Elliott Turbomachinery Company manufactured and sold cranes and industrial equipment, which contained asbestos products, including without limitation, brakes.

11.     Defendant Fenner, Inc. is responsible for the conduct of Fenner America, Ltd.  Fenner America, Ltd. manufactured, designed and sold asbestos products, including without limitation, brake and friction products.

12.     Defendant Foseco Inc. manufactured, designed and sold asbestos products, including

without limitation, refractory products and cements.

13.     Defendant General Electric Company manufactured and designed steam generation

equipment including without limitation turbines, erected and maintained steam generation

equipment and manufactured, designed and/or sold asbestos containing electrical

equipment, including without limitation asbestos containing wires, cables, switching gear,

motors, and ballasts, and sold and installed asbestos materials.

14.     Defendant General Refractories Company manufactured, designed and sold asbestos

products, including without limitation, refractory products, cements and mastics.

15.     Defendant Goodrich Corporation manufactured, designed and sold asbestos products,

including without limitation, brake and friction products.

16.     Defendant Graybar Electric Company Inc. manufactured, designed, and sold asbestos

products including without limitation arc shields, switches, wire and other electrical

equipment utilizing asbestos containing plastics and phenolics.

17.     Defendant Honeywell International Inc. was formerly known as  Allied Signal and is the

successor in interest to Allied Corp. which is the successor in interest to The Bendix

Corporation, which manufactured, distributed, sold, and/or designed asbestos products,

including without limitation, brake and friction products. Honeywell International Inc.

also manufactured, distributed, sold and/or designed asbestos products, including without

limitation, pumps and valves.

18.     Defendant IMO Industries Inc. is responsibile for the conduct of Demag DeLaval

Turbomachinery Inc. and other subsidiaries who designed, manufactured and/or sold

equipment which contained and/or utilized asbestos products including without limitation

turbines, compressors, pumps and valves.

19.     Defendant Koppers Inc. manufactured, distributed, sold and/or designed asbestos products, including without limitation roofing cement, cements, mastics and refractory products.

20.     Defendant Maremont Corporation manufactured, designed, and sold asbestos products including without limitation, brake linings and friction products.

21.     Defendant Michelin North America Inc. manufactured, designed and sold asbestos products, including without limitation, brake and friction products.

22.     Defendant Motion Industries Inc. is responsible for the conduct of Wisconsin Bearing Company. Wisconsin Bearing Company manufactured, designed, and sold asbestos products including without limitation, brake linings and friction products.

23.     Defendant Navistar Inc. is responsible for the conduct of International Harvester Inc. International Harvester Inc. manufactured, designed and sold asbestos products, including without limitation, brake and friction products.

24.     Defendant Owens-Illinois, Inc. manufactured, sold, and designed asbestos products, including without limitation fireproof door cores, pipe insulation, and block.

25.     Defendant Pneumo Abex, LLC is responsible for the conduct of Abex Corp., American Brakeblok Division f/k/a American Brake Shoe Co.  Abex Corp. manufactured, designed, and sold asbestos products including without limitation brake and friction products.

26.     Defendant Rapid American Corporation is responsible for the conduct of Philip Carey. Carey designed, manufactured and sold asbestos-containing products, including without limitation pipe covering, block, cements, board, and air cell and supplied asbestos fibers.

27.     Defendant Schneider Electric Engineering Services LLC is responsible for the conduct of

Square-D Company. Square-D Company manufactured, designed, and sold asbestos products including without limitation arc shields, switches, wire and other electrical equipment utilizing asbestos containing plastics and phenolics.

28.   Defendant The Okonite Company manufactured, designed, and sold asbestos products including without limitation, wire and cable.

29.   Defendants are all corporations, none of which is incorporated in or has its principal place of business in the State of Nevada, and at all times relevant to the allegations contained herein were engaged in the business of designing, manufacturing, mining and selling asbestos and/or asbestos-containing products and/or asbestos-insulated equipment, hereinafter referred to as "asbestos products." Please refer to the attached Exhibit A for the state of incorporation and principal place of business of each defendant.

30.   Jurisdiction is based on diversity of citizenship of the parties hereto under Title 28, United States Code, §1332.

31.   The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

32.   Venue is proper pursuant to Title 28, United States Code, §1391.

## GENERAL ALLEGATIONS

33.   Decedent during the course of his employment as a Electrician at various job sites, including those listed on the attached Exhibit B was exposed to asbestos dust or fibers emanating from the asbestos products and/or asbestos insulated equipment which was sold, manufactured, mined, distributed, packaged, installed or otherwise placed into commerce by defendants.

34.   Decedent was ignorant of the dangerous nature of asbestos and of the nature of the risks

incurred by workers working with or near asbestos products.

35.    Decedent became aware of the asbestos-related condition and that said condition was caused by Defendants' wrongful conduct within the statute of limitations before the filing of this action.

36.    As a direct and proximate result of the conduct of Defendants, Decedent developed and had been diagnosed with mesothelioma on .

37.    Decedent suffered great pain, physical impairment, great mental pain and anguish, is liable for large sums of money for medical and hospital care, and suffered losses to his personal property and possessions.

## COUNT I - PRODUCTS LIABILITY - NEGLIGENCE

38.    Plaintiff brings this count for negligence against all defendants and incorporates by reference all general allegations.

39.    It was reasonably foreseeable that decedent and other workers would be working with or in the proximity of defendants' asbestos products and be exposed to airborne asbestos fibers.

40.    Defendants had a duty to exercise reasonable care for the safety of decedent and others who worked with or were exposed to the defendants' asbestos products.

41.    Defendants knew or in the exercise of ordinary or reasonable care ought to have known asbestos causes disease and or death, and that Decedent did not know that asbestos products were dangerous or harmful at the time of his exposures.

42.    Each defendant breached its duty of care and was negligent, including without limitation in one or more of the following acts or omissions:

    a.    Failed to adequately warn Decedent or others of the health hazards of asbestos;

b.     Failed to warn Decedent or others of the danger and harm of the asbestos after the products or equipment were installed at the premises;

c.     Failed to investigate or test for the health effects of asbestos prior to distribution and sale;

d.     Failed to instruct Decedent, his employers or others in the use of precautionary measures relating to asbestos-containing products and/or asbestos-insulated equipment; and/or

e.     Manufactured, mined, supplied, or installed unsafe asbestos-containing products or asbestos-insulated equipment.

43.     As a direct and proximate result of the acts and omissions of the product defendants above, Decedent was injured as described above.

## COUNT II – PRODUCT LIABILITY - UNREASONABLY DANGEROUS PRODUCT

44.     This cause of action is asserted against the manufacturing and supplying defendants.

45.     The defendants' above-described asbestos products were manufactured, supplied and installed in an unreasonably dangerous condition presenting dangers to the life and health of the ultimate users thereof and to persons in the position of the Decedent.

46.     At all relevant times, the defendants placed their asbestos products on the market knowing that they would be used without inspection for such unreasonably dangerous defects and defendants expected such asbestos products to reach Decedent and other users and consumers without substantial change in the condition they were in when sold.

47.     Decedent removed, installed, used and/or handled, or was otherwise exposed to, the supplying defendants' asbestos products in the conditions in which they left the possession or control of such defendants and in a manner that was reasonably foreseeable and/or anticipated by such defendants.

48.     Defendants manufactured, supplied or installed a product, or equipment, that was unreasonably dangerous in nature in that it contained asbestos, and in particular:

a.   Was not accompanied by an adequate warning relating to the health hazards of asbestos products;

b.   Was not accompanied by instructions concerning precautionary measures to be taken to minimize the risk of health hazards associated with asbestos products;

c.   Was not subjected to adequate investigation regarding its hazards to health; and

d.   Was improperly designed with, or specified for, the use of asbestos as opposed to non-asbestos substitutes.

49.   Decedent's exposure to the unreasonably dangerous products manufactured, supplied and installed by the defendants proximately caused injuries set forth above.

## COUNT III – DECLARATORY JUDGMENT

50.   Defendants' conduct alleged herein occurred many years before certain changes in the Wisconsin Statutes affecting the law of joint and several liability, as set forth in §§895.045(1) and 895.85, Wis. Stats., were enacted as part of so-called "tort reform" in 1995.

51.   Retroactive application of the 1995 legislation purporting to apply to the new versions of §§895.045(1) and 895.86, Wis. Stats, to defendants' tortious acts, which occurred many years before the effective date of such legislation, merely because this lawsuit was filed after the effective date of such legislation, would materially and adversely affect the interests of plaintiff in this matter.

52.   Retroactive application of the current versions of §§895.045(1) and 895.85, Wis. Stats., to the facts of this case would be unreasonable and unconstitutional, in violation of Article I, §10 and the Fifth and Fourteenth Amendments of the Constitution of the United States, and in violation of Article IV, §17(2) of the Constitution of the State of Wisconsin, and contrary to the Supreme Court of Wisconsin's ruling in Martin v. Richards, 192 Wis. 2d 156, (Docket #91-0016, 1995).

## WRONGFUL DEATH

53.      Plaintiff brings this count for wrongful death against all defendants and incorporates by

reference all allegations 1 through 52 above.

54.      Defendants' actions, jointly and severally, as described in the preceding paragraphs,

caused the wrongful death of decedent  and loss of society and companionship, funeral,

medical and other expenses, pecuniary damages and other damages have been suffered by

Decedent and plaintiff.

## PRAYER FOR RELIEF

55.      Plaintiff prays for relief as follows:

a.      Judgment against defendants, jointly and severally, for compensatory and general
damages.

b.      Such further legal and equitable relief as the Court orders to do justice in this
case; costs and disbursements of this action.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by a jury of 6.


Dated:  September 30, 2011


/S/ Michael P. Cascino
One of the Plaintiff's Attorneys


Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Ph: (312) 944-0600

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

Place an X in the appropriate Box: ☐ Green Bay Division   ☑ Milwaukee Division

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Marie H. Jurglanis, | Borg-Warner Inc., et al., |

**(b)** County of Residence of First Listed Plaintiff   **Clark County, Nevada**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Michael P. Cascino - Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue, Chicago, IL 60607. Phone: (312) 944-0600

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
      Plaintiff

☐ 3  Federal Question
      (U.S. Government Not a Party)

☐ 2  U.S. Government
      Defendant

☑ 4  Diversity
      (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                   and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☑ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☑ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original
     Proceeding

☐ 2 Removed from
     State Court

☐ 3 Remanded from
     Appellate Court

☐ 4 Reinstated or
     Reopened

☐ 5 Transferred from
     another district
     (specify)

☐ 6 Multidistrict
     Litigation

☐ 7 Appeal to District
     Judge from
     Magistrate
     Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 28, United States Sec. 1332

Brief description of cause:
Asbestos Injury, Occupational Exposure

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
  UNDER F.R.C.P. 23

DEMAND $ >75,000

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☑ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions)   JUDGE _____   DOCKET NUMBER _____

DATE
9/30/2011

SIGNATURE OF ATTORNEY OF RECORD
_mike c_

FOR OFFICE USE ONLY

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

# Exhibit A
## *Defendants' Home States and Principal Places of Business*

| Defendant | StateHdq | StatePrincBus |
|---|---|---|
| Borg-Warner Inc. | Delaware | Michigan |
| CBS Corporation | Delaware | Pennsylvania |
| Ceco Friction Products, Inc. | North Carolina | North Carolina |
| Certainteed Corporation | Delaware | Pennsylvania |
| Dossert Corporation | New York | Connecticut |
| Eaton Corporation, individually and as successor in interest to Eaton Electrical Inc. and Cutler-Hammer Inc. | Delaware | Ohio |
| Elliott Company I, Individually and as Successor to Elliot Turbomachinery Company | Delaware | Pennsylvania |
| Fenner, Inc. | Delaware | Pennsylvania |
| Foseco Inc. | Delaware | Ohio |
| General Electric Company | New York | Connecticut |
| General Refractories Company | Pennsylvania | Pennsylvania |
| Goodrich Corporation | New York | North Carolina |
| Graybar Electric Company, Inc. | New York | Missouri |
| Honeywell International Inc. | Delaware | New Jersey |
| IMO Industries | Delaware | Virginia |
| Koppers, Inc. | Pennsylvania | Pennsylvania |
| Maremont Corporation | Delaware | Michigan |
| Michelin North America, Inc., as successor to Uniroyal, Inc. | South Carolina | South Carolina |
| Motion Industries, Inc., as successor to Wisconsin Bearing Company | Delaware | Alabama |
| Navistar Inc. | Delaware | Illinois |
| Owens-Illinois Inc. | Delaware | Ohio |
| Pneumo Abex LLC | Delaware | Connecticut |
| Rapid American Corporation | Delaware | New York |
| Schneider Electric Engineering Services, LLC, as successor to Square D Company. | Delaware | Illinois |
| The Okonite Company | New Jersey | New Jersey |

# Exhibit B
### *Decedent's work history*

| Job Site | Site City | Site State | First year | Last year |
|----------|-----------|------------|------------|-----------|
| Ladish | Cudahy | Wisconsin | 1943 | 1986 |