## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Asbestos Products Liability Litigation (No. VI) | MDL No. 875 |
| This Document Relates To: | U.S.D.C. EASTERN DISTRICT OF PENNSYLVANIA No. _____ |
| BESSIE B. JOHNSON and husband, JOHNNY R. JOHNSON, | |
| Plaintiffs, | (U.S.D.C. Tennessee, Eastern No. 3:11-cv-249) |
| v. | |
| UNION CARBIDE CORPORATION, and LOCKHEED MARTIN ENERGY SYSTEMS, INC., | |
| Defendants. | |

### RULE 7.1(a) NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendant, Union Carbide Corporation, hereby notifies the Clerk of the Panel of the following potential tag-along action in which it has been named as a Defendant.

1.  <u>Bessie B. Johnson and husband, Johnny R. Johnson v. Union Carbide Corporation and Lockheed Martin Energy Systems, Inc.</u>, Civil Case No. 3:11-cv-249, in the United States District Court for the Eastern District of Tennessee at Knoxville.

2.     This action was originally pending in state court in the Circuit Court for Anderson County, Tennessee. On June 2, 2011, it was removed to the United States District Court for the Eastern District of Tennessee.

3.     True and correct copies of the Complaint and the Notice of Removal filed in the <u>Johnson</u> action are attached hereto as Exhibits A and B, respectively.

Respectfully submitted this 14th day of December, 2011.

<div style="margin-left:3em">

s/ John W. Elder
TN BPR #022775

Dwight E. Tarwater Esq. (TN BPR #007244)
Thomas A. Bickers, Esq. (TN BPR #012568)

**PAINE, TARWATER, AND BICKERS, LLP**
900 South Gay Street, Suite 2200
Knoxville, TN 37902-1821
Phone: (865) 525-0880
Counsel for Defendant
Union Carbide Corporation

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2011, a copy of the foregoing *RULE 7.1(a) NOTICE OF POTENTIAL TAG-ALONG ACTION* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/ John W. Elder
TN BPR #022775

Dwight E. Tarwater Esq. (TN BPR #007244)
Thomas A. Bickers, Esq. (TN BPR #012568)

**PAINE, TARWATER, AND BICKERS, LLP**
900 South Gay Street, Suite 2200
Knoxville, TN 37902-1821
Phone: (865) 525-0880
Counsel for Defendant
Union Carbide Corporation