BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Asbestos Products Liability Litigation (No. VI) | MDL No. 875 |
| This Document Relates To: | U.S.D.C. EASTERN DISTRICT OF PENNSYLVANIA |
| BESSIE B. JOHNSON and husband, JOHNNY R. JOHNSON, | No. _____ |
| Plaintiffs, | (U.S.D.C. Tennessee, Eastern No. 3:11-cv-249) |
| v. | |
| UNION CARBIDE CORPORATION, and LOCKHEED MARTIN ENERGY SYSTEMS, INC., | |
| Defendants. | |

# EXHIBIT C
# CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the ***Rule 7.1 Notice of Potential Tag-Along Action*** has been served upon the following via United States mail, postage pre-paid, addressed to:

| | |
|---|---|
| ***Counsel For Plaintiffs*** | ***Counsel for Defendant*** |
| ***Bessie B. Johnson and Johnny R. Johnson*** | ***Lockheed Martin Energy Systems, Inc.*** |
| John D. Agee | John C. Burgin, Jr. |
| Ridenour & Ridenour, PLLC | Beecher A. Bartlett, Jr. |
| 108 S. Main Street | G. Wilson Horde |
| P.O. Box 530 | Kramer, Rayson, LLP |
| Clinton, TN 37717-0530 | P.O. Box 629 |
| | Knoxville, TN 37901-0629 |

This the 14th day of December, 2011.

s/ John W. Elder
TN BPR #022775

Dwight E. Tarwater Esq. (TN BPR #007244)
Thomas A. Bickers, Esq. (TN BPR #012568)

**PAINE, TARWATER, AND BICKERS, LLP**
900 South Gay Street, Suite 2200
Knoxville, TN 37902-1821
Phone: (865) 525-0880
Counsel for Defendant
Union Carbide Corporation