BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Asbestos Products Liability Litigation (No. VI) | MDL No. 875 |
| This Document Relates To: | U.S.D.C. EASTERN DISTRICT OF PENNSYLVANIA No. _____ |
| BESSIE B. JOHNSON and husband, JOHNNY R. JOHNSON, Plaintiffs, v. UNION CARBIDE CORPORATION, and LOCKHEED MARTIN ENERGY SYSTEMS, INC., Defendants. | (U.S.D.C. Tennessee, Eastern No. 3:11-cv-249) |

# EXHIBIT B
# DOCKET REPORT AND NOTICE OF REMOVAL

JURY_TRIAL, TWP2

# Live Database
## U.S. District Court - Eastern District of Tennessee (Knoxville)
## CIVIL DOCKET FOR CASE #: 3:11-cv-00249

Johnson et al v. Lockheed Martin Energy Systems, Inc.  
Assigned to: District Judge Thomas W Phillips  
Referred to: Magistrate Judge H Bruce Guyton  
Demand: $2,000,000  
Case in other court: Anderson County Circuit Court,  
      B1LA0153  
Cause: 28:1332 Diversity-Personal Injury  

Date Filed: 06/02/2011  
Jury Demand: Both  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Diversity  

### Plaintiff

**Bessie B Johnson**     represented by **John D Agee**  
Ridenour & Ridenour  
108 South Main Street  
P. O. Box 530  
Clinton, TN 37717  
865-457-0755  
Fax: 865-457-4878  
Email: jdagee@comcast.net  
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Johnny R Johnson**     represented by **John D Agee**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Lockheed Martin Energy Systems, Inc.**     represented by **John Burgin , Jr**  
Kramer, Rayson LLP (Knox)  
P.O. Box 629  
Knoxville, TN 37901  
865-525-5134  
Fax: 865-522-5723  
Email: jcburgin@kramer-rayson.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**G Wilson Horde**  
Kramer, Rayson LLP (Knox)  
P.O. Box 629  
Knoxville, TN 37901  
865-525-5134

          Email: gwhorde@kramer-rayson.com
          *ATTORNEY TO BE NOTICED*

          **Beecher A Bartlett , Jr**
          Kramer, Rayson LLP (Knox)
          P.O. Box 629
          Knoxville, TN 37901
          865-525-5134
          Fax: 865-521-5857
          Email: bbartlett@kramer-rayson.com
          *ATTORNEY TO BE NOTICED*

**Defendant**

**Union Carbide Corporation**     represented by    **Dwight E Tarwater**
          Paine, Tarwater, Bickers, LLP
          900 South Gay Street
          2200 Riverview Tower
          Knoxville, TN 37902
          865-525-0880
          Fax: 865-521-7441
          Email: det@painetar.com
          *ATTORNEY TO BE NOTICED*

          **John W Elder**
          Paine, Tarwater, Bickers & Tillman
          800 South Gay Street
          Suite 1100 First Tennessee Plaza
          Knoxville, TN 37929-9703
          865-525-0880
          Email: jwe@painetar.com
          *ATTORNEY TO BE NOTICED*

          **Joshua R Walker**
          Paine, Tarwater, Bickers, LLP
          900 South Gay Street
          2200 Riverview Tower
          Knoxville, TN 37902
          865-974-3245
          Fax: 865-974-0100
          Email: jrwalker@tennessee.edu
          *TERMINATED: 11/18/2011*

          **Thomas A Bickers**
          Paine, Tarwater, Bickers, LLP
          900 South Gay Street
          2200 Riverview Tower
          Knoxville, TN 37902
          865-525-0880
          Fax: 865-521-7441
          Email: tab@painetar.com

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/02/2011 | 1 | NOTICE OF REMOVAL from Anderson, case number B1LA0153. (Filing fee $ 350 receipt number 0649-1709729), filed by Lockheed Martin Energy Systems, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit)(Bartlett, Beecher) (Additional attachment(s) added on 6/3/2011: # 3 Civil Cover Sheet) (Removed)(KAW). (Additional attachment(s) added on 6/3/2011: # 4 Civil Cover Sheet) (KAW). (Entered: 06/02/2011) |
| 06/02/2011 | 2 | CERTIFICATE OF SERVICE by Lockheed Martin Energy Systems, Inc. *For Purposes of Notice of Removal* (Bartlett, Beecher) (Entered: 06/02/2011) |
| 06/02/2011 | 3 | Certificate of Corporate Interest by Lockheed Martin Energy Systems, Inc.. (Bartlett, Beecher) (Entered: 06/02/2011) |
| 06/02/2011 |  | District Judge Thomas W Phillips and Magistrate Judge H Bruce Guyton have been assigned to the case. (KAW) (Entered: 06/03/2011) |
| 06/09/2011 | 4 | MOTION for Extension of Time to File Answer by Lockheed Martin Energy Systems, Inc. (Attachments: # 1 Text of Proposed Order)(Bartlett, Beecher) Modified on 6/15/2011 to remove pdf.s at chambers request. Counsel has properly filed a stipulation for extension of time as Doc. 5 (AYB). (Entered: 06/09/2011) |
| 06/15/2011 | 5 | STIPULATION *For Extension of Time to File Responsive Pleading* by Lockheed Martin Energy Systems, Inc.. (Bartlett, Beecher) (Entered: 06/15/2011) |
| 06/27/2011 | 6 | Certificate of Corporate Interest by Union Carbide Corporation identifying Corporate Parent The Dow Chemical Company for Union Carbide Corporation. (Walker, Joshua) (Entered: 06/27/2011) |
| 06/27/2011 | 7 | STIPULATION *for Extension of Time for Defendant Union Carbide Corporation to Respond to Complaint* by All Parties. (Walker, Joshua) (Entered: 06/27/2011) |
| 06/27/2011 | 8 | ANSWER to Complaint by Lockheed Martin Energy Systems, Inc..(Bartlett, Beecher) (Entered: 06/27/2011) |
| 07/08/2011 | 9 | ANSWER to Complaint by Union Carbide Corporation.(Walker, Joshua) (Entered: 07/08/2011) |
| 07/08/2011 | 10 | (Case at Issue) NOTICE of Availability of Magistrate Judge. (AYB) (Entered: 07/08/2011) |
| 11/17/2011 | 11 | MOTION to Withdraw as Attorney by Union Carbide Corporation. (Attachments: # 1 Text of Proposed Order)(Walker, Joshua) (Entered: 11/17/2011) |
| 11/18/2011 | 12 | ORDER granting 11 Attorney Joshua R Walker's Motion to Withdraw as counsel for Defendant Union Carbide Corporation. Signed by District Judge |

|            |    |                                                                                                                                                                                                                                                                                                                                 |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Thomas W Phillips on November 18, 2011. (AYB) (Entered: 11/18/2011)                                                                                                                                                                                                                                                             |
| 11/21/2011 | 13 | NOTICE of Appearance by John Burgin, Jr on behalf of Lockheed Martin Energy Systems, Inc. (Burgin, John) (Entered: 11/21/2011)                                                                                                                                                                                                  |
| 12/08/2011 | 14 | SCHEDULING ORDER: Jury Trial set for **4/8/2014** at 9:00 AM in Courtroom 4 - Knoxville before District Judge Thomas W Phillips. Final Pretrial Conference set for **4/1/2014** at 1:30 PM in Courtroom 4 - Knoxville, before District Judge Thomas W Phillips.Signed by District Judge Thomas W Phillips on December 8, 2011. (RLK) (Entered: 12/09/2011) |

| PACER Service Center |               |                 |                     |
|----------------------|---------------|-----------------|---------------------|
| **Transaction Receipt**                                                     ||||
| 12/14/2011 16:12:49                                                         ||||
| PACER Login:         | pt0642        | Client Code:    | Johnson v Lockheed  |
| Description:         | Docket Report | Search Criteria:| 3:11-cv-00249       |
| Billable Pages:      | 3             | Cost:           | 0.24                |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BESSIE B. JOHNSON and husband, JOHNNY R. JOHNSON, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No.: 3:11-cv-249 |
| UNION CARBIDE CORPORATION and LOCKHEED MARTIN ENERGY SYSTEMS, INC. ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

Defendant, Lockheed Martin Energy Systems, Inc. ("LMES"), pursuant to 28 U.S.C. § 1441, hereby gives notice that it is removing this civil action from the Circuit Court for Anderson County, Tennessee to the United States District Court for the Eastern District of Tennessee at Knoxville.

1.  On April 28, 2011, plaintiffs, Bessie B. Johnson and husband, Johnny R. Johnson ("Johnson"), commenced this civil action against Defendants Union Carbide Corporation and LMES, in the Circuit Court for Anderson County, Tennessee, Case No. B1LA0153. The Complaint and Summons were served upon LMES on May 3, 2011. Attached hereto as **Exhibit A** is a copy of the entire contents of the state court file, including the complaint and summons. The service of the summons and complaint is the first notice LMES received regarding the commencement of this action.

2.  Plaintiffs allege in their Complaint that they are Tennessee citizens. They further allege exigent exposure by the Defendants to abnormally dangerous substances in violation of

internal safety requirements and OSHA standards proximately causing Plaintiffs' damages. Plaintiffs sue for an amount in excess of $75,000.00.

3. LMES is a foreign corporation organized under the laws of Delaware with its principal place of business in Maryland.

4. Defendant, Union Carbide Corporation, is now a wholly owned subsidiary of the Dow Chemical Company. Dow is a Delaware corporation with its principal place of business in Michigan. Dow joins in and consents to the removal of this action.

5. This Court has jurisdiction over the claims in the Complaint pursuant to 28 U.S.C. § 1332 (diversity) because there is complete diversity between the two plaintiffs and the two defendants.

6. This notice of removal is being filed within thirty days of May 3, 2011, the date on which the summons and Complaint were first served on LMES. Thus, this notice of removal is filed within thirty days after LMES first received a copy of the initial pleading setting forth the claims for relief.

7. Pursuant to 28 U.S.C. § 1446(d), defendant will promptly give notice of this notice of removal to the Clerk of the Anderson County Circuit Court and to counsel for plaintiff in the state court proceeding. The giving of such notice will effect this removal pursuant to 28 U.S.C. § 1446(b). A copy of the state court notice is attached as **Exhibit B**.

8. By removing this action, LMES does not waive any defenses available to it in federal or state court and expressly reserves the right to assert all such defenses in its responsive pleading. .

WHEREFORE, Defendant requests that further proceedings of the Anderson County Circuit Court be discontinued and that this action be removed in its entirety to the United States District Court for the Eastern District of Tennessee at Knoxville.

Respectfully submitted this 2nd day of June, 2011.

/s/ Beecher A. Bartlett, Jr.
G. Wilson Horde (BPR # 001997)
Beecher A. Bartlett, Jr. (BPR # 010198)
**Kramer Rayson LLP**
Post Office Box 629
Knoxville, TN 37901-0629
(865) 525-5134

*Attorneys for Defendant*
*Lockheed Martin Energy Systems, Inc.*


/s/ Joshua R. Walker
Joshua R. Walker (BPR # 023073)
Paine, Tarwater & Bickers LLP
900 S Gay St Ste 2200
PO Box 198
Knoxville, TN 37901

*Attorneys for Defendant*
*Union Carbide Corporation*

KRAMER RAYSON    Fax:865-522-5723    May 26 2011 09:40am    P002/009

May.26. 2011 9:26AM    No.2173 P. 2

## EXHIBIT A

### STATE OF TENNESSEE
### IN THE CIRCUIT COURT OF ANDERSON COUNTY, TENNESSEE
### SUMMONS

BESSIE B. JOHNSON,
and husband, JOHNNY R. JOHNSON,

    Plaintiff,

v.

UNION CARBIDE CORPORATION, and
LOCKHEED MARTIN ENERGY SYSTEMS, INC.,

    Defendants.

No. B1LA0153

65

Out Of County Rec'd Date 5-2-20V
D.S.

**TO THE ABOVE NAMED DEFENDANT(S):** LOCKHEED MARTIN ENERGY SYSTEMS, INC.

You are hereby summoned and required to serve upon JOHN D. AGEE, plaintiff's attorney, whose address is Ridenour & Ridenour, PLLC, 108 South Main Street, P.O. Box 530, Clinton, Tennessee, 37717-0530 an answer to the complaint which is herewith served upon you within thirty (30) days after service of this summons and complaint upon you, exclusive of the day of service, and file a copy of the answer with this court within 5 days after answer is made. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Witness, Barry Pelizzari, Clerk of said Court, at office the 28 day of April, A.D., 2011.
Issued and tested this 28 day of April, 2011.

Barry Pelizzari, Clerk
By Betty B. Taylor
    Deputy Clerk

ADA FOR ASSISTANCE CALL

### NOTICE

To the defendant(s):

Tennessee law provides a four thousand dollar ($4,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

### SERVICE INFORMATION.

To the process server: Defendant LOCKHEED MARTIN ENERGY SYSTEMS, c/o Corporation Service Company, 2908 Poston Avenue, Nashville, Tennessee 37203.

### RETURN

I received this summons on the ____ day of _____, 2011.

I hereby certify and return that on the 3 day of May, 2011, I [ ] served this summons and complaint on the defendant in the following manner: Served Mary Marchetti who accepted service for: Lockheed Martin Energy Systems Inc

[ ] failed to serve this summons within 90 days after its issuance because: _____

Process Server Jacquelyn Blue

THIS SUMMONS IS ISSUED PURSUANT TO RULES 3 AND 4 OF THE TENNESSEE RULES OF CIVIL PROCEDURE.

May.26. 2011 9:26AM    KRAMER RAYSON    Fax:865-522-5723    May 26 2011 09:48am P003/008
No.2173 P. 3

IN THE CIRCUIT COURT FOR ANDERSON COUNTY, TENNESSEE

BESSIE B. JOHNSON
and husband, JOHNNY R. JOHNSON,
citizens and residents of
208 Jonathan Place, Oak Ridge
Anderson County, TN 37830

    Plaintiff,

vs.

NO. 81LA0153

UNION CARBIDE CORPORATION, and
LOCKHEED MARTIN ENERGY SYSTEMS, INC.,

    Defendants.

## COMPLAINT

Come the Plaintiffs, Bessie B. Johnson and husband, Johnny R. Johnson, and would respectfully show unto this Honorable Court as follows:

1. The plaintiffs are citizens and residents of Anderson County, Tennessee, residing at 208 Jonathan Place, Oak Ridge, Anderson, Tennessee 37854.

2. The defendant Union Carbide Corporation is a foreign corporation who at all times material to the allegations contained herein did business in Tennessee in Roane and Anderson County, Tennessee. Said defendant may be served with process through its agent for service C.T. Corporation, 800 S. Gay Street, Suite 2021, Knoxville, Tennessee.

3. The defendant Lockheed Martin Energy Systems, Inc. is a foreign corporation who at all times material to the allegations contained in this complaint did business in Roane and Anderson County, Tennessee. Said defendant may be served with process through its

agent for service Corporation Service Company, 2908 Poston Avenue, Nashville, Tennessee 37203.

4. The plaintiff, Johnny R. Johnson, was employed by the defendants from 1952 through December 1999 at the K-25 Gaseous Diffusion Plant and Y-12 Plant in Oak Ridge, Tennessee and during the course and scope of the plaintiff's employment for the defendants, the plaintiff was required to enter numerous buildings containing numerous toxins and heavy metals including beryllium and asbestos.

5. In the course of his employment with these entities, the plaintiff, Johnny R. Johnson, routinely wore his regular clothing without the benefit of personal protective equipment. Said clothing was often worn for long periods of time, until such time the Plaintiff would take the clothing to his home to be laundered.

6. The Plaintiff, Bessie B. Johnson, wife of the plaintiff, Johnny R. Johnson, at all times material hereto was the wife of the plaintiff, Johnny R. Johnson, and in the performance of her daily activities as his wife, laundered the clothing worn by the plaintiff, Johnny R. Johnson, throughout the forty-seven (47) years of employment with the Defendants, Union Carbide Corporation and Lockheed Martin Energy Systems. As a consequence of the Plaintiff, Bessie B. Johnson's exposure to the toxins and heavy metals including asbestos and beryllium, while laundering her husband's clothes, she developed the lung disease known as asbestosis.

7. The plaintiffs aver that the injury or damage to the plaintiff, Bessie B. Johnson's lung function was a result of the Defendants in negligently allowing the Plaintiff's exposure to an abnormally dangerous substance, to wit in the following manner:

    a. Employees of the Defendants, such as the Plaintiff, Johnny R. Johnson,

worked with materials containing toxins including asbestos and beryllium on a daily basis. Employees, including the Plaintiff, Johnny R. Johnson, worked under improper and unsafe conditions which violated internal safety requirements and OSHA standards. As a result, the employees' clothes collected significant amounts of asbestos fibers. Even though the Defendants were aware of the dangerous amounts of toxins including asbestos on its employees' clothes, the Defendants did not inform their employees that the materials that they were handling contained asbestos, nor of the risks posed by asbestos fibers to the employees or to others. The danger was compounded even further because the defendants dissuaded its employees from using on-site bathhouse facilities, and it failed to provide coveralls or to wash its employees' work clothes at the factory. As a result of this misfeasance by the Defendants, a significant risk of harm to the Plaintiff, Bessie B. Johnson, was created.

b. Defendant knew or should have known that by allowing the plaintiff, Johnny Johnson to wear regular clothing with or without the benefit of personal protective equipment, and then allowing and/or encouraging the plaintiff to launder his clothing at home was creating a unreasonable risk of injury for to Plaintiff, Bessie B. Johnson.

c. Defendant was negligent in failing to properly communicate the hazards of the asbestos to Plaintiff, creating a clear and immediate risk of serious injury. As a direct and proximate result, Plaintiff, Bessie B. Johnson has sustained a serious injury in the form of the lung disease, asbestosis.

8. Defendants, at all times material hereto used the toxins to which the Plaintiff, Bessie B. Johnson was exposed. Those toxins used by the Defendants were defective and unreasonably dangerous, and was the proximate cause of the Plaintiff, Bessie B. Johnson's lung

disease, asbestosis.

9. The Defendants owed a duty to the Plaintiff, Bessie B. Johnson to prevent such an unreasonably dangerous substance from being carried into the home of the Plaintiff, and to warn Plaintiff of the dangers of the product.

10. At the time of the injury complained of in the Plaintiffs' Complaint, the Plaintiffs were married and that the Plaintiffs continue to be married, and that as a result of the wrongful and negligent acts of the Defendants, and each of them, the Plaintiff, Johnny R. Johnson has been caused to suffer, and will continue to suffer in the future, loss of consortium, loss of society, affection, assistance, and conjugal fellowship, all to the detriment of his marital relationship.

11. That all the aforesaid injuries and damages were caused solely and proximately by the negligence of the Defendants.

WHEREFORE, premises considered, the Plaintiff, Bessie Johnson, demands judgment against the defendants, Union Carbide Corporation and Lockheed Martin Energy Systems, for the sum of Two Million Dollars ($2,000,000.00) as her compensatory damages, and the Plaintiff Johnny R. Johnson, demands judgment against the defendants, Union Carbide Corporation and Lockheed Martin Energy Systems, for the sum of Five Hundred Thousand Dollars ($500,000.00) for the loss of consortium, and the Plaintiffs demand a jury to try this cause.

Respectfully submitted this 20th day of April, 2011.

*Bessie B. Johnson*
Bessie B. Johnson, Plaintiff

*Johnny R. Johnson*
Johnny R. Johnson, Plaintiff

*John D. Agee*
John D. Agee, BPR#013694

Ridenour & Ridenour, PLLC
108 S. Main Street
P.O. Box 530
Clinton, TN 37717-0530
(865) 457-0755

## COST BOND

We acknowledge ourselves as surety for all costs and taxes in this case in accordance with T.C.A. §20-12-120 and §20-12-125.

_____
Principal    Bessie B. Johnson

_____
Principal    Johnny R. Johnson

_____
Surety       John D. Agee
Address:     108 S. Main Street
             Clinton, TN 37716

## IN THE CIRCUIT COURT FOR ANDERSON COUNTY, TENNESSEE

| | |
|---|---|
| BESSIE B. JOHNSON and husband, ) <br> JOHNNY R. JOHNSON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNION CARBIDE CORPORATION ) <br> and LOCKHEED MARTIN ENERGY ) <br> SYSTEMS, INC. ) <br> ) <br> Defendants. ) | No. B1LA0153 |

### NOTICE TO CLERK AND PLAINTIFF

TO:   Barry Pelizzari, Circuit Court Clerk
Anderson County Circuit Court
100 N. Main Street, Room 313
Anderson County Courthouse
Clinton, TN 37716

John Agee, Esquire
Ridenour & Ridenour
108 South Main Street
P. O. Box 530
Clinton, TN   37717-0530

**PLEASE TAKE NOTICE** that on June 2, 2011, Defendant Lockheed Martin Energy Systems, Inc. filed a Notice of Removal of this civil action in the United States District Court for the Eastern District of Tennessee at Knoxville, pursuant to 28 U.S.C. §§ 1441 and 1446. A copy of the Notice of Removal is attached as **Exhibit 1**. The filing of this notice effects the removal of this action.

≈JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Bessie B. Johnson and husband, Johnny R. Johnson

### DEFENDANTS
Lockheed Martin Energy Systems, Inc.

(b) County of Residence of First Listed Plaintiff **Anderson**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
John Agee, Ridenour & Ridenour, 108 South Main Street,
P. O. Box 530, Clinton, TN 37717-0530

Attorneys (If Known)
G. Wilson Horde and Beecher A. Bartlett, Jr.
Kramer Rayson, LLP, P. O. Box 629, Knoxville, TN 37901
(865) 525-5134

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332 (diversity)
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # ____    AMOUNT ____    APPLYING IFP ____    JUDGE ____    MAG. JUDGE ____