**BEFORE THE UNITED STATES JUDICIAL PANEL**

**ON MULTIDISTRICT LITIGATION**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO. VI | **CIVIL ACTION FILE NO. MDL 875** |

**THIS DOCUMENT RELATES TO:**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL N. KANONAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMCORD, INC., INDIVIDUALLY and as successor in Interest to Riverside Cement Company; BUFFALO PUMPS, INC.; CBS CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION F/K/A WESTINGHOUSE ELECTRIC CORPORATION; CERTAINTEED CORPORATION; CLEAVER-BROOKS, INC., individually and f/k/a Aqua-Chem, Inc.; Crown Cork & Seal USA, Inc., | CA CASE NO. 11-CV-9707 R (VBKx)<br><br>Los Angeles County Superior Court Case No. BC471689<br><br>**DEFENDANT'S NOTICE OF WITHDRAWAL** |

| | |
|---|---|
| 1 | INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO MUNDET CORK COMPANY; |
| 2 | CRANE CO., Individually and as successor in interest to Chapman Valves; |
| 3 | |
| 4 | FAMILIAN CORPORATION; GENERAL ELECTRIC COMPANY; |
| 5 | GEORGIA-PACIFIC, LLC, f/k/a Georgia-Pacific Corporation, individually and as successor-in-interest to Bestwall Gypsum Company; |
| 6 | |
| 7 | |
| 8 | GOULDS PUMPS INC.; HANSON PERMANENTE CEMENT, INC., f/k/a Kaiser Cement Corporation; |
| 9 | |
| 10 | IMO Industries, Inc. (Individually and as successor in interest to Delaval Steam Turbine, Inc.); |
| 11 | |
| 12 | INGERSOLL-RAND COMPANY, individually and as successor in interest to The Aldrich Company; |
| 13 | JM MANUFACTURING COMPANY, INC. (Dba JM Pipe Manufacturing Company); |
| 14 | |
| 15 | Kaiser Gypsum Company, Inc.; KEENAN PROPERTIES, INC.; KELLY-MOORE PAINT COMPANY, INC.; |
| 16 | |
| 17 | MECHANICAL DRIVES & BELTING (f/k/a L.A. Rubber Company); |
| 18 | METALCLAD INSULATION CORPORATION; |
| 19 | OWENS-ILLINOIS, INC. (Individually and as successor in interest to Owens Illinois Glass Company and dba O-I); |
| 20 | |
| 21 | UNION CARBIDE CORPORATION; |
| 22 | |
| 23 | and DOES 1-300, |
| 24 | Defendants. |

TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, AND TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PLEASE TAKE NOTICE OF THE FOLLOWING:

### NOTICE OF WITHDRAWAL

COMES NOW Defendant, Metalclad Insulation Corporation, and hereby submits this Notice of Withdrawal of its *"Notice of Tag-Along Action"* filed on December 9, 2011, (Doc. 8183). There was an error made in the filing process; therefore, the original *"Notice of Tag-Along Action"* is withdrawn and Defendant will re-file the *"Notice of Tag-Along Action"*.

Dated: December 14, 2011

Respectfully submitted,

MCKENNA LONG & ALDRIDGE LLP

By: /s/ Bradford J. DeJardin, Esq.
Bradford J. DeJardin
McKenna Long & Aldridge, LLP
300 South Grand Avenue, 14th Floor
Los Angeles, California 90071
email: bdejardin@mckennalong.com

Attorneys for Defendant
**METALCLAD INSULATION CORPORATION**