**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION NO. VI | CIVIL ACTION FILE NO. MDL 875 |

**THIS DOCUMENT RELATES TO:**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL N. KANONAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMCORD, INC., INDIVIDUALLY and as successor in Interest to Riverside Cement Company; BUFFALO PUMPS, INC.; CBS CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION F/K/A WESTINGHOUSE ELECTRIC CORPORATION; CERTAINTEED CORPORATION; CLEAVER-BROOKS, INC., individually and f/k/a Aqua-Chem, Inc.; Crown Cork & Seal USA, Inc., | CA CASE NO. 11-CV-9707 R (VBKx)<br><br>Los Angeles County Superior Court Case No. BC471689<br><br>**NOTICE OF TAG-ALONG ACTION** |

INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO MUNDET CORK COMPANY;
CRANE CO., Individually and as successor in interest to Chapman Valves;
FAMILIAN CORPORATION;
GENERAL ELECTRIC COMPANY;
GEORGIA-PACIFIC, LLC, f/k/a Georgia-Pacific Corporation, individually and as successor-in-interest to Bestwall Gypsum Company;
GOULDS PUMPS INC.;
HANSON PERMANENTE CEMENT, INC., f/k/a Kaiser Cement Corporation;
IMO Industries, Inc. (Individually and as successor in interest to Delaval Steam Turbine, Inc.);
INGERSOLL-RAND COMPANY, individually and as successor in interest to The Aldrich Company;
JM MANUFACTURING COMPANY, INC. (Dba JM Pipe Manufacturing Company);
Kaiser Gypsum Company, Inc.;
KEENAN PROPERTIES, INC.;
KELLY-MOORE PAINT COMPANY, INC.;
MECHANICAL DRIVES & BELTING (f/k/a L.A. Rubber Company);
METALCLAD INSULATION CORPORATION;
OWENS-ILLINOIS, INC. (Individually and as successor in interest to Owens Illinois Glass Company and dba O-I);
UNION CARBIDE CORPORATION;

and DOES 1-300,

    Defendants.

TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, AND TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PLEASE TAKE NOTICE OF THE FOLLOWING:

Defendant Metalclad Insulation Corporation submits this Notice of Tag-Along Case pursuant to Multidistrict Litigation Rule 7.5(e).

PLEASE TAKE NOTICE that, on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions", or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> "Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential 'tag-along actions' in which that party is also named or in which that counsel appears."

The undersigned hereby notifies the Panel and the Court that this is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania. Defendant has concurrently filed a Notice of Removal, which attaches a copy of the Complaint and other pleadings in this matter that were originally filed in the Superior Court of California, County of Los Angeles.

Dated: December 14, 2011

Respectfully submitted,

MCKENNA LONG & ALDRIDGE LLP

By: /s/ Bradford J. DeJardin, Esq.
Bradford J. DeJardin
McKenna Long & Aldridge, LLP
300 South Grand Avenue, 14th Floor
Los Angeles, California 90071
email: bdejardin@mckennalong.com

Attorneys for Defendant
**METALCLAD INSULATION CORPORATION**