

2. Union Carbide denies that, by reason of any act or omission, fault, conduct, or liability on the part of Union Carbide, plaintiff has been injured or damaged in the manner and amounts alleged or in any manner or amount whatsoever, and denies that Union Carbide or any of its agents, servants or employees, or anyone acting for or on its behalf was negligent, careless, reckless, or otherwise breached any duty owed to plaintiff whether as alleged or otherwise.

**FOR A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

3. Alleges that the product or material involved was materially altered or changed by a party or parties other than, and without the permission of, Union Carbide, its employees, servants, or other agents, such alteration or change creating the alleged defect, if any, which was the proximate or legal cause of plaintiff's injuries or damages, if any.

**FOR A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

4. Alleges that the defect in the product, if any, was known to plaintiff, who used said product after full knowledge of said alleged defect; that, as a result, plaintiff is barred from recovery herein, proportionately or totally, in that plaintiff voluntarily exposed himself and his property to a known danger and thereby assumed the risk of any injury or damage resulting from that injury.

**FOR A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

5. Alleges that, if the products described in the complaint were manufactured or distributed by Union Carbide, which Union Carbide denies, they were manufactured or distributed in accordance with the legal requirements established by the United States Occupational, Safety and Health Administration ("OSHA") and/or other applicable legal requirements in place at the time of the alleged exposure.

**FOR A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

6. Alleges that plaintiff's employers were obligated by OSHA, and/or other applicable legal requirements in place at the time of the alleged exposure, to provide a safe

- 2 -

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

ANSWER OF DEFENDANT, UNION CARBIDE CORPORATION, TO PLAINTIFF'S COMPLAINT FOR DAMAGES FOR PERSONAL INJURY
LA:17893262.1



working environment for plaintiff, and their failure to do so directly and proximately caused and/or contributed to the plaintiff's injuries and damages alleged herein.

**FOR A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

7.      Alleges that plaintiff's employer so negligently, carelessly, recklessly, and unlawfully directed, controlled, and supplied plaintiff and plaintiff's co-employees with a working environment, including safety and protective equipment, clothing, or the lack thereof, so as to directly and proximately cause and contribute to the injuries in question, if the same do exist, and to the extent that any sum or sums have been paid to plaintiff by said employer, this claim is barred thereby.

**FOR A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

8.      Alleges that plaintiff cannot meet plaintiff's burden of establishing to a reasonable degree of probability that plaintiff's exposure to Union Carbide products, if any, was sufficient to cause the alleged injury, damage, or loss to plaintiff.

**FOR A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

9.      Alleges that plaintiff cannot meet plaintiff's burden of establishing that the facts alleged in plaintiff's complaint, and each and every cause of action therein, are sufficient to constitute a cause of action against Union Carbide upon which relief can be granted.

**FOR A EIGHT, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

10.      Alleges that the statutory authority, including but not limited to California *Civil Code* § 3294, pursuant to which plaintiff claims punitive damages, is invalid on its face and/or as applied to Union Carbide pursuant to the First, Fifth, Eighth, and Fourteenth Amendments to the Constitution of the United States and Article I of the Constitution of the State of California.

**FOR A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

11.      Alleges that plaintiff's action is barred by the choice-of-law doctrine and/or the provisions of California *Code of Civil Procedure* Section 361 in that an action cannot be

McKenna Long &
Aldridge LLP
Attorneys at Law
Los Angeles

ANSWER OF DEFENDANT, UNION CARBIDE CORPORATION, TO PLAINTIFF'S COMPLAINT FOR DAMAGES FOR
PERSONAL INJURY

LA:17893262.1



maintained against this answering defendant by the laws of another state or foreign country, including but not limited to the applicable statute of limitations or statute of repose of that jurisdiction.

**FOR A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

12.     Alleges that Union Carbide has effectively precluded any assertion by plaintiff of any alleged statement and/or representation and/or agreement made by Union Carbide or any of its agents or representatives through disclaimers and limitations of remedies on its invoices, purchase orders, other sales contracts/documents, and/or operation of law.

**FOR A ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

13.     Alleges that plaintiff was negligent, careless, reckless, and/or acted unlawfully in the use of any products, including asbestos-containing products, and the injuries, if any, and damages, if any, were directly and proximately caused and contributed to by plaintiff's own negligence.

**FOR A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

14.     Alleges that plaintiff herein lacks legal capacity to sue and is not a real party in interest and are thereby precluded from any recovery whatsoever as prayed for herein.

**FOR A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

15.     Alleges that that there was no implied warranty with regard to the goods sold to plaintiff because plaintiff had the opportunity to examine the goods and either did so or failed to so examine. Such defects as plaintiff alleges to have been present in the goods ought to have been revealed to plaintiff through such examination.

**FOR A FOURTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

16.     Alleges that Plaintiff's claims for warranty are precluded because there was no privity with defendant.

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

ANSWER OF DEFENDANT, UNION CARBIDE CORPORATION, TO PLAINTIFF'S COMPLAINT FOR DAMAGES FOR
PERSONAL INJURY

LA:17893262.1



**FOR A FIFTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

17.    Alleges that plaintiff failed to notify defendant of any breach of warranty within a reasonable time after plaintiff discovered or should have discovered any such alleged breach of warranty and are, therefore, barred from any recovery for such claims.

**FOR A SIXTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

18.    Alleges that defendant has effectively disclaimed all implied warranties of merchantability or fitness for a particular purpose, together with any other express or implied warranties other than those specifically stated on the product's label, subject to the inherent risks of use also disclosed on the product's label.

**FOR A SEVENTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

19.    Alleges pursuant to the equitable doctrine of *forum non conveniens* and *California Code of Civil Procedure* section 410.30, California is an improper forum of this action because in the interests of fairness and convenience, this action should be appropriately and justly tried in a forum outside California.

**FOR A EIGHTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

20.    Alleges that the complaint and each and every cause of action therein, is barred by the applicable statute of limitations, California *Code of Civil Procedure* § 340.2.

**FOR A NINETEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

21.    Alleges that the complaint, and each and every cause of action therein, is barred by the applicable statute of limitations, California *Code of Civil Procedure* § 335.1.

**FOR A TWENTIETH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

22.    Alleges that the complaint, and each and every cause of action therein, is barred by the applicable statute of limitations, *Code of Civil Procedure* § 338(d).

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

ANSWER OF DEFENDANT, UNION CARBIDE CORPORATION, TO PLAINTIFF'S COMPLAINT FOR DAMAGES FOR PERSONAL INJURY

LA:17893262.1



**FOR A TWENTY-FIRST, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

23.    Alleges that another action is pending between the same parties on the same causes of action.

**FOR A TWENTY-SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

24.    Alleges that there is a nonjoinder of a party who is subject to service of process in California and whose joinder will not deprive the court of jurisdiction of the subject matter of this action.

**FOR A TWENTY-THIRD, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

25.    Alleges that the County of Los Angeles is an improper and/or inconvenient venue for this action.

**FOR A TWENTY-FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

26.    Alleges that plaintiff's claims are barred by the doctrine of laches.

**FOR A TWENTY-FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

27.    Alleges that, if Union Carbide has purportedly been named or served in this action as a Doe defendant, such effort by plaintiff is invalid on the ground that plaintiff or plaintiff's agents knew or should have known of the identity of Union Carbide and the plaintiff's alleged causes of action against Union Carbide at the time of the filing of the complaint.

**FOR A TWENTY-SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

28.    Alleges that the complaint, and each and every cause of action therein, fails to state facts sufficient to constitute a cause of action against defendant and is barred by the exclusive remedy provisions of the *Labor Code*, including but not limited to sections 3600, 3600.5, 3601, and 3602, or similar laws of another jurisdiction.

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

ANSWER OF DEFENDANT, UNION CARBIDE CORPORATION, TO PLAINTIFF'S COMPLAINT FOR DAMAGES FOR
PERSONAL INJURY

LA:17893262.1



1  FOR A TWENTY-SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE,

2  DEFENDANT:

3      29.      Alleges that the instant action is barred by the rule against splitting a cause of

4  action.

5  FOR A TWENTY-EIGHT, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:

6      30.      Alleges that plaintiff is collaterally estopped or barred by the doctrine of *res*

7  *judicata* from maintaining this action and/or seeking damages against Union Carbide.

8

9  FOR A TWENTY-NINTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:

10      31.      Alleges that plaintiff's claims against Union Carbide are barred by the doctrine of

11  settlement, release, compromise and accord and satisfaction.

12  FOR A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:

13      32.      Alleges that any duty on the part of this defendant to warn plaintiff of the risks and

14  dangers of utilization of the product in question, if any such duty exists, was satisfied through the

15  information and warnings provided to plaintiff's employer(s).

16

17  FOR A THIRTY-FIRST, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:

18      33.      Alleges that during the time period of plaintiff's alleged exposure, there was

19  significant amount of information regarding the hazards and benefits of asbestos available to

20  manufacturers and users of asbestos-containing products.  Accordingly, Union Carbide had no

21  duty to warn customers of known risks.

22  FOR A THIRTY-SECOND, SEPARATE AND AFFIRMATIVE DEFENSE,

23  DEFENDANT:

24      34.      Alleges that any duty on the part of Union Carbide to warn plaintiff of the risks

25  and dangers of utilization of the product in question, if any such duty exists, was satisfied through

26  the information and warnings provided to Union Carbide's customers - the actual manufacturers

27  of the products to which plaintiff was allegedly exposed.  Accordingly, Union Carbide discharged

28

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

ANSWER OF DEFENDANT, UNION CARBIDE CORPORATION, TO PLAINTIFF'S COMPLAINT FOR DAMAGES FOR
PERSONAL INJURY

LA:17893262.1

its duty to warn of the risks of utilizing the subject product, if any such duty existed, by so advising Union Carbide's manufacturer-customers.

**FOR A THIRTY-THIRD, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

35.   Alleges that parties both served and unserved, named and unnamed, are in some manner or percentage responsible for plaintiff's damages, if any, and Union Carbide therefore requires an order from the trier of fact setting forth the percentage of fault of each and every party named and unnamed, served and unserved hereto, and further reserves its right to seek recompense and/or other damages resulting from this action through cross-claims or otherwise against any and all responsible parties.

**FOR A THIRTY-FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

36.   Alleges that plaintiff's claims are barred because the entities who actually manufactured the products to which the plaintiff was allegedly exposed were sophisticated users of asbestos and experienced manufacturers of alleged asbestos-containing products. Thus, these entities are considered sophisticated users and/or learned intermediaries as contemplated by Restatement (Second) of Torts, and have an independent duty to investigate, research, and warn any risks or dangers of utilization relating to the products in question, if any, such duty exists. Moreover, Union Carbide had a right to rely upon its sophisticated manufacturer-customers to decide what information, if any, should have been passed on to end-users.

**FOR A THIRTY-FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

37.   Alleges that plaintiff's claims are barred because plaintiff was a sophisticated user of the alleged asbestos-containing products to which plaintiff was allegedly exposed, and, therefore, plaintiff need not be warned about the alleged dangers of which plaintiff already knew or should have known.

ANSWER OF DEFENDANT, UNION CARBIDE CORPORATION, TO PLAINTIFF'S COMPLAINT FOR DAMAGES FOR PERSONAL INJURY

LA:17893262.1



**FOR A THIRTY-SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

38.    Alleges that plaintiff's claims are barred because plaintiff's employer(s) is/are considered sophisticated users and/or learned intermediaries as contemplated by Restatement (Second) of Torts.

**FOR A THIRTY-SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

39.    Alleges that the loss, injury, or damage, if any, incurred by plaintiff is the result of superseding or intervening causes arising from unforeseeable and highly unusual negligent or willful acts and/or omissions by parties and/or third parties, including but not limited to employers, contractors or intermediate purchasers or suppliers, and that said losses, injuries, or damages, if any, were different from the kind of harm that could have been reasonably expected from any act, omission, or other conduct of Union Carbide.

**FOR A THIRTY-EIGHT, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

40.    Alleges that that the claims are barred because the product or material was misused or modified, if used at all, after it left answering defendant's possession and the misuse or modification was not reasonably foreseeable.

**FOR A THIRTY-NINTH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

41.    Alleges that, if used at all, plaintiff misused or modified the products or materials at issue, never paid attention to product or material warnings or instructions, and used such products or materials after having knowledge of the hazards or risks, if any, existing therein.

**FOR A FORTIETH, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

42.    Alleges that if any alleged bulk raw material and/or its packaging at issue left the possession and control of Union Carbide, such material and/or its packaging was, without Union Carbide's control or approval, subsequently redesigned, modified, compounded and/or incorporated into a finished product, or otherwise subjected to treatment or marketing that altered

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

- 9 -



1   the material and/or its packaging.  The alleged defects in any raw material and/or its packaging

2   resulted, if at all, from the redesign, modification, compounding, treatment, marketing or other

3   alteration of the material and/or its packaging, after Union Carbide relinquished possession and

4   control and not from any act or omission of Union Carbide.

5   **FOR A FORTY- FIRST, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

6
7       43.    Alleges that the claims are barred because a manufacturer or supplier of a

component part, product or material is not liable for injuries caused by a finished product into

8   which the component part, product or material is incorporated.

9
10  **FOR A FORTY-SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT:**

11      44.    Alleges that the claims are barred to the extent the United States imposed,

12  established or approved reasonably precise specifications for the products or materials, the

13  products or materials conformed to those specifications, and Union Carbide knew of no dangers,

14  if any, in the use of the products or materials that were not already known or knowable to the

15  United States.

16      WHEREFORE, defendant prays for judgment herein, for costs of suit incurred herein, and

17  for such other and further relief as the court may deem just and proper.

18

19  Dated: November /6, 2011.                    Respectfully submitted,

20                                               McKENNA LONG & ALDRIDGE LLP

21
22  By: _____
23                                               William J. Sayers
                                                 Farah S. Nicol
24                                               Bradford J. DeJardin
                                                 Vanessa Ticas

25                                               Attorneys for Defendant
26                                               **UNION CARBIDE CORPORATION**

27

28

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

ANSWER OF DEFENDANT, UNION CARBIDE CORPORATION, TO PLAINTIFF'S COMPLAINT FOR DAMAGES FOR
PERSONAL INJURY

LA:17893262.1

1

# PROOF OF SERVICE BY MAIL
*Paul N. Kanonas v. Amcord, Inc., et al. (LASC Case No. BC471689)*

2

3   **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

4   I am employed in the aforesaid county, State of California; I am over the age of 18 years
and not a party to the within action; my business address is **300 South Grand Avenue, 14th**
5   **Floor, Los Angeles, California 90071.**

6   On November 16, 2011, I served **ANSWER OF DEFENDANT, UNION CARBIDE
CORPORATION'S, TO PLAINTIFFS' COMPLAINT FOR DAMAGES FOR**
7   **PERSONAL INJURY** on the interested parties in this action by placing the true
copy/original thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

8

9   Patrick DeBlase, Esq.
Mike Eyerly, Esq.
Michael C. Eyerly, Esq.
10   Stephen T. Blackburn, Esq.
**DEBLASE BROWN EYERLY LLP**
11   10990 Wilshire Boulevard
Suite 1060
12   Los Angeles, California 90024
Tel: 424.901.0350
13   **Fax: 310.694.9810**
*Attorneys for Plaintiffs*

14

15   I am readily familiar with the business practice of my place of employment in respect to
the collection and processing of correspondence, pleadings and notices for mailing with United
16   States Postal Service.

17   The foregoing sealed envelope was placed for collection and mailing this date consistent
with the ordinary business practice of my place of employment, so that it will be picked up this
18   date with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of such
business.

19   ☐ **All Defense Counsel Were Given Notice Of These Document(S) By Letter**

20   ☒ **(STATE)**        I declare under penalty of perjury under the laws of the State of
21   California that the foregoing is true and correct.

22   ☐ **(FEDERAL)**      I declare under penalty of perjury that the foregoing is true and
correct, and that I am employed at the office of a member of the bar
23   of this Court at whose direction the service was made.

24   Executed on November 16, 2011, at Los Angeles, California.

25   _____
Signature

26

27   _____
SHERRY SMITH
28   Print Name

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

PROOF OF SERVICE BY MAIL
LA:17894311.1



1  Michael C. Eyerly (178693)
   DEBLASE BROWN EYERLY LLP
2  10990 Wilshire Boulevard, Suite 1060
   Los Angeles, California 90024
3  Telephone: (310) 575-9955
   Facsimile: (310) 575-9919
4
   Attorneys for Plaintiffs
5

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9          FOR THE COUNTY OF LOS ANGELES – CIVIL CENTRAL WEST

10

11 | Coordinated Proceeding        ) | JCCP CASE NO: 4674
     Special Title (Rule 3.550)    )
12 |                               ) | Hon. Emilie H. Elias
     **LAOSD ASBESTOS CASES**      ) | Dept. 324
13 |                               )
     _____      ) | **REQUEST TO COORDINATE ADD-ON**
14 |                               ) | **CASE PURSUANT TO CRC 3.544**
                                   )
15 | This Document Relates to:     ) | LASC Case No. BC 471689
                                   )
16 | PAUL N. KANONAS, et al.,      ) | Hon. Mark Mooney
                                   ) | Dept. 68
17 |            Plaintiff,         )
                                   )
18 |       vs.                     )
                                   )
19 | AMCORD, INC., et al.,         ) | Complaint Filed: October 17, 2011
                                   ) | Trial Date: None
20 |            Defendants.        )
                                   )
21 | _____      )

22        TO THE COORDINATION JUDGE, THE CHAIRPERSON OF THE JUDICIAL

23 COUNCIL, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

24        Pursuant to the provisions of California Code of Civil Procedure ("CCP") §404 and

25 California Rules of Court ("CRC") 3.544, Plaintiff PAUL N. KANONAS ("Petitioner") hereby

26 requests that the Court add on Los Angeles Superior Court Case No. BC471689,

27 *Kanonas v. Amcord, Inc., et al.*, to the above captioned Coordinated Proceeding.

28        This petition is made on the ground that the proposed add-on action is an asbestos

                                    -1-

1    action currently assigned to Dept. 68 of the Los Angeles Superior Court.  On or about

2    August 30, 2011, asbestos actions in filed in Los Angeles County were ordered

3    coordinated as LAOSD ASBESTOS CASES, JCCP Case No. 4674.

4           This petition is based on CCP §404, *et seq.* and CRC 3.544.  Pursuant to these

5    authorities, Petitioner respectfully submits as follows:

6           1.    The name of the Petitioner and their attorneys of record are set forth above.

7                 (CRC 3.521(a)(1)).

8           2.    The names of the parties to the Add-On Action are set forth in the proof of

9                 service list attached hereto.  Each defendant therein named has been

10                served with the summons and complaint.  (CRC 3.521(a)(2) & (3)).

11          3.    The matter to be included in this "Add-On Petition" is as follows (CRC

12                3.521(a)(4):

13                       *Kanonas v. Amcord, Inc., et al.,* Los Angeles Superior Case No.

14                       BC471689, filed on October 17, 2011.

15          4.    The above case shares common parties, facts, counsel and issues of law

16                with the presently coordinated actions.  The case arises from asbestos-

17                related injuries.

18          WHEREFORE, Petitioners request that this Request for Coordination of Add-On

19    Case be granted, and that the Add-On Case be coordinated in the captioned coordination

20    proceeding forthwith.

21

22    DATED: November 10, 2011                    DEBLASE BROWN EYERLY LLP

23

24                                                _____

25                                                Michael Eyerly
                                                  Attorneys for Plaintiff

26

27

28

-2-

REQUEST TO COORDINATE ADD-ON CASE

**PROOF OF SERVICE**

STATE OF CALIFORNIA      ) ss:
COUNTY OF LOS ANGELES      )

       I am employed in the City and County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action. My business address is 10990 Wilshire Blvd., Los Angeles, California 90024.

       On **November 10, 2011** I caused the foregoing document(s) described as:

**1.**      **REQUEST TO COORDINATE ADD-ON CASE PURSUANT TO CRC 3.544**

to be served on the interested parties by placing ( ) the original (x) a true and correct copy thereof in a sealed envelope addressed as follow:

PLEASE SEE ATTACHED SERVICE LIST

[ ]    **VIA OVERNIGHT MAIL:**

     By delivering such documents to an overnight mail service or an authorized courier in an envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

[X]    **VIA U.S. MAIL:**

     I am readily familiar with the firm's practice for collection and processing of correspondence for mailing.  Under that practice such envelope(s) would be deposited with the U.S. postal service with postage thereon fully prepaid, at Los Angeles, California.

[ ]    **VIA PERSONAL DELIVERY:**

     I caused such documents to be hand delivered to the offices of the above named parties.

[ ]    **VIA FACSIMILE:**

     The interested parties named above received the above-referenced document via facsimile.  The facsimile transmission report indicated that the transmission was complete and without error.

[X]    **STATE:**

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     Executed this **10th day of November 2011**, at Los Angeles, California.

_____
Branda Rosas-Almada

| Defendant | Counsel |
|---|---|
| AMCORD, INC., INDIVIDUALLY and as successor in interest to Riverside Cement Company | A. Scott Goldberg, Esq.<br>Craig R. Maki, Esq.<br>Marla T. Almazan, Esq.<br>**SELMAN BREITMAN LLP**<br>11766 Wilshire Boulevard, Sixth Floor<br>Los Angeles, CA 90025<br><br>Telephone: (310) 445-0800<br>Fax: (310) 473-2525 |
| BUFFALO PUMPS, INC. | William J. Sayers, Esq.<br>Farah S. Nicol, Esq.<br>Matthew K. Ashby, Esq.<br>Douglas T. Lane, Esq.<br>**McKENNA LONG & ALDRIDGE LLP**<br>300 South Grand Avenue, 14th Floor<br>Los Angeles, CA 90071<br><br>Telephone: 213.688.1000<br>Fax: 213.243.6330 |
| CBS CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION F/K/A WESTINGHOUSE ELECTRIC CORPORATION | Frank D. Pond, Esq.<br>Kevin D. Jamison, Esq.<br>David G. Larmore, Esq.<br>**POND NORTH LLP**<br>350 South Grand Avenue, Suite 3300<br>Los Angeles, CA 90071<br><br>Telephone: 213.617.6170<br>Fax: 213.623.3594 |
| CERTAINTEED CORPORATION | William J. Sayers, Esq.<br>Farah S. Nicol, Esq.<br>Matthew K. Ashby, Esq.<br>Douglas T. Lane, Esq.<br>**McKENNA LONG & ALDRIDGE LLP**<br>300 South Grand Avenue, 14th Floor<br>Los Angeles, CA 90071<br><br>Telephone: 213.688.1000<br>Fax: 213.243.6330 |
| CLEAVER-BROOKS, INC., individually and f/k/a Aqua-Chem, Inc. | A. SCOTT GOLDBERG, Esq.<br>BRUCE G. CHUSID, Esq.<br>**SELMAN BREITMAN LLP**<br>11766 Wilshire Boulevard, Sixth Floor<br>Los Angeles, CA 90025<br><br>Telephone: (310) 445-0800<br>Fax: (310) 473-2525 |

| | |
|---|---|
| Crown Cork & Seal USA, Inc., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO MUNDET CORK COMPANY | Dean A. Olson, Esq. **MORRIS POLICH & PURDY LLP** 1055 West Seventh Street, 24th Floor Los Angeles, California 90017<br><br>Telephone: (213) 891-9100<br>Fax: (213) 488-1178 |
| Crane Co. , Individually and as successor in interest to Champman Valves | Geoffrey M. Davis **K&L GATES LLP** 10100 Santa Monica Boulevard Seventh Floor Los Angeles, California 90067<br><br>Telephone: 310.552.5000<br>Facsimile: 310.552.5001 |
| FAMILIAN CORPORATION | Kevin Jamison, Esq. **Pond North, LLP** 350 S. Grand Ave. Suite 3300 Los Angeles, CA 90071<br><br>T (213) 617-6170<br>F (213) 623-3594 |
| GENERAL ELECTRIC COMPANY | SEDGWICK LLP CHARLES SHELDON charles.sheldon@sedgwicklaw.com MARC BRAINICH marc.brainich@sedgwicklaw.com One Market Plaza Steuart Tower, 8th Floor San Francisco, CA 94105-1008<br><br>Telephone: 415.781.7900<br>Fax: 415.781.2635 |
| GEORGIA-PACIFIC, LLC, f/k/a Georgia-Pacific Corporation, individually and as successor-in-interest to Bestwall Gypsum Company | Brien F. McMahon, Esq. **PERKINS COIE LLP** 1888 Century Park East, Suite 1700 Los Angeles, CA 90067<br><br>Telephone: (310) 788-9900<br>Fax: (310) 843-1284 |
| GOULDS PUMPS, INC. | MICHAEL J. PIETRYKOWSKI, Esq. **GORDON & REES LLP** Embarcadero Center West 275 Battery Street, Twentieth Floor San Francisco, CA 94111<br><br>Telephone: (415) 986-5900<br>Fax: (415) 986-8054 |
| HANSON PERMANENTE CEMENT, INC., f/k/a Kaiser Cement Corporation | JENNIFER JUDIN, ESQ. BRIAN T. Y ASUZAWA, ESQ. DAVID ARMANINI, ESQ. **DEHAY & ELLISTON LLP** 800 West 6th Street, Suite 788 |

| | |
|---|---|
| | Los Angeles, CA 90017<br><br>Telephone: (213) 271-2727<br>Fax: (213) 271-2730 |
| IMO Industries, Inc. (Individually and as successor in interest to Delaval Steam Turbine, Inc.) | HENRY ROME<br>**HOWARD ROME MARTIN & RIDLEY LLP**<br>1775 Woodside Road, Suite 200<br>Redwood City, CA 94061<br>FAX:  650-364-5297 |
| INGERSOLL-RAND COMPANY, individually and as successor in interest to The Aldrich Company | Michael J. Pietrykowski, Esq.<br>**GORDON & REES LLP**<br>275 Battery Street, 20th Floor<br>San Francisco, CA 94111<br><br>Telephone: 415.986.5900<br>Fax: 415.986.8054 |
| JM MANUFACTURING COMPANY, INC. (Dba JM Pipe Manufacturing Company); | Michael T. McCall, Esq.<br>Matthew S. Brady, Esq.<br>**WALSWORTH FRANKLIN  BEVINS & McCALL LLP**<br>1 City Boulevard West, 5th Floor<br>Orange, CA 92868<br><br>Telephone: 714.634.2522<br>Fax: 714.634.0686 |
| Kaiser Gypsum Company, Inc. | Jennifer Judin, Esq.<br>Eileen Spadoni, Esq.<br>Jonathan W. Radke,  Esq.<br>**Dehay & Elliston LLP**<br>800 West 6th Street, Suite 788<br>Los Angeles, CA 90017<br><br>Telephone: 213-271-2727<br>Fax: 213-271-2730 |
| KEENAN PROPERTIES, INC. | Kevin Jamison, Esq.<br>**Pond North, LLP**<br>350 S. Grand Ave. Suite 3300<br>Los Angeles, CA 90071<br><br>T (213) 617-6170<br>F (213) 623-3594 |
| KELLY-MOORE PAINT COMPANY, INC. | Barry Schirm, Esq.<br>**HAWKINS PARNELL THACKSTON & YOUNG LLP**<br>A Professional Corporation<br>444 South Flower Street, 11TH Floor<br>Los Angeles, California 90071<br><br>Telephone: (213) 486-8000<br>Fax: (213) 486-8080 |



| MECHANICAL DRIVES & BELTING (f/k/a L.A. Rubber Company) | Anthony J. Calero, Esq.<br>Timothy J. McCaffery, Esq.<br>**LOMBARDI LOPER & CONANT LLP**<br>Lake Merritt Plaza<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612<br><br>Telephone: 510.433.2600<br>Fax: 510.433.2699 |
|---|---|
| METALCLAD INSULATION CORPORATION | William J. Sayers, Esq.<br>Farah S. Nicol, Esq.<br>Kelvin T. Wyles, Esq.<br>McKENNA LONG ALDRIDGE LLP<br>300 South Grand Avenue, 14th Floor<br>Los Angeles, CA 90071<br><br>Telephone: 213.688.1000<br>Fax: 213.243.6330 |
| OWENS-ILLINOIS, INC. (Individually and as successor in interest to Owens Illinois Glass Company and dba O-I) | Roberta Nicol Dempster, Esq.<br>SCHIFF HARDIN LLP<br>One Market, Spear Street Tower<br>32nd Floor<br>San Francisco, CA 94105<br><br>Telephone: (415) 901-8700<br>Fax: (415) 901-8701 |
| UNION CARBIDE CORPORATION | William J. Sayers, Esq.<br>Farah S. Nicol, Esq.<br>Matthew K. Ashby, Esq.<br>Douglas T. Lane, Esq.<br>**McKENNA LONG & ALDRIDGE LLP**<br>300 South Grand Avenue, 14th Floor<br>Los Angeles, CA 90071<br><br>Telephone: 213.688.1000<br>Fax: 213.243.6330 |

# EXHIBIT D

**Ticas, Vanessa**

| | |
|---|---|
| **From:** | Helen M. Luetto [hluetto@wfbm.com] |
| **Sent:** | Friday, November 18, 2011 3:06 PM |
| **To:** | Ticas, Vanessa |
| **Cc:** | Helen M. Luetto |
| **Subject:** | Paul Kanonas |
| **Attachments:** | Picture (Metafile); Picture (Metafile) |

Good afternoon:

J-M Manufacturing Company, Inc. will consent to removal to federal court. Pleas email me the papers when you have a chance.

Thanks.

Helen


Helen M. Luetto
Walsworth, Franklin, Bevins & McCall LLP
One City Boulevard West, Fifth Floor
Orange, CA 92868-3677
(714) 634-2522 ext 3375
(714) 634-0686 fax
hluetto@wfbm.com | www.wfbm.com
. please consider the environment before printing this e-mail.


This message (and any associated files) is intended only for the
use of the individual or entity to which it is addressed and
may contain information that is confidential, subject to
copyright or constitutes a trade secret. If you are not the
intended recipient you are hereby notified that any
dissemination, copying or distribution of this message, or
files associated with this message, is strictly prohibited. If
you have received this message in error,please notify us
immediately by replying to the message and deleting it from
your computer. Messages sent to and from us may be monitored.

Internet communications cannot be guaranteed to be secure or
error-free as information could be intercepted, corrupted,
lost, destroyed, arrive late or incomplete, or contain viruses.
Therefore, we do not accept responsibility for any errors or
omissions that are present in this message, or any attachment,
that have arisen as a result of e-mail transmission. If
verification is required, please request a hard-copy
version. Any views or opinions presented are solely those of
the author and do not necessarily represent those of the
company.

## Ticas, Vanessa

| | |
|---|---|
| **From:** | DeJardin, Bradford |
| **Sent:** | Monday, November 21, 2011 9:15 AM |
| **To:** | Ticas, Vanessa |
| **Subject:** | FW: Paul Kanonas -- DeBlase Brown & Eyerly -- Removal |

**Brad DeJardin**
**McKenna Long & Aldridge LLP**
300 South Grand Avenue, 14th Floor | Los Angeles, CA 90071
Tel: 213.243.6116 | Fax: 213.243.6330 | bdejardin@mckennalong.com

---

**From:** Dempster, Roberta N. [mailto:RDempster@schiffhardin.com]
**Sent:** Monday, November 21, 2011 8:56 AM
**To:** DeJardin, Bradford
**Cc:** Stimeling, Kathleen A.; Faria, Lisa M.
**Subject:** Paul Kanonas -- DeBlase Brown & Eyerly -- Removal

Defendant Owens-Illinois, Inc. will consent to removal of the Paul Kanonas case to federal court.

Roberta Nicol Dempster
Schiff Hardin LLP
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Main: 415-901-8700
Direct: 415-901-8770
Fax: 415-901-8701
rdempster@schiffhardin.com
www.schiffhardin.com

---------------------------------------------------------------
Tax Matters: To the extent this message or any attachment concerns tax matters, it is not intended or written to be used, and cannot be used by a taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer under law.
---------------------------------------------------------------
This message and any attachments may contain confidential information protected by the attorney-client or other privilege. If you believe that it has been sent to you in error, please reply to the sender that you received the message in error. Then delete it. Thank you.
---------------------------------------------------------------

1

## Ticas, Vanessa

| | |
|---|---|
| **From:** | Brainich, Marc [Marc.Brainich@sedgwicklaw.com] |
| **Sent:** | Friday, November 18, 2011 12:26 PM |
| **To:** | Ticas, Vanessa |
| **Cc:** | Johnson, Derek |
| **Subject:** | Paul Kanonas (BC471689) -- Consent to Removal |
| **Attachments:** | image001.gif |

Vanessa –

We represent General Electric Company ("GE") in this case.  GE hereby consents to removal of this case to federal court.

Marc

**Marc Brainich**
marc.brainich@sedgwicklaw.com | 415.627.1504

# Sedgwick LLP

*Our San Francisco office has moved. Please note the new address.*
*Phone and fax numbers remain the same.*

333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
415.781.7900 *phone* | 415.781.2635 *fax* | www.sedgwicklaw.com

The information in this email is intended for the named
recipients only.  It may contain privileged and confidential
matter.  If you have received this email in error, please
notify the sender immediately by replying to this email.
Do not disclose the contents to anyone.  Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance
with Treasury Department regulations, we inform you that
any U.S. federal tax advice contained in this correspondence
(including any attachments) is not intended to be used, and
cannot be used, for the purpose of (i) avoiding penalties that
may be imposed under the U.S. Internal Revenue Code or
(ii) promoting, marketing or recommending to another party
any transaction or matter addressed herein.

**Cc:** Johnson, Derek
**Subject:** Paul Kanonas (BC471689) -- Consent to Removal

Vanessa --

We represent General Electric Company ("GE") in this case.  GE hereby consents to removal of this case to federal court.

Marc

**Marc Brainich**
marc.brainich@sedgwicklaw.com | 415.627.1504

<image001.gif>

*Our San Francisco office has moved. Please note the new address.*
*Phone and fax numbers remain the same.*

333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
415.781.7900 *phone* | 415.781.2635 *fax* | www.sedgwicklaw.com

---

The information in this email is intended for the named
recipients only.  It may contain privileged and confidential
matter.  If you have received this email in error, please
notify the sender immediately by replying to this email.
Do not disclose the contents to anyone.  Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance
with Treasury Department regulations, we inform you that
any U.S. federal tax advice contained in this correspondence
(including any attachments) is not intended to be used, and
cannot be used, for the purpose of (i) avoiding penalties that
may be imposed under the U.S. Internal Revenue Code or
(ii) promoting, marketing or recommending to another party
any transaction or matter addressed herein.

**Ticas, Vanessa**

| | |
|---|---|
| **From:** | Ticas, Vanessa |
| **Sent:** | Monday, November 21, 2011 9:32 AM |
| **To:** | 'AGoldstein@perkinscoie.com' |
| **Cc:** | DeJardin, Bradford |
| **Subject:** | Paul Kanonas (BC471689)- consent to removal |

**Importance:**     High

Hi Aaron:

This is to confirm our telephone conversation on Friday, November 18, 2011, wherein you informed that Georgia Pacific, LLC consented to federal jurisdiction.  If this is incorrect, please notify us immediately as we intend to file federal removal papers today.

Sincerely,

**Vanessa H. Ticas | Associate**
**McKenna Long & Aldridge LLP**
300 South Grand Avenue, 14th Floor | Los Angeles, CA  90071
Tel: 213.243.6091 | Fax: 213.243.6330 | vticas@mckennalong.com

**Ticas, Vanessa**

| | |
|---|---|
| **From:** | Ticas, Vanessa |
| **Sent:** | Monday, November 21, 2011 12:32 PM |
| **To:** | Ticas, Vanessa |
| **Subject:** | FW: Kelly-Moore - Deblase/Brown Case |

**From:** Schirm, Barry R. [mailto:bschirm@hptylaw.com]
**Sent:** Monday, November 21, 2011 8:33 AM
**To:** DeJardin, Bradford
**Subject:** RE: Kelly-Moore - Deblase/Brown Case

Hmmm, Stephanie's voice mail re the case name wasn't close to "Kanonas". Sure, KM consents to removal.

Barry

**From:** DeJardin, Bradford [mailto:bdejardin@mckennalong.com]
**Sent:** Monday, November 21, 2011 8:30 AM
**To:** Schirm, Barry R.
**Subject:** Re: Kelly-Moore - Deblase/Brown Case

Barry:

The case is Kanonas. Living meso. He worked for 28 years at Camp Pendleton - a federal enclave.

Let me know ASAP. We a filing the notice today.

Thanks

Sent from my iPhone

1

**Ticas, Vanessa**

| | |
|---|---|
| **From:** | DeJardin, Bradford |
| **Sent:** | Monday, November 21, 2011 10:18 AM |
| **To:** | Ticas, Vanessa |
| **Subject:** | FW: Paul Kanonas case - removal consent |

**Brad DeJardin**
**McKenna Long & Aldridge LLP**
300 South Grand Avenue, 14th Floor | Los Angeles, CA 90071
Tel: 213.243.6116 | Fax: 213.243.6330 | bdejardin@mckennalong.com

---

**From:** DeJardin, Bradford
**Sent:** Monday, November 21, 2011 10:17 AM
**To:** 'sgoldberg@selmanbreitman.com'
**Subject:** Paul Kanonas case - removal consent

Scott:

Thanks for your message back on Friday regarding removal in the above referenced matter.  This will confirm that both of your clients, Cleaver-Brooks and Amcord, Inc. consent to the removal.

Thanks again.

**Brad DeJardin**
**McKenna Long & Aldridge LLP**
300 South Grand Avenue, 14th Floor | Los Angeles, CA 90071
Tel: 213.243.6116 | Fax: 213.243.6330 | bdejardin@mckennalong.com

1

## Ticas, Vanessa

| | |
|---|---|
| **From:** | DeJardin, Bradford |
| **Sent:** | Friday, November 18, 2011 4:46 PM |
| **To:** | Ticas, Vanessa |
| **Subject:** | FW: Kanonas |

This is for Kaiser Gyp and Hanson  -both consent.

**Brad DeJardin**
**McKenna Long & Aldridge LLP**
300 South Grand Avenue, 14th Floor | Los Angeles, CA 90071
Tel: 213.243.6116 | Fax: 213.243.6330 | bdejardin@mckennalong.com

**From:** Judin, Jennifer [mailto:JJUDIN@dehay.com]
**Sent:** Friday, November 18, 2011 4:22 PM
**To:** DeJardin, Bradford
**Subject:** RE: Kanonas

Sorry for the delayed response.  We will not object to removal.


**Jennifer Judin | DeHay & Elliston, LLP**

1300 Clay St., Suite 840

Oakland, California 94612

Tel.:     510.285.0750

Fax:     510.285.0740

Direct:  510.285.0754

Cell:     214.912.5776

E-Mail:  jjudin@dehay.com

**From:** DeJardin, Bradford [mailto:bdejardin@mckennalong.com]
**Sent:** Friday, November 18, 2011 12:19 PM
**To:** Judin, Jennifer
**Subject:** Kanonas

Jennifer – I just realized that you also have Hanson Permanente in this case.  Can you please seek consent from them as well?

P.S. – I am not sure your client's have even been served.  If not, no need for the consent.

Thanks

**Brad DeJardin**
**McKenna Long & Aldridge LLP**
300 South Grand Avenue, 14th Floor | Los Angeles, CA 90071
Tel: 213.243.6116 | Fax: 213.243.6330 | bdejardin@mckennalong.com

CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from
the law firm of McKenna Long & Aldridge LLP, and are
intended solely for the use of the named recipient or
recipients. This e-mail may contain privileged
attorney/client communications or work product. Any
dissemination of this e-mail by anyone other than an
intended recipient is strictly prohibited. If you are not a
named recipient, you are prohibited from any further
viewing of the e-mail or any attachments or from making any
use of the e-mail or attachments. If you believe you have
received this e-mail in error, notify the sender
immediately and permanently delete the e-mail, any
attachments, and all copies thereof from any drives or
storage media and destroy any printouts of the e-mail or
attachments.

## DeJardin, Bradford

| | |
|---|---|
| **From:** | Vanthara Meak [VMeak@hrmrlaw.com] |
| **Sent:** | Tuesday, November 22, 2011 10:34 AM |
| **To:** | DeJardin, Bradford |
| **Subject:** | RE: Paul Kanonas - removal to Federal Crt |

Yes.

**From:** DeJardin, Bradford [mailto:bdejardin@mckennalong.com]
**Sent:** Tuesday, November 22, 2011 10:35 AM
**To:** Vanthara Meak
**Subject:** Paul Kanonas - removal to Federal Crt

Van:

Just following up with you, will your client IMO Industries, Inc. consent to the removal of this matter to Federal Crt?

**Brad DeJardin**
**McKenna Long & Aldridge LLP**
300 South Grand Avenue, 14th Floor | Los Angeles, CA 90071
Tel: 213.243.6116 | Fax: 213.243.6330 | bdejardin@mckennalong.com

CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from
the law firm of McKenna Long & Aldridge LLP, and are
intended solely for the use of the named recipient or
recipients. This e-mail may contain privileged
attorney/client communications or work product. Any
dissemination of this e-mail by anyone other than an
intended recipient is strictly prohibited. If you are not a
named recipient, you are prohibited from any further
viewing of the e-mail or any attachments or from making any
use of the e-mail or attachments. If you believe you have
received this e-mail in error, notify the sender
immediately and permanently delete the e-mail, any
attachments, and all copies thereof from any drives or
storage media and destroy any printouts of the e-mail or
attachments.

## DeJardin, Bradford

| | |
|---|---|
| **From:** | Davis, Geoffrey M. [geoff.davis@klgates.com] |
| **Sent:** | Tuesday, November 22, 2011 10:25 AM |
| **To:** | DeJardin, Bradford |
| **Cc:** | Farkas, Stephen P. |
| **Subject:** | RE: Paul Kanonas - Removal to Federal Court |

Yes.

**Geoffrey M. Davis**
K&L Gates LLP
10100 Santa Monica Blvd, 7th Floor
Los Angeles, CA 90067
310-552-5042 direct
310-552-5001 fax
geoff.davis@klgates.com
www.klgates.com

---

**From:** DeJardin, Bradford [mailto:bdejardin@mckennalong.com]
**Sent:** Tuesday, November 22, 2011 10:18 AM
**To:** Davis, Geoffrey M.
**Cc:** Farkas, Stephen P.
**Subject:** RE: Paul Kanonas - Removal to Federal Court

Geoff:

Just to be clear, by stating that Crane Co. has no objections, does that mean it consents to the removal to Federal
Court?

**Brad DeJardin**
**McKenna Long & Aldridge LLP**
300 South Grand Avenue, 14th Floor | Los Angeles, CA 90071
Tel: 213.243.6116 | Fax: 213.243.6330 | **bdejardin@mckennalong.com**

**From:** Davis, Geoffrey M. [mailto:geoff.davis@klgates.com]
**Sent:** Monday, November 21, 2011 6:25 PM
**To:** DeJardin, Bradford
**Cc:** Farkas, Stephen P.
**Subject:** Re: Paul Kanonas - Removal to Federal Court

You can definitely state that we have no objections.

Geoffrey M. Davis
K&L Gates LLP
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
(310) 552-5042 direct
(310) 552-5001 fax

On Nov 21, 2011, at 6:06 PM, "DeJardin, Bradford" <bdejardin@mckennalong.com> wrote:

1



All:

We are still trying to get consents to the removal of this action to Federal Court.  Please advise me if you have received authority to consent to Federal Court by your client, Crane Co.  We will file the notice in the morning.

Thanks

**Brad DeJardin**
**McKenna Long & Aldridge LLP**
300 South Grand Avenue, 14th Floor | Los Angeles, CA 90071
Tel: 213.243.6116 | Fax: 213.243.6330 | bdejardin@mckennalong.com

CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from
the law firm of McKenna Long & Aldridge LLP, and are
intended solely for the use of the named recipient or
recipients. This e-mail may contain privileged
attorney/client communications or work product. Any
dissemination of this e-mail by anyone other than an
intended recipient is strictly prohibited. If you are not a
named recipient, you are prohibited from any further
viewing of the e-mail or any attachments or from making any
use of the e-mail or attachments. If you believe you have
received this e-mail in error, notify the sender
immediately and permanently delete the e-mail, any
attachments, and all copies thereof from any drives or
storage media and destroy any printouts of the e-mail or
attachments.

This electronic message contains information from the law firm of K&L Gates LLP.  The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this e-mail in error, please contact me at geoff.davis@klgates.com.

 

**DeJardin, Bradford**

| | |
|---|---|
| **From:** | Calero, Anthony [AJC@llcllp.com] |
| **Sent:** | Tuesday, November 22, 2011 9:51 AM |
| **To:** | DeJardin, Bradford |
| **Subject:** | RE: Paul Kanonas - Removal to Federal Court |

Yes.

-----Original Message-----
**From:** DeJardin, Bradford [mailto:bdejardin@mckennalong.com]
**Sent:** Tuesday, November 22, 2011 9:50 AM
**To:** Calero, Anthony
**Subject:** RE: Paul Kanonas - Removal to Federal Court

Anthony, thanks for the reply. I do not need your client's stipulation at this time. I just need to know if it will consent to Federal Jx. By stating that your client will not oppose, can I assume that they will consent to the removal?

**Brad DeJardin**
**McKenna Long & Aldridge LLP**
300 South Grand Avenue, 14th Floor | Los Angeles, CA 90071
Tel: 213.243.6116 | Fax: 213.243.6330 | bdejardin@mckennalong.com

**From:** Calero, Anthony [mailto:AJC@llcllp.com]
**Sent:** Tuesday, November 22, 2011 8:53 AM
**To:** DeJardin, Bradford
**Subject:** RE: Paul Kanonas - Removal to Federal Court

Brad- I have 2 out of my 4 carriers out of the office the rest of this week. I can not stipulate to but certainly do not oppose removal. Sorry I couldn't be more help. Have a great Thanksgiving.

Tony

-----Original Message-----
**From:** DeJardin, Bradford [mailto:bdejardin@mckennalong.com]
**Sent:** Monday, November 21, 2011 6:17 PM
**To:** Calero, Anthony
**Subject:** Paul Kanonas - Removal to Federal Court

Anthony:

We are still trying to get consents to the removal of this action to Federal Court. Please advise me if you have received authority to consent to Federal Court by your client, Mechanical Drives & Belting. We will file the notice in the morning.

Thanks

**Brad DeJardin**
**McKenna Long & Aldridge LLP**
300 South Grand Avenue, 14th Floor | Los Angeles, CA 90071
Tel: 213.243.6116 | Fax: 213.243.6330 | bdejardin@mckennalong.com

CONFIDENTIALITY NOTICE:

1

This e-mail and any attachments contain information from the law firm of McKenna Long & Aldridge LLP, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.