## DeJardin, Bradford

**From:** Arash Nematollahi [ANematollahi@PondNorth.com]
**Sent:** Tuesday, November 22, 2011 9:40 AM
**To:** DeJardin, Bradford
**Subject:** RE: Paul Kanonas case - federal removal

I hope I am not late, but I got their agreement to remove the case. thanks

Arash Nematollahi
Pond North LLP
(213) 576-7901

**From:** DeJardin, Bradford [mailto:bdejardin@mckennalong.com]
**Sent:** Monday, November 21, 2011 12:12 PM
**To:** Kevin D. Jamison
**Cc:** Arash Nematollahi
**Subject:** Paul Kanonas case - federal removal

Kevin:

I spoke with Arash last Friday and I believe voice mails were left for you on Friday as well regarding the above case. Arash was going to check regarding consent from your clients Keenan Properties and Familian Corp. with respect to having this case removed to Federal Court. Do you know what the status is?

Thanks

**Brad DeJardin**
**McKenna Long & Aldridge LLP**
300 South Grand Avenue, 14th Floor | Los Angeles, CA 90071
Tel: 213.243.6116 | Fax: 213.243.6330 | bdejardin@mckennalong.com

CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from the law firm of McKenna Long & Aldridge LLP, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

## Ticas, Vanessa

**From:** DeJardin, Bradford
**Sent:** Monday, November 21, 2011 11:54 AM
**To:** Ticas, Vanessa; Schultz, David
**Subject:** FW: Kanonas - new DeBlase living meso

**Brad DeJardin**
**McKenna Long & Aldridge LLP**
300 South Grand Avenue, 14th Floor | Los Angeles, CA 90071
Tel: 213.243.6116 | Fax: 213.243.6330 | bdejardin@mckennalong.com

---

**From:** Michael Pietrykowski [mailto:MPietrykowski@gordonrees.com]
**Sent:** Monday, November 21, 2011 11:50 AM
**To:** DeJardin, Bradford
**Cc:** Jeff Coons
**Subject:** RE: Kanonas - new DeBlase living meso

Ingersoll Rand

Waiting on Goulds Pumps

---

**From:** DeJardin, Bradford [mailto:bdejardin@mckennalong.com]
**Sent:** Monday, November 21, 2011 11:47 AM
**To:** Michael Pietrykowski; Gery Zacher
**Cc:** Jeff Coons
**Subject:** RE: Kanonas - new DeBlase living meso

OK, thanks Mike. Which client is able to give consent at this time?

We are finalizing the notice and would like to have as much information included regarding our efforts.

Thanks again.

**Brad DeJardin**
**McKenna Long & Aldridge LLP**
300 South Grand Avenue, 14th Floor | Los Angeles, CA 90071
Tel: 213.243.6116 | Fax: 213.243.6330 | bdejardin@mckennalong.com

---

**From:** Michael Pietrykowski [mailto:MPietrykowski@gordonrees.com]
**Sent:** Monday, November 21, 2011 11:43 AM
**To:** DeJardin, Bradford; Gery Zacher
**Cc:** Jeff Coons
**Subject:** RE: Kanonas - new DeBlase living meso

Brad - We have a " go " from one client. I expect to hear back today from the other client . I don't expect any objection and will get back to you later.

Thanks, Mike

1

## Schultz, David

| | |
|---|---|
| **From:** | DeJardin, Bradford |
| **Sent:** | Monday, November 21, 2011 4:17 PM |
| **To:** | Schultz, David |
| **Cc:** | Ticas, Vanessa |
| **Subject:** | FW: Kanonas - new DeBlase living meso |

For Goulds.

**Brad DeJardin**
**McKenna Long & Aldridge LLP**
300 South Grand Avenue, 14th Floor | Los Angeles, CA 90071
Tel: 213.243.6116 | Fax: 213.243.6330 | bdejardin@mckennalong.com

---

**From:** Jeff Coons [mailto:JCoons@gordonrees.com]
**Sent:** Monday, November 21, 2011 3:54 PM
**To:** DeJardin, Bradford
**Cc:** Michael Pietrykowski
**Subject:** RE: Kanonas - new DeBlase living meso

Brad - Goulds Pumps, Inc. is also ok with the removal. Contact us with any questions. thx, Jeff

---

**From:** Michael Pietrykowski
**Sent:** Monday, November 21, 2011 11:43 AM
**To:** 'DeJardin, Bradford'; Gery Zacher
**Cc:** Jeff Coons
**Subject:** RE: Kanonas - new DeBlase living meso

Brad - We have a " go " from one client. I expect to hear back today from the other client. I don't expect any objection and will get back to you later.

Thanks, Mike

---

**From:** DeJardin, Bradford [mailto:bdejardin@mckennalong.com]
**Sent:** Monday, November 21, 2011 10:43 AM
**To:** Gery Zacher
**Cc:** Michael Pietrykowski
**Subject:** RE: Kanonas - new DeBlase living meso

Excellent. Thanks Gery

**Brad DeJardin**
**McKenna Long & Aldridge LLP**
300 South Grand Avenue, 14th Floor | Los Angeles, CA 90071
Tel: 213.243.6116 | Fax: 213.243.6330 | bdejardin@mckennalong.com

---

**From:** Gery Zacher [mailto:Gzacher@gordonrees.com]
**Sent:** Monday, November 21, 2011 10:41 AM
**To:** DeJardin, Bradford
**Cc:** Michael Pietrykowski
**Subject:** RE: Kanonas - new DeBlase living meso

1

## Schultz, David

**From:** Schultz, David
**Sent:** Monday, November 21, 2011 5:51 PM
**To:** DeJardin, Bradford
**Subject:** Kanonas

Union Carbide Corporation and CertainTeed Corporation consent to removal to federal court.

**David Schultz | Of Counsel**
**McKenna Long & Aldridge LLP**
300 South Grand Avenue, 14th Floor | Los Angeles, CA  90071
Tel: 213.243.6129 | Fax: 213.243.6330 | **dschultz@mckennalong.com**

1

## DeJardin, Bradford

**From:** Dean A. Olson [DOlson@mpplaw.com]
**Sent:** Tuesday, November 22, 2011 11:02 AM
**To:** DeJardin, Bradford; Mary I. Pillars
**Subject:** RE: Paul Kanonas - Removal to Federal Court

Brad,

This shall confirm our conversation in which I advised you that Crown Cork & Seal consents to the removal of this action to Federal Court.

Dean A Olson
Morris, Polich & Purdy
1055 W 7th St 24th flr
Los Angeles CA 90017
Dir 213-417-5132
Cell 818-317-7322

---

**From:** DeJardin, Bradford [mailto:bdejardin@mckennalong.com]
**Sent:** Monday, November 21, 2011 6:13 PM
**To:** Dean A. Olson; Mary I. Pillars
**Subject:** Paul Kanonas - Removal to Federal Court

Dean/Mary:

We are still trying to get consents to the removal of this action to Federal Court. Please advise me if you have received authority to consent to Federal Court by your client, Crown Cork & Seal. We will file the notice in the morning.

Thanks

**Brad DeJardin**
**McKenna Long & Aldridge LLP**
300 South Grand Avenue, 14th Floor | Los Angeles, CA 90071
Tel: 213.243.6116 | Fax: 213.243.6330 | **bdejardin@mckennalong.com**

CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from
the law firm of McKenna Long & Aldridge LLP, and are
intended solely for the use of the named recipient or
recipients. This e-mail may contain privileged
attorney/client communications or work product. Any
dissemination of this e-mail by anyone other than an
intended recipient is strictly prohibited. If you are not a
named recipient, you are prohibited from any further
viewing of the e-mail or any attachments or from making any
use of the e-mail or attachments. If you believe you have
received this e-mail in error, notify the sender
immediately and permanently delete the e-mail, any

```
attachments, and all copies thereof from any drives or
storage media and destroy any printouts of the e-mail or
attachments.
```

**PRIVILEGED AND CONFIDENTIAL INFORMATION**
The information contained in this document is intended solely for use by the persons or entities identified above. This electronically transmitted document contains privileged and confidential information including information which may be protected by the attorney-client and/or work product privileges. If you are not the intended recipient, be aware that any disclosure, copying, distribution or other use of the contents of this transmission is prohibited. If you received this transmission in error, please notify us by telephone (213-891-9100) and permanently delete this message without making a copy.

**EXHIBIT E**

## DeJardin, Bradford

| | |
|---|---|
| **From:** | James Scadden [JScadden@gordonrees.com] |
| **Sent:** | Friday, November 18, 2011 3:31 PM |
| **To:** | DeJardin, Bradford; Jeff Coons; mpietrykoski@gordonrees.com; mmckay@godonrees.com |
| **Cc:** | scororan@goronrees.com |
| **Subject:** | RE: Kanonas - new DeBlase living meso |

Brad - plaintiffs have agreed to resolve this matter with Buffalo Pumps.
We expect to receive a formal dismissal shortly. JIM

-----Original Message-----
From: DeJardin, Bradford [mailto:bdejardin@mckennalong.com]
Sent: Friday, November 18, 2011 2:20 PM
To: Jeff Coons; mpietrykoski@gordonrees.com; James Scadden; mmckay@godonrees.com
Cc: scororan@goronrees.com
Subject: Kanonas - new DeBlase living meso

All:

We are going to be giving notice of removal of the case. Short story, plaintiff worked at Camp Pendleton from 1968 - 1996. This a Federal Enclave.

You represent Goulds, Buffalo and Ingersoll in the case. We have no information as to the status of service of the complaint on your
clients.  We have Union Carbide, CertainTeed and Metalclad.

We are seeking consent to federal jurisdiction from all known defendants.

Can you please let me know: 1) if each client has been served; and 2) if the have been, if they will consent.

We will be filing the notice this Monday.

Let me know if you have any questions.  My office number at MeKenna is
213 243 6116.

Thanks

Brad DeJardin

Sent from my iPhone


CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from the law firm of McKenna Long & Aldridge LLP, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.



---

San Francisco * San Diego * Los Angeles * Sacramento * Orange County * Las Vegas * Portland * Seattle * Houston * Chicago * Phoenix * Dallas * New York * Long Island * Florham Park * Denver * Miami * Atlanta * Austin * Hartford

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

IRS CIRCULAR 230 DISCLOSURE
To ensure compliance with requirements by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
GORDON & REES LLP
http://www.gordonrees.com