BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br>NO. VI | CIVIL ACTION FILE NO. MDL 875 |

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL N. KANONAS,<br><br>           Plaintiff,<br><br>    v.<br><br>AMCORD, INC., INDIVIDUALLY and as successor in Interest to Riverside Cement Company; BUFFALO PUMPS, INC.; CBS CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION F/K/A WESTINGHOUSE ELECTRIC CORPORATION; CERTAINTEED CORPORATION; CLEAVER-BROOKS, INC., individually and f/k/a Aqua-Chem, Inc.; Crown Cork & Seal USA, Inc., | CA CASE NO. 11-CV-9707 R (VBKx)<br><br>Los Angeles County Superior Court Case No. BC471689<br><br>CERTIFICATE OF SERVICE |

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

CERTIFICATE OF SERVICE

LA:17900914.1

1  INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO
2  MUNDET CORK COMPANY; CRANE CO., Individually and as
3  successor in interest to Chapman Valves;
4  FAMILIAN CORPORATION; GENERAL ELECTRIC
5  COMPANY; GEORGIA-PACIFIC, LLC, f/k/a
6  Georgia-Pacific Corporation, individually and as successor-in-
7  interest to Bestwall Gypsum Company;
8  GOULDS PUMPS INC.; HANSON PERMANENTE
9  CEMENT, INC., f/k/a Kaiser Cement Corporation;
10  IMO Industries, Inc. (Individually and as successor in interest to
11  Delaval Steam Turbine, Inc.); INGERSOLL-RAND COMPANY,
12  individually and as successor in interest to The Aldrich Company;
13  JM MANUFACTURING COMPANY, INC. (Dba JM Pipe
14  Manufacturing Company); Kaiser Gypsum Company, Inc.;
15  KEENAN PROPERTIES, INC.; KELLY-MOORE PAINT
16  COMPANY, INC.; MECHANICAL DRIVES &
17  BELTING (f/k/a L.A. Rubber Company);
18  METALCLAD INSULATION CORPORATION;
19  OWENS-ILLINOIS, INC. (Individually and as successor in
20  interest to Owens Illinois Glass Company and dba O-I);
21  UNION CARBIDE CORPORATION;
22  
23  and DOES 1-300,
   
24              Defendants.

25
26
27
28

TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, AND TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PLEASE TAKE NOTICE OF THE FOLLOWING:

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-titled action. My business address is **300 South Grand Avenue, 14th Floor, Los Angeles, CA 90071.**

I hereby certify that a true and correct copy of the foregoing:

1. **DEFENDANT'S NOTICE OF TAG-ALONG ACTION;**
2. **DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1441, 1442 AND 1446, 16 U.S.C. SECTION 457, AND U.S.C.A. CONST. ART. I SECTION 8, CL. 17; AND**
3. **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION – LOS ANGELES) CIVIL DOCKET; SUMMONS AND COMPLAINT FOR CASE #: 2:11-cv-09707-R-VBK**

was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record and to those registered to receive a Notice Of Electronic Filing for this case on December 14, 2011.

*Sherry Smith*
/s/ Sherry Smith