

600 Travis, Suite 4200
Houston, Texas 77002
713.220.4200 Phone
713.220.4285 Fax
andrewskurth.com

Raymond Randle, Jr.
(713) 220.4146 Direct
rrandle@andrewskurth.com

December 13, 2011

*Via Federal Express*

Clerk of the Panel
Judicial Panel on Multidistrict Litigation, MDL-875
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002

    Re:    CIVIL ACTION NO. 4:11-CV-03684; ***Charles Lloyd, Plaintiff, vs. AK Steel Corporation, et al., Defendants.***; In The United States District Court for the Southern District of Texas-Galveston Division

To the Clerk:

    Please be advised, as required by Rule 7.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, that the above-referenced cause of action is a potential "tag-a-long" case to be transferred to MDL-875 by the Panel's Order and Opinion to the United States District Court for the Eastern District of Pennsylvania and assigned to the Honorable Charles R. Weiner.

    This cause is an asbestos personal injury action in which the plaintiff has alleged injuries resulting from exposure to asbestos-containing products.

    Should you have any questions or comments, please do not hesitate to call.

                              Very truly yours

                              Raymond G. Randle Jr.
                              ATTORNEY FOR DEFENDANT
                              RAPID-AMERICAN CORPORATION

2802:rr
Enclosure

cc:   Charles Edward Valles, Jr.  (via CMRRR & ECF)
Ben Kelly DuBose
Dubose Law Firm PLLC
5646 Milton Street
Suite 321
Dallas, Texas 75206

James Matthew Hall, Jr. (via CMRRR & ECF)
Ogden Gibson Broocks Longoria & Hall, LLP
711 Louisiana Street
Suite 1900
Houston, Texas 77002

Elizabeth B. Kamin (via CMRRR & ECF)
Strasburger & Price LLC
1401 McKinney Street
Suite 2200
Houston, Texas 77010