SEDGWICK LLP
Charles Sheldon (State Bar No.155598)
charles.sheldon@sedgwicklaw.com
Derek Johnson (State Bar No.220988)
derek.johnson@sedgwicklaw.com
Allison Low (State Bar No.273202)
allison.low@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone:    415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendant
GENERAL ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FANNIN, as Wrongful Death Heir, and as Successor-in-Interest to HAROLD FANNIN, Deceased; and GARNET OLSON, MARINA ROSE, and ADA FANNIN, as Legal Heirs of HAROLD FANNIN, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>Defendants. | Case No. 4:11-cv-06156-CW<br><br>**CERTIFICATE OF SERVICE FOR LETTER DATED DECEMBER 14, 2011 TO JEFFERY N. LUTHI, JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of December, 2011, a copy of the foregoing document has been served via ECF upon all counsel of record in the Court's electronic filing system.

SEDGWICK LLP


By: /s/ Allison Low
Allison M. Low, Esq.
Attorney for Defendant
GENERAL ELECTRIC COMPANY

SF/2640983v1

CERTIFICATE OF SERVICE