# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 12/16/2011

District Court: E.D. Wisconsin

Number of Actions: 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL