ATTYOPEN

# United States District Court
## Eastern District of Wisconsin (Green Bay)
## CIVIL DOCKET FOR CASE #: 1:11-cv-00497-WCG
## Internal Use Only

| | |
|---|---|
| Spychalla v. AVCO Corporation et al | Date Filed: 05/23/2011 |
| Assigned to: Judge William C Griesbach | Jury Demand: Defendant |
| Demand: $75,000 | Nature of Suit: 368 P.I. : Asbestos |
| Cause: 28:1332 Diversity-Asbestos Litigation | Jurisdiction: Diversity |

**Plaintiff**

**Shirley D Spychalla**                    represented by    **Michael P Cascino**
*individually and as Special*                                Cascino Vaughan Law Offices Ltd
*Administrator of the Estate of Leonard*                     220 S Ashland Ave
*J Spychalla, deceased,*                                     Chicago, IL 60607
                                                             312-944-0600
                                                             Fax: 312-944-1870
                                                             Email: michaelp.cascino@gmail.com
                                                             *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AVCO Corporation**

**Defendant**

**Allison Engine Company**

**Defendant**

**Boeing Aerospace Operations Inc**

**Defendant**

**Cessna Aircraft Company**          represented by    **Brett B Larsen**
                                                       Hinshaw & Culbertson LLP
                                                       100 E Wisconsin Ave - Ste 2600
                                                       Milwaukee, WI 53202-4115
                                                       414-276-6464
                                                       Fax: 414-276-9220
                                                       Email: blarsen@hinshawlaw.com
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Russell A Klingaman**
                                                       Hinshaw & Culbertson LLP
                                                       100 E Wisconsin Ave - Ste 2600
                                                       Milwaukee, WI 53202-4115
                                                       414-276-6464

Fax: 414-276-9220
Email: rklingaman@hinshawlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cirrus Enterprises Inc**

**Defendant**

**Continental Motors Inc**                represented by   **Daniel A Manna**
Foley & Lardner LLP
777 E Wisconsin Ave
Milwaukee, WI 53202-5300
414-319-7364
Fax: 414-297-4900
Email: dmanna@foley.com
*ATTORNEY TO BE NOTICED*

**Trevor J Will**
Foley & Lardner LLP
777 E Wisconsin Ave
Milwaukee, WI 53202-5300
414-271-2400
Fax: 414-297-4900
Email: twill@foley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dana Corporation**                represented by   **Lance E Mueller**
Celba LLC
225 E Mason St - 5th Fl
Milwaukee, WI 53202
414-906-0626
Fax: 414-906-0631
Email: lmueller@celba.com
*ATTORNEY TO BE NOTICED*

**Steven W Celba**
Celba LLC
225 E Mason St - 5th Fl
Milwaukee, WI 53202
414-906-0626
Fax: 414-906-0631
*ATTORNEY TO BE NOTICED*

**Timothy D Pagel**
Celba LLC
225 E Mason St - 5th Fl
Milwaukee, WI 53202
414-906-0626
Fax: 414-906-0631

Email: tpagel@celba.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dexter Hysol Aerospace Inc**                 represented by    **John J Laffey**
Whyte Hirschboeck Dudek SC
555 E Wells St - Ste 1900
Milwaukee, WI 53202-3819
414-978-5441
Fax: 414-223-5000
Email: jlaffey@whdlaw.com
*ATTORNEY TO BE NOTICED*

**Sarah Thomas Pagels**
Whyte Hirschboeck Dudek SC
555 E Wells St - Ste 1900
Milwaukee, WI 53202-3819
414-273-2100
Fax: 414-223-5000
Email: stpagels@whdlaw.com
*ATTORNEY TO BE NOTICED*

**Thomas Gonzalez**
Whyte Hirschboeck Dudek SC
555 E Wells St - Ste 1900
Milwaukee, WI 53202-3819
414-978-5384
Fax: 414-223-5000
Email: tgonzalez@whdlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eaton Aeroquip LLC**                          represented by    **Carmen N Anderson**
von Briesen & Roper SC
411 E Wisconsin Ave - Ste 700
Milwaukee, WI 53202-4427
414-287-1360
Fax: 414-238-6502
Email: canderso@vonbriesen.com
*ATTORNEY TO BE NOTICED*

**Steven G Carlson**
von Briesen & Roper SC
411 E Wisconsin Ave - Ste 700
Milwaukee, WI 53202-4427
414-287-1560
Fax: 414-276-6281
Email: scarlson@vonbriesen.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eaton Corporation**
*successor*
Eaton Electrical Inc
*successor*
Cutler-Hammer Inc

represented by   **Carmen N Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven G Carlson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Federal-Mogul Corporation**

**Defendant**

**General Dynamics Corporation**

represented by   **Brett B Larsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell A Klingaman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**General Electric Company**

**Defendant**

**Goodrich Corporation**

represented by   **Jon P Parrington**
Pustorino Tilton Parrington & Lindquist
PLLC
4005 W 65th St - Ste 200
Minneapolis, MN 55435
952-925-3001
Fax: 952-925-4203
Email: jpp@pptplaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hawker Beechcraft Corporation**

**Defendant**

**Honeywell International Inc**

represented by   **Laurie J McLeRoy**
Otjen Van Ert & Weir SC
700 N Water St - Ste 800
Milwaukee, WI 53202-4206
414-271-7271
Fax: 414-271-7272
Email: lmcleroy@otjen.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**IMO Industries**                                represented by   **Michael J Denning**
Heyl Royster Voelker & Allen
120 W State St
PO Box 1288
Rockford, IL 61105-1288
815-963-4454
Fax: 815-963-0399
Email: mdenning@heylroyster.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Melrath Supply and Gasket Company**

**Defendant**

**Metropolitan Life Insurance Company**                  represented by   **William P Croke**
von Briesen & Roper SC
411 E Wisconsin Ave - Ste 700
Milwaukee, WI 53202-4427
414-287-1422
Fax: 414-276-6281
Email: bcroke@vonbriesen.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michelin North America Inc**                   represented by   **Dennis M Sullivan**
Chilton Yambert & Porter LLP
103 N Hamilton St
Madison, WI 53703
608-663-1882
Fax: 608-663-1889
Email: dsullivan@cyp-law.com
*ATTORNEY TO BE NOTICED*

**Michael A Hughes**
Chilton Yambert & Porter LLP
103 N Hamilton St
Madison, WI 53703
608-663-1882
Fax: 608-663-1889
Email: mhughes@cyp-law.com
*ATTORNEY TO BE NOTICED*

**Roisin H Bell**
Chilton Yambert & Porter LLP
103 N Hamilton St
Madison, WI 53703
608-663-1882
Fax: 608-663-1889
Email: rbell@cyp-law.com

**Defendant**

**Parker-Hannifin Corporation**            represented by  **Michael J Denning**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Piper Aircraft Inc**
*TERMINATED: 06/03/2011*

**Defendant**

**Shell Chemical Company**

**Defendant**

**Square-D Company**                       represented by  **Kathryn R Downey**
                                                          Murnane Brandt
                                                          30 E 7th St - Ste 3200
                                                          St Paul, MN 55101
                                                          651-227-9411
                                                          Fax: 651-223-5199
                                                          Email: kdowney@murnane.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Thomas A Gilligan**
                                                          Murnane Brandt
                                                          30 E 7th St - Ste 3200
                                                          St Paul, MN 55101
                                                          651-227-9411
                                                          Fax: 651-223-5199
                                                          Email: tgilligan@murnane.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Textron Inc**                            represented by  **Brett B Larsen**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Russell A Klingaman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**The Goodyear Tire & Rubber**             represented by  **Jon P Parrington**
**Company**                                               (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Twin Commander Aircraft**
**International LLC**

**Defendant**

**Union Carbide Corp**                           represented by **Daniel A Manna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Trevor J Will**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**United Technologies Corporation**             represented by **Adam J Jagadich**
Segal McCambridge Singer & Mahoney
Ltd
Sears Tower
233 S Wacker Dr - Ste 5500
Chicago, IL 60606
312-645-7800
Fax: 32-645-7711
Email: ajagadich@smsm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Medicare**                                    represented by **Lisa T Warwick**
*as a Subrogated Carrier*                       United States Department of Justice
(ED-WI)
Office of the US Attorney
517 E Wisconsin Ave - Rm 530
Milwaukee, WI 53202
414-297-1786
Fax: 414-297-1738
Email: lisa.warwick@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does**
*sued as "Unknown Insurers of
Defendants Listed, a corporation"*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2011 | 1 | COMPLAINT with Jury Demand; against All Defendants by Shirley D Spychalla. ( Filing Fee PAID $350 receipt number 0757-1305687) (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A - Defendant's home states and principal places of business, # 3 Exhibit B - Decedent's work history)(Cascino, Michael) |
| 05/23/2011 | 2 | DISCLOSURE Statement by Shirley D Spychalla. (Cascino, Michael) |
| 05/23/2011 | 3 | NOTICE by Shirley D Spychalla *Notice of Tag-Along Action* (Cascino, |

| | | Michael) |
|---|---|---|
| 05/23/2011 | | NOTICE Regarding assignment of this matter to Judge William C Griesbach ;Consent/refusal forms for Magistrate Judge Gorence to be filed within 21 days;the consent/refusal form is available on our web site (jcl) (Entered: 05/24/2011) |
| 06/02/2011 | 4 | NOTICE of Voluntary Dismissal by Shirley D Spychalla. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(Cascino, Michael) |
| 06/02/2011 | 5 | Refusal to Jurisdiction by US Magistrate Judge by Shirley D Spychalla. (Cascino, Michael) |
| 06/03/2011 | | (Court only) *** Party Piper Aircraft Inc terminated. (tlf) |
| 06/03/2011 | | Party Piper Aircraft Inc is dismissed from this action pursuant to Fed. R. Civ. P. 41(a)(1)(a)(i) upon the 4 Notice of Voluntary Dismissal filed by plaintiff. (tlf) |
| 06/13/2011 | 6 | *Separate* ANSWER to 1 Complaint, with Jury Demand by Goodrich Corporation.(Parrington, Jon) |
| 06/14/2011 | 7 | NOTICE of Appearance by Lisa T Warwick on behalf of Medicare. Attorney(s) appearing: Lisa T. Warwick (Warwick, Lisa) |
| 06/14/2011 | 8 | Consent to Jurisdiction by US Magistrate Judge by Medicare. (Warwick, Lisa) |
| 06/14/2011 | 9 | *Separate* ANSWER to 1 Complaint, with Jury Demand by The Goodyear Tire & Rubber Company.(Parrington, Jon) |
| 06/22/2011 | 10 | DISCLOSURE Statement by Goodrich Corporation. (Parrington, Jon) |
| 06/22/2011 | 11 | DISCLOSURE Statement by The Goodyear Tire & Rubber Company. (Parrington, Jon) |
| 06/22/2011 | 12 | ANSWER to 1 Complaint, by Dana Corporation.(Mueller, Lance) |
| 06/22/2011 | 13 | NOTICE of Appearance by Lance E Mueller on behalf of Dana Corporation. Attorney(s) appearing: Lance E. Mueller (Mueller, Lance) |
| 06/22/2011 | 14 | NOTICE of Appearance by John J Laffey on behalf of Dexter Hysol Aerospace Inc. Attorney(s) appearing: John Laffey, Thomas Gonzalez, Sarah Thomas Pagels (Laffey, John) |
| 06/24/2011 | 15 | *Short-Form* ANSWER to 1 Complaint, by Union Carbide Corp.(Manna, Daniel) |
| 06/24/2011 | 16 | DISCLOSURE Statement by Union Carbide Corp. (Manna, Daniel) |
| 06/24/2011 | 17 | CERTIFICATE OF SERVICE by Union Carbide Corp (Manna, Daniel) |
| 06/24/2011 | 18 | AMENDED DOCUMENT by Dexter Hysol Aerospace Inc. *Amending the Court Referenced in the Certificate of Service* (Laffey, John) |
| 07/01/2011 | 19 | NOTICE of Appearance by Michael J Denning on behalf of Parker- |

| | | |
|---|---|---|
| | | Hannifin Corporation. Attorney(s) appearing: Michael J. Denning (Denning, Michael) |
| 07/05/2011 | 20 | NOTICE of Appearance by Michael J Denning on behalf of IMO Industries. Attorney(s) appearing: Michael J. Denning (Denning, Michael) |
| 07/05/2011 | 21 | *SHORT FORM* ANSWER to Complaint AND CROSSCLAIM against Co-Defendants with Jury Demand , *Affirmative Defenses, Answer to Existing and Future Cross-claims of Co-defendants, Rule 7.1 Disclosure* filed by IMO Industries. (Denning, Michael) |
| 07/06/2011 | 22 | ANSWER to 1 Complaint, with Jury Demand by Metropolitan Life Insurance Company. (Attachments: # 1 Certificate of Service)(Croke, William) |
| 07/22/2011 | 23 | NOTICE of Appearance by Brett B Larsen on behalf of Cessna Aircraft Company, General Dynamics Corporation, Textron Inc. Attorney(s) appearing: Brett B. Larsen (Larsen, Brett) |
| 07/22/2011 | 24 | NOTICE of Appearance by Russell A Klingaman on behalf of Cessna Aircraft Company, General Dynamics Corporation, Textron Inc. Attorney (s) appearing: Russell A. Klingaman (Klingaman, Russell) |
| 07/22/2011 | 25 | ANSWER to 1 Complaint, with Jury Demand *Affirmative Defenses, Answer to All Cross Claims* by Cessna Aircraft Company, General Dynamics Corporation, Textron Inc.(Larsen, Brett) |
| 07/22/2011 | 26 | DISCLOSURE Statement by Cessna Aircraft Company, General Dynamics Corporation, Textron Inc. (Larsen, Brett) |
| 07/25/2011 | 27 | MOTION to Dismiss *Pursuant to Rule 12(b)(7)* by Dexter Hysol Aerospace Inc. (Pagels, Sarah) |
| 07/25/2011 | 28 | BRIEF in Support filed by Dexter Hysol Aerospace Inc re 27 MOTION to Dismiss *Pursuant to Rule 12(b)(7)*. (Attachments: # 1 Affidavit Affidavit of Sarah Thomas Pagels, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7)(Pagels, Sarah) |
| 07/25/2011 | 29 | DISCLOSURE Statement by Dexter Hysol Aerospace Inc. (Pagels, Sarah) |
| 07/25/2011 | 30 | CERTIFICATE OF SERVICE by Dexter Hysol Aerospace Inc (Pagels, Sarah) |
| 07/26/2011 | 31 | ANSWER to 1 Complaint, with Jury Demand by Michelin North America Inc.(Bell, Roisin) |
| 07/26/2011 | 32 | MOTION for Extension of Time to File Answer by Michelin North America Inc. (Attachments: # 1 Affidavit Declaration of Doug Lackey, # 2 Exhibit A. Service Process Transmittal, # 3 Exhibit B. Notice of Lawsuit, # 4 Exhibit C. Waiver of Service of Summons, # 5 Exhibit D. Answer to Complaint)(Bell, Roisin) |
| 07/26/2011 | | (Court only) ***Attorney Dennis M Sullivan for Michelin North America Inc added. (jv) (Entered: 09/12/2011) |
| | | |

| 07/27/2011 | 33 | ORDER granting 32 Motion for Extension of Time to Answer; signed by Judge William C Griesbach on 07/27/2011. (cc: all counsel) (Griesbach, William) |
| 08/02/2011 | 34 | NOTICE of Appearance by Steven G Carlson on behalf of Eaton Corporation. Attorney(s) appearing: Steven G. Carlson and Carmen N. Anderson (Carlson, Steven) |
| 08/02/2011 | 35 | DISCLOSURE Statement by Eaton Corporation. (Carlson, Steven) |
| 08/02/2011 | 36 | ANSWER to 1 Complaint, with Jury Demand , *Affirmative Defenses and Answer to Any Pending or Future Cross-Claims* by Eaton Corporation. (Carlson, Steven) |
| 08/02/2011 | 37 | NOTICE of Appearance by Steven G Carlson on behalf of Eaton Aeroquip LLC. Attorney(s) appearing: Steven G. Carlson and Carmen N. Anderson (Carlson, Steven) |
| 08/02/2011 | 38 | ANSWER to 1 Complaint, with Jury Demand , *Affirmative Defenses and Answer to Any Pending or Future Cross-Claims* by Eaton Aeroquip LLC. (Carlson, Steven) |
| 08/12/2011 | 39 | NOTICE of Appearance by Kathryn R Downey on behalf of Square-D Company. Attorney(s) appearing: Thomas A. Gilligan, Jr. and Kathryn R. Downey (Downey, Kathryn) |
| 08/12/2011 | 40 | ANSWER to Complaint AND CROSSCLAIM with Jury Demand *and Answer to All Anticipated or Filed Cross-Claims* filed by Square-D Company. (Downey, Kathryn) |
| 08/16/2011 | 41 | NOTICE of Appearance by Adam J Jagadich on behalf of United Technologies Corporation. Attorney(s) appearing: Adam Jagadich (Jagadich, Adam) |
| 08/16/2011 | 42 | ANSWER to 1 Complaint, *and Affirmative Defenses* by United Technologies Corporation.(Jagadich, Adam) |
| 08/16/2011 | 43 | MOTION for Extension of Time *for Pltf to file response to Dexter-Hysol Aerospace Mot. to Dismiss* by Shirley D Spychalla. (Attachments: # 1 Text of Proposed Order)(Cascino, Michael) |
| 08/20/2011 | 44 | RESPONSE to Motion filed by Shirley D Spychalla re 27 MOTION to Dismiss *Pursuant to Rule 12(b)(7).* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Certificate of Service, # 6 Text of Proposed Order)(Cascino, Michael) |
| 08/22/2011 | | NOTICE of Electronic Filing Error to Michael Cascino re 44 Response to Motion; Certain attachments to this document should have been filed as separate entries. The Court prefers that documents be extracted directly from your word processing software whenever possible. This document does not need to be re-filed; Please refer to the policies and procedures for electronic case filing found at www.wied.uscourts.gov (aw) |
| 09/02/2011 | 45 | REPLY BRIEF in Support filed by Dexter Hysol Aerospace Inc re 27 |

| | | MOTION to Dismiss *Pursuant to Rule 12(b)(7)*. (Attachments: # 1 Exhibit A - Vest, et al. v. Allied Packing & Supply, Inc., et al.)(Gonzalez, Thomas) |
|---|---|---|
| 09/02/2011 | 46 | CERTIFICATE OF SERVICE by Dexter Hysol Aerospace Inc (Gonzalez, Thomas) |
| 09/12/2011 | | Summons Issued as to Boeing Aerospace Operations Inc, Continental Motors Inc, Federal-Mogul Corporation, General Electric Company, Hawker Beechcraft Corporation, Honeywell International Inc, Shell Chemical Company, Twin Commander Aircraft International LLC. (aw) |
| 10/04/2011 | 47 | NOTICE of Appearance by Laurie J McLeRoy on behalf of Honeywell International Inc. Attorney(s) appearing: Laurie McLeRoy (McLeRoy, Laurie) |
| 10/04/2011 | 48 | ANSWER to Complaint AND CROSSCLAIM against all Co-Defendants with Jury Demand *(and Certificate of Service)* filed by Honeywell International Inc. (McLeRoy, Laurie) |
| 10/04/2011 | 49 | DISCLOSURE Statement by Honeywell International Inc. (McLeRoy, Laurie) |
| 10/11/2011 | 50 | *Short-Form* ANSWER to 1 Complaint, by Continental Motors Inc. (Manna, Daniel) |
| 10/11/2011 | 51 | DISCLOSURE Statement by Continental Motors Inc. (Manna, Daniel) |
| 10/11/2011 | 52 | CERTIFICATE OF SERVICE by Continental Motors Inc (Manna, Daniel) |
| 10/13/2011 | 53 | DISCLOSURE Statement by Square-D Company. (Downey, Kathryn) |
| 10/18/2011 | 54 | DISCLOSURE Statement by Michelin North America Inc. (Sullivan, Dennis) |
| 11/23/2011 | 55 | DECISION AND ORDER denying 27 Motion to Dismiss, signed by Judge William C Griesbach on 11/23/2011. See Decision and Order for full detail. (cc: all counsel) (Griesbach, William) |
| 12/12/2011 | 56 | NOTICE of Hearing: Rule 16 Telephone Scheduling Conference set for 1/27/2012 09:15 AM before Judge William C Griesbach. **See attached notice for special instructions to counsel.** (cc: all counsel)(Griesbach, William) |

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

Shirley D Spychalla,  individually and as Special
Administrator of the Estate of Leonard J
Spychalla, Deceased

Plaintiff,

v.

AVCO Corporation, a corporation,
Allison Engine Company, a corporation,
Boeing Aerospace Operations, Inc., a
corporation,
Cessna Aircraft Company, a corporation,
Cirrus Enterprises, Inc, a corporation,
Continental Motors, Inc., a corporation,
Dana Corporation, a corporation,
Dexter Hysol Aerospace, Inc., a corporation,
Eaton Aeroquip LLC, a corporation,
Eaton Corporation, individually and as
successor in interest to Eaton Electrical Inc.
and Cutler-Hammer Inc., a corporation,
Federal-Mogul Corporation, a corporation,
General Dynamics Corporation, a corporation,
General Electric Company, a corporation,
Goodrich Corporation, a corporation,
Hawker Beechcraft Corporation, a corporation,
Honeywell International Inc., a corporation,
IMO Industries, a corporation,
Melrath Supply and Gasket Company, a
corporation,
Metropolitan Life Insurance Company, a
corporation,
Michelin North America, Inc., a corporation,
Parker-Hannifin Corporation, a corporation,
Piper Aircraft, Inc., a corporation,
Shell Chemical Company, a corporation,
Square-D Company, a corporation,
Textron, Inc., a corporation,
The Goodyear Tire & Rubber Company, a
corporation,
Twin Commander Aircraft International, LLC,
a corporation,
Union Carbide Corporation, a corporation,
United Technologies Corporation, a
corporation,

Case No.

Unknown Insurers of Defendants Listed, a
corporation,

and

Medicare as a Subrogated carrier, a
corporation,

                    Defendants.

## **COMPLAINT**

Now comes the plaintiff, Shirley D Spychalla, (hereinafter "Plaintiff"), individually and as Special

Administrator of the Estate of Leonard J Spychalla (hereinafter "Decedent"), by and through her attorneys,

Cascino Vaughan Law Offices, Ltd., and complains against defendants AVCO Corporation, a corporation,

Allison Engine Company, a corporation, Boeing Aerospace Operations, Inc., a corporation,

Cessna Aircraft Company, a corporation, Cirrus Enterprises, Inc, a corporation, Continental Motors,

Inc., a corporation, Dana Corporation, a corporation, Dexter Hysol Aerospace, Inc., a corporation,

Eaton Aeroquip LLC, a corporation, Eaton Corporation, individually and as successor in interest to

Eaton Electrical Inc. and Cutler-Hammer Inc., a corporation, Federal-Mogul Corporation, a

corporation, General Dynamics Corporation, a corporation, General Electric Company, a

corporation, Goodrich Corporation, a corporation, Hawker Beechcraft Corporation, a corporation,

Honeywell International Inc., a corporation, IMO Industries, a corporation, Melrath Supply and

Gasket Company, a corporation, Metropolitan Life Insurance Company, a corporation,

Michelin North America, Inc., a corporation, Parker-Hannifin Corporation, a corporation,

Piper Aircraft, Inc., a corporation, Shell Chemical Company, a corporation, Square-D Company, a

corporation, Textron, Inc., a corporation, The Goodyear Tire & Rubber Company, a corporation,

Twin Commander Aircraft International, LLC, a corporation, Union Carbide Corporation, a

corporation, United Technologies Corporation, a corporation, Unknown Insurers of Defendants

Listed, a corporation, and Medicare as a subrogated carrier, a corporation, as follows:

## JURISDICTION

1.  Plaintiff,  Shirley D Spychalla is the wife of decedent, Leonard J Spychalla, and resides in Appleton, Wisconsin.

2.  Decedent was an adult citizen and resident of Wisconsin.

3.  Decedent passed away on 06/07/2008.

4.  Defendants are all corporations, none of which is incorporated in or has its principal place of business in the State of Wisconsin, and at all times relevant to the allegations contained herein were engaged in the business of designing, manufacturing, mining and selling asbestos and/or asbestos-containing products and/or asbestos-insulated equipment, hereinafter referred to as "asbestos products."  Please refer to the attached Exhibit A for the state of incorporation and principal place of business of each defendant.

5.  Jurisdiction is based on diversity of citizenship of the parties hereto under Title 28, United States Code, §1332.

6.  The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

7.  Venue is proper pursuant to Title 28, United States Code, §1391.

## GENERAL ALLEGATIONS

8.  Decedent during the course of his employment as a Pilot at various job sites, including those listed on the attached Exhibit B was exposed to asbestos dust or fibers emanating from the asbestos products and/or asbestos insulated equipment which was sold, manufactured, mined, distributed, packaged, installed or otherwise placed into commerce by defendants.

9.  Decedent was ignorant of the dangerous nature of asbestos and of the nature of the risks incurred by workers working with or near asbestos products.

10.  Decedent became aware of the asbestos-related condition and that said condition was caused by

Defendants' wrongful conduct within the statute of limitations before the filing of this action.

11.   As a direct and proximate result of the conduct of Defendants, Decedent developed and had been diagnosed with mesothelioma on or about 5/27/2008.

12.   Decedent suffered great pain, physical impairment, great mental pain and anguish, is liable for large sums of money for medical and hospital care, and suffered losses to his personal property and possessions.

## COUNT I - PRODUCTS LIABILITY - NEGLIGENCE

13.   Plaintiff brings this count for negligence against all defendants and incorporates by reference all general allegations.

14.   It was reasonably foreseeable that decedent and other workers would be working with or in the proximity of defendants' asbestos products and be exposed to airborne asbestos fibers.

15.   Defendants had a duty to exercise reasonable care for the safety of decedent and others who worked with or were exposed to the defendants' asbestos products.

16.   Defendants knew or in the exercise of ordinary or reasonable care ought to have known asbestos causes disease and or death, and that Decedent did not know that asbestos products were dangerous or harmful at the time of his exposures.

17.   Each defendant breached its duty of care and was negligent, including without limitation in one or more of the following acts or omissions:

   a.   Failed to adequately warn Decedent or others of the health hazards of asbestos;

   b.   Failed to warn Decedent or others of the danger and harm of the asbestos after the products or equipment were installed at the premises;

   c.   Failed to investigate or test for the health effects of asbestos prior to distribution and sale;

   d.   Failed to instruct Decedent, his employers or others in the use of precautionary

measures relating to asbestos-containing products and/or asbestos-insulated equipment; and/or

e. Manufactured, mined, supplied, or installed unsafe asbestos-containing products or asbestos-insulated equipment.

18. As a direct and proximate result of the acts and omissions of the product defendants above, Decedent was injured as described above.

## COUNT II – PRODUCT LIABILITY - UNREASONABLY DANGEROUS PRODUCT

19. This cause of action is asserted against the manufacturing and supplying defendants.

20. The defendants' above-described asbestos products were manufactured, supplied and installed in an unreasonably dangerous condition presenting dangers to the life and health of the ultimate users thereof and to persons in the position of the Decedent.

21. At all relevant times, the defendants placed their asbestos products on the market knowing that they would be used without inspection for such unreasonably dangerous defects and defendants expected such asbestos products to reach Decedent and other users and consumers without substantial change in the condition they were in when sold.

22. Decedent removed, installed, used and/or handled, or was otherwise exposed to, the supplying defendants' asbestos products in the conditions in which they left the possession or control of such defendants and in a manner that was reasonably foreseeable and/or anticipated by such defendants.

23. Defendants manufactured, supplied or installed a product, or equipment, that was unreasonably dangerous in nature in that it contained asbestos, and in particular:

a. Was not accompanied by an adequate warning relating to the health hazards of asbestos products;

b. Was not accompanied by instructions concerning precautionary measures to be taken to minimize the risk of health hazards associated with asbestos products;

c.      Was not subjected to adequate investigation regarding its hazards to health; and

d.      Was improperly designed with, or specified for, the use of asbestos as opposed to non-asbestos substitutes.

24.      Decedent's exposure to the unreasonably dangerous products manufactured, supplied and installed by the defendants proximately caused injuries set forth above.

## COUNT III – CIVIL CONSPIRACY

25.      Plaintiff brings this cause of action for civil conspiracy against defendant Metropolitan Life Insurance Company.

26.      Plaintiff restates and realleges the allegations set forth in paragraphs 1-24 above.

27.      Defendant Metropolitan Life and other unnamed co-conspirators knowingly and willfully combined, agreed, and conspired with each other for the purpose of accomplishing one or more of the following unlawful purposes:

a.      Suppressing information about the health hazards of asbestos, including medical and scientific data, from those persons who would be exposed to the asbestos from the products made and sold by the conspirators,

b.      Affirmatively asserting, in a manner not warranted by the information possessed by the conspirators, claims that the conspirators knew were false, namely, that it was safe to work with and in close proximity to asbestos.

28.      One or more of the conspirators performed the following tortious acts in furtherance of the conspiracy:  Failed to warn about health hazards of asbestos, failed to investigate health hazards of asbestos, or failed to instruct about precautionary measures required for protection.

29.      As a direct and proximate result of the acts of the conspiracy described above, decedent and plaintiff were injured and suffered damages as described above.

## COUNT IV - DECLARATORY JUDGMENT

30.      Defendants' conduct alleged herein occurred many years before certain changes in the

Wisconsin Statutes affecting the law of joint and several liability, as set forth in §§895.046 and 895.047, Wis. Stats. These statutes were enacted as part of so-called "tort reform" in January, 2011.

31.    Retroactive application of the 2011 legislation purporting to apply to the new versions of §§895.046 and 895.047, Wis. Stats, to defendants' tortious acts, which occurred many years before the effective date of such legislation, merely because this lawsuit was filed after the effective date of such legislation, would materially and adversely affect the interests of plaintiff in this matter.

32.    Retroactive application of the current versions of §§895.046 and 895.047, Wis. Stats., to the facts of this case would be unreasonable and unconstitutional, in violation of Article I, §10 and the Fifth and Fourteenth Amendments of the Constitution of the United States, and in violation of Article I, §1, Article I, §9, and Article IV, §17(2) of the Constitution of the State of Wisconsin, and contrary to the Supreme Court of Wisconsin's ruling in <u>Matthies v. The Positive Safety Manufacturing Company</u>, 244 Wis. 2d 720, (2001).

## COUNT V - WRONGFUL DEATH

33.    Plaintiff brings this count for wrongful death against all defendants and incorporates by reference all allegations 1 through 32 above.

34.    Defendants' actions, jointly and severally, as described in the preceding paragraphs, caused the wrongful death of decedent  and loss of society and companionship, funeral, medical and other expenses, pecuniary damages and other damages have been suffered by Decedent and plaintiff.

## COUNT VI - LOSS OF CONSORTIUM

35.    Plaintiff brings this count for wrongful death against all defendants and incorporates by

reference all allegations 1 through 34 above.

36.    At all times, plaintiff Shirley Spychalla was the wife of decedent and was cohabitating

with him and was enjoying his services, companionship, society and relationship and has

been deprived of decedent's services, companionship, society, and relationship from the

time of his injury.

## **PRAYER FOR RELIEF**

37.    Plaintiff prays for relief as follows:

    a.    Judgment against defendants, jointly and severally, for compensatory and general
       damages.

    b.    Such further legal and equitable relief as the Court orders to do justice in this
       case; costs and disbursements of this action.

## **JURY TRIAL DEMAND**

Plaintiff hereby demands a trial by a jury of 6.


Dated:  May 23, 2011


/S/Michael P. Cascino
One of the Plaintiff's Attorneys


Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Ph: (312) 944-0600

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

Place an X in the appropriate Box: ☒ Green Bay Division          ☐ Milwaukee Division

## I. (a) PLAINTIFFS
Shirley D Spychalla,

**DEFENDANTS**
AVCO Corporation, et al.,

(b) County of Residence of First Listed Plaintiff   Calumet Co., WI
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Michael P. Cascino - Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave., Chicago, IL 60607 Ph: (312) 944-0600

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☐ 3  Federal Question
(U.S. Government Not a Party)

☒ 2  U.S. Government
Defendant

☒ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                    and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 28, United States Sec. 1332
Brief description of cause:
Asbestos Injury Occupational Exposure

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $  >75,000

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):      JUDGE _____      DOCKET NUMBER _____

DATE  5-23-2011          SIGNATURE OF ATTORNEY OF RECORD   Mike Cas...

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**Exhibit A**
**Defendants' Home States and Principal Places of Business**

| Defendant | StateHdq | StatePrincBus |
|---|---|---|
| AVCO Corporation | Illinois | Illinois |
| Allison Engine Company | Delaware | Delaware |
| Boeing Aerospace Operations, Inc. | Washington | Washington |
| Cessna Aircraft Company | Kansas | Rhode Island |
| Cirrus Enterprises, Inc | Illinois | Illinois |
| Continental Motors, Inc. | California | California |
| Dana Corporation | Virginia | Ohio |
| Dexter Hysol Aerospace, Inc. | Delaware | Delaware |
| Eaton Aeroquip LLC | Ohio | Ohio |
| Eaton Corporation, individually and as successor in interest to Eaton Electrical Inc. and Cutler-Hammer Inc. | Delaware | Ohio |
| Federal-Mogul Corporation | Delaware | Michigan |
| General Dynamics Corporation | Delaware | Virginia |
| General Electric Company | New York | Connecticut |
| Goodrich Corporation | New York | North Carolina |
| Hawker Beechcraft Corporation | Kansas | Kansas |
| Honeywell International Inc. | Delaware | New Jersey |
| IMO Industries | Delaware | Virginia |
| Medicare | Wisconsin | Wisconsin |
| Melrath Supply and Gasket Company | Pennsylvania | Pennsylvania |
| Metropolitan Life Insurance Company | Delaware | New York |
| Michelin North America, Inc. | South Carolina | South Carolina |
| Parker-Hannifin Corporation | Ohio | Ohio |
| Piper Aircraft, Inc. | Delaware | Florida |

| Defendant | StateHdq | StatePrincBus |
|---|---|---|
| Shell Chemical Company | Delaware | Texas |
| Square-D Company | Michigan | Illinois |
| Textron, Inc. | Delaware | Rhode Island |
| The Goodyear Tire & Rubber Company | Ohio | Ohio |
| Twin Commander Aircraft International, LLC | Delaware | North Carolina |
| Union Carbide Corporation | New York | Texas |
| United Technologies Corporation | Delaware | Connecticut |
| Unknown Insurers of Defendants Listed | | |

**Exhibit B**
<u>Decedent's work history</u>

| SiteLocation | SiteCity | SiteSt | FirstYrId | LastYrId |
|---|---|---|---|---|
| Airport | Antigo | WI | 1958 | 1960 |
| Airport (Winnebago Co.) | Oshkosh | WI | 1966 | 1973 |
| Dane Co. Airport | Madison | WI | 1973 | 1978 |
| Outagamie Co. Airport | Appleton | WI | 1978 | 1991 |
| Timmerman Field (Airport) | Milwaukee | WI | 1960 | 1962 |
| Wausau Airport | Wausau | WI | 1962 | 1966 |