UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SEGUINE and BONNIE SEGUINE,<br><br>           Plaintiffs,<br>     vs.<br><br>AJAX BOILER, INC.; AIR & LIQUID SYSTEMS CORPORATION (sued as successor-by-merger to BUFFALO PUMPS, INC.); ARMSTRONG INTERNATIONAL, INC.; AUTOZONE WEST, INC. (sued individually and as successor-in-interest to CHIEF AUTO PARTS); BORG-WARNER MORSE TEC INC. (sued individually and as successor-in-interest to BORG-WARNER CORPORATION); BURNHAM LLC f/k/a BURNHAM CORPORATION (d/b/a BRYAN BOILERS); CBS CORPORATION (a Delaware Corporation) f/k/a VIACOM, INC. (sued as successor-by-merger to CBS CORPORATION (a Pennsylvania Corporation) f/k/a WESTINGHOUSE ELECTRIC CORPORATION); CLA-VAL CO.; CLEAVER-BROOKS, INC. f/k/a AQUA-CHEM, INC., d/b/a CLEAVER-BROOKS DIVISION; CRANE CO.; CRANE ENVIRONMENTAL, INC. (sued individually and as successor-in-interest to COCHRANE CORPORATION); CROWN CORK & SEAL COMPANY, INC. (sued individually and as successor-in-interest to MUNDET CORK COMPANY); CSK AUTO, INC. (sued individually and as successor-in-interest | (ASBESTOS)<br><br>U.S.D.C. Case No. 2:11-cv-10316 JAK (CWx)<br><br>Los Angeles Superior Court Case No. BC472894<br><br>DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION<br><br>[Filed Concurrently With Schedule of Actions] |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S
NOTICE OF POTENTIAL TAG-ALONG ACTION

to KRAGEN AUTO SUPPLY CO.); DAP PRODUCTS, INC; DOWMAN PRODUCTS, INC.; EATON CORPORATION (sued as successor to CUTLER HAMMER, INC.); FMC CORPORATION (sued individually and as successor-in-interest to NORTHERN PUMP COMPANY f/k/a NORTHERN FIRE APPARATUS COMPANY); FORD MOTOR COMPANY; FOSTER WHEELER ENERGY CORPORATION; GENERAL ELECTRIC COMPANY; HENRY COMPANY; HONEYWELL INTERNATIONAL, INC. (individually and as successor-in-interest to BENDIX CORPORATION); IMO INDUSTRIES, INC. (sued individually and as successor in interest to DELAVAL TURBINE, INC.); INDUSTRIAL COMBUSTION, INC.; INGERSOLL RAND COMPANY; ITT CORPORATION, f/k/a ITT INDUSTRIES, INC., (individually and as successor in interest to BELL & GOSSETT); JOHN CRANE, INC.; JOHNSON CONTROLS, INC. (individually and successor-in-interest to YORK INTERNATIONAL); KAISER GYPSUM COMPANY, INC.; METROPOLITAN LIFE INSUSRANCE COMPANY; OAKFABCO, INC. (individually and as successor in interest to KEWANEE BOILER CORPORATION); PEERLESS INDUSTRIES INC.; PNEUMO ABEX CORPORATION (sued individually and as successor-in-interest to ABEX CORPORATION); RAYPAK, INC; RHEEM MANUFACTURING COMPANY; STRUTHERS WELLS CORPORATION (as successor-in-interest to Titusville Forge Company); SUPERIOR BOILER WORKS; TITUSVILLE IRON WORKS COMPANY; TRANE US, INC f/k/a AMERICAN STANDARD COMPANIES; WARREN PUMPS, LLC.; WEIL-MCLAIN, a division of the MARLYE-WYLAIN COMPANY; ZURN INDUSTRIES, LLC (individually and as successor-in-interest to ZURN INDUSTRIES, INC. and successor to ERIE CITY IRON WORKS); and DOES 1-450 INCLUSIVE.

Defendants.

BRYDON HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S
NOTICE OF POTENTIAL TAG-ALONG ACTION

## DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION

**TO THE CLERK OF THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:**

1. On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order").  That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause.  MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is aslo named or in which that counsel appears.

2. The undersigned hereby notifies the court that the state court action that has now been removed to federal court (a copy of the original state court complaint is provided herewith as an attachment to this filing) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S
NOTICE OF POTENTIAL TAG-ALONG ACTION

Defendant FOSTER WHEELER ENERGY CORPORATION ("Foster Wheeler") is providing written notice of this Notice of Potential Tag-Along Action to all adverse parties.  Foster Wheeler reserves the right to amend or supplement this Notice of Potential Tag-Along Action.

Dated: December 16, 2011

BRYDON HUGO & PARKER

By:   /s/ Thomas J. Moses

BRYDON HUGO & PARKER
Edward R. Hugo [Bar No. 124839]
Shaghig D. Agopian [Bar No. 237947]
Thomas J. Moses [Bar No. 116002]
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone:  (415) 808-0300
Facsimile:  (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

4

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S
NOTICE OF POTENTIAL TAG-ALONG ACTION