UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SEGUINE and BONNIE SEGUINE,<br><br>            Plaintiffs,<br>      vs.<br><br>AJAX BOILER, INC.; AIR & LIQUID SYSTEMS CORPORATION (sued as successor-by-merger to BUFFALO PUMPS, INC.); ARMSTRONG INTERNATIONAL, INC.; AUTOZONE WEST, INC. (sued individually and as successor-in-interest to CHIEF AUTO PARTS); BORG-WARNER MORSE TEC INC. (sued individually and as successor-in-interest to BORG-WARNER CORPORATION); BURNHAM LLC f/k/a BURNHAM CORPORATION (d/b/a BRYAN BOILERS); CBS CORPORATION (a Delaware Corporation) f/k/a VIACOM, INC. (sued as successor-by-merger to CBS CORPORATION (a Pennsylvania Corporation) f/k/a WESTINGHOUSE ELECTRIC CORPORATION); CLA-VAL CO.; CLEAVER-BROOKS, INC. f/k/a AQUA-CHEM, INC., d/b/a CLEAVER-BROOKS DIVISION; CRANE CO.; CRANE ENVIRONMENTAL, INC. (sued individually and as successor-in-interest to COCHRANE CORPORATION); CROWN CORK & SEAL COMPANY, INC. (sued individually and as successor-in-interest to MUNDET CORK COMPANY); CSK AUTO, INC. (sued individually and as successor-in-interest | (ASBESTOS)<br><br>USDC Case No. 2:11-cv-10316 JAK (CWx)<br><br>Los Angeles Superior Court Case No. BC472894<br><br>DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S SCHEDULE OF ACTIONS<br><br>[Filed Concurrently With Notice of Potential Tag-Along Action] |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S
SCHEDULE OF ACTIONS

to KRAGEN AUTO SUPPLY CO.); DAP PRODUCTS, INC; DOWMAN PRODUCTS, INC.; EATON CORPORATION (sued as successor to CUTLER HAMMER, INC.); FMC CORPORATION (sued individually and as successor-in-interest to NORTHERN PUMP COMPANY f/k/a NORTHERN FIRE APPARATUS COMPANY); FORD MOTOR COMPANY; FOSTER WHEELER ENERGY CORPORATION; GENERAL ELECTRIC COMPANY; HENRY COMPANY; HONEYWELL INTERNATIONAL, INC. (individually and as successor-in-interest to BENDIX CORPORATION); IMO INDUSTRIES, INC. (sued individually and as successor in interest to DELAVAL TURBINE, INC.); INDUSTRIAL COMBUSTION, INC.; INGERSOLL RAND COMPANY; ITT CORPORATION, f/k/a ITT INDUSTRIES, INC., (individually and as successor in interest to BELL & GOSSETT); JOHN CRANE, INC.; JOHNSON CONTROLS, INC. (individually and successor-in-interest to YORK INTERNATIONAL); KAISER GYPSUM COMPANY, INC.; METROPOLITAN LIFE INSUSRANCE COMPANY; OAKFABCO, INC. (individually and as successor in interest to KEWANEE BOILER CORPORATION); PEERLESS INDUSTRIES INC.; PNEUMO ABEX CORPORATION (sued individually and as successor-in-interest to ABEX CORPORATION); RAYPAK, INC; RHEEM MANUFACTURING COMPANY; STRUTHERS WELLS CORPORATION (as successor-in-interest to Titusville Forge Company); SUPERIOR BOILER WORKS; TITUSVILLE IRON WORKS COMPANY; TRANE US, INC f/k/a AMERICAN STANDARD COMPANIES; WARREN PUMPS, LLC.; WEIL-MCLAIN, a division of the MARLYE-WYLAIN COMPANY; ZURN INDUSTRIES, LLC (individually and as successor-in-interest to ZURN INDUSTRIES, INC. and successor to ERIE CITY IRON WORKS); and DOES 1-450 INCLUSIVE.

Defendants.

## SCHEDULE OF ACTIONS

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S
SCHEDULE OF ACTIONS

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. § 1442, filed on December 14, 2011, Defendant FOSTER WHEELER ENERGY CORPORATION ("Foster Wheeler") hereby provides notice that Foster Wheeler has no related actions currently pending before the Judicial Panel of Multidistrict Litigation.

Dated: December 16, 2011     BRYDON HUGO & PARKER

By:     /s/ Thomas J. Moses
BRYDON HUGO & PARKER
Edward R. Hugo [Bar No. 124839]
Shaghig D. Agopian [Bar No. 237947]
Thomas J. Moses [Bar No. 116002]
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S
SCHEDULE OF ACTIONS