UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SEGUINE and BONNIE SEGUINE,<br><br>            Plaintiffs,<br>  vs.<br><br>AJAX BOILER, INC.; AIR & LIQUID SYSTEMS CORPORATION (sued as successor-by-merger to BUFFALO PUMPS, INC.); ARMSTRONG INTERNATIONAL, INC.; AUTOZONE WEST, INC. (sued individually and as successor-in-interest to CHIEF AUTO PARTS); BORG-WARNER MORSE TEC INC. (sued individually and as successor-in-interest to BORG-WARNER CORPORATION); BURNHAM LLC f/k/a BURNHAM CORPORATION (d/b/a BRYAN BOILERS); CBS CORPORATION (a Delaware Corporation) f/k/a VIACOM, INC. (sued as successor-by-merger to CBS CORPORATION (a Pennsylvania Corporation) f/k/a WESTINGHOUSE ELECTRIC CORPORATION); CLA-VAL CO.; CLEAVER-BROOKS, INC. f/k/a AQUA-CHEM, INC., d/b/a CLEAVER-BROOKS DIVISION; CRANE CO.; CRANE ENVIRONMENTAL, INC. (sued individually and as successor-in-interest to COCHRANE CORPORATION); CROWN CORK & SEAL COMPANY, INC. (sued individually and as successor-in-interest to MUNDET CORK COMPANY); CSK AUTO, INC. (sued individually and as successor-in-interest | (ASBESTOS)<br><br>U.S.D.C. Case No. 2:11-cv-103176 JAK (CWx)<br><br>Los Angeles Superior Court Case No. BC472894<br><br>CERTIFICATE OF SERVICE |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1
CERTIFICATE OF SERVICE

to KRAGEN AUTO SUPPLY CO.); DAP PRODUCTS, INC; DOWMAN PRODUCTS, INC.; EATON CORPORATION (sued as successor to CUTLER HAMMER, INC.); FMC CORPORATION (sued individually and as successor-in-interest to NORTHERN PUMP COMPANY f/k/a NORTHERN FIRE APPARATUS COMPANY); FORD MOTOR COMPANY; FOSTER WHEELER ENERGY CORPORATION; GENERAL ELECTRIC COMPANY; HENRY COMPANY; HONEYWELL INTERNATIONAL, INC. (individually and as successor-in-interest to BENDIX CORPORATION); IMO INDUSTRIES, INC. (sued individually and as successor in interest to DELAVAL TURBINE, INC.); INDUSTRIAL COMBUSTION, INC.; INGERSOLL RAND COMPANY; ITT CORPORATION, f/k/a ITT INDUSTRIES, INC., (individually and as successor in interest to BELL & GOSSETT); JOHN CRANE, INC.; JOHNSON CONTROLS, INC. (individually and successor-in-interest to YORK INTERNATIONAL); KAISER GYPSUM COMPANY, INC.; METROPOLITAN LIFE INSUSRANCE COMPANY; OAKFABCO, INC. (individually and as successor in interest to KEWANEE BOILER CORPORATION); PEERLESS INDUSTRIES INC.; PNEUMO ABEX CORPORATION (sued individually and as successor-in-interest to ABEX CORPORATION); RAYPAK, INC; RHEEM MANUFACTURING COMPANY; STRUTHERS WELLS CORPORATION (as successor-in-interest to Titusville Forge Company); SUPERIOR BOILER WORKS; TITUSVILLE IRON WORKS COMPANY; TRANE US, INC f/k/a AMERICAN STANDARD COMPANIES; WARREN PUMPS, LLC.; WEIL-MCLAIN, a division of the MARLYE-WYLAIN COMPANY; ZURN INDUSTRIES, LLC (individually and as successor-in-interest to ZURN INDUSTRIES, INC. and successor to ERIE CITY IRON WORKS); and DOES 1-450 INCLUSIVE.

Defendants.

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the within action.  My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105.  On July 28, 2011 served the following:

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION;

SCHEDULE OF ACTIONS;

U.S. DISTRICT COURT CALIFORNIA CENTRAL DISTRICT CIVIL DOCKET FOR CASE 2:11-Ccv-10316 JAK (CWx)

PLAINTIFFS RONALD SEGUINE and BONNIE SEGUINE SUMMONS AND COMPLAINT

Counsel for Plaintiff:  Ron C. Eddins, Eddins Law Firm, P.C. Via **Facsimile (310) 427-3612**

on all parties via facsimile to the following attached service list.

I declare under penalty of perjury that the above is true and correct.  Executed on December 16, 2011, at San Francisco, California.

_____
Wanda D. Claudio

Edward R. Hugo [Bar No. 124839]
Shaghig D. Agopian [Bar No. 237947]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone:  (415) 808-0300
Facsimile:  (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3
CERTIFICATE OF SERVICE

*Ronald Seguine and Bonnie Seguine v. Ajax Boilder, Inc.*
United States Central District Case No. CV-11-10316 JAK (CWx)
Los Angeles Superior Court Case No. BC472894

| Ongaro Burtt & Louderback LLP | HOWARD ROME MARTIN & RIDLEY LLP |
|---|---|
| 595 Market Street, Suite 610 | *1775 Woodside Road, Suite 200* |
| San Francisco, CA 94105 | *Redwood City, CA 94061* |
| Tel. (415) 433-3900 | *Tel: (650) 365-7715* |
| Fax (415) 433-3950 | *Fax: (650) 364-5297* |
| *Attorneys for Defendant Honeywell International Inc.* | *Attorneys for Defendant* |