BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE:  ASBESTOS PRODUCTS | ) | |
| LIABILITY LITIGATION (NO. VI) | ) | MDL DOCKET NO. 875 |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **REUBEN MORGAN,** | ) | Case No. 11-CV-00535-WS-B |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | **(CTO – 466)** |
| | ) | |
| *vs.* | ) | |
| | ) | |
| **BILL VANN COMPANY, INC.,** *et al* | ) | |
| | ) | |
| *Defendants*, | ) | |

## NOTICE OF WITHDRAWAL

COMES NOW Defendant, Dana Companies, LLC, f/k/a Dana Corporation, and hereby submits this Notice of Withdrawal of its Corporate Disclosure Statements filed on December 5th (Doc. 34). There was an error made in the filing process; therefore, the original Corporate Disclosure Statement is withdrawn and an Amended Corporate Disclosure has been filed.

10659884v.1

2

Respectfully submitted this 19th day of December, 2011.

**HAWKINS PARNELL THACKSTON & YOUNG LLP**

/s/ Evelyn F. Davis
Evelyn F. Davis (FLE 019)
AL Bar No. ASB-1485-C19E
Defendant Dana Companies, LLC, f/k/a Dana Corporation

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
404/614-7400

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE:  ASBESTOS PRODUCTS** | ) | |
| **LIABILITY LITIGATION (NO. VI)** | ) | **MDL DOCKET NO. 875** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **REUBEN MORGAN,** | ) | **Case No. 11-CV-00535-WS-B** |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | **(CTO – 466)** |
| | ) | |
| *vs.* | ) | |
| | ) | |
| **BILL VANN COMPANY, INC.,** *et al* | ) | |
| | ) | |
| *Defendants*, | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been filed with the Clerk of Court and served upon all counsel of record using the CM/ECF system.

Respectfully submitted this 19th day of December, 2011.

                                                  **HAWKINS PARNELL THACKSTON & YOUNG** [LLP]
                                                  /s/ Evelyn F. Davis
                                                  Evelyn F. Davis (FLE 019)
                                                  AL Bar No. ASB-1485-C19E

4

                                                                Counsel for Defendant Dana Companies, LLC,
                                                                f/k/a Dana Corporation

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
404/614-7400

10659884v.1