UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

| | | |
|---|---|---|
| Francis v. Union Carbide Corp., et al., | ) | |
| E.D. Louisiana, C.A. No. 2:11-02695 | ) | MDL No. 875 |

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Francis*) on November 7, 2011. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Francis* filed a notice of opposition to the proposed transfer and the required motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Francis* was remanded to the Civil District Court for the Parish of Orleans, State of Louisiana, by the Honorable Jay C. Zainey in an order filed on December 13, 2011.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-461" filed on November 7, 2011, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel