# UNITED STATES JUDICIAL PANEL
on
# MULTIDISTRICT LITIGATION

## NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:        **January 26, 2012**

LOCATION OF HEARING SESSION:   Wilkie D. Ferguson, Jr. U.S. Courthouse
Ceremonial Courtroom 13-3, 13th Floor
400 North Miami Avenue
Miami, Florida  33128

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:00 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

•        Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) does not need to appear at the Hearing Session.
•        Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the hearing session.

ORAL ARGUMENT:  The Panel carefully considers the positions advocated in filings with the Panel when it allocates time to attorneys presenting oral argument.  The Panel, therefore, expects attorneys to adhere to those positions (including those concerning an appropriate transferee district).  Any change in position should be conveyed to Panel staff before the beginning of oral argument.  Where an attorney thereafter advocates a position different from that conveyed to Panel staff, the Panel may reduce the allotted argument time and decline to hear further from that attorney.

- 2 -

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be returned to this office no later than **January 9, 2012.**  The procedures governing Panel oral argument (Panel Rule 11.1) are attached.  The Panel strictly adheres to these procedures.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

cc: Clerk, U.S. District Court for the Southern District of Florida

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on January 26, 2012, the Panel will convene a hearing session in Miami, Florida, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION:

_____
John G. Heyburn II
Chairman

| Kathryn H. Vratil | W. Royal Furgeson, Jr. |
| Barbara S. Jones | Paul J. Barbadoro |
| Marjorie O. Rendell | Charles R. Breyer |

SCHEDULE OF MATTERS FOR HEARING SESSION
January 26, 2012 -- Miami, Florida


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT[1]**


MDL No. 2311 -- **IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION**

Motion of plaintiff Susan LaCava for centralization of the following actions in the United States District Court for the Eastern District of Michigan:

Northern District of California

Lucha Bott, et al. v. Delphi Automotive LLP, et al., C.A. No. 3:11-04949

Eastern District of Michigan

Susan LaCava v. Delphi Automotive LLP, et al., C.A. No. 2:11-14399

---

[1]  This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer.  See Panel Rules 6.1 and 6.2.  In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.

Schedule of Matters for Hearing Session, Section A                              p. 2
Miami, Florida


## MDL No. 2312 -- **IN RE: MICHAELS STORES, INC., PIN PAD LITIGATION**

Motion of defendant Michaels Stores, Inc., for centralization of the following actions in the United States District Court for the Northern District of Illinois:

<u>Northern District of Illinois</u>

Brandi F.  Ramundo v. Michaels Stores, Inc., C.A. No. 1:11-03350
Mary Allen v. Michaels Stores, Inc., C.A. No. 1:11-03579
Kimberly M. Siprut v. Michaels Stores, Inc., C.A. No. 1:11-03725
Jeremy Williams v. Michaels Stores, Inc., C.A. No. 1:11-03883
Fred Sherry v. Michaels Stores, Inc., C.A. No. 1:11-05900
Sara Rosenfeld, et al. v. Michaels Stores, Inc., et al., C.A. No. 1:11-06335

<u>District of New Jersey</u>

Lori Wilson v. Michaels Stores, Inc., C.A. No. 2:11-05210


## MDL No. 2313 -- **IN RE: BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND (ERISA) LITIGATION**

Motion of plaintiffs Phillip G. Scott, et al., for centralization of the following actions in the United States District Court for the Northern District of Alabama:

<u>Northern District of Alabama</u>

Phillip G. Scott, et al. v. Bakery and Confectionary Union and Industry International
    Pension Fund, et al., C.A. No. 1:11-03146
Ronald Blackwell, et al. v. The Bakery and Confectionery Union and Industry
    International Pension Fund et al., C.A. No. 4:11-02656

<u>Southern District of New York</u>

Rafael Alcantara, et al. v. Bakery and Confectionery Union and Industry International
    Pension Fund Pension Plan, et al., C.A. No. 7:11-01471
Garrett Schol, et al. v. Bakery and Confectionery Union and Industry International
    Pension Fund, et al., C.A. No. 7:11-04080

Schedule of Matters for Hearing Session, Section A                               p. 3
Miami, Florida


MDL No. 2314 -- **IN RE: FACEBOOK INTERNET TRACKING LITIGATION**

Motion of plaintiffs Perrie Aikens Davis, et al., for centralization of the following actions in the United States District Court for the Northern District of California:

Northern District of Alabama

Alexandria Parrish v. Facebook, Inc., C.A. No. 2:11-03576

District of Arizona

Sharon Beatty v. Facebook Inc., et al., C.A. No. 2:11-01964

Northern District of California

Perrie Aikens Davis, et al. v. Facebook, Inc., C.A. No. 5:11-04834
Lana Brkic v. Facebook, Inc., C.A. No. 5:11-04935

Southern District of Illinois

Dana Howard v. Facebook, Inc., et al., C.A. No. 3:11-00895

District of Kansas

John Graham v. Facebook, Inc., et al., C.A. No. 2:11-02556

Western District of Kentucky

David M. Hoffman v. Facebook, Inc., et al., C.A. No. 5:11-00166

Middle District of Louisiana

Janet Seamon v. Facebook, Inc., C.A. No. 3:11-00689

Western District of Missouri

Chandra L. Thompson v. Facebook, Inc., C.A. No. 2:11-04256

Schedule of Matters for Hearing Session, Section A                    p. 4
Miami, Florida


MDL No. 2314 (Continued)


Northern District of Mississippi

Broke Rutledge v. Facebook, Inc., C.A. No. 3:11-00133

Western District of Texas

Michael Singley v. Facebook, Inc., C.A. No. 1:11-00874


MDL No. 2315 -- **IN RE: GRACO TURBOBOOSTER CHILD SAFETY SEAT
                  PRODUCTS LIABILITY LITIGATION**

Motion of plaintiff Christina M. Robinson for centralization of the following actions in
the United States District Court for the District of South Carolina:

Northern District of Florida

Margaret Lamb, et al. v. Graco Children's Products, Inc., et al., CA. No. 4:11-00477

District of South Carolina

Christina M. Robinson v. Graco Children's Products Inc., et al., C.A. No. 2:11-02379


MDL No. 2316 -- **IN RE: FORD MOTOR CO. DEFECTIVE SPARK PLUG AND
                  3-VALVE ENGINE PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Daniel Perko, et al., for centralization of the following actions in the
United States District Court for the Northern District of Ohio:

Central District of California

Tom Stibbie v. Ford Motor Co., C.A. No. 2:11-03870

Schedule of Matters for Hearing Session, Section A                          p. 5
Miami, Florida


MDL No. 2316 (Continued)


      <u>Southern District of Florida</u>

Eduardo Pezzi v. Ford Motor Co., C.A. No. 1:11-23086

      <u>Northern District of Ohio</u>

Daniel Perko, et al. v. Ford Motor Co., C.A. No. 5:10-00514


MDL No. 2317 -- **IN RE: ORECK CORPORATION HALO VACUUM MARKETING
AND SALES PRACTICES LITIGATION**

      Motion of defendants Oreck Corporation; Oreck Direct LLC; Oreck Holdings, LLC;
and Oreck Homecare, LLC for centralization of certain of the following actions in the United
States District Court for the Northern District of Illinois or, in the alternative, the United States
District Court for the Middle District of Tennessee, and motion of plaintiff Teri Latta for
centralization of the following actions in the United States District Court for the Central District
of California:

      <u>Central District of California</u>

Gina Chenier, et al. v. Oreck Corporation, C.A. No. 2:11-05321
Roxy Edge, et al. v. Oreck Corporation, et al., C.A. No. 2:11-08725
Teri Latta v. Oreck Corporation, et al., C.A. No. 5:11-01082

      <u>Southern District of Florida</u>

Scott Stiepleman v. Oreck Corporation, et al., C.A. No. 0:11-61861

      <u>Northern District of Illinois</u>

Gregory Ruscitti v. Oreck Corporation, C.A. No. 1:11-03121

      <u>Southern District of Ohio</u>

Edward Paragin v. Oreck Corporation, et al., C.A. No. 1:11-00580

Schedule of Matters for Hearing Session, Section A                    p. 6
Miami, Florida


MDL No. 2318 -- **IN RE: ORECK CORPORATION PROSHIELD PLUS AIR PURIFIER MARKETING AND SALES PRACTICES LITIGATION**

Motion of defendants Oreck Corporation; Oreck Direct LLC; Oreck Holdings, LLC; and Oreck Homecare, LLC, for centralization of certain of the following actions in the United States District Court for the Northern District of Illinois or, in the alternative, the United States District Court for the Middle District of Tennessee, and motion of plaintiff Teri Latta for centralization of the following actions in the United States District Court for the Central District of California:

Central District of California

Gina Chenier, et al. v. Oreck Corporation, C.A. No. 2:11-05321
Roxy Edge, et al. v. Oreck Corporation, et al., C.A. No. 2:11-08725
Teri Latta v. Oreck Corporation, et al., C.A. No. 5:11-01082

Southern District of Florida

Scott Stiepleman v. Oreck Corporation, et al., C.A. No. 0:11-61861

Northern District of Illinois

Gregory Ruscitti v. Oreck Corporation, C.A. No. 1:11-03121

Southern District of Ohio

Edward Paragin v. Oreck Corporation, et al., C.A. No. 1:11-00580


MDL No. 2319 -- **IN RE: BAYER HEALTHCARE LLC AND MERIAL LIMITED FLEA CONTROL PRODUCTS MARKETING AND SALES PRACTICES LITIGATION**

Motion of plaintiff Pamela J. Carthen for centralization of the following actions in the United States District Court for the Northern District of Ohio:

Central District of California

Kevin Simms v. Merial Limited, C.A. No. 2:11-08548

Schedule of Matters for Hearing Session, Section A                                p. 7
Miami, Florida

MDL No. 2319 (Continued)

        Northern District of Illinois

Alan Resnick, et al. v. Bayer Healthcare LLC, et al., C.A. No. 1:11-07210

        Western District of Louisiana

Nashville Farrell v. Bayer Healthcare LLC, et al., C.A. No. 1:11-01820

        District of New Jersey

John Gregg v. Bayer Healthcare LLC, et al., C.A. No. 3:11-06011

        Southern District of New York

Mark Bloom v. Bayer Healthcare LLC, et al., C.A. No. 1:11-07173

        Northern District of Ohio

Pamela J. Carthen v. Bayer Healthcare LLC, et al., C.A. No. 1:11-02172


MDL No. 2320 -- **IN RE: COLGATE-PALMOLIVE SOFTSOAP ANTIBACTERIAL
                HAND SOAP MARKETING AND SALES PRACTICES LITIGATION**

        Motion of plaintiff Adam Emery for centralization of the following actions in the United
States District Court for the Southern District of Illinois:

        Central District of California

Tracy Nieblas, et al. v. Colgate-Palmolive Company, et al., C.A. No. 8:11-00438

        Southern District of Florida

Jeffrey Rosen v. Colgate-Palmolive Company, C.A. No. 0:11-62242
Shari Elstein v. Colgate-Palmolive Company, C.A. No. 9:11-81165

Schedule of Matters for Hearing Session, Section A                    p. 8
Miami, Florida


MDL No. 2320 (Continued)


      <u>Northern District of Illinois</u>

Kristina Pearson v. Colgate-Palmolive Company, C.A. No. 1:11-06086

      <u>Southern District of Illinois</u>

Adam Emery v. Colgate-Palmolive Company, C.A. No. 3:11-00797

      <u>District of Nevada</u>

Jeff Dyke v. Colgate-Palmolive Company, C.A. No. 2:11-01750

      <u>District of New Hampshire</u>

John Katsigianis v. Colgate-Palmolive Company, C.A. No. 1:11-00427


MDL No. 2321 -- **IN RE: YELLOW BRASS PLUMBING COMPONENT PRODUCTS
               LIABILITY LITIGATION**

      Motion of plaintiffs Solera at Anthem Community Association, Inc.; Fulton Park Unit
Owners' Association, et al.; Dakota Condominum Association; Alexander Delaney, et al.; and
Waterfall Homeowners Association, et al., and defendants Fiesta Park Homeowners'
Association; Anthem Highlands Community Association; Donald Parker-Hansen; and Kimberly
Parker-Hansen for centralization of the following actions in the United States District Court for
the District of Nevada:

      <u>District of Arizona</u>

Jerry L. Richards, et al. v. Del Webb Communities Inc., et al., C.A. No. 2:11-00368
Anthony Bembnister, et al. v. D.R. Horton Incorporated - Dietz-Crane Homes, et al.,
   C.A. No. 2:11-01458

      <u>District of Nevada</u>

Solera at Anthem Community Association, Inc. v. Del Webb Communities, Inc., et al.,
   C.A. No.2:11-00425

Schedule of Matters for Hearing Session, Section A                          p. 9
Miami, Florida


MDL No. 2321 (Continued)


      <u>District of Nevada</u> (Continued)

Fulton Park Unit Owners' Association, et al. v. PN II, Inc., C.A. No. 2:11-00783
Dakota Condominum Association v. Wirsbo Company, et al., C.A. No. 2:11-00812
Robert Wolinsky, et al. v. Carina Corporation, C.A. No. 2:11-00830
Coleman-Toll Limited Partnership v. Rehau, Inc., C.A. No. 2:11-01227
Greystone Nevada, LLC v. Fiesta Park Homeowners' Association, C.A. No. 2:11-01422
Greystone Nevada, LLC, et al. v Anthem Highlands Community Association,
   C.A. No. 2:11-01424
U.S. Home Corporation v. Parker-Hansen, et al., C.A. No. 2:11-01426
Waterfall Homeowners Association, et al. v. Viega, Inc., et al., C.A. No. 2:11-01498
Charleston and Jones, LLC, et al. v. Uponor, Inc., et al., C.A. No. 2:11-01637


      <u>District of Oregon</u>

Association of Unit Owners of East Village at Orenco Station, a Condominium v.
   Uponor, Inc., et al., C.A. No. 3:11-01169


MDL No. 2322 -- **IN RE: WIRELESS LIFESTYLE, INC., FAIR LABOR STANDARDS**
          **ACT (FLSA) AND WAGE AND HOUR LITIGATION**

Motion of defendant Wireless Lifestyle, Inc., for centralization of the following actions
in the United States District Court for the Western District of Missouri:

      <u>Central District of California</u>

Teausha Coleman v. Wireless Lifestyle, Inc., et al., C.A. No. 5:11-01727

      <u>Northern District of California</u>

Yasmin Martinez v. Wireless Lifestyle, Inc., C.A. No. 3:11-05132
Kevin Fraizier, et al. v. Wireless Lifestyle, Inc., C.A. No. 3:11-05192

Schedule of Matters for Hearing Session, Section A                    p. 10
Miami, Florida

MDL No. 2322 (Continued)


<u>Northern District of Illinois</u>

Haleem Ahmed v. Pasha Distribution, C.A. No. 1:11-05619

<u>Western District of Missouri</u>

Chase White, et al. v. Pasha Distribution Corporation, C.A. No. 4:11-00975


MDL No. 2323 -- **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**

Motion of defendant National Football League for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:

<u>Central District of California</u>

Vernon Maxwell, et al. v. National Football League, C.A. No. 2:11-08394
Dave Pear, et al. v. National Football League, et al., C.A. No. 2:11-08395
Larry Barnes, et al. v. National Football League, et al., C.A. No. 2:11-08396

<u>Eastern District of Pennsylvania</u>

Charles Ray Easterling, et al. v. National Football League, Inc., C.A. No. 2:11-05209


MDL No. 2324 -- **IN RE: HORIZON ORGANIC MILK PLUS DHA OMEGA-3 MARKETING AND SALES PRACTICES LITIGATION**

Motion of defendants Dean Foods Company and WhiteWave Foods Company for centralization of the following actions in the United States District Court for the Southern District of California:

<u>Western District of Arkansans</u>

Steven Hulsey v. Dean Foods Company, et al., C.A. No. 5:11-05251

MDL No. 2324 (Continued)


      <u>Southern District of California</u>

Evereth Barrera v. Dean Foods, Inc., et al., C.A. No. 3:11-02249

      <u>Middle District of Florida</u>

Dr. Brie Gindele, et al. v. Dean Foods, Inc., et al., C.A. No. 2:11-00600

      <u>Southern District of Florida</u>

Michelle Schucher v. Whitewave Foods Company, C.A. No. 1:11-23807

      <u>Northern District of Illinois</u>

Jamie Walker v. Deans Foods, Inc., et al., C.A. No. 1:11-06944


MDL No. 2325 -- **IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

     Motion of defendant American Medical Systems, Inc., for centralization of certain of the following actions in the United States District Court for the District of Minnesota or, in the alternative, the United States District Court for the Southern District of West Virginia; and motion of plaintiffs Jill Engledow; Laura Jones; Connie Erwin, et al.; Kaci Mitchell; Joycebeth Stoutamire; Gidget Crossett; Jennifer Gaines, et al.; and Virginia Johnson, et al., for centralization of the following actions in the United States District Court for the Southern District of West Virginia:

      <u>Northern District of Alabama</u>

Shannon Farr, et al. v. American Medical Systems, Inc., et al., C.A. No. 5:11-02767

      <u>District of Arizona</u>

Kaylin Oldfather v. American Medical Systems, Inc., C.A. No. 2:11-02022

Schedule of Matters for Hearing Session, Section A                              p. 12
Miami, Florida


MDL No. 2325 (Continued)


    <u>Central District of California</u>

Jill Engledow v. Mentor Corporation, et al., C.A. No. 2:11-07391
Susan Galbreath, et al. v. Steve Seung Yil Koh, M.D., et al., C.A. No. 2:11-08387

    <u>Northern District of California</u>

Ellen Ambroff, et al. v. American Medical Systems, Inc., C.A. No. 3:08-04289
Shellie Hill, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04610
Judy Anna Winegardner, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04611
Iona Metcalf, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04612
Jenelle Hoover, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04614
Kathleen Nichols-Gould, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04616
Vicki Gray v. American Medical Systems, Inc., C.A. No. 3:11-04668
Kathleen Schmidt, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04670
Francine Baia, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04671
Summer Abrego v. American Medical Systems, Inc., C.A. No. 3:11-04672
Carole Chenoweth v. American Medical Systems, Inc., C.A. No. 3:11-05145
Patricia Hendricksen v. American Medical Systems, Inc., C.A. No. 3:11-05146
Sherry Maloney v. American Medical Systems, Inc., C.A. No. 3:11-05312
Lisa Roddy, et al. v. American Medical Systems, Inc., C.A. No.  4:11-03970
Michelle Arsenault v. American Medical Systems, Inc., C.A. No. 4:11-04343
Susan Petkovich, et al. v. American Medical Systems, Inc., C.A. No. 4:11-04613
Letitia Greene-Newton, et al. v. American Medical Systems, Inc. C.A. No. 4:11-04615
Veda Lester v. American Medical Systems, Inc., C.A. No. 4:11-04669
April Stevens v. American Medical Systems, Inc., C.A. No. 4:11-05143
Joette Boone, et al. v. American Medical Systems, Inc., et al., C.A. No. 4:11-05144
Cindy Wyatt, et al. v. American Medical Systems, Inc., C.A. No. 4:11-05147
Jan Glisson, et al. v. American Medical Systems, Inc., C.A. No. 5:11-04945
Ramona Foley, et al. v. American Medical Systems, Inc., C.A. No. 5:11-05014

    <u>District of Delaware</u>

Cathy Hoppe v. American Medical Systems, Inc., et al., C.A. No. 1:11-01012

Schedule of Matters for Hearing Session, Section A                    p. 13
Miami, Florida


MDL No. 2325 (Continued)


      District of District of Columbia

Deborah Tedford v. American Medical Systems, Inc., C.A. No. 1:11-01472

      Northern District of Florida

Carolyn Finlay v. American Medical Systems, Inc., C.A. No. 3:11-00507

      Northern District of Georgia

Iris Geraldine Carr, et al. v. Ethicon, Inc., et al., C.A. No. 1:11-02217
Kimberly Williams v. American Medical Systems, Inc., et al., C.A. No. 1:11-02782
Cynthia Daniel, et al. v. American Medical Systems, Inc., C.A. No. 1:11-03261
Holly Johnson, et al. v. American Medical Systems, Inc., C.A. No. 1:11-03925
Patricia Ledford, et al. v. American Medical Systems, Inc., C.A. No. 1:11-03926
Lynn Pope, et al. v. American Medical Systems, Inc., C.A. No. 1:11-03928
Laurie Schultz v. American Medical Systems, Inc., C.A. No. 1:11-03929
Sonya Waren, et al. v. American Medical Systems, Inc., C.A. No. 2:11-00310
Tammy Powell, et al. v. American Medical Systems, Inc., C.A. No. 3:11-00159
Maritza Reneau, et al. v. American Medical Systems, Inc., C.A. No. 3:11-00180

      Western District of Louisiana

Bette G. Waldroup, et al. v. Boston Scientific Corp., et al., C.A. No. 3:11-01854
Patsy J. Brandao, et al. v. American Medical Systems Holdings Inc., et al.,
   C.A. No. 5:11-01767
JoAnn B. Pickard v. American Medical Systems Inc., et al., C.A. No. 5:11-01845

      District of Maryland

Robin Dahl v. American Medical Systems, Inc., C.A. No. 1:11-02925

      District of Minnesota

Marsha Flight, et al. v. American Medical Systems, Inc., et al., C.A. No. 0:11-01761

Schedule of Matters for Hearing Session, Section A                           p. 14
Miami, Florida


MDL No. 2325 (Continued)


  District of Minnesota (Continued)

Amy Wells, et al. v. American Medical Systems, Inc., C.A. No. 0:11-02141
Bobbie Fearn, et al. v. American Medical Systems, Inc., C.A. No. 0:11-02502
JoAnn Hill v. American Medical Systems, Inc., C.A. No. 0:11-02589

  District of Nevada

Carol S. Austin-Fink v. American Medical Systems, Inc., C.A. No. 2:09-01981
Connie Erwin, et al. v. American Medical Systems, Inc., et al., C.A. No. 2:11-01475
Debra Grumbles v. American Medical Systems, Inc., C.A. No. 2:11-01582

  Middle District of North Carolina

Tamara Tucker, et al. v. American Medical Systems, Inc., et al., C.A. No. 1:11-00974

  Northern District of Ohio

Joann Heather, et al. v. Ethicon, Inc., et al., C.A. No. 5:11-02012

  Western District of Oklahoma

Lisa Berry v. American Medical Systems, Inc., et al., C.A. No. 5:11-00748
Tina Gordon v. American Medical Systems Holdings Inc., et al., C.A. No. 5:11-01259
Stacy Hamilton v. American Medical Systems Holdings Inc., et al., C.A. No. 5:11-01265
Jennifer Gaines, et al. v. American Medical Systems, Inc., C.A. No. 5:11-01299

  Eastern District of Pennsylvania

Paulette Lewis v. American Medical Systems, Inc., C.A. No. 2:11-05445
Kathleen Craig, et al. v. American Medical Systems, Inc., C.A. No. 2:11-05462
Linda Osman, et al. v. American Medical Systems, Inc., C.A. No. 2:11-05465
Helga White v. American Medical Systems, Inc., et al., C.A. No. 2:11-05520
Jennifer Heiser v. Endo Pharmaceuticals, C.A. No. 2:11-06651
Maggie McEwan, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06652

Schedule of Matters for Hearing Session, Section A                    p. 15
Miami, Florida


MDL No. 2325 (Continued)


Eastern District of Pennsylvania (Continued)

Kathleen Kenton, et al. v. Endo Pharmaceuticals, C.A. No.  2:11-06653
Bemella Meche v. Endo Pharmaceuticals, C.A. No. 2:11-06654
Holli Allen, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06655
Mary Howard, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06656
Joann Cosma, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06657
Evelyn Bonilla, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06658
Jane Mixon, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06659
Helen Reaves v. Endo Pharmaceuticals, C.A. No. 2:11-06660
Mary Smith, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06661
Joann Fosbenner, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06662
Marie Quigley, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06663
April Perdue, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06664
Valinda Aumiller v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06804
Gina Kolar v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06805
Candace Lyons v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06806
Gearal Moneypenny, et al. v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06807
Susan Cox v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06808
Katherine Simmons v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06809
Kaci Mitchell v. Endo Pharmaceuticals, C.A. No. 2:11-07131
Joycebeth Stoutamire v. Endo Pharmaceuticals, C.A. No. 2:11-07134
Gidget Crossett v. Endo Pharmaceuticals, C.A. No. 2:11-07135


Western District of Texas

Sandra Colon v. American Medical Systems, Inc., C.A. No. 1:11-00872


District of Utah

Jeanne Kramer, et al. v. American Medical Systems, Inc., C.A. No. 2:11-01004


Western District of Washington

Dianne Horton, et al. v. American Medical Systems, Inc., et al., C.A. No. 3:11-05780

Schedule of Matters for Hearing Session, Section A                    p. 16
Miami, Florida


MDL No. 2325 (Continued)


      Southern District of West Virginia

    Fronde Culbertson, et al. v. C. R. Bard, Inc., et al., C.A. No. 2:11-00796
    Jessica Swaim, et al. v. American Medical Systems, Inc., et al., C.A. No. 2:11-00827
    Virginia Johnson, et al. v. American Medical Systems, Inc., C.A. No. 2:11-00933


MDL No. 2326 -- **IN RE: BOSTON SCIENTIFIC CORP. PELVIC REPAIR SYSTEM
              PRODUCTS LIABILITY LITIGATION**

    Motion of plaintiffs Sherry Herkal; Catherine A. Avent; Donna Beatty; et al.; Kimberly
Barber, et al.;  Tamara Tucker, et al.; Tammy L. Kennamore; Shannon Farr, et al.; Mary Nalley,
et al.; Anna Buchanan, et al.; Ava Kirkpatrick; Michelle Spence, et al.; Joette Boone, et al.;
Geraldine Bailey, et al.; Iris Geraldine Carr, et al.; Tami Goodson; Kimberly Williams; Nicole
Preston, et al.; Brenda Moyer, et al.; Lisa Daniels; Shirley Carnella Carroll, et al.; Karen S.
Weller; Anita M. Jolly; Minnie V. Mann; Amanda Powell, et al.; Nancy K. Williams; Patsy
Meadows, et al.; Terre Hammonds; Leona Webb, et al.; Diane Horton, et al.; and Marta Iglesias,
et al., for centralization of the following actions in the United States District Court for the
Southern District of West Virginia:

      Middle District of Alabama

    Kimberly Barber, et al. v. Boston Scientific Corp., C.A. No. 2:11-00952

      Northern District of Alabama

    Anna Buchanan, et al. v. Boston Scientific Corp., C.A. No. 2:11-03946
    Mary Nalley, et al. v. Boston Scientific Corp., C.A. No. 4:11-03521
    Shannon Farr, et al. v. American Medical Systems, Inc., et al., C.A. No. 5:11-02767
    Ava Kirkpatrick v. Boston Scientific Corp., C.A. No. 5:11-03759

      District of Arizona

    Catherine A. Avent v. Boston Scientific Corp., C.A. No. 2:11-02280

Schedule of Matters for Hearing Session, Section A                    p. 17
Miami, Florida


MDL No. 2326 (Continued)


      Central District of California

Sherry Herkal v. Boston Scientific Corp., et al., C.A. No. 2:11-08678

      Northern District of California

Michelle Spence, et al. v. Boston Scientific Corp., C.A. No. 3:11-04961
Joette Boone, et al. v. American Medical Systems, Inc., et al., C.A. No. 4:11-05144

      Southern District of Florida

Marta Iglesias, et al. v. Boston Scientific Corp., C.A. No. 1:11-24263

      Northern District of Georgia

Iris Geraldine Carr, et al. v. Ethicon, Inc., et al., C.A. No. 1:11-02217
Kimberly Williams v. American Medical Systems, Inc., et al., C.A. No. 1:11-02782
Tami Goodson v. Boston Scientific Corp., C.A. No. 1:11-03023
Geraldine Bailey, et al. v. Boston Scientific Corp., C.A. No. 1:11-03981
Nicole Preston, et al. v. Boston Scientific Corp., C.A. No. 1:11-03982

      Western District of Louisiana

Minnie V. Mann v. Boston Scientific Corp., C.A. No. 3:11-01785
Anita M. Jolly, et al. v. Boston Scientific Corp., C.A. No. 3:11-01871
Amanda Powell, et al. v. Boston Scientific Corp., C.A. No. 3:11-01876
Nancy K. Williams v. Boston Scientific Corp., et al., C.A. No. 3:11-01938
Karen S. Weller v. Boston Scientific Corp., C.A. No. 5:11-01696
Shirley Carroll, et al. v. Johnson & Johnson Inc., et al., C.A. No. 5:11-01937

      Middle District of North Carolina

Tamara Tucker, et al. v. American Medical Systems, Inc., et al., C.A. No. 1:11-00974

      Western District of North Carolina

Patsy Meadows, et al. v. Boston Scientific Corp., C.A. No. 5:11-00143

Schedule of Matters for Hearing Session, Section A                          p. 18
Miami, Florida

MDL No. 2326 (Continued)


      <u>Western District of Oklahoma</u>

Terre Hammonds v. Boston Scientific, Inc., C.A. No. 5:11-00663

      <u>District of South Carolina</u>

Donna Beatty, et al. v. Boston Scientific Corp., C.A. No. 2:11-03147
Lisa Daniels v. Boston Scientific Corp., C.A. No. 3:11-02849

      <u>Middle District of Tennessee</u>

Tammy L. Kennamore v. Boston Scientific Corp., C.A. No. 3:11-01064

      <u>Western District of Texas</u>

Leona Webb, et al. v. Boston Scientific Corp., C.A. No. 1:11-00873

      <u>Western District of Washington</u>

Diane Horton, et al. v. American Medical Systems, Inc., et al., C.A. No.  3:11-05780

      <u>Southern District of West Virginia</u>

Brenda Moyer, et al. v. Boston Scientific Corp., C.A. No. 2:11-00810

MDL No. 2327 -- **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS
                      LIABILITY LITIGATION**

Motion of plaintiffs Joy Essman, et al.; Caryn Bienstock; Carol Dimock; Linda B.
Ryan; Amanda Deleon, et al.; Rose Gomez, et al.; Joanna Jacobson; Helga White; Helen M.
Brown, et al.; Deborah Lozano, et al.; Amy Holland, et al.; Carrie Smith; Barbara Dykes;
Quillan Garnett, et al.; Doris Jackson; Cathy Warlick, et al.; Iris Geraldine Carr, et al.; Kathy
Barton; Kathleen Wolfe; Judy White, et al.; Joann Heather, et al.; Susan Thaman, et al.; Mary
Luellen Kilday, et al.; Janice Swaney; Mary F. Cone; Polly Middlebrook; Sharon Boggs, et al.;
Wilma Johnson; Teri Key Shively, et al.; Terrie S. Gregory, et al.; Shirley Carnella, et al.; Tina
Morrow, et al.; Charlene Logan Taylor; Susan C. Hayes, et al.; Sandra L. Wolfe; Lisa Berry;
Stacy Hamilton; Deborah A. Smith; Bella Cuevas, et al.; Dawna Hankins; and Charlotte
Hargrove for centralization of the following actions in the United States District Court for the
Southern District of West Virginia:

> Northern District of Florida

Barbara Dykes v. Ethicon, Inc., et al., C.A. No. 3:11-00564

> Southern District of Florida

Susan Thaman, et al. v. Ethicon, Inc., C.A. No. 2:11-14390

> Middle District of Georgia

Amy Holland, et al. v. Johnson & Johnson, et al., C.A. No. 3:11-00135
Carrie Smith v. Ethicon, Inc., et al., C.A. No. 5:11-00467

> Northern District of Georgia

Iris Geraldine Carr, et al. v. Ethicon, Inc., et al., C.A. No. 1:11-02217
Cathy Warlick, et al. v. Ethicon, Inc., et al., C.A. No. 1:11-02758
Doris Jackson v. Johnson & Johnson, et al., C.A. No. 1:11-03903
Quillan Garnett, et al. v. Johnson & Johnson, et al., C.A. No. 1:11-03904
Kathy Barton v. Gynecare, Inc., et al., C.A. No. 3:11-00176

> Southern District of Georgia

Mary Luellen Kilday, et al. v. Johnson & Johnson, et al., C.A. No. 4:11-00286
Janice Swaney v. Johnson & Johnson, et al., C.A. No.4:11-00287
Mary F. Cone v. Ethicon, Inc., et al., C.A. No. 5:11-00110

Schedule of Matters for Hearing Session, Section A                          p. 20
Miami, Florida

MDL No. 2327 (Continued)

      District of Kansas

Joy Essman, et al. v. Ethicon, Inc., et al., C.A. No. 2:11-02595

      Eastern District of Louisiana

Linda B. Ryan v. Johnson & Johnson, Inc., et al., C.A. No. 2:11-02751

      Western District of Louisiana

Teri Key Shively, et al. v. Johnson & Johnson, et al., C.A. No. 3:11-00362
Terrie S. Gregory, et al. v. Johnson & Johnson Inc., et al., C.A. No. 3:11-01768
Tina Morrow, et al. v. Johnson & Johnson Inc., et al., C.A. No. 3:11-01866
Susan C. Hayes, et al. v. Johnson & Johnson Inc., et al., C.A. No. 3:11-01897
Charlene Logan Taylor v. Johnson & Johnson Inc., et al., C.A. No. 5:11-01894
Shirley Carroll, et al. v. Johnson & Johnson Inc., et al., C.A. No. 5:11-01937

      Southern District of Mississippi

Polly Middlebrook v. Ethicon, Inc., C.A. No. 4:11-00169

      Western District of Missouri

Sandra L. Woolfe v. Ethicon, Inc., et al., C.A. No. 4:11-01040

      District of New Jersey

Caryn Bienstock v. Ethicon, Inc., et al., C.A. No. 3:11-04080

      Northern District of New York

Kathleen Wolfe v. Ethicon, Inc., C.A. No.  6:11-00180

      Northern District of Ohio

Judy White, et al. v. Ethicon, Inc., et al., C.A. No. 1:11-01562
Joann Heather, et al. v. Ethicon, Inc., et al., C.A. No. 5:11-02012

Schedule of Matters for Hearing Session, Section A                          p. 21
Miami, Florida


MDL No. 2327 (Continued)


      <u>Southern District of Ohio</u>

Sharon Boggs, et al. v. Ethicon, Inc., C.A. No. 1:11-00516

      <u>Western District of Oklahoma</u>

Lisa Berry v. American Medical Systems, Inc., et al., C.A. No. 5:11-00748
Stacy Hamilton v. American Medical Systems Holdings Inc., et al., C.A. No. 5:11-01265

      <u>Eastern District of Pennsylvania</u>

Helga White v. American Medical Systems, Inc., et al., C.A. No. 2:11-05520
Joanna Jacobson v. Ethicon, Inc., C.A. No. 2:11-05591
Rose Gomez, et al. v. Ethicon, Inc., C.A. No. 2:11-05625
Amanda Deleon, et al. v. Ethicon, Inc., C.A. No. 5:11-05538

      <u>Western District of Pennsylvania</u>

Deborah A. Smith v. Ethicon, Inc., C.A. No. 1:11-00279

      <u>District of South Carolina</u>

Charlotte Hargrove v. Johnson & Johnson, et al., C.A. No. 2:11-03242

      <u>Eastern District of Tennessee</u>

Helen Brown, et al. v. Johnson & Johnson, et al., C.A. No. 3:11-00483

      <u>Western District of Texas</u>

Bella Cuevas, et al. v. Ethicon, Inc., C.A. No. 5:11-00585

      <u>District of Utah</u>

Carol Dimock v. Ethicon, Inc., et al., C.A. No. 2:11-01048

Schedule of Matters for Hearing Session, Section A                    p. 22
Miami, Florida


MDL No. 2327 (Continued)


      <u>Western District of Washington</u>

Dawna Hankins v Ethicon, Inc., C.A. No. 2:11-01635

      <u>Southern District of West Virginia</u>

Wilma Johnson v. Ethicon, Inc., C.A. No. 2:11-00809

      <u>Eastern District of Wisconsin</u>

Deborah Lozano, et al. v. Ethicon, Inc., C.A. No. 2:11-00836


MDL No. 2329 -- **IN RE: WRIGHT MEDICAL TECHNOLOGY, INC., CONSERVE HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

      Motion of plaintiff Danny L. James, Sr., for centralization of the following actions in the United States District Court for the Southern District of Georgia or, in the alternative, the United States District Court for the Northern District of Georgia:

      <u>District of Arizona</u>

Virginia Welch v. Wright Medical Technology Inc., et al., C.A. No. 2:11-002113

      <u>Central District of California</u>

Carole Kearn v. Wright Medical Group, Inc., et al., C.A. No. 5:11-01652

      <u>Northern District of California</u>

Gregory K. Tucker, et al. v. Wright Medical Technology, Inc., et al., C.A. No. 4:11-03086

      <u>Southern District of Georgia</u>

Danny L. James, Sr. v. Wright Medical Technology, Inc., et al., C.A. No. 2:11-00200

Schedule of Matters for Hearing Session, Section A                    p. 23
Miami, Florida


MDL No. 2329 (Continued)


      <u>District of Utah</u>

    Eric C. Snitkoff v. Wright Medical Technology, Inc., et al., C.A. No. 2:11-00390

Schedule of Matters for Hearing Session, Section B                              p. 24
Miami, Florida


# SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT


MDL No. 875 -- **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Oppositions of plaintiffs Reuben Morgan; Douglas P. Leite, et al.; Amy K. Akau, et al.; and David M. Thompson, Jr., et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Southern District of Alabama

Reuben Morgan v. Bill Vann Company, Inc., et al., C.A. No. 2:11-00535

District of Hawaii

Douglas P. Leite, et al. v. Crane Company, et al., C.A. No. 1:11-00636
Amy K. Akau, et al. v. Crane Company, et al., C.A. No. 1:11-00637
David M. Thompson, Jr., et al. v. Crane Company, et al., C.A. No. 1:11-00638


MDL No. 1203 -- **IN RE: DIET DRUGS (PHENTERMINE/FENFLURAMINE/ DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Celeste Napoli to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

Central District of California

In re Diet Drug Litigation, C.A. No. 2:11-09507

Schedule of Matters for Hearing Session, Section B                    p. 25
Miami, Florida


## MDL No. 1535 -- IN RE: WELDING FUME PRODUCTS LIABILITY LITIGATION

Opposition of defendants The ESAB Group, Inc.; Hobart Brothers Company; The Lincoln Electric Company; and Linde, LLC, f/k/a The Boc Group, Inc. and/or Airco, Inc., to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the District of Minnesota:

Northern District of Ohio

David Mann v. Airco/The BOC Group, Inc., et al., C.A. No. 1:06-17288
    (D. Minnesota, C.A. No. 0:06-03319)


## MDL No. 1718 -- IN RE: FORD MOTOR CO. SPEED CONTROL DEACTIVATION SWITCH PRODUCTS LIABILITY LITIGATION

Opposition of plaintiff James Williams to transfer of the following action to the United States District Court for the Eastern District of Michigan:

Northern District of Mississippi

James Williams v. Ford Motor Company, et al., C.A. No. 3:11-00110


## MDL No. 1760 -- IN RE: AREDIA AND ZOMETA PRODUCTS LIABILITY LITIGATION

Motion of defendant Novartis Pharmaceuticals Corporation to transfer the following action to the United States District Court for the Middle District of Tennessee:

District of Rhode Island

M. Margaret Patterson, et al. v. Novartis Pharmaceuticals Corporation,
    C.A. No. 1:11-00402

MDL No. 1842 -- **IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY
                    LITIGATION**

Opposition of plaintiff Davis Tiburzi to transfer of the following action to the United
States District Court for the District of Rhode Island:

Western District of New York

Davis Tiburzi v. Davol Inc., et al., C.A. No. 1:11-00979

MDL No. 1871 -- **IN RE: AVANDIA MARKETING, SALES PRACTICES AND
                    PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Dewayne Adamson to transfer of the following action to the
United States District Court for the Eastern District of Pennsylvania:

Middle District of Alabama

Dewayne Adamson v. Smith Kline Beecham Corporation, C.A. No. 3:11-00898

MDL No. 1932 -- **IN RE: FAMILY DOLLAR STORES, INC., WAGE AND HOUR
                    EMPLOYMENT PRACTICES LITIGATION**

Opposition of defendants Family Dollar Stores, Inc., and Family Dollar Stores of
Pennsylvania, Inc., to remand, under 28 U.S.C. § 1407(a), of the following action to the United
States District Court for the Eastern District of Pennsylvania:

Western District of North Carolina

Albert Itterly v. Family Dollar Stores, Inc., et al., C.A. No. 3:09-01936
   (E.D. Pennsylvania, C.A. No. 5:08-01266)

**MDL No. 1983 -- IN RE: INDIANAPOLIS LIFE INSURANCE COMPANY I.R.S. § 412(i) AND § 419 PLANS LIFE INSURANCE MARKETING LITIGATION**

Opposition of plaintiffs Genesis Specialty Tile & Accessories, LLC, et al., to transfer of the following action to the United States District Court for the Northern District of Texas:

Eastern District of California

Genesis Specialty Tile & Accessories, LLC, et al. v. Amerus Life Insurance Company of Iowa, et al., C.A. No. 2:11-02489

**MDL No. 2004 -- IN RE: MENTOR CORP. OBTAPE TRANSOBTURATOR SLING PRODUCTS LIABILITY LITIGATION**
**MDL No. 2187 -- IN RE: AVAULTA PELVIC SUPPORT SYSTEMS PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Karla Sava to MDL No. 2004 Conditional Transfer Order (CTO-33) with Separation and Remand and MDL No. 2187 Conditional Transfer Order (CTO-33) with respect to:

Northern District of Georgia

Karla Sava v. C.R. Bard, Inc., et al., C.A. No. 1:11-03361

**MDL No. 2119 -- IN RE: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) LITIGATION**

Motion of defendants Mortgage Electronic Registration Systems, Inc., and MERSCORP, Inc., to transfer the following action to the United States District Court for the District of Arizona:

Northern District of Texas

Dallas County, Texas v. MERSCORP, Inc., et al., C.A. No. 3:11-02733

## MDL No. 2179 -- IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Oppositions of plaintiffs Reed Collier; Halliburton Energy Services, Inc.; and the United States of America to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

<u>Southern District of Alabama</u>

Reed Collier v. BP America Production Company, Inc., et al., C.A. No. 1:11-00593

<u>Southern District of Texas</u>

Halliburton Energy Services, Inc. v. BP Exploration & Production Inc., et al., C.A. No. 4:11-03392
United States of America v. Transocean Deepwater Drilling, Inc., C.A. No. 4:11-03638

## MDL No. 2187 -- IN RE: AVAULTA PELVIC SUPPORT SYSTEMS PRODUCTS LIABILITY LITIGATION

Opposition of plaintiffs Connie S. Nieders, et al., to transfer of the following action to the United States District Court for the Southern District of West Virginia:

<u>Central District of Illinois</u>

Connie S. Nieders, et al. v. Johnson & Johnson, et al., C.A. No. 3:10-03272

Motion of defendant C. R. Bard, Inc., to transfer the following action to the United States District Court for the Southern District of West Virginia:

<u>Western District of Oklahoma</u>

Johnna Anderson, et al. v. C. R. Bard, Inc., C.A. No. 5:11-01153

MDL No. 2197 -- **IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Charles Dixon, Sr., et al.; Lorraine Butler; John Joseph, et al.; Adonna D. Dickson; Deborah Miller, et al.; and Marilyn Rupard to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

Eastern District of Louisiana

Charles Dixon, Sr., et al. v. Mark Starring and Associates, Inc., et al.,
  C.A. No. 2:11-02372
Lorraine Butler v. Mark Starring and Associates, Inc., et al., C.A. No. 2:11-02402

Middle District of Louisiana

John Joseph, et al. v. Depuy Orthopaedics, Inc., et al., C.A. No. 3:11-00659
Adonna D. Dickson v. Depuy Orthopaedics, Inc., et al., C.A. No. 3:11-00661

Western District of New York

Deborah Miller, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 1:11-00887

Southern District of Texas

Marilyn Rupard v. DePuy Orthopaedics, Inc., C.A. No. 4:11-03856

MDL No. 2243 -- **IN RE: FOSAMAX (ALENDRONATE SODIUM) PRODUCTS LIABILITY LITIGATION (NO. II)**

Oppositions of plaintiffs Beth Tobias, et al.; and Melba Madderra, et al., to transfer of their respective following actions to the United States District Court for the District of New Jersey:

Southern District of Illinois

Beth Tobias, et al. v. Merck Sharp & Dohme, Corp., C.A. No. 3:11-00982

Eastern District of Missouri

Melba Madderra, et al. v. Merck, Sharp & Dohme, Corp., C.A. No. 4:11-01673

Schedule of Matters for Hearing Session, Section B                          p. 30
Miami, Florida

MDL No. 2243 (Continued)

Oppositions of plaintiffs Theresa Thomas-Walsh, et al., and defendants GlaxoSmithKline LLC; Genentech, Inc.; Hoffmann-La Roche, Inc.; Roche Laboratories, Inc.; and Novartis Pharmaceuticals Corporation to Conditional Transfer Order (CTO-25) and Simultaneous Separation and Remand of Certain Claims with respect to:

<u>District of Colorado</u>

Theresa Thomas-Walsh, et al. v. Merck & Co., Inc., et al., C.A. No. 1:11-02736

MDL No. 2244 -- **IN RE: DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Marizola Earl, et al.; Armand Sanchez, et al.; Robert Nichols, et al.; and Donna Blalock, et al., to transfer of their respective following actions to the United States District Court for the Northern District of Texas:

<u>Central District of California</u>

Marizola Earl, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:11-07831
Armand Sanchez, et al. v. DePuy Orthopaedics, Inc, et al., C.A. No. 2:11-07867

<u>Northern District of California</u>

Robert Nichols, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 3:11-04748
Donna Blalock, et al. v. DePuy Orthopaedics, Inc., C.A. No. 4:11-04746

**MDL No. 2265 -- IN RE: COUNTRYWIDE FINANCIAL CORP.
                      MORTGAGED-BACKED SECURITIES LITIGATION**

Opposition of plaintiff Federal Housing Finance Agency to transfer of the following action to the United States District Court for the Central District of California:

      <u>Southern District of New York</u>

Federal Housing Finance Agency, As Conservator For The Federal National Mortgage Association, et al. v. Countrywide Financial Corporation et al., C.A. No. 1:11-06916


Motion of defendants Countrywide Home Loans, Inc.; Countrywide Financial Corporation; Bank of America, N.A.; NB Holdings Corporation; and Bank of America Corporation to transfer the following action to the United States District Court for the Central District of California:

      <u>Southern District of New York</u>

U.S. Bank National Association v. Countrywide Home Loans, Inc., et al., C.A. No. 1:11-06223


**MDL No. 2269 -- IN RE: BANK OF AMERICA CREDIT PROTECTION MARKETING
                      AND SALES PRACTICES LITIGATION**

Opposition of plaintiff Darrell V. McGraw, Jr., Attorney General of the State of West Virginia, to transfer of the following action to the United States District Court for the Northern District of California:

      <u>Southern District of West Virginia</u>

State of West Virginia v. Bank of America Corporation, C.A. No. 3:11-00693

MDL No. 2272 -- **IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY
LITIGATION**

Oppositions of defendants Zimmer, Inc.; Zimmer Holdings, Inc.; Wilson/Phillips
Holdings, Inc.; and Zimmer Surgical, Inc., to transfer of the following actions to the United
States District Court for the Northern District of Illinois:

District of Minnesota

Sharon Davis v. Zimmer, Inc., et al., C.A. No. 0:11-03174
Terry Earnheart v. Zimmer, Inc., et al., C.A. No. 0:11-03308
Ronnie Clark v. Zimmer, Inc., et al., C.A. No. 0:11-03344

District of New Jersey

Antoinette Switzer v. Zimmer Holdings, Inc., et al., C.A. No. 2:11-05246
Judith Kunkel, et al. v. Zimmer Holdings, Inc., et al., C.A. No. 2:11-05749
Sherry Barnes v. Zimmer Holdings, Inc., et al., C.A. No. 2:11-05750
Geraldine Coleman v. Zimmer Holdings, Inc., et al., C.A. No. 2:11-05751
Robert Heisler v. Zimmer Holdings, Inc., et al., C.A. No. 2:11-05752
Dianne Buckner v. Zimmer Holdings, Inc., et al., C.A. No. 2:11-05753
Arthur Jenkins, et al. v. Zimmer Holdings, Inc., et al., C.A. No. 2:11-05754
Charles Neidlinger, et al. v. Zimmer Holdings, Inc., et al., C.A. No. 2:11-05755
Suzanne Epperson, et al. v. Zimmer Holdings, Inc., et al., C.A. No. 2:11-05757
Mark Farmer, et al. v. Zimmer Holdings, Inc., et al., C.A. No. 2:11-05758
Willie J. Prenters v. Zimmer Holdings, Inc., et al., C.A. No. 2:11-05759

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a)     Schedule.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b)     Oral Argument Statement.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

(i)   The parties affected by a motion to transfer may agree to waive oral argument.

The Panel will take this into consideration in determining the need for oral argument.

(c)     Hearing Session.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

(i)    the dispositive issue(s) have been authoritatively decided; or

(ii)   the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d)     Notification of Oral Argument.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

(i)    Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

(ii)   The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

- 2 -

(e)     <u>Duty to Confer</u>.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f)     <u>Time Limit for Oral Argument</u>.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.