James L. Oberman, Esq. (C.S.B. #120938)
Ian A. Rivamonte, Esq. (C.S.B. #232663)
KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone: (510) 302-1000

Attorneys for Plaintiffs

BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

| | |
|---|---|
| JAMES DEASON and MARY DEASON,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | N.D. Cal., C.A. No. 3:11-cv-05667 (JSW)<br><br>[See Schedule of Action Involved]<br><br>**PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-469)** |

Plaintiffs James Deason and Mary Deason, by and through their undersigned counsel, pursuant to Rule 7.1(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, hereby move the Panel to vacate its order of December 2, 2011 (CTO-469), conditionally transferring this case to the asbestos multidistrict litigation tribunal in the U.S. District Court for the Eastern District of Pennsylvania. This motion is based upon the accompanying Brief in Support of Plaintiffs' Motion to Vacate CTO-469; the supporting Declaration of Ian Rivamonte and attached exhibits thereto; all records and papers on file in this case in the transferor court; and such additional materials as may properly be presented to the Panel at the time of hearing on the motion. Pursuant to Rule 7.1(f), plaintiffs request the Clerk to set this motion on for hearing at the next session of the Panel.

DATED: December 21, 2011          KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY
                                  A Professional Law Corporation
                                  By: _____
                                  Ian A. Rivamonte
                                  Attorneys for Plaintiffs