James L. Oberman, Esq. (C.S.B. #120938)
Ian A. Rivamonte, Esq. (C.S.B. #232663)
KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone: (510) 302-1000

Attorneys for Plaintiffs

BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

| | |
|---|---|
| JAMES DEASON and MARY DEASON, <br><br> Plaintiffs, <br><br> vs. <br><br> A.W. CHESTERTON COMPANY, et al., <br><br> Defendants. | N.D. Cal., C.A. No. 3:11-cv-05667 (JSW) <br><br> **SCHEDULE OF ACTION INVOLVED PURSUANT TO RULES 6.1(b)(ii) and (iv) OF THE RULES OF PROCEDURE OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

Plaintiffs James Deason and Mary Deason submit this Schedule pursuant to Rule 6.1(b)(ii) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation:

 (A) <u>Plaintiffs</u>: James Deason and Mary Deason

   <u>Defendants</u>: National Steel and Shipbuilding Company; A.W. Chesterton Company; Astra Flooring Company; Allied Packing & Supply, Inc.; CBS Corporation, a Delaware Corporation formerly known as Viacom, Inc., formerly known as Westinghouse Electric Corporation; Cleaver-Brooks, Inc., formerly known as Aqua-Chem, Inc.; Foster Wheeler LLC; General Electric Company; Georgia-Pacific LLC; Goulds Pumps, Inc.; Hill Brothers Chemical Company; Hopeman Brothers, Inc.; Ingersoll-Rand Company, individually and as successor in interest, parent, alter ego and equitable trustee to Terry Steam Turbine Company and The Whiton Machine Company; Kaman Industrial Technologies Corporation; Lamons Gasket Company, individually and as successor in interest, parent, alter ego and equitable trustee to Power

Engineering & Equipment Co.; M. Slayen and Associates, Inc.; Power Engineering & Equipment Co.; and Syd Carpenter Marine Contractor Inc.

    (B)    U.S. District Court for the Northern District of California, San Francisco Division.

    (C)    Civil Action No.: 11-cv-05667 (JSW)

    (D)    Hon. Jeffrey S. White

Also, pursuant to Rule 6.1(b)(iv) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, accompanying this Schedule are copies of the dockets sheets from the U.S. District Court for the Northern District of California and Judicial Panel on Multidistrict Litigation for the action listed in this Schedule. A copy of the complaint for this action is attached as Exhibit C to the accompanying Declaration of Ian Rivamonte in Support of Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-469).

DATED: December 21, 2011

Respectfully submitted,

KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY
A Professional Law Corporation

By: _____
Ian A. Rivamonte

Attorneys for Plaintiffs

KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY, PLC
JACK LONDON MARKET
55 HARRISON STREET, SUITE 400
OAKLAND, CA 94607
(510) 302-1000
(510) 465-7728
FAX (510) 835-4913

IRIVAMONTE/1064865.1

Schedule of Action Involved
N.D. Cal., C.A. No. 3:11-cv-05667 (JSW)

2

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:11-cv-05667-JSW

Deason et al v. National Steel and Shipbuilding Company
Assigned to: Hon. Jeffrey S. White
Case in other court: Alameda County Superior Court, RG11-601088
Cause: 28:1441 Petition for Removal- Product Liability

Date Filed: 11/23/2011
Jury Demand: Defendant
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**James Deason**     represented by **Barbra Ferre**
Kazan McClain, Lyons, Greenwood & Harley PLC
Jack London Market
55 Harrison Street
Suite 400
Oakland, CA 94607
(510) 302-1000
*ATTORNEY TO BE NOTICED*

**Gloria Chun Amell**
Kazan McClain Lyons Greenwood & Harley APLC
171 Twelfth St., Third Floor
Oakland, CA 94607
(510) 302-1000
Fax: (510) 465-7728
Email: gamell@kazanlaw.com
*ATTORNEY TO BE NOTICED*

**Gordon D. Greenwood**
Kazan, McClain, Lyons, Greenwood & Harley, PLC
Jack London Market
55 Harrison Street
Suite 400
Oakland, CA 94607
510-302-1000
*ATTORNEY TO BE NOTICED*

**Ian Wilfred Alido Rivamonte**
Kazan McClain et al.
Jack London Market
55 Harrison St.
Suite 400
Oakland, CA 94607
510-302-1000
Fax: 510-835-4913

Email: irivamonte@kazanlaw.com
*ATTORNEY TO BE NOTICED*

**James Lyndon Oberman**
Kazan McClain Edises Abrams
Fernandez Lyons & Farrise
171 Twelfth Street, Third Floor
Oakland, CA 94607
510-465-7728
Fax: 510-835-4913
Email: joberman@kazanlaw.com
*ATTORNEY TO BE NOTICED*

**Matthew Louis Thiel**
Kazan McClain, Lyons, Greenwood &
Harley, PLC
Jack London Market
55 Harrison Street
Suite 400
Oakland, CA 94607
510-302-1000
Fax: 510-835-4913
Email: mthiel@kazanlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Deason**    represented by  **Barbra Ferre**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gloria Chun Amell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gordon D. Greenwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian Wilfred Alido Rivamonte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Lyndon Oberman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Louis Thiel**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**National Steel and Shipbuilding Company**   represented by   **Edward R. Hugo**
Brydon Hugo & Parker
135 Main Street, 20th Floor
San Francisco, CA 94105
(415) 808-0300
Fax: (415) 808-0333
Email: ehugo@bhplaw.com
*ATTORNEY TO BE NOTICED*

**Paul M. Bessette**
Brydon Hugo & Parker
135 Main Street
20th Floor
San Francisco, CA 94105
415-808-0300
Fax: 415-808-0333
*ATTORNEY TO BE NOTICED*

**Thomas J. Moses**
Brydon Hugo & Parker
135 Main Street, 20th Floor
San Francisco, CA 94105
(415) 808-0300
Fax: (415) 808-0333
Email: tmoses@bhplaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**A.W. Chesterton Company**   represented by   **Melissa Rose Badgett**
Cooley Manion Jones Hurowski LLP
444 S. Flower Street, Suite 1550
Los Angeles, CA 90071
(213) 622-7300
Fax: (213) 622-7313
Email: rbadgett@cmjhklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Astra Flooring Company**   represented by   **Gavin David Whitis**
Pond North
505 Montgomery St.
13th Floor
San Francisco, CA 94111
4152171240
Fax: 4153940484
Email: gwhitis@pondnorth.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Allied Packing & Supply, Inc.**   represented by   **Theodore Thomas Cordery**

        Imai Tadlock Keeney & Cordery, LLP
        100 Bush Street
        Suite 1300
        San Francisco, CA 94104
        415-675-7000
        Fax: 415-675-7008
        Email: tcordery@itkc.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**CBS Corporation**
*a Delaware Corporation*
*formerly known as*
Viacom, Inc.
*formerly known as*
Westinghouse Electric Corporation

represented by **Mary Katherine Back**
Pond North LLP
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170
Fax: 213-623-3594
Email: mback@pondnorth.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cleaver-Brooks, Inc.**
*formerly known as*
Aqua-Chem, Inc.

**Defendant**

**Foster Wheeler LLC**

**Defendant**

**General Electric Company**

**Defendant**

**Georgia-Pacific LLC**

**Defendant**

**Goulds Pumps, Incorporated**

represented by **Amy Margaret Kimmel**
Crosby & Rowell LLP
The American Bag Bldg
299 3rd St 2FL
Oakland, CA 94607
510-267-0300
Email: akimmel@crosbyrowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hill Brothers Chemical Company**

**Defendant**

**Hopeman Brothers, Inc.**

**Defendant**

**IMO Industries Inc.**
*individually and as successor in interest, parent, alter ego and equitable trustee to Delaval Steam Turbine Co.*

**Defendant**

**Ingersoll-Rand Company**
*individually and as successor in interest, parent, alter ego and equitable trustee to Terry Steam Turbine Company and The Whiton Machine Company*

**Defendant**

**Kaman Industrial Technologies Corporation**

represented by **Bruce Grant Nye**
Adams, Nye, Trapani, Becht, LLP
222 Kearny Street, Suite 700
San Francisco, CA 94108
415-982-8955
Email: bnye@adamsnye.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lamons Gasket Company**
*individually and as successor in interest, parent, alter ego and equitable trustee to Power Engineering & Equipment Co.*

**Defendant**

**M. Slayen and Associates, Inc.**

**Defendant**

**Power Engineering & Equipment Co.**

**Defendant**

**Syd Carpenter Marine Contractor Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/23/2011 | 1 | NOTICE OF REMOVAL; No Process from Alameda County Superior Court. Their case number is RG-11601088. (Filing fee $350.00 receipt number 34611067341). Filed by National Steel and Shipbuilding Company. (gba, COURT STAFF) (Filed on 11/23/2011) (Additional attachment(s) added on 11/26/2011: # 1 Civil Cover Sheet) (gba, COURT STAFF). (Entered: 11/26/2011) |
| 11/23/2011 | 2 | Certificate of Interested Entities by National Steel and Shipbuilding Company identifying Other Affiliate NAASCO Holdings Incorporated, Other Affiliate General Dynamics Corporation for National Steel and Shipbuilding Company. (gba, COURT STAFF) (Filed on 11/23/2011) (gba, COURT STAFF). (Entered: 11/26/2011) |
| 11/23/2011 | 3 | NOTICE of Tag-Along Action by National Steel and Shipbuilding Company (gba, COURT STAFF) (Filed on 11/23/2011) (gba, COURT STAFF). (Entered: 11/26/2011) |

| | | |
|---|---|---|
| 11/23/2011 | 4 | ADR SCHEDULING ORDER: Case Management Statement due by 3/2/2012. Case Management Conference set for 3/9/2012 01:30 PM in Courtroom G, 15th Floor, San Francisco. (gba, COURT STAFF) (Filed on 11/23/2011) (gba, COURT STAFF). (Entered: 11/26/2011) |
| 11/29/2011 | 5 | NOTICE of Appearance by James Lyndon Oberman (Oberman, James) (Filed on 11/29/2011) (Entered: 11/29/2011) |
| 11/29/2011 | 6 | NOTICE of Appearance by Ian Wilfred Alido Rivamonte (Rivamonte, Ian Wilfred) (Filed on 11/29/2011) (Entered: 11/29/2011) |
| 11/30/2011 | 7 | Declination to Proceed Before a U.S. Magistrate Judge by National Steel and Shipbuilding Company. (Attachments: # 1 Certificate/Proof of Service)(Moses, Thomas) (Filed on 11/30/2011) (Entered: 11/30/2011) |
| 12/01/2011 | 8 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klhS, COURT STAFF) (Filed on 12/1/2011) (Entered: 12/01/2011) |
| 12/01/2011 | 9 | ORDER REASSIGNING CASE. Case reassigned to Hon. Richard Seeborg for all further proceedings. Magistrate Judge Joseph C. Spero no longer assigned to the case.Signed by Executive Committee on 12/1/11. (ha, COURT STAFF) (Filed on 12/1/2011) (Entered: 12/01/2011) |
| 12/01/2011 | 10 | CLERKS NOTICE SCHEDULING A CASE MANAGEMENT CONFERENCE. Case Management Conference set for 3/15/2012 10:00 AM in Courtroom 3, 17th Floor, San Francisco. (cl, COURT STAFF) (Filed on 12/1/2011) (Entered: 12/01/2011) |
| 12/01/2011 | 11 | RECUSAL ORDER. Signed by Judge Richard Seeborg on 12/1/11. (cl, COURT STAFF) (Filed on 12/1/2011) (Entered: 12/02/2011) |
| 12/05/2011 | 12 | ORDER REASSIGNING CASE. Case reassigned to Hon. Jeffrey S. White for all further proceedings. Hon. Richard Seeborg no longer assigned to the case. Signed by Executive Committee on 12/5/11. (ha, COURT STAFF) (Filed on 12/5/2011) (Entered: 12/05/2011) |
| 12/05/2011 | 13 | INITIAL SCHEDULING CONFERENCE ORDER: Case Management Conference set for 3/16/2012 01:30 PM in Courtroom 11, 19th Floor, San Francisco. Case Management Statement due by 3/9/2012.. Signed by Judge Jeffrey S. White on 12/5/11. (jjoS, COURT STAFF) (Filed on 12/5/2011) (Entered: 12/05/2011) |
| 12/05/2011 | 14 | MOTION to Remand *Motion to Immediately Remand Dying Plaintiff's Living-Mesothelioma Case to Calif. Superior Court* filed by James Deason, Mary Deason. Motion Hearing set for 3/2/2012 09:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. Jeffrey S. White. Responses due by 12/19/2011. Replies due by 12/27/2011. (Attachments: # 1 Memorandum of Points & Authorities, # 2 Declaration Rivamonte Declaration, # 3 Exhibit Exhibit 1 Remand Motion, # 4 Exhibit Exhibit 2 Remand Motion, # 5 Exhibit Exhibit 3 Remand Motion, # 6 Exhibit Exhibit 4 Remand Motion, # 7 Exhibit Exhibit 5 Remand Motion, # 8 Exhibit Exhibit 6 Remand Motion, # 9 Exhibit Exhibit 7 Remand Motion, # 10 Exhibit Exhibit 8 Remand Motion, # 11 Declaration Declaration of James Deason in Support of Remand Motion, # 12 Proposed Order Proposed Order Granting Plfs' Motion to Immediately Remand Dying Plaintiff's Case to Calif Superior Ct, # 13 Certificate/Proof of Service Certificate of Service Plfs' Motion to Immediately Remand Dying Plaintiff's Case to Calif Superior Ct)(Rivamonte, Ian Wilfred) (Filed on 12/5/2011) (Entered: 12/05/2011) |
| 12/05/2011 | 15 | MOTION to Shorten Time *Motion to Shorten Hearing Time re Emergency Motion to* |

| | | |
|---|---|---|
| | | *Immediately Remand Asbestos-Cancer Case to Calif. Superior Court* filed by James Deason, Mary Deason. (Attachments: # 1 Declaration Amell Declaration in Support of Plaintiffs' Motion to Shorten Hearing Time re Emergency Motion to Immediately Remand Asbestos-Cancer Case to Calif. Superior Ct, # 2 Exhibit Exhibit 1 to Amell Declaration, # 3 Declaration Broaddus Declaration in Support of Motion to Shorten Time re: Emergency Motion to Immediately Remand Asbesto-Cancer Case to Calif. Superior Court, # 4 Exhibit Exhibit A to Broaddus Declaration, # 5 Proposed Order Proposed Order Granting Plaintiffs' Motion to Shorten Hearing Time re Emergency Motion to Immediately Remand, # 6 Certificate/Proof of Service Certificate Service Plaintiffs' Motion to Shorten Hearing Time re Emergency Motion to Immediately Remand)(Amell, Gloria) (Filed on 12/5/2011) (Entered: 12/05/2011) |
| 12/07/2011 | 16 | NOTICE of Appearance by Melissa Rose Badgett *for A.W. Chesterton Company* (Badgett, Melissa) (Filed on 12/7/2011) (Entered: 12/07/2011) |
| 12/07/2011 | 17 | Certificate of Interested Entities by A.W. Chesterton Company (Badgett, Melissa) (Filed on 12/7/2011) (Entered: 12/07/2011) |
| 12/07/2011 | 18 | NOTICE by A.W. Chesterton Company *of Filing State Court Answer* (Attachments: # 1 Exhibit 1)(Badgett, Melissa) (Filed on 12/7/2011) (Entered: 12/07/2011) |
| 12/08/2011 | 19 | NOTICE by James Deason, Mary Deason *Plaintiffs' Notice of Filing Notice of Opposition to Conditional Transfer Order (CTO-469) With the United States Judicial Panel on Multidistrict Litigation* (Rivamonte, Ian Wilfred) (Filed on 12/8/2011) (Entered: 12/08/2011) |
| 12/09/2011 | 20 | RESPONSE (re 15 MOTION to Shorten Time *Motion to Shorten Hearing Time re Emergency Motion to Immediately Remand Asbestos-Cancer Case to Calif. Superior Court* ) *Opposition to Plaintiffs' Motion to Shorten Hearing Time to Immediately Remand* filed byNational Steel and Shipbuilding Company. (Attachments: # 1 Declaration Declaration with Exhibits, # 2 Proposed Order, # 3 Certificate/Proof of Service)(Moses, Thomas) (Filed on 12/9/2011) (Entered: 12/09/2011) |
| 12/09/2011 | 21 | NOTICE of Appearance by Amy Margaret Kimmel *For Goulds Pumps, Inc.* (Kimmel, Amy) (Filed on 12/9/2011) (Entered: 12/09/2011) |
| 12/09/2011 | 22 | NOTICE by Goulds Pumps, Incorporated *of Filing State Court Answer* (Kimmel, Amy) (Filed on 12/9/2011) (Entered: 12/09/2011) |
| 12/09/2011 | 23 | REPLY (re 15 MOTION to Shorten Time *Motion to Shorten Hearing Time re Emergency Motion to Immediately Remand Asbestos-Cancer Case to Calif. Superior Court*, 14 MOTION to Remand *Motion to Immediately Remand Dying Plaintiff's Living-Mesothelioma Case to Calif. Superior Court* ) filed byJames Deason, Mary Deason. (Attachments: # 1 Declaration Oberman Declaration in Support of Plfs' Reply re Motion to Shorten Hearaing Time re Motion to Immediately Remand, # 2 Exhibit Exhibit A to Oberman Decl, # 3 Exhibit Exhibit B to Oberman Decl, # 4 Certificate/Proof of Service Certificate of Service Plfs' Reply ISO Motion to Shorten Hearing Time re Motion to Immediately Remand)(Amell, Gloria) (Filed on 12/9/2011) (Entered: 12/09/2011) |
| 12/12/2011 | 24 | ORDER by Judge Jeffrey S. White granting 15 Motion to Shorten Time (jswlc1, COURT STAFF) (Filed on 12/12/2011) (Entered: 12/12/2011) |
| 12/12/2011 | 25 | AMENDED ORDER Granting Plaintiffs' Motion to Shorten Time. Signed by Judge Jeffrey S. White on December 12, 2011. (jswlc1, COURT STAFF) (Filed on 12/12/2011) (Entered: 12/12/2011) |

| | | |
|---|---|---|
| 12/12/2011 | | Set/Reset Deadlines as to 14 MOTION to Remand *Motion to Immediately Remand Dying Plaintiff's Living-Mesothelioma Case to Calif. Superior Court*. Motion Hearing set for 1/6/2012 09:00 AM before Hon. Jeffrey S. White. (hdj, COURT STAFF) (Filed on 12/12/2011) (Entered: 12/12/2011) |
| 12/13/2011 | 26 | NOTICE by CBS Corporation *of Filing State Court Answer and Demand for Jury Trial* (Attachments: # 1 Exhibit A - Answer to First Amended Complaint, # 2 Exhibit B - Demand for Jury Trial)(Back, Mary) (Filed on 12/13/2011) (Entered: 12/13/2011) |
| 12/13/2011 | 27 | Certificate of Interested Entities by CBS Corporation *Pursuant to FRCP Rule 7.1* (Back, Mary) (Filed on 12/13/2011) (Entered: 12/13/2011) |
| 12/13/2011 | 28 | NOTICE of Appearance by Theodore Thomas Cordery , *Bruce Imai, Esq. bimai@itkc.com and Tina Yim, Esq. tyim@itkc.com* (Cordery, Theodore) (Filed on 12/13/2011) (Entered: 12/13/2011) |
| 12/14/2011 | 29 | ANSWER to Complaint (Notice of Removal) *and JURY DEMAND* byAstra Flooring Company. (Attachments: # 1 Declaration in Support of Answer)(Whitis, Gavin) (Filed on 12/14/2011) (Entered: 12/14/2011) |
| 12/14/2011 | 30 | NOTICE by Astra Flooring Company *OF RELATED CASES* (Whitis, Gavin) (Filed on 12/14/2011) (Entered: 12/14/2011) |
| 12/14/2011 | 31 | Certificate of Interested Entities by Astra Flooring Company (Whitis, Gavin) (Filed on 12/14/2011) (Entered: 12/14/2011) |
| 12/14/2011 | 32 | NOTICE by Astra Flooring Company *OF TAG-ALONG ACTION* (Whitis, Gavin) (Filed on 12/14/2011) (Entered: 12/14/2011) |
| 12/14/2011 | 33 | CERTIFICATE OF SERVICE by Astra Flooring Company re 29 Answer to Complaint (Notice of Removal), 31 Certificate of Interested Entities, 30 Notice (Other), 32 Notice (Other) (Whitis, Gavin) (Filed on 12/14/2011) (Entered: 12/14/2011) |
| 12/15/2011 | 34 | RESPONSE to re 30 Notice (Other) *Plaintiffs' Opposition to Defendant Astra Flooring's Notice of Related Cases* by James Deason, Mary Deason. (Attachments: # 1 Declaration Rivamonte Declaration in Opposition to Astra Flooring's Notice of Related Cases, # 2 Proposed Order Proposed Order Denying Astra Flooring's Notice of Related Cases, # 3 Certificate/Proof of Service Certificate of Service of Plaintiffs' Opposition to Astra Flooring's Notice of Related Cases)(Rivamonte, Ian Wilfred) (Filed on 12/15/2011) (Entered: 12/15/2011) |
| 12/15/2011 | 35 | *Defendant Kaman Industrial Technologies Corporation's* ANSWER to Complaint with Jury Demand byKaman Industrial Technologies Corporation. (Nye, Bruce) (Filed on 12/15/2011) (Entered: 12/15/2011) |
| 12/15/2011 | 36 | RESPONSE (re 14 MOTION to Remand *Motion to Immediately Remand Dying Plaintiff's Living-Mesothelioma Case to Calif. Superior Court* ) filed byNational Steel and Shipbuilding Company. (Moses, Thomas) (Filed on 12/15/2011) (Entered: 12/15/2011) |
| 12/15/2011 | 37 | DECLARATION of THOMAS J. MOSES in Opposition to 36 Opposition/Response to Motion *IN SUPPORT OF NATIONAL STEEL AND SHIPBUILDING COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND* filed byNational Steel and Shipbuilding Company. (Attachments: # 1 Exhibit A - Part one of two, # 2 Exhibit A - Part two of two, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(Related document(s) 36 ) (Moses, Thomas) (Filed on 12/15/2011) (Entered: 12/15/2011) |

| | | |
|---|---|---|
| 12/15/2011 | 38 | Proposed Order *DENYING PLAINTFFS' MOTION TO IMMEDIATELY REMAND DYING PLAINTIFF'S LIVING MESOTHELIOMA CASE TO CALIFORNIA SUPERIOR COURT* by National Steel and Shipbuilding Company. (Moses, Thomas) (Filed on 12/15/2011) (Entered: 12/15/2011) |
| 12/15/2011 | 39 | CERTIFICATE OF SERVICE by National Steel and Shipbuilding Company re 36 Opposition/Response to Motion *TO REMAND* (Moses, Thomas) (Filed on 12/15/2011) (Entered: 12/15/2011) |
| 12/15/2011 | 40 | Proposed Order re 36 Opposition/Response to Motion *to Remand* by National Steel and Shipbuilding Company. (Moses, Thomas) (Filed on 12/15/2011) (Entered: 12/15/2011) |
| 12/19/2011 | 41 | REPLY (re 14 MOTION to Remand *Motion to Immediately Remand Dying Plaintiff's Living-Mesothelioma Case to Calif. Superior Court* ) filed byJames Deason, Mary Deason. (Attachments: # 1 Declaration Declaration of Ian A. Rivamonte in Support of Reply to Opp to Motion to Remand, # 2 Certificate/Proof of Service)(Rivamonte, Ian Wilfred) (Filed on 12/19/2011) (Entered: 12/19/2011) |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 12/19/2011 11:21:03 |

CTO_OPPOSED

# United States Judicial Panel on Multidistrict Litigation
## CIVIL DOCKET FOR CASE #: CAN/3:11-cv-05667

Deason et al v. National Steel and Shipbuilding Company
Assigned to: U.S. District Judge Jeffrey S White
Lead case: MDL No. 875 (Transferred)
Transferee district: PAE
Member case: (View Member Case)

Date Filed: 11/23/2011
Jurisdiction: Federal Question

**Plaintiff**

**James Deason**  represented by  **Gloria Chun Amell**
Kazan McClain Lyons Greenwood & Harley APLC
171 Twelfth St., Third Floor
Oakland, CA 94607
(510) 302-1000
Fax: (510) 465-7728
Email: gamell@kazanlaw.com
*ATTORNEY TO BE NOTICED*

**Barbra Ferre**
Kazan McClain, Lyons, Greenwood & Harley PLC
Jack London Market
55 Harrison Street
Suite 400
Oakland, CA 94607
(510) 302-1000
Email: bferre@kazanlaw.com
*ATTORNEY TO BE NOTICED*

**Gordon D. Greenwood**
Kazan, McClain, Lyons, Greenwood & Harley, PLC
Jack London Market
55 Harrison Street
Suite 400
Oakland, CA 94607
510-302-1000
Email: ggreenwood@kazanlaw.com
*ATTORNEY TO BE NOTICED*

**Ian Wilfred Alido Rivamonte**
KAZAN MCCLAIN LYONS GREENWOOD & HARLEY, PLC
Jack London Market
55 Harrison St.
Suite 400
Oakland, CA 94607

510-302-1000
Fax: 510-835-4913
Email: irivamonte@kazanlaw.com
*ATTORNEY TO BE NOTICED*

**James Lyndon Oberman**
Kazan McClain Edises Abrams
Fernandez Lyons & Farrise
171 Twelfth Street, Third Floor
Oakland, CA 94607
510-465-7728
Fax: 510-835-4913
Email: joberman@kazanlaw.com
*ATTORNEY TO BE NOTICED*

**Matthew Louis Thiel**
Kazan McClain, Lyons, Greenwood &
Harley, PLC
Jack London Market
55 Harrison Street
Suite 400
Oakland, CA 94607
510-302-1000
Fax: 510-835-4913
Email: mthiel@kazanlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Deason** represented by **Gloria Chun Amell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barbra Ferre**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gordon D. Greenwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian Wilfred Alido Rivamonte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Lyndon Oberman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Louis Thiel**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **National Steel and Shipbuilding Company** | represented by | **Edward R. Hugo**<br>Brydon Hugo & Parker<br>135 Main Street, 20th Floor<br>San Francisco, CA 94105<br>(415) 808-0300<br>Fax: (415) 808-0333<br>Email: ehugo@bhplaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Paul M. Bessette**<br>Brydon Hugo & Parker<br>135 Main Street<br>20th Floor<br>San Francisco, CA 94105<br>415-808-0300<br>Fax: 415-808-0333<br>Email: pbessette@bhplaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas J. Moses**<br>Brydon Hugo & Parker<br>135 Main Street, 20th Floor<br>San Francisco, CA 94105<br>(415) 808-0300<br>Fax: (415) 808-0333<br>Email: tmoses@bhplaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **A.W. Chesterton Company** | represented by | **Melissa Rose Badgett**<br>Cooley Manion Jones Hurowski LLP<br>444 S. Flower Street, Suite 1550<br>Los Angeles, CA 90071<br>(213) 622-7300<br>Fax: (213) 622-7313<br>Email: rbadgett@cmjhklaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Astra Flooring Company**

**Defendant**

**Allied Packing & Supply, Inc.**

**Defendant**

**CBS Corporation**
*a Delaware Corporation*
*formerly known as*
Viacom, Inc.

*formerly known as*
Westinghouse Electric Corporation

**Defendant**

**Cleaver-Brooks, Inc.**
*formerly known as*
Aqua-Chem, Inc.

**Defendant**

**Foster Wheeler LLC**

**Defendant**

**General Electric Company**

**Defendant**

**Georgia-Pacific LLC**

**Defendant**

**Goulds Pumps, Incorporated**

**Defendant**

**Hill Brothers Chemical Company**

**Defendant**

**Hopeman Brothers, Inc.**

**Defendant**

**IMO Industries Inc.**
*individually and as successor in interest, parent, alter ego and equitable trustee to Delaval Steam Turbine Co.*

**Defendant**

**Ingersoll-Rand Company**
*individually and as successor in interest, parent, alter ego and equitable trustee to Terry Steam Turbine Company and The Whiton Machine Company*

**Defendant**

**Kaman Industrial Technologies Corporation**

**Defendant**

**Lamons Gasket Company**
*individually and as successor in interest, parent, alter ego and equitable trustee to Power Engineering & Equipment Co.*

**Defendant**

**M. Slayen and Associates, Inc.**

**Defendant**
Power Engineering & Equipment Co.

**Defendant**
Syd Carpenter Marine Contractor Inc.

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2011 | 1 | CONDITIONAL TRANSFER ORDER FILED TODAY (CTO-469) - 3 action(s)<br><br>Signed by Clerk of the Panel Jeffery N. Luthi on 12/2/2011.<br><br>Associated Cases: MDL No. 875, CAN/3:11-cv-05667, CAN/3:11-cv-05712, CAN/4:11-cv-05597 (TL) (Entered: 12/02/2011) |
| 12/02/2011 | 2 | ***TEXT ONLY NOTICE***<br><br>**NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-469)** *re: pldg. (1 in CAN/3:11-cv-05667, 1 in CAN/3:11-cv-05712, 1 in CAN/4:11-cv-05597, 8131 in MDL No. 875)*<br><br>**BRIEFING SCHEDULE IS SET AS FOLLOWS:**<br>**Oppositions due on or before 12/9/2011. Notices of Appearance due on or before 12/16/2011.**<br><br>*Appearance is to be filed only if case is opposed. Where transfer of an action is not opposed, the parties to that action need not file a Notice of Appearance. Appearance forms (JPML form 18) can be downloaded from our website.*<br><br>**Signed by Clerk of the Panel Jeffery N. Luthi on 12/2/2011.**<br><br>**Associated Cases: MDL No. 875, CAN/3:11-cv-05667, CAN/3:11-cv-05712, CAN/4:11-cv-05597** (TL) (Entered: 12/02/2011) |
| 12/08/2011 | 3 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-469) - 1 action(s) - re: pldg. ( 8131 in MDL No. 875, 1 in CAN/3:11-cv-05667) Filed by Plaintiffs James Deason, Mary Deason Associated Cases: MDL No. 875, CAN/3:11-cv-05667 (Amell, Gloria) Modified on 12/8/2011 (TLL). (MDL LINK ADDED) (Entered: 12/08/2011) |
| 12/08/2011 | 4 | ***TEXT ONLY NOTICE***<br><br>**NOTICE OF FILED OPPOSITION TO CTO-469 AND PUBLICATION OF BRIEFING SCHEDULE** *re: pldg. (3 in CAN/3:11-cv-05667, 8171 in MDL No. 875)*<br><br>**BRIEFING SCHEDULE IS SET AS FOLLOWS:**<br>**Corporate Disclosure Statements due on or before 12/22/2011. Motion to Vacate with Brief in Support due on or before 12/22/2011. Responses due on or before 1/12/2012.**<br><br>**Signed by Clerk of the Panel Jeffery N. Luthi on 12/8/2011.** |

|  |  | Associated Cases: MDL No. 875, CAN/3:11-cv-05667 (TLL) (Entered: 12/08/2011) |
| --- | --- | --- |
| 12/08/2011 | 5 | CERTIFICATE OF SERVICE (AMENDED) re: pldg. ( 8171 in MDL No. 875, 3 in CAN/3:11-cv-05667) Filed by Plaintiffs James Deason, Mary Deason -- Associated Cases: MDL No. 875, CAN/3:11-cv-05667 (Amell, Gloria) Modified on 12/8/2011 (TLL). (MDL LINK ADDED) (Entered: 12/08/2011) |
| 12/13/2011 | 6 | NOTICE OF APPEARANCE FOR CTO-469 re: pldg. (1 in CAN/3:11-cv-05667, 8131 in MDL No. 875) Filed by Ian Wilfred Alido Rivamonte on behalf of Plaintiffs James Deason, Mary Deason Associated Cases: MDL No. 875, CAN/3:11-cv-05667 (Rivamonte, Ian Wilfred) Modified on 12/14/2011 (TL). (PARTY TYPE ADDED) (Entered: 12/13/2011) |

| PACER Service Center |
| --- |
| Transaction Receipt |
| 12/19/2011 14:43:58 |