James L. Oberman, Esq. (C.S.B. #120938)
Ian A. Rivamonte, Esq. (C.S.B. #232663)
KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone: (510) 302-1000

Attorneys for Plaintiffs

BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

| | |
|---|---|
| JAMES DEASON and MARY DEASON, | N.D. Cal., C.A. No. 3:11-cv-05667 (JSW) |
| Plaintiffs, | [See Schedule of Action Involved] |
| vs. | **DECLARATION OF IAN RIVAMONTE IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-469)** |
| A.W. CHESTERTON COMPANY, et al., | |
| Defendants. | |

I, Ian A. Rivamonte, declare:

1. I am an attorney licensed to practice in all courts of the State of California and am an associate of Kazan, McClain, Lyons, Greenwood & Harley, a Professional Law Corporation, attorneys of record for the plaintiffs herein. I have personal knowledge of the facts expressed in this declaration and, if asked, could and would testify competently to the truth of those facts.

2. Attached as Exhibit A hereto, and incorporated fully herein by reference, is a true and correct copy of the December 1, 2011 Declaration of James Deason filed in Support of Plaintiffs' Motion to Immediately Remand Dying Plaintiff's Living-Mesothelioma Case to California Superior Court.

//

//

//

//

IRIVAMONTE/1064865.1

Rivamonte Declaration in Support of Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-469)
N.D. Cal., C.A. No. 3:11-cv-05667 (JSW)                                                                                  1

3. Attached as Exhibit B hereto, and incorporated fully herein by reference, is a true and correct copy of the December 4, 2011 Declaration of V. Courtney Broaddus, M.D. filed in Support of Plaintiffs' Motion to Shorten Hearing Time Re: Emergency Motion to Immediately Remand Asbestos-Cancer Case to California Superior Court.

4. Attached as Exhibit C hereto, and incorporated fully herein by reference, is a true and correct copy of plaintiffs' First Amended Complaint filed in the Superior Court of California, County of Alameda, on October 24, 2011.

5. Attached collectively as Exhibit D hereto, and incorporated fully herein by reference, are true and correct copies of the face pages of the Notice of Removal and Notice of Tag-Along Action of removing defendant National Steel and Shipbuilding Company ("NASSCO"). These notices were filed in the United States District Court for the Northern District of California on November 23, 2011.

6. Attached collectively as Exhibit E hereto, and incorporated fully herein by reference, are true and correct copies of plaintiffs' Notice of Motion and Motion to Immediately Remand Dying Plaintiff's Living-Mesothelioma Case to California Superior Court; Memorandum of Points and Authorities in Support of Motion to Immediately Remand Dying Plaintiff's Living-Mesothelioma Case to California Superior Court; and the Declaration of Ian A. Rivamonte in Support of Motion to Immediately Remand Dying Plaintiff's Living-Mesothelioma Case to California Superior Court and accompanying Exhibits 1 through 8 thereto.

7. Attached as Exhibit F hereto, and incorporated fully herein by reference, is a true and correct copy of Judge Jeffrey S. White's December 12, 2011 Amended Order Granting Plaintiffs' Request to Shorten Time.

8. Attached collectively as Exhibit G hereto, and incorporated fully herein by reference, are true and correct copies of certain documents filed in the asbestos multidistrict litigation tribunal in the U.S. District Court for the Eastern District of Pennsylvania in *Graver v. Allentown Cement Co.*, E.D. Pa. Case No. 11-cv-02636. These documents are: removing defendant's April 18, 2011 Notice of Removal; plaintiffs' April 19, 2011 Emergency Motion to Remand, Schedule Emergency Hearing to Require Answer to be Filed Within One Hour; Judge

KAZAN, MCCLAIN, LYONS, GREENWOOD & HARLEY, PLC
JACK LONDON MARKET
55 HARRISON STREET,
SUITE 400
OAKLAND, CA 94607
(510) 302-1000
(510) 465-7728
FAX (510) 835-4913

IRIVAMONTE/1064865.1

Rivamonte Declaration in Support of Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-469)
N.D. Cal., C.A. No. 3:11-cv-05667 (JSW)

2

1  Eduardo Robreno's April 19, 2011 Order; and Judge Eduardo Robreno's April 20, 2011 Order.

2  I declare under penalty of perjury under the laws of the State of California and the United

3  States of America that the foregoing is true and correct and that I executed this declaration on

4  December 21, 2011 at Oakland, California.

*[signature]*

Ian A. Rivamonte

KAZAN, MCCLAIN,
LYONS,
GREENWOOD &
HARLEY, PLC
JACK LONDON MARKET
55 HARRISON STREET,
SUITE 400
OAKLAND, CA 94607
(510) 302-1000
(510) 465-7728
FAX (510) 835-4913

IRIVAMONTE/1064865.1

Rivamonte Declaration in Support of Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-469)
N.D. Cal., C.A. No. 3:11-cv-05667 (JSW)

3