James L. Oberman, Esq. (C.S.B. #120938)
Ian A. Rivamonte, Esq. (C.S.B. #232663)
KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone: (510) 302-1000

Attorneys for Plaintiffs

BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

| | |
|---|---|
| JAMES DEASON and MARY DEASON,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | N.D. Cal., C.A. No. 3:11-cv-05667 (JSW)<br><br>**CERTIFICATE OF SERVICE** |

I, Ian A. Rivamonte, declare:

At the time of service, I was over the age of 18 years and not a party to the within action. I am employed in the County of Alameda, State of California. My business address is Jack London Market, 55 Harrison Street, Suite 400, Oakland, California 94607.

On December 21, 2011, I electronically filed the following document(s) through the CM/ECF system:

**PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-469)**

**PLAINTIFFS' BRIEF IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-469)**

**SCHEDULE OF ACTION INVOLVED PURSUANT TO RULES 6.1(b)(ii) and (iv) OF THE RULES OF PROCEDURE OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**DECLARATION OF IAN RIVAMONE IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-469)**

by transmitting a true copy to:

---

KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY, PLC
JACK LONDON MARKET
55 HARRISON STREET, SUITE 400
OAKLAND, CA 94607
(510) 302-1000
(510) 465-7728
FAX (510) 835-4913

IRIVAMONTE/1064865.1

Certificate of Service

Edward R. Hugo, Esq.
P.M. Bessette, Esq.
Thomas J. Moses, Esq.
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, California 94105

via the following method:

__X__ (By CM/ECF Notice of Electronic Filing) By causing said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the above parties who are registered CM/ECF Users set forth in the Court's service list.

and by transmitting a true copy to:

ALL COUNSEL (See Attached Service List)

__X__ (By Mail) I enclosed the documents in a sealed envelope addressed to the persons as stated above. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice of collecting and processing of correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 21, 2011, at Oakland, California.

/s/ Ian A. Rivamonte
Ian A. Rivamonte
KAZAN, McCLAIN, LYONS,
GREENWOOD & HARLEY
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone:    (510) 302-1000
Facsimile:    (510) 835-4913 FAX
E-mail"       irivamonte@kazanlaw.com

Counsel for Plaintiffs

KAZAN, McCLAIN,
LYONS,
GREENWOOD &
HARLEY, PLC
JACK LONDON MARKET
55 HARRISON STREET,
SUITE 400
OAKLAND, CA 94607
(510) 302-1000
(510) 465-7728
FAX (510) 835-4913

IRIVAMONTE/1064865.1

Certificate of Service of Notice of Appearance

SERVICE LIST      CASE: Deason, James and Mary [NE 1456]      ACTION #: RG11601088      December 21, 2011  9:39 AM

ADAMS NYE TRAPANI BECHT LLP  
  222 Kearney Street, Suite 700, San Francisco, CA 94108  
    FOR: KAMAN INDUSTRIAL TECHNOLOGIES CORPORATION  
PH: (415) 982-8955  
FAX: (415) 982-2042

BASSI EDLIN HUIE & BLUM, LLP  
  500 Washington Street, Suite 700, San Francisco, CA 94111  
    FOR: HOPEMAN BROTHERS INC.  
PH: (415) 397-9006  
FAX: (415) 397-1339

BECHERER, KANNETT & SCHWEITZER  
  1255 Powell Street, , Emeryville, CA 94608-2604  
    FOR: M. SLAYEN & ASSOCIATES  
PH: (510) 658-3600  
FAX: (510) 658-1151

BERRY & BERRY  
  P.O. Box 16070, Oakland, CA 94610  
    FOR: DESIGNATED DEFENSE COUNSEL  
PH: (510) 835-8330  
FAX: (510) 835-5117

BRYDON, HUGO & PARKER  
  135 Main Street, 20th Floor, San Francisco, CA 94105  
    FOR: FOSTER WHEELER LLC;  NATIONAL STEEL AND SHIPBULDING COMPANY  
PH: (415) 808-0300  
FAX: (415) 808-0333

COOLEY MANION JONES KUROWSKI LLP  
  201 Spear Street, Suite 1800, San Francisco, CA 94105  
    FOR: A.W. CHESTERTON COMPANY  
PH: 415-512-4381  
FAX: 415-512-6791

CROSBY & ROWELL LLP  
  299 Third Street, 2nd Floor, Oakland, CA 94607  
    FOR: GOULDS PUMPS, INCORPORATED  
PH: (510) 267-0300  
FAX: (510) 839-6610

FOLEY & MANSFIELD, PLLP  
  300 Lakeside Drive, Suite 1900, Oakland, CA 94612  
    FOR: CLEAVER-BROOKS, INC. fka AQUA-CHEM, INC.  
PH: 510-590-9500  
FAX: 510-590-9595

GORDON & REES - INGERSOLL-RAND  
  275 Battery Street, 20th Floor, San Francisco, CA 94111  
    FOR: INGERSOLL-RAND COMPANY;  INGERSOLL-RAND COMPANY sii/pae/et of THE WHITON MACHINE COMPANY;  INGERSOLL-RAND COMPANY sii/pae/et to TERRY STEAM TURBINE COMPANY  
PH: (415) 986-5900  
FAX: (415) 986-8054

HOWARD, ROME, MARTIN & RIDLEY  
  1775 Woodside Road, Suite 200, Redwood City, CA 94061-3436  
    FOR: IMO INDUSTRIES, INC.;  IMO INDUSTRIES, INC. sii/paae/et of DELAVAL STEAM TURBINE  
PH: (650) 365-7715  
FAX: (650) 364-5297

IMAI, TADLOCK, KEENEY & CORDERY  
  100 Bush Street, Suite 1300, San Francisco, CA 94104  
    FOR: ALLIED PACKING & SUPPLY, INC.  
PH: 415-675-7000  
FAX: 415-675-7008

PERKINS COIE LLP  
  Four Embarcadero Center, Suite 2400, San Francisco, CA 94111  
    FOR: GEORGIA-PACIFIC LLC  
PH: (415) 344-7000  
FAX: (415) 344-7288

POND NORTH  
  350 South Grand Avenue, Suite 3300, Los Angeles, CA 90071  
    FOR: ASTRA FLOORING COMPANY;  CBS CORP, a Del Corp fka VIACOM sii by merger to CBS a Penn Corp etc.  
PH: (213) 617-6170  
FAX: (213) 623-3594

PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP  
  One California Street, Suite 1910, San Francisco, CA 94104  
    FOR: SYD CARPENTER MARINE CONTRACTOR, INC.  
PH: (415) 788-8354  
FAX: (415) 788-3625

SELMAN & BREITMAN  
  33 New Montgomery Street, Sixth Floor, San Francisco, CA 94105  
    FOR: LAMONS GASKET CO.;  LAMONS GASKET COMPANY/sii/pae/sub/eqt/POWER ENGINEERING & EQUIPMENT CO  
PH: (415) 979-0400  
FAX: (415) 979-2099

SERVICE LIST    CASE: Deason, James and Mary  [NE 1456]        ACTION #:  RG11601088         December 21, 2011  9:39 AM
Page Two

VASQUEZ, ESTRADA & CONWAY LLP                                                                                        PH:   (415) 453-0555
   Courthouse Square, 1000 Fourth Street, Suite 700, San Rafael, CA  94901                             FAX: (415) 453-0549
   FOR:  HILL BROTHERS CHEMICAL COMPANY

End of Service List