BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

CERTIFICATE OF CM/ECF SERVICE

    I hereby certify that I electronically filed with the Clerk of the Judicial Panel MDL using the CM/ECF system on December 21, 2011 the following document(s).

    NOTICE OF TAG-ALONG ACTION;

    DOCKET; and

    COMPLAINT

    Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

    Dated this 21st day of December, 2011.

                                                */s/ Sherry De La Torre*
                                                Sherry De La Torre

*Ruth Ann Meyer, et al. v. General Electric Company, et al.*
U.S. District Court, Northern District of California, Case No. 3:11-cv-06382-RS

CERTIFICATE OF SERVICE