BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS )
LIABILITY LITIGATION (No. VI) )    MDL DOCKET NO. 875

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REUBEN MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 2:11-cv-00535-WS-B |
| ) | (CTO-466) |
| BILL VAN COMPANY, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**SAINT-GOBAIN ABRIASIVES, INC., f/k/a NORTON COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Saint-Gobain Abrasives, Inc., f/k/a Norton Company, states that, in order to enable the Judges of this Court to evaluate possible disqualification or recusal, the proper Defendant in this case is Saint-Gobain Abrasives, Inc., f/k/a Norton Company. The parent company of Saint-Gobain Abrasives, Inc. is a publicly traded company on the Paris Stock Exchange, Saint-Gobain Corporation, listed under the symbol of "SGO". No company owns ten percent (10%) or more of the stock of Stain-Gobain Abrasives, Inc. There are no affiliates of said defendant. The general name and purpose of Saint-Gobain Abrasives, Inc. is the manufacture of grinding wheels and abrasive materials.

/s/ Robert H. Sprain, Jr.
Robert H. Sprain, Jr. (SPRAR4177)

Attorney for the Defendant,
Saint-Gobain Abrasives, Inc.

**OF COUNSEL**:
Sprain Law Firm, P. C.
1707 29th Court South
Birmingham, Alabama   35209
Phone:  (205) 437-3232
Fax:   (205) 802-7083
rhs@sprainlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of Court using the CM-ECF system which will send notification of same to all parties of record on this the 21st day of December, 2011.

/s/ Robert H. Sprain, Jr.
OF COUNSEL