BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS     )
LIABILITY LITIGATION (No. VI) )          MDL DOCKET NO. 875

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REUBEN MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 2:11-cv-00535-WS-B |
| ) | (CTO-466) |
| BILL VAN COMPANY, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**SAINT-GOBAIN ABRIASIVES, INC., f/k/a NORTON COMPANY'S**
**NOTICE OF WITHDRAWAL OF PLEADING**

**COMES NOW**, Defendant Saint-Gobain Abrasives, Inc., f/k/a Norton Company, and withdraws the Notice of Appearance as efiled earlier this date due to an error created by the ECF System which did not create a docket number. Defendant will refile its Notice of Appearance.

/s/ Robert H. Sprain, Jr.
Robert H. Sprain, Jr. (SPRAR4177)

Attorney for the Defendant,
Saint-Gobain Abrasives, Inc.

**OF COUNSEL**:
Sprain Law Firm, P. C.
1707 29th Court South
Birmingham, Alabama  35209
Phone: (205) 437-3232
Fax: (205) 802-7083
rhs@sprainlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of Court using the CM-ECF system which will send notification of same to all parties of record on this the 21st day of December, 2011.

                                      /s/ Robert H. Sprain, Jr.
                                      OF COUNSEL