**LEVY, PHILLIPS & KONIGSBERG, LLP**
ATTORNEYS AT LAW
800 THIRD AVENUE
NEW YORK, N.Y. 10022

(212) 605-6200
FAX: (212) 605-6290
E-MAIL: lpk@lpklaw.com

NEW JERSEY OFFICE
QUAKERBRIDGE EXECUTIVE CENTER
101 GROVERS MILL ROAD
LAWRENCEVILLE, NJ 08648
TELEPHONE: (609) 720-0400
FAX: (609) 720-0457

GOSHEN OFFICE
42 PARK PLACE
GOSHEN, NEW YORK 10924
TELEPHONE: (845) 294-2002

December 22, 2011

**VIA FACSIMILE**
Jeffery M. Luthi, Clerk
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Fed. Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002
FAX: (202) 502-2888

Re:   <u>Taylor v. Kelly Moore Paint Co.</u>
      U.S. District Court for the Central District of California Case No. 2:11-cv-08886-E

Dear Mr. Luthi:

We represent the Plaintiffs in the above-captioned case.

Plaintiffs filed a Notice of Tag-Along Action for this case on December 16, 2011. A copy of this notice is attached hereto. Pursuant to the Notice of Tag-Along Action, please transfer this case to MDL 875 as expeditiously as possible.

Thank you for your prompt attention to this matter. If you have any questions, please do not hesitate to contact me.

Sincerely,

LEVY PHILLIPS & KONIGSBERG, LLP

By: __/s/__ Sharon Zinns_____
      Sharon J. Zinns

cc:   All Counsel of Record
      By facsimile (See Attached Service List)