MJDAP

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:11-cv-08886-E

Terry K Taylor et al v. Kelly Moore Paint Co
Assigned to: Magistrate Judge Charles F. Eick
Demand: $100,000
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 10/26/2011
Jury Demand: Plaintiff
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**Terry K Taylor**
*Individually*

represented by **Sharon J Zinns**
Levy Phillips & Konigsberg LLP
800 Third Avenue 11th Floor
New York, NY 10022
212-605-6200
Fax: 212-605-6290
Email: szinns@lpklaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terry K Taylor**
*as the Special Administrator of the Estate of Mary Beth Taylor, Deceased*

represented by **Sharon J Zinns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shelby N Taylor**
*as surviving heirs of Mary Beth Taylor, Deceased*

represented by **Sharon J Zinns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kaitlyn R Taylor**
*as surviving heirs of Mary Beth Taylor, Deceased*

represented by **Sharon J Zinns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emily M Taylor**
*as surviving heirs of Mary Beth Taylor, Deceased*

represented by **Sharon J Zinns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mattie R Taylor**
*as surviving heirs of Mary Beth Taylor, Deceased*

represented by **Sharon J Zinns**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Kelly Moore Paint Co

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2011 | 1 | COMPLAINT against Defendant Kelly Moore Paint Co. (Filing fee $ 350 Paid.) Jury Demanded., filed by Plaintiffs Terry K Taylor(Individually ), Mattie R Taylor, Terry K Taylor(as the Special Administrator of the Estate of Mary Beth Taylor, Deceased), Kaitlyn R Taylor, Emily M Taylor, Shelby N Taylor. (et) [Summons not issued on 10/26/2011] (yl). (Additional attachment(s) added on 11/8/2011: # 1 Civil Cover Sheet) (mg). (Entered: 10/28/2011) |
| 10/26/2011 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiffs Emily M Taylor, Kaitlyn R Taylor, Mattie R Taylor, Shelby N Taylor, Terry K Taylor (Individually ), Terry K Taylor(as the Special Administrator of the Estate of Mary Beth Taylor, Deceased). (et) (mg). (Entered: 10/28/2011) |
| 10/26/2011 | 3 | NOTICE TO COUNSEL re Magistrate Judge Direct Assignment Program. This case has been randomly assigned to Magistrate Judge Charles F. Eick. (et) (Entered: 10/28/2011) |
| 10/28/2011 | 4 | INITIAL ORDER RE CASE MANAGEMENT by Magistrate Judge Charles F. Eick. (sp) (Entered: 10/28/2011) |
| 11/02/2011 | | 21 DAY Summons Issued re Complaint - (Discovery) 1 as to Defendant Kelly Moore Paint Co. (rp) (Entered: 11/04/2011) |
| 12/16/2011 | 5 | NOTICE of Tag-Along Action filed by Plaintiff Terry K Taylor(Individually ). (Zinns, Sharon) (Entered: 12/16/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/21/2011 12:11:01 | | | |
| PACER Login: | lp0073 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:11-cv-08886-E End date: 12/21/2011 |
| Billable Pages: | 3 | Cost: | 0.24 |