UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | | |
| Deason et al v. National Steel and Shipbuilding Company, N.D. California, C.A. No. 3:11-05667 | ) ) | MDL No. 875 |

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Deason*) on December 2, 2011. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Deason* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Deason* was remanded to state court by the Honorable Jeffrey S. White in an order filed on December 22, 2011.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-469" filed on December 2, 2011, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel