# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**Denise M. Lucks**
**Clerk of Court**

### OFFICE OF THE CLERK
www.ned.uscourts.gov

**M. Therese Bollerup**
**Chief Deputy Clerk**

December 20, 2011

MDL Judicial Panel
1 Columbus Circle, NE
Room G255
Thurgood Marshall Federal Judiciary Bldg
Washington, DC 20002-8004

Re:    8:11CV423
       James Bridger v. BNSF Railway compnay
       875 Asbestos Liability

Dear Sir/Madam:

Please find enclosed a copy of the complaint and docket sheet in this case.  This
is an action regarding Asbestos Liability Litigation.

Sincerely,

By:    s/ Gale Gomez
       Deputy Clerk

Enclosures

cc:    Counsel of Record (without enclosures)

---

111 South 18th Plaza, Suite 1152
Omaha, NE 68102-1322
(402) 661-7350
Fax: (402) 661-7387
Toll Free: (866) 220-4381

100 Centennial Mall North, Room 593
Lincoln, NE 68508-3803
(402) 437-1900
Fax: (402) 437-1911
Toll Free: (866) 220-4379

Approved:  September 20, 2010

Forms-MDL-Letter_to_Panel

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEBRASKA
### OFFICE OF THE CLERK
www.ned.uscourts.gov

**Denise M. Lucks**
**Clerk of Court**

**M. Therese Bollerup**
**Chief Deputy Clerk**

December 20, 2011

MDL Judicial Panel
1 Columbus Circle, NE
Room G255
Thurgood Marshall Federal Judiciary Bldg
Washington, DC 20002-8004

Re:     8:11cv425
        Bridger v. BNSF Railway Company
        875 Asbestos Product Liability

Dear Sir/Madam:

        Please find enclosed a copy of the complaint and docket sheet in this case.  This is
an action regarding Asbestos Liability  Litigation.

                                        Sincerely,

                        By:     s/ Mary Roundtree
                                Deputy Clerk

Enclosures

cc:     Counsel of Record (without enclosures)

---

111 South 18th Plaza, Suite 1152
Omaha, NE 68102-1322
(402) 661-7350
Fax: (402) 661-7387
Toll Free: (866) 220-4381

100 Centennial Mall North, Room 593
Lincoln, NE 68508-3803
(402) 437-1900
Fax: (402) 437-1911
Toll Free: (866) 220-4379

Approved:  September 20, 2010

Forms-MDL-Letter_to_Panel