

TRIAL LAWYERS

| | | |
|---|---|---|
| ALAN R. BRAYTON<br>GILBERT L. PURCELL<br><br>DAVID R. DONADIO<br>LLOYD F. LEROY<br><br>OF COUNSEL<br>JEFFREY D. EISENBERG*<br><br>* ADMITTED ONLY IN STATES<br>OTHER THAN CALIFORNIA | 222 Rush Landing Road<br>P O Box 6169<br>Novato, California 94948-6169<br>Telephone: (415) 898-1555<br>Facsimile: (415) 898-1247<br><br>Portland: (503) 295-4931<br>Los Angeles: (415) 898-1555<br>Salt Lake City: (801) 366-9100<br><br>Email: mail@braytonlaw.com<br>www.braytonlaw.com | ANNE T. ACUÑA   BRIANA E. McCARTHY<br>JENNIFER L. ALESIO   MAUREEN C. MCGOWAN<br>DAVID H. BACKENSTOE   KIMBERLY L. MEYER<br>ROBERT L. BARROW   MICHAEL T. MILLER<br>JENNIFER C. BENADERET   NANCY A. MULLIKIN<br>SARAH N. BENDON   EMMA NELSON-MUNSON<br>GARY L. BRAYTON   JAMES P. NEVIN<br>RENE J. CASILLI   JAMIE A. NEWBOLD<br>ANDREW CHEW   KEENAN W. NG<br>KIMBERLY J. CHU   OREN P. NOAH<br>HUGH C. COOK   NEGAR PIRZADEH<br>JANETTE H. GLASER   BRENDA D. POSADA<br>JOHN B. GOLDSTEIN   JASON M. ROSE<br>MEREDITH B. GOOD*   FRAMTA SAECHAO<br>RICHARD M. GRANT   AMIR S. SARRESHTEHDARY<br>CHRISTINA D. HART   CHRISTINA C. SKUBIC<br>CHRIS E. HERSOM   GEOFF T. SLONIKER<br>BRIAN D. HOLMBERG   KSENIA L. SNYLYK<br>GARY V JUDD   ERIC C. SOLOMON<br>CLAYTON W. KENT   LANCE R. STEWART<br>MATTHEW B. LEE   UMU K. TAFISI<br>ELISABETH A. LEONARD, Ph.D   JANE E. VETTO*<br>MICHAEL D. LEVINSON   NANCY T. WILLIAMS<br>PHYRA M. McCANDLESS | |

December 28, 2011

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

      Re:    *Saleem Mahdi v. General Electric Company, et al.*
             U.S. District Court, Northern District of California, Case No. 3:11-cv-06611-JSW

Dear Clerk of the Panel:

     Plaintiff in the above-referenced matter has initiated an asbestos-related action. Pursuant to MDL Rule 7.5(c), counsel for Plaintiff informs the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" this asbestos case currently pending in the United States District Court for the Northern District of California. Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of Procedure, the panel is authorized to enter a conditional transfer order or file an order to show cause why this action should not be transferred.

     Plaintiff's Notice of Tag-Along Action is being filed with the U.S. District Court for the Northern District of California. The notice is being served upon the parties. Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

                                        Very truly yours,

                                        /s/  *David R. Donadio*

                                        David R. Donadio

DRD:sld