**BRAYTON❖PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

CERTIFICATE OF CM/ECF SERVICE

    I hereby certify that I electronically filed with the Clerk of the Judicial Panel MDL using the CM/ECF system on December 28, 2011, the following document(s).

    NOTICE OF TAG-ALONG ACTION;

    DOCKET; and

    COMPLAINT

    Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

    Dated this 28th day of December, 2011.

    */s/ Sherry De La Torre*
    Sherry De La Torre

*Saleem Mahdi v. General Electric Company, et al.*
U.S. District Court, Northern District of California, Case No. 3:11-cv-06611-JSW

CERTIFICATE OF SERVICE