# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639   Tel: (212) 490-3000   Fax: (212) 490-3038

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami*
*Chicago • White Plains, NY • Dallas • Albany, NY • San Diego • Houston • London • Tokyo*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich • Wiesbaden*

www.wilsonelser.com

December 28, 2011

Mr. Jeffery N. Lüthi
Clerk of the Panel on Multidistrict Litigation
Federal Judiciary Building
One Columbus Circle, N.E., Room G255
Washington, D.C. 20002

Re: Notice of Potential Tag-Along Action
   Asbestos Products Liability Litigation
   MDL Docket No. 875

Dear Mr. Lüthi:

I hereby notify you, as required by Rule 7.1(a) of the Rules of Procedure of Judicial Panel on Multidistrict Litigation, of the pendency of a potential tag-along action to the cases transferred by the Panel's July 29, 1991 Order and Opinion to the Eastern District of Pennsylvania and assigned to the Honorable Eduardo C. Robreno.

The potential tag-along action is entitled <u>Stanley Hawrylik v. General Electric Company, et al.</u>, and it is pending in the United States District Court, District of Connecticut, Docket No.: 3:11-cv-01896 (WWE).

Enclosed are copies of plaintiff's Schedule of Actions, Summons and Complaint and the Docket Sheet for this case.

Sincerely,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Eric W.F. Niederer

Enclosures

4851726.1

cc:   Hon. Warren W. Eginton
United States Courthouse
Abraham Ribicoff Federal Building
450 Main Street, Room 135 Annex
Hartford, CT 06103
*Via U.S. mail*

Melissa Riley, Esq.
Counsel for Plaintiff
Embry & Neusner
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340
*Via U.S. mail*

All Counsel of Record
*Via e-mail*

4851726v.1