## SCHEDULE OF ACTIONS

Index No.               Case Name:                                                                      Judge:

3:11-CV-01896 (WWE)   *Stanley Hawrylik v. General Electric Company, et al.*   Hon. Warren W. Eginton