BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : MDL NO. 875 <br> : <br> : <br> : <br> : |

### CERTIFICATION OF SERVICE

I hereby certify that I have on this 29th day of December, 2011, caused to be served a copy of Defendant, Electric Boat Corporation's, Notice of Potential Tag Along Actions, letter to MDL filing same and this Certification of Service to plaintiff's counsel via email and/or regular mail and on the 29th day of December, 2011, to all known defense counsel listed on the attached Attorney Service List by email and/or regular mail.

Dated: December 29, 2011

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By:     /s/   Eric W.F. Niederer
Eric W.F. Niederer, Esq. (ct25773)
1010 Washington Boulevard
Stamford, CT 06901
Tel.: 203-388-9100
Fax: 203-388-9101
eric.niederer@wilsonelser.com
Attorneys for Defendant
Electric Boat Corporation
Our File No.: 07411.00078

4870466v.1

## ATTORNEY SERVICE LIST

| | |
|---|---|
| Melissa M. Riley, Esq.<br>Embry & Neusner<br>118 Poquonnock Rd., PO Box 1409<br>Groton, CT 06340 | Plaintiffs |
| Dan E. Labelle, Esq.<br>Halloran & Sage<br>315 Post Road West<br>Westport, CT 06880 | Counsel for General Electric Company |
| Thomas F. Maxwell, Jr., Esq.<br>Pullman & Comley<br>850 Main St., PO Box 7006<br>Bridgeport, CT 06601 | Counsel for CBS Corporation *formerly known as* Viacom Inc. *successor to* CBS Corporation *formerly known as* Westinghouse Electric Corp. |
| Bryna Rosen Misiura, Esq.<br>Michael D. Simons, Esq.<br>Governo Law Firm LLC<br>Two International Place<br>Boston, MA 02110 | Counsel for Air & Liquid Systems Corp. *Successor* Buffalo Pumps, Inc. |