

# HALLORAN
# &SAGE LLP
### ATTORNEYS AT LAW

**DAN E. LABELLE**   Direct 203 222-4303  labelle@halloran-sage.com
Also admitted in New York

December 29, 2011

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C.  20002-8004

Re:   *In Re: Asbestos Products Liability Litigation (MDL 875)*
       Notice of Pendency of Potential Tag-Along Action
       *Eugene H. Frank v. General Electric Company, et al*
       Dkt. No. :  3:11-cv-01232(AWT)
       District of Connecticut

Dear Sir/Madam:

We are the attorneys for General Electric Company in connection with asbestos personal injury actions pending in the State of Connecticut and in the District of Connecticut.  Pursuant to Rule 7.5(e) of the Rules for Multidistrict Litigation, we are writing to notify you of the pendency of the above-referenced action in the District of Connecticut.  This action is an asbestos products liability action and constitutes a potential tag-along action with respect to MDL 875.

Very truly yours,

Dan E. LaBelle

DEL/cys

cc.   Melissa M. Riley, Esq.
       Bryna Rosen Misiura, Esq.
       Thomas F. Maxwell, Jr.

2369025v.1