**Before the Judicial Panel on Multidistrict Litigation**
**MDL-875 – In re Eugene H. Frank**

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
|  |  |  |  |
| Eugene H. Frank<br>Plaintiff<br><br>v.<br><br>General Electric Company, CBS Corporation, and Air & Liquid Systems, Corporation<br>Defendants |  | 3:11-cv-01232 | Alvin W. Thompson |
|  |  |  |  |

2369034v.1