## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Eugene H. Frank Litigation     MDL 875

### Proof of Service

I hereby certify that a copy of the foregoing was served by email on this 29th day of December, 2011 to the following:

Melissa M. Riley, Esq.
Embry & Neusner
118 Poquonnock Road
Groton, CT 06340
mriley@embryneusner.com

Thomas F. Maxwell, Jr.
Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT 06601-7006
tmaxwell@pullcom.com

Bryna Rosen Misiura, Esq.
Governo Law Firm LLC
Two International Place
Boston, MA 02110
bmisiura@governo.com


/s/ Dan E. LaBelle

2369044v.1