**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of Defendant Crane Co.'s Motion to Modify the Judicial Panel's MDL-875 Order was electronically served on all counsel of record on December 28, 2011 and is available for viewing and downloading from the Court's ECF system.

                                      /s/ Michael J. Zukowski
                                      Attorney for Defendant Crane Co.