BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. 875 – In Re James Kelly Litigation

SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| *James Kelly v. General Electric Company, CBS Corporation, a Delaware Corporation f/k/a Viacom Inc., Successor by Merger to CBS Corporation, a Pennsylvania Corporation f/k/a Westinghouse Electric Corporation; Air & Liquid Systems Corp., Electric Boat Corp, and General Electric Company* | United States District Court for the District of Connecticut | 3:11-cv-01801-VLB | Vanessa L. Bryant |

ACTIVE/58211.1102/TXM/2673342v1