BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |
| | CDCA Civil Action No. 2:11-CV-08886-E |
| TERRY K. TAYLOR, Individually and as the Special Administrator of the Estate of MARY BETH TAYOR, Deceased, and SHELBY N. TAYLOR, KAITLYN R. TAYOR, EMILY M. TAYLOR, and MATTIE R. TAYLOR, as Surviving Heirs of MARY BETH TAYLOR, Deceased, | |
| Plaintiffs, | |
| v. | |
| KELLY MOORE PAINT CO., | |
| Defendant. | |

## PLAINTIFFS' MOTION TO FILE TAG-ALONG ACTION WITH THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

Plaintiffs in the above-captioned case, by and through their attorneys, Levy, Phillips & Konigsberg, LLP, request that this Court grant its Motion to File Tag-Along Action with the Judicial Panel on Multi-District Litigation. In support thereof, Plaintiffs state as follows:

### STATEMENT OF FACTS

On October 26, 2011, Plaintiffs filed a Complaint in the Central District of California alleging, *inter alia*, that asbestos negligently contained in products manufactured by Defendant Kelly Moore Paint Co. ("Defendant") substantially contributed to Decedent Mary Beth Taylor's mesothelioma, pain and suffering, and eventual death. [**Ex. A**, Plaintiffs' Complaint and Notification of Interested Parties]. On

November 2, 2011, Plaintiffs filed a Summons on Defendant. [**Ex. B**, Summons]. Plaintiffs then filed a Notice of Tag-Along Action in the Central District of California on December 16, 2011. [**Ex. C**].

On December 22, 2011, Plaintiffs filed a Notice of Tag-Along Action with the Judicial Panel on Multi-District Litigation. [**Ex. D**]. On December 28, 2011, the Judicial Panel on Multi-District Litigation ("JPMDL") entered a Notice to Counsel, indicating that the action as filed was not appropriate for inclusion in the MDL. [Doc. No. 8248]. On December 29, 2011, counsel for Plaintiffs contacted the JPML, at which point they were advised to file the instant Motion to File Tag-Along Action.

## LEGAL ARGUMENT

On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated and consolidated pretrial proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 1991 filing of the Panel's Order to Show Cause. MDL Rule 7.1(a) provides:

> Any party or counsel in actions previously transferred under Section 1407 shall promptly notify the Clerk of the Panel of any potential tag-along actions in which that party is also named or in which that counsel appears.

The Clerk of the Panel may either: 1) enter a conditional transfer order pursuant to MDL Rule 7.1; or 2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 8.1.

Asbestos cases arising from California are still subject to transfer to MDL-875 pursuant to the JPML's newest Order, effective January 1, 2012.

Plaintiffs' asbestos-related action in the Central District of California is precisely

the type of action envisioned by the MDL Transfer Order. Therefore, Plaintiffs respectfully request that the JPMDL grant its motion to file a tag-along action pursuant to U.S.C. § 1407 and MDL Rule 7.1(a).

## CONCLUSION

In light of the foregoing, Plaintiffs respectfully request that the JPMDL grant Plaintiffs' Motion to File Tag-Along Action with the Judicial Panel on Multi-District Litigation.

Respectfully submitted,

LEVY PHILLIPS & KONIGSBERG, LLP

By: _____
Sharon J. Zinns, Esq.
LEVY PHILIPS & KONIGSBERG, LLP
800 Third Ave., 11th Floor
New York, NY 10022
(212) 605-6200
Attorney for Plaintiff

Dated: December 30, 2011