| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| Sharon J. Zinns<br>Levy Phillips & Konigsberg, LLP<br>800 Third Ave., 11th Floor<br>New York, NY 10022<br>Phone: (212) 605-6200 | FILED<br>2011 OCT 26 PM 3:44<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY_____ |

ATTORNEYS FOR: Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY K. TAYLOR, Individually and as the Special Administrator of the Estate of Mary Beth Taylor, et al.<br>Plaintiff(s),<br>v.<br>KELLY MOORE PAINT CO.,<br>Defendant(s) | CASE NUMBER:<br>CV11-8886 -E<br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiffs TERRY K. TAYLOR, et al.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| TERRY K. TAYLOR | Plaintiff, Husband of Decedent Mary Beth Taylor |
| SHELBY N. TAYLOR | Plaintiff, Daughter of Decedent Mary Beth Taylor |
| KAITLYN R. TAYLOR | Plaintiff, Daughter of Decedent Mary Beth Taylor |
| EMILY M. TAYLOR | Plaintiff, Daughter of Decedent Mary Beth Taylor |
| MATTIE R. TAYLOR | Plaintiff, Daughter of Decedent Mary Beth Taylor |

October 26, 2011
Date

Sign

Sharon J. Zinns
Attorney of record for or party appearing in pro per

CV-30 (04/10)                NOTICE OF INTERESTED PARTIES