Name & Address:
Sharon J. Zinns
Levy Phillips & Konigsberg, LLP
800 Third Ave., 11th Floor
New York, NY 10022
Phone: (212) 605-6200

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY K. TAYLOR, Individually and as the Special Administrator of the Estate of MARY BETH TAYLOR, Deceased, and SHELBY N. TAYLOR, KAITLYN R. TAYLOR, EMILY M. TAYLOR, and MATTIE R. TAYLOR as surviving heirs of MARY BETH TAYLOR, Deceased, <br><br> PLAINTIFF(S) <br> v. <br> KELLY MOORE PAINT CO., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV11-8886 E <br><br><br> SUMMONS |

TO:   DEFENDANT(S): Kelly Moore Paint Co.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Levy, Phillips & Konisgberg, LLP_, whose address is _800 Third Avenue, 11th Floor, NY, NY 10022_.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Dated: 11-2-11

Clerk, U.S. District Court

By: _____
      Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (12/07)                                    SUMMONS