```
 1  Sharon J. Zinns, CA Bar No. 241476
    LEVY, PHILLIPS & KONGISBERG, LLP
 2  800 Third Ave, 11th Floor
    New York, NY 10022
 3  Telephone: (212) 605-6200
    Facsimile:  (212) 605-6290
 4
 5  Attorneys for Plaintiffs
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY K. TAYLOR, Individually and as the Special Administrator of the Estate of MARY BETH TAYLOR, Deceased, and SHELBY N. TAYLOR, KAITLYN R. TAYLOR, EMILY M. TAYLOR, and MATTIE R. TAYLOR as surviving heirs of MARY BETH TAYLOR, Deceased, <br><br> Plaintiffs, <br><br> KELLY MOORE PAINT CO., <br><br> Defendant. | Case No. 2:11-cv-08886-E <br><br> **NOTICE OF TAG-ALONG ACTION** |

**NOTICE OF TAG-ALONG ACTION**

PLEASE TAKE NOTE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated and consolidated pretrial proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 1991 filing of the Panel's Order to Show Cause. MDL Rule 7.1(a) provides:

Any party or counsel in actions previously transferred

{00255368.DOC}

under Section 1407 shall promptly notify the Clerk of the Panel of any potential tag-along actions in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this case is a potential "tag-along action" which may be subject to transfer to the United States District Court, Eastern District of Pennsylvania. The undersigned is sending a copy of this notice to the Clerk of the Judicial Panel of Multi-District Litigation contemporaneous with the filing of this notice. The Clerk of the Panel may either: 1) enter a conditional transfer order pursuant to MDL Rule 7.1; or 2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 8.1.

Respectfully submitted,

LEVY PHILLIPS & KONIGSBERG, LLP

By: _____

Sharon J. Zinns, Esq.

Dated: December 16, 2011

{00255368.DOC}