BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION MDL-875-In re Asbestos Litigation

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Terry K Taylor, Shelby N Taylor, Kaitlyn R Taylor, Emily M Taylor, Mattie R Taylor  **Movant:** Terry K Taylor, Shelby N Taylor, Kaitlyn R Taylor, Emily M Taylor, Mattie R Taylor  **Defendant:** Kelly Moore Paint Co. | C.D. California (Western Division- Los Angeles) | 2:11-cv-08886-E | Charles F. Eick |