## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Asbestos Litigation                                    **MDL- 875**

### Proof of Service

I hereby certify that a copy of the foregoing Motion, Brief, Schedule of Actions and this Certificate of Service was served electronically via ECF on December 30, 2011 to the following:

Clerk, The United States Judicial Panel
       on Multidistrict Litigation


And by mail to the following Defendant's counsel:

Barry R. Schirm
HAWKINS PARNELL THACKSTON & YOUNG, LLP
444 South Flower Street, Suite 1100
Los Angeles, CA 90071
(213) 486-8000

Kay Andrews
HAWKINS PARNELL THACKSTON & YOUNG, LLP
1717 West 6th Street
Suite 250
Austin, TX 78703
(512)687-6900

By:_____
Sharon J. Zinns, Esq.
LEVY PHILIPS & KONIGSBERG, LLP
800 Third Ave., 11th Floor
New York, NY 10022
szinns@lpklaw.com
**Counsel for Plaintiffs: Terry K Taylor,
Shelby N Taylor, Kaitlyn R Taylor,
Emily M Taylor, Mattie R Taylor**
C. California, C.A. No. 2:11-cv-08886-E