# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Saint-Gobain Abrasives, Inc.'s Notice of Appearance was electronically served on all counsel of record on December 21, 2011, and is available for viewing and downloading from the Court's ECF system.

/s/ Robert H. Sprain, Jr.
Attorney for Defendant
Saint-Gobain Abrasives, Inc., f/k/a
Norton Company