# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 01/03/2012

District Court: W.D. Missouri

Number of Actions: 5

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL