CERTIFICATE OF CM/ECF SERVICE

    I hereby certify that I electronically filed with the Clerk of the Judicial Panel MDL using the CM/ECF system on January 6, 2012, the following document(s).

    NOTICE OF TAG-ALONG ACTION;

    DOCKET; and

    COMPLAINT

    Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

    Dated this 6th day of January, 2012.

                                    */s/ Sherry De La Torre*
                                    Sherry De La Torre

**BRAYTON❖PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

*David Nord v. CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation), et al.*
U.S. District Court, Northern District of California, Case No. 4:11-cv-06708-PJH

CERTIFICATE OF SERVICE