# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (No. VI)**

| | |
|---|---|
| *Charles C. Albrecht, et al. v. A.O. Smith Water Products Co., et al.,* ) | MDL No. 875 |
| S..D. New York, C.A. No. 1:11-05990                                    ) | |

## TRANSFER ORDER

**Before the Panel:**[*]  Pursuant to Rule 7.1, plaintiff in this action moves to vacate our order conditionally transferring the action to MDL No. 875. Responding defendant Lockheed Martin Corporation opposes the motion.

After considering all argument of counsel, we find that this action involves common questions of fact with actions previously transferred to MDL No. 875, and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Moreover, transfer is appropriate for the reasons set out in our original decision directing centralization of all pending federal court actions not then in trial sharing factual questions of injury or death allegedly caused by asbestos or asbestos containing products.[1] *See In re Asbestos Prods. Liab. Litig. (No. VI)*, 771 F. Supp. 415 (J.P.M.L. 1991). In this action, plaintiff alleges that her late husband developed an asbestos-related disease after being exposed to asbestos, and thus the action clearly falls within the MDL's ambit.

In her motion to vacate, plaintiff cites the pendency of a motion for remand to state court. Since the filing of that motion, however, the Southern District of New York court has twice denied remand.

---

[*]  Judge John G. Heyburn II, Judge Barbara S. Jones, and Judge Marjorie O. Rendell took no part in the disposition of this matter.

[1]  We recently adopted the transferee judge's suggestion that, subject to certain limited exceptions, we cease transferring new tag-along actions to this docket. *See In re: Asbestos Prods. Liab. Litig.*, — F. Supp. 2d —, 2011 WL 6355308, at *1 (J.P.M.L. Dec. 13, 2011). This action falls within one of those exceptions. *See id.* at n.1.

- 2 -

IT IS THEREFORE ORDERED that pursuant to 28 U.S.C. § 1407, this action is transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno for inclusion in the coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

_____

Kathryn H. Vratil
Acting Chairman

W. Royal Furgeson, Jr.          Paul G. Barbadoro
Charles R. Breyer