UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)   MDL DOCKET NO. 875

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| REUBEN MORGAN | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | CIVIL ACTION NUMBER: |
| VS. | ) | 2:11-CV-00535-WS-B |
| | ) | |
| BILL VANN COMPANY, ET AL. | ) | |
| | ) | |
| DEFENDANTS | ) | |

**GENERAL ELECTRIC COMPANY'S JOINDER IN CRANE CO.'S MOTION TO MODIFY THE JUDICIAL PANEL'S MDL-875 ORDER**

General Electric Company hereby joins Crane Co.'s Motion to Modify the Judicial Panel's MDL-875 Order, filed on December 28, 2011, (Doc. 8257) in the above styled and numbered docket.

RESPECTFULLY SUBMITTED, this the 10th day of January, 2012.

 //s// T. Hunt Cole, Jr
Thomas W. Tardy, III, Esq. (MSB# 7431)
T. Hunt Cole, Jr., Esq. (MSB# 6349)
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
City Centre Building, Suite 100
200 S. Lamar Street
Jackson, MS 39201-4099
P. O. Box 22608
Jackson, MS 39225-2608
Telephone (601) 960-8600; Facsimile (601) 960-8613

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2012, I have electronically filed the foregoing General Electric Company's Joinder with the clerk of court using the CM/ECF system. Notice of filing of the foregoing will be forwarded to all counsel of record via electronic notice through the CM/ECF system.

                                             //s// T. Hunt Cole, Jr.
                                             Thomas W. Tardy, III, Esq. (MSB# 7431)
                                             T. Hunt Cole, Jr., Esq. (MSB# 6349)