

**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**
ATTORNEYS AT LAW

City Centre, Suite 100
200 South Lamar Street
Jackson, Mississippi 39201-4099

Post Office Box 22608
Jackson, Mississippi 39225-2608

Telephone: 601.960.8600
Main Facsimile: 601.960.8613
Asbestos Facsimile: 601.960.3241

www.fpwkt.com

T. HUNT COLE, Jr.
coleh@fpwk.com
Direct Dial: (601) 969-4288

January 10, 2012

Jeffery N. Luthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

    RE:    MDL-875; Withdrawal of Filing

Dear Mr. Luthi:

    Please accept this letter as a request to withdraw of General Electric Company's Joinder in Crane Co.'s Motion to Modify the Judicial Panel's MDL-875 Order (Doc. 8290) filed in error as the wrong event was selected.

    If you or your staff should have any questions regarding this matter, please do not hesitate to contact our office. Thank you for your attention to this matter.

    With best regards, I am,

                Sincerely,

                FORMAN PERRY WATKINS KRUTZ & TARDY LLP

                T. Hunt Cole, Jr.

THC:almw