UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BELL and SUMIKO BELL,<br><br>    Plaintiffs,<br>  vs.<br><br>ARVIN MERITOR, INC.; BORGWARNER MORSE TEC, INC.; BRIDGESTONE FIRESTONE, INC.; CARLISLE CORPORATION; CSK AUTO, INC.; DANA CORPORATION; EATON CORPORATION; FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST AS SUCCESSOR TO FELT-PRODUCTS MANUFACTURING COMPANY; FORD MOTOR COMPANY; GENUINE PARTS COMPANY; HENNESSY INDUSTRIES, INC.; HONDA NORTH AMERICA, INC.; HONEYWELL INTERNATIONAL, INC.; INGERSOLL-RAND COMPANY; KELSEY-HAYES CORPORATION; LEAR-SIEGLER DIVERSIFIED HOLDINGS CORPORATION; MAREMONT CORPORATION; MCCORD CORPORATION; NATIONAL AUTOMOTIVE PARTS ASSOCIATION; NISSAN NORTH AMERICA, INC.; PARKER-HANNIFIN CORPORATION, AS SUCCESSOR-IN-INTEREST TO EIS BRAKE PARTS; PNEUMO-ABEX CORPORATION; SEARS, ROEBUCK AND COMPANY; SPX CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO BEAR MANUFACTURING COMPANY; | (ASBESTOS)<br><br>USDC 3:12-cv-00131 JCS<br><br>Alameda County Superior Court Case No. RG11593882<br><br>DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION ERRONEOUSLY SUED HEREIN AS PNEUMO-ABEX CORPORATION'S NOTICE OF POTENTIAL TAG ALONG ACTION |

1

**DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION ERRONEOUSLY SUED HEREIN AS PNEUMO-ABEX CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

| |
|---|
| TOYOTA MOTOR SALES, USA, INC.; DOES 1-500, <br><br>      Defendants. |

**DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION ERRONEOUSLY SUED HEREIN AS PNEUMO-ABEX CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**TO THE CLERK OF THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:**

    1.    On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order").  That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause.  MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is aslo named or in which that counsel appears.

    2.    The undersigned hereby notifies the court that the state court action that has now been removed to federal court (a copy of the original state court complaint is provided herewith as an attachment to this filing) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

    Defendant PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION ERRONEOUSLY SUED HEREIN AS PNEUMO-ABEX CORPORATION ("Abex") is providing written notice of this Notice of Potential Tag-

2

BRYDON HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

**DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION ERRONEOUSLY SUED HEREIN AS PNEUMO-ABEX CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

Along Action to all adverse parties.  Abex reserves the right to amend or supplement this Notice of Potential Tag-Along Action.

Dated: January 11, 2012　　　　　　　　　　　BRYDON HUGO & PARKER

　　　　　　　　　　　　　　　　　By:　　/s/ Thomas J. Moses
　　　　　　　　　　　　　　　　　　　　Edward R. Hugo [Bar No. 124839]
　　　　　　　　　　　　　　　　　　　　Donna L. Maul [Bar No. 191119]
　　　　　　　　　　　　　　　　　　　　Thomas J. Moses [Bar No. 116002]
　　　　　　　　　　　　　　　　　　　　BRYDON HUGO & PARKER
　　　　　　　　　　　　　　　　　　　　135 Main Street, 20th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94105
　　　　　　　　　　　　　　　　　　　　Telephone:  (415) 808-0300
　　　　　　　　　　　　　　　　　　　　Facsimile:  (415) 808-0333
　　　　　　　　　　　　　　　　　　　　Email: service@bhplaw.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION ERRONEOUSLY SUED HEREIN AS PNEUMO-ABEX CORPORATION

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3

DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION ERRONEOUSLY SUED HEREIN AS PNEUMO-ABEX CORPORATION'S
NOTICE OF POTENTIAL TAG-ALONG ACTION