UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BELL and SUMIKO BELL,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>ARVIN MERITOR, INC.; BORGWARNER MORSE TEC, INC.; BRIDGESTONE FIRESTONE, INC.; CARLISLE CORPORATION; CSK AUTO, INC.; DANA CORPORATION; EATON CORPORATION; FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST AS SUCCESSOR TO FELT-PRODUCTS MANUFACTURING COMPANY; FORD MOTOR COMPANY; GENUINE PARTS COMPANY; HENNESSY INDUSTRIES, INC.; HONDA NORTH AMERICA, INC.; HONEYWELL INTERNATIONAL, INC.; INGERSOLL-RAND COMPANY; KELSEY-HAYES CORPORATION; LEAR-SIEGLER DIVERSIFIED HOLDINGS CORPORATION; MAREMONT CORPORATION; MCCORD CORPORATION; NATIONAL AUTOMOTIVE PARTS ASSOCIATION; NISSAN NORTH AMERICA, INC.; PARKER-HANNIFIN CORPORATION, AS SUCCESSOR-IN-INTEREST TO EIS BRAKE PARTS; PNEUMO-ABEX CORPORATION; SEARS, ROEBUCK AND COMPANY; SPX CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO BEAR MANUFACTURING COMPANY; TOYOTA MOTOR SALES, USA, INC.; | (ASBESTOS)<br><br>USDC 3:12-cv-00131 JCS<br><br>Alameda County Superior Court Case No. RG11593882<br><br>DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION ERRONEOUSLY SUED HEREIN AS PNEUMO-ABEX CORPORATION'S SCHEDULE OF ACTIONS |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTERET TO Abex Corporation Erroneously sued herein as PNEUMO-ABEX CORPORATION'S SCHEDULE OF ACTIONS

DOES 1-500,

    Defendants.

## SCHEDULE OF ACTIONS

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. § 1442, Defendant PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION ERRONEOUSLY SUED HEREIN AS PNEUMO-ABEX CORPORATION ("Pneumo Abex") hereby provides notice that Pneumo Abex currently have no related actions currently pending before the Judicial Panel of Multidistrict Litigation:

Dated: January 11, 2012      BRYDON HUGO & PARKER

By:    /s/ Thomas J. Moses
Edward R. Hugo [Bar No. 124839]
Donna L. Maul [Bar No. 191119]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION ERRONEOUSLY SUED HEREIN AS PNEUMO-ABEX CORPORATION

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTERET TO Abex Corporation Erroneously sued herein as PNEUMO-ABEX CORPORATION'S SCHEDULE OF ACTIONS