UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BELL and SUMIKO BELL,<br><br>        Plaintiffs,<br>  vs.<br><br>ARVIN MERITOR, INC.; BORGWARNER MORSE TEC, INC.; BRIDGESTONE FIRESTONE, INC.; CARLISLE CORPORATION; CSK AUTO, INC.; DANA CORPORATION; EATON CORPORATION; FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST AS SUCCESSOR TO FELT-PRODUCTS MANUFACTURING COMPANY; FORD MOTOR COMPANY; GENUINE PARTS COMPANY; HENNESSY INDUSTRIES, INC.; HONDA NORTH AMERICA, INC.; HONEYWELL INTERNATIONAL, INC.; INGERSOLL-RAND COMPANY; KELSEY-HAYES CORPORATION; LEAR-SIEGLER DIVERSIFIED HOLDINGS CORPORATION; MAREMONT CORPORATION; MCCORD CORPORATION; NATIONAL AUTOMOTIVE PARTS ASSOCIATION; NISSAN NORTH AMERICA, INC.; PARKER-HANNIFIN CORPORATION, AS SUCCESSOR-IN-INTEREST TO EIS BRAKE PARTS; PNEUMO-ABEX CORPORATION; SEARS, ROEBUCK AND COMPANY; SPX CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO BEAR MANUFACTURING COMPANY; TOYOTA MOTOR SALES, USA, INC.; | (ASBESTOS)<br><br>USDC 3:12-cv-00131 JCS<br><br>Alameda County Superior Court Case No. RG11593882<br><br>CERTIFICATE OF SERVICE |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1
CERTIFICATE OF SERVICE

| | |
|---|---|
| DOES 1-500,<br><br>      Defendants. | |

## CERTIFICATE OF SERVICE

      I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On November 30, 2011, I served the following:

DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION ERRONEOUSLY SUED HEREIN AS PNEUMO-ABEX CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION;

SCHEDULE OF ACTIONS;

U.S. DISTRICT COURT CALIFORNIA NORTHERN DISTRICT CIVIL DOCKET FOR CASE 3:12-cv-00131 JCS with PLAINTIFFS DONALD BELL and SUMIKO BELL'S SUMMONS AND COMPLAINT

    **X**    By placing the document(s) listed above in a sealed envelope and placing the envelope for collection and mailing on the date below following the firm's ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Addressed to Counsel for Plaintiff: Stephen M. Fishback KELLER, FISHBACK & JACKSON, 18425 Burbank Blvd., Suite 610, Tarzana, CA 91356.

on all parties via facsimile to the following attached service list.

      I declare under penalty of perjury that the above is true and correct. Executed on January 11, 2012, at San Francisco, California.

*Wanda D. Claudio*
                           Wanda D. Claudio

Donald Bell, et al. v Arvin Meritor, Inc.
Alameda County Superior Court Case No. RG11593882

Service List

| | |
|---|---|
| Becherer, Kannett & Schweitzer<br>1255 Powell St.<br>Emeryville, CA  94508<br>Tel:  510.658.3600<br>Fax: 510.658.1151<br>*Attorneys for Defendants Bridgestone Americas Tire Operations, LLC; CSK Auto, Inc.; America Honda Motor Company; and Nissan North America, Inc.* | McKenna Long & Aldridge<br>101 California St., 41st Floor<br>San Francisco, CA  94111<br>Tel: 415.956.847<br>Fax: 415.267.4198<br>*Attorneys for Defendants Arvin Meritor, Inc.; Kelsey-Hayes Company and Maremont Corporation* |
| Archer Norris<br>2033 N. Main St., Ste. 80<br>Walnut Creek, CA 94596<br>Tel:  925.930.6600<br>Fax: 925.930.6620<br>*Attorneys for Defendant Auto Zone West, Inc.* | Burnham Brown<br>P.O. Box 119<br>Oakland, CA 94604<br>Tel:  510.444.6800<br>Fax: 510.835.6666<br>*Attorneys for Defendant Borgwarner Morse Tec, Inc.* |
| Nixon Peabody LLP<br>One Embarcadero Center, 18th floor<br>San Francisco, CA  94111<br>Tel:  415.984.8200<br>Fax: 415.984.8300<br>*Attorneys for Defendant Ford Motor Company* | Brown Eassa & McLeod LLP<br>1999 Harrison St., 18th Floor<br>Oakland, CA  94112<br>Tel:  510.444.3131<br>Fax: 510.839.7940<br>*Attorneys for Defendant Carquest Corporation* |
| Gordon & Rees LLP<br>275 Battery St., 20th Flr.<br>San Francisco, CA  94111<br>Tel:  415.986.5900<br>Fax: 415.986.8054<br>*Attorneys for Defendants Carlisle Corporation and Ingersoll-Rand Company* | Gordon & Rees LLP<br>101 W. Broadway, Ste. 2000<br>San Diego, CA 92101<br>Tel:  619.696.6700<br>Fax: 619.696.7124<br>*Attorneys for Defendant Hennessy Industries, Inc.* |
| Sinunu Bruni LLP<br>333 Pine St., Ste. 400<br>San Francisco, CA  94104<br>Tel:  415.362.9700<br>Fax: 415.362.9707<br>*Attorneys for Defendant Federal-Mogul Asbestos Personal Injury Trust as Successor to Felt-Products Manufacturing Company* | Howard Rome Martin & Ridley<br>1775 Woodside Rd., Ste. 200<br>Redwood City, CA 94061<br>Tel:  650.365.7715<br>Fax: 650.364.5297<br>*Attorneys for Defendant Eaton Corporation* |
| Keesal Young & Logan<br>450 Pacific Ave., # 3<br>San Francisco, CA  94133<br>Tel:  415.398.6000<br>Fax: 415.981.013<br>*Attorneys for Defendant Lear-Siegler Diversified Holdings Corporation* | Perkins Coie LLP<br>4 Embarcadero, Ste. 2400<br>San Francisco, CA  94111<br>Tel:  415.344.7000<br>Fax: 415.344.7050<br>*Attorneys for Defendant Honeywell International, Inc.* |
| Tucker Ellis & West LLP<br>135 Main St., Ste. 700 | Pond North LLP<br>350 S. Grand Ave., Ste. 3300 |

| | |
|---|---|
| San Francisco, CA 94105<br>Tel:  415.617.2400<br>Fax:  415.617.2409<br>*Attorneys for Defendant McCord Corporation* | Los Angeles, CA 90071<br>Fax:  213.623.3594<br>*Attorneys for Defendants Genuine Parts Company; National Automotive Parts Association and Sears Roebuck and Co.* |
| Selman Breitman LLP<br>33 New Montgomery St., 6th Flr.<br>San Francisco, CA 90017<br>Tel:  415.979-.400<br>Fax:  415.979.2099<br>*Attorneys for Defendant Bear Automotive Service Equipment Company* | Semper Law Group<br>333 S. Hope St., Ste. 3950<br>Los Angeles, CA 90071<br>Tel:  213:.437.9700<br>Fax:  213.596.1466<br>*Attorneys for Defendant Parker Hannifin Corporation* |