## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI),<br><br>This document relates to:<br><br>**The Motion of Crane Co. To Modify The Judicial Panel's MDL-875 Order** | MDL No. 875 |

### JOINDER OF AIR & LIQUID SYSTEMS CORPORATION, SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC. IN MOTION OF CRANE COMPANY TO MODIFY THE JUDICIAL PANEL'S MDL-875 ORDER AND NOTICE OF INTENT TO FILE A BRIEF IN ACCORDANCE WITH THE JUDICIAL PANEL'S BRIEFING SCHEDULE

Pursuant to Rule 6.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Air & Liquid Systems, successor by merger to Buffalo Pumps, Inc. ("Buffalo") joins in the Motion To Modify The Judicial Panel's MDL-875 Order. The Motion To Modify The Judicial Panel's MDL-875 Order was appropriate. Buffalo joins consistent with the requirements of Rule 6.1(c) and incorporates by reference as though fully set forth herein the points and authorities relied upon by Crane Co..

Buffalo has removed a number of cases to different district courts only to be confronted with inconsistent rulings from one court to another. Even after the MDL-875 Court's decision in *Hagen v. Benjamin Foster Co.*, 739 F. Supp. 2d 770, 772 (E.D. Pa. 2010), questions of remand as they relate to the grounds for removal of these asbestos related claims have not been uniformly decided by district courts across the nation. While the vast majority of district courts confronted with motions to remand cases

removed on federal officer grounds have denied such motions, a significant minority of district courts has granted such motions in factually identical situations.[1]

Buffalo understands that a briefing schedule was recently issued by the Panel with responses due by January 26, 2012. By this Notice, Buffalo advises the Panel that it intends to file a brief in response.

January 10, 2012                     Respectfully submitted,


/s/James G. Scadden
Michael J. Pietrykowski (Cal. Bar No. 118677)
James G. Scadden (Cal. Bar No. 90127)
Glen R. Powell (Cal. Bar No. 219453
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900 (Phone); (415) 986-5900 (Fax)
mpietrykowski@gordonrees.com
jscadden@gordonrees.com
gpowell@gordonrees.com

Attorneys for Air & Liquid Systems Corporation, successor by merger to Buffalo Pumps, Inc.

---

[1] *See, e.g., Sublett v. Air & Liquid Systems Corp.*, Case No. 11-433-GPM, 2011 U.S. Dist. Lexis 70908 (S.D. Ill. June 30, 2011) (granting plaintiffs' motion to remand asbestos lawsuit to state court where removal alleged subject matter jurisdiction on the basis of 28 U.S.C. § 1442, the federal officer removal statute); *but see* Order denying plaintiff's motion to remand in *Ellis v. Pneumo Abex Corp.*, Case No. 110-01128 (C.D. Ill. June 20, 2011) (denying plaintiff's motion to remand and finding that defendants showed evidence sufficient to satisfy the requirements for federal officer removal pursuant to 28 U.S.C. § 1442(a)(1)).