# BEFORE THE JUDICAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI), | ) MDL No. 875 ) ) ) ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the dates and by the methods of service noted below, a true and correct copies of the foregoing documents were served on the following at their last known addresses:

///

///

///

///

///

///

1

Served Electronically through CM/ECF on January 11, 2012:

| | |
|---|---|
| Gary O. Galiher | gog@gogaliher.com |
| L. Richard DeRobertis | rd@gogaliher.com |
| Sidney K. Ayabe | Sidney.ayabe@hawadvocate.com |
| Gail M. Kang | gail.kang@hawadvocate.com |
| Corlis J. Chang | cchang@goodsill.com |
| Mihoko E. Ito | meito@goodsill.com |
| Christopher Shea Goodwin | chris@christophersheagoodwin.com |
| Steven K. Hisaka | shisaka@objectionsustained.com |
| E. Mason Martin, III | mmartin@kdubm.com |
| Craig T. Kugisaki | craig@kugisaki.com |
| Michael F. O'Connor | mfoconnor@ollon.com |
| Lee T. Nakamura | lnakamura@tpm-hawaii.com |
| Aimee H. Oyasato | aoyasato@wto-hilaw.com |
| Bradford Chun | bchun@kdubm.com |
| Joseph F. Kotowski | jkotowski@tpm-hawaii.com |

DATED: San Francisco, California, January 11, 2012.

_____
Eileen Spiers