UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                                                    MDL No. 875
    Shorter v. John Crane-Houdaille, Inc., et al., )
        (E.D. Pennsylvania, C.A. No. 2:08-88730)    )
        D. Maryland, C.A. No. 1:08-01874        )

**ORDER VACATING CONDITIONAL REMAND ORDER**

    A conditional remand order was filed in this matter (*Shorter*) on January 10, 2012, pursuant to a suggestion of remand issued by the Honorable Eduardo C. Robreno, the transferee judge. The Panel has now been informed that the transferee judge has vacated his suggestion of remand in *Shorter*.

    IT IS THEREFORE ORDERED that the Panel's conditional remand orders filed on January 10, 2012, is VACATED.

                                                            FOR THE PANEL:

                                                            Jeffery N. Lüthi
                                                           Clerk of the Panel