IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| SHORTER | : : : | Transferred from the District of Maryland, Case No. 08-01874 |
| v. | : : | |
| JOHN CRANE-HOUDAILLE, INC., et al. | : : | E.D. PA No. 2:08-cv-88730 |

FILED
JAN 1 1 20
MICHAEL E. KUNZ
By_____De

### O R D E R

**AND NOW**, this **9th** day of **January, 2012**, it is hereby **ORDERED** that the Court's Suggestion of Remand in this case (doc. no. 85) is **VACATED**.

It is further **ORDERED** that all claims against all viable defendants in the above-captioned case are **DISMISSED** and the case is transferred to the "Bankruptcy Only" docket.

It is further **ORDERED** that the case be marked **CLOSED**.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**