UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SWAN, as Wrongful Death Heir, and as Successor-in-Interest to LYLE SWAN, Deceased, and LYLE SWAN, JR., LISA LUNA, RYAN SWAN, RENAE ZAZUETA, as Legal Heirs of LYLE SWAN, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION),<br><br>Defendants. | (ASBESTOS)<br><br>USDC 3:11-cv-06150 MMC<br><br><br>DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)'S NOTICE OF POTENTIAL TAG ALONG ACTION |

**DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**TO THE CLERK OF THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:**

1.      On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order").  That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause.  MDL Rule 13(e) provides:

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1
**DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)'S
NOTICE OF POTENTIAL TAG-ALONG ACTION**

Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is aslo named or in which that counsel appears.

2.     The undersigned hereby notifies the court that the state court action that has now been removed to federal court (a copy of the original state court complaint is provided herewith as an attachment to this filing) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Defendant FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION) ("Foster Wheeler") is providing written notice of this Notice of Potential Tag-Along Action to all adverse parties.  Foster Wheeler reserves the right to amend or supplement this Notice of Potential Tag-Along Action.

Dated: January 18, 2012                    BRYDON HUGO & PARKER


                                    By:     /s/Shelley K. Tinkoff
                                            Edward R. Hugo [Bar No. 124839]
                                            Shelley K. Tinkoff [Bar No. 187498]
                                            Thomas J. Moses [Bar No. 116002]
                                            BRYDON HUGO & PARKER
                                            135 Main Street, 20th Floor
                                            San Francisco, CA 94105
                                            Telephone:  (415) 808-0300
                                            Facsimile:  (415) 808-0333
                                            Email: service@bhplaw.com

                                            Attorneys for Defendant
                                            FOSTER WHEELER LLC (FKA FOSTER
                                            WHEELER CORPORATION)

**DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)'S
NOTICE OF POTENTIAL TAG-ALONG ACTION**