UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SWAN, as Wrongful Death Heir, and as Successor-in-Interest to LYLE SWAN, Deceased, and LYLE SWAN, JR., LISA LUNA, RYAN SWAN, RENAE ZAZUETA, as Legal Heirs of LYLE SWAN, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION),<br><br>Defendants. | (ASBESTOS)<br><br>USDC 3:11-cv-06150 MMC<br><br>DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)'S SCHEDULE OF ACTIONS |

**SCHEDULE OF ACTIONS**

In connection with its Answer to Complaint, Defendant FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION) ("Foster Wheeler") hereby provides notice

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)'S SCHEDULE OF ACTIONS

that Foster Wheeler currently has no related actions currently pending before the Judicial Panel of Multidistrict Litigation:

Dated: January 18, 2012                     BRYDON HUGO & PARKER

             By: /s/ Shelley K. Tinkoff
                Edward R. Hugo [Bar No. 124839]
                Shelley K. Tinkoff [Bar No. 187498]
                Thomas J. Moses [Bar No. 116002]
                BRYDON HUGO & PARKER
                135 Main Street, 20th Floor
                San Francisco, CA 94105
                Telephone: (415) 808-0300
                Facsimile: (415) 808-0333
                Email: service@bhplaw.com

                Attorneys for Defendant
                FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)'S SCHEDULE OF ACTIONS