UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SWAN, as Wrongful Death Heir, and as Successor-in-Interest to LYLE SWAN, Deceased, and LYLE SWAN, JR., LISA LUNA, RYAN SWAN, RENAE ZAZUETA, as Legal Heirs of LYLE SWAN, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION),<br><br>Defendants. | (ASBESTOS)<br><br>USDC 3:11-cv-06150 MMC<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

    I am a resident of the State of California, over the age of 18 years, and not a party to the within action.  My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105.  On November 30, 2011, I served the following:

DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)'S NOTICE OF POTENTIAL TAG-ALONG ACTION;

DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION'S SCHEDULE OF ACTIONS;

U.S. DISTRICT COURT CALIFORNIA NORTHERN DISTRICT CIVIL DOCKET for Case No. 3:11-cv-06150 MMC with PLAINTIFFS' MARY SWAN, as Wrongful Death Heir, and as Successor-in-Interest to LYLE SWAN, Deceased, and LYLE SWAN, JR., LISA LUNA, RYAN SWAN, RENAE ZAZUETA, as Legal Heirs of LYLE SWAN'S SUMMONS AND COMPLAINT

Via facsimile to Plaintiff's counsel of record: BRAYTON ❖ PURCELL, 222 Rush Landing Road, Novato, CA 94948, (415) 898-1247.

    I declare under penalty of perjury that the above is true and correct. Executed on January 18, 2012, at San Francisco, California.

*Wanda D. Claudio*
Wanda D. Claudio

Edward R. Hugo [Bar No. 124839]
Shelley K. Tinkoff [Bar No. 187498]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2
CERTIFICATE OF SERVICE