IN THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : MDL DOCKET NO. 875 : : CDCA Civil Action No. : 11-cv-08886 |
| TAYLOR, TERRY K, Individually and as the Special Administrator of the estate of MARY BETH TAYLOR, Deceased, and SHELBY N. TAYLOR, KAITLYN R. TAYLOR, EMILY M. TAYLOR, and MATTIE R. TAYLOR as surviving heirs of MARY BETH TAYLOR, Deceased, Plaintiffs, KELLY MOORE PAINT CO., Defendant. | : : Transferor District Court: : Central District of California : : : : : : : : : |

---

### CERTIFICATE OF SERVICE

I, James M. Kramer, hereby certify that on January 18, 2012 a true and correct copy of NOTICE OF APPERANCE was electronically served on all counsel of record via electronic mail and is available for viewing and downloading from the Court's ECF system.

Dated: January 18, 2012                By: _____
                                          James M. Kramer