IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| VARIOUS PLAINTIFFS | : : : | Transferred from the Northern District of California |
| v. | : : | |
| VARIOUS DEFENDANTS | : | Cases listed in Exhibit A |

FILED
JAN 1 9 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## O R D E R

**AND NOW**, this **19th** day of **January, 2012**, it is hereby **ORDERED** that the Court's Suggestion of Remand in the cases listed in Exhibit "A," attached, are **VACATED**.[1]

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[1] The parties have informed the Court that these cases are part of the group of more than eighty (80) cases that the parties agreed would be subject to five representative motions for summary judgment.

EXHIBIT A

Case No. 09-91851 (doc. no. 16)
Case No. 09-62915 (doc. no. 23)