UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI) MDL No. 875
    Riker et al v. General Electric Company et al., )
        (E.D. Pennsylvania, C.A. No. 2:09-62915) )
        N.D. California, C.A. No. 3:07-01273 )
    Walker v. General Electric Company et al., )
        (E.D. Pennsylvania, C.A. No. 2:09-91851) )
        N.D. California, C.A. No. 4:09-04606 )

ORDER VACATING CONDITIONAL REMAND ORDER

    A conditional remand order was filed in these actions (*Riker* and *Walker*) on January 13, 2012, pursuant to a suggestion of remand issued by the Honorable Eduardo C. Robreno, the transferee judge. The Panel has now been informed that the transferee judge has vacated his suggestion of remand in *Riker* and *Walker*.

    IT IS THEREFORE ORDERED that the Panel's conditional remand order filed on January 13, 2012, is VACATED.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel