BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | §<br>§ | MDL DOCKET NO. 875 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA (NORTHERN DIVISION)

| | | |
|---|---|---|
| **REUBEN MORGAN,**<br><br>**Plaintiff,**<br><br>    vs.<br><br>**BILL VANN COMPANY, INC., et al.,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2011-cv-00535<br>(CTO−466) |

### PLAINTIFF'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S OPPOSITION TO THE CONDITIONAL TRANSFER ORDER (CTO – 466)

COMES NOW the Plaintiff, by and through undersigned counsel, and files this Notice of Withdrawal of Plaintiff's Opposition to the Conditional Transfer Order (Doc. 8080).

RESPECTFULLY SUBMITTED this 20th day of January, 2012.

s/G. Patterson Keahey_____

                    G. Patterson Keahey
                    Alabama State Bar No.: ASB-6357-A64G
                    *Attorney for the Plaintiff*

Law Offices of G. Patterson Keahey
G. PATTERSON KEAHEY, P.C.
One Independence Drive, Ste. 612
Birmingham, Alabama 35209
Telephone:  (205)871-0707
Email:      efile@mesohelp.com

## CERTIFICATE OF SERVICE

     I hereby certify that on the 20th day of January, 2012, I have caused service of the foregoing on the parties of record by electronic filing with the Clerk of Court using the CM/ECF, electronic filing system, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, and by first-class mail to those parties not registered to receive notice from the Clerk of Court.

                    s/ G. Patterson Keahey
                      OF COUNSEL