IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : | CONSOLIDATED UNDER MDL 875 |
| AIKINS | : | |
| | : | Transferred from the Northern District of California, |
| v. | : | 10-00406 |
| GENERAL ELECTRIC COMPANY, et al. | : | Case No. 2:10-cv-64595 |

**FILED** JAN 2 3 2012 MICHAEL E. KUNZ, Clerk By _____ Dep. Clerk

# O R D E R

**AND NOW**, this **20th** day of **January, 2012**, it is hereby **ORDERED** that the Suggestion of Remand in this case (doc. no. 54) is **VACATED** as having been entered in error.

It is further **ORDERED** that the Order denying Motions for Reconsideration in this case (doc. no. 53) is **VACATED**, and the motions are **REINSTATED**.[1]

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[1] The Order stated incorrectly that the motions were not timely filed.

1