## Before the Judicial Panel on Multidistrict Litigation
## MDL-875 – In re Warren and Gwendolyn Cicotte

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Warren and Gwendolyn Cicotte Plaintiffs<br>v.<br>General Electric Company, Air & Liquid Systems, Corporation, CBS Corporation, Foster Wheeler, LLC and Elliott Turbomachinery Co., Inc. Defendants | | 3:11-cv-01236 | Janet C. Hall |
| | | | |

2392276v.1