BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In re Warren and Gwendolyn Cicotte　　　　　　　　MDL 875

**Proof of Service**

I hereby certify that a copy of the foregoing was served by email on this 24th day of January, 2012 to the following:

**Christopher Meisenkothen**
Early Lucarelli Sweeney & Meisenkothen
One Century Tower
265 Church St., 11th Fl.
PO Box 1866
New Haven, CT 06508-1866
cmeisenkothen@elslaw.com

Bryna Rosen Misiura, Esq.
Governo Law Firm LLC
Two International Place
Boston, MA  02110
bmisiura@governo.com

Thomas F. Maxwell, Jr.
Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT 06601-7006
tmaxwell@pullcom.com

James Oswald, Esq.
Adler Pollock & Sheehan
One Citizens Plaza 8th Floor
Providence, RI  02903-1345
joswald@apslaw.com

Katharine S. Perry, Esq.
Adler Pollock & Sheehan PC – MA
175 Federal Street
Boston, MA  02110
kperry@apslaw.com


　　　　　　　　　　　　　　　　　　　　/s/ Dan E. LaBelle

2392277v.1