

| | |
|---|---|
| SIDLEY AUSTIN LLP | BEIJING / LOS ANGELES |
| 1501 K STREET, N.W. | BRUSSELS / NEW YORK |
| WASHINGTON, D.C. 20005 | CHICAGO / SAN FRANCISCO |
| (202) 736 8000 | DALLAS / SHANGHAI |
| (202) 736 8711 FAX | FRANKFURT / SINGAPORE |
| | GENEVA / SYDNEY |
| | HONG KONG / TOKYO |
| | LONDON / WASHINGTON, D.C. |

jfonstad@sidley.com
(202) 736-8544

FOUNDED 1866

January 24, 2012

**By CM/ECF**

Jeffery N. Lüthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8041

      Re:    MDL 875: In re Asbestos Product Liability Litigation (No. VI)
                Notice of Potential Tag-Along Action

Dear Mr. Lüthi:

      Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant General Electric Company, by its attorneys, hereby notifies the Panel of the following potential tag-along action in MDL 875 listed on the attached Schedule of Actions. Enclosed are copies of the complaint and docket sheet for this action.

      While the Panel recently terminated the transfer of most new tag-along actions to MDL 875, *see* MDL 875 D.E. 8213, this case falls within an exception to that Order because it was filed in the Seventh Circuit by the Cascino Vaughan Law Offices, Ltd. *See* MDL 875 D.E. 8213 at Appendix A # 2. Magistrate Judge Strawbridge of the Eastern District of Pennsylvania is handling the mediation and settlement of the asbestos cases brought by the Cascino Vaughan firm. *See* http://www.paed.uscourts.gov/mdl875r.asp.

      Please do not hesitate to contact me should you have any questions about the above.

               Sincerely,

               *s/ John Fonstad*
               John A. Fonstad

Enclosures

cc:    Counsel of Record Per the Attached Service List (w/o enclosures, by U.S. Mail)

**ATTORNEYS FOR SERVICE LIST**

| | |
|---|---|
| Michael Cascino<br>Cascino Vaughan Law Offices, Ltd.<br>220 South Ashland Avenue<br>Chicago, IL 60607<br>(312) 944-0600<br>michaelp.cascino@gmail.com<br><br>*Counsel for Plaintiff* | Edward J. McCambridge<br>Adam J. Jagadich<br>Segal, McCambridge, Singer & Mahoney<br>233 South Wacker Drive, Suite 5500<br>Chicago, IL 60606<br>(312) 645-7800<br>(312) 645-7711 (fax)<br>emccambridge@smsm.com<br>ajagadich@smsm.com<br><br>*Counsel for 3M Co. and Weil-McLain Co.* |
| Joseph Philip Rejano<br>Foley & Mansfield<br>55 West Monroe<br>#34030<br>Chicago, IL 60603<br>312 254-3800<br>312 254-3801 (fax)<br>jrejano@foleymansfield.com<br><br>*Counsel for CBS Corp.* | Tobin J. Taylor<br>Heyl Royster Voelker & Allen, P.C.<br>124 S.W. Adams Street<br>Suite 600<br>Peoria, IL 61602<br>(309)676-0400<br>(309)676-3374 (fax)<br>ttaylor@heylroyster.com<br><br>*Counsel for Certainteed Corp.* |
| Maja C. Eaton<br>Edward P. Kenney<br>John Anthony Fonstad<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>(312) 853-7000<br>meaton@sidley.com<br>ekenney@sidley.com<br>jfonstad@sidley.com<br><br>*Counsel for General Electric Co.* | David Lee Szlanfucht<br>Rakoczy Molino Mazzochi Siwik<br>6 West Hubbard<br>Chicago, IL 60610<br>(816)960-1611<br>dszlanfucht@rwdmlaw.com<br><br>*Counsel for Kaiser Gypsum Co.* |
| Robert Spitkovsky, Jr.<br>Johnson & Bell, Ltd.<br>33 West Monroe Street<br>Suite 2700<br>Chicago, IL 60603<br>(312) 372-0770<br>spitkovsky@jbltd.com<br><br>*Counsel for Koppers Inc.* | Ronald Austin, Jr.<br>Brothers & Thompson, P.C.<br>Two Prudential Plaza<br>180 N. Stetson Street<br>Suite 4525<br>Chicago, IL 60601<br>(312) 372-2909<br>(312) 297-1020 (fax)<br>raustin@brothersthompson.com<br><br>*Counsel for Miller Electric Manufacturing Co.* |

## SCHEDULE OF ACTIONS

| Div. | C.A. # | Judge | Case Caption |
|------|--------|-------|--------------|

**Northern District of Illinois**

| 01 | 11-cv-8045 | Hon. John A. Nordberg | *Richard J. Morelli v. 3M Company, et al.* |