COLE

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 4.2
# (Chicago)
# CIVIL DOCKET FOR CASE #: 1:11-cv-08045

Morelli v. 3M Company et al
Assigned to: Honorable John A. Nordberg
Demand: $75,000
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 11/11/2011
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**Richard J Morelli**    represented by    **Michael Peter Cascino**
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600
Email: michaelp.cascino@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**3M Company**
*a corporation*    represented by    **Edward J. McCambridge**
Segal, McCambridge, Singer & Mahoney, Ltd.
5500
233 S. Wacker Drive
Chicago, IL 60606

(312) 645-7800
Email:
emccambridge@smsm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam J Jagadich**
Segal, McCambridge, Singer &
Mahoney
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
(312) 645-7800
Fax: (312) 645-7711
Email: ajagadich@smsm.com
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Airgas
Merchant
Gases LLC**
*a corporation, as
success in int to
successor*
AGA Gas Inc

**<u>Defendant</u>**

**Bucyrys
International
Inc**
*a corporation
formerly known
as*
Bucyrus-Erie
Company

**<u>Defendant</u>**

**CBS Corporation**
*a corporation*

represented by **Joseph Philip Rejano**
Foley & Mansfield
55 West Monroe
#34030
Chicago, IL 60603
312 254-3800
Fax: 312 254-3801
Email:
jrejano@foleymansfield.com
*ATTORNEY TO BE NOTICED*

## Defendant

**Certainteed Corporation**
*a corporation*

represented by **Tobin J Taylor**
Heyl Royster Voelker & Allen, P.C.
124 S.W. Adams Street
Suite 600
Peoria, IL 61602
(309)676-0400
Fax: (309)676-3374
Email: ttaylor@heylroyster.com
*ATTORNEY TO BE NOTICED*

## Defendant

**Cleaver Brooks Inc.**
*a corporation*

represented by **Daniel R. Griffin**
O'Connell Tivin Miller & Burns, LLC
135 South LaSalle Street
Suite 2300
Chicago, IL 60603
312 256 8800
Fax: 312 256 8808
Email: dgriffin@djoalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**Foseco Inc.**
*a corporation*

**Defendant**

**Foster Wheeler LLC**
*a corporation*

**Defendant**

| | | |
|---|---|---|
| **General Electric Company** *a corporation* | represented by | **John Anthony Fonstad** Sidley Austin LLP One South Dearborn Chicago, IL 60603 (312) 853-0752 Email: jfonstad@sidley.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Edward P Kenney** Sidley Austin LLP One South Dearborn Street Chicago, IL 60603 (312) 853-7000 Email: ekenney@sidley.com *ATTORNEY TO BE NOTICED* |
| | | **Maja C. Eaton** Sidley Austin LLP One South Dearborn Street Chicago, IL 60603 (312) 853-7000 Email: meaton@sidley.com *ATTORNEY TO BE NOTICED* |

**Defendant**

**Georgia Pacific LLC**

Case MDL No. 875   Document 8350-1   Filed 01/24/12   Page 5 of 12

*a corporation*

## Defendant

**Hobart
Brothers
Company**
*a corporation*

## Defendant

| | | |
|---|---|---|
| **Kaiser Gypsum Company**<br>*a corporation* | represented by | **David Lee Szlanfucht**<br>Rakoczy Molino Mazzochi Siwik<br>6 West Hubbard<br>Chicago, IL 60610<br>(816)960-1611<br>Email:<br>dszlanfucht@rwdmlaw.com<br>*ATTORNEY TO BE NOTICED* |

## Defendant

| | | |
|---|---|---|
| **Koppers Inc**<br>*a corporation* | represented by | **Robert Spitkovsky , Jr.**<br>Johnson & Bell, Ltd.<br>33 West Monroe Street<br>Suite 2700<br>Chicago, IL 60603<br>(312) 372-0770<br>Email: spitkovsky@jbltd.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

## Defendant

**Lincoln
Electric
Company**
*a corporation*

## Defendant

**Linde LLC**

*a corporation*
*formerly known*
*as*
The BOC Group
*formerly known*
*as*
Airco

## Defendant

| **Miller Electric Mfg Co** *a corporation* | represented by | **Ronald Austin , Jr.** Brothers & Thompson, P.C. Two Prudential Plaza 180 N. Stetson Street Suite 4525 Chicago, IL 60601 (312) 372-2909 Fax: (312) 297-1020 Email: raustin@brothersthompson.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
|---|---|---|

## Defendant

**Rapid American Corporation**
*a corporation*

## Defendant

**Rheem Manufacturing Company**
*a corporation*

## Defendant

**Riley Power, Inc.**

*a corporation*

## **Defendant**

**Terex
Corporation**
*Individually and
as a successor
to, a corporation
successor*
Clark Material
Handling
Company

## **Defendant**

**Trane U.S. Inc.**
*a corporation*

## **Defendant**

**Weil-McLain
Company**
*a corporation
also known as*
The Marley-
Wylain Company

represented by **Edward J. McCambridge**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Adam J Jagadich**
(See above for address)
*ATTORNEY TO BE NOTICED*

## **Defendant**

**The Manitowoc
Company**
*a corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/11/2011 | 1 | COMPLAINT filed by Richard J Morelli; Jury Demand. Filing fee $ 350, receipt number 0752-6561841. (Attachments: # 1 Exhibit A, # |

| | | |
|---|---|---|
| | [2](#) | Exhibit B)(Cascino, Michael) (Entered: 11/11/2011) |
| 11/11/2011 | [2](#) | CIVIL Cover Sheet (Cascino, Michael) (Entered: 11/11/2011) |
| 11/11/2011 | [3](#) | ATTORNEY Appearance for Plaintiff Richard J Morelli by Michael Peter Cascino (Cascino, Michael) (Entered: 11/11/2011) |
| 11/11/2011 | [4](#) | NOTICE OF TAG-ALONG ACTION by Richard J Morelli (Cascino, Michael) (Entered: 11/11/2011) |
| 11/11/2011 | [5](#) | Corporate Disclosure Statement by Richard J Morelli (Cascino, Michael) (Entered: 11/11/2011) |
| 11/14/2011 | | CASE ASSIGNED to the Honorable John A. Nordberg. Designated as Magistrate Judge the Honorable Jeffrey Cole. (mh, ) (Entered: 11/14/2011) |
| 12/16/2011 | [6](#) | Summary Answer, Affirmative Defenses and Jury Demand by Riley Power, Inc. (Taylor, Tobin) (Entered: 12/16/2011) |
| 12/16/2011 | [7](#) | NOTICE by Riley Power, Inc. *Notice of Tag-Along Action & Motion for Stay Proceedings* (Taylor, Tobin) (Entered: 12/16/2011) |
| 12/16/2011 | [8](#) | ATTORNEY Appearance for Defendant Miller Electric Mfg Co by Ronald Austin, Jr (Austin, Ronald) (Entered: 12/16/2011) |
| 12/16/2011 | [9](#) | ANSWER to Complaint by Miller Electric Mfg Co(Austin, Ronald) (Entered: 12/16/2011) |
| 12/16/2011 | [10](#) | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Miller Electric Mfg Co (Austin, Ronald) (Entered: 12/16/2011) |

| 12/20/2011 | 11 | MOTION by Defendant Riley Power, Inc. to stay regarding notice of filing 7 (Taylor, Tobin) (Entered: 12/20/2011) |
| 12/20/2011 | 12 | ATTORNEY Appearance for Defendant Kaiser Gypsum Company by David Lee Szlanfucht (Szlanfucht, David) (Entered: 12/20/2011) |
| 12/20/2011 | 13 | ANSWER to Complaint *and Affirmative Defenses* by Kaiser Gypsum Company(Szlanfucht, David) (Entered: 12/20/2011) |
| 12/20/2011 | 14 | Disclosure Statement Form by Kaiser Gypsum Company (Szlanfucht, David) (Entered: 12/20/2011) |
| 12/22/2011 | 15 | ANSWER to Complaint with Jury Demand by CBS Corporation (Attachments: # 1 Notice of Filing Notification as to Affiliates, # 2 Supplement Disclosure Statement Pursuant to F.R.C.P. 7.1 of Defendant CBS Corporation, # 3 Notice of Filing Notice of Tag-along Action, # 4 Certificate of Service Jury Demand)(Rejano, Joseph) (Entered: 12/22/2011) |
| 12/29/2011 | 16 | MOTION by Defendant Certainteed Corporation to stay *Motion to Stay Proceedings* (Taylor, Tobin) (Entered: 12/29/2011) |
| 12/29/2011 | 17 | ANSWER to Complaint with Jury Demand *Summary Answer, Affirmative Defenses* by Certainteed Corporation(Taylor, Tobin) (Entered: 12/29/2011) |
| 01/04/2012 | 18 | ATTORNEY Appearance for Defendant 3M Company by Edward J. McCambridge (Attachments: # 1 Certificate of Service) (McCambridge, Edward) (Entered: 01/04/2012) |

01/24/2012 04:37 PM

| 01/04/2012 | 19 | ATTORNEY Appearance for Defendant Weil-McLain Company by Edward J. McCambridge (Attachments: # 1 Certificate of Service)(McCambridge, Edward) (Entered: 01/04/2012) |
|---|---|---|
| 01/04/2012 | 20 | ATTORNEY Appearance for Defendant Weil-McLain Company by Adam J Jagadich (Jagadich, Adam) (Entered: 01/04/2012) |
| 01/04/2012 | 21 | ATTORNEY Appearance for Defendant 3M Company by Adam J Jagadich (Jagadich, Adam) (Entered: 01/04/2012) |
| 01/04/2012 | 22 | ANSWER to Complaint , *Affirmative Defenses and Answer to Present and Future Cross Claims* by Weil-McLain Company (Attachments: # 1 Notice of Filing Answer to Plaintiff's Complaint; Affirmative Defenses and Answer to Present and Future Cross Claims)(McCambridge, Edward) (Entered: 01/04/2012) |
| 01/04/2012 | 23 | CERTIFICATE of Service *serving Weil-McLain's Requests for Production of Documents and Special Interrogatories to Plaintiff via eamail* by Edward J. McCambridge on behalf of Weil-McLain Company (McCambridge, Edward) (Entered: 01/04/2012) |
| 01/04/2012 | 24 | ANSWER to Complaint , *Affirmative Defenses and Answer to Present and Future Cross Claims* by 3M Company (Attachments: # 1 Notice of Filing Answer, Affirmative Defenses and Answer to Present and Future Cross Claims)(McCambridge, Edward) (Entered: 01/04/2012) |
| 01/04/2012 | 25 | CERTIFICATE of Service *serving Defendant 3M's Requests for Production of Documents and Special Interrogatories to Plaintiff via email* by Edward J. McCambridge on behalf of 3M |

|  |  |  | Company (McCambridge, Edward) (Entered: 01/04/2012) |
|---|---|---|---|
| 01/17/2012 | 26 | | ATTORNEY Appearance for Defendant Koppers Inc by Robert Spitkovsky, Jr (Spitkovsky, Robert) (Entered: 01/17/2012) |
| 01/17/2012 | 27 | | JURY Demand (Spitkovsky, Robert) (Entered: 01/17/2012) |
| 01/23/2012 | 28 | | ATTORNEY Appearance for Defendant General Electric Company by John Anthony Fonstad (Fonstad, John) (Entered: 01/23/2012) |
| 01/23/2012 | 29 | | ATTORNEY Appearance for Defendant General Electric Company by Maja C. Eaton (Eaton, Maja) (Entered: 01/23/2012) |
| 01/23/2012 | 30 | | ATTORNEY Appearance for Defendant General Electric Company by Edward P Kenney (Kenney, Edward) (Entered: 01/23/2012) |
| 01/23/2012 | 31 | | ANSWER to Complaint with Jury Demand by General Electric Company(Fonstad, John) (Entered: 01/23/2012) |
| 01/23/2012 | 32 | | Rule 7.1 Corporate Disclosure Statement by General Electric Company (Fonstad, John) (Entered: 01/23/2012) |
| 01/23/2012 | 33 | | Notice of Tag-Along Action by General Electric Company (Fonstad, John) (Entered: 01/23/2012) |
| 01/23/2012 | 34 | | Tag-Along Letter by General Electric Company (Fonstad, John) (Entered: 01/23/2012) |
| 01/24/2012 | 35 | | ATTORNEY Appearance for Defendant Cleaver Brooks Inc. by Daniel R. Griffin (Attachments: # 1 Notice of Filing)(Griffin, Daniel) (Entered: 01/24/2012) |

| 01/24/2012 | 36 | ANSWER to Complaint by Cleaver Brooks Inc. (Attachments: # 1 Notice of Filing)(Griffin, Daniel) (Entered: 01/24/2012) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/24/2012 16:36:55 | | | |
| **PACER Login:** | sa0019 | **Client Code:** | 07900-40080-30152 |
| **Description:** | Docket Report | **Search Criteria:** | 1:11-cv-08045 |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |