ATTORNEYS AT LAW

333 BUSH STREET, 30TH FLOOR   SAN FRANCISCO, CALIFORNIA 94104-2834

*www.sedgwicklaw.com*   415.781.7900 *phone*   415.781.2635 *fax*

# Sedgwick LLP

January 24, 2012

**VIA ECF FILING**

Jeffery N. Luthi
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:    *James Richardson v. General Electric Company, et al.*
       U.S. District Court, Northern District Of California, Case No. 3:11-cv-06380-EMC
       Our File No.: 00045-079666

Dear Mr. Luthi:

On behalf of our client, General Electric Company ("GE"), we write to inform the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" asbestos case currently pending in the United States District Court for the Northern District of California.

Plaintiff in the above-referenced matter has initiated a personal injury asbestos-related action. Plaintiff James Richardson claims that he was exposed to asbestos-containing products at his job sites. Thus, this action involves common questions of fact with numerous other asbestos actions previously transferred by the Panel pursuant to 28 U.S.C. § 1407. Accordingly, GE requests that the Panel transfer this case to the Eastern District of Pennsylvania for consolidated pretrial proceedings.

This "tag-along" case was filed in the United States District Court for the Northern District of California on December 16, 2011. Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of Procedure, the panel is authorized to enter a conditional transfer order or file an order to show cause why this action should not be transferred.

I enclose plaintiff's complaint in this action, as well as the docket sheet for this case in the United States District Court for the Northern District of California.

SF/2654863v1

January 24, 2012
Page 2

Plaintiff in this action is represented by David R. Donadio of Brayton Purcell LLP, 222 Rush
Landing Road, Novato, California 94948-6169 (telephone: (415) 898-1555; fax: (415) 898-
1247).

Thank you for your attention to this matter.  Please call me if you have any questions or
require any additional information.

Regards,

Allison M. Low
Sedgwick LLP

Enclosure


cc: (via facsimile only) (w/out enclosure)

Brayton Purcell

SF/2654863v1