BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

NOTICE OF POTENTIAL TAG ALONG ACTION
PURSUANT TO J.P.M.L. RULE 7.2(i)

Now into court comes Afigo I. Okpewho, Esq., counsel for the defendants, Foster Wheeler LLC and CBS Corporation, in the case of "Judith E. Henry, Executrix of the Estate of William F. Henry, Deceased vs. Foster Wheeler LLC and CBS Corporation, et al." Docket No. 12-cv-0255, U.S. District Court, Southern District of New York, for the purpose of submitting this Notice of Potential Tag Along Action, and says as follows:

1. Pursuant to J.P.M.L. Rule 7.2(i), counsel hereby notifies the panel and all counsel that the undersigned counsel feels that the aforementioned action, "Judith E. Henry, Executrix of the Estate of William F. Henry, Deceased vs. Foster Wheeler LLC and CBS Corporation, et al." Docket No. 12-cv-0255, U.S. District Court, Southern District of New York, may be a potential tag along action in "In Re: Asbestos Products Liability Litigation (No. VI)" MDL No. 875.

2. Counsel hereto attaches proof of service on all parties to this action.

NJ/462543v1

Wherefore, counsel, Afigo I. Okpewho, prays this Notice of Potential Tag Along Action be deemed good and sufficient.

DATED: This 27th day of January, 2012.

                                                  Respectfully submitted,

By: _____/S_____
Afigo I. Okpewho
afigo.okpewho@sedgwicklaw.com
SEDGWICK LLP
Attorneys for Defendants
Foster Wheeler LLC and CBS Corporation
Three Gateway Center
12th Floor
Newark, New Jersey 07102
Telephone: (973) 242-0002
Facsimile: (973) 242-8099

NJ/462543v12