BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

### CERTIFICATION OF SERVICE

I hereby certify that I have on this 27th day of January, 2012, caused to be served a copy of Defendants, Foster Wheeler LLC and CBS Corporation's Notice of Potential Tag Along Actions, letter to MDL filing same and this Certification of Service to plaintiff's counsel via email and/or regular mail and on the 26th day of January, 2012, to all known defense counsel listed on the attached Attorney Service List by email and/or regular mail.

DATED: January 27, 2012

Respectfully submitted,

_____
Afigo I. Okpewho
afigo.okpewho@sedgwicklaw.com
SEDGWICK LLP
Three Gateway Center
12th Floor
Newark, New Jersey 07102
(973) 242-0002 (Tel)
(973) 242-8099 (Fax)
Counsel for Defendants
Foster Wheeler LLC and CBS Corporation

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL NO. 875 |

**ATTORNEY SERVICE LIST**

| | |
|---|---|
| Levy, Phillips & Konigsberg, LLP<br>800 Third Avenue<br>New York, New York 10022 | Counsel for Plaintiff(s) |
| Robert C. Malaby, Esq.<br>Malaby & Bradley, LLC<br>150 Broadway, Suite 600<br>New York, New York 10038 | Counsel for Warren Pumps, Inc. |
| Edward Wilbraham, Esq.<br>Wilbraham Lawler & Buba<br>140 Broadway, 46th Floor<br>New York, New York 10005 | Counsel for Air & Liquid Systems Corp., as Successor by Merger to Buffalo Pumps, Inc. |
| Joseph Colao, Esq.<br>Leader & Berkon<br>630 Third Avenue, 17th Floor<br>New York, New York 10017 | Counsel for IMO Industries, Inc. |
| Julie Evans, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>150 East 42nd Street<br>New York, New York 10017 | Counsel for Carrier Corp., |
| Genevieve MacSteel, Esq.<br>McGuire Woods LLP<br>1345 Avenue of the Americas<br>Seventh Floor<br>New York, New York 10105 | Counsel for ITT Industries, Inc. |
| Donald R. Pugliese, Esq.<br>McDermott Will & Emery<br>340 Madison Avenue<br>New York, New York 10017 | Counsel for Honeywell International, Inc. |
| Rob C. Tonogbanua, Esq.<br>Dickie McCamey & Chilcote, P.C.<br>Public Ledger Building<br>150 South Independence Mall, Suite 901<br>West Philadelphia, Pennsylvania 19106 | Counsel for Tyco Flow Control, Inc., Tyco International US Inc. |

| Paul A. Scrudato, Esq.<br>Schiff Hardin LLP<br>666 Fifth Avenue<br>17th Floor<br>New York, New York 10103 | Counsel for Yarway Corporation |
|---|---|