ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:12-cv-00255-KBF

| | |
|---|---|
| Henry v. American Honda Motor Co. Inc. et al | Date Filed: 01/12/2012 |
| Assigned to: Judge Katherine B. Forrest | Jury Demand: Plaintiff |
| Case in other court: State Court- Supreme, 190498-11 | Nature of Suit: 368 P.I. : Asbestos |
| Cause: 28:1441 Notice of Removal | Jurisdiction: Federal Question |

**Plaintiff**

**Judith E. Henry**
*as Executrix of the Estate of William F. Henry, Deceased*

V.

**Defendant**

**American Honda Motor Co. Inc.**

**Defendant**

**CBS Corporation**
*formerly known as*
Viacom, Inc., successor by merger to CBS Corporation f/k/a Westinghouse Electric Corp.

represented by **Afigo Ifeoma Okpewho**
Hardin, Kundla, McKeon, Poletto & Polifroni, P.A.(NJ)
673 Morris Avenue
Springfield, NJ 07081
(973)-912-5222
Fax: (973)-912-9212
Email: aokpewho@hkmpp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Foster Wheeler Energy Corporation**

represented by **Afigo Ifeoma Okpewho**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gardner Denver, Inc.**

**Defendant**

**General Electric Company**

**Defendant**

**Honeywell International, Inc.**
*formerly known as*
AlliedSignal, Inc. as successor-in-

interest to The Bendix Corporation
IMO Industries, Inc.

**Defendant**

**IMO Industries, Inc.**

**Defendant**

**ITT Corporation**
*individually and as successor in interest to Foster Valves aka Foster Engineering*

**Defendant**

**Multiquip, Inc.**
*individually and as successor-in-interest to Stow Manufacturing Co.*

**Defendant**

**NAtional Automotive Parts Association**

**Defendant**

**Navistar International Corp.**
*operating as International Truck and Engin Corp.*

**Defendant**

**Nelson Holdings, Ltd.**
*formerly known as*
Stow Manufacturing Co.

**Defendant**

**Quaker Chemical Corporation**

**Defendant**

**Schutte & Koerting**

**Defendant**

**Selby Battersby & Company**

**Defendant**

**Tyco Flow Control, Inc.**

**Defendant**

**Viad Corp.**
*as successor in interest to Griscom Russel Co.*

**Defendant**

**Warren Pumps, Inc.**

**Defendant**

**Yarway Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2012 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 190498-11. (Filing Fee $ 350.00, Receipt Number 465401026898).Document filed by Foster Wheeler Energy Corporation, CBS Corporation.(rdz) (Additional attachment(s) added on 1/17/2012: # 1 Notice of Removal Supreme Court, # 2 Ex. A, # 3 Ex. B, # 4 Ex. C, # 5 Ex. D, # 6 Ex. E, # 7 Ex. F, # 8 Ex. G, # 9 Ex. H, # 10 Ex. I, # 11 Ex. J, # 12 Ex. K, # 13 Ex. L) (ama). (Entered: 01/17/2012) |
| 01/12/2012 |  | Magistrate Judge Gabriel W. Gorenstein is so designated. (rdz) (Entered: 01/17/2012) |
| 01/12/2012 |  | Case Designated ECF. (rdz) (Entered: 01/17/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/27/2012 11:06:55 | | | |
| **PACER Login:** | jp0001 | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 1:12-cv-00255-KBF |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------x
JUDITH E. HENRY, as Executrix of the Estate of
WILLIAM F. HENRY, Deceased

                                Plaintiff,

    - against-

AMERICAN HONDA MOTOR CO. INC.;
BUFFALO PUMPS, Division of Air & Liquid Systems
    Corporation by merger;
CASE CORPORATION, Individually and as Successor to New
    Holland and International Harvester;
CARRIER CORPORATION;
CBS CORPORATION, f/k/a Viacom, Inc., successor by merger to
    CBS Corporation, f/k/a Westinghouse Electric Corp.;
FOSTER WHEELER ENERGY CORP.;
GARDNER DENVER, INC.;
GENERAL ELECTRIC COMPANY;
HONEYWELL INTERNATIONAL, INC., f/k/a AlliedSignal,
    Inc., as successor-in-interest to The Bendix Corporation
IMO INDUSTRIES, INC.;
ITT CORPORATION, individually and as successor in interest
    to Foster Valves a/k/a Foster Engineering;
MULTIQUIP, INC., individually and as successor-in-interest to
    Stow Manufacturing Co.;
NATIONAL AUTOMOTIVE PARTS ASSOCIATION;
NAVISTAR INTERNATIONAL CORP., operating as
    International Truck and Engine Corp.;
NELSON HOLDINGS, LTD. a/k/a Stow Manufacturing Co.;
QUAKER CHEMICAL CORPORATION ;
SCHUTTE & KOERTING;
SELBY BATTERSBY & COMPANY;
TYCO FLOW CONTROL, INC.;
VIAD CORP., as successor in interest to Griscom Russel Co.;
WARREN PUMPS, INC.;
YARWAY CORPORATION;

                                Defendants.
----------------------------------------------------------------x
TO THE ABOVE NAMED DEFENDANTS:

Index No: 11/190498
Date Filed: 12/8/11

**SUMMONS**

Plaintiff Designates
New York County
as Place of Trial

The basis of Venue
is Defendant's Place
of Business

Plaintiff resides at
243 Circle Drive
Torrington, CT 06790

NEW YORK
COUNTY CLERK'S OFFICE

DEC 08 2011

NOT COMPARED
WITH COPY FILE

00254416.WPD

LEVY PHILLIPS &
KONIGSBERG LLP

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the plaintiffs' attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

DATED: New York, New York
December 7, 2011

                                              LEVY, PHILLIPS & KONIGSBERG, LLP
                                              *Attorneys for Plaintiff*

By: _____
        Amber R. Long
800 Third Avenue, 11th Floor
New York, New York 10022
(212) 605-6200
Fax: (212) 605-6290

## DEFENDANTS ADDRESSES:

AMERICAN HONDA MOTOR CO. INC.
1919 Torrance Blvd
Torrance, CA 90501

BUFFALO PUMPS
c/o CT Corporation
111 Eighth Avenue
New York, NY 10011

CASE CORPORATION
c/o CT Corporation
111 Eighth Avenue
New York, NY 10011

CBS CORPORATION
c/o Asbestos Litigation Support Manager
Eckert Seamans Cherin & Mellott, LLC
Case Management & Technology Center
600 Grant Street, 5th Floor
Pittsburgh, PA 15219

FOSTER WHEELER ENERGY CORP.
Perryville Corporate Park
P.O. Box 4000
Clinton, NJ 08809

GENERAL ELECTRIC COMPANY
Henry J. King, Jr., Esq.
Managing Attorney
152 Conant Street
Beverly, MA 01915

HONEYWELL INTERNATIONAL, INC.
101 Columbia Road
Morristown, NJ 07962-1057

ITT CORPORATION
c/o CT Corporation
111 Eighth Avenue
New York, NY 10011

MULTIQUIP, INC.
1891 Wilmington Avenue
Carson, CA 90746

NATIONAL AUTOMOTIVE PARTS
ASSOCIATION
2999 Circle 75 Parkway
Atlanta, GA 30339

NAVISTAR INTERNATIONAL CORP.
c/o CT Corporation
111 Eighth Avenue
New York, NY 10011

QUAKER CHEMICAL CORPORATION
C/o CT Corporation
80 State Street
Albany, NY 12207

SCHUTTE & KOERTING
2510 Metropolitan Drive
Trevose, PA 19053

SELBY BATTERSBY & COMPANY
c/o Hecker, Brown, Sherry and Johnson
1700 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2769

| | |
|---|---|
| TYCO FLOW CONTROL, INC.<br>Tyco International (US) Inc.<br>9 Roszel Road<br>Princeton, NJ 08540 | VIAD CORP.<br>1850 North Central Avenue, #800<br>Viad Tower<br>Phoenix, AZ 85004 |
| WARREN PUMPS, INC.<br>82 Bridges Avenue<br>P.O. Box 969<br>Warren, MA 01083-0969 | YARWAY CORPORATION<br>c/o Paul A. Scrudato, Esq.<br>SCHIFF HARDIN LLP<br>666 Fifth Avenue, 17th Floor<br>New York, NY 10103 |

<u>VIA SECRETARY OF STATE</u>
**CARRIER CORPORATION**
**GARDNER DENVER, INC.**
**IMO INDUSTRIES, INC.**
**NELSON HOLDINGS, LTD.**

{00254436.WPD}

Case MDL No. 875 Document 8358-2 Filed 01/27/12 Page 9 of 11

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------X
JUDITH E. HENRY, as Executrix of the Estate of
WILLIAM F. HENRY,

                            Plaintiff,

      -against-

AMERICAN HONDA MOTOR CO. INC.;
BUFFALO PUMPS, Division of Air & Liquid Systems
      Corporation by merger;
CASE CORPORATION, Individually and as Successor to
      New Holland and International Harvester;
CARRIER CORPORATION;
CBS CORPORATION, f/k/a Viacom, Inc., successor by merger
      to CBS Corporation, f/k/a Westinghouse Electric Corp.;
FOSTER WHEELER ENERGY CORP.;
GARDNER DENVER, INC.;
GENERAL ELECTRIC COMPANY;
HONEYWELL INTERNATIONAL, INC., f/k/a
      Alliedsignal, Inc., as successor-in-interest to The
      Bendix Corporation;
IMO INDUSTRIES, INC.;
ITT CORPORATION, individually and as successor in
      interest to Foster Valves a/k/a Foster Engineering
MULTIQUIP, INC., individually and as successor-in-
      interest to Stow Manufacturing Co.;
NATIONAL AUTOMOTIVE PARTS ASSOCIATION
NAVISTAR INTERNATIONAL CORP., operating as
      International Truck and Engine Corp.
NELSON HOLDINGS, LTD. a/k/a Stow Manufacturing
      Co.;
QUAKER CHEMICAL CORPORATION;
SCHUTTE & KOERTING;
SELBY BATTERSBY & COMPANY;
TYCO FLOW CONTROL, INC.;
VIAD CORP., as successor in interest to Griscom Russel
      Co.;
WARREN PUMPS, INC.;
YARWAY CORPORATION;

                        Defendant(s).
----------------------------------------X
TO THE ABOVE NAMED DEFENDANTS:

Index No.: 11/190498
DOF: 12/8/11

COMPLAINT

Plaintiff Demands
a Trial by Jury

Plaintiff, by her attorneys, LEVY PHILLIPS & KONIGSBERG, LLP, for her Complaint, respectfully allege as follows:

1. Plaintiff repeats and re-alleges New York Asbestos Litigation Standard Complaint No. 2 as if fully incorporated herein.
2. Plaintiff is a citizen of the State of Connecticut.
3. Plaintiff's Decedent, William H. Henry, was diagnosed with mesothelioma resulting in death, meeting the minimum requirement for activation into the active docket pursuant to the Case Management Order governing these actions.

Plaintiff further alleges the following:

4. During the 1950's, Mr. Henry served in the United States Navy aboard the Navy vessel, the USS William R. Rush.
5. Mr. Henry suffered exposure to asbestos and asbestos-containing materials in the USS William R. Rush's engine rooms, as well as throughout the ship.
6. The products aboard the USS William R. Rush that exposed Mr. Henry to asbestos include, but are not limited to: Foster Wheeler economizers and condensers; General Electric turbines, generators, and air conditioning and refrigeration plants; Westinghouse turbines, generators, blowers, and regulators; Buffalo Pumps distillation plants and pumps; Carrier air conditioning and refrigeration plants; and Gardner Denver pumps; Griscom-Russell evaporators and regulators; Yarway steam traps; Lohergan Valve Co. valves; Stow Manufacturing Co. flexible shafting; DeLaval pumps and reduction gears; Schutte &

Koerting valves; and Foster Valves augmentors.

7. Mr. Henry was also exposed to asbestos in the course of non-occupational automotive maintenance and repair work.

Dated: New York, New York
December 7, 2011

LEVY PHILLIPS & KONIGSBERG, L.L.P.

By:_____
Amber R. Long, Esq.

800 Third Avenue, 11th Floor
New York, NY 10022
(212) 605-6200
*Attorney for Plaintiff*