January 27, 2012


**<u>VIA ELECTRONIC CASE FILING</u>**

Mr. Jeffery N. Luthi
Docket Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC  20002-8004


   Re: Notice of Potential Tag Along Action:
     *Judith E. Henry, as Executrix of the Estate of William F. Henry, Deceased vs.*
     *Foster Wheeler LLC and CBS Corporation, et al.*
     In re: Asbestos Products Liability Litigation (No. VI) MDL No. 875


Dear Mr. Luthi:

   Enclosed please find an original and two (2) copies of defendants Foster Wheeler LLC and CBS Corporation's[1] Notice of Potential Tag Along Action in "In Re: Asbestos Products Liability Litigation (No. VI)," MDL 875.  I would ask that you kindly file the original Notice and return two (2) stamped "filed" copies to my attention in the self-addressed stamped envelope.  In addition, I have also enclosed a copy of plaintiff's Verified Complaint.

   Please contact me if you have any questions at (973) 242-0002.  I thank you in advance for your assistance in this matter.

        Very truly yours,

        SEDGWICK LLP

        /S
        Afigo I. Okpewho

---

[1] CBS Corporation (a Delaware corporation f/k/a Viacom Inc.) is a successor by merger to CBS Corporation (a Pennsylvania corporation f/k/a Westinghouse Electric Corporation).


NJ/462544v1

Michael J. Beck,
In re: Asbestos Products Liability Litigation (No. VI) MDL No. 875
January 27, 2012
Page 2


Enclosures
cc:      All Counsel via Email and/or Regular Mail

NJ/462544v1