# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

*Musselman v. Amphenol Corporation et al.*, Delaware, DE/1:10-cv-00101

## NOTICE OF OPPOSITION TO CRO

I represent Defendant Temple-Inland, Inc. in the above captioned action, which is included on the conditional remand order ("CRO"). Defendant Temple-Inland, Inc. submits this opposition to the CRO. I understand that the motion and brief to vacate are due in 14 days.

Respectfully submitted,

COTTEN, SCHMIDT & ABBOTT, LLP

_____
Larry E. Cotten (TX Id. No. 04861600)
550 Bailey Avenue; Suite 600
Fort Worth, TX 76107
Tel. 817-338-4500
Fax. 817-338-4599
lcotten@csa-lawfirm.com

Steven J. Gordon (TX Id. No. 00784152)
550 Bailey Avenue; Suite 600
Fort Worth, TX 76107
Tel. 817-338-4500
Fax. 817-338-4599
sgordon@csa-lawfirm.com

DICKIE, MCCAMEY & CHILCOTE, P.C.

William R. Adams (PA Id. No. 73534)
300 Delaware Avenue; Suite 1630
Wilmington, DE 19801-1607
Tel. (302) 428-6133
Fax (888) 811-7144
wadams@dmclaw.com

Kelly L. Smith (PA Id. No. 80140)
Two PPG Place
Suite 400
Philadelphia, PA 15222-5402
Tel. (412) 281-7272
Fax (412) 392-5367
ksmith@dmclaw.com

COUNSEL FOR DEFENDANT, TEMPLE-INLAND, INC.

CERTIFICATE OF SERVICE

On the 27th day of January, 2012, I electronically filed this document through the CM/ECF system, which will send a notice of filing to counsel of record registered for electronic service through the Court. Additionally, I mailed this document and notice of electronic filing to any and all counsel listed on the Court's service list who are not enrolled in the CM/ECF system.

_____
Larry E. Cotten