BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL 875 |
| This document relates to:<br><br>MOTION TO MODIFY THE JUDICIAL PANEL'S MDL-875 ORDER | Case No.:   MDL No. 875 |

## DEFENDANTS UNITED TECHNOLOGIES CORPORATION'S AND RELIANCE ELECTRIC COMPANY'S JOINDERS IN THE MOTION TO MODIFY THE JUDICIAL PANEL'S MDL-875 ORDER FILED BY CRANE CO.

Pursuant to Rule 6.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, defendants United Technologies Corporation ("UTC") and Reliance Electric Company ("Reliance") join Crane Co.'s Motion to Modify the Judicial Panel's MDL-875 Order. (pld. 8257 in MDL No. 875.) The reasons set forth by Crane Co. in support of its motion, i.e., the need for uniformity and consistency in application of the federal officer removal statutes, are valid and apply equally to UTC and Reliance. UTC and Reliance, therefore, respectfully join Crane Co. in requesting that the JPML modify its Order to include an exception for motions to remand.

DATED: January 25, 2012

RESPECTFULLY SUBMITTED,

By: _____
John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower Street, 42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409
john.son@tuckerellis.com
Attorneys for Defendants
**UNITED TECHNOLOGIES CORPORATION and RELIANCE ELECTRIC COMPANY**

## CERTIFICATE OF SERVICE

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ.R. 5(b). I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 South Flower Street, 42nd Floor, Los Angeles, California 90071-2223.

On **January 27, 2012**, the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

**DEFENDANTS UNITED TECHNOLOGIES CORPORATION'S AND RELIANCE ELECTRIC COMPANY'S JOINDERS IN THE MOTION TO MODIFY THE JUDICIAL PANEL'S MDL-875 ORDER FILED BY CRANE CO.**

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on January 27, 2012, at Los Angeles, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar who is ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

| Anna Pasynkova | /s/ Anna Pasynkova |
|---|---|
| (Type or print name) | (Signature) |