**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

*************************************************************************

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FRANCES HACKLER, ET AL.**<br>*Plaintiffs* | **CONSOLIDATED UNDER**<br>**MDL-875** |
| **Versus** | |
| **P&O PORTS LOUISIANA, INC., ET AL.**<br>*Defendants/Third-Party Plaintiffs* | **TRANSFERRED FROM THE MIDDLE DISTRICT OF LOUISIANA**<br>**(CASE NO. 08-00043)** |
| **Versus** | |
| **INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO, SOUTH ATLANTIC AND GULF COAST DISTRICT, ILA, AFL-CIO LOCAL 3033, ILA, AFL-CIO,** *et al.*<br>*Third-Party Defendants* | **E.D. PA. CIVIL ACTION NO.**<br>**2:08-cv-87777** |

## NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER

**NOW INTO COURT,** through undersigned counsel, come defendants P&O Ports Louisiana, Inc., Baton Rouge Marine Contractors, Inc., and Marion J. "Sonny" Bergeron, and file this Notice of Opposition to the Conditional Remand Order issued by this Panel on January 23, 2012 (R. Doc. 8335).  These defendants will file their Motion to Vacate CRO and supporting memorandum within 14 days of this filing pursuant to Rule 10.2(e) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation.

Respectfully submitted:

s/ Patrick E. Costello
PATRICK E. COSTELLO, TA (#26619)
WILTON E. BLAND, III (#3123)
JACQUES P. DeGRUY (#29144)
TREVOR M. CUTAIAR (#33082)
Mouledoux, Bland, Legrand & Brackett, L.L.C.
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
*Attorneys for P&O Ports Louisiana, Inc., Baton Rouge Marine Contractors, Inc., and Marion "Sonny" Bergeron*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2012, I electronically filed the foregoing with the Clerk of the Panel by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ Patrick E. Costello