IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS      :    Consolidated Under
LIABILITY LITIGATION (No. VI) :    MDL DOCKET NO. 875

ENDSLEY, et al.

v.                                 E.D. Pa. No. 2:09-cv-62189

FIBREBOARD CORP., et al.      :

**FILED JAN 3 1 2012 MICHAEL E. KUNZ, Clerk By _____ Dep. Clerk**

## O R D E R

**AND NOW**, this **30th** day of **January, 2012**, it is hereby **ORDERED** that the Suggestion of Remand in this case (doc. no. 15) is **VACATED**.[1]

AND IT IS SO ORDERED.

_____
**EDUARDO C. ROBRENO, J.**

---

[1]   Plaintiffs have said that this case should be transferred to the bankruptcy-only docket. This transfer took place on January 25, 2012.