UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)   MDL No. 875
    Endsley, et al v. Fibreboard Corp., et al.,   )
        (E.D. Pennsylvania, C.A. No. 2:09-62189)   )
        D. Alaska, C.A. No. 3:87-00147   )

### ORDER VACATING CONDITIONAL REMAND ORDER

    A conditional remand order was filed in this matter (*Endsley*) on January 23, 2012, pursuant to a suggestion of remand issued by the Honorable Eduardo C. Robreno, the transferee judge. The Panel has now been informed that the transferee judge has vacated his suggestion of remand in *Endsley*.

    IT IS THEREFORE ORDERED that the Panel's conditional remand orders filed on January 23, 2012, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel