UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)

| | | |
|---|---|---|
| Reuben Morgan v. Bill Vann Company, Inc., et al., | ) | |
| S.D. Alabama, C.A. No. 2:11-00535 | ) | MDL No. 875 |

## ORDER VACATING CONDITIONAL TRANSFER ORDER

**Before the Panel:**[*] Pursuant to Rule 7.1, plaintiff in this action moved to vacate the Panel's order conditionally transferring his action to MDL No. 875, but thereafter withdrew his opposition to transfer. No defendant responded to plaintiff's motion.

Although plaintiff has now withdrawn his opposition to transfer, we will vacate the conditional transfer order. In December of last year, we adopted the transferee judge's "Suggestion to the Panel on Multidistrict Litigation ('The Panel') Concerning Future Tag-Along Transfers." *See In re: Asbestos Prods. Liab. Litig.*, — F. Supp. 2d —, 2011 WL 6355308, at *1 (J.P.M.L. Dec. 13, 2011). Pursuant to the order adopting that Suggestion, the Panel has ceased transferring most new tag-along actions to the MDL. *Id*. Although actions commenced in a limited number of jurisdictions are excepted from this "cessation of transfers" rule, *see id*. at n.1, this action does not fall within any of those exceptions.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-466" is vacated insofar as it relates to this action.

PANEL ON MULTIDISTRICT LITIGATION

_____
Kathryn H. Vratil
Acting Chairman

Barbara S. Jones                Paul G. Barbadoro
Charles R. Breyer

---

[*] Judge John G. Heyburn II, Judge W. Royal Furgeson, Jr., and Judge Marjorie O. Rendell took no part in the disposition of this matter.