UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)

| | |
|---|---|
| Douglas P. Leite, et al. v. Crane Company, et al., ) | |
|     D. Hawaii, C.A. No. 1:11-00636 ) | |
| Amy K. Akau, et al. v. Crane Company, et al., ) | MDL No. 875 |
|     D. Hawaii, C.A. No. 1:11-00637 ) | |
| David M. Thompson, Jr., et al. v. Crane Company, et al., ) | |
|     D. Hawaii, C.A. No. 1:11-00638 ) | |

**ORDER VACATING CONDITIONAL TRANSFER ORDERS**

**Before the Panel:**[*] Pursuant to Rule 7.1, plaintiffs in these actions move to vacate orders conditionally transferring their actions to MDL No. 875. Responding defendants[1] oppose the motions to vacate.

After considering all argument of counsel, we will grant the motions to vacate. In December of last year, we adopted the transferee judge's "Suggestion to the Panel on Multidistrict Litigation ('The Panel') Concerning Future Tag-Along Transfers." *See In re: Asbestos Prods. Liab. Litig.*, — F. Supp. 2d —, 2011 WL 6355308, at *1 (J.P.M.L. Dec. 13, 2011). Pursuant to the order adopting that Suggestion, the Panel has ceased transferring most new tag-along actions to the MDL. *Id*. Although actions commenced in a limited number of jurisdictions are excepted from this "cessation of transfers" rule, *see id*. at n.1, these three actions do not fall within any of those exceptions.

---

[*] Judge John G. Heyburn II and Judge W. Royal Furgeson, Jr., took no part in the disposition of this matter.

[1] Those defendants are: Air & Liquid Systems Corporation (as to the *Leite* and *Akau* actions), Crane Co. (as to all three actions), IMO Industries, Inc. (as to all three actions), and Warren Pumps, LLC (as to all three actions).

- 2 -

IT IS THEREFORE ORDERED that the Panel's conditional transfer orders designated as "CTO-458" and "CTO-459" are vacated insofar as they relate to these actions.

PANEL ON MULTIDISTRICT LITIGATION

_____
Kathryn H. Vratil
Acting Chairman

| | |
|---|---|
| Barbara S. Jones | Paul G. Barbadoro |
| Marjorie O. Rendell | Charles R. Breyer |