UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH ANN MEYER and CLAYTON MEYER,<br><br>        Plaintiffs,<br><br>   vs.<br><br>GENERAL ELECTRIC COMPANY, CBS CORPORATION (FKA VIACOM INC., FKA WESTINHOUSE ELECTRIC CORPORATION), FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), HARLEY-DAVIDSON MOTOR COMPANY, INC., HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.), GENERAL DYNAMICS CORPORATION,<br><br>        Defendants. | (ASBESTOS)<br><br>USDC 3:11-cv-06382 WHA<br><br>SCHEDULE OF ACTIONS BY DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION) |

## SCHEDULE OF ACTIONS

In connection with its Answer to Complaint, Defendant FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION) ("Foster Wheeler") hereby provides notice

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

SCHEDULE OF ACTIONS BY DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)

that Foster Wheeler currently has no related actions currently pending before the Judicial Panel of Multidistrict Litigation:

Dated: February 2, 2012                              BRYDON HUGO & PARKER

                                                By:    /s/ Shelley K. Tinkoff
                                                        Edward R. Hugo [Bar No. 124839]
                                                        Shelley K. Tinkoff [Bar No. 187498]
                                                        Thomas J. Moses [Bar No. 116002]
                                                        BRYDON HUGO & PARKER
                                                        135 Main Street, 20th Floor
                                                        San Francisco, CA 94105
                                                        Telephone:  (415) 808-0300
                                                        Facsimile:  (415) 808-0333
                                                        Email: service@bhplaw.com

                                                        Attorneys for Defendant
                                                        FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2
SCHEDULE OF ACTIONS BY DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)