UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH ANN MEYER and CLAYTON MEYER,<br><br>  Plaintiffs,<br><br>  vs.<br><br>GENERAL ELECTRIC COMPANY, CBS CORPORATION (FKA VIACOM INC., FKA WESTINHOUSE ELECTRIC CORPORATION), FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), HARLEY-DAVIDSON MOTOR COMPANY, INC., HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.), GENERAL DYNAMICS CORPORATION,<br><br>  Defendants. | (ASBESTOS)<br><br>USDC 3:11-cv-06382 WHA<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On February 2, 2012, I served the following:

NOTICE OF TAG ALONG ACTION BY DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)

SCHEDULE OF ACTIONS BY DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1
CERTIFICATE OF SERVICE

NORTHERN DISTRICT OF CALIFORNIA DOCKET SHEET WITH PLAINTIFFS' SUMMONS AND COMPLAINT

Via facsimile to Plaintiff's counsel of record: BRAYTON ❖ PURCELL, 222 Rush Landing Road, Novato, CA 94948, (415) 898-1247.

Via facsimile to Sedgwick, (415) 781-2635, counsel for Defendant General Electric Company;

  I declare under penalty of perjury that the above is true and correct. Executed on February 2, 2012, at San Francisco, California.

*/s/ Wanda D. Claudio*
Wanda D. Claudio

Edward R. Hugo [Bar No. 124839]
Shelley K. Tinkoff [Bar No. 187498]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2
CERTIFICATE OF SERVICE