

# Brayton❖Purcell LLP

TRIAL LAWYERS

| | | |
|---|---|---|
| ALAN R. BRAYTON<br>GILBERT L. PURCELL<br><br>DAVID R. DONADIO<br>LLOYD F. LEROY<br><br>OF COUNSEL<br>JEFFREY D. EISENBERG*<br><br>* ADMITTED ONLY IN STATES<br>OTHER THAN CALIFORNIA | 222 Rush Landing Road<br>P O Box 6169<br>Novato, California 94948-6169<br>Telephone: (415) 898-1555<br>Facsimile: (415) 898-1247<br><br>Portland: (503) 295-4931<br>Los Angeles: (415) 898-1555<br>Salt Lake City: (801) 366-9100<br><br>Email: mail@braytonlaw.com<br>www.braytonlaw.com | ANNE T. ACUÑA          PHYRA M. McCANDLESS<br>JENNIFER L. ALESIO    BRIANA E. McCARTHY<br>DAVID H. BACKENSTOE   MAUREEN C. MCGOWAN<br>ROBERT L. BARROW      KIMBERLY L. MEYER<br>JENNIFER C. BENADERET MICHAEL T. MILLER<br>SARAH N. BENDON       NANCY A. MULLIKIN<br>GARY L. BRAYTON       EMMA NELSON-MUNSON<br>RENE J. CASILLI       JAMES P. NEVIN<br>ANDREW CHEW           JAMIE A. NEWBOLD<br>KIMBERLY J. CHU       KEENAN W. NG<br>HUGH C. COOK          OREN P. NOAH<br>JANETTE H. GLASER     BRENDA D. POSADA<br>JOHN B. GOLDSTEIN     JASON M. ROSE<br>MEREDITH B. GOOD*     FRAMTA SAECHAO<br>RICHARD M. GRANT      AMIR S. SARRESHTEHDARY<br>CHRISTINA D. HART     CHRISTINA C. SKUBIC<br>CHRIS E. HERSOM       GEOFF T. SLONIKER<br>BRIAN D. HOLMBERG     KSENIA L. SNYLYK<br>GARY V JUDD           ERIC C. SOLOMON<br>CLAYTON W. KENT       LANCE R. STEWART<br>MATTHEW B. LEE        UMU K. TAFISI<br>ELISABETH A. LEONARD, Ph.D   JANE E. VETTO*<br>MICHAEL D. LEVINSON   NANCY T. WILLIAMS |

February 3, 2012

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

      Re:    *David Filer v. Foster Wheeler LLC (FKA Foster Wheeler Corporation), et al.*
             U.S. District Court, Northern District of California, Case No. 3:12-cv-00514-SI

Dear Clerk of the Panel:

     Plaintiff in the above-referenced matter has initiated an asbestos-related action. Pursuant to MDL Rule 7.5(c), counsel for Plaintiff informs the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" this asbestos case currently pending in the United States District Court for the Northern District of California. Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of Procedure, the panel is authorized to enter a conditional transfer order or file an order to show cause why this action should not be transferred.

     Plaintiff's Notice of Tag-Along Action is being filed with the U.S. District Court for the Northern District of California. The notice is being served upon the parties. Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

                                              Very truly yours,

                                              /s/  *David R. Donadio*

                                              David R. Donadio

DRD:sld

K:\Injured\114102\FED\CORRESP\ltr-Tag-Along.wpd