

| | | |
|---|---|---|
| **PAMELA E. ROBINSON**<br>CLERK OF COURT | **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF ILLINOIS**<br><br>OFFICE OF THE CLERK | TEL: 217.492.4020<br>FAX: 217.492.4028 |

January 30, 2012

Jeffery N. Luthi, Clerk
**Office of the Clerk**
**One Columbus Circle, NE**
**Thurgood Marshall Federal Building**
**Judiciary Building, Room G255 N Lobby**
**Washington, DC 20002**

re: Bianchi v. Chesterton Company et al   Case No. 12-1039   **Asbestos Litigaton**

Dear Clerk:

Attached please find a copy of the docket sheet for the above referenced case. This case has been opened as an Asbestos litigation on January 27, 2012 in our Peoria Division.

Thank You,

Pamela E. Robinson,
Clerk of Court

*RECEIVED CLERK'S OFFICE 2012 FEB -6 A 8:24 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

| Peoria Division | Urbana Division | Springfield Division | Rock Island Division |
|---|---|---|---|
| 100 N.E. Monroe St. | 201 S. Vine St. | 600 E. Monroe St. | 211 19th St. |
| Room 309 | Room 218 | Room 151 | Room 40 |
| Peoria, IL 61602 | Urbana, IL 61802 | Springfield, IL 62701 | Rock Island, IL 61201 |
| 309.671.7117 | 217.373.5830 | 217.492.4020 | 309.793.5778 |