ASBESTOS,REFER

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Peoria)
## CIVIL DOCKET FOR CASE #: 1:12-cv-01039-JES-BGC

| | |
|---|---|
| Bianchi v. A.W. Chesterton Company et al | Date Filed: 01/27/2012 |
| Assigned to: Judge James E. Shadid | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Byron G. Cudmore | Nature of Suit: 368 P.I. : Asbestos |
| Demand: $75,000 | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Asbestos Litigation | |

**Plaintiff**

**Doris J Bianchi**  represented by **Michael P Cascino**
*Individually and as Special Administrator of the Estate of Adolph A. Bianchi, deceased*

CASCINO VAUGHAN LAW OFFICES LTD
220 S Ashland Ave
Chicago, IL 60607-5308
312-944-0600
Fax: 312-944-1870
Email: michaelp.cascino@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**A.W. Chesterton Company**

**Defendant**

**Airgas Merchant Gases LLC**
*Individually and as Successor in Interest to AGA Gas Inc*

**Defendant**

**Bechtel Corporation**

**Defendant**

**Borg Warner Inc**

**Defendant**

**Brake Supply Company**

**Defendant**

**CBS Corporation**

**Defendant**

**Ceco Friction Products Inc**

**Defendant**

**Certainteed Corporation**

**Defendant**

**Crane Co.**

**Defendant**

**Dana Holding Corporation**

**Defendant**

**Dossert Corporation**

**Defendant**

**Eaton Corporation**
*Individually and as Successor in Interest to Eaton Electrical Inc. and Cutler-Hammer Inc.*

**Defendant**

**Elliott Company I**
*Individually and as Successor to Elliott Turbomachinery Company*

**Defendant**

**ERS Industries Inc.**

**Defendant**

**Fenner Inc.**

**Defendant**

**Foseco Inc**

**Defendant**

**Foster Wheeler LLC**

**Defendant**

**General Electric Company**

**Defendant**

**General Refractories Company**

**Defendant**

**Georgia Pacific LLC**

**Defendant**

**Goodrich Corporation**

**Defendant**

**Goulds Pumps Inc**

**Defendant**

**Graybar Electric Company, Inc.**

**Defendant**

**Greene, Tweed & Co.**

**Defendant**

**Guard Line Inc**

**Defendant**

**Hobart Brothers Company**

**Defendant**

**Honeywell International Inc**

**Defendant**

**ITT Corporation**

**Defendant**

**Ingersoll Rand Company**

**Defendant**

**JP Bushnell Packing and Supply**

**Defendant**

**Koppers Inc.**

**Defendant**

**Lincoln Electric Company**

**Defendant**

**Linde LLC**
*f/k/a The BOC Group and/or Airco*

**Defendant**

**Maremont Corporation**

**Defendant**

**Miller Electric Mfg Co**

**Defendant**

**Motion Industries**
*formerly known as*
Wisconsin Bearing Company

**Defendant**

**Owens-Illinois Inc.**

**Defendant**

**Pneumo Abex Corporation**

**Defendant**

**RSCC Wire & Cable**
*formerly known as*
Rockbestos-Suprenant

**Defendant**

**Rapid American Corporation**

**Defendant**

**Manitowoc Cranes LLC**

**Defendant**

**The Okonite Company**

**Defendant**

**Union Carbide Corporation**

**Defendant**

**Warren Pumps Inc**

**Defendant**

**Sprinkmann Sons Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/27/2012 | 1 | COMPLAINT against All Defendants ( Filing fee $ 350 receipt number 0753-1302053.), filed by Doris J Bianchi. (Attachments: # 1 Errata A, # 2 Exhibit B, # 3 Civil Cover Sheet)(Cascino, Michael) (Entered: 01/27/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/06/2012 07:48:59 | | | |
| **PACER Login:** | jp0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:12-cv-01039-JES-BGC |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Doris J. Bianchi, individually and as Special Administrator of the Estate of Adolph A. Bianchi, Deceased,<br><br>          Plaintiff,<br><br> v.<br><br>A.W. Chesterton Company, a corporation, Airgas Merchant Gases, LLC a s successor in interest to AGA Gas, Inc., a corporation, Bechtel Corporation, a corporation, Borg-Warner Inc., a corporation, Brake Supply Company, Inc., a corporation, CBS Corporation, a corporation, Ceco Friction Products, Inc., a corporation, Certainteed Corporation, a corporation, Crane Co., a corporation, Dana Holding Corporation, a corporation, Dossert Corporation, a corporation, Eaton Corporation, individually and as successor in interest to Eaton Electrical Inc. and Cutler-Hammer Inc., a corporation, Elliott Company I, Individually and as Successor to Elliot Turbomachinery Company, a corporation, ERS Industries Inc., a corporation, Fenner, Inc., a corporation, Foseco Inc., a corporation, Foster Wheeler LLC, a corporation, General Electric Company, a corporation, General Refractories Company, a corporation, Georgia Pacific, LLC, a corporation, Goodrich Corporation, a corporation, Goulds Pumps, Inc., a corporation, Graybar Electric Company, Inc., a corporation, Greene, Tweed & Co, a corporation, Guard Line, Inc., a corporation, Hobart Brothers Company, a corporation, Honeywell International Inc., a corporation, ITT Corporation, a corporation, Ingersoll Rand Company, a corporation, | Case No. 12-CV-1039 |

JP Bushnell Packing & Supply Co., a corporation,
Koppers, Inc., a corporation,
Lincoln Electric Company, a corporation,
Linde, LLC, f/k/a The Boc Group and/or Airco, a corporation,
Manitowoc Cranes Inc.
Maremont Corporation, a corporation,
Miller Electric Mfg. Co., a corporation,
Motion Industries, Inc., as successor to Wisconsin Bearing Company, a corporation,
Owens-Illinois Inc., a corporation,
Pneumo Abex Corporation, a corporation,
RSCC Wire & Cable f/k/a Rockbestos-Suprenant Cable, a corporation,
Rapid American Corporation, a corporation,
Sprinkmann Sons Corporation, a corporation,
The Okonite Company, a corporation,
Union Carbide Corporation, a corporation,
Warren Pumps Inc., a corporation,

Defendants.

## COMPLAINT

Now comes the plaintiff, Doris J. Bianchi , (hereinafter "Plaintiff"), individually and as Special Administrator of the Estate of Adolph A Bianchi (hereinafter "Decedent"), by and through her attorneys, Cascino Vaughan Law Offices, Ltd., and complains against defendants as follows:

### JURISDICTION

1. Plaintiff, Doris J. Bianchi, is the widow of decedent, Adolph A Bianchi, and resides in Pekin, Illinois.

2. Decedent was an adult citizen and resident of Illinois.

3. Decedent passed away on November 11, 2011.

4. Defendant A. W. Chesterton Company manufactured, distributed, sold, and/or designed asbestos products, including without limitation packing and gaskets.

5. Defendant Airgas Merchant Gases LLC is responsible for the conduct of AGA Gas Inc. AGA

Gas Inc. manufactured, distributed, sold and/or designed asbestos products, including without limitation welding rods and heat-resistant protective apparel.

6. Defendant Bechtel Corporation is a contractor who used, removed or installed asbestos-containing products.

7. Defendant Borg-Warner Inc. manufactured, designed, and sold asbestos products including without limitation brake and friction products.

8. Defendant Brake Supply Company Inc. manufactured, designed, and sold asbestos products including without limitation brake and friction products.

9. Defendant CBS Corporation is responsible for the conduct of Westinghouse Electric Corporation. Westinghouse manufactured and designed steam generating equipment including without limitation turbines, generators, wire, motors and switch gears.  Westinghouse also erected and maintained steam generation equipment

10. Defendant Ceco Friction Products, Inc. manufactured, designed, and sold asbestos products including without limitation, brake linings and friction products.

11. Defendant Certainteed Corporation manufactured, designed, and sold asbestos products including without limitation asbestos-cement sheets, cements, cement pipe, roofing materials and wall finishing materials.

12. Defendant Crane Co. manufactured, sold, and designed asbestos containing products, including without limitation gaskets, packing and valves.

13. Defendant Dana Holding Corporation is legally responsible for Warner Electric, Inc.  Dana Holding Corporation and/or companies for which it is responsible manufactured, distributed, sold, and/or designed asbestos products, including without limitation brake and friction products.

14. Defendant Eaton Corporation is responsible for the conduct of Cutler Hammer.  Cutler Hammer manufactured, designed, and sold asbestos products including without limitation arc shields, switches, wire and other electrical equipment utilizing asbestos containing plastics and phenolics.

15. Defendant Elliott Company I is responsible for the conduct of Elliott TurboMachinery Company. Elliott Turbomachinery Company manufactured and sold cranes and industrial equipment, which contained asbestos products, including without limitation, brakes and turbines.

16. Defendant ERS Industries Inc. is responsible for the conduct of American & Ohio Locomotive Crane Co. and Ohio Cranes, who manufactured and sold cranes, which contained asbestos products, including without limitation, brakes.

17. Defendant Fenner, Inc. is responsible for the conduct of Fenner America, Ltd. Fenner America, Ltd. manufactured, designed and sold asbestos products, including without limitation, brake and friction products.

18. Defendant Foseco Inc. manufactured, designed and sold asbestos products, including without limitation, refractory products and cements.

19. Defendant Foster Wheeler LLC Corporation is responsible for the conduct of Foster Wheeler Energy Corporation. Foster Wheeler Corporation & Foster Wheeler Energy Corporation designed, manufactured and/or sold steam generation equipment, including without limitation boilers, erected steam generation equipment, sold asbestos containing products, and installed asbestos containing products.

20. Defendant General Electric Company manufactured and designed steam generation equipment including without limitation turbines, erected and maintained steam generation equipment and manufactured, designed and/or sold asbestos containing electrical equipment, including without limitation asbestos containing wires, cables, switching gear, motors, and ballasts, and sold and installed asbestos materials.

21. Defendant General Refractories Company manufactured, designed and sold asbestos products, including without limitation, refractory products, cements and mastics.

22. Defendant Georgia Pacific LLC manufactured, sold, and/or designed asbestos products, including without limitation plaster, joint compounds, other gypsum products, and roofing materials.

23. Defendant Goodrich Corporation manufactured, designed and sold asbestos products, including without limitation, brake and friction products.

24. Defendant Goulds Pumps, Inc. manufactured, sold, and designed asbestos containing products, including without limitation pumps and valves.

25. Defendant Graybar Electric Company Inc. manufactured, designed, and sold asbestos products including without limitation arc shields, switches, wire and other electrical equipment utilizing asbestos containing plastics and phenolics.

26. Defendant Greene, Tweed & Co. manufactured, distributed, sold, and/or designed asbestos products, including without limitation packing and gaskets.

27. Defendant Guard-Line Inc. manufactured, distributed, sold and/or designed asbestos products, including without limitation heat-resistant protective apparel.

28. Defendant Hobart Brothers Company manufactured, distributed, sold and/or designed asbestos products, including without limitation welding rods and heat-resistant protective apparel.

29. Defendant Honeywell International Inc. was formerly known as Allied Signal and is the successor in interest to Allied Corp. which is the successor in interest to The Bendix Corporation, which manufactured, distributed, sold, and/or designed asbestos products, including without limitation, brake and friction products. Honeywell International Inc. also manufactured, distributed, sold and/or designed asbestos products, including without limitation, pumps and valves.

30. Defendant Ingersoll-Rand Company manufactured, designed, and sold asbestos products, including without limitation, brake disks, friction products, pumps, valves, compressors, gaskets and packing.

31. Defendant ITT Corporation is responsible for the conduct of Bell & Gossett and Marlow Pumps. ITT Corporation, Bell & Gossett and Marlow pumps manufactured, sold, and designed asbestos containing products, including without limitation pumps and valves.

32. Defendant JP Bushnell Packing & Supply Co. manufactured, distributed, sold, and/or designed

asbestos products, including without limitation packing and gaskets.

33. Defendant Koppers Inc. manufactured, distributed, sold and/or designed asbestos products, including without limitation roofing cement, cements, mastics and refractory products.

34. Defendant Lincoln Electric Company manufactured, distributed, sold and/or designed asbestos products, including without limitation welding rods and heat-resistant protective apparel.

35. Defendant Linde LLC was formerly known as The Boc Group and/or Airco and manufactured, distributed, sold and/or designed asbestos products, including without limitation welding rods and heat-resistant protective apparel.

36. Defendant Manitowoc Cranes Inc. is responsible for the conduct of The Manitowoc Company, who manufactured and sold cranes which contained asbestos products, including without limitation, brakes.

37. Defendant Maremont Corporation manufactured, designed, and sold asbestos products including without limitation, brake linings and friction products.

38. Defendant Miller Electric Mfg. Co. manufactured, distributed, sold and/or designed asbestos products, including without limitation welding rods and heat-resistant protective apparel.

39. Defendant Motion Industries Inc. is responsible for the conduct of Wisconsin Bearing Company. Wisconsin Bearing Company manufactured, designed, and sold asbestos products including without limitation, brake linings and friction products.

40. Defendant Owens-Illinois, Inc. manufactured, sold, and designed asbestos products, including without limitation fireproof door cores, pipe insulation, and block.

41. Defendant Pneumo Abex, LLC is responsible for the conduct of Abex Corp., American Brakeblok Division f/k/a American Brake Shoe Co. Abex Corp. manufactured, designed, and sold asbestos products including without limitation brake and friction products.

42. Defendant RSCC Wire & Cable is responsible for the conduct of Rockbestos and Anaconda Wire & Cable. Rockbestos and Anaconda Wire and Cable manufactured, distributed, sold, and/or designed asbestos products, including without limitation wire and cable.

43.  Defendant Rapid American Corporation is responsible for the conduct of Philip Carey. Carey designed, manufactured and sold asbestos-containing products, including without limitation pipe covering, block, cements, board, and air cell and supplied asbestos fibers.

44.  Defendant Sprinkmann Sons Corporation is an installer and seller of asbestos products including without limitation pipe covering, cement, boards, blocks, asbestos fibers, and turbine blankets, and a manufacturer of asbestos containing products including without limitation cement, blankets, and block.

45.  Defendant The Okonite Company manufactured, designed, and sold asbestos products including without limitation, wire and cable.

46.  Defendant Union Carbide Corporation manufactured, distributed, sold, and/or designed asbestos products including plastic molding compounds, electrical and mechanical plastics and phenolics, and mined and sold asbestos fibers.

47.  Defendant Warren Pumps Inc. manufactured, sold, and designed asbestos containing products, including without limitation pumps and valves.

48.  Defendants are all corporations, none of which is incorporated in or has its principal place of business in the State of Illinois, and at all times relevant to the allegations contained herein were engaged in the business of designing, manufacturing, mining and selling asbestos and/or asbestos-containing products and/or asbestos-insulated equipment, hereinafter referred to as "asbestos products." Please refer to the attached Exhibit A for the state of incorporation and principal place of business of each defendant.

49.  Jurisdiction is based on diversity of citizenship of the parties hereto under Title 28, United States Code, §1332.

50.  The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

51.  Venue is proper pursuant to Title 28, United States Code, §1391.

**GENERAL ALLEGATIONS**

52. Decedent during the course of his employment as a **Steelworker** at various job sites, including those listed on the attached Exhibit B was exposed to asbestos dust or fibers emanating from the asbestos products and/or asbestos insulated equipment which was sold, manufactured, mined, distributed, packaged, installed or otherwise placed into commerce by defendants.

53. Decedent was ignorant of the dangerous nature of asbestos and of the nature of the risks incurred by workers working with or near asbestos products.

54. Decedent became aware of the asbestos-related condition and that said condition was caused by Defendants' wrongful conduct within the statute of limitations before the filing of this action.

55. As a direct and proximate result of the conduct of Defendants, Decedent developed and had been diagnosed with lung cancer on January 28, 2010.

56. Decedent suffered great pain, physical impairment, great mental pain and anguish, is liable for large sums of money for medical and hospital care, and suffered losses to his personal property and possessions.

## COUNT I - PRODUCTS LIABILITY - NEGLIGENCE

57. Plaintiff brings this count for negligence against all defendants and incorporates by reference all general allegations.

58. It was reasonably foreseeable that decedent and other workers would be working with or in the proximity of defendants' asbestos products and be exposed to airborne asbestos fibers.

59. Defendants had a duty to exercise reasonable care for the safety of decedent and others who worked with or were exposed to the defendants' asbestos products.

60. Defendants knew or in the exercise of ordinary or reasonable care ought to have known asbestos causes disease and or death, and that Decedent did not know that asbestos products were dangerous or harmful at the time of his exposures.

61. Each defendant breached its duty of care and was negligent, including without limitation in one or more of the following acts or omissions:

    a. Failed to adequately warn Decedent or others of the health hazards of asbestos;

    b. Failed to warn Decedent or others of the danger and harm of the asbestos after the products or equipment were installed at the premises;

    c. Failed to investigate or test for the health effects of asbestos prior to distribution and sale;

    d. Failed to instruct Decedent, his employers or others in the use of precautionary measures relating to asbestos-containing products and/or asbestos-insulated equipment; and/or

    e. Manufactured, mined, supplied, or installed unsafe asbestos-containing products or asbestos-insulated equipment.

62. As a direct and proximate result of the acts and omissions of the product defendants above, Decedent was injured as described above.

## WRONGFUL DEATH

63. Plaintiff brings this count for wrongful death against all defendants and incorporates by reference all allegations 1 through 62 above.

64. Defendants' actions, jointly and severally, as described in the preceding paragraphs, caused the wrongful death of decedent and loss of society and companionship, funeral, medical and other expenses, pecuniary damages and other damages have been suffered by Decedent and plaintiff.

## PRAYER FOR RELIEF

65. Plaintiff prays for relief as follows:

    a. Judgment against defendants, jointly and severally, for compensatory and general damages.

    b. Such further legal and equitable relief as the Court orders to do justice in this case; costs and disbursements of this action.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by a jury of 6.


Dated: January 27, 2012


/S/ Michael P. Cascino
One of the Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Ph: (312) 944-0600

# Exhibit A

**Defendants' Home States and Principal Places of Business**

| Defendant | State Headquarters | State of Principal Business |
|---|---|---|
| A.W. Chesterton Company | Massachusetts | Massachusetts |
| *Airgas Merchant Gases, LLC as successor in interest to AGA Gas, Inc. (see below)* | Delaware | Arizona |
| Bechtel Corporation | Nevada | California |
| Borg-Warner Inc. | Delaware | Michigan |
| Brake Supply Company, Inc. | Indiana | Indiana |
| CBS Corporation | Delaware | Pennsylvania |
| Ceco Friction Products, Inc. | North Carolina | North Carolina |
| Certainteed Corporation | Delaware | Pennsylvania |
| Crane Co. | Delaware | Connecticut |
| Dana Holding Corporation | Delaware | Ohio |
| Dossert Corporation | New York | Connecticut |
| Eaton Corporation, individually and as successor in interest to Eaton Electrical Inc. and Cutler-Hammer Inc. | Delaware | Ohio |
| Elliott Company I, Individually and as Successor to Elliot Turbomachinery Company | Delaware | Pennsylvania |
| ERS Industries Inc. | New York | New York |
| Fenner, Inc. | Delaware | Pennsylvania |
| Foseco Inc. | Delaware | Ohio |
| *Foster Wheeler LLC (see below)* | Pennsylvania | New York |
| General Electric Company | New York | Connecticut |
| General Refractories Company | Pennsylvania | Pennsylvania |
| *Georgia Pacific, LLC (see below)* | Delaware | Georgia |

| Defendant | State Headquarters | State of Principal Business |
|---|---|---|
| Goodrich Corporation | New York | North Carolina |
| Goulds Pumps, Inc. | Delaware | New York |
| Graybar Electric Company, Inc. | New York | Missouri |
| Greene, Tweed & Co | Pennsylvania | Pennsylvania |
| Guard Line, Inc. | Texas | Texas |
| Hobart Brothers Company | Ohio | Ohio |
| Honeywell International Inc. | Delaware | New Jersey |
| ITT Corporation | Indiana | New York |
| Ingersoll Rand Company | New Jersey | New Jersey |
| JP Bushnell Packing & Supply Co. | Missouri | Missouri |
| Koppers, Inc. | Pennsylvania | Pennsylvania |
| Lincoln Electric Company | Ohio | Ohio |
| *Linde, LLC, f/k/a The Boc Group and/or Airco (see below)* | Delaware | New Jersey |
| Manitowoc Cranes Inc. | Wisconsin | Wisconsin |
| Maremont Corporation | Delaware | Michigan |
| Miller Electric Mfg. Co. | Wisconsin | Wisconsin |
| Motion Industries, Inc., as successor to Wisconsin Bearing Company | Delaware | Alabama |
| Owens-Illinois Inc. | Delaware | Ohio |
| Pneumo Abex Corporation | Delaware | Connecticut |
| RSCC Wire & Cable f/k/a Rockbestos-Suprenant Cable | Delaware | Connecticut |
| Rapid American Corporation | Delaware | New York |
| Sprinkmann Sons Corporation | Wisconsin | Wisconsin |
| The Okonite Company | New Jersey | New Jersey |
| Union Carbide Corporation | New York | Texas |
| Uniroyal, Inc. | New Jersey | Connetticut |

| Defendant | State Headquarters | State of Principal Business |
|---|---|---|
| Warren Pumps Inc. | Delaware | New Jersey |

| *LLC CITIZENSHIP Citizenship of Managers (a/k/a "Members", "Officers", etc.) for diversity purposes | City | State |
|---|---|---|
| **Airgas Merchant Gases LLC** | | |
| Airgas Merchant Holdings, Inc. | Radnor | Pennsylvania |
| Nitrous Oxide Corp. | Radnor | Pennsylvania |
| **Foster Wheeler LLC** | | |
| Richard J. Swift | Clinton | New Jersey |
| **Georgia Pacific LLC** | | |
| James Hannan | Atlanta | Georgia |
| Wesley Jones | Atlanta | Georgia |
| Tyler L. Woolson | Atlanta | Georgia |
| **Linde, LLC** | | |
| Patrick F. Murphy | Murray Hill | New Jersey |
| Philippe Brunet | Murray Hill | New Jersey |
| Mark D. Welley | Murray Hill | New Jersey |
| John J. Brull | Murray Hill | New Jersey |
| Noel J. Leeson | Murray Hill | New Jersey |
| Hoy P. Jonathan | Murray Hill | New Jersey |

# Exhibit B

Decedent's work history

| Job Site | City | State | First year at job site (approx.) | Last year at job site (approx.) |
|---|---|---|---|---|
| Corn Products | Pekin | Illinois | 1953 | 1958 |
| Keystone Steel & Wire | Bartonville | Illinois | 1966 | 1993 |

%JS 44 (Rev. 11/04)                                     CIVIL COVER SHEET

E-FILED
Friday, 27 January, 2012  04:59:28 PM
Clerk, U.S. District Court, ILCD

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Doris J. Bianchi, individually and as Special Administrator of the Estate of Adolph A. Bianchi, deceased,

**DEFENDANTS**
A.W. Chesterton Company, et al.,

(b) County of Residence of First Listed Plaintiff: Tazwell
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Michael P. Cascino - Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue, Chicago, IL 60607 Ph. (312) 944-0600

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☒ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 28, United States Sec 1332
Brief description of cause:
Asbestos injury, occupational exposure

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ >75,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____   DOCKET NUMBER _____

DATE: 01/27/2012
SIGNATURE OF ATTORNEY OF RECORD: [signature] mc

**FOR OFFICE USE ONLY**
RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____