BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

***

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCES HACKLER, ET AL.** *Plaintiffs* | **CONSOLIDATED UNDER MDL-875** |
| Versus | |
| **P&O PORTS LOUISIANA, INC., ET AL.** *Defendants/Third-Party Plaintiffs* | **TRANSFERRED FROM THE MIDDLE DISTRICT OF LOUISIANA (CASE NO. 08-00043)** |
| Versus | |
| **INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO, SOUTH ATLANTIC AND GULF COAST DISTRICT, ILA, AFL-CIO LOCAL 3033, ILA, AFL-CIO,** *et al.* *Third-Party Defendants* | **E.D. PA. CIVIL ACTION NO. 2:08-cv-87777** |

## WITHDRAWAL OF OPPOSITION TO CONDITIONAL REMAND ORDER

**NOW INTO COURT,** through undersigned counsel, come defendants, P&O Ports Louisiana, Inc., Baton Rouge Marine Contractors, Inc., and Marion J. "Sonny" Bergeron, and file this Withdrawal of their Opposition (R. Doc. 8367) to the Conditional Remand Order issued by this Panel on January 23, 2012 (R. Doc. 8335).

Respectfully submitted:

s/ Patrick E. Costello
PATRICK E. COSTELLO, TA (#26619)
WILTON E. BLAND, III (#3123)
JACQUES P. DeGRUY (#29144)
TREVOR M. CUTAIAR (#33082)
Mouledoux, Bland, Legrand & Brackett, L.L.C.
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
*Attorneys for P&O Ports Louisiana, Inc., Baton Rouge Marine Contractors, Inc., and Marion "Sonny" Bergeron*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2012, I electronically filed the foregoing with the Clerk of the Panel by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ Patrick E. Costello