**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**MDL No. 875 – In re Asbestos Litigation**

*Donald W. Bell, et al. v. Arvin Meritor, Inc., et al.* N.D. California No. 3:12-cv-00131-JCS

I represent plaintiffs, Donald W. Bell and Sumiko Bell in the above-captioned action, I write to notify the Judicial Panel on Multidistrict Litigation of Plaintiffs' opposition to the conditional transfer order (CTO-479), CAN No.: 3 12-00131, transferring the above-captioned action to the United States District Court for the Eastern District of Pennsylvania. I also write to inform the Panel of Plaintiffs' filing of a motion to remand the above-captioned action to the Superior Court of California, County of Alameda set to be heard on March 16, 2012, before the Honorable Joseph C. Spero in the U.S. District Court for the Northern District of California. Defendants' Notice of Removal in this matter is procedurally defective, as it is untimely and not all Defendants consented to the Removal, as required for all Removal issues based upon federal enclave jurisdiction. Accordingly, Plaintiffs request that any decision on the transfer of the above captioned to the Eastern District of Pennsylvania be continued to a date after Plaintiffs' motion to remand is heard on March 16, 2012. Plaintiffs intend to file a motion to vacate the conditional transfer order and brief in support thereof in accordance with R.P.J.P.M.L. Rule 7.4, however in an effort to conserve resources, plaintiffs request a continuance of time to do so, pending the hearing on the motion for remand.

Sincerely,

/s/ Tenny Mirzayan

Tenny Mirzayan
Keller Fishback & Jackson LLP
18425 Burbank Blvd., Ste. 610
Tarzana, CA 91356
818.342.7442 Telephone
818.342.7616 Facsimile
tmirzayan@kfjlegal.com

Counsel for Plaintiffs
Donald W. Bell and Sumiko Bell