UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Hackler v. P&O Ports Louisiana, Inc., et al.,  )
    E.D. Pennsylvania, C.A. No. 2:08-87777   )   MDL No. 875
    (M.D. Louisiana, C.A. No. 3:08-00043)   )

### ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER

A conditional remand order was filed in this action (*Hackler*) on January 23, 2012. Prior to expiration of that order's 7-day stay of transmittal, defendants in *Hackler* filed a notice of opposition to the proposed remand. Defendants subsequently withdrew their opposition to remand.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional remand order filed on January 23, 2012, is LIFTED. The action is remanded to the Middle District of Louisiana.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel