UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | §<br>§<br>§ | Consolidated Under<br>MDL Docket No. 875<br>Case No. 2:10-cv-69486-ER |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL MUSSELMAN, Individually<br>and as Administrator of the Estate of<br>LISA MUSSELMAN, deceased<br><br>Plaintiff,<br><br>Vs.<br><br>AMPHENOL CORPORATION (as<br>successor-in-interest to AMERICAN<br>PHENOLIC CORPORATION, et. al.,<br>including but not limited,<br>TEMPLE-INLAND, INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. 1:10-cv-00101 |

### TEMPLE-INLAND INC'S CORPORATE DISCLOSURE STATEMENT

Temple-Inland Inc., Defendant in the above-styled action, by and through counsel, makes the following Corporate Disclosure Statement:

Defendant Temple-Inland Inc. is a for-profit corporation organized under the laws of the State of Delaware. It has no parent corporation, and no publicly held company owns 10% or more of its stock.

Respectfully submitted,

**COTTEN, SCHMIDT & ABBOTT, LLP**

*[signature]*

Larry E. Cotten (TX Id. No. 04861600)
550 Bailey Avenue; Suite 600
Fort Worth, TX 76107
Tel. 817-338-4500
Fax. 817-338-4599
lcotten@csa-lawfirm.com

Steven J. Gordon (TX Id. No. 00784152)
550 Bailey Avenue; Suite 600
Fort Worth, TX 76107
Tel. 817-338-4500
Fax. 817-338-4599
sgordon@csa-lawfirm.com

**DICKIE, MCCAMEY & CHILCOTE, P.C.**

William R. Adams (PA Id. No. 73534)
300 Delaware Avenue; Suite 1630
Wilmington, DE 19801-1607
Tel. (302) 428-6133
Fax (888) 811-7144
wadams@dmclaw.com

Kelly L. Smith (PA Id. No. 80140)
Two PPG Place
Suite 400
Philadelphia, PA 15222-5402
Tel. (412) 281-7272
Fax (412) 392-5367
ksmith@dmclaw.com

COUNSEL FOR DEFENDANT, TEMPLE-INLAND, INC.

CERTIFICATE OF SERVICE

On the 7th day of February, 2012, I electronically filed this document through the CM/ECF system, which will send a notice of filing to counsel of record registered for electronic service through the Court. Additionally, I mailed this document and notice of electronic filing to any and all counsel listed on the Court's service list who are not enrolled in the CM/ECF system.

_____
Larry E. Cotten