BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875
IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | |
|---|---|
| MARIA KOVARY; BRYAN ALEXANDRO KOVARY and ERIKA MICHELLE KOVARY<br><br>Plaintiffs,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., BENDIX CORPORATION; TRW CONEKT; VOLKSWAGEN GROUP OF AMERICA, INC.; DOES 1-10 INCLUSIVE,<br><br>Defendants. | CAC/2:10-CV-00494 |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2012, I caused to be served via ECF, a true and correct copy of Volkswagen Group Of America Inc.'s Notice of Appearance.

Dated: February 7, 2012          By:    /s/ Alice S. Johnston
                                        Alice S. Johnston
                                        Jay Evans
                                        **OBERMAYER REBMANN**
                                        **MAXWELL & HIPPEL LLP**
                                        BNY Mellon Center, Suite 5240
                                        500 Grant Street
                                        Pittsburgh, PA  15219-2502
                                        (412) 288-2459

4614731