# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** **02/07/2012**

**District Court:** E.D. Virginia

**Number of Actions:** 3

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL