## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | § | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | § | MDL Docket No. 875 |
| | § | Case No. 2:10-cv-69486-ER |

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL MUSSELMAN, Individually | § | |
| and as Administrator of the Estate of | § | C.A. No. 1:10-cv-00101 |
| LISA MUSSELMAN, deceased | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| Vs. | § | |
| | § | |
| AMPHENOL CORPORATION (as | § | |
| successor-in-interest to AMERICAN | § | |
| PHENOLIC CORPORATION, et. al., | § | |
| including but not limited, | § | |
| TEMPLE-INLAND, INC., | § | |
| | § | |
| Defendants. | § | |

### TEMPLE-INLAND INC'S CERTIFICATE OF SERVICE TO ITS NOTICE OF APPEARANCE

### CERTIFICATE OF SERVICE

On the 7th day of February, 2012, I electronically filed Defendant Temple-Inland Inc.'s Notice of Appearance through the CM/ECF system, which sent a notice of filing to counsel of record registered for electronic service through the Court.   Additionally, I mailed this document and notice of electronic filing to any and all counsel listed on the Court's service list who are not enrolled in the CM/ECF system.

Larry E. Cotten