1 | ALAN R. BRAYTON, ESQ., S.B. #73685
2 | RICHARD M. GRANT, ESQ., S.B. #55677
  | BRAYTON❖PURCELL LLP
  | ATTORNEYS AT LAW
3 | 222 Rush Landing Road
  | P.O. Box 6169
4 | Novato, California  94948-6169
  | Tel: 415-898-1555
5 | Fax: 415-898-1247

6 | Attorneys for Plaintiffs

## BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | MDL 875 |
| This document relates to: | |
| MOTION TO MODIFY THE JUDICIAL PANEL'S MDL-875 ORDER | Case no. MDL 875 |
| | CERTIFICATE OF SERVICE RE: |
| | PLAINTIFFS' OPPOSITION TO DEFENDANT CRANE CO.'S, AND OTHER JOINING DEFENDANTS', MOTION TO MODIFY THE JUDICIAL PANEL'S MDL-875 ORDER |

### CERTIFICATE OF SERVICE

**RE: PLAINTIFFS' OPPOSITION TO DEFENDANT CRANE CO.'S, AND OTHER JOINING DEFENDANTS', MOTION TO MODIFY THE JUDICIAL PANEL'S MDL-875 ORDER**

   I hereby certify that I electronically filed the following with the JUDICIAL PANEL ON MULTIDISTRICT LITIGATION by efiling with the court's CM/ECF system on February 7, 2011

**PLAINTIFFS' OPPOSITION TO DEFENDANT CRANE CO.'S, AND OTHER JOINING DEFENDANTS', MOTION TO MODIFY THE JUDICIAL PANEL'S MDL-875 ORDER**

///

///

      Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

      Executed February 7, 2012, at Novato, California.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

>  /s/ Richard M. Grant
> Richard M. Grant (CA SB# 55677)
> BRAYTON PURCELL LLP
> 222 Rush Landing Rd.
> Novato, CA 94102
> 415/899-1011 ext. 621
> rgrant@braytonlaw.com

K:\FEDMDL\Cert-Serv-Pltfs OPP MTN MOD JPML ORDER.wpd    2
CERTIFICATE OF SERVICE RE: PLAINTIFFS' OPPOSITION TO DEFENDANT CRANE CO.'S MOTION TO MODIFY THE JUDICIAL PANEL'S MDL-875 ORDER.