UNITED STAES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNTED STATES DISTRICT COURT
FOR THE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL Docket No. 875 Case No.: 2:10-cv-69486-ER |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL MUSSELMAN, Individually and as Administrator of the Estate of LISA MUSSELMAN, deceased | : : : : | C.A. No. 1:10-cv-00101 |
| Plaintiff | : : | |
| v. | : : | |
| AMPHENOL CORPORATION (as successor-in-interest to AMERICAN PHENOLIC CORPORATION, et al. | : : : : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Gonen Haklay, hereby certify that on the 9th day of February, 2012, I electronically filed Plaintiff's Notice of Appearance through the CM/ECF system, which sent a notice of filing to counsel of record registered for electronic service through the Court. Additionally, I mailed this document and notice of electronic filing to any and all counsel listed on the Court's service list who are not enrolled in the CM/ECF system.

_____
Gonen Haklay