MOUND COTTON WOLLAN & GREENGRASS
COUNSELLORS AT LAW
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1486
(212) 804-4200
FAX (212) 344-8066
WWW.MOUNDCOTTON.COM

NEW YORK, NY
NEWARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL

**WRITER'S DIRECT DIAL**
**212-804-4229**
**fmontbach@moundcotton.com**

February 8, 2012

**VIA FEDERAL EXPRESS**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255 - North Lobby
Washington, D.C. 20554

Re: In Re: Asbestos Product Liability Litigation (No. VI) / MDL Docket No. 875

**Judith Henry v. American Honda Motor Co., et. al.**
Our Clients: Viad Corporation
New York County Supreme Court Case No. 190498/11
United States District Court for the Southern District of New York
Case No: 12 Civ. 0180 (RJS)
Our File: 2210.182

Dear Clerk of the Panel:

Enclosed for filing is the original of Defendant's Notice of Related Action with a courtesy copy of the underlying complaint in this matter. We enclose also a copy of the Southern District Docket Sheet.

Please contact me if you have any questions regarding this matter.

Respectfully yours,

Francis A. Montbach

FAM:mk
Enclosures
cc: Counsel for the Plaintiff
Counsel for Co-Defendants

**BEFORE THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION**

**In re ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI)** **MDL No. 875**

-------------------------------------------------------------------------------------------X

JUDITH HENRY, as Executrix of the Estate of
WILLIAM F. HENRY, Deceased

Plaintiff,

- against –

AMERICAN HONDA MOTOR CO., INC.;
BUFFALO PUMPS, Division of Air & Liquid Systems Corporation by merger;
CASE CORPORATION, Individually and as Successor to New Holland and International Harvester;
CARRIER CORPORATION;
CBS CORPORATION, f/k/a Viacom, Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corp.;
FOSTER WHEELER ENERGY CORP.;
GARDNER DENVER, INC.;
GENERAL ELECTRIC COMPANY;
HONEYWELL INTERNATIONAL, INC., f/k/a Allied Signal, Inc., as successor-in-interest to the Bendix Corporation
IMO INDUSTRIES, INC.;
ITT CORPORATION, individually and as successor in interest To Foster Valves a/k/a Foster Engineering;
MULTIQUIP, INC., individually and as successor-in-interest to Stow Manufacturing Co.;
NATIONAL AUTOMOTIVE PARTS ASSOCIATION;
NAVISTAR INTERNATIONAL CORP., operating as International Truck and Engine Corp.;
NELSON HOLDINGS, LTD. a/k/a Stow Manufacturing Co.;
QUAKER CHEMICAL CORPORATION;
SCHUTTE & KOERTING;
SELBY BATTERSBY & COMPANY;
TYCO FLOW CONTROL, INC.;
VIAD CORP, as successor in interest to Griscom Russel Co,.;
WARREN PUMPS, INC.;
YARWAY CORPORATION;

Defendants

-------------------------------------------------------------------------------------------X

**DEFENDANT'S NOTICE OF RELATED ACTION**

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant Viad Corporation (hereinafter "Defendant") hereby notifies the Panel of the pendency of a tag-along action in Federal District Court, styled "JUDITH E. HENRY, as Executrix of the Estate of WILLIAM F. HENRY v. AMERICAN HONDA MOTOR CO, et. al." in the United States District Court for the Southern District of New York (Civil Docket No.: 12 Civ. 0180 [RJS]). Such action involves common questions of fact with those actions previously transferred to the Panel pursuant to 28 U.S.C. § 1407 (see copy of Complaint filed by Judith E. Henry attached hereto as EXHIBIT A).

WHEREFORE, Defendant respectfully requests that the Panel transfer this tag-along to the United States District Court for the Eastern District of Pennsylvania.

Dated: New York, New York
February 8. 2012

MOUND COTTON WOLLAN & GREENGRASS

By: ______________________

Francis A. Montbach (FAM9631)
Attorneys for Defendant Viad Corp.
One Battery Park Plaza
New York, NY 10004
Phone: (212) 804-4200
Fax: (212) 344-8066
fmontbach@moundcotton.com

EXHIBIT A

SCANNED ON 12/9/2011

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

11190498

------------------------------------------------------------------------------ X

JUDITH E. HENRY, as Executrix of the Estate of WILLIAM F. HENRY, Deceased

Plaintiff,

- against-

AMERICAN HONDA MOTOR CO. INC.;
BUFFALO PUMPS, Division of Air & Liquid Systems Corporation by merger;
CASE CORPORATION, Individually and as Successor to New Holland and International Harvester;
CARRIER CORPORATION;
CBS CORPORATION, f/k/a Viacom, Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corp.;
FOSTER WHEELER ENERGY CORP.;
GARDNER DENVER, INC.;
GENERAL ELECTRIC COMPANY;
HONEYWELL INTERNATIONAL, INC., f/k/a AlliedSignal, Inc., as successor-in-interest to The Bendix Corporation
IMO INDUSTRIES, INC.;
ITT CORPORATION, individually and as successor in interest to Foster Valves a/k/a Foster Engineering;
MULTIQUIP, INC., individually and as successor-in-interest to Stow Manufacturing Co.;
NATIONAL AUTOMOTIVE PARTS ASSOCIATION;
NAVISTAR INTERNATIONAL CORP., operating as International Truck and Engine Corp.;
NELSON HOLDINGS, LTD. a/k/a Stow Manufacturing Co.;
QUAKER CHEMICAL CORPORATION ;
SCHUTTE & KOERTING;
SELBY BATTERSBY & COMPANY;
TYCO FLOW CONTROL, INC.;
VIAD CORP., as successor in interest to Griscom Russel Co.;
WARREN PUMPS, INC.;
YARWAY CORPORATION;

Defendants.

------------------------------------------------------------------------------ X

Index No:
Date Filed: 12/8/11

SUMMONS

Plaintiff Designates New York County as Place of Trial

The basis of Venue is Defendant's Place of Business

Plaintiff resides at 243 Circle Drive Torrington, CT 06790

FILED
DEC 08 2011
COUNTY CLERK'S OFFICE
NEW YORK

TO THE ABOVE NAMED DEFENDANTS:

00254436.WPD

LEVY PHILLIPS & KONIGSBERG, L.L.P.
800 THIRD AVENUE
NEW YORK, N.Y. 10022

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the plaintiffs' attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

DATED: New York, New York
December 7, 2011

**LEVY, PHILLIPS & KONIGSBERG, LLP**
***Attorneys for Plaintiff***

**By:**______________________
**Amber R. Long**
**800 Third Avenue, 11th Floor**
**New York, New York 10022**
**(212) 605-6200**
**Fax: (212) 605-6290**

00254436.WPD

Supreme Court Records OnLine Library - page 2 of 8

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------X

JUDITH E. HENRY, as Executrix of the Estate of WILLIAM F. HENRY,

Plaintiff,

-against

AMERICAN HONDA MOTOR CO. INC.;
BUFFALO PUMPS, Division of Air & Liquid Systems Corporation by merger;
CASE CORPORATION, Individually and as Successor to New Holland and International Harvester;
CARRIER CORPORATION;
CBS CORPORATION, f/k/a Viacom, Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corp.;
FOSTER WHEELER ENERGY CORP.;
GARDNER DENVER, INC.;
GENERAL ELECTRIC COMPANY;
HONEYWELL INTERNATIONAL, INC., f/k/a Alliedsignal, Inc., as successor-in-interest to The Bendix Corporation;
IMO INDUSTRIES, INC.;
ITT CORPORATION, individually and as successor in interest to Foster Valves a/k/a Foster Engineering
MULTIQUIP, INC., individually and as successor-in-interest to Stow Manufacturing Co.;
NATIONAL AUTOMOTIVE PARTS ASSOCIATION
NAVISTAR INTERNATIONAL CORP., operating as International Truck and Engine Corp.
NELSON HOLDINGS, LTD. a/k/a Stow Manufacturing Co.;
QUAKER CHEMICAL CORPORATION;
SCHUTTE & KOERTING;
SELBY BATTERSBY & COMPANY;
TYCO FLOW CONTROL, INC.;
VIAD CORP., as successor in interest to Griscom Russel Co.;
WARREN PUMPS, INC.;
YARWAY CORPORATION;

Defendant(s).

---------------------------------------------X

Index No.:
DOF: 12/8/11

COMPLAINT

Plaintiff Demands a Trial by Jury

TO THE ABOVE NAMED DEFENDANTS:

00248429.WPD

LEVY PHILLIPS &
KONIGSBERG, L.L.P.
800 THIRD AVENUE
NEW YORK, N.Y. 10022

Plaintiff, by her attorneys, LEVY PHILLIPS & KONIGSBERG, LLP, for her Complaint, respectfully allege as follows:

1. Plaintiff repeats and re-alleges New York Asbestos Litigation Standard Complaint No. 2 as if fully incorporated herein.

2. Plaintiff is a citizen of the State of Connecticut.

3. Plaintiff's Decedent, William H. Henry, was diagnosed with mesothelioma resulting in death, meeting the minimum requirement for activation into the active docket pursuant to the Case Management Order governing these actions.

Plaintiff further alleges the following:

4. During the 1950's, Mr. Henry served in the United States Navy aboard the Navy vessel, the USS William R. Rush.

5. Mr. Henry suffered exposure to asbestos and asbestos-containing materials in the USS William R. Rush's engine rooms, as well as throughout the ship.

6. The products aboard the USS William R. Rush that exposed Mr. Henry to asbestos include, but are not limited to: Foster Wheeler economizers and condensers; General Electric turbines, generators, and air conditioning and refrigeration plants; Westinghouse turbines, generators, blowers, and regulators; Buffalo Pumps distillation plants and pumps; Carrier air conditioning and refrigeration plants; and Gardner Denver pumps; Griscom-Russell evaporators and regulators; Yarway steam traps; Lohergan Valve Co. valves; Stow Manufacturing Co. flexible shafting; DeLaval pumps and reduction gears; Schutte &

LEVY PHILLIPS &
KONIGSBERG, L.L.P.
800 THIRD AVENUE
NEW YORK N Y 10022

Supreme Court Records OnLine Library - page 6 of 8

Case MDL No. 875 Document 8408 Filed 02/09/12 Page 9 of 18

Koerting valves; and Foster Valves augmentors.

7. Mr. Henry was also exposed to asbestos in the course of non-occupational automotive maintenance and repair work.

Dated: New York, New York
December 7, 2011

**LEVY PHILLIPS & KONIGSBERG, L.L.P.**

By: ______________________
Amber R. Long, Esq.

800 Third Avenue, 11th Floor
New York, NY 10022
(212) 605-6200
***Attorney for Plaintiff***

00248429.WPD

LEVY PHILLIPS & KONIGSBERG, L.L.P
800 THIRD AVENUE
NEW YORK, N.Y. 10022

Supreme Court Records OnLine Library - page 7 of 8

LEVY PHILLIPS & KONIGSBERG, L.L.P.

## NOTICE OF ENTRY

Sir :

Please take notice that the within is a certified true copy of a duly entered in the within named court on 19

Dated,

Yours, etc.
**LEVY PHILLIPS & KONIGSBERG, L.L.P.**
Attorneys for Plaintiff(s)

To
Attorney for

## NOTICE OF SETTLEMENT

Sir :

Please take notice that an order of which the within is a true copy will be presented for settlement to the Hon.

one of the judges of the within named court, at on the th day of 199
at M.
Dated:

Yours, etc.
**LEVY PHILLIPS & KONIGSBERG, L.L.P.**
Attorneys for Plaintiff(s)

To
Attorney for

Index/Docket №: 2011

SUPREME COURT OF THE STATE OF NEW YORK - COUNTY OF NEW YORK

JUDITH E. HENRY, as Executrix of the Estate of WILLIAM F. HENRY, Deceased,

Plaintiff,

-against-

AMERICAN HONDA MOTOR CO., INC., et al.,

Defendants.

## SUMMONS & COMPLAINT

**LEVY PHILLIPS & KONIGSBERG, L.L.P.**
*Attorneys for Plaintiff(s)*
Office and Post Office Address
800 Third Avenue
New York, New York 10022
(212) 605-6200

To

Service of a copy of the within is hereby admitted.

Dated:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

JUDITH E. HENRY, as Executrix of the Estate of WILLIAM F. HENRY, Deceased,

Plaintiff,

- against -

AMERICAN HONDA MOTOR CO., INC.., et al.,

Defendants.

STATEMENT OF SERVICE BY MAIL AND ACKNOWLEDGMENT OF RECEIPT BY MAIL OF SUMMONS AND COMPLAINT

INDEX NO. 11/190498
DOF: 12/8/2011

VIAD CORP.
1850 North Central Avenue, #800
Viad Tower
Phoenix, AZ 85004

The enclosed Summons and Complaint are served pursuant to § 312-a of the Civil Practice Law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date and complete the Acknowledgment part of this form and mail or deliver one copy of the completed form to the sender within thirty (30) days from the date you receive it. You should keep a copy for your records or your attorney. If you wish to consult an attorney, you should do so as soon as possible before the thirty (30) days expire.

If you do not complete and return the form to the sender within thirty (30) days, you (or the party on whose behalf you are being served) will be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law, and the cost of such service as permitted by law will be entered as a judgment against you.

If you have received a Complaint with this statement, the return of this statement and Acknowledgment does not relieve you of the necessity to answer the Complaint. The time to answer expires twenty (20) days after the day you mail or deliver this form to the sender. If you wish to consult an attorney, you should do so as soon as possible before the twenty (20) days expire.

If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

It is a crime to forge a signature or to make a false entry on this statement or on the Acknowledgment.

I declare, under penalty of perjury, that this Statement of Service by Mail and Acknowledge of Receipt by Mail of Summons and Complaint will have been mailed on December 9, 2011.

[signature] Marjorie Mulero
Signature

December 9, 2011
Date of Signature

Levy Phillips & Konigsberg, 800 Third Avenue, 11th Floor New York, New York 10022
Address

ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I received a Summons and Complaint in the above-captioned matter at [INSERT ADDRESS]____________________

PLEASE CHECK ONE OF THE FOLLOWING;
IF 2 IS CHECKED, COMPLETE AS INDICATED

1. ☐ I am not in the military service.
2. ☐ I am in military service and my rank, serial number and branch of service are as follows:

Rank:________________ Branch of Service:________________

Serial Number:________________

TO BE COMPLETED REGARDLESS OF MILIARY STATUS:

Date: ________________
(Date this Acknowledgment is executed)

I affirm the above as true under penalty of perjury.

________________
Signature

________________
Print Name

________________
Name of Defendant for which acting

________________
Position with Defendant for which acting (i.e., officer, attorney, etc.)

Please Complete All Blanks Including Dates

DEFENDANTS ADDRESSES:

AMERICAN HONDA MOTOR CO. INC.
1919 Torrance Blvd
Torrance, CA 90501

BUFFALO PUMPS
c/o CT Corporation
111 Eighth Avenue
New York, NY 10011

CASE CORPORATION
c/o CT Corporation
111 Eighth Avenue
New York, NY 10011

CBS CORPORATION
c/o Asbestos Litigation Support Manager
Eckert Seamans Cherin & Mellott, LLC
Case Management & Technology Center
600 Grant Street, 5th Floor
Pittsburgh, PA 15219

FOSTER WHEELER ENERGY CORP.
Perryville Corporate Park
P.O. Box 4000
Clinton, NJ 08809

GENERAL ELECTRIC COMPANY
Henry J. King, Jr., Esq.
Managing Attorney
152 Conant Street
Beverly, MA 01915

HONEYWELL INTERNATIONAL, INC.
101 Columbia Road
Morristown, NJ 07962-1057

ITT CORPORATION
c/o CT Corporation
111 Eighth Avenue
New York, NY 10011

MULTIQUIP, INC.
1891 Wilmington Avenue
Carson, CA 90746

NATIONAL AUTOMOTIVE PARTS ASSOCIATION
2999 Circle 75 Parkway
Atlanta, GA 30339

NAVISTAR INTERNATIONAL CORP.
c/o CT Corporation
111 Eighth Avenue
New York, NY 10011

QUAKER CHEMICAL CORPORATION
C/o CT Corporation
80 State Street
Albany, NY 12207

SCHUTTE & KOERTING
2510 Metropolitan Drive
Trevose, PA 19053

SELBY BATTERSBY & COMPANY
c/o Hecker, Brown, Sherry and Johnson
1700 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2769

LEVY PHILLIPS &
KONIGSBERG, L.L.P
800 THIRD AVENUE
NEW YORK, N.Y. 10022

TYCO FLOW CONTROL, INC.
Tyco International (US) Inc.
9 Roszel Road
Princeton, NJ 08540

VIAD CORP.
1850 North Central Avenue, #800
Viad Tower
Phoenix, AZ 85004

WARREN PUMPS, INC.
82 Bridges Avenue
P.O. Box 969
Warren, MA 01083-0969

YARWAY CORPORATION
c/o Paul A. Scrudato, Esq.
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103

VIA SECRETARY OF STATE
CARRIER CORPORATION
GARDNER DENVER, INC.
IMO INDUSTRIES, INC.
NELSON HOLDINGS, LTD.

LEVY PHILLIPS &
KONIGSBERG, L.L.P
800 THIRD AVENUE
NEW YORK, N.Y. 10022

ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:12-cv-00180-RJS

Henry v. American Honda Motor Co. Inc. et al
Assigned to: Judge Richard J. Sullivan
Case in other court: State Court- Supreme, 190498-11
Cause: 28:1441 Notice of Removal

Date Filed: 01/10/2012
Jury Demand: None
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**Judith E. Henry**
*as Executrix of the Estate of William F. Henry*

V.

**Defendant**

**American Honda Motor Co. Inc.**
*TERMINATED: 02/09/2012*

**Defendant**

**Buffalo Pumps**
*TERMINATED: 02/09/2012*

**Defendant**

**Case Corporation**
*individually and as successor to New Holland and International Harvester*

**Defendant**

**Carrier Corporation**
*TERMINATED: 02/09/2012*

**Defendant**

**CBS Corporation**

**Defendant**

**Foster Wheeler Energy Corp.**
*TERMINATED: 02/09/2012*

**Defendant**

**Gardner Denver, Inc.**

**Defendant**

**General Electric Company**

*TERMINATED: 02/09/2012*

**Defendant**

**Honeywell International, Inc.**      represented by    **Donald Richard Pugliese , Sr.**
McDermott, Will & Emery, LLP (NY)
340 Madison Avenue
New York, NY 10017
(212)-547-5400
Fax: (212)-547-5444
Email: dpugliese@mwe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**IMO Industries, Inc.**

**Defendant**

**ITT Corporation**

**Defendant**

**Multiquip, Inc.**
*TERMINATED: 02/09/2012*

**Defendant**

**NAtional Automotive Parts Association**
*TERMINATED: 02/09/2012*

**Defendant**

**Navistar International Corp.**     represented by    **Elizabeth Anne Weill**
*TERMINATED: 02/09/2012*                              Eckert Seamans
50 South 16th Street
Philadelphia, PA 19102
(215) 851-8400
Fax: (215) 851-8383
Email: eweill@eckertseamans.com

**Defendant**

**Nelson Holdings, Ltd.**
*TERMINATED: 02/09/2012*

**Defendant**

**Quaker Chemical Corporation**     represented by    **Andrew Feldman**
Feldman, Kieffer & Herman, LLP
110 Pearl Street
Buffalo, NY 14202
(716)852-5875
Fax: (716)-852-4253
Email: afeldman@fkhattys.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**Schutte & Koerting**
*TERMINATED: 02/09/2012*

**Defendant**

**Selby Battersby & Company** represented by **Andrew Feldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tyco Flow Control, Inc.**
*TERMINATED: 02/09/2012*

**Defendant**

**Viad Corp.** represented by **Francis Allen Montbach**
Mound Cotton Wollan & Greengrass (NYC)
One Battery Park Plaza
9th Floor
New York, NY 10004
212-804-4229
Fax: 212-344-8066
Email: FMontbach@Moundcotton.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warren Pumps, Inc.**
*TERMINATED: 02/09/2012*

**Defendant**

**Yarway Corporation**
*TERMINATED: 02/09/2012*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/10/2012 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 190498-11. (Filing Fee $ 350.00, Receipt Number 465401026503).Document filed by Viad Corp..(rdz) (Entered: 01/13/2012) |
| 01/10/2012 | | Magistrate Judge James L. Cott is so designated. (rdz) (Entered: 01/13/2012) |
| 01/10/2012 | | Case Designated ECF. (rdz) (Entered: 01/13/2012) |
| 01/19/2012 | 2 | DECLARATION of Francis A. Montbach in Support re: 1 Notice of Removal. Document filed by Viad Corp.. (Attachments: # 1 Exhibit A, # 2 Exhibit B PART 1, # 3 Exhibit B PART 2)(Montbach, Francis) (Entered: 01/19/2012) |
| 01/26/2012 | 3 | NOTICE OF APPEARANCE by Elizabeth Anne Weill on behalf of Navistar |

| | | |
|---|---|---|
| | | International Corp. (Weill, Elizabeth) (Entered: 01/26/2012) |
| 01/26/2012 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Navistar International Corp..(Weill, Elizabeth) (Entered: 01/26/2012) |
| 01/26/2012 | 5 | NOTICE OF APPEARANCE by Donald Richard Pugliese, Sr on behalf of Honeywell International, Inc. (Pugliese, Donald) (Entered: 01/26/2012) |
| 01/26/2012 | 6 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Honeywell International, Inc..(Pugliese, Donald) (Entered: 01/26/2012) |
| 02/06/2012 | 7 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, Without prejudice against the defendant(s) American Honda Motor Co. Inc., Buffalo Pumps, Carrier Corporation, Foster Wheeler Energy Corp., General Electric Company, Multiquip, Inc., NAtional Automotive Parts Association, Navistar International Corp., Nelson Holdings, Ltd., Schutte & Koerting, Tyco Flow Control, Inc., Viad Corp., Warren Pumps, Inc., Yarway Corporation. Document filed by Judith E. Henry. (Long, Amber) Modified on 2/7/2012 (dt). (Entered: 02/06/2012) |
| 02/07/2012 | | *****NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Amber Long to E-Mail Documents 7 Notice of Voluntary Dismissal. ERROR(S): Cases are not consolidated or related. You must do seperate notice of dismissals for each action, you cannot put both cases on one document, then e-mail both seperate documents to Judgments@nysd.uscourt.gov in pdf format. Do Not e-file them. (dt)** (Entered: 02/07/2012) |
| 02/07/2012 | 8 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, against the defendant(s) All Plaintiffs. Document filed by All Plaintiffs. (Long, Amber) Modified on 2/8/2012 (ml). (Entered: 02/07/2012) |
| 02/08/2012 | | *****NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Amber Long to E-Mail Document 8 Notice of Voluntary Dismissal,. ERROR(S): Cases are not consolidated or related. You must do separate notice of dismissals for each action, you cannot put both cases on one document, then e-mail both separate documents to Judgments@nysd.uscourt.gov in pdf format. Do Not e-file them. (ml)** (Entered: 02/08/2012) |
| 02/08/2012 | 9 | NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, Without prejudice against the defendant(s) American Honda Motor Co. Inc., Buffalo Pumps, Carrier Corporation, Foster Wheeler Energy Corp., General |

| | | |
|---|---|---|
| | | Electric Company, Multiquip, Inc., NAtional Automotive Parts Association, Navistar International Corp., Nelson Holdings, Ltd., Schutte & Koerting, Tyco Flow Control, Inc., Warren Pumps, Inc., Yarway Corporation. Document filed by Judith E. Henry. (Long, Amber) (Entered: 02/08/2012) |
| 02/09/2012 | 10 | SECOND AMENDED NOTICE OF RULE 41(a)(1)(A)(i): PLEASE TAKE NOTICE that, the following Defendants having neither served an answer nor a motion for summary judgment in the above captioned action, Plaintiff JUDITH E. HENRY, hereby dismisses this action, without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, against the following Defendants: American Honda Motor Co. Inc., Buffalo Pumps, Carrier Corporation, Foster Wheeler Energy Corp., General Electric Company, Multiquip, Inc., NAtional Automotive Parts Association, Navistar International Corp., Nelson Holdings, Ltd., Schutte & Koerting, Tyco Flow Control, Inc., Warren Pumps, Inc., Yarway Corporation. (Signed by Judge Richard J. Sullivan on 2/8/2012) (mro) (Entered: 02/09/2012) |
| 02/09/2012 | 11 | NOTICE OF APPEARANCE by Andrew Feldman on behalf of Selby Battersby & Company (Feldman, Andrew) (Entered: 02/09/2012) |
| 02/09/2012 | 12 | NOTICE OF APPEARANCE by Andrew Feldman on behalf of Quaker Chemical Corporation (Feldman, Andrew) (Entered: 02/09/2012) |
| 02/09/2012 | 13 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Quaker Chemical Corporation.(Feldman, Andrew) (Entered: 02/09/2012) |
| 02/09/2012 | 14 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT.. Document filed by Selby Battersby & Company.(Feldman, Andrew) (Entered: 02/09/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/09/2012 13:46:17 | | | |
| **PACER Login:** | mc1641 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:12-cv-00180-RJS |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |