# MOUND COTTON WOLLAN & GREENGRASS

COUNSELLORS AT LAW

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1486

(212) 804-4200

FAX (212) 344-8066

WWW.MOUNDCOTTON.COM

NEW YORK, NY
NEWARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL

**WRITER'S DIRECT DIAL**
212-804-4229
fmontbach@moundcotton.com

February 9, 2012

**VIA ECF FILING**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255 - North Lobby
Washington, D.C. 20554

Re: In Re: Asbestos Product Liability Litigation (No. VI) / MDL Docket No. 875

**Judith Henry v. American Honda Motor Co., et. al.**
Our Clients: Viad Corporation
New York County Supreme Court Case No. 190498/11
United States District Court for the Southern District of New York
Case No: 12 Civ. 0180 (RJS)
Our File: 2210.182

Dear Clerk of the Panel:

On Wednesday, February 8, 2012, we wrote to you enclosing a Notice of Related Action in the captioned matter, which Notice was ECF filed today. In accordance with our telephone conversation, today, we write to request that the ECF filing be withdrawn. We will be filing, via ECF, a Notice of Potential Tag-Along shortly.

Thank you for your cooperation and assistance.

Respectfully yours,

Francis A. Montbach

FAM:mk