## MOUND COTTON WOLLAN & GREENGRASS

COUNSELLORS AT LAW

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1486

(212) 804-4200

FAX (212) 344-8066

WWW.MOUNDCOTTON.COM

NEW YORK, NY
NEWARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL

**WRITER'S DIRECT DIAL**
212-804-4229
fmontbach@moundcotton.com

February 9, 2012

**VIA ECF FILING**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255 - North Lobby
Washington, D.C. 20554

Re:   In Re: Asbestos Product Liability Litigation (No. VI) / MDL Docket No. 875

   **Judith Henry v. American Honda Motor Co., et. al.**
   Our Clients: Viad Corporation
   New York County Supreme Court Case No. 190498/11
   United States District Court for the Southern District of New York
   Case No: 12 Civ. 0180 (RJS)
   Our File: 2210.182

Dear Clerk of the Panel:

   Enclosed for filing is the original of Defendant's Notice of Potential Tag-Along with a courtesy copy of the underlying complaint in this matter. We enclose also a copy of the Southern District Docket Sheet.

   Please contact me if you have any questions regarding this matter.

                                            Respectfully yours,

                                            Francis A. Montbach

FAM:mk
Enclosures

BEFORE THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

In re ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI)    MDL No. 875

---------------------------------------------------------------------------------X
JUDITH HENRY, as Executrix of the Estate of
WILLIAM F. HENRY, Deceased
                                        Plaintiff,

    - against –

AMERICAN HONDA MOTOR CO., INC.;
BUFFALO PUMPS, Division of Air & Liquid Systems
 Corporation by merger;
CASE CORPORATION, Individually and as Successor to New
 Holland and International Harvester;
CARRIER CORPORATION;
CBS CORPORATION, f/k/a Viacom, Inc., successor by merger to
 CBS Corporation, f/k/a Westinghouse Electric Corp.;
FOSTER WHEELER ENERGY CORP.;
GARDNER DENVER, INC.;
GENERAL ELECTRIC COMPANY;
HONEYWELL INTERNATIONAL, INC., f/k/a Allied Signal,
 Inc., as successor-in-interest to the Bendix Corporation
IMO INDUSTRIES, INC.;
ITT CORPORATION, individually and as successor in interest
 To Foster Valves a/k/a Foster Engineering;
MULTIQUIP, INC., individually and as successor-in-interest to
 Stow Manufacturing Co.;
NATIONAL AUTOMOTIVE PARTS ASSOCIATION;
NAVISTAR INTERNATIONAL CORP., operating as
 International Truck and Engine Corp.;
NELSON HOLDINGS, LTD. a/k/a Stow Manufacturing Co.;
QUAKER CHEMICAL CORPORATION;
SCHUTTE & KOERTING;
SELBY BATTERSBY & COMPANY;
TYCO FLOW CONTROL, INC.;
VIAD CORP, as successor in interest to Griscom Russel Co,.;
WARREN PUMPS, INC.;
YARWAY CORPORATION;

                                        Defendants

---------------------------------------------------------------------------------X

## NOTICE OF POTENTIAL TAG-ALONG

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant Viad Corporation (hereinafter "Defendant") hereby notifies the Panel of the pendency of a tag-along action in Federal District Court, styled "JUDITH E. HENRY, as Executrix of the Estate of WILLIAM F. HENRY v. AMERICAN HONDA MOTOR CO, et. al." in the United States District Court for the Southern District of New York (Civil Docket No.: 12 Civ. 0180 [RJS]). Such action involves common questions of fact with those actions previously transferred to the Panel pursuant to 28 U.S.C. § 1407 (see copy of Complaint filed by Judith E. Henry attached hereto as EXHIBIT A).

WHEREFORE, Defendant respectfully requests that the Panel transfer this tag-along to the United States District Court for the Eastern District of Pennsylvania.

Dated: New York, New York
       February 9, 2012

MOUND COTTON WOLLAN & GREENGRASS

By: _____
    Francis A. Montbach (FAM9631)
    Attorneys for Defendant Viad Corp.
    One Battery Park Plaza
    New York, NY 10004
    Phone: (212) 804-4200
    Fax: (212) 344-8066
    fmontbach@moundcotton.com