## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | § § § | Consolidated Under MDL Docket No. 875 Case No. 2:10-cv-69486-ER |

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL MUSSELMAN, Individually and as Administrator of the Estate of LISA MUSSELMAN, deceased<br><br>Plaintiff,<br><br>Vs.<br><br>AMPHENOL CORPORATION (as successor-in-interest to AMERICAN PHENOLIC CORPORATION, et. al., including but not limited, TEMPLE-INLAND, INC.,<br><br>Defendants. | § § § § § § § § § § § § § § § | C.A. No. 1:10-cv-00101 |

### AMENDED CERTIFICATE OF SERVICE TO
### TEMPLE-INLAND INC'S NOTICE OF APPEARANCE

On the 7th day of February, 2012, I electronically filed this document through the CM/ECF system, which will send a notice of filing to counsel of record registered for electronic service through the Court. Additionally, I mailed this document and notice of electronic filing to the following counsel listed on the Court's service list who are not enrolled in the CM/ECF system:

**Laura R McKelligott**
COOLEY MANION & JONES LLP
21 Custom House Street
6th Floor
Boston, MA 02110

_____
Larry E. Cotten