# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL 875 |
| VARIOUS PLAINTIFFS v. VARIOUS DEFENDANTS | : : : : : | Cases Transferred to MDL 875 August-November 2010 Listed in Exhibit "A," Attached |

FILED
JAN 28 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## SCHEDULING ORDER

AND NOW, the 26th day of January, 2011, it is hereby ORDERED that, in the cases listed in Exhibit "A," attached:

1. All discovery must be completed by: **May 19, 2011.**

2. Plaintiff's expert reports must be served by: **June 19, 2011.**

3. Defendant's expert reports must be served by: **July 19, 2011.**

4. Rebuttal expert reports must be served by **August 2, 2011.**

5. Summary judgment motions must be filed by: **September 2, 2011.**

6. Responses to summary judgment motions must be filed by: **October 2, 2011.**

7. Replies to responses to motions for summary judgment, if any, must be filed by: **October 16, 2011.**

8.  A final pre-remand hearing, including oral argument on all opposed summary judgment motions, will be held on Tuesday, November 22, 2011, at 10:00 a.m. in Courtroom 11A, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.[1]

                        AND IT IS SO ORDERED.

                        _____
                        EDUARDO C. ROBRENO, J.

---

[1] Please note that modifications to this scheduling order will not be freely granted. Any request for an extension of time must state the "good cause" basis for the modification pursuant to Federal Rule of Civil Procedure 16(b)(4).