# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MUSSELMAN, , Individually and as Administrator of the Estate of LISA MUSSELMAN, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> BONDEX INTERNATIONAL, INC., et. al., <br><br> Defendants. | CA. No. 2:10-cv-69486-ER <br><br> FILED |

## ORDER

AND NOW, this __3rd__ day of __June__, 2011, after consideration of Defendant, Temple Inland, Inc.'s Motion to Extend the Expert Report Deadlines, and any response thereto, it is hereby ORDERED and DECREED that Defendant's Motion is GRANTED;

IT IS FURTHER ORDERED that the Scheduling Order shall be amended as follows:

1. Plaintiff's expert reports to be served by: July 19, 2011.

2. Defendant's expert reports must be served by: August 19, 2011.

3. Rebuttal expert reports must be served by: September 2, 2011.

4. Summary judgment deadline and hearing date in scheduling order remains unchanged.

Eduardo C. Robreno, J.