# Exhibit 3

# COTTEN SCHMIDT & ABBOTT
##### L.L.P.
ATTORNEYS AT LAW

FORT WORTH • NEW ORLEANS

REPLY TO:
FORT WORTH OFFICE

550 Bailey Avenue
Suite 600
Fort Worth, Texas 76107
Telephone (817) 338-4500
Facsimile (817) 338-4599

STEVEN J. GORDON
PARTNER
ADMITTED IN TEXAS

(817) 288-7127 DIRECT
sgordon@csa-lawfirm.com

November 28, 2011

*Via E-mail Michele_ventura@paed.uscourts.gov*
Honorable Eduardo C. Robreno
United States District Court
Eastern District of Pennsylvania
Room 11614
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RE: MDL 875 Civil Action No.: 2:10-cv-69486; *Musselman v. Amphenol Corporation, et al.*

Dear Judge Robreno:

On behalf of our client, Temple-Inland, Inc., we are writing to request the Court's guidance on a scheduling-related issue in the instant case.

On Tuesday, November 22, 2011, this Court heard Temple-Inland's motion for summary judgment. That motion is presently pending. If granted, the motion will dispose of all of Plaintiff's claims against Temple-Inland. If the Court denies the motion, however, it is our understanding that the Court will, within a relatively short time, remand the case to the transferor court (here, the Federal District Court of Delaware).

Temple-Inland's concern stems from the fact that the parties have yet to take the depositions of each other's expert witnesses. The parties timely exchanged their expert reports in accordance with the amended deadlines set forth in the Court's order of June 2, 2011. And although the parties have exchanged correspondence requesting dates for the expert depositions, no such depositions have yet been taken.

Should the Court grant the pending motion for summary judgment, then this issue is moot. Should the Court, however, deny the motion, Temple-Inland requests that the Court afford the parties a reasonable amount of time, such as 60 days, to complete all expert depositions, before remanding the case to the transferor court.

Respectfully Submitted,

Steven J. Gordon,
Counsel for Defendant Temple-Inland, Inc.

cc: Gonen Haklay (via email - *ghaklay@cprlaw.com*)
All Defense Counsel of Record (via email)