UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | | MDL NO. 875 |
| ARTHUR J. PORTER, ET UX | * * | PAE:  Civil Action No. 2:11-cv-67283 |
| VERSUS | * * | LAM: Civil Action No. |
| GREATER BATON ROUGE PORT COMMISSION, ET AL | * * * | 3:11-cv-00166 |

*************************************************************************

## MOTION TO REINSTATE CONDITIONAL REMAND ORDER

**NOW INTO COURT,** through undersigned counsel, comes defendant and third-party defendant SSA Gulf, Inc. (f/k/a Ryan Stevedoring), who moves this Court to reinstate the Conditional Remand Order that it issued on February 1, 2012 in the above-captioned matter. Undersigned counsel (as well as counsel for the Greater Baton Rouge Port Commission, one of the other defendants) timely filed a notice of opposition to the Conditional Remand Order, but counsel inadvertently filed that pleading in the Eastern District of Pennsylvania docket rather than with the MDL panel. [1]

For the foregoing reasons, SSA Gulf, Inc. respectfully requests that this Court reinstate the Conditional Remand Order as defendant believes that this matter should remaining pending in MDL 875 for the handling of pre-trial matters.  Defendant submits that MDL 875 should exercise

---

[1] Attached hereto as Exhibit "1" is a copy of Notice of Opposition to Conditional Remand Order filed in the MDL 875 in the Eastern District of Pennsylvania on February 8, 2012.

supplemental jurisdiction for the remaining parties and claims in this case in order to efficiently complete discovery and prepare the case for trial.

Respectfully submitted:

**SULZER & WILLIAMS, LLC**

_____
RICHARD P. SULZER, # 21150
(rsulzer@sulzerandwilliams.com)
ROBERT E. WILLIAMS, IV, # 19217 - T.A.
(rwilliams@sulzerandwilliams.com)
201 Holiday Boulevard, Suite 335
Covington, Louisiana 70433
Telephone: (985) 898-0608
Facsimile: (985) 898-0871
*Attorneys for SSA Gulf, Inc. (f/k/a Ryan Stevedoring)*

## CERTIFICATE OF SERVICE

By my signature herein above, I hereby certify that a true and correct copy of the above and foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification this ___9th___ day of ___February___, 2012.