UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | * | Consolidated Under |
| LIABILITY LITIGATION (No. IV) | * | MDL DOCKET NO. 875 |
| | * | |
| | * | |
| ARTHUR J. PORTER, ET UX | * | E.D. PA Civil Action No. |
| | * | 2:11-cv-67283 |
| VERSUS | * | |
| | * | Transferor Court: |
| GREATER BATON ROUGE PORT | * | Middle District of Louisiana |
| COMMISSION, ET AL | * | 3:11-cv-00166-BAJ-CN |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER

**NOW INTO COURT**, through undersigned counsel, comes defendant and third-party defendant, SSA Gulf, Inc. (f/k/a Ryan Stevedoring), who, files this Notice of Opposition to the Conditional Remand Order issued by this Panel on February 1, 2012 (R. Doc. 8378). This defendant will file its Motion to Vacate CRO and supporting memorandum within 14 days of this filing pursuant to Rule 10.2(e) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation and/or pursuant to further order of the Panel.

Respectfully submitted:

SULZER & WILLIAMS, LLC

*/s/ Robert E. Williams IV*

RICHARD P. SULZER, # 21150
(rsulzer@sulzerandwilliams.com)
ROBERT E. WILLIAMS, IV, # 19217 - T.A.
(rwilliams@sulzerandwilliams.com)
201 Holiday Boulevard, Suite 335
Covington, Louisiana 70433
Telephone: (985) 898-0608
Facsimile: (985) 898-0871
*Attorneys for SSA Gulf, Inc. (f/k/a Ryan Stevedoring)*

## CERTIFICATE OF SERVICE

By my signature herein above, I hereby certify that a true and correct copy of the above and foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification this ___8th___ day of ___February___, 2012.