# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:          **March 29, 2012**

LOCATION OF HEARING SESSION:      Edward J. Schwartz U.S. Courthouse
                                  Ceremonial Courtroom No. 1, 4th Floor
                                  940 Front Street
                                  San Diego, California  92101

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:00 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) does not need to appear at the Hearing Session.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the hearing session.

ORAL ARGUMENT:  The Panel carefully considers the positions advocated in filings with the Panel when it allocates time to attorneys presenting oral argument.  The Panel, therefore, expects attorneys to adhere to those positions (including those concerning an appropriate transferee district).  Any change in position should be conveyed to Panel staff before the beginning of oral argument.  Where an attorney thereafter advocates a position different from that conveyed to Panel staff, the Panel may reduce the allotted argument time and decline to hear further from that attorney.

- 2 -

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be filed in this office no later than **March 12, 2012.**  The procedures governing Panel oral argument (Panel Rule 11.1) are attached.  The Panel strictly adheres to these procedures.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

cc: Clerk, U.S. District Court for the Southern District of California

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on March 29, 2012, the Panel will convene a hearing session in San Diego, California, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c).  The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION:

John G. Heyburn II
Chairman

| | |
|---|---|
| Kathryn H. Vratil | W. Royal Furgeson, Jr. |
| Barbara S. Jones | Paul J. Barbadoro |
| Marjorie O. Rendell | Charles R. Breyer |

SCHEDULE OF MATTERS FOR HEARING SESSION
March 29, 2012 -- San Diego, California


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT[1]**


MDL No. 2328 -- **IN RE: POOL PRODUCTS DISTRIBUTION MARKET ANTITRUST LITIGATION**

Motion of plaintiff Aqua Clear Pools & Decks for centralization of certain of the following actions in the United States District Court for the Eastern District of Louisiana; motion of plaintiff Coral Swimming Pool Supplies Co., Inc., for centralization of certain of the following actions in the United States District Court for the Central District of California; and motion of plaintiff A Plus Pools Corp. for centralization of the following actions in the United States District Court for the Southern District of Florida:

       <u>Central District of California</u>

Coral Swimming Pool Supplies Co., Inc. v. Pool Corporation, et al.,
  C.A. No. 8:11-01866

       <u>Southern District of Florida</u>

A Plus Pools Corp. v. Pool Corporation, et al., C.A. No. 1:11-24270
Bayside Pool & Spa Corp. v. SCP Distributors LLC, et al., C.A. No. 1:11-24282

       <u>Eastern District of Louisiana</u>

Aqua Clear Pools & Decks v. Pool Corporation, et al., C.A. No. 2:11-02921
Preferred Pool Inc. v. Pool Corporation, et al., C.A. No. 2:11-03015

---

[1]   This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer.  See Panel Rules 6.1 and 6.2.  In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.

MDL No. 2330 -- **IN RE: CARRIER IQ, INC., CONSUMER PRIVACY LITIGATION**

Motion of plaintiffs Daniel Pipkin, et al., for centralization of certain of the following actions in the United States District Court for the Northern District of California, and motion of plaintiffs Jeffrey Pacilli, et al., for centralization of the following actions in the United States District Court for the District of Delaware:

<u>Northern District of California</u>

Rowena Silvera, et al. v. Carrier IQ, Inc., et al., C.A. No. 3:11-05821
Patrick Kenny, et al. v. Carrier IQ, Inc., et al., C.A. No. 5:11-05774
Eric Steiner v. Carrier IQ, Inc., C.A. No. 5:11-05802
Eric Thomas v. Carrier IQ, Inc., C.A. No. 5:11-05819
Daniel Pipkin, et al. v. Carrier IQ, Inc., et al., C.A. No. 5:11-05820
Jennifer Sue Patrick, et al. v. Carrier IQ, Inc., C.A. No. 5:11-05842
Lindsay Padilla, et al. v. Carrier IQ, Inc., C.A. No. 5:11-05975

<u>District of Connecticut</u>

Ryan McKeen v. Carrier IQ, Inc., et al., C.A. No. 3:11-01895

<u>District of Delaware</u>

Jeffrey Pacilli, et al. v. Carrier IQ, Inc., et al., C.A. No. 1:11-01199

<u>Southern District of Florida</u>

Craig Schmidt, et al. v. Carrier IQ, Inc., et al., C.A. No. 1:11-24352

<u>Northern District of Illinois</u>

Erin Janek v. Carrier IQ, Inc., et al., C.A. No. 1:11-08564
Jeffrey Wilson v. Carrier IQ, Inc., C.A.  No. 1:11-08579

<u>Southern District of Illinois</u>

Justin Conley, et al. v. Carrier IQ, Inc., C.A. No. 3:11-01059

Schedule of Matters for Hearing Session, Section A                          p. 3
San Diego, California


MDL No. 2330 (Continued)


     District of Massachusetts

Dylan T. Ferreira v. Carrier IQ, Inc., et al., C.A. No. 1:11-12146
Joshua Libby v. Carrier IQ, Inc., et al., C.A. No. 1:11-12150

     Eastern District of Missouri

Margaret Elliott, et al. v. Carrier IQ, Inc., et al., C.A. No. 4:11-02095

     District of Rhode Island

Melissa J. Link v. Carrier IQ, Inc., et al., C.A. No. 1:11-00603

     Eastern District of Texas

Joseph Cosme v. Carrier IQ, Inc., et al., C.A. No. 1:11-00689


MDL No. 2331 -- **IN RE: PROPECIA (FINASTERIDE) PRODUCTS LIABILITY
LITIGATION**

Motion of plaintiff Christopher Masefield for centralization of the following actions in
the United States District Court for the Eastern District of New York:

     District of Colorado

John Doe v. Merck & Co., Inc., et al., C.A. No. 1:11-02680

     Middle District of Florida

Eddie Sebastia, et al. v. Merck & Co., Inc., et al., C.A. No. 8:11-01221

     Northern District of Illinois

Vincent J. Menella, et al. v. Merck & Co. Inc., et al., C.A. No. 1:11-07914

Schedule of Matters for Hearing Session, Section A                    p. 4
San Diego, California

MDL No. 2331 (Continued)

      District of New Jersey

Steven Rossello, et al. v. Merck & Co. Inc., et al., C.A. No. 3:11-00641
Keith Pope, et al. v. Merck & Co. Inc., et al., C.A. No. 3:11-02281

      Eastern District of New York

Christopher M. Masefield v. Merck & Co. Inc., et al., C.A. No. 1:11-05789

      Northern District of Ohio

Marc A. Duerk v. Merck & Co. Inc., et al., C.A. No. 3:11-02547

      Western District of Washington

Charles Shute v. Merck & Co. Inc., et al., C.A. No. 2:11-01096
Peter Yeung v. Merck & Co. Inc., et al., C.A. No. 2:11-01193


MDL No. 2332 -- **IN RE: LIPITOR ANTITRUST LITIGATION**

Motion of plaintiff Professional Drug Company, Inc., for centralization of the following actions in the United States District Court for the District of Massachusetts:

      District of Massachusetts

Professional Drug Company, Inc. v. Pfizer, Inc., et al., C.A. No. 1:11-12058

      District of New Jersey

Burlington Drug Co., Inc. v. Pfizer, Inc., et al., C.A. No. 3:11-06774
Value Drug Company v. Pfizer, Inc., et al., C.A. No. 3:11-06872

      Eastern District of Pennsylvania

Stephen L. LaFrance Holdings, Inc., et al. v. Pfizer, Inc., et al., C.A. No. 2:11-07003

Schedule of Matters for Hearing Session, Section A                    p. 5
San Diego, California

MDL No. 2333 -- **IN RE: MI WINDOWS AND DOORS, INC., PRODUCTS LIABILITY
                    LITIGATION**

      Motion, as amended, of plaintiff Craig Hildebrand for centralization of the following
actions in the United States District Court for the District of South Carolina:

          <u>Eastern District of New York</u>

Craig Hildebrand v. MI Windows and Doors, Inc., C.A. No.2:11-05951

          <u>Western District of North Carolina</u>

Joseph DeBlaker, et al. v. MI Windows and Doors, Inc., C.A. No. 3:10-00427

          <u>Southern District of Ohio</u>

Ahmad Wani, et al. v. MI Windows and Doors, Inc., C.A. No. 2:11-01086

          <u>District of South Carolina</u>

Nadine Johnson v. MI Windows and Doors, Inc., C.A. No. 2:11-00167

          <u>Eastern District of Wisconsin</u>

Mike Meifert, et al. v. MI Windows and Doors, Inc., C.A. No. 2:11-01108

MDL No. 2334 -- **IN RE: REFUND ANTICIPATION LOAN LITIGATION**

      Motion of plaintiffs Zaneta Houston, et al.; Sandy K. Morton, et al.; Anthony Johnson, et
al.; Charles Madubuike, et al.; Pamela Patterson; William Wimbley, et al.; Timothy Rowden;
and Norma Molina-Servin for centralization of the following actions in the United States District
Court for the Northern District of Illinois:

          <u>Eastern District of Arkansas</u>

Zaneta Houston, et al. v. JTH Tax Inc., C.A. No. 4:11-00858
Sandy K. Morton, et al. v. H&R Block Inc., et al., C.A. No. 4:11-00859

Schedule of Matters for Hearing Session, Section A                           p. 6
San Diego, California

MDL No. 2334 (Continued)

#### Central District of California

Anthony Johnson, et al. v. H&R Block Inc., et al., C.A. No. 2:11-09577
Charles Madubuike, et al. v. JTH Tax Inc., et al., C.A. No. 2:11-09580

#### Southern District of Florida

Pamela Patterson v. JTH Tax, Inc., C.A. No. 0:11-62472
William Wimbley, et al. v. H&R Block, Inc., et al., C.A. No. 1:11-24159

#### Northern District of Illinois

Timothy Rowden v. JTH Tax, Inc., C.A. No. 1:11-08233
Norma Molina-Servin v. H&R Block, Inc., et al., C.A. No. 1:11-08244

MDL No. 2335 -- **IN RE: BANK OF NEW YORK MELLON CORP. FOREIGN
EXCHANGE TRANSACTIONS LITIGATION**

Motion, as amended, of defendants The Bank of New York Mellon Corp.; Mellon Bank
N.A.; The Bank of New York Mellon; The Bank of New York Company, Inc.; The Bank of New
York; and The Bank of New York Mellon Trust Company National Association for
centralization of the following actions in the United States District Court for the Southern
District of New York:

#### Northern District of California

International Union of Operating Engineers, Stationary Engineers Local 39 Pension
   Trust Fund v. The Bank of New York Mellon Corporation, et al.,
   C.A. No. 3:11-03620
Bank of New York Mellon Corporation False Claims Act Foreign Exchange Litigation v.
   Bank of New York Mellon Corporation, C.A. No. 3:11-05683

Schedule of Matters for Hearing Session, Section A                    p. 7
San Diego, California


MDL No. 2335 (Continued)


      <u>Southern District of New York</u>

Iron Workers Mid-South Pension Fund v. Gerald L. Hassell, et al., C.A. No. 1:11-08471
Marilyn Clark v. Gerald L. Hassell, et al., C.A. No. 1:11-08810
Louisiana Municipal Police Employees' Retirement System v. The Bank of New York
   Mellon Corporation, et al., C.A. No. 1:11-09175


      <u>Eastern District of Pennsylvania</u>

Southeastern Pennsylvania Transportation Authority v. The Bank of New York Mellon
   Corporation, C.A. No. 2:11-01628


      <u>Western District of Pennsylvania</u>

Isabel F. Sansano v. The Bank of New York Mellon Corporation, et al.,
   C.A. No. 2:11-01412
Joan Terrazas, et al. v. The Bank of New York Mellon Corporation, et al.,
   C.A. No. 2:11-01461


MDL No. 2336 -- **IN RE: PLASMA ARC TECHNOLOGIES, INC., DUE DILIGENCE**
            **LITIGATION**

     Motion of defendants Geoffrey Byruch and HFP Capital Markets, LLC, for centralization
of the following actions in the United States District Court for the Southern District of New
York:

      <u>Central District of California</u>

James Koenig v. Geoffrey Byruch, et al., C.A. No.  5:11-01671
John Leufray v. Geoffrey Byruch, C.A. No. 5:11-01700
John Leufray v. Geoffrey Byruch, C.A. No. 5:11-02053

Schedule of Matters for Hearing Session, Section A                              p. 8
San Diego, California


MDL No. 2336 (Continued)


     <u>Southern District of Florida</u>

   Canadian Steel, Inc. v. HFP Capital Markets, LLC, et al., C.A. No. 1:11-23650
   Plasma Arc Technologies, Inc. v. HFP Capital Markets, LLC, et al., C.A. No. 1:11-24232


MDL No. 2337 -- **IN RE: ROYAL ALLIANCE ASSOCIATES, INC., SECURITIES
             LITIGATION**

     Motion of defendants Dennis J. McFadden, Sr.; Dennis J. McFadden, Jr.; Eileen E.
McFadden; Agnes A. McFadden; Irving Teller; Craig L. Forchetti; Ken Greenwood, Inc.; The
W. Kenneth Greenwood Family Trust; The Mina H. Greenwood Family Trust; Florence H.
Greenwood on behalf of the Florence H. Greenwood Family Trust; Barbara Eisenberg;
Jacqueline E. Eisenberg; Charles L. Bakes; Scott Mandelsohn; and Gerald Seegers for
centralization of the following actions in the United States District Court for the Eastern
District of  Pennsylvania:

     <u>District of Delaware</u>

   Royal Alliance Associates, Inc. v. Jacqueline Eisenberg, C.A. No. 1:11-01223

     <u>Southern District of Florida</u>

   Royal Alliance Associates, Inc. v. Charles L. Bakes, C.A. No. 9:11-81345
   Royal Alliance Associates, Inc. v. Gerald Seegers, C.A. No. 9:11-81358

     <u>Middle District of North Carolina</u>

   Royal Alliance Associates, Inc. v. Scott Mandelsohn, et al., C.A. No. 1:11-01116

     <u>Eastern District of Pennsylvania</u>

   Royal Alliance Associates, Inc. v. Dennis J. McFadden, Sr., et al., C.A. No. 2:11-07606
   Royal Alliance Associates, Inc. v. Dennis J.  McFadden, Sr., et al., C.A. No. 2:11-07607
   Royal Alliance Associates, Inc. v. Irving Teller, C.A. No. 2:11-07608
   Royal Alliance Associates, Inc. v. Craig Forchetti, C.A. No. 2:11-07609
   Royal Alliance Associates, Inc. v. Ken Greenwood, Inc., et al., C.A. No. 2:11-07610

MDL No. 2338 -- **IN RE: MF GLOBAL HOLDINGS LTD. INVESTMENT LITIGATION**

      Motion of defendants Jon Corzine, Bradley Abelow, Henri Steenkamp, and Laurie Ferber for centralization of the following actions in the United States District Court for the Southern District of New York:

              <u>Northern District of Illinois</u>

Henning-Carey Proprietary Trading, LLC, et al. v. Jon Corzine, et al.,
  C.A. No. 1:11-08717

              <u>Eastern District of Michigan</u>

Harry D. Hirsch, et al. v. Jon Corzine, et al., C.A. No. 2:12-10020

              <u>Southern District of New York</u>

Joseph Deangelis v. Jon Corzine, et al., C.A. No. 1:11-07866
Sapere CTA Fund, LP v. Jon Corzine, et al., C.A. No. 1:11-09114

MDL No. 2339 -- **IN RE: TEAMSTER CAR HAULER PRODUCT LIABILITY
              LITIGATION**

      Motion of defendant Cottrell, Inc., for centralization of the following actions in the United States District Court for the Eastern District of Missouri:

              <u>Northern District of Georgia</u>

Steve Bailey, et al. v. Cottrell, Inc., C.A. No. 2:11-00330
Ken Spencer, et al. v. Cottrell, Inc., C.A. No. 2:11-00331

              <u>Northern District of Illinois</u>

Louis Hernandez v. Cottrell, Inc., C.A. No. 1:10-01522

Schedule of Matters for Hearing Session, Section A                    p. 10
San Diego, California


MDL No. 2339 (Continued)


       Southern District of Illinois

John Dorrell, et al. v. Cottrell, Inc., et al., C.A. No. 3:11-01115
James Longstreet, et al. v. Cottrell, Inc., et al., C.A. No. 3:11-01125

       District of Maryland

Joyce Lewis, et al. v. Cottrell, Inc., et al., C.A. No. 1:11-02632

       Eastern District of Missouri

Timmy A. Taylor, et al. v. Cottrell, Inc., et al., C.A. No. 4:09-00536
Luther Stanley v. Cottrell, Inc., C.A. No. 4:10-01505
Robert Johnson v. Auto Handling Corporation, et al., C.A. No. 4:11-02219

       Western District of Missouri

Randy Huff, et al. v. Cottrell, Inc., et al., et al., C.A. No. 4:11-01270
Stephen J. Hale, et al. v. Cottrell, Inc., et al., C.A. No. 4:11-01273

       Western District of New York

Kent Sullivan, et al. v. Cottrell, Inc., et al., C.A. No. 1:11-01076

       Middle District of Tennessee

James Powers, et al. v. Cottrell, Inc., et al., C.A. No. 3:11-01209

Schedule of Matters for Hearing Session, Section A                                    p. 11
San Diego, California


## MDL No. 2340 -- **IN RE: FRESH DAIRY PRODUCTS ANTITRUST LITIGATION**

Motion of plaintiffs Stephen L. LaFrance Holding, Inc., et al., for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:

### Northern District of California

Matthew Edwards, et al. v. National Milk Producers Federation, et al.,
  C.A. No. 3:11-04766
Jeffrey Robb, et al. v. National Milk Producers Federation, et al., C.A. No. 3:11-04791
Boys and Girls Club of the East Valley, et al. v. National Milk Producers Federation,
  et al., C.A. No. 3:11-05253

### Eastern District of Pennsylvania

Stephen L. LaFrance Holding Inc., et al. v. National Milk Producers Federation, et al.,
  C.A. No. 2:12-00070


## MDL No. 2341 -- **IN RE: BUILDING PRODUCTS OF CANADA CORP. ORGANIC SHINGLES PRODUCTS LIABILITY LITIGATION**

Motion of plaintiff Kathryn Bowry for centralization of the following actions in the United States District Court for the District of Massachusetts:

### District of Connecticut

Harold Schwartz, et al. v. Building Products of Canada Corp., C.A. No. 3:11-01988

### District of Massachusetts

Kathryn Bowry v. Building Products of Canada Corp., et al., C.A. No. 1:11-12189
Howard Churwin v. Building Products of Canada Corp., C.A. No. 1:12-10075

### Northern District of New York

Richard Rozycki v. Building Products of Canada Corp., C.A. No. 6:11-01512

Schedule of Matters for Hearing Session, Section A                                      p. 12
San Diego, California


MDL No. 2342 -- **IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS
LIABILITY LITIGATION**

Motion of defendant Pfizer, Inc., for centralization of the following actions in the United
States District Court for the Southern District of New York or, alternatively, the United States
District Court for the Northern District of Mississippi, the United States District Court for the
Southern District of Mississippi, or the United States District Court for the Northern District of
Ohio:

Southern District of Illinois

Danielle Wilson, et al. v. Pfizer, Inc., C.A. No. 3:11-01078
John "Jack" Saville, et al. v. Pfizer, Inc., C.A. No. 3:12-00028

Northern District of Mississippi

Christine Hopkins v. Pfizer, Inc., C.A. No. 1:11-00122

Southern District of Mississippi

Vicky Mallory v. Pfizer, Inc., C.A. No. 4:11-00120

Eastern District of Missouri

Tony Gregory v. Pfizer, Inc., C.A. No. 4:12-00024

Southern District of New York

Melissa J. Hagan, et al. v. Pfizer, Inc., C.A. No. 1:11-07583
Melonie R. Anderson v. Pfizer, Inc., C.A. No. 1:11-07584
Cheri D. Lewis, et al. v. Pfizer, Inc., C.A. No. 1:11-07585
Amanda Brook Pierce Phelps v. Pfizer, Inc., C.A. No. 1:11-07586
Paula Peska, et al. v. Pfizer, Inc., C.A. No. 1:11-07599

Northern District of Ohio

Susan Hodge, et al. v. Pfizer, Inc., C.A. No. 1:11-02429

Schedule of Matters for Hearing Session, Section A                    p. 13
San Diego, California


MDL No. 2342 (Continued)


   <u>Eastern District of Pennsylvania</u>

   Shannon Long v. Glaxosmithkline LLC, et al., C.A. No. 2:11-03198
   Donna Amadio v. Pfizer, Inc., C.A. No. 2:11-03973
   Veronica Martinez v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:11-07427
   William Blaze Armstrong, et al. v. Wolters Kluwer Health, Inc., et al.,
      C.A. No. 2:12-00210
   Ryan J. Bailey, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00211
   Coley Raye Baker, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00212
   Brandon Barnes, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00213
   Glen Mitchell, III, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No.  2:12-00214
   Tavares Byrd, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00215
   Sten Arthur Christianson, et al. v. Wolters Kluwer Health, Inc., et al.,
      C.A. No. 2:12-00216
   Chloe King, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00217
   Lee Frank, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00218
   Quincy Jones, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00219
   Teagan Johnson, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00220
   Luke Johnson, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00221
   Jazmyn Knight, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00222
   Kahlen Compton, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00223
   Roseleah Lorenze, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00224
   Jacob Dzubin, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00225
   Riley Emlen, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00226
   Nicholas Fitzpatrick, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00227
   Travis Forrer, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00228
   Sharon Gordon, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00229
   Christian Hanks, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00230
   Melchizedek Agbaroji, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00231
   Joe Hayes, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00232
   Nicole Hays, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00233
   Laila Mapp, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00235
   Michael Martinez, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00236
   Johnathan May, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00237
   Zevory Wright, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00238
   Payton Moore, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00239

Schedule of Matters for Hearing Session, Section A                                p. 14
San Diego, California

MDL No. 2342 (Continued)

      <u>Eastern District of Pennsylvania</u> (Continued)

    Ric Parsley, III, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00240
    Josie Potts, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00241
    Nicolas Tellier, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00242
    Paulo Castillo, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00243
    Shyra Julien, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00244
    Lara Richburg-Rodriguez, et al. v. Wolters Kluwer Health, Inc., et al.,
       C.A. No. 2:12-00245
    Delaney Rosenkranz, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00246
    Trenton V. Casl, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00247
    Nathan Rowan, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00248
    Abdule Booker, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00249
    Bladden Allen Smith, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00250
    Lillianna Ybarra, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00251
    Matthew Young, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00252
    Jayden Kiah, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00253
    Cooper Smith, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00254
    Tivontae Gully, et al. v. Wolters Kluwer Health, Inc., et al., C.A. No. 2:12-00255

MDL No. 2343 -- **IN RE: SKELAXIN (METAXALONE) ANTITRUST LITIGATION**

    Motion of plaintiffs Johnson's Village Pharmacy, Inc., et al., for centralization of the
following actions in the United States District Court for the Eastern District of Tennessee:

        <u>Eastern District of Pennsylvania</u>

    Meijer, Inc., et al. v. Mutual Pharmaceutical Company, Inc., et al., C.A. No. 2:12-00167
    Rochester Drug Cooperative, Inc. v. King Pharmaceuticals, Inc., et al.,
       C.A. No. 2:12-00346

        <u>Eastern District of Tennessee</u>

    Johnson's Village Pharmacy, Inc., et al. v. King Pharmaceuticals, Inc.,
       C.A. No. 2:12-00004

MDL No. 2344 -- **IN RE: BEAR CREEK TECHNOLOGIES, INC., ('722) PATENT
LITIGATION**

Motion of Bear Creek Technologies, Inc., for centralization of the following actions in
the United States District Court for the District of Delaware:

District of Delaware

Comcast Cable Communications, LLC v. Bear Creek Technologies Inc.,
    C.A. No. 1:11-00721
Charter Communications, Inc. v. Bear Creek Technologies Inc., C.A. No. 1:11-00722
Bear Creek Technologies, Inc. v. Vonage Holdings Corporation, et al.,
    C.A. No. 1:11-00723
Bear Creek Technologies, Inc. v. CSC Holdings, LLC, C.A. No. 1:11-00724
Bear Creek Technologies, Inc. v. Mediacom Communications Corporation, et al.,
    C.A. No. 1:11-00725
Bear Creek Technologies, Inc. v. Qwest Communications International, Inc., et al.,
    C.A. No. 1:11-00726
Bear Creek Technologies, Inc. v. T-Mobile USA, Inc., C.A. No. 1:11-00727
Bear Creek Technologies, Inc. v. 8x8, Inc., C.A. No. 1:11-00728
Bear Creek Technologies, Inc. v. AT&T, Inc., et al., C.A. No. 1:11-00729
Bear Creek Technologies, Inc. v. Time Warner Cable, Inc., et al., C.A. No. 1:11-00730

Northern District of Georgia

Bear Creek Technologies, Inc. v. Cox Communications, Inc., et al., C.A. No. 1:11-03784

Eastern District of Virginia

Bear Creek Technologies, Inc. v. RCN Corporation, et al., C.A. No. 2:11-00103
Bear Creek Technologies, Inc. v. Aptela, Inc., C.A. No. 2:11-00460
Bear Creek Technologies, Inc. v. Primus Telecommunications, Inc., et al.,
    C.A. No. 2:11-00461

## MDL No. 2345 -- **IN RE: EXTERIOR METAL SIDING WARRANTY LITIGATION**

Motion of defendants Gentek Building Products, Inc., and Associated Materials, LLC, for centralization of the following actions in the United States District Court for the Northern of Ohio:

District of Colorado

Gary McIntyre, et al. v. Gentek Building Products, Inc., et al., C.A. No. 1:11-03401

District of Kansas

Rhea Clark v. Gentek Building Products, Inc., et al., C.A. No. 2:12-02023

District of Minnesota

Patrick Fleck v. Gentek Building Products, Inc., et al., C.A. No. 0:11-03234

Eastern District of Missouri

Robert Patrick v. Gentek Building Inc., et al., C.A. No. 4:11-01891

Northern District of Ohio

Donald Eliason, et al. v. Gentek Building Products, Inc., et al., C.A. No. 1:10-02093
Virginia Stroh v. Gentek Building Products, Inc., et al., C.A. No. 1:11-02232
Richard Wroughton v. Gentek Building Products, Inc., et al., C.A. No. 1:11-02719

## MDL No. 2346 -- **IN RE: NORTHEAST CONTAMINATED BEEF PRODUCTS LIABILITY LITIGATION**

Motion of defendant Fairbank Reconstruction Corporation d/b/a Fairbank Farms for centralization of the following actions in the United States District Court for the District of Maine:

District of Connecticut

Louann Cannella, et al. v. Fairbank Reconstruction Corp., et al., C.A. No. 3:11-01396
Rachel Campanelli, et al. v. Greater Omaha Packing Company, Inc., et al.,
   C.A. No. 3:11-01618

Schedule of Matters for Hearing Session, Section A                     p. 17
San Diego, California

MDL No. 2346 (Continued)

<u>District of Maine</u>

Emmie Jones v. Fairbank Reconstruction Corp., et al., C.A. No. 2:11-00437

Schedule of Matters for Hearing Session, Section B                           p. 18
San Diego, California


# SECTION B
# MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT


MDL No. 875 -- **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Opposition of plaintiffs Donald Bell, et al., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

<u>Northern District of California</u>

Donald Bell, et al. v. Arvin Meritor, Inc., et al., C.A. No. 3:12-00131


Oppositions of defendants Volkswagen Group of America, Inc. and Temple-Inland, Inc., to remand, under 28 U.S.C. § 1407(a), of their respective following actions to their respective transferor courts:

<u>Eastern District of Pennsylvania</u>

Maria Kovary, et al. v. Honeywell International, Inc., et al., C.A. No. 2:10-67416
   (C.D. California, C.A. No. 2:10-00494)
Michael L. Musselman v. Amphenol Corporation, et al., C.A. No. 2:10-69486
   (D. Delaware, C.A. No. 1:10-00101)


Motion of plaintiffs Terry K. Taylor, et al., to transfer the following action to the United States District Court for the Eastern District of Pennsylvania:

<u>Central District of California</u>

Terry K. Taylor, et al. v. Kelly Moore Paint Co., C.A. No. 2:11-08886

Schedule of Matters for Hearing Session, Section B                          p. 19
San Diego, California


MDL No. 875 (Continued)


        Motion of Crane Co. to modify the Panel's December 13, 2011, Order Adopting
Suggestion to the Panel Concerning Future Tag-along Transfers.


MDL No. 1626 -- **IN RE: ACCUTANE (ISOTRETINOIN) PRODUCTS LIABILITY
                     LITIGATION**

        Opposition of plaintiff Alton Herbert to transfer of the following action to the United
States District Court for the Middle District of Florida:

        <u>Eastern District of Louisiana</u>

        Alton Herbert v. Barr Laboratories, Inc., et al., C.A. No. 2:12-00082


MDL No. 1699 -- **IN RE: BEXTRA AND CELEBREX MARKETING, SALES
                     PRACTICES AND PRODUCTS LIABILITY LITIGATION**

        Opposition of plaintiff Roberta L. Stonehill to transfer of the following action to the
United States District Court for the Northern District of California:

        <u>District of New Jersey</u>

        Roberta L. Stonehill v. Pfizer Pharmaceutical Company, Inc., C.A. No. 3:11-06751


MDL No. 1836 -- **IN RE: MIRAPEX PRODUCTS LIABILITY LITIGATION**

        Oppositions of plaintiffs Pamela J. Brann, et al., and defendants Ameristar Casino
Kansas City, Inc.; IOC-Kansas City, Inc.; and The Missouri Gaming Company to transfer of
the following action to the United States District Court for the District of Minnesota:

        <u>Western District of Missouri</u>

        Pamela J. Brann, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
          C.A. No. 4:11-01212

Schedule of Matters for Hearing Session, Section B                                    p. 20
San Diego, California


## MDL No. 1909 -- IN RE: GADOLINIUM CONTRAST DYES PRODUCTS LIABILITY LITIGATION

Opposition of plaintiff Paul Young to transfer of the following action to the United States District Court for the Northern District of Ohio:

### Northern District of Illinois

Paul Young v. General Electric Company, et al., C.A. No. 1:11-08504


## MDL No. 1932 -- IN RE: FAMILY DOLLAR STORES, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION

Opposition of plaintiffs Andrea Samuel, et al., to transfer of the following action to the United States District Court for the Western District of North Carolina:

### Southern District of Florida

Andrea Samuel, et al. v. Family Dollar Stores of Florida, Inc., C.A. No. 0:11-62560


## MDL No. 2009 -- IN RE: REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION

Opposition of plaintiffs Herschel Zarecor, III, et al., to transfer of the following action to the United States District Court for the Western District of Tennessee:

### Eastern District of Arkansas

Herschel Zarecor, III, et al. v. Morgan Keegan & Company, Inc., C.A. No. 4:11-00824

Schedule of Matters for Hearing Session, Section B                    p. 21
San Diego, California


MDL No. 2068 -- **IN RE: LIGHT CIGARETTES MARKETING AND SALES PRACTICES LITIGATION**

Oppositions of defendants Philip Morris USA, Inc., and Altria Group, Inc., to remand, under 28 U.S.C. § 1407(a), of the following actions to the to their respective transferor courts:

District of Maine

Bryan Cabbat v. Philip Morris USA, Inc., C.A. No. 1:10-00168 (D. Hawaii, C.A. No. 1:10-00162)

Bryant Tang v. Philip Morris USA, Inc., C.A. No. 1:09-00431 (E.D. New York, C.A. No. 1:08-05085)

Eva Marie Phillips, et al. v. Philip Morris Companies, Inc., et al., C.A. No. 1:10-00381 (N.D. Ohio, C.A. No. 5:10-01741)

Ljiljana Nikolic, et al. v. Philip Morris USA, Inc., et al., C.A. No. 1:09-00512 (E.D. Wisconsin, C.A. No. 1:09-00512)


MDL No. 2179 -- **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

Oppositions of plaintiffs Clayton P. Jordan and Kevin D. Brannon, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

Northern District of Florida

Clayton P. Jordan v. BP Exploration & Production Inc., et al., C.A. No. 4:12-00002

Southern District of Texas

Kevin D. Brannon, et al. v. BP America Production Company, C.A. No. 4:11-04055

MDL No. 2197 -- **IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP IMPLANT
                  PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Michael Crane, et al.; Charles Williams, et al.; Linda Anderson, et al.; Alton Walker; Paul Stuhlmiller, et al.; Mary Ellen Walsh, et al.; Leann C. Brimley; Anne M. Dickerson; and Medford Johnson  to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

Northern District of Georgia

Michael Crane, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 1:11-04105

Eastern District of Louisiana

Charles Williams, et al. v. Mark Starring and Associates, Inc., et al.,
    C.A. No. 2:11-02855

District of Minnesota

Linda Anderson, et al. v. Simpson and Associates, Inc., et al., C.A. No. 0:11-03554

Southern District of Mississippi

Alton Walker v. Depuy Orthopaedics, Inc., et al., C.A. No. 3:11-00716

Western District of New York

Paul Stuhlmiller, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 1:11-00958

Northern District of Texas

Mary Ellen Walsh, et al. v. Depuy, Inc., et al., C.A. No. 3:11-03297

District of Utah

Leann C. Brimley v. SC Phippen Medical, et al., C.A. No. 2:11-01142

Eastern District of Virginia

Anne M. Dickerson v. DePuy Orthopaedics, Inc., et al., C.A. No. 3:11-00853
Medford Johnson v. DePuy Orthopaedics, Inc., et al., C.A. No. 3:12-00032

Schedule of Matters for Hearing Session, Section B                    p. 23
San Diego, California


MDL No. 2226 -- **IN RE: DARVOCET, DARVON AND PROPOXYPHENE PRODUCTS
LIABILITY LITIGATION**

Opposition of plaintiffs William Halcomb, et al., to transfer of the following action to the United States District Court for the Eastern District of Kentucky:

Southern District of Indiana

William Halcomb, et al. v. Eli Lilly & Company, C.A. No. 1:11-01691


MDL No. 2243 -- **IN RE: FOSAMAX (ALENDRONATE SODIUM) PRODUCTS
LIABILITY LITIGATION (NO. II)**

Opposition of plaintiffs Linda Halperin, et al., to transfer of the following action to the United States District Court for the District of New Jersey:

Northern District of Illinois

Linda Halperin, et al. v. Merck Sharp & Dohme Corp., et al., C.A. No. 1:11-09076


Opposition of defendant Novartis Pharmaceuticals Corporation to Conditional Transfer Order (CTO-28) and Simultaneous Separation and Remand of Certain Claims with respect to:

Southern District of Indiana

Barbara Frye, et al. v. Merck & Co., Inc., et al., C.A. No. 1:11-01560


MDL No. 2244 -- **IN RE: DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT
PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Constance Carey-Broomfield and Dennis Robinson to transfer of their respective following actions to the United States District Court for the Northern District of Texas:

Eastern District of Virginia

Constance Carey-Broomfield v. DePuy Orthopaedics, Inc., et al., C.A. No. 1:11-01285

Schedule of Matters for Hearing Session, Section B                    p. 24
San Diego, California


MDL No. 2244 (Continued)


      <u>Western District of Virginia</u>

      Dennis Robinson v. DePuy Orthopaedics, Inc., et al., C.A. No. 3:12-00003


MDL No. 2265 -- **IN RE: COUNTRYWIDE FINANCIAL CORP.**
                      **MORTGAGED-BACKED SECURITIES LITIGATION**

      Opposition of plaintiff Federal Deposit Insurance Corporation as Receiver for Franklin Bank, S.S.B., to transfer of the following action to the United States District Court for the Central District of California:

      <u>Southern District of Texas</u>

      Federal Deposit Insurance Corporation as Receiver for Franklin Bank, S.S.B. v.
        Countrywide Securities Corporation, et al., C.A. No. 4:11-04188


MDL No. 2270 -- **IN RE: CERTAINTEED FIBER CEMENT SIDING LITIGATION**

      Oppositions of plaintiffs Ann Hocutt, et al., and Steve Hardig, et al., and defendants TK&S Specialties, Inc., and Lakewood Homes, LLC, to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

      <u>Western District of Arkansas</u>

      Ann Hocutt, et al. v. CertainTeed Corporation, et al., C.A. No. 5:12-05010

      <u>Western District of North Carolina</u>

      Steve Hardig, et al. v. CertainTeed Corporation, et al., C.A. No. 3:11-00535

Schedule of Matters for Hearing Session, Section B                    p. 25
San Diego, California


MDL No. 2272 -- **IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION**

Oppositions of defendants Zimmer, Inc.; Zimmer Holdings, Inc.; and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., to transfer of the following actions to the United States District Court for the Northern District of Illinois:

District of Minnesota

Timothy Cook v. Zimmer, Inc., et al., C.A. No. 0:11-03004
Jeanne Green v. Zimmer, Inc., et al., C.A. No. 0:11-03489

Western District of Missouri

Christy Beerbaur v. Zimmer Inc., et al., C.A. No. 4:12-00009

Southern District of New York

Todd Thompson, et al. v. Zimmer, Inc., et al., C.A. No. 1:11-07749


MDL No. 2296 -- **IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION**

Opposition of plaintiff Official Committee of Unsecured Creditors of Tribune Company to transfer of the following action to the United States District Court for the Southern District of New York:

District of Delaware

Official Committee of Unsecured Creditors v. FitzSimons, et al.,
    Bky. Advy. No. 1:10-54010

Schedule of Matters for Hearing Session, Section B                              p. 26
San Diego, California

## MDL No. 2299 -- **IN RE: ACTOS (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Eugene Lombardi, et al., and Gene Ahlquist, et al., to transfer of their respective following actions to the United States District Court for the Western District of Louisiana:

Eastern District of California

Eugene Lombardi, et al. v. Takeda Pharmaceuticals North America, Inc., et al., C.A. No. 2:12-00015

Northern District of California

Gene Ahlquist, et al. v. Takeda Pharmaceuticals North America, Inc., et al., C.A. No. 5:11-06203

## MDL No. 2308 -- **IN RE: SKECHERS TONING SHOE PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Tamara Grabowski and Venus Morga and defendant Skechers U.S.A., Inc., to transfer of their respective following actions to the United States District Court for the Western District of Kentucky:

Southern District of California

Tamara Grabowski v. Skechers U.S.A., Inc., C.A. No. 3:10-01300
Venus Morga v. Skechers U.S.A., Inc., et al., C.A. No. 3:10-01780

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a)     Schedule.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b)     Oral Argument Statement.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

     (i)   The parties affected by a motion to transfer may agree to waive oral argument.

        The Panel will take this into consideration in determining the need for oral argument.

(c)     Hearing Session.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

     (i)    the dispositive issue(s) have been authoritatively decided; or

     (ii)   the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d)     Notification of Oral Argument.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

     (i)    Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

     (ii)   The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

- 2 -

(e)     <u>Duty to Confer</u>.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f)     <u>Time Limit for Oral Argument</u>.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.