# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: **02/10/2012**

District Court: E.D. Virginia

Number of Actions: 2

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL