BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL 875 |
| This document relates to:<br><br>MOTION TO MODIFY THE JUDICIAL PANEL'S MDL-875 ORDER | Case No.:   MDL No. 875 |

**DEFENDANT IMO INDUSTRIES INC.'S JOINDER IN CRANE CO.'S MOTION TO MODIFY THE JUDICIAL PANEL'S MDL-875 ORDER**

Pursuant to Rule 6.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendant Imo Industries Inc. ("IMO") hereby joins Crane Co.'s Motion to Modify the Judicial Panel's MDL-875 Order filed on December 28, 2011 (Doc. 8257). The reasons set forth by Crane Co. in its motion and in supplemental papers, i.e., the need for uniformity and consistency in application of the federal officer removal statutes, are valid and apply equally to IMO. IMO, therefore, respectfully joins Crane Co. in requesting that the JPML modify its Order to include an exception for motions to remand.

DATED: February 10th, 2012

RESPECTFULLY SUBMITTED,

By: _____
David A. Paul, Esq.
LEADER & BERKON LLP
630 Third Avenue, 17th Floor
New York, NY 10017
Tel: (212) 486-2400
Fax: (212) 486-3099
dpaul@leaderberkon.com
Attorneys for Defendant
Imo Industries Inc.

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February, 2012, I have electronically filed the foregoing Imo Industries Inc.'s Joinder with the clerk of the court using the CM/ECF system. Notice of filing of the foregoing will be forwarded to all counsel of record via electronic notice through the CM/ECF system.

                               //s// David A. Paul
                               David A. Paul, Esq.