1
2
3
4
5
6
7

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL Docket No. 875 – IN RE: Asbestos Product Liability Litigation (No. VI)

*Donald W. Bell, et al. v. Arvin Meritor, Inc., et al.* N.D. California No. 3:12-cv-00131-JCS

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE BY ELECTRONIC FILING**

Case: *Donald W. Bell, et al. v. Arvin Meritor, Inc., et al.*
United States District Court, Northern District of California
Case No. 3:12-cv-00131-JCS
MDL No. 875 – In re Asbestos Litigation

I am over the age of eighteen years and am employed in the county of Los Angeles, state of California. I am employed at KELLER, FISHBACK & JACKSON LLP, a law firm with principals who are members of the Bar of the state of California, and I made the service referred to below at their direction. My business address is 18425 Burbank Blvd., Suite 610 Tarzana, CA 91356

On **February 13, 2012** I served (a) true copy(ies) of:

**PLAINTIFFS' OPPOSITION AND MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-424) OR IN THE ALTERNATIVE TO CONTINUE CTO-479 PENDING A RULING ON PLAINTIFFS' MOTION TO REMAND IN THE DISTRICT COURT**

**DECLARATION OF TENNY MIRZAYAN IN SUPPORT OF PLAINTIFFS' OPPOSITION AND MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-424) OR IN THE ALTERNATIVE TO CONTINUE CTO-479 PENDING A RULING ON PLAINTIFFS' MOTION TO REMAND IN THE DISTRICT COURT**

[XX]   VIA ELETRONIC SERVICE   by causing such document(s) to be served through the CM/ECF system of the United States District Court by transmitting completely and without error the same via electronic mail to the party(ies) listed below designated on the Transaction Receipt located on the file and serve website for the Court.

**ALL DEFENDANTS**

I have prepared the copy(ies) and/or the envelope(s) containing the copy(ies) to be served in accordance with the manner described above for delivery in accordance with normal practices. I further certify that I am fully familiar with the regular business practices of Keller, Fishback & Jackson LLP and I know the firm's procedures to be safe and reliable for delivery of said document(s) as described above.

I certify under penalty of perjury, under the laws of the state of California and the United States of America, that the foregoing is true and correct.

Executed on **February 13, 2012** at Tarzana, California

Marina Fermanyan