BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875
IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | |
|---|---|
| MARIA KOVARY; BRYAN ALEXANDRO KOVARY and ERIKA MICHELLE KOVARY<br><br>Plaintiffs,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., BENDIX CORPORATION; TRW CONEKT; VOLKSWAGEN GROUP OF AMERICA, INC.; DOES 1-10 INCLUSIVE,<br><br>Defendants. | E.D. Pa. No. 2:10-cv-67416<br><br>(transferred from<br>No. 2:10-cv-00494-GW-CW C. D. Cal.) |

## DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC.'S CORPORATE DISCLOSURE

Pursuant to Rule 5.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for defendant Volkswagen Group of America, Inc., f/k/a Volkswagen of America, Inc. ("VWGoA"), certifies that the following listed party (or parties) makes the following corporate disclosure.

VWGoA states that it is a wholly-owned subsidiary of a German corporation known as Volkswagen AG ("VWAG"). All of the issued and outstanding shares of VWGoA's stock are owned by VWAG. No publically held corporation owns 10% or more of Volkswagen Group of America, Inc.'s stock.

4616766

Dated: February 15, 2012                    By:    /s/ Alice S. Johnston
                                                   Alice S. Johnston
                                                   Jay Evans
                                                   **OBERMAYER REBMANN**
                                                   **MAXWELL & HIPPEL LLP**
                                                   BNY Mellon Center, Suite 5240
                                                   500 Grant Street
                                                   Pittsburgh, PA  15219-2502
                                                   (412) 288-2459

4616766

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2012, I caused to be served via ECF, a true and correct copy of Volkswagen Group Of America Inc.'s Corporate Disclosure.

Dated: February 15, 2012          By:   /s/ Alice S. Johnston
                                        Alice S. Johnston
                                        Jay Evans
                                        **OBERMAYER REBMANN**
                                        **MAXWELL & HIPPEL LLP**
                                        BNY Mellon Center, Suite 5240
                                        500 Grant Street
                                        Pittsburgh, PA  15219-2502
                                        (412) 288-2459

4616766