IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : | Consolidated Under MDL DOCKET NO. 875 |
| RIENIETS, et al. | : : | Transferred from the Central District of California, Case No. 10-02074 |
| v. | | |
| A O SMITH CORPORATION, et al. | : | E.D. PA No. 2:10-cv-67146 |

FILED FEB 1 5 2012 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk

## ORDER

**AND NOW**, this **15th** day of **February, 2012**, it is hereby **ORDERED** that the Suggestion of Remand in this case (doc. no. 315) is **VACATED**.[1]

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[1]   Subsequent to this Court's entering its suggestion of remand in this case, the case was voluntarily moved to the bankruptcy-only docket in the MDL-875 Court. The case should remain on the bankruptcy-only docket rather than being remanded to the Central District of California.