UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| Rieniets, et al. v. A.O. Smith Corp., et al., | ) |
|    E.D. Pennsylvania, C.A. No. 2:10-67146 | )     MDL No. 875 |
|    (C.D. California, C.A. No. 2:10-02074) | ) |

**ORDER VACATING CONDITIONAL REMAND ORDER**

A conditional remand order was filed in this matter (*Rieniets*) on January 24, 2012, pursuant to a suggestion of remand issued by the Honorable Eduardo C. Robreno, the transferee judge. In the absence of any known opposition, the conditional remand order was finalized with respect to this action on February 1, 2012. The Panel has now been informed that the transferee judge has withdrawn his suggestion of remand.

IT IS THEREFORE ORDERED that the Panel's conditional remand order filed on January 24, 2012, is VACATED insofar as it relates to this action.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel