**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

MDL Docket No. 875 – IN RE: Asbestos Product Liability Litigation (No. VI)

*Donald W. Bell, et al. v. Arvin Meritor, Inc., et al.* N.D. California No. 3:12-cv-00131-JCS

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' OPPOSITION AND MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-424) OR IN THE ALTERNATIVE TO CONTINUE CTO-479 PENDING A RULING ON PLAINTIFFS' MOTION TO REMAND IN THE DISTRICT COURT, AND THE DECLARATION OF TENNY MIRZAYAN ATTACHED THERETO**

Plaintiffs' hereby withdraw Plaintiffs' Opposition and Motion to Vacate Conditional Transfer Order (CTO-424) or in the Alternative to Continue CTO-479 Pending a Ruling on Plaintiffs' Motion to Remand and The Declaration of Tenny Mirzayan attached thereto.  Plaintiffs' Opposition and Motion to Vacate Conditional Transfer Order (CTO-479) or in the Alternative to Continue CTO-479 Pending a Ruling on Plaintiffs' Motion to Remand and The Declaration of Tenny Mirzayan attached thereto filed subsequently are **not** withdrawn, and remain on the Court's calendar.

DATED:  February 14, 2012

**KELLER, FISHBACK & JACKSON LLP**

By: /s/ Tenny Mirzayan
Tenny Mirzayan (State Bar No. 233471)
tmirzayan@kfjlegal.com
**KELLER, FISHBACK & JACKSON LLP**
18425 Burbank Blvd., Suite 610
Tarzana, CA  91356
Telephone:  818.342.7442
Facsimile:  818.342.7616
Attorneys for Plaintiffs

---

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' OPPOSITION AND MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-424) OR IN THE ALTERNATIVE TO CONTINUE CTO-479 PENDING A RULING ON PLAINTIFFS' MOTION TO REMAND IN THE DISTRICT COURT, AND THE DECLARATION OF TENNY MIRZAYAN ATTACHED THERETO**                                         PAGE 2