# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | § | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | § | MDL Docket No. 875 |
| | § | Case No. 2:10-cv-69486-ER |

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL MUSSELMAN, Individually | § | |
| and as Administrator of the Estate of | § | C.A. No. 1:10-cv-00101 |
| LISA MUSSELMAN, deceased | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| Vs. | § | |
| | § | |
| AMPHENOL CORPORATION (as | § | |
| successor-in-interest to AMERICAN | § | |
| PHENOLIC CORPORATION, et. al., | § | |
| including but not limited, | § | |
| TEMPLE-INLAND, INC., | § | |
| | § | |
| Defendants. | § | |

## TEMPLE-INLAND INC'S AMENDED CORPORATE DISCLOSURE STATEMENT

Tempe-Inland Inc., Defendant in the above-styled action, by and through counsel the following Corporate Disclosure Statement:

Defendant Temple-Inland Inc. is a for-profit corporation organized under the laws of the State of Delaware.   It has no parent corporation, and no publicly held company owns 10% or more of its stock.

Respectfully submitted,

COTTEN, SCHMIDT & ABBOTT, LLP

Larry E. Cotten (TX Id. No. 04861600)
550 Bailey Avenue; Suite 600
Fort Worth, TX  76107
Tel. 817-338-4500
Fax. 817-338-4599
lcotten@csa-lawfirm.com

Steven J. Gordon (TX Id. No. 00784152)
550 Bailey Avenue; Suite 600
Fort Worth, TX  76107
Tel. 817-338-4500
Fax. 817-338-4599
sgordon@csa-lawfirm.com

DICKIE, MCCAMEY & CHILCOTE, P.C.

William R. Adams (PA Id. No. 73534)
300 Delaware Avenue; Suite 1630
Wilmington, DE 19801-1607
Tel. (302) 428-6133
Fax (888) 811-7144
wadams@dmclaw.com

Kelly L. Smith (PA Id. No. 80140)
Two PPG Place
Suite 400
Philadelphia, PA 15222-5402
Tel. (412) 281-7272
Fax (412) 392-5367
ksmith@dmclaw.com

COUNSEL FOR DEFENDANT, TEMPLE-INLAND, INC.

## CERTIFICATE OF SERVICE

On the 17th day of February, 2012, I electronically filed this document through the CM/ECF system, which will send a notice of filing to counsel of record registered for electronic service through the Court.    Additionally, I mailed this document and notice of electronic filing to the following counsel listed on the Court's service list who are not enrolled in the CM/ECF system:

**Laura R McKelligott**
COOLEY MANION & JONES LLP
21 Custom House Street
6th Floor
Boston, MA 02110

Larry E. Cotten