# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION
## IN REGARDS TO THE MDL-875: ASBESTOS PRODUCTS LIABILITY LITIGATION

## SCHEDULE OF ACTIONS

| Case Caption: | Court | Civil Action No. | Assigned Judge |
|---|---|---|---|
| **Plaintiff:**<br>Byrl D. Dunlap<br><br>**Movant:**<br>Byrl D. Dunlap<br><br>**Defendants:**<br>3M Company, A.W. Chesterton Company, Crane Co., Georgia Pacific LLC, Goulds Pumps Inc., Greene Tweed & Co., Honeywell International Inc., ITT Corporation, Ingersoll Rand Company, JP Bushnell Packing & Supply Co., Kaiser Gypsum Company, Marathon Oil Company, Owens-Illinois Inc., Parker-Hannifin Corporation, Rapid American Corporation, Texaco Inc. | USDC S.D. Illinois Benton Division | 3:11-cv-01062 | Judge Michael J. Reagan |