**Certificate of Service**
*Dunlap v. 3M Company, et al.,*
*USDC S.D. IL Case No. 3:11-CV-1062*

---

I hereby certify that on February 20, 2012, I electronically filed Plaintiff's Notice of Potential Tag-Along with the United States Judicial Panel on Multi-district Litigation using the CM/ECF system. Notifications of such filing will be sent via email to all counsel of record as follows:

**William D. Shultz, Jr.**
wshultz@kurowskishultz.com

**Edward J. McCambridge**
emccambridge@smsm.com

**David L. Szlanfucht**
dszlanfucht@rwdmlaw.com

**Matthew J. Fischer**
mfischer@schiffhardin.com

**Michael D. Schag**
mschag@hrva.com


/S/ Michael P. Cascino
Attorney for Plaintiff

Michael P. Cascino
R. Matthew Schroeder
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600
mcascino@cvlo.com