# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 02/21/2012

District Court: D. Maryland

Number of Actions: 1

Complaints and Docket Sheets are attached.

*Jeffery Lüthi*
CLERK OF THE PANEL