ASB

# U.S. District Court
## District of Maryland (Baltimore)
### CIVIL DOCKET FOR CASE #: 1:12-cv-00458-BEL

| | |
|---|---|
| Bing et al v. Alltite Gaskets et al | Date Filed: 02/14/2012 |
| Assigned to: Judge Benson Everett Legg | Jury Demand: Plaintiff |
| Case in other court: Circuit Court for Baltimore City, 24X08000001 | Nature of Suit: 368 P.I. : Asbestos |
| Cause: 28:1442 Petition for Removal | Jurisdiction: Federal Question |

**Plaintiff**

**Linda Bing**
*as Personal Representative for the Estate of Ennis B. Bing, Deceased*

represented by **Robert G Skeen**
Skeen Goldman LLP
11 E Lexington St Fourth Fl
Baltimore, MD 21202
14108374222
Fax: 14106968026
Email: robertskeen@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Norma LaRue Bing**
*as Surviving Spouse of Ennis B. Bing, Deceased*

represented by **Robert G Skeen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Nearchos**
*Surviving Child of Ennis B. Bing*

represented by **Robert G Skeen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Bing**
*Surviving Child of Ennis B. Bing*

represented by **Robert G Skeen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Alltite Gaskets**

represented by **Kathleen M Wobber**
Parler and Wobber LLP
406 E Joppa Rd The Hemenway Bldg
Towson, MD 21286

14108321800
Fax: 14108322536
Email: k.wobber@parlerwobber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Anchor Packing Company**

**Defendant**

**A.W. Chesterton Company**                    represented by  **Keith R Truffer**
                                                Royston Mueller McLean and Reid LLP
                                                102 W Pennsylvania Ave Ste 600
                                                Towson, MD 21204
                                                14108231800
                                                Fax: 14108287859
                                                Email: ktruffer@rmmr.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**DeLaval, Inc.**                              represented by  **R Thomas Radcliffe , Jr**
                                                Dehay and Elliston LLP
                                                36 S Charles St 13th Fl
                                                Baltimore, MD 21201
                                                14107837225
                                                Fax: 14107837221
                                                Email: rtr@dehay.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Durabla Manufacturing Company**

**Defendant**

**E.L. Stebbings & Company**                   represented by  **Louis E Grenzer , Jr**
                                                Bodie Dolina Hobbs Friddell and Grenzer
                                                PC
                                                21 W Susquehanna Ave
                                                Towson, MD 21204
                                                14108231250
                                                Fax: 14102960432
                                                Email: lgrenzer@bodie-law.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Garlock Sealing Technologies, LLC**
*f/k/a Garlock, Inc.*

**Defendant**

**General Electric Company**                    represented by **David J Quigg**
Meringer Zois and Quigg LLC
320 N Charles St
Baltimore, MD 21201
14435247978
Fax: 14435247982
Email: dquigg@meringerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald S Meringer**
Meringer Zois and Quigg LLC
320 N Charles St
Baltimore, MD 21201
14435247978
Fax: 14435247982
Email: dmeringer@meringerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hampshire Industries, Inc.**                    represented by **David W Allen**
Goodell DeVries Leech and Dann LLP
One South St 20th Fl
Baltimore, MD 21202
14107834000
Fax: 14107834040
Email: dwa@gdldlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Malcolm Sean Brisker**
Goodell DeVries Leech and Dann LLP
One South St 20th Fl
Baltimore, MD 21202
14107834000
Fax: 14107834040
Email: msb@gdldlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**H.B. Fuller Company**                    represented by **R Thomas Radcliffe , Jr**
*f/k/a AMCHEM Products, Inc. f/k/a*                (See above for address)
*Benjamin Foster*                                  *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Honeywell International, Inc.**
*f/k/a Allied Signal, Inc.*

represented by **Laura A Cellucci**
Miles and Stockbridge PC
10 Light St
Baltimore, MD 21202
14107276464
Fax: 14103853700
Email: lcellucci@milesstockbridge.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L Haslup**
Miles and Stockbridge PC
10 Light St
Baltimore, MD 21202
14103853421
Fax: 14103853700
Email: mhaslup@milesstockbridge.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**International Paper Company**
*Individually and as Successor to in Interest*
*to Champion International Corporation*
*and U.S. Plywood Corp.*

represented by **Philip A Kulinski**
Evert Weathersby Houff
SunTrust Bank Bldg
120 E Baltimore St Ste 1300
Baltimore, MD 21201
14105738500
Fax: 14105738501
Email: pakulinski@ewhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lofton Corporation**
*As Successor-in-Interest to Wayne*
*Manufacturing Corporation*

represented by **David W Allen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A Pichini**
Goodell DeVries Leech and Dann LLP
One South St 20th Fl
Baltimore, MD 21202
14107834000
Fax: 14107834040
Email: map@gdldlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MCIC, Inc.**

represented by **Louis E Grenzer , Jr**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Melrath Gasket, Inc.**                   represented by   **Jennifer M. Alexander**
                                                            Brassel Law Group LLC
                                                            900 Bestgate Rd Ste 402
                                                            Annapolis, MD 21401
                                                            14438379800
                                                            Fax: 14438379801
                                                            Email: jalexander@brassellaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Metropolitan Life Insurance Company**    represented by   **Richard Damon Albert**
                                                            Steptoe and Johnson LLP
                                                            1330 Connecticut Ave NW
                                                            Washington, DC 20036
                                                            12024293000
                                                            Fax: 12024293902
                                                            Email: ralbert@steptoe.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Stephen Anthony Fennell**
                                                            Steptoe and Johnson LLP
                                                            1330 Connecticut Ave NW
                                                            Washington, DC 20036
                                                            12024293000
                                                            Fax: 12024293902
                                                            Email: sfennell@steptoe.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Owens-Illinois Glass Co.**               represented by   **Steven Andrew Luxton**
*Owens-Illinois, Inc.*                                      Morgan Lewis and Bockius LLP
                                                            1111 Pennsylvania Ave NW
                                                            Washington, DC 20004
                                                            12027395452
                                                            Fax: 12027393001
                                                            Email: sluxton@morganlewis.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Paramount Packing & Rubber Co.**         represented by   **Katherine S Duyer**
                                                            Gavett and Datt PC

15850 Crabbs Branch Way Ste 180
Rockville, MD 20855
13019481177
Fax: 13019484334
Email: kduyer@gavettdatt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Phelps Packing & Rubber Co.**                    represented by    **Kathleen M Wobber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Selby, Battersby & Company**                    represented by    **Laura A Cellucci**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew R Schroll**
Miles and Stockbridge PC
10 Light St
Baltimore, MD 21202
14107276464
Fax: 14103853700
Email: mschroll@milesstockbridge.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Uniroyal, Incorporated**                    represented by    **John Stewart Cobb**
North and Cobb PA
7313 York Rd
Towson, MD 21204
14108251472
Fax: 14108217064
Email: jcobb@northandcobb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Union Carbide Corporation**                    represented by    **R Thomas Radcliffe , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Viacom Inc.**
*Successor by Merger with CBS*                    represented by    **Philip A Kulinski**
*Corporation f/k/a Westinghouse Electric*                         (See above for address)
*LEAD ATTORNEY*

*Corporation*                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Warren Pumps, Inc.**                 represented by  **David W Allen**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Malcolm Sean Brisker**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Wayne Manufacturing Corporation**   represented by  **David W Allen**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Malcolm Sean Brisker**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Wallace and Gale, Inc.**             represented by  **Theodore F Roberts**
                                                      Venable LLP
                                                      210 W Pennsylvania Ave Ste 500
                                                      Towson, MD 21285
                                                      14104946200
                                                      Fax: 14108210147
                                                      Email: tfroberts@venable.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jessica B Boston**
                                                      Venable LLP
                                                      210 W Pennsylvania Ave Ste 500
                                                      Towson, MD 21204
                                                      14104946200
                                                      Fax: 14108210147
                                                      Email: jbboston@venable.com
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Foster Wheeler LLC**                 represented by  **R Thomas Radcliffe , Jr**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Foster Wheeler Energy Corporation**            represented by **R Thomas Radcliffe , Jr**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Alfa Laval, Inc.**                             represented by **R Thomas Radcliffe , Jr**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**John Crane Inc.**                              represented by **Peter Allan Woolson**
                                                               P A Woolson PA
                                                               217 E Redwood St Ste 1600
                                                               Baltimore, MD 21202
                                                               14106250000
                                                               Fax: 14106250201
                                                               Email: pwoolson@pawoolson.com
                                                               *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2012 | 🌐 1 | NOTICE OF REMOVAL from Circuit Court for Baltimore City, case number 24X08000001 (Filing fee $350; receipt number 14637057378), filed by General Electric Company. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibits C-E (filed separately))(bf2, Deputy Clerk) (Entered: 02/15/2012) |
| 02/14/2012 | 🌐 2 | COMPLAINT against A.W. Chesterton Company, Alltite Gaskets, Anchor Packing Company, DeLaval, Inc., Durabla Manufacturing Company, E.L. Stebbings & Company, Garlock Sealing Technologies, LLC, General Electric Company, H.B. Fuller Company, Hampshire Industries, Inc., Honeywell International, Inc., International Paper Company, Lofton Corporation, MCIC, Inc., Melrath Gasket, Inc., Metropolitan Life Insurance Company, Owens-Illinois Glass Co., Paramount Packing & Rubber Co., Phelps Packing & Rubber Co., Selby, Battersby & Company, Union Carbide Corporation, Uniroyal, Incorporated, Viacom Inc., Wallace and Gale, Inc., Warren Pumps, Inc., Wayne Manufacturing Corporation, filed by Norma LaRue Bing, Linda Bing(as Personal Representative for the Estate of Ennis B. Bing, Deceased), Michelle Nearchos, Linda Bing(Surviving Child of Ennis B. Bing).(bf2, Deputy Clerk) (Entered: 02/15/2012) |
| 02/14/2012 | 🌐 | Jury Trial Demand by Linda Bing(as Personal Representative for the Estate of Ennis B. Bing, Deceased), Linda Bing(Surviving Child of Ennis B. Bing), Norma LaRue Bing, Michelle Nearchos. (bf2, Deputy Clerk) (Entered: 02/15/2012) |
| 02/14/2012 | 🌐 3 | Summons Issued 30 days as to General Electric Company. (bf2, Deputy Clerk) (Entered: 02/15/2012) |
| 02/14/2012 | 🌐 4 | SUMMONS Returned Executed. General Electric Company served on 1/9/2008. (bf2, Deputy Clerk) (Entered: 02/15/2012) |
| 02/14/2012 | 🌐 5 | Notice of filing of state court discovery material by General Electric Company (Attachments: # 1 Exhibit)(bf2, Deputy Clerk). (Entered: 02/15/2012) |

| 02/14/2012 | 🔗 6 | ANSWER to 2 Complaint, by General Electric Company.(bf2, Deputy Clerk) (Entered: 02/15/2012) |
|---|---|---|
| 02/14/2012 | 🔗 | THE ABOVE DOCUMENTS (2-6) ARE COPIES OF ORIGINAL PAPERS FILED IN THE CIRCUIT COURT FOR BALTIMORE CITY. (bf2, Deputy Clerk). (Entered: 02/15/2012) |
| 02/15/2012 | 🔗 | Deficiency Notice to General Electric Company -- Your Local Rule 103.3 disclosure statement has not been filed. The Statement must be filed by 2/27/2012. (bf2, Deputy Clerk) (Entered: 02/15/2012) |
| 02/15/2012 | 🔗 7 | STANDING ORDER re: Removal. Signed by Judge Benson Everett Legg on 2/15/2012. (bf2, Deputy Clerk) (Entered: 02/15/2012) |
| 02/16/2012 | 🔗 8 | NOTICE of Appearance by Jessica B Boston on behalf of Wallace and Gale, Inc. (Boston, Jessica) (Entered: 02/16/2012) |
| 02/16/2012 | 🔗 9 | Local Rule 103.3 Disclosure Statement by General Electric Company. (Quigg, David) (Entered: 02/16/2012) |
| 02/16/2012 | 🔗 10 | Local Rule 103.3 Disclosure Statement by Wallace and Gale, Inc.. (Boston, Jessica) (Entered: 02/16/2012) |
| 02/17/2012 | 🔗 11 | NOTICE of Appearance by R Thomas Radcliffe, Jr on behalf of Foster Wheeler LLC (Radcliffe, R) (Entered: 02/17/2012) |
| 02/17/2012 | 🔗 12 | NOTICE of Appearance by R Thomas Radcliffe, Jr on behalf of Foster Wheeler Energy Corporation (Radcliffe, R) (Entered: 02/17/2012) |
| 02/17/2012 | 🔗 13 | NOTICE of Appearance by R Thomas Radcliffe, Jr on behalf of Union Carbide Corporation (Radcliffe, R) (Entered: 02/17/2012) |
| 02/17/2012 | 🔗 14 | Local Rule 103.3 Disclosure Statement by Foster Wheeler Energy Corporation, Foster Wheeler LLC. (Radcliffe, R) (Entered: 02/17/2012) |
| 02/17/2012 | 🔗 15 | Local Rule 103.3 Disclosure Statement by Union Carbide Corporation. (Radcliffe, R) (Entered: 02/17/2012) |
| 02/20/2012 | 🔗 16 | NOTICE of Appearance by Peter Allan Woolson on behalf of John Crane Inc. (Woolson, Peter) (Entered: 02/20/2012) |
| 02/20/2012 | 🔗 17 | Local Rule 103.3 Disclosure Statement by John Crane Inc. identifying Corporate Parent Smith Group, PLC for John Crane Inc... (Woolson, Peter) (Entered: 02/20/2012) |
| 02/21/2012 | 🔗 18 | NOTICE of Appearance by Katherine S Duyer on behalf of Paramount Packing & Rubber Co. (Duyer, Katherine) (Entered: 02/21/2012) |
| 02/21/2012 | 🔗 19 | Local Rule 103.3 Disclosure Statement by Paramount Packing & Rubber Co.. (Duyer, Katherine) (Entered: 02/21/2012) |
| 02/21/2012 | 🔗 20 | NOTICE of Appearance by Matthew R Schroll on behalf of Selby, Battersby & Company (Schroll, Matthew) (Entered: 02/21/2012) |
| 02/21/2012 | 🔗 21 | NOTICE of Appearance by Michael L Haslup on behalf of Honeywell International, Inc. (Haslup, Michael) (Entered: 02/21/2012) |

| 02/21/2012 | ⬤ 22 | NOTICE of Appearance by R Thomas Radcliffe, Jr on behalf of Alfa Laval, Inc. (Radcliffe, R) (Entered: 02/21/2012) |
|---|---|---|
| 02/21/2012 | ⬤ 23 | Local Rule 103.3 Disclosure Statement by Alfa Laval, Inc. identifying Corporate Parent Alfa Laval AB for Alfa Laval, Inc... (Radcliffe, R) (Entered: 02/21/2012) |
| 02/21/2012 | ⬤ 24 | NOTICE of Appearance by R Thomas Radcliffe, Jr on behalf of H.B. Fuller Company (Radcliffe, R) (Entered: 02/21/2012) |
| 02/21/2012 | ⬤ 25 | Local Rule 103.3 Disclosure Statement by H.B. Fuller Company. (Radcliffe, R) (Entered: 02/21/2012) |
| 02/21/2012 | ⬤ 26 | Local Rule 103.3 Disclosure Statement by Honeywell International, Inc.. (Haslup, Michael) (Entered: 02/21/2012) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| LINDA BING, Personal | * | |
| Representative of the Estate of | | |
| ENNIS B. BING, et al., | * | Civil Action: |
| | | |
| Plaintiffs, | * | |
| | | |
| | * | |
| v. | | (Circuit Court for Baltimore City |
| | * | Case No.:  24X08000001) |
| | | |
| | * | |
| ALLTITE GASKETS, et al., | | |
| | * | |
| Defendants | | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## NOTICE OF REMOVAL OF CIVIL ACTION

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant, General Electric Company ("GE"), by and

through its undersigned counsel of record, hereby notes the removal of this action to the United

States District Court for the District of Maryland, Northern Division, pursuant to 28 U.S.C. §§

1442 and 1446.  The grounds for removal are as follows:

1.      GE hereby removes this action from the Circuit Court for Baltimore City,

Maryland on the grounds, set forth in greater detail below, that the plaintiffs assert a claim

against GE for alleged exposure to asbestos by Ennis B. Bing, the decedent, who worked as an

outside machinist aboard U.S. Navy ships during their construction, including the U.S. Navy

ammunition ships *U.S.S. Suribachi (AE 21), U.S.S. Mauna Kea (AE 22), U.S.S. Nitro (AE 23),*

*U.S.S. Pyro (AE 24), U.S.S. Haleakala (AE 25), U.S.S. Santa Barbara (AE 28),* and the *U.S.S.*

*Mount Hood (AE 29)*, from marine turbines, generators, and other equipment allegedly

manufactured by GE, which products – if manufactured by GE – were manufactured under

contract with the United States Navy under terms by which the Navy and its officers imposed

strict supervision and control over all aspects of the design and manufacture of the turbines

including, without limitation, any asbestos content and any labels or materials affixed to or

accompanying the turbines.  Consequently, GE is permitted to remove this case under the

provisions of 28 U.S.C. § 1442(a)(1) as a person acting under an officer or agency of the United

States, in order to assert defenses arising under the laws of the United States including, without

limitation, the defense of government contractor immunity.

      2.      On January 9, 2008, General Electric was served with Plaintiffs' Complaint and

Prayer for Jury Trial (hereinafter "Complaint" or "Plaintiffs' Complaint") in this civil action in

the Circuit Court for Baltimore City, Maryland, Civil Action No. 24X08000001 ("the State

Case").  A true and correct copy of the Complaint is attached as **Exhibit A**.  The Complaint

alleges that the decedent, Ennis B. Bing (hereinafter "Decedent"), was exposed to asbestos

during his employment at the Bethlehem Steel Sparrows Point Shipyard in Baltimore, Maryland,

as an outside machinist from 1951 to 1986.  The Complaint does not specify any GE products

from which Decedent was allegedly exposed to asbestos, nor does it identify the specific work

site at which asbestos exposure from GE products is alleged to have occurred.  Thus, the

allegations of the Complaint are insufficient to advise GE, or any other defendant, of the relevant

work site, time period, or products at issue for any particular defendant.

      3.      On January 16, 2012, plaintiffs' counsel filed Plaintiff's Answers to Defendants'

Joint Interrogatories (hereinafter "Plaintiff's Answers to Interrogatories") that indicate for the

first time that the decedent was allegedly exposed to asbestos while working aboard U.S. Navy

vessels. A copy of Plaintiff's Answers to Interrogatories is attached as **Exhibit B**. Plaintiff's Answer to Interrogatory No. 88 states that the decedent recalls working on ammunition ships at the Sparrows Point Shipyard between the years 1951 and 1986. (**Exhibit B**, at p. 26). During the years the decedent worked at the Sparrows Point Shipyard, seven (7) ammunition ships were constructed at that shipyard: the *U.S.S. Suribachi (AE 21)*, delivered November 1, 1956; the *U.S.S. Mauna Kea (AE 22)*, delivered March 30, 1957; the *U.S.S. Nitro (AE 23)*, delivered April 24, 1959; the *U.S.S. Pyro (AE 24)*, delivered July 10, 1959; the *U.S.S. Haleakala (AE 25)*, delivered October 16, 1959; the *U.S.S. Santa Barbara (AE 28)*, delivered July 2, 1970; and, the *U.S.S. Mount Hood (AE 29)*, delivered April 16, 1971 (*See* **Exhibit B 1**, List of Ships Constructed at the Bethlehem Steel Company Sparrows Point Shipyard, at pp. 8 and 9). ***These discovery responses represent the first time, within the meaning of 28 U.S.C. § 1446, that plaintiffs, in writing or otherwise asserted a claim against GE for Mr. Bing's alleged exposure to GE marine turbines, generators, or other products during the time he worked aboard U.S. Navy vessels.***

4.      This Notice of Removal is filed within thirty (30) days after GE's receipt of Plaintiff's Answers to Interrogatories, the first paper in which plaintiffs asserted a claim against GE based upon alleged naval exposure to asbestos from GE marine turbines, generators or other products and is, therefore, timely filed under the provisions of 28 U.S.C. § 1446(b).

5.      Should any party file a motion to remand this case, GE respectfully requests an opportunity to respond more fully in writing and to conduct discovery limited to the issue of removal, but offers the following authorities in support of removal.

6.      Marine steam turbines or other products that GE manufactured under contract with the U.S. Navy for installation in U.S. Navy vessels were manufactured to Navy

specifications and were subject to strict Navy control and supervision over all aspects of the

products' design and manufacture, including, without limitation, the presence of asbestos in such

products and the existence of any warnings affixed to or issued in connection with the turbines or

other products.  This is established, *inter alia*, by the following affidavits:

> a. Declaration of David Hobson, dated January 28, 2008, with Exhibits 1
>    through 3 (attached hereto as **Exhibit C**);
>
> b. Declaration of Admiral Ben J. Lehman, dated December 30, 2010 (attached
>    hereto as **Exhibit D**)
>
> c. Declaration of Lawrence Stillwell Betts, MD, PhD, dated April 14, 2009
>    with Exhibits A through EE (attached hereto as **Exhibit E,** with Exhibits A
>    through EE therein attached as **E.01** through **E.31**).

7.      This case is removable pursuant to 28 U.S.C. § 1442(a)(1) because the action

involves a person (GE) that acted under the authority of an officer or agency of the United States.

A corporation, such as GE, is a "person" within the meaning of this statute. *See Fink v. Todd*

*Shipyards,* 2004 U.S. Dist. LEXIS 6912 (E.D. La. 2004).  Removal is proper under this section

upon a showing (1) that a defendant acted under the direction of a federal officer, (2) that a

defendant has a colorable federal defense to plaintiff's claim, and (3) that there is a causal nexus

between the plaintiff's claims and the acts it performed under color of federal office.  *See Mesa v.*

*California,* 489 U.S. 121 (1989); *Machnik v. Buffalo Pumps, Inc.*, 2007 U.S. Dist. LEXIS 68097

(D. Conn. 2007).  This basis for removal has been recognized in an asbestos setting by this

Court.  *See Pack v. ACandS, Inc.*, 838 F.Supp. 1099 (D. Md. 1993).  As demonstrated, *inter alia*,

by the affidavits attached hereto, GE's marine turbines and other products, from which plaintiffs

assert a claim for naval asbestos exposure, were manufactured according to the specifications of,

and under the direction and control of, the U.S. Navy.  Plaintiffs' claim is based upon the alleged

presence of asbestos in or on the said turbines and other products.  Therefore, GE acted under

direction of a federal officer or agency in the construction of the turbines, and there is a direct nexus between such action and the plaintiffs' claims against GE.

8.      *Pack v. AC and S., Inc.*, 838 F.Supp. 1099 (D.Md. 1993) is controlling.  In *Pack*, defendant Westinghouse designed and constructed marine turbines for use on military vessels. The design and construction process was supervised and controlled by the U.S. Navy and its officers.  *Id.* at 1103.  The plaintiff in that case alleged that he was exposed to asbestos insulation installed on those turbines while working in a shipyard.  Westinghouse removed the action to the United States District Court for Maryland pursuant to 28 U.S.C. §1442(a)(1).  The District Court refused to grant plaintiff's motion to remand, holding instead that Westinghouse was entitled to federal officer removal because (1) the construction and design of its marine turbines were conducted under the direction of a federal officer; (2) Westinghouse had presented a colorable argument that it was protected by the federal government contractor defense; and (3) the plaintiff's claims arose from acts which Westinghouse performed under color of federal office. *Id.*  The facts in the instant case are substantially identical to those in *Pack* and, accordingly, GE may remove this action under 28 U.S.C. §1442(a)(1).

9.      As recognized in *Boyle v. United Technologies Corp.*, 487 U.S. 500 (1988), GE has a federal defense to these actions, i.e., government contractor immunity from liability for injuries arising from exposure to asbestos from marine turbines or other products manufactured under contract with the U.S. Navy, insofar as GE constructed or repaired them in accordance with Navy specifications and under strict control or supervision of the U.S. Navy.  *Accord*, *Carley v. Wheeled Coach*, 991 F.2d 1117 (3d Cir. 1993); *Garner v. Santoro*, 865 F.2d 629 (5th Cir. 1989); *Kleemann v. McDonnell Douglas Corp*, 890 F.2d 698 (4th Cir. 1989).  A government contractor defense exists when (1) the United States approved reasonably precise specifications,

(2) the equipment conformed to those specifications, and (3) the contractor warned the

government about any dangers known to the contractor but not to the government. *Boyle, supra;*

*Carley v. Wheeled Coach*, *supra.* The declarations attached hereto establish that GE's marine

turbines and other products that were manufactured for the U.S. Navy were manufactured in

conformity with detailed specifications of the U.S. Navy, and that GE had no knowledge

concerning the potential hazards of asbestos that was not known by the U.S. Navy. Therefore,

GE has established a colorable federal defense to plaintiffs' claims and is entitled to remove this

action pursuant to 28 U.S.C. §1442(a)(1). *See Faddish v. General Electric Company,* 2010 WL

4146108, 2010 U.S. Dist. LEXIS 112937 (E.D. Pa. 2010) (granting summary judgment for GE

as to claims of naval asbestos exposure, based upon the government contractor defense).[1]

      10.    A properly removed case cannot be remanded for discretionary or policy reasons

such as allegedly related State court cases or a contention that judicial economy compels remand.

28 U.S.C. § 1447(c); *Thermitron Products, Inc. v. Hermansdorfer*, 423 U.S. 336, 96 S.Ct. 584,

46 L.Ed. 542 (1976); *Elrad v. United Life & Accident Insurance Company*, 624 F.Supp. 742

(N.D.Ill. 1985). The federal officer removal statute is not narrow or limited, and it should not be

frustrated by a narrow or grudging interpretation of § 1442(a)(1). *Willingham v. Morgan*, 395

U.S. 402, 405, 89 S. Ct. 1813, 1815, 23 L.Ed.2d 396 (1960).

      11.    GE is not required to notify and obtain the consent of any other defendant in this

action in order to remove the action as a whole under section 1442(a)(1). *Akin v. Ashland*

*Chemical Co.,* 156 F.3d 1030 (10th Cir. 1998); *Ely Valley Mines, Inc. v. Hartford Accident*

*Indem. Co.*, 644 F.2d 1310, 1315 (9th Cir. 1981).

---

[1] In *Faddish v. General Electric Co.*, 2010 WL 4146108 (E.D.Pa. 10/20/10)(asbestos MDL-875), the District Court granted GE's motion for summary judgment and found as a matter of federal law that GE was immune from asbestos state law tort liability and failure to warn claims regarding turbines it supplied to the Navy, pursuant to standards articulated in *Boyle*.

12.     In accordance with 28 U.S.C. §1446(a) and Local Rule 103(5)(a), General Electric has filed with this Notice of Removal true and correct copies of all process, pleadings, and orders that have been served upon General Electric in the State Case as of this date. Additionally, within 30 days, General Electric will file true and correct copies of all other documents on file in the State Case, together with a certification from counsel that all filings in the State Case have been filed in the United States District court.

WHEREFORE, Defendant, General Electric Company removes this action to the United States District Court for the District of Maryland, Northern Division.


**A JURY TRIAL IS DEMANDED.**        Respectfully submitted,

_____
Donald S. Meringer, Federal Bar #24408
David J. Quigg, Federal Bar #26401
MERINGER, ZOIS & QUIGG, LLC
320 North Charles Street
Baltimore, Maryland 21201
(443) 524-7978
(443) 524-7982 (fax)

*Attorneys for Defendant General Electric Company*

7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **14th** day of February, 2012, a copy of the foregoing Notice of Removal was served upon plaintiff's counsel and all defense counsel of record through the Court's CM/ECF system.   Absent confirmation from the court that such electronic service has been made, service is being made upon plaintiff's counsel by first class mail, postage prepaid, addressed as follows, and upon all other known counsel of record at the addresses and in the manner set forth on the attached service list:

**Harry Goldman, Jr., Esquire**
**Skeen, Goldman, LLP**
**11 E. Lexington Street, 4th Floor**
**Baltimore, MD 21202**
**410-837-4222**

*Attorneys for Plaintiffs*

MERINGER, ZOIS & QUIGG, LLC

By:  _____
David J. Quigg

*Attorneys for General Electric Company*

8

## SERVICE LIST

**Linda Bing, Personal Representative of the Estate of Ennis B. Bing, et al.,
v. ALLTITE GASKETS, et al.**

To the extent not served pursuant to the Courts CM/ECF system, service of the foregoing pleading (without exhibits) is being made upon counsel for all parties by first class mail, addressed as follows.  Copies of all exhibits will be provided to any party upon request.

| *Party* | *Counsel of Record* |
|---|---|
| A.W. Chesterton | Keith R. Truffer, Esquire<br>Royston, Mueller, McLean & Reid, LLP<br>102 West Pennsylvania Avenue<br>Suite 600<br>Towson, Maryland 21204<br>(410) 823-1800 |
| Alltite Gasket Co., Inc. | Kathleen M. Wobber, Esquire<br>Parler & Wobber, LLP<br>406 E Joppa Road<br>Towson, Maryland 21286<br>(410) 832-1800 |
| CBS Corporation f/k/a VIACOM, INC., successor by merger with CBS Corporation f/k/a Westinghouse Electric Corporation | Philip A. Kulinski, Esquire<br>Evert Weathersby Houff<br>SunTrust Bank Building<br>120 E. Baltimore Street, Suite 1300<br>Baltimore, MD  21202<br>(443) 573-8500 |
| De Laval, Inc. | R. Thomas Radcliffe, Jr., Esquire<br>Laura M. Higgs, Esquire<br>DEHAY &ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>(410) 783-7225 |
| E.L. Stebbing & Co., Inc. | Louis E. Grenzer, Jr., Esquire<br>Bodie, Dolina, Smith & Hobbs<br>21 West Susquehanna Avenue<br>Towson, Maryland 21204<br>(410) 823-1250 |

| | |
|---|---|
| H.B. Fuller Company | R. Thomas Radcliffe, Jr., Esquire<br>Laura M. Higgs, Esquire<br>DEHAY &ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>(410) 783-7225 |
| Hampshire Industries Inc. | David W. Allen, Esquire<br>Malcolm S. Brisker, Esquire<br>Goodell, DeVries, Leech & Dann, L.L.P.<br>One South Street, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 783-4000 |
| Honeywell International Inc. | Laura A. Cellucci, Esquire<br>MILES & STOCKBRIDGE P.C.<br>10 Light Street<br>Baltimore, Maryland 21202-1487<br>(410) 727-6464 |
| International Paper Company | Philip A. Kulinski, Esquire<br>Evert Weathersby Houff<br>SunTrust Bank Building<br>120 E. Baltimore Street, Suite 1300<br>Baltimore, MD  21202<br>(443) 573-8500 |
| Lofton Corporation | David W. Allen, Esquire<br>Michael A. Pichini, Esquire<br>Goodell, DeVries, Leech & Dann, L.L.P.<br>One South Street, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 783-4000 |
| MCIC, Inc. | Louis E. Grenzer, Jr., Esquire<br>Bodie, Dolina, Smith & Hobbs<br>21 West Susquehanna Avenue<br>Towson, Maryland 21204<br>(410) 823-1250 |
| Melrath Gasket Inc. | Jennifer M. Alexander, Esquire<br>Brassel Law Group, LLC<br>900 Bestgate Road, Suite 402<br>Annapolis, Maryland 21401<br>(443) 837-9800 |

| | |
|---|---|
| Metropolitan Life Insurance Company | Stephen A. Fennell, Esquire<br>Richard D. Albert, Esquire<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>(202) 429-3000 |
| Owens Illinois Glass Co. | Steven A. Luxton, Esquire<br>Morgan Lewis<br>1111 Pennsylvania Ave., NW<br>Washington, DC 20004<br>(202) 739-5452 |
| Paramount Packing & Rubber, Inc. | Katherine S. Duyer, Esquire<br>GAVETT AND DATT, P.C.<br>15850 Crabbs Branch Way, Suite 180<br>Rockville, MD 20855-2622<br>(301) 948-1177 |
| Phelps Packing & Rubber Co. | Kathleen M. Wobber, Esquire<br>Parler & Wobber, LLP<br>406 E Joppa Road<br>Towson, Maryland 21286<br>(410) 832-1800 |
| Selby Battersby & Co. | Laura A. Cellucci, Esquire<br>MILES & STOCKBRIDGE P.C.<br>10 Light Street<br>Baltimore, Maryland 21202-1487<br>(410) 727-6464 |
| Union Carbide Corporation | R. Thomas Radcliffe, Jr., Esquire<br>Laura M. Higgs, Esquire<br>DEHAY &ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>(410) 783-7225 |
| Uniroyal Inc. | John S. Cobb, Esquire<br>North & Cobb, P.A.<br>7313 York Road<br>Towson, Maryland 21204<br>(410) 825-1472 |

| | |
|---|---|
| Wallace & Gale Asbestos Settlement Trust | Theodore F. Roberts, Esquire<br>Venable, LLP<br>210 W. Pennsylvania Avenue<br>Suite 500<br>Towson, Maryland  21204<br>(410) 494-6200 |
| Warren Pumps, LLC | David W. Allen, Esquire<br>Malcolm S. Brisker, Esquire<br>Goodell, DeVries, Leech & Dann, L.L.P.<br>One South Street, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 783-4000 |
| Wayne Manufacturing Corporation | David W. Allen, Esquire<br>Malcolm S. Brisker, Esquire<br>Goodell, DeVries, Leech & Dann, L.L.P.<br>One South Street, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 783-4000 |

| | |
|---|---|
| LINDA BING, as Personal Representative for the Estate of ENNIS B. BING, Deceased 8064 Wallace Road Baltimore, MD 21222-2607 | * *109* * * IN THE CIRCUIT COURT FOR BALTIMORE CITY |
| NORMA LaRUE BING, as Surviving Spouse of ENNIS B. BING, Deceased 8064 Wallace Road Baltimore, MD 21222-2607 | * * |
| And | * * CT-5 SHIPYARD CASES COMPLAINT FOR DECEDENT |
| MICHELLE NEARCHOS, Surviving Child of ENNIS B. BING 20518 Lehman's Mill Road Hagerstown, MD 21742 | * * FIRST AMENDED SHORT FORM AND |
| and | * DEMAND FOR JURY TRIAL |
| LINDA BING, Surviving Child of ENNIS B. BING 8064 Wallace Road Baltimore, MD 21222-2607 | * CASE NO.: 24X08000001 |
| Plaintiffs | * * |
| vs. | * * * |
| ALLTITE GASKETS SERVE ON: Resident Agent 323 William Street South River, New Jersey 08882 | * * |
| ANCHOR PACKING COMPANY SERVE ON: Corporate Trust Center 820 Bear Tavern Rd West Trenton, NJ 08628 | * * * |
| A.W. CHESTERTON COMPANY Serve: President/CEO 500 Unicorn Park Drive Woburn, MA, 01801-3345 | * * |

**RECEIVED**

**JAN 1 1 2008**

**LITIGATION DEPT**

DeLAVAL, INC.                                           *
11100 North Congress Avenue
Kansas City, MO 64153                                  *

DURABLA MANUFACTURING COMPANY                          *
821 Lancaster Avenue
Strafford-Wayne, PA 19087                              *
Serve On: William F. Mueller, Esquire
          Royston, Mueller, McLean and Reid            *
          Clemente, Mueller & Tobia, P.A.
          218 Ridgedale Avenue                         *
          Morristown, NJ 07962-1296
                                                       *

E. L. STEBBINGS & COMPANY                              *
Serve:  Mr. James L. Fisher                            *
        PO BOX 236
        Kingsville, MD 21087                           *

GARLOCK SEALING TECHNOLOGIES, LLC                      *
f/k/a GARLOCK, INC.
Serve:  President/CEO                                  *
        5605 Carnegie Boulevard, Suite 500
        Charlotte, NC 28209-4674                       *

GENERAL ELECTRIC COMPANY                               *
1 River Road
Schenectady, NY                                        *
Serve On: The Corporation Trust, Inc.
          300 East Lombard Street                      *
          Baltimore, MD 21202
                                                       *

HAMPSHIRE INDUSTRIES, INC.
f/k/a JOHN H. HAMPSHIRE CO.                            *
Serve:  Mr. Charles E. Fry, Jr.
        330 West 24th Street                           *
        Baltimore, Maryland   21211
                                                       *

H. B. FULLER COMPANY
f/k/a AMCHEM Products, Inc.                            *
f/k/a Benjamin Foster
Serve:  The Corporation Trust Co.                      *
        Corporation Trust Center
        1209 Orange Street                             *
        Wilmington, DE 19801

2

HONEYWELL INTERNATIONAL, INC.          *
fka ALLIED SIGNAL, INC.
Successor in Interest to the                        *
BENDIX CORPORATION
Serve on: The Corporation Service Co.     *
            2711 Centerville Road
            Suite 400                                       *
            Wilmington, DE 19808
                                                                 *

INTERNATIONAL PAPER COMPANY
(Individually and as Successor to in Interest to  *
CHAMPION INTERNATIONAL CORPORATION
and U.S. PLYWOOD CORP.)                         *
Stamford, CT
Serve On: The Corporation Trust               *
            300 East Lombard Street
            Baltimore, MD 21202                    *

LOFTON CORPORATION                         *
(As Successor-in-Interest to
Wayne Manufacturing Corporation)          *
Route 666
P.O. Box 478                                             *
Greenville, VA 24440
Serve On: David Allen, Esquire               *
            1 South Street, 20th Floor
            Baltimore, MD 21202                    *

MCIC, INC.                                              *
3624 Woodland Avenue
Baltimore, MD 21215                               *
Serve On: John J. Nagle, III, Esquire        *
Bodie, Nagle, Dolina Smith & Hobbs, P.A.
21 West Susquehanna Avenue                   *
Towson, MD 21204
                                                                 *
MELRATH GASKET, INC.
Serve On: Gavett & Datt, P.A.                  *
15850 Crabbs Branch Way Ste 180
Rockville MD 20855                                *

3

METROPOLITAN LIFE INSURANCE COMPANY
No. 1 Metlife Plaza                                    *
27-01 Queens Plaza North
Long Island City, New York  11101                     *
Serve On: R. Steven Orr
Maryland Insurance Commissioner                       *
Maryland Insurance Admin.
525 St. Paul Place                                    *
Baltimore, MD 21202-2272
                                                      *

OWENS-ILLINOIS GLASS CO.
OWENS-ILLINOIS, INC.                                  *
One Michael Owens Way
Perrysburg, OH 43551-2999
                                                      *

PARAMOUNT PACKING & RUBBER CO.
Serve On: Gavett & Datt, P.A.                          *
15850 Crabbs Branch Way, Suite 180
Rockville, MD 20855                                    *

PHELPS PACKING & RUBBER CO.                            *
Serve On: Charles Phelps
Phelps Industrial                                      *
6301 Washington Boulevard
Elkridge, MD 21075                                     *

SELBY, BATTERSBY & COMPANY                             *
5235 Whitby Avenue
Philadelphia, PA                                       *
Serve On:
Francis McGill Hadden, Esquire                         *
Hecker Brown Sherry and Johnson
1700 Two Logan Square                                  *
18th and Arch Streets
Philadelphia, PA 19103                                 *

UNIROYAL, INCORPORATED                                 *
Serve: President/CEO
        70 Great Hill Road                             *
        Naugatuck, CT  06770
                                                       *

UNION CARBIDE CORPORATION
32 East 42nd Street                                    *
New York, NY 10017

4

Serve On: Corporation Trust, Inc.          *
300 E. Lombard Street
Baltimore, MD 21202                         *

VIACOM INC., SUCCESSOR BY MERGER           *
WITH CBS CORPORATION
f/k/a WESTINGHOUSE ELECTRIC                 *
CORPORATION
Serve On: CSC - Lawyers Incorporating       *
Service Company
11 East Chase Street                        *
Baltimore, MD 21202
                                            *

WARREN PUMPS, INC.
Serve on: The Corporation Service Co.        *
2711 Centerville Road
Suite 400                                   *
Wilmington, DE 19808
                                            *

WAYNE MANUFACTURING CORPORATION
P.O. Box 820                                *
Waynesboro, VA 22980
Serve On: David Allen, Esquire              *
1 South Street, 20th Floor
Baltimore, MD 21202                         *

WALLACE AND GALE, INC.                      *
c/o Margaret F. Ward, Esquire
Moore and Jackson, LLC                      *
305 Washington Avenue, Suite 401
Baltimore, MD 21204                         *

    Defendants                              *

*    *    *    *    *    *    *    *    *    *    *    *    *

## COMPLAINT AND DEMAND FOR JURY TRIAL

Linda Bing, as Personal Representative for the Estate of Ennis B. Bing and Norma LaRue

as Surviving Spouse of Ennis B. Bing, and Linda Bing and Michelle Nearchos, as surviving

children of Ennis B. Bing, by their attorneys, Harry Goldman, Jr. and Robert G. Skeen, Skeen,

5

Goldman, L.L.P., sue the Defendants named in the caption herein and hereby adopts and incorporates by reference the causes of action, allegations and respective paragraphs set forth in the First Amended Master Complaint and Demand for Jury Trial, CT-5 Shipyard Cases as follows:

As to Plaintiff's Decedent ENNIS B. BING:

1. <u>Caption</u> - Pages Nos. 1 through 6 inclusive;

1(a) And in addition, Alltite Gaskets, Anchor Packing Company, A.W. Chesterton Company, DeLaval, Inc., Durabla Manufacturing Company, E. L. Stebbings & Company, Garlock, Inc., General Electric Company, Hampshire Industries, Inc., H. B. Fuller Company, Honeywell International, Inc., International Paper Company, Lofton Corporation, MCIC, Inc., Melrath Gasket, Inc., Metropolitan Life Insurance Co., Owens-Illinois Glass Co., Paramount Packing & Rubber Co., Phelps Packing & Rubber Co., Selby, Battersby & Company, Uniroyal, Incorporated, Union Carbide Corporation, Viacom Inc., Warren Pumps, Inc., Wayne Manufacturing Corporation and Wallace and Gale, Inc. As to these defendants, all allegations against the asbestos manufacturer, distributer and supplier defendants in the previously filed complaints are incorporated herein by reference.

2. <u>Parties Plaintiff And Defendant</u> - Paragraphs Nos. 1 through 6.

2(a)   Plaintiff repeats, realleges and incorporates by reference herein paragraphs 1, 1(a) hereinabove.

3. <u>Count I - Negligence</u> - Paragraph Nos. 7 through 17 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together

6

with interest, costs and disbursements;

4. <u>Count II - Breach of Warranty</u> - Paragraph Nos. 18 through 21 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

5. <u>Count III - Product Defect/Strict Liability</u> - Paragraph Nos. 22 through 25 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

6. <u>Count IV - Tortious Civil Conspiracy</u> - Paragraph Nos. 26 through 88 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

7. <u>Count V - Fraudulent Concealment</u> - Paragraph Nos. 89 through 93 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

8. <u>Count VI - A First Claim by Plaintiff Linda Bing, as Personal Representative of the Estate of Ennis B. Bing, Deceased for Personal Injuries and Damages</u>  - Paragraph Nos. 94 and 96 through 99 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

9. <u>Count VI</u> - Paragraph No. 95 is adopted with the following modification:

7

Plaintiffs' decedent was employed at Bethlehem Steel Corporation, Sparrows Point Shipyard from 1951 through 1986 as a outside machinist.

10. Count VII - A Second Claim for Wrongful Death by Plaintiff Norma LaRue Bing, as Surviving Spouse of Ennis B. Bing, Deceased. and Linda Bing and Michelle Nearchos as surviving children of Ennis B. Bing - the introductory paragraph of Count VII misnumbered as the second Paragraph A99" and further adopts Paragraph Nos. 102 and 105 and the ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

11. Count VII - Paragraph No. 101 is adopted with the following modification: Plaintiff Norma LaRue Bing's decedent, Ennis B. Bing, was employed as an outside machinist at the Bethlehem Steel Corporation, Sparrows Point Shipyard during the period 1951 through 1986.

12. Count VII - paragraph Nos. 101 and 103 are adopted with the following modification: Plaintiff Norma LaRue Bing's decedent, Ennis B. Bing, died on January 6, 2005.

13. Count VII - paragraph No. 104 is adopted with the following modification: Plaintiff Norma LaRue Bing was the wife of Plaintiff's decedent, Ennis B. Bing.

Plaintiffs were husband and wife at the time of the occurrence referred to in this Complaint. They were married on July 18, 1952, and continued to be husband and wife until the death of Ennis B. Bing. The negligent conduct and product liability of the Defendants more specifically described in Counts 1, 2, 3, 4 and 5, caused injury to the marital relationship of the Plaintiffs Norma LaRue Bing and Ennis B. Bing, including a permanent loss of society, affection, assistance, companionship and loss of sexual relations.

WHEREFORE, Plaintiffs demand judgment in the amount of Five Hundred Thousand

Dollars ($500,000.00) together with interest, costs and disbursements.

/s/ Harry Goldman
Harry Goldman, Jr., Esquire


/s/ Robert G. Skeen
Robert G. Skeen
Skeen, Goldman, L.L.P.
11 E. Lexington Street, 4th Floor
Baltimore, MD 21202
(410) 837-4222
Attorneys for Plaintiff


## DEMAND FOR JURY TRIAL

Plaintiffs elect and pray to have this case tried by a jury.


/s/ Robert G. Skeen
Robert G. Skeen

ADDITIONAL INFORMATION

ENNIS B. BING, DECEASED

Pursuant to Pre-Trial Order No. 3, Circuit Court for Baltimore City, Paragraph 3(G) the

following information or enclosures are provided:

(I) disease diagnosed: asbestos-related diseases, including asbestosis and lung cancer.

(ii) Plaintiff died from lung cancer and other causes on January 6, 2005.

(iii) Plaintiff's social security printout is attached.

(iv) Death Certificate.

/s/ Harry Goldman, Jr.
Harry Goldman, Jr.
Skeen, Goldman, L.L.P.
11 E. Lexington Street, 4th Floor
Baltimore, MD 21202
(410) 837-4222
Attorneys for Plaintiffs

10

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS         JOB:
VERSION 1984.002 * * *      FOR SSN        8438        * * *


FROM:  SOCIAL SECURITY ADMINISTRATION
       OFFICE OF CENTRAL RECORDS OPERATIONS
       BALTIMORE, MARYLAND  21235-0000


WILLIAM BEVERIDGE                      NUMBER HOLDER NAME:
                                       ENNIS   BING
301 N CHARLES ST


BALTIMORE              MD  21201

PERIOD REQUESTED   JANUARY 1951  THRU  DECEMBER 1986
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|

```
EMPLOYER NUMBER:  24-0526104
BETHLEHEM STEEL CO
701 E 3 ST
BETHLEHEM    PA 180160000
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|
| 1959 | | | | 281.38 $ | 281.38 |
| 1960 | 608.47 | | 1,476.83 | 1,512.29 $ | 3,597.59 |
| 1961 | 1,555.09 | 1,571.72 | 1,576.21 | 96.98 $ | 4,800.00 |
| 1962 | 1,611.64 | 1,545.76 | 1,590.12 | 52.48 $ | 4,800.00 |
| 1963 | 1,621.47 | 1,671.83 | 1,506.70 | $ | 4,800.00 |
| 1964 | 1,476.77 | 1,729.00 | 974.13 | 620.10 $ | 4,800.00 |

```
EMPLOYER NUMBER:  24-0526099
BETHLEHEM SPARROW POINT SHIPYARD
KEY HIGHWAY
BALTIMORE    MD 000000000
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|
| 1951 | | | | 485.44 $ | 485.44 |
| 1952 | 913.14 | 909.52 | 765.95 | 1,011.39 $ | 3,600.00 |
| 1953 | 1,189.58 | 893.09 | 1,142.14 | 375.19 $ | 3,600.00 |
| 1954 | 985.67 | 1,021.13 | 652.98 | $ | 2,659.78 |
| 1955 | | | | 667.80 $ | 667.80 |
| 1956 | 1,082.83 | 1,168.82 | 1,206.20 | 742.15 $ | 4,200.00 |
| 1957 | 1,188.31 | 1,202.99 | 1,250.90 | 557.80 $ | 4,200.00 |
| 1958 | 1,187.04 | 1,333.86 | 1,456.99 | 222.11 $ | 4,200.00 |
| 1959 | 1,336.01 | 1,532.75 | 1,649.86 | $ | 4,518.62 |

```
                              PAGE 001
```

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS         JOB
VERSION 1984.002 * * *    FOR SSN      -8438      * * *
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|

```
EMPLOYER NUMBER:  52-0402270
THE GLENN L MARTIN CO
P O BOX 388
BALTIMORE     MD 000000000
```

| 1951 | | 21.41 | 736.47 | 100.32 $ | 858.20 |
|------|--|-------|--------|----------|--------|

```
EMPLOYER NUMBER:  13-1502392
FOUR ROSES DISTILLING CO INC
CO JOS E SEAGRAM & SONS
   INC
375 PARK AV
NEW YORK    NY 100220000
```

| 1954 | | | | 223.99 $ | 223.99 |
|------|--|--|--|----------|--------|

```
EMPLOYER NUMBER:  52-0550931
DAVIS B DICKERSON
INLAND EQUIPMENT CO
D ST BOX 6546
BALTIMORE      MD 212190000
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1955 | 600.00 | 1,032.30 | 871.20 | 257.40 $ | 2,760.90 |
| 1957 | 28.50 | 11.60 | | $ | 40.10 |
| 1960 | 395.00 | 549.03 | | $ | 944.03 |
| 1964 | | | 257.00 | 938.40 $ | 1,195.40 |
| 1965 | | 579.65 | 1,344.40 | 822.80 $ | 2,746.85 |
| 1966 | 728.20 | 673.40 | 962.00 | 1,965.00 $ | 4,328.60 |
| 1967 | 1,770.20 | | 737.00 | 1,945.20 $ | 4,452.40 |
| 1968 | 1,668.80 | 1,752.00 | 1,400.00 | 725.00 $ | 5,545.80 |
| 1969 | 370.00 | | | $ | 370.00 |

```
EMPLOYER NUMBER:  52-0621289
JACK JOSEPH & DORA LUSKIN
TA LUSKINS OF PIMLICO
4900 PARK HEIGHTS AVE
BALTIMORE     MD 212150000
```

| 1959 | | 308.92 | 583.68 | 608.21 $ | 1,500.81 |
|------|--|--------|--------|----------|----------|

PAGE 002

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS            UDB
VERSION 1984.002 * * *      FOR SSN        8438        * * *
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|

EMPLOYER NUMBER:  52-0728676
LUSKINS INC
7540 WASHINGTON BLVD
BALTIMORE    MD 212276485

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1960 | 724.88 | 639.96 | 532.73 | 726.22 $ | 2,623.79 |
| 1961 | 606.19 | 34.75 | | $ | 640.94 |

EMPLOYER NUMBER:  52-0677028
NORMAN R MITCHELL CO INC
5246 HARFORD RD
BALTIMORE, MD  21214

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1961 | | | 85.00 | 382.38 $ | 467.38 |
| 1962 | 435.00 | 311.00 | 497.43 | 641.91 $ | 1,885.34 |
| 1963 | 242.17 | 278.60 | 232.19 | 475.26 $ | 1,228.22 |
| 1964 | 304.73 | 438.26 | 419.47 | 458.90 $ | 1,621.36 |
| 1965 | 291.65 | 260.83 | 382.14 | 464.15 $ | 1,398.77 |
| 1966 | 336.40 | 455.27 | 283.35 | 630.47 $ | 1,705.49 |
| 1967 | 361.48 | 143.51 | 355.43 | 371.25 $ | 1,231.67 |
| 1968 | | 71.37 | 190.78 | 449.84 $ | 711.99 |
| 1969 | 130.25 | 272.53 | 368.66 | 266.40 $ | 1,037.84 |
| 1970 | 273.93 | 606.76 | 587.03 | 854.93 $ | 2,322.65 |
| 1971 | 243.35 | 718.77 | 635.39 | 1,678.71 $ | 3,276.22 |
| 1972 | 1,087.67 | 1,178.03 | 1,790.34 | 1,376.67 $ | 5,432.71 |
| 1978 | - | - | - | - $ | 1,080.85 |

EMPLOYER NUMBER:  24-0526133
BETHLEHEM STEEL CORP
1170 8TH AVE RM 1838
BETHLEHEM, PA  18016

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1965 | 2,041.66 | 1,449.61 | 960.17 | 1,045.19 $ | 5,496.63 |

PAGE 003

OFFICE OF VITAL STATISTICS
CERTIFICATE OF DEATH

VOID IF ALTERED OR ERASED

Deputy Chief Registrar

JAN 10 2005

WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARK. THE BACK OF THIS DOCUMENT CONTAINS SPECIAL LINES AND SEALS IN THE BACKGROUND. DO NOT ACCEPT WITHOUT VERIFYING THESE FEATURES.

HEALTH

C1021598

CERTIFICATION OF VITAL RECORD

*1021598*