# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 02/22/2012

District Court: D. Maryland

Number of Actions: 3

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL