ASB

# U.S. District Court
## District of Maryland (Baltimore)
### CIVIL DOCKET FOR CASE #: 1:12-cv-00460-WDQ

Harper v. Alltite Gaskets et al
Assigned to: Judge William D Quarles, Jr
Case in other court: Circuit Court for Baltimore City,
              24x11000002
Cause: 28:1442 Petition for Removal

Date Filed: 02/14/2012
Jury Demand: Plaintiff
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**Claude A. Harper**                  represented by  **Robert G Skeen**
                                       Skeen Goldman LLP
                                       11 E Lexington St Fourth Fl
                                       Baltimore, MD 21202
                                       14108374222
                                       Fax: 14106968026
                                       Email: robertskeen@comcast.net
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Alltite Gaskets**                   represented by  **Kathleen M Wobber**
                                       Parler and Wobber LLP
                                       406 E Joppa Rd The Hemenway Bldg
                                       Towson, MD 21286
                                       14108321800
                                       Fax: 14108322536
                                       Email: k.wobber@parlerwobber.com
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Anchor Packing Company**

**Defendant**

**A.W. Chesterton Company**           represented by  **Keith R Truffer**
                                       Royston Mueller McLean and Reid LLP
                                       102 W Pennsylvania Ave Ste 600
                                       Towson, MD 21204
                                       14108231800
                                       Fax: 14108287859
                                       Email: ktruffer@rmmr.com
                                       *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Bayer Cropscience, Inc.**
*Individually and as Successor In Interest*
*to Benjamin Foster Co., Amchem*
*Products, Inc., H.B. Fuller Co., Aventis*
*CropScience USA, Inc., Rhone-Poulenc*
*AG Company, Inc., Rhone-Poulenc, Inc.*
*and Rhodia, Inc.*

represented by **R Thomas Radcliffe , Jr**
Dehay and Elliston LLP
36 S Charles St 13th Fl
Baltimore, MD 21201
14107837225
Fax: 14107837221
Email: rtr@dehay.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bondex International, Inc.**

**Defendant**

**CBS Corporation**
*f/k/a Westinghouse*

represented by **Philip A Kulinski**
Evert Weathersby Houff
SunTrust Bank Bldg
120 E Baltimore St Ste 1300
Baltimore, MD 21201
14105738500
Fax: 14105738501
Email: pakulinski@ewhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Certainteed Corporation**
*Individually and as Successor to Bestwall*
*Gypsum Co.*

represented by **Laura A Cellucci**
Miles and Stockbridge PC
10 Light St
Baltimore, MD 21202
14107276464
Fax: 14103853700
Email: lcellucci@milesstockbridge.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew R Schroll**
Miles and Stockbridge PC
10 Light St
Baltimore, MD 21202
14107276464
Fax: 14103853700
Email: mschroll@milesstockbridge.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Conwed Corporation**

represented by **Jennifer M. Alexander**

Brassel Law Group LLC
900 Bestgate Rd Ste 402
Annapolis, MD 21401
14438379800
Fax: 14438379801
Email: jalexander@brassellaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason A. Steinhardt**
The Brassel Law Group LLC
900 Bestgate Rd Ste 402
Annapolis, MD 21401
14438379800
Fax: 14438379801
Email: jsteinhardt@brassellaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cooper Industries, Inc.**
*Individually and as Successors in Interest
to Crouse Hinds Co.*

represented by **Thomas Peter Bernier**
Segal McCambridge Singer and Mahoney
Ltd
One N Charles St Ste 2500
Baltimore, MD 21201
14107793960
Fax: 14107793967
Email: TBernier@smsm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Croker & Stallings, Inc.**

represented by **David Foxwell Albright , Sr**
Law Offices of David F Albright
1122 Kenilworth Dr Ste 500
Baltimore, MD 21204
14102440350
Fax: 14108235453
Email: dalbright@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DeLaval, Inc.**

represented by **R Thomas Radcliffe , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Durabla Manufacturing Company**

**Defendant**

**E.L. Stebbing & Company, Inc.**                    represented by **Louis E Grenzer , Jr**
                                                     Bodie Dolina Hobbs Friddell and Grenzer
                                                     PC
                                                     21 W Susquehanna Ave
                                                     Towson, MD 21204
                                                     14108231250
                                                     Fax: 14102960432
                                                     Email: lgrenzer@bodie-law.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Flintkote Company**

**Defendant**

**Foster Wheeler Corporation**                       represented by **R Thomas Radcliffe , Jr**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Foster Wheeler Energy Corporation**                represented by **R Thomas Radcliffe , Jr**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**General Electric Company**                         represented by **David J Quigg**
                                                     Meringer Zois and Quigg LLC
                                                     320 N Charles St
                                                     Baltimore, MD 21201
                                                     14435247978
                                                     Fax: 14435247982
                                                     Email: dquigg@meringerlaw.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Donald S Meringer**
                                                     Meringer Zois and Quigg LLC
                                                     320 N Charles St
                                                     Baltimore, MD 21201
                                                     14435247978
                                                     Fax: 14435247982
                                                     Email: dmeringer@meringerlaw.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Georgia Pacific, Inc.**                            represented by **Robin Silver**

Miles and Stockbridge PC
10 Light St
Baltimore, MD 21202
14107276464
Fax: 14103853700
Email: rsilver@milesstockbridge.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Goodyear Tire & Rubber Co.**          represented by **M King Hill , III**
Venable LLP
210 W Pennsylvania Ave Ste 500
Towson, MD 21204
14104946200
Fax: 14108210147
Email: mkhill@venable.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica B Boston**
Venable LLP
210 W Pennsylvania Ave Ste 500
Towson, MD 21204
14104946200
Fax: 14108210147
Email: jbboston@venable.com
*ATTORNEY TO BE NOTICED*

**Theodore F Roberts**
Venable LLP
210 W Pennsylvania Ave Ste 500
Towson, MD 21285
14104946200
Fax: 14108210147
Email: tfroberts@venable.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Green, Tweed & Co.**                       represented by **Thomas Peter Bernier**
*Individually and as Successor in Interest to*                  (See above for address)
*Palmetto, Inc.*                                               *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hampshire Industries, Inc.**               represented by **David W Allen**
*f/k/a John H. Hampshire Co.*                               Goodell DeVries Leech and Dann LLP
One South St 20th Fl
Baltimore, MD 21202
14107834000

Fax: 14107834040
Email: dwa@gdldlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Malcolm Sean Brisker**
Goodell DeVries Leech and Dann LLP
One South St 20th Fl
Baltimore, MD 21202
14107834000
Fax: 14107834040
Email: msb@gdldlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**H.B. Fuller Company**
*f/k/a Amchem Products, Inc. f/k/a*
*Benjamin Foster*

represented by **R Thomas Radcliffe , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew R Schroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Honeywell International, Inc.**
*f/k/a Allied Signal, Inc., Successor in*
*Interest to the Bendix Corporation*

represented by **Laura A Cellucci**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L Haslup**
Miles and Stockbridge PC
10 Light St
Baltimore, MD 21202
14103853421
Fax: 14103853700
Email: mhaslup@milesstockbridge.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hopeman Brothers, Inc.**

represented by **David W Allen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Malcolm Sean Brisker**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**International Paper Company**                       represented by   **Philip A Kulinski**
*Individually and as Successor to in Interest*                         (See above for address)
*to Champion International Corporation*                                *LEAD ATTORNEY*
*and U.S. Plywood Corp.*                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**J.E. Steigerwald Company, Inc.**

**Defendant**

**John Crane-Houdaille, Inc.**                        represented by   **Peter Allan Woolson**
*f/k/a Crane Packing Company*                                         P A Woolson PA
                                                                      217 E Redwood St Ste 1600
                                                                      Baltimore, MD 21202
                                                                      14106250000
                                                                      Fax: 14106250201
                                                                      Email: pwoolson@pawoolson.com
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Kaiser Gypsum Company, Inc.**                       represented by   **Joel D Newport**
                                                                      Moore and Jackson LLC
                                                                      305 Washington Ave Ste 401
                                                                      Baltimore, MD 21204
                                                                      14105835241
                                                                      Fax: 14105837519
                                                                      Email: newport@moorejackson.com
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Lofton Corporation**                               represented by   **David W Allen**
*As Successor-in-Interest to Wayne*                                   (See above for address)
*Manufacturing Corporation and Hopeman*                              *LEAD ATTORNEY*
*Manufacturing Corporation*                                          *ATTORNEY TO BE NOTICED*

                                                                      **Michael A Pichini**
                                                                      Goodell DeVries Leech and Dann LLP
                                                                      One South St 20th Fl
                                                                      Baltimore, MD 21202
                                                                      14107834000
                                                                      Fax: 14107834040
                                                                      Email: map@gdldlaw.com
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**MCIC**
*f/k/a McCormick Asbestos Co.*

represented by **Louis E Grenzer , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Melrath Gasket, Inc.**

represented by **Jennifer M. Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Metropolitan Life Insurance Co.**

represented by **Richard Damon Albert**
Steptoe and Johnson LLP
1330 Connecticut Ave NW
Washington, DC 20036
12024293000
Fax: 12024293902
Email: ralbert@steptoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Anthony Fennell**
Steptoe and Johnson LLP
1330 Connecticut Ave NW
Washington, DC 20036
12024293000
Fax: 12024293902
Email: sfennell@steptoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ON Marine Services Company**
*formerly Oglebay Norton Company*

represented by **Jennifer M. Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason A. Steinhardt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Owens-Illinois Glass Co.**
*f/k/a Owens-Illinois, Inc.*

represented by **Steven Andrew Luxton**
Morgan Lewis and Bockius LLP
1111 Pennsylvania Ave NW
Washington, DC 20004
12027395452
Fax: 12027393001
Email: sluxton@morganlewis.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paramount Packing & Rubber Co.**                 represented by  **Katherine S Duyer**
                                                                  Gavett and Datt PC
                                                                  15850 Crabbs Branch Way Ste 180
                                                                  Rockville, MD 20855
                                                                  13019481177
                                                                  Fax: 13019484334
                                                                  Email: kduyer@gavettdatt.com
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer Corporation**                             represented by  **Patrick C Smith**
                                                                  Dehay and Elliston LLP
                                                                  36 S Charles St Ste 1300
                                                                  Baltimore, MD 21201
                                                                  14107837225
                                                                  Fax: 14107837221
                                                                  Email: psmith@dehay.com
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Phelps Packing & Rubber Co.**                    represented by  **Kathleen M Wobber**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**RPM, Inc.**                                      represented by  **Edward C Bacon**
*Individually and as Successor in Interest to*                    Bacon Thornton and Palmer LLP
*and/or alter ego of The Reardon Company*                         Capital Office Park
*and Bondex International*                                         6411 Ivy Ln Ste 706
                                                                  Greenbelt, MD 20770-1411
                                                                  13013457001
                                                                  Fax: 13013457075
                                                                  Email: Ebacon@lawbtp.com
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Jeannie Pittillo Kauffman**
                                                                  Bacon Thornton and Palmer LLP
                                                                  Capital Office Park
                                                                  6411 Ivy Ln Ste 500
                                                                  Greenbelt, MD 20770
                                                                  13013457001
                                                                  Fax: 13013457075

Email: jkauffman@lawbtp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Selby, Battersby & Company**
*a/k/a Quaker Chemical Corporation*

represented by **Laura A Cellucci**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew R Schroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Square D Company**

**Defendant**

**Uniroyal, Incorporated**

represented by **John Stewart Cobb**
North and Cobb PA
7313 York Rd
Towson, MD 21204
14108251472
Fax: 14108217064
Email: jcobb@northandcobb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Union Carbide Corporation**

represented by **R Thomas Radcliffe , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Universal Refractories Company**

**Defendant**

**Wallace & Gale Asbestos Settlement Trust**
*Successor to the Wallace & Gale Company*

represented by **Theodore F Roberts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica B Boston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warren Pumps, Inc.**

represented by **David W Allen**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Malcolm Sean Brisker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wayne Manufacturing Corporation**          represented by **David W Allen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Malcolm Sean Brisker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Worthington Pump Inc.**
*f/k/a Dresser Pump Division*

**Defendant**

**Alfa Laval, Inc.**          represented by **R Thomas Radcliffe , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2012 | 🔲 1 | NOTICE OF REMOVAL from Circuit Court for Baltimore City, case number 24x11000002 (Filing fee $350; receipt number 14637057377), filed by General Electric Company. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibits C-E (filed separately))(bf2, Deputy Clerk) (Entered: 02/16/2012) |
| 02/14/2012 | 🔲 2 | COMPLAINT against A.W. Chesterton Company, Alltite Gaskets, Anchor Packing Company, Bayer Cropscience, Inc., Bondex International, Inc., CBS Corporation, Certainteed Corporation, Conwed Corporation, Cooper Industries, Inc., Croker & Stallings, Inc., DeLaval, Inc., Durabla Manufacturing Company, E.L. Stebbing & Company, Inc., Flintkote Company, Foster Wheeler Corporation, Foster Wheeler Energy Corporation, General Electric Company, Georgia Pacific, Inc., Green, Tweed & Co., H.B. Fuller Company, Hampshire Industries, Inc., Honeywell International, Inc., Hopeman Brothers, Inc., International Paper Company, J.E. Steigerwald Company, Inc., John Crane-Houdaille, Inc., Kaiser Gypsum Company, Inc., Lofton Corporation, MCIC, Melrath Gasket, Inc., Metropolitan Life Insurance Co., ON Marine Services Company, Owens-Illinois Glass Co., Paramount Packing & Rubber Co., Pfizer Corporation, Phelps Packing & Rubber Co., RPM, Inc., Selby, Battersby & Company, Square D Company, The Goodyear Tire & Rubber |

| | | Co., Union Carbide Corporation, Uniroyal, Incorporated, Universal Refractories Company, Wallace & Gale Asbestos Settlement Trust, Warren Pumps, Inc., Wayne Manufacturing Corporation, Worthington Pump Inc., filed by Claude A. Harper. (bf2, Deputy Clerk) (Entered: 02/16/2012) |
|---|---|---|
| 02/14/2012 | | Jury Trial Demand by Claude A. Harper. (bf2, Deputy Clerk) (Entered: 02/16/2012) |
| 02/14/2012 | 3 | Summons Issued 60 days as to General Electric Company. (bf2, Deputy Clerk) (Entered: 02/16/2012) |
| 02/14/2012 | 4 | SUMMONS Returned Executed General Electric Company served on 1/14/2011. (bf2, Deputy Clerk) (Entered: 02/16/2012) |
| 02/14/2012 | 5 | Notice of filing of state court discovery material by General Electric Company. (bf2, Deputy Clerk) (Entered: 02/16/2012) |
| 02/14/2012 | 6 | ANSWER to 2 Complaint, by General Electric Company.(bf2, Deputy Clerk) (Entered: 02/16/2012) |
| 02/14/2012 | | THE ABOVE DOCUMENTS (2-6) ARE COPIES OF ORIGINAL PAPERS FILED IN THE CIRCUIT COURT FOR BALTIMORE CITY. (bf2, Deputy Clerk) (Entered: 02/16/2012) |
| 02/16/2012 | | Deficiency Notice to General Electric Company -- Your Local Rule 103.3 disclosure statement has not been filed. The Statement must be filed by 2/27/2012. (bf2, Deputy Clerk) (Entered: 02/16/2012) |
| 02/16/2012 | 7 | STANDING ORDER re: Removal. Signed by Judge Ellen L. Hollander on 2/16/2012. (bf2, Deputy Clerk) (Entered: 02/16/2012) |
| 02/16/2012 | 8 | NOTICE of Appearance by Jessica B Boston on behalf of The Goodyear Tire & Rubber Co., Wallace & Gale Asbestos Settlement Trust (Boston, Jessica) (Entered: 02/16/2012) |
| 02/16/2012 | 9 | NOTICE of Appearance by Theodore F Roberts on behalf of The Goodyear Tire & Rubber Co. (Roberts, Theodore) (Entered: 02/16/2012) |
| 02/16/2012 | 10 | (FILED IN ERROR-ATTY TO REFILE) Local Rule 103.3 Disclosure Statement by General Electric Company. (Quigg, David) Modified on 2/17/2012 (bf2, Deputy Clerk). (Entered: 02/16/2012) |
| 02/16/2012 | 11 | Local Rule 103.3 Disclosure Statement by The Goodyear Tire & Rubber Co.. (Boston, Jessica) (Entered: 02/16/2012) |
| 02/16/2012 | 12 | (FILED IN ERROR - ATTY TO REFILE) Local Rule 103.3 Disclosure Statement by Wallace & Gale Asbestos Settlement Trust. (Boston, Jessica) Modified on 2/17/2012 (bf2, Deputy Clerk). (Entered: 02/16/2012) |
| 02/17/2012 | | Case reassigned to Judge William D Quarles, Jr. Judge Ellen L. Hollander no longer assigned to the case. (cag, Deputy Clerk) (Entered: 02/17/2012) |
| 02/17/2012 | 13 | NOTICE of Appearance by Patrick C Smith on behalf of Pfizer Corporation (Smith, Patrick) (Entered: 02/17/2012) |
| 02/17/2012 | 14 | Local Rule 103.3 Disclosure Statement by Pfizer Corporation. (Smith, Patrick) |

| | | |
|---|---|---|
| | | (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 15 | NOTICE of Appearance by R Thomas Radcliffe, Jr on behalf of Bayer Cropscience, Inc. (Radcliffe, R) (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 16 | NOTICE of Appearance by R Thomas Radcliffe, Jr on behalf of Foster Wheeler Corporation (Radcliffe, R) (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 17 | NOTICE of Appearance by R Thomas Radcliffe, Jr on behalf of Foster Wheeler Energy Corporation (Radcliffe, R) (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 18 | NOTICE of Appearance by R Thomas Radcliffe, Jr on behalf of Union Carbide Corporation (Radcliffe, R) (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 19 | (FILED IN ERROR - ATTY TO REFILE) Local Rule 103.3 Disclosure Statement by Bayer Cropscience, Inc.. (Radcliffe, R) Modified on 2/17/2012 (bf2, Deputy Clerk). (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 20 | (FILED IN ERROR - ATTY TO REFILE) Local Rule 103.3 Disclosure Statement by Foster Wheeler Corporation, Foster Wheeler Energy Corporation. (Radcliffe, R) Modified on 2/17/2012 (bf2, Deputy Clerk). (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 21 | (FILED IN ERROR - ATTY TO REFILE) Local Rule 103.3 Disclosure Statement by Union Carbide Corporation. (Radcliffe, R) Modified on 2/17/2012 (bf2, Deputy Clerk). (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 22 | QC NOTICE: 10 Local Rule 103.3 Disclosure Statement filed by General Electric Company was filed incorrectly.<br>**The Local Rule 103.3 Disclosure Statement needs to be refiled and the corporate affiliations need to be entered when the system prompts you to do so. It has been noted as FILED IN ERROR, and the document link has been disabled.* (bf2, Deputy Clerk) (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 23 | QC NOTICE: 12 Local Rule 103.3 Disclosure Statement filed by Wallace & Gale Asbestos Settlement Trust was filed incorrectly.<br>**Your Local Rule 103.3 Disclosure Statement needs to be refiled and the corporate affiliations need to be entered when the system prompts you do to so. It has been noted as FILED IN ERROR, and the document link has been disabled.* (bf2, Deputy Clerk) (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 24 | QC NOTICE: 19 Local Rule 103.3 Disclosure Statement filed by Bayer Cropscience, Inc. was filed incorrectly.<br>**The Local Rule 103.3 Disclosure Statement needs to be refiled and the corporate affiliations need to be entered when the system prompts you do so. It has been noted as FILED IN ERROR, and the document link has been disabled.* (bf2, Deputy Clerk) (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 25 | QC NOTICE: 20 Local Rule 103.3 Disclosure Statement filed by Foster Wheeler Corporation, Foster Wheeler Energy Corporation was filed incorrectly.<br>**The Local Rule 103.3 Disclosure Statement needs to be refiled and the corporate affiliations need to be entered when the system prompts you do so. It has been noted as FILED IN ERROR, and the document link has been disabled.* (bf2, Deputy Clerk) (Entered: 02/17/2012) |

| | | |
|---|---|---|
| 02/17/2012 | ⊕ 26 | QC NOTICE: 21 Local Rule 103.3 Disclosure Statement filed by Union Carbide Corporation was filed incorrectly. <br> **The Local Rule 103.3 Disclosure Statement needs to be refiled and the corporate affiliations need to be entered when the system prompts you do to so. It has been noted as FILED IN ERROR, and the document link has been disabled.* (bf2, Deputy Clerk) (Entered: 02/17/2012) |
| 02/17/2012 | ⊕ 27 | Local Rule 103.3 Disclosure Statement by Wallace & Gale Asbestos Settlement Trust identifying Corporate Parent None for Wallace & Gale Asbestos Settlement Trust.. (Boston, Jessica) (Entered: 02/17/2012) |
| 02/17/2012 | ⊕ 28 | Local Rule 103.3 Disclosure Statement by Bayer Cropscience, Inc. identifying Corporate Parent BAYER AG, Other Affiliate Bayer CropScience Hodlings SA for Bayer Cropscience, Inc... (Radcliffe, R) (Entered: 02/17/2012) |
| 02/17/2012 | ⊕ 29 | Local Rule 103.3 Disclosure Statement by Foster Wheeler Corporation, Foster Wheeler Energy Corporation identifying Other Affiliate Foster Wheeler Ltd, Other Affiliate Foster Wheeler AG, Other Affiliate Foster Wheeler Holdings Ltd for Foster Wheeler Corporation, Foster Wheeler Energy Corporation.. (Radcliffe, R) (Entered: 02/17/2012) |
| 02/17/2012 | ⊕ 30 | Local Rule 103.3 Disclosure Statement by Union Carbide Corporation identifying Corporate Parent The Dow Chemical Company for Union Carbide Corporation.. (Radcliffe, R) (Entered: 02/17/2012) |
| 02/17/2012 | ⊕ 31 | Local Rule 103.3 Disclosure Statement by Wallace & Gale Asbestos Settlement Trust identifying Other Affiliate Continental Casualty Company of the CNA Insurance Companies, Other Affiliate Granite State Insurance Company, Other Affiliate Travelers Causalty and Surety Insurance Company, (fka The Aetna Casualty and Surety Co.), Other Affiliate Allianz S.P.A., as successor to Riunione Adriatica di Sicurta, Other Affiliate St. Paul Fire and Marine Company for Wallace & Gale Asbestos Settlement Trust.. (Boston, Jessica) (Entered: 02/17/2012) |
| 02/20/2012 | ⊕ 32 | NOTICE of Appearance by Peter Allan Woolson on behalf of John Crane-Houdaille, Inc. (Woolson, Peter) (Entered: 02/20/2012) |
| 02/20/2012 | ⊕ 33 | Local Rule 103.3 Disclosure Statement by John Crane-Houdaille, Inc. identifying Corporate Parent Smith Group, PLC for John Crane-Houdaille, Inc... (Woolson, Peter) (Entered: 02/20/2012) |
| 02/20/2012 | ⊕ 34 | NOTICE of Appearance by Jennifer M. Alexander on behalf of ON Marine Services Company (Alexander, Jennifer) (Entered: 02/20/2012) |
| 02/20/2012 | ⊕ 35 | Local Rule 103.3 Disclosure Statement by ON Marine Services Company identifying Corporate Parent Carmeuse Lime & Stone, Inc., Other Affiliate Ferro Engineering, Other Affiliate Oglebay Norton Company for ON Marine Services Company.. (Alexander, Jennifer) (Entered: 02/20/2012) |
| 02/20/2012 | ⊕ 36 | NOTICE of Appearance by Jason A. Steinhardt on behalf of ON Marine Services Company (Steinhardt, Jason) (Entered: 02/20/2012) |
| 02/20/2012 | ⊕ 37 | NOTICE of Appearance by Jennifer M. Alexander on behalf of Conwed Corporation (Alexander, Jennifer) (Entered: 02/20/2012) |

| 02/20/2012 | ☀ 38 | Local Rule 103.3 Disclosure Statement by Conwed Corporation identifying Other Affiliate Leucadia, LLC for Conwed Corporation.. (Alexander, Jennifer) (Entered: 02/20/2012) |
| 02/20/2012 | ☀ 39 | NOTICE of Appearance by Jason A. Steinhardt on behalf of Conwed Corporation (Steinhardt, Jason) (Entered: 02/20/2012) |
| 02/21/2012 | ☀ 40 | NOTICE of Appearance by Katherine S Duyer on behalf of Paramount Packing & Rubber Co. (Duyer, Katherine) (Entered: 02/21/2012) |
| 02/21/2012 | ☀ 41 | Local Rule 103.3 Disclosure Statement by Paramount Packing & Rubber Co.. (Duyer, Katherine) (Entered: 02/21/2012) |
| 02/21/2012 | ☀ 42 | NOTICE of Appearance by Matthew R Schroll on behalf of Certainteed Corporation, H.B. Fuller Company, Selby, Battersby & Company (Schroll, Matthew) (Entered: 02/21/2012) |
| 02/21/2012 | ☀ 43 | NOTICE of Appearance by Michael L Haslup on behalf of Honeywell International, Inc. (Haslup, Michael) (Entered: 02/21/2012) |
| 02/21/2012 | ☀ 44 | NOTICE of Appearance by R Thomas Radcliffe, Jr on behalf of Alfa Laval, Inc. (Radcliffe, R) (Entered: 02/21/2012) |
| 02/21/2012 | ☀ 45 | Local Rule 103.3 Disclosure Statement by Alfa Laval, Inc. identifying Corporate Parent Alfa Laval AB for Alfa Laval, Inc... (Radcliffe, R) (Entered: 02/21/2012) |
| 02/21/2012 | ☀ 46 | Local Rule 103.3 Disclosure Statement by Honeywell International, Inc.. (Haslup, Michael) (Entered: 02/21/2012) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| CLAUDE A. HARPER, | * | |
| Plaintiff, | * | Civil Action: |
| | * | |
| v. | * | (Circuit Court for Baltimore City |
| | * | Case No.:  24X11000002) |
| ALLTITE GASKETS, et al., | * | |
| Defendants. | * | |
| | * | |

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

## NOTICE OF REMOVAL OF CIVIL ACTION

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant, General Electric Company ("GE"), by and through its undersigned counsel of record, hereby notes the removal of this action to the United States District Court for the District of Maryland, Northern Division, pursuant to 28 U.S.C. §§ 1442 and 1446.  The grounds for removal are as follows:

1.       GE hereby removes this action from the Circuit Court for Baltimore City, Maryland on the grounds, set forth in greater detail below, that the plaintiff asserts a claim against GE for alleged exposure to asbestos aboard two U.S. Navy vessels, the *U.S.S. Canisteo* (AO-99) and the *U.S.S. Caloosohatchee* (AO-98), from marine turbines, generators, and other equipment allegedly manufactured by GE, which products – if manufactured by GE – were manufactured under contract with the United States Navy under terms by which the Navy and its officers imposed strict supervision and control over all aspects of the design and manufacture of

the turbines including, without limitation, any asbestos content and any labels or materials affixed to or accompanying the turbines.  Consequently, GE is permitted to remove this case under the provisions of 28 U.S.C. § 1442(a)(1) as a person acting under an officer or agency of the United States, in order to assert defenses arising under the laws of the United States including, without limitation, the defense of government contractor immunity.

2.      On January 14, 2011, General Electric was served with Plaintiff's Complaint and Prayer for Jury Trial (hereinafter "Complaint" or "Plaintiff's Complaint") in this civil action in the Circuit Court for Baltimore City, Maryland, Civil Action No. 24X11000002 ("the State Case").  A true and correct copy of the Complaint is attached as **Exhibit A**.  The Complaint alleges that the plaintiff, Claude A. Harper, was exposed to asbestos during his employment at the Bethlehem Steel Key Highway Shipyard in Baltimore, Maryland, as welder from 1966 to 1968 and from 1970 to 1972.  The Complaint does not specify any GE products from which Plaintiff was allegedly exposed to asbestos, nor does it identify the specific work site at which asbestos exposure from GE products is alleged to have occurred.  Thus, the allegations of the Complaint are insufficient to advise GE, or any other defendant, of the relevant work site, time period, or products at issue for any particular defendant.

3.      On January 17, 2012, plaintiff's counsel filed Plaintiff's Answers to Defendants' Joint Interrogatories (hereinafter "Plaintiff's Answers to Interrogatories") that indicate for the first time the U.S. Navy vessels on which Mr. Harper was allegedly exposed to asbestos, while working as a welder aboard ship.  A copy of Plaintiff's Answers to Interrogatories is attached as **Exhibit B**.  Specifically, these vessels, and the years plaintiff allegedly served aboard, are listed in Plaintiff's Answer to Interrogatory No. 88 and include: the *U.S.S. Canisteo* (AO-99) and the *U.S.S. Caloosohatchee* (AO-98) (**Exhibit B**, pp. 27-28).  ***These discovery responses represent***

2

*the first time, within the meaning of 28 U.S.C. § 1446, that plaintiff, in writing or otherwise asserted a claim against GE for Mr. Harper's alleged exposure to GE marine turbines, generators, or other products during the time he worked aboard U.S. Navy vessels.*

4.      This Notice of Removal is filed within thirty (30) days after GE's receipt of Plaintiff's Answers to Interrogatories, the first paper in which plaintiffs asserted a claim against GE based upon alleged naval exposure to asbestos from GE marine turbines, generators or other products and is, therefore, timely filed under the provisions of 28 U.S.C. § 1446(b).

5.      Should any party file a motion to remand this case, GE respectfully requests an opportunity to respond more fully in writing and to conduct discovery limited to the issue of removal, but offers the following authorities in support of removal.

6.      Marine steam turbines or other products that GE manufactured under contract with the U.S. Navy for installation in U.S. Navy vessels were manufactured to Navy specifications and were subject to strict Navy control and supervision over all aspects of the products' design and manufacture, including, without limitation, the presence of asbestos in such products and the existence of any warnings affixed to or issued in connection with the turbines or other products.  This is established, *inter alia*, by the following affidavits:

      a. Declaration of David Hobson, dated January 28, 2008, with Exhibits 1 through 3 (attached hereto as **Exhibit C**);

      b. Declaration of Admiral Ben J. Lehman, dated December 30, 2010 (attached hereto as **Exhibit D**)

      c. Declaration of Lawrence Stillwell Betts, MD, PhD, dated April 14, 2009 with Exhibits A through EE (attached hereto as **Exhibit E,** with Exhibits A through EE therein attached as **E.01** through **E.31**).

7.      This case is removable pursuant to 28 U.S.C. § 1442(a)(1) because the action involves a person (GE) that acted under the authority of an officer or agency of the United States.

A corporation, such as GE, is a "person" within the meaning of this statute. *See Fink v. Todd Shipyards,* 2004 U.S. Dist. LEXIS 6912 (E.D. La. 2004). Removal is proper under this section upon a showing (1) that a defendant acted under the direction of a federal officer, (2) that a defendant has a colorable federal defense to plaintiff's claim, and (3) that there is a causal nexus between the plaintiff's claims and the acts it performed under color of federal office. *See Mesa v. California,* 489 U.S. 121 (1989); *Machnik v. Buffalo Pumps, Inc.,* 2007 U.S. Dist. LEXIS 68097 (D. Conn. 2007). This basis for removal has been recognized in an asbestos setting by this Court. *See Pack v. ACandS, Inc.,* 838 F.Supp. 1099 (D. Md. 1993). As demonstrated, *inter alia,* by the affidavits attached hereto, GE's marine turbines and other products, from which plaintiff asserts a claim for naval asbestos exposure, were manufactured according to the specifications of, and under the direction and control of, the U.S. Navy. Plaintiff's claim is based upon the alleged presence of asbestos in or on the said turbines and other products. Therefore, GE acted under direction of a federal officer or agency in the construction of the turbines, and there is a direct nexus between such action and the plaintiff's claims against GE.

8.    *Pack v. AC and S., Inc.,* 838 F.Supp. 1099 (D.Md. 1993) is controlling. In *Pack,* defendant Westinghouse designed and constructed marine turbines for use on military vessels. The design and construction process was supervised and controlled by the US Navy and its officers. *Id.* at 1103. The plaintiff in that case alleged that he was exposed to asbestos insulation installed on those turbines while working in a shipyard. Westinghouse removed the action to the United States District Court for Maryland pursuant to 28 U.S.C. §1442(a)(1). The District Court refused to grant plaintiff's motion to remand, holding instead that Westinghouse was entitled to federal officer removal because (1) the construction and design of its marine turbines were conducted under the direction of a federal officer; (2) Westinghouse had presented a colorable

4

argument that it was protected by the federal government contractor defense; and (3) the

plaintiff's claims arose from acts which Westinghouse performed under color of federal office.

*Id.* The facts in the instant case are substantially identical to those in *Pack* and, accordingly, GE

may remove this action under 28 U.S.C. §1442(a)(1).

      9.      As recognized in *Boyle v. United Technologies Corp.*, 487 U.S. 500 (1988), GE

has a federal defense to these actions, i.e., government contractor immunity from liability for

injuries arising from exposure to asbestos from marine turbines or other products manufactured

under contract with the U.S. Navy, insofar as GE constructed or repaired them in accordance

with Navy specifications and under strict control or supervision of the U.S. Navy. *Accord,*

*Carley v. Wheeled Coach*, 991 F.2d 1117 (3d Cir. 1993); *Garner v. Santoro*, 865 F.2d 629 (5th

Cir. 1989); *Kleemann v. McDonnell Douglas Corp*, 890 F.2d 698 (4th Cir. 1989).  A government

contractor defense exists when (1) the United States approved reasonably precise specifications,

(2) the equipment conformed to those specifications, and (3) the contractor warned the

government about any dangers known to the contractor but not to the government.  *Boyle, supra;*

*Carley v. Wheeled Coach*, *supra.*  The declarations attached hereto establish that GE's marine

turbines and other products that were manufactured for the U.S. Navy were manufactured in

conformity with detailed specifications of the U.S. Navy, and that GE had no knowledge

concerning the potential hazards of asbestos that was not known by the U.S. Navy.  Therefore,

GE has established a colorable federal defense to plaintiff's claims and is entitled to remove this

action pursuant to 28 U.S.C. §1442(a)(1).  *See Faddish v. General Electric Company,* 2010 WL

4146108, 2010 U.S. Dist. LEXIS 112937 (E.D. Pa. 2010) (granting summary judgment for GE

as to claims of naval asbestos exposure, based upon the government contractor defense).[1]

---

[1] In *Faddish v. General Electric Co.*, 2010 WL 4146108 (E.D.Pa. 10/20/10)(asbestos MDL-875), the District Court granted GE's motion for summary judgment and found as a matter of federal law that GE was immune from

10.     A properly removed case cannot be remanded for discretionary or policy reasons such as allegedly related State court cases or a contention that judicial economy compels remand. 28 U.S.C. § 1447(c); *Thermitron Products, Inc. v. Hermansdorfer*, 423 U.S. 336, 96 S.Ct. 584, 46 L.Ed. 542 (1976); *Elrad v. United Life & Accident Insurance Company*, 624 F.Supp. 742 (N.D.Ill. 1985).  The federal officer removal statute is not narrow or limited, and it should not be frustrated by a narrow or grudging interpretation of § 1442(a)(1).  *Willingham v. Morgan*, 395 U.S. 402, 405, 89 S. Ct. 1813, 1815, 23 L.Ed.2d 396 (1960).

11.     GE is not required to notify and obtain the consent of any other defendant in this action in order to remove the action as a whole under section 1442(a)(1).  *Akin v. Ashland Chemical Co.,* 156 F.3d 1030 (10th Cir. 1998); *Ely Valley Mines, Inc. v. Hartford Accident Indem. Co.*, 644 F.2d 1310, 1315 (9th Cir. 1981).

12.     In accordance with 28 U.S.C. §1446(a) and Local Rule 103(5)(a), General Electric has filed with this Notice of Removal true and correct copies of all process, pleadings, and orders that have been served upon General Electric in the State Case as of this date. Additionally, within 30 days, General Electric will file true and correct copies of all other documents on file in the State Case, together with a certification from counsel that all filings in the State Case have been filed in the United States District court.

WHEREFORE, Defendant, General Electric Company removes this action to the United States District Court for the District of Maryland, Northern Division.

---

asbestos state law tort liability and failure to warn claims regarding turbines it supplied to the Navy, pursuant to standards articulated in *Boyle*.

**A JURY TRIAL IS DEMANDED.**          Respectfully submitted,

Donald S. Meringer, Federal Bar #24408
David J. Quigg, Federal Bar #26401
Meringer, Zois & Quigg, LLC
320 North Charles Street
Baltimore, Maryland 21201
(443) 524-7978
(443) 524-7982 (fax)

*Attorneys for Defendant General Electric Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **14th** day of February, 2012, a copy of the foregoing Notice of Removal was served upon plaintiff's counsel and all defense counsel of record through the Court's CM/ECF system. Absent confirmation from the court that such electronic service has been made, service is being made upon plaintiff's counsel by first class mail, postage prepaid, addressed as follows, and upon all other known counsel of record at the addresses and in the manner set forth on the attached service list:

**Harry Goldman, Jr.**
**Skeen, Goldman, LLP**
**11 E. Lexington Street, 4th Floor**
**Baltimore, MD 21202**
**410-837-4222**

*Attorneys for Plaintiffs*

MERINGER, ZOIS & QUIGG, LLC

By: _____
David J. Quigg

*Attorneys for General Electric Company*

7

# SERVICE LIST

## CLAUDE A. HARPER v. ALLTITE GASKETS, et al.

To the extent not served pursuant to the Courts CM/ECF system, service of the foregoing pleading (without exhibits) is being made upon counsel for all parties by first class mail, addressed as follows.  Copies of all exhibits will be provided to any party upon request.

| Party | Counsel of Record |
|---|---|
| A.W. Chesterton | Keith R. Truffer, Esquire<br>Royston, Mueller, McLean & Reid, LLP<br>102 West Pennsylvania Avenue<br>Suite 600<br>Towson, Maryland 21204<br>(410) 823-1800 |
| Alltite Gasket Co., Inc. | Kathleen M. Wobber, Esquire<br>Parler & Wobber, LLP<br>406 E Joppa Road<br>Towson, Maryland 21286<br>(410) 832-1800 |
| Bayer CropScience Inc. | R. Thomas Radcliffe, Esquire<br>Laura M. Higgs, Esquire<br>DEHAY &ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>(410) 783-7225 |
| CBS Corporation f/k/a VIACOM, INC., successor by merger with CBS Corporation f/k/a Westinghouse Electric Corporation | Philip A. Kulinski, Esquire<br>Evert Weathersby Houff<br>SunTrust Bank Building<br>120 E. Baltimore Street, Suite 1300<br>Baltimore, MD  21202<br>(443) 573-8500 |
| CertainTeed Corporation | Laura A. Cellucci, Esquire<br>MILES & STOCKBRIDGE P.C.<br>10 Light Street<br>Baltimore, Maryland 21202-1487<br>(410) 727-6464 |

| | |
|---|---|
| Conwed Corporation | Jennifer M. Alexander, Esquire<br>Brassel Law Group, LLC<br>900 Bestgate Road, Suite 402<br>Annapolis, Maryland 21401<br>(443) 837-9800 |
| Cooper Industries, LLC, as Successor in Interest to Cooper Industries, Inc. and Crouse-Hinds Company | Thomas P. Bernier, Esquire<br>Segal McCambridge Singer & Mahoney, Ltd.<br>One North Charles Street, Suite 2500<br>Baltimore, MD  21201<br>(410) 779-3960 |
| Croker, Inc. | David F. Albright, Esq.<br>1122 Kenilworth Dr. Suite 500<br>Baltimore, MD 21204<br>(410) 823-5455 |
| DeLaval Inc. | R. Thomas Radcliffe, Esquire<br>Laura M. Higgs, Esquire<br>DEHAY &ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>(410) 783-7225 |
| E.L. Stebbing & Co., Inc. | Louis E. Grenzer, Jr., Esquire<br>Bodie, Dolina, Smith & Hobbs<br>21 West Susquehanna Avenue<br>Towson, Maryland 21204<br>(410) 823-1250 |
| Foster Wheeler Corporation | R. Thomas Radcliffe, Jr., Esquire<br>Laura M. Higgs, Esquire<br>DEHAY &ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>(410) 783-7225 |
| Georgia Pacific Corp. | Robin Silver, Esquire<br>MILES & STOCKBRIDGE P.C.<br>10 Light Street<br>Baltimore, Maryland 21202-1487<br>(410) 727-6464 |

9

| | |
|---|---|
| Goodyear Tire & Rubber Co. | M. King Hill, III, Esquire<br>Venable LLP<br>210 Allegheny Avenue<br>Towson, Maryland 21204<br>(410) 494-6200 |
| Greene Tweed & Co., Inc. | Thomas P. Bernier, Esquire<br>Segal McCambridge Singer & Mahoney, Ltd.<br>One North Charles Street, Suite 2500<br>Baltimore, MD  21201<br>(410) 779-3960 |
| H.B. Fuller Company | R. Thomas Radcliffe, Jr., Esquire<br>Laura M. Higgs, Esquire<br>DEHAY &ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>(410) 783-7225 |
| Hampshire Industries Inc. | David W. Allen, Esquire<br>Malcolm S. Brisker, Esquire<br>Goodell, DeVries, Leech & Dann, L.L.P.<br>One South Street, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 783-4000 |
| Honeywell International Inc. | Laura A. Cellucci, Esquire<br>MILES & STOCKBRIDGE P.C.<br>10 Light Street<br>Baltimore, Maryland 21202-1487<br>(410) 727-6464 |
| Hopeman Brothers, Inc. | David W. Allen, Esquire<br>Malcolm S. Brisker, Esquire<br>Goodell, DeVries, Leech & Dann, LLP<br>One South Street, 20th Floor<br>Baltimore, MD 21202<br>(410) 783-4000 |
| International Paper Company | Philip A. Kulinski, Esquire<br>Evert Weathersby Houff<br>SunTrust Bank Building<br>120 E. Baltimore Street, Suite 1300<br>Baltimore, MD  21202<br>(443) 573-8500 |

| | |
|---|---|
| John Crane, Inc. | Peter A. Woolson, Esquire<br>P.A. WOOLSON, P.A.<br>Redwood Tower, Suite 1600<br>217 East Redwood Street<br>Baltimore, MD 212020<br>(410) 625-0000 |
| Kaiser Gypsum Co. Inc. | Joel D. Newport, Esquire<br>Moore & Jackson, LLC<br>305 Washington Ave., Suite 401<br>Towson, Maryland 21204<br>(410) 583-5241 |
| Lofton Corporation | David W. Allen, Esquire<br>Michael A. Pichini, Esquire<br>Goodell, DeVries, Leech & Dann, L.L.P.<br>One South Street, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 783-4000 |
| MCIC, Inc. | Louis E. Grenzer, Jr., Esquire<br>Bodie, Dolina, Smith & Hobbs<br>21 West Susquehanna Avenue<br>Towson, Maryland 21204<br>(410) 823-1250 |
| Melrath Gasket Inc. | Jennifer M. Alexander, Esquire<br>Brassel Law Group, LLC<br>900 Bestgate Road, Suite 402<br>Annapolis, Maryland 21401<br>(443) 837-9800 |
| Metropolitan Life Insurance Company | Stephen A. Fennell, Esquire<br>Richard D. Albert, Esquire<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>(202) 429-3000 |
| ON Marine Services Co. | Jennifer M. Alexander, Esquire<br>Brassel Law Group, LLC<br>900 Bestgate Road, Suite 402<br>Annapolis, Maryland 21401<br>(443) 837-9800 |

| | |
|---|---|
| Owens Illinois Glass Co. | Steven A. Luxton, Esquire<br>Morgan Lewis<br>1111 Pennsylvania Ave., NW<br>Washington, DC 20004<br>(202) 739-5452 |
| Paramount Packing & Rubber, Inc. | Katherine S. Duyer, Esquire<br>GAVETT AND DATT, P.C.<br>15850 Crabbs Branch Way, Suite 180<br>Rockville, MD 20855-2622<br>(301) 948-1177 |
| Pfizer, Inc. | Patrick Smith, Esquire<br>DEHAY &ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>(410) 783-7225 |
| Phelps Packing & Rubber Co. | Kathleen M. Wobber, Esquire<br>Parler & Wobber, LLP<br>406 E Joppa Road<br>Towson, Maryland 21286<br>(410) 832-1800 |
| RPM Inc. | Edward C. Bacon, Esquire<br>Jeannie Pittillo Kauffman, Esquire<br>Bacon, Thornton, & Palmer LLP<br>6411 Ivy Lane, Suite 500<br>Greenbelt, MD 20770-1411<br>(301) 345-7001 |
| SCHNEIDER ELECTRIC USA, INC.<br>f/k/a SQUARE D COMPANY | Neil J. MacDonald, Esquire<br>MACDONALD LAW GROUP, LLC<br>11720 Beltsville Drive<br>Suite 550<br>Beltsville, Maryland 20705<br>(301) 572-0741 |
| Selby Battersby & Co. | Laura A. Cellucci, Esquire<br>MILES & STOCKBRIDGE P.C.<br>10 Light Street<br>Baltimore, Maryland 21202-1487<br>(410) 727-6464 |

| | |
|---|---|
| Union Carbide Corporation | R. Thomas Radcliffe, Jr., Esquire<br>Laura M. Higgs, Esquire<br>DEHAY &ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>(410) 783-7225 |
| Uniroyal Inc. | John S. Cobb, Esquire<br>North & Cobb, P.A.<br>7313 York Road<br>Towson, Maryland 21204<br>(410) 825-1472 |
| Wallace & Gale Asbestos Settlement Trust | Theodore F. Roberts, Esquire<br>Venable, LLP<br>210 W. Pennsylvania Avenue<br>Suite 500<br>Towson, Maryland  21204<br>(410) 494-6200 |
| Warren Pumps, LLC | David W. Allen, Esquire<br>Malcolm S. Brisker, Esquire<br>Goodell, DeVries, Leech & Dann, L.L.P.<br>One South Street, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 783-4000 |
| Wayne Manufacturing Corporation | David W. Allen, Esquire<br>Malcolm S. Brisker, Esquire<br>Goodell, DeVries, Leech & Dann, L.L.P.<br>One South Street, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 783-4000 |

| | | |
|---|---|---|
| CLAUDE A. HARPER | * | IN THE |
| 714 Reservoir Street | | |
| Baltimore, MD 21217 | * | CIRCUIT COURT |
| | | |
|     Plaintiff | * | FOR |
| | | |
| v. | * | BALTIMORE CITY |
| | | |
| ALLTITE GASKETS | * | |
| Serve On: | | |
| Resident Agent | * | CT-5 SHIPYARD CASES |
| 323 William Street | | |
| South River, NJ 08882 | * | COMPLAINT |
| | | |
| and | * | DEMAND FOR JURY TRIAL |
| | | |
| ANCHOR PACKING COMPANY | * | CASE NO.: 24x11000002 |
| Serve On: | | |
| Corporate Trust Center | * | |
| 1209 North Orange Street | | |
| Wilmington, DE 19801 | * | |
| | | |
| and | * | |
| | | |
| A.W. CHESTERTON COMPANY | * | |
| Middlesex Industrial Park | | |
| Stoneham, MA 02180 | * | |
| Serve on: | | |
| Gail Constantine | * | |
| P.O. Box 4004 | | |
| Woburn, MA 01888-4004 | * | |
| | | |
| and | * | |
| | | |
| BAYER CROPSCIENCE, INC. | * | |
| (Individually and as Successor In Interest | | |
| to Benjamin Foster Co., Amchem Products, Inc. | * | |
| H.B. Fuller Co., Aventis CropScience USA, Inc. | | |
| Rhone-Poulenc AG Company, Inc. | * | |
| Rhone-Poulenc, Inc. and Rhodia, Inc. | | |
| 600 Madison Avenue | * | |
| New York, NY 10022 | | |
| Serve On: | * | |
| CSC Lawyers Inc. Service Co. | | |
| 7 St. Paul Street, Suite 1660 | * | |
| Baltimore, MD 21202 | | |

and                                                    *

BONDEX INTERNATIONAL, INC.                            *
100 Chesterfield Business Parkway, Suite 200
Chesterfield, MO 63005                                *
Serve On:
President/Resident Agent                              *
Bondex International, Inc.
100 Chesterfield Business Parkway, Suite 200          *
Chesterfield, MO 63005
                                                       *
and
                                                       *
CBS CORPORATION f/k/a
WESTINGHOUSE                                           *
Westinghouse Building
Gateway Center                                         *
Pittsburgh, PA 15222
Serve On:                                              *
CSC Lawyers Inc. Service Co.
7 St. Paul Street, Suite 1660                          *
Baltimore, MD 21202
                                                       *
and
                                                       *
CERTAINTEED CORPORATION
Individually and as Successor to                       *
Bestwall Gypsum Co.
750 E. Swedesford Road                                 *
Valley Forge, PA 19482
Serve On:                                              *
The Corporation Trust
300 East Lombard Street                                *
Baltimore, MD 21202
                                                       *
and
                                                       *
CONWED CORPORATION
332 Minnesota Street                                   *
St. Paul, MN 55101
 Serve On:                                             *
The Corporation Trust Company
Corporation Trust Center                               *

2

1209 Orange Street
Wilmington, DE 19801                                    *

and                                                    *

COOPER INDUSTRIES, INC.                                *
(Individually and as Successors in Interest to
Crouse Hinds Co.)                                      *
2700 Two Houston Center
Houston, Texas 77002                                   *
Serve On:
The Corporation Trust, Inc.                            *
351 West Camden Street, 6th Floor
Baltimore, MD 21201                                    *

and                                                    *

CROKER & STALLINGS, INC                                *

and                                                    *

DeLAVAL, INC.                                          *
11100 North Congress Avenue
Kansas City, MO 64153

and

DURABLA MANUFACTURING COMPANY
821 Lancaster Avenue
Strafford-Wayne, PA 19087
Serve On:
William F. Mueller, Esquire
Clemente, Mueller & Tobia, P.A.
218 Ridgedale Avenue
P.O. Box 1296
Morristown, NJ 07962-1296

and

E. L. STEBBING & COMPANY, INC.
1600 Clough Street
Baltimore, MD 21213
Serve On:
John J. Nagle, III

3

Bodie, Nagle, Dolina, Smith & Hobbs, P.A.
21 W. Susquehanna Ave.
Towson, MD 21204

and

FLINTKOTE COMPANY
Serve On:
The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

and

FOSTER WHEELER CORPORATION
110 S. Orange Avenue
Livingston, NJ 07039
Serve On:
President
Perryville Corporate Park
Clinton, NJ 08809-4000

and

FOSTER WHEELER ENERGY CORPORATION
Serve On:
President
53 Frontage Road
Clinton, NJ 08809-4000

and

GENERAL ELECTRIC COMPANY
1 River Road
Schenectady, NY
Serve On:
Resident Agent:
The Corporation Trust
351 West Camden Street, 6th Floor
Baltimore, MD 21201

and

GEORGIA PACIFIC, INC.

4

and

THE GOODYEAR TIRE & RUBBER CO.
1144 E. Market Street
Akron, OH 44316
Serve On:
The Corporation Trust, Inc.
351 West Camden Street, 6th Floor
Baltimore, MD 21201

and

GREEN, TWEED & CO.
(Individually and as Successor in Interest
to PALMETTO, INC.)
2075 Detwiler Road
Kulpsville, PA 19443
Serve On:
President and/or Resident Agent
Green, Tweed & Co.
2075 Detwiler Road
Kulpsville, PA 19443

and

HAMPSHIRE INDUSTRIES, INC.
f/k/a JOHN H. HAMPSHIRE CO.
320 West 24th Street
Baltimore, MD 21211
Serve On:
Resident Agent
Charles E. Fry, Jr.
Secretary/Treasurer
320 West 24th Street
Baltimore, MD 21211

and

H.B. FULLER COMPANY
f/k/a AMCHEM PRODUCTS, INC.
f/k/a Benjamin Foster
1200 Willow Lake Boulevard
P.O. Box 64683

5

St. Paul, Minnesota 55164-0683
Serve On:
c/o C.T. Corporation System
1515 Market Street
Philadelphia, PA 19109

and

HONEYWELL INTERNATIONAL, INC.
f/k/a ALLIED SIGNAL, INC.
Successor in Interest to the
BENDIX CORPORATION
Serve on:
The Corporation Service Co.
2711 Centerville Road
Suite 400
Wilmington, DE 19808

and

HOPEMAN BROTHERS, INC.
P.O. Box 820
Waynesboro, VA 22980
Serve On:
President
P.O. Box 820
Waynesboro, VA22980

and

INTERNATIONAL PAPER COMPANY
(Individually and as Successor to in Interest to
CHAMPION INTERNATIONAL CORPORATION
and U.S. PLYWOOD CORP.)
Stamford, Connecticut
Serve On:
The Corporation Trust, Inc.
351 West Camden Street, 6th Floor
Baltimore, MD 21201

and

J. E. STEIGERWALD COMPANY., INC.
Serve On:

6

J. Edgar Steigerwald, Jr.
3 Glenluce Court
Towson, MD 21204

and

JOHN CRANE-HOUDAILLE, INC.
f/k/a CRANE PACKING COMPANY
Morton Grove, IL 60053
Serve On:
President
John Crane-Houdaille, Inc.
6400 Oakton Street
Morton Grove, IL 60053

and

KAISER GYPSUM COMPANY, INC.
Kaiser Building
300 Lakeside Drive
Oakland, CA 94612
Serve On:
300 East John Carpenter FWY
Irving, TX 75062

and

LOFTON CORPORATION
(As Successor-in-Interest to
Wayne Manufacturing Corporation
and Hopeman Manufacturing Corpor ation)
Route 666
P.O. Box 478
Greenville, Virginia 24440
Serve On:
Resident Agent
Commonwealth Legal Services Corporation
4701 Cox Road
Suite 301
Greenville, VA 23060

and

MCIC f/k/a

7

McCORMICK ASBESTOS CO.
3624 Woodland Avenue
Baltimore, MD 21215
Serve On:
Robert I. McCormick
Resident Agent
11424 Crownhill Drive
Owings Mills, MD 21117

and

MELRATH GASKET, INC.
Serve On: 2901 W. Hunting Park Avenue
Philadelphia, PA 19129
Serve On:
Gavett & Datt, P.A.
15850 Crabbs Branch Way, Suite 180
Rockville, MD 20855

and

METROPOLITAN LIFE INSURANCE CO.
1 Madison Avenue
Manhattan, NY 10010
Serve On:
Teresa Wynn Roseborough
Metropolitan Life Insurance Co.
1 Metlife Plaza – Legal Department
27-01 Queens Plaza North – 6th Floor
Long Island City, NY 11101

and

ON MARINE SERVICES COMPANY,
formerly OGLEBAY NORTON COMPANY
1100 Superior Avenue
Cleveland, OH 44114
Serve On:
National Registered Agents, Inc.
145 Baker Street
Marion, OH 43302

and

8

OWENS-ILLINOIS GLASS CO.,
f/k/a OWENS-ILLINOIS, INC.
P.O. Box 1035
Toledo, OH 43604
Serve On:
Owens-Illinois, Inc.-Legal Dept.
One Michael Owens Way
Perrysburg, OH 43351-2999

and

PARAMOUNT PACKING & RUBBER CO.
Serve On:
Gavett & Datt, P.A.
15850 Crabbs Branch Way, Suite 180
Rockville, MD 20855

and

PFIZER CORPORATION
235 East 42nd Street
New York, NY 10017
Serve On:
President
235 East 42nd Street
New York, NY 10017

and

PHELPS PACKING & RUBBER CO.
Serve On:
Charles Phelps
Phelps Industrial
6301 Washington Boulevard
Elkridge, MD 21075

and

RPM, INC., (Individually and as Successor in
Interest to and/or alter ego of The Reardon
Company and Bondex International)
Serve On:
Prentice-Hall Corporation
50 West Broad Street

9

Suite 1800
Columbus, OH 43215

and

SELBY, BATTERSBY & COMPANY
a/k/a QUAKER CHEMICAL CORPORATION
5235 Whitby Avenue
Philadelphia, PA
Serve On:
Francis McGill Hadden, Esquire
Hecker Brown Sherry and Johnson
1700 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

and

SQUARE D COMPANY
1415 S. Roselle Road
Palatine, IL 60067
Serve On:
The Corporation Trust, Inc.
351 West Camden Street, 6th Floor
Baltimore, MD 21201

and

UNIROYAL, INCORPORATED
Serve On:
President/CEO
70 Great Hill Road
Naugatuck, CT 06770

and

UNION CARBIDE CORPORATION
30 East 42nd Street
New York, NY 10017
Serve On:
The Corporation Trust, Inc.
351 West Camden Street, 6th Floor
Baltimore, MD 21201

10

and

UNIVERSAL REFRACTORIES COMPANY
P.O. Box 97
Wampum, PA 16151
Serve On:
Jill M. Blundon, Esq.
c/o Three Rivers Management, Inc.
One Oxford Centre, Suite 3000
Pittsburgh, PA 15219

and

WALLACE & GALE ASBESTOS
SETTLEMENT TRUST
Successor to the Wallace & Gale Company
Serve On:
Theodore F. Roberts, Esq.
Venable, LLP
210 W. Pennsylvania Avenue, Suite 500
Towson, MD 21204

and

WARREN PUMPS, INC.
Serve on:
The Corporation Service Co.
2711 Centerville Road
Suite 400
Wilmington, DE 19808

and

WAYNE MANUFACTURING
CORPORATION
P.O. Box 820
Waynesboro, VA 22980
Serve On:
Henry W. Hopeman
Former President and Director
2840 Reynolds Drive
Winston Salem, NC 27104-1904

and

11

WORTHINGTON PUMP INC.
f/k/a DRESSER PUMP DIVISION
150 Allen Road, Suite 102
Allen Center
Liberty Corner, NJ 07938
Serve On:
CSC Lawyers Inc. Service Co.
7 St. Paul Street, Suite 1660
Baltimore, MD 21202

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

## COMPLAINT AND DEMAND FOR JURY TRIAL

Claude A. Harper, by his attorneys, Harry Goldman, Jr. and Robert G. Skeen, Skeen,

Goldman, L.L.P., sue the Defendants named in the caption herein and hereby adopts and

incorporates by reference the causes of action, allegations and respective paragraphs set forth in

the First Amended Master Complaint and Demand for Jury Trial, CT-5 Shipyard Cases as

follows:

As to Plaintiff CLAUDE A. HARPER:

1. Caption - Pages Nos. 1 through 6 inclusive;

1(a) And in addition, Alltite Gaskets, Anchor Packing Company, A.W. Chesterton

Company, Bayer Cropscience, Inc., Bondex International, Inc., CBS Corporation f/k/a

Westinghouse, Certainteed Corporation, Conwed Corporation, Cooper Industries, Inc., Croker &

Stallings, Inc., DeLaval, Inc., Durabla Manufacturing Company, E. L. Stebbing & Company,

Inc., Flintkote Company, Foster Wheeler Corporation, Foster Wheeler Energy Corporation,

General Electric Company, Georgia Pacific, Inc., Goodyear Tire & Rubber Co., Green, Tweed &

Co., Hampshire Industries, Inc. f/k/a John H. Hampshire Co., H. B. Fuller Company f/k/a

Amchem Products, Inc. f/k/a Benjamin Foster, Honeywell International, Inc. f/k/a Allied Signal,

12

Inc., Hopeman Brothers, Inc., International Paper Company, J. E. Steigerwald Company, Inc., John Crane-Houdaille, Inc. f/k/a Crane Packing Company, Kaiser Gypsum Company, Inc., Lofton Corporation, MCIC f/k/a McCormick Asbestos Co., Melrath Gasket, Inc., Metropolitan Life Insurance Co., On Marine Services Company, Owens-Illinois Glass Co. f/k/a Owens-Illinois, Inc., Paramount Packing & Rubber Co., Pfizer Corporation, Phelps Packing & Rubber Co., RPM, Inc., Selby, Battersby & Company a/k/a Quaker Chemical Corporation, Square D Company, Uniroyal, Incorporated, Union Carbide Corporation, Universal Refractories Company, Wallace & Gale Asbestos Settlement Trust, Warren Pumps, Inc., Wayne Manufacturing Corporation and Worthington Pump Inc., f/ka/a Dresser Pump Division. As to these defendants, all allegations against the asbestos manufacturer, distributer and supplier and installer defendants in the previously filed complaints are incorporated herein by reference.

2. <u>Parties Plaintiff And Defendant</u> - Paragraphs Nos. 1 through 6.

2(a)   Plaintiff repeats, realleges and incorporates by reference herein paragraphs 1, 1(a) hereinabove.

3. <u>Count I - Negligence</u> - Paragraph Nos. 7 through 17 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

4. <u>Count II - Breach of Warranty</u> - Paragraph Nos. 18 through 21 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

13

5. Count III - Product Defect/Strict Liability - Paragraph Nos. 22 through 25 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

6. Count IV - Tortious Civil Conspiracy - Paragraph Nos. 26 through 88 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

7. Count V - Fraudulent Concealment - Paragraph Nos. 89 through 93 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

8. Count VI - A First Claim by Plaintiff Claude Harper for Personal Injuries and Damages - Paragraph Nos. 94 and 96 through 99 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

9. Count VI - Paragraph No. 95 is adopted with the following modification:

Plaintiff was employed at Key Highway Shipyard from 1966 to 1968 and from 1970 to 1972 as a welder at Eastern Stainless Steel Co. (Eastmet), from 1975 to 1993 and from 1993 to 1998 in construction as a day welder.

14

10. <u>Count VII</u> - Paragraph No. 101 is adopted with the following modification: Plaintiff was employed at Key Highway Shipyard from 1966 to 1968 and from 1970 to 1972 as a welder at Eastern Stainless Steel Co. (Eastmet), from 1975 to 1993 and from 1993 to 1998 in construction as a day welder.

11. <u>Count VII</u> - paragraph Nos. 101 and 103 are adopted with the following modification: Plaintiff Claude Harper was diagnosed with lung cancer on June 20, 2010.

WHEREFORE, Plaintiff demands judgment in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements.

<u>/s/ Harry Goldman</u>
Harry Goldman, Jr.


<u>/s/ Robert G. Skeen</u>
Robert G. Skeen
Skeen, Goldman, L.L.P.
11 E. Lexington Street, 4th Floor
Baltimore, MD 21202
(410) 837-4222
Attorneys for Plaintiff


### DEMAND FOR JURY TRIAL

Plaintiff elects and prays to have this case tried by a jury.


<u>/s/ Harry Goldman, Jr.</u>
Harry Goldman, Jr.


15

## ADDITIONAL INFORMATION

## CLAUDE A. HARPER

Pursuant to Pre-Trial Order No. 3, Circuit Court for Baltimore City, Paragraph 3(G) the following information or enclosures are provided:

(I) disease diagnosed: asbestos-related diseases, including asbestosis and lung cancer.

(ii) Plaintiff was diagnosed with lung cancer on June 20, 2010.

(iii) Plaintiff's partial social security printout is attached.

/s/ Harry Goldman, Jr.
Harry Goldman, Jr.
Skeen, Goldman, L.L.P.
11 E. Lexington Street, 4th Floor
Baltimore, MD 21202
(410) 837-4222
Attorneys for Plaintiffs

16

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS        JOB:
VERSION 1984.002 * * *     FOR SSN         9458        * * *
```

```
FROM:   SOCIAL SECURITY ADMINISTRATION
        OFFICE OF CENTRAL RECORDS OPERATIONS
        BALTIMORE, MARYLAND  21235-0000
```

```
LEEANNE  BOYD                         NUMBER HOLDER NAME:
                                      CLAUDE   HARPER
301 N CHARLES ST
```

BALTIMORE                MD   21201

PERIOD REQUESTED    JANUARY 1964  THRU  DECEMBER 1984

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT. - DEC | | TOTAL |
|------|-------------|--------------|-------------|------------|---|-------|

```
EMPLOYER NUMBER:  69-0520174
CENTRAL PAYROLL BUREAU 1
PAYROLL DIRECTOR
CITY HALL
BALTIMORE  MD 21201-0000
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT. - DEC | | TOTAL |
|------|-------------|--------------|-------------|------------|---|-------|
| 1965 | | | | 112.50 | $ | 112.50 |
| 1971 | | | 255.00 | | $ | 255.00 |

```
EMPLOYER NUMBER:  24-0526133
BETHLEHEM STEEL CORP
1170 8TH AVE ROOM 1439
BETHLEHEM  PA 18016-7600
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT. - DEC | | TOTAL |
|------|-------------|--------------|-------------|------------|---|-------|
| 1966 | | 719.93 | 1,434.41 | 1,324.77 | $ | 3,479.11 |
| 1967 | 1,324.27 | 708.62 | | | $ | 2,032.89 |
| 1968 | | | | 40.66 | $ | 40.66 |
| 1970 | 355.88 | 1,339.94 | 1,865.56 | 827.98 | $ | 4,389.36 |
| 1971 | 1,508.97 | 1,949.52 | 1,856.05 | 1,441.64 | $ | 6,756.18 |
| 1972 | 1,635.03 | 1,830.46 | 2,040.14 | 54.75 | $ | 5,560.38 |
| 1973 | | | 1,205.20 | | $ | 1,205.20 |

PAGE 001

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS         JOB:
VERSION 1984.002 * * *     FOR SSN        -9458       * * *
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|-------------|-------------|-----------|---|-------|

```
EMPLOYER NUMBER:  35-9990000
DEPT OF THE ARMY-ACTIVE COMPONENT
DFAS-IN-FJC
8899 E 56TH ST
INDIANAPOLIS  IN 46249-3908
```

| 1967 |        | 45.30    | 367.35   | 318.60 | $ | 731.25   |
| 1968 | 344.85 | 386.10   | 413.10   | 617.85 | $ | 1,761.90 |
| 1969 | 570.60 | 693.00   | 941.40   | 941.40 | $ | 3,146.40 |
| 1970 | 292.88 |          |          |        | $ | 292.88   |

```
EMPLOYER NUMBER:  52-0548895
AMPAT SOUTHERN CORP
6740 BAYMEADOW DR
GLEN BURNIE MD 21061-6412
```

| 1972 |          |          |  | 2,512.13 | $ | 2,512.13 |
| 1973 | 2,678.85 | 1,632.16 |  | 2,627.24 | $ | 6,938.25 |
| 1974 | 2,367.08 |          |  |          | $ | 2,367.08 |

```
EMPLOYER NUMBER:  53-0185658
BLAKE CONSTRUCTION CO INC
1120 CONNECTICUT AVE NW SUITE 1200
WASHINGTON  DC 20036-3998
```

| 1973 |  |  | 965.70 | 965.70 | $ | 1,931.40 |

```
EMPLOYER NUMBER:  25-0760420
H H ROBERTSON CO
TWO GATEWAY CENTER
PITTSBURGH  PA 15222-1402
```

| 1974 |  | 3,584.95 | 3,363.31 |  | $ | 6,948.26 |

```
                         PAGE 002
```

```
SSA-1826                ITEMIZED STATEMENT OF EARNINGS        JOB:
VERSION 1984.002 * * *      FOR            -9458      * * * .
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|

```
EMPLOYER NUMBER:  52-0959037
EASTMET CORP
PIPER & MARBURY
% DONNA F TRISCOLI ESQ
515 FAIRMOUNT AVE SUITE 800
TOWSON  MD 21204-5466
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1975 | 1,911.59 | 3,988.88 | 5,171.74 | 3,027.79 | $ 14,100.00 |
| 1976 | 4,718.42 | 4,735.26 | 5,846.32 |  | $ 15,300.00 |
| 1977 | 4,195.76 | 4,792.18 | 6,423.90 | 1,088.16 | $ 16,500.00 |
| 1978 | - | - | - | - | $ 17,700.00 |
| 1979 | - | - | - | - | $ 22,900.00 |
| 1980 | - | - | - | - | $ 25,900.00 |
| 1981 | - | - | - | - | $ 29,700.00 |
| 1982 | - | - | - | - | $ 30,129.46 |
| 1983 | - | - | - | - | $ 29,252.17 |
| 1984 | - | - | - | - | $ 37,800.00 |

```
EMPLOYER NUMBER:  06-6033492
AETNA LIFE INSURANCE COMPANY
WATERLOO PLACE APARTMENTS
151 FARMINGTON AVE RS 11
HARTFORD  CT 06156-0001
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1983 | - | - | - | - | $ 1,714.27 |

THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS SOCIAL SECURITY
NUMBER FOR THE PERIOD(S) REQUESTED.

EARNINGS FOR THE YEARS AFTER   1997 MAY NOT BE SHOWN, OR ONLY
PARTIALLY SHOWN, BECAUSE THEY MAY NOT YET BE ON OUR RECORDS.

PAGE 003 END



$6.490
US POSTAGE
FIRST-CLASS
FROM 21217
JAN 13 2011
stamps.com

062S0005970148

GENERAL ELECTRIC COMP
The Corporation Trust, Inc.
351 W Camden St, FL 6
Baltimore MD 21201-2473



CERTIFIED MAIL

stamps.com