ASB

# U.S. District Court
## District of Maryland (Baltimore)
## CIVIL DOCKET FOR CASE #: 1:12-cv-00461-BEL

Covington et al v. Owens-Illinois Glass Co. et al        Date Filed: 02/14/2012
Assigned to: Judge Benson Everett Legg                   Jury Demand: Plaintiff
Case in other court: Circuit Court for Baltimore City,   Nature of Suit: 368 P.I. : Asbestos
                24x08000451                       Jurisdiction: Federal Question
Cause: 28:1442 Notice of Removal

**Plaintiff**

**Lisa Covington**                    represented by   **Robert G Skeen**
*as Personal Representative of the*                    Skeen Goldman LLP
*Estate of Otis Garnes, Deceased*                      11 E Lexington St Fourth Fl
                                                       Baltimore, MD 21202
                                                       14108374222
                                                       Fax: 14106968026
                                                       Email: robertskeen@comcast.net
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Otis Garnes**                       represented by   **Robert G Skeen**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joyce Garnes**                      represented by   **Robert G Skeen**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marvin Garnes**                     represented by   **Robert G Skeen**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arnetta Hudson**                    represented by   **Robert G Skeen**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Delorse Alcindor**                              represented by   **Robert G Skeen**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Edwards**                                represented by   **Robert G Skeen**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marquise Garnes**                              represented by   **Robert G Skeen**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Owens-Illinois Glass Co.**
*formerly known as*
Owens-Illinois, Inc.

**Defendant**

**Durabla Manufacturing Company**

**Defendant**

**Universal Refractories Company**

**Defendant**

**Selby, Battersby & Company**                   represented by   **Matthew R Schroll**
                                                                  Miles and Stockbridge PC
                                                                  10 Light St
                                                                  Baltimore, MD 21202
                                                                  14107276464
                                                                  Fax: 14103853700
                                                                  Email: mschroll@milesstockbridge.com

                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**A.W. Chesterton Company**

**Defendant**

**CBS Corporation**
*formerly known as*
Westinghouse and B.F. Sturtevant

**Defendant**

**Premier Refractories**
*formerly known as*
J.H. France Refractories Co.

**Defendant**

**The Goodyear Tire & Rubber Co**                    represented by   **Jessica B Boston**
                                                                       Venable LLP
                                                                       210 W Pennsylvania Ave Ste 500
                                                                       Towson, MD 21204
                                                                       14104946200
                                                                       Fax: 14108210147
                                                                       Email: jbboston@venable.com
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Theodore F Roberts**
                                                                       Venable LLP
                                                                       210 W Pennsylvania Ave Ste 500
                                                                       Towson, MD 21285
                                                                       14104946200
                                                                       Fax: 14108210147
                                                                       Email: tfroberts@venable.com
                                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**MCIC, Inc.**
*Its Remaining Director Trustees, Robert
I. McCormick, Elizabeth McCormick
and Patricia Schunk*

**Defendant**

**RHI Refractories America**
*formerly known as*
RHI AG

**Defendant**

**Metropolitan Life Insurance Co.**

**Defendant**

**Metropolitan Life Insurance Co.**

**Defendant**

**General Electric Company**                         represented by   **David J Quigg**
                                                                       Meringer Zois and Quigg LLC
                                                                       320 N Charles St
                                                                       Baltimore, MD 21201
                                                                       14435247978
                                                                       Fax: 14435247982
                                                                       Email: dquigg@meringerlaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**H.B. Fuller Company**
*formerly known as*
Amchem Products, Inc.
*formerly known as*
Benjamin Foster

**Defendant**

**International Paper Corporation**
*formerly known as*
Champion International Corporation
*formerly known as*
U.S. Plywood Corp. & Champion
Papers, Inc.

**Defendant**

**Cooper Industries, Inc.**
*Individually and as Successors in*
*Interest to Crouse Hinds Co.*

**Defendant**

**Union Carbide Corporation**        represented by  **R Thomas Radcliffe , Jr**
                                                     Dehay and Elliston LLP
                                                     36 S Charles St 13th Fl
                                                     Baltimore, MD 21201
                                                     14107837225
                                                     Fax: 14107837221
                                                     Email: rtr@dehay.com
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Ferro Engineering**                represented by  **Jennifer M. Alexander**
*Division of Oglebay Norton Co.*                     Brassel Law Group LLC
                                                     900 Bestgate Rd Ste 402
                                                     Annapolis, MD 21401
                                                     14438379800
                                                     Fax: 14438379801
                                                     Email: jalexander@brassellaw.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jason A. Steinhardt**
                                                     The Brassel Law Group LLC
                                                     900 Bestgate Rd Ste 402
                                                     Annapolis, MD 21401
                                                     14438379800
                                                     Fax: 14438379801

Email: jsteinhardt@brassellaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Foseco, Inc.**                                    represented by    **Matthew R Schroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Garlock Sealing Technologies LLC**

**Defendant**

**Square D Company**
*Individually and as Successor in*
*Interest to Electric Controller and*
*Manufacturing Co.*

**Defendant**

**Green, Tweed & Co.**
*Individually and as Successor in*
*Interest to Palmetto Inc.*

**Defendant**

**Wallace & Gale Asbestos Settlement**        represented by    **Jessica B Boston**
**Trust**                                                    (See above for address)
*Successor to the Wallace & Gale*                             *ATTORNEY TO BE NOTICED*
*Company*
                                                             **Theodore F Roberts**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**E.L. Stebbing & Co. Inc.**

**Defendant**

**Hampshire Industries, Inc.**
*formerly known as*
John H. Hampshire Co.

**Defendant**

**Certainteed Corporation**                    represented by    **Matthew R Schroll**
*Individually and as Successor to*                            (See above for address)
*Bestwall Gypsum Co.*                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Kaiser Gypsum Company, Inc.**

**Defendant**

**Bayer Cropscience, Inc.**                     represented by    **R Thomas Radcliffe , Jr**

*Individually and as Successor In*                          (See above for address)
*Interest to Benjamin Foster Co.,*                          *ATTORNEY TO BE NOTICED*
*Amchem Products, Inc. H.B. Fuller Co.,*
*Aventis Cropscience USA, Inc., Rhone-*
*Poulenc AG Company, Inc., Rhone-*
*Poulenc, Inc. and Rhodia, Inc.*

**Defendant**

**Pfizer Corporation**                     represented by   **Patrick C Smith**
                                                            Dehay and Elliston LLP
                                                            36 S Charles St Ste 1300
                                                            Baltimore, MD 21201
                                                            14107837225
                                                            Fax: 14107837221
                                                            Email: psmith@dehay.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**General Refractories Company**

**Defendant**

**Koppers Company, Inc.**

**Defendant**

**Honeywell International Inc.**          represented by   **Michael L Haslup**
*Successor to Bendix Corporation*                          Miles and Stockbridge PC
*formerly known as*                                        10 Light St
Allied Signal Inc.                                         Baltimore, MD 21202
                                                           14103853421
                                                           Fax: 14103853700
                                                           Email: mhaslup@milesstockbridge.com

                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Ditch Bowers & Taylor, Inc.**

**Defendant**

**TPC Corp.**
*Individually and as Successor in*
*Interest to Wareheim Air Brakes*

**Defendant**

**Wareheim Air Brakes, Inc.**

**Defendant**

**Westinghouse Air Brake**
**Technologies Corporation**

**Defendant**

**Pneumo-Abex Corporation**
*Successor in Interest to Abex*
*Corporation*

represented by  **R Thomas Radcliffe , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**GL&V Dorr-Oliver Incorporated**
*Individually and/or as Successors in*
*Interest to Keeler Boiler Works and*
*Dorr-Oliver Boiler Co.*

**Defendant**

**American Standard, Inc.**
*Individually and as Succesor in Interest*
*to Kewanee Boiler Manufacturing Co.,*
*Westinghouse Air Brake Company and*
*Union Switch & Signal*

represented by  **Jessica B Boston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theodore F Roberts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crane Co.**
*Individually and as Successor-in-*
*Interest to Chapman Valve Co., Deming*
*Pumps, Cochrane Corp., Cochrane,*
*Inc., Crane Pumps and Pacific Steel*
*Boiler Co.*

**Defendant**

**Georgia Pacific Corporation**

represented by  **Matthew R Schroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Uniroyal, Inc.**

**Defendant**

**Amchem Products, Inc.**

**Defendant**

**Anchor Packing Company**

**Defendant**

**Allite Gaskets**

**Defendant**

**Flexitallic Gasket Co., Inc.**

**Defendant**

**Melrath Gasket, Inc.**

<u>Defendant</u>

**Paramount Packing & Rubber Co.**

<u>Defendant</u>

**Phelps Packing & Rubber Co.**

<u>Defendant</u>

**Worthington Pump Inc.**
*formerly known as*
Dresser Pump Division

<u>Defendant</u>

**Wayne Manufacturing Corporation**

<u>Defendant</u>

**Dana Corporation**                     represented by  **R Thomas Radcliffe , Jr**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Babcock and Wilcox Company**

<u>Defendant</u>

**Croker, Incorporated**

<u>Defendant</u>

**National Gypsum Company**

<u>Defendant</u>

**Quigley Company, Inc.**
*a Subsidiary of Pfizer, Inc.*

<u>Defendant</u>

**Warren Pumps, Inc.**

<u>Defendant</u>

**Alfa Laval, Inc.**                      represented by  **R Thomas Radcliffe , Jr**
*Individually and as Successor-in-*                       (See above for address)
*Interest to Sharples, Inc., Alfa Laval*                  *ATTORNEY TO BE NOTICED*
*Separation, Inc. and DeLaval Separator*
*Co.*

<u>Defendant</u>

**Allis Chalmers**

<u>Defendant</u>

**Dresser-Rand Co.**                      represented by  **Jessica B Boston**

*Individually and as Parent Corporation*                    (See above for address)
*and Successor-in-Interest to Terry*                         *ATTORNEY TO BE NOTICED*
*Steam Turbines*
*formerly known as*                                          **Theodore F Roberts**
Terry Turbines                                               (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**FMC Corporation**                         represented by   **R Thomas Radcliffe , Jr**
*individually and Successor-in-Interest*                     (See above for address)
*to Peerless Pumps and Stearns Electric*                     *ATTORNEY TO BE NOTICED*
*Co.*

**Defendant**

**I.M.O. Industries, Inc.**
*Individually and as Successor-in-*
*Interest to DeLaval Turbine, Inc. and*
*Warren Pumps, Inc.*
*formerly known as*
DeLaval Turbine, Inc.
*formerly known as*
Delaval, Inc.
*formerly known as*
IMP Delaval, Inc.

**Defendant**

**McGraw Edison Company**
*Individually and as Successor-in-*
*Interest to Worthington Pumps,*
*Worthington Pumps, Inc. and*
*Turbodyne Corp.*

**Defendant**

**Foster Wheeler LLC**                      represented by   **R Thomas Radcliffe , Jr**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Foster Wheeler Energy Corporation**      represented by   **R Thomas Radcliffe , Jr**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**John Crane Inc.**                         represented by   **Peter Allan Woolson**
                                                             P A Woolson PA
                                                             217 E Redwood St Ste 1600
                                                             Baltimore, MD 21202
                                                             14106250000
                                                             Fax: 14106250201
                                                             Email: pwoolson@pawoolson.com

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2012 | 🌐 1 | NOTICE OF REMOVAL from Circuit Court for Baltimore City, case number 24x08000451 filed by General Electric Company. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibits C,D & E ) ( Filing fee $ 350 receipt number 14637057376)(Exhibits C,D & E Filed Separately in Paper Format) (bmhs, Deputy Clerk) (Entered: 02/15/2012) |
| 02/14/2012 | 🌐 2 | COMPLAINT against A.W. Chesterton Company, Alfa Laval, Inc., Allis Chalmers, Allite Gaskets, Amchem Products, Inc., American Standard, Inc., Anchor Packing Company, Babcock and Wilcox Company, Bayer Cropscience, Inc., CBS Corporation, Certainteed Corporation, Cooper Industries, Inc., Crane Co., Croker, Incorporated, Dana Corporation, Ditch Bowers & Taylor, Inc., Dresser-Rand Co., Durabla Manufacturing Company, E.L. Stebbing & Co. Inc., FMC Corporation, Ferro Engineering, Flexitallic Gasket Co., Inc., Foseco, Inc., GL&V Dorr-Oliver Incorporated, Garlock Sealing Technologies LLC, General Electric Company, General Refractories Company, Georgia Pacific Corporation, Green, Tweed & Co., H.B. Fuller Company, Hampshire Industries, Inc., Honeywell International Inc., I.M.O. Industries, Inc., International Paper Corporation, Kaiser Gypsum Company, Inc., Koppers Company, Inc., MCIC, Inc., McGraw Edison Company, Melrath Gasket, Inc., Metropolitan Life Insurance Co., National Gypsum Company, Owens-Illinois Glass Co., Paramount Packing & Rubber Co., Pfizer Corporation, Phelps Packing & Rubber Co., Pneumo-Abex Corporation, Premier Refractories, Quigley Company, Inc., RHI Refractories America, Selby, Battersby & Company, Square D Company, TPC Corp., The Goodyear Tire & Rubber Co, Union Carbide Corporation, Uniroyal, Inc., Universal Refractories Company, Wallace & Gale Asbestos Settlement Trust, Wareheim Air Brakes, Inc., Warren Pumps, Inc., Wayne Manufacturing Corporation, Westinghouse Air Brake Technologies Corporation, Worthington Pump Inc., filed by Delorse Alcindor, Marquise Garnesq, Lisa Covington, Arnetta Hudson, Otis Garnes, Linda Edwards, Joyce Garnes, Marvin Garnes. (Attachments: # 1 Attachments)(bmhs, Deputy Clerk) (Entered: 02/15/2012) |
| 02/14/2012 | 🌐 3 | Summons Issued as to General Electric Company. (bmhs, Deputy Clerk) (Entered: 02/15/2012) |
| 02/14/2012 | 🌐 4 | SUMMONS Returned Executed as to General Electric Company. (bmhs, Deputy Clerk) (Entered: 02/15/2012) |
| 02/14/2012 | 🌐 5 | ANSWER to 2 Complaint by General Electric Company.(bmhs, Deputy Clerk) (Entered: 02/15/2012) |
| 02/14/2012 | 🌐 | Jury Trial Demand by Delorse Alcindor, Lisa Covington, Linda Edwards, Joyce Garnes, Marvin Garnes, Otis Garnes, Marquise Garnesq, Arnetta Hudson. (bmhs, Deputy Clerk) (Entered: 02/15/2012) |
| 02/14/2012 | 🌐 6 | Notice of filing of state court discovery material by General Electric |

| | | |
|---|---|---|
| | | Company (Attachments: # 1 Discovery Material)(bmhs, Deputy Clerk) (Entered: 02/15/2012) |
| 02/14/2012 | 🌐 | THE ABOVE DOCUMENTS (2 THROUGH 6) ARE COPIES OF ORIGINAL PAPERS FILED IN THE CIRCUIT COURT FOR BALTIMORE CITY. (bmhs, Deputy Clerk) (Entered: 02/15/2012) |
| 02/16/2012 | 🌐 | Deficiency Notice as to General Electric Company. Your Local Rule 103.3 disclosure statement has not been filed. The Statement must be filed by 2/27/2012 (bmhs, Deputy Clerk) (Entered: 02/16/2012) |
| 02/16/2012 | 🌐 7 | STANDING ORDER CONCERNING REMOVAL. Signed by Judge James K. Bredar on 2/16/12. (bmhs, Deputy Clerk) (Entered: 02/16/2012) |
| 02/16/2012 | 🌐 8 | NOTICE of Appearance by Theodore F Roberts on behalf of American Standard, Inc., Dresser-Rand Co., The Goodyear Tire & Rubber Co, Wallace & Gale Asbestos Settlement Trust (Roberts, Theodore) (Entered: 02/16/2012) |
| 02/16/2012 | 🌐 9 | NOTICE of Appearance by Jessica B Boston on behalf of American Standard, Inc., Dresser-Rand Co., The Goodyear Tire & Rubber Co., Wallace & Gale Asbestos Settlement Trust (Boston, Jessica) (Entered: 02/16/2012) |
| 02/16/2012 | 🌐 10 | (FILED IN ERROR) Local Rule 103.3 Disclosure Statement by General Electric Company. (Quigg, David) Modified on 2/17/2012 (bmhs, Deputy Clerk). (Entered: 02/16/2012) |
| 02/16/2012 | 🌐 11 | Local Rule 103.3 Disclosure Statement by The Goodyear Tire & Rubber Co. (Boston, Jessica) (Entered: 02/16/2012) |
| 02/16/2012 | 🌐 12 | (FILED IN ERROR) Local Rule 103.3 Disclosure Statement by Wallace & Gale Asbestos Settlement Trust. (Boston, Jessica) Modified on 2/17/2012 (bmhs, Deputy Clerk). (Entered: 02/16/2012) |
| 02/17/2012 | 🌐 13 | NOTICE of Appearance by Patrick C Smith on behalf of Pfizer Corporation (Smith, Patrick) (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 14 | Local Rule 103.3 Disclosure Statement by Pfizer Corporation. (Smith, Patrick) (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 15 | (FILED IN ERROR) Local Rule 103.3 Disclosure Statement by American Standard, Inc.. (Roberts, Theodore) Modified on 2/17/2012 (bmhs, Deputy Clerk). (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 16 | Local Rule 103.3 Disclosure Statement by Dresser-Rand Co.. (Roberts, Theodore) (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 17 | (FILED IN ERROR - Counsel will refile) NOTICE of Appearance by R Thomas Radcliffe, Jr on behalf of Bayer Cropscience, Inc. (Radcliffe, R) Modified on 2/21/2012 (bmhs, Deputy Clerk). (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 18 | (FILED IN ERROR - Counsel will refile) NOTICE of Appearance by R Thomas Radcliffe, Jr on behalf of Dana Corporation (Radcliffe, R) Modified on 2/21/2012 (bmhs, Deputy Clerk). (Entered: 02/17/2012) |

| 02/17/2012 | 🌐 19 | (FILED IN ERROR - Counsel will refile) NOTICE of Appearance by R Thomas Radcliffe, Jr on behalf of Foster Wheeler LLC (Radcliffe, R) Modified on 2/21/2012 (bmhs, Deputy Clerk). (Entered: 02/17/2012) |
| --- | --- | --- |
| 02/17/2012 | 🌐 20 | (FILED IN ERROR - Counsel will refile) NOTICE of Appearance by R Thomas Radcliffe, Jr on behalf of Foster Wheeler Energy Corporation (Radcliffe, R) Modified on 2/21/2012 (bmhs, Deputy Clerk). (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 21 | (FILED IN ERROR - Counsel will refile) NOTICE of Appearance by R Thomas Radcliffe, Jr on behalf of Pneumo-Abex Corporation (Radcliffe, R) Modified on 2/21/2012 (bmhs, Deputy Clerk). (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 22 | (FILED IN ERROR - Counsel will refile) NOTICE of Appearance by R Thomas Radcliffe, Jr on behalf of Union Carbide Corporation (Radcliffe, R) Modified on 2/21/2012 (bmhs, Deputy Clerk). (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 23 | (FILED IN ERROR) Local Rule 103.3 Disclosure Statement by Bayer Cropscience, Inc.. (Radcliffe, R) Modified on 2/17/2012 (bmhs, Deputy Clerk). (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 24 | (FILED IN ERROR) Local Rule 103.3 Disclosure Statement by Dana Corporation. (Radcliffe, R) Modified on 2/17/2012 (bmhs, Deputy Clerk). (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 25 | (FILED IN ERROR) Local Rule 103.3 Disclosure Statement by Foster Wheeler Energy Corporation, Foster Wheeler LLC. (Radcliffe, R) Modified on 2/17/2012 (bmhs, Deputy Clerk). (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 26 | (FILED IN ERROR) Local Rule 103.3 Disclosure Statement by Pneumo-Abex Corporation. (Radcliffe, R) Modified on 2/17/2012 (bmhs, Deputy Clerk). (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 27 | (FILED IN ERROR) Local Rule 103.3 Disclosure Statement by Union Carbide Corporation. (Radcliffe, R) Modified on 2/17/2012 (bmhs, Deputy Clerk). (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 28 | QC NOTICE: 10 Local Rule 103.3 Disclosure Statement filed by General Electric Company was filed incorrectly. *It has been noted as FILED IN ERROR, and the document link has been disabled. The Local Rule 103.3 Disclosure Statement needs to be refiled and the corporate affiliations need to be entered when the system prompts you do to so.* (bmhs, Deputy Clerk) (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 29 | QC NOTICE: 12 Local Rule 103.3 Disclosure Statement filed by Wallace & Gale Asbestos Settlement Trust was filed incorrectly. *It has been noted as FILED IN ERROR, and the document link has been disabled. The Local Rule 103.3 Disclosure Statement needs to be refiled and the corporate affiliations need to be entered when the system prompts you do to so.* (bmhs, Deputy Clerk) (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 30 | (FILED IN ERROR) Local Rule 103.3 Disclosure Statement by Wallace & Gale Asbestos Settlement Trust identifying Corporate Parent None for Wallace & Gale Asbestos Settlement Trust.. (Boston, Jessica) Modified on |

| | | 2/17/2012 (bmhs, Deputy Clerk). (Entered: 02/17/2012) |
|---|---|---|
| 02/17/2012 | 🌐 31 | QC NOTICE: 27 Local Rule 103.3 Disclosure Statement filed by Union Carbide Corporation, 23 Local Rule 103.3 Disclosure Statement filed by Bayer Cropscience, Inc., 15 Local Rule 103.3 Disclosure Statement filed by American Standard, Inc., 30 Local Rule 103.3 Disclosure Statement filed by Wallace & Gale Asbestos Settlement Trust, 25 Local Rule 103.3 Disclosure Statement filed by Foster Wheeler Energy Corporation, Foster Wheeler LLC, 24 Local Rule 103.3 Disclosure Statement filed by Dana Corporation, 26 Local Rule 103.3 Disclosure Statement filed by Pneumo-Abex Corporation was filed incorrectly. *It has been noted as FILED IN ERROR, and the document link has been disabled. The Local Rule 103.3 Disclosure Statement needs to be refiled and the corporate affiliations need to be entered when the system prompts you do to so.* (bmhs, Deputy Clerk) (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 32 | Local Rule 103.3 Disclosure Statement by Union Carbide Corporation identifying Corporate Parent The Dow Chemical Company for Union Carbide Corporation.. (Radcliffe, R) (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 33 | Local Rule 103.3 Disclosure Statement by Bayer Cropscience, Inc. identifying Corporate Parent BAYER AG, Other Affiliate Bayer CropScience Holding SA for Bayer Cropscience, Inc... (Radcliffe, R) (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 34 | Local Rule 103.3 Disclosure Statement by Dana Corporation identifying Other Affiliate Dana Holding Corporation for Dana Corporation.. (Radcliffe, R) (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 35 | Local Rule 103.3 Disclosure Statement by Foster Wheeler Energy Corporation, Foster Wheeler LLC identifying Other Affiliate Foster Wheeler Ltd, Other Affiliate Foster Wheeler AG, Other Affiliate Foster Wheeler Holdings Ltd for Foster Wheeler Energy Corporation, Foster Wheeler LLC.. (Radcliffe, R) (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 37 | Local Rule 103.3 Disclosure Statement by Pneumo-Abex Corporation identifying Other Affiliate PCT International Holdings INc., Other Affiliate M&F Worldwide Corporation for Pneumo-Abex Corporation.. (Radcliffe, R) (Entered: 02/17/2012) |
| 02/20/2012 | 🌐 38 | NOTICE of Appearance by Jennifer M. Alexander on behalf of Ferro Engineering (Alexander, Jennifer) (Entered: 02/20/2012) |
| 02/20/2012 | 🌐 39 | Local Rule 103.3 Disclosure Statement by Ferro Engineering identifying Corporate Parent Carmeuse Lime & Stone, Inc., Other Affiliate ON Marine Services Company, Other Affiliate Oglebay Norton Company for Ferro Engineering.. (Alexander, Jennifer) (Entered: 02/20/2012) |
| 02/20/2012 | 🌐 40 | NOTICE of Appearance by Jason A. Steinhardt on behalf of Ferro Engineering (Steinhardt, Jason) (Entered: 02/20/2012) |
| 02/20/2012 | 🌐 41 | NOTICE of Appearance by Peter Allan Woolson on behalf of John Crane Inc. (Woolson, Peter) (Entered: 02/20/2012) |

| 02/20/2012 | 🌐 42 | Local Rule 103.3 Disclosure Statement by John Crane Inc. identifying Corporate Parent Smith Group, PLC for John Crane Inc... (Woolson, Peter) (Entered: 02/20/2012) |
| 02/21/2012 | 🌐 | Case reassigned to Judge Benson Everett Legg. Judge James K. Bredar no longer assigned to the case. (cags, Deputy Clerk) (Entered: 02/21/2012) |
| 02/21/2012 | 🌐 43 | NOTICE of Appearance by Matthew R Schroll on behalf of Certainteed Corporation, Foseco, Inc., Georgia Pacific Corporation, Selby, Battersby & Company (Schroll, Matthew) (Entered: 02/21/2012) |
| 02/21/2012 | 🌐 44 | NOTICE of Appearance by Michael L Haslup on behalf of Honeywell International Inc. (Haslup, Michael) (Entered: 02/21/2012) |
| 02/21/2012 | 🌐 45 | (FILED IN ERROR - Counsel will refile) NOTICE of Appearance by R Thomas Radcliffe, Jr on behalf of Alfa Laval, Inc. (Radcliffe, R) Modified on 2/21/2012 (bmhs, Deputy Clerk). (Entered: 02/21/2012) |
| 02/21/2012 | 🌐 46 | Local Rule 103.3 Disclosure Statement by Alfa Laval, Inc. identifying Corporate Parent Alfa Laval AB for Alfa Laval, Inc... (Radcliffe, R) (Entered: 02/21/2012) |
| 02/21/2012 | 🌐 47 | (FILED IN ERROR - Counsel will refile) NOTICE of Appearance by R Thomas Radcliffe, Jr on behalf of FMC Corporation (Radcliffe, R) Modified on 2/21/2012 (bmhs, Deputy Clerk). (Entered: 02/21/2012) |
| 02/21/2012 | 🌐 48 | Local Rule 103.3 Disclosure Statement by FMC Corporation. (Radcliffe, R) (Entered: 02/21/2012) |
| 02/21/2012 | 🌐 49 | Local Rule 103.3 Disclosure Statement by Honeywell International Inc.. (Haslup, Michael) (Entered: 02/21/2012) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

Lisa Covington, as Personal      *
Representative of the Estate of
Otis Garnes, et al.,      *

     Civil Action:

     Plaintiffs,      *

     *

     v.      (Circuit Court for Baltimore City
     *      Case No.:  24X08000451)

     *

Owens-Illinois Glass Co., et al.      *

     Defendants      *

*    *    *    *    *    *    *    *    *    *    *    *    *

## NOTICE OF REMOVAL OF CIVIL ACTION

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Defendant, General Electric Company ("GE"), by and

through its undersigned counsel of record, hereby notes the removal of this action to the United

States District Court for the District of Maryland, Northern Division, pursuant to 28 U.S.C. §§

1442 and 1446.  The grounds for removal are as follows:

    1.    GE hereby removes this action from the Circuit Court for Baltimore City,

Maryland on the grounds, set forth in greater detail below, that the plaintiffs assert a claim

against GE for alleged exposure to asbestos by Otis Garnes, the decedent, who worked as welder

and burner aboard U.S. Navy ships during their construction and repair, including the U.S. Navy

ship *U.S.S. Norton Sound (AV-11, later AVM 1)*, among other vessels, that were constructed for

the U.S. Navy and U.S. Maritime Commission during World War II, from marine turbines,

generators, and other equipment allegedly manufactured by GE, which products – if

manufactured by GE – were manufactured under contract with the United States Navy under

terms by which the Navy and its officers imposed strict supervision and control over all aspects

of the design and manufacture of the turbines including, without limitation, any asbestos content

and any labels or materials affixed to or accompanying the turbines.  In addition, during World

War II, the Bethlehem Fairfield Shipyard in Baltimore, one of the locations where the decedent

worked, would have been devoted primarily if not exclusively to the war effort, and Mr. Garnes

necessarily would have worked on ships built, repaired, owned, and operated by agencies of the

U.S. government, including the United States Navy and the United States Maritime Commission.

(Congress created the United States Maritime Commission in 1936.  *See* 49 Stat. 1985, 1987; 46

U.S.C. § 1111 et seq.)  Consequently, GE is permitted to remove this case under the provisions

of 28 U.S.C. § 1442(a)(1) as a person acting under an officer or agency of the United States, in

order to assert defenses arising under the laws of the United States including, without limitation,

the defense of government contractor immunity.

     2.     On December 3, 2008, General Electric was served with Plaintiffs' Complaint and

Prayer for Jury Trial (hereinafter "Complaint" or "Plaintiffs' Complaint") in this civil action in

the Circuit Court for Baltimore City, Maryland, Civil Action No. 24X08000451 ("the State

Case").  A true and correct copy of the Complaint is attached as **Exhibit A**.  The Complaint

alleges that the decedent, Otis Garnes (hereinafter "Decedent"), was exposed to asbestos during

his employment at the Bethlehem Fairfield Shipyard in Baltimore, Maryland, as welder-burner

during 1942 and 1944, at the Bethlehem Steel Sparrows Point Shipyard during 1944 and 1946,

and at Maryland Shipbuilding and Drydock during 1944, 1945, 1947, 1966 and 1967.  He was

also employed at the United Stated Coast Guard Yard during 1953.  The Complaint does not

specify any GE products from which Decedent was allegedly exposed to asbestos, nor does it

identify the specific work site at which asbestos exposure from GE products is alleged to have

occurred.  Thus, the allegations of the Complaint are insufficient to advise GE, or any other

defendant, of the relevant work site, time period, or products at issue for any particular

defendant.

      3.      On January 17, 2012, plaintiffs' counsel filed Plaintiff's Answers to Defendants'

Joint Interrogatories (hereinafter "Plaintiff's Answers to Interrogatories") that indicate for the

first time that the decedent was allegedly exposed to asbestos while working aboard U.S. Navy

vessels.  A copy of Plaintiff's Answers to Interrogatories is attached as **Exhibit B**.  Plaintiff's

Answer to Interrogatory No. 88 states that as to the ships the decedent worked on at the Fairfield

Shipyard and the U.S. Coast Guard Yard at Curtis Bay, the decedent incorporates by reference

the ships enumerated in the Answer to Interrogatory No. 88 of Plaintiff Joseph Single, in

discovery responses filed in Mr. Single's case, attached hereto as **Exhibit B1**. [1]  (*See* **Exhibit B**,

at pp. 26-27 and **Exhibit B 1** at p. 27).  Specifically, during the years the decedent worked at the

U.S. Coast Guard Yard at Curtis Bay, he alleges to have been exposed to asbestos aboard the

*U.S.S. Norton Sound (AV-11, later AVM-1)*.  ***These discovery responses represent the first time,***

***within the meaning of 28 U.S.C. § 1446, that plaintiffs, in writing or otherwise asserted a***

***claim against GE for Mr. Garnes's alleged exposure to GE marine turbines, generators, or***

***other products during the time he worked aboard U.S. Navy vessels.***

      4.      This Notice of Removal is filed within thirty (30) days after GE's receipt of

Plaintiff's Answers to Interrogatories, the first paper in which plaintiffs asserted a claim against

---

[1] General Electric Company is not a party to the case of Joseph Single, Case No. 24x98316501, which is currently pending in the Circuit Court for Baltimore City.

GE based upon alleged naval exposure to asbestos from GE marine turbines, generators or other products and is, therefore, timely filed under the provisions of 28 U.S.C. § 1446(b).

5.      Should any party file a motion to remand this case, GE respectfully requests an opportunity to respond more fully in writing and to conduct discovery limited to the issue of removal, but offers the following authorities in support of removal.

6.      Marine steam turbines or other products that GE manufactured under contract with the U.S. Navy for installation in U.S. Navy vessels were manufactured to Navy specifications and were subject to strict Navy control and supervision over all aspects of the products' design and manufacture, including, without limitation, the presence of asbestos in such products and the existence of any warnings affixed to or issued in connection with the turbines or other products.  This is established, *inter alia*, by the following affidavits:

> a. Declaration of David Hobson, dated January 28, 2008, with Exhibits 1 through 3 (attached hereto as **Exhibit C**);
>
> b. Declaration of Admiral Ben J. Lehman, dated December 30, 2010 (attached hereto as **Exhibit D**)
>
> c. Declaration of Lawrence Stillwell Betts, MD, PhD, dated April 14, 2009 with Exhibits A through EE (attached hereto as **Exhibit E,** with Exhibits A through EE therein attached as **E.01** through **E.31**).

7.      This case is removable pursuant to 28 U.S.C. § 1442(a)(1) because the action involves a person (GE) that acted under the authority of an officer or agency of the United States or an agency thereof, including officers within the United States Navy and the United States Maritime Commission.  A corporation, such as GE, is a "person" within the meaning of this statute. *See Fink v. Todd Shipyards,* 2004 U.S. Dist. LEXIS 6912 (E.D. La. 2004).  Removal is proper under this section upon a showing (1) that a defendant acted under the direction of a federal officer, (2) that a defendant has a colorable federal defense to plaintiff's claim, and (3)

4

that there is a causal nexus between the plaintiff's claims and the acts it performed under color of federal office. *See Mesa v. California,* 489 U.S. 121 (1989); *Machnik v. Buffalo Pumps, Inc.,* 2007 U.S. Dist. LEXIS 68097 (D. Conn. 2007). This basis for removal has been recognized in an asbestos setting by this Court. *See Pack v. ACandS, Inc.*, 838 F.Supp. 1099 (D. Md. 1993). As demonstrated, *inter alia*, by the affidavits attached hereto, GE's marine turbines and other products, from which plaintiff asserts a claim for naval asbestos exposure, were manufactured according to the specifications of, and under the direction and control of, federal officers, and specifically the U.S. Navy. Plaintiffs' claim is based upon the alleged presence of asbestos in or on the said turbines and other products. Therefore, GE acted under direction of a federal officer or agency in the construction of the turbines, and there is a direct nexus between such action and the plaintiff's claims against GE.

8.      *Pack v. AC and S., Inc.*, 838 F.Supp. 1099 (D.Md. 1993) is controlling. In *Pack*, defendant Westinghouse designed and constructed marine turbines for use on military vessels. The design and construction process was supervised and controlled by the US Navy and its officers. *Id.* at 1103. The plaintiff in that case alleged that he was exposed to asbestos insulation installed on those turbines while working in a shipyard. Westinghouse removed the action to the United States District Court for Maryland pursuant to 28 U.S.C. §1442(a)(1). The District Court refused to grant plaintiff's motion to remand, holding instead that Westinghouse was entitled to federal officer removal because (1) the construction and design of its marine turbines were conducted under the direction of a federal officer; (2) Westinghouse had presented a colorable argument that it was protected by the federal government contractor defense; and (3) the plaintiff's claims arose from acts which Westinghouse performed under color of federal office.

*Id.* The facts in the instant case are substantially identical to those in *Pack* and, accordingly, GE may remove this action under 28 U.S.C. §1442(a)(1).

9.      As recognized in *Boyle v. United Technologies Corp.*, 487 U.S. 500 (1988), GE has a federal defense to these actions, i.e., government contractor immunity from liability for injuries arising from exposure to asbestos from marine turbines or other products manufactured under contract with the U.S. Navy, insofar as GE constructed or repaired them in accordance with Navy specifications and under strict control or supervision of the U.S. Navy. *Accord, Carley v. Wheeled Coach*, 991 F.2d 1117 (3d Cir. 1993); *Garner v. Santoro*, 865 F.2d 629 (5th Cir. 1989); *Kleemann v. McDonnell Douglas Corp*, 890 F.2d 698 (4th Cir. 1989). A government contractor defense exists when (1) the United States approved reasonably precise specifications, (2) the equipment conformed to those specifications, and (3) the contractor warned the government about any dangers known to the contractor but not to the government. *Boyle, supra; Carley v. Wheeled Coach, supra.* The declarations attached hereto establish that GE's marine turbines and other products that were manufactured for the U.S. Navy were manufactured in conformity with detailed specifications of the U.S. Navy, and that GE had no knowledge concerning the potential hazards of asbestos that was not known by the U.S. Navy. Therefore, GE has established a colorable federal defense to plaintiffs' claims and is entitled to remove this action pursuant to 28 U.S.C. §1442(a)(1). *See Faddish v. General Electric Company,* 2010 WL 4146108, 2010 U.S. Dist. LEXIS 112937 (E.D. Pa. 2010) (granting summary judgment for GE as to claims of naval asbestos exposure, based upon the government contractor defense).[2]

---

[2] In *Faddish v. General Electric Co.*, 2010 WL 4146108 (E.D.Pa. 10/20/10)(asbestos MDL-875), the District Court granted GE's motion for summary judgment and found as a matter of federal law that GE was immune from asbestos state law tort liability and failure to warn claims regarding turbines it supplied to the Navy, pursuant to standards articulated in *Boyle*.

10.     A properly removed case cannot be remanded for discretionary or policy reasons such as allegedly related State court cases or a contention that judicial economy compels remand. 28 U.S.C. § 1447(c); *Thermitron Products, Inc. v. Hermansdorfer*, 423 U.S. 336, 96 S.Ct. 584, 46 L.Ed. 542 (1976); *Elrad v. United Life & Accident Insurance Company*, 624 F.Supp. 742 (N.D.Ill. 1985).  The federal officer removal statute is not narrow or limited, and it should not be frustrated by a narrow or grudging interpretation of § 1442(a)(1).  *Willingham v. Morgan*, 395 U.S. 402, 405, 89 S. Ct. 1813, 1815, 23 L.Ed.2d 396 (1960).

11.     GE is not required to notify and obtain the consent of any other defendant in this action in order to remove the action as a whole under section 1442(a)(1).  *Akin v. Ashland Chemical Co.,* 156 F.3d 1030 (10th Cir. 1998); *Ely Valley Mines, Inc. v. Hartford Accident Indem. Co.*, 644 F.2d 1310, 1315 (9th Cir. 1981).

12.     In accordance with 28 U.S.C. §1446(a) and Local Rule 103(5)(a), General Electric has filed with this Notice of Removal true and correct copies of all process, pleadings, and orders that have been served upon General Electric in the State Case as of this date. Additionally, within 30 days, General Electric will file true and correct copies of all other documents on file in the State Case, together with a certification from counsel that all filings in the State Case have been filed in the United States District court.

WHEREFORE, Defendant, General Electric Company removes this action to the United States District Court for the District of Maryland, Northern Division.

**A JURY TRIAL IS DEMANDED.**          Respectfully submitted,

Donald S. Meringer, Federal Bar #24408
David J. Quigg, Federal Bar #26401
Meringer, Zois & Quigg, LLC
320 North Charles Street
Baltimore, Maryland 21201
(443) 524-7978
(443) 524-7982 (fax)

*Attorneys for Defendant General Electric Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **14**[th] day of February, 2012, a copy of the foregoing

Notice of Removal was served upon plaintiff's counsel and all defense counsel of record through

the Court's CM/ECF system.  Absent confirmation from the court that such electronic service

has been made, service is being made upon plaintiff's counsel by first class mail, postage

prepaid, addressed as follows, and upon all other known counsel of record at the addresses and in

the manner set forth on the attached service list:

**Harry Goldman, Jr.**
**Skeen, Goldman, LLP**
**11 E. Lexington Street, 4th Floor**
**Baltimore, MD 21202**
**410-837-4222**

*Attorneys for Plaintiffs*

MERINGER, ZOIS & QUIGG, LLC

By: _____
David J. Quigg

*Attorneys for General Electric Company*

8

## SERVICE LIST

**Lisa Covington, as Personal Representative of the Estate of Otis Garnes, et al., v. Owens-Illinois Glass Co., et al.**

To the extent not served pursuant to the Courts CM/ECF system, service of the foregoing pleading (without exhibits) is being made upon counsel for all parties by first class mail, addressed as follows.  Copies of all exhibits will be provided to any party upon request.

| Party | Counsel of Record |
|---|---|
| A.W. Chesterton | Keith R. Truffer, Esquire<br>Royston, Mueller, McLean & Reid, LLP<br>102 West Pennsylvania Avenue<br>Suite 600<br>Towson, Maryland 21204<br>(410) 823-1800 |
| Alfa Laval Inc. | R. Thomas Radcliffe, Esquire<br>Laura M. Higgs, Esquire<br>DEHAY &ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>(410) 783-7225 |
| Alltite Gasket Co., Inc. | Kathleen M. Wobber, Esquire<br>Parler & Wobber, LLP<br>406 E Joppa Road<br>Towson, Maryland 21286<br>(410) 832-1800 |
| Amchem Products Inc. | R. Thomas Radcliffe, Esquire<br>Laura M. Higgs, Esquire<br>DEHAY &ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>(410) 783-7225 |
| American Standard Inc. | M. King Hill, III, Esquire<br>Venable LLP<br>210 Allegheny Avenue<br>Towson, Maryland 21204<br>(410) 494-6200 |

| | |
|---|---|
| Bayer CropScience Inc. | R. Thomas Radcliffe, Esquire<br>Laura M. Higgs, Esquire<br>DEHAY &ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>(410) 783-7225 |
| CBS Corporation f/k/a VIACOM, INC.,<br>successor by merger with CBS Corporation<br>f/k/a Westinghouse Electric Corporation | Philip A. Kulinski, Esquire<br>Evert Weathersby Houff<br>SunTrust Bank Building<br>120 E. Baltimore Street, Suite 1300<br>Baltimore, MD 21202<br>(443) 573-8500 |
| CertainTeed Corporation | Laura A. Cellucci, Esquire<br>MILES & STOCKBRIDGE P.C.<br>10 Light Street<br>Baltimore, Maryland 21202-1487<br>(410) 727-6464 |
| Cooper Industries, LLC, as Successor in<br>Interest to Cooper Industries, Inc. and<br>Crouse-Hinds Company | Thomas P. Bernier, Esquire<br>Segal McCambridge Singer & Mahoney, Ltd.<br>One North Charles Street, Suite 2500<br>Baltimore, MD 21201<br>(410) 779-3960 |
| Crane Company, Inc. | Neil J. MacDonald, Esquire<br>MACDONALD LAW GROUP, LLC<br>11720 Beltsville Drive<br>Suite 550<br>Beltsville, Maryland 20705<br>(301) 572-0741 |
| Croker Inc. | David F. Albright, Esq.<br>1122 Kenilworth Dr. Suite 500<br>Baltimore, MD 21204<br>(410) 823-5455 |
| Dana Corp. | R. Thomas Radcliffe, Esquire<br>Laura M. Higgs, Esquire<br>DEHAY &ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>(410) 783-7225 |

| | |
|---|---|
| Ditch Bowers & Taylor, Inc. | Andrew Janquitto, Esquire<br>Mudd, Harrison & Burch<br>105 West Chesapeake Avenue<br>300 Jefferson Building<br>Towson, Maryland 21204<br>(410) 828-1335 |
| Dresser Rand Co. | Theodore F. Roberts, Esquire<br>Venable, LLP<br>210 W. Pennsylvania Avenue<br>Suite 500<br>Towson, Maryland  21204<br>(410) 494-6200 |
| E.L. Stebbing & Co., Inc. | Louis E. Grenzer, Jr., Esquire<br>Bodie, Dolina, Smith & Hobbs<br>21 West Susquehanna Avenue<br>Towson, Maryland 21204<br>(410) 823-1250 |
| FMC Corp. | R. Thomas Radcliffe, Esquire<br>Laura M. Higgs, Esquire<br>DEHAY &ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>(410) 783-7225 |
| Ferro Engineering Inc. | Jennifer M. Alexander, Esquire<br>Brassel Law Group, LLC<br>900 Bestgate Road, Suite 402<br>Annapolis, Maryland 21401<br>(443) 837-9800 |
| Foseco, Inc. | Laura A. Cellucci, Esquire<br>MILES & STOCKBRIDGE P.C.<br>10 Light Street<br>Baltimore, Maryland 21202-1487<br>(410) 727-6464 |
| Georgia Pacific Corp. | Robin Silver, Esquire<br>MILES & STOCKBRIDGE P.C.<br>10 Light Street<br>Baltimore, Maryland 21202-1487<br>(410) 727-6464 |

| | |
|---|---|
| Goodyear Tire & Rubber Co. | M. King Hill, III, Esquire<br>Venable LLP<br>210 Allegheny Avenue<br>Towson, Maryland 21204<br>(410) 494-6200 |
| Greene Tweed & Co., Inc. | Thomas P. Bernier, Esquire<br>Segal McCambridge Singer & Mahoney, Ltd.<br>One North Charles Street, Suite 2500<br>Baltimore, MD  21201<br>(410) 779-3960 |
| H.B. Fuller Company | R. Thomas Radcliffe, Jr., Esquire<br>Laura M. Higgs, Esquire<br>DEHAY &ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>(410) 783-7225 |
| Hampshire Industries Inc. | David W. Allen, Esquire<br>Malcolm S. Brisker, Esquire<br>Goodell, DeVries, Leech & Dann, L.L.P.<br>One South Street, 20th Floor<br>Baltimore, Maryland 21202<br>410.783.4000 |
| Honeywell International Inc. | Laura A. Cellucci, Esquire<br>MILES & STOCKBRIDGE P.C.<br>10 Light Street<br>Baltimore, Maryland 21202-1487<br>(410) 727-6464 |
| I.M.O. Industries, Inc. | Joel D. Newport, Esquire<br>Moore & Jackson, LLC<br>305 Washington Ave., Suite 401<br>Towson, Maryland 21204<br>(410) 583-5241 |
| International Paper Company | Philip A. Kulinski, Esquire<br>Evert Weathersby Houff<br>SunTrust Bank Building<br>120 E. Baltimore Street, Suite 1300<br>Baltimore, MD  21202<br>(443) 573-8500 |

| | |
|---|---|
| J.H. France Refractories Co. | Katherine S. Duyer, Esquire<br>GAVETT AND DATT, P.C.<br>15850 Crabbs Branch Way, Suite 180<br>Rockville, MD 20855-2622<br>(301) 948-1177 |
| Kaiser Gypsum Co. Inc. | Joel D. Newport, Esquire<br>Moore & Jackson, LLC<br>305 Washington Ave., Suite 401<br>Towson, Maryland 21204<br>(410) 583-5241 |
| Keeler Dorr-Oliver Boiler Co., Inc. | Katherine S. Duyer, Esquire<br>GAVETT AND DATT, P.C.<br>15850 Crabbs Branch Way, Suite 180<br>Rockville, MD 20855-2622<br>(301) 948-1177 |
| Koppers Co., Inc. | Joel D. Newport, Esquire<br>Moore & Jackson, LLC<br>305 Washington Ave., Suite 401<br>Towson, Maryland 21204<br>(410) 583-5241 |
| MCIC, Inc. | Louis E. Grenzer, Jr., Esquire<br>Bodie, Dolina, Smith & Hobbs<br>21 West Susquehanna Avenue<br>Towson, Maryland 21204<br>(410) 823-1250 |
| Melrath Gasket Inc. | Jennifer M. Alexander, Esquire<br>Brassel Law Group, LLC<br>900 Bestgate Road, Suite 402<br>Annapolis, Maryland 21401<br>(443) 837-9800 |
| Metropolitan Life Insurance Company | Stephen A. Fennell, Esquire<br>Richard D. Albert, Esquire<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>(202) 429-3000 |

| | |
|---|---|
| Owens Illinois Glass Co. | Steven A. Luxton, Esquire<br>Morgan Lewis<br>1111 Pennsylvania Ave., NW<br>Washington, DC 20004<br>(202) 739-5452 |
| Paramount Packing & Rubber, Inc. | Katherine S. Duyer, Esquire<br>GAVETT AND DATT, P.C.<br>15850 Crabbs Branch Way, Suite 180<br>Rockville, MD 20855-2622<br>(301) 948-1177 |
| Pfizer, Inc. | Patrick Smith, Esquire<br>DEHAY &ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>(410) 783-7225 |
| Phelps Packing & Rubber Co. | Kathleen M. Wobber, Esquire<br>Parler & Wobber, LLP<br>406 E Joppa Road<br>Towson, Maryland 21286<br>(410) 832-1800 |
| Pneumo Abex Corp. | R. Thomas Radcliffe, Jr., Esquire<br>Laura M. Higgs, Esquire<br>DEHAY &ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>(410) 783-7225 |
| Premier Refractories Inc. | Robin Silver, Esquire<br>MILES & STOCKBRIDGE P.C.<br>10 Light Street<br>Baltimore, Maryland 21202-1487<br>(410) 727-6464 |
| Selby Battersby & Co. | Laura A. Cellucci, Esquire<br>MILES & STOCKBRIDGE P.C.<br>10 Light Street<br>Baltimore, Maryland 21202-1487<br>(410) 727-6464 |

| | |
|---|---|
| SCHNEIDER ELECTRIC USA, INC. f/k/a SQUARE D COMPANY | Neil J. MacDonald, Esquire MACDONALD LAW GROUP, LLC 11720 Beltsville Drive Suite 550 Beltsville, Maryland 20705 (301) 572-0741 |
| Union Carbide Corporation | R. Thomas Radcliffe, Jr., Esquire Laura M. Higgs, Esquire DEHAY &ELLISTON, L.L.P. 36 S. Charles Street, Suite 1300 Baltimore, Maryland 21201 (410) 783-7225 |
| Uniroyal Inc. | John S. Cobb, Esquire North & Cobb, P.A. 7313 York Road Towson, Maryland 21204 (410) 825-1472 |
| Universal Refractories Inc. | Joel D. Newport, Esquire Moore & Jackson, LLC 305 Washington Ave., Suite 401 Towson, Maryland 21204 (410) 583-5241 |
| Wallace & Gale Asbestos Settlement Trust | Theodore F. Roberts, Esquire Venable, LLP 210 W. Pennsylvania Avenue Suite 500 Towson, Maryland  21204 (410) 494-6200 |
| Wareheim Air Brakes, Inc. | Neil J. MacDonald, Esquire MACDONALD LAW GROUP, LLC 11720 Beltsville Drive Suite 550 Beltsville, Maryland 20705 (301) 572-0741 |
| Warren Pumps, LLC | David W. Allen, Esquire Malcolm S. Brisker, Esquire Goodell, DeVries, Leech & Dann, L.L.P. One South Street, 20th Floor Baltimore, Maryland 21202 (410) 783-4000 |

| | |
|---|---|
| Wayne Manufacturing Corporation | David W. Allen, Esquire<br>Malcolm S. Brisker, Esquire<br>Goodell, DeVries, Leech & Dann, L.L.P.<br>One South Street, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 783-4000 |
| Westinghouse Air Brake Technologies Corp. | Gerry Tostanoski, Esquire<br>Tydings & Rosenberg, LLP<br>100 East Pratt Street<br>Baltimore, MD 21202<br>(410) 752-9700 |

*12-3-08*

| | | |
|---|---|---|
| LISA COVINGTON, as Personal | * | IN THE |
| Representative of the Estate of | | |
| OTIS GARNES, Deceased | * | CIRCUIT COURT |
| 3100 Sweetwater Road, Apt. 1205 | | |
| Lawrenceville, GA 30044 | * | FOR |
| | * | BALTIMORE CITY |
| and | | |
| | * | |
| Marquise Garnes | | |
| 324 Key Avenue | * | |
| Brooklyn Park, MD 21225 | | |
| | * | |
| and | * | *     *     *     * |
| | * | |
| Otis Garnes | * | CT-5 SHIPYARD CASES |
| 3004 Mallview Road | | |
| Baltimore, MD 21230 | * | COMPLAINT |
| | * | |
| Joyce Garnes | * | (FIRST AMENDED FORM |
| 3004 Mallview Road | | |
| Baltimore, MD 21230 | * | AND DEMAND FOR JURY TRIAL |
| | * | |
| Marvin Garnes | * | CASE NO.: 24x08000451 |
| 3004 Mallview Road | | |
| Baltimore, MD 21230 | * | |
| | * | |
| Arnetta Hudson | * | |
| 4406 Mountview Road | | |
| Baltimore, MD 21229 | * | |
| | * | |
| Delorse Alcindor | * | |
| 4406 Mountview Road | | |
| Baltimore, MD 21229 | * | |
| | * | |
| Linda Edwards | * | |
| P.O. Box 957 | | |
| Richsquare, NC 27869 | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | |
| | * | |
| OWENS-ILLINOIS GLASS CO., | * | |
| f/k/a/ OWENS-ILLINOIS, INC. | | |
| P.O. Box 1035 | * | |
| Toledo, OH 43604 | | |

RECEIVED

DEC 0 4 2008

LITIGATION DEPT

Serve On:                                          *
Owens-Illinois, Inc.-Legal Dept.
One Michael Owens Way                              *
Perrysburg, OH 43351-2999
                                                   *
and
                                                   *
DURABLA MANUFACTURING COMPANY
821 Lancaster Avenue                               *
Strafford-Wayne, PA 19087
Serve On:                                          *
William F. Mueller, Esquire
Clemente, Mueller & Tobia, P.A.                    *
218 Ridgedale Avenue
P.O. Box 1296                                      *
Morristown, NJ 07962-1296
                                                   *
and
                                                   *
UNIVERSAL REFRACTORIES COMPANY                     *
P.O. Box 97
Wampum, PA 16151                                   *
Serve On:
Jim M. Blundon, Esq.                               *
c/o Three Rivers Management, Inc.
One Oxford Centre, Suite 3000                      *
Pittsburgh, PA 15219
                                                   *
and
                                                   *
SELBY, BATTERSBY & COMPANY
5235 Whitby Avenue                                 *
Philadelphia, PA
Serve On:                                          *
Francis McGill Hadden, Esquire
Hecker Brown Sherry and Johnson                    *
1700 Two Logan Square
18th and Arch Streets                              *
Philadelphia, PA 19103
                                                   *
and
                                                   *
A.W. CHESTERTON COMPANY
Middlesex Industrial Park                          *
Stoneham, MA 02180

Serve On:                                          *
Gail Constantine
P.O. Box 4004                                       *
Woburn, MA 01888-4004
                                                   *
and
                                                   *
                                                   *

CBS CORPORATION f/k/a
WESTINGHOUSE                                        *
and B.F. STURTEVANT
Westinghouse Building                              *
Gateway Center
Pittsburgh, PA 15222                               *
Serve On:
CSC-Lawyers Inc. Service Co.                       *
11 East Chase Street
Baltimore, MD 21202                                *

and                                                *

PREMIER REFRACTORIES                               *
f/k/a J.H. FRANCE REFRACTORIES CO.
c/o Donald E. Ward, President                      *
Special Claims Services, Inc.
809 Coshocton Avenue, Ste. 1                       *
Mount Vernon, OH 43050
Serve On:                                          *
Donald E. Ward, President
Special Claims Services, Inc.                      *
809 Coshocton Avenue, Ste. 1
Mount Vernon, OH 43050                             *

and                                                *

THE GOODYEAR TIRE & RUBBER CO
1144 E. Market Street                              *
Akron, OH 44316
Serve On:                                          *
The Corporation Trust, Inc.
300 E. Lombard Street                              *
Baltimore, MD 21202
                                                   *
and                                                *

3

MCIC, INC., and
Its Remaining Director Trustees,                    *
Robert I. McCormick,
Elizabeth McCormick and                             *
Patricia Schunk
Serve On:                                           *
John J. Nagle III
Bodie, Nagle, Dolina, Smith & Hobbs, P.A.  *
21 W. Susquehanna Ave.
Towson, MD 21204                                    *

and                                                 *

RHI REFRACTORIES AMERICA                            *
a/k/a RHI AG
600 Grant Street                                    *
Floor 51
Pittsburgh, PA 15219                                *
Serve On:
Chief Executive Officer Guenter Karhut              *
600 Grant Street
Floor 51                                            *
Pittsburgh, PA 15219
                                                    *
and                                                 *

METROPOLITAN LIFE INSURANCE CO.                     
1 Madison Avenue                                    *
New York, NY 10010
Serve On:                                           *
Alfred W. Redmer, Jr.
Maryland Insurance Commissioner                     *
Maryland Insurance Admin.
525 St. Paul Place                                  *
Baltimore, MD 21202-2272
                                                    *
METROPOLITAN LIFE INSURANCE CO.
Serve On:                                           *
Teresa Wynn Roseborough
Metropolitan Life Insurance Company                 *
1 Metlife Plaza
27-01 Queens Plaza North, 6th Floor,                *
Legal Department
Long Island City, NY 11101                          *

4

and                                              *

GENERAL ELECTRIC COMPANY                         *
1 River Road
Schenectady, NY                                  *
Serve On:
Resident Agent                                   *
The Corporation Trust, Inc.
300 E. Lombard Street                            *
Baltimore, MD 21202
                                                 *
and                                              *

H.B. FULLER COMPANY                              *
f/k/a AMCHEM Products, Inc.                      *
f/k/a Benjamin Foster
1200 Willow Lake Boulevard                       *
P.O. Box 64683
St. Paul, MN 55164-0683                          *
Serve On:
c/o C.T. Corporation System                      *
1515 Market Street
Philadelphia, PA 19109                           *

and                                              *

INTERNATIONAL PAPER CORPORATION f/k/a *
Champion International Corporation f/k/a
U.S. Plywood Corp. & Champion Papers, Inc.       *
One Champion Plaza
Stamford, CT 06921                               *
Serve On:
The Corporation Trust, Inc.                      *
300 E. Lombard Street
Baltimore, MD 21202                              *

and                                              *

COOPER INDUSTRIES, INC.                          *
Individually and as Successors in Interest to
Crouse Hinds Co.                                 *
2700 Two Houston Center
Houston, TX 77002                                *
Serve On:
The Corporation Trust Co.                        *

5

1209 Orange Street
Wilmington, DE 19801                              *

and                                              *

UNION CARBIDE CORPORATION                        *
30 East 42nd Street
New York, NY 10017                               *
Serve On:
The Corporation Trust, Inc.                      *
300 E. Lombard Street
Baltimore, MD 21202                              *

and                                              *

FERRO ENGINEERING,                               *
Division of OGLEBAY NORTON CO.
Serve On:                                        *
Corporation Trust Co.
1209 E. Orange Street                            *
Wilmington, DE 19801
                                                 *
and                                              *

FOSECO, INC.                                     *
Serve On:
Corporation Trust Co.                            *
1209 E. Orange Street                            *
Wilmington, DE 19801
                                                 *
and                                              *

GARLOCK SEALING TECHNOLOGIES LLC.                *
1666 Division Street                             *
Palmyra, NY 14522
Serve On:                                        *
Garlock, Inc.
1666 Division Street                             *
Palmyra, NY 14522
                                                 *
and                                              *

SQUARE D COMPANY, Individually
and as Successor in Interest to Electric         *
Controller and Manufacturing Co.

6

1415 S. Roselle Road                                    *
Palatine, IL 60067
Serve On:                                               *
CSC Lawyers Incorporations Service Company
7 St. Paul Street, Suite 1660                           *
Baltimore, MD 21202
                                                        *
and
                                                        *
GREEN, TWEED & CO.
Individually and as Successor in Interest               *
to PALMETTO, INC.
2075 Detwiler Road                                      *
Kulpsville, PA 19443
Serve On:                                               *
President and/or Resident Agent
Green, Tweed & Co.                                      *
2075 Detwiler Road
Kulpsville, PA 19443                                    *

and                                                     *

WALLACE & GALE ASBESTOS                                 *
SETTLEMENT TRUST
Successor to the Wallace & Gale Company                 *
Serve On:
Margaret Fonshell Ward                                  *
Moore & Jackson
305 Washington Avenue, Suite 401                        *
Towson, MD 21204
                                                        *
and
                                                        *
E.L. STEBBING & CO., INC.
1600 Clough Street                                      *
Baltimore, MD 21213
Serve On:                                               *
John J. Nagle III
Bodie, Nagle, Dolina, Smith & Hobbs, P.A.               *
21 W. Susquehanna Ave.
Towson, MD 21204                                        *

and                                                     *

HAMPSHIRE INDUSTRIES, INC.                              *

7

f/k/a JOHN H. HAMPSHIRE CO.
320 West 24th Street                                          *
Baltimore, MD 21211
Serve On:                                                         *
Resident Agent
Charles E. Fry, Jr.                                               *
Secretary/Treasurer
320 West 24th Street                                          *
Baltimore, MD 21211
                                                                  *

and                                                               *

                                                                  *
CERTAINTEED CORPORATION
Individually and as Successor to                                  *
Bestwall Gypsum Co.
750 E. Swedesford Road                                            *
Valley Forge, PA 19482
Serve On:                                                         *
The Corporation Trust, Inc.
300 E. Lombard Street                                             *
Baltimore, MD 21202
                                                                  *

and                                                               *

                                                                  *
KAISER GYPSUM COMPANY, INC.
John Bosche, Secretary                                            *
300 Lakeside Drive
Oakland, CA 94612                                                 *
Serve On:
CT Corporation Systems                                            *
818 W. 7th Street
Los Angeles, CA 90017                                             *

and                                                               *

                                                                  *
BAYER CROPSCIENCE, INC.
Individually and as Successor In Interest                         *
to Benjamin Foster Co., Amchem Products, Inc.
H.B. Fuller Co., Aventis CropScience USA, Inc.,                   *
Rhone-Poulenc AG Company, Inc.,
Rhone-Poulenc, Inc. and Rhodia, Inc.                              *
600 Madison Avenue
New York, NY 10022                                                *
Serve On:
CSC Lawyers Incorporating Service Company

8

7 St. Paul Street, Suite 1600                    *
Baltimore, MD 21202
                                                 *
and
                                                 *
PFIZER CORPORATION
235 East 42nd Street                        *
New York, NY 10017
Serve On:                                        *
President
235 East 42nd Street                        *
New York, NY 10017
                                                 *
and
                                                 *
GENERAL REFRACTORIES COMPANY
600 Grant Street, Rm. 3000                       *
Pittsburgh, PA
Serve On:                                        *
President
c/o Law Department                               *
225 City Line Avenue
Bala Cynwyd, PA 19904                            *

and                                              *

KOPPERS COMPANY, INC.                            *
Koppers Building
Pittsburgh, PA                                   *
Serve On:
The Corporation Trust, Inc.                      *
300 East Lombard Street
Baltimore, MD 21202                              *

and                                              *

HONEYWELL INTERNATIONAL INC.                     *
f/k/a ALLIED SIGNAL INC.
Successor to Bendix Corporation                  *
Columbia Road & Park Avenue
101 Columbia Road                                *
Morristown, NJ 07960
Serve On:                                        *
CSC Lawyers Incorporating Service Co.
7 St. Paul Street, Suite 1660                    *

9

Baltimore, MD 21202

&ast;

and

&ast;

DITCH BOWERS & TAYLOR, INC.
415 West North Avenue                                    &ast;
Baltimore, MD 21217
Serve On:                                                &ast;
J. Mallory Taylor, III
North and Royal Avenue                                   &ast;
Baltimore, MD 21217

&ast;

and

&ast;

TPC CORP.
Individually and as Successor in Interest                &ast;
to Wareheim Air Brakes
818 Widgeon Road                                         &ast;
Norfolk, VA 23513
Serve On:                                                &ast;
President and/or Resident Agent
TPC Corp.                                                &ast;
818 Widgeon Road
Norfolk, VA 23513                                        &ast;

and                                                      &ast;

WAREHEIM AIR BRAKES, INC.                                &ast;
3100 Washington Boulevard
Baltimore, MD 21230                                      &ast;
Serve On:
The Corporation Trust, Inc.                              &ast;
300 E. Lombard Street
Baltimore, MD 21202                                      &ast;

and                                                      &ast;

WESTINGHOUSE AIR BRAKE                                   &ast;
TECHNOLOGIES CORPORATION
1001 Air Brake Avenue                                    &ast;
Wilmerding, PA 15148
Serve On:                                                &ast;
CSC Lawyers Incorporation
11 East Chase Street                                     &ast;
Baltimore, MD 21202

and                                                    *

                                                       *

PNEUMO-ABEX CORPORATION
Successor in Interest to Abex Corporation              *
Serve On:
Corporation Service Company                            *
2704 Commerce Drive, Suite B
Harrisburg, PA 17110                                   *

and                                                    *

GL&V DORR-OLIVER INCORPORATED                          *
Individually and/or as Successors in
Interest to Keeler Boiler Works and Dorr-Oliver        *
Boiler Co.
Serve On:                                              *
Wayne A. Marvel
1200 N. Market Street, Suite 900                       *
Wilmington, DE 19801
                                                       *

and                                                    *

                                                       *

AMERICAN STANDARD, INC.
Individually and as Successor in Interest              *
to Kewanee Boiler Manufacturing Co.,
Westinghouse Air Brake Company and                     *
Union Switch & Signal
Serve On:                                              *
The Corporation Trust Company
Corporation Trust Center                               *
1209 Orange Street
Wilmington, DE 19801                                   *

and                                                    *

CRANE CO.                                              *
Individually and as Successor-in-Interest to
CHAPMAN VALVE CO., DEMING PUMPS,                       *
COCHRANE CORP., COCHRANE, INC.,
CRANE PUMPS AND PACIFIC STEEL                          *
BOILER CO.
100 First Stamford Place                               *
Stamford, CT 06902
Serve On:                                              *

11

President/Resident Agent
100 First Stamford Place                         *
Stamford, CT 06902
                                                 *

and                                              *

GEORGIA PACIFIC CORPORATION                      *
Serve On:
The Corporation Trust, Inc.
300 East Lombard Street                          *
Baltimore, MD 21202
                                                 *

and                                              *

UNIROYAL, INC.                                   *
Serve On:
The Prentice Hall Corporation System, MD
11 East Chase Street                             *
Baltimore, MD 21202
                                                 *

and                                              *

AMCHEM PRODUCTS, INC.                            *
300 Brookside Avenue
Ambler, PA 19002
                                                 *

and                                              *

ANCHOR PACKING COMPANY                           *
Serve On:
Charles Kenkelen
P.O. Box 35169                                   *
Greensboro, NC 27425
                                                 *

and                                              *

ALLITE GASKETS                                   *
Serve On:
Resident Agent
323 William Street                               *
South River, NJ 08882
                                                 *

and                                              *

FLEXITALLIC GASKET CO., INC.

12

Serve On: President/CEO                                    *
c/o Law Department
1300 Route 73, Suite 311                                   *
Mount Laurel, NJ 08054
                                                          *
and
                                                          *
MELRATH GASKET, INC.
Serve On:                                                 *
Officer or Director
2901 W. Hunting Park Avenue                               *
Philadelphia, PA 19129
                                                          *
PARAMOUNT PACKING & RUBBER CO.
Serve On:                                                 *
Gavett & Datt, P.A.
15850 Crabbs Branch Way, Suite 180                       *
Rockville, MD 20855
                                                          *
and
                                                          *
PHELPS PACKING & RUBBER CO.
Serve On:                                                 *
Charles Phelps
Phelps Industrial                                        *
6301 Washington Boulevard
Elkridge, MD 21075                                       *

and                                                       *

WORTHINGTON PUMP INC.                                     *
f/k/a DRESSER PUMP DIVISION
1550 Allen Road, Suite 102                               *
Allen Center
Liberty Corner, NJ 07938                                 *
Serve On:
CSC Lawyers Incorporating                                *
11 E. Chase Street
Baltimore, MD 21202                                      *

and                                                       *

WAYNE MANUFACTURING CORPORATION                          *
Route 666
P.O. Box 478                                             *

13

Greenville, VA 24440                              *
Serve On:
David Allen, Esquire
1 South Street, 20th Floor             *
Baltimore, MD 21202
                                                  *
and
                                                  *

DANA CORPORATION                                  *
Serve On:
The Corporation Trust, Inc.
300 East Lombard Street                           *
Baltimore, MD 21202
                                                  *
and
                                                  *

BABCOCK AND WILCOX  COMPANY                       *
c/o BABCOCK ASBESTOS
SETTLEMENT TRUST
P.O. Box 3878                                     *
Washington, DC 20033
Serve On:                                         *
The Corporation Trust, Inc.
300 East Lombard Street                           *
Baltimore, MD 21202
and                                               *

CROKER, INCORPORATED                              *
13710 Lionel Lane
Rockville, MD 20853                               *
Serve On:
Resident Agent: Robert P. Croker                  *
13710 Lionel Lane
Rockville, MD 20853                               *

and                                               *

NATIONAL GYPSUM COMPANY                           *
Serve On:
Asbestos Claims Management Corporation            *
310 East I-30, Ste. 285
Garland, TX 75043                                 *

and                                               *

14

QUIGLEY COMPANY, INC.                          *
a Subsidiary of Pfizer, Inc.
Serve On:                                      *
President/CEO
235 East 42nd Street                           *
New York, NY 10017
                                               *

and
                                               *

WARREN PUMPS, INC.
Serve on:                                      *
The Corporation Service Co.
2711 Centerville Road                          *
Suite 400
Wilmington, DE 19808                           *

and                                            *

ALFA LAVAL, INC.                               *
Individually and as Successor-in-Interest to
SHARPLES, INC., ALFA LAVAL SEPARATION,*
INC. and DeLAVAL SEPARATOR CO.
5400 International Trade Drive                  *
Richmond, VA 23231
Serve On:                                      *
The Corporation Trust, Inc.
300 East Lombard Street                        *
Baltimore, MD 21202
                                               *

and
                                               *

ALLIS CHALMERS
Serve On:                                      *
The Corporation Trust
300 East Lombard Street                        *
Baltimore, MD 21202
                                               *

and
                                               *

DRESSER-RAND CO., Individually
and as Parent Corporation
and Successor-in-Interest to
TERRY STEAM TURBINES,                          *
f/k/a TERRY TURBINES
1600 Pacific Avenue                            *

15

Dallas, TX 75201

Serve On:                                                           *

President/Resident Agent

Dresser-Rand Company                                                *

9915 Harrogate Road

Bethesda, MD 20817                                                  *


and                                                                 *


FMC CORPORATION                                                     *

(individually and Successor-in-Interest

to Peerless Pumps and Stearns Electric Co.)                         *

333 W. Julian Street

San Jose, CA 95110                                                  *

Serve On:

Resident Agent:                                                     *

The Corporation Trust

300 East Lombard Street                                             *

Baltimore, MD 21202

                                                                    *

and                                                                 *


I.M.O. INDUSTRIES, INC., f/k/a

DeLAVAL, INC., f/k/a/ DeLAVAL TURBINE,                              *

INC. F/K/A IMP DELAVAL, INC. (Individually

and as Successor-in-Interest to                                     *

DeLAVAL TURBINE, INC. and

WARREN PUMPS, INC.)                                                 *

997 Lenox Drive

Lawrenceville, NJ 08648                                             *

Serve On:

CSC Lawyers Incorporating Service Co.                               *

11 E. Chase Street

Baltimore, MD 21202                                                 *


and                                                                 *


McGRAW EDISON COMPANY, Individually                                 *

and as Successor-in-Interest to

WORTHINGTON PUMPS,                                                  *

WORTHINGTON PUMP, INC. and

TURBODYNE CORP.                                                     *

1200 St. Charles Road

Elgin, IL 60120-8445                                                *

Serve On:

16

Corporation Trust, Inc.                          *
300 East Lombard Street
Baltimore, MD 21202                              *

    Defendants                                *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## COMPLAINT AND DEMAND FOR JURY TRIAL

    1.  Lisa Covington, as Personal Representative for the Estate of Otis Garnes, and

Marquise Garnes, Otis Garnes, Joyce Garnes, Marvin Garnes, Arnetta Hudson, Delorse Alcindor

and Linda Edwards, as surviving children of Otis Garnes, by their attorneys, Harry Goldman, Jr.

and Robert G. Skeen, Skeen, Goldman, L.L.P., sue the Defendants named in the caption herein

and hereby adopt and incorporate by reference the causes of action, allegations and respective

paragraphs set forth in the First Amended Master Complaint and Demand for Jury Trial, CT-5

Shipyard Cases as follows:

    As to Plaintiff's Decedent OTIS GARNES:

    <u>Caption</u> - Pages Nos. 1 through 6 inclusive.

    2.  <u>Parties Plaintiff And Defendant</u> - Paragraphs Nos. 1 through 6.

        2(a)      Plaintiffs repeat, reallege and incorporate by reference herein paragraph 1

hereinabove.

    3.  <u>Count I - Negligence</u> - Paragraph Nos. 7 through 17 and ad damnum which claims

compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive

damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together

with interest, costs and disbursements;

4.  Count II - Breach of Warranty - Paragraph Nos. 18 through 21 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

5.  Count III - Product Defect/Strict Liability - Paragraph Nos. 22 through 25 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

6.  Count IV - Tortious Civil Conspiracy - Paragraph Nos. 26 through 88 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

7.  Count V - Fraudulent Concealment - Paragraph Nos. 89 through 93 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

8.  Count VI - A First Claim by Plaintiff Lisa Covington, as Personal Representative of the Estate of Otis Garnes, Deceased for Personal Injuries and Damages  - Paragraph Nos. 94 and 96 through 99 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

9.  Count VI - Paragraph No. 95 is adopted with the following modification: Paragraphs 94 and 96 through 99 are also adopted.

18

Plaintiffs' decedent was employed at Bethlehem Fairfield Shipyard during 1942 and 1944 as a welder-burner.  He was employed at Bethlehem Sparrows Point Shipyard during 1944 and 1946, and at Maryland Shipbuilding and Drydock during 1944, 1945, 1947, 1966 and 1967.  He was employed at Patapsco Scrap Corporation in 1950, 1953 and 1954.  He was employed at the United States .Coast Guard Yard during 1953.

10.  <u>Count VII - A Second Claim for Wrongful Death by Plaintiffs Lisa Covington,</u> as Personal Representative for the Estate of Otis Garnes, and Marquise Garnes, Otis Garnes, Joyce Garnes, Marvin Garnes, Arnetta Hudson, Delorse Alcindor and Linda Edwards, as surviving children of Otis Garnes sues all Defendants and incorporates Paragraph A99" through "103" and Paragraph 9 hereinabove.

As a result of the tortious conduct described hereinabove for which Defendants were responsible Otis Garnes was caused to contract asbestic lung cancer from which he died on October 11, 2005.  As a result of said wrongful death, Plaintiffs were caused to suffer pecuniary loss, mental anguish, emotional pain and distress and the loss of society, companionship, solatium, protection, attention, advice, counsel and love of their late father and their loss is permanent.

WHEREFORE, Plaintiffs demand judgment in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements.


/s/ Harry Goldman
Harry Goldman, Jr., Esquire


/s/ Robert G. Skeen
Robert G. Skeen
Skeen, Goldman, L.L.P.

19

11 E. Lexington Street, 4th Floor
Baltimore, MD 21202
(410) 837-4222
Attorneys for Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiffs elect and pray to have this case tried by a jury.


/s/ Robert G. Skeen
Robert G. Skeen

ADDITIONAL INFORMATION

OTIS GARNES, DECEASED

Pursuant to Pre-Trial Order No. 3, Circuit Court for Baltimore City, Paragraph 3(G) the

following information or attachment is provided:

(i) disease diagnosed: asbestos related lung cancer.

(ii) date Plaintiff's decedent learned of asbestos-related condition – unknown; lung

cancer death caused by asbestos exposure, October 11, 2005. Death Certificate attached.

(iii) Plaintiff decedent's social security printout is attached.


/s/ Harry Goldman, Jr.
Harry Goldman, Jr.
Skeen, Goldman, L.L.P.
11 E. Lexington Street, 4th Floor
Baltimore, MD 21202
(410) 837-4222
Attorneys for Plaintiffs

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS          JOB:
VERSION 1984.002 * * *     FOR SSN ████████1408      * * *
```

FROM:   SOCIAL SECURITY ADMINISTRATION
        OFFICE OF CENTRAL OPERATIONS
        300 N. GREENE STREET
        BALTIMORE, MARYLAND   21290-0300

SKEEN GOLDMAN L L P                    NUMBER HOLDER NAME:
                                       OTIS Y GARNES
11 EAST LEXINGTON ST
4TH FLR

BALTO                  MD  21202

PERIOD REQUESTED   JANUARY 1938   THRU   DECEMBER 1980

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|

EMPLOYER NUMBER:  52-0286271
CUMMINS CONSTRUCTION CORP
803 CATHERAL STREET
BALTIMORE  MD 00000-0000

| 1941 | 176.57 | 175.00 | | $ | 351.57 |
|---|---|---|---|---|---|

EMPLOYER NUMBER:  52-0235550
BALTIMORE ASPHALT PAVING CO
1320 N MONROE ST
BALTIMORE  MD 21217-1537

| 1941 | 14.40 | | | $ | 14.40 |
|---|---|---|---|---|---|
| 1942 | 22.75 | | | $ | 22.75 |

EMPLOYER NUMBER:  25-0364310
BOOTH & HINN COMPANY
1942 FORBES ST
PITTSBURGH  PA 00000-0000

| 1941 | | | 305.63 | 145.00 $ | 450.63 |
|---|---|---|---|---|---|

EMPLOYER NUMBER:  13-0557060
GELDER CORPORATION
% M SCHMERLER & CO 630 3RD AVE
NEW YORK NY 10017-0000

| 1941 | | | | 9.38 $ | 9.38 |
|---|---|---|---|---|---|

PAGE 001

```
SSA-1826                    ITEMIZED STATEMENT OF EARNINGS              JOB:
VERSION 1984.002 * * *       FOR SSN ▬▬▬1408        * * *


   YEAR  JAN - MARCH  APRIL - JUNE  JULY - SEPT   OCT - DEC    TOTAL


   EMPLOYER NUMBER:  52-0280160
   CONSOLIDATED ENGINEERING CO INC
   1726 REISTERSTOWN RD
   BALTIMORE  MD 21208-2908

   1941                                             77.74 $       77.74
   1942       233.45                                      $      233.45

   EMPLOYER NUMBER:  52-0495970
   STANDARD WHOLESALE PHOSPHATE
   & ACID WORKS INC
   1600 MERCANTILE TRUST BUILDING
   BALTIMORE  MD 00000-0000

   1942       33.04        18.91                          $       51.95

   EMPLOYER NUMBER:  24-0525873
   BETHLEHEM FAIRFIELD SHIPYARD INC
   701 E THIRD ST
   BETHLEHEM  PA 00000-0000

   1942                   172.59      219.39     120.48 $      512.46
   1944                     7.33      357.27 $      364.60

   EMPLOYER NUMBER:  24-0526104
   BETHLEHEM STEEL CO
   701 E 3 ST
   BETHLEHEM  PA 18016-0000

   1944                   338.71      143.96             $      482.67
   1945       26.51                                      $       26.51
   1946                   198.71       32.90             $      231.61
   1947       15.76                                      $       15.76

   EMPLOYER NUMBER:  52-0403440
   MARYLAND SHIP BUILDING & DRYDOCK CO
    CO
   BOX 537
   BALTIMORE  MD 21203-0000

   1944                                            146.83 $      146.83

                              PAGE 002
```

SSA-1826                    ITEMIZED STATEMENT OF EARNINGS            JOB:
VERSION 1984.002 * * *         FOR SSN ████████1408      * * *

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|-------------|-------------|----------|---|-------|
| 1945 | 593.41 | 637.25 | 331.76 | | $ | 1,562.42 |
| 1946 | | | | 133.69 | $ | 133.69 |
| 1947 | 471.54 | | 98.30 | 43.84 | $ | 613.68 |
| 1966 | | | 549.61 | 604.76 | $ | 1,154.37 |
| 1967 | 1,177.42 | 1,174.55 | | | $ | 2,351.97 |

EMPLOYER NUMBER:  52-0558206
GEORGE L BURY
3514 AETNA AVENUE
LANSDOWNE  MD 21227-0000

| 1947 | | | | 120.38 | $ | 120.38 |
|------|---|---|---|--------|---|--------|
| 1948 | | 56.76 | | | $ | 56.76 |

EMPLOYER NUMBER:  31-0411982
PROCTER & GAMBLE MANUFACTURING
 COMPANY
% TAX DIVISION
PO BOX 599
CINCINNATI  OH 45201-0599

| 1948 | 3.30 | | | | $ | 3.30 |
|------|------|---|---|---|---|------|

EMPLOYER NUMBER:  52-0403620
M G C INC
P O MORRELL PARK STATION
BALTIMORE  MD 21230-0000

| 1948 | | 26.88 | | | $ | 26.88 |
|------|---|-------|---|---|---|-------|

EMPLOYER NUMBER:  52-0548270
P STANLEY & GEORGE P HARMAN
P STANLEY HARMAN & BRO
5509 WASH BLVD
ELKRIDGE  MD 00000-0000

| 1949 | | | 175.51 | 26.00 | $ | 201.51 |
|------|---|---|--------|-------|---|--------|

PAGE 003

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS           JOB:
VERSION 1984.002 * * *      FOR SSN ████████1408      * * *
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|--------------|-------------|-----------|---|-------|

```
EMPLOYER NUMBER:  52-0392572
LOCKE INSULATION CORP
CHARLES & CROMWELL STS
BALTIMORE  MD 00000-0000
```

| 1950 | | 264.85 | 165.27 | 625.63 | $ | 1,055.75 |
|------|--------|--------|--------|--------|---|----------|
| 1951 | 678.27 | 833.52 | | | $ | 1,511.79 |

```
EMPLOYER NUMBER:  53-0191301
WRIGHT CONSTRUCTION CORPORATION
1507 M ST N W
WASHINGTON  DC 20005-0000
```

| 1950 | | 24.75 | | | $ | 24.75 |
|------|---|-------|---|---|---|-------|

```
EMPLOYER NUMBER:  24-0775485
PATAPSCO SCRAP CORP
701 E 3 ST
BETHLEHEM  PA 18016-0000
```

| 1950 | | | 337.95 | | $ | 337.95 |
|------|--------|-------|--------|--------|---|--------|
| 1953 | | | 25.52 | 696.35 | $ | 721.87 |
| 1954 | 575.00 | 74.17 | | | $ | 649.17 |

```
EMPLOYER NUMBER:  14-0689340
GENERAL ELECTRIC COMPANY
PO BOX 60330
FT MYERS FL 33906-6330
```

| 1951 | | | 604.43 | 646.84 | $ | 1,251.27 |
|------|--------|--------|--------|--------|---|----------|
| 1952 | 747.98 | 777.67 | 652.02 | 634.41 | $ | 2,812.08 |
| 1953 | 114.09 | | | | $ | 114.09 |

```
EMPLOYER NUMBER:  52-0592213
COMMANDING OFFICER FO-110
 US COAST GUARD YARD FISCAL DEPT
2401 HAWKINS POINT RD MSC 11
BALTIMORE  MD 21226-1797
```

| 1953 | 568.26 | 955.79 | 139.67 | | $ | 1,663.72 |
|------|--------|--------|--------|---|---|----------|

PAGE 004

```
SSA-1826                    ITEMIZED STATEMENT OF EARNINGS              JOB:
VERSION 1984.002 * * *        FOR SSN          1408        * * *
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|-------------|-------------|-----------|---|-------|
| 1956 | 231.15 | | | | $ | 231.15 |

EMPLOYER NUMBER:  52-0580553
GEORGETOWN CONSTRUCTION CO
4102 EDGE HILL AVE
BALTIMORE  MD 00000-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|-------------|-------------|-----------|---|-------|
| 1954 | | 28.56 | 13.72 | | $ | 42.28 |

EMPLOYER NUMBER:  23-0392710
BEAUMONT BIRCH COMPANY INC
132 CARLI DR
BROOMALL  PA 19008-2011

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|-------------|-------------|-----------|---|-------|
| 1954 | | | 72.80 | | $ | 72.80 |

EMPLOYER NUMBER:  52-0449350
POTTS & CALLAHAN CONTRACTING CO
 INC
500 W 29 ST
BALTIMORE  MD 21211-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|-------------|-------------|-----------|---|-------|
| 1954 | | | 48.00 | | $ | 48.00 |

EMPLOYER NUMBER:  52-0550168
POTTS & CALLAHAN INC
500 W 29TH ST
BALTIMORE  MD 21211-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|-------------|-------------|-----------|---|-------|
| 1954 | | | 54.40 | | $ | 54.40 |

EMPLOYER NUMBER:  52-0553639
WILLIAM F CHEW HOLDING CO INC
PO BOX 5839
PIKESVILLE  MD 21208-0839

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|-------------|-------------|-----------|---|-------|
| 1954 | | | 267.37 | 810.61 | $ | 1,077.98 |
| 1955 | 360.00 | 821.33 | 412.11 | | $ | 1,593.44 |
| 1956 | | 243.00 | 948.00 | 1,168.00 | $ | 2,359.00 |
| 1957 | 712.00 | 221.00 | | | $ | 933.00 |

                              PAGE 005

```
SSA-1826                  ITEMIZED STATEMENT OF EARNINGS          JOB:
VERSION 1984.002 * * *        FOR SSN ████████1408    * * *
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|--------------|-------------|-----------|---|-------|

EMPLOYER NUMBER:  52-0662988
GLEN OAK CORP
12 CRAIN HIGHWAY N W
GLEN BURNIE MD 21061-0000

| 1955 | | | 210.62 | | $ | 210.62 |
|------|--|--|--------|--|---|--------|

EMPLOYER NUMBER:  52-0419775
MONUMENTAL HOMES CORPORATION
205 DAVIS ST
BALTIMORE  MD 21202-0000

| 1956 | 383.29 | | | | $ | 383.29 |
|------|--------|--|--|--|---|--------|

EMPLOYER NUMBER:  52-0627173
HENRY H GARDNER
1627 DIVISION ST
BALTIMORE  MD 21217-0000

| 1957 | 869.75 | 664.40 | | | $ | 1,534.15 |
|------|--------|--------|--|--|---|----------|

EMPLOYER NUMBER:  52-0687913
ROBERT B MAYS
TA MAYS CONTRUCTION CO
108 WARE AVE
TOWSON MD 21204-0000

| 1957 | | | 822.60 | 1,504.60 | $ | 2,327.20 |
|------|--------|----------|----------|----------|---|----------|
| 1958 | 289.99 | 232.10 | 23.10 | | $ | 545.19 |
| 1959 | | 176.00 | 1,320.00 | | $ | 1,496.00 |

EMPLOYER NUMBER:  52-0689967
THE PENN ROAD CONTRACTING CO
1208 BANK ST
BALTIMORE  MD 21202-0000

| 1958 | | 928.15 | 1,639.28 | 974.31 | $ | 3,541.74 |
|------|--------|--------|----------|--------|---|----------|
| 1962 | 186.83 | | | | $ | 186.83 |

PAGE 006

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS           JOB:
VERSION 1984.002 * * *      FOR SSN ████████1408      * * *
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|

```
EMPLOYER NUMBER:  52-0709428
SNOWELL CONSTRUCTION CO
12 CAVAN DR
LUTHERVILLE  MD 21093-0000
```

| 1959 | 431.50 | 1,392.50 | | | $ 1,824.00 |

```
EMPLOYER NUMBER:  52-0728531
MAYS CONSTRUCTION CO
108 WARE AV
TOWSON  MD 21204-0000
```

| 1959 | | | | 1,684.00 $ | 1,684.00 |
| 1960 | 1,490.50 | 1,452.00 | 1,474.00 | 383.50 $ | 4,800.00 |
| 1961 | 150.00 | 1,402.00 | 1,452.00 | 1,529.00 $ | 4,533.00 |
| 1962 | 264.00 | | | $ | 264.00 |

```
EMPLOYER NUMBER:  52-0734878
DYER BISHOP MAYS & MCKEWEN
A A DYER CO
R D 2
REISTERSTOWN  MD 21136-0000
```

| 1960 | | | | 143.00 $ | 143.00 |
| 1961 | 1,452.00 | 110.00 | | $ | 1,562.00 |

```
EMPLOYER NUMBER:  52-0675499
UNIVERSAL CONSTRUCTION CORP
BOX 231
LAUREL  MD 20810-0000
```

| 1962 | | 590.05 | 1,258.32 | | $ 1,848.37 |

```
EMPLOYER NUMBER:  52-0688017
JOSEPH A LAVEZZA SONS CO INC
1208 BANK ST
BALTIMORE  MD 21202-4309
```

| 1962 | | 885.99 | | | $ 885.99 |

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS          JOB:
VERSION 1984.002 * * *      FOR SSN ████1408      * * *
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|

```
EMPLOYER NUMBER:  23-1472072
J RICHARD NISSLEY INC
102 MAIN ST
LANDISVILLE  PA 17538-0000
```

| | | | | | |
|------|-------------|-------------|-------------|-----------|-------|
| 1962 | | | 406.93 | $ | 406.93 |

```
EMPLOYER NUMBER:  52-0551437
B & W CONSTRUCTION CO INC
5 NUTHATCH COURT
COCKEYSVILLE  MD 21030-0000
```

| | | | | | |
|------|-------------|-------------|-------------|-----------|-------|
| 1962 | | | 90.00 | $ | 90.00 |
| 1963 | | | 682.02 | 585.76 $ | 1,267.78 |

```
EMPLOYER NUMBER:  52-0554096
MONTGOMERY CONSTRUCTION CO INC
PO BOX 2799
BALTIMORE  MD 21225-0799
```

| | | | | | |
|------|-------------|-------------|-------------|-----------|-------|
| 1962 | | | 130.62 | 1,590.79 $ | 1,721.41 |

```
EMPLOYER NUMBER:  52-0673349
BISHOP MCKEWEN & DYER
R D 2
REISTERSTOWN  MD 21136-0000
```

| | | | | | |
|------|-------------|-------------|-------------|-----------|-------|
| 1963 | | 1,192.02 | 666.88 | $ | 1,858.90 |

```
EMPLOYER NUMBER:  52-0789676
RATRIE ROBBINS & SCHWEIZER INC
803 GLENEAGLES CT
TOWSON  MD 21286-2201
```

| | | | | | |
|------|-------------|-------------|-------------|-----------|-------|
| 1964 | 263.13 | 389.38 | 1,598.76 | 1,136.34 $ | 3,387.61 |
| 1965 | 50.00 | | | $ | 50.00 |

PAGE 008

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS        JOB:
VERSION 1984.002 * * *      FOR SSN ████████1408      * * *
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|--------------|-------------|-----------|---|-------|

EMPLOYER NUMBER:  52-0297200
DRUM CORP
12150 TECH RD
SILVER SPRING MD 20904-0000

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|--------------|-------------|-----------|---|-------|
| 1964 |  | 452.20 |  |  | $ | 452.20 |
| 1965 |  | 517.80 | 1,910.00 | 2,110.00 | $ | 4,537.80 |
| 1966 | 1,600.00 | 1,374.00 | 196.00 |  | $ | 3,170.00 |
| 1967 |  |  | 1,740.00 | 2,220.01 | $ | 3,960.01 |
| 1968 | 1,995.60 | 2,147.61 | 2,147.60 | 1,509.19 | $ | 7,800.00 |
| 1969 | 2,240.40 | 2,407.60 | 2,407.61 | 744.39 | $ | 7,800.00 |
| 1970 | 2,527.60 | 2,537.60 | 2,537.60 | 197.20 | $ | 7,800.00 |
| 1971 | 2,462.41 | 2,667.61 | 2,667.65 | 2.33 | $ | 7,800.00 |
| 1972 | 2,797.60 | 2,797.60 | 2,797.60 | 607.20 | $ | 9,000.00 |
| 1973 | 2,927.60 | 2,927.62 | 450.40 |  | $ | 6,305.62 |

EMPLOYER NUMBER:  52-0973564
ROBERT B MAYS & CO INC
1235 PAPER MILL RD
COCKEYSVILLE  MD 21030-0000

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|--------------|-------------|-----------|---|-------|
| 1973 |  |  | 2,650.00 | 3,250.00 | $ | 5,900.00 |
| 1974 | 3,445.00 | 3,445.00 | 3,620.00 | 2,690.00 | $ | 13,200.00 |
| 1975 | 3,480.00 | 3,770.00 | 4,279.00 | 3,080.00 | $ | 14,609.00 |
| 1976 | 3,770.00 | 4,060.00 | 3,770.00 | 3,700.00 | $ | 15,300.00 |
| 1977 |  | 3,480.00 | 3,770.00 | 3,770.00 | $ | 11,020.00 |
| 1978 | - | - | - | - | $ | 14,160.00 |
| 1979 | - | - | - | - | $ | 14,700.00 |
| 1980 | - | - | - | - | $ | 14,150.00 |

THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS SOCIAL SECURITY
NUMBER FOR THE PERIOD(S) REQUESTED.

EARNINGS FOR THE YEARS AFTER   2005 MAY NOT BE SHOWN, OR ONLY
PARTIALLY SHOWN, BECAUSE THEY MAY NOT YET BE ON OUR RECORDS.

PAGE 009 END

V... CAROMDL No. 87/THE... DOCUMENT... IS A TRUE COPY OF A RECORD ON FILE IN THE DIVISION OF VITAL RECORDS

THIS ... IMPRESSED SEAL

DATE ISSUED:

OCT 1 9 2005

*Geneva J. Sparks*

STATE REGISTRAR OF VITAL RECORDS

---

**Please Type or Print in Black Indelible Ink. Ensure All Copies Are Legible.**

State of Maryland / Department of Health and Mental Hygiene

*Certificate of Death*

| 1. Decedent's Name (First, Middle, Last) | 2. Date of Death | | 3. Time of Death |
|---|---|---|---|
| Otis Y. Garnes | Oct 11, 2005 | | 9:30 a M |

| 4a. Facility Name | 4b. City, Town, or Location of Death | 4c. County of Death |
|---|---|---|
| 324 Key Avenue | Baltimore | N/A |

| 5. Social Security Number ...408 | 6. Sex 10 M | 7. Age | 8. Date of Birth ...1922 | 9. Birthplace No. Carolina |
|---|---|---|---|---|
| | | 83 | | |

**Usual Residence of Decedent**

| 10a. State | 10b. County | 10c. City, Town or Location | 10d. Inside City Limits |
|---|---|---|---|
| Maryland | N/A | Baltimore | 1 Yes 2 No |

| 10e. Street and Number | 10f. Zip Code | 10g. Citizen of What Country |
|---|---|---|
| 324 Key Avenue | 21225 | U.S.A. |

| 11. Marital Status | 12. Was Decedent Ever in U.S. Armed Forces? 1942 1944 | 13. Was Decedent of Hispanic Origin? | 14. Race |
|---|---|---|---|
| Married | | | Black |

| 15. Decedent's Education Elementary/Secondary 12 | 16a. Decedent's Usual Occupation: Construction Foreman | 16b. Kind of Business/Industry: May Construction Company |
|---|---|---|

| 17. Father's Name: Gill Garnes | 18. Mother's Name: Martha Garnes |
|---|---|

| 19a. Informant's Name/Relationship: Lisa Covington Daughter | 19b. Mailing Address: 324 Key Avenue Baltimore, Maryland 21225 |
|---|---|

| 20a. Method of Disposition: Burial | 20b. Place of Disposition: Crownsville Veterans Cemetery | Date 10/11/05 | 20c. Location: Crownsville, Md. |
|---|---|---|---|

| 21. Signature of Funeral Service Licensee: Lloyd Estep | 22. Name and Address of Facility: Estep Brothers Funeral Service, P.A. 1300 Eutaw Place Baltimore, Md 21217 |
|---|---|

23a. Part I. Enter the disease or complications that caused the death.

Immediate Cause (Final disease or condition resulting in death): Lung Cancer

Approximate Interval Between Onset and Death: 6 mos—

Due to (or as a consequence of):

Due to (or as a consequence of):

| IF FEMALE: 23e. Was decedent pregnant | 23c. If yes, outcome of pregnancy | 23d. Date of delivery |
|---|---|---|

| Part II. Other significant conditions | 23e. Did tobacco use contribute to the cause of death? 1 Yes 2 No Probably Unknown |
|---|---|
| | 24a. Was an autopsy performed? 1 Yes 2 No | 24b. Were autopsy findings available prior to completion of cause of death? 1 Yes 2 No |

| 25. Was case referred to medical examiner? 1 Yes 2 No | 26. Place of Death: Residence |
|---|---|

| 27. Manner of Death: Natural | 28a. Date of Injury | 28b. Time of Injury | 28c. Injury at Work? | 28d. Describe how injury occurred |
|---|---|---|---|---|
| | | | | 28f. Location |

| 29a. Certifier: Certifying Physician | 29b. Signature and title of Certifier | 29c. License Number 031551 | 29d. Date signed: October 12, 2005 |
|---|---|---|---|

30. Name and address of person who completed cause of death (Item 23a): Russell R. Dellcaio MD 305 Hospital Drive, Glen Burny Md 2061

| 31. Date filed (Month, Day, Year): OCT 1 9 2005 | Registrar's Signature: *Geneva S. Sparks* |
|---|---|