ASB

# U.S. District Court
## District of Maryland (Baltimore)
## CIVIL DOCKET FOR CASE #: 1:12-cv-00462-BEL

Hurley et al v. Alltite Gaskets et al
Assigned to: Judge Benson Everett Legg
Case in other court: Circuit Court for Baltimore City,
24x11000003
Cause: 28:1442 Notice of Removal

Date Filed: 02/14/2012
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**Ronald F. Hurley**

represented by **Robert G Skeen**
Skeen Goldman LLP
11 E Lexington St Fourth Fl
Baltimore, MD 21202
14108374222
Fax: 14106968026
Email: robertskeen@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bonnie Hurley**
*and Ronald P. Hurley, As Husband and*
*Wife*

represented by **Robert G Skeen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Alltite Gaskets**

**Defendant**

**Anchor Packing Company**

**Defendant**

**A.W. Chesterton Company**

**Defendant**

**Bayer Cropscience, Inc.**
*Individually and as Successor In*
*Interest to Benjamin Foster Co.,*
*Amchem Products, Inc. H.B. Fuller Co.,*
*Aventis CropScience USA, Inc. Rhone-*
*Poulenc AG Company, Inc. Rhone-*

represented by **R Thomas Radcliffe , Jr**
Dehay and Elliston LLP
36 S Charles St 13th Fl
Baltimore, MD 21201
14107837225
Fax: 14107837221

*Poulenc Inc. and Rhodia, Inc.*

Email: rtr@dehay.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bondex International, Inc.**

**Defendant**

**CBS Corporation**
*formerly known as*
Westinghouse

**Defendant**

**CertainTeed Corporation**                    represented by    **Matthew R Schroll**
*Individually and as Successor to*                              Miles and Stockbridge PC
*Bestwall Gypsum Co.*                                          10 Light St
                                                              Baltimore, MD 21202
                                                              14107276464
                                                              Fax: 14103853700
                                                              Email: mschroll@milesstockbridge.com

                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Conwed Corporation**                         represented by    **Jennifer M. Alexander**
                                                              Brassel Law Group LLC
                                                              900 Bestgate Rd Ste 402
                                                              Annapolis, MD 21401
                                                              14438379800
                                                              Fax: 14438379801
                                                              Email: jalexander@brassellaw.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jason A. Steinhardt**
                                                              The Brassel Law Group LLC
                                                              900 Bestgate Rd Ste 402
                                                              Annapolis, MD 21401
                                                              14438379800
                                                              Fax: 14438379801
                                                              Email: jsteinhardt@brassellaw.com
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Cooper Industries, Inc.**
*Individually and as Successors in*
*Interest to Crouse Hinds Co.*

**Defendant**

**Croker & Stallings, Inc.**

**Defendant**

**Delaval, Inc.**

**Defendant**

**Durabla Manufacturing Company**

**Defendant**

**E.L. Stebbing & Company, Inc.**

**Defendant**

**Flintkote Company**

**Defendant**

**Foster Wheeler Corporation**            represented by   **R Thomas Radcliffe , Jr**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Foster Wheeler Energy Corporation**     represented by   **R Thomas Radcliffe , Jr**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**General Electric Company**              represented by   **David J Quigg**
                                                          Meringer Zois and Quigg LLC
                                                          320 N Charles St
                                                          Baltimore, MD 21201
                                                          14435247978
                                                          Fax: 14435247982
                                                          Email: dquigg@meringerlaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Georgia Pacific, Inc.**                 represented by   **Matthew R Schroll**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Green, Tweed & Co.**
*Individually and as Successor in
Interest to Palmetto, Inc.*

**Defendant**

**Hampshire Industries, Inc.**
*formerly known as*
John H. Hampshire Co.

**Defendant**

**H.B. Fuller Company**
*formerly known as*
Amchem Products, Inc.
*formerly known as*
Benjamin Foster

### Defendant

**Honeywell International, Inc.**                represented by   **Michael L Haslup**
*Successor in Interest to the Bendix*                             Miles and Stockbridge PC
*Corporation*                                                    10 Light St
*formerly known as*                                              Baltimore, MD 21202
Allied Signal, Inc.                                              14103853421
                                                                 Fax: 14103853700
                                                                 Email: mhaslup@milesstockbridge.com

                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

### Defendant

**Hopeman Brothers, Inc.**

### Defendant

**International Paper Company**
*Individually and as Successor to in*
*Interest to Champion International*
*Corporation and U.S. Plywood Corp.*

### Defendant

**J.E. Steigerwald Company, Inc.**

### Defendant

**John Crane-Houdaille, Inc.**                   represented by   **Peter Allan Woolson**
*formerly known as*                                              P A Woolson PA
Crane Packing Company                                            217 E Redwood St Ste 1600
                                                                 Baltimore, MD 21202
                                                                 14106250000
                                                                 Fax: 14106250201
                                                                 Email: pwoolson@pawoolson.com
                                                                 *ATTORNEY TO BE NOTICED*

### Defendant

**Kaiser Gypsum Company, Inc.**

### Defendant

**Lofton Corporation**
*As Successor-in-Interest to Wayne*
*Manufacturing Corporation and*
*Hopeman Manufacturing Corporation*

### Defendant

**MCIC**
*formerly known as*
McCormick Asbestos Co.

**Defendant**

**Melrath Gasket, Inc.**

**Defendant**

**Metropolitan Life Insurance Co.**

**Defendant**

**ON Marine Services Company**                represented by   **Jennifer M. Alexander**
*formerly Oglebay Norton Company*                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jason A. Steinhardt**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Owens-Illinois Glass Co.**
*formerly known as*
Owens-Illinois, Inc.

**Defendant**

**Paramount Packing & Rubber Co.**

**Defendant**

**Pfizer Corporation**                       represented by   **Patrick C Smith**
                                                             Dehay and Elliston LLP
                                                             36 S Charles St Ste 1300
                                                             Baltimore, MD 21201
                                                             14107837225
                                                             Fax: 14107837221
                                                             Email: psmith@dehay.com
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Phelps Packing & Rubber Co.**

**Defendant**

**RPM, Inc.**
*Individually as Successor In Interest to
and/or alter ego of The Reardon
Company and Bondex International*

**Defendant**

**Selby, Battersby & Company**               represented by   **Matthew R Schroll**

*also known as*                                           (See above for address)
Quaker Chemical Corporation                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Square D Company**

**Defendant**

**Uniroyal, Incorporated**

**Defendant**

**Union Carbide Corporation**              represented by   **R Thomas Radcliffe , Jr**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Universal Refractories Company**

**Defendant**

**Wallace & Gale Asbestos Settlement**      represented by   **Jessica B Boston**
**Trust**                                                 Venable LLP
*Successor to the Wallace & Gale*                          210 W Pennsylvania Ave Ste 500
*Company*                                                 Towson, MD 21204
                                                          14104946200
                                                          Fax: 14108210147
                                                          Email: jbboston@venable.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Theodore F Roberts**
                                                          Venable LLP
                                                          210 W Pennsylvania Ave Ste 500
                                                          Towson, MD 21285
                                                          14104946200
                                                          Fax: 14108210147
                                                          Email: tfroberts@venable.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Warren Pumps, Inc.**

**Defendant**

**Wayne Manufacturing Corporation**

**Defendant**

**Worthington Pump Inc.**
*formerly known as*
Dresser Pump Division

**Defendant**

**The Goodyear Tire & Rubber Co.**

**Defendant**

**Alfa Laval, Inc.**                          represented by  **R Thomas Radcliffe , Jr**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2012 | 🌐 1 | NOTICE OF REMOVAL from Circuit Court for Baltimore City, case number 24x000003 filed by General Electric Company. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit C,D,& E) ( Filing fee $ 350 receipt number 146370557381)(bmhs, Deputy Clerk) (Entered: 02/16/2012) |
| 02/14/2012 | 🌐 2 | COMPLAINT against A.W. Chesterton Company, Alltite Gaskets, Anchor Packing Company, Bayer Cropscience, Inc., Bondex International, Inc., CBS Corporation, CertainTeed Corporation, Conwed Corporation, Cooper Industries, Inc., Croker & Stallings, Inc., Delaval, Inc., Durabla Manufacturing Company, E.L. Stebbing & Company, Inc., Flintkote Company, Foster Wheeler Corporation, Foster Wheeler Energy Corporation, General Electric Company, Georgia Pacific, Inc., Green, Tweed & Co., H.B. Fuller Company, Hampshire Industries, Inc., Honeywell International, Inc., Hopeman Brothers, Inc., International Paper Company, J.E. Steigerwald Company, Inc., John Crane-Houdaille, Inc., Kaiser Gypsum Company, Inc., Lofton Corporation, MCIC, Melrath Gasket, Inc., Metropolitan Life Insurance Co., ON Marine Services Company, Owens-Illinois Glass Co., Paramount Packing & Rubber Co., Pfizer Corporation, Phelps Packing & Rubber Co., RPM, Inc., Selby, Battersby & Company, Square D Company, The Goodyear Tire & Rubber Co., Union Carbide Corporation, Uniroyal, Incorporated, Universal Refractories Company, Wallace & Gale Asbestos Settlement Trust, Warren Pumps, Inc., Wayne Manufacturing Corporation, Worthington Pump Inc., filed by Ronald F. Hurley, Bonnie Hurley.(bmhs, Deputy Clerk) (Entered: 02/16/2012) |
| 02/14/2012 | 🌐 | Jury Trial Demand by Bonnie Hurley, Ronald F. Hurley. (bmhs, Deputy Clerk) (Entered: 02/16/2012) |
| 02/14/2012 | 🌐 3 | Summons Issued as to General Electric Company. (bmhs, Deputy Clerk) (Entered: 02/16/2012) |
| 02/14/2012 | 🌐 4 | SUMMONS Returned Executed as to General Electric Company. (bmhs, Deputy Clerk) (Entered: 02/16/2012) |
| 02/14/2012 | 🌐 5 | ANSWER to 2 Complaint by General Electric Company.(bmhs, Deputy Clerk) (Entered: 02/16/2012) |
| 02/14/2012 | 🌐 6 | Notice of filing of state court discovery material by General Electric Company (bmhs, Deputy Clerk) (Entered: 02/16/2012) |
| 02/14/2012 | 🌐 | THE ABOVE DOCUMENTS (2 THROUGH 6) ARE COPIES OF ORIGINAL PAPERS FILED IN THE CIRCUIT COURT FOR BALTIMORE CITY. (bmhs, Deputy Clerk) (Entered: 02/16/2012) |

| 02/16/2012 | 7 | STANDING ORDER CONCERNING REMOVAL. Signed by Judge Benson Everett Legg on 2/16/12. (bmhs, Deputy Clerk) (Entered: 02/16/2012) |
| 02/16/2012 | | Deficiency Notice as to General Electric Company. Your Local Rule 103.3 disclosure statement has not been filed. The Statement must be filed by 2/27/2012 (bmhs, Deputy Clerk) (Entered: 02/16/2012) |
| 02/16/2012 | 8 | (FILED IN ERROR) Local Rule 103.3 Disclosure Statement by General Electric Company. (Quigg, David) Modified on 2/17/2012 (bmhs, Deputy Clerk). (Entered: 02/16/2012) |
| 02/16/2012 | 9 | NOTICE of Appearance by Theodore F Roberts on behalf of Wallace & Gale Asbestos Settlement Trust (Roberts, Theodore) (Entered: 02/16/2012) |
| 02/16/2012 | 10 | NOTICE of Appearance by Jessica B Boston on behalf of Wallace & Gale Asbestos Settlement Trust (Boston, Jessica) (Entered: 02/16/2012) |
| 02/16/2012 | 11 | (FILED IN ERROR) Local Rule 103.3 Disclosure Statement by Wallace & Gale Asbestos Settlement Trust. (Boston, Jessica) Modified on 2/17/2012 (bmhs, Deputy Clerk). (Entered: 02/16/2012) |
| 02/17/2012 | 12 | NOTICE of Appearance by Patrick C Smith on behalf of Pfizer Corporation (Smith, Patrick) (Entered: 02/17/2012) |
| 02/17/2012 | 13 | Local Rule 103.3 Disclosure Statement by Pfizer Corporation. (Smith, Patrick) (Entered: 02/17/2012) |
| 02/17/2012 | 14 | (FILED IN ERROR) NOTICE of Appearance by R Thomas Radcliffe, Jr on behalf of Bayer Cropscience, Inc. (Radcliffe, R) Modified on 2/21/2012 (bmhs, Deputy Clerk). (Entered: 02/17/2012) |
| 02/17/2012 | 15 | (FILED IN ERROR) NOTICE of Appearance by R Thomas Radcliffe, Jr on behalf of Foster Wheeler Corporation (Radcliffe, R) Modified on 2/21/2012 (bmhs, Deputy Clerk). (Entered: 02/17/2012) |
| 02/17/2012 | 16 | (FILED IN ERROR) NOTICE of Appearance by R Thomas Radcliffe, Jr on behalf of Foster Wheeler Energy Corporation (Radcliffe, R) Modified on 2/21/2012 (bmhs, Deputy Clerk). (Entered: 02/17/2012) |
| 02/17/2012 | 17 | (FILED IN ERROR) NOTICE of Appearance by R Thomas Radcliffe, Jr on behalf of Union Carbide Corporation (Radcliffe, R) Modified on 2/21/2012 (bmhs, Deputy Clerk). (Entered: 02/17/2012) |
| 02/17/2012 | 18 | (FILED IN ERROR) Local Rule 103.3 Disclosure Statement by Bayer Cropscience, Inc.. (Radcliffe, R) Modified on 2/17/2012 (bmhs, Deputy Clerk). (Entered: 02/17/2012) |
| 02/17/2012 | 19 | (FILED IN ERROR) Local Rule 103.3 Disclosure Statement by Foster Wheeler Corporation, Foster Wheeler Energy Corporation. (Radcliffe, R) Modified on 2/17/2012 (bmhs, Deputy Clerk). (Entered: 02/17/2012) |
| 02/17/2012 | 20 | (FILED IN ERROR) Local Rule 103.3 Disclosure Statement by Union Carbide Corporation. (Radcliffe, R) Modified on 2/17/2012 (bmhs, Deputy Clerk). (Entered: 02/17/2012) |

| 02/17/2012 | 🌐 21 | QC NOTICE: 8 Local Rule 103.3 Disclosure Statement filed by General Electric Company was filed incorrectly. *It has been noted as FILED IN ERROR, and the document link has been disabled. The Local Rule 103.3 Disclosure Statement needs to be refiled and the corporate affiliations need to be entered when the system prompts you do to so.* (bmhs, Deputy Clerk) (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 22 | QC NOTICE: 11 Local Rule 103.3 Disclosure Statement filed by Wallace & Gale Asbestos Settlement Trust was filed incorrectly. *It has been noted as FILED IN ERROR, and the document link has been disabled. The Local Rule 103.3 Disclosure Statement needs to be refiled and the corporate affiliations need to be entered when the system prompts you do to so.* (bmhs, Deputy Clerk) (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 23 | (FILED IN ERROR) Local Rule 103.3 Disclosure Statement by Wallace & Gale Asbestos Settlement Trust identifying Corporate Parent None for Wallace & Gale Asbestos Settlement Trust.. (Boston, Jessica) Modified on 2/17/2012 (bmhs, Deputy Clerk). (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 24 | QC NOTICE: 19 Local Rule 103.3 Disclosure Statement filed by Foster Wheeler Corporation, Foster Wheeler Energy Corporation, 18 Local Rule 103.3 Disclosure Statement filed by Bayer Cropscience, Inc. was filed incorrectly. *It has been noted as FILED IN ERROR, and the document link has been disabled. The Local Rule 103.3 Disclosure Statement needs to be refiled and the corporate affiliations need to be entered when the system prompts you do to so.* (bmhs, Deputy Clerk) (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 25 | QC NOTICE: 20 Local Rule 103.3 Disclosure Statement filed by Union Carbide Corporation was filed incorrectly. *The wrong document was attached to this filing. It has been noted as FILED IN ERROR, and the document link has been disabled.* (bmhs, Deputy Clerk) (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 26 | QC NOTICE: 23 Local Rule 103.3 Disclosure Statement filed by Wallace & Gale Asbestos Settlement Trust was filed incorrectly. *It has been noted as FILED IN ERROR, and the document link has been disabled. The Local Rule 103.3 Disclosure Statement needs to be refiled and the corporate affiliations need to be entered when the system prompts you do to so.* (bmhs, Deputy Clerk) (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 27 | Local Rule 103.3 Disclosure Statement by Wallace & Gale Asbestos Settlement Trust identifying Other Affiliate Continental Casualty Company of the CNA Insurance Companies, Other Affiliate Granite State Insurance Company, Other Affiliate Travelers Casualty and Surety Company of America, Other Affiliate Allianz, S.P.A., as successor to Riunione Adriatica di Sicurta, Other Affiliate St. Paul Fire and Marine Company for Wallace & Gale Asbestos Settlement Trust.. (Boston, Jessica) (Entered: 02/17/2012) |
| 02/17/2012 | 🌐 28 | Local Rule 103.3 Disclosure Statement by Bayer Cropscience, Inc. identifying Corporate Parent BAYER AG, Other Affiliate Bayer CropScience Holding SA for Bayer Cropscience, Inc... (Radcliffe, R) (Entered: 02/17/2012) |

| 02/17/2012 | 29 | Local Rule 103.3 Disclosure Statement by Foster Wheeler Corporation, Foster Wheeler Energy Corporation identifying Other Affiliate Foster Wheeler Ltd, Other Affiliate Foster Wheeler AG, Other Affiliate Foster Wheeler Holdings Ltd for Foster Wheeler Corporation, Foster Wheeler Energy Corporation.. (Radcliffe, R) (Entered: 02/17/2012) |
| 02/17/2012 | 30 | Local Rule 103.3 Disclosure Statement by Union Carbide Corporation identifying Corporate Parent The Dow Chemical Company for Union Carbide Corporation.. (Radcliffe, R) (Entered: 02/17/2012) |
| 02/20/2012 | 31 | NOTICE of Appearance by Jennifer M. Alexander on behalf of ON Marine Services Company (Alexander, Jennifer) (Entered: 02/20/2012) |
| 02/20/2012 | 32 | Local Rule 103.3 Disclosure Statement by ON Marine Services Company identifying Corporate Parent Carmeuse Lime & Stone, Inc., Other Affiliate Ferro Engineering, Other Affiliate Oglebay Norton Company for ON Marine Services Company.. (Alexander, Jennifer) (Entered: 02/20/2012) |
| 02/20/2012 | 33 | NOTICE of Appearance by Jason A. Steinhardt on behalf of ON Marine Services Company (Steinhardt, Jason) (Entered: 02/20/2012) |
| 02/20/2012 | 34 | NOTICE of Appearance by Peter Allan Woolson on behalf of John Crane-Houdaille, Inc. (Woolson, Peter) (Entered: 02/20/2012) |
| 02/20/2012 | 35 | Local Rule 103.3 Disclosure Statement by John Crane-Houdaille, Inc. identifying Corporate Parent Smith Group, PLC for John Crane-Houdaille, Inc... (Woolson, Peter) (Entered: 02/20/2012) |
| 02/20/2012 | 36 | NOTICE of Appearance by Jennifer M. Alexander on behalf of Conwed Corporation (Alexander, Jennifer) (Entered: 02/20/2012) |
| 02/20/2012 | 37 | Local Rule 103.3 Disclosure Statement by Conwed Corporation identifying Other Affiliate Leucadia, LLC for Conwed Corporation.. (Alexander, Jennifer) (Entered: 02/20/2012) |
| 02/20/2012 | 38 | NOTICE of Appearance by Jason A. Steinhardt on behalf of Conwed Corporation (Steinhardt, Jason) (Entered: 02/20/2012) |
| 02/21/2012 | 39 | NOTICE of Appearance by Matthew R Schroll on behalf of CertainTeed Corporation, Georgia Pacific, Inc., Selby, Battersby & Company (Schroll, Matthew) (Entered: 02/21/2012) |
| 02/21/2012 | 40 | NOTICE of Appearance by Michael L Haslup on behalf of Honeywell International, Inc. (Haslup, Michael) (Entered: 02/21/2012) |
| 02/21/2012 | 41 | (FILED IN ERROR) NOTICE of Appearance by R Thomas Radcliffe, Jr on behalf of Alfa Laval, Inc. (Radcliffe, R) Modified on 2/21/2012 (bmhs, Deputy Clerk). (Entered: 02/21/2012) |
| 02/21/2012 | 42 | Local Rule 103.3 Disclosure Statement by Alfa Laval, Inc. identifying Corporate Parent Alfa Laval AB for Alfa Laval, Inc... (Radcliffe, R) (Entered: 02/21/2012) |
| 02/21/2012 | 43 | Local Rule 103.3 Disclosure Statement by Honeywell International, Inc.. (Haslup, Michael) (Entered: 02/21/2012) |

| 02/21/2012 | 🌐 44 | QC NOTICE: 17 Notice of Appearance filed by Union Carbide Corporation, 41 Notice of Appearance filed by Alfa Laval, Inc., 15 Notice of Appearance filed by Foster Wheeler Corporation, 14 Notice of Appearance filed by Bayer Cropscience, Inc., 16 Notice of Appearance filed by Foster Wheeler Energy Corporation was filed incorrectly. *It has been noted as FILED IN ERROR, and the document link has been disabled. Attorney Laura Higgs must file this document using her CM/ECF login and password.* (bmhs, Deputy Clerk) (Entered: 02/21/2012) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| RONALD P. HURLEY, et ux., | * | |
| Plaintiffs, | * | Civil Action: |
| | * | |
| v. | * | (Circuit Court for Baltimore City |
| | * | Case No.: 24X11000003) |
| ALLTITE GASKETS, et al., | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>NOTICE OF REMOVAL OF CIVIL ACTION</u>

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant, General Electric Company ("GE"), by and through its undersigned counsel of record, hereby notes the removal of this action to the United States District Court for the District of Maryland, Northern Division, pursuant to 28 U.S.C. §§ 1442 and 1446.  The grounds for removal are as follows:

1.      GE hereby removes this action from the Circuit Court for Baltimore City, Maryland on the grounds, set forth in greater detail below, that the plaintiffs assert a claim against GE for alleged exposure to asbestos by Ronald P. Hurley, who worked as a pipefitter aboard U.S. Navy vessels, including the *U.S.S. Spiegel Grove* (LSD 32), the *U.S.S. Fort Snelling* (LSD 32), the *U.S.S. Canisteo* (AO-99), and the *U.S.S. Caloosohatchee* (AO-98), from marine turbines, generators, and other equipment allegedly manufactured by GE, which products – if manufactured by GE – were manufactured under contract with the United States Navy under

terms by which the Navy and its officers imposed strict supervision and control over all aspects

of the design and manufacture of the turbines including, without limitation, any asbestos content

and any labels or materials affixed to or accompanying the turbines.  Consequently, GE is

permitted to remove this case under the provisions of 28 U.S.C. § 1442(a)(1) as a person acting

under an officer or agency of the United States, in order to assert defenses arising under the laws

of the United States including, without limitation, the defense of government contractor

immunity.

2.      On January 19, 2011, General Electric was served with Plaintiffs' Complaint and

Prayer for Jury Trial (hereinafter "Complaint" or "Plaintiffs' Complaint") in this civil action in

the Circuit Court for Baltimore City, Maryland, Civil Action No. 24X11000003 ("the State

Case").  A true and correct copy of the Complaint is attached as **Exhibit A**.  The Complaint

alleges that the plaintiff, Ronald P. Hurley, was exposed to asbestos during his employment at

the Bethlehem Steel Sparrows Point Shipyard in Baltimore, Maryland, from 1962 to 1964, at the

Key Highway Shipyard in Baltimore, Maryland, from 1964 to 1984, and at Sparrows Point

Shipyard again from 1984 through 2000, as a pipefitter and supervisor.  The Complaint does not

specify any GE products from which Plaintiff was allegedly exposed to asbestos, nor does it

identify the specific work site at which asbestos exposure from GE products is alleged to have

occurred.  Thus, the allegations of the Complaint are insufficient to advise GE, or any other

defendant, of the relevant work site, time period, or products at issue for any particular

defendant.

3.      On January 17, 2012, plaintiffs' counsel filed Plaintiff's Answers to Defendants'

Joint Interrogatories (hereinafter "Plaintiff's Answers to Interrogatories") that indicate for the

first time the U.S. Navy vessels on which Mr. Hurley was allegedly exposed to asbestos, while

2

working as a pipefitter aboard ship.  A copy of Plaintiff's Answers to Interrogatories is attached as **Exhibit B**.  Specifically, these vessels, and the years plaintiff allegedly served aboard, are listed in Plaintiff's Answer to Interrogatory No. 88 and include: the *U.S.S. Spiegel Grove* (LSD 32), the *U.S.S. Fort Snelling* (LSD 32), the *U.S.S. Canisteo* (AO-99) and the *U.S.S. Caloosohatchee* (AO-98) (**Exhibit B**, pp. 28-30).  *These discovery responses represent the first time, within the meaning of 28 U.S.C. § 1446, that plaintiffs, in writing or otherwise asserted a claim against GE for Mr. Hurley's alleged exposure to GE marine turbines, generators, or other products during the time he worked aboard U.S. Navy vessels.*

4.      This Notice of Removal is filed within thirty (30) days after GE's receipt of Plaintiff's Answers to Interrogatories, the first paper in which plaintiffs asserted a claim against GE based upon alleged naval exposure to asbestos from GE marine turbines, generators or other products and is, therefore, timely filed under the provisions of 28 U.S.C. § 1446(b).

5.      Should any party file a motion to remand this case, GE respectfully requests an opportunity to respond more fully in writing and to conduct discovery limited to the issue of removal, but offers the following authorities in support of removal.

6.      Marine steam turbines or other products that GE manufactured under contract with the U.S. Navy for installation in U.S. Navy vessels were manufactured to Navy specifications and were subject to strict Navy control and supervision over all aspects of the products' design and manufacture, including, without limitation, the presence of asbestos in such products and the existence of any warnings affixed to or issued in connection with the turbines or other products.  This is established, *inter alia*, by the following affidavits:

      a. Declaration of David Hobson, dated January 28, 2008, with Exhibits 1 through 3 (attached hereto as **Exhibit C**);

      b. Declaration of Admiral Ben J. Lehman, dated December 30, 2010 (attached

hereto as **Exhibit D**)

    c. Declaration of Lawrence Stillwell Betts, MD, PhD, dated April 14, 2009
      with Exhibits A through EE (attached hereto as **Exhibit E,** with Exhibits A
      through EE therein attached as **E.01** through **E.31**).

    7.     This case is removable pursuant to 28 U.S.C. § 1442(a)(1) because the action

involves a person (GE) that acted under the authority of an officer or agency of the United States.

A corporation, such as GE, is a "person" within the meaning of this statute. *See Fink v. Todd*

*Shipyards,* 2004 U.S. Dist. LEXIS 6912 (E.D. La. 2004).  Removal is proper under this section

upon a showing (1) that a defendant acted under the direction of a federal officer, (2) that a

defendant has a colorable federal defense to plaintiff's claim, and (3) that there is a causal nexus

between the plaintiff's claims and the acts it performed under color of federal office.  *See Mesa v.*

*California,* 489 U.S. 121 (1989); *Machnik v. Buffalo Pumps, Inc.*, 2007 U.S. Dist. LEXIS 68097

(D. Conn. 2007).  This basis for removal has been recognized in an asbestos setting by this

Court.  *See Pack v. ACandS, Inc.*, 838 F.Supp. 1099 (D. Md. 1993).  As demonstrated, *inter alia,*

by the affidavits attached hereto, GE's marine turbines and other products, from which plaintiff

asserts a claim for naval asbestos exposure, were manufactured according to the specifications

of, and under the direction and control of, the U.S. Navy.  Plaintiff's claim is based upon the

alleged presence of asbestos in or on the said turbines and other products.  Therefore, GE acted

under direction of a federal officer or agency in the construction of the turbines, and there is a

direct nexus between such action and the plaintiff's claims against GE.

    8.     *Pack v. AC and S., Inc.*, 838 F.Supp. 1099 (D.Md. 1993) is controlling.  In *Pack*,

defendant Westinghouse designed and constructed marine turbines for use on military vessels.

The design and construction process was supervised and controlled by the US Navy and its

officers.  *Id.* at 1103.  The plaintiff in that case alleged that he was exposed to asbestos insulation

installed on those turbines while working in a shipyard. Westinghouse removed the action to the

United States District Court for Maryland pursuant to 28 U.S.C. §1442(a)(1). The District Court

refused to grant plaintiff's motion to remand, holding instead that Westinghouse was entitled to

federal officer removal because (1) the construction and design of its marine turbines were

conducted under the direction of a federal officer; (2) Westinghouse had presented a colorable

argument that it was protected by the federal government contractor defense; and (3) the

plaintiff's claims arose from acts which Westinghouse performed under color of federal office.

*Id.* The facts in the instant case are substantially identical to those in *Pack* and, accordingly, GE

may remove this action under 28 U.S.C. §1442(a)(1).

9.      As recognized in *Boyle v. United Technologies Corp.*, 487 U.S. 500 (1988), GE

has a federal defense to these actions, i.e., government contractor immunity from liability for

injuries arising from exposure to asbestos from marine turbines or other products manufactured

under contract with the U.S. Navy, insofar as GE constructed or repaired them in accordance

with Navy specifications and under strict control or supervision of the U.S. Navy. *Accord,*

*Carley v. Wheeled Coach*, 991 F.2d 1117 (3d Cir. 1993); *Garner v. Santoro*, 865 F.2d 629 (5th

Cir. 1989); *Kleemann v. McDonnell Douglas Corp*, 890 F.2d 698 (4th Cir. 1989). A government

contractor defense exists when (1) the United States approved reasonably precise specifications,

(2) the equipment conformed to those specifications, and (3) the contractor warned the

government about any dangers known to the contractor but not to the government. *Boyle, supra;*

*Carley v. Wheeled Coach, supra.* The declarations attached hereto establish that GE's marine

turbines and other products that were manufactured for the U.S. Navy were manufactured in

conformity with detailed specifications of the U.S. Navy, and that GE had no knowledge

concerning the potential hazards of asbestos that was not known by the U.S. Navy. Therefore,

GE has established a colorable federal defense to plaintiffs' claims and is entitled to remove this action pursuant to 28 U.S.C. §1442(a)(1). *See Faddish v. General Electric Company,* 2010 WL 4146108, 2010 U.S. Dist. LEXIS 112937 (E.D. Pa. 2010) (granting summary judgment for GE as to claims of naval asbestos exposure, based upon the government contractor defense).[1]

10.     A properly removed case cannot be remanded for discretionary or policy reasons such as allegedly related State court cases or a contention that judicial economy compels remand. 28 U.S.C. § 1447(c); *Thermitron Products, Inc. v. Hermansdorfer*, 423 U.S. 336, 96 S.Ct. 584, 46 L.Ed. 542 (1976); *Elrad v. United Life & Accident Insurance Company*, 624 F.Supp. 742 (N.D.Ill. 1985). The federal officer removal statute is not narrow or limited, and it should not be frustrated by a narrow or grudging interpretation of § 1442(a)(1). *Willingham v. Morgan*, 395 U.S. 402, 405, 89 S. Ct. 1813, 1815, 23 L.Ed.2d 396 (1960).

11.     GE is not required to notify and obtain the consent of any other defendant in this action in order to remove the action as a whole under section 1442(a)(1). *Akin v. Ashland Chemical Co.,* 156 F.3d 1030 (10th Cir. 1998); *Ely Valley Mines, Inc. v. Hartford Accident Indem. Co.*, 644 F.2d 1310, 1315 (9th Cir. 1981).

12.     In accordance with 28 U.S.C. §1446(a) and Local Rule 103(5)(a), General Electric has filed with this Notice of Removal true and correct copies of all process, pleadings, and orders that have been served upon General Electric in the State Case as of this date. Additionally, within 30 days, General Electric will file true and correct copies of all other documents on file in the State Case, together with a certification from counsel that all filings in the State Case have been filed in the United States District court.

---

[1] In *Faddish v. General Electric Co.*, 2010 WL 4146108 (E.D.Pa. 10/20/10)(asbestos MDL-875), the District Court granted GE's motion for summary judgment and found as a matter of federal law that GE was immune from asbestos state law tort liability and failure to warn claims regarding turbines it supplied to the Navy, pursuant to standards articulated in *Boyle*.

WHEREFORE, Defendant, General Electric Company removes this action to the United

States District Court for the District of Maryland, Northern Division.


**A JURY TRIAL IS DEMANDED.**          Respectfully submitted,


_____
Donald S. Meringer, Federal Bar #24408
David J. Quigg, Federal Bar #26401
Meringer, Zois & Quigg, LLC
320 North Charles Street
Baltimore, Maryland 21201
(443) 524-7978
(443) 524-7982 (fax)

*Attorneys for Defendant General Electric Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **14th** day of February, 2012, a copy of the foregoing Notice of Removal was served upon plaintiff's counsel and all defense counsel of record through the Court's CM/ECF system. Absent confirmation from the court that such electronic service has been made, service is being made upon plaintiff's counsel by first class mail, postage prepaid, addressed as follows, and upon all other known counsel of record at the addresses and in the manner set forth on the attached service list:

**Harry Goldman, Jr.**
**Skeen, Goldman, LLP**
**11 E. Lexington Street, 4th Floor**
**Baltimore, MD 21202**
**410-837-4222**

*Attorneys for Plaintiffs*

MERINGER, ZOIS & QUIGG, LLC

By: _____
David J. Quigg

*Attorneys for General Electric Company*

# SERVICE LIST

### RONALD P. HURLEY, et ux., v. ALLTITE GASKETS, et al.

    To the extent not served pursuant to the Courts CM/ECF system, service of the foregoing pleading (without exhibits) is being made upon counsel for all parties by first class mail, addressed as follows.  Copies of all exhibits will be provided to any party upon request.

| Party | Counsel of Record |
|---|---|
| A.W. Chesterton | Keith R. Truffer, Esquire<br>Royston, Mueller, McLean & Reid, LLP<br>102 West Pennsylvania Avenue<br>Suite 600<br>Towson, Maryland 21204<br>(410) 823-1800 |
| Alltite Gasket Co., Inc. | Kathleen M. Wobber, Esquire<br>Parler & Wobber, LLP<br>406 E Joppa Road<br>Towson, Maryland 21286<br>(410) 832-1800 |
| Bayer CropScience Inc. | R. Thomas Radcliffe, Esquire<br>Laura M. Higgs, Esquire<br>DEHAY &ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>(410) 783-7225 |
| CBS Corporation f/k/a VIACOM, INC., successor by merger with CBS Corporation f/k/a Westinghouse Electric Corporation | Philip A. Kulinski, Esquire<br>Evert Weathersby Houff<br>SunTrust Bank Building<br>120 E. Baltimore Street, Suite 1300<br>Baltimore, MD  21202<br>(443) 573-8500 |
| CertainTeed Corporation | Laura A. Cellucci, Esquire<br>MILES & STOCKBRIDGE P.C.<br>10 Light Street<br>Baltimore, Maryland 21202-1487<br>(410) 727-6464 |

| | |
|---|---|
| Conwed Corporation | Jennifer M. Alexander, Esquire<br>Brassel Law Group, LLC<br>900 Bestgate Road, Suite 402<br>Annapolis, Maryland 21401<br>(443) 837-9800 |
| Cooper Industries, LLC, as Successor in Interest to Cooper Industries, Inc. and Crouse-Hinds Company | Thomas P. Bernier, Esquire<br>Segal McCambridge Singer & Mahoney, Ltd.<br>One North Charles Street, Suite 2500<br>Baltimore, MD 21201<br>(410) 779-3960 |
| Croker, Inc. | David F. Albright, Esquire<br>1122 Kenilworth Dr. Suite 500<br>Baltimore, MD 21204<br>(410) 823-5455 |
| DeLaval Inc. | R. Thomas Radcliffe, Jr., Esquire<br>Laura M. Higgs, Esquire<br>DEHAY &ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>(410) 783-7225 |
| E.L. Stebbing & Co., Inc. | Louis E. Grenzer, Jr., Esquire<br>Bodie, Dolina, Smith & Hobbs<br>21 West Susquehanna Avenue<br>Towson, Maryland 21204<br>(410) 823-1250 |
| Foster Wheeler Corporation | R. Thomas Radcliffe, Jr., Esquire<br>Laura M. Higgs, Esquire<br>DEHAY &ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>(410) 783-7225 |
| Georgia Pacific Corp. | Robin Silver, Esquire<br>MILES & STOCKBRIDGE P.C.<br>10 Light Street<br>Baltimore, Maryland 21202-1487<br>(410) 727-6464 |

| | |
|---|---|
| Goodyear Tire & Rubber Co. | M. King Hill, III, Esquire<br>Venable LLP<br>210 Allegheny Avenue<br>Towson, Maryland 21204<br>(410) 494-6200 |
| Greene Tweed & Co., Inc. | Thomas P. Bernier, Esquire<br>Segal McCambridge Singer & Mahoney, Ltd.<br>One North Charles Street, Suite 2500<br>Baltimore, MD 21201<br>(410) 779-3960 |
| H.B. Fuller Company | R. Thomas Radcliffe, Jr., Esquire<br>Laura M. Higgs, Esquire<br>DEHAY &ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>(410) 783-7225 |
| Hampshire Industries Inc. | David W. Allen, Esquire<br>Malcolm S. Brisker, Esquire<br>Goodell, DeVries, Leech & Dann, L.L.P.<br>One South Street, 20th Floor<br>Baltimore, Maryland 21202<br>410.783.4000 |
| Honeywell International Inc. | Laura A. Cellucci, Esquire<br>MILES & STOCKBRIDGE P.C.<br>10 Light Street<br>Baltimore, Maryland 21202-1487<br>(410) 727-6464 |
| Hopeman Brothers, Inc. | David W. Allen, Esquire<br>Malcolm S. Brisker, Esquire<br>Goodell, DeVries, Leech & Dann, LLP<br>One South Street, 20th Floor<br>Baltimore, MD 21202<br>(410) 783-4000 |
| International Paper Company | Philip A. Kulinski, Esquire<br>Evert Weathersby Houff<br>SunTrust Bank Building<br>120 E. Baltimore Street, Suite 1300<br>Baltimore, MD 21202<br>(443) 573-8500 |

| | |
|---|---|
| John Crane, Inc. | Peter A. Woolson, Esquire<br>P.A. WOOLSON, P.A.<br>Redwood Tower, Suite 1600<br>217 East Redwood Street<br>Baltimore, MD 212020<br>(410) 625-0000 |
| Kaiser Gypsum Co. Inc. | Joel D. Newport, Esquire<br>Moore & Jackson, LLC<br>305 Washington Ave., Suite 401<br>Towson, Maryland 21204<br>(410) 583-5241 |
| Lofton Corporation | David W. Allen, Esquire<br>Michael A. Pichini, Esquire<br>Goodell, DeVries, Leech & Dann, L.L.P.<br>One South Street, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 783-4000 |
| MCIC, Inc. | Louis E. Grenzer, Jr., Esquire<br>Bodie, Dolina, Smith & Hobbs<br>21 West Susquehanna Avenue<br>Towson, Maryland 21204<br>(410) 823-1250 |
| Melrath Gasket Inc. | Jennifer M. Alexander, Esquire<br>Brassel Law Group, LLC<br>900 Bestgate Road, Suite 402<br>Annapolis, Maryland 21401<br>(443) 837-9800 |
| Metropolitan Life Insurance Company | Stephen A. Fennell, Esquire<br>Richard D. Albert, Esquire<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>(202) 429-3000 |
| ON Marine Services Co. | Jennifer M. Alexander, Esquire<br>Brassel Law Group, LLC<br>900 Bestgate Road, Suite 402<br>Annapolis, Maryland 21401<br>(443) 837-9800 |

| | |
|---|---|
| Owens Illinois Glass Co. | Steven A. Luxton, Esquire<br>Morgan Lewis<br>1111 Pennsylvania Ave., NW<br>Washington, DC 20004<br>(202) 739-5452 |
| Paramount Packing & Rubber, Inc. | Katherine S. Duyer, Esquire<br>GAVETT AND DATT, P.C.<br>15850 Crabbs Branch Way, Suite 180<br>Rockville, MD 20855-2622<br>(301) 948-1177 |
| Pfizer, Inc. | Patrick Smith, Esquire<br>DEHAY &ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>(410) 783-7225 |
| Phelps Packing & Rubber Co. | Kathleen M. Wobber, Esquire<br>Parler & Wobber, LLP<br>406 E Joppa Road<br>Towson, Maryland 21286<br>(410) 832-1800 |
| RPM Inc. | Edward C. Bacon, Esquire<br>Jeannie Pittillo Kauffman, Esquire<br>Bacon, Thornton, & Palmer LLP<br>6411 Ivy Lane, Suite 500<br>Greenbelt, MD 20770-1411<br>(301) 345-7001 |
| SCHNEIDER ELECTRIC USA, INC.<br>f/k/a SQUARE D COMPANY | Neil J. MacDonald, Esquire<br>MACDONALD LAW GROUP, LLC<br>11720 Beltsville Drive<br>Suite 550<br>Beltsville, Maryland 20705<br>(301) 572-0741 |
| Selby Battersby & Co. | Laura A. Cellucci, Esquire<br>MILES & STOCKBRIDGE P.C.<br>10 Light Street<br>Baltimore, Maryland 21202-1487<br>(410) 727-6464 |

| | |
|---|---|
| Union Carbide Corporation | R. Thomas Radcliffe, Jr., Esquire<br>Laura M. Higgs, Esquire<br>DEHAY &ELLISTON, L.L.P.<br>36 S. Charles Street, Suite 1300<br>Baltimore, Maryland 21201<br>(410) 783-7225 |
| Uniroyal Inc. | John S. Cobb, Esquire<br>North & Cobb, P.A.<br>7313 York Road<br>Towson, Maryland 21204<br>(410) 825-1472 |
| Wallace & Gale Asbestos Settlement Trust | Theodore F. Roberts, Esquire<br>Venable, LLP<br>210 W. Pennsylvania Avenue<br>Suite 500<br>Towson, Maryland  21204<br>(410) 494-6200 |
| Warren Pumps, LLC | David W. Allen, Esquire<br>Malcolm S. Brisker, Esquire<br>Goodell, DeVries, Leech & Dann, L.L.P.<br>One South Street, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 783-4000 |
| Wayne Manufacturing Corporation | David W. Allen, Esquire<br>Malcolm S. Brisker, Esquire<br>Goodell, DeVries, Leech & Dann, L.L.P.<br>One South Street, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 783-4000 |

| | | |
|---|---|---|
| RONALD P. HURLEY<br>4827 Ridge Road<br>Baltimore, MD 21237 | * | IN THE |
| | * | CIRCUIT COURT |
| and | * | FOR |
| RONALD P. HURLEY<br>and BONNIE HURLEY | * | BALTIMORE CITY |
| As Husband and Wife<br>4827 Ridge Road | * | |
| Baltimore, MD 21237 | * | CT-5 SHIPYARD CASES |
| Plaintiffs | * | COMPLAINT |
| v. | * | DEMAND FOR JURY TRIAL |
| ALLTITE GASKETS | * | CASE NO.: **24x11000003** |
| Serve On:<br>Resident Agent<br>323 William Street | * | |
| South River, NJ 08882 | * | |
| and | * | |
| ANCHOR PACKING COMPANY | * | |
| Serve On:<br>Corporate Trust Center<br>1209 North Orange Street | * | |
| Wilmington, DE 19801 | * | |
| and | * | |
| A.W. CHESTERTON COMPANY | * | |
| Middlesex Industrial Park<br>Stoneham, MA 02180 | * | |
| Serve on: | * | |
| Gail Constantine<br>P.O. Box 4004 | * | |
| Woburn, MA 01888-4004 | * | |
| and | * | |
| BAYER CROPSCIENCE, INC. | * | |
| (Individually and as Successor In Interest<br>to Benjamin Foster Co., Amchem Products, Inc.<br>H.B. Fuller Co., Aventis CropScience USA, Inc. | * | |

Rhone-Poulenc AG Company, Inc.                    *
Rhone-Poulenc, Inc. and Rhodia, Inc.
600 Madison Avenue                                *
New York, NY 10022
Serve On:                                         *
CSC Lawyers Inc. Service Co.
7 St. Paul Street, Suite 1660                     *
Baltimore, MD 21202
                                                  *

and
                                                  *

BONDEX INTERNATIONAL, INC.
100 Chesterfield Business Parkway, Suite 200      *
Chesterfield, MO 63005
Serve On:                                         *
President/Resident Agent
Bondex International, Inc.                         *
100 Chesterfield Business Parkway, Suite 200
Chesterfield, MO 63005                            *

and                                               *

CBS CORPORATION f/k/a                             *
WESTINGHOUSE
Westinghouse Building                             *
Gateway Center
Pittsburgh, PA 15222                              *
Serve On:
CSC Lawyers Inc. Service Co.                      *
7 St. Paul Street, Suite 1660
Baltimore, MD 21202                               *

and                                               *

CERTAINTEED CORPORATION                           *
Individually and as Successor to
Bestwall Gypsum Co.                               *
750 E. Swedesford Road
Valley Forge, PA 19482                            *
Serve On:
The Corporation Trust                             *
300 East Lombard Street
Baltimore, MD 21202                               *

2

and                                                    *

CONWED CORPORATION                                     *
332 Minnesota Street
St. Paul, MN 55101                                     *
 Serve On:
The Corporation Trust Company                          *
Corporation Trust Center
1209 Orange Street                                     *
Wilmington, DE 19801
                                                       *

and                                                    *

COOPER INDUSTRIES, INC.                                *
(Individually and as Successors in Interest to
Crouse Hinds Co.)                                      *
2700 Two Houston Center
Houston, Texas 77002                                   *
Serve On:
The Corporation Trust, Inc.                            *
351 West Camden Street, 6th Floor
Baltimore, MD 21201                                    *

and                                                    *

CROKER & STALLINGS, INC.                               *
2114 Maryland Avenue
Baltimore, MD 21208                                    *
Serve On:
Resident Agent                                         *
Samuel F. Stallings, Jr.
110 W. Seminary Avenue                                 *
Lutherville, MD 21093
                                                       *

and                                                    *

DeLAVAL, INC.                                          *
11100 North Congress Avenue
Kansas City, MO 64153                                  *

                                                       *

and                                                    *

DURABLA MANUFACTURING COMPANY
821 Lancaster Avenue                                   *

3

Strafford-Wayne, PA 19087
Serve On:                                                    *
William F. Mueller, Esquire
Clemente, Mueller & Tobia, P.A.                              *
218 Ridgedale Avenue
P.O. Box 1296                                                *
Morristown, NJ 07962-1296
                                                             *
and
                                                             *
E. L. STEBBING & COMPANY, INC.
1600 Clough Street                                           *
Baltimore, MD 21213
Serve On:                                                    *
John J. Nagle, III
Bodie, Nagle, Dolina, Smith & Hobbs, P.A.                    *
21 W. Susquehanna Ave.
Towson, MD 21204                                             *

and                                                          *

FLINTKOTE COMPANY                                            *
Serve On:
The Corporation Trust Co.                                    *
1209 Orange Street
Wilmington, DE 19801                                         *

and                                                          *

FOSTER WHEELER CORPORATION                                   *
110 S. Orange Avenue
Livingston, NJ 07039                                         *
Serve On:
President                                                    *
Perryville Corporate Park
Clinton, NJ 08809-4000                                       *

and                                                          *

FOSTER WHEELER ENERGY CORPORATION  *
Serve On:
President                                                    *
53 Frontage Road
Clinton, NJ 08809-4000                                       *

4

and                                                      *

GENERAL ELECTRIC COMPANY                                 *
1 River Road
Schenectady, NY                                          *
Serve On:
Resident Agent:                                          *
The Corporation Trust
351 West Camden Street, 6th Floor             *
Baltimore, MD 21201
                                                         *
and                                                      *

GEORGIA PACIFIC, INC.                                    *
1209 Orange Street
Wilmington, DE 19801
Serve On:                                                *
Resident Agent:
The Corporation Trust, Inc.                              *
351 West Camden Street
Baltimore, MD 21201                                      *

and                                                      *

THE GOODYEAR TIRE & RUBBER CO.                           *
1144 E. Market Street
Akron, OH 44316                                          *
Serve On:
The Corporation Trust, Inc.                              *
351 West Camden Street, 6th Floor
Baltimore, MD 21201                                      *

and                                                      *

GREEN, TWEED & CO.                                       *
(Individually and as Successor in Interest
to PALMETTO, INC.)                                       *
2075 Detwiler Road
Kulpsville, PA 19443                                      *
Serve On:
President and/or Resident Agent                          *
Green, Tweed & Co.
2075 Detwiler Road                                       *

5

Kulpsville, PA 19443

*

and

*

HAMPSHIRE INDUSTRIES, INC.
f/k/a JOHN H. HAMPSHIRE CO.          *
320 West 24th Street
Baltimore, MD 21211                  *
Serve On:
Resident Agent                       *
Charles E. Fry, Jr.
Secretary/Treasurer                  *
320 West 24th Street
Baltimore, MD 21211                  *

and                                  *

H.B. FULLER COMPANY                  *
f/k/a AMCHEM PRODUCTS, INC.
f/k/a Benjamin Foster                *
1200 Willow Lake Boulevard
P.O. Box 64683                       *
St. Paul, Minnesota 55164-0683
Serve On:                            *
c/o C.T. Corporation System
1515 Market Street                   *
Philadelphia, PA 19109
                                     *
and                                  *

HONEYWELL INTERNATIONAL, INC.        *
f/k/a ALLIED SIGNAL, INC.
Successor in Interest to the         *
BENDIX CORPORATION
Serve on:                            *
The Corporation Service Co.
2711 Centerville Road                *
Suite 400
Wilmington, DE 19808                 *

and                                  *

HOPEMAN BROTHERS, INC.               *
P.O. Box 820

6

Waynesboro, VA 22980
Serve On:                                                    *
President
P.O. Box 820                                                 *
Waynesboro, VA22980
                                                             *
and
                                                             *

INTERNATIONAL PAPER COMPANY
(Individually and as Successor to in Interest to             *
CHAMPION INTERNATIONAL CORPORATION
and U.S. PLYWOOD CORP.)                                      *
Stamford, Connecticut
Serve On:                                                    *
The Corporation Trust, Inc.
351 West Camden Street, 6th Floor                 *
Baltimore, MD 21201
                                                             *
and
                                                             *

J. E. STEIGERWALD COMPANY., INC.
Serve On:                                                    *
J. Edgar Steigerwald, Jr.
3 Glenluce Court                                             *
Towson, MD 21204
                                                             *
and
                                                             *

JOHN CRANE-HOUDAILLE, INC.
f/k/a CRANE PACKING COMPANY                                  *
Morton Grove, IL 60053
Serve On:                                                    *
President
John Crane-Houdaille, Inc.                                   *
6400 Oakton Street
Morton Grove, IL 60053                                       *

and                                                          *

KAISER GYPSUM COMPANY, INC.                                  *
Kaiser Building
300 Lakeside Drive                                           *
Oakland, CA 94612
Serve On:                                                    *

7

300 East John Carpenter FWY
Irving, TX 75062                                             *

and                                                         *

LOFTON CORPORATION
(As Successor-in-Interest to                                *
Wayne Manufacturing Corporation
and Hopeman Manufacturing Corpor ation)                     *
Route 666
P.O. Box 478                                                *
Greenville, Virginia 24440
Serve On:                                                   *
Resident Agent
Commonwealth Legal Services Corporation                     *
4701 Cox Road
Suite 301                                                   *
Greenville, VA 23060
                                                            *
and
                                                            *

MCIC f/k/a
McCORMICK ASBESTOS CO.                                      *
3624 Woodland Avenue
Baltimore, MD 21215                                         *
Serve On:
Robert I. McCormick                                         *
Resident Agent
11424 Crownhill Drive                                       *
Owings Mills, MD 21117
                                                            *
and
                                                            *

MELRATH GASKET, INC.
Serve On: 2901 W. Hunting Park Avenue                       *
Philadelphia, PA 19129
Serve On:                                                   *
Gavett & Datt, P.A.
15850 Crabbs Branch Way, Suite 180                          *
Rockville, MD 20855
                                                            *
and
                                                            *

METROPOLITAN LIFE INSURANCE CO.

8

1 Madison Avenue                              *
Manhattan, NY 10010
Serve On:                                    *
Teresa Wynn Roseborough
Metropolitan Life Insurance Co.              *
1 Metlife Plaza – Legal Department
27-01 Queens Plaza North – 6th Floor       *
Long Island City, NY 11101
                                             *

and                                          *

ON MARINE SERVICES COMPANY,                  *
formerly OGLEBAY NORTON COMPANY
1100 Superior Avenue
Cleveland, OH 44114                          *
Serve On:
National Registered Agents, Inc.             *
145 Baker Street
Marion, OH 43302                             *

and                                          *

OWENS-ILLINOIS GLASS CO.,                    *
f/k/a OWENS-ILLINOIS, INC.
P.O. Box 1035                                *
Toledo, OH 43604
Serve On:                                    *
Owens-Illinois, Inc.-Legal Dept.
One Michael Owens Way                        *
Perrysburg, OH 43351-2999
                                             *

and                                          *

PARAMOUNT PACKING & RUBBER CO.
Serve On:                                    *
Gavett & Datt, P.A.
15850 Crabbs Branch Way, Suite 180           *
Rockville, MD 20855
                                             *

and                                          *

PFIZER CORPORATION
235 East 42nd Street                       *
New York, NY 10017

9

Serve On:                                            *
President
235 East 42nd Street                                 *
New York, NY 10017
                                                     *
and
                                                     *

PHELPS PACKING & RUBBER CO.
Serve On:                                            *
Charles Phelps
Phelps Industrial                                    *
6301 Washington Boulevard
Elkridge, MD 21075                                   *

and                                                  *

RPM, INC., (Individually and as Successor in         *
Interest to and/or alter ego of The Reardon
Company and Bondex International)                     *
Serve On:
Prentice-Hall Corporation                            *
50 West Broad Street
Suite 1800                                           *
Columbus, OH 43215
                                                     *
and
                                                     *

SELBY, BATTERSBY & COMPANY
a/k/a QUAKER CHEMICAL CORPORATION                    *
5235 Whitby Avenue
Philadelphia, PA                                     *
Serve On:
Francis McGill Hadden, Esquire                       *
Hecker Brown Sherry and Johnson
1700 Two Logan Square                                *
18th  and Arch Streets
Philadelphia, PA 19103                               *

and                                                  *

SQUARE D COMPANY                                     *
1415 S. Roselle Road
Palatine, IL 60067                                   *
Serve On:

10

The Corporation Trust, Inc.                          *
351 West Camden Street, 6th Floor
Baltimore, MD 21201                                  *

and                                                 *

UNIROYAL, INCORPORATED                              *
Serve On:
President/CEO                                       *
70 Great Hill Road
Naugatuck, CT 06770                                 *

and                                                 *

UNION CARBIDE CORPORATION                           *
30 East 42nd Street
New York, NY 10017                                  *
Serve On:
The Corporation Trust, Inc.                         *
351 West Camden Street, 6th Floor
Baltimore, MD 21201                                 *

and                                                 *

UNIVERSAL REFRACTORIES COMPANY                      *
P.O. Box 97
Wampum, PA 16151                                    *
Serve On:
Jill M. Blundon, Esq.                               *
c/o Three Rivers Management, Inc.
One Oxford Centre, Suite 3000                       *
Pittsburgh, PA 15219
                                                    *
and
                                                    *
WALLACE & GALE ASBESTOS
SETTLEMENT TRUST                                    *
Successor to the Wallace & Gale Company
Serve On:                                           *
Theodore F. Roberts, Esq.
Venable, LLP                                        *
210 W. Pennsylvania Avenue, Suite 500
Towson, MD 21204                                    *

11

and                                                    *

WARREN PUMPS, INC.                                     *
Serve on:
The Corporation Service Co.                            *
2711 Centerville Road
Suite 400                                              *
Wilmington, DE 19808
                                                       *
and
                                                       *
WAYNE MANUFACTURING
CORPORATION                                            *
P.O. Box 820
Waynesboro, VA 22980                                   *
Serve On:
Henry W. Hopeman                                       *
Former President and Director
2840 Reynolds Drive                                    *
Winston Salem, NC 27104-1904
                                                       *
and
                                                       *
WORTHINGTON PUMP INC.
f/k/a DRESSER PUMP DIVISION                            *
150 Allen Road, Suite 102
Allen Center                                           *
Liberty Corner, NJ 07938
Serve On:                                              *
CSC Lawyers Inc. Service Co.
7 St. Paul Street, Suite 1660                          *
Baltimore, MD 21202
                                                       *
*     *     *     *     *     *     *     *     *     *     *     *     *

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs Ronald P. Hurley and Ronald P. Hurley and Bonnie Hurley, as Husband and

Wife, by their attorneys, Harry Goldman, Jr. and Robert G. Skeen, Skeen, Goldman, L.L.P., sue

the Defendants named in the caption herein and hereby adopt and incorporate by reference the

causes of action, allegations and respective paragraphs set forth in the First Amended Master

Complaint and Demand for Jury Trial, CT-5 Shipyard Cases as follows:

As to Plaintiff RONALD P. HURLEY:

1. <u>Caption</u> - Pages Nos. 1 through 6 inclusive;

1(a) And in addition, Alltite Gaskets, Anchor Packing Company, A.W. Chesterton

Company, Bayer Cropscience, Inc., Bondex International, Inc., CBS Corporation f/k/a

Westinghouse, Certainteed Corporation, Conwed Corporation, Cooper Industries, Inc., Croker &

Stallings, Inc., DeLaval, Inc., Durabla Manufacturing Company, E. L. Stebbing & Company,

Inc., Flintkote Company, Foster Wheeler Corporation, Foster Wheeler Energy Corporation,

General Electric Company, Georgia Pacific, Inc., Goodyear Tire & Rubber Co., Green, Tweed &

Co., Hampshire Industries, Inc. f/k/a John H. Hampshire Co., H. B. Fuller Company f/k/a

Amchem Products, Inc. f/k/a Benjamin Foster, Honeywell International, Inc. f/k/a Allied Signal,

Inc., Hopeman Brothers, Inc., International Paper Company, J. E. Steigerwald Company, Inc.,

John Crane-Houdaille, Inc. f/k/a Crane Packing Company, Kaiser Gypsum Company, Inc.,

Lofton Corporation, MCIC f/k/a McCormick Asbestos Co., Melrath Gasket, Inc., Metropolitan

Life Insurance Co., On Marine Services Company, Owens-Illinois Glass Co. f/k/a Owens-

Illinois, Inc., Paramount Packing & Rubber Co., Pfizer Corporation, Phelps Packing & Rubber

Co., RPM, Inc., Selby, Battersby & Company a/k/a Quaker Chemical Corporation, Square D

Company, Uniroyal, Incorporated, Union Carbide Corporation, Universal Refractories Company,

Wallace & Gale Asbestos Settlement Trust, Warren Pumps, Inc., Wayne Manufacturing

Corporation and Worthington Pump Inc., f/ka/a Dresser Pump Division. As to these defendants,

all allegations against the asbestos manufacturer, distributer and supplier and installer defendants in the previously filed complaints are incorporated herein by reference.

2. <u>Parties Plaintiff And Defendant</u> - Paragraphs Nos. 1 through 6.

2(a)    Plaintiff repeats, realleges and incorporates by reference herein paragraphs 1, 1(a) hereinabove.

3. <u>Count I - Negligence</u> - Paragraph Nos. 7 through 17 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

4. <u>Count II - Breach of Warranty</u> - Paragraph Nos. 18 through 21 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

5. <u>Count III - Product Defect/Strict Liability</u> - Paragraph Nos. 22 through 25 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

6. <u>Count IV - Tortious Civil Conspiracy</u> - Paragraph Nos. 26 through 88 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

7. <u>Count V - Fraudulent Concealment</u> - Paragraph Nos. 89 through 93 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00)

and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

    8. <u>Count VI - A First Claim by Plaintiff Ronald P. Hurley for Personal Injuries and Damages</u> - Paragraph Nos. 94 and 96 through 99 and ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) and punitive damages as to each Defendant in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

    9. <u>Count VI</u> - Paragraph No. 95 is adopted with the following modification:

Plaintiff Ronald P. Hurley was employed at Bethlehem Steel Sparrows Point as a pipe fitter from 1962 to 1964, at Bethlehem Steel Key Highway Shipyard, from 1964 to 1984 then to Sparrows Point through 2000.  He became a supervisor in 1964.

    10. <u>Count VII</u> - Paragraph No. 101 is adopted with the following modification: Plaintiff was employed at Sparrows Point Shipyard from 1962 to 1964, at Key Highway Shipyard from 1964 to 1984 and at Sparrows Point Shipyard from 1984 through 2000 as a pipefitter and supervisor.

Plaintiff further alleges that as a result of the Defendants tortious conduct, marketing and installing defective products as set forth in Count One, negligently manufacturing, distributing and installing asbestos products as set forth in Count Two and as set forth in Counts Three and Four and fraudulently conspiring to suppress and distort information relating to the dangers of asbestos products, Plaintiff Ronald P. Hurley was caused to contract asbestosis and lung cancer.

As to Plaintiffs Ronald P. Hurley and Bonnie Hurley, as Husband and Wife:

11. <u>Count VII</u> – A Second Claim by Plaintiffs Ronald P. Hurley and Bonnie Hurley for Loss of Companionship, Society and Consortium – the introductory paragraph of Count VIII misnumbered as the second Paragraph "99" repeats, realleges and incorporates by reference hereinabove paragraphs 1 through 8 inclusive hereinabove and further adopts Paragraph Nos. 102 and 105 and the ad damnum which claims compensatory damages in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements;

12. <u>Count VII</u> - paragraph Nos. 101 and 103 are adopted with the following modification: Plaintiff Ronald P. Hurleyr was diagnosed with lung cancer in November, 2010.

WHEREFORE, Plaintiff demands judgment in the amount of Fifty Million Dollars ($50,000,000.00) together with interest, costs and disbursements.

<u>/s/ Harry Goldman</u>
Harry Goldman, Jr.


<u>/s/ Robert G. Skeen</u>
Robert G. Skeen
Skeen, Goldman, L.L.P.
11 E. Lexington Street, 4th Floor
Baltimore, MD 21202
(410) 837-4222
Attorneys for Plaintiff

| | | |
|---|---|---|
| RONALD P. HURLEY, et ux. | * | IN THE |
| Plaintiffs | * | CIRCUIT COURT |
| v. | * | FOR |
| ALLTITE GASKETS | * | BALTIMORE CITY |
| Defendants | * | |
| | * | C-5 SHIPYARD CASES |
| | * | COMPLAINT |
| | * | DEMAND FOR JURY TRIAL |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEMAND FOR JURY TRIAL

Plaintiff elects and prays to have this case tried by a jury.


/s/ Harry Goldman, Jr.
Harry Goldman, Jr.

17

ADDITIONAL INFORMATION

RONALD P. HURLEY

Pursuant to Pre-Trial Order No. 3, Circuit Court for Baltimore City, Paragraph 3(G) the

following information or enclosures are provided:

(i) disease diagnosed: asbestos-related diseases, including asbestosis and lung cancer.

(ii) Plaintiff was diagnosed with lung cancer in November, 2010.

(iii) Plaintiff's occupational exposure to asbestos is detailed in Paragraphs 9 and 10 of the

foregoing Complaint and in his oral deposition taken on September 27, 2000 in the Douglas

Anderson Asbestos Litigation Trial Group November, 2000, lead case number 91134516, Hurley

case No. 91175502.

/s/ Harry Goldman, Jr.
Harry Goldman, Jr.
Skeen, Goldman, L.L.P.
11 E. Lexington Street, 4th Floor
Baltimore, MD 21202
(410) 837-4222
Attorneys for Plaintiffs

062S0005970148

$6.490
US POSTAGE
FIRST-CLASS
FROM 21217
JAN 15 2011
stamps.com

GENERAL ELECTRIC COMPANY
The Corporation Trust, Inc.
300 E Lombard St
Baltimore MD 21202-3219

Sender:

CERTIFIED MAIL

7196 9008 9380 9954 5664

