BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

NOTICE OF POTENTIAL TAG ALONG ACTION
PURSUANT TO J.P.M.L. RULE 7.1

Now into court comes Afigo Okpewho, Esq., counsel for the defendants, Foster Wheeler LLC, General Electric Company, and CBS Corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation, in the case of "Milton Fordham and Edna Fordham vs. Asbeka Industries of New York, Inc., Including CBS Corporation, f/k/a Viacom, Inc., successor by merger CBS Corporation, f/k/a Westinghouse Electric Corp., Foster Wheeler Energy Corporation, General Electric Company, et al.," Docket No. 12-cv-1145, U.S. District Court, Southern District of New York, for the purpose of submitting this Notice of Potential Tag Along Action, and says as follows:

1.   Pursuant to J.P.M.L. Rule 7.1, counsel hereby notifies the panel and all counsel that the undersigned counsel feels that the aforementioned action, "Milton Fordham and Edna Fordham vs. Asbeka Industries of New York, Inc., Including CBS Corporation, f/k/a Viacom, Inc., successor by merger CBS Corporation, f/k/a Westinghouse Electric Corp., Foster Wheeler Energy Corporation, General Electric Company, et al.," Docket No. 12-cv-1145, U.S. District Court, Southern District of New York, is a potential tag-along action in "In Re: Asbestos Products Liability Litigation (No. VI)" MDL No. 875.

NJ/484392v1

    2.    Counsel hereto attaches proof of service on all parties to this action.

Wherefore, counsel, Afigo Okpewho, prays this Notice of Potential Tag Along Action be deemed good and sufficient.

DATED: This 22nd day of February, 2012.

                              Respectfully submitted,

By: _____/S_____
Afigo Okpewho
Afigo.okpewho@sedgwicklaw.com
SEDGWICK LLP
Attorneys for Defendants
Foster Wheeler LLC, General Electric Company
and CBS Corporation
Three Gateway Center
12th Floor
Newark, New Jersey 07102
Telephone: (973) 242-0002
Facsimile: (973) 242-8099

NJ/484392v12