ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12-cv-01145-PAE

Fordham et al v. Asbeka Industries of New York, Inc. et al
Assigned to: Judge Paul A. Engelmayer
Case in other court: Supreme Court- NY County, 190414-11
Cause: 28:1442 Notice of Removal

Date Filed: 02/14/2012
Jury Demand: Defendant
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**Milton Fordham**

**Plaintiff**

**Edna Fordham**
*his wife*

V.

**Defendant**

**Asbeka Industries of New York, Inc.**

**Defendant**

**CBS Corporation**
*succesor by merger to CBS
Corporation, f/k/a Westinghouse
Electric Corp.*
*formerly known as*
Viacom, Inc.

represented by **Michael Alan Tanenbaum**
Sedgwick LLP (CA)
Three Gateway Center
12th floor
Newark, NJ 07102
973 242 0002
Fax: 973 242 8099
Email:
michael.tanenbaum@sedgwicklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Foster Wheeler Energy Corporation**

represented by **Michael Alan Tanenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**General Electric Company et al.**

represented by **Michael Alan Tanenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2012 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 190414-11. (Filing Fee $ 350.00, Receipt Number 9735).Document filed by CBS Corporation, Foster Wheeler Energy Corporation, General Electric Company et al. (Attachments: # 1 Notice of Removal Part 2, # 2 Notice of Removal Part 3, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P)(ama) (Entered: 02/17/2012) |
| 02/14/2012 | | Magistrate Judge Henry B. Pitman is so designated. (ama) (Entered: 02/17/2012) |
| 02/14/2012 | | Case Designated ECF. (ama) (Entered: 02/17/2012) |
| 02/17/2012 | 2 | ORDER FOR INITIAL PRETRIAL CONFERENCE: The initial pretrial conference is hereby scheduled for March 16,2012, at 9:30 a.m. at theU.S. Courthouse, 500 Pearl Street, New York, New York 10007. Initial Conference set for 3/16/2012 at 09:30 AM before Judge Paul A. Engelmayer. (Signed by Judge Paul A. Engelmayer on 2/17/2012) (ama) (Entered: 02/17/2012) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/22/2012 12:04:52 | | |
| **PACER Login:** | jp0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:12-cv-01145-PAE |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |



**FILED**

OCT 19 2011

COUNTY CLERK'S OFFICE
NEW YORK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

MILTON FORDHAM and
    EDNA FORDHAM, his wife;

                                 *Plaintiffs,*

- against -

ASBEKA INDUSTRIES OF NEW YORK,
INC., et al.;

                              *Defendants.*

*Index No.*

*Plaintiff designates* NEW YORK
*County as the place of trial*

*The basis of the venue is*
Defendant's Place of Business

*Summons*

*Complaint Filed:*

*Plaintiff resides at*
See Attached Complaint

*County of:*

To the above named Defendant:    Listed on the attached schedule

    *YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of the summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.*

*Dated:*

*Defendant's address:*    See Attached Schedule

WILENTZ, GOLDMAN &
SPITZER
*Attorney(s) for Plaintiff*
*Office and Post Office Address*
110 William Street
26th Floor
New York, New York 10038

By: _____
KEVIN M. BERRY

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------- ------------- --------X

MILTON FORDHAM and
    EDNA FORDHAM, his wife;

             Plaintiffs,

    Index No. :

- against -

ASBEKA INDUSTRIES OF NEW YORK, INC.,
    individually and as successor to Asbeka
    Asbestos Corp.;
                          COMPLAINT FILED:
CERTAINTEED CORPORATION, formerly CertainTeed
    Products Corp., individually and as successor
    to Keasbey and Mattison Company and Unisul;    VERIFIED COMPLAINT
CLARK-RELIANCE CORPORATION;
CLEAVER-BROOKS COMPANY;
COURTER & COMPANY, INCORPORATED;
CRANE CO., individually and as successor to and
    doing business as The Chapman Valve
    Manufacturing Co., The Deming Company, The
    Cochrane Corporation, The National Radiator
    Company, National · U.S. Radiator
    Corporation, Thatcher Boiler and Thatcher
    Furnance Company;
CRANE ENVIRONMENTAL, INC., individually and as
    successor to Cochrane, Inc.;
CRANE PUMPS & SYSTEMS, INC., individually, as
    successor to and doing business as  Burks
    Pumps, Inc., Burks Pumps, Crown Pumps,
    Decatur Pump Company, Prosser Pump,
    Prosser/Enpo Industries, Inc., Weinman Pumps,
    Pacific Valves and Jenkins Valves;
CROWN, CORK & SEAL COMPANY, INC., individually
    and as successor to Mundet Cork Corporation;
CURTISS-WRIGHT CORPORATION, individually, as
    successor to and doing business as Curtiss-
    Wright Flow Control Corporation;
DANA COMPANIES, LLC, formerly known as Dana
    Corporation and individually and as successor
    to Spicer Enterprises, Inc., Victor Gaskets
    and Wichita Clutch Co., Inc.;
DAV CORPORATION, individually and as successor
    to or alter ego of David Fabricators of NY,
    Inc., successor to David Asbestos Corp.;
EDWARD VOGT VALVE COMPANY, individually and as
    successor to Edwards Valves, Inc.;
ELLIOTT COMPANY, individually, as successor to
    and doing business as Elliot Turbomachinery
    Co., Inc.;
FAIRBANKS COMPANY, THE, a California
    corporation, individually and as successor to
    The Fairbanks Company, a New Jersey
    corporation;
FOSTER WHEELER CORPORATION;
GENERAL ELECTRIC COMPANY, individually, as
    successor to and doing business as General
    Electric Supply Company;
GEORGIA-PACIFIC LLC, individually, as successor
    to and doing business as Georgia-Pacific
    Corporation;
GOULDS PUMPS, INCORPORATED;
GRINNELL LLC, individually, as successor to and
    doing business as Grinnell Corporation,
    Grinnell Fire Protection Systems Company,
    Inc., ITT Grinnell Valve Co. Inc. and Kennedy
    Valve Mfg. Co.;

IMO INDUSTRIES INC., as successor to and
    formerly known as DeLaval Turbine,
    Transamerica DeLaval, and IMO DeLaval;
ITT CORPORATION, individually, doing business as
    and successor to Bell & Gossett Company
    and/or Bell & Gossett Division, Flojet
    Corporation, The Hoffman Specialty
    Manufacturing Company, ITT Fluid Products
    Corporation, ITT Fluid Technology
    Corporation, ITT Industries, ITT Kennedy
    Valve, Jabsco US, Kennedy Valve, Lawler
    Manufacturing Company, Inc., Marlow Pumps and
    McDonnell & Miller, Inc.;
JOHN W. WALLACE & CO.;
KENTILE FLOORS, INC., individually and as
    successor to and doing business as Kentile
    Operating Company;
KUNKLE INDUSTRIES, INC.;
MARIO & DIBONO PLASTERING CO., INC.;
MCWANE INC.;
MELRATH SUPPLY & GASKET CO., INC.;
NEW YORK PROTECTIVE COVERING INDUSTRIES, INC.;
NIBCO, INC.;
O'CONNOR CONSTRUCTORS, INC., individually, as
    successor to and doing business as Thomas
    O'Connor & Company, Inc.;
OWENS-ILLINOIS, INC.;
PFIZER, INC.(formerly Chas. Pfizer & Co., Inc.);
PRATT & WHITNEY POWER SYSTEMS, INC.,
    individually, as successor to and/or doing
    business as United Technologies Corporation;
RAPID AMERICAN CORP., individually and as
    successor to The Celotex Corporation, Philip
    Carey Mfg. Co., Philip Carey Company, Inc.,
    XPRU Corporation, Briggs Manufacturing
    Company, Panacon Corporation, Smith &
    Kanzler, Inc. and Quebec Asbestos Corp.,
    Ltd.;
RSCC WIRE & CABLE LLC, individually, as
    successor to and doing business as Rockbestos
    Suprenant Cable Corporation, Rockbestos Wire
    and Cable Co., The Rockbestos Company and
    Cerro Wire & Cable Co., Inc.;
S.W. ANDERSON SALES CORP.;
SEQUOIA VENTURES, INC., f/k/a Bechtel
    Corporation;
SID HARVEY INDUSTRIES, INC., individually and
    successor to or formerly known as Sid Harvey
    Sales Co.;
SVI CORPORATION, individually and as successor
    to Stockham Valves & Fittings, Inc.;
TRANE US, INC., formerly known as American
    Standard, Inc., individually, as successor to
    and doing business as American Radiator &
    Standard Sanitary Corp., American Standard,
    Inc., Kewanee Boiler Company and Kewanee
    Boiler Company, Inc., The Trane Company and
    Trane Inc., Westinghouse Air Brake Company
    and WABCO;
TREADWELL CORPORATION;
TYCO ELECTRONICS CORPORATION, individually, as
    successor to and doing business as AMP, Inc.;
UNION CARBIDE CORPORATION;
UNITED CONVEYOR CORP.;
VIACOM, INC., individually, as successor to and
    doing business as Westinghouse Electric
    Corporation, Westinghouse Electric Supply
    Company, Bonney Forge Corporation, Gulf &
    Western Manufacturing Company and Paramount
    Communications Inc.;

WEIL-McLAIN, a division of the Marley Company,
    individually, as successor to and doing
    business as Wylain, Inc. and The Marley-
    Wylain Company;
WEIR VALVES and CONTROLS USA INC., d/b/a Atwood
    and Morrill Co.;
WILLIAM POWELL COMPANY, THE;
YARWAY CORPORATION, formerly Yarnall Waring
    Company;
ZY-TECH GLOBAL INDUSTRIES, INC., individually,
    as successor to and doing business as Zidell
    Explorations, Inc. and Zidell Valve Corp.;
JOHN DOE 1 through JOHN DOE 75
    (fictitious),

                    Defendants.
---------------------------------------------------X

        Plaintiffs, complaining of the defendants, by Wilentz,

Goldman & Spitzer, P.A., their attorneys, respectfully allege, upon

information and belief, at all times hereinafter mentioned, as

follows:

### PARTIES - PLAINTIFFS

        1.   Milton Fordham was in the United States Navy from

1963 to 1965, served in the Merchant Marines from 1967 to 1969, and

was employed by Long Island Lighting Company from 1969 to 1989, at

various locations, including powerhouses throughout New York.   In

these capacities, and at other times and places, from 1963 through

1979, he was exposed to dust from asbestos and asbestos containing

products, and he has contracted lung cancer, asbestosis and other

serious diseases.

        2.  **Milton Fordham was diagnosed with lung cancer and**

**asbestosis and meets the minimum criteria for activation as set forth in**

**the New York City Asbestos Litigation Amended Case Management Order dated**

**September 20, 1996, Amended as of May 26, 2011.**  *See* **attached medical**

**records.**

        3.   Edna Fordham is the lawful wife of Milton Fordham.

        4.   Reference herein to plaintiffs and/or plaintiffs'

decedent is reference to all the persons set forth above as is

syntactically and contextually correct.

## PARTIES - DEFENDANTS

1.  Defendant, **ASBEKA INDUSTRIES OF NEW YORK, INC.**, individually and as successor to Asbeka Asbestos Corp., is a corporation and was doing business in the State of New York.

2.  Defendant, **CERTAINTEED CORPORATION**, formerly CertainTeed Products Corp., individually and as successor to Keasbey and Mattison Company and Unisul, is a corporation and was doing business in the State of New York.

3.  Defendant, **CLARK-RELIANCE CORPORATION**, is a corporation and was doing business in the State of New York.

4.  Defendant, **CLEAVER-BROOKS COMPANY**, is a corporation and was doing business in the State of New York.

5.  Defendant, **COURTER & COMPANY, INCORPORATED**, is a corporation and was doing business in the State of New York.

6.  Defendant, **CRANE CO.**, individually and as successor to and doing business as The Chapman Valve Manufacturing Co., The Deming Company, The Cochrane Corporation, The National Radiator Company, National - U.S. Radiator Corporation, Thatcher Boiler and Thatcher Furnance Company, is a corporation and was doing business in the State of New York.

7.  Defendant, **CRANE ENVIRONMENTAL, INC.**, individually and as successor to Cochrane, Inc., is a corporation and was doing business in the State of New York.

8.  Defendant, **CRANE PUMPS & SYSTEMS, INC.**, individually, as successor to and doing business as Burks Pumps, Inc., Burks Pumps, Crown Pumps, Decatur Pump Company, Prosser Pump, Prosser/Enpo Industries, Inc., Weinman Pumps, Pacific Valves and Jenkins Valves, is a corporation and was doing business in the State of New York.

9.  Defendant, **CROWN, CORK & SEAL COMPANY, INC.**, individually and as successor to Mundet Cork Corporation, is a corporation and was doing business in the State of New York.

10. Defendant, **CURTISS-WRIGHT CORPORATION**, individually, as successor to and doing business as Curtiss-Wright Flow Control Corporation, is a corporation and was doing business in the State of New York.

-4-

11.   Defendant, **DANA COMPANIES, LLC**, formerly known as Dana Corporation and individually and as successor to Spicer Enterprises, Inc., Victor Gaskets and Wichita Clutch Co., Inc., is a corporation and was doing business in the State of New York.

12.   Defendant, **DAV CORPORATION**, individually and as successor to or alter ego of David Fabricators of NY, Inc., successor to David Asbestos Corp., is a corporation and was doing business in the State of New York.

13.   Defendant, **EDWARD VOGT VALVE COMPANY**, individually and as successor to Edwards Valves, Inc., is a corporation and was doing business in the State of New York.

14.   Defendant, **ELLIOTT COMPANY**, individually, as successor to and doing business as Elliot Turbomachinery Co., Inc., is a corporation and was doing business in the State of New York.

15.   Defendant, **FAIRBANKS COMPANY, THE**, a California corporation, individually and as successor to The Fairbanks Company, a New Jersey corporation, is a corporation and was doing business in the State of New York.

16.   Defendant, **FOSTER WHEELER CORPORATION**, is a corporation and was doing business in the State of New York.

17.   Defendant, **GENERAL ELECTRIC COMPANY**, individually, as successor to and doing business as General Electric Supply Company, is a corporation and was doing business in the State of New York.

18.   Defendant, **GEORGIA-PACIFIC LLC**, individually, as successor to and doing business as Georgia Pacific Corporation, is a corporation and was doing business in the State of New York.

19.   Defendant, **GOULDS PUMPS, INCORPORATED**, is a corporation and was doing business in the State of New York.

20.   Defendant, **GRINNELL LLC**, individually, as successor to and doing business as Grinnell Corporation, Grinnell Fire Protection Systems Company, Inc., ITT Grinnell Valve Co. Inc. and Kennedy Valve Mfg. Co., is a corporation and was doing business in the State of New York.

21. Defendant, **IMO INDUSTRIES INC.**, as successor to and formerly known as DeLaval Turbine, Transamerica DeLaval, and IMO DeLaval, is a corporation and was doing business in the State of New York.

22. Defendant, **ITT CORPORATION**, individually, doing business as and successor to Bell & Gossett Company and/or Bell & Gossett Division, Flojet Corporation, The Hoffman Specialty Manufacturing Company, ITT Fluid Products Corporation, ITT Fluid Technology Corporation, ITT Industries, ITT Kennedy Valve, Jabsco US, Kennedy Valve, Lawler Manufacturing Company, Inc., Marlow Pumps and McDonnell & Miller, Inc., is a corporation and was doing business in the State of New York.

23. Defendant, **JOHN W. WALLACE & CO.**, is a corporation and was doing business in the State of New York.

24. Defendant, **KENTILE FLOORS, INC.**, individually and as successor to and doing business as Kentile Operating Company, is a corporation and was doing business in the State of New York.

25. Defendant, **KUNKLE INDUSTRIES, INC.**, is a corporation and was doing business in the State of New York.

26. Defendant, **MARIO & DIBONO PLASTERING CO., INC.**, is a corporation and was doing business in the State of New York.

27. Defendant, **MCWANE INC.**, is a corporation and was doing business in the State of New York.

28. Defendant, **MELRATH SUPPLY & GASKET CO., INC.**, is a corporation and was doing business in the State of New York.

29. Defendant, **NEW YORK PROTECTIVE COVERING INDUSTRIES, INC.**, is a corporation and was doing business in the State of New York.

30. Defendant, **NIBCO, INC.**, is a corporation and was doing business in the State of New York.

31. Defendant, **O'CONNOR CONSTRUCTORS, INC.**, individually, as successor to and doing business as Thomas O'Connor & Company, Inc., is a corporation and was doing business in the State of New York.

32.  Defendant, **OWENS-ILLINOIS, INC.**, is a corporation and was doing business in the State of New York.

33.  Defendant, **PFIZER, INC.** (formerly Chas. Pfizer & Co., Inc.), is a corporation and was doing business in the State of New York.

34.  Defendant, **PRATT & WHITNEY POWER SYSTEMS, INC.**, individually, as successor to and/or doing business as United Technologies Corporation, is a corporation and was doing business in the State of New York.

35.  Defendant, **RAPID AMERICAN CORP.**, individually and as successor to The Celotex Corporation, Philip Carey Mfg. Co., Philip Carey Company, Inc., XPRU Corporation, Briggs Manufacturing Company, Panacon Corporation, Smith & Kanzler, Inc. and Quebec Asbestos Corp., Ltd., is a corporation and was doing business in the State of New York.

36.  Defendant, **RSCC WIRE & CABLE LLC**, individually, as successor to and doing business as Rockbestos Suprenant Cable Corporation, Rockbestos Wire and Cable Co., The Rockbestos Company and Cerro Wire & Cable Co., Inc., is a corporation and was doing business in the State of New York.

37.  Defendant, **S.W. ANDERSON SALES CORP.**, is a corporation and was doing business in the State of New York.

38.  Defendant, **SEQUOIA VENTURES, INC.**, f/k/a Bechtel Corporation, is a corporation and was doing business in the State of New York.

39.  Defendant, **SID HARVEY INDUSTRIES, INC.**, individually and successor to or formerly known as Sid Harvey Sales Co., is a corporation and was doing business in the State of New York.

40.  Defendant, **SVI CORPORATION**, individually and as successor to Stockham Valves & Fittings, Inc., is a corporation and was doing business in the State of New York.

41.  Defendant, **TRANE US, INC.**, formerly known as American Standard, Inc., individually, as successor to and doing business as American Radiator & Standard Sanitary Corp., American Standard, Inc., Kewanee Boiler Company and Kewanee Boiler Company, Inc., The Trane Company and Trane Inc., Westinghouse Air Brake Company and WABCO, is a corporation and was doing business in the State of New York.

42.   Defendant, **TREADWELL CORPORATION**, is a corporation and was doing business in the State of New York.

43.   Defendant, **TYCO ELECTRONICS CORPORATION**, individually, as successor to and doing business as AMP, Inc., is a corporation and was doing business in the State of New York.

44.   Defendant, **UNION CARBIDE CORPORATION**, is a corporation and was doing business in the State of New York.

45.   Defendant, **UNITED CONVEYOR CORP.**, is a corporation and was doing business in the State of New York.

46.   Defendant, **VIACOM, INC.**, individually, as successor to and doing business as Westinghouse Electric Corporation, Westinghouse Electric Supply Company, Bonney Forge Corporation, Gulf & Western Manufacturing Company and Paramount Communications Inc., is a corporation and was doing business in the State of New York.

47.   Defendant, **WEIL-McLAIN**, a division of the Marley Company, individually, as successor to and doing business as Wylain, Inc. and The Marley-Wylain Company, is a corporation and was doing business in the State of New York.

48.   Defendant, **WEIR VALVES and CONTROLS USA INC.**, d/b/a Atwood and Morrill Co., is a corporation and was doing business in the State of New York.

49.   Defendant, **WILLIAM POWELL COMPANY, THE**, is a corporation and was doing business in the State of New York.

50.   Defendant, **YARWAY CORPORATION**, formerly Yarnall Waring Company, is a corporation and was doing business in the State of New York.

51.   Defendant, **ZY-TECH GLOBAL INDUSTRIES, INC.**, individually, as successor to and doing business as Zidell Explorations, Inc. and Zidell Valve Corp., is a corporation and was doing business in the State of New York.

52. Defendant John Doe 1 (believed to be Johns-Manville Sales Corporation); John Doe 2 (believed to be Johns-Manville Sales Corporation, successor to Johns-Manville Products Corporation); John Doe 3 (believed to be Johns-Manville Corporation); John Doe 4 (believed to be Johns Manville Canada, Inc., formerly known as Canadian Johns-Manville Co., Ltd.); John Doe 5 (believed to be Canadian Johns-Manville Amiante Ltd., formerly known as Canadian Johns-Manville Asbestos, Ltd.); John Doe 6 (believed to be Manville Corporation); and John Doe 7 (believed to be International Johns-Manville Corporation, Ltd.) are the fictitious names of corporations, partnerships, or other business entities or organizations, whose identities are not presently known.

53. John Doe 8 through John Doe 50, are the fictitious names of corporations, partnerships, or other business entities or organizations whose identities are not presently known, and who mined, manufactured, sold, marketed, installed or removed, asbestos or asbestos containing products which plaintiff used or was exposed to.

54. John Doe 51 through John Doe 75 are the fictitious names of corporations, partnerships, or other business entities or organizations whose identities are not presently known, and who are the alter egos of or are otherwise responsible for the conduct or liability of those who mined, milled, manufactured, sold, marketed, installed or removed asbestos or asbestos containing products which plaintiff used or to which plaintiff was exposed.

55. The term "defendants" is used hereafter to refer to all of the entities named above.

56. At all relevant times the defendants have done business in this state, have transacted business in this state, have committed one or more tortious acts within this state, and otherwise have performed acts within or without the state which have given rise to the injuries and losses hereafter described, and which subjects them to jurisdiction of the courts of this state.

Plaintiffs hereby incorporate by reference all allegations set forth in the Fourth Amended Standard Verified Complaint filed with the Court under Index No. 40,000 on December 15, 2003 in accordance with the Case Management Order entered by Justice Freedman respecting asbestos litigation.  Copies of the Fourth Amended Standard Complaint are available upon written request.

WILENTZ, GOLDMAN & SPITZER, P.A.
110 William Street 26ᵗʰ Floor
New York, New York 10038
(212) 267-3091

Dated:    October 19, 2011
          New York, New York

#3941877 (15/2275 002)                            -10-

# Stephen L. Newman, M.D., M.B.A. FACP, FCCP, FAASM

Board Certified in Internal, Pulmonary and Sleep Disorders Medicine
Grade B Reader, National Institutes of Occupational Safety and Health

35 Beaverson Blvd. 7C
Brick, New Jersey 08723

Telephone (732) 920-8022
Fax        (732) 920-8066
www.drnewman.org

Angelo J. Cifaldi, Esq.
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958

RE: Milton Fordham

Dear Mr. Cifaldi,                                                    September 6, 2011

Thank you very much for the referral of the record of Mr. Milton Fordham for evaluation of occupationally induced pleuropulmonary disease. I have had the opportunity to review the following documents:

1. ILO Grade B reader report, Stephen L Newman, M.D, April 25,2011
2. Pathology report a Sentara Obici Hospital Suffolk Virginia
3. Interrogatory of Milton Fordham, May 12, 2011

On April 25, 2011 I reviewed an x-ray taken of Mr. Fordham on March 1, 2011 at the request of your firm and I rendered an ILO grade B reader report and diagnosed evidence of asbestosis and asbestos pleural disease.

Subsequently, Dr. Frick resected a left upper lobe mass, on June 22, 2011 at Sentara Obici Hospital showing an invasive adenocarcinoma with a mixed acinar and bronchioloalveolar subtype.

Mr. Fordham notes that he has been receiving dialysis since 1996.   Dr. Scott Brown of Franklin Virginia diagnosed asbestosis when he presented with shortness of breath.  He smoked from 1960 until 1991 at a rate of one half packs of cigarettes a day.

**Occupational history:** Mr.. Fordham served in the United States Navy Reserves from 1963 until 1965 in maintenance.  Then he worked at Landa Electronics as a transformer gang in 1965.
From 1965 until 1967 he worked as a forklift driver for 7-Up and from 1967 until 1969 he worked as a merchant marine working as an oiler.  From 1969 until

1989, he worked Long Island Lighting Company as a welder's helper and a welder.  In the course of his work with the lighting company he worked at a variety of stations and substations.  In the course of the work, he handled a wide variety of asbestos materials such as block, cement, refractory cement, firebrick, joint compound, tiles, wire, cable, tape, arc proofing, spray, cough, gaskets, and blankets and apparel.

**IMPRESSION:** Within a reasonable degree of medical certainty, I feel that Mr. developed, suffers from primary cancer of the lung, asbestosis  and asbestos induced pleural disease as a consequence of his cumulative occupational exposure to asbestos dust.

Sincerely,

Stephen L. Newman, M.D, MBA, FACP, FCCP, FAASM

Fax from : 7575020102

Sentara Obici Hospital, 2800 Godwin Blvd, Suffolk VA 23434

SENTARA HEALTHCARE

# TRANSMITTAL - REPRINT

| Patient Information | Pt Name/EMR | Acct# | Sex | DOB | SSN |
|---|---|---|---|---|---|
| | Fordham, Milton L (10120106) | 101201061159 | M | 7/23/1944 | 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 |
| | Unit | Room | Bed | Code Status | |
| | SOH 2SD | 242 | 242-01 | Prior | |

| Historical IDs | Hospital | ID # |
|---|---|---|
| | SLH HBOC MRN | 123343903 |
| | SBH HBOC MRN | 123343903 |
| | SVBGH HBOC MRN | 000364529 |
| | SCP HBOC MRN | 123343903 |
| | SNGH HBOC MRN | 010120106 |

| Provider Information | Ordering User | Authorizing Provider | |
|---|---|---|---|
| | Lab Init' Interface | Edward J Frick, MD | |
| | Attending Provider(s) | Admitting Provider | PCP |
| | Edward J Frick, MD | Edward J Frick, MD | Itrish J Scott-Brown, MD |

**Order**

## SURGICAL PATHOLOGY REPORT    (Order #: 139463136)

| Sentara ID Code | | | |
|---|---|---|---|
| Collection Information | Collection Date | Collection Time | |
| | 6/22/2011 | 4:52 PM | |
| Order Date/Time | Order Date/Time | | |
| | 6/22/2011  4:52 PM | | |
| Priority and Order Details | Priority | Order Status | Class |
| | Routine | Completed | Send Out |

Fordham, Milton L (MR # 10120106) Printed by Dana F Devantier [DFDEVAN1] at 8/3/...    Page 1 of 1

Supreme Court Records OnLine Library - page 14 of 25

Fordham, Milton L (MR # 10120106)

## SURGICAL PATHOLOGY REPORT

Status: **Final result**

### (Accession:00SK11002049)

Results                                                    6/24/2011 4:39 PM

**Component Results**

SURGICAL PATHOLOGY:

SENTARA OBICI/BH/ST LUKES

Collected: 22JUN11
Received:22JUN11
Admit Dr: FRICK,EDWARD J MD

Case Number: SK-11-02049
SENTARA OBICI HOSPITAL

Case Number: SK-11-02049

DIAGNOSIS:

A) AORTOPULMONARY WINDOW LYMPH NODE, LEVEL 5, BIOPSY:
   - BENIGN LYMPH NODE SHOWING ANTHRACOSIS.

B) AORTOPULMONARY WINDOW LYMPH NODE LEVEL 5 BIOPSY:
   - BENIGN LYMPH NODE SHOWING FOCAL ANTHRACOSIS.

C)  MASS, LEFT UPPER LOBE LUNG, LOBECTOMY:
   - DIAGNOSIS:  INVASIVE ADENOCARCINOMA, MIXED ACINAR AND
   BRONCHIOLOALVEOLAR SUBTYPE.
   - SPECIMEN INTEGRITY: INTACT
   - TUMOR SIZE: 2.5 X 2.5 X 2.3 CM
   - TUMOR FOCALITY: UNIFOCAL
   - HISTOLOGIC GRADE: WELL DIFFERENTIATED
   - VISCERAL PLEURA INVASION: NOT IDENTIFIED
   - TUMOR EXTENSION: NOT IDENTIFIED.
   - MARGINS:
     - BRONCHIAL MARGIN: UNINVOLVED BY INVASIVE CARCINOMA.
     - PARENCHYMAL MARGIN: NOT INVOLVED.
     - PARIETAL PLEURAL MARGIN: NOT APPLICABLE.
     - CHEST WALL MARGIN: NOT APPLICABLE
     - OTHER ATTACHED TISSUE MARGIN: NOT APPLICABLE.
     - DISTANCE OF INVASIVE CARCINOMA FROM CLOSEST MARGIN: 40.0 MM
   - TREATMENT EFFECT: NOT APPLICABLE.
   - LYMPH-VASCULAR INVASION: NOT IDENTIFIED
   - PATHOLOGIC STAGING (pTNM):
     - PRIMARY TUMOR (pT): pT1
     - REGIONAL LYMPH NODES (pN): pN0
     - TOTAL NODES EXAMINED: APPROXIMATELY 14 (includes all
     specimens)
     - NUMBER OF NODES INVOLVED: 0.
   - DISTANT METASTASIS (pM): UNKNOWN

D) INFERIOR PULMONARY LIGAMENT NODE, LEVE 9, BIOPSY:
   - TWO BENIGN LYMPH NODES SHOWING ANTHRACOSIS.

E) INTERLOBAR LEVEL 12 NODE, BIOPSY:
   - SINGLE BENIGN LYMPH NODE SHOWING ANTHRACOSIS.

Patient Name: Fordham, Milton L (EMR # 10120106) DOB: 07/23/1944          Printed 8/3/11 8:37 AM

Fax from :                                (MR # 10120106)

F) PERIAORTIC LEVEL 6 NODE, BIOPSY:
 - MULTIPLE FRAGMENTS OF BENIGN LYMPH NODES SHOWING FOCAL
 ANTHRACOSIS.

G) SUBCARINAL LEVEL 7 NODE, BIOPSY:
 - BENIGN LYMPH NODE SHOWING ANTHRACOSIS.
(AJCC/UICC TNM 7th Ed.)

COMMENT: Discussed with Dr. Frick on 6/24/11.
This case was reviewed by Dr. Green, SNGH, who concurs with the
above diagnosis.
(DWG:DM)

CLINICAL INFORMATION:
------------------------

Pre-op diagnosis: Aortopulmonary window lymph node level 5
Post-op diagnosis: Not given

Specimen(s): A) Aortopulmonary window lymph node level 5
Page:  1

SENTARA OBICI/BH/ST LUKES

Collected: 22JUN11
Received:22JUN11
Admit Dr: FRICK,EDWARD J MD

Case Number: SK-11-02049

CLINICAL INFORMATION:
------------------------

        B) Aortopulmonary window lymph node level 5
        C) Left upper lobe
        D) Inferior pulmonary ligament level 9
        E) Interlobar level 12
        F) Paraaortic level 6
        G) Subcarinal level 7

INTRAOPERATIVE CONSULT:
------------------------

Frozen section diagnosis:
A) Aortopulmonary window lymph node level 5: Benign lymph node
with anthracosis. (DWG)

GROSS DESCRIPTION:
------------------------

A) The container is labeled Fordham, Milton and "aortopulmonary
window lymph node level 5". Received fresh for frozen section is
an irregular blackish red apparent lymph node measuring 2.7 x 1.0
x 0.5 cm. A portion has been frozen and is submitted in block 1.
Remainder of tissue is submitted in block 2. (DWG:jgg)

B) The container is labeled Fordham, Milton and "aortopulmonary
window lymph node level 5". Received in formalin is an irregular

Patient Name: Fordham, Milton L (EMR # 10120106) DOB: 07/23/1944        Printed 8/3/11 8:37 AM

blackish soft tissue fragment measuring up to 1.2 cm. Totally submitted in one block.

C) The container is labeled Fordham, Milton and "left upper lobe. Received in formalin is a lobe of lung which is purplish and measures 19.0 x 10.5 x 4.8 cm. The pleura has a few small areas of apparent hemorrhage measuring up to 0.6 cm. A palpable nodule is present. The pleura overlying this nodule is inked in yellow and sectioning in this area shows a tan moderately demarcated nodule measuring 2.3 x 2.5 x 2.5 cm. The pleura appears grossly uninvolved. The mass is located approximately 4.0 cm from the bronchial margin. Stapled soft tissue margins are present around the bronchial area. Multiple black apparent nodules are present. Sectioning the remainder of the lobe shows no other masses, with only dark reddish parenchyma. Representative sections are submitted as follows:
#1 - bronchial margins and peribronchial lymph nodes.
#2 - 3 - additional peribronchial nodes, with one node bisected in block 2.
#4 - 5 - representative tumor and pleura.
#6 - 7 - representative uninvolved lung.

D) The container is labeled Fordham, Milton and "inferior pulmonary ligament level 9". Received in formalin are two portions of black apparent lymph node measuring 1.2 and 0.7 cm respectively. The larger fragment is bisected and the specimen is totally submitted in one block.

E) The container is labeled Fordham, Milton and "interlobar level 12". Received in formalin is an irregular portion of black tissue measuring up to 1.0 cm. Totally submitted in one block.

F) The container is labeled Fordham, Milton and "paraaortic level 6". Received in formalin are multiple fragments of dark reddish tissue with focal staple, measuring from 0.3 up to 0.5 cm. Totally submitted in one block.

G) The container is labeled Fordham, Milton and "subcarinal level 7". Received in formalin is a dark reddish gray apparent node measuring 2.0 x 1.0 x 0.5 cm. Bisected and totally submitted in Page:  2

SENTARA OBICI/BH/ST LUKES

Collected: 22JUN11
Received:22JUN11
Admit Dr: FRICK,EDWARD J MD

Case Number: SK-11-02049

GROSS DESCRIPTION:
------------------
one block. (DWG:jgg)

Patient Name: Fordham, Milton L (EMR # 10120106) DOB: 07/23/1944        Printed 8/3/11 8:37 AM

Fax From : 7575620162

Fordham, Milton L (MR # 10120106)

08/24/11                    (Electronic Signature)

DANIEL W GARLAND, M.D. PATHOLOGIST

**RESULTING LAB**

Lab
SENTARA OBICI LABORATORY
2800 Godwin Boulevard
Suffolk VA 23434
Tel: 757-934-4000

**Priority and Order Details**

Patient Name: Fordham, Milton L (EMR # 10120106) DOB: 07/23/1944          Printed 8/3/11 8:37 AM

Fax from : 7575820182

Fordham, Milton L (MR # 10120106)

Priority          Class
Routine           Send Out

## Order

SURGICAL PATHOLOGY REPORT [LAB8150 (Custom)] (Order
139463136)

### Order Providers

Authorizing
Frick, Edward J, MD

Encounter
Frick, Edward J, MD

### Department

Name
Sentara Obici Step Down Unit

Address
2800 GODWIN BOULEVARD
Suffolk VA 23434

### Provider Information:

Ordering User
Lab Init* Interface

Authorizing Provider
Edward J Frick, MD

Attending Provider(s)
Edward J Frick, MD

Admitting Provider
Edward J Frick, MD

PCP
Itrish J Scott-Brown, MD

### Collection Information

Collection Date
6/22/2011

Collection Time
4:52 PM

### RESULTING LAB

Lab
SENTARA OBICI LABORATORY
2800 Godwin Boulevard
Suffolk VA 23434
Tel: 757-934-4000

### Original Order

Ordered On
Wed Jun 22, 2011 4:52 PM

Ordered By
Interface, Lab Init*

### Release Information

Released On
Wed Jun 22, 2011 4:52 PM

Released By
Automatic Batch Process

### Additional Information

Associated Reports
View Encounter
Priority and Order Details

External References
SENTARA COLLECTION GUIDE

### Order Information

SURGICAL PATHOLOGY REPORT (Order#139463136) on 6/22/11

Patient Name: Fordham, Milton L (EMR # 10120106) DOB: 07/23/1944          Printed 8/3/11 8:37 AM

## Stephen L. Newman, M.D., MBA,FACP,FCCP,FAASM

Board Certified in Internal, Pulmonary and Sleep Disorders Medicine
Grade B reader, National Institutes of Occupational Safety and Health

35 Beaverson Blvd Suite 7C
Brick, NJ 08723

Telephone (732) 920-8022
Facsimile   (732) 920-8066

Angelo Cifaldi, Esq.
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958

Re: Milton Fordham

Dear Mr. Cifaldi,                    April 25, 2011

I have read the chest x-ray on Milton Fordham dated March 1, 2011.  There is
evidence of asbestosis and asbestos induced pleural disease.

Sincerely,

Stephen L. Newman, M.D., F.A.C.P., F.C.C.P.

Stephen L. Newman, M.D., MBA, FACP, FCCP, FAASM
NIOSH CERTIFIED GRADE B READER

DATE OF RADIOGRAPH

MONTH | DAY | YEAR
0 3 | 0 1 | 2 0 1 1

*Fordham, Milton*

WORKER'S Social Security Number

ROENTGENOGRAPHIC INTERPRETATION
TYPE OF READING

| A |
| X |
| B |

Note: Please record your interpretation of a single film by placing an "x" in the appropriate boxes on this form.

FACILITY IDENTIFICATION

*Southampton Memorial*

**1. FILM QUALITY**

[X] 2 3 U/R
(If not Grade 1, mark all boxes that apply)

[ ] Overexposed (dark)
[ ] Underexposed (light)
[ ] Artifacts

[ ] Improper position
[ ] Poor contrast
[ ] Poor processing

[ ] Underinflation
[ ] Mottle
[ ] Other (please specify)

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**

YES [X] Complete Sections 2B and 2C      NO [ ] Proceed to Section 3A

**2B. SMALL OPACITIES**

a. SHAPE/SIZE
PRIMARY | SECONDARY
p [X]q | p [ ]s
q | r
t | u

b. ZONES
R L
UPPER [X] [X]
MIDDLE [X] [X]
LOWER [ ] [ ]

c. PROFUSION
0/- 0/0 0/1
1/0 [X] 1/2
2/1 2/2 2/3
3/2 3/3 3/+

**2C. LARGE OPACITIES**

SIZE [X] A B C    Proceed to Section 3A

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**

YES [X] Complete Sections 3B, 3C      NO [ ] Proceed to Section 4A

**3B. PLEURAL PLAQUES** (mark site, calcification, extent, and width)

Chest wall | Site | Calcification | Extent (chest wall; combined for in profile and face on) | Width (in profile only) (3mm minimum width required)

In profile | O [X] L | [X] R L | Up to 1/4 of lateral chest wall = 1 | 3 to 5 mm = a
Face on | [X] R L | S R L | 1/4 to 1/2 of lateral chest wall = 2 | 5 to 10 mm = b
Diaphragm | [X] R L | Q R L | >1/2 of lateral chest wall = 3 | > 10 mm = c
Other site(s) | [X] R L | [X] R L

O [X] | 1 2 [X] | O [X] | a b c
O [X] | a [X] c | O [X] | a b c

**3C. COSTOPHRENIC ANGLE OBLITERATION**

R L    Proceed to Section 3D      NO [X] Proceed to Section 4A

**3D. DIFFUSE PLEURAL THICKENING** (mark site, calcification, extent, and width)

Chest wall | Site | Calcification | Extent (chest wall; combined for in profile and face on) | Width (in profile only) (3mm minimum width required)

In profile | O R L | O R L | Up to 1/4 of lateral chest wall = 1 | 3 to 5 mm = a
Face on | O R L | O R L | 1/4 to 1/2 of lateral chest wall = 2 | 5 to 10 mm = b
 | 1 2 3 | 1 2 3 | >1/2 of lateral chest wall = 3 | > 10 mm = c
 | | | O R L | O R L
 | | | 1 2 3 | a b c

**4A. ANY OTHER ABNORMALITIES?**

YES [X] Complete Sections 4B, 4C, 4D, 4E      NO [ ] Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY)**

aa at ax bu ca cg cn [X] cp cv di ef cm es fr hi ho id ih kl me pa pb pi px ra rp tb

[OD] If other diseases or significant abnormalities, findings must be recorded on reverse. (section 4C/4D)

Date Physician or Worker notified?
MONTH | DAY | YEAR

**4E.** Should worker see personal physician because of findings in section 4? YES [ ] NO [ ]
Proceed to Section 5

FILM READER'S INITIALS
S L N

DATE OF READING
MONTH | DAY | YEAR
0 5 | 1 3 | 2 0 1 1

NEWMAN, STEPHEN
LAST NAME - STREET ADDRESS

35 Beaverson Boulevard 7C

B R I C K
CITY

N J
STATE

0 8 7 2 3
ZIP CODE

Southampton Memorial Hospital 100 Fairview Drive  Franklin, VA 23851
Pulmonary Function Laboratory Report

Patient  : FORDHAM, MILTON          Height:  70 (in) - 178 (cm)   Sex: M
ID Number: 99875                    Weight: 200 (lb) - 91 (kg)    BSA: 2.09
Date     : 10-20-03                 Age: 59  BP: 760  Temp: 26  ATPS: .935
Physician: SCOTT-BROWN              Ex -Smoker : 1 Pk/Day , 1.5 Yrs NOT SMOKI
Predicted: Knudson Enright

| (BTPS) | Pre-dilator | | | Post-dilator | | % |
|---|---|---|---|---|---|---|
| # Spirometry # | Actual | %Pred | Pred | Actual | %Pred | Change |
| FVC       (L) | 0.62 | 16 | 3.91 | 1.88 | 48 | 200 |
| FEV-0.5   (L) | 0.29 | 12 | 2.48 | 1.36 | 55 | 373 |
| FEV-1     (L) | 0.48 | 15 | 3.14 | 1.62 | 52 | 237 |
| FEV-3     (L) | 0.62 | 17 | 3.61 | 1.87 | 52 | 200 |
| PEFR    (L/S) | 0.64 | 8 | 7.57 | 4.38 | 58 | 583 |
| FEF25-75 (L/S) | 0.45 | 14 | 3.18 | 2.11 | 66 | 370 |
| FEF25   (L/S) | 0.64 | 9 | 6.97 | 4.21 | 60 | 555 |
| FEF50   (L/S) | 0.52 | 13 | 3.90 | 2.62 | 67 | 404 |
| FEF75   (L/S) | 0.29 | 20 | 1.46 | 0.80 | 54 | 177 |
| FEV-.5/FVC (%) | 46 | | | 73 | | 57 |
| FEV- 1/FVC (%) | 77 | 96 | 80 | 87 | 108 | 12 |
| FIF50   (L/S) | 3.27 | | | 2.64 | | -19 |
| FIF25-75 (L/S) | 2.72 | 57 | 4.77 | 2.53 | 53 | -7 |

*  Knudson Spirometry Predicteds decreased 15 percent for Blacks.

| (BTPS) | Pre-dilator | | | Post-dilator | | % |
|---|---|---|---|---|---|---|
| # Lung Volumes # | Actual | %Pred | Pred | Actual | %Pred | Change |
| SVC    (L) | 1.93 | 50 | 3.91 | 1.87 | 48 | -3 |
| IC     (L) | 1.98 | 73 | 2.73 | 1.78 | 65 | -10 |
| ERV    (L) | -0.04 | -3 | 1.18 | 0.10 | 8 | |
| FRC    (L) | 2.41 | 68 | 3.55 | | | |

Comments :
COUGH, SOB



Southampton Memorial Hospital 100 Fairview Drive  Franklin, VA 23851
Pulmonary Function Laboratory Report

Patient  : FORDHAM, MILTON          Height:  70 (in) - 178 (cm)   Sex: M
ID Number: 99875                     Weight: 200 (lb) -  91 (kg)   BSA: 2.09
Date     : 10-20-03                  Age:  59  BP: 760  Temp: 26  ATPS: .935
Physician: SCOTT-BROWN               Ex -Smoker : 1 Pk/Day , 1.5 Yrs NOT SMOKI
Predicted: Knudson Enright


- VERY SEVERE OBSTRUCTIVE LUNG DISEASE WITH SIGNIFICANT RESPONSE TO
BRONCHODILATOR THERAPY
- LOW FRC SUGGESTS RESTRICTION


_____
           Physician

## VERIFICATION

STATE OF NEW YORK  )
                   )  ss.:
COUNTY OF NEW YORK )

KEVIN M. BERRY, being duly sworn, deposes and says that he is a partner with the law firm of Wilentz, Goldman & Spitzer, P.A., that he has read the foregoing plaintiffs' Verified Complaint and knows the contents thereof, and that the same is true to his own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters, he believes it to be true.  The sources of his information are records in the file and an investigation caused to be made with respect to the facts in this action and the statements of plaintiffs.  The reason this verification is made by deponent, and not by the plaintiffs, is because the plaintiffs do not reside within the County where their attorneys have an office.


GEIDY RINCON
NOTARY PUBLIC, State of New York
No. 01RI6061318
Qualified In Queens County
Term Expires; July 16, 2015

_____
            KEVIN M. BERRY


Sworn to and subscribed before me
this 17th day of October , 20 11

_____
        Notary Public

GEIDY RINCON
NOTARY PUBLIC, ... York
No. ...
Quali...
Term Exp...

#5644208

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------

Index No.:            Year

------------------------------------------------------------

**MILTON FORDHAM** and **EDNA FORDHAM**, his wife;

              Plaintiff,

       - against -

**ASBEKA INDUSTRIES OF NEW YORK, INC.**, et al.;

              Defendants.

------------------------------------------------------------

VERIFIED COMPLAINT

------------------------------------------------------------

WILENTZ, GOLDMAN & SPITZER
A Professional Corporation
Attorneys at Law
Attorneys for Plaintiffs
110 William Street
New York, New York  10038-3901
(212) 267-3091