BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

**CERTIFICATION OF SERVICE**

I hereby certify that I have on this 22nd day of February, 2012, caused to be served a copy of Defendants CBS Corporation, Foster Wheeler LLC and General Electric Company's Notice of Potential Tag Along Actions, letter to MDL filing same and this Certification of Service to plaintiff's counsel via email and/or regular mail and on the 22nd day of February, 2012, to all known defense counsel listed on the attached Attorney Service List by email and/or regular mail.

DATED:  February 22, 2012

                                                Respectfully submitted,

                                                _____/S_____
                                                Afigo Okpewho
                                                Afigo.okpewho@sedgwicklaw.com
                                                SEDGWICK LLP
                                                Three Gateway Center
                                                12th Floor
                                                Newark, New Jersey 07102
                                                (973) 242-0002 (Tel)
                                                (973) 242-8099 (Fax)
                                                Counsel for Defendants
                                                CBS Corporation, Foster Wheeler LLC and General Electric Company

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

_____
                                                                  :
IN RE: ASBESTOS PRODUCTS LIABILITY    :
LITIGATION (NO. VI)                                    :         MDL NO. 875
                                                                  :
                                                                  :
_____:

## ATTORNEY SERVICE LIST

| | |
|---|---|
| Kevin M. Berry, Esq.<br>Wilentz, Goldman & Spitzer, P.C.<br>110 William Street<br>New York, New York 10038 | Counsel for Plaintiffs |
| Robert C. Malaby, Esq.<br>Malaby & Bradley, LLC<br>150 Broadway, Suite 600<br>New York, New York 10038 | Counsel for Cleaver-Brooks Co. |
| Judith Yavitz, Esq.<br>Darger Errante Yavitz & Blau LLP<br>116 East 27th Street, 12th Floor<br>New York, NY 10016 | Counsel for Certainteed Corp., Dana Companies, LLC and Union Carbide Corp. |
| Lawrence McGivney, Esq.<br>McGivney, Kluger & Gannon, P.C.<br>80 Broad Street – 23rd Fl.<br>New York, New York 10004 | Counsel for Courter & Co., Inc., Curtiss-Wright Corp., Fairbanks Co., John W. Wallace & Co., Kentile Floors, Inc., Treadwell Corp. and Weir Valves and Controls USA Inc. |
| Lisa M. Pascarella, Esq.<br>Braaten & Pascarella, LLC<br>Paytner's Ridge Office Park<br>2430 Route 34, P.O. Box 648<br>Manasquan, New Jersey 08736 | Counsel for Trane US, Inc. |
| Paul Scrudato, Esq.<br>Schiff Hardin, LLP<br>900 Third Avenue, 23rd Floor<br>New York, New York 10022 | Counsel for Owens-Illinois, Inc. |
| Linda Yassky, Esq.<br>SNR Denton<br>1221 Avenue of the Americas<br>New York, New York 10020 | Counsel for Rapid American Corporation |
| Joseph Colao, Esq.<br>Leader & Berkon<br>630 Third Avenue, 17th Floor<br>New York, NY 10017 | Counsel for IMO Industries Inc. |

| | |
|---|---|
| Steven Weiner, Esq.<br>Caruso Pope<br>60 Route 46 East<br>Fairfield, NJ 07004 | Counsel for Clark-Reliance Corp. |
| M. Bradford Stein, Esq.<br>Flemming, Zulack & Williamson, LLP<br>One Liberty Plaza<br>New York, NY 10006 | Counsel for Crown, Cork & Seal Co., Inc. |
| Kristen Alford Kneis, Esq.<br>K&L Gates LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Counsel for Crane Co., Crane Environmental, Inc. and Crane Pumps & Systems, Inc. |
| Dawn Dezii<br>Margolis Edelstein<br>100 Century Parkway, Suite 200<br>Mount Laurel, NJ 08054 | Counsel for Melrath Supply & Gasket Co., Inc. and Sid Harvey Industries, Inc. |
| Rob C. Tonogbanua, Esq.<br>Dickie McCamey & Chilcote, P.C.<br>Public Ledger Building<br>150 South Independence Mall, Suite 901<br>West Philadelphia, PA 19106 | Counsel for Kunkle Industries, Inc., Tyco Electronics Corp. and Yarway Corp. |
| Andrew Sapon, Esq.<br>Bivona & Cohen P.C.<br>88 Pine Street<br>New York, New York 10005 | Counsel for O'Connor Constructors, Inc. |
| Anthony Marino, Esq.<br>Garrity Graham Murphy Garofalo & Finn<br>72 Eagle Rock Avenue<br>Suite 350<br>P.O. Box 438<br>East Hanover, New Jersey 07936 | Counsel for United Conveyor Corp. |
| Thomas A. Rhatigan, Esq.<br>Costello Shea & Gaffney<br>44 Wall Street<br>New York, NY 10005 | Counsel for Edward Vogt Valve Co. |
| William Mueller, Esq.<br>Clemente, Mueller & Tobia, P.A.<br>218 Ridgedale Ave., P.O. Box 1296<br>Morristown, New Jersey 07962-1296 | Counsel for William Powell Co. |
| Marc Gaffrey, Esq.<br>Hoagland, Longo Moran Dunst & Doukas<br>40 Patterson Street<br>P.O. Box 480<br>New Brunswick, NJ 08901 | Counsel for Kohler Co. |
| Theodore Eder, Esq.<br>Segal McCambridge Singer & Mahoney<br>830 Third Avenue, Suite 400<br>New York, New York 10022 | Counsel for Weil-McLain |

| | |
|---|---|
| John Kot, Esq.<br>Waters McPherson & McNeil<br>300 Lighting Way,<br>P.O. Box 1560<br>Secaucus, New Jersey 07096 | Counsel for Elliott Co. |
| Wm. Lee Kinnally, Jr., Esq.<br>Gibney Anthony & Flaherty LLP<br>665 Fith Avenue<br>New York, New York 10022 | Counsel for Grinnell Corp. |
| John Fanning, Esq.<br>Cullen & Dykman<br>177 Montague Street<br>Brooklyn, NY 11201 | Counsel for Goulds Pumps, Inc. and Mario & Dibono Plastering Co., Inc. |
| Jim Lynch, Esq.<br>Lynch Daskal Emery, LLP<br>264 West 40th Street<br>New York, NY 10018 | Counsel for Georgia Pacific Corp. |
| Daniel Moretti, Esq.<br>Landman Corsi Ballaine & Ford<br>120 Broadway, 27th Floor<br>New York, New York 10271 | Counsel for Sequoia Ventures, Inc. f/k/a Bechtel Corp. |
| Genevieve MacSteel, Esq.<br>McGuire Woods LLP<br>1345 Avenue of the Americas, Seventh Floor<br>New York, New York 10105 | Counsel for ITT Corp. |
| Richard Marin, Esq.<br>Marin & Goodman<br>40 Wall Street<br>57th Floor<br>New York, NY 10105 | Counsel for Zy-Tech Global Industries, Inc. |
| Anna Dilonardo, Esq.<br>Marshall, Dennehy, Warner, Coleman & Goggin<br>888 Veterans Memorial Highway<br>Hauppauge, NY 11787 | Counsel for RSCC Wire & Cable LLC |