February 22, 2012

**VIA ELECTRONIC CASE FILING**

Mr. Jeffery N. Luthi
Docket Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC  20002-8004

      Re:    Notice of Potential Tag Along Action:
              *Milton Fordham vs. CBS Corporation, Foster Wheeler LLC and General Electric Company, et al.*
              In re: Asbestos Products Liability Litigation (No. VI) MDL No. 875

Dear Mr. Luthi:

Enclosed please find an original and two (2) copies of defendants CBS Corporation[1], Foster Wheeler LLC and General Electric Company's Notice of Potential Tag Along Action in "In Re: Asbestos Products Liability Litigation (No. VI)," MDL 875.  I would ask that you kindly file the original Notice and return two (2) stamped "filed" copies to my attention in the self-addressed stamped envelope.  In addition, I have also enclosed a copy of plaintiff's Verified Complaint.

Please contact me if you have any questions at (973) 242-0002.  I thank you in advance for your assistance in this matter.

                              Very truly yours,

                              SEDGWICK LLP

                              /S
                              Afigo Okpewho

Enclosures
cc:    All Counsel via Email and/or Regular Mail

---

[1] CBS Corporation (a Delaware corporation f/k/a Viacom Inc.) is a successor by merger to CBS Corporation (a Pennsylvania corporation f/k/a Westinghouse Electric Corporation).

NJ/484468v1