## Before the Judicial Panel on Multidistrict Litigation
## MDL-875 – In re Lavon Bair

### SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Lavon Bair<br>    Plaintiff<br>v.<br><br>Air & Liquid Systems, Corp., CBS Corporation, Foster Wheeler, LLC, Elliott Turbomachinery Co., Inc., General Electric Company and Howden Buffalo, Inc.<br>    Defendants | United States District Court for the District of Connecticut (New Haven) | 3:12-cv-00257 | Stefan R. Underhill |

2405534v.1