BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In re Lavon Bair                                              MDL 875

### Proof of Service

I hereby certify that a copy of the foregoing was served by email on this 23rd day of February, 2012 to the following:

Christopher Meisenkothen, Esq.
Early, Lucarelli, Sweeney & Meisenkothen, LLC
One Century Tower, 11th Floor
265 Church Street, PO Box 1866
New Haven, CT 06508-1866
**Attorney for Plaintiff Lavon Bair**

Mayer and Murtha
528 Clinton Avenue
Bridgeport, CT 06605
**Attorney for Air & Liquid Systems Corporation**

Thomas F. Maxwell, Jr.
Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT 06601-7006
**Attorney for Defendant CBS Corporation**

James Oswald, Esq.
Adler Pollock & Sheehan
One Citizens Plaza 8th Floor
Providence, RI 02903-1345
**Attorney for Defendant Foster Wheeler, LLC**

Katharine Scott Perry
Adler Pollock & Sheehan
175 Federal Street
Boston, MA 02110
**Attorney for Defendant Elliott Turbomachinery Co.**

Cullen and Dykman LLP
Garden City Center 100 Quentin Roosevelt Boulevard,
Garden City, NY 11530-4850
**Attorney for Defendant Howden Buffalo**

/s/ Dan E. LaBelle
Dan E. LaBelle

2405579v.1