UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | | MDL NO. 875 |
| ARTHUR J. PORTER, ET UX | * * | PAE: Civil Action No. 2:11-cv-67283 |
| VERSUS | * * | LAM: Civil Action No. |
| GREATER BATON ROUGE PORT COMMISSION, ET AL | * * * | 3:11-cv-00166 |

*************************************************************************

### DEFENDANT, SSA GULF, INC.'S
### CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT,** through undersigned counsel, comes defendant and third-party defendant SSA Gulf, Inc. (f/k/a Ryan Stevedoring), which pursuant to the Court's Order to disclose all interested persons, files the following Certificate of Interested Parties, listing upon information and belief, all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities that are financially interested in the outcome of this litigation, as follows:

SSA Conventional, Inc. owns 100% of SSA Gulf, Inc.

**RESPECTFULLY SUBMITTED,** this the __24__ th day of __February__, 2012.

Respectfully submitted:

**SULZER & WILLIAMS, LLC**

_____
RICHARD P. SULZER, # 21150
(rsulzer@sulzerandwilliams.com)
ROBERT E. WILLIAMS, IV, # 19217 - T.A.
(rwilliams@sulzerandwilliams.com)
201 Holiday Boulevard, Suite 335
Covington, Louisiana 70433
Telephone: (985) 898-0608
Facsimile: (985) 898-0871
*Attorneys for defendant, SSA Gulf, Inc. (f/k/a Ryan Stevedoring)*

## CERTIFICATE OF SERVICE

By my signature herein above, I hereby certify that a true and correct copy of the above and foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification this 24th day of February, 2012.