# Brayton❖Purcell LLP

**TRIAL LAWYERS**

| | | |
|---|---|---|
| ALAN R. BRAYTON<br>GILBERT L. PURCELL<br><br>DAVID R. DONADIO<br>LLOYD F. LEROY<br><br>OF COUNSEL<br>JEFFREY D. EISENBERG*<br><br>* ADMITTED ONLY IN STATES<br>OTHER THAN CALIFORNIA | 222 Rush Landing Road<br>P O Box 6169<br>Novato, California 94948-6169<br>Telephone: (415) 898-1555<br>Facsimile: (415) 898-1247<br><br>Portland: (503) 295-4931<br>Los Angeles: (415) 898-1555<br>Salt Lake City: (801) 366-9100<br><br>Email: mail@braytonlaw.com<br>www.braytonlaw.com | ANNE T. ACUÑA  PHYRA M. McCANDLESS<br>JENNIFER L. ALESIO  BRIANA E. McCARTHY<br>DAVID H. BACKENSTOE  MAUREEN C. MCGOWAN<br>ROBERT L. BARROW  KIMBERLY L. MEYER<br>JENNIFER C. BENADERET  MICHAEL T. MILLER<br>SARAH N. BENDON  NANCY A. MULLIKIN<br>ASHLEY J. BENSON  EMMA NELSON-MUNSON<br>GARY L. BRAYTON  JAMES P. NEVIN<br>RENE J. CASILLI  JAMIE A. NEWBOLD<br>ANDREW CHEW  KEENAN W. NG<br>KIMBERLY J. CHU  OREN P. NOAH<br>HUGH C. COOK  BRENDA D. POSADA<br>JANETTE H. GLASER  JASON M. ROSE<br>JOHN B. GOLDSTEIN  FRAMTA SAECHAO<br>MEREDITH B. GOOD*  AMIR S. SARRESHTEHDARY<br>RICHARD M. GRANT  CHRISTINA C. SKUBIC<br>CHRISTINA D. HART  GEOFF T. SLONIKER<br>CHRIS E. HERSOM  KSENIA L. SNYLYK<br>BRIAN D. HOLMBERG  ERIC C. SOLOMON<br>GARY V JUDD  LANCE R. STEWART<br>CLAYTON W. KENT  UMU K. TAFISI<br>MATTHEW B. LEE  JANE E. VETTO*<br>ELISABETH A. LEONARD, Ph.D  NANCY T. WILLIAMS<br>MICHAEL D. LEVINSON | |

February 24, 2012

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

    Re:    <u>Donald Fields, et al. v. General Electric Company, et al.</u>
               U.S. District Court, Northern District of California, Case No. 3:12-cv-00305-SI

Dear Clerk of the Panel:

    Plaintiffs in the above-referenced matter have initiated an asbestos-related action. Pursuant to MDL Rule 7.5(c), counsel for Plaintiffs informs the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" this asbestos case currently pending in the United States District Court for the Northern District of California. Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of Procedure, the panel is authorized to enter a conditional transfer order or file an order to show cause why this action should not be transferred.

    Plaintiffs' Notice of Tag-Along Action is being filed with the U.S. District Court for the Northern District of California. The notice is being served upon the parties. Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

                                 Very truly yours,

                                 /s/  *David R. Donadio*

                                 David R. Donadio

DRD:sld

K:\Injured\113808\FED\CORRESP\ltr-Tag-Along-Plural.wpd