UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | | MDL NO. 875 |
| ARTHUR J. PORTER, ET UX | * * | PAE:  Civil Action No. 2:11-cv-67283 |
| VERSUS | * * | LAM: Civil Action No. 3:11-cv-00166 |
| GREATER BATON ROUGE PORT COMMISSION, ET AL | * * * | |

*************************************************************************

## MOTION TO VACATE CONDITIONAL REMAND ORDER

**NOW INTO COURT,** through undersigned counsel, comes defendant and third-party defendant SSA Gulf, Inc. (f/k/a Ryan Stevedoring), which files this motion seeking to vacate the Conditional Remand Order issued by the Judicial Panel on Multidistrict Litigation on February 1, 2012 and renewed on February 9, 2012 for the reasons more fully explained in the accompanying memorandum.[1] Because of the nature of this litigation, the basis for federal court jurisdiction and the court's familiarity with similar claims, this matter should remain pending in MDL 875 in the Eastern District of Pennsylvania for pre-trial proceedings and discovery.

---

[1] See Conditional Remand Orders, LAM/3:11-cv-00166, Document 17 and Document 19.

Respectfully submitted:

**SULZER & WILLIAMS, LLC**

_[signature]_

RICHARD P. SULZER, # 21150
(rsulzer@sulzerandwilliams.com)
ROBERT E. WILLIAMS, IV, # 19217 - T.A.
(rwilliams@sulzerandwilliams.com)
201 Holiday Boulevard, Suite 335
Covington, Louisiana 70433
Telephone:  (985) 898-0608
Facsimile:   (985) 898-0871
*Attorneys for SSA Gulf, Inc. (f/k/a Ryan Stevedoring)*

## CERTIFICATE OF SERVICE

By my signature herein above, I hereby certify that a true and correct copy of the above and foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification this 24th day of February, 2012.