BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)     MDL NO. 875

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENNIS WITSOE and CATHERINE WITSOE,<br><br>    Plaintiffs,<br><br>v.<br><br><br>AIR & LIQUID SYSTEMS CORPORATION,<br>   As successor by merger to BUFFALO<br>   PUMPS, INC.<br>CBS CORPORATION f/k/a VIACOM, INC.,<br>   successor by merger with CBS<br>   CORPORATION f/k/a WESTINGHOUSE<br>   ELECTRIC CORPORATION<br>ELLIOTT TURBOMACHINERY CO., INC.<br>FOSTER WHEELER, LLC<br>GENERAL ELECTRIC COMPANY<br><br>    Defendants. | Civil Action<br>No.:   3:12-cv-00263 |

**DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.'S NOTICE OF TAG-ALONG ACTION**

    PLEASE TAKE NOTICE, that on July 29, 1991 the Judicial Panel on Multi-District Litigation entered an order transferring all asbestos personal injury cases pending in Federal Court to the United States District Court, Easter District of Pennsylvania, for coordinated pre-trial proceedings pursuant to 28 U.S.C. Section 1407 ("MDL Transfer Order").  That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show cause.

1

MDL Rule 7.5(e) provides:

Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

Defendant **AIR & LIQUID SYSTEMS CORPORATION**, **AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.** hereby notifies the Court that this case is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. A copy of the Complaint is annexed hereto as **Exhibit 1** for the Court's convenience. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 7.4(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

> Respectfully submitted,
> Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc.,
>
> By:   /s/ *Michael D. Simons*
> Michael D. Simons
> David A. Goldman, #7097
> GOVERNO LAW FIRM LLC
> Two International Place, 15th Floor
> Boston, MA  02110
> (Ph) 617-737-9045
> (Fax) 617-737-9046
> msimons@governo.com

DATED:  February 27 2012

## **CERTIFICATE OF SERVICE**

This is to certify that on this 27th day of February, 2012, the undersigned served a copy of the above referenced document documents via the Pacer/ECF electronic service system to the following:

Jeffrey Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

All counsel of record

                                              /s/ Michael D. Simons_____
                                              Michael D. Simons