## BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS LITIGATION (NO. VI)**          **MDL NO. 875**

**THIS DOCUMENT RELATES TO:**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENNIS WITSOE and CATHERINE WITSOE,<br><br>　　Plaintiffs,<br><br>v.<br><br><br>AIR & LIQUID SYSTEMS CORPORATION,<br>　As successor by merger to BUFFALO<br>　PUMPS, INC.<br>CBS CORPORATION f/k/a VIACOM, INC.,<br>　successor by merger with CBS<br>　CORPORATION f/k/a WESTINGHOUSE<br>　ELECTRIC CORPORATION<br>ELLIOTT TURBOMACHINERY CO., INC.<br>FOSTER WHEELER, LLC<br>GENERAL ELECTRIC COMPANY<br><br><br>　　Defendants. | Civil Action<br>No.:  3:12-cv-00263 |

## SCHEDULE OF ACTIONS

1.    Dennis witsoe and Catherine Witsoe v. Air & Liquid Systems Corporation
      et al et. al.,
      Civil Action No.: 3:12-cv-00263 (United States District Court for the District
      of Connecticut)

Respectfully submitted,

Air & Liquid Systems Corp., as Successor by
Merger to Buffalo Pumps, Inc.,
By its attorneys,


/s/ Michael D. Simons
Michael D. Simons
Fed. Bar No. ct28100
Governo Law Firm LLC
Two International Place, 15th Floor
Boston, MA  02110
Phone:  (617) 737-9045
Fax: (617) 737-9046
msimons@governo.com


Dated:  February 27, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on this 27TH day of February, 2012, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.


/s/ Michael D. Simons
Michael D. Simons