BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)          MDL NO. 875

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT MCGOLDRICK and JOANNE MCGOLDRICK,<br><br>    Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, As successor by merger to BUFFALO PUMPS, INC.<br>CBS CORPORATION f/k/a VIACOM, INC., successor by merger with CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION<br>ELLIOTT TURBOMACHINERY CO., INC.<br>FOSTER WHEELER, LLC<br>GENERAL ELECTRIC COMPANY<br><br>    Defendants. | Civil Action<br>No.: 3:12-cv-262 |

**NOTICE OF FILING OF TAG-ALONG NOTICE**

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 1407, defendant Air & Liquid Systems Corp, as successor-by-merger to Buffalo Pumps, Inc.'s counsel filed the

1

attached notice of tag-along and supporting documents with the Judicial Panel on Multidistrict Litigation on June 15, 2011.  See Notice of Tag-Along Action, a true and correct copy of which is attached hereto as Exhibit A.

    Respectfully submitted,

    Air & Liquid Systems Corp., as Successor by
    Merger to Buffalo Pumps, Inc.,
    By its attorneys,

    */s/ Michael D. Simons*
    Michael D. Simons
    Fed. Bar No. ct28100
    Governo Law Firm LLC
    Two International Place, 15th Floor
    Boston, MA  02110
    Phone:  (617) 737-9045
    Fax: (617) 737-9046
    msimons@governo.com

Dated:  February 28, 2012

## CERTIFICATE OF SERVICE

    I hereby certify that on this 28th day of February 2012, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

    */s/ Michael D. Simons*
    Michael D. Simons