BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)          MDL NO. 875

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT MCGOLDRICK and JOANNE MCGOLDRICK,<br><br>          Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION,<br>    As successor by merger to BUFFALO<br>    PUMPS, INC.<br>CBS CORPORATION f/k/a VIACOM, INC.,<br>    successor by merger with CBS<br>    CORPORATION f/k/a WESTINGHOUSE<br>    ELECTRIC CORPORATION<br>ELLIOTT TURBOMACHINERY CO., INC.<br>FOSTER WHEELER, LLC<br>GENERAL ELECTRIC COMPANY<br><br>          Defendants. | Civil Action<br>No.: 3:12-cv-262 |

## SCHEDULE OF ACTIONS

1. Robert McGoldrick and Joanne McGoldrick v. Air & Liquid Systems Corporation et al et. al.,
   Civil Action No.: 3:12-cv-00262 (United States District Court for the District of Connecticut)

1

Respectfully submitted,

Air & Liquid Systems Corp., as Successor by
Merger to Buffalo Pumps, Inc.,
By its attorneys,


/s/ Michael D. Simons
Michael D. Simons
Fed. Bar No. ct28100
Governo Law Firm LLC
Two International Place, 15th Floor
Boston, MA  02110
Phone:  (617) 737-9045
Fax: (617) 737-9046
msimons@governo.com


Dated:  February 28, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on this 28TH day of February, 2012, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.


/s/ Michael D. Simons
Michael D. Simons

2