# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

NICK J. LORIO  
CLERK OF COURT

Telephone: 225-389-3500  
Facsimile: 225-389-3501

February 27, 2012

Multidistrict Litigation Panel  
Jeffery N. Luthi, Clerk of the Panel  
One Columbus Circle, NE  
Thurgood Marshall Federal Judiciary Building  
Room G-255, North Lobby  
Washington, DC 20002-8004

RE:   CV 12-cv-00094-JJB-SCR  
         Legendre et al v. Anco Industries, Inc et al

Dear Clerk:

Enclosed you will find a copy of the docket sheet and Removal papers in reference to possible pending Products Litigation filed in your court.

Respectfully submitted,

NICK J. LORIO, CLERK

By: *Claressa Mansfield*  
Case Administrator

Enclosure