UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BELL and SUMIKO BELL,<br><br>　　　　Plaintiffs,<br>　　vs.<br><br>ARVIN MERITOR, INC., et al.<br><br>　　　　Defendants. | (ASBESTOS)<br><br>USDC 3:12-cv-00131 JCS<br><br>Alameda County Superior Court Case No. RG11593882 |

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the within action.  My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105.  On February 29, 2012, I served the following:

DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION ERRONEOUSLY SUED HEREIN AS PNEUMO-ABEX CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 479

　　X　　By transmitting electronically to all parties on this date before 5:00 p.m. via the Judicial Panel on Multidistrict Litigation's CM/ECF service list.

I declare under penalty of perjury that the above is true and correct.  Executed on February 29, 2012, at San Francisco, California.

_____
Wanda D. Claudio

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1
CERTIFICATE OF SERVICE