BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)** | **MDL DOCKET NO. 875** |
| JAMES ALLAN BROWN and CAROL ELIZABETH BROWN,<br><br>   Plaintiffs,<br><br>v.<br><br>KAISER GYPSUM COMPANY, INC., et al.,<br><br>   Defendants. | ED-PA Case No.: 2:11-cv-60063-ER<br><br><br><br>(Transferor District Court No.)<br>WD-WA Case No.: 10-05873 |

### DEFENDANT CARRIER CORPORATION'S MOTION TO MODIFY THE CONDITIONAL REMAND ORDER

**I.   INTRODUCTION**

Defendant Carrier Corporation does not oppose the Judicial Panel on Multidistrict Litigation's Conditional Remand Oder ("CRO") issued on February 7, 2012. However, Carrier respectfully moves the Panel to modify its CRO to include an instruction to the transferor court that the parties be afforded a period of two months in which to file motions in limine and/or *Daubert* motions prior to setting the case for trial.

**II.   FACTS**

On February 3, 2012, Judge Eduardo C. Robreno of the transferee court filed a Suggestion of Remand stating, in part, that this case is prepared for trial without delay once on the transferor court's docket. See Suggestion of Remand, Para. f., attached hereto as Exhibit A. On February 7, 2012, the Panel issued its CRO stating, in part, that the Panel has been advised that all pretrial proceedings have been completed.

The parties have not yet filed motions in limine or *Daubert* motions, and to the extent such motions should be considered "pretrial proceedings," Carrier respectfully advises the Panel that such pretrial proceedings have not been completed. Carrier acknowledges that motions in limine may be more appropriately handled in the district court in which the case will be tried.

---

CARRIER CORPORATION'S MOTION TO MODIFY THE PANEL'S CONDITIONAL
REMAND ORDER

LaImanage\011939.002843 772552

Therefore, while Carrier does not necessarily oppose remand, it requests that the Panel's CRO be modified to ensure that the parties are afforded sufficient time to complete motions in limine and *Daubert* motions prior to trial.

### III. CONCLUSION

For the foregoing reasons, Carrier respectfully requests that the Panel's Conditional Remand Order be modified to include an instruction to the transferor court that the parties be afforded a period of at least one months in which to file motions in limine and/or *Daubert* motions prior to setting the case for trial.

DATED: February 29, 2012               RESPECTFULLY SUBMITTED,

By:   _/S/ John Son_____
     John K. Son
     TUCKER ELLIS & WEST LLP
     515 South Flower Street, 42nd Floor
     Los Angeles, CA 90071
     Telephone: 213.430.3400
     Facsimile: 213.430.3409
     john.son@tuckerellis.com
     Attorneys for Defendant
     **CARRIER CORPORATION**

**CERTIFICATE OF SERVICE**

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ.R. 5(b).  I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 135 Main Street, Suite 700, San Francisco, California  94105.

On **February 29, 2012**, the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

**DEFENDANT CARRIER CORPORATION'S MOTION TO MODIFY THE CONDITIONAL REMAND ORDER**

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Pennsylvania who have consented to electronic service shall constitute service of the filed document to all such parties.  Parties who have not consented to electronic service are entitled to receive a paper copy of any electronically filed pleading or other document.  Any such parties will be served by regular mail.

Executed on February 29, 2012, at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of the District Court for the Eastern District of Pennsylvania and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

|  |  |
|---|---|
| Anna Pasynkova | /s/   *Anna Pasynkova* |
| (Type or print name) | (Signature) |

SERVICE LIST
*Brown v. Kaiser Gypsum*

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

**VANESSA FIRNHABER-BAKER**
BERGMAN DRAPER & FROCKT PLLC
614 FIRST AVE 3RD FL
SEATTLE, WA 98104

**DAVID J. FISHER**
SOHA & LANG PS
701 FIFTH AVE STE 2400
SEATTLE, WA 98104

**RICHARD G. GAWLOWSKI**
WILSON SMITH COCHRAN & DICKERSON
1215 4TH AVENUE
SUITE 1700
SEATTLE, WA 98161-1007

**MICK ANTHONY JAEGER**
WILSON SMITH COCHRAN & DICKERSON
1215 4TH AVE
STE 1700
SEATTLE, WA 98161

**JEFFREY M. WOLF**
WILLIAMS KASTNER GIBBS
601 UNION ST STE 4100
SEATTLE, WA 98101

4
CERTIFICATE OF SERVICE