BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |
| JAMES ALLAN BROWN and CAROL ELIZABETH BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER GYPSUM COMPANY, INC., et al.,<br><br>Defendants. | ED-PA Case No.: 2:11-cv-60063-ER<br><br><br><br>(Transferor District Court No.)<br>WD-WA Case No.: 10-05873 |

**DEFENDANT CARRIER CORPORATION'S CORPORATE
DISCLOSURE STATEMENT**

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant Carrier Corporation states that it is a wholly-owned subsidiary of United Technologies Corporation.

DATED: February 29, 2012           RESPECTFULLY SUBMITTED,

By: _/S/ John Son_____
John K. Son
TUCKER ELLIS & WEST LLP
515 South Flower Street, 42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409
john.son@tuckerellis.com
Attorneys for Defendant
**CARRIER CORPORATION**

## CERTIFICATE OF SERVICE

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ.R. 5(b).  I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 135 Main Street, Suite 700, San Francisco, California  94105.

On **February 29, 2012**, the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

### DEFENDANT CARRIER CORPORATION'S CORPORATE DISCLOSURE STATEMENT

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Pennsylvania who have consented to electronic service shall constitute service of the filed document to all such parties.  Parties who have not consented to electronic service are entitled to receive a paper copy of any electronically filed pleading or other document.  Any such parties will be served by regular mail.

Executed on February 29, 2012, at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of the District Court for the Eastern District of Pennsylvania and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

|  Anna Pasynkova  |  /s/   Anna Pasynkova  |
| :---: | :---: |
| (Type or print name) | (Signature) |

SERVICE LIST
*Brown v. Kaiser Gypsum*

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

**VANESSA FIRNHABER-BAKER**
BERGMAN DRAPER & FROCKT PLLC
614 FIRST AVE 3RD FL
SEATTLE, WA 98104

**DAVID J. FISHER**
SOHA & LANG PS
701 FIFTH AVE STE 2400
SEATTLE, WA 98104

**RICHARD G. GAWLOWSKI**
WILSON SMITH COCHRAN & DICKERSON
1215 4TH AVENUE
SUITE 1700
SEATTLE, WA 98161-1007

**MICK ANTHONY JAEGER**
WILSON SMITH COCHRAN & DICKERSON
1215 4TH AVE
STE 1700
SEATTLE, WA 98161

**JEFFREY M. WOLF**
WILLIAMS KASTNER GIBBS
601 UNION ST STE 4100
SEATTLE, WA 98101