# CERTIFICATE OF SERVICE

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL NO. 875 – IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**Fordham et. al. v. Asbeka Industries of New York, Inc., et. al.,** S.D., New York, No. 12-01145

On March 2, 2012, I electronically filed Plaintiffs' Notice of Opposition to CTO—492 through the CM/ECF system which will send notice of electronic filing to all registered parties. Additionally, I served a copy of the attached notice of opposition and notice of electronic filing vial mail upon all counsel on the attached list.

Dated: New York, New York.
March 2, 2012

By: /s/ Kush Shukla
Kush Shukla, Esq.
Wilentz Goldman & Spitzer P.A.
110 William Street 26th floor,
New York, New York 10038-3927
*Attorneys for Plaintiffs*

#5647438 (157225.002)

**Fordham et. al. v. Asbeka Industries of New York, Inc., et. al.,** S.D., New York, No. 12-01145

1. Anthony J. Caruso, Esq.
   Caruso Smith Edell Picini, PC
   60 Route 46 East
   Fairfield, NJ 07004
   973-667-6000
   Fax: 973-667-1200
   Attorneys for defendant
   ASBEKA INDUSTRIES OF NEW YORK, INC.

2. William Bradley, Esq.
   Malaby & Bradley, LLC
   150 Broadway, Suite 600
   New York, NY 10038
   (212) 791-0285
   Fax: (212) 791-0286
   Attorneys for defendant
   CBS CORPORATION

3. Michael Tannenbaum, Esq.
   Sedgwick LLP
   3 Gateway Center, 12th Floor
   Newark, New Jersey 07102
   (973) 242-0002
   Fax: (973) 242-8099
   Attorneys for defendant
   CBS CORPORATION

4. Judith A. Yavitz, Esq.
   Darger Errante Yavitz & Blau, LLP
   116 East 27th Street - 12th Floor
   New York, NY 10016
   212-452-5378
   Fax: 212-452-5301
   Attorneys for defendant
   CERTAINTEED CORPORATION

5. Kevin J. O'Toole, Esq.
   O'Toole, Fernandez, Weiner & Van Lieu, LLC
   60 Pompton Avenue
   Verona, NJ 07044
   973-239-5700
   Fax: 973-239-3400
   Attorneys for defendant

#5647438 (157225.002)

CLARK-RELIANCE CORPORATION

6. Suzanne M. Halbardier, Esq.
Barry, McTiernan & Moore
2 Rector Street, 14th Floor
New York, NY 10006
212-313-3600
Fax: 212-608-8901
Attorneys for defendant
CLEAVER-BROOKS COMPANY

7. Richard Leff, Esq.
McGivney & Kluger, P.C.
80 Broad Street - 23rd Floor
New York, NY 10004
212-509-3456
Fax: 212-509-4420
Attorneys for defendant
COURTER & COMPANY, INCORPORATED

8. Kirsten Alford Kneis, Esq.
K&L Gates, LLP
599 Lexington Avenue
New York, NY 10022
212-536-3900
Fax: 212-536-3901
Attorneys for defendant
CRANE CO.

9. Kirsten Alford Kneis, Esq.
K&L Gates, LLP
599 Lexington Avenue
New York, NY 10022
212-536-3900212-536-3901
Attorneys for defendant
CRANE ENVIRONMENTAL, INC.

10. Kirsten Alford Kneis, Esq.
K&L Gates, LLP
599 Lexington Avenue
New York, NY 10022
212-536-3900
Fax: 212-536-3901
Attorneys for defendant
CRANE PUMPS & SYSTEMS, INC.

CLARK-RELIANCE CORPORATION

6. Suzanne M. Halbardier, Esq.
Barry, McTiernan & Moore
2 Rector Street, 14th Floor
New York, NY 10006
212-313-3600
Fax: 212-608-8901
Attorneys for defendant
CLEAVER-BROOKS COMPANY

7. Richard Leff, Esq.
McGivney & Kluger, P.C.
80 Broad Street - 23rd Floor
New York, NY 10004
212-509-3456
Fax: 212-509-4420
Attorneys for defendant
COURTER & COMPANY, INCORPORATED

8. Kirsten Alford Kneis, Esq.
K&L Gates, LLP
599 Lexington Avenue
New York, NY 10022
212-536-3900
Fax: 212-536-3901
Attorneys for defendant
CRANE CO.

9. Kirsten Alford Kneis, Esq.
K&L Gates, LLP
599 Lexington Avenue
New York, NY 10022
212-536-3900212-536-3901
Attorneys for defendant
CRANE ENVIRONMENTAL, INC.

10. Kirsten Alford Kneis, Esq.
K&L Gates, LLP
599 Lexington Avenue
New York, NY 10022
212-536-3900
Fax: 212-536-3901
Attorneys for defendant
CRANE PUMPS & SYSTEMS, INC.

11. Cynthia B. Rubin, Esq.
    Flemming Zulack Williamson Zauderer LLP
    One Liberty Plaza, 35th Floor
    New York, NY 10006-1404
    (212) 412-9500
    Fax: (212) 964-9200
    Attorneys for defendant
    CROWN, CORK & SEAL COMPANY, INC.

12. Christian H. Gannon, Esq.
    Segal McCambridge Singer & Mahoney, Ltd.
    850 Third Avenue - Suite 1100
    New York, NY 10022
    212-651-7409
    Fax: 212-651-7499
    Attorneys for defendant
    CURTISS-WRIGHT CORPORATION

13. Judith A. Yavitz, Esq.
    Darger Errante Yavitz & Blau, LLP
    116 East 27th Street - 12th Floor
    New York, NY 10016
    212-452-5378
    Fax: 212-452-5301
    Attorneys for defendant
    DANA COMPANIES, LLC

14. John Fanning, Esq.
    Cullen and Dykman, LLP
    177 Montague Street - 4th Floor
    Brooklyn, NY 11201
    718-780-0085
    Fax: 718-855-4282
    Attorneys for defendant
    DAV CORPORATION

15. Nancy McDonald, Esq.
    McElroy, Deutsch, Mulvaney & Carpenter LLP
    1300 Mount Kemble Avenue
    P.O. Box 2075
    Morristown, NJ 07962
    973-993-8100
    Fax: 973-425-0161
    Attorneys for defendant
    EDWARD VOGT VALVE COMPANY

16. John J. Kot, Esq.
    Waters, McPherson, McNeill, P.C.
    300 Lighting Way
    P.O. Box 1560
    Secaucus, NJ 07096-1560
    201-330-7454
    Fax: 201-863-2866
    Attorneys for defendant
    ELLIOTT COMPANY

17. Diane H. Miller, Esq.
    Marin Goodman, LLP
    500 Mamaroneck Avenue - Suite 501
    Harrison, NY 10528
    212-661-1151
    Attorneys for defendant
    FAIRBANKS COMPANY, THE

18. Laura B. Hollman, Esq.
    McGivney & Kluger, P.C.
    80 Broad Street - 23rd Floor
    New York, NY 10004
    646-520-2100
    Attorneys for defendant
    FAIRBANKS COMPANY, THE

19. Michael A. Tanenbaum, Esq.
    Sedgwick LLP
    Three Gateway Center - 12th Floor
    Newark, NJ 07102
    973-242-0002973-242-8099
    Attorneys for defendant
    FOSTER WHEELER CORPORATION

20. Michael A. Tanenbaum, Esq.
    Sedgwick LLP
    Three Gateway Center - 12th Floor
    Newark, NJ 07102
    973-242-0002
    Fax: 973-242-8099
    Attorneys for defendant
    GENERAL ELECTRIC COMPANY

21. Scott R. Emery, Esq.
    Lynch Daskal Emery LLP
    264 West 40th Street, 18th Floor

#5647438 (157225.002)

New York, NY 10018
212-302-2400
Fax: 212-302-2210
Attorneys for defendant
GEORGIA-PACIFIC LLC

22. John Fanning, Esq.
Cullen and Dykman, LLP
177 Montague Street - 4th Floor
Brooklyn, NY 11201
718-780-0085
Fax: 718-855-4282
Attorneys for defendant
GOULDS PUMPS, INCORPORATED

23. Linda Harvey, Esq.
Greenberg, Dauber, Epstein & Tucker, PC
One Gateway Center-Suite 600
Newark, NJ 07102-5311
973-643-3700
Fax: 973-643-1218
Attorneys for defendant
GRINNELL LLC

24. Joseph G. Colao, Esq.
Leader & Berkon, LLP
630 Third Avenue, 17th Floor
New York, NY 10017
212-486-2400
Fax: 212-486-3099
Attorneys for defendant
IMO INDUSTRIES INC.

25. Kathleen Marron Trabold, Esq.
McGuire Woods, LLP
1345 Avenue of Americas - 7th Floor
New York, NY 10105-0106
212-548-7025
Fax: 212-715-6273
Attorneys for defendant
ITT CORPORATION

26. Kerryann Cook, Esq.
McGivney & Kluger, P.C.
80 Broad Street - 23rd Floor
New York, NY 10004

|     | |
|-----|-|
|     | 212-509-3456<br>Fax: 212-509-4420<br>Attorneys for defendant<br>JOHN W. WALLACE & CO. |
| 27. | Kerryann Cook, Esq.<br>McGivney & Kluger, P.C.<br>80 Broad Street - 23rd Floor<br>New York, NY 10004<br>212-509-3456<br>Fax: 212-509-4420<br>Attorneys for defendant<br>KENTILE FLOORS, INC. |
| 28. | Paul A. Scrudato, Esq.<br>Schiff Hardin LLP<br>900 Third Avenue, 23rd Floor<br>New York, NY 10022<br>(212) 753-5000(212) 753-5044<br>Attorneys for defendant<br>KUNKLE INDUSTRIES, INC. |
| 29. | John Fanning, Esq.<br>Cullen and Dykman, LLP<br>177 Montague Street - 4th Floor<br>Brooklyn, NY 11201<br>718-780-0085<br>Fax: 718-855-4282<br>Attorneys for defendant<br>MARIO & DIBONO PLASTERING CO., INC. |
| 30. | Michael E. Waller, Esq.<br>K&L Gates, LLP<br>One Newark Center - 10th Floor<br>Newark, NJ 07102-5285<br>973-848-4000<br>Fax: 973-848-4001<br>Attorneys for defendant<br>MCWANE INC. |
| 31. | Robert Darish, Esq.<br>McGivney & Kluger, P.C.<br>80 Broad Street - 23rd Floor<br>New York, NY 10004-2209<br>212-509-3456<br>Fax: |

       Attorneys for defendant
       NEW YORK PROTECTIVE COVERING INDUSTRIES, INC.

32.    Lisa M. Pascarella, Esq.
       Braaten & Pascarella, LLC.
       2430 Route 34, Suite A-18
       PO Box 648
       Manasquan, NJ 08736
       732-528-8888
       Fax: 732-528-4445
       Attorneys for defendant
       NIBCO, INC.

33.    Andrew Sapon, Esq.
       Bivona & Cohen, P.C.
       88 Pine Street - 17th Floor
       New York, NY 10005-1886
       212-363-3100
       Fax: 212-363-9824
       Attorneys for defendant
       O'CONNOR CONSTRUCTORS, INC.

34.    Paul A. Scrudato, Esq.
       Schiff Hardin LLP
       900 Third Avenue, 23rd Floor
       New York, NY 10022
       (212) 753-5000
       Fax: (212) 753-5044
       Attorneys for defendant
       OWENS-ILLINOIS, INC.

35.    Dennis M. Resnick, Esq.
       Edwards Angell Palmer & Dodge, LLP
       750 Lexington Avenue
       New York, NY 10022
       212-308-4411
       Fax: 212-308-4844
       Attorneys for defendant
       PFIZER, INC.

36.    Scott C. Allan, Esq.
       Renzulli Law Firm, LLC
       81 Main Street - Suite 508
       White Plains, NY 10601
       914-285-0700
       Fax: 914-284-1213

      Attorneys for defendant
      PFIZER, INC.

37.    Scott C. Allan, Esq.
      Renzulli Law Firm, LLC
      81 Main Street - Suite 508
      White Plains, NY 10601
      914-285-0700914-284-1213
      Attorneys for defendant
      PRATT & WHITNEY POWER SYSTEMS, INC.

38.    Julie Evans, Esq.
      Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
      150 East 42nd Street
      New York, NY 10017-5639
      212-490-3000
      Fax: 212-490-3038
      Attorneys for defendant
      RSCC WIRE & CABLE LLC

39.    Julie Evans, Esq.
      Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
      150 East 42nd Street
      New York, NY 10017-5639
      212-490-3000
      Fax: 212-490-3038
      Attorneys for defendant
      S.W. ANDERSON SALES CORP.

40.    Daniel S. Moretti, Esq.
      Landman Corsi Ballaine & Ford P.C.
      120 Broadway, 27th Floor
      New York, NY 10271
      212-238-4800
      Fax: 212-238-4848
      Attorneys for defendant
      SEQUOIA VENTURES, INC.

41.    Robert Darish, Esq.
      McGivney & Kluger, P.C.
      80 Broad Street - 23rd Floor
      New York, NY 10004-2209
      212-509-3456
      Attorneys for defendant
      SID HARVEY INDUSTRIES, INC.

42. Lisa M. Pascarella, Esq.
    Braaten & Pascarella, LLC.
    2430 Route 34, Suite A-18
    PO Box 648
    Manasquan, NJ 08736
    732-528-8888
    Fax: 732-528-4445
    Attorneys for defendant
    TRANE US, INC.

43. Richard Leff, Esq.
    McGivney & Kluger, P.C.
    80 Broad Street - 23rd Floor
    New York, NY 10004
    212-509-3456
    Fax: 212-509-4420
    Attorneys for defendant
    TREADWELL CORPORATION

44. William Lee Kinnally, Esq.
    Gibney, Anthony & Flaherty LLP
    665 Fifth Avenue
    New York, NY 10022
    212-688-5151
    Fax: 212-688-8315
    Attorneys for defendant
    TYCO ELECTRONICS CORPORATION

45. Judith A. Yavitz, Esq.
    Darger Errante Yavitz & Blau, LLP
    116 East 27th Street - 12th Floor
    New York, NY 10016
    212-452-5378212-452-5301
    Attorneys for defendant
    UNION CARBIDE CORPORATION

46. Anthony J. Marino, Esq.
    Garrity, Graham, Murphy, Garofalo & Flinn
    72 Eagle Rock Avenue - Suite 350
    PO Box 438
    East Hanover, NJ 07936-3100
    973-509-7500
    Fax: 973-509-0414
    Attorneys for defendant
    UNITED CONVEYOR CORP.

47. MaryEllen Connor, Esq.
    Malaby & Bradley, LLC
    150 Broadway, Suite 600
    New York, NY 10038
    (212) 791-0285
    Fax: (212) 791-0286
    Attorneys for defendant
    WEIL-McLAIN

48. Kerryann Cook, Esq.
    McGivney & Kluger, P.C.
    80 Broad Street - 23rd Floor
    New York, NY 10004
    212-509-3456
    Fax: 212-509-4420
    Attorneys for defendant
    WEIR VALVES and CONTROLS USA INC.

49. William F. Mueller, Esq.
    Clemente Mueller, P.A.
    218 Ridgedale Avenue
    Cedar Knolls, NJ 07927
    973-455-8008
    Fax: 973-455-8118
    Attorneys for defendant
    WILLIAM POWELL COMPANY, THE

50. Paul A. Scrudato, Esq.
    Schiff Hardin LLP
    900 Third Avenue, 23rd Floor
    New York, NY 10022
    (212) 753-5000
    Fax: (212) 753-5044
    Attorneys for defendant
    YARWAY CORPORATION

51. Diane H. Miller, Esq.
    Marin Goodman, LLP
    500 Mamaroneck Avenue - Suite 501
    Harrison, NY 10528
    212-661-1151
    Attorneys for defendant
    ZY-TECH GLOBAL INDUSTRIES, INC.