# UNITED STATES JUDICIAL PANEL
on
## MULTIDISTRICT LITIGATION

MDL No: **875**                                          Docket No. **8482**

## MAJOR DEFICIENCY LIST
*(Counsel Notification of Deficiency Required)*

The following deficiencies are considered MAJOR and must be corrected by the filing party within the allotted time or an ***Order Striking Pleading*** may be issued by the Clerk of the Panel.

**Correction Required: 24 hours from date of Notice**

 x   CM/ECF Practice/Proof of Service Missing

**Action Required: Submit Proof of Service and Serve Parties**

Use the Service of Process event to file Proof of Service.

**\*\*\*The time allotted to correct deficiencies is subject to change. Please read carefully to ensure full compliance with Notice of Deficiency\*\*\***

**Correction Deadline: March 7, 2012**

Dated: **March 6, 2012**

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel