

# WILENTZ
## WILENTZ, GOLDMAN & SPITZER P.A.
### ATTORNEYS AT LAW

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000
Fax 732.855.6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
732.542.4500
Fax 732.493.8387

110 William Street
26th Floor
New York, NY 10038-3927
212.267.3091
Fax 212.267.3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
215.940.4000
Fax 215.636.3999

www.wilentz.com

**Kush Shukla, Esq.**
Please reply to New York
Tel: (212) 267-3091

DAVID T. WILENTZ (1919-1988)
G. GEORGE GOLDMAN (1922-1959)
HENRY M. SPITZER (1928-1988)
WARREN W. WILENTZ (1949-2010)

MORRIS BROWN
FREDERIC K. BECKER[2]
NICHOLAS L. SANTOWASSO (1960-2010)
RICHARD F. LERT[2]
JOHN A. HOFFMAN
STEPHEN E. BARCAN
BARRY M. EPSTEIN[2,10]
VINCENT P. MALTESE
DAVID M. WILDSTEIN
GORDON J. GOLUM
MARVIN J. BRAUTH[2]
STUART A. HOBERMAN[2,3]
STEPHEN A. SPITZER
ANNE S. BABINEAU[2]
CHRISTINE D. PETRUZZELL
BRIAN J. MOLLOY
RANDALL J. RICHARDS
JOSEPH J. JANKOWSKI
DAVID S. GORDON
FREDERICK J. DENNEHY
ROY H. TANZMAN[2]
STEVEN J. TRIPP
JAY J. ZIZNEWSKI
ALAN WASSERMAN ◁*
JAMES E. TRABILSY
MAUREEN S. BINETTI ◁
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT ◁
MICHAEL F. SCHAFF[27]
ANGELO JOHN CIFALDI
KEVIN M. BERRY[2]
JOHN T. KELLY[2]
C. KENNETH SHANK[2]
EDWIN LEAVITT-GRUBERGER[2]
BRUCE M. KLEINMAN[2,5]
BARRY A. COOKE[3]
JON G. KUPILIK
PETER R. HERMAN[2]
EDWARD T. KOLE

HESSER G. McBRIDE, JR.
ERIC JOHN MARCY
ROBERT C. KAUTZ[2,5]
VIOLA S. LORDI[2]
LYNNE M. KIZIS
KEVIN P. RODDY[2,8,9]
DANIEL S. BERNHEIM 3d[1,3]
DAVID H. STEIN
DOUGLAS WATSON LUBIC[2]
DOMINICK J. BRATTI
LISA A. GORAB[2]
LAWRENCE F. JACOBS[2]
BETH HINSDALE-PILLER
FRED HOPKE[†]
DONALD E. TAYLOR[3]
BRETT R. HARRIS[2,5]
JEFFREY W. CAPPOLA
ALFRED M. ANTHONY[2]
DARREN M. GELBER[20]
WILLIAM J. LINTON
DONNA M. JENNINGS
GIOVANNI ANZALONE
PETER A. GREENBAUM[2]
WILLARD C. SHIH[2]
BLAIR R. ZWILLMAN[4, ◻]
LAWRENCE C. WEINER[2]
LAURIE E. MEYERS[24]
JOHN M. CANTALUPO[2]
BARBARA G. QUACKENBOS[2]
DAVID P. PEPE
JOHN E. HOGAN[2]

**OF COUNSEL**
ROBERT A. PETITO
HAROLD G. SMITH
ALAN B. HANDLER[5]
MYRON ROSNER[2]
R. BENJAMIN COHEN
FRANCIS V. BONELLO

**COUNSEL**
RUTH D. MARCUS[1,2]
RICHARD J. BYRNES
JAMES E. TONREY, JR.[2]
DEIRDRE WOULFE PACHECO[2]

ROBERTO BENITES
JONATHAN J. BART[1,2,3]
YVONNE MARCUSE
ABBY RESNICK-PARIGIAN[2,3]
BRIAN KALVER[2]
ELLEN TORREGROSSA-O'CONNOR
AMANDA F. SHECHTER[2]
BARBARA J. KOONZ[3]
TODD E. LEHDER[5,7]
PHILIP A. TORTORETI[11,12]

**ASSOCIATES**
LINDA LASHBROOK
LORETTA KIRSCH PRIVES[2]
ELIZABETH C. DELL[2]
LETITIA ACCARRINO[1,2,5]
KELLY A. ERHARDT-WOJIE[3]
FRANCINE E. TAJFEL[2]
ALBERTINA WEBB[2]
JOHN P. MURDOCH II
MARY H. SMITH
EDWARD J. ALBOWICZ[2]
ANNA I. MONFORTH
STEPHANIE D. GIRONDA
EVERETT M. JOHNSON[2]
ALEX LYUBARSKY[2]
KEVEN H. FRIEDMAN[2,9]
GREGORY D. SHAFFER[2] ◁
JESSICA S. PYATT
LOUIS J. SEMINSKI, JR.
DANIEL R. LAPINSKI[2]
MICHAEL F. FRIED[2]
MICHELE C. LEFKOWITZ[2]
DASHIKA R. WELLINGTON[3]
ROBERT L. SELVERS[2]
PAMELA R. GOLD-ZAFRA[2]
ALYSON M. LEONE[2]
VINCENT CHENG[2]
MICHAEL J. WEISSLITZ
JAMIE M. BENNETT[2]
MARCELLO DE PERALTA[1,2]
KEITH L. HOVEY[2]
JOSEPH J. RUSSELL, JR.[2]

EMILY D. VAIL[24]
CHERYL E. CONNORS
CHAD B. SIMON[2]
ANTHONY WILKINSON[2]
JAY B. FELDMAN[2]
JAMES TRACY
LOUIS A. GREENFIELD[2]
JULIA A. LOPEZ[2]
AMY HERBOLD
DARRON E. BERQUIST[1,2]
DOUGLAS M. SILVESTRO
DANIEL J. KLUSKA
KARIN K. SAGE
JOSEPH D. CASTELLUCCI, JR.
REBECKA J. WHITMARSH[2]
MICHAEL L. GALVIN
SATISH V. POONDI
ERICA A. RODRIGUEZ
CARRIE S. FORD
KUSH SHUKLA[2,10]
RACHEL M. COLANCECCO[3]
VICTORIA HWANG-MURPHY[2]
GLENN P. PRIVES[2]
ANNEMARIE T. GREENAN[3]

◁ Certified Civil Trial Attorney
◻ Certified Criminal Trial Attorney
† Certified Workers Comp. Attorney
* National Certified Civil Trial Specialist
   Approved by the ABA
1 Not admitted NJ
2 Admitted NY
3 Admitted PA
4 Admitted CT
5 Admitted DC
6 Admitted MA
7 Admitted MD
8 Admitted VA
9 Admitted CA
10 Admitted FL
11 Admitted PR
12 Admitted VI

March 6, 2012

Jeffery N. Lüthi
Cleark of the Panel
Thurgood Marshall Federal Judiciary Building,
One Columbus Circle, NE,
Room G-255, North Lobby,
Washington, DC 20544-0005

        Re:    **Fordham et. al. v. Asbeka Industries of New York, Inc., et. al.,**
                  S.D., New York, No. 12-01145
                  MDL 875 | CTO—492

Dear Mr. Lüthi:

      We represent plaintiffs in the above-referenced MDL matter. In this matter, Conditional Transfer Order 492 ("CTO—492") was entered on February 24, 2012. Thereafter, plaintiffs timely filed their Notice of Opposition to CTO—492 on March 2, 2012. Pursuant to the briefing schedule, plaintiffs are required to submit their Motion to Vacate and Brief In Support on March 16, 2012.

      Due to scheduling conflicts and other issues, we respectfully request that the deadline for plaintiffs to submit their Motion to Vacate and Brief In Support be extended to April 20, 2012.

      Thank you for your attention to this matter. Please do not hesitate to contact me should you have any questions or concerns regarding this matter.

                                                  Sincerely,

                                                  Kush Shukla

CC: All Counsel

#5647469 (157225.002)