# CERTIFICATE OF SERVICE

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL NO. 875 – IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**Fordham et. al. v. Asbeka Industries of New York, Inc., et. al.,** S.D., New York, No. 12-01145

On March 6, 2012, I electronically filed Plaintiffs' request for extension of time to file and serve Plaintiffs' Motion to Vacate CTO—492 in MDL 875 which will send notice of electronic filing to all registered parties. Additionally, I served a copy of the attached request and notice of electronic filing via mail upon all counsel on the attached list.

Dated: New York, New York.
March 6, 2012

By: /s/ Kush Shukla
Kush Shukla, Esq.
Wilentz Goldman & Spitzer P.A.
110 William Street 26th floor,
New York, New York 10038-3927
*Attorneys for Plaintiffs*

#5647458 (157225.002)

**Fordham et. al. v. Asbeka Industries of New York, Inc., et. al.,** S.D., New York, No. 12-01145

1.  Anthony J. Caruso, Esq.
    Caruso Smith Edell Picini, PC
    60 Route 46 East
    Fairfield, NJ 07004
    973-667-6000
    Fax: 973-667-1200
    Attorneys for defendant
    ASBEKA INDUSTRIES OF NEW YORK, INC.

2.  William Bradley, Esq.
    Malaby & Bradley, LLC
    150 Broadway, Suite 600
    New York, NY 10038
    (212) 791-0285
    Fax: (212) 791-0286
    Attorneys for defendant
    CBS CORPORATION

3.  Michael Tannenbaum, Esq.
    Sedgwick LLP
    3 Gateway Center, 12th Floor
    Newark, New Jersey 07102
    (973) 242-0002
    Fax: (973) 242-8099
    Attorneys for defendant
    CBS CORPORATION

4.  Judith A. Yavitz, Esq.
    Darger Errante Yavitz & Blau, LLP
    116 East 27th Street - 12th Floor
    New York, NY 10016
    212-452-5378
    Fax: 212-452-5301
    Attorneys for defendant
    CERTAINTEED CORPORATION

5.  Kevin J. O'Toole, Esq.
    O'Toole, Fernandez, Weiner & Van Lieu, LLC
    60 Pompton Avenue
    Verona, NJ 07044
    973-239-5700
    Fax: 973-239-3400
    Attorneys for defendant

#5647458 (157225.002)

       CLARK-RELIANCE CORPORATION

6.   Suzanne M. Halbardier, Esq.
   Barry, McTiernan & Moore
   2 Rector Street, 14th Floor
   New York, NY 10006
   212-313-3600
   Fax: 212-608-8901
   Attorneys for defendant
   CLEAVER-BROOKS COMPANY

7.   Richard Leff, Esq.
   McGivney & Kluger, P.C.
   80 Broad Street - 23rd Floor
   New York, NY 10004
   212-509-3456
   Fax: 212-509-4420
   Attorneys for defendant
   COURTER & COMPANY, INCORPORATED

8.   Kirsten Alford Kneis, Esq.
   K&L Gates, LLP
   599 Lexington Avenue
   New York, NY 10022
   212-536-3900
   Fax: 212-536-3901
   Attorneys for defendant
   CRANE CO.

9.   Kirsten Alford Kneis, Esq.
   K&L Gates, LLP
   599 Lexington Avenue
   New York, NY 10022
   212-536-3900212-536-3901
   Attorneys for defendant
   CRANE ENVIRONMENTAL, INC.

10.   Kirsten Alford Kneis, Esq.
    K&L Gates, LLP
    599 Lexington Avenue
    New York, NY 10022
    212-536-3900
    Fax: 212-536-3901
    Attorneys for defendant
    CRANE PUMPS & SYSTEMS, INC.

11. Cynthia B. Rubin, Esq.
    Flemming Zulack Williamson Zauderer LLP
    One Liberty Plaza, 35th Floor
    New York, NY 10006-1404
    (212) 412-9500
    Fax: (212) 964-9200
    Attorneys for defendant
    CROWN, CORK & SEAL COMPANY, INC.

12. Christian H. Gannon, Esq.
    Segal McCambridge Singer & Mahoney, Ltd.
    850 Third Avenue - Suite 1100
    New York, NY 10022
    212-651-7409
    Fax: 212-651-7499
    Attorneys for defendant
    CURTISS-WRIGHT CORPORATION

13. Judith A. Yavitz, Esq.
    Darger Errante Yavitz & Blau, LLP
    116 East 27th Street - 12th Floor
    New York, NY 10016
    212-452-5378
    Fax: 212-452-5301
    Attorneys for defendant
    DANA COMPANIES, LLC

14. John Fanning, Esq.
    Cullen and Dykman, LLP
    177 Montague Street - 4th Floor
    Brooklyn, NY 11201
    718-780-0085
    Fax: 718-855-4282
    Attorneys for defendant
    DAV CORPORATION

15. Nancy McDonald, Esq.
    McElroy, Deutsch, Mulvaney & Carpenter LLP
    1300 Mount Kemble Avenue
    P.O. Box 2075
    Morristown, NJ 07962
    973-993-8100
    Fax: 973-425-0161
    Attorneys for defendant
    EDWARD VOGT VALVE COMPANY

16. John J. Kot, Esq.
    Waters, McPherson, McNeill, P.C.
    300 Lighting Way
    P.O. Box 1560
    Secaucus, NJ 07096-1560
    201-330-7454
    Fax: 201-863-2866
    Attorneys for defendant
    ELLIOTT COMPANY

17. Diane H. Miller, Esq.
    Marin Goodman, LLP
    500 Mamaroneck Avenue - Suite 501
    Harrison, NY 10528
    212-661-1151
    Attorneys for defendant
    FAIRBANKS COMPANY, THE

18. Laura B. Hollman, Esq.
    McGivney & Kluger, P.C.
    80 Broad Street - 23rd Floor
    New York, NY 10004
    646-520-2100
    Attorneys for defendant
    FAIRBANKS COMPANY, THE

19. Michael A. Tanenbaum, Esq.
    Sedgwick LLP
    Three Gateway Center - 12th Floor
    Newark, NJ 07102
    973-242-0002973-242-8099
    Attorneys for defendant
    FOSTER WHEELER CORPORATION

20. Michael A. Tanenbaum, Esq.
    Sedgwick LLP
    Three Gateway Center - 12th Floor
    Newark, NJ 07102
    973-242-0002
    Fax: 973-242-8099
    Attorneys for defendant
    GENERAL ELECTRIC COMPANY

21. Scott R. Emery, Esq.
    Lynch Daskal Emery LLP
    264 West 40th Street, 18th Floor

#5647458 (157225.002)

        New York, NY 10018
212-302-2400
Fax: 212-302-2210
Attorneys for defendant
GEORGIA-PACIFIC LLC

22. John Fanning, Esq.
    Cullen and Dykman, LLP
    177 Montague Street - 4th Floor
    Brooklyn, NY 11201
    718-780-0085
    Fax: 718-855-4282
    Attorneys for defendant
    GOULDS PUMPS, INCORPORATED

23. Linda Harvey, Esq.
    Greenberg, Dauber, Epstein & Tucker, PC
    One Gateway Center-Suite 600
    Newark, NJ 07102-5311
    973-643-3700
    Fax: 973-643-1218
    Attorneys for defendant
    GRINNELL LLC

24. Joseph G. Colao, Esq.
    Leader & Berkon, LLP
    630 Third Avenue, 17th Floor
    New York, NY 10017
    212-486-2400
    Fax: 212-486-3099
    Attorneys for defendant
    IMO INDUSTRIES INC.

25. Kathleen Marron Trabold, Esq.
    McGuire Woods, LLP
    1345 Avenue of Americas - 7th Floor
    New York, NY 10105-0106
    212-548-7025
    Fax: 212-715-6273
    Attorneys for defendant
    ITT CORPORATION

26. Kerryann Cook, Esq.
    McGivney & Kluger, P.C.
    80 Broad Street - 23rd Floor
    New York, NY 10004

#5647458 (157225.002)

|      | |
|---|---|
|  | 212-509-3456<br>Fax: 212-509-4420<br>Attorneys for defendant<br>JOHN W. WALLACE & CO. |
| 27. | Kerryann Cook, Esq.<br>McGivney & Kluger, P.C.<br>80 Broad Street - 23rd Floor<br>New York, NY 10004<br>212-509-3456<br>Fax: 212-509-4420<br>Attorneys for defendant<br>KENTILE FLOORS, INC. |
| 28. | Paul A. Scrudato, Esq.<br>Schiff Hardin LLP<br>900 Third Avenue, 23rd Floor<br>New York, NY 10022<br>(212) 753-5000(212) 753-5044<br>Attorneys for defendant<br>KUNKLE INDUSTRIES, INC. |
| 29. | John Fanning, Esq.<br>Cullen and Dykman, LLP<br>177 Montague Street - 4th Floor<br>Brooklyn, NY 11201<br>718-780-0085<br>Fax: 718-855-4282<br>Attorneys for defendant<br>MARIO & DIBONO PLASTERING CO., INC. |
| 30. | Michael E. Waller, Esq.<br>K&L Gates, LLP<br>One Newark Center - 10th Floor<br>Newark, NJ 07102-5285<br>973-848-4000<br>Fax: 973-848-4001<br>Attorneys for defendant<br>MCWANE INC. |
| 31. | Robert Darish, Esq.<br>McGivney & Kluger, P.C.<br>80 Broad Street - 23rd Floor<br>New York, NY 10004-2209<br>212-509-3456<br>Fax: |

      Attorneys for defendant
      NEW YORK PROTECTIVE COVERING INDUSTRIES, INC.

32.    Lisa M. Pascarella, Esq.
      Braaten & Pascarella, LLC.
      2430 Route 34, Suite A-18
      PO Box 648
      Manasquan, NJ 08736
      732-528-8888
      Fax: 732-528-4445
      Attorneys for defendant
      NIBCO, INC.

33.    Andrew Sapon, Esq.
      Bivona & Cohen, P.C.
      88 Pine Street - 17th Floor
      New York, NY 10005-1886
      212-363-3100
      Fax: 212-363-9824
      Attorneys for defendant
      O'CONNOR CONSTRUCTORS, INC.

34.    Paul A. Scrudato, Esq.
      Schiff Hardin LLP
      900 Third Avenue, 23rd Floor
      New York, NY 10022
      (212) 753-5000
      Fax: (212) 753-5044
      Attorneys for defendant
      OWENS-ILLINOIS, INC.

35.    Dennis M. Resnick, Esq.
      Edwards Angell Palmer & Dodge, LLP
      750 Lexington Avenue
      New York, NY 10022
      212-308-4411
      Fax: 212-308-4844
      Attorneys for defendant
      PFIZER, INC.

36.    Scott C. Allan, Esq.
      Renzulli Law Firm, LLC
      81 Main Street - Suite 508
      White Plains, NY 10601
      914-285-0700
      Fax: 914-284-1213

       Attorneys for defendant
       PFIZER, INC.

37.    Scott C. Allan, Esq.
       Renzulli Law Firm, LLC
       81 Main Street - Suite 508
       White Plains, NY 10601
       914-285-0700914-284-1213
       Attorneys for defendant
       PRATT & WHITNEY POWER SYSTEMS, INC.

38.    Julie Evans, Esq.
       Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
       150 East 42nd Street
       New York, NY 10017-5639
       212-490-3000
       Fax: 212-490-3038
       Attorneys for defendant
       RSCC WIRE & CABLE LLC

39.    Julie Evans, Esq.
       Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
       150 East 42nd Street
       New York, NY 10017-5639
       212-490-3000
       Fax: 212-490-3038
       Attorneys for defendant
       S.W. ANDERSON SALES CORP.

40.    Daniel S. Moretti, Esq.
       Landman Corsi Ballaine & Ford P.C.
       120 Broadway, 27th Floor
       New York, NY 10271
       212-238-4800
       Fax: 212-238-4848
       Attorneys for defendant
       SEQUOIA VENTURES, INC.

41.    Robert Darish, Esq.
       McGivney & Kluger, P.C.
       80 Broad Street - 23rd Floor
       New York, NY 10004-2209
       212-509-3456
       Attorneys for defendant
       SID HARVEY INDUSTRIES, INC.

42.  Lisa M. Pascarella, Esq.
     Braaten & Pascarella, LLC.
     2430 Route 34, Suite A-18
     PO Box 648
     Manasquan, NJ 08736
     732-528-8888
     Fax: 732-528-4445
     Attorneys for defendant
     TRANE US, INC.

43.  Richard Leff, Esq.
     McGivney & Kluger, P.C.
     80 Broad Street - 23rd Floor
     New York, NY 10004
     212-509-3456
     Fax: 212-509-4420
     Attorneys for defendant
     TREADWELL CORPORATION

44.  William Lee Kinnally, Esq.
     Gibney, Anthony & Flaherty LLP
     665 Fifth Avenue
     New York, NY 10022
     212-688-5151
     Fax: 212-688-8315
     Attorneys for defendant
     TYCO ELECTRONICS CORPORATION

45.  Judith A. Yavitz, Esq.
     Darger Errante Yavitz & Blau, LLP
     116 East 27th Street - 12th Floor
     New York, NY 10016
     212-452-5378212-452-5301
     Attorneys for defendant
     UNION CARBIDE CORPORATION

46.  Anthony J. Marino, Esq.
     Garrity, Graham, Murphy, Garofalo & Flinn
     72 Eagle Rock Avenue - Suite 350
     PO Box 438
     East Hanover, NJ 07936-3100
     973-509-7500
     Fax: 973-509-0414
     Attorneys for defendant
     UNITED CONVEYOR CORP.

#5647458 (157225.002)

47. MaryEllen Connor, Esq.
    Malaby & Bradley, LLC
    150 Broadway, Suite 600
    New York, NY 10038
    (212) 791-0285
    Fax: (212) 791-0286
    Attorneys for defendant
    WEIL-McLAIN

48. Kerryann Cook, Esq.
    McGivney & Kluger, P.C.
    80 Broad Street - 23rd Floor
    New York, NY 10004
    212-509-3456
    Fax: 212-509-4420
    Attorneys for defendant
    WEIR VALVES and CONTROLS USA INC.

49. William F. Mueller, Esq.
    Clemente Mueller, P.A.
    218 Ridgedale Avenue
    Cedar Knolls, NJ 07927
    973-455-8008
    Fax: 973-455-8118
    Attorneys for defendant
    WILLIAM POWELL COMPANY, THE

50. Paul A. Scrudato, Esq.
    Schiff Hardin LLP
    900 Third Avenue, 23rd Floor
    New York, NY 10022
    (212) 753-5000
    Fax: (212) 753-5044
    Attorneys for defendant
    YARWAY CORPORATION

51. Diane H. Miller, Esq.
    Marin Goodman, LLP
    500 Mamaroneck Avenue - Suite 501
    Harrison, NY 10528
    212-661-1151
    Attorneys for defendant
    ZY-TECH GLOBAL INDUSTRIES, INC.

#5647458 (157225.002)