## Before the Judicial Panel on Multidistrict Litigation
## MDL-875 – In re Ronald Taylor

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Ronald Taylor<br>Plaintiff<br>v.<br><br>General Electric Company, CBS Corporation, and Air & Liquid Systems Corporation<br>Defendants | United States District Court for the District of Connecticut (New Haven) | 3:12-cv-00327 | Stefan R. Underhill |

2405534v.1