BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In re Ronald Taylor                                    MDL 875

Proof of Service

I hereby certify that a copy of the foregoing was served by email on this 7th day of March, 2012 to the following:

Amity L. Arscott, Esq.
Embry and Neusner
118 Poquonnock Road
Groton, CT  06340
alarscott@embryneusner.com
Attorney for Plaintiff Ronald Taylor

Bryna Rosen Misiura, Esq.
Governo Law Firm
Two International Place
Boston, MA  02110
bmisiura@governo.com
Attorney for Air & Liquid Systems Corporation

Thomas F. Maxwell, Jr.
Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT 06601-7006
tmaxwell@pullcom.com
Attorney for Defendant CBS Corporation Amity L. Arscott, Esq.

/s/ Dan E. LaBelle

2405579v.1