FRANK D. POND (Bar No. 126191)
KEVIN D. JAMISON (Bar No. 222105)
kjamison@pondnorth.com
PREVIN A. WICK (Bar No. 216167)
pwick@pondnorth.com
POND NORTH LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 617-6170
Facsimile: (213) 623-3594

Attorneys for Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD BRANTLEY,<br><br>Plaintiff,<br><br>vs.<br><br>BORG-WARNER MORSE TEC, INC., et al.,<br><br>Defendants. | Case No: '12CV0540 JLS JMA<br><br>[San Diego County Superior Court Case No. 37-2012-00091413-CU-AS-CTL]<br><br>**DISCLOSURE STATEMENT BY DEFENDANT CBS CORPORATION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 7.1 AND LOCAL RULE 40.2** |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1 and Local Rule 40.2, Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation ("CBS Corporation"), by and through the undersigned counsel, states that on December 31, 2005, Viacom, Inc. changed its name to CBS Corporation.

CBS Corporation is a publicly traded company with no parent company; however, National Amusements, Inc. is a privately held company which owns the majority of the voting stock of CBS

1

Corporation. No publicly held corporation owns 10% or more of the stock of CBS Corporation.

The undersigned, counsel of record for CBS Corporation, certifies that the following listed party may have a pecuniary interest in the outcome of this case:

 (1) CBS CORPORATION, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation;

 (2) National Amusements, Inc.

These representations are made to enable the Court to evaluate possible disqualification or recusal pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1.

Dated: March 1, 2012    POND NORTH LLP

        By: /s/ Previn A. Wick
           PREVIN A. WICK
         Attorneys for Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

DISCLOSURE STATEMENT BY DEFENDANT CBS CORPORATION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 7.1 AND LOCAL RULE 40.2

4520-3467:813091.1

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 350 South Grand Avenue, Suite 3300, Los Angeles, CA 90071.

On March 2, 2012, I served the following document(s): **DISCLOSURE STATEMENT BY DEFENDANT CBS CORPORATION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 7.1 AND LOCAL RULE 40.2** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

NAPOLI BERN RIPKA SHKOLNIK &
ASSOCIATES, LLP
2361 Rosecrans Avenue, Suite 450
El Segundo CA 90245
*Attorneys for Plaintiff*

☒   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at, Los Angeles, California.

☐   By Overnight Service: I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

☐   By E-Service: I electronically served the above document(s) via LexisNexis File & Serve on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website.

☐   By Personal Service: I caused to be delivered by courier **First Legal Support Services,** such envelope by hand to the offices of the above addressee(s).

☐   By Personal Service: I delivered such envelope by hand to the offices of the addressee(s).

☐   By Facsimile Machine: The document was transmitted by facsimile transmission to the number(s) indicated and was reported as complete and without error.

Executed: March 2, 2012

☐   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Judith L. Engler*
Judith L. Engler
4520.3467

DISCLOSURE STATEMENT BY DEFENDANT CBS CORPORATION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 7.1 AND LOCAL RULE 40.2

4520-3467:813091.1