# EXHIBIT "D"

Case MDL No. 875  Document 8507-4  Filed 03/07/12  Page 2 of 6
Case 2:10-cv-67416-ER  Document 25  Filed 01/19/11  Page 1 of 3
Case 2:10-cv-67416-ER  Document 21-1  Filed 01/04/11  Page 1 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARIA KOVARY; BRYAN ALEXANDRO
KOVARY and ERIKA MICHELLE
KOVARY,

               Plaintiffs,

vs.

HONEYWELL INTERNATIONAL, INC.,
BENDIX CORPORATION; TRW CONEKT;
VOLKSWAGEN GROUP OF AMERICA,
INC.; DOES 1-10 INCLUSIVE,

               Defendants

MDL No. 875

No. 2:10-cv-67416
(transferred from No. 2:10-cv-00494-GW-CW
C. D. Cal.)

**FILED**

JAN 19 2011

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

AMENDED SCHEDULING ORDER

AND NOW this 14th day of January 2011, in light of Motions to Compel filed by

Volkswagen Group of America, Inc. ("VWGoA") against Plaintiffs and by Plaintiffs against

Defendant Honeywell International, Inc. (which are the subject of continuing negotiations

between counsel), with the consent of the parties and with and in reliance upon the express

understandings that (1) the Plaintiffs have agreed to be deposed on or before January 31, 2011;

(2) counsel for Plaintiffs have agreed to turn over to VWGoA all pathology in their possession on

or before January 3, 2011; (3) that the referenced pathology will be returned by March 15, 2011;

(4) within 7 days of Plaintiffs' return receipt of the pathology, Plaintiffs will provide it to

Honeywell International, Inc.; (5) Honeywell International, Inc., will then return the pathology to

plaintiffs by May 31, 2011; and (6) and it is agreed and understood by all parties herein that the

subject pathology will be preserved in the manner and/or condition received (before any party may

have any of the referenced pathology materials subjected to any destructive analysis and/or

testing, the party shall provide at least 15 days' written notification to all parties' counsel of

Page 1/3

Case MDL No. 875   Document 8507-4   Filed 03/07/12   Page 3 of 6
Case 2:10-cv-67416-ER   Document 25   Filed 01/19/11   Page 2 of 3
Case 2:10-cv-67416-ER   Document 21-1   Filed 01/04/11   Page 2 of 5

record of their intention to have the pathology materials subjected to destructive analysis and/or

testing. The notification shall identify the specific pathology materials that are to be subjected to

destructive analysis and/or testing. The purpose of this notification provision is to permit any

party who objects to any destructive analysis and/or testing time to seek a protective order), it is

hereby ORDERED that the following pre-trial schedule will govern this action:

1. All fact discovery must be completed by: <u>June 10, 2011</u>

2. All Plaintiff's expert reports must be completed
and served by: <u>July 11, 2011</u>

3. Any defense expert reports must be completed
and served by: <u>August 12, 2011</u>

4. Rebuttal expert reports must be completed
and served by: <u>August 26, 2011</u>

5. All dispositive motions must be filed by: <u>September 26, 2011</u>

6. Responses to dispositive motions must be filed by: <u>October 28, 2011</u>

7. Replies to Responses (if any) to dispositive motions
must be filed by: <u>November 11, 2011</u>

8. A status conference will be held in this case on November 22rd, 2011
at 9:00 am, Courtroom 11A, 601 Market Street, Philadelphia, PA 19106.

⟍⟋ ⎯⎯ The Court hereby assigns this case to the supervision of Magistrate Judge
⎯⎯⎯⎯⎯⎯⎯⎯⎯

IT IS SO STIPULATED AND AGREED:

DATED: December 28, 2010   By:

Roger L. Gordon, Esq.
Vincent Vallin Bennett, Esq.
GORDON, EDELSTEIN, KREPACK,
GRANT, FELTON & GOLDSTEIN
John F. Wolcott
JOHN F. WOLCOTT & ASSOCIATES

Page 2/3

Attorneys for Plaintiffs

DATED:                    By:    _____

Bo W. Kim, Esq.
PERKINS COIE LLP
Attorneys for Defendant,
HONEYWELL INTERNATIONAL, INC.

DATED:                    By:    _____

John Shimada, Esq.
McKENNA LONG & ALDRIDGE LLP
Attorneys for Defendant,
TRW CONEKT

DATED: DEC. 28, 2010 By:   _____

Craig L. Winterman, Esq.
HERZFELD & RUBIN, LLP
Alice S. Johnston
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
Attorneys for Defendant,
VOLKSWAGEN GROUP OF AMERICA, INC.

IT IS SO ORDERED:

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.

Attorneys for Plaintiffs

DATED:                     By:    _____

Bo W. Kim, Esq.
PERKINS COIE LLP
Attorneys for Defendant,
HONEYWELL INTERNATIONAL, INC.

DATED: 1-4-11              By:    _____

John Shimada, Esq.
McKENNA LONG & ALDRIDGE LLP
Attorneys for Defendant,
TRW CONEKT

DATED:                     By:    _____

Craig L. Winterman, Esq.
HERZFELD & RUBIN, LLP
Alice S. Johnston
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
Attorneys for Defendant,
VOLKSWAGEN GROUP OFAMERICA, INC.

IT IS SO ORDERED:

BY THE COURT:

_____

EDUARDO C. ROBRENO, J.

Case MDL No. 875  Document 8507-4  Filed 03/07/12  Page 6 of 6
Case 2:10-cv-67416-ER  Document 25  Filed 01/19/11  Page 3 of 3
Case 2:10-cv-67416-ER  Document 21-1  Filed 01/04/11  Page 3 of 5

Attorneys for Plaintiffs

DATED: December 28, 2010  By: _____

Bo W. Kim, Esq.
PERKINS COIE LLP
Attorneys for Defendant,
HONEYWELL INTERNATIONAL, INC.

DATED:                        By: _____

John Shimada, Esq.
McKENNA LONG & ALDRIDGE LLP
Attorneys for Defendant,
TRW CONEKT

DATED:                        By: _____

Craig L. Winterman, Esq.
HERZFELD & RUBIN, LLP
Alice S. Johnston
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
Attorneys for Defendant,
VOLKSWAGEN GROUP OF AMERICA, INC.

IT IS SO ORDERED:

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.

1/14/2011