# EXHIBIT "E"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIA KOVARY; BRYAN ALEXANDRO KOVARY and ERIKA MICHELLE KOVARY<br><br>Plaintiffs,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., BENDIX CORPORATION; TRW CONEKT; VOLKSWAGEN GROUP OF AMERICA, INC.; DOES 1-10 INCLUSIVE,<br><br>Defendants. | MDL No. 875<br><br>No. 2:10-cv-67416<br>(transferred from No. 2:10-cv-00494-GW-CW C. D. Cal.) |

### UNCONTESTED MOTION FOR THE EXECUTION OF AN AMENDED SCHEDULING ORDER

Defendant, Volkswagen Group of America, Inc. ("VWGoA"), with the consent of the parties, hereby respectfully moves for the entry of an Amended Scheduling Order in the form attached hereto (and which has been stipulated to and signed by all counsel of record).

### BASIS FOR THE MOTION

1. This Honorable Court issued a Case Management Order on August 9, 2010, establishing deadlines for discovery and trial preparation.

2. To date, the parties have served various written discovery requests, and depositions of the decedent and two corporate representatives have taken place.

3. Based upon the discovery to date, including discovery disagreements that have resulted in the filing of discovery-related Motions, and although the parties are earnestly attempting to resolve their differences, it is apparent that the parties require additional time to conduct further discovery.

4. Therefore, the parties have agreed to the schedule set forth in the attached Amended Scheduling Order.

5. The consent of the parties is based upon certain understandings set forth in the proposed Order, including that 1) the Plaintiffs have agreed to be deposed on or before January 31, 2011, 2) counsel have agreed to a timetable for the review and return of pathology, and 3) all counsel have agreed to notify each other in advance of any destructive testing so that a protective order may be sought, if necessary.

6. None of the parties will be prejudiced by these extensions, and in fact have all affirmatively consented via signature of their counsel of record.

DATED: January 4, 2011      By:    /s Alice S. Johnston
                                   Alice S. Johnston, Esquire
                                   OBERMAYER REBMANN
                                   MAXWELL & HIPPEL LLP
                                   One Mellon Center
                                   500 Grant Street, Suite 5240
                                   Pittsburgh, PA 15219

                                   Attorneys for Defendant Volkswagen Group
                                   of America, Inc.

## **LOCAL RULE 7.1 (b) CERTIFICATION**

The undersigned attests that the attached Motion is uncontested. All of the parties agree to the proposed Amended Scheduling Order, and have signed the enclosed Scheduling Order to indicate their consent.

/s/ Alice S. Johnston
ALICE S. JOHNSTON