**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**MDL No. 875 – In re Asbestos Litigation**

*Donald W. Bell, et al. v. Arvin Meritor, Inc., et al.* N.D. California No. 3:12-cv-00131-SC

(CTO-479), CAN No.: 3 12-00131

represent plaintiffs, Donald W. Bell and Sumiko Bell in the above-captioned action, I write to notify the Judicial Panel on Multidistrict Litigation that Plaintiffs' Notice of Opposition to Conditional Transfer Order (CTO-479), filed March 8, 2012, document number 8510, was filed in error. Plaintiffs hereby withdraw said document.

Sincerely,

/s/ Tenny Mirzayan

Tenny Mirzayan
Keller Fishback & Jackson LLP
18425 Burbank Blvd., Ste. 610
Tarzana, CA 91356
818.342.7442 Telephone
818.342.7616 Facsimile
tmirzayan@kfjlegal.com

Counsel for Plaintiffs
Donald W. Bell and Sumiko Bell