**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**
**IN REGARDS TO THE MDL-875: ASBESTOS PRODUCTS LIABILITY LITIGATION**

## SCHEDULE OF ACTIONS

| Case Caption: | Court | Civil Action No. | Assigned Judge |
|---|---|---|---|
| **Plaintiff:**<br>Luella C. Pehlke, Individually and as Special Administrator of the Estate of Frank Pehlke Jr., deceased,<br><br>**Movant:**<br>Luella C. Pehlke<br><br>**Defendants:**<br>A.O. Smith Corporation, A.W. Chesterton Company, Borg-Warner Inc., Buffalo Pumps, Inc., CBS Corporation, Crane Co., DAP Products, Inc., Dana Corporation, Dana Holding Corporation, Elliott Company I, Foster Wheeler LLC, General Electric Company, H.B. Fuller Company, ITT Corporation, Ingersoll Rand Company, Metropolitan Life Insurance Company, Owens-Illinois Inc., Pentair Pump Group, Inc., Rapid American Corporation, Rockwell Automation, Inc., Trane U.S. Inc., Uniroyal, Inc., Zurn Industries | USDC N.D. Illinois Eastern Division | 1:12-cv-00596 | Judge Virginia M. Kendall |