**Certificate of Service**

*Pehlke v. A.O. Smith Corporation, et al.,*
*USDC N.D. IL Case No. 1:12-CV-00596*

---

I hereby certify that on March 9, 2012, I electronically filed Plaintiff's Notice of Potential Tag-Along with the United States Judicial Panel on Multi-district Litigation using the CM/ECF system. Notifications of such filing will be sent via email to all counsel of record as follows:

(None – no counsel of record have appeared as of this date)


/S/ Michael P. Cascino
Attorney for Plaintiff

Michael P. Cascino
R. Matthew Schroeder
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600
mcascino@cvlo.com