**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |
| | § | |

### PLAINTIFFS' LIAISON COMMITTEE'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT CRANE CO.'S MOTION TO MODIFY THE JUDICIAL PANEL'S MDL-875 ORDER

Pursuant to Rule 6.3 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, plaintiffs, by and through their counsel of record, file this motion for leave to file a response to defendant Crane Co.'s Motion to Modify the Judicial Panel's MDL-875 Order. A copy of the opposition accompanies this motion as exhibit "A".

The undersigned counsel represents several plaintiffs in MDL proceedings. Crane's motion was not filed in any of the undersigned firm's cases. Counsel did become aware, however, that the motion apparently was filed not only in specific cases, but as an omnibus motion as well. The committee apologizes for the oversight in failing to file a timely response.

The undersigned is a member of the plaintiffs' liaison committee in MDL 875. While an individual plaintiffs' firm (Brayton Purcell) has filed a response to the motion, the plaintiffs' liaison committee respectfully requests the right to be heard as well. Leave is respectfully requested for the filing of a late response, as the Panel's resolution would benefit from a full ventilation of all issues. The response would be filed more than two weeks before the Panel's next scheduled hearing session. Every effort at brevity has been made.

1

WHEREFORE, PREMISES CONSIDERED, the plaintiffs' liaison committee prays that its motion be granted, and that the Panel issue an Order granting leave for the opposition to be filed.

DATED:   March 12, 2012                    Respectfully submitted,

**WATERS & KRAUS, LLP**

  /s/  Charles Siegel
Peter Kraus, *Admitted Pro Hac Vice*
TX State Bar No. 11712980
Charles S. Siegel, *Admitted Pro Hac Vice*
TX State Bar No. 18341875
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244 Telephone
(214) 871-2263 Facsimile

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

On March 9, 2012, I contacted Michael Zukowski and Syed Ali, counsel for movant Crane Co., to determine whether Crane opposed this motion.  Counsel stated that Crane is not opposed provided that the plaintiffs' liaison committee would not oppose a motion by Crane for leave to file a reply within seven days.  The committee does not oppose the request.

/s/ Charles S. Siegel
CHARLES S. SIEGEL

2

**CERTIFICATION OF SERVICE**

The undersigned counsel for Plaintiffs, hereby certifies that a true and correct copy of the foregoing document, and all related attachments, was served via electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record in the above-referenced cases and to those registered to receive a Notice of Electronic Filing for this case on this the 12th day of March, 2012.

/s/ Charles S. Siegel
CHARLES S. SIEGEL