**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |
| | § | |

**ORDER GRANTING
PLAINTIFFS' LIAISON COMMITTEE'S MOTION FOR LEAVE TO FILE
RESPONSE TO DEFENDANT CRANE CO.'S
MOTION TO MODIFY THE JUDICIAL PANEL'S MDL-875 ORDER**

On the ___ day of _____, 2012, the Panel considered Plaintiffs' Liaison Committee's Motion for Leave to File Response to Defendant Crane Co.'s Motion to Modify the Judicial Panel's MDL-875 Order.  After considering the pleadings, the Court:

IT IS ORDERED THAT Plaintiffs' Liaison Committee's Motion for Leave to File Response to Defendant Crane Co.'s Motion to Modify the Judicial Panel's MDL-875 Order IS GRANTED.

Signed this ___ day of _____, 2012.

_____