BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | |
|---|---|
| MARIA KOVARY; BRYAN ALEXANDRO KOVARY and ERIKA MICHELLE KOVARY<br><br>Plaintiffs,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., BENDIX CORPORATION; TRW CONEKT; VOLKSWAGEN GROUP OF AMERICA, INC.; DOES 1-10 INCLUSIVE,<br><br>Defendants. | E.D. Pa. No. 2:10-cv-67416<br><br>(transferred from<br>No. 2:10-cv-00494-GW-CW C. D. Cal.) |

## PROPOSED REMAND ORDER

The transferee court in this litigation has, in the actions on this conditional remand order: (1) severed all claims for punitive or exemplary damages; and (2) advised the Panel that coordinated or consolidated pretrial proceedings with respect to the remaining claims have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that all claims in the action(s) on this conditional remand order except the severed damages claims be remanded to the transferor Court.

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing was stayed to give the parties the opportunity to file any opposition to its entry. Any such oppositions have been fully briefed and considered by the Panel. This order will become effective when it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS ALSO ORDERED that, upon remand, the transferor Court will permit the parties adequate time to resolve all issues expressly reserved by the transferee Court or left for future consideration, including but not limited to 1) a renewed Motion for Summary Judgment based upon the Supreme Court of California's decision in *O'Neil v. Crane Co.*, 2) expert depositions, and 3) the filing of motions *in limine* and any

4621702

admissibility/*Daubert* challenges. All of these issues must be addressed by the transferor Court prior to trial taking place.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4 (a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the Order of Remand.

                                      **IT IS SO ORDERED.**
                                      **FOR THE PANEL:**

                                      _____