## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Crane Co.'s Reply Brief in Support of Motion to Modify the Judicial Panel's MDL875 Order was electronically served on all counsel of record on March 19, 2012, and is available for viewing and downloading from the Court's ECF system.

                      K&L GATES LLP

                      /s/ Michael J. Zukowski
                      Michael J. Zukowski
                      Counsel for Defendant, Crane Co.