BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)        MDL NO. 875

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD REED,<br><br>　　　Plaintiffs,<br><br>v.<br><br><br>GENERAL ELECTRIC COMPANY<br>CBS CORPORATION f/k/a VIACOM, INC.,<br>　successor by merger with CBS<br>　CORPORATION f/k/a WESTINGHOUSE<br>　ELECTRIC CORPORATION<br>AIR & LIQUID SYSTEMS CORPORATION,<br>　As successor by merger to BUFFALO<br>　PUMPS, INC.<br><br>　　　Defendants. | Civil Action<br>No.:　3:12-cv-00171-VLB |

### SCHEDULE OF ACTIONS

1.　<u>Ronald Reed v. General electric Company et. al.</u>,
　　Civil Action No.: 3:12-cv-00171 (United States District Court for the District of Connecticut)

1

        Respectfully submitted,

        Air & Liquid Systems Corp., as Successor by
        Merger to Buffalo Pumps, Inc.,
        By its attorneys,


        */s/ Michael D. Simons*
        Michael D. Simons
        Fed. Bar No. ct28100
        Governo Law Firm LLC
        Two International Place, 15th Floor
        Boston, MA  02110
        Phone:  (617) 737-9045
        Fax: (617) 737-9046
        msimons@governo.com


Dated:  March 20, 2012

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 20TH day of March, 2012, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.


        */s/ Michael D. Simons*
        Michael D. Simons