ROGER L. GORDON, ESQ. (SBN 053626)
VINCENT VALLIN BENNETT, ESQ. (SBN 153861)
GORDON, EDELSTEIN, KREPACK,
GRANT, FELTON & GOLDSTEIN
3580 Wilshire Boulevard, Suite 1800
Los Angeles, California 90010
(213) 739-7000

Attorneys for Plaintiffs
MARIA KOVARY et al

## BEFORE THE UNITED STATES JUDICIAL
## PANEL ON MULTIDISTRICT LITIGATION

### MDL No. 875
### IN RE: ASBESTOS PRODUCTS LIABILITY
### LITIGATION (NO. VI)

| | |
|---|---|
| MARIA KOVARY; BRYAN ALEXANDRO KOVARY and ERIKA MICHELLE KOVARY<br><br>Plaintiffs,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., BENDIX CORPORATION; TRW CONEKT ; VOLKSWAGEN GROUP OF AMERICA, INC. ; DOES 1-100, INCLUSIVE<br><br>Defendants. | E.D. Pa. No.2:10-cv-67416<br>(transferred from No. 2:10-cv-00494-GW-CW C.D. Cal.)<br><br>PLAINTIFFS' OBJECTION AND MOTION TO STRIKE DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC.'S REPLY IN SUPPORT OF ITS LIMITED OPPOSITION TO CONDITIONAL REMAND ORDER |

PLAINTIFFS, MARIA KOVARY, BRYAN ALEXANDRO KOVARY and

ERIKA MICHELLE KOVARY (Plaintiffs), hereby file an Objection and Motion to

Strike defendant, Volkswagen Group of America, Inc.'s ("VWGoA") Reply in Support of Its Limited Opposition to Conditional Remand Order.

Pursuant to the panel's Briefing Schedule and Order of February 1, 2012, the panel did not schedule and/or provide for the filing of a Reply Brief by defendant VWGoA. (See, Exhibit "A", attached)  Thus, plaintiffs, MARIA KOVARY, BRYAN ALEXANDRO KOVARY and ERIKA MICHELLE KOVARY (Plaintiffs) are hereby requesting that defendant, Volkswagen Group of America, Inc. ("VWGoA") Reply be stricken and not considered by the panel.  However, should the panel be inclined to consider defendant's Reply Brief, plaintiffs would further point out that Judge Robreno's Suggestion of Remand concludes that all discovery in this matter had been completed and that this case is prepared for trial <u>without delay</u>..... (Emphasis Added).

Further, the parties agreed with Judge Robreno at the November 22, 2011 Status Conference that this matter was in position for remand.  Defendant VWGoA did not indicate to the court that discovery in the form of expert depositions had not been completed, and there would have been no basis for defendant to make such statement in view of the parties Stipulated to Amended Scheduling Order that omitted any reference to the taking of expert depositions, which defendant VWGoA is now disingenuously attempting to disavow in order to turn back the clock.

///

///

///

///

Tellingly, no other defendant in this action has taken VWGoA position on this issue, and to do so now would be simply self-serving.

DATED: March 19, 2012

GORDON, EDELSTEIN, KREPACK,
GRANT, FELTON & GOLDSTEIN

By: _____
ROGER L. GORDON
VINCENT VALLIN BENNETT
Attorneys for Plaintiffs
MARIA KOVARY et al.

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                                              )ss.
COUNTY OF LOS ANGELES  )

I am a citizen of the United States and a resident of county aforesaid; I am over the age of eighteen (18) years and not a party to the within entitled action; my business address is 3580 Wilshire Boulevard, Suite 1800, Los Angeles, CA 90010.

On March 20, 2012, I served, in the manner indicated below, the foregoing document described as **PLAINTIFFS' OBJECTION AND MOTION TO STRIKE DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC.'S REPLY IN SUPPORT OF ITS LIMITED OPPOSITION TO CONDITIONAL REMAND ORDER** on the interested parties in said action, by placing true copies thereof, enclosed in sealed envelopes, at Los Angeles, California, addressed as follows:

### SEE ATTACHED LIST

XXX   BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Los Angeles, California, with postage thereon fully prepaid, I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. §1013(a)). **only to John F. Wolcott, Esq.)**

_____   BY FACSIMILE: (C.C.P. § 1013(e)(f)).

XXX   BY ECF SERVICE **(except to John F. Wolcott, Esq.)**

_____   BY OVERNIGHT SERVICE: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addresses, (C.C.P. §1013(c)(d)).

_____   BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addresses. (C.C.P. §1011(a)(b)).

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 20, 2012 at Los Angeles, California.

PATRICIA ALAMINA

**SERVICE LIST RE: KOVARY vs. HONEYWELL et al**
**Case No. 2:09-cv-63305-ER**

**SERVICE LIST RE: KOVARY vs. HONEYWELL et al**
**Case No. 2:09-cv-63305-ER**

| | |
|---|---|
| John F. Wolcott, Esq.<br>John F. Wolcott & Associates<br>205 South Broadway, Suite 905<br>Los Angeles, CA 90012<br>(213) 680-1716 (phone)<br>(213) 680-1905 (fax)<br>**CO-COUNSEL FOR PLAINTIFFS MARIA KOVARY et al** | Ben Soffer, Esq.<br>PERKINS COIE LLP<br>1888 Century Park East<br>Suite 1700<br>Los Angeles, CA 90067-1721<br>(310) 788-9900 (phone)<br>(310) 843-1284 (fax)<br>**ATTORNEYS FOR DEFENDANT and X-DEFENDANT HONEYWELL [formerly known as Allied Signal Inc, Successor in Interest to The Bendix Corporation]** |
| Alice S. Johnston, Esq.<br>OBERMAYER REBMANN MAXWELL & HOPPEL, LLP<br>One Mellon Center<br>500 Grant Street, Suite 5240<br>Pittsburg, PA 15219 (412) 566-1500<br>**ATTORNEYS FOR DEFENDANT and X-DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC.** | Herzfeld & Rubin LLP<br>Craig L. Winterman, Esq.<br>1925 Century Park East, Suite 900<br>Los Angeles, CA 90067<br>(310) 553-0451 (phone)<br>(310) 553-0648 (fax)<br>**ATTORNEYS FOR DEFENDANT and X-DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC.** |