EXHIBIT "A"

The following transaction was entered on 2/1/2012 at 8:10 AM EST and filed on 2/1/2012
**Case Name:** IN RE: Asbestos Products Liability Litigation (No. VI)
**Case Number:** MDL No. 875
**Filer:**
**Document Number:** 8374(No document attached)

**Docket Text:**

***TEXT ONLY NOTICE***

NOTICE OF FILED OPPOSITION TO CRO AND PUBLICATION OF BRIEFING SCHEDULE re: pldg. ([8373] in MDL No. 875)

BRIEFING SCHEDULE IS SET AS FOLLOWS:
Corporate Disclosure Statements due on or before 2/15/2012. Motion to Vacate with Brief in Support due on or before 2/15/2012. Responses due on or before 3/7/2012.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/1/2012.

Associated Cases: MDL No. 875, CAC/2:10-cv-00494 (TL)

**Case Name:** KOVARY et al v. HONEYWELL INTERNATIONAL, INC. et al
**Case Number:** CAC/2:10-cv-00494
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**

***TEXT ONLY NOTICE***

NOTICE OF FILED OPPOSITION TO CRO AND PUBLICATION OF BRIEFING SCHEDULE re: pldg. ( [8373] in MDL No. 875)

BRIEFING SCHEDULE IS SET AS FOLLOWS:
Corporate Disclosure Statements due on or before 2/15/2012. Motion to Vacate with Brief in Support due on or before 2/15/2012. Responses due on or before 3/7/2012.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/1/2012.

Associated Cases: MDL No. 875, CAC/2:10-cv-00494 (TL)

**MDL No. 875 Notice has been electronically mailed to:**

David C Landin  dlandin@hunton.com

Peter G Angelos  mjolley@lawpga.com

3/14/2012

MDL No. 875 Notice will not be electronically mailed to:

CAC/2:10-cv-00494 Notice has been electronically mailed to:

David T Biderman dbiderman@perkinscoie.com

Benjamin E Soffer BSoffer@perkinscoie.com

Roger L Gordon rlg@geklaw.com

Craig L Winterman cwinterman@hrllp-law.com

Brien F McMahon bmcmahon@perkinscoie.com

Alice S Johnston alice.johnston@obermayer.com

NOAH GREEN nxg@geklaw.com

JOHN H. SHIMADA (Terminated) jshimada@mckennalong.com

VINCENT F. BENNETT vincent@geklaw.com

BO KIM bkim@perkinscoie.com

CAC/2:10-cv-00494 Notice will not be electronically mailed to:

3/14/2012