MICHELE C. BARNES (SBN: 187239)
michele.barnes@klgates.com
BRENDAN TUOHY (SBN: 233253)
brendan.tuohy@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
CRANE CO.

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI),<br><br>This Document Relates To: | MDL DOCKET NO. 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT McKINLEY, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>**AIR & LIQUID SYSTEMS CORPORATION,** a subsidiary of AMPCO-PITTSBURGH CORPORATION, individually and as successor by merger to BUFFALO PUMPS, INC., individually and as successor in interest to BUFFALO FORGE COMPANY; **ATLAS FOUNDRY COMPANY, INC.; AURORA PUMP COMPANY; BLACKMER PUMP COMPANY; BW/IP INC.,** individually and as successor in interest to BYRON JACKSON PUMP CO.; **CARRIER CORPORATION,** individually and as successor in interest to BRYANT | Civil Action No. C12-00903<br>(Superior Court of the State of California for the County of Alameda **No. RG-12-612940**<br><br>**NOTICE OF TAG-ALONG ACTION** |

**NOTICE OF TAG-ALONG ACTION**

| | |
|---|---|
| 1 | HEATING & COOLING SYSTEMS; **CBS CORPORATION** f/k/a **VIACOM, INC.** successor by merger to CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION as successor in interest to BF STURTEVANT; **CLEAVER-BROOKS, INC.**, individually and f/k/a AQUA-CHEM, INC.; **CRANE CO.**, individually and as successor in interest to CHAPMAN VALVE COMPANY; **CROSBY VALVE, INC.; ENERGY TRANSPORTATION CORPORATION; ENERGY TRANSPORTATION GROUP, INC.**, individually and as successor in interest to ENERGY TRANSPORTATION CORPORATION; **FMC CORPORATION,** f/k/a CONSTRUCTION EQUIPMENT GROUP a/k/a and individually and as successor in interest to NORTHERN PUMP COMPANY f/k/a NORTHERN FIRE APPARATUS COMPANY, CHICAGO PUMP COMPANY and PERRLESS PUMP COMPANY; **FOSTER WHEELER, LLC,** a/k/a and individually and as successor in interest to FOSTER WHEELER CORPORATION and FOSTER WHEELER ENERGYCORPORATION; **GAR.DNER DENVER, INC.,** f/k/a GARDNER DENVER MACHNERY, INC.; **GENERAL ELECTRIC COMPANY; GOULDS PUMPS, INC.; IMO INDUSTRIES, INC.**, individually and as successor in interest to DELAVAL STEAM TURBINE COMPANY; **INGERSOLL-RAND COMPANY; PEERLESS INDUSTRIES, INC.; THE NASH ENGINEERING COMPANY; THE WILLIAM POWELL COMPANY; WARREN PUMPS, LLC,** f/k/a WARREN PUMPS, INC., individually and as successor in interest to QUIMBY PUMP COMPANY; **WEIR VALVES & CONT'ROLS USA, INC.,** f/k/a and individually and as successor in interest to ATWOOD & MORRILL; **YARWAY CORPORATION;** and DOES 1 through 400, inclusive, |
| | Defendants. |

**NOTICE OF TAG-ALONG ACTION**

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

On November 23, 2011, the Panel on Multidistrict Litigation and the Hon. Eduardo C. Robreno issued an order and recommendation terminating the new transfer of tag-along actions to the MDL, with several exceptions, including cases venued in the Northern District of California.

The undersigned hereby notifies the Court that this is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

Dated: March 20, 2012

Respectfully submitted,

By: _/s/ Michele C. Barnes_
Michele C. Barnes
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

Attorneys for Defendant
CRANE CO.

---

1
**NOTICE OF TAG-ALONG ACTION**