# CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant Crane Co.'s Notice of Tag-Along Action has been electronically served on all counsel of record on March 20, 2012.

*[signature]*
Michele C. Barnes
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

Attorneys for Defendant
CRANE CO.