MICHELE C. BARNES (SBN 187239)
michele.barnes@klgates.com
BRENDAN TUOHY (SBN 233253)
Brendan.tuohy@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
CRANE CO.

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI),<br><br>This Document Relates To: | MDL DOCKET NO. 875 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

OAKLAND DIVISON

| | |
|---|---|
| GEORGE BOLTON, and KAREN BOLTON,<br><br>Plaintiffs,<br><br>vs.<br><br>**AIR & LIQUID SYSTEMS CORPORATION,** a subsidiary of AMPCO-PITTSBURGH CORPORATION, individually and *as* successor by merger to BUFFALO PUMPS, INC., individually and as successor in interest to BUFFALO FORGE COMPANY; | Civil Action No.: C12-00723<br><br>Civil Action No. (Superior Court of the State of California for the County of Alameda, CA NO. RG-11-605776<br><br>**NOTICE OF TAG-ALONG ACTION** |

---

1
**NOTICE OF TAG-ALONG ACTION**

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). The MDL Transfer Order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

On November 23, 2011, the Panel on Multidistrict Litigation and the Hon. Eduardo C. Robreno issued an order and recommendation terminating the new transfer of tag-along actions to the MDL, with several exceptions, including cases venued in the Northern District of California.

The undersigned hereby notifies the Court that this is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

Respectfully submitted,

Date: March 20, 2012        By: _____
                            Michele C. Barnes
                            K&L GATES LLP
                            Four Embarcadero Center, Suite 1200
                            San Francisco, CA 94111

                            Attorneys for Defendant
                            CRANE CO.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served via hand delivery to plaintiffs' counsel and via U.S. mail and electronic service on all counsel of record this 20th day of March 2012.

*Michele C. Barnes*
Michele C. Barnes
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

Attorneys for Defendant
CRANE CO.