1

MICHELE C. BARNES (SBN: 187239)
michele.barnes@klgates.com

2

BRENDAN TUOHY (SBN 233253)
brendan.tuohy@klgates.com

3

**K&L GATES LLP**
Four Embarcadero Center, Suite 1200

4

San Francisco, CA  94111
Telephone:  415.882.8200

5

Facsimile:  415.882.8220

6

Attorneys for Defendant
CRANE CO.

7

8

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

9

UNITED STATES DISTRICT COURT

10

EASTERN DISTRICT OF PENNSYLVANIA

11

IN RE:  ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO VI),

12

13

MDL DOCKET NO. 875

This Document Relates To:

14

15

16

UNITED STATES DISTRICT COURT

17

NORTHERN DISTRICT OF CALIFORNIA

18

SAN FRANCISCO DIVISION

19

MARTIN DUNN, an individual; and
KAREN DUNN, an individual,

Civil Action No.: C12-00724

20

(Superior Court of the State of California
for the County of San Francisco, CA
NO. RG-11-606983)

Plaintiffs,

21

22

v.

**NOTICE OF TAG-ALONG ACTION**

23

AIR & LIQUID SYSTEMS
CORPORATION, a subsidiary of AMPCO-
PITTSBURGH CORPORATION,

24

individually and as successor by merger to
BUFFALO PUMPS, INC., individually and

25

as succor in interest to BUFFALO FORGE
COMPANY; et al.

26

Defendants.

27

28

**NOTICE OF TAG-ALONG ACTION**

1      PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict

2   Litigation entered an Order transferring all asbestos cases pending in federal court to the United

3   States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial

4   proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-

5   along actions," or actions involving common questions of fact filed after the January 27, 1991 filings

6   of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

7              Any party or counsel in actions previously transferred under Section 1407 or

8              under consideration by the Panel for transfer under Section 1407 shall

9              promptly notify the Clerk of the Panel of any potential "tag-along actions" in

10             which that party is also named or in which that counsel appears.

11      On November 23, 2011, the Panel on Multidistrict Litigation and the Hon. Eduardo C.

12   Robreno issued an order and recommendation terminating the new transfer of tag-along

13   actions to the MDL, with several exceptions, including cases venued in the Northern District

14   of California.

15      The undersigned hereby notifies the Court that this is a potential "tag-along action" that may

16   be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1)

17   enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to show cause

18   why the action should not be transferred, pursuant to MDL Rule 7.3(a).

19   Dated: March 20, 2012

20                                  Respectfully submitted,

21

22

23   By: _Michele C. Barnes_____
                 Michele C. Barnes
24               K&L GATES LLP
                 Four Embarcadero Center, Suite 1200
25               San Francisco, CA 94111

26               Attorneys for Defendant
                 CRANE CO.
27

28

1

**CERTIFICATE OF SERVICE**

2  I certify that a copy of the foregoing has been served via hand delivery to plaintiffs' counsel

3  and via U.S. mail and electronic service on all counsel of record this 20th day of March 2012.

4

5  Michele C. Barnes

6  K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

7

8  Attorneys for Defendant
CRANE CO.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF TAG-ALONG ACTION