MICHELE C. BARNES (SBN: 187239)
michele.barnes@klgates.com
BRENDAN J. TUOHY (SBN: 233253)
brendan.tuohy@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.882.8200
Facsimile: 415.882.8220

Attorneys for Defendant
CRANE CO.

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI), <br><br> This Document Relates To: | MDL DOCKET NO. 875 |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GORDON ROBARE and JOAN ROBARE, <br><br>  Plaintiffs, <br><br> v. <br><br> AC AND S, INC.; et al. <br><br> Defendants. | Civil Action No. 3:12-cv-001291-JSC (Superior Court of the State of California for the County of San Francisco, CA NO.: CGC-12-275972) <br><br> **NOTICE OF TAG-ALONG ACTION** |

PLEASE TAKE NOTICE THAT on July 21, 1991, the Judicial Panel on Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

On November 23, 2011, the Panel on Multidistrict Litigation and the Hon. Eduardo C. Robreno issued an order and recommendation terminating the new transfer of tag-along actions to the MDL, with several exceptions, including cases venued in the Northern District of California.

The undersigned hereby notifies the Court that this is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

Dated: March 20, 2012

Respectfully submitted,

*Michele C. Barnes*
Michele C. Barnes
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

Attorneys for Defendant
CRANE CO.

---

1
**NOTICE OF TAG-ALONG ACTION**

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I certify that a copy of the foregoing has been served via electronic service on all counsel of |
| 3 | record this 20th day of March, 2012. |

*Michele C. Barnes*
Michele C. Barnes
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

Attorneys for Defendant
CRANE CO.