UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOYER HAZELWOOD AND SUE HAZELWOOD,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY; ALLIED PACKING & SUPPLY, INC.; ARMSTRONG INTERNATIONAL, INC.; BORG-WARNER CORPORATION BY ITS SUCCESSOR-IN-INTEREST, BORG-WARNER MORSE TEC INC.; BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, F/K/A BRIDGESTONE FIRESTONE NORTH AMERICA TIRE, LLC, AS SUCCESSOR IN INTEREST TO FIRESTONE TIRE & RUBBER COMPANY; CBS CORPORATION, A DELAWARE CORPORATION, FKA VIACOM, INC. SUCCESSOR-BY-MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, FKA WESTINGHOUSE ELECTRIC CORPORATION; CALAVERAS ASBESTOS, LTD; CARLISLE CORPORATION; CRANE CO., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO CHAPMAN VALVE CO.; CROWN, CORK & SEAL, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MUNDET CORK; CUMMINS, INC., | (ASBESTOS)<br>USDC Northern District of California Case No. 3:12-cv-01313 MEJ<br><br>Alameda Superior Court Case No. RG 11 585967<br><br>DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION'S NOTICE OF POTENTIAL TAG ALONG ACTION<br><br>Trial Date:   March 12, 2012<br>Dept.: TBD<br>Judge: TBD |

F/K/A CUMMINS ENGINE COMPANY, INC.; DETROIT DEISEL CORPORATION; EATON CORPORATION; FREUDENBERT-NOK AS SUCCESSOR-IN-INTEREST TO DETROIT GASKETS; GENERAL ELECTRIC COMPANY; GENUINE PARTS COMPANY; GEORGIA-PACIFIC CORPORATION; GOULDS PUMPS, INCORPORATED; HONEYWELL INTERNATIONAL, INC. FKA ALLIED SIGNAL INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE BENDIX CORPORATION; IMO INDUSTRIES, INC. FKA DELAVAL TURBINE, INC. and DELAVAL STEAM TURBINE COMPANY; INDIAN HEAD INDUSTRIES, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO DETROIT GASKET & MANUFACTURING COMPANY; INGERSOLL-RAND COMPANY; KELSEY HAYES COMPANY; LEAR-SIEGLER DIVERSIFIED HOLDINGS CORPORATION; MCCORD CORPORATION F/K/A MCCORD GASKET CORPORATION; MERITOR, INC., F/K/A ARVINMERITOR, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO ROCKWELL INTERNATIONAL CORPORATION; MORTON INTERNATIONAL, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THIOKOL CORPORATION; MOTION CONTROL INDUSTRIES, INC.; PARKER-HANNIFIN CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO SACOMO SIERRA AND SACOMO MANUFACTURING COMPANY; PNEUMO-ABEX LLC, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ABEX CORPORATION; ROCKWELL AUTOMATION, INC.; SCAN-PAC MFG., INC.; SOCO-WEST, INC. FKA BRENNTAG WEST, INC. FKA SOCO-LYNCH CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WESTERN CHEMICAL & MANUFACTURING COMPANY; THE GOODYEAR TIRE & RUBBER COMPANY; THOMAS DEE ENGINEERING COMPANY, INC.;

B<small>RYDON</small>
H<small>UGO</small> & P<small>ARKER</small>
135 M<small>AIN</small> S<small>TREET</small>
20<small>TH</small> F<small>LOOR</small>
San Francisco, CA 94105

2
DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION'S NOTICE OF POTENTIAL TAG ALONG ACTION

| |
|---|
| THYSSENKRUPP BUDD COMPANY, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE BUDD COMPANY; TWIN DISC, INCORPORATED; UNION CARBIDE CORPORATION; VELLUMOID, INC.; YARWAY CORPORATION; and the FIRST DOE through THREE HUNDREDTH DOE, inclusive,<br><br>                                  Defendants. |

## DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION

**TO THE CLERK OF THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:**

1. On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is aslo named or in which that counsel appears.

2. The undersigned hereby notifies the court that the state court action that has now been removed to federal court (a copy of the original state court complaint is provided herewith as an attachment to this filing) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Defendant PNEUMO ABEX LLC successor in interest to Abex Corporation ("Pneumo Abex") is providing written notice of this Notice of Potential Tag-Along Action

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3
DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION'S NOTICE OF POTENTIAL TAG ALONG ACTION

to all adverse parties.  Pneumo Abex reserves the right to amend or supplement this Notice of Potential Tag-Along Action.

Dated: March 21, 2012

By:   /s/ Thomas J. Moses
      Edward R. Hugo
      Donna L. Maul
      Thomas J. Moses
      Attorneys for Defendant
      PNEUMO ABEX LLC
      successor in interest to Abex Corporation erroneously sued herein as PNEUMO-ABEX LLC, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO ABEX CORPORATION

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

4

DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION'S NOTICE OF POTENTIAL TAG ALONG ACTION