UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOYER HAZELWOOD AND SUE HAZELWOOD,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY; ALLIED PACKING & SUPPLY, INC.; ARMSTRONG INTERNATIONAL, INC.; BORG-WARNER CORPORATION BY ITS SUCCESSOR-IN-INTEREST, BORG-WARNER MORSE TEC INC.; BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, F/K/A BRIDGESTONE FIRESTONE NORTH AMERICA TIRE, LLC, AS SUCCESSOR IN INTEREST TO FIRESTONE TIRE & RUBBER COMPANY; CBS CORPORATION, A DELAWARE CORPORATION, FKA VIACOM, INC. SUCCESSOR-BY-MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, FKA WESTINGHOUSE ELECTRIC CORPORATION; CALAVERAS ASBESTOS, LTD; CARLISLE CORPORATION; CRANE CO., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO CHAPMAN VALVE CO.; CROWN, CORK & SEAL, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MUNDET CORK; CUMMINS, INC., | (ASBESTOS)<br>USDC Northern District of California<br>Case No. 3:12-cv-01313 MEJ<br><br>Alameda County Superior Court Case No. RG 11 585967<br><br>DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION'S SCHEDULE OF ACTIONS |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1
DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION'S SCHEDULE OF ACTIONS

F/K/A CUMMINS ENGINE COMPANY, INC.; DETROIT DEISEL CORPORATION; EATON CORPORATION; FREUDENBERT-NOK AS SUCCESSOR-IN-INTEREST TO DETROIT GASKETS; GENERAL ELECTRIC COMPANY; GENUINE PARTS COMPANY; GEORGIA-PACIFIC CORPORATION; GOULDS PUMPS, INCORPORATED; HONEYWELL INTERNATIONAL, INC. FKA ALLIED SIGNAL INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE BENDIX CORPORATION; IMO INDUSTRIES, INC. FKA DELAVAL TURBINE, INC. and DELAVAL STEAM TURBINE COMPANY; INDIAN HEAD INDUSTRIES, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO DETROIT GASKET & MANUFACTURING COMPANY; INGERSOLL-RAND COMPANY; KELSEY HAYES COMPANY; LEAR-SIEGLER DIVERSIFIED HOLDINGS CORPORATION; MCCORD CORPORATION F/K/A MCCORD GASKET CORPORATION; MERITOR, INC., F/K/A ARVINMERITOR, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO ROCKWELL INTERNATIONAL CORPORATION; MORTON INTERNATIONAL, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THIOKOL CORPORATION; MOTION CONTROL INDUSTRIES, INC.; PARKER-HANNIFIN CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO SACOMO SIERRA AND SACOMO MANUFACTURING COMPANY; PNEUMO-ABEX LLC, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ABEX CORPORATION; ROCKWELL AUTOMATION, INC.; SCAN-PAC MFG., INC.; SOCO-WEST, INC. FKA BRENNTAG WEST, INC. FKA SOCO-LYNCH CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WESTERN CHEMICAL & MANUFACTURING COMPANY; THE GOODYEAR TIRE & RUBBER COMPANY; THOMAS DEE ENGINEERING COMPANY, INC.;

| |
|---|
| THYSSENKRUPP BUDD COMPANY, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE BUDD COMPANY; TWIN DISC, INCORPORATED; UNION CARBIDE CORPORATION; VELLUMOID, INC.; YARWAY CORPORATION; and the FIRST DOE through THREE HUNDREDTH DOE, inclusive, <br><br>                           Defendants. |

## SCHEDULE OF ACTIONS

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. § 1442, Defendant PNEUMO ABEX LLC successor in interest to Abex Corporation ("Pneumo Abex") hereby provides notice that Pneumo Abex currently have no related actions currently pending before the Judicial Panel of Multidistrict Litigation:

Dated: March 21, 2012

By:   /s/ Thomas J. Moses
      Edward R. Hugo
      Donna L. Maul
      Thomas J. Moses
      Attorneys for Defendant
      PNEUMO ABEX LLC
      successor in interest to Abex Corporation
      erroneously sued herein as PNEUMO-
      ABEX LLC, INDIVIDUALLY AND AS
      SUCCESSOR IN INTEREST TO ABEX
      CORPORATION

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3

DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION'S SCHEDULE OF ACTIONS