UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOYER HAZELWOOD AND SUE HAZELWOOD,<br><br>                Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY; ALLIED PACKING & SUPPLY, INC.; ARMSTRONG INTERNATIONAL, INC.; BORG-WARNER CORPORATION BY ITS SUCCESSOR-IN-INTEREST, BORG-WARNER MORSE TEC INC.; BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, F/K/A BRIDGESTONE FIRESTONE NORTH AMERICA TIRE, LLC, AS SUCCESSOR IN INTEREST TO FIRESTONE TIRE & RUBBER COMPANY; CBS CORPORATION, A DELAWARE CORPORATION, FKA VIACOM, INC. SUCCESSOR-BY-MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, FKA WESTINGHOUSE ELECTRIC CORPORATION; CALAVARAS ASBESTOS, LTD; CARLISLE CORPORATION; CRANE CO., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO CHAPMAN VALVE CO.; CROWN, CORK & SEAL, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MUNDET CORK; CUMMINS, INC., | (ASBESTOS)<br>USDC Northern District of California Case No. 3:12-01313-MEJ<br><br>Alameda County Superior Court Case No. RG 11 585967<br><br>CERTIFICATE OF SERVICE<br><br>Trial Date:    March 12, 2012<br>Dept.: TBD<br>Judge: TBD |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1
CERTIFICATE OF SERVICE

| | |
|---|---|
| F/K/A CUMMINS ENGINE COMPANY, INC.; DETROIT DEISEL CORPORATION; EATON CORPORATION; FREUDENBERT-NOK AS SUCCESSOR-IN-INTEREST TO DETROIT GASKETS; GENERAL ELECTRIC COMPANY; GENUINE PARTS COMPANY; GEORGIA-PACIFIC CORPORATION; GOULDS PUMPS, INCORPORATED; HONEYWELL INTERNATIONAL, INC. FKA ALLIED SIGNAL INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE BENDIX CORPORATION; IMO INDUSTRIES, INC. FKA DELAVAL TURBINE, INC. and DELAVAL STEAM TURBINE COMPANY; INDIAN HEAD INDUSTRIES, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO DETROIT GASKET & MANUFACTURING COMPANY; INGERSOLL-RAND COMPANY; KELSEY HAYES COMPANY; LEAR-SIEGLER DIVERSIFIED HOLDINGS CORPORATION; MCCORD CORPORATION F/K/A MCCORD GASKET CORPORATION; MERITOR, INC., F/K/A ARVINMERITOR, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO ROCKWELL INTERNATIONAL CORPORATION; MORTON INTERNATIONAL, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THIOKOL CORPORATION; MOTION CONTROL INDUSTRIES, INC.; PARKER-HANNIFIN CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO SACOMO SIERRA AND SACOMO MANUFACTURING COMPANY; PNEUMO-ABEX LLC, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ABEX CORPORATION; ROCKWELL AUTOMATION, INC.; SCAN-PAC MFG., INC.; SOCO-WEST, INC. FKA BRENNTAG WEST, INC. FKA SOCO-LYNCH CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WESTERN CHEMICAL & MANUFACTURING COMPANY; THE GOODYEAR TIRE & RUBBER COMPANY; THOMAS DEE ENGINEERING COMPANY, INC.; | |

| |
|---|
| THYSSENKRUPP BUDD COMPANY, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE BUDD COMPANY; TWIN DISC, INCORPORATED; UNION CARBIDE CORPORATION; VELLUMOID, INC.; YARWAY CORPORATION; and the FIRST DOE through THREE HUNDREDTH DOE, inclusive,<br><br>                             Defendants. |

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On November 30, 2011, I served the following:

DEFENDANT PNEUMO ABEX LLC successor in interest to Abex Corporation's NOTICE OF POTENTIAL TAG-ALONG ACTION;

SCHEDULE OF ACTIONS;

U.S. DISTRICT COURT CALIFORNIA NORTHERN DISTRICT CIVIL DOCKET FOR CASE NO. 3:12-01313 MEJ an PLAINTIFFS MOYER HAZELWOOD and SUE HAZELWOOD'S SUMMONS AND COMPLAINT
X
   X   By transmitting via facsimile the document(s) listed above to the fax number(s) set forth for Plaintiffs' counsel below on this date before 5:00 p.m.

**Attorneys for Plaintiffs Moyer Hazelwood and Sue Hazelwood**
William A. Levin, Esq.
LEVIN SIMES LLP
353 Sacramento Street, 20th Floor
San Francisco, CA 94111
Tel. (415) 426-3000
Fax: (415) 426-3001


Jeffrey A. Kaiser, Esq.
KAISER GORNICK LLP
100 First Street, 25th Floor
San Francisco, CA 94105
Tel.: (415) 857-7400
Fax: (415) 857-7499


   X   By placing the document(s) listed above in a sealed envelope and placing the envelope for collection and mailing on the date below following the firm's ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3
CERTIFICATE OF SERVICE

would be deposited with U.S. Postal service on the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**Attorneys for Defendant Honeywell International, Inc.**
David Ongaro, Esq.
Susan Q. Haines, Esq.
Ongaro Burtt & Louderback LLP
650 California Street, 5th Floor
San Francisco, CA 94108
T: 415.433.3900
F: 415.433.3950

**Attorneys for Defendant Carlisle Corporation**
Robert Rich, Esq.
Don Willenburg, Esq.
275 Battery Street
Suite 2000
San Francisco, CA 94111
T: 415.986.5900
F: 415.986.8054

I declare under penalty of perjury that the above is true and correct. Executed on March 21, 2012, at San Francisco, California.

_____
Wanda D. Claudio

Edward R. Hugo [Bar No. 124839]
Donna L. Maul [Bar No. 191119]
Robert C. Crane [Bar No. 197667]
Michelle M. Clowser [Bar No. 195962]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

4
CERTIFICATE OF SERVICE