BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. 875 – In Re Brian Cummiskey Litigation

PROOF OF SERVICE

I hereby certify that on March 21, 2012, a copy of foregoing Notice of Tag-Along Action was filed electronically and served by email to the following:

Melissa M. Riley, Esq.
Embry & Neusner
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340
860-449-0341
Fax: 860-449-9070
*mriley@embryneusner.com*

Dan E. LaBelle, Esq.
Halloran & Sage
315 Post Road, West
Westport, CT 06880
203-227-2855
*labelle@halloran-sage.com*

Bryna R. Misiura, Esq.
Michael D. Simons, Esq.
Governo Law Firm LLC
Two International Place
Boston, MA 02110
617-737-9045
Fax: 617-737-9046
*bmisiura@governo.com*
*msimons@governo.com*

Erik C. DiMarco, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
150 East 42nd Street
New York, NY 10017-5639
212-490-3000
Fax: 212-490-3038
*erik.dimarco@wilsonelser.com*

U.S. District Court
District of Connecticut
Hartford Office of the Clerk
450 Main Street, Ste 240
Hartford, CT 06103
860-240-3224

/s/Thomas F. Maxwell, Jr.
Thomas F. Maxwell, Jr.
Federal Bar No. CT00132
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone: 203 330 2000
Facsimile: 203 576 8888
*tmaxwell@pullcom.com*