\*\* AMENDED \*\*

## CERTIFICATE OF SERVICE

I am employed in the County of King, State of Washington. I am over the age of 18 and not a party to the within action. My business address is 614 First Avenue, 4th Floor, Seattle, WA 98104.

On March 21, 2012, the following document was filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT CARRIER'S MOTION TO MODIFY THE PANEL'S CONDITIONAL REMAND ORDER**

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Pennsylvania who have consented to electronic service shall constitute service of the filed document to all such parties. Parties who have not consented to electronic service are entitled to receive a paper copy of any electronically filed pleading or other document. Any such parties will be served by regular mail.

Executed on March 21, 2012, at Seattle, Washington.

I declare under penalty of perjury that the foregoing is true and correct.

| Wil John Cabatic | /S/ Wil John Cabatic |
|---|---|
| (Print Name) | (Signature) |

PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT CARRIER'S
MOTION TO MODIFY THE PANEL'S CONDITIONAL REMAND ORDER - 1
s:\clients\b\brown, james\brownj_pleadings_usdc\brownj_pld_p's response to carrier's motion to modify remand order_amended proof of service.doc

BERGMAN DRAPER & FROCKT, PLLC
614 FIRST AVENUE, FOURTH FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

# SERVICE LIST

## Brown v. Kaiser Gypsum, Etal

**Carrier Corp.**
John K Son
**TUCKER ELLIS & WEST**
515 South Flower Street, 42nd Floor
Los Angeles, CA 90071
Phone  (213) 430-3400
Fax    (213) 430-3409
Email  john.son@tuckerellis.com

**Metropolitan Life Insurance Company**
Richard G Gawlowski    WSBA #19713
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
Phone  (206) 623-4100
Fax    (206) 623-9273
Email  gawlowski@wscd.com;
       reyes@wscd.com

**Served on March 22, 2012 via U.S. Mail:**

**York International Corporation**
Brandon R Carroll, WSBA #39510
BETTS, PATTERSON & MINES, P.S.
701 Pike Street, Suite 1400
Seattle, WA 98101
Phone  (206) 292-9988
Fax    (206) 343-7053
Email  bcarroll@bpmlaw.com

PL.'S RESP. IN OPP. TO DEF.'S MOT. TO MODIFY CRO- 2
s:\clients\b\brown, james\brownj_pleadings_usdc\brownj_pld_p's response to carrier's motion to modify remand order_amended proof of service.doc

BERGMAN DRAPER LADENBURG, PLLC
614 FIRST AVENUE, FOURTH FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549