BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. 875 – In Re Larry Briggs and Marsha Briggs Litigation

SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
| --- | --- | --- | --- |
| *Larry Briggs and Marsha Briggs v. CBS Corporation, a Delaware Corporation f/k/a Viacom Inc., Successor by Merger to CBS Corporation, a Pennsylvania Corporation f/k/a Westinghouse Electric Corporation and as successor in interest to B. F. Sturtevant.* | United States District Court for the District of Connecticut | 3:12-cv-00416 (RNC) | Robert N. Chatigny |