## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

### MDL No. 875 – In Re Larry Briggs and Marsha Briggs Litigation

### PROOF OF SERVICE

I hereby certify that on March 23, 2012, a copy of foregoing Notice of Tag-Along

Action was filed electronically and served by email to the following:

Christopher Meisenkothen, Esq.
Early, Lucarelli, Sweeney, &
Meisenkothen, LLC
One Century Tower
265 Church Street
P.O. Box 1866
New Haven, CT 06508-1866

           _/s/Thomas F. Maxwell, Jr._____
           Thomas F. Maxwell, Jr.
           Federal Bar No. CT00132
           Pullman & Comley, LLC
           850 Main Street, P.O. Box 7006
           Bridgeport, CT  06601-7006
           Telephone:  203 330 2000
           Facsimile: 203 576 8888
           *tmaxwell@pullcom.com*