BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. 875 – In Re Ronald Reed Litigation

SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| *Ronald Reed v. General Electric Company, CBS Corporation, a Delaware Corporation f/k/a Viacom Inc., Successor by Merger to CBS Corporation, a Pennsylvania Corporation f/k/a Westinghouse Electric Corporation; Air & Liquid Systems Corp., as s/b/m to Buffalo Pumps.* | United States District Court for the District of Connecticut | 3:12-cv-00171 (VLB) | Vanessa L. Bryant |