BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. 875 – In Re Vincent Radzwilowicz Litigation

PROOF OF SERVICE

I hereby certify that on March 26, 2012, a copy of foregoing Notice of Tag-Along Action was filed electronically and served by email to the following:

Melissa M. Riley, Esq.
Amity L. Arscott, Esq.
Embry & Neusner
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340
860-449-0341
Fax: 860-449-9070
mriley@embryneusner.com
alarscott@embryneusner.com

Dan E. LaBelle, Esq.
Halloran & Sage
315 Post Road, West
Westport, CT 06880
203-227-2855
labelle@halloran-sage.com

Byrna R. Misiura, Esq.
Michael D. Simons, Esq.
William J. Gallitto, 3rd, Esq.
Governo Law Firm LLC
Two International Place
Boston, MA 02110
617-737-9045
Fax: 617-737-9046
bmisiura@governo.com
msimons@governo.com

U.S. District Court
District of Connecticut
Hartford Office of the Clerk
450 Main Street, Ste 240
Hartford, CT 06103
860-240-3224

/s/Thomas F. Maxwell, Jr.
Thomas F. Maxwell, Jr.
Federal Bar No. CT00132
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone: 203 330 2000
Facsimile: 203 576 8888
tmaxwell@pullcom.com