STEVEN M. HAROWITZ  (BAR NO. 71117)
harowitz@htlawoffices.com
KATHERINE Y. WANG (BAR NO. 215663)
wang@htlawoffices.com
**HAROWITZ & TIGERMAN, LLP**
450 Sansome Street, 3rd Floor
San Francisco, California  94111
Tel: (415) 788-1588; Fax: (415) 788-1598

Attorneys for Plaintiffs

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL No. 875 – In Re: Asbestos Products Liability Litigation (No. VI)

*Gordon Robare and Joan Robare v. AC and S, Inc., et al.*, N.D. California, C.A. No. 3:12-CV-01291-JSC

### NOTICE OF REMAND FOR THE *ROBARE* CASE TRANSFERRED TO MDL NO. 875 PURSUANT TO CTO-497

I represent Plaintiffs Gordon Robare and Joan Robare in the above captioned action which was included on the conditional transfer order (CTO-497). The *Robare* case was remanded to San Francisco Superior Court by order of Magistrate Judge Jacqueline Scott Corley on March 27, 2012. Attached hereto as Exhibit A is a true and correct of Judge Corley's remand order.

As a result of being remanded to state court, Plaintiffs Gordon Robare and Joan Robare understands that the conditional transfer of this case to MDL No. 875 is moot.

Sincerely,

Katherine Y. Wang, Esq.
Harowitz & Tigerman LLP
450 Sansome St., 3rd Floor
San Francisco, CA 94111
Phone: (415) 788-1588
Fax: (415) 788-1598
Email: wang@htlawoffices.com
Counsel for Plaintiffs

EXHIBIT "A"

| | |
|---|---|
| MICHELE C. BARNES (SBN: 187239)<br>michele.barnes@klgates.com<br>BRENDAN J. TUOHY (SBN: 233253)<br>brendan.tuohy@klgates.com<br>**K&L GATES LLP**<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Telephone: 415.882.8200<br>Facsimile: 415.882.8220<br><br>Attorneys for Defendant<br>CRANE CO. | STEVEN M. HAROWITZ (SBN: 71117)<br>harowitz@htlawoffices.com<br>**HAROWITZ & TIGERMAN LLP**<br>450 Sansome Street, 3rd Floor<br>San Francisco, CA 94111<br>Telephone: 415.788.1588<br><br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON ROBARE and<br>JOAN ROBARE,<br><br>              Plaintiffs,<br><br>    v.<br><br>AC AND S, INC. et al.<br><br>              Defendants. | Civil Action No.: 3:12-cv-01291-JSC<br><br>(Superior Court of the State of California for the County of San Francisco, CA<br>NO. CGC-12-275972)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(a); WITHDRAWAL OF NOTICE OF REMOVAL** |

WHEREAS Plaintiffs GORDON ROBARE and JOAN ROBARE want this case to be remanded to San Francisco Superior Court and defendant CRANE CO. wants to be dismissed from this case,

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs GORDON ROBARE and JOAN ROBARE, and counsel for Defendant CRANE CO., that pursuant to Federal Rules of Civil Procedure 41(a)(2), the Complaint of Plaintiffs GORDON ROBARE and JOAN ROBARE, Case No. 3:12-cv-01291-JSC, in the above-captioned action may be and is hereby dismissed with prejudice as to Defendant CRANE CO., only. The parties shall each bear their own costs.

IT IS HEREBY FURTHER STIPULATED AND AGREED by and between counsel for Plaintiffs GORDON ROBARE and JOAN ROBARE, and counsel for Defendant CRANE CO., that Crane Co. hereby withdraws its Notice of Removal in the instant action as it is moot in light of the forgoing stipulated dismissal. As such, Crane Co. stipulates to and agrees with Plaintiffs' request that the case be remanded

IT IS SO STIPULATED.

HAROWITZ & TIGERMAN LLP

Dated: March 23, 2012        By: _____
                                 STEVEN M. HAROWITZ (SBN: 71117)
                                 Attorneys for Plaintiffs

K&L GATES LLP

Dated: March 23, 2012        By: _____
                                 MICHELE C. BARNES (SBN: 187239)
                                 Attorneys for Defendant
                                 CRANE CO.

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS' COMPLAINT AS TO DEFENDANT CRANE CO. IS DISMISSED WITH PREJUDICE. EACH PARTY IS TO BEAR ITS OWN COSTS.

IT IS FURTHER ORDERED THAT CRANE CO.'S NOTICE OF REMOVAL IN THIS ACTION IS WITHDRAWN, AND THAT THIS CASE BE REMANDED TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO.

Dated: March 27, 2012        _____
                             Magistrate Judge Jacqueline Scott Corley