UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | | |
|---|---|---|
| Robare et al v. AC and S, Inc., et al, | ) | |
|     N.D. California, C.A. No. 3:12-01291 | ) | MDL No. 875 |

ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Robare*) on March 21, 2012. The Panel has now been advised that *Robare* was remanded to state court by the Honorable Jacqueline Scott Corley in an order filed on March 27, 2012.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-497" filed on March 21, 2012, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel