# WILENTZ
## WILENTZ, GOLDMAN & SPITZER P.A.

**ATTORNEYS AT LAW**

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000
Fax 732.855.6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
732.542.4500
Fax 732.493.8387

110 William Street
26th Floor
New York, NY 10038-3927
212.267.3091
Fax 212.267.3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
215.940.4000
Fax 215.636.3999

www.wilentz.com

**Kush Shukla, Esq.**
Please reply to New York
Tel: (212) 267-3091

DAVID T. WILENTZ (1919-1988)
G. GEORGE GOLDMAN (1922-1959)
HENRY M. SPITZER (1928-1988)
WARREN W. WILENTZ (1949-2010)

MORRIS BROWN
FREDERIC K. BECKER[2]
NICHOLAS L. SANTOWASSO (1960-2010)
RICHARD F. LERT[2]
JOHN A. HOFFMAN
STEPHEN E. BARCAN
BARRY M. EPSTEIN[2,10]
VINCENT P. MALTESE
DAVID M. WILDSTEIN
GORDON J. GOLUM
MARVIN J. BRAUTH[2]
STUART A. HOBERMAN[2,3]
STEPHEN A. SPITZER
ANNE S. BABINEAU[2]
CHRISTINE D. PETRUZZELL
BRIAN J. MOLLOY
RANDALL J. RICHARDS
JOSEPH J. JANKOWSKI
DAVID S. GORDON
FREDERICK J. DENNEHY
ROY H. TANZMAN[2]
STEVEN J. TRIPP
JAY J. ZIZNEWSKI
ALAN WASSERMAN◁*
JAMES E. TRABILSY
MAUREEN S. BINETTI◁
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT◁
MICHAEL F. SCHAFF[27]
ANGELO JOHN CIFALDI
KEVIN M. BERRY[2]
JOHN T. KELLY[2]
C. KENNETH SHANK[2]
EDWIN LEAVITT-GRUBERGER[2]
BRUCE M. KLEINMAN[2,5]
BARRY A. COOKE[3]
JON G. KUPILIK
PETER R. HERMAN[2]
EDWARD T. KOLE

HESSER G. McBRIDE, JR.
ERIC JOHN MARCY
ROBERT C. KAUTZ[2,6]
VIOLA S. LORDI[2]
LYNNE M. KIZIS
KEVIN P. RODDY[2,8,9]
DANIEL S. BERNHEIM 3d[1,3]
DAVID H. STEIN
DOUGLAS WATSON LUBIC[2]
DOMINICK J. BRATTI
LISA A. GORAB[2]
LAWRENCE F. JACOBS[2]
BETH HINSDALE-PILLER
FRED HOPKE[†]
DONALD E. TAYLOR[3]
BRETT R. HARRIS[2,5]
JEFFREY W. CAPPOLA
ALFRED M. ANTHONY[2]
DARREN M. GELBER[20]
WILLIAM J. LINTON
DONNA M. JENNINGS
GIOVANNI ANZALONE
PETER A. GREENBAUM[2]
WILLARD C. SHIH[2]
BLAIR R. ZWILLMAN[2,□]
LAWRENCE C. WEINER[2]
LAURIE E. MEYERS[24]
JOHN M. CANTALUPO[2]
BARBARA G. QUACKENBOS[2]
DAVID P. PEPE
JOHN E. HOGAN[2]

**OF COUNSEL**
ROBERT A. PETITO
HAROLD G. SMITH
ALAN B. HANDLER[5]
MYRON ROSNER[2]
R. BENJAMIN COHEN
FRANCIS V. BONELLO

**COUNSEL**
RUTH D. MARCUS[1,2]
RICHARD J. BYRNES
JAMES E. TONREY, JR.[2]
DEIRDRE WOULFE PACHECO[2]

ROBERTO BENITES
JONATHAN J. BART[1,2,3]
YVONNE MARCUSE
ABBY RESNICK-PARIGIAN[2,3]
BRIAN KALVER[2]
ELLEN TORREGROSSA-O'CONNOR
AMANDA F. SHECHTER[2]
BARBARA J. KOONZ[2]
TODD E. LEHDER[2,7]
PHILIP A. TORTORETI[11,12]

**ASSOCIATES**
LINDA LASHBROOK
LORETTA KIRSCH PRIVES[2]
ELIZABETH C. DELL[2]
LETITIA ACCARRINO[1,2,5]
KELLY A. ERHARDT-WOJIE[3]
FRANCINE E. TAJFEL[2]
ALBERTINA WEBB[2]
JOHN P. MURDOCH II
MARY H. SMITH
EDWARD J. ALBOWICZ[2]
ANNA I. MONFORTH
STEPHANIE D. GIRONDA
EVERETT M. JOHNSON[2]
ALEX LYUBARSKY[2]
KEVEN H. FRIEDMAN[2,9]
GREGORY D. SHAFFER[2]◁
JESSICA S. PYATT
LOUIS J. SEMINSKI, JR.
DANIEL R. LAPINSKI[2]
MICHAEL F. FRIED[2]
MICHELE C. LEFKOWITZ[2]
DASHIKA R. WELLINGTON[3]
ROBERT L. SELVERS[2]
PAMELA R. GOLD-ZAFRA[2]
ALYSON M. LEONE[2]
VINCENT CHENG[2]
MICHAEL J. WEISSLITZ
JAMIE M. BENNETT[2]
MARCELLO DE PERALTA[1,2]
KEITH L. HOVEY[2]
JOSEPH J. RUSSELL, JR.[2]

EMILY D. VAIL[24]
CHERYL E. CONNORS
CHAD B. SIMON[2]
ANTHONY WILKINSON[2]
JAY B. FELDMAN[2]
JAMES TRACY
LOUIS A. GREENFIELD[2]
JULIA N. LOPEZ[2]
AMY HERBOLD
DARRON E. BERQUIST[1,2]
DOUGLAS M. SILVESTRO
DANIEL J. KLUSKA
KARIN K. SAGE
JOSEPH D. CASTELLUCCI, JR.
REBECKA J. WHITMARSH[2]
MICHAEL L. GALVIN
SATISH V. POONDI
ERICA A. RODRIGUEZ
CARRIE S. FORD
KUSH SHUKLA[2,10]
RACHEL M. COLANCECCO[3]
VICTORIA HWANG-MURPHY[2]
GLENN P. PRIVES[2]
ANNEMARIE T. GREENAN[3]

◁ Certified Civil Trial Attorney
□ Certified Criminal Trial Attorney
† Certified Workers Comp. Attorney
* National Certified Civil Trial Specialist
   Approved by the ABA
1 Not admitted NJ
2 Admitted NY
3 Admitted PA
4 Admitted CT
5 Admitted DC
6 Admitted MA
7 Admitted MD
8 Admitted VA
9 Admitted CA
10 Admitted FL
11 Admitted PR
12 Admitted VI

March 28, 2012

Jeffery N. Lüthi
Clerk of the Panel
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20544-0005

      Re: Fordham et. al. v. Asbeka Industries of New York, Inc., et. al.,
         S.D., New York, No. 12-01145
         MDL 875 | CTO—492

Dear Mr. Lüthi:

  This firm represent plaintiffs Milton Fordham and Edna Fordham ("Plaintiffs") in the above-referenced matter and we write to request a continuance or extension of time for the filing of our Motion to Vacate Conditional Transfer Order 492 ("CTO—492") and brief in support thereof. These papers are presently due on March 30, 2012. We request that this deadline and any decision on the transfer of the above-captioned matter to the Eastern District of Pennsylvania be continued or extended in light of the fact that Plaintiffs' Emergency Motion to Remand this matter to state court is pending before Judge Paul A. Engelmayer in the United States District Court for the Southern District of New York. Assuming the motion to remand is granted, any issue as to whether this case should be transferred will be rendered moot.

  Please note that as plaintiff, Milton Fordham, is terminally ill, Plaintiffs respectfully requested Judge Engelmayer's immediate attention to their motion to remand as it is imperative that this matter be remanded back to state court, so that Plaintiffs can make a timely application to the state court *in extremis* docket.[1] If remanded back to state court, this case would almost certainly be assigned to this docket, and would receive a trial date in a matter of months. In order to be accepted into this trial cluster, Mr. Fordham "must be alive and

---

[1] Pursuant to the May 26, 2011 Amended Case Management Order ("CMO") in In Re New York City Asbestos Litigation ("NYCAL") and CPLR 3407, both of which provide trial preference for terminally ill plaintiffs, Plaintiffs intended to make an application for inclusion in a consolidated cluster of asbestos cases, all of which involve in extremis plaintiffs, to be tried in October 2012. Acceptance into this cluster of cases would provide for an accelerated discovery schedule and expedited trial date for Plaintiffs.
#6328199.1(135336.002)

WILENTZ, GOLDMAN & SPITZER P.A.

March 28, 2012
Page 2

have a pending lawsuit at the time of the application," and the application must be made "no later than ten (10) days before the designation date," which is the "first Thursday of the preceding . . . May (for October cluster)."

As the Panel knows, the United States District Court for the Southern District of New York still retains jurisdiction over this matter.[2] If Judge Engelmayer grants Plaintiffs' Emergency Motion to Remand to state court, there will be no need to engage in motion practice before MDL-875. Because any motion practice with the MDL will be rendered moot by an order remanding this case to state court, the continuance or extension requested by Plaintiff would serve the interests of judicial economy and preserve the resources of the parties. Accordingly, in an effort to conserve judicial resources, Plaintiffs respectfully request that the deadline to file their Motion to Vacate CTO—492 and any decision on the transfer of the above-captioned matter to the Eastern District of Pennsylvania be continued to a date after Plaintiffs' motion to remand is decided or that this Panel grant Plaintiffs an extension of thirty days (30) days to file their Motion to Vacate CTO—492 as this will afford Judge Engelmayer time to decide this matter.

Thank you for your attention to this matter. Please do not hesitate to contact me should you have any questions or concerns.

Respectfully submitted,

Kush Shukla

Cc: All Counsel

---

[2] Pursuant to Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the United States District Court for the Southern District of New York still retains jurisdiction over this matter. In relevant part, Rule 2.1(d) states that "[t]he pendency of a motion, order to show cause, conditional transfer order or conditional remand order before the Panel pursuant to 28 U.S.C. § 1407 does not affect or suspend orders and *pretrial proceedings in any pending federal district court action and does not limit the pretrial jurisdiction of that court*" (emphasis added).
#6328199.1(135336.002)