# CERTIFICATE OF SERVICE

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL NO. 875 – IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**Fordham et. al. v. Asbeka Industries of New York, Inc., et. al.,** S.D., New York, No. 12-01145

On March 28, 2012, I electronically filed the attached letter addressed to the Clerk of the Panel, which will send notice of electronic filing to all registered parties.  Additionally, I served a copy of said letter upon all counsel on the attached list via mail.

Dated: New York, New York.
March 28, 2012

By: /s/ Kush Shukla
Kush Shukla, Esq. [KS-1227]
Wilentz Goldman & Spitzer P.A.
110 William Street 26th floor,
New York, New York 10038-3927
Tel: 646-746-8916
Fax: 732-726-6604
e-mail: kshukla@wilentz.com
*Attorneys for Plaintiff* s

#6331812.1(135336.002)

**Fordham et. al. v. Asbeka Industries of New York, Inc., et. al.,**
S.D., New York, No. 12-01145

1. Anthony J. Caruso, Esq.
   Caruso Smith Edell Picini, PC
   60 Route 46 East
   Fairfield, NJ 07004
   973-667-6000
   Fax: 973-667-1200
   Attorneys for defendant
   ASBEKA INDUSTRIES OF NEW YORK, INC.

2. William Bradley, Esq.
   Malaby & Bradley, LLC
   150 Broadway, Suite 600
   New York, NY 10038
   (212) 791-0285
   Fax: (212) 791-0286
   Attorneys for defendant
   CBS CORPORATION

3. Stephen Novakidis, Esq.
   Sedgwick, LLP
   Three Gateway Center - 12th Floor
   Newark, NJ 07102
   973-242-0002
   Fax: 973-242-8099
   Attorneys for defendant
   CBS CORPORATION

4. Judith A. Yavitz, Esq.
   Darger Errante Yavitz & Blau, LLP
   116 East 27th Street - 12th Floor
   New York, NY 10016
   212-452-5378
   Fax: 212-452-5301
   Attorneys for defendant
   CERTAINTEED CORPORATION

5. Kevin J. O'Toole, Esq.
   O'Toole, Fernandez, Weiner & Van Lieu, LLC
   60 Pompton Avenue
   Verona, NJ 07044
   973-239-5700
   Fax: 973-239-3400
   Attorneys for defendant

      CLARK-RELIANCE CORPORATION

6.    Suzanne M. Halbardier, Esq.
      Barry McTiernan & Moore LLC
      2 Rector Street - 14th Floor
      New York, NY 10006
      212-313-3600
      Fax: 212-608-8901
      Attorneys for defendant
      CLEAVER-BROOKS COMPANY

7.    Richard Leff, Esq.
      McGivney & Kluger, P.C.
      80 Broad Street - 23rd Floor
      New York, NY 10004
      212-509-3456212-509-4420
      Attorneys for defendant
      COURTER & COMPANY, INCORPORATED

8.    Kirsten Alford Kneis, Esq.
      K&L Gates, LLP
      599 Lexington Avenue
      New York, NY 10022
      212-536-3900
      Fax: 212-536-3901
      Attorneys for defendant
      CRANE CO.

9.    Kirsten Alford Kneis, Esq.
      K&L Gates, LLP
      599 Lexington Avenue
      New York, NY 10022
      212-536-3900
      Fax: 212-536-3901
      Attorneys for defendant
      CRANE ENVIRONMENTAL, INC.

10.   Kirsten Alford Kneis, Esq.
      K&L Gates, LLP
      599 Lexington Avenue
      New York, NY 10022
      212-536-3900
      Fax: 212-536-3901
      Attorneys for defendant
      CRANE PUMPS & SYSTEMS, INC.

11. Cynthia B. Rubin, Esq.
    Flemming Zulack Williamson Zauderer LLP
    One Liberty Plaza, 35th Floor
    New York, NY 10006-1404
    (212) 412-9500
    Fax: (212) 964-9200
    Attorneys for defendant
    CROWN, CORK & SEAL COMPANY, INC.

12. Christian H. Gannon, Esq.
    Segal McCambridge Singer & Mahoney, Ltd.
    850 Third Avenue - Suite 1100
    New York, NY 10022
    212-651-7409
    Fax: 212-651-7499
    Attorneys for defendant
    CURTISS-WRIGHT CORPORATION

13. Judith A. Yavitz, Esq.
    Darger Errante Yavitz & Blau, LLP
    116 East 27th Street - 12th Floor
    New York, NY 10016
    212-452-5378
    Fax: 212-452-5301
    Attorneys for defendant
    DANA COMPANIES, LLC

14. John Fanning, Esq.
    Cullen and Dykman, LLP
    177 Montague Street - 4th Floor
    Brooklyn, NY 11201
    718-780-0085
    Fax: 718-855-4282
    Attorneys for defendant
    DAV CORPORATION

15. Nancy McDonald, Esq.
    McElroy, Deutsch, Mulvaney & Carpenter LLP
    1300 Mount Kemble Avenue
    P.O. Box 2075
    Morristown, NJ 07962
    973-993-8100
    Fax: 973-425-0161
    Attorneys for defendant
    EDWARD VOGT VALVE COMPANY

#6331812.1(135336.002)

16. John J. Kot, Esq.
    Waters, McPherson, McNeill, P.C.
    300 Lighting Way
    P.O. Box 1560
    Secaucus, NJ 07096-1560
    201-330-7454
    Fax: 201-863-2866
    Attorneys for defendant
    ELLIOTT COMPANY

17. Diane H. Miller, Esq.
    Marin Goodman, LLP
    500 Mamaroneck Avenue - Suite 501
    Harrison, NY 10528
    212-661-1151
    Attorneys for defendant
    FAIRBANKS COMPANY, THE

18. Laura B. Hollman, Esq.
    McGivney & Kluger, P.C.
    80 Broad Street - 23rd Floor
    New York, NY 10004
    212-509-3456
    Fax: 212-509-4420
    Attorneys for defendant
    FAIRBANKS COMPANY, THE

19. Michael A. Tanenbaum, Esq.
    Sedgwick LLP
    Three Gateway Center - 12th Floor
    Newark, NJ 07102
    973-242-0002
    Fax: 973-242-8099
    Attorneys for defendant
    FOSTER WHEELER CORPORATION

20. Michael A. Tanenbaum, Esq.
    Sedgwick LLP
    Three Gateway Center - 12th Floor
    Newark, NJ 07102
    973-242-0002
    Fax: 973-242-8099
    Attorneys for defendant
    GENERAL ELECTRIC COMPANY

21. Kristine M. Meeks, Project Assistant
    Georgia-Pacific Corporation, LLC
    133 Peachtree Street NE, 39th Floor
    Atlanta, GA 30303
    404-652-4526
    Fax: 404-487-4151
    Attorneys for defendant
    GEORGIA-PACIFIC LLC

22. Scott R. Emery, Esq.
    Lynch Daskal Emery LLP
    264 West 40th Street, 18th Floor
    New York, NY 10018
    212-302-2400
    Fax: 212-302-2210
    Attorneys for defendant
    GEORGIA-PACIFIC LLC

23. John Fanning, Esq.
    Cullen and Dykman, LLP
    177 Montague Street - 4th Floor
    Brooklyn, NY 11201
    718-780-0085
    Fax: 718-855-4282
    Attorneys for defendant
    GOULDS PUMPS, INCORPORATED

24. No Attorneys for defendant
    GRINNELL LLC

25. Joseph G. Colao, Esq.
    Leader & Berkon, LLP
    630 Third Avenue, 17th Floor
    New York, NY 10017
    212-486-2400
    Fax: 212-486-3099
    Attorneys for defendant
    IMO INDUSTRIES INC.

26. Kathleen Marron Trabold, Esq.
    McGuire Woods, LLP
    1345 Avenue of Americas - 7th Floor
    New York, NY 10105-0106
    212-548-7025
    Fax: 212-715-6273
    Attorneys for defendant

      ITT CORPORATION

27. Kerryann Cook, Esq.
    McGivney & Kluger, P.C.
    80 Broad Street - 23rd Floor
    New York, NY 10004
    212-509-3456212-509-4420
    Attorneys for defendant
    JOHN W. WALLACE & CO.

28. Kerryann Cook, Esq.
    McGivney & Kluger, P.C.
    80 Broad Street - 23rd Floor
    New York, NY 10004
    212-509-3456
    Fax: 212-509-4420
    Attorneys for defendant
    KENTILE FLOORS, INC.

29. Paul A. Scrudato, Esq.
    Schiff Hardin LLP
    666 Fifth Avenue - 17th Floor
    New York, NY 10103
    (212) 753-5000
    Fax: (212) 753-5044
    Attorneys for defendant
    KUNKLE INDUSTRIES, INC.

30. John Fanning, Esq.
    Cullen and Dykman, LLP
    177 Montague Street - 4th Floor
    Brooklyn, NY 11201
    718-780-0085
    Fax: 718-855-4282
    Attorneys for defendant
    MARIO & DIBONO PLASTERING CO., INC.

31. Michael E. Waller, Esq.
    K&L Gates, LLP
    One Newark Center - 10th Floor
    Newark, NJ 07102-5285
    973-848-4000
    Fax: 973-848-4001
    Attorneys for defendant
    MCWANE INC.

32. Dawn Dezii, Esq.
    Margolis Edelstein
    100 Century Parkway - Suite 200
    Mount Laurel, NJ 08054
    856-727-6005
    Fax: 856-727-6010
    Attorneys for defendant
    MELRATH SUPPLY & GASKET CO., INC.

33. Robert Darish, Esq.
    McGivney & Kluger, P.C.
    80 Broad Street - 23rd Floor
    New York, NY 10004-2209
    212-509-3456
    Attorneys for defendant
    NEW YORK PROTECTIVE COVERING INDUSTRIES, INC.

34. Lisa M. Pascarella, Esq.
    Braaten & Pascarella, LLC.
    2430 Route 34, Suite A-18
    PO Box 648
    Manasquan, NJ 08736
    732-528-8888
    Fax: 732-528-4445
    Attorneys for defendant
    NIBCO, INC.

35. Andrew Sapon, Esq.
    Litchfield Cavo LLP
    420 Lexington Avenue - Suite 2104
    New York, NY 10170
    212-792-9761
    Fax: 212-434-0105
    Attorneys for defendant
    O'CONNOR CONSTRUCTORS, INC.

36. Paul A. Scrudato, Esq.
    Schiff Hardin LLP
    666 Fifth Avenue - 17th Floor
    New York, NY 10103
    (212) 753-5000
    Fax: (212) 753-5044
    Attorneys for defendant
    OWENS-ILLINOIS, INC.

37. Dennis M. Resnick, Esq.
    Edwards Angell Palmer & Dodge, LLP
    750 Lexington Avenue
    New York, NY 10022
    212-308-4411212-308-4844
    Attorneys for defendant
    PFIZER, INC.

38. Scott C. Allan, Esq.
    Renzulli Law Firm, LLC
    81 Main Street - Suite 508
    White Plains, NY 10601
    914-285-0700
    Fax: 914-284-1213
    Attorneys for defendant
    PFIZER, INC.

39. Scott C. Allan, Esq.
    Renzulli Law Firm, LLC
    81 Main Street - Suite 508
    White Plains, NY 10601
    914-285-0700
    Fax: 914-284-1213
    Attorneys for defendant
    PRATT & WHITNEY POWER SYSTEMS, INC.

40. Amiel Gross, Esq.
    SNR Denton US LLP
    1221 Avenue of the Americas
    New York, NY 10020
    212-768-6700
    Fax: 212-768-6800
    Attorneys for defendant
    RAPID AMERICAN CORP.

41. Julie Evans, Esq.
    Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
    150 East 42nd Street
    New York, NY 10017-5639
    212-490-3000
    Fax: 212-490-3038
    Attorneys for defendant
    RSCC WIRE & CABLE LLC

42. Julie Evans, Esq.
    Wilson, Elser, Moskowitz, Edelman & Dicker, LLP

150 East 42nd Street
New York, NY 10017-5639
212-490-3000
Fax: 212-490-3038
Attorneys for defendant
S.W. ANDERSON SALES CORP.

43. Daniel S. Moretti, Esq.
Landman Corsi Ballaine & Ford P.C.
120 Broadway, 27th Floor
New York, NY 10271
212-238-4800
Fax: 212-238-4848
Attorneys for defendant
SEQUOIA VENTURES, INC.

44. Robert Darish, Esq.
McGivney & Kluger, P.C.
80 Broad Street - 23rd Floor
New York, NY 10004-2209
212-509-3456
Fax:
Attorneys for defendant
SID HARVEY INDUSTRIES, INC.

45. Jeffrey S. Kluger, Esq.
McGivney & Kluger, P.C.
23 Vreeland Road - Suite 220
Florham Park, NJ 07932
973-822-1110
Fax: 973-822-1116
Attorneys for defendant
SVI CORPORATION

46. Lisa M. Pascarella, Esq.
Braaten & Pascarella, LLC.
2430 Route 34, Suite A-18
PO Box 648
Manasquan, NJ 08736
732-528-8888
Fax: 732-528-4445
Attorneys for defendant
TRANE US, INC.

47. Richard Leff, Esq.
McGivney & Kluger, P.C.

        80 Broad Street - 23rd Floor
New York, NY 10004
212-509-3456212-509-4420
Attorneys for defendant
TREADWELL CORPORATION

48. Linda Harvey, Esq.
Greenberg, Dauber, Epstein & Tucker, PC
One Gateway Center-Suite 600
Newark, NJ 07102-5311
973-643-3700
Fax: 973-643-1218
Attorneys for defendant
TYCO ELECTRONICS CORPORATION

49. William Lee Kinnally, Esq.
Gibney, Anthony & Flaherty LLP
665 Fifth Avenue
New York, NY 10022
212-688-5151
Fax: 212-688-8315
Attorneys for defendant
TYCO ELECTRONICS CORPORATION

50. Anthony J. Marino, Esq.
Garrity, Graham, Murphy, Garofalo & Flinn
72 Eagle Rock Avenue - Suite 350
PO Box 438
East Hanover, NJ 07936-3100
973-509-7500
Fax: 973-509-0414
Attorneys for defendant
UNITED CONVEYOR CORP.

51. MaryEllen Connor, Esq.
Malaby & Bradley, LLC
150 Broadway, Suite 600
New York, NY 10038
(212) 791-0285
Fax: (212) 791-0286
Attorneys for defendant
WEIL-McLAIN

52. Theodore M. Eder, Esq.
Segal McCambridge Singer & Mahoney, Ltd.
850 3rd Avenue, Suite 1100

    New York, NY 10022
    212-651-7406
    Fax: 212-651-7499
    Attorneys for defendant
    WEIL-McLAIN

53.    Kerryann Cook, Esq.
    McGivney & Kluger, P.C.
    80 Broad Street - 23rd Floor
    New York, NY 10004
    212-509-3456
    Fax: 212-509-4420
    Attorneys for defendant
    WEIR VALVES and CONTROLS USA INC.

54.    William F. Mueller, Esq.
    Clemente Mueller, P.A.
    218 Ridgedale Avenue
    Cedar Knolls, NJ 07927
    973-455-8008
    Fax: 973-455-8118
    Attorneys for defendant
    WILLIAM POWELL COMPANY, THE

55.    Paul A. Scrudato, Esq.
    Schiff Hardin LLP
    666 Fifth Avenue - 17th Floor
    New York, NY 10103
    (212) 753-5000
    Fax: (212) 753-5044
    Attorneys for defendant
    YARWAY CORPORATION

56.    Diane H. Miller, Esq.
    Marin Goodman, LLP
    500 Mamaroneck Avenue - Suite 501
    Harrison, NY 10528
    212-661-1151
    Attorneys for defendant
    ZY-TECH GLOBAL INDUSTRIES, INC.