BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)         MDL NO. 875

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Richard Parker,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY CBS CORPORATION f/k/a VIACOM, INC., successor by merger with CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION<br>AIR & LIQUID SYSTEMS CORPORATION, As successor-by-merger to BUFFALO PUMPS, INC.<br><br>    Defendants. | Civil Action<br>No.:  3:12-cv-00271-AWT |

**DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.'S NOTICE OF TAG-ALONG ACTION**

   PLEASE TAKE NOTICE, that on July 29, 1991 the Judicial Panel on Multi-District Litigation entered an order transferring all asbestos personal injury cases pending in Federal Court to the United States District Court, Easter District of Pennsylvania, for coordinated pre-trial proceedings pursuant to 28 U.S.C. Section 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show cause.

   MDL Rule 7.5(e) provides:

   Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the

1

Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

Defendant **AIR & LIQUID SYSTEMS CORPORATION**, **AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.** hereby notifies the Court that this case is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. A copy of the Complaint is annexed hereto as **Exhibit 1** for the Court's convenience. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 7.4(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

>Respectfully submitted,
>Defendant,
>Air & Liquid Systems Corporation, as Successor-by-Merger to Buffalo Pumps, Inc.,
>
>By:   /s/ *Michael D. Simons*
>Michael D. Simons
>Fed. Bar No. ct28100
>GOVERNO LAW FIRM LLC
>Two International Place, 15th Floor
>Boston, MA  02110
>(Ph) 617-737-9045
>(Fax) 617-737-9046
>msimons@governo.com

DATED:  March 28, 2012

2

## CERTIFICATE OF SERVICE

This is to certify that on this 28th day of March, 2012, the undersigned served a copy of the above referenced document documents via the Pacer/ECF electronic service system to the following:

Jeffrey Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

All counsel of record

                                        /s/ Michael D. Simons_____
                                        Michael D. Simons