BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)          MDL NO. 875

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Richard Parker,<br><br>      Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY<br>CBS CORPORATION f/k/a VIACOM, INC.,<br>   successor by merger with CBS<br>   CORPORATION f/k/a WESTINGHOUSE<br>   ELECTRIC CORPORATION<br>AIR & LIQUID SYSTEMS CORPORATION,<br>   As successor-by-merger to BUFFALO<br>   PUMPS, INC.<br><br>      Defendants. | Civil Action<br>No.:   3:12-cv-00271-AWT |

## SCHEDULE OF ACTIONS

1. <u>Richard Parker v. General electric Company et. al.,</u>
   Civil Action No.: 3:12-cv-00271 (United States District Court for the District of Connecticut)

        Respectfully submitted,
        Defendant,
        Air & Liquid Systems Corp., as Successor-by-Merger to Buffalo Pumps, Inc.,
        By its attorneys,

        /s/ Michael D. Simons
        Michael D. Simons
        Fed. Bar No. ct28100
        Governo Law Firm LLC
        Two International Place, 15th Floor
        Boston, MA  02110
        Phone:  (617) 737-9045
        Fax: (617) 737-9046
        msimons@governo.com

Dated:  March 28, 2012

## CERTIFICATE OF SERVICE

    I hereby certify that on this 28TH day of March, 2012, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

        /s/ Michael D. Simons
        Michael D. Simons