**BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: ASBESTOS LITIGATION (NO. VI)**         **MDL NO. 875**

**THIS DOCUMENT RELATES TO:**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| |
|---|
| John Moran, |
| |
|      Plaintiff, |
| |
| v. |
| |
| GENERAL ELECTRIC COMPANY |
| CBS CORPORATION f/k/a VIACOM, INC., |
|    successor by merger with CBS |
|    CORPORATION f/k/a WESTINGHOUSE |
|    ELECTRIC CORPORATION |
| AIR & LIQUID SYSTEMS CORPORATION, |
|    As successor-by-merger to BUFFALO |
|    PUMPS, INC. |
| |
|      Defendants. |

Civil Action
No.:   3:12-cv-00384-AWT


**<u>SCHEDULE OF ACTIONS</u>**

1.   <u>John Moran v. General electric Company et. al.,</u>
     Civil Action No.: 3:12-cv-00384 (United States District Court for the District
     of Connecticut)

Respectfully submitted,
Defendant,
Air & Liquid Systems Corp., as Successor-by-
Merger to Buffalo Pumps, Inc.,
By its attorneys,


*/s/ Michael D. Simons* _____
Michael D. Simons
Fed. Bar No. ct28100
Governo Law Firm LLC
Two International Place, 15th Floor
Boston, MA  02110
Phone:  (617) 737-9045
Fax: (617) 737-9046
msimons@governo.com


Dated:  March 28, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on this 28TH day of March, 2012, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.


*/s/ Michael D. Simons* _____
Michael D. Simons