BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)　　　　　MDL NO. 875

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Brian Cummiskey,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY<br>CBS CORPORATION f/k/a VIACOM, INC.,<br>　　successor by merger with CBS<br>　　CORPORATION f/k/a WESTINGHOUSE<br>　　ELECTRIC CORPORATION<br>AIR & LIQUID SYSTEMS CORPORATION,<br>　　As successor-by-merger to BUFFALO<br>　　PUMPS, INC.<br><br>　　　　Defendants. | Civil Action<br>No.:   3:12-cv-00412-AWT |

## SCHEDULE OF ACTIONS

1. <u>Brian Cummiskey v. General electric Company et. al.,</u>
   Civil Action No.: 3:12-cv-00412 (United States District Court for the District of Connecticut)

1

>Respectfully submitted,
>Defendant,
>Air & Liquid Systems Corp., as Successor-by-Merger to Buffalo Pumps, Inc.,
>By its attorneys,
>
>/s/ Michael D. Simons
>Michael D. Simons
>Fed. Bar No. ct28100
>Governo Law Firm LLC
>Two International Place, 15th Floor
>Boston, MA  02110
>Phone:  (617) 737-9045
>Fax: (617) 737-9046
>msimons@governo.com

Dated:  March 27, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on this 27TH day of March, 2012, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

>/s/ Michael D. Simons
>Michael D. Simons