# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 - In re Asbestos Products Liability Litigation (No. VI)

-------------------------------------------------------X
:
:
MILTON FORDHAM, et al.,  :  S.D.N.Y 12 Civ. 1145 (PAE)
:
      Plaintiffs,  :
:
v.  :
:
ASBEKA INDUSTRIES OF NEW YORK,  :
INC., et al.,  :  **PLAINTIFFS' MOTION TO VACATE**
:  **CONDITIONAL TRANSFER ORDER 492**
      Defendants  :
-------------------------------------------------------X

     Plaintiffs, Milton Fordham and Edna Fordham (collectively "Plaintiffs"), by and through their counsel, Wilentz, Goldman & Spitzer, P.A., pursuant to Rule 7.1(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, hereby move the Panel to vacate its Conditional Transfer Order dated February 24, 2012 (CTO-492), conditionally transferring this case to the asbestos multidistrict litigation tribunal in the U.S. District Court for the Eastern District of Pennsylvania. This motion is based upon the accompanying Brief in Support of Plaintiffs' Motion to Vacate CTO-492; the supporting Declaration of Kush Shukla and attached exhibits thereto; all records and papers on file in this case in the transferor court; and any additional materials as may properly be presented to the Panel at the time of hearing on the motion.

Dated: New York, New York.
March 30, 2012

By: /s/ Kush Shukla
Kush Shukla, Esq. [KS-1227]
Wilentz Goldman & Spitzer P.A.
110 William Street 26th floor,
New York, New York 10038-3927
Tel: 646-746-8916
Fax: 732-726-6604
e-mail: kshukla@wilentz.com
*Attorneys for Plaintiff* s

TO: All Counsel

#6337831.1(135336.002)                                                                  2