**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

MDL No. 875 - In re Asbestos Products Liability Litigation (No. VI)

------------------------------------------------------X
:
:
MILTON FORDHAM, et al.,  :  S.D.N.Y 12 Civ. 1145 (PAE)
:
    Plaintiffs,  :
:
v.  :
:
ASBEKA INDUSTRIES OF NEW YORK,  :  **DECLARATION OF KUSH SHUKLA**
INC., et al.,  :  **IN SUPPORT OF PLAINTIFFS'**
:  **MOTION TO VACATE**
    Defendants  :  **CONDITIONAL TRANSFER ORDER 492**
------------------------------------------------------X

    Kush Shukla, an attorney at law duly admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York, hereby declares under penalty of perjury that the following is true and correct:

    1.    I am an associate at the law firm of Wilentz, Goldman & Spitzer, P.A., counsel to plaintiffs Milton Fordham and Edna Fordham ("Plaintiffs"). I am fully familiar with the facts set forth in this Declaration, which I submit in support of Plaintiffs' Motion to Vacate Conditional Transfer Order 492.

    2.    Based upon the evidence below, and for all the reasons set forth in Plaintiffs' Brief In Support of Their Motion to Vacate Conditional Transfer Order 492, which is adopted and incorporated herein, Plaintiffs respectfully request that this Panel vacate Conditional Transfer Order 492, or alternatively, defer the decision on the transfer of this action to a date after the

transferor court has issued its ruling on Plaintiffs' Emergency Motion to Remand and Motion to Strike Defendants' Affidavits.

3. Attached hereto as Exhibit 1 is a true and correct copy of volume 1 of the deposition of Milton Fordham dated February 7, 2012.

4. Attached hereto as Exhibit 2 is a true and correct copy of Conditional Transfer Order 492 dated February 24, 2012.

5. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiffs' Notice of Opposition to Conditional Transfer Order 492 dated March 2, 2012.

6. Attached hereto as Exhibit 4 is a true and correct copy of Plaintiffs' Notice of Emergency Motion to Remand and Motion to Strike Defendants' Affidavits dated March 27, 2012.

7. Attached hereto as Exhibit 5 is a true and correct copy of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Emergency Motion to Remand and Motion to Strike Defendants' Affidavits dated March 27, 2012.

8. Attached hereto as Exhibit 6 is a true and correct copy of the court transcript in Pokorney v. Foster Wheeler, et. al., date July 8, 2008.

WHEREFORE, based upon the foregoing and for all the reasons set forth in Plaintiffs' Brief In Support of Their Motion to Vacate Conditional Transfer Order 492, Plaintiffs respectfully request that this Panel vacate Conditional Transfer Order 492, or alternatively, defer the decision on the transfer of this action to a date after the transferor court has issued its ruling on Plaintiffs' Emergency Motion to Remand and Motion to Strike Defendants' Affidavits.

Dated: New York, New York.
       March 30, 2012

By: /s/ Kush Shukla
Kush Shukla, Esq. [KS-1227]
Wilentz Goldman & Spitzer P.A.
110 William Street 26th floor,
New York, New York 10038-3927
Tel: 646-746-8916
Fax: 732-726-6604
e-mail: kshukla@wilentz.com
*Attorneys for Plaintiff* s

#6337447.1(135336.002)