# EXHIBIT 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK


In Re:  NEW YORK CITY ASBESTOS LITIGATION

MILTON FORDHAM

                          Plaintiff

-v-                   Index No. 190414/11

ASBEKA INDUSTRIES OF NEW YORK, INC., et al

                          Defendants



_____


                   VOLUME I


             Deposition Under
             Oral Examination
             of MILTON FORDHAM

**2**

1　　　　Transcript of the deposition of MILTON
2　FORDHAM, called for Oral Examination in the
3　above-captioned matter, said deposition being
4　taken pursuant to the Federal Rules of Civil
5　Procedure by and before Linda Muldowney-Webber,
6　Court Reporter and Notary Public in and for the
7　State of New York; taken at the Sheraton
8　Norfolk, 777 Waterside Drive, Norfolk, Virginia,
9　on February 7, 2012, commencing at 12:00 p.m.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**3**

WITNESS INDEX

WITNESS　　　　　　　　　　　　PAGE

MILTON LEROY FORDHAM

EXAMINATION BY MR. RIZVI　　　　1

**4**

1　A P P E A R A N C E S:
2　　RUTH D. MARCUS, ESQ.
　　WILENTZ, GOLDMAN & SPITZER P.A.
3　　110 William Street, 26th Floor
　　New York, New York 10038-3091
4　　Appearing for the Plaintiffs
5　　SYED RIZVI, ESQ.
　　MALABY & BRADLEY, LLC
6　　150 Broadway, Suite 600
　　New York, New York 10038
7　　Appearing for the Defendants
　　Elliot and Major Rubber (Stumme only)
8
　　NANCY WHINNERY, ESQ.
9　　MCGIVNEY, KLUGER, PC
　　1201 North Orange Street, Suite 501
10　　Wilmington, Delaware 19801
　　Appearing for the Defendants
11　　For Stumme:　Core Industries, Atwood & Morrill,
　　Mueller Steam, King, NY Protective
12　　Kentile, Sid Harvey, Treadwell and Courter
　　For Fordham:　Sid Harvey, Atwood & Morrill,
13　　Courter, Kentile, Fairbanks, Stockham and NY Protective
14　FRED GOODMAN, ESQ.
　　MARIN GOODMAN, LLP
15　　500 Mamaroneck Avenue
　　Harrison, New York 10528
16　　Appearing for the Defendant
　　Zytech
17
18　GREGORY HARRIS, ESQ.
　　SEGAL, MCCAMBRIDGE, SINGER & MAHONEY
　　850 Third Avenue, Suite 1100
19　　New York, New York 10022
　　Appearing for the Defendants
20　　Weil-McLain and Curtiss Wright
21　HENRY BILLINGSLEY, ESQ.
　　TUCKER, ELLIS & WEST, LLP
22　　1150 Huntington Building
　　925 Euclid Avenue
23　　Cleveland, Ohio　44115
　　Appearing for the Defendant
24　　P&W
25

**5**

1　　LORI ANNE FEE, ESQ.
　　CLEMENTE, MUELLER, PA
2　　218 Ridgedale Avenue
　　Cedar Knolls, New Jersey 07927
3　　Appearing for the Defendant
　　Wm. Powell
4
　　MATTHEW JOSS, ESQ.
5　　TADDEO STURM PLC
　　3 West Cary Street
6　　Richmond, Virginia 23220
　　Appearing for the Defendants
7　　For Fordham:　CBS, General Electric and
　　Foster-Wheeler
8　　For Stumme:　CBS
9　CARL SCHWERTZ, ESQ.
　　MILES & STOCKBRIDGE, PC
10　　1751 Pinnacle Drive
　　Suite 500
11　　Tysons Corner, Virginia 22102-3833
　　Appearing for the Defendant
12　　For Fordham:　Georgia-Pacific
13　CHRIS WIEMKEN, ESQ.
　　TAYLOR WALKER
14　　555 E. Main Street
　　Suite 1300
15　　P.O. Box 3490
　　Norfolk, Virginia 23510
16　　Appearing for the Defendants
　　Crane Co., Crane Environmental and
17　　Crane Pumps & Systems
18　STEPHANIE SMITH, ESQ.
　　POOLE MAHONEY, PC
19　　4705 Columbus Street
　　Virginia Beach, Virginia 23462
20　　Appearing for the Defendant
　　ITT
21
22
23
24
25

2 (Pages 2 to 5)

Priority-One Court Reporting Services, Inc.　　　　718-983-1234
25B Vreeland Road, Suite 301, Florham Park, NJ 07932

| 6 |
|---|

1   LYNN BRUGH, ESQ.
    WILLIAMS MULLEN
2   Williams Mullen Center
    200 South 10th Street
3   Suite 1600
    Richmond, Virginia 23219
4   Appearing for the Defendant
    Flowserve US. Inc., as successor to Edward Valves
5
    MORAE KIM. ESQ.
6   DARGER ERRANTE YAVITZ & BLAU. LLP
    116 East 27th Street at Park Avenue
7   12th Floor
    New York. New York 10016
8   Appearing telephonically for the Defendants
    CertainTeed Corporation and
9   Union Carbide Corporation
10   MATTHEW BRODERSON, ESQ.
    BRAATEN & PASCARELLA, LLC
11   2430 Route 34,
    Manasquan, New Jersey 08736
12   Appearing telephonically for the Defendants
    Trane US. Inc. and Nibco. Inc.
13
    LINDA HARVEY, ESQ.
14   GREENBERG DAUBER EPSTEIN & TUCKER
    One Gateway Center, Suite 600
15   Newark, New Jersey 07102
    Appearing telephonically for the Defendant
16   Tyco Electronics
17   AMY ZUMSTEG, ESQ.
    LEADER & BERKON. LLP
18   630 Third Avenue, 17th Floor
    New York. New York 10017
19   Appearing telephonically for the Defendant
    IMO Industries. Inc.
20
    VIRGINIA SQUITIERI. ESQ.
21   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER. LLP
    150 East 42nd Street
22   New York, New York 10017
    Appearing telephonically for the Defendants
23   Rockbestos and S.W. Anderson
24
25

| 7 |
|---|

1   JAMES SPANARKEL, ESQ.
    WATERS, MCPHERSON & MCNEILL
2   300 Lighting Way
    Secaucus, New Jersey 07096
3   Appearing telephonically for the Defendant
    Turner Construction
4
    CASEY CHAMRA, ESQ.
5   O'TOOLE FERNANDEZ WEINER VAN LIEU, LLC
    60 Pompton Avenue
6   Verona, New Jersey 07044-2946
    Appearing telephonically for the Defendant
7   Clark Reliance Corporation
    LAWRENCE P. De BELLO, JR.
8   K&L GATES LLP
9   One Newark Center, 10th Floor
    Newark, New Jersey 07102
10   Appearing telephonically for the Defendant
    McWane, Inc.
11
    JULIA D'AGOSTINO, ESQ.
12   MORRISON MAHONEY LLP
    17 State Street, Suite 1110
13   New York, New York 10004
    Appearing telephonically for the Defendant
14   Gaddis Engineering
15   MATTHEW CHARLES, ESQ.
    and SUZANNE HALBARDIER, ESQ.
16   BARRY, MCTIERNAN & MOORE, ESQS.
    2 Rector Street
17   New York, New York 10006
    Appearing telephonically for the Defendant
18   Cleaver-Brooks
19   GRANT SHEHIGIAN, ESQ.
    FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
20   One Liberty Plaza
    New York, New York 10006-1404
21   Appearing telephonically for the Defendant
    Crown Cork & Seal Co. Inc.
22
23
24
25

| 8 |
|---|

1   ANDREW SAPON, ESQ.
    LITCHFIELD CAVO
2   420 Lexington Ave.
    Suite 2104
3   New York, New York 10170-2199
    Appearing telephonically for the Defendant
4   O'Connor Constructors
5   JOHN TARTAGLIA. ESQ.
    RENZULLI LAW FIRM LLP
6   81 Main Street, Suite 508
    White Plains, New York 10601
7   Appearing telephonically for the Defendant
    Pfizer, Inc.
8
    BRIAN KEATTS, ESQ.
9   ZETLIN & DE CHIARA LLP
    801 Second Avenue
10   New York, New York 10017
    Appearing telephonically for the Defendant
11   Kvaerner Metals, Inc.
12   LISA MASSIMI, ESQ.
    CARUSO SMITH EDELL PICINI PC
13   60 Route 46 East
    Fairfield, New Jersey 07004
14   Appearing telephonically for the Defendant
    Asbeka Industry of NY
15
    IAN WILLIAMSON, ESQ.
16   CULLEN AND DYKMAN, LLP
    177 Montague Street
17   Brooklyn, New York 11201
    Appearing telephonically for the Defendants
18   Goulds Pumps, Mario & DiBono Plastering Co.
    and David Fabricators
19
20
21
22
23
24
25

| 9 |
|---|

1     IT IS HEREBY STIPULATED AND
2   AGREED by and between the attorneys
3   for the respective parties hereto
4   that filing, sealing and
5   certification of the within
6   Examination Before Trial be waived;
7   that all objections, except as to
8   form, are reserved to the time of
9   trial.
10     IT IS FURTHER STIPULATED AND
11   AGREED that the transcript may be
12   signed before a Notary Public with
13   the same force and effect as if
14   signed before a Clerk or Judge of the
15   Court.
16     IT IS FURTHER STIPULATED AND
17   AGREED that the within examination
18   may be utilized for all purposes as
19   provided by the CPLR.
20     IT IS FURTHER STIPULATED AND
21   AGREED that all rights provided to
22   all parties by the CPLR shall not be
23   deemed waived and the appropriate
24   sections of the CPLR shall be
25   controlling with respect thereto.

3 (Pages 6 to 9)

**10**

1  IT IS FURTHER STIPULATED AND
2  AGREED by and between the attorneys
3  for the respective parties hereto
4  that a copy of the Examination shall
5  be furnished, without charge, to the
6  attorney representing the witness
7  testifying herein.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**11**

1  MILTON LEROY FORDHAM, 28467 Westbrook Street,
2  Newsoms, Virginia, sworn, testified as follows:
3
4  EXAMINATION BY MR. RIZVI:
5
6  Q. Good morning, Mr. Fordham.
7  A. Good morning.
8  Q. Good afternoon.
9  A. All righty.
10  Q. My name is Syed Rizvi, with the law
11  firm of Malaby and Bradley and I'll be asking
12  you the majority of the questions here today.
13  A. Sure. Okay.
14  Q. Before we get started I just want to
15  get a couple of personal details from you. I
16  believe you gave your full name as Milton Leroy
17  Fordham?
18  A. Correct.
19  Q. You are presently at 28467 Westbrook
20  Street in Newsoms, Virginia?
21  A. Right.
22  Q. What is your date of birth?
23  A. 7/23/44.
24  Q. How old does that make you today?
25  A. 67.

**12**

1  Q. Thank you. Could you give me the last
2  four digits of your Social Security?
3  A. 3903.
4  Q. Have you ever given testimony before,
5  sir, in a deposition?
6  A. No.
7  Q. Have you ever given testimony in any
8  sort of proceeding?
9  A. None whatever.
10  Q. I'm going to go over some rules to make
11  today go smoother for all of us.
12  A. All right.
13  Q. You understand that the purpose of your
14  being here today is to give testimony?
15  A. Right.
16  Q. Okay. And you understand all the
17  testimony you're going to give here is under
18  oath?
19  A. Yes.
20  Q. And just so it's clear right now, for
21  at least the purposes of today, and until I tell
22  you otherwise, all the testimony we're going to
23  take is going to be in connection with your own
24  asbestos related lawsuit; okay?
25  A. Okay.

**13**

1  Q. And the purpose of your being here is
2  to find out what facts you might know about your
3  own lawsuit; okay?
4  A. Okay.
5  Q. And as we go along if you don't hear a
6  question I ask you or you don't understand the
7  question I've asked you, let me know and I'll
8  re-ask or rephrase it.
9  A. Sure.
10  Q. Also if you realize an answer you gave
11  to a question I asked you earlier was incomplete
12  in any way, let me know that too and we can
13  always go back; okay? We're going to be talking
14  about things that happened long ago, so I don't
15  know or I don't remember are perfectly
16  acceptable answers. And I saw you nod your
17  head. Going forward, all or your answers, for
18  the rest of the deposition, have to be out loud.
19  And the reason is we have a court reporter is
20  taking down everything that we say.
21  A. All right.
22  Q. All right. I'm sure as we go along
23  you're going to be able to anticipate some of my
24  questions, but for purposes of the record if you
25  could let me get the entire question out and

4 (Pages 10 to 13)

**14**

```
 1   I'll let you get your entire answer out.
 2       A.  Definitely.
 3       Q.  Most important rule, breaks are okay.
 4   If at any point you need a break, let me know,
 5   we'll be happy to take a break.  Okay?
 6       A.  Okay.
 7       Q.  Now, am I correct, sir, I see you have
 8   an oxygen connection?
 9       A.  Right now I use it as needed.
10       Q.  Okay.  Later on I'm going to talk to
11   you more at length about your medical history.
12   With respect to the oxygen, you need that on an
13   as-needed thing?
14       A.  As needed right now.
15       Q.  Has that been prescribed by a doctor?
16       A.  Oh, yes.
17       Q.  And how long have you been using oxygen
18   on an as-needed basis?
19       A.  Since June.  That was the operation.
20       Q.  June of 2011?
21       A.  Yes.
22       Q.  Other than the oxygen, are there any
23   other medications that you use on a regular
24   basis?
25       A.  Yes.
```

**15**

```
 1       Q.  Okay.  Could you tell me what those
 2   medications are?
 3       A.  Renagel.  Let's see.  Folic acid.  I
 4   can't remember the pills that I take.
 5       Q.  Okay.
 6       A.  There's a few more I'm trying to get
 7   the names.  I may have to come back to that.
 8       Q.  Let me say if you can't remember the
 9   name of any other medications, can you tell me
10   the reasons for what you take the medications
11   for?
12       A.  I'm on dialysis.
13       Q.  Okay.  Are all of the other medications
14   that you take in connection with the dialysis
15   treatment?
16       A.  Yes, it is.
17       Q.  The Renagel that you mentioned, what
18   type of medication is that?
19       A.  It's a -- you use them after you eat.
20       Q.  And is that in connection with the
21   dialysis treatment, also?
22       A.  Yes.  Brings down your potassium level.
23       Q.  Okay.  And how long have you been using
24   the Renagel?
25       A.  Ever since I've been on dialysis.  And
```

**16**

```
 1   that was in 1997.
 2       Q.  And folic acid, how long have you been
 3   taking that?
 4       A.  Same time.
 5       Q.  About since '97?
 6       A.  Yes.
 7       Q.  And you mentioned the dialysis
 8   treatment.  How frequently do you receive
 9   dialysis treatment?
10       A.  Three times a week.
11       Q.  And did you have a dialysis treatment
12   earlier today?
13       A.  This morning, yes.
14       Q.  Okay.  Again we're going to talk about
15   your medical history later.  If at any time you
16   need a break for any reason, you let me know,
17   we'll take a break.
18       A.  All right.
19       Q.  With respect to any of the medication
20   that you do take, do you believe it will affect
21   your memory in any way?
22       A.  No.
23       Q.  Do you believe it will affect your
24   ability to testify in any way?
25       A.  No.  I just thought of one.  Letaris.
```

**17**

```
 1       Q.  That's another medication that you
 2   take, sir?
 3       A.  Yes.
 4       Q.  Is that also in connection with the
 5   dialysis?
 6       A.  Yes.
 7       Q.  Have you been taking that since '97,
 8   also?
 9       A.  No, I won't say that.  It's for my
10   lungs.
11       Q.  Okay.  How long have you been taking
12   Letaris?
13       A.  For about 2 years now.
14       Q.  Is this a pill or an inhaler?
15       A.  A pill.  As far as inhaler I use Advair
16   as needed.
17       Q.  Okay.  And how long have you been using
18   Advair on an as-needed basis?
19       A.  I use it in the morning and at night.
20       Q.  Again, none of these medications will
21   affect your ability to testify in any way?
22       A.  No.  No.
23       Q.  Okay.  In preparation for today's
24   deposition, did you review any documents,
25   catalogs, or materials of any kind?
```

5 (Pages 14 to 17)

**18**

1    A. No.
2    Q. Did you speak to anyone other than your
3  attorney or any representatives from your
4  attorney's law firm to prepare for today?
5    A. No.
6    Q. That would include any former
7  co-workers, family members, things like that?
8    A. No.
9    Q. Do you have in your possession any
10  documents or materials in relation to your own
11  work history that you haven't already turned
12  over to your attorneys?
13    A. No, I don't.
14    Q. Did you personally perform any internet
15  research or have anyone do so for you regarding
16  your testimony?
17    A. No, I haven't.
18    Q. I'm going to shift gears and talk to
19  you a little bit about your family background.
20    A. Sure.
21    Q. Are you presently married?
22    A. No.
23    Q. You've previously been married?
24    A. Yes, I have.
25    Q. Am I correct you've been married more

**19**

1  than one time?
2    A. Four times.
3    Q. I'd like to ask you a couple of
4  questions about your marriages. Is it easier to
5  talk about the very first or last one and work
6  backwards?
7    A. Doesn't matter.
8    Q. Am I correct that your most recent
9  marriage was to Edna?
10    A. Yes.
11    Q. When were you and Edna married?
12    A. Let's see, that was back in '96 to '98.
13    Q. Do I understand you correctly, you were
14  married 2 years to Edna?
15    A. Yes.
16    Q. What was her maiden name?
17    A. Gee, I'm not sure.
18    Q. Okay. That's all right. During the
19  course of your marriage to Edna, you guys
20  resided together?
21    A. Yes.
22    Q. During the course of your marriage to
23  Edna did she work outside the home?
24    A. Yes she did.
25    Q. What did Edna do?

**20**

1    A. She's a beautician.
2    Q. And any point during the course of your
3  marriage did you ever work with Edna in any
4  capacity?
5    A. Didn't hear you.
6    Q. Did you ever work with her in any
7  capacity?
8    A. No, no.
9    Q. During the course of your marriage to
10  Edna was she a smoker?
11    A. No.
12    Q. And do you know how Edna's health is
13  today?
14    A. I don't know.
15    Q. During the course of time that you guys
16  were married or any time after while you did
17  know, do you know if she suffered from any lung
18  or respiratory problems?
19    A. No, she never did.
20    Q. Do you know if Edna was ever diagnosed
21  with any forms of cancer?
22    A. No.
23    Q. And do you presently have any
24  outstanding financial obligations to Edna?
25    A. No, I don't.

**21**

1    Q. Who were you married to before Edna?
2    A. Gwendolyn.
3    Q. And when were you married to Gwendolyn?
4    A. From I believe it was '83 to '87. I
5  might not be correct on the year.
6    Q. You give me the best estimates that you
7  can, we'll work with that. And were you married
8  to Gwendolyn immediately before Edna or was
9  there anybody in between?
10    A. Nobody in between.
11    Q. So you were married to Gwen for
12  approximately 4 years?
13    A. I'm wrong, it's about 6 years.
14    Q. Okay. Sometime in the mid-1980s, is
15  that fair?
16    A. Yes.
17    Q. And do you recall Gwen's maiden name?
18    A. Maiden name. I can't recall right now.
19    Q. That's all right. Again, if any of
20  this comes to you, let me know.
21    A. Okay.
22    Q. During the course of your marriage to
23  Gwen, did you guys reside together?
24    A. Yes.
25    Q. And during the course of your marriage

6 (Pages 18 to 21)

**22**

1  to Gwen, did she work outside the home?
2      A. Yes she did.
3      Q. What did she do?
4      A. She worked for Grumman Aircraft
5  Company.
6      Q. Did you ever have occasion to work with
7  Gwen in any capacity?
8      A. No.
9      Q. Do you know what she was doing for
10  Grumman?
11      A. I believe she was a solderer.
12      Q. Do you know what location she was
13  working at for Grumman?
14      A. Bethpage, and out on east Long Island.
15  I don't know if it was Long Island but it was
16  east out there.
17      Q. Did you ever have occasion to visit her
18  at her job while she was working as a solderer?
19      A. No. No.
20      Q. Do you know if during the course of her
21  employment she was ever exposed to any asbestos
22  containing material?
23      A. No.
24      Q. During the course of your marriage to
25  Gwen was she a smoker?

**23**

1      A. No.
2      Q. Do you know how Gwen's health is today?
3      A. No, I don't.
4      Q. During the course of your marriage or
5  any time shortly thereafter while you still were
6  married, do you know if she was ever diagnosed
7  with any lung or respiratory problems?
8      A. No.
9      Q. Do you know if she was ever diagnosed
10  with any form of cancer?
11      A. No.
12      Q. And do you have any outstanding
13  financial obligations to Gwen?
14      A. No I don't.
15      Q. Who were you married to before Gwen?
16      A. Jackie Boynton, B-O-Y-N-T-O-N. Excuse
17  me for a minute. Harrington was Gwendolyn's
18  maiden name.
19      Q. Thank you for that, sir. And what
20  years were you married to Jackie Boynton?
21      A. From '76 to maybe '81.
22      Q. So approximately 5 years?
23      A. A little longer than that. Maybe about
24  7 years at most.
25      Q. And during the course of time that you

**24**

1  were married to Jackie did you guys reside
2  together?
3      A. Yes, we did.
4      Q. And during the course of your marriage
5  to Jackie, did she work outside the home?
6      A. Yes, she did.
7      Q. What did she do?
8      A. She was on an assembly line.
9      Q. And do you know who she was working
10  for?
11      A. No, I don't.
12      Q. Do you know where she was working?
13      A. At Hauppauge.
14      Q. During the course of your marriage did
15  you ever have occasion to work with her?
16      A. No.
17      Q. Did you ever visit her at work?
18      A. No, I haven't.
19      Q. Do you know if Jackie ever worked with
20  any asbestos containing materials in the course
21  of her employment?
22      A. I couldn't tell that you.
23      Q. Fair enough. During the course of your
24  marriage to Jackie, was she a smoker?
25      A. No.

**25**

1      Q. Do you know how Jackie's health is
2  today?
3      A. She's deceased.
4      Q. When did Jackie pass away?
5      A. I don't know. Word of mouth.
6      Q. Do you know what the cause of her
7  passing was?
8      A. No.
9      Q. Up the until the time you knew, do you
10  know if she was ever diagnosed with any lung or
11  respiratory problems?
12      A. No.
13      Q. Do you know if she was ever diagnosed
14  with any forms of cancer?
15      A. No.
16      Q. I believe this would bring us to your
17  first wife.
18      A. Yes.
19      Q. What was your first wife's name?
20      A. Marjorie Young was her maiden name.
21      Q. And when were you married to Marjorie?
22      A. '65.
23      Q. And how long were you guys married for?
24      A. 4 years.
25      Q. And during the course of your marriage

7 (Pages 22 to 25)

| 26 | |
|---|---|

1  to Marjorie, did you guys reside together?
2      A. Yes, we did.
3      Q. Did Marjorie work during the course of
4  your marriage?
5      A. She worked for the telephone company.
6      Q. Do you know what she did for the
7  telephone company?
8      A. I believe she was an operator.
9      Q. Ever have occasion to work with
10 Marjorie?
11     A. No.
12     Q. And during the course of your marriage
13 to Marjorie, was she a smoker?
14     A. No.
15     Q. Do you know how her health is today?
16     A. No, I don't even know where she's at.
17 I don't know nothing.
18     Q. During the time you guys were married
19 or any time thereafter, do you know if she was
20 ever diagnosed with any lung or respiratory
21 problems?
22     A. No.
23     Q. Do you know if she was ever diagnosed
24 with any form of cancer?
25     A. No.

| 27 | |
|---|---|

1      Q. Am I correct you don't have any
2  outstanding financial obligations to Marjorie?
3      A. No, I don't.
4      Q. And did all of your marriages end in
5  divorce?
6      A. Sure did.
7      Q. Okay.
8      MR. RIZVI: Off the record for one
9  second.
10     (Discussion off the record.)
11 BY MR. RIZVI:
12     Q. I'd like to now talk to you for a few
13 moments about any children.
14     A. Sure.
15     Q. Do you have any children?
16     A. One daughter.
17     Q. What's your daughter's name?
18     A. Michele.
19     Q. And how old is Michele?
20     A. I believe she'll be 26 this year.
21     Q. And who is Michele's mom?
22     A. Gwendolyn.
23     Q. And where does Michele live?
24     A. In Asheville, North Carolina.
25     Q. And is Michele married?

| 28 | |
|---|---|

1      A. She was.
2      Q. Does she have any children?
3      A. One son.
4      Q. What does Michele do for a living?
5      A. She's a practical nurse for nursing.
6      Q. How is Michele's health?
7      A. Good.
8      Q. And the health of her child?
9      A. Good.
10     Q. Is Michele a smoker?
11     A. No.
12     Q. Did she ever smoke while she grew up in
13 the family home?
14     A. I don't know, I wasn't with her, you
15 know, for some years. I can't answer that.
16     Q. During the years that she may have
17 lived with you, she was not a smoker?
18     A. No. No.
19     Q. Have you ever had occasion to work with
20 Michele in any capacity?
21     A. No.
22     Q. Has Michele or her son ever been
23 diagnosed with any lung or respiratory problems?
24     A. As far as I know, no.
25     Q. Either been diagnosed with any form of

| 29 | |
|---|---|

1  cancer?
2      A. No.
3      Q. Is Michele financially dependent on you
4  in any way?
5      A. On me?
6      Q. Yes, sir.
7      A. No. She was.
8      Q. Michele is your only child, correct?
9      A. Yes.
10     Q. And I'd like to ask you a couple of
11 questions about your parents, sir, okay?
12     A. Sure.
13     Q. Are your parents deceased?
14     A. Yes, both of them.
15     Q. What was your father's name?
16     A. Milton.
17     Q. And when did your father pass away?
18     A. I think it was late 70s or early 80s.
19     Q. And do you know --
20     A. No, early 70s, I'm sorry, early 70s.
21     Q. Do you know what the cause of his
22 passing was?
23     A. No. Heart attack. Heart attack.
24     Q. During the course of his lifetime do
25 you know what your father did for a living?

8 (Pages 26 to 29)

| 30 |
|---|
| 1    A. He was a welder. Worked in shipyards. |
| 2    Q. Was he a union welder? |
| 3    A. I couldn't say. He was out in |
| 4   California. |
| 5    Q. Okay. Did you ever have occasion to |
| 6   work with your dad? |
| 7    A. No. |
| 8    Q. During the course of his lifetime was |
| 9   your father a smoker? |
| 10    A. I couldn't say on that. |
| 11    Q. At any point while you were around was |
| 12   he -- |
| 13    A. I never seen him smoke, no. |
| 14    Q. Okay. Do you know if before he passed |
| 15   your father was ever diagnosed with any lung or |
| 16   respiratory problems? |
| 17    A. No. |
| 18    Q. Do you know if he was ever diagnosed |
| 19   with any form of cancer? |
| 20    A. No. |
| 21    Q. What was your mom's name? |
| 22    A. Marilyn. |
| 23    Q. And when did your mom pass? |
| 24    A. '80 -- I guess '86, somewhere around |
| 25   there. I'm not sure. |

| 31 |
|---|
| 1    Q. Do you know what the cause of her |
| 2   passing was? |
| 3    A. I'm sorry. It was '92. '92. |
| 4    Q. Okay. Do you know what the cause of |
| 5   her passing was? |
| 6    A. No, I don't. |
| 7    Q. During the course of her lifetime did |
| 8   your mom ever work outside the home? |
| 9    A. No. Yes, she did, yes. |
| 10    Q. Do you know what she did? |
| 11    A. She worked in -- what they call them? |
| 12   Seamstress. |
| 13    Q. Ever have any occasion to work with |
| 14   your mom? |
| 15    A. No. |
| 16    Q. Was your mom a smoker? |
| 17    A. No. |
| 18    Q. Prior to her passing, do you know if |
| 19   your mom was ever diagnosed with any lung or |
| 20   respiratory problems? |
| 21    A. No. |
| 22    Q. Do you know if your mom was ever |
| 23   diagnosed with any form of cancer? |
| 24    A. No. |
| 25    Q. Do you have any brothers or sisters? |

| 32 |
|---|
| 1    A. One brother, twin brother. |
| 2    Q. Twin brother? |
| 3    A. Yes. |
| 4    Q. What is your brother's name? |
| 5    A. Melvin. |
| 6    Q. And where does Melvin live? |
| 7    A. Right now he's in Maryland; Southbury. |
| 8    Q. So he would be 67 years old, also? |
| 9    A. Yes. |
| 10    Q. What does Melvin do for a living? |
| 11    A. Right now he's a maintenance man. |
| 12    Q. He's still presently working? |
| 13    A. Yes. |
| 14    Q. Where is he a maintenance man? |
| 15    A. It was Grummans(sic), they moved down |
| 16   to a section in Salisbury, but they changed the |
| 17   name over. I don't know what the name of the |
| 18   company now -- what it is. |
| 19    Q. And at any point during your life have |
| 20   you ever had occasion to work with your brother |
| 21   in any capacity? |
| 22    A. We were in the Navy together on the |
| 23   same ship. Just -- this is before Vietnam. |
| 24    Q. I'm going to talk to you a little bit |
| 25   later on about your military history, but I just |

| 33 |
|---|
| 1   want to -- you said you guys when you were in |
| 2   the Navy were on the same ship? |
| 3    A. Yes. |
| 4    Q. What ship was that? |
| 5    A. USS Hazelwood DD 531. |
| 6    Q. Did you guys board the ship at the same |
| 7   time? |
| 8    A. No. |
| 9    Q. Which one of you went on first? |
| 10    A. I couldn't say honestly. We didn't |
| 11   stay on the same ship. He was about a year and |
| 12   a half and he went to another ship. |
| 13    Q. When you got on the ship he was already |
| 14   there and then you guys served together for a |
| 15   year and a half and then he left? |
| 16    A. Yes. |
| 17    Q. Okay. We're going to talk a little bit |
| 18   more about that later on. Other than the times |
| 19   you guys were serving on the Hazelwood together |
| 20   in the Navy, did you ever work together in any |
| 21   other capacity? |
| 22    A. We worked at Landa Electronics in Long |
| 23   Island, but I only stayed there about 6 months. |
| 24    Q. I want to make -- and did you guys |
| 25   start at Landa Electronics at the same time? |

9 (Pages 30 to 33)

**Page 34**

1    A. No, he started before me.
2    Q. Do you know when Melvin started working
3  there?
4    A. Right after the service.
5    Q. And so again, this would have been a
6  situation, you get there and he would have been
7  working there?
8    A. He got a job for me.
9    Q. And you guys worked there 6 months
10  before you left?
11    A. Right.
12    Q. And we'll talk about your employment
13  history a little bit later on, too. Other than
14  what we just talked about, Navy and Landa, any
15  other occasions where you worked with your
16  brother?
17    A. No.
18    Q. Was your brother, Melvin, a smoker?
19    A. No. No, he wasn't. He tried but he
20  couldn't take it.
21    Q. Was he ever a smoker while you guys
22  were growing up together?
23    A. No.
24    Q. How is Melvin's health?
25    A. Good.

**Page 35**

1    Q. Has Melvin ever been diagnosed with any
2  sort of lung or respiratory problem?
3    A. No, he's never been to the hospital.
4    Q. I take it then he's never been
5  diagnosed with any form of cancer either?
6    A. No.
7    Q. Is Melvin financially dependent on you
8  in any way?
9    A. No.
10    Q. Again, Melvin is your only sibling,
11  correct?
12    A. Yes.
13    Q. Let's shift gears now and talk to you a
14  few minutes about your own smoke history; okay,
15  sir?
16    A. Yes.
17    Q. Are you presently a smoker?
18    A. No.
19    Q. Have you ever been a smoker?
20    A. Yes.
21    Q. When did you first start smoking?
22    A. I guess I started around 15.
23    Q. When you were about 15 years old?
24    A. Yes.
25    Q. That would have been right around 1960?

**Page 36**

1    A. Yeah, somewhere in that area.
2    Q. When you first started smoking, you
3  were smoking cigarettes?
4    A. Yes.
5    Q. Do you recall approximately how much
6  you were smoking when you first started?
7    A. Maybe not even half a pack a day.
8    Q. And did the amount of cigarettes you
9  smoked ever increase?
10    A. It gradually went up to a pack.
11    Q. When did you ultimately stop smoking
12  completely?
13    A. Well, I stopped a couple of times. I
14  did it for about a year and a half and then I
15  stopped again for about maybe 7, 8 months.
16    Q. When was the first time that you
17  stopped for the year and a half?
18    A. I guess I was about 27, 28 years old.
19    Q. Then ultimately you went back to
20  smoking and you stopped again for a period of 7
21  to 8 months?
22    A. Right.
23    Q. Do you recall when that was?
24    A. Maybe a couple years after that.
25    Q. Then you smoked again for a period

**Page 37**

1  until you ultimately quit?
2    A. Yes.
3    Q. When was that that you ultimately
4  stopped?
5    A. I stopped about '93, '94.
6    Q. Aside from the times that you stopped
7  from 1960 up until you quit in '93 to '94, was
8  your average anywhere from a half a pack to a
9  pack a day?
10    A. Never went over a pack a day.
11    Q. Never got over, okay. While you were
12  smoking, do you recall what brands of cigarette
13  you smoked?
14    A. Newport.
15    Q. Were those filtered or unfiltered?
16    A. Filtered.
17    Q. Did you ever have occasion to smoke any
18  unfiltered cigarettes?
19    A. No.
20    Q. Other than cigarettes, did you smoke
21  anything else?
22    A. No.
23    Q. On the two occasions that you stopped
24  for a period of time until you ultimately quit,
25  the year and a half time and the 7 to 8 months

10 (Pages 34 to 37)

| 38 | 40 |
|---|---|
| 1  time, why did you stop smoking? | 1   Q. Is it easier for you to talk about the |
| 2     A. I got tired of smoking. | 2  very first place you recall living and work your |
| 3     Q. On either of those occasions, did any | 3  way up or go backwards? |
| 4  health professional advise you to stop smoking? | 4     A. We can go forward. |
| 5     A. No. No. Quit on my own. | 5     Q. All right. What's the very first |
| 6     Q. During the years that you were smoking, | 6  place? |
| 7  did you ever have occasion to see any warnings | 7     A. I was born in Philadelphia. And I |
| 8  on cigarette packs? | 8  guess I stayed there until I was about 6 months. |
| 9     A. No. | 9     Q. Do you know where your family was |
| 10     Q. You okay to keep going? | 10  living in Philadelphia? |
| 11     A. I'm all right. | 11     A. Germantown. |
| 12     Q. And during the years that you were | 12     Q. And you would have lived there for 6 |
| 13  smoking up until you ultimately quit, did any | 13  months of your life? |
| 14  doctor ever advise you to stop smoking? | 14     A. Yes. |
| 15     A. No. Back then doctors smoked. | 15     Q. Do you have any reason or even know if |
| 16     Q. Did there come a point in time when you | 16  you might have been exposed to asbestos during |
| 17  became aware that smoking could be harmful to | 17  those 6 months? |
| 18  your health? | 18     A. Probably back then there was lead paint |
| 19     A. Yes, I did. | 19  and stuff. |
| 20     Q. When was that, sir? | 20     Q. Do you recall where in Germantown you |
| 21     A. Towards the last couple years I was | 21  lived; any specific address? |
| 22  smoking. | 22     A. I can't tell you where at all. |
| 23     Q. Do you recall how you became aware? | 23     Q. Do you recall specifically whether |
| 24     A. TV commercials, stuff like that. | 24  there was any work being done on that home? |
| 25     Q. And after you became aware of that, did | 25     A. No, I was too young. |

| 39 | 41 |
|---|---|
| 1  you continue to smoke for a period of time? | 1     Q. After you guys left the home in |
| 2     A. I did. Yes, I did. | 2  Germantown, where did you move next? |
| 3     Q. You said you ultimately quit in '93, | 3     A. The Bronx up on Kelly Street, and I |
| 4  '94? | 4  think it was White Plains, New York. |
| 5     A. Correct. | 5     Q. Do you recall what type of home that |
| 6     Q. Do you recall what month it might have | 6  was on Kelly Street? |
| 7  been? | 7     A. It was an apartment house. |
| 8     A. No, I couldn't. | 8     Q. Do you recall how long you lived in the |
| 9     Q. During the years that you were smoking, | 9  apartment on Kelly Street? |
| 10  when you were on different job sites that you | 10     A. I guess until 1951, '52. |
| 11  worked at, would there be other men that smoked | 11     Q. You would have been about 6 to 7 years |
| 12  there as well? | 12  old when you guys moved out of that place? |
| 13     A. Oh, yes. | 13     A. Yes. |
| 14     Q. And on the occasions that you tried to | 14     Q. During those 6 approximate years you |
| 15  quit up until you ultimately quit, did you ever | 15  lived there, do you recall construction or |
| 16  use any smoking aids to help you; gum, that | 16  improvements or renovations being done in that |
| 17  sort of thing? | 17  apartment? |
| 18     A. No. | 18     A. No, we didn't go out of the house |
| 19     Q. Okay. Again, since '93, '94 you | 19  during that time. |
| 20  haven't smoked again? | 20     Q. Do you know if you were exposed to |
| 21     A. No. | 21  asbestos in any way from the apartment on Kelly |
| 22     Q. I'm going to switch gears and talk to | 22  Street? |
| 23  you about the different places you lived during | 23     A. I couldn't tell you. |
| 24  the course of your lifetime. Okay? | 24     Q. Fair enough. Where did you move after |
| 25     A. Okay. | 25  Kelly Street? |

11 (Pages 38 to 41)

**Page 42**

1    A. Then we moved to Brooklyn.
2    Q. Do you recall where in Brooklyn you
3  moved?
4    A. Yes. 162 Maujer Street in Brooklyn.
5  Williamsburgs(sic) area.
6    Q. And what type of home was that on
7  Maujer Street?
8    A. Projects.
9    Q. Apartments then?
10   A. Yes.
11   Q. Do you recall how long you guys lived
12 on Maujer Street?
13   A. We moved out in '58 and went to Long
14 Island.
15   Q. So then about a 6 year period
16 approximately you lived there?
17   A. Yes.
18   Q. While you lived at the home on Maujer
19 Street, did you personally perform any
20 construction or improvements on that home?
21   A. No.
22   Q. Were you present when anybody else came
23 in to perform any work on that home?
24   A. No.
25   Q. Any reason to believe you would have

**Page 43**

1  been exposed to asbestos in any way from the
2  home on Maujer Street?
3    A. I couldn't tell you.
4    Q. I believe you said that then your
5  family moved out to Long Island?
6    A. Amityville.
7    Q. This would have been 1958?
8    A. Yes.
9    Q. How long did you guys live in
10 Amityville?
11   A. About 30 years.
12   Q. And how long did you personally stay in
13 Amityville?
14   A. About 30 years.
15   Q. Am I correct this would have been
16 encompassing your time in the reserves?
17   A. Yes.
18   Q. So we're going to talk about that
19 separate. Do you recall how long you lived
20 there before you entered the reserves?
21   A. I guess about 12, 13 years. We moved
22 out of Brooklyn in '58.
23   Q. And what year did you enter the
24 reserves?
25   A. '60 -- well it was '62. We didn't go

**Page 44**

1  on active duty until '63.
2    Q. So when you weren't on active duty you
3  were still living at home, correct?
4    A. Yes.
5    Q. From about '58 to '63 you would have
6  been living at this home in Amityville?
7    A. Yes.
8    Q. Do you recall the street address for
9  that home?
10   A. Grand Street and Morton Street. It was
11 across on the corner.
12   Q. Was this a single family home?
13   A. Yes, it was.
14   Q. And then you said you were on active
15 duty in the reserves beginning in '63?
16   A. Yes.
17   Q. How long were you on active duty for?
18   A. '65.
19   Q. When you got out of the reserves did
20 you come back to this house on Grand and Morton
21 Street?
22   A. Yes, I did.
23   Q. When you came back in '65, how long did
24 you continue to live at that home?
25   A. Got married in '65, so it wasn't --

**Page 45**

1  maybe 7, 8 months.
2    Q. So from '58 to '63 when you went on
3  active duty while you were living in Amityville,
4  did you personally perform any work or
5  construction on that home?
6    A. No, I didn't.
7    Q. While you were living in that home,
8  were you present when anybody else did any work
9  on that home?
10   A. No.
11   Q. When you came back out of the reserves
12 for those 7 to 8 months, did you personally
13 perform any renovations on that home?
14   A. No.
15   Q. Were you present when anybody else
16 performed any work on that home?
17   A. No, I wasn't.
18   Q. After you got married in '65 and moved
19 out, did you ever have occasion to live in that
20 specific home again in Amityville?
21   A. Yes, I did.
22   Q. Do you recall when you lived there
23 again?
24   A. I think it was in between marriages of
25 Gwendolyn and -- and Marjorie Young. No, I

12 (Pages 42 to 45)

**46**

1  stayed there several times. Hard to say. 19,
2  say, '88.
3      Q. When you went back there in '88, do you
4  recall how long you lived there?
5      A. About a year, year and a half.
6      Q. And when you lived there in 1988, on
7  that occasion did you perform any construction
8  or improvements on that home?
9      A. No, I didn't.
10     Q. Present when anybody else did any work
11 on the home on that occasion?
12     A. No.
13     Q. I understand you lived there on several
14 occasions. On any of the occasions that you
15 actually lived at this home, were you ever
16 present when anyone performed any construction
17 or improvements or personally ever perform any
18 construction or improvements on this home?
19     A. No.
20     Q. Aside from the years you were living
21 there, did you ever do any work on this home?
22     A. No.
23     Q. When you got married in '65, where did
24 you move to?
25     A. Right down the street, it was on the

**47**

1  same street, Morton Street.
2      Q. You moved to a different home in
3  Amityville?
4      A. Yes.
5      Q. And do you recall how long you lived at
6  that other home on Morton Street in Amityville?
7      A. 5 years.
8      Q. During the years that you lived at the
9  second home on Morton Street in Amityville, did
10 you personally perform any improvements on the
11 home?
12     A. No.
13     Q. Were you present when anybody else did
14 any work on that home?
15     A. No.
16     Q. Any reason to believe you would have
17 been exposed to asbestos in that home?
18     A. I couldn't tell you.
19     Q. After you left that second home on
20 Morton Street in Amityville, where did you move
21 next?
22     A. Next time would be Copiaque,
23 C-O-P-I-A-Q-U-E.
24     Q. And do you recall how long you lived in
25 the home in Copiaque?

**48**

1      A. I think that's about 7, 8 years.
2      Q. Was that a single family home?
3      A. Yes it was. I worked in that house.
4      Q. Okay. We'll start with you. Do you
5  recall a street in Copiaque that that was on?
6      A. Not offhand I don't.
7      Q. And when you say you did work on that
8  house, what type of work did you do?
9      A. I did a lot of work; put up aluminum
10 siding, put windows in, put skylights in.
11     Q. And did you do all of this work at one
12 time or was it spread out over a number of
13 years?
14     A. Spread out over a couple of years.
15     Q. With respect to the work that you did
16 putting in the windows, do you believe that work
17 would have caused you to be exposed to asbestos?
18     A. Working with the shingles, yes.
19     Q. When you say working with the shingles,
20 was that in connection with the windows or in
21 connection with the siding?
22     A. See, both of was -- it was shingles at
23 first, before I put the siding on.
24     Q. These would have been shingles on the
25 outside of the home?

**49**

1      A. Right.
2      Q. And these were shingles that were
3  already on the home when you got there?
4      A. Correct.
5      Q. Do you have any idea who manufactured
6  any of those shingles?
7      A. I couldn't tell you.
8      Q. And did you ever have to replace any of
9  those shingles with other shingles before you
10 put on the siding?
11     A. No. No.
12     Q. Other than the shingles, any other ways
13 that you believe you may have been exposed to
14 asbestos in connection with the window work?
15     A. Well, I had to enlarge a couple of
16 windows and at that time I was busting them off
17 and cutting into them with a saw.
18     Q. With respect to that work that you did
19 to enlarge the windows, how do you believe that
20 might have caused you to be exposed to asbestos?
21     A. Using a Sawzall or cutting into it,
22 working right up close to it.
23     Q. When you say working up close to it,
24 what exactly were you working up close to?
25     A. When I was cutting, I was looking at

13 (Pages 46 to 49)

**Page 50**

1  the line as I was using the saw; my cutting
2  line.
3      Q. Other than shingles, was there any
4  other product or material that you were cutting
5  that you believe would have caused you to be
6  exposed to asbestos?
7      A. Not then, no.
8      Q. You also mentioned on this home you did
9  some skylight work.
10     A. I put in a couple of skylight windows.
11     Q. Do you recall any work you did putting
12 in the skylights that would have caused you to
13 be exposed to asbestos?
14     A. No.
15     Q. You also mentioned you replaced the
16 shingles outside with aluminum siding.
17     A. Right.
18     Q. Other than the shingles that we already
19 talked about, do you believe you would have been
20 exposed to asbestos in any other way from that
21 siding work?
22     A. From the house?
23     Q. Yes.
24     A. No.
25     Q. After you left the home in Copiaque,

**Page 51**

1  where did you move next?
2      A. I was in the same town but it was about
3  three blocks over. I think it was William
4  Street. I'm not sure.
5      Q. In between the two homes in Copiaque,
6  did you live anywhere else?
7      A. No, not in Copiaque.
8      Q. In between the first time you lived in
9  Copiaque and the next house that you lived in
10 Copiaque, did you live at any other locations?
11     A. No.
12     Q. The second home in Copiaque that you
13 lived in, do you recall what street that was on?
14     A. It was William but -- I'm pretty sure
15 it was William Street.
16     Q. And this home on William Street, was it
17 a single family home?
18     A. Yes, it was.
19     Q. Do you recall what years you lived at
20 that home?
21     A. I was there with my second wife.
22 Probably '73, somewhere around there, I'm not --
23     Q. Okay. This second home in Copiaque, do
24 you recall how long you lived there?
25     A. Until -- what was it? I think about 3

**Page 52**

1  years, 3 to 4 years.
2      Q. While you lived at that second home in
3  Copiaque, did you have occasion to do any
4  construction on that house?
5      A. No, I did no work on that house.
6      Q. Any way you would have been exposed to
7  asbestos in that house?
8      A. I couldn't tell you.
9      Q. After that second home in Copiaque,
10 where did you move next?
11     A. Dix Hills.
12     Q. And do you recall the street address
13 for the home in Dix Hills?
14     A. It was -- not offhand. I'll have to
15 come back to that.
16     Q. Was that a single family home?
17     A. Yes.
18     Q. Do you recall how long you lived at
19 that home?
20     A. I guess for about 7, 8 years.
21     Q. And during the years that you lived at
22 the home in Dix Hills, did you ever do any
23 construction or improvements on that home?
24     A. No. One thing, a porch, that's all I
25 worked on was a porch at the house.

**Page 53**

1      MS. MARCUS: A porch?
2      THE WITNESS: Second floor porch.
3  BY MR. RIZVI:
4      Q. With respect to the work that you did
5  on the porch on the outside of the house, do you
6  believe any of that work would have caused you
7  to be exposed to asbestos?
8      A. No.
9      Q. And were you present when anybody else
10 ever did any work on that house in Dix Hills?
11     A. No.
12     Q. Any reason to believe you were exposed
13 in any way to asbestos from the home in Dix
14 Hills?
15     A. No.
16     Q. Where did you move after Dix Hills?
17     A. From Dix Hills, that's when I went back
18 home for a while, back to Amityville.
19     Q. And when you say you went back home to
20 Amityville --
21     A. My mother's house.
22     Q. The first house on Grand and Morton
23 that we talked about?
24     A. Yes.
25     Q. Do you recall how long you lived there

14 (Pages 50 to 53)

**54**

1   on that occasion?
2      A. For about maybe -- couple years, maybe
3   2 years.
4      Q. Again, we've already talked about that
5   you didn't do any work on this home, correct?
6      A. No. No.
7      Q. So where did you move after you left
8   your mom's home?
9      A. I came down here in 1990.
10     Q. When you say down here, that was
11  Virginia?
12     A. Virginia Beach.
13     Q. When you first moved down to Virginia
14  Beach, do you recall where you lived?
15     A. It was right off Virginia Beach
16  Boulevard. I can't think of the streets right
17  now, though.
18     Q. Do you recall what type of home it was
19  in Virginia Beach?
20     A. Apartment house.
21     Q. Apartment. When you moved in 1990, how
22  long did you continue to live at that apartment
23  in Virginia Beach?
24     A. Until about maybe '92.
25     Q. During the 2 years that you lived at

**55**

1   that first apartment in Virginia Beach, did you
2   do any construction or improvements on the home?
3      A. No.
4      Q. Were you present when anybody else did
5   any work on the home?
6      A. No.
7      Q. Any reason to believe you would have
8   been exposed to asbestos from that home?
9      A. No.
10     Q. Where did you move after that first
11  apartment in Virginia Beach?
12     A. Holland Road in Virginia Beach.
13     Q. What type of house was that on Holland
14  Road?
15     A. Apartment complex.
16     Q. And how long did you live at the second
17  apartment complex at Virginia Beach?
18     A. Just about a year before I got married
19  again.
20     Q. For the year that you lived at the
21  Holland Road, were up present when anybody else
22  did any work on the home?
23     A. No.
24     Q. Any reason to believe you were exposed
25  to any asbestos when you were in the home on

**56**

1   Holland Road?
2      A. No, not that I of, no.
3      Q. Then you got married?
4      A. Yes. I can't think of the street.
5   It's still in Virginia Beach, further out there.
6      Q. Okay. I understand you can't think of
7   the street. Was this another apartment?
8      A. Yes.
9      Q. Okay. And how long did you live on
10  this -- in this third apartment in Virginia
11  Beach?
12     A. A couple years.
13     Q. With respect to the third apartment,
14  did you do any construction or improvements --
15     A. No.
16     Q. Present when anybody else did any work?
17     A. No.
18     Q. Any reason to believe you were exposed
19  to asbestos from that third apartment?
20     A. I don't know. I couldn't say.
21     Q. Where did you move next?
22     A. I'll have to come back to that one.
23     Q. Okay. Did you have another residence
24  in Virginia Beach or did you move somewhere
25  else?

**57**

1      A. I moved somewhere else but --
2      Q. Did you ever have occasion to live in
3   Franklin, Virginia?
4      A. Yes.
5      Q. Is that where you moved to after
6   Virginia Beach?
7      A. No, it was -- the last apartment was
8   Atlantis Apartment I moved to in Virginia Beach
9      Q. So this would have been the fourth
10  apartment that you lived in in Virginia Beach?
11     A. Yes.
12     Q. Do you recall how long you lived there?
13     A. I guess I'd say about 5 years before we
14  moved down here.
15     Q. For the 5 years or so that you lived at
16  the Atlantis Apartments in Virginia Beach, did
17  you do any construction or improvements?
18     A. No. No.
19     Q. Present when anybody else did any work?
20     A. No.
21     Q. Any reason to believe you were exposed
22  to asbestos from the Atlantis Apartments?
23     A. No.
24     Q. After the Atlantis Apartments, where
25  did you move?

15 (Pages 54 to 57)

| 58 |
|---|
| 1    A. Franklin. |
| 2    Q. Do you recall the address or the |
| 3 street? |
| 4    A. 807 Pretlow Street. |
| 5    Q. How long did you live at 807 Pretlow |
| 6 Street? |
| 7    A. Approximately about 8 to 9 years. |
| 8    Q. And was that a single family home? |
| 9    A. Yes, it was. |
| 10    Q. And for the 8 to 9 years that you lived |
| 11 at 807 Pretlow Street, did you do any |
| 12 construction or improvements on the home? |
| 13    A. I re-did the garage. |
| 14    Q. Do you believe any of the work you did |
| 15 in re-doing the garage would have exposed you to |
| 16 asbestos? |
| 17    A. No, I don't. |
| 18    Q. Other than the garage, did you do any |
| 19 of the work on that home yourself? |
| 20    A. No, I had an addition put on but I |
| 21 didn't do it. |
| 22    Q. You hired somebody to do the addition |
| 23 work? |
| 24    A. Yes. |
| 25    Q. Were you exposed to asbestos from any |

| 59 |
|---|
| 1 work that the guys who were putting the addition |
| 2 on? |
| 3    A. No, I couldn't say. |
| 4    Q. With respect to the home at 807 |
| 5 Pretlow, any reason to believe you were exposed |
| 6 to asbestos from that home in any way? |
| 7    A. Could have been because that house was |
| 8 an old house. |
| 9    Q. Any specific product or material that |
| 10 you believe you would have -- |
| 11    A. Floor tile, had shingles on it. It was |
| 12 covered up with vinyl siding, though. That's |
| 13 the -- that was about it on that house. |
| 14    Q. You said several products. You said |
| 15 floor tile. Where specifically was the floor |
| 16 tile located in the home? |
| 17    A. In the kitchen. Bathroom. |
| 18    Q. And during the years you lived at this |
| 19 home, did you have occasion to disturb that |
| 20 floor tile? |
| 21    A. Yes, I did. |
| 22    Q. What specifically did you do? |
| 23    A. I pulled it up and replaced it with new |
| 24 stuff. |
| 25    Q. Did you do this work in the kitchen, |

| 60 |
|---|
| 1 the bathroom or both? |
| 2    A. Both. |
| 3    Q. Do you recall what year you did that |
| 4 work? |
| 5    A. I guess it was somewhere around '93. |
| 6    Q. I want to make sure. You said '93? |
| 7    A. Around '93. |
| 8    Q. You told me that you first moved down |
| 9 here in 1990 and then you told me about a number |
| 10 of apartments. Would it have been 2003? |
| 11    A. 2003. |
| 12    Q. I wanted to make sure we're clear on |
| 13 the record. When you did this work in 2003, did |
| 14 anybody help you? |
| 15    A. No. |
| 16    Q. Floor tile that you pulled up, this was |
| 17 already pre-existing, correct? |
| 18    A. Yes. |
| 19    Q. And would you have any way of knowing |
| 20 who manufactured any of that floor tile? |
| 21    A. I couldn't say offhand, no. Just old, |
| 22 worn out. |
| 23    Q. Do you recall how long it took you to |
| 24 do that work, to remove the existing floor tile? |
| 25    A. Day or two. |

| 61 |
|---|
| 1    Q. And was that a day or two total for |
| 2 both the kitchen and the bathroom? |
| 3    A. I'd say about the same, yes. |
| 4    Q. With respect to the new product that |
| 5 you put down, did you install new floor tile? |
| 6    A. Yes. |
| 7    Q. Any reason to believe the new floor |
| 8 tile would have caused you to be exposed to |
| 9 asbestos? |
| 10    A. No. |
| 11    Q. You also mentioned that there was some |
| 12 shingles that were covered with vinyl siding. |
| 13    A. Yes. |
| 14    Q. Those were on the outside of the house? |
| 15    A. Yes. |
| 16    Q. While you lived at this home, did you |
| 17 ever have occasion to disturb those shingles? |
| 18    A. No. On the garage had some, excuse me |
| 19 and I covered that up with T-111. |
| 20    Q. Excuse my ignorance. What's T-111? |
| 21    A. That's a grade of wood. |
| 22    Q. Apart from covering up the shingles on |
| 23 the garage, did you have to remove or take off |
| 24 any of those? |
| 25    A. No. |

16 (Pages 58 to 61)

**Page 62**

1    Q. Again, those shingles were pre-existing
2  on the house?
3    A. Yes.
4    Q. Any way of knowing who manufactured
5  those shingles?
6    A. No.
7    Q. Other than the floor tile and the
8  shingles, any other types of products in
9  connection with the 807 Pretlow Street that
10  caused you to be exposed to asbestos?
11    A. No, all the work was done. I busted my
12  kneecap and couldn't bend no more with my knees.
13    Q. And was 807 Pretlow the last address
14  you lived at, up until you moved to your present
15  home?
16    A. Yes.
17    Q. I think you told us at the very start
18  that you presently live at 28467 Westbrook
19  Street?
20    A. Yes.
21    Q. That's in Newsoms?
22    A. Yes.
23    Q. What type of home is that?
24    A. Single family.
25    Q. And how long have you lived at that

**Page 63**

1  home?
2    A. Approximately, I'd say about a year.
3    Q. In the year that you've lived in that
4  home on Westbrook Street, have you had any
5  occasion to do any work on the home?
6    A. No, I retired from working on the home.
7    Q. Fair enough. Have you had anybody else
8  come in and work on the home?
9    A. Yes, it's been painted.
10    Q. Anything other than painting?
11    A. No.
12    Q. Any reason to believe you've been
13  exposed to asbestos in any way from the home on
14  Westbrook Street?
15    A. No.
16    Q. At this point have we talked about all
17  the different places you've lived in your
18  lifetime other than your time on active duty in
19  the reserves?
20    A. As far as I can remember.
21    Q. We talked about --
22    A. It's a lot.
23    Q. Have we talked about all the different
24  types of products and materials you believe
25  might have caused you to be exposed to asbestos

**Page 64**

1  in any of the homes you've lived in?
2    A. Yes.
3    Q. We've been going a little over an hour,
4  why don't we take a break.
5      (Recess taken, 1:27 PM to 1:38 PM.)
6  BY MR. RIZVI:
7    Q. All right. Mr. Fordham, we're back on
8  the record and continuing with your deposition.
9    A. Okay.
10    Q. And I'd like to switch gears and ask
11  you questions about your educational background.
12  Okay?
13    A. Yes.
14    Q. What was the highest level of education
15  you completed?
16    A. I went up to the 10th grade.
17    Q. Where did you complete the 10th grade?
18    A. Amityville?
19    Q. Amityville High School?
20    A. Yes.
21    Q. Do you recall what year you finished
22  10th grade?
23    A. I believe it was 1960.
24    Q. And during the course of your time in
25  high school, did you ever have any sort of shop

**Page 65**

1  classes or anything like that?
2    A. Metal shop. Wood shop.
3    Q. With respect to any of the time you
4  spent in metal shop, do you believe you were
5  exposed to asbestos in any way?
6    A. I couldn't tell you.
7    Q. With respect to time you spent in wood
8  shop, do you believe you were exposed to
9  asbestos in any way?
10    A. No, not around wood.
11    Q. With respect to any of the time that
12  you spent at Amityville High School, any reason
13  to believe you were exposed to asbestos?
14    A. No.
15    Q. After you left high school in 10th
16  grade, did you ever have occasion to go back for
17  any formal education or training?
18    A. Years ago I went to tig welding at the
19  college in Farmingdale.
20    Q. You said you did that at Farmingdale?
21    A. Um-hmm.
22    Q. Yes?
23    A. Yes.
24    Q. I should have given you that at the
25  beginning. Unfortunately when you say unh-unh

17 (Pages 62 to 65)

| 66 | 68 |
|---|---|
| 1  or um-hmm it shows up the same when she types it | 1  Q. One day would be classroom, next day |
| 2  up, so it's got to be yes or no.  Do you recall | 2  hands on? |
| 3  what year or years you took the tig welding | 3  A. Right. |
| 4  course at Farmingdale? | 4  Q. With respect to any of the hands on |
| 5  A. It's so long I couldn't really tell | 5  class or -- classroom, do you have any reason to |
| 6  you.  I couldn't even guess. | 6  believe that would have exposed you to asbestos? |
| 7  Q. Was it after you got out of the | 7  A. Yes. |
| 8  reserves? | 8  Q. I want to be sure you understood my |
| 9  A. Well, Navy I went to school in the | 9  question.  Classroom portion only. |
| 10  Great Lakes. | 10  A. Not the classroom, no.  Shop. |
| 11  Q. I'm going to talk to you about your | 11  Q. You do believe you would have been |
| 12  entire Navy experience.  But with respect to the | 12  exposed to asbestos from the hands on training? |
| 13  tig welding in Farmingdale, was that after you | 13  A. Yes. |
| 14  got out of the reserves? | 14  Q. You said this was done in the shop? |
| 15  A. Oh yes, I was at LILCO then. | 15  A. Yes. |
| 16  Q. I missed that. | 16  Q. Was there a shop located at the |
| 17  A. I was working for LILCO then. | 17  Farmingdale campus? |
| 18  Q. Did LILCO send you to take the tig | 18  A. Yes. |
| 19  welding course? | 19  Q. And where was it, in one particular |
| 20  A. Yes. | 20  building that the shop was located in? |
| 21  Q. Do you recall how long you'd been | 21  A. Yes. |
| 22  working for LILCO before they sent you to that | 22  Q. Do you recall the name of the building? |
| 23  course? | 23  A. No, I couldn't. |
| 24  A. Maybe about 3, 4 years.  It was at | 24  Q. Do you recall how large the shop was? |
| 25  night. | 25  A. Pretty good size shop.  Maybe 75 by a |

| 67 | 69 |
|---|---|
| 1  Q. Do you recall how long you were taking | 1  hundred or something like that. |
| 2  that course? | 2  Q. Was it one story? |
| 3  A. Maybe a couple of months. | 3  A. Yes. |
| 4  Q. Was the course every night? | 4  Q. And while you were attending this tig |
| 5  A. No. | 5  welding course, how many other people were |
| 6  Q. How frequently was it? | 6  attending the course with you at the same time? |
| 7  A. Maybe about 3 nights out of the week. | 7  A. I guess. |
| 8  Q. And was the course that you did in | 8  MS. MARCUS:  Don't guess. |
| 9  Farmingdale, was that a classroom based course, | 9  THE WITNESS:  I'm going to say about 10 |
| 10  hands on course, or combination? | 10  of us from LILCO at that time. |
| 11  A. Combination. | 11  BY MR. RIZVI: |
| 12  Q. And we're going to get into this work | 12  Q. And other than the 10 of you from |
| 13  history.  What year did you start working for | 13  LILCO, was anyone else attending the course? |
| 14  LILCO? | 14  A. There was from the outside, too. |
| 15  A. 1969. | 15  Q. I'm sorry.  Did you know the names of |
| 16  Q. So would -- | 16  any of the guys that attended the course with |
| 17  A. August. | 17  you other than from LILCO? |
| 18  Q. Would it be fair to say you would have | 18  A. No. |
| 19  been taking this course in the early 1970s? | 19  Q. Do you recall the names of any of your |
| 20  A. Yes. | 20  LILCO co-workers that attended the course with |
| 21  Q. And was it classroom and hands on every | 21  you? |
| 22  single class or was it one setting for classroom | 22  A. Yes, I could.  Clint Gordon, Bob |
| 23  and next time you'd go hands on or something | 23  Shelhorn.  Let's see.  Willie Robertson.  That's |
| 24  else? | 24  all I can remember right now.  There was more. |
| 25  A. Yes, exactly what you described. | 25  Q. If anybody else comes to mind, you can |

18 (Pages 66 to 69)

**70**

1    let me know.
2        A.  Okay.
3        Q.  Is Mr. Gordon still living?
4        A.  Yes.
5        Q.  Do you know where he lives?
6        A.  Not offhand.
7        Q.  Do you know how his health is?
8        A.  No.  I know he still works for the same
9    company.
10        Q.  He's still with LILCO?
11        A.  Yes.  Well, they changed the name.  I
12    don't know what it is.
13        Q.  Do you know if Mr. Gordon has ever been
14    diagnosed with any asbestos related illness?
15        A.  I couldn't tell you.
16        Q.  I think the second name was Bob
17    Johanne?
18        A.  Shellhorn.  S-H-E-L-L-H-O-R-N.
19        Q.  And is Mr. Shellhorn still working --
20    or I'm sorry, is he still living?
21        A.  As far as I know, he is.
22        Q.  Do you know where he lives?
23        A.  No.
24        Q.  Do you know how his health is today?
25        A.  No, I couldn't tell you.

**71**

1        Q.  And Mr. Robertson, is he still living?
2        A.  Yes.
3        Q.  Do you know where he lives?
4        A.  Used to be Westbury, but I don't know
5    if he moved or what.
6        Q.  Do you know how his health is?
7        A.  No.
8        Q.  You said that there was 10 of you
9    approximately from LILCO and some others taking
10    this course.
11        A.  Right.
12        Q.  In total, counting the LILCO guys and
13    anybody outside, do you recall how large the
14    group was?
15        A.  No more than 15 people.
16        Q.  And do you recall the names of any of
17    your instructors of the course?
18        A.  Yes.  William Page.
19        Q.  Page?
20        A.  P-A-G-E.
21        Q.  And is Mr. Page also a LILCO employee?
22        A.  No, no, he worked for Grumman's,
23    aircraft worker.
24        Q.  Do you know if Mr. Page is still alive?
25        A.  No, I don't think he's still alive.

**72**

1        Q.  After you left that course, did you
2    ever have occasion to talk to Mr. Page again?
3        A.  No.
4        Q.  Hands on component that you were doing
5    in the shop, what type of work would you be
6    doing in the shop hands on?
7        A.  Just hands on would be tigging pipe.
8        Q.  Just for the purpose of the record,
9    what type of welding is tigging?
10        A.  Tigging is -- it's something like
11    welding.  It's the same as welding, but we use a
12    shield form of gas.
13        Q.  While you were doing the hands on
14    component in the shop, did you do this tigging
15    work on anything other than pipe?
16        A.  Basically pipe.
17        Q.  And the hands on component, how many
18    hours was the course in the shop?
19        A.  Are you saying about every day, how
20    long?
21        Q.  Yes.
22        A.  Maybe 3 hours at the most.
23        Q.  Okay.  With respect to the work that
24    you did, tigging work in the shop, how do you
25    believe you were exposed to asbestos?

**73**

1        A.  Well, the tigging lines were wrapped in
2    asbestos blanket which we didn't know at the
3    time that it was bad for you.  And your gloves.
4        Q.  When you say the tigging lines, was
5    that the pipe itself?
6        A.  Yes.  No, not the pipe, that's when you
7    tig torch, it was wrapped to protect it from the
8    heat.
9        Q.  These asbestos blankets that were on
10    the tigging lines, do you know who manufactured
11    those blankets?
12        A.  Arco.
13        DEFENSE COUNSEL:  Could I have that
14    answer read back, please?
15        THE WITNESS:  Arco.
16    BY MR. RIZVI:
17        Q.  You also mentioned that you used some
18    gloves in connection with this welding work?
19        A.  Yes.
20        Q.  These were gloves that you wore while
21    you did the tigging?
22        A.  You use one.  You didn't need both.
23        Q.  And did the school provide you the
24    gloves you used?
25        A.  Yes, they did.

19 (Pages 70 to 73)

**74**

1     Q. And do you know who manufactured any of
2 the gloves you used to do that work?
3     A. No.
4     Q. Other than gloves while you were doing
5 the tigging work in the school, did you have to
6 wear any other sort of protective equipment?
7     A. Gloves and shield is all.
8     Q. That would have a face shield?
9     A. Yes.
10    Q. Other than the blankets and the gloves,
11 any other products or materials that you believe
12 would have caused you to be exposed to asbestos
13 while working on these tigging lines?
14    A. No.
15    Q. Was any of the welding you did at the
16 Farmingdale shop, did any of it involve welding
17 rods?
18    A. No, all tig.
19    Q. All tig. With respect to the time in
20 the class at Farmingdale, learning how to do the
21 tig welding, have we talked about all the ways
22 you believe you may have been exposed to
23 asbestos?
24    A. During that time, yes.
25    Q. Just from the classes, that's all I'm

**75**

1 talking.
2     A. That's the only time.
3     Q. And we talked about all the products
4 that would have caused you to be exposed to
5 asbestos from the tigging shop course?
6     A. Yes.
7     Q. Other than the course that you took for
8 tig welding, did you ever have any educational
9 courses or vocational courses?
10    A. Later on we had to qualify for nuclear
11 power welding.
12    Q. Do you recall what year you had to take
13 courses to qualify for nuclear?
14    A. Offhand, I think it was '86 -- all
15 right. '87. I want to make a comment about
16 that.
17    Q. Sure.
18    A. I believe it was in '86, '87 we went
19 for asbestos school, that's what we went back
20 for then, and they told us the correct way to
21 handle it.
22    Q. I want to talk to you about that in
23 just a moment. I want to jump back for one
24 second. Could you spell for me the manufacturer
25 of the blankets that you identified before?

**76**

1     A. A-R-C-O.
2     Q. Now, did you do the course work for the
3 nuclear training before you went to the asbestos
4 school, or was it the same time or something
5 else?
6     A. It was afterwards, I believe.
7     Q. Okay. So you would have done the
8 asbestos school first?
9     A. Yes. Now I'm assuming it was '86 or
10 '87 that we went to school for the asbestos
11 training.
12    Q. And did LILCO send you for that
13 training?
14    A. Yes.
15    Q. Where did they send you for that
16 training?
17       MS. MARCUS: We're talking about the
18 asbestos?
19 BY MR. RIZVI:
20    Q. Asbestos, yes.
21    A. Let's see. I think it was at
22 Hauppauge.
23    Q. Was this a private institution, a
24 college like the Farmingdale thing, or something
25 else?

**77**

1     A. Private institution.
2     Q. Do you recall how many classes you
3 attended for this asbestos school training?
4     A. I believe it was about 2 weeks.
5     Q. Was it every day for 2 weeks?
6     A. Could have been a week. Every day
7 though, it was an every day course.
8     Q. Do you recall how many hours a days you
9 would go to that course?
10    A. It was all day.
11    Q. Do you recall how many other employees
12 were with you?
13    A. During that time it was maybe about 20
14 at the time.
15    Q. And were there -- was there anybody
16 else other than LILCO employees at this
17 training?
18    A. No.
19    Q. Do you recall the names of any of the
20 other employees who went to this training with
21 you?
22    A. Clint Gordon, Shellhorn, foremans(sic).
23    Q. We've already talked about Mr. Gordon
24 and Shellhorn, correct?
25    A. Yes.

20 (Pages 74 to 77)

---

**78**

1  Q. Do you recall the names of the -- of
2  any of the foremen that attended this asbestos
3  school training with you?
4  A. Tony Rich. Joe Rizzo. I can't recall
5  any more right now.
6  Q. That's fine. Is Mr. Rich still alive?
7  A. I don't know. Rizzo's deceased.
8  Q. Do you know when Mr. Rizzo passed away?
9  A. No.
10  Q. Do you know what the cause of his
11  passing was?
12  A. No, I just heard that he passed.
13  Q. And with respect to this training that
14  you underwent for about 2 weeks full days, was
15  this classroom training, hands on training or
16  both?
17  A. Both.
18  Q. Do you believe you were exposed to
19  asbestos in any way from the classroom
20  component?
21  A. No.
22  Q. Do you believe you were exposed to
23  asbestos in any way from the hands on component?
24  A. No, not in class, no.
25  Q. What was the hands on component; what

**79**

1  did they have you doing?
2  A. They showed us how to cap a -- how to
3  completely cap --
4  MS. MARCUS: Encapsulate?
5  THE WITNESS: Encapsulate. And stuff
6  we never knew about. And after you finished
7  handling asbestos, then you go out and take a
8  cold shower and change clothes and leave your
9  old clothes back at the work station, and have a
10  new set of clothes when you go to the outside of
11  this place. This is the only time that we knew
12  this.
13  BY MR. RIZVI:
14  Q. This is the first time that the company
15  had --
16  A. Educated us to this point, yes.
17  Q. And if I understood you correctly, you
18  don't believe you were exposed to asbestos from
19  this training?
20  A. No. I believe we wasn't working with
21  asbestos, they was just teaching us how to
22  handle it.
23  Q. I understand. While you attended this
24  training, did you receive any sort of
25  documentation or materials or anything like

**80**

1  that?
2  A. I think there was documents, yes.
3  Q. I'm sorry, that was a poor question.
4  Did they give you any sort of information
5  packets about that to bring home with you?
6  A. They probably did, I couldn't remember.
7  Q. I understand if you don't. But do you
8  have any of those packets still?
9  A. No, no.
10  Q. And after you completed that training,
11  did you receive any sort of certificate?
12  A. Yes, we did.
13  Q. Do you have a copy of that certificate?
14  A. No, I mean -- no, it was on a file
15  so --
16  Q. And I think you mentioned that after
17  this you also underwent training to qualify for
18  nuclear power welding?
19  A. Yes.
20  Q. Do you recall what year or years you
21  qualified for that?
22  A. I believe around '87 to '88.
23  Q. And do you recall where you went to
24  take courses for the nuclear?
25  A. In Hauppauge.

**81**

1  Q. Was it the same facility you went to
2  the asbestos school?
3  A. No. This was owned by the company.
4  Q. By the company. You mean LILCO?
5  A. Yes.
6  Q. Do you recall how long you took these
7  courses for nuclear?
8  A. That course took maybe 2 months.
9  Q. Was this classroom training, hands on
10  training, or both?
11  A. Both.
12  Q. Any reason to believe you would have
13  been exposed to asbestos in any way from the
14  classroom training?
15  A. No.
16  Q. What did the hands on training for the
17  nuclear component entail; what did you have to
18  do?
19  A. See, I was a welder originally, I knew
20  how to weld, so it was just a different
21  position. Instead of a 90, it was a 45.
22  Q. When you say instead of a 90 it was a
23  45, what exactly are you referring to?
24  A. 45 angle.
25  Q. Degree?

21 (Pages 78 to 81)

**82**

1    A. Yes.

2    Q. Did the materials or products that you

3 used to do nuclear welding, did that change from

4 the regular welding or anything like that?

5    A. Well, we went to heavy duty pipe from

6 thin pipe, to the three-sixteenths to maybe one

7 inch.

8    Q. When you were doing this hands on

9 training at the school, do you believe you were

10 exposed to asbestos in any way for the nuclear?

11    A. No. At that time we knew everything

12 about, you know, what asbestos was all about.

13 And the school was -- I don't think they had

14 anything of asbestos in there at that time, but

15 my earlier school that I had about welding,

16 there was plenty of asbestos in there.

17    MS. MARCUS: Let him ask you the

18 questions.

19    THE WITNESS: Okay.

20 BY MR. RIZVI:

21    Q. And just so the record is clear, we

22 talked about the earlier school, correct? Was

23 that the one when you first went in for the tig

24 welding?

25    A. No, the company welding. I passed

**83**

1 that. I jumped over that.

2    Q. A moment ago you said that when you

3 went to your earlier school there was plenty of

4 asbestos there. Was that the tig welding course

5 that we already talked about?

6    A. No. No.

7    Q. Okay. So there's another welding

8 course that you did that we haven't talked

9 about?

10    A. Right.

11    Q. Okay. Let me finish out here and we'll

12 go back. If I understood you correctly when you

13 did this nuclear welding school in '87, '88, you

14 don't believe you were exposed to asbestos then?

15    A. No.

16    Q. All right. The course that you just

17 mentioned, was this a course you did even before

18 the tig welding course?

19    A. Yes.

20    Q. When did you do this very first welding

21 course?

22    A. I guess around '71, '72. It was in

23 Glenwood gas plant. It was filled with

24 asbestos.

25    MS. MARCUS: Let him ask you the

**84**

1 questions.

2    THE WITNESS: Okay.

3 BY MR. RIZVI:

4    Q. Now, the course itself was located in

5 the Glenwood gas building?

6    A. Yes.

7    Q. Were you working for LILCO at this

8 time?

9    A. Yes.

10    Q. Was this a LILCO property?

11    A. Yes.

12    Q. This course in the Glenwood gas

13 building, was this also a course that you were

14 doing at nighttime while you worked full time?

15    A. No.

16    Q. So did you go to this course full time?

17    A. During the day.

18    Q. Were you working at night then?

19    A. No.

20    Q. How long did you attend the course at

21 Glenwood gas building?

22    A. I think that was about 2 weeks.

23    Q. And do you recall how many other people

24 were with you in this course?

25    A. I think maybe about 8.

**85**

1    Q. Were all 8 of you LILCO guys?

2    A. Yes.

3    Q. Do you recall the names of any of the

4 other guys that attended the course with you at

5 the Glenwood gas building?

6    A. Not offhand, but I'll come back to it.

7    Q. If you think of any let me know. This

8 course that you were doing in the Glenwood gas

9 building, was that classroom, hands on, or both?

10    A. Both.

11    Q. Did they have a classroom in the gas

12 building?

13    A. It was a gas building, it wasn't used

14 anymore.

15    Q. So when you guys were doing this course

16 for those 2 weeks, the building was no longer

17 operational?

18    A. No.

19    Q. From any of the work that you did in

20 the classroom component at Glenwood, any reason

21 to believe the classroom work would have exposed

22 you to asbestos?

23    A. Yes.

24    Q. What about the classroom work do you

25 believe would have caused you to be exposed to

22 (Pages 82 to 85)

**86**

1  asbestos?
2      A.  Not the classroom, it's hard to say,
3  because it was in the same building.  Above us
4  was asbestos.
5      Q.  Was there an area in the Glenwood gas
6  building that was designated for the classroom
7  portion of the work?
8      A.  No.
9      Q.  How large was this Glenwood gas
10  building?  Was this one structure we're talking
11  about?
12      A.  Yes.
13      Q.  How big a structure?
14      A.  I'd say bigger -- no bigger than a two
15  car garage.  I couldn't say offhand how big it
16  was.  It was just a big room.  I can't remember.
17      Q.  Were there multi stories or one story?
18      A.  One story.
19      Q.  A moment ago you told me there was
20  asbestos overhead.
21      A.  Oh, yes.
22      Q.  What specifically was overhead that you
23  believe was asbestos containing?
24      A.  Old valves and stuff like that.  And
25  pipelines.

**87**

1      Q.  While you attended this course for
2  those 2 weeks, did you ever have occasion to
3  work on those pipelines?
4      A.  No.
5      Q.  Did you ever have occasion to work on
6  any valves in that building?
7      A.  No.
8      Q.  With respect to any of these pipelines,
9  were these covered?
10      A.  No, they were exposed, they weren't
11  encapsulated.
12      Q.  When you say they weren't encapsulated,
13  were the lines themselves, were they insulated?
14      A.  Yes, they were insulated.
15      Q.  And this insulation was on those lines
16  before you got there, correct?
17      A.  Right.
18      Q.  Any way of knowing the manufacturer of
19  any of that insulation?
20      A.  During that time, it was
21  Johns-Manville, at least I can recall on that, I
22  seen the writing.
23      Q.  Other than the insulation that was
24  above head, did you personally work with any
25  other asbestos containing materials or products

**88**

1  while you were in this course at the Glenwood
2  gas building?
3      A.  Not during school, no.
4      Q.  What type of hands on training did you
5  receive at the Glenwood gas building?
6      A.  Basically just welding.
7      Q.  With respect to any of the hands on
8  component of the welding training that you
9  received at Glenwood gas building, do you
10  believe any of that work would have caused you
11  to be exposed to asbestos?
12      A.  No.
13      Q.  Mr. Fordham, have we talked about all
14  the different types of vocational training that
15  you've had throughout your entire career other
16  than your time in the Navy?
17      A.  Right, as far as I can recall.
18      Q.  Have we talked about all the different
19  types of products and materials that you believe
20  might have caused you to be exposed to asbestos
21  during the course of any of the training that
22  you had other than your time in the Navy?
23      A.  No, we haven't talked about that.  I
24  didn't understand the question.
25      Q.  I'll ask it again.  Any time you don't

**89**

1  understand my question, let me know.  We're
2  going to go to the Navy next.  Other than your
3  time in the Navy, have we talked about all the
4  different trainings you had and all the products
5  you believe may have caused you to be exposed to
6  asbestos from the training?
7      A.  Yes.
8      Q.  Let's switch gears and talk to you
9  about your time in the Navy.  Are you ready to
10  keep going or want a short break?
11      MS. MARCUS:  I would suggest just five
12  minutes.
13      (Recess at 2:10-2:20 PM.)
14  BY MR. RIZVI:
15      Q.  We're going to continue with the
16  deposition after a short break, Mr. Fordham, and
17  I'll talk to you about your time in the
18  military.
19      A.  Okay.
20      Q.  Have you ever served in the United
21  States military?
22      A.  Yes I have.
23      Q.  What branch have you served?
24      A.  United States Navy.
25      Q.  Okay.  And when did you enter the Navy?

23 (Pages 86 to 89)

**90**

1    A. '61.
2    Q. And when you entered in '61, was that
3  active duty or the reserves?
4    A. Reserves.
5    Q. And did you voluntarily sign up for
6  reserves?
7    A. Yes.
8    Q. Do you recall where you signed up?
9    A. Freeport, Long Island.
10   Q. And after you initially signed up, do
11  you recall how long it was before you were
12  called in for basic?
13   A. '63.
14   Q. So it's clear, in '61 to '63, did you
15  have any sort of commitment to the Navy other
16  than being --
17   A. We had meetings, every week.
18   Q. And where were these weekly meetings
19  held?
20   A. In the Freeport naval reserves.
21   Q. The naval reserves had a building out
22  there in Freeport?
23   A. Yes.
24   Q. How long were these meetings?
25   A. 2, 3 hours.

**91**

1    Q. Was that once a month, 2 to 3 hours?
2    MS. MARCUS: He said every week.
3  BY MR. RIZVI:
4    Q. I'm sorry.
5    A. Could have been, I'm not sure.
6    Q. So from '61 to '63, you believe it was
7  about every week for 2 to 3 hours every meeting?
8    A. Yes.
9    Q. And what would go on at these meetings?
10   A. Learning about the Navy and stuff like
11  that.
12   Q. With respect to these meetings that you
13  had from '61 to '63 in Freeport, any reason to
14  believe you were exposed to asbestos from those?
15   A. Probably so.
16   Q. How do you believe you might have been
17  exposed to asbestos from those meetings?
18   A. It was an old building.
19   Q. While you were in that building for any
20  of those meetings, do you ever recall any --
21  doing any construction or renovations on the
22  building?
23   A. They were doing something, I don't know
24  what for sure they were doing.
25   Q. Is there any specific product or

**92**

1  material that you associate with your asbestos
2  exposure?
3    A. Not offhand I couldn't.
4    MS. MARCUS: Off the record for one
5  second.
6    (Discussion off the record.)
7  BY MR. RIZVI:
8    Q. Just for purposes of the record, I'm
9  going to re-ask the question so we get the whole
10  question on the record. With respect to this
11  building in Freeport, any of these meetings that
12  you had, can you think of any specific product
13  or material that you associate with any specific
14  asbestos exposure in that building?
15   A. No.
16   Q. Other than these once a week meetings,
17  did you have any other responsibility to the
18  Navy from '61 to '63?
19   A. Well, it was a drill -- there was a
20  drill headquarters, they drilled you and gave
21  you basic training right there.
22   Q. And was the drill headquarters located
23  in Freeport, also?
24   A. Yes.
25   Q. Was there a separate structure or the

**93**

1  same building?
2    A. Same building.
3    Q. How frequently would you have this
4  drill training?
5    A. Every meeting.
6    Q. Okay. So this was part of the
7  meetings?
8    A. Like she said, I can't remember if it
9  was every week or once a month, I'm not sure on
10  that.
11   Q. But with respect to the drill portion
12  of this, this was part of the same meetings,
13  though?
14   A. Yes.
15   Q. From any of the work that you did as
16  part of the drill portion of the training, do
17  you believe any of that work would have caused
18  you to be exposed to asbestos?
19   A. No.
20   Q. Other than the meetings, did you have
21  any other commitments to the Navy from '61 to
22  '63?
23   A. What was that again?
24   Q. Other than the meetings and drill
25  training, did you have any other commitments

24 (Pages 90 to 93)

94

1  from '61 to '63?
2      A.  We went to boot camp.
3      Q.  When did you go to boot camp?
4      A.  '62, Great Lakes.
5      Q.  Do you recall what month or months in
6  '62 you were at boot camp?
7      A.  No, it was in the wintertime, though.
8      Q.  Wintertime?
9      A.  Yes.
10     Q.  Do you recall how long you were in boot
11 camp?
12     A.  I think boot camp was, I think it's 2
13 weeks, I'm not sure.  It's been so long.
14     Q.  Okay.
15     A.  I'm sorry, yeah.  I'll leave it the way
16 it is.  I'm not sure.
17     Q.  This boot camp that you took part in at
18 Great Lakes, did you do this more than one time?
19     A.  I did.
20     Q.  How many times did you do that?
21     A.  I did it before I went on active duty,
22 this time I went for 9 weeks.
23     Q.  I want to talk about the 2 week time
24 and we'll talk about the 9 week one.  Did you do
25 the 2 week boot camp training once or more than

95

1  once?
2      A.  Once.
3      Q.  Okay.  This was at the naval facility
4  in Great Lakes, Illinois?
5      A.  Yes.
6      Q.  For the 2 weeks you did that boot camp
7  training in Great Lakes while you were part of
8  the reserves, do you believe you were exposed to
9  asbestos in any way?
10     A.  No, not during -- it's hard to say back
11 then, because I wasn't familiar with it.
12     Q.  During the 2 weeks that you spent in
13 that boot camp training, where were you
14 sleeping?
15     A.  In barracks.
16     Q.  Do you recall if those barracks were
17 heated in any way?
18     A.  Steam.
19     Q.  Do you recall insulated piping in those
20 barracks?
21     A.  No, I can't remember.
22     Q.  And during those 2 weeks while you were
23 in boot camp at Great Lakes, what were your day
24 to day responsibilities there?
25     A.  Same thing, drilling.  Drilling.  What

96

1  happened was, I stopped going to my meetings.
2  When I went on active duty they sent me back for
3  9 weeks.
4      Q.  Let's talk about that then.  When did
5  you go on active duty in '63; what month?
6      A.  No, I couldn't tell you.
7      Q.  Do you recall what season it was?
8      A.  Spring it was.
9      Q.  And once you were activated they sent
10 you to Great Lakes for 9 weeks?
11     A.  Right.
12     Q.  And you went to Great Lakes?
13     A.  Well, I went to the Great Lakes.  It
14 was cold both times.
15     Q.  Both times.
16     A.  But I didn't get out of Great Lakes
17 until springtime.
18     Q.  Okay.  So you might have gone there a
19 little bit earlier than spring, but by the time
20 you got out it was spring of '63?
21     A.  Right.
22     Q.  Okay.  When you go in for the 9 week
23 period at Great Lakes, what were your day to day
24 responsibilities then?
25     A.  Well, the same thing, because we had

97

1  classroom and as a designated striker.
2      Q.  During the 2 years you spent in the
3  reserves before you were activated, did you have
4  any sort of rank?
5      A.  Yes.
6      Q.  What was your rank during that time?
7      A.  Seaman E-3.
8      Q.  When you arrived at the training for 9
9  weeks at Great Lakes early '63, was your rank at
10 that point Seaman E-3?
11     A.  No, E-2.
12     Q.  And during the rest of your naval
13 service, did your rank ever change again from
14 Seaman E-2?
15     A.  Yes, it went to 3 and I got out --
16 after I got out of boot camp, you know.  Then I
17 got to E-3 and I was getting out.  I took the
18 machinist's test, but I didn't get the results,
19 I was out.
20     Q.  Just so it's clear on the record then,
21 while you were in the reserves from '61 to '63,
22 your rank would have been E-2, then when --
23     A.  When you were in the reserves you start
24 out at E-2.
25     Q.  E-2?

25 (Pages 94 to 97)

## 98

1    A.  Right.
2    Q.  And then after you completed the 9 week
3  program in Great Lakes, you moved up to E-3?
4    A.  No, you go on the ship at E-2 and you
5  complete a course for E-3.
6    Q.  So you didn't make E-3 until you got on
7  board the ship?
8    A.  Right.
9    Q.  With respect to any of the training
10  that you did during that 9 week period when you
11  were in Great Lakes, do you believe any of that
12  training would have caused you to be exposed to
13  asbestos?
14    A.  I couldn't say.
15    Q.  And during those 9 weeks that you were
16  at Great Lakes, were you again sleeping in the
17  barracks?
18    A.  Yes.  In fact, these were the old
19  barracks.
20    Q.  Do you recall any insulated piping in
21  those barracks?
22    A.  Yes.  Well, it was steam.
23    Q.  And then about spring of '63 you
24  complete your time at Great Lakes.  Where did
25  the Navy send you next?

## 99

1    A.  To a ship.
2    Q.  What ship did they send you to?
3    A.  That was the Hazelwood.
4    Q.  And where did you pick up the
5  Hazelwood?
6    A.  Right here in Norfolk, Virginia.
7    Q.  When you first got activated and sent
8  out to Great Lakes, how do you get there from
9  New York out to Illinois?
10    A.  Repeat that again, please.
11    Q.  When you first got activated, how did
12  you get from the New York area out to Great
13  Lakes?
14    A.  A train.
15    Q.  And after you completed the 9 weeks at
16  Great Lakes, how did you get down here to
17  Norfolk?
18    A.  I believe it was a train.
19    Q.  Do you recall what month it is in '63
20  that you first went aboard the Hazelwood?
21    A.  I couldn't say.
22    Q.  Do you believe that was in spring of
23  '63 still?
24    A.  Early spring.
25    MS. MARCUS:  Don't guess.

## 100

1  BY MR. RIZVI:
2    Q.  And when you got on board the
3  Hazelwood, was the ship in the water or dry
4  dock?
5    A.  In the water.
6    Q.  Okay.  I believe a few moments ago you
7  told me that you went on as an E-2 and then you
8  take a test to make E-3?
9    A.  Correct.
10    Q.  Do you recall how long you were aboard
11  the Hazelwood before you made it up to E-3?
12    A.  Not offhand, it was -- well, when you
13  first go in you go in as a worker, doing the
14  mess cooking or could have been anything
15  pertaining to the kitchen.  Then after that, you
16  get out and might be 3 months, and then you go
17  for your designated striker.  So say 3 months,
18  then I took the course and --
19    Q.  So, I'm going to talk to you about your
20  different duties, I want to get a little feel
21  for the ship itself.  How long was the
22  Hazelwood?
23    A.  No more than about 285 feet long.
24    Q.  And do you know what type of ship it
25  was?

## 101

1    A.  Destroyer.
2    Q.  How many decks did it have?
3    A.  For the main deck or the whole thing?
4    Q.  How many decks above the main?
5    A.  I'd say about 3.
6    Q.  And do you recall the hull number or
7  designation?
8    A.  The number?
9    Q.  Yes.
10    A.  531.
11    Q.  And when you first got on board the
12  ship, where was your duty station?
13    A.  Mess cook.
14    Q.  It was in the kitchen?
15    A.  Yes.
16    Q.  And where was the kitchen located
17  aboard the ship?
18    A.  Mid-ship.
19    Q.  Do you recall what deck mid-ship?
20    A.  On the main deck.
21    Q.  And do you recall where your berthing
22  area was on the Hazelwood?
23    A.  After the -- I'm sorry, it was
24  fo'c'sle.
25    MR. SCHWERTZ:  Forecastle.

26 (Pages 98 to 101)

**102**

BY MR. RIZVI:

Q. How long did your berthing area remain there until it changed?

A. About 3 months.

Q. I think you were telling me about those first 3 months your duty was as a mess cook?

A. Yes.

Q. What were your hours as a mess cook?

A. They were day hours, you know, as long as they were serving food, or something like that, I stayed in the salad room. I was just chopping up potatoes and stuff like that, lettuce.

Q. Was it an 8 hour shift?

A. I couldn't say. I don't believe so. You would work, say, get the morning breakfast out, you take a break, get the lunch out, take a break, get dinner out and clean up and you're off.

Q. So your time working would be meal times?

A. Right.

Q. Other than meal times, were you staying aboard ship?

A. Yes.

**103**

Q. With respect to any of your responsibilities as a mess cook, do you believe any of the work that you did as a mess cook would have caused you to be exposed to asbestos?

A. No.

Q. During those 3 months while you were working in the kitchen as a mess cook, did you ever see anybody else do any work in the kitchen area not related to cooking?

A. Oh, yeah.

Q. What type of work did you see being done in the --

A. Guys repairing valves, working on stoves, fans, exhaust fans.

Q. Were you finished with the answer?

A. Yes.

Q. Now, in terms of the dimensions, how large was the kitchen?

A. It wasn't that big, no more than maybe 12 feet wide, maybe ran the length of 20 feet.

Q. And on any of the ships that you'd be working getting food out, how many guys were working on that type of work getting food out?

A. Maybe 7, 8 guys.

Q. And for that 3 month period while you

**104**

were doing this kind of work, do you recall how many occasions you saw other trades in the kitchen area doing any of the work that you mentioned?

A. I wasn't even familiarized with what they were doing.

Q. Do you believe any of the work that those guys were doing, the other trades in the kitchen area, would have caused you to be exposed to asbestos?

A. Probably so.

Q. What about the work that they were doing would have caused you to be exposed to asbestos?

A. Working on the fans, exhaust fans. They took an -- I know they took apart a valve, I seen that. They could have done more than that, but that's all I seen.

Q. Well, start with the fans. How many exhaust fans were there in the kitchen?

A. I couldn't tell you.

Q. What type of work did you see them doing on those fans?

A. All I knew, they was taking them out and putting them back in. I couldn't

**105**

describe -- during that time, I didn't know what they were doing. I knew they were working on the fan, though.

Q. What about the work that you saw them doing on the fans do you believe would have caused you to be exposed to asbestos?

A. I think the loose asbestos on it, surrounding the things.

Q. With respect to any of that asbestos material surrounding the fans, any idea who made any of that asbestos material?

A. No, not during that time.

Q. Do you know who made any of those exhaust fans?

A. No.

Q. You also mentioned on one occasion you saw some of the guys taking apart a valve in the kitchen.

A. Right. Small valve.

Q. Do you know what that valve was associated with?

A. No.

Q. And what about the work that they were doing on that valve do you believe would have caused you to be exposed to

27 (Pages 102 to 105)

**106**

1    A. I couldn't tell you what type of work
2  they was doing.
3    Q. Even without saying what type --
4    A. All I knew, they were taking one out
5  and putting one in during that time.
6    Q. What about that work do you believe
7  would have caused you to be exposed to asbestos?
8    A. I guess airborne particles.
9    Q. When you saw them doing this work, was
10  this valve in any sort of line in the kitchen or
11  was it off line already?
12    A. They took it off the line.
13    Q. With respect to this valve, do you know
14  who manufactured this valve that they were
15  working on?
16    A. No.
17    Q. With respect to just these 3 months
18  when you were working in the mess hall, was
19  there any other ways you believe you were
20  exposed to asbestos during this time?
21    A. No. No.
22    Q. And this entire time while you were a
23  mess cook, you were sleeping aboard the ship,
24  correct?
25    A. Yes.

**107**

1    Q. Was the ship in port or did it go out
2  to sea?
3    A. Both in port and out at sea. What they
4  do today, they live on land. Back then you had
5  to live on the ship.
6    Q. After you board the ship for the first
7  time, how long was it before it went out to sea
8  for the first time?
9    A. Maybe a month or 2. Used to call them
10  cigarette runs.
11    Q. Initially for those first 3 months, do
12  you know if there was insulation in those
13  berthing areas?
14    A. Definitely.
15    Q. Was there insulated pipe?
16    A. All over the place. That berthing was
17  front and aft.
18    Q. With respect to any of that insulation
19  on the piping, do you know who made any of that
20  insulation material?
21    A. Not during that time. I was too new in
22  there.
23    Q. Fair enough, sir. And after about 3
24  months, I think you told me you took a test to
25  make it to E-3?

**108**

1    A. I took a test after I got out of mess
2  cook.
3    Q. You were a mess cook about 3 months?
4    A. Yes.
5    Q. You passed the test?
6    A. I did.
7    Q. And once you made E-3, what was your
8  next assignment; what was your next title?
9    A. Machinist. That's a designated
10  striker, what trade I wanted to get into. Right
11  then I was a -- they called it a snipe. It was
12  in an engine room.
13    Q. Okay. So after you made it to E-3 and
14  you became a snipe, were you still assigned to
15  the Hazelwood?
16    A. Yes.
17    Q. And you said that your job
18  responsibilities as a snipe had you working in
19  the engine room?
20    A. Yes.
21    Q. Was there one engine room on the --
22    A. Two engine rooms and two boiler rooms.
23    Q. Were they designated engine room 1 and
24  engine room 2?
25    A. Yes, I was in the main control, 1.

**109**

1    Q. Okay. At this point as a snipe, was
2  engine room 1 your duty station?
3    A. Yes.
4    Q. Was it also your watch station?
5    A. Everything, my watch station,
6  everything, for my entire duty on the ship.
7    Q. And how large a space is in engine room
8  1 on the Hazelwood?
9    A. You get me on the size, it's hard to
10  tell you with pipes going around and stuff like
11  that. I'd say --
12    MS. MARCUS: Don't guess. If you can
13  approximate, fine, but don't guess.
14    THE WITNESS: I don't want to say.
15  BY MR. RIZVI:
16    Q. That's fair. Was the engine room 1
17  either the width or the length of the ship;
18  either one of those?
19    A. It was the width of the ship.
20    Q. Okay. And do you recall if it was one
21  deck or multiple decks?
22    A. It was two decks; one lower and one
23  upper.
24    Q. As a snipe in engine room 1, what were
25  your day to day responsibilities?

28 (Pages 106 to 109)

**110**

1    A. My assignment was taking care of the
2    water, fresh water, and making water out of salt
3    water.
4    Q. With respect to your own
5    responsibilities as a snipe on the Hazelwood, do
6    you know if any of the work you personally did
7    would have caused you to be exposed to asbestos?
8    A. Definitely.
9    Q. What about the work that you personally
10   did caused you to be exposed to asbestos?
11   A. Working with mechanics, taking down
12   pumps, bilge pumps, all kinds of pumps. We took
13   down Westinghouse, main feed pumps. Now I'm not
14   sure who the boiler feed pumps were made by, but
15   they all had insulation on it.
16   Q. Let me ask you a couple of questions
17   that might clarify. This work that you are
18   talking about doing with the mechanics, was this
19   work you were doing in engine room 1 or
20   somewhere else?
21   A. Everything was in number 1 engine room;
22   that was my duty station.
23   Q. Okay. And one of the types of pumps
24   you mentioned was a boiler feed pump. Were the
25   boiler feed pumps located in the engine room?

**111**

1    A. Yes.
2    Q. Okay.
3    A. Lower decks.
4    Q. Was the engine room and boiler room on
5    the Hazelwood a combined space or separate?
6    A. Separate compartments.
7    Q. You mentioned a couple different types
8    of pumps. One of the pumps you mentioned was
9    bilge pumps.
10   A. Bilge pumps.
11   MS. MARCUS: Say that again.
12   BY MR. RIZVI:
13   Q. Bilge, B-I-L-G-E.
14   A. Right. I ran evaporators on the ship,
15   and that was bringing salt water into fresh
16   water, and that was covered with asbestos. I
17   mean, in fact, all the lines that ran around.
18   Q. I'll talk to you about each one
19   individually. Okay. Bilge pumps, do you recall
20   how many bilge pumps were in engine room 1?
21   A. I believe there was 2.
22   Q. Were they identical?
23   A. Yes.
24   Q. And what type of work, if any, did you
25   do in connection with the bilge pumps?

**112**

1    A. When the bilge gets full of water you
2    got to pump them out.
3    Q. Other than operating the bilge pumps,
4    did you ever have any other responsibilities in
5    connection with the bilge pump?
6    A. No.
7    Q. Do you believe you were exposed to
8    asbestos from the bilge pumps?
9    A. Well let me say one thing: Sometimes
10   we -- they loan us out to mechanics to work and
11   they would rip open the main steam line or a
12   pump or something like that there. But after
13   that was done, then we'd go back to our normal
14   job.
15   Q. These occasions when they'd loan you
16   out to mechanics, was this also being done in
17   engine room 1?
18   A. Yes.
19   Q. Did you ever have occasion to work with
20   the mechanics on either of the bilge pumps in
21   engine room 1?
22   A. Yes.
23   Q. Do you believe the work you did with
24   the mechanics on the bilge pumps might have
25   caused you to be exposed to asbestos?

**113**

1    A. Yes. It wasn't encapsulated.
2    Q. And when you say it wasn't
3    encapsulated, you're referring to?
4    A. Stuff hanging down.
5    Q. With respect to the bilge pumps, do you
6    know who made either of the bilge pumps?
7    A. No.
8    Q. You also mentioned there were boiler
9    feed pumps in the engine room 1?
10   A. Right.
11   Q. Were those different from the main feed
12   pumps?
13   A. They're the same; two pumps. Two of
14   everything in every compartment.
15   Q. With respect to these main feed pumps
16   or boiler feed pumps, did you ever have occasion
17   to work on those pumps?
18   A. I helped take them apart, yes.
19   Q. Do you believe you were exposed to
20   asbestos from working on those pumps?
21   A. Definitely, low man on the totem pole
22   gets the insulation.
23   Q. You okay?
24   A. Yeah.
25   Q. With respect to any of that insulation

29 (Pages 110 to 113)

**114**

1　that you encountered on the main feed pumps, do
2　you know who made any of the insulation?
3　　A. No.
4　　Q. After you guys were done taking them
5　apart, would you ever have to re-insulate any of
6　the pumps?
7　　A. Every one of them.
8　　Q. With respect to any of them did you
9　personally have to do any of that work to
10　re-insulate?
11　　A. Yes.
12　　Q. What type of material was it; what form
13　was the insulation?
14　　A. Block.
15　　Q. With respect to any of that new block
16　insulation material, do you know who
17　manufactured any of that product?
18　　A. Yes, I do, it was Johns-Manville during
19　that time.
20　　Q. With respect to these main feed pumps,
21　do you know who manufactured those feed pumps?
22　　A. Not offhand, no.
23　　Q. Other than the bilge pumps and the main
24　feed pumps, were there any other types of pumps
25　that you worked on in the engine room 1 area?

**115**

1　　A. Just backing off the -- packing lines
2　and stuff like that. You know, on pumps, or
3　might have had to put new Garlock packing in.
4　　Q. So the record is clear, when you say
5　you had to put new Garlock packing in?
6　　A. They call them packing.
7　　Q. Was this on the main feed pumps, bilge
8　pumps or something else?
9　　A. Something else.
10　　Q. What pumps did you have to do packing
11　on?
12　　A. On small pumps, GE pumps, not motors.
13　　Q. These smaller pumps that you had to do
14　the packing work on, were these also located in
15　engine room 1?
16　　A. Yes. At that time you weren't
17　qualified to do work on the heavy equipment
18　without help, you know, a senior person.
19　　Q. Do you know what the purpose of these
20　smaller pumps was?
21　　A. Some of them were evaporating machines
22　that I worked on. Brine pump. There was
23　several pumps. Hevavap(sic), H-A-V-V-A-P-E. I
24　don't know.
25　　MS. MARCUS: Is that a spelling, you're

**116**

1　sounding it out?
2　　THE WITNESS: I'm trying to sound it
3　out. How would you spell it?
4　BY MR. RIZVI:
5　　Q. It's all right, sir, you do the best
6　you can.
7　　A. I'm trying.
8　　Q. And these different names of pumps that
9　you gave, these are the ones you associate as
10　smaller pumps?
11　　A. Yes.
12　　Q. And you mentioned packing work that you
13　did on these pumps. When you did this work did
14　you have to remove existing packing?
15　　A. Yes, sometimes remove it or sometimes
16　you just add.
17　　Q. When you open up any of these pumps,
18　would you have any way of knowing the
19　manufacturer of the existing packing that was
20　already there?
21　　A. No, you have to go by the size or the
22　manufacturer of the pumps. But then again, it
23　could be different companies that make, you
24　know, packing, not just one company.
25　　Q. Other than Garlock, do you recall using

**117**

1　any other manufacturers of packing in connection
2　with these smaller pumps?
3　　MS. MARCUS: Just in the Navy?
4　BY MR. RIZVI:
5　　Q. Just Hazelwood in engine room 1.
6　　A. Packing was packing, I would say Anchor
7　packing. That's all I recall right now.
8　　MR. RIZVI: Off the record for one
9　second.
10　　(Discussion off the record.)
11　BY MR. RIZVI:
12　　Q. Let's go back on. Mr. Fordham, we've
13　been talking about the smaller pumps down in
14　engine room 1 of the USS Hazelwood and you've
15　given me a couple names as we were talking.
16　Just in general, are there any other
17　manufacturers of these smaller pumps that you
18　recall doing packing work on?
19　　A. Buffalo sounds like one of them.
20　　Q. Okay. Other than pumps, you also
21　mentioned that there was an evaporator machine
22　that you did work on.
23　　A. Yes, that's what I maintained.
24　　Q. And with respect to the evaporator
25　machine, was this located in engine room 1,

30 (Pages 114 to 117)

| 118 |
|---|
| 1 also? |
| 2    A. Yes. |
| 3    Q. When you say you did work maintaining |
| 4 it, what specifically did you have to do? |
| 5    A. Make it feed water and drinking water. |
| 6 Pump salt water. |
| 7    Q. Do you believe any of the work that you |
| 8 did on the evaporator machine, maintaining it, |
| 9 would have caused you to be exposed to asbestos? |
| 10    A. No. It was chemicals and stuff like |
| 11 that. |
| 12    Q. We've talked about the pumps now, we |
| 13 talked about the evaporator machine. Is there |
| 14 any other type of equipment that you worked on |
| 15 or assisted with in engine room 1 of the |
| 16 Hazelwood that you believe might have caused you |
| 17 to be exposed to asbestos? |
| 18    A. We had to work on the main steam line. |
| 19 We had to take out the old gasket and put a new |
| 20 Flexitallic gasket in, and the line is about 2 |
| 21 and a half feet long, the pipe itself. |
| 22    Q. The gasket that you removed, was that |
| 23 also a Flexitallic gasket? |
| 24    A. Yes. |
| 25    Q. How many of these gaskets did you have |

| 119 |
|---|
| 1 to remove along the line? |
| 2    A. On the main steam line? |
| 3    Q. On the main steam line. |
| 4    A. 2 of them. |
| 5    Q. 2 of them. And the main steam line, |
| 6 was there also an auxiliary steam line? |
| 7    A. Yes, there was auxiliary, but we worked |
| 8 on the main one. |
| 9    Q. Did you ever have occasion to work on |
| 10 the auxiliary steam line? |
| 11    A. Yes. |
| 12    Q. Did you have to put Flexitallic gaskets |
| 13 in that as well? |
| 14    A. I can't recall. Reason I can't, I saw |
| 15 that during that time, guys are throwing it |
| 16 around the engine room like it was snowballs, I |
| 17 mean we didn't have no idea what it was, and |
| 18 they was just throwing it at you and stuff like |
| 19 that. |
| 20    Q. And this material that they were |
| 21 throwing around, was this the external |
| 22 insulation on the piping? |
| 23    A. Yes. |
| 24    Q. Do you know who made any of that |
| 25 external insulation? |

| 120 |
|---|
| 1    A. All I could say it was Johns-Manville |
| 2 because they had a cage with the insulation |
| 3 boxes in there. |
| 4    Q. And the pipe covering insulation, do |
| 5 you recall what form it was in? |
| 6    A. Some of it was block. See, we learned |
| 7 how to use block and form pipe, you know, so it |
| 8 was tricks of the trade. |
| 9    Q. Did you ever see any of that half round |
| 10 insulation? |
| 11    A. Yeah. Yes. Majority of the times it |
| 12 was block, though. |
| 13    Q. Is there any other type of product, |
| 14 material or equipment that you worked with in |
| 15 engine room 1 on the Hazelwood that you believe |
| 16 would have caused you to be exposed to asbestos? |
| 17    MS. MARCUS: Other than what he already |
| 18 identified? |
| 19 BY MR. RIZVI: |
| 20    Q. Right. |
| 21    A. No. |
| 22    Q. While you were on the Hazelwood, did |
| 23 you ever have occasion to work anywhere else |
| 24 after you became an E-3 other than engine room |
| 25 1? |

| 121 |
|---|
| 1    A. No. One thing I did do, when you go |
| 2 into your pier, you would have to hook up your |
| 3 water lines. Sometimes the ships will bring |
| 4 three, four ships out alongside each other. You |
| 5 had to go one engine room to another engine |
| 6 room, back and forth, until you get to your |
| 7 ship. |
| 8    Q. When you had to go into the other |
| 9 engine room, did you ever have occasion to do |
| 10 any work on any of the equipment in there? |
| 11    A. No, just hooking up and opening up |
| 12 valves and stuff like that. |
| 13    Q. The work you did opening up the valves |
| 14 was in connection with hooking up those lines? |
| 15    A. Right. |
| 16    Q. I think you told me earlier when you |
| 17 became an E-3 on the Hazelwood, your berthing |
| 18 area changed? |
| 19    A. Yes, it would have. |
| 20    Q. Was there still insulated piping? |
| 21    A. It was still there. |
| 22    Q. Still on the top bunk? |
| 23    A. Everything was up there. I think it |
| 24 was only two feet away from it, you know. |
| 25    Q. How long did you serve aboard the |

31 (Pages 118 to 121)

**122**

1  Hazelwood for?
2      A. 2 years.
3      Q. Were you on there until about spring of
4  '65?
5      A. April '65 I got out, just before
6  Vietnam started.
7      Q. And in April of '65 when you got off
8  the Hazelwood, is that when you were ultimately
9  discharged or did you have another assignment?
10     A. Discharged. In fact, one more thing I
11  can say. We had decommissioned the ship. When
12  I say decommission, take it out of service, and
13  every single valve had to be backed off with the
14  packing on. Every valve on the ship in the
15  engine room.
16     Q. You mean -- sorry, every single valve
17  had to be?
18     A. You had to back off the packing and
19  take it out.
20     Q. When did you have to decommission the
21  ship?
22     A. Towards the end. After decommission I
23  was gone.
24     Q. This would have been one of the last
25  things you did before you got out -- off the

**123**

1  ship?
2      A. Yes.
3      Q. Do you recall where it was that you
4  decommissioned ship?
5      A. Here in Norfolk over on the Portsmouth
6  side there.
7      Q. I'm going to go back and talk to you
8  about that in one second. Before we get to
9  that, the time you got on the ship in '63 up
10  until you got off in '65, did the ship go into
11  any sort of extended port for any sort of
12  repairs or anything like that?
13     A. No.
14     Q. While you were aboard the ship, did you
15  ever -- was the ship ever involved in active
16  combat?
17     A. No.
18     Q. Do you recall when in 1965 you would
19  have come into Norfolk for the process of
20  decommissioning the ship?
21     A. Would you say that again, please?
22     Q. Do you recall when in '65 you might
23  have come into Norfolk to start the process of
24  decommissioning the ship?
25     A. It was before I got discharged in

**124**

1  April. But one thing I left out. Somewhere in
2  '64 they went into a reserve fleet and we went
3  up to Boston. We was in Boston for maybe 6
4  months, then they took her back down to Norfolk
5  and decommissioned.
6      Q. So for about 6 months in '64 the
7  Hazelwood --
8      A. We went on cruises for the reserves.
9      Q. While it was part of the reserve fleet
10  in Boston did your duties change in any way?
11     A. No.
12     Q. Did you have any responsibilities off
13  the ship in the Boston area when the ship was in
14  Boston?
15     A. No.
16     Q. And it would have been in Boston right
17  before it came back to Norfolk to begin
18  decommissioning?
19     A. Right.
20     Q. Do you recall how long the ship was in
21  Norfolk for the decommissioning process while
22  you were still on board?
23     A. I would say about 2 months.
24     Q. While the ship was being
25  decommissioned, were you still sleeping aboard

**125**

1  ship?
2      A. No. We were sleeping in barracks.
3      Q. And when the ship was up in Boston,
4  were you sleeping aboard ship?
5      A. Yes.
6      Q. When it comes into Norfolk to begin the
7  decommissioning process one of the things you
8  said had to be done was backing off packing on
9  the valves.
10     A. Packing on the valves, pumps.
11     Q. Were you doing this work as well?
12     A. Yes. In fact, the evaporator was over
13  with.
14     Q. So you no longer had any responsibility
15  for the evaporator?
16     A. No, after we did the valves, backed off
17  the valves and stuff.
18         MS. MARCUS: Can we take five?
19         (Discussion off the record.)
20  BY MR. RIZVI:
21     Q. Mr. Fordham, we're going to continue
22  with your deposition after a short break. And
23  we're still on the Hazelwood.
24     A. Okay.
25     Q. And we're about to start talking about

32 (Pages 122 to 125)

126

1 the decommissioning process. I wanted to jump
2 back for one second. Do you know the name of
3 the reserve fleet in Boston?
4     A. All different reserve units out of
5 Boston.
6     Q. And while it was part of the reserve
7 fleet, did it ever have to go on active duty to
8 engage in combat or anything like that?
9     A. No.
10    Q. And when it came in for the
11 decommissioning process in Norfolk for those 2
12 months, you were working on the ship, you said
13 you were sleeping off ship in barracks?
14    A. Right.
15    Q. Did you have any other responsibility
16 other than on the ship at any other location?
17    A. As far as working?
18    Q. Yes.
19    A. No.
20    Q. And one of the things you mentioned
21 that you had to do as part of the
22 decommissioning process was backing off the
23 packing on the valves.
24    A. Packing, and we had to back off -- what
25 was it? It was all around the reduction gears

127

1 on the Westinghouse reduction gears, and that's
2 the main steam goes into the reduction gears and
3 -- to propel the ship. We also did the
4 generator, the generator was a GE generator, and
5 we had to back off all the packing on that, on
6 the valves.
7     Q. Let's start with the bigger equipment
8 that you just mentioned. The reduction gear,
9 was that located in engine room 1?
10    A. There was one in engine room 1. And
11 one in the aft engine room, turned both, and
12 they were -- I know they were made by
13 Westinghouse.
14    Q. And what specifically did you have to
15 do in connection with the reduction gear?
16    A. Well, we had to go around and valves
17 all over the place, and you know, back off on
18 them, and sometimes insulation came off. We
19 just gave them a hand, I forgot to tell you that
20 earlier. We had to put it back on.
21    Q. And when you say the insulation came
22 off, what would the insulation come off?
23    A. Get loose.
24    Q. What specific -- what equipment did it
25 come off of?

128

1     A. The Westinghouse reduction gears.
2     Q. Off the reduction gear itself?
3     A. Yes.
4     Q. You know who manufactured any of the
5 insulation that was on the reduction gear?
6     A. I would assume it would be the same.
7     Q. The JM insulation we talked about?
8     A. Yes, the same with the -- we had a
9 generator in our engine room.
10    Q. I'll talk to you about the generator in
11 one second. Other than work on valves, and any
12 of the insulation that came off of the gear, did
13 you have to do any other work on the reduction
14 gear itself?
15    A. No, not inside.
16    Q. Okay. With respect to any of the
17 valves that you would have done work on in
18 connection with the reduction gear, do you know
19 who manufactured any of those valves?
20    A. At that time, no.
21    Q. A couple times you said that you would
22 back off the packing. By back off, do you mean
23 remove?
24    A. Remove, too.
25    Q. With respect to any of that packing, do

129

1 you know who manufactured any of the packing
2 material?
3     A. I would say Garlock, Anchor, those are
4 about the two companies we used on the engine
5 room all the time.
6     Q. Okay. You also mentioned there was a
7 generator in engine room 1?
8     A. Right.
9     Q. What specifically did you have to do in
10 connection with the generator?
11    A. That was right in back of the
12 evaporator, so I had to clean up around that
13 area and same thing with the steam line valves
14 and stuff.
15    Q. Other than the valves, do you believe
16 you would have been exposed to asbestos in any
17 way from the generator itself?
18    A. Yes.
19    Q. How do you know -- do you believe it
20 was from the generator?
21    A. It was loose insulation.
22    Q. This would have been external
23 insulation?
24    A. Yes.
25    Q. With respect to that insulation in

33 (Pages 126 to 129)

130

1  connection with the generator, do you know who
2  made that insulation?
3      A. No, I just take it it's the same.
4      Q. Same Johns-Manville product?
5      A. Right. I seen guys work on the
6  generator before.
7      Q. When you say you saw guys work on the
8  generator before, what type of work were those
9  guys doing?
10     A. Putting insulation block on.
11     Q. And was there one generator or more
12 than one?
13     A. One generator. There was two
14 generators, but one in our engine room.
15     Q. You only had occasion to work on the
16 generator in engine room 1?
17     A. Yes.
18     Q. Do you know who made that generator?
19     A. I'm pretty sure Westinghouse.
20     Q. You mentioned there were valves
21 associated with the generator. Do you know who
22 made any of the valves associated with the
23 generator?
24     A. No.
25     Q. I think a few moments ago when you told

131

1  me about this decommissioning work you mentioned
2  there was some backing off work in connection
3  with pumps.
4      A. Yes.
5      Q. Okay. Were the pumps that you would
6  have done this backing off work on also located
7  in engine room 1?
8      A. Yes.
9      Q. With respect to this work that you did
10 in connection with pumps as part of the
11 decommissioning process, do you believe any of
12 that work would have caused you to be exposed to
13 asbestos?
14     A. Yes.
15     Q. How do you believe you were exposed
16 from that work?
17     A. Everything was open down there, if you
18 can visualize guys were walking on top of that
19 stuff, you know, to get to one location to
20 another one, instead of getting on the catwalk,
21 they would go underneath and step all over the
22 insulation.
23     Q. With respect to any of the pumps that
24 you would have done work on during this
25 decommissioning process, do you know who

132

1  manufactured any of those pumps?
2      A. Not during that time, no. I might
3  remember, you can leave that open.
4      Q. Do you recall if there were any
5  Worthington pumps?
6      A. Yes. Yes.
7      Q. Do you believe you would have been
8  exposed to asbestos from those Worthington
9  pumps?
10     A. Possibility. And Ingersoll Rand.
11     Q. During --
12     A. And I said the Buffalo pumps.
13     Q. And just so we're clear, these are the
14 pumps you would have worked on during the
15 decommissioning process?
16     A. Yes.
17     Q. With respect to the packing associated
18 with these pumps, would this have been the same
19 Garlock and Anchor packing that you talked about
20 earlier?
21     A. Probably so.
22     Q. During the 2 months or so that you were
23 working as part of the decommissioning process
24 on the ship, what type of hours were you
25 working?

133

1      A. Full 8 hours, maybe 10 hours sometimes.
2      Q. That would have been 5 days a week?
3      A. Yes. Maybe 6.
4      Q. And were you discharged in April of '65
5  in Norfolk?
6      A. Yes.
7      Q. What was the nature of your discharge?
8      A. Honorable.
9      Q. During the course of your time in the
10 Navy, did you ever receive discipline for any
11 reason?
12     A. What?
13     Q. Ever receive discipline for any reason?
14     A. No. No.
15     Q. During the course of your time in the
16 Navy, were you ever injured in any way?
17     A. No.
18     Q. When you were discharged in April of
19 '65, were you sent back into the reserves or did
20 you have any other further duties for the Navy?
21     A. That's when I got out of the service
22 and if a war broke out, which I was lucky,
23 because since I resigned, they should have put
24 me in Vietnam, but they never got to me.
25     Q. So after April '65, you didn't have any

34 (Pages 130 to 133)

| | |
|---|---|
| **134** | **136** |

**134**

1   other responsibilities for the Navy?
2     A. No, no, gave up the reserves and
3   everything.
4     Q. With respect to your time in the
5   reserves and your active duty in the Navy, have
6   we talked about all the products, materials and
7   equipment that you believe would have caused you
8   to be exposed to asbestos?
9     A. Have I?
10     Q. Yes.
11     A. As much as I can recall, you know.
12     Q. Have we discussed all the brand names,
13   trade names and manufacturers' names of products
14   and equipment that you believe caused you to be
15   exposed to asbestos during your time in the
16   Navy?
17     A. I can't say all because there was a lot
18   of unknown stuff that was new to me.
19     Q. As you sit here right now, have you
20   told me all of the ones you can recall at this
21   time?
22     A. Right.
23     Q. Okay. Mr. Fordham, I'd like to switch
24   gears and talk to you a little bit about your
25   work history, okay?

**135**

1     A. Okay.
2     Q. You okay to keep going?
3     A. I'm fine. I'm fine.
4     Q. Okay. I want to start with the very
5   first job you recall holding in your life.
6     A. I worked at Scotts Window
7   Manufacturing. That was in Amityville.
8     Q. I heard you say that was in
9   Amityville?
10     A. Yes.
11     Q. What were you doing for Scotts Window
12   Manufacturing?
13     A. Making frames for storm windows.
14     Q. What year or years did you work for
15   Scotts?
16     A. I'm sorry, no. After I got out of the
17   Navy, Scotts was before I went into the Navy.
18     Q. That's okay, I want to start with the
19   very first job you recall having.
20     A. Yes.
21     Q. That would have been Scotts?
22     A. Right.
23     Q. So what year or years did you work for
24   Scotts?
25     A. I worked, then I went into the Navy.

**136**

1     Q. Do you recall what year you started
2   working at Scotts?
3     A. Not offhand. 60s. Somewhere around
4   there.
5     Q. Earlier today you told me that you left
6   school in 1960.
7     A. That's my first job.
8     Q. Scotts was your first job?
9     A. Yes.
10     Q. Did you have any jobs while you were in
11   school?
12     A. No. Well yes, I did, but this was
13   going -- I worked in the candy store when I was
14   in the 4th grade.
15     Q. Would I be correct you have no reason
16   to believe you would have been exposed to
17   asbestos while working in the candy store?
18     A. No.
19     Q. Let's get back to Scotts. Did you have
20   a job title when you worked at Scotts?
21     A. I was a frame man.
22     Q. And you said that you worked there up
23   until you went into the Navy?
24     A. Yes.
25     Q. That would have been when you went on

**137**

1   active duty in the Navy?
2     A. Right.
3     Q. That would be correct, you worked for
4   Scotts for about 3 years?
5     A. Say about 2 maybe.
6     Q. And where was this Scotts facility
7   located in Amityville; do you recall any sort of
8   address or anything like that?
9     A. I couldn't tell you offhand. It was
10   off of Dixon Avenue, but that's as far as I can
11   tell you.
12     Q. That's fine. And as a framer, what
13   type of responsibilities did you have?
14     A. I worked on the peening machine that
15   would anchor the screens down together, join
16   them together.
17     Q. I didn't hear the name of the type of
18   machine.
19     A. Peening.
20     Q. With respect to the work that you did
21   with the peening machine, do you believe any of
22   that work would have caused you to be exposed to
23   asbestos?
24     A. No.
25     Q. Do you believe you would have been

35 (Pages 134 to 137)

**138**

1 exposed to asbestos from any of the work you
2 personally did at Scotts?
3    A. No.
4    Q. Were there any other trades working
5 around you when you worked at Scotts?
6    A. Glass cutters, they had tub enclosures,
7 they did have sand blasting. Different
8 departments.
9    Q. Was the Scotts facility one building or
10 multiple buildings?
11    A. One building.
12    Q. Did you ever have occasion to work
13 around any of the people working with the glass
14 or the glass making process?
15    A. Not really.
16    Q. Was there any sort of insulating piping
17 at the Scotts facility?
18    A. I couldn't tell you. I didn't know at
19 that time.
20    Q. Best of your knowledge, do you believe
21 you were exposed to asbestos while you were
22 working at Scotts?
23    A. I don't know.
24    Q. Fair enough. You said you worked there
25 right up until you went into the Navy on active

**139**

1 duty.
2    A. Right.
3    Q. You got out of the Navy in April of
4 '65, correct?
5    A. Yes.
6    Q. When you get out in April of '65, what
7 was the next job that you had?
8    A. I went to Landa Electronics.
9    Q. And that actually prompted my memory
10 because there was one or two questions I forgot
11 to ask you about your time in the Navy. I think
12 you told me that your brother served with you on
13 the same ship Hazelwood?
14    A. Right.
15    Q. Okay. Do you recall the names of any
16 of the other guys that served with you when you
17 were on the Hazelwood?
18    A. No.
19    Q. Okay. Do you recall any of the
20 officers from the Hazelwood?
21    A. Not really, no. We had names for them
22 but --
23    Q. Okay. Back to Landa then. What type
24 of operation was Landa Electronics?
25    A. I was just doing -- making

**140**

1 transformers, putting the plates together. I
2 really didn't like the job.
3    Q. Where was Landa Electronics located?
4    A. Off of 110, there's a main road that
5 goes across from north to south -- north to
6 south.
7    Q. What town?
8    A. Went from Huntington to Amityville.
9    Q. But the Landa Electronics facility --
10    A. Oh, that was -- it was Huntington or
11 Farmingdale, I'm not sure. It was right next to
12 Republic.
13    Q. Republic Aircraft?
14    A. Yes.
15    Q. And was this a manufacturing facility?
16    A. Yes.
17    Q. Okay. When you worked at Landa
18 Electronics was that full time work?
19    A. Yes.
20    Q. You started there in April '65 when you
21 got out of the service?
22    A. Right.
23    Q. How long did you work at Landa?
24    A. I don't know, about 5 or 6 months.
25    Q. Did you have any job title while you

**141**

1 were working there?
2    A. No, just worked at the transformer
3 department.
4    Q. The work that you did in the
5 transformer department, putting the plates
6 together --
7    A. Right.
8    Q. -- do you believe any of that work
9 would have caused you to be exposed to asbestos?
10    A. No.
11    Q. Were there any other trades working
12 around you when you worked at Landa?
13    A. No. Different electronic components
14 and stuff like that, I wouldn't have the
15 slightest idea what they were.
16    Q. Do you believe any of the work that you
17 would have done at Landa Electronics caused you
18 to be exposed to asbestos?
19    A. No.
20    Q. Where did you go after you left Landa?
21    A. Let's see, I went down the street. I
22 worked for the 7-Up company about 2 years.
23    Q. Okay. And what town was the 7-Up
24 facility located in?
25    A. Melville.

36 (Pages 138 to 141)

| 142 | | 144 | |
|---|---|---|---|
| 1 | Q. Did you have a particular job site when | 1 | that work would have caused you to be exposed to |
| 2 | you went to work for 7-Up? | 2 | asbestos? |
| 3 | A. Well, I started on the line and I | 3 | A. No. Gas fumes. At that time they were |
| 4 | worked up to being a forklift driver. | 4 | using gas on the forklifts. |
| 5 | Q. You said you worked at 7-Up for about 2 | 5 | Q. Did you ever have any responsibilities |
| 6 | years? | 6 | for the forklift itself; any maintenance |
| 7 | A. 2, 2 and a half years, yeah. | 7 | responsibilities? |
| 8 | Q. How long did you work on the line until | 8 | A. No. No. Go ahead. |
| 9 | you shifted over? | 9 | Q. For the 2 years or so you worked at |
| 10 | A. About a month. | 10 | 7-Up, did you ever see any other trades do work |
| 11 | Q. Majority of your time at 7-Up was as a | 11 | that were not 7-Up employees? |
| 12 | forklift driver? | 12 | A. No. |
| 13 | A. Yes. | 13 | Q. After you left 7-Up, where did you go |
| 14 | Q. What type of 7-Up facility was this? | 14 | to work? |
| 15 | A. It was a complete bottling company. | 15 | A. Merchant Marines. |
| 16 | This is when they had returns and stuff like | 16 | Q. And do you recall when you joined the |
| 17 | that. | 17 | Merchant Marines? |
| 18 | Q. So they were making, bottling and | 18 | A. '67. |
| 19 | shipping the product? | 19 | Q. Do you recall what month in '67? |
| 20 | A. Wouldn't make the bottle, they would | 20 | A. I couldn't. |
| 21 | put the soda in the bottle and shipping it. | 21 | Q. Do you recall what season? |
| 22 | Q. When you worked at 7-Up, was that full | 22 | A. No. |
| 23 | time work? | 23 | Q. And how long were you in the Merchant |
| 24 | A. Yes. | 24 | Marines for? |
| 25 | Q. 5 days a week? | 25 | A. Approximately about 2 years. |

| 143 | | 145 | |
|---|---|---|---|
| 1 | A. Yes. | 1 | Q. When you first joined the Merchant |
| 2 | Q. For the week -- or I'm sorry, for the | 2 | Marines, do you recall who your employer was? |
| 3 | month you spent working on the line, do you | 3 | A. I worked for United States Lines. |
| 4 | believe any of the work that you did would have | 4 | Q. Did you work for United States Lines |
| 5 | caused you to be exposed to asbestos? | 5 | the entire 2 years? |
| 6 | A. Maybe so. We was involved in | 6 | A. No. Grace Line. |
| 7 | everything. Cartons coming back, I couldn't | 7 | Q. How long did you work for the United |
| 8 | even tell you what came back in that place. | 8 | States Lines? |
| 9 | MS. MARCUS: He's just asking you if | 9 | A. I would go on and off. One minute I'd |
| 10 | you know. | 10 | be down on the United States -- it was a |
| 11 | THE WITNESS: I don't know. | 11 | passenger ship -- then I would go to -- all the |
| 12 | BY MR. RIZVI: | 12 | ships I worked on were passenger ships. Then I |
| 13 | Q. That's fine, you tell me you don't know | 13 | would go to Grace Line, back and forth, one ship |
| 14 | we'll move on. Do you recall if there was any | 14 | was in for a while, then I'd go get another ship |
| 15 | sort of insulated piping in the 7-Up facility? | 15 | out. |
| 16 | A. Probably steam pipe coming out of the | 16 | Q. Start this way and see if we have to |
| 17 | radiators in the locker rooms. | 17 | change. Do you recall the name or designation |
| 18 | Q. Was any of that piping insulated? | 18 | for the very first ship you worked on through |
| 19 | A. I wouldn't know. | 19 | the Merchant Marines? |
| 20 | Q. Fair enough. And then after that first | 20 | A. I believe it was Grace Line. It was |
| 21 | month you shifted over and became a forklift | 21 | Santa Rosa -- no, Santa Paula. |
| 22 | operator? | 22 | Q. Santa Paul? |
| 23 | A. Right. | 23 | A. Santa Paula. |
| 24 | Q. With respect to the work that you did | 24 | Q. Paula. And you said this was a Grace |
| 25 | as a forklift operator, do you believe any of | 25 | Line ship? |

37 (Pages 142 to 145)

**146**

1    A. Yes.
2    Q. I want to be clear. Was this the very
3  first ship that you worked on?
4    A. I'm thinking now.
5    Q. Okay.
6    A. I only sailed three ships; the Santa
7  Paula, Santa Rosa and the United States Line but
8  I can't remember which one I started.
9    Q. Okay. Well, even if we don't have the
10  exact order right we'll start with the Santa
11  Paula.
12    A. Yes.
13    Q. What type of ship was Santa Paula?
14    A. All passenger ships.
15    Q. Do you recall how large the ship was;
16  the Santa Paula was?
17    A. Pretty big. Big liners, steam.
18    Q. Do you recall how many feet?
19    A. If I was on a destroyer, 285, I'd say
20  it had to be 800, 900 feet long.
21    Q. Do you recall how many decks the Santa
22  Paula had?
23    A. Not offhand. We weren't allowed up
24  there.
25    Q. I take it that your responsibilities

**147**

1  were below deck?
2    A. Yes.
3    Q. And what was your job title when you
4  went to work?
5    A. As an oiler, just taking readings.
6  Spent 4 hours on, 8 hours off.
7    Q. Do you recall where you got aboard the
8  Santa Paula?
9    A. New York. All went out of New York.
10  Pier 86 and pier 40 something, I don't know.
11    Q. And when you worked aboard the Santa
12  Paula as an oiler, was that full time work?
13    A. Yes.
14    Q. And the ships were just this 4 hours
15  on, 8 hours off?
16    A. Yes.
17    Q. Would you be staying aboard the ship
18  then?
19    A. Yes.
20    Q. With respect to the work that you were
21  doing as an oiler, do you believe any of that
22  work would have caused you to be exposed to
23  asbestos?
24    A. Yes.
25    Q. As an oiler, where on the ship was your

**148**

1  work station?
2    A. I was all over, the main engine room,
3  shaft alleys, they had four shaft alleys on the
4  United States. Aft of steering.
5    Q. I want to be clear on something. A
6  moment ago you said they had four shaft alleys
7  on the United States.
8    A. Two on the regular ships.
9    Q. Right now we're talking about the Santa
10  Paula. This would have had 2?
11    A. 2, right.
12    Q. And you said that your responsibilities
13  were the main engine room?
14    A. Right.
15    Q. Was there more than one engine room on
16  the Santa Paula?
17    A. Yes.
18    Q. How many engine rooms?
19    A. 2.
20    Q. Where was the main engine room located?
21    A. Front of the ship really.
22    Q. Forward?
23    A. Forward part of the ship.
24    Q. Do you recall how large the main engine
25  room was on that ship?

**149**

1    A. Let's see. I don't want to say
2  offhand. I can't guess. It was pretty big.
3    Q. Fair enough. Was it multiple decks?
4    A. Some of them did have decks, yeah.
5    Q. Was it the width of the ship?
6    A. Yes.
7    Q. What were your responsibilities in the
8  main engine room as an oiler?
9    A. Checking the oil and spring bearings,
10  shaft bearings, checking the equipment, lot of
11  Westinghouse and GE equipment down there. I
12  think it was GE -- I think Westinghouse
13  turbines.
14    Q. In this main engine room on the Santa
15  Paula, do you recall how many turbines there
16  were?
17    A. There was one. I mean one, always one
18  forward and one rear.
19    Q. Right. But in the main engine room
20  there would have been one, and one in the aft
21  engine room?
22    A. Right.
23    Q. But the work you would have done on the
24  ship was in the main engine room?
25    A. Right.

38 (Pages 146 to 149)

150

1  Q. And what specifically -- what type of
2  responsibilities did you have in terms of
3  checking in connection with the --
4  A. Just writing down the readings every
5  hour on the hour.
6  Q. Do you believe any of that work from
7  writing down the readings would have caused you
8  to be exposed to asbestos?
9  A. Yes I do.
10  Q. What about that work would have caused
11  you to be exposed to asbestos?
12  A. I was all around asbestos. Everything
13  back then was steam. Now insulation, I worked
14  over at Newport News, that's where the ship was
15  built, and I realized they used Kaylo, I guess
16  was insulation on that site, and I don't know
17  back then, because the ship was built in the
18  40s. I'm talking about the United States -- I'm
19  sorry.
20  Q. Okay. We'll get to the United States.
21  A. I jumped over.
22  Q. That's all right.
23  A. But they all was steam propelled.
24  Q. With respect to the Santa Paula, you
25  mentioned insulation, is that correct?

151

1  A. Right.
2  Q. Where was the insulation located in the
3  main engine room?
4  A. All over there. Each of the turbines,
5  reduction gears.
6  Q. And on the Santa Paula, do you know who
7  manufactured any of that insulation?
8  A. No, I can't say.
9  Q. With respect to the HP turbine on the
10  Santa Paula, do you know who manufactured that
11  turbine?
12  A. No. GE. I'm sorry. GE.
13  Q. With respect to the reduction gear on
14  the Santa Paula?
15  A. Westinghouse. I think it was
16  Westinghouse.
17  Q. Other than the HP turbine and the
18  reduction gear, is there any other type of
19  equipment that you worked on or around in the
20  main engine room on the Santa Paula?
21  A. No, we just did readings, there was no
22  other.
23  Q. Other than the main engine room, you
24  mentioned there were also two shaft alleys on
25  the Santa Paula.

152

1  A. Yes.
2  Q. Did you have any occasion to do work in
3  the shaft alleys?
4  A. No, we didn't do no work. They had
5  people to do that for us.
6  Q. You believe you were exposed to
7  asbestos in the shaft alleys?
8  A. Definitely.
9  Q. How were you exposed?
10  A. Walking down there was asbestos all
11  over the steam lines and stuff like that, going
12  all the way down.
13  Q. This would have been that same type of
14  insulation on the steam lines?
15  A. Yes.
16  Q. Do you know who manufactured any of the
17  insulation on the steam lines?
18  A. No, I couldn't tell you about that.
19  Q. Other than the main engine room and the
20  shaft alleys, did you have to work or be present
21  in any of the other areas?
22  A. Maybe aft of steering. Taking readings
23  down in aft of steering, that's all.
24  Q. What type of equipment or products were
25  you taking readings from in the aft steering?

153

1  A. What name?
2  Q. What type of equipment first.
3  A. Aft of the steering point.
4  Q. Just the steering system itself?
5  A. Yes.
6  Q. Do you believe any of that work would
7  have caused you to be exposed to asbestos?
8  A. No, it's oil back there.
9  Q. While you were aboard the Santa Paula,
10  aside from the work you were personally doing,
11  were you present when any other trades did any
12  other work on the ship?
13  A. No.
14  Q. Do you recall how long in total you
15  served or how long you spent working on the
16  Santa Paula?
17  A. Maybe 2 weeks here, and get another
18  ship, Santa Rosa, get on that for 2, making 2
19  week cruises out of New York. Then I jumped on
20  the United States and sailed that all around.
21  She was supposed to go around the world and
22  didn't go through and they decommissioned down
23  here.
24  Q. So, am I correct then in saying that
25  the longest amount of time you spent on the

39 (Pages 150 to 153)

154

1   Santa Paula at one time would have been 2 weeks?
2     A. Yes.
3     Q. Do you know how many times you did
4   those 2 week cruises on the Santa Paula?
5     A. I couldn't tell you there was so many
6   of them.
7     Q. On all of the cruises that you did on
8   the Santa Paula, was your job title oiler?
9     A. Yes.
10     Q. And did you have the same types of
11   responsibilities that we talked about?
12     A. Right, on all the ships.
13     Q. Okay. Do you recall the names of any
14   of the guys you worked with on the Santa Paula?
15     A. No.
16     Q. And the best of your recollection, who
17   owned the Santa Paula?
18     A. Grace Line.
19     Q. And were you employed directly by Grace
20   Line when you worked on the Santa Paula?
21     A. Yes.
22     Q. So with respect to the Santa Paula,
23   have we talked about all the different types of
24   products and equipment that you believe caused
25   you to be exposed to asbestos?

155

1     A. I'll leave that open.
2     Q. As you sit here --
3     A. I don't know.
4     Q. As you sit here right now, do you
5   recall any other products or equipment that you
6   believe caused you to be exposed to asbestos on
7   that ship?
8     A. Can you repeat it again, please?
9     Q. Sitting here right now, are there any
10   other products or equipment that you recall that
11   you believe caused you to be exposed to asbestos
12   on the Santa Paula?
13     A. No, I can't recall any.
14     Q. Okay. And you mentioned that the other
15   ship that you --
16     A. Identical.
17     Q. Okay.
18     A. Santa Rosa, Santa Paula, it was
19   identical.
20     Q. Okay. When you say identical, was it
21   the same size?
22     A. Same size, same engine room, they all
23   had Westinghouse motors, reduction gears, and I
24   think the generator was Westinghouse.
25     Q. When you worked on the Santa Rosa, you

156

1   had the same responsibilities as an oiler,
2   correct?
3     A. Right.
4     Q. And your primary work area was in the
5   main engine room on that ship, also?
6     A. Yes.
7     Q. And you mentioned some different types
8   of equipment. Where was the generator located
9   on the Santa Rosa?
10     A. It was on the starboard side.
11     Q. It was in the main engine room, though?
12     A. Yes.
13     Q. And you believe you were exposed to
14   asbestos in connection with the generator?
15     A. Yes.
16     Q. How do you believe you were exposed
17   from the generator?
18     A. It wasn't encapsulated.
19     Q. When you say wasn't encapsulated?
20     A. It wasn't covered, painted, you know,
21   when I say painting, freshly painted. You could
22   see the asbestos hanging out.
23     Q. This covering that you saw, do you know
24   who manufactured any of that covering material?
25     A. No.

157

1     Q. Do you know who manufactured that
2   generator?
3     A. GE -- Westinghouse. Westinghouse
4   generator.
5     Q. And you mentioned that there was
6   also -- other than the generator, what other
7   types of equipment did you have responsibilities
8   for in the main engine room on the Santa Rosa?
9     A. Reduction gears.
10     Q. Do you believe you were exposed to
11   asbestos in any way from the reduction gear?
12     A. Yes.
13     Q. How do you believe you were exposed
14   from that?
15     A. I was all around that reduction gear.
16   There was gauges on there and you got to take a
17   reading every hour.
18     Q. And with respect to the reduction gear
19   for the Santa Rosa, do you know who manufactured
20   the reduction gear?
21     A. That would be the same company,
22   Westinghouse.
23     Q. With respect to any of that insulation
24   material, do you know who manufactured any of
25   the insulation on that reduction gear?

40 (Pages 154 to 157)

**158**

1    A. No, I don't.
2    Q. Other than the generator and the
3  reduction gear, any other equipment or products
4  that you had responsibilities for in the main
5  engine room on the Santa Rosa?
6    A. No, but I do remember one thing. It
7  was Johns-Manville because they had it up in the
8  cage, only just enough, because it was in the
9  ship, they just had a little bit in case
10  something happened.
11    Q. Other than the main engine room, did
12  you have responsibilities anywhere else on the
13  ship on the Santa Rosa?
14    A. Just aft of steering. Shaft alleys.
15    Q. Did you have to perform any work in the
16  shaft alleys on the Santa Rosa?
17    A. No, that's oil engine work.
18    Q. Do you believe any exposure you would
19  have had in the shaft alleys would have been in
20  the insulated piping?
21    A. Yes.
22    Q. And the aft steering room was your
23  responsibility just to perform the reading on
24  the equipment?
25    A. Just checking.

**159**

1    Q. Do you believe any of that would have
2  caused you to be exposed to asbestos?
3    A. Not really in that.
4    Q. And you told me that the Santa Paula
5  and Santa Rosa --
6    A. Identical.
7    Q. Was your berthing area on both ships
8  identical as well?
9    A. Yes, about.
10    Q. Where was your berthing area on the
11  ships?
12    A. Below deck.
13    Q. Do you recall if there was any
14  insulated piping --
15    A. Definitely, yes.
16    Q. Do you recall the names of any of the
17  men who served or worked with you on the Santa
18  Rosa?
19    A. No, I didn't know, I just would perform
20  my job and that was it.
21    Q. While you worked on either the Santa
22  Paula or the Santa Rosa, did either ship go in
23  for any sort of repair work while you were
24  aboard ship?
25    A. No.

**160**

1    Q. And any occasion when you worked on the
2  Santa Rosa would you have been working directly
3  for Grace?
4    A. Yes.
5    Q. Santa Paula and Santa Rosa were the
6  only two Grace ships that you worked on,
7  correct?
8    A. Right, only passenger ships that had --
9  Grace Lines had cargo ships and stuff.
10    Q. You never had occasion to work on a
11  cargo ship?
12    A. Never.
13    Q. So with respect to the Santa Rosa, have
14  we talked about all the ways you were exposed to
15  asbestos on that ship?
16    A. What was that again?
17    Q. With respect to the Santa Rosa, we
18  discussed all the ways you were exposed to
19  asbestos on that ship?
20    A. I think just being on the ship.
21    Q. We've talked about all the different
22  types of products and materials?
23    A. Right.
24    Q. Any way for you to estimate how many
25  times you went on these 2 week cruises on the

**161**

1  Santa Rosa?
2    A. I couldn't tell you offhand. I was
3  hopping off of one ship to another ship. When I
4  jumped on the United States Line, stayed on
5  more.
6    Q. I'm going to talk to you about that in
7  just one second. With respect to the Santa
8  Rosa, would I be correct that was the longest
9  period of time you would have been on that ship
10  would have been 2 weeks?
11    A. Yes.
12    Q. Before we get to the United States
13  Line, why don't we take a five minute break?
14      (Discussion off the record.)
15  BY MR. RIZVI:
16    Q. Mr. Fordham, you okay to keep going for
17  just a little bit?
18    A. Oh, yes. Yes.
19    Q. When we took our break we finished
20  talking about your time on the Santa Paula and
21  Santa Rosa.
22    A. Right.
23    Q. And I believe you mentioned to me there
24  was a United States Line ship that you were also
25  on?

41 (Pages 158 to 161)

---

**162**

1     A. Yes.
2     Q. Do you recall the name of that ship?
3     A. United States.
4     Q. Just called the United States?
5     A. Yes, passenger liner.
6     Q. What type of liner?
7     A. Passenger.
8     Q. Passenger, okay. And you said you were
9 on the ship for a longer period of time,
10 correct?
11     A. Yes. Well it was short runs too, but
12 there was a couple of long runs.
13     Q. Were you on the ship consistently or
14 would you get off the United States and go on
15 the Santa Rosa for 2 weeks?
16     A. Yes, that was the way.
17     Q. Would you be able to estimate the total
18 amount of time you spent on the United States
19 Line?
20     A. I couldn't. I couldn't.
21     Q. And was the United States --
22     A. I think I stayed on United States more
23 than I stayed on Santa Paula and Santa Rosa,
24 though.
25     Q. And you said this was a passenger ship

---

**163**

1 as well, correct?
2     A. Yes.
3     Q. Was this larger than the other two
4 ships?
5     A. Yes.
6     Q. How large was this ship?
7     A. I couldn't tell you but it holds a blue
8 ribbon for going across the Atlantic.
9     Q. Do you recall how long the ship was?
10     A. It was big. Huge. It was almost as
11 big as the ship down there --
12     Q. Would it have been over a thousand
13 feet?
14     A. Oh, yeah.
15     Q. Do you recall how many decks this ship
16 had?
17     A. I think 4 to 5 decks on it, for the
18 main deck.
19     Q. And when you worked aboard the ship
20 were you working as an oiler?
21     A. Yes.
22     Q. Was this full time work?
23     A. Yes.
24     Q. As an oiler aboard the United States
25 ship, where was your primary work area?

---

**164**

1     A. Main engine room.
2     Q. Do you recall approximately how large
3 the main engine room was on the United States
4 ship?
5     A. About half the size of this building --
6 the room we're in now.
7     Q. Unfortunately the record can't really
8 indicate where we are. Would you be able to
9 give me the approximate dimensions?
10     A. I guess I'd say about a hundred by 50,
11 something like that.
12     Q. Was the main engine room on the United
13 States Line one deck or multiple decks?
14     A. Multiple decks. It had elevators.
15     Q. Okay. And as an oiler, what were your
16 responsibilities?
17     A. Same duties carried out; taking
18 readings, checking on the shaft alleys. You
19 just had two extra ones you had to go down.
20     Q. With respect to the work that you had
21 taking readings in the main engine room, do you
22 believe any of that work would have exposed you
23 to asbestos?
24     A. Yes.
25     Q. What specifically about that work --

---

**165**

1     A. Just about the same as the other ships,
2 you go underneath, all around, the whole area's
3 exposed.
4     Q. Were there any specific type of product
5 or equipment that would have caused you to be
6 exposed to asbestos in that main engine room?
7     A. No, I couldn't tell you offhand what it
8 was. I'll leave that open.
9     Q. You also mentioned there were 4 shaft
10 alleys on this ship?
11     A. Correct.
12     Q. Did you have to do any work on those
13 shaft alleys?
14     A. No.
15     Q. Do you believe you would have been
16 exposed to asbestos from those shaft alleys?
17     A. Oh, yes, steam lines running down
18 there.
19     Q. That would have been on the insulation
20 on those steam lines?
21     A. Yes.
22     Q. Do you know who manufactured any of the
23 insulation on those steam lines?
24     A. I couldn't tell you that.
25     Q. Other than the shaft alleys and the

---

42 (Pages 162 to 165)

166

```
 1   main engine room, did you have to do any work or
 2   go through any other areas aboard the United
 3   States ship?
 4       A.  Just aft of steering.
 5       Q.  Were you taking readings in the aft
 6   steering equipment as well?
 7       A.  Yes.
 8       Q.  Do you believe any of that work would
 9   have caused you to be exposed to asbestos?
10       A.  No.  When you say that work, what do
11   you mean?
12       Q.  When you were taking the readings on
13   the aft steering.
14       A.  No, not in the aft steering part.
15       Q.  Other than the work we just talked
16   about, the insulated pipes in the shaft alleys,
17   is there any other ways you would have been
18   exposed to asbestos while on the United States
19   Line?
20       A.  Oh, yes, it was all around the ship,
21   you know, reduction gears, HP turbine.  Whole
22   ship was steam.  The berthing quarters had
23   insulation.
24       Q.  Where was the reduction gear located?
25       A.  In the main engine room.
```

167

```
 1       Q.  How do you believe you would have been
 2   exposed to asbestos with respect to the
 3   reduction gear?
 4       A.  It's all over the reduction gear and
 5   around it.  You know, you just don't look over
 6   here, you had to go over and under and stuff
 7   like that.
 8       Q.  With respect to any of that covering or
 9   insulation on the reduction gear, do you know
10   who manufactured any of that insulation?
11       A.  No.
12       Q.  Do you know who manufactured the
13   reduction gear on the United States Line ship?
14       A.  Westinghouse.
15       Q.  You also mentioned there was HP
16   turbine.
17       A.  Yes.
18       Q.  Was that located in this main engine
19   room as well?
20       A.  Yes.
21       Q.  Do you believe you were exposed to
22   asbestos in any way in connection with the HP
23   turbine?
24       A.  There was two reduction gears on the --
25   two forward and aft.
```

168

```
 1       Q.  All right.  Again the work that you
 2   would have done would have been on the reduction
 3   gears in the main engine room, correct?
 4       A.  Right, just taking readings and going
 5   up and over and --
 6       Q.  And were the two reduction gears in the
 7   main engine room identical?
 8       A.  Yes.
 9       Q.  Do you know who manufactured the other
10   reduction gear?
11       A.  Same, Westinghouse.
12       Q.  And there was one HP turbine in the
13   main engine room?
14       A.  I can't recall.  It could have been,
15   I'm not sure.  No, had to be two because each
16   one turns a reduction gear.
17       Q.  You believe you were exposed to
18   asbestos in connection with the HP turbine?
19       A.  Yes.
20       Q.  Okay.  How do you believe you were
21   exposed from that work?
22       A.  Being in that area, exposed to the
23   equipment.
24       Q.  Do you know who manufactured either of
25   the HP turbines on the United States Line?
```

169

```
 1       A.  That I can't say.
 2       Q.  All right.  You also mentioned some
 3   insulated piping in your berthing area.
 4       A.  It was all -- yeah.  And mess decks,
 5   too, on all the ships.
 6       Q.  Be fair to say there was insulated
 7   piping throughout these ships that you were on?
 8       A.  Definitely.
 9       Q.  With respect to any of the insulation
10   on any of the piping aboard the United States
11   Line ship, do you know who made any of that
12   insulation?
13       A.  No.
14       Q.  With respect to the United States Line
15   ship, have we talked about all the ways you
16   believe you were exposed to asbestos on that
17   ship?
18       A.  What was that again, please?
19       Q.  Sure.  With respect to the United
20   States Line ship, have we talked about all the
21   ways you were exposed to asbestos on that ship?
22       A.  That I can recall.
23       Q.  Have we talked about all the products
24   and equipment that you believe caused you to be
25   exposed to asbestos?
```

43 (Pages 166 to 169)

|  | 170 |
|---|---|

1     A. Not all the equipment, I couldn't tell
2 you the name for name. When you go on the ships
3 everything is painted up. They paint right over
4 the names of the valves, names of the
5 instruments, everything. You know, the machine
6 is gray.
7     Q. With respect to any of the equipment
8 that would have caused you to be exposed to
9 asbestos though, have we talked about all that
10 equipment in connection with these ships?
11     A. As far as my recollection, yes.
12     Q. During the years that you were part of
13 the Merchant Marines, other than working on
14 these three ships, did you have any other
15 responsibilities?
16     A. No.
17     Q. Did you -- were you part of the
18 Merchant Marines consistently for those years?
19     A. Yes.
20     Q. Do you recall the names of any of the
21 guys you worked with aboard the United States
22 Line ship?
23     A. No.
24     Q. And do you recall when you got out of
25 the Merchant Marines?

|  | 171 |
|---|---|

1     A. '69.
2     Q. Do you recall what month in '69?
3     A. No, not offhand. I was only out of
4 work for about 2 to 3 weeks and I started with
5 LILCO.
6     Q. Did you have any employment between
7 finishing your time in the Merchant Marines and
8 starting up at LILCO?
9     A. No.
10     Q. Is that a no?
11     A. No.
12     Q. At this point, sir, prior to your
13 starting work at LILCO, have we talked about all
14 the jobs you had before you went to work at
15 LILCO?
16     A. Correct.
17     Q. Off the record.
18     (Discussion off the record.)
19     MS. MARCUS: The deposition is over for
20 today. We're up to LILCO and we're starting at
21 10 AM tomorrow morning.
22     (Deposition concluded at 4:35 PM.)
23
24     ***
25

|  | 172 |
|---|---|

1     I hereby CERTIFY that I have read the
2 foregoing pages, and with the exception of the
3 changes on the errata sheet, that they are a
4 true and accurate transcript of the testimony
5 given by me in the above-entitled action on
6 February 7, 2012.
7
8
9     _____
    Milton Leroy Fordham
10
11
12
    Sworn to before me this
13
    _____day of _____, 2012
14
15
16     _____
    Notary Public
17
18
19
20
21
22
23
24
25

|  | 173 |
|---|---|

1 State of New York)
2     SS:
3 County of Erie )
4
5     I, Linda S. Muldowney-Webber,
6 a Notary Public in and for the State of New
7 York, County of Erie, DO HEREBY CERTIFY, that
8 the proceedings were taken down by me in a
9 verbatim manner by means of Machine Shorthand on
10 February 7, 2012, that the proceedings were
11 taken to be used in the above-entitled action.
12     I further CERTIFY that the
13 above-described transcript constitutes a true,
14 accurate and complete transcript of the
15 testimony.
16
17
18     _____
19     Linda S. Muldowney-Webber
    RPR, Notary Public
20
21
22
23
24
25

44 (Pages 170 to 173)

```
 1          ERRATA SHEET
         Priority-One Court Reporting/Veritext
 2            718-983-1234
       ASSIGNMENT NO. P1-378445
 3     CASE NAME: Fordham/Stumme v. Asbestos
       DATE OF DEPOSITION: February 7, 2012
 4     WITNESS' NAME: Milton Fordham
 5
       PAGE LINE(S)  CHANGE      REASON
 6     ___/_____/_____/_____
 7     ___/_____/_____/_____
 8     ___/_____/_____/_____
 9     ___/_____/_____/_____
10     ___/_____/_____/_____
11     ___/_____/_____/_____
12     ___/_____/_____/_____
13     ___/_____/_____/_____
14     ___/_____/_____/_____
15     ___/_____/_____/_____
16     ___/_____/_____/_____
17     ___/_____/_____/_____
18     ___/_____/_____/_____
19     ___/_____/_____/_____
20          Milton Fordham
21     SUBSCRIBED AND SWORN TO
22     BEFORE ME THIS_____ DAY
       OF_____, 2012.
23
24     _____
       NOTARY PUBLIC
25     MY COMMISSION EXPIRES_____
```

45 (Page 174)

Priority-One Court Reporting Services, Inc.          718-983-1234
25B Vreeland Road, Suite 301, Florham Park, NJ 07932