# EXHIBIT 3

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**MDL NO. 875 – IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

**Fordham et. al. v. Asbeka Industries of New York, Inc., et. al.,** S.D., New York, No. 12-01145

### NOTICE OF OPPOSITION TO CTO—492

I, Kush Shukla, represent plaintiffs in the above captioned matter which is included on the conditional transfer order 492 (CTO—492). Plaintiffs submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in fourteen (14) days.

Dated: New York, New York
March 2, 2012

/s/ Kush Shukla
Kush Shukla, Esq.
WILENTZ, GOLDMAN & SPITZER, P.A.
*Attorneys for Plaintiff*
110 William Street, 26th Floor
New York, New York 10038
Tel.: (212) 267-3091

#5647354 (157225.002)