# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------X
                                                 :
                                                 :
MILTON FORDHAM et al,                            :   S.D.N.Y 12 Civ. 1145 (PAE)
                                                 :
         Plaintiffs,                             :   Hon. Paul A. Engelmayer
                                                 :
v.                                               :   ORAL ARGUMENT REQUESTED
                                                 :
ASBEKA INDUSTRIES et al.,                        :
                                                 :   NOTICE OF EMERGENCY
         Defendants                              :   MOTION TO REMAND AND MOTION
                                                 :   TO STRIKE DEFENDANTS' AFFIDAVITS
                                                 :
-------------------------------------------------X
```

PLEASE TAKE NOTICE that upon the Declaration of Kush Shukla in Support of Plaintiffs' Emergency Motion to Remand and Motion to Strike Defendants' Affidavits and Plaintiffs' Memorandum of Law In Support of Their Emergency Motion to Remand and Motion to Strike Defendants' Affidavits, along with the exhibits attached thereto, and the previous pleadings in this case, plaintiffs Milton Fordham and Edna Fordham by their counsel at Wilentz, Goldman & Spitzer, P.A. hereby move this Court before the Honorable Paul A. Engelmayer, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and at a time to be designated by the Court, to remand the above-captioned case to the Supreme Court of the State of New York, County of New York, where it originated, pursuant to 28 U.S.C. § 1447, to strike the affidavits submitted by Defendants in their notice of removal, and for any and all other relief that the Court deems just and proper.

#5647572.1(135336.002)

Dated: New York, New York.
       March 27, 2012

                                                      By: /s/ Kush Shukla
                                                            Kush Shukla, Esq. [KS-1227]
                                                            Wilentz Goldman & Spitzer P.A.
                                                            110 William Street 26th floor,
                                                            New York, New York 10038-3927
                                                            Tel: 646-746-8916
                                                           Fax: 732-726-6604
                                                           e-mail: kshukla@wilentz.com
                                                           *Attorneys for Plaintiff* s

To: All Counsel

#5647572.1(135336.002)