# EXHIBIT 6

07-08-08_pokorney.txt

1616


2      SUPREME COURT OF THE STATE OF NEW YORK
       COUNTY OF ONONDAGA
3      - - - - - - - - - - - - - - - - - - X
       DOUGLAS POKORNEY,
4
                              Plaintiff,
5          -against-

6      FOSTER WHEELER ENERGY CORP., GENERAL
       ELECTRIC COMPANY,
7
                              Defendants.
8      - - - - - - - - - - - - - - - - - - X

9                             Index No.: 2005/107034
                              Onondaga County Courthouse
10                            Montgomery Street
                              Syracuse, New York 13202
11                            July 8, 2008
                              TRIAL
12
       B E F O R E:
13
               HONORABLE JAMES W. McCARTHY, Justice, and a Jury.
14
       A P P E A R A N C E S:
15
               LEVY, PHILLIPS & KONIGSBERG, LLP
16             Attorneys for the Plaintiff
               800 Third Avenue, 13th Floor
17             New York, New York 10022
               BY:  JEROME H. BLOCK, ESQ.
18             -and-
               LIPSITZ PONTERIO
19             135 Delaware Avenue
               Buffalo, New York 14202
20             BY: KEITH VONA, ESQ.

21             WHEELER, TRIGG & KENNEDY, LLP
               Attorneys for the Defendant Foster Wheeler
22             1801 California Street, Suite 3600
               Denver, Colorado 80202-2617
23             BY: JOHN M. FITZPATRICK, ESQ.
                   ERIK D. DADOLINK, ESQ.
24

25

           ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                        1617



2
       APPEARANCES (Continued):

                            Page 1

07-08-08_pokorney.txt

```
 3
                 SEDGWICK, DETERT, MORAN & ARNOLD, LLP
 4               Attorneys for the Defendant General Electric
                 Three Gateway Center
 5               Newark, New Jersey
                 BY: STEPHEN NOVAKIDIS, ESQ.
 6
                                     Adam H. Alweis
 7                                   Official Court Reporter
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1618

```
 1                    Proceedings
 2            THE COURT:  On the record.  All are present.
 3            We are going to complete the charge
 4    conference that we started the other day, and I guess
 5    the main issue relative to this is the argument of
 6    whether I'm going to charge the government contractor
```

Page 2

07-08-08_pokorney.txt

7   defense: that's it, the major issue.

8                I received memorandums of law from both the

9   defense and the plaintiff regarding it.  And if either

10  of you wish further argument on that, we can.  You may

11  proceed.  If not --

12               MR. BLOCK:  Your Honor, I'll make further

13  argument.

14               I think Dr. Betts' testimony yesterday makes

15  it very clear that there is no basis to charge

16  government contractor.  I specifically asked him

17  whether he can identify any reasonably precise

18  specification on the issue of warnings regarding

19  asbestos, and he said no.

20               That's the language of the government

21  contractor defense.  The defendant has to identify

22  reasonably precise specifications that either made them

23  do the conduct upon which an offer is based or

24  prevented them from performing an obligation upon which

25  the claim is based, and Dr. Betts says that he knows of

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1619

1                    Proceedings

2   no such reasonably precise specification.

3                He knows of no such specification at all, and

4   when we remove it from even the written specification,

5   Dr. Betts admitted, which we submit, are required to

6   make out the government contractor defense, you have to

7   show something in the contracts, something -- the

8   specifications, and, indeed, something in the

9   specifications that was incorporated into the contract.

10               But, even when we take it out of that realm,

Page 3

07-08-08_pokorney.txt

11      Dr. Betts said, in his experience, and in his

12      knowledge, he's never encountered any instance in which

13      a manufacturer tried to make a warning about safety

14      associated with their product and was not permitted to

15      do so.

16              So, it is clear, Your Honor, that while

17      Foster Wheeler may have a comparable claim to the

18      government contractor defense, if this were a design

19      defect case -- and we spent hours and hours yesterday

20      getting testimony from Dr. Betts about how they had to

21      use asbestos and how the design was specified, that is

22      not the issue in this case.  And under Grispo and the

23      case law on failure to warn in the government

24      contractor defense --

25              THE COURT:  He says Grispo stands for exactly

        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1620

1               Proceedings

2       the opposite, as Mr. Novakidis' memo, to what you're

3       saying.  He says Grispo answers the question

4       definitively.  I'm not saying he's correct.  I'm saying

5       that is what he says in his memo.

6               You're saying he's wrong?

7               MR. BLOCK:  We are saying he's absolutely

8       wrong.  If the government contract defense means

9       anything in a failure to warn case, it means that they

10      have to show a specification that prevented them from

11      warning, and Dr. Betts admitted there is no such

12      specification.

13              Now, Your Honor, you now have a record that

14      is undisputed from their own witness that there is no

                        Page 4

07-08-08_pokorney.txt

15    specification, but what there was, Your Honor, there

16    was total silence on the issue of warning of asbestos.

17              THE COURT:  Let me ask you a question.

18    Except for Ronsini, is there any indication in

19    New York, a New York Court, where the government

20    contractor defense was given in a failure to warn a

21    case?

22              Anybody?

23              MR. BLOCK:  Well, Ronsini, the government

24    contractor defense was not --

25              THE COURT:  I know that.

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1621

1                   Proceedings

2              MR. BLOCK:  And other than the request of

3    Worthington to charge the government contractor

4    defense, the Trial Court's rejection of that, and the

5    affirmance of that on appeal, I know of no case where

6    the Court gave the government contractor case.

7              THE COURT:  Failure to warn in New York --

8              MR. BLOCK:  I know of no case.

9              THE COURT:  How about, and it doesn't have to

10    hit -- anybody can answer this one -- there is a lot of

11    removal cases, Nesbiet being one, where it was removed

12    to Federal District Court.  A lot of these removal

13    cases in the Second Circuit, they are removed, and one

14    of the reasons is, the government contractor defense,

15    but then you never see what happened at the trial level

16    in any of those Federal District Court cases in

17    New York as to whether, in fact, the government

18    contractor defense was given.

Page 5

07-08-08_pokorney.txt

19      Maybe they settled, removed or dismissed or
20    something, I don't know.  But, I didn't see one case in
21    New York on a removal case, Nesbiet being the latest
22    one, what happened.  I mean, maybe they didn't go to
23    trial.  Maybe the government contractor defense wasn't
24    given.
25            Does anyone know of any government contractor

       ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1622

1              Proceedings
2    defense cases in Federal Court in New York or the
3    Second Circuit that went to trial where the government
4    contractor defense was given and the jury charge to the
5    jury: failure to warn?  Anybody know of any case?
6            MR. BLOCK:  There are none.
7            MR. NOVAKIDIS:  Your Honor, cases that
8    removed by -- falsely by other companies, none of them
9    have actually gotten to the point where it's come up.
10           THE COURT:  That's what I thought.
11           MR. NOVAKIDIS:  The first one is, that is
12   going to answer this question, Your Honor.
13           MR. BLOCK:  Your Honor, one very important
14   distinction, which I'm sure you voiced that on the
15   removal --
16           THE COURT:  I know.
17           MR. BLOCK:  -- they have to make a
18   considerable claim --
19           THE COURT:  It is under 1442 U.S.C.
20           MR. BLOCK:  All they have to do --
21           THE COURT:  In fact, in Nesbiet, they
22   specifically say, we'll get to it.

                        Page 6

07-08-08_pokorney.txt

23          MR. BLOCK:  Right.  On the removal issue,
24     Judge, Circuit Court Judge specifically says, Nesbiet,
25     the Court specifically says, District Court, quote,
ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1623

1               Proceedings
2     first requirement for the federal officer's removal is
3     a colorable defendant.  The defense, broadly construed,
4     we do not require the officer, virtually, to win his
5     case before he can have it removed.  Thus, defense may
6     be colorable.  Even if the Court ultimately rejects it
7     at the removal stages, it's not the Court's role to
8     assess the validity of a particular defense.
9               That's at Page 211 and 212 of Nesbiet at 399
10    Federal Supplement 2d. 205.
11              So, I just ask, if any Court in New York,
12    federal or otherwise, actually gave the failure to warn
13    defense in the government contractor defense, and, I
14    guess, and answered, somebody is telling me otherwise,
15    there is none in New York.
16              MR. NADOLINK:  Those federal court cases are
17    still pending, to my knowledge.  None of them have been
18    tried.
19              MR. FITZPATRICK:  They go in a black hole,
20    invariably, because they are in federal court.  They
21    get settled for peanuts.
22              MR. BLOCK:  We agree that it is a black hole,
23    Your Honor.
24              THE COURT:  Nesbiet and all of these other
25    cases are pending?
ADAM H. ALWEIS - OFFICIAL COURT REPORTER

07-08-08_pokorney.txt

1624

```
 1                    Proceedings
 2              MR. NADOLINK:  Either pending or settled.
 3              MR. FITZPATRICK:  They never go to trial.
 4              THE COURT:  Okay.  All right.  Go ahead.  I'm
 5    sorry.  I just wanted to point that out.
 6              Do you have any further argument?
 7              MR. BLOCK:  Your Honor, I think Dr. Betts'
 8    testimony speaks for itself on this, and unless you
 9    have any questions, I think it is very clear.
10              THE COURT:  Any legal argument?
11              MR. NADOLINK:  Your Honor, the Grispo case,
12    by the Second Circuit, I think, is controlling in the
13    State of New York.  The issue of whether the government
14    contractor defense is available, to be prevalent in a
15    state federal cause, and it is determined by the
16    highest federal court that has authority in the State
17    of New York in the Second Circuit, I think it has to
18    take precedence, especially when it comes after the
19    Weitzman decision, which called into question whether
20    there was discretionary function that was being
21    exercised in Grispo and answered that question in the
22    affirmative --
23              THE COURT:  How do you reconcile Ronsini
24    where the Court refused to give the jury charge on the
25    failure to warn, government contractor defense, and it
```

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1625

```
 1                    Proceedings
 2    was affirmed by the Appellate Division?
 3              MR. NADOLINK:  To the extent, if it can't be
```

Page 8

07-08-08_pokorney.txt

4       reconciled, the fact of the matter is that the United
5       States Court of Appeals for the Second Circuit is
6       binding authority on the matters on federal issues in
7       New York.
8               THE COURT:  Well, I believe -- I can't cite
9       the case.  I read so many of them over the last weeks,
10      I'm getting blurry, but, I believe, and Grispo -- I'll
11      get to it in a second -- Grispo talked about, since
12      there wasn't precedence by the Court of Appeals in New
13      York State, that they determined that under federal
14      common law, federal contractor defense, and they
15      basically -- I didn't get to it -- they cited
16      Casabianca and Weitzman, which are contradicting each
17      other.  Casabianca first, and Weitzman, second in time,
18      specifically said, we weren't going to involve the
19      issue.  I can quote you that in a minute.
20              MR. NADOLINK:  I can't think of the quote
21      you're thinking of: several places in Grispo that
22      specifically stated that if the elements can be met,
23      government contractor defense is available for the one
24      case, and that is a federal question.
25              THE COURT:  All right.  That was in federal
        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                 1626

1               Proceedings
2       court.  That was in federal court.  And they have --
3       you have to ask where Grispo said, we don't have to
4       decide between Weitzman and Casabianca.  We don't have
5       to decide that issue.
6               They don't -- if you're talking about whether
7       there is a federal preemption involved, then what

Page 9

07-08-08_pokorney.txt

8        underlying state law would be applied as the preemption
9        is moot?
10             Then, I guess, I am back to my original
11       question.  How do you reconcile that with Ronsini?  It
12       is Appellate authority.  Without any other Appellate
13       authority on it, I'm bound by it.
14             MR. NADOLINK:  If it's the finding that
15       Ronsini contradicts Grispo in some respect, Grispo
16       controls on the matter of federal law.  It is a federal
17       preemption issue.  It is a federal --
18             THE COURT:  Remember, now -- I lost my
19       thought -- some federal court, I can't remember, talked
20       about the government contractor defense: said, when
21       they wouldn't grant the removal, said, state courts
22       decide federal issues all of the time.
23             MR. NADOLINK:  But, not when the highest
24       federal court in the land has made a decision on that
25       issue.  It can't be contradicted by a state court on a
         ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                   1627

1              Proceedings
2        matter that is a federal question.  I mean, so, it's a
3        matter of federal preemption.
4              THE COURT:  You're saying the Trial Court and
5        Appellate Court in Ronsini got it wrong?
6              MR. NADOLINK:  I'm saying Grispo's rule on
7        this issue, and a federal court and a state court in
8        New York on a federal question cannot contradict the
9        United States Court of Appeals for the Second Circuit.
10             THE COURT:  Ronsini was 1998.  Wasn't Grispo
11       1990?

07-08-08_pokorney.txt

12              MR. NADOLINK:  Yes.

13              THE COURT:  Didn't Ronsini then follow

14      Grispo?

15              MR. NADOLINK:  Grispo is clear on its face.

16              THE COURT:  That's not answering my question.

17      Are you telling me Ronsini didn't follow Grispo?

18              MR. NADOLINK:  If Ronsini followed Grispo,

19      then the federal contractor defense is available.

20              THE COURT:  The Judge didn't allow the jury

21      charge in the government contractor?

22              MR. NADOLINK:  If Ronsini decided that the

23      government contractor defense is not available, it

24      contradicts Grispo on its face.

25              THE COURT:  Right.

            ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1628

1                    Proceedings

2               MR. NADOLINK:  Then it is invalid.

3               THE COURT:  It is invalid?

4               MR. NADOLINK:  Grispo is the highest

5       authority, absent the United States Supreme Court, on a

6       federal question.  In New York, it is the United States

7       Court of Appeals for the Second Circuit.  It is the

8       highest court, not a federal issue, in the State of New

9       York.

10              So, if Ronsini says there is no failure to

11      warn claim, I mean, there is no government contractor

12      defense and a failure to warn case.

13              THE COURT:  I'll tell you what, I don't see

14      any case -- I went and got the record on appeal, and I

15      got the defendant's briefs on appeal, and,

                        Page 11

07-08-08_pokorney.txt

16          specifically, the defendant, which was Garlock --
17                    MR. BLOCK:   Worthington.
18                    THE COURT:   I'm not sure which one I'm
19          looking at.   Worthington.
20                    By the way, it appears Mr. Komitor argued
21          this case.
22                    MR. BLOCK:   Yes, Your Honor.
23                    THE COURT:   There is going to be a federal
24          case that will be -- Mr. Komitor tried it -- in law.
25                    In any event, the government contract, here's
            ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                              1629

1                    Proceedings
2           what the Judge, the Trial Judge said, and I'm looking
3           at Page 37 of the Appellate brief of Worthington.   It
4           says, The Trial Court incorrectly instructed the jury
5           on the government contractor defense.
6                    Actually, he didn't give the government
7           contractor defense.   And it says, even if there were
8           any questions to be submitted to the jury, the Trial
9           Court erred in refusing Worthington's instruction on
10          the government contractor defense: as a result,
11          incorrectly charged and refused to allow the jury to
12          consider this pivotal issue.
13                   This is the Trial Court: refused ruling that
14          the government contractor defense does not apply to a
15          failure to warn case.   Trial transcript, 2223-2224.
16          They don't cite Weitzman -- or this is the defendant's
17          brief.   I can understand that, but that is what the
18          Trial Court said there.
19                   Now, I'm not saying I agree with that, but
                                Page 12

07-08-08_pokorney.txt

20    that is what the Trial Court said here, and the trial
21    Court did give its instruction, which they said that
22    Worthington said it wasn't appropriate, and they wanted
23    the government contractor defense charge, and, in
24    quote, this is what the Trial Court did charge
25    regarding this issue.

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1630

1                    Proceedings
2               And, here, it says, government standard,
3    while important, and some evidence of reasonableness
4    does not relieve a party from the obligation to make
5    its products safe, compliance with those standards by a
6    defendant doesn't preclude a final liability.
7               However, you should take compliance into
8    consideration in deciding whether or not the product
9    was safe.  So, that judge there, the Trial Judge, and
10   that is affirmed, basically said, it doesn't apply to
11   failure to warn cases.
12               MR. NADOLINK:  The United States Court of
13   Appeals for the Second Circuit wrote, having found that
14   inappropriate circumstances, Boyle may require -- Boyle
15   of the United States Supreme Court -- may require
16   replacement of such a duty, we, in any event, consider
17   under what circumstances Boyle, United States Supreme
18   Court, replaces the state's duty to warn.  We agree
19   with the District Court for legal authority to
20   establish that Boyle replaces the state duty to warn:
21   Eagle-Picher, including Worthington, require that the
22   strict conflict with those that might be based on state
23   law.

Page 13

07-08-08_pokorney.txt

24          Moreover, it seems clear that Boyle's

25      requirement to reasonably precise specification

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1631

1               Proceedings

2      mandates that the federal duties being imposed on the

3      contractor must show whatever warnings accompanied a

4      product from a determination of a government official:

5      see, Boyle: parenthetical, feature issue must be used

6      by a government office and not by the contractor,

7      itself.

8               Thus, the government, itself, dictated the

9      contents of the warnings meant to accompany the

10      property: put differently under Boyle.   For the

11      military contractor defense to apply, government

12      officials must remain in and act on the decision.   It

13      could not be any clearer that the United States -- that

14      the Second Circuit Court of Appeals spoke on a matter

15      of federal law and has ruled precisely on this issue.

16               THE COURT:   You're quoting from Grispo,

17      right?

18               MR. NADOLINK:   Yes, sir.

19               THE COURT:   Let me quote from Grispo, too.

20      I'm looking at Page 636, Eagle-Picher.   To determine an

21      unresolved matter of New York, when a federal court

22      applies to state law, it looks to the ruling of the

23      state's highest court.   However, when the state's

24      highest court has not spoken to the state law issue

25      presented to the federal court, the federal court must

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1632

07-08-08_pokorney.txt

1              Proceedings
2      then apply the law as it believes the state's highest
3      court would, given the proper regard to relevant
4      rulings of other courts of the state.
5              The New York Court of Appeals has not
6      considered whether New York law raises a military
7      contractor defense, and as I note today, we still have
8      it.  Although, two cases from the New York Supreme
9      Court do discuss this document, they do not furnish us
10     with much guidance.
11             Casabianca v. Casabianca, 104 2nd, 1980, the
12     New York Supreme Court for the Bronx barred a design
13     defect action brought against the manufacturer of a
14     pizza dough.  I'm not going to read all of that.
15             They also go on.  More recently, in re:
16     New York State Asbestos Litigation, 144 Misc. 2d. 542.
17     That's Weitzman.  The New York Supreme Court for
18     New York County held that Casabianca did not bar an
19     action against identical -- almost identical to the one
20     presented in this case and a failure to warn action
21     brought by widows of Brooklyn Navy Yard workers for
22     injuries suffered from the deaths of their husbands due
23     to exposure to Eagle-Picher's asbestos-containing
24     product.
25             The Court looked to New York's Toxic Tort
        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1633

1              Proceedings
2      Revival Statute, 1986, in New York law, which was
3      enacted after Casabianca and which extended the

07-08-08_pokorney.txt

4      limitations' period for the persons injured by asbestos

5      and found a general legislative disposition favoring

6      compensation of victims of asbestos exposure.  This

7      aim, the Court reasoned, would be frustrated if

8      Casabianca were to apply to cases involving asbestos.

9      We do not consider it necessary to predict whether the

10     New York Court of Appeals would follow Casabianca, and,

11     if so, how it would resolve the conflict between it,

12     and, in re, New York City Asbestos Litigation, in order

13     to conclude that the New York Court of Appeals would

14     not recognize the military contractor defense barring

15     this action.  A military contractor defense based on

16     state law would rest upon the same general rationale

17     supporting the federal common law defense.

18                And then they quote, New Jersey court,

19     Sanner, S-A-N-N-E-R.  Because the military contractor

20     defense shares the same justification, state law

21     military conferences set forth Sanner, a New Jersey

22     case.

23                Casabianca, we see no reason to believe, if

24     the New York Court of Appeals were to recognize a state

25     law military contract defense, it would construe it

           ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                            1634

1                    Proceedings

2      more broadly than the standard enunciated in Boyle.

3                Causes, we have explained, Boyle does not

4      support granting summary judgment on the military

5      contractor defense, whatever New York State military

6      contractor defense that might exist, would not either.

7                Then they are remanded to the District Court

                       Page 16

07-08-08_pokorney.txt

8       for reconsideration whether the various Navy packaging,

9       packing and labeling requirements appearing in the

10      record or the various editions of the Navy Shipment

11      Marking Handbook establish a genuine issue of material

12      fact that the government might have precluded

13      Eagle-Picher from including any product warnings with

14      the goods alleged to have injured the workers.

15              The operative part said, when a federal court

16      applies state law, it looks to the ruling of the

17      state's highest court.

18              However, the state's highest court has not

19      spoken to the state law issue presented to the federal

20      court.  The federal court must then apply the law as it

21      believes the state's highest court would, given proper

22      regard to relevant rulings of other courts of the

23      state.  Ronsini.

24              MR. NADOLINK:  Well, first of all, I think

25      the Grispo Court is inartfully saying that it doesn't

     ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                1635

1                       Proceedings

2       matter.

3               THE COURT:  They said we are not going to

4       decide the issue until you dispute Casabianca and

5       Weitzman.

6               MR. NADOLINK:  What they are saying, I think,

7       it doesn't matter what the New York law is on this

8       issue, we can decide this on the federal common law.

9               THE COURT:  Let me ask you a question.

10              MR. NADOLINK:  In addition --

11              THE COURT:  When I talk, talking stops.

                    Page 17

07-08-08_pokorney.txt

12          MR. NADOLINK:  Yes, sir.

13          THE COURT:  You're telling me the Court of

14   Appeals ruled on this.  You're saying the Second

15   Circuit would have disregarded it?

16          MR. NADOLINK:  What I'm saying --

17          THE COURT:  No, you're not.

18          MR. NADOLINK:  I can't say what the Court of

19   Appeals would have done, but I can say -- what I can

20   say is that the New York State courts are bound under

21   Boyle to accept the military contractor defense.

22          THE COURT:  Sure.  It is a design defect

23   case.

24          MR. NADOLINK:  So, whether or not the Court

25   of Appeals in New York decided that they wanted to

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1636

1              Proceedings

2    recognize the government contractor defense, it's not a

3    choice that the Court of Appeals can make in Boyle.  It

4    has to accept the government contract.

5          THE COURT:  Boyle is not a failure to warn

6    case, is it?

7          MR. NADOLINK:  I understand, but the

8    government contractor defense, the government

9    contractor defense is a matter of preemption.  It

10   applies to all of the states pursuant to Boyle.

11          How that defense is interpreted in any given

12   state is not a matter of state law, and, you know,

13   however inartfully, that the Grispo Court might have

14   stated this issue, they decided it based upon -- based

15   on federal law on the issue.

Page 18

07-08-08_pokorney.txt

16     THE COURT:  They decided it based on federal

17     law because there was no state law that they said they

18     didn't process to determine: they had two miscellaneous

19     cases.  That is why they said they wouldn't decide it.

20          You're telling me that if Ronsini had been,

21     and then a Court of Appeals ruled on this, they

22     wouldn't have considered what New York State there did

23     under New York State law or authority law?

24          MR. NADOLINK:  I'm saying that they ought not

25     to.  I'm saying that the Federal Court of Appeals is

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1637

1                    Proceedings

2     deciding the matter of federal law that is not

3     dependent or even related to the underlying state court

4     duties that are involved.

5          We are trying to determine whether there is a

6     federal interest in preempting state law.  You don't

7     have to determine what the state law is in order to

8     determine whether the federal interest preempts it.

9          MR. BLOCK:  Your Honor, I think the other

10    issue that is not being discussed here is that even

11    if --

12         THE COURT:  We are talking about Prong 1

13    here.  Go ahead.  I'm sorry.  That is the

14    discretionary?

15         MR. BLOCK:  Even if the government contractor

16    defense can be used in appropriate circumstances in a

17    failure to warn case, even if that were true under

18    New York law, the record here, based on Dr. Betts'

19    testimony, I'll cite Page 1595, Line 1, to Page 1597,

07-08-08_pokorney.txt

20        Line 10.

21              Thanks for the Court Reporter.   Because of

22        our Court Reporter, we have a record that is crystal

23        clear.

24              THE COURT:   Are you going to quote Dr. Betts

25        saying the following?

     ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                      1638

1                      Proceedings

2              MR. BLOCK:   We have it in the record.   There

3        is five or six questions.   They could have petitioned

4        to change the specification, and I can't tell you what

5        the Navy did and didn't want.

6              THE COURT:   Well, he certainly said that, but

7        he also -- starting at Page 1595, Line 21.

8              "Question:   Let me ask you some questions

9        about warnings.   Dr. Betts, you certainly cannot cite a

10        specific instance in which a manufacturer put a safety

11        warning on a product or attempted to do so and the Navy

12        said no: you can't do that, right?

13              "I cannot say that, no.

14              "Question:   And you've also stated under oath

15        that you can't say that the Navy did not want

16        manufacturers to provide asbestos warnings: all you can

17        say is that they didn't specify it?

18              "Answer:   Well, it wasn't specified.   I know

19        that for sure.   I can't really tell you what the Navy

20        did or didn't want.

21              "Question:   Thank you.   And, in fact, there

22        was no written specification that specifically

23        addressed the issue of manufacturers warning about

07-08-08_pokorney.txt

24     asbestos, was there?

25              "Answer:  Nothing specific, no, at that time.

         ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1639

1                         Proceedings

2              "Question:  All right.  Up through 1965, you

3       can't point to any reasonably precise specification on

4       the issue of asbestos warnings that existed, correct?

5              "Answer:  Correct.

6              "All right.  Correct?

7              "Answer:  Correct.

8              "Question:  All right.  And up through 1965,

9       you cannot point to any specification on the issue of

10      asbestos warnings that prohibited an equipment

11      manufacturer from warning about the hazard of asbestos,

12      correct?  That is a yes or no question.

13             "Answer:  Nothing specific.

14             "Yes.  Okay.

15             "Answer:  Because you have to have --

16             "Question:  Nothing specific?

17             "Answer:  You have to have --

18             "Question:  Nothing specific, right?  I just

19      want to make it clear.  You can or you cannot point to

20      any written specification on the issue of asbestos

21      warnings that prohibited an equipment manufacturer from

22      warning about the hazard of asbestos?

23             "Answer:  Nothing specific."

24             So, Your Honor, you know, I think the Agent

25      Orange litigation, there are -- perhaps, there has been

         ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1640

                         Page 21

07-08-08_pokorney.txt

1                    Proceedings
2       some evidence that the government said you can't warn.
3       This is a classified material.  No warnings.
4                    And that is one thing.  If there was a
5       specification that says you can't warn and they failed
6       the specification, then that is a defense to failure to
7       warn case.  Here, their expert they called in, has
8       admitted that as to the issue of asbestos warnings,
9       there was complete silence.
10                   There is no conflict between Foster Wheeler's
11      state law obligation to warn and the complete silence
12      of the federal government, and I wouldn't even mention
13      the fact that we have a series of technical manual
14      requirements that talk generally about how equipment
15      manufacturers should warn about the hazards of their
16      product.  That's just on the side.
17                   The testimony of Dr. Betts, Your Honor, even
18      if under appropriate circumstances, we could have a
19      government contractor defense to a failure to warn
20      case, it certainly hasn't been demonstrated here.
21                   The Court has a clean record here, a clean
22      record factually to say, not only does the government
23      contractor defense not apply to a failure to warn case,
24      but even if it did, that under the facts presented,
25      there is no evidence to support it.
        ADAM H. ALWEIS - OFFICIAL COURT REPORTER
                                                        1641

1                    Proceedings
2                    MR. NADOLINK:  Your Honor, I mean, I think
3       the evidence -- Mr. Block's argument ignores the
4       documents and testimony that are specifically in
                        Page 22

07-08-08_pokorney.txt

5      evidence in this case.

6              I mean, first of all, Mr. Block's questions

7      of Dr. Betts about specification regarding asbestos

8      warnings, and that is not what Dr. Betts answered --

9      however, in this case, in evidence, the documents, we

10     have the purchase order that says that B and W is going

11     to -- is going to be responsible for the manuals.

12     Those manuals were drafted and approved by the

13     government before the contract was even awarded to

14     Foster Wheeler.

15             We have the drawings for the specific boilers

16     in this case that have the warning plates on them and

17     say what the words on warning plates are going to be

18     that were given to Foster Wheeler, and they were told

19     to duplicate, and those drawings were approved before

20     Foster Wheeler ever got the contract in this case.

21             Both Mr. Moore and Dr. Betts testified

22     that -- Mr. Moore may be equivocal, Dr. Betts is not,

23     that Foster Wheeler was not at liberty to change those

24     manuals after they had been approved by the government

25     and written by somebody else.

      ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                 1642


1                     Proceedings

2              THE COURT:  We are talking about specific

3      testimony.  I want to still discuss the legal issues.

4      There is three prongs on Boyle.

5              The first prong is the discretionary test,

6      and Weitzman was ruled and wasn't overruled, thanks to

7      Judge Freedman, that the failure to warn case,

8      government contractor defense didn't meet the

07-08-08_pokorney.txt

9        discretionary function test: wasn't the discretionary

10       decision by the government.

11              Now, she based her decision on, particularly,

12       two cases.  One, of course, is Boyle.  The other one

13       was Ferraiulo, F-E-R-R-A-I-U-L-O, versus A-C-A-N-D-S,

14       district litigation, December 21st, '88, by Judge

15       Sifton at 715 Fed. Supp. 1167, and she said, with

16       regard to that case, that is exactly the same issue

17       that was confronting her, and that there was no -- it's

18       exactly similar to our case: in fact, it is almost

19       exactly the same.

20              And the Court says, moreover, even if

21       defendant had demonstrated some confidence in the

22       federal duty to warn and state duty to warn, it would

23       have shown both the conflict was significant, citing

24       Boyle, and then that there was uniquely federal

25       interest in having that conflict resolved in favor of

             ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1643

1                    Proceedings

2        displacing the state tort law.

3               MR. NADOLINK:  Yes, sir.

4               THE COURT:  Now, it went on, of course, this

5        was the shipyard workers, and said, the only government

6        interest would be labor disputes or litigation.

7               Now, obviously, we are talking about persons

8        in the Navy here, and, obviously, they have a federal

9        interest in having Navy personnel follow orders.

10              But, anyway, getting this, the first prong,

11       discretionary function test, Foster Wheeler maintains

12       that asbestos wasn't hazardous under the five parts per

                            Page 24

07-08-08_pokorney.txt

13      million state of the art that was invoked at the time.

14      The Navy maintains that it wasn't hazardous: not

15      specifically.  They are not here, obviously, but their

16      documents and testimony was shown that they had as

17      much, at least, should they credit it, knowledge of the

18      state of art at that time, even better than possible

19      manufacturers.

20              But, where is the discretionary if Foster

21      Wheeler, and, more particularly, the Navy say, we don't

22      think it is hazardous?  Where is the discretion?  Where

23      is the exercise of discretion?

24              MR. NADOLINK:  Your Honor, I've seen that

25      part in Weitzman, and, you know, obviously, the

        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1644

1              Proceedings

2       evidence that was put forth on the defendant in that

3       case about labor unions and shipyards is not at issue

4       here.  But, the discretionary, there is several

5       overlapping layers of discretionary function that the

6       federal government exercised in this case.

7              Number 1, the United States Navy, pursuant to

8       the document that came into evidence, did not determine

9       that asbestos was not hazardous.  It was a control of

10      hazard, that they thought they had a handle on, and

11      they decided to use it despite knowing that it was a

12      hazard, used in large doses, and they said we are going

13      to try to control it and we are going to use it anyway.

14              So, the use of asbestos, based upon the

15      documents and the testimony that we've seen, was

16      certainly a discretionary function.

                        Page 25

07-08-08_pokorney.txt

17          It was a balancing test that the government
18     made between the need for using asbestos in World
19     War II and warning for -- in the acute hazards that
20     were associated with getting burned on the uninsulated
21     machinery on the ship, and known, long-term hazard of
22     extensive long-term exposure to asbestos that they
23     thought was a reasonable balance, given how much they
24     needed the asbestos.
25          First of all, the use of the asbestos,

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1645

1          Proceedings
2     itself, was an exercise of discretionary function on
3     state-related issue with respect to its personnel.
4     With respect to the warnings and with respect to
5     drawings and the specifications, the government, the
6     evidence has been, they needed these boilers and the
7     ships very, very quickly.
8          Therefore, they specifically removed the
9     discretion with respect to the design of the boilers
10     and the drawings for the boilers and manuals for the
11     boilers from Foster Wheeler because they needed to have
12     that equipment to be exactly the duplicate of things
13     that were on steaming ships and they already have
14     procedures for.
15          They needed that machinery very fast and to
16     be interchangeable, so they have exercised another
17     discretionary function with respect to the drawings
18     and, specifically, on warnings issued, by saying,
19     Foster Wheeler, you have no discretion here because we
20     needed this stuff fast and we need it to be a

Page 26

07-08-08_pokorney.txt

21        duplicate.   We are going to make sure you are not going

22        to have a discretion to draft your own manuals.   You

23        are not going to have a decision to decide what these

24        drawings look like.

25                    Both on the use of asbestos, generally, and

          ADAM H.  ALWEIS - OFFICIAL COURT REPORTER

                                                          1646

1                          Proceedings

2        with respect to what Foster Wheeler could have said

3        about asbestos on the specific evidence that is in this

4        case, they exercised two discretionary decisions that

5        had to do with safety and health that are not even

6        mentioned in the Weitzman case because the defendant

7        couldn't avail itself of that evidence, or failed to do

8        so.

9                    MR. BLOCK:   Your Honor, the decision of the

10        government to use asbestos was exactly what was at

11        issue in Weitzman, as it is exactly what's at issue in

12        all of these cases.   That's not the discretion here,

13        Your Honor: is, did the government make a decision that

14        the manufacturers could warn of asbestos or not.

15                    Whether to use asbestos goes to design.   The

16        purchase order, which indicates that they wanted a

17        certain type of boiler, goes to design.   We want you to

18        design a certain type of boiler.

19                    What they are hanging their hat on, Your

20        Honor, is the statement in the purchase order that

21        says, Babcock and Wilcox is to provide the instruction

22        books, and we know that that provision was not followed

23        thereon because we know that Foster Wheeler supplied

24        the instruction books.

                           Page 27

07-08-08_pokorney.txt

25            So, that is not a government specification,

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1647

1            Proceedings

2    provision in an instruction and in a purchase order,

3    that says that Babcock and Wilcox is going to provide

4    the instruction book.

5            That's not a military specification.  That is

6    not an order from the government, and the fact is that

7    the government did not make a decision about whether

8    manufacturers could warn about asbestos or not.  There

9    is complete silence on the issue.

10            MR. NADOLINK:  The government said, the

11    manual has already been approved.  It's been written by

12    Babcock and Wilcox, put your name on it, it is done.

13            MR. BLOCK:  I don't see any evidence in this

14    that --

15            MR. NADOLINK:  It was testified to by

16    Dr. Betts, absolutely, or Mr. Moore, more or less, he

17    didn't want to admit it.  But, certainly, the jury is

18    entitled to find that.

19            THE COURT:  Anything further?

20            MR. NADOLINK:  Unless Your Honor has any

21    additional questions on this issue, I have two other

22    jury charge issues to briefly --

23            THE COURT:  I think we ought to get through

24    this one first.  Well, first of all, the argument and

25    the questions I posed are, at least, part of my

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1648

Page 28

07-08-08_pokorney.txt

1                    Proceedings

2      decision is incorporated in the record, from the

3      relevant case law.

4                    The Grispo citations, relative to the duty,

5      insofar as the military contractor defense, deposited,

6      is a jury charge in this particular case.

7                    I find that the Second Circuit of Grispo, and

8      specifically, I read it into the record, they didn't

9      cite what the law is.  They said, we are not going to

10     do it based on common law, and they particularly said,

11     there is no relevant Appellate Court cases they can

12     consider, and the Court of Appeals had not considered

13     the issue and has not considered it as of today, but

14     there is Appellate authority today in existence.  That

15     is Ronsini.

16                   Now, the premise is strictly a federal issue.

17     Therefore, the determination of federal common law with

18     Grispo at the time under the Appellate authority,

19     specifically referring to the fact there was no

20     Appellate authority to even consider, at least, insofar

21     as this Court is concerned, is not determinative of the

22     issues.

23                   Ronsini, while interestingly enough, the

24     Appellate Division First Department, confirming

25     decision, unanimously, December 29th, 1988, says, in

        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                      1649


1                     Proceedings

2      the absence of any evidence of a conflict between the

3      state's warning requirements and federal prescription

4      of labor's information or prescription of warning,

Page 29

07-08-08_pokorney.txt

5      there was no basis for Worthington's request for

6      government contractor or defense charge.  I read into

7      the record the specific information in the Worthington

8      Appellate brief to the Appellate Division when the

9      Trial Judge said there is no -- the government

10     contractor defense doesn't apply to failure to warn

11     cases in New York.

12             And, interestingly enough, the Appellate

13     Division never said a word about that: commented on it.

14     Maybe they didn't have to, I guess, but at least, that

15     was that Trial Judge's premise.

16             Now, I don't know if I would go so far to say

17     that.  I'm going to say, furthermore, based upon the

18     evidence in the record, that the specifications we are

19     talking about, that was talked about here, are Navy

20     specifications.  Now -- and I anticipated exactly

21     what -- before we got into the memo from the defense

22     and what Dr. Betts' testimony probably would be,

23     because, but for Dr. Betts' testimony, they have no

24     scintilla of a chance on a factual basis of a

25     government contractor defense charge to the jury.

     ADAM H.  ALWEIS - OFFICIAL COURT REPORTER

                                        1650

1                      Proceedings

2              I read this affidavit in the Nesbiet case,

3      which you commented on yesterday.  He was allowed to

4      speak to state of the art only, and Lehman (sic)

5      testified as to whether the Navy would or would not

6      allow a deviation from the specifications, which were

7      suing for specifications in our case relative to the

8      ability of the manufacturer to warn, and they

07-08-08_pokorney.txt

9      specifically, in the Nesbiet case, said the Hobson

10     affidavit, therein, was hearsay and wouldn't allow it.

11             They allowed Lehman's affidavit with regard

12     to the removal issue insofar as it was a reasonable

13     inference based on circumstantial evidence that the

14     jury could draw from this affidavit, and, again, this

15     was only for a removal case, 2005, Nesbiet.

16             And I counted on the fact of Judge Freedman's

17     decision in Weitzman, which cited the 1988 decision of

18     Judge Sifton, in the Federal District Court, and the

19     Judge didn't continue -- that Judge Freedman's decision

20     was also based on a Court of Appeals First Circuit

21     case, D-U-B-E versus Pittsburgh Corning, A.D. 2d Fed.

22     990, where she talked about -- decided that case, that

23     that case had determined there was no discretion

24     regarding the facts of that case, and, therefore, they

25     can't allow the government contractor defense.

           ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1651

1                      Proceedings

2              However, after that, the case, United States

3      versus Gauberd, G-A-U-B-E-R-D, March 26th, 1991, 499

4      U.S. 315, interpreting that a policy-making decision,

5      conscious decision making effect doesn't have to have

6      taken place to come within the discretionary test, that

7      first prong of Boyle, it was capable of the policy

8      making decision.  Whether, in fact, it was a conscious

9      decision relative to it or not, that would be enough.

10             After that, the First Circuit went on in the

11     case, in Shansky, S-H-A-N-S-K-Y, versus United States,

12     U.S. Federal 3d 168, January, 1999, and specifically

07-08-08_pokorney.txt

13    said, in regard to duty, that that, basically, based on

14    the Gauberd Supreme Court decision coming down,

15    thereafter, and a footnote, quote, to the extent that

16    Dube versus Pittsburgh Corning Illinois suggests the

17    contrary, suggestion has not survived Gauberd.  That

18    had to be a conscious decision making effort to come

19    within the discretionary function test.

20            Basically, what that means is, it came within

21    a policy making decision capability, not whether one

22    was actually made or not, then that would make the

23    first prong or, theoretically, could make the first

24    prong in Boyle's criteria.

25            Well, all that means is, basically, that

         ADAM H.  ALWEIS - OFFICIAL COURT REPORTER

                                                    1652

1             Proceedings

2     Judge Freedman may have based part of the decision on

3     duty after Shansky: may not be appropriate.  However,

4     that case was never appealed.  Still there.  Granted,

5     it is only the miscellaneous case.

6             Then we get into Ronsini, which I put into

7     the record, First Department, Appellate Division record

8     that is on appeal.  I put it under the New York.  That

9     is the current law.  It is the only Appellate Division

10    case that I've seen, New York cases, that is in

11    existence.

12            Now, we have the juxtaposition of Grispo that

13    counsel for defense would maintain is preemptive and

14    operative here, and we have Appellate authority post

15    Grispo, I might add.  Grispo was 1990.  Ronsini is

16    December 29th, 1998.  And I quote, well, the Trial

07-08-08_pokorney.txt

17    Judge said, and counsel for the defense maintained

18    obviously, and I understand his position, that the

19    Appellate Division and Trial Court got it wrong.  It

20    didn't go to the Court of Appeals.  I wish it had.

21            I gather, whatever happens in this case will

22    probably go to the final Court of Appeals, and,

23    finally, get some law on a number of issues.  I find

24    that based upon the evidence and further motions,

25    specifically, and placed it in the record, not only

        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1653

1                     Proceedings

2    Mr. Block said, but Dr. Betts said that the

3    manufacturer could have petitioned to change the

4    specification.  Well, if they can petition to change

5    the specification, that means there is a possibility

6    that they could have put the warning in.

7            Secondly, he said, quote, I can't tell you

8    what the Navy didn't want, closed quote.

9            Based upon the factual aspects of this case,

10    as well as the operative law in New York, as it now

11    stands, I will not charge the jury on the government

12    contractor defense.

13            Now, I will charge, however, add it to my

14    failure to warn charge, the following, which I'm sure

15    we'll go over the rest of it anyway: quote, you also

16    heard evidence as to government regulations and

17    adherence to government standards.  While important and

18    some evidence of reasonableness, does not mean that

19    either relieves either party from the obligation to

20    make its product safe.

                     Page 33

07-08-08_pokorney.txt

21          You may take compliance of government

22   standards into consideration in deciding whether or not

23   the product was safe.  However, compliance, even if

24   proven, does not compel a finding of no liability or

25   preclude a finding of no liability.

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1654

1                    Proceedings

2          I'll add that to the failure to warn.

3          MR. BLOCK:  Do we have a flip side of that,

4    which is that there have been government regulations

5    that have been put in which we contend did not comply

6    with, and that would be some evidence of negligence?

7          MR. FITZPATRICK:  Judge, that's argument.

8          THE COURT:  Denied.

9          MR. BLOCK:  Okay.

10         THE COURT:  As to the remaining charge, I do

11   have a suggestion, however.  Counsel can agree or not,

12   whatever you want.  I do have a suggestion for

13   Appellate review.  And, so, obviously, there is much

14   time, effort and money in consideration involved in

15   this trial.

16          In order to possibly not have to do it over

17   again, I could add the charge of the government

18   contractor defense and have the question on the verdict

19   sheet, being the last question, and instruct the jury

20   not to consider it until you've answered all of the

21   other questions, because I am rarely wrong, but if I

22   am, then the Appellate Court can say.

23          If the jury has answered the question, last

24   question on the verdict sheet, do they find that the

07-08-08_pokorney.txt

25      government, Foster Wheeler, with the government

        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1655

1                       Proceedings

2       contractor, they write yes.  If they rule I was wrong

3       on the decision, you've got your decision.  If they

4       rule no, you have a decision.  You don't have to try

5       the case all over again.

6                    MR. BLOCK:  We would oppose that.

7                    THE COURT:  You would oppose it?

8                    MR. BLOCK:  Yes.  We would oppose it because

9       giving the charge, putting the question on the verdict

10      sheet lends credence to it.  There is no basis under

11      the law for it, and, so, we would oppose it.

12                   MR. FITZPATRICK:  We certainly wouldn't

13      object to that.  That would make a lot of sense.

14                   THE COURT:  It's your money.  I will not put

15      it on the verdict sheet.

16                   Now, you had some other --

17                   MR. NADOLINK:  Yes, sir.  There is two issues

18      with respect to the charge, the modification of the

19      charge that you sent around on Thursday morning.

20                   THE COURT:  I haven't been the first one to

21      do this right.

22                   Go ahead.

23                   MR. NADOLINK:  The first one was just the

24      matter of the life expectancy tables being put in the

25      charge.

        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1656

1                       Proceedings

07-08-08_pokorney.txt

2          THE COURT:  Yes, and you quoted the charge.
3     I looked through it.  Let's see.  That was at seven
4     o'clock or eight o'clock in my office.  I looked
5     through it, and I find no reference to anything that
6     you told me about.
7               In fact, I have two jury charges from other
8     asbestos cases, why mesothelioma -- the plaintiff's,
9     wherein they gave a life expectancy with the caveat
10    that you can consider the testimony you've heard
11    relative to having this fatal disease.
12         MR. NADOLINK:  I understand Your Honor's
13    position on that.  I just want to put an objection on
14    the record.  First of all, I thought that the parties
15    had stipulated to not putting it on the record, putting
16    it in the charge.  And, secondly, I think it is
17    inappropriate to put a charge on life expectancy tables
18    when the undisputed evidence is --
19         THE COURT:  You quoted, under the PJI, a note
20    that I don't find in there, that says under this
21    particular circumstance, and I looked through this
22    three times.
23               Show it to me.
24         MR. NADOLINK:  I mean -- well, the point is
25    the --
      ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1657

1               Proceedings
2          THE COURT:  No.  You said there was a note
3     under the PJI.
4          MR. NADOLINK:  The ones I have highlighted
5     here, mortality tables are admissible in personal

07-08-08_pokorney.txt

6          injury cases to show the length of time, to show the
7          length of time they suffered due to pain.
8                    THE COURT:  Maybe I interpreted what you told
9          me.  That could very well be.  You said there was a
10         separate case, there was a potential of internal
11         disease, and that there was a note that said you don't
12         get this charge.
13                    As I've said, I have two jury charges from
14         New York City cases where the first mesothelioma --
15         both judges gave the charge and a life expectancy
16         table, and I put a caveat at the end.
17                    Your objection is noted and denied.
18                    Anything else?
19                    MR. NADOLINK:  The second one is another one
20         that we had stipulated to not include at the time -- at
21         the time of our charge conference on Wednesday
22         afternoon, and that was the charge that immediately
23         precedes your charge on the Berkowitz issue, which is,
24         basically, verbatim, but the component part,
25         manufacturer's charge.  What page it would be on, what

           ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                            1658

1                         Proceedings
2          you're looking at, right there --
3                    THE COURT:  I'm looking at the warning.  What
4          are you talking about?
5                    MR. NADOLINK:  On the warning charge, it
6          looks like it is the first -- on the version I have, it
7          is the first sentence, the last full paragraph of that
8          charge.
9                         And it says, manufacturer, which uses in its

                         Page 37

07-08-08_pokorney.txt

10    products any material manufactured by another is under
11    a duty to make such inspections and tests of material
12    to issue such a warning as a reasonably prudent
13    manufacturer in its own business would recognize to be
14    necessary to make product safe, reasonably safe for its
15    normal and intended use.
16          And the notes on that particular charge,
17    which is identical, which is exactly verbatim except
18    for one sentence, the component part, manufacturer
19    charge, which is PJI 2:126, states specifically that
20    that charge is only applicable when there is evidence
21    that the part that caused the injury or allegedly
22    caused the injury or was in defective condition, was in
23    a defective condition while it was in the assembler's
24    possession and that the assembler had knowledge of
25    constructive notice thereof.

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1659

1           Proceedings
2           The point being, that is undisputed in this
3    case, based upon what the testimony of plaintiff's and
4    defense witnesses, that there was no
5    asbestos-containing component inside a Foster Wheeler
6    boiler that Mr. Pokorney could have been exposed to
7    that was in the product at the time that it left the
8    manufacturer's hands, and that only, to comport with
9    the case law, after-market components were in and
10    around that boiler at the time.
11          By the time 1962 rolled around, and pursuant
12    to Smolen, S-M-O-L-E-N, v. Grandview (phonetic), which
13    is 301 New York 265, the component part, manufacturer's

Page 38

07-08-08_pokorney.txt

14      charges that 2:126 cannot be given under those

15      circumstances.

16              And when we were having the charge on

17      Wednesday, and certain circumstances, the circumstances

18      might have been different in whatever case that was.   I

19      can't remember the name of the case that you gave to

20      the Court on Wednesday afternoon with the transcript of

21      the --

22              MR. BLOCK:  Castal (phonetic) and Rosenberg.

23              MR. NADOLINK:  Rosenberg might have had a

24      different circumstance there.  The evidence may have

25      been different.

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1660

1               Proceedings

2               MR. BLOCK:  Could I see, Your Honor, what is

3       the sentence after --

4               MR. NADOLINK:  The sentence after is the

5       Berkowitz charge.  It is this sentence, versus this

6       sentence.

7               MR. BLOCK:  Well, one way that -- Your Honor,

8       I think the key component is that under the Court's

9       decision, Tuttle, and under Berkowitz, that, I think,

10      if we took out the sentence that Mr. Nadolink is

11      referring to, and we said that a manufacturer who knew

12      or reasonably should know that a product manufactured

13      by another may use, one, may or applied to its product

14      is under a duty, if we say, used in, that, you know, it

15      is not just on the product.  It is also if you use it

16      in the product.  So, if it is inside the gasket, inside

17      the manhole cover, materials inside a fire box or it is

Page 39

07-08-08_pokorney.txt

18    not just insulation that you put on, applied with the

19    outside.

20              So, if we put, used on, used in or applied to

21    its product, that would resolve that issue, in my mind.

22    We could take out the previous sentence.

23              MR. NADOLINK:  Subject to my objection to the

24    duty issue that I put on the record at length last

25    week, that would be acceptable.  Obviously, I object to

          ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                             1661

1                        Proceedings

2     that whole sentence on the Berkowitz charge, but, I

3     understand what Your Honor's ruling has been on that,

4     and I've made my argument and my record on that in

5     light of that.

6               THE COURT:  Why don't you -- during the

7     break, why don't you two write some of the sentences

8     that we can insert.  My law clerk will write it up.

9               MR. BLOCK:  I want the jury to get written

10    instructions.

11              THE COURT:  Since we have to take a lot of

12    things on our charge, he's going to, really, do a lot

13    of this.  Why don't you work up the language and we'll

14    give it to my law clerk, and we'll make that one

15    change.

16              MR. FITZPATRICK:  Could I get a copy of what

17    you said you were going to add, although you don't give

18    a copy of that?

19              THE COURT:  You can look at it now, but I

20    read it in the record.  It is what is, sir.

21              Anything further?

07-08-08_pokorney.txt

22          MR. NADOLINK:  Not of the jury charge issue,

23    Your Honor.

24          THE COURT:  On the verdict sheet I gave, and

25    this is the one without the government contractor

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1662

1                    Proceedings

2    defense.  No question about the verdict sheet?

3          MR. NADOLINK:  Not that I didn't think we

4    took up on Wednesday.

5          THE COURT:  Why don't you take a look.  I

6    want to make sure we are on the same page here.  This

7    is the final one.  Just take a quick look.  I think we

8    e-mailed them to you.

9          MR. BLOCK:  Just look together.

10          (Pause in the proceedings)

11          THE COURT:  On the record.

12          With regard to the Article 16 companies, I've

13    gone over, in the charge conference, some names, which

14    I found were sufficient proof to go on the Article 16

15    listing.

16          On the Question 6, and in regard to a couple

17    of them, I believe I stated that Mr. Moore did not

18    testify that he looked at any of the pamphlets or

19    warnings.  We didn't know if they were or not, and I

20    did not find sufficient proof.  That was as to

21    Worthington, Buffalo Pumps and Griscom Russell.

22          Subject to further testimony, they didn't

23    come out on the record.  You'll be making an offer of

24    proof as to interrogatories, which the Court gave you,

25    relative to products on their own.

Page 41

07-08-08_pokorney.txt
ADAM H. ALWEIS - OFFICIAL COURT REPORTER
1663

1                   Proceedings
2               Mr. Fitzpatrick?
3               MR. FITZPATRICK:  Judge, I can probably make
4      this easier.  What I was going to read is the fact that
5      to the extent you removed any potential names on the
6      verdict form, there wasn't evidence about failure to
7      warn.  Obviously, you heard from Dr. Betts that no one
8      warns, for warnings for '65, there were no warnings.  I
9      was going to read from Mr. Pokorney that he saw no
10     warnings on anything.
11              So, I'm not so sure, if in your mind, and I
12     don't think anyone is contesting that, if that doesn't
13     add anyone else, I would agree that when he says he was
14     exposed to gaskets and pumps, he does not name the
15     manufacturer in the interrogatories.  I don't want to
16     waste your time.  That is not adding --
17              THE COURT:  Anything he stated, for instance,
18     I'll just pick Yarway.  I was on the Roan and I was
19     around Worthington.  He didn't give a proper --
20              MR. FITZPATRICK:  He didn't identify any
21     name.
22              THE COURT:  Okay.
23              MR. FITZPATRICK:  In other words, I've got --
24     what I have are fine, but my only question was whether
25     I read any more because I was under the impression you
            ADAM H. ALWEIS - OFFICIAL COURT REPORTER
1664

1                   Proceedings

Page 42

07-08-08_pokorney.txt

2      may have removed one or two because you said there was

3      no indication about warnings.

4              THE COURT:   Right.

5              MR. FITZPATRICK:   On those issues, what I was

6      saying is, Dr. Betts testified there were no warnings

7      on any products through '64.

8              MR. BLOCK:   Your Honor, I can probably

9      shortcut it.   You want me to shortcut it?

10             MR. FITZPATRICK:   Okay.

11             MR. BLOCK:   As to exposure, we agree that the

12     evidence of the presence of an asbestos-containing

13     product on the U.S.S. Roan is sufficient to permit --

14     to permit the jury to find exposure, just as if we were

15     opposing a motion for summary judgment in the case and

16     if we only had evidence that the product was on the

17     ship.

18             We take the position that is sufficient to

19     withstand a motion for summary judgment.   Now, of

20     course, the jury can reject it and find no exposure as

21     to, say, Worthington, but I think it is sufficient for

22     the jury to be permitted to make a finding.

23             THE COURT:   Well, I think I remember now the

24     argument we had on this.   So, insofar as -- first of

25     all, I've got on my sheet, and I think it, formally,

        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1665


1              Proceedings

2      Delaval, Crane Company, Leslie Valves, Garlock, Yarway,

3      Westinghouse, Pumps, and I said Mr. Moore didn't

4      testify to Worthington Pumps or Buffalo Pumps or

5      Griscom Russell.   They didn't see any books.

07-08-08_pokorney.txt

6              MR. BLOCK:  You have to divide up the

7      elements in terms of the three elements.  If it was on

8      the ship, we agree that permits a finding of exposure.

9              As to warnings, we agree that there is enough

10     evidence to permit -- to permit a finding of no

11     warnings.  I just want to make a record.  But, it does

12     not compel the jury to find no warnings.  The jury can

13     reject their evidence and find that they did not meet

14     their burden of showing that these other companies

15     didn't warn.

16             THE COURT:  So, are you -- well, so, are you

17     objecting to putting Worthington, Buffalo Pumps and

18     Griscom Russell on the Article 16 verdict sheet?

19             MR. BLOCK:  Not unless we have an order of

20     dismissal.  And, so, I think, Leslie, I think --

21             THE COURT:  I thought we were going to look

22     into that.

23             MR. BLOCK:  We are, and we have some stuff

24     here, and I think that the defendants are probably

25     trying to look into it, too.

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                             1666

1                    Proceedings

2              THE COURT:  So, as far as -- since I'm not

3      charging the jury until tomorrow, we are taking back

4      three defendants?

5              MR. FITZPATRICK:  We can do that.

6              THE COURT:  We'll make a verdict sheet, a

7      separate page of those three on it.

8              MR. BLOCK:  I think that, Crane, I think was

9      dismissed on notice.  I think, Leslie, I think, was

Page 44

07-08-08_pokorney.txt

10      dismissed on notice.

11              THE COURT:   You're talking about Yarway?

12              MR. BLOCK:   Yarway.   That was a situation.

13      You guys remember Yarway?

14              THE COURT:   I don't remember it.

15              MR. BLOCK:   Your Honor, Mr. Wolf may remember

16      it, Yarway, and the fact that we've fought hard to try

17      to not have them dismissed about three weeks before the

18      trial, and that we filed, I think, even, possibly, an

19      order to show cause on that.

20              THE COURT:   Which I didn't sign.

21              MR. BLOCK:   Excuse me?

22              THE COURT:   Which I didn't sign.

23              MR. BLOCK:   Right.   So far as everyone is

24      concerned, Yarway was dismissed, you know, everyone

25      knew that was happening, that you had decided to

            ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1667

1                    Proceedings

2       dismiss Yarway.   We were trying to get them on.

3               MR. NOVAKIDIS:   I have not been able to find

4       any evidence in our files that we were ever put on

5       notice for Yarway -- for Leslie.   My only argument is,

6       you know, we can't object to someone's summary judgment

7       motion to the extent we don't even know what is

8       happening.

9               THE COURT:   I agree with you.   I understand

10      that.

11              MR. FITZPATRICK:   Judge, I think that he did

12      short-circuit it, and given that, I don't need to read

13      and I'm not going to waste time playing -- not playing

                        Page 45

07-08-08_pokorney.txt

14    games, but read something about -- but I think he said,

15    putting those three on --

16              THE COURT:  Why don't you do--

17              MR. FITZPATRICK:   -- this is a knowledge

18    issue.

19              THE COURT:  I think this was your original

20    premise.  We'll put it on there.  You'll reserve your

21    right to move to dismiss if the jury finds any

22    liability against Worthington, Buffalo Pumps, Griscom

23    Russell and/or anyone you believe that they were on

24    notice of summary judgment motion.  It was granted.  I

25    reserve your right to -- wait a minute.

       ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1668

1                    Proceedings

2              I can't do that.  If we do that, let's say

3    they found a percent or two percent or three percent on

4    each one of those.  How do I allocate it back?

5              MR. BLOCK:  Your Honor, I think, to see if we

6    have agreement on even a couple of the companies that

7    are currently on, where we do believe that there was

8    notice, one off the top of my head was Leslie because,

9    ultimately, I think it was shown that they did send

10   something to us.

11             THE COURT:  Here is what we'll do.  You got

12   until tomorrow morning to let me know, and it is the

13   drop dead day.  Tomorrow morning.  We'll put them on,

14   take them off.  I assume you'll want to be arguing

15   specifically names to the jury, anyway, right?

16             MR. BLOCK:  Not anyone that I think might not

17   go.

                    Page 46

07-08-08_pokorney.txt

18          THE COURT:   You're not going to argue any?

19          MR. BLOCK:   He might.

20          THE COURT:   All right.  So, but, let me know

21   tomorrow, and we'll decide one way or the other.

22          Right now, I have these names on it except

23   for the possible summary judgment.   And --

24          MR. FITZPATRICK:   Judge, if you add those

25   three, and they delete one, I think that moots whether

     ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                  1669

1              Proceedings

2   I have to read anything.  The only thing I would add

3   is, the one page that you said of the Dick Johnson

4   memo, which is UUU, I will formally move it into

5   evidence.

6          THE COURT:   I thought it had been accepted.

7          MR. FITZPATRICK:   I think you did --

8          THE COURT:   It is received.

9          MR. FITZPATRICK:   And given the resolution on

10   the verdict form, I do not need to read

11   interrogatories.  So, we --

12          THE COURT:   Add these three on the --

13          MR. FITZPATRICK:   We rest.  We rest, Judge.

14          THE COURT:   All right.  Rebuttal witnesses?

15          MR. BLOCK:   No.  I will say, Mary Hesdorffer,

16   on July 3rd, got privileges at Johns Hopkins.  I was

17   going to put it in rebuttal for I thought --

18          MR. FITZPATRICK:   Your Honor, since we rest,

19   we would file our motion for directed verdict.  I'm not

20   asking --

21          THE COURT:   All right.  Is this the motion I

Page 47

                    07-08-08_pokorney.txt
22    already denied?

23                MR. NADOLINK:  That was at the close of

24    plaintiff's case.  We'll make our record at the close

25    of all evidence.

           ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1670

1                     Proceedings

2                THE COURT:  You made the record.

3                MR. FITZPATRICK:  Which you've already ruled

4    on.

5                MR. NADOLINK:  I understand you ruled on

6    submitted --

7                THE COURT:  You made your oral argument, and

8    I made a ruling.  I already put it in the record.

9                MR. FITZPATRICK:  I think it was procedural

10   as we officially closed and had filed, again, a motion

11   for directed verdict for the reasons stated.  You've

12   ruled.  I just want you to have a written --

13               THE COURT:  Email is written.

14               MR. NADOLINK:  Motion for directed verdict at

15   close of plaintiff's case.  Motion of directed verdict

16   at close of all evidence.

17               THE COURT:  This is at the end: okay.

18               MR. FITZPATRICK:  That is all it is.

19               THE COURT:  I'll reserve.  I'll reserve on

20   it.

21               Anything else?  Let's take a break, and then

22   we'll get going.

23               (Pause in the proceedings).

24               THE COURT:  I just wanted to supplement the

25   record, matter in regard to the government defense.

                    Page 48

07-08-08_pokorney.txt
ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1671

1                    Proceedings
2    There was one case I found, and by the way, it was,
3    again, by Robert Komitor that tried it, Consorti,
4    C-O-N-S-O-R-T-I, in re: New York Asbestos Litigation,
5    January 23rd, 1994, Southern District of New York, 847
6    Federal Supplement 1086, wherein the government
7    contractor defense was given and the jury didn't find
8    it.  However, it was against Fiberboard, and was a
9    design defect case.  That is the only one I found
10   anywhere in New York where they actually gave a
11   government contractor defense charge.
12              (Pause in the proceedings)
13              (Jury entered courtroom at 11:00
14   a.m.)
15              THE COURT:  Be seated.  Jury is properly
16   assembled.
17              Ladies and gentlemen, I want to advise you
18   that the defendant, Foster Wheeler, has rested their
19   case.  The evidence has been submitted.  There is no
20   rebuttal evidence by the plaintiff.  So, we are, at
21   that point, we are momentarily going to start the
22   closing statements.
23              In regard to the end of the case, it is
24   incumbent to go over a number of matters with the
25   attorneys.  That's what I've been doing for the last

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1672

1                    Proceedings
2    hour with them.  So, I thank you for your patience.

07-08-08_pokorney.txt

3          We are at that point where we are going to do

4     closing statements.  Mr. Fitzpatrick goes first.  When

5     he gets done, Mr. Block.  And I anticipate he'll go to

6     12 or maybe a little after, and then we'll break for

7     lunch, and we'll come back, and then we'll have a

8     closing statement of Mr. Block.  And then we'll return

9     tomorrow morning.

10          By that time, I'm not going to charge you

11     with the law.  It will only be an hour, hour and a

12     half.  We'll come back tomorrow morning.  We'll start

13     fresh at nine o'clock with my charge on the law, and

14     then you'll start your deliberations.

15          One other thing I want to advise you.  I told

16     you at the beginning of the case, like opening

17     statements of the attorneys, closing statements are not

18     evidence.  It can't be considered by you as evidence.

19     It is like the epilogue of a book.  It is what the

20     attorneys feel the evidence has or has not shown in

21     this case.

22          What they say is not evidence.  Your

23     recollection of the evidence in this case is what

24     you'll determine your verdict to be in this matter.  If

25     their closing statements help you and in your

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1673

1          Proceedings

2     deliberation, guides you, that's fine.  I just want to

3     remind you, that isn't evidence.

4          Thank you.  We'll start with Mr. Fitzpatrick.

5     Excuse me.  Take the books back.

6          Closing statements, since they are not

                        Page 50

07-08-08_pokorney.txt

7      evidence, cannot be considered by you as evidence.

8              Take the books back.  You'll get them back

9      when you go back to deliberate.

10             I will advise you also, though, my jury

11     charge to you, with the consent of the attorneys, I'll

12     give you a complete copy of my charge, and the jury,

13     one copy, so you can look.  Instead of sending notes

14     back and forth and asking for all of the stuff, you'll

15     have my complete charge, and I will advise you -- one

16     other -- notes, you can send me notes on anything else.

17             A lot of the charge is called boilerplate

18     information.  You will flip through that, standard

19     instructions, but the substantive charge regarding law

20     applies in there as well.  So, I just wanted to tell

21     you that in advance.

22             You may proceed.

23             MR. FITZPATRICK:  Thank you, Your Honor.

24             If it may please the Court, Counsel, Ladies

25     and Gentlemen of the Jury.  Good morning.

       ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                          1674


1      Summations - Defendant/Fitzpatrick

2              You've gone through, technically, three weeks

3      over time and, obviously, both sides appreciate the

4      fact that you've taken time out of your lives to do

5      this.  This is indeed important for both sides.  You

6      didn't want to do it, and I know you weren't standing

7      outside a courtroom and saying "Boy, would I like to

8      spend three weeks in trial."  You came here because you

9      were summoned.  You answered questions, and we both

10     asked you who could be fair.  You put aside bias, put

07-08-08_pokorney.txt

11        aside prejudice, and said, "We will follow what that

12        gentleman tells us to do.  We'll look at the evidence."

13        And you took an oath, and you said, "I will follow what

14        that gentleman tells me for the law."

15               Hopefully, we have done our job in putting

16        the evidence before you because now it is your time.

17        The system does not work without you being able to do

18        this.

19               Now, what do we have here?  What is this

20        case?  First of all, in a nutshell, that's failure to

21        warn.  Remember, overall, we don't make an asbestos

22        product.  We didn't distribute or supply it.  We made a

23        boiler.

24               In World War II, that helped win a war.  And

25        they are alleging a straight failure to warn -- not a

           ADAM H.  ALWEIS - OFFICIAL COURT REPORTER

                                                    1675

1         Summations - Defendant/Fitzpatrick

2         design defect.  Could you have made a better product?

3         Because, as you know, all of the evidence is, there was

4         nothing that could replace asbestos.  That is the only

5         product.

6                So, were we unreasonable for not warning

7         about insulation, because there was insulation that was

8         put on by the shipyard on various piping that the

9         government ordered applied to every piping and piece of

10        machinery on the U.S.S. Roan, including the main steam

11        line based on what was known then?

12               Remember, this is not a Monday morning

13        quarterback based on what was generally known then or

14        if we had a continuing duty to warn about something 20

                          Page 52

07-08-08_pokorney.txt

15      years later.  Did we even know the Roan was in
16      existence?  Had it been sunk in the War?  Maybe we
17      should call the Navy and say, "By the way, how many of
18      our boilers are still in existence?"  But, that is what
19      they have to prove.
20              Were we unreasonable?  Did we do what no
21      reasonable company would do, that you would say "No
22      question, you should do that?"  Based on what?
23              We know one thing.  The medical and
24      scientific community was unaware of any hazards of
25      brief exposures like this.  That's what Mr. Pokorney
         ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1676

1       Summations - Defendant/Fitzpatrick
2       had, a brief exposure.
3               So -- and by the way, did they put any
4       evidence on -- any evidence -- what was the warning?
5       What should it have been?  You're left to guess.
6               Did they ask Ozonoff one thing?  Well, should
7       you have warned in '45, '55, '65?  When, Doc, was it
8       reasonably accepted?  We had mesothelioma: didn't even
9       know about mesothelioma until 1960's, and it wasn't
10      even a fiber or anything that anybody was using.
11              Where would it go?  Would it go on a manual?
12      Would it go on a boiler?  How about on a ship?  They
13      told you nothing.  And what would it have said?
14              For Mr. Pokorney to be able to take any
15      action, or, indeed, the Navy -- because you don't buy a
16      boiler in Wal-Mart -- he's in the Navy.  He's in that
17      ship, ordered to be on that ship.  What would
18      Mr. Pokorney have done?
                        Page 53

07-08-08_pokorney.txt

19        They have given you absolutely nothing, other
20   than saying, no one ever warned prior to '65 -- no one.
21   No one made the product.  And the people who didn't
22   even make the product, they say we should warn.
23        We talk reasonableness.  We talk common
24   sense.  They have nothing.  They have told you nothing.
25   They leave it to you, "Well, just come up with a
         ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                        1677

1     Summations - Defendant/Fitzpatrick
2   warning."
3        Proximate or what we call substantial cause.
4   If we weren't unreasonable, the case is over.
5        How about the exposure?  What are we doing in
6   this case?  Later, we'll talk about the gaskets and
7   ropes: nonissues now.
8        Well, cutting back insulation on a flange of
9   a main steam line, which we know, once in his life,
10   that he did that.  I think that the testimony was for
11   less than an hour.  Was he exposed to it and did he
12   breathe asbestos dust in a sufficient dose to cause
13   disease?  If so, I mean, that's the exposure now.
14        We don't even work on the steam drum.  He,
15   maybe, rubbed up against it, but that's the only thing
16   they have because we've also learned what about the
17   inside?  Fire brick is not asbestos.
18        There is no hazard inside.  All of those
19   times you went in to clean, no, they weren't an issue.
20   So, we are left with an hour.
21        Do you remember what Mr. Block said to
22   Dr. Betts?  Wasn't that hour, wasn't that, compared to
                              Page 54

07-08-08_pokorney.txt

23      everything else, substantial?  That is what we are down

24      to.  Are we going to warn if you're cutting someone

25      else's insulation for an hour?  That's a warning.  Was

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1678

1       Summations - Defendant/Fitzpatrick

2       that a sufficient dose?

3               So, with any warning, if that -- if you

4       believe that is even a sufficient dose to cause it,

5       would any warning by Foster Wheeler either on a boiler

6       or in his manual -- and remember, Mr. Pokorney says, "I

7       don't remember any place, I read nothing, I didn't read

8       a manual."  So, "I read nothing."

9               It is not like he was studying.  "I read

10      nothing, I don't remember any place."  What does the

11      warning do if he never reads it?  It can only be to the

12      Navy.  They know that.  And, if so, what would it have

13      prevented?

14              So, basically, he spent an hour cutting back

15      a few inches.  No evidence he was exposed to asbestos

16      on a boiler that Foster Wheeler did anything with for

17      four years in the Navy.  Nothing.

18              Mr. Pokorney proudly served his country.

19      Plaintiff's claim he was exposed to asbestos dust from

20      pipe machinery insulation.  You recall, probably, when

21      I was cross-examining him, when you had your first

22      deposition, 40 lawyers in there, lawyers everywhere,

23      asbestos all over the ship.  What did you say in your

24      forms?  Pipes, flanges, valves, all -- exposed to all

25      of it.  That is what he did, all of that.

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

Page 55

07-08-08_pokorney.txt

1679

1       Summations - Defendant/Fitzpatrick
2               Their expert, Moline, said, just being on the
3       ship, background, in her opinion, their expert, is a
4       substantial contributing factor, 24/7.  I got four
5       years, four years at 24/7.  Put one hour over four
6       years.  I was trying to do the math last night.  One
7       over 25,000 hours.  She said it is all the same.
8               That's substantial?  A small part of his job,
9       six months, he opened a manhole.  He'd go inside, clean
10      the pipes.  None of the materials -- he worked inside,
11      and asbestos, he was exposed to, that whole inside is
12      gone.  The gaskets on opening the manhole cover, that
13      is what they ended up having.  What gaskets?  The
14      metallic gaskets, which, let's see, Moore was still
15      using in '79.  Betts says there was never a study done
16      on any gaskets ever.  He said it was a problem prior to
17      '65, and it shows a gasket would give you -- give you
18      levels over what today you could breathe or .1.  Sadly,
19      that went away.  The gaskets are gone.  So, "I spent
20      less than an hour, few inches."
21              How, out of the 9,999 hours or 10,000 hours,
22      that he was in these spaces maybe one hour, that's what
23      they claim?  That's what I'm down to.
24              What do we know?  He joins the Navy November,
25      '61.  In July, '62, he's in Great Lakes training.  He
            ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1680

1       Summations - Defendant/Fitzpatrick
2       goes on board that ship in July, '62.  He's on there

Page 56

07-08-08_pokorney.txt

3    until November, '64, boilerman, fireman apprentice, as

4    he calls himself a grunt.  That's what he's doing.

5             Cuban Missile Crisis: been interesting for

6    patrol.  Captain Moore, oh, they could have used gas

7    masks when they fired the guns.  The gas masks that had

8    crocilidite filters, let's call general quarters and

9    say, put on a gas mask when we are firing the guns.

10   The Navy would have really thought that made sense.

11            And then he was an oil king for almost the

12   last year, and then he discharged out of the Navy, we

13   know, in March, '66.  So, now, we are down to part of

14   one day working on a flange of a main steam line on the

15   insulation that is made by someone else, by the

16   shipyard, put on by the shipyard 20 years, almost,

17   before he even got to it.

18            He's exposed to asbestos dust throughout his

19   career by being aboard ship.  We know that has nothing

20   to do with Foster Wheeler.  All of those things he

21   worked on, we made none of it, none of it:  Cement,

22   cloth, packing, block, pipe cover, we didn't make it.

23            He never read a boiler manual, he said, on

24   the ship, and we know the only manuals on the ship were

25   Navy manuals.  He never read any information.  He

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                               1681

1     Summations - Defendant/Fitzpatrick

2    didn't know who made the boilers.  He never touched any

3    block or billboard or rope inside a boiler.  The

4    external casing is bare metal, and he never worked on

5    any insulation on the steam drum.  That's what he said.

6             You've seen this, probably, repeatedly.  You

07-08-08_pokorney.txt

7   mentioned you had cleanup.  What did you do on the

8   outside on top of the boiler that is the steam drum,

9   which I don't think we ever got answered.  There was

10   just the black dusty soot on there.

11          We got on top of the boiler.  It was a check

12   relief valve.  That is all we did.  We checked the

13   valves.  What is the level of the water?  Tell us,

14   working on the valves, this is one time.  This is what

15   this case has come down to for purposes of exposure.

16   Clearly, if there is no warning, it doesn't matter.

17   The exposure, they have to prove both.  But, he says,

18   between the gaskets and flange, I remember one time, we

19   had to change -- we had to change a flange, which is,

20   we now know you don't change a flange.  We change a

21   gasket or a valve.  You do and you cut back on some of

22   the asbestos because when the yardbirds -- those are

23   the people in the shipyard putting it on, right before

24   you even got there -- we couldn't get to the nuts and

25   bolts, and that's what I did.

ADAM H.  ALWEIS - OFFICIAL COURT REPORTER

1682

1          Summations - Defendant/Fitzpatrick

2          There is an old saying in the law, when you

3   have a law, common law, you have the facts, you have

4   the facts, but when you having nothing, you pound the

5   table.  In the military, we used to call that pop and

6   smoke: trying to distract things.  My dad used to call

7   it, chasing red herrings.

8          What you heard from the opening, and what?

9   Allegations, where I dare say -- and I'll also say, Mr.

10   Block is one heck of a lawyer: true gentleman.  But,

07-08-08_pokorney.txt

11  what did he say in opening?  You'll remember the

12  picture where he has this finger, he said, "Who is

13  going to blame the Navy?  Foster Wheeler."  He said,

14  "Foster Wheeler is going to blame the Navy.  Blame the

15  Navy."  He said, "How dare they blame the Navy?"  He

16  did.  Who went up to Dr. Betts, actually, after he saw

17  the Navy documents, it doesn't take a rocket scientist

18  to interpret those.

19    After he saw them, what did he say to Dr.

20  Betts?  "Don't you think the Navy dropped the ball?

21  No."  He has to say that.  If you think the Navy knew

22  that, if you think the Navy handled it, this case is

23  over.

24    So, now, who is blaming the Navy?  Who is?

25  He is.  "They dropped the ball, didn't they,

  ADAM H. ALWEIS - OFFICIAL COURT REPORTER

          1683

1  Summations - Defendant/Fitzpatrick

2  Dr. Betts?"  That's what they said, and Dr. Betts said,

3  we had a great program.  We cared about our seamen.

4    You saw the medical and scientific

5  literature.  That is what was accepted.  We have

6  nothing to hide.  He says, we are proud of it.  Who is

7  blaming the Navy?  Because with the Navy's knowledge,

8  he knows he can't hold Foster Wheeler, so, now, he

9  blames the Navy.

10    How about exposure?  You remember, initially,

11  there is going to be all this exposure on the inside of

12  the fire box.  What do we know?  All of the witnesses,

13  their own expert, firebrick, nonasbestos insulating

14  brick, nonasbestos refractory, mortar, nonasbestos,

07-08-08_pokorney.txt

15    plastic chrome, none, gaskets. There isn't one still

16    in the entire world, through '65, that suggested that

17    it would be hazardous. Nothing. It doesn't even

18    exceed the TLV total for purposes of causation. Point

19    1, nothing.

20         I asked Moline, "Can you show me the one

21    study of a metallic gasket on all of these manhole

22    covers?" Ladies and gentlemen, she said, "No. I've

23    never seen one."

24         What do we know about the fiber? There was

25    Captain Moore saying, maybe the fiber got into the

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1684

1    Summations - Defendant/Fitzpatrick

2    crevice on the water tubes. That's what he said.

3    There could still be something. "What's the thermal

4    decomposition temperature of asbestos, Captain Moore?"

5    "I don't know." No debate.

6         We got a firebox that is going up to

7    3,000 degrees. If there happens to be a floating fire

8    stick going to a water ball, it isn't anymore, because

9    it decomposes. These are called just basic chemical

10    propositions for any type of material.

11         So, we know there was basically nothing on

12    the inside. They have left that. And that is where he

13    went in.

14         You know, remember the picture, the soot, the

15    black? How about this one? Foster Wheeler controlled

16    the design and construction of the boiler. That's what

17    was said. Foster Wheeler controlled the design.

18         Let's see. What do we know that their

07-08-08_pokorney.txt

19      expert, former-Captain Moore admitted?  All decisions

20      about what insulation to use, he said, were made by the

21      Navy, Gibbs and Cox.  He admits no involvement by

22      Foster Wheeler about what we are going to use in '43.

23      We have no involvement in that.  We had no discretion

24      on drawings and designs for the boilers.

25              You remember the documents?  He said, it is

        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1685

1       Summations - Defendant/Fitzpatrick

2       not even our boiler.  We are trying to win a war.  We

3       are losing tonnage.  We need as many people to build

4       boilers for these destroyers.  You will do these

5       drawings.  You'll do the manuals.  We've already

6       approved them.  Thank you very much.  A lot of

7       discretion there.

8               The instruction books, I can't believe they

9       weren't Foster Wheeler.  We showed them the document.

10      They are all exact duplicates.  We were told, you put

11      their stamp on them, you use the manuals.  That is it.

12      It is a fact, and we supplied no external insulation.

13      Everything is provided and installed by the shipyard,

14      not to mention the insulation is made by someone else,

15      not us.

16              What do you have?  You see, these documents

17      are in evidence.  Here is the document, 2843, contract

18      for main boilers.  What does it cover?  We literally

19      showed you each step to be able to track back.  It is

20      amazing, 60 years almost, if you think about it, and we

21      still have documents.

22              The main boilers to be furnished on this

                        Page 61

07-08-08_pokorney.txt

23    purchase order are to be exact duplicates of those

24    being furnished of that order and require continuation

25    and cooperation between Foster Wheeler and Babcock:

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1686

1       Summations - Defendant/Fitzpatrick

2     exact duplicates of someone else's boiler.  You make

3     that, and I'll go through those documents later.  When

4     the government gives you an order in World War II, and

5     people don't -- people forget, unless you had fathers

6     and grandfathers in that war, there was the question,

7     were we going to win the war.  There weren't good

8     people out there.  There's some bad guys out there.  We

9     were losing a lot of people.  We lost more people at

10    D-Day than we've lost in four and a half years in Iraq.

11    We lost more people at Pearl Harbor.  We lost a lot of

12    people, folks.  We were out helping our allies.

13            The Brits were losing, folks.  They got

14    thrown out of France.  I mean, the world as we knew it

15    was at stake.  We were told, we got to get ships out

16    there to protect the supply lines to the Brits.  Get

17    the Japanese.  How do we do it?  You build those

18    boilers.  That's a fact.

19            And for Mr. Block to say, we blame the Navy,

20    blame the Navy for winning the war, boy, that is what

21    we'll do.  We'll blame those companies for helping us

22    win a war.

23            August 28th, '43, particular section.  What

24    are you going to do, Foster Wheeler?  Bureau of Ships'

25    specifications for machinery subsection.  You remember

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

07-08-08_pokorney.txt

1687

1       Summations - Defendant/Fitzpatrick

2       that?  That's the machinery manual for boilers.  391 is

3       the insulation catalog, particular section of ship

4       specification applicable.  Equipment shall be in

5       accordance with the specifications.  As we've just told

6       you, not a lot of discretion.  Instruction books, the

7       manual, logs, fulfilled by Babcock and Wilcox.

8               Maybe Mr. Block will say, "Well, it had a

9       Foster Wheeler stamp."  So, what do we know?  Maybe

10      he'll make that argument.  I don't think so.  This is

11      pretty specific, because who would make a manual?

12      That's the manufacturer of the boiler.  Would anybody

13      truly think that Foster Wheeler is going to come up

14      with a manual for a boiler it has never designed?

15              They were copying specs.  Are they going to

16      talk about it, something they have never used?  I don't

17      think so.  You're going to do what Babcock -- and, by

18      the way, we know those manuals have been submitted and

19      approved.  Everything has to be submitted and approved.

20      We've approved the manuals.  We've approved the design.

21      That's what I do.  I mean, the authorization is the

22      war.  We are trying to get ships out.  Do we take

23      months and figure out why?  We check our manuals to add

24      a few fine -- a few things on something we never made

25      before?  What is the material that we don't have?  All

        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1688

1       Summations - Defendant/Fitzpatrick

2       of the insulation?  We know what the stop valves are.

3       They are materials, the connecting piping,

07-08-08_pokorney.txt

4     manufacturers of piping.  We -- I mean, there is that
5     one part coming out of the steam drum.  It is part of
6     war.  We agree, but we don't supply the piping.  We
7     don't connect it.  All of this is done by the shipyard.
8              And how do we know what things we'll do?
9     Does Foster Wheeler know how every ship is going to be
10    designed?  No.  That is what Gibbs and Cox does.  They
11    say, we are going to have to make it a certain size.
12    We have to put everything in.  We know how much space.
13    We know what the temperatures are going to be.  We are
14    going to put on the insulation.
15             Makes sense.  Plus, Foster Wheeler isn't
16    living on the site, the Navy is, and this is what these
17    folks were provided, all of the insulation, all of it.
18    Foster Wheeler has nothing to do with insulation.
19    Prepare drawings, purchase materials, fabricate ships,
20    '72 BMW, design boilers: recommended.  Gibbs and Cox
21    are the engineers.  The Navy must approve what we knew.
22    The purchase order, which I've shown you, have to
23    follow those, exact duplicates, exact manuals, follow
24    our order.
25             Now, why did the Navy need that?  You try and
      ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1689

1        Summations - Defendant/Fitzpatrick
2     build ships to fight a two front war with the bureau
3     designs.  All machinery is identical.  Makes sense.
4     You may have sometimes heard the term for destroyers
5     called tin cans.  Sometimes the troops felt like that.
6     They were vulnerable.  We were putting them out in a
7     week's time: get them out.  We had to flood the sea

07-08-08_pokorney.txt

8      lanes with destroyers.

9              Now, discretion, if that's not enough to talk

10     about what we had to follow, about design and the

11     manuals and what you'll do, you'll recall the two

12     documents we referenced that said, you know, on our

13     boilers, we have a different light off valve.  I think

14     it is a little better, and it is an easier way to get

15     the boiler going.

16              We wrote to the Marine Department and said,

17     "Hey, make 29, do this."  What do they say?  Read our

18     lips.  We have no authority to change our boilers.

19     They have to be Babcock and Wilcox.  If the Bureau

20     wants any change, check with those folks.  Give them

21     the information and let Babcock and Wilcox make a call.

22              Discretion?  We showed the other document.

23     Here was the length of the studs, the letter that

24     preceded this, which is in evidence.  Here is -- Foster

25     Wheeler is designing this, and the bolts are supposed

         ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                          1690


1       Summations - Defendant/Fitzpatrick

2      to be eleven inches.  They go in various areas.  So,

3      Babcock and Wilcox design it, Babcock and Wilcox

4      boiler.  What does Babcock and Wilcox send?  Twelve,

5      twelve inch, not eleven inch, twelve inch, in which

6      Foster Wheeler says, they are bolts, they must use it,

7      but the specs says eleven inches.

8              It says -- by the way, on those manhole

9      covers, we have these bigger bolts.  Is it okay?  It is

10     regarding your letter we received today.  We know the

11     Bureau is reluctant to approve a change on the length

                         Page 65

07-08-08_pokorney.txt

12          of the stud.  In case you're not familiar with the

13          manner in which this contract, et cetera, was handled,

14          we advise you.  We were supposed to use Babcock and

15          Wilcox details for building our boilers.  Babcock and

16          Wilcox gave us reproductions of all their drawings, and

17          we added our own title block because we were making

18          them.  You can't change them.  Read our lips.  That is

19          discretion, we could have changed something.

20                  And actual drawings for any type of lagging,

21          who designs all lagging?  Gibbs and Cox.  Bureau of

22          Ships, how much?  How much?  Size?  What time?  Gibbs

23          and Cox.  Nothing, nothing to do with Foster Wheeler.

24                  Who decided on lagging?  Gibbs and Cox.

25          Asbestos, Gibbs and Cox.  Destroyers, even to the

            ADAM H.  ALWEIS - OFFICIAL COURT REPORTER

                                                      1691

1          Summations - Defendant/Fitzpatrick

2          point, that is where you finally see Foster Wheeler's

3          name, yes, for those types.  The plan is an exact

4          duplicate of the Foster Wheeler plan.  This applies to

5          the destroyer.  We were ordered to copy the Babcock and

6          Wilcox boilers.

7                  And what Mr. Block said, well, you can put --

8          here is what the plans had on a warning that they had

9          on the plane, which said, use oil, use only one oil,

10          burners are required.  That is an acute -- Dr. Betts

11          said, if you don't do that, you can have an explosion.

12          That's not good, but this is an approved drawing by the

13          Navy submitted by Babcock.  That is what we are going

14          to do.  That is what we did.

15                  Even Captain Moore would have said, you could

07-08-08_pokorney.txt

16      have put in anything you wanted.  How about asbestos?

17      Put a warning.  And although the Navy didn't think

18      there was a problem with asbestos, you just start

19      changing the manuals.  We were told how to, all of the

20      brick work would go, remember?  The whole idea, Type C

21      material, insulating block, two and a half inches

22      thick, four and a half inches for the firebrick, the

23      one inch brick, that is how it will be laid up.  That

24      is how it has to go.

25              Who is telling us?  Gibbs and Cox.  On the

                ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1692

1       Summations - Defendant/Fitzpatrick

2       type of materials, insulating block, which you've

3       already seen in that prior one, Gibbs and Cox.

4       Replacement materials, yes.  We sent some extra

5       gaskets, told them, we know there is no more gaskets.

6       By the time he gets on ship, are you going to get

7       replacement parts for repairs and replacement on

8       furnace brick work?  Procedure, check out the BuShips

9       manual.  That's where it is going to be.

10              Now, Mr. Block referenced something, a Foster

11      Wheeler insulation catalog in the mid-'60s, next

12      checked with, I guess, with any -- never showed -- I

13      guess that Captain Moore, did that have any relevance

14      to what was done in '44?

15              But, there is no question, everything is done

16      by the manual.  Replacement materials, the Bureau of

17      Ships manual.  This is the S51, and it says, the Navy

18      has decided.

19              By the way, another thing about the Navy.

                        Page 67

07-08-08_pokorney.txt

20    They have tested everything.   No one is expecting
21    Foster Wheeler to go test someone else's product on
22    refractory brick.   The Navy tested.   Where do they test
23    it?  Navy and turbine laboratory, huge place in
24    Philadelphia, testing all of this.  We knew that the
25    Navy had met the specification, and this is how you'll

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1693

1     Summations - Defendant/Fitzpatrick
2    do our boiler.   Brick work has to be an approved
3    material.   Stop and obtain at Navy shipyard.   That's
4    how it is being put inside the brick.
5             If you remember, the boiler, what is the use?
6    You will use now -- this is the BuShips Manual -- one
7    inch layer, Class C, two and a half inches and four and
8    a half inches of fire brick.   This is all laid out, and
9    I apologize for, again, going through this, to try to
10    take some time -- we call it either the chain of the
11    record, but the point of this is, the Navy's
12    controlling everything.   Everything stated to the
13    contrary: is not paying attention to the Navy, not
14    paying attention to the document or not using common
15    sense.
16             That is what you will use, and if you use
17    anything, we have insulation.   There is an insulation
18    cab work specification for machinery.   Insulating
19    panels for insulation, block 32.3, which Gibbs and Cox
20    has already required.   '46, insulation block must meet
21    Navy specs, 32-I-3, for whatever goes on the inside of
22    the boiler.
23             So, ladies and gentlemen, to suggest that

Page 68

07-08-08_pokorney.txt

24        there was discretion, and, indeed, as Mr. Block, I
25        suspect, will say, they could have asked.  I mean,
        ADAM H. ALWEIS - OFFICIAL COURT REPORTER
                                                1694

1         Summations - Defendant/Fitzpatrick
2    Dr. Betts says, you did always petition those two
3    areas: where they petition, we are talking about
4    something substantial, bolts, or a different lighting,
5    and the Navy said, no, read our lips.  So, you could
6    have put in a petition.  Can we put a warning,
7    something?  You've determined -- you've determined it
8    is not dangerous, at least on the use on the ship, on a
9    product we don't make, not a boiler.  We are being told
10   what design to follow.  Another red herring.
11           Mr. Block said in his opening, Foster Wheeler
12   was in the best position to warn Mr. Pokorney.  That's
13   what he told you: therefore, not the Navy who
14   controlled the work place in the ship and specified
15   asbestos: not Gibbs and Cox who was the engineer who
16   drew up the ships: not the manufacturer of insulation
17   who submitted insulation for Navy approval and profited
18   from any sales: not Gibbs and Cox who decided how to do
19   it: not Babcock and Wilcox who designed the boilers,
20   made the drawings, wrote the manuals: not the shipyard
21   that installed 30 tons of asbestos -- no.  The
22   reasonable conclusion is, the manufacturer of an exact
23   duplicate of the metal boiler designed by others, had
24   been in service, that that's the person in the best
25   position to warn the Navy.
        ADAM H. ALWEIS - OFFICIAL COURT REPORTER
                                                1695
                    Page 69

07-08-08_pokorney.txt

1          Summations - Defendant/Fitzpatrick
2                  Common sense?
3                  And how do you warn Mr. Pokorney 20 years
4          later?  Is it reasonable, Foster Wheeler should say,
5          let's call you up, will you give us a list of all your
6          ships that are still in operation that they have
7          boilers on from 20 years ago?  Could we talk to him?
8          How does he know the Navy is going to allow people to
9          talk to seamen?  The Navy makes those calls.  But,
10         according to Mr. Block, we are in the best position.
11                 All right.  One of the things you'll get
12         tomorrow on the instructions is the following:
13                 You have heard evidence of general customs
14         and practices of others who are in the same business
15         and trade as the defendant during the time they
16         supplied the boilers on the Roan and during the date of
17         plaintiff's service from '62 to '65.  The evidence is
18         considered -- is to be considered by you in determining
19         whether the conduct of the defendant was reasonable.
20         Defendant's conduct is not to be considered
21         unreasonable simply because someone else may have used
22         a safer practice.  On the other hand, a general custom,
23         use and practice in the same business or trade may be
24         considered some evidence of what was reasonable
25         conduct.
            ADAM H. ALWEIS - OFFICIAL COURT REPORTER
                                                        1696

1          Summations - Defendant/Fitzpatrick
2                  Moreover, the Judge will tell you that
3          adherence to government standards, while important and,

Page 70

07-08-08_pokorney.txt

4      again, evidence of reasonableness, does not relieve a

5      party from the obligation to make a product that is

6      reasonably safe.  You may take compliance with

7      government standards into consideration in deciding

8      whether it was safe or not.  However, compliance, even

9      if proven, does not compel, you are not forced to find

10     for Foster Wheeler.  Even so, that's the law.

11          So, what do we know when we put all of that

12     into context?  Did anybody who made product in World

13     War II warn?  No.  The reason you saw the medical and

14     scientific literature, that wasn't considered, did the

15     Navy know if you were in the shipyard, massive

16     exposures?  Yes, they know that.  That was the way,

17     though accepted, through '64.  Did anybody who made

18     product warn?  No.  How about anybody that didn't make

19     the product?  Did someone warn someone else's practice,

20     period?  No.  Maybe everybody was wrong.  That's the

21     jury -- that is the plaintiff's position.  They were

22     all wrong.  They were all wrong in World War II.  They

23     were all wrong in '64.  They were all wrong, including

24     the Navy that dropped the ball.  Even though we

25     complied, we built an exact duplicate, complied with

         ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1697

1          Summations - Defendant/Fitzpatrick

2      everything we were told to do, we were also wrong.

3          If you believe that, all of that will mean

4      that, I don't care, that is still unreasonable, then

5      you find against us.  But, that is all we have, what

6      went for what's reasonable and not in a

7      retro-spectroscope.  We are talking about what was --

07-08-08_pokorney.txt

8      we are being blamed for something we made 60 years ago
9      that helped win a war.   And that is what the jury
10     instructions asks you to do.
11          All right.   How about -- again, well, what do
12     we know about Mr. Moore?  This is the other thing.   He
13     claims the Navy wanted equipment.   He was the one who
14     said, "Okay, I think they want them to warn about
15     asbestos."  We know this.  Asbestos is never mentioned
16     in any Navy manuals as a special hazard.   Never.   We
17     went through those.   It always talks about operating
18     procedures.   The exemplar warning that we showed you
19     was, "high voltage, it will electrocute and kill."
20     Moore said okay to a primary reference to the boiler
21     maintenance and procedures, yes, BuShips manual  and the
22     rate.   In other words, if a seaman wants to go on a
23     safety, where do they go?  They go by the ship's
24     manual.   They go to your own rate training manual.   All
25     boiler safety precautions and Navy manuals deal  with an
         ADAM H.  ALWEIS - OFFICIAL COURT REPORTER
                                             1698

1         Summations - Defendant/Fitzpatrick
2      acute hazard.   There is no -- there is nothing about
3      potential for slight -- risk of slight exposure that
4      you might get a decade in the future.   No equipment
5      manufacturer ever warned about asbestos: but, so, if
6      you believe Captain Moore, or Mr. Moore, even though
7      when he was in the Navy, he never saw warnings and he
8      was approving manuals through '79: but that aside,
9      either the Navy and every equipment manufacturer from
10     World War II to '64 all had it wrong, the Navy didn't
11     know they were approving bad manuals, and the whole

07-08-08_pokorney.txt

12    world had it wrong, but Captain Moore, or, based on

13    what you've seen, Captain Moore is not using common

14    sense.

15            Military Specification Manual.  There is a

16    military spec that goes in the manual.  What do they

17    say?  Prior to the printing, instruction books are

18    done.  They have to be submitted for approval.  You

19    must submit to the Navy everything you put in the

20    manual.  We'll approve it.  We'll send it to our boiler

21    turbine lab in Philly.  We'll decide.  Navy has final

22    approval.

23            And, by the way, the first one we showed you,

24    '52, what will you put in a manual?  Safety notice, for

25    example, where high voltages or special hazards are

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1699

1     Summations - Defendant/Fitzpatrick

2    involved.  What do they tell you to look at?  If a

3    manufacturer wants to know what they should use --

4    simple -- voltage, energized equipment, ground

5    material.  That's going to take on 300 volts because

6    you won't be there.  That's the type of warning we

7    want.  There was no literature.  No one said a breath

8    for an hour, in 1964, could cause cancer 40 years

9    later.

10            He referenced this specification.  He

11    admitted, obviously, this didn't apply to World War II.

12    He admitted that.  '61, to the extent there is a

13    continuing duty to warn, here's what he said.  6th,

14    June, the specification includes the procedure,

15    submission, reviews, approval of reviews for magazines.

Page 73

07-08-08_pokorney.txt

16          Now, I step back because, in this, it says
17  here, what goes on the outside of every piece of
18  equipment?  The Navy wants standardization.  They don't
19  want billboards.  Here's what you will identify.  What
20  do we know goes on that?  We showed you Asbestos
21  Specification through '52 that talks about what goes on
22  a plate.  This is a specification that calls for
23  identification plates, information plates, for major
24  units.  The boiler is a major unit.  This, for a
25  boiler, what are you going to put on it?  This is what

ADAM H.  ALWEIS - OFFICIAL COURT REPORTER

1700

1          Summations - Defendant/Fitzpatrick
2  goes on every piece of equipment, and, indeed, that is
3  where the term, "boilerplate" comes from.  You often
4  hear that term.  Maybe the boilerplate stuff.  That is
5  a generic term because that is what the Navy required
6  on every piece of equipment.  There isn't a provision
7  that says, "Well, why don't we fill in other things?"
8          So, going back to the manual that says,
9  invited people, potentially warn, even though he can't
10  cite one piece of equipment or, I should say, he can't
11  cite one manufacturer who ever read it this way,
12  because no one ever warned on the asbestos, even though
13  they misread it, and the Navy approved it,
14  inappropriately ordered it.
15          Captain Moore doesn't know how to determine
16  specification.  Information -- shall include
17  information and routine procedures, safety precautions,
18  maximum load, normal temperature, transfer to be used
19  on shutdown of the equipment, because you might have an

Page 74

07-08-08_pokorney.txt

20   acute problem.  That's what an operating instruction

21   is.

22          Does it say anything under maintenance and

23   repair?  No.

24          As Dr. Betts told you, we've got medical

25   manuals.  I want to know how that boiler is not going

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1701

1      Summations - Defendant/Fitzpatrick

2   to be employed.  And, by the way, here is what you do

3   for the cautions or warnings.  They should be used to

4   emphasize important or critical instructions.  You use

5   sparingly, when used.  They should immediately precede

6   applicable instructions.  And all will be selected in

7   accordance with the following definition.  Warning for

8   operating procedures and practices which result in

9   personal injury and loss of life, that's immediate.

10   True, I get mesothelioma four years later, you die from

11   that.  Well, that is loss of life that is not in the

12   operation of a boiler.

13          What's the Navy training manual?  This

14   applies to all men requiring knowledge on the subject.

15   You have to read things.  There are precautions which

16   must be taken: safety issues.  Where do you go look for

17   safety issues?  The bureau or manual or the Air Force,

18   training course.  Those are the only two.  They are not

19   saying, go look at a Foster Wheeler, by the way.  Why

20   don't you go look at 300 different manuals for pieces

21   of equipment on a ship or go to the Navy that has

22   already made a decision?  Boilers, safety precautions,

23   we showed you, prior to placing, during the operation,

Page 75

07-08-08_pokorney.txt

24      and there are about 80 of them.  Manual is in there.

25      They are all acute.  That's how normal people interpret

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1702

1       Summations - Defendant/Fitzpatrick

2       that.

3               Training manual, what do they talk about?

4       Boiler cleaning and maintenance, and the very chapter

5       on that, which is in evidence, they go through about

6       eight safety precautions.  Watch out for water.  Watch

7       out for dangerous steam.  Watch out for lights.  Men

8       working on the intake.  Make sure, in case somebody

9       comes down, do not make repairs on a power drive

10      cleaner while inside the drum.  Those are all acute.

11              Everything we have shown you, we get --

12      Foster Wheeler should have put something in a Babcock

13      and Wilcox manual in World War II, and that would have

14      changed what the Navy did.

15              The other red herring, Mr. Block has spent a

16      lot of time fighting over asbestos dust or total dust.

17      Why?  Why did he do that?  Because if it is asbestos

18      dust, as all of his experts had to agree, there is no

19      study which ever showed that was not safe through '65.

20      That was accepted by everybody.  But, he wanted,

21      because he knows Fleisher Drinker kills him, he's got

22      to take the guy that did the iron lung, professor at

23      Harvard, and say, you don't know what you're doing.

24      Drinker called it asbestos dust.  The ACGIH called it

25      asbestos dust.  Harriet Hardy, I forget, who was --

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1703

Page 76

07-08-08_pokorney.txt

        Summations - Defendant/Fitzpatrick
1
2    Ozonoff said there is a Harriet Hardy Institute.   I
3    showed you the article, and she said asbestos dust.
4    Rogers and Moore, in the Navy, asbestos dust.
5    Everybody -- heck, Moline works in the Selikoff Center,
6    called it asbestos dust.   The only person who doesn't
7    is Ozonoff.   He calls it total dust.
8              It is absurd.   It is ludicrous.   Here is the
9    gentleman that said, this is a safe operation.   He had
10   the guy from Harvard doing a petrographic analysis, who
11   is the head of that, the guy that does the iron lung,
12   chief consultant to the Navy, and he says asbestos
13   dust.   They are all below five million except one for
14   band saw cutting.   All of them.   He says it is safe.
15   What is the ACGIH?  Every year, asbestos, five, tell
16   us, asbestos, five.   Harriet Hardy, what did they say?
17   Experience has led to the acceptance of five million
18   particles of asbestosis.   Total dust, not total dust,
19   but asbestos.
20             But, how about Bill Marr, '64, asbestos?  All
21   of the ratings, am I safe?  How about Selikoff?  The
22   legend, gourou, whatever name you want to use, who
23   publishes, has the thing in New York from the annals of
24   the New York Academy of Science.   He says, measurement
25   of dust exposures of insulation workers have been

   ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                            1704


1         Summations - Defendant/Fitzpatrick
2    frequently reported, as in other asbestos work,
3    generally high counts for asbestos fibers have been
4    within five million particles.   And what does he say?

07-08-08_pokorney.txt

5        Fleisher Drinker, well, Bill Marr, well, Selikoff said,

6        all of those are under five.

7                     I wonder why?  But, plaintiff wanted to flag

8        that.  No, it is total dust.  Although, Dr. Ozonoff did

9        say, remember the famous line, he said, "Well, you can

10       certainly interpret that that way.  That is how

11       Selikoff was reading it, but I don't really, really

12       mean it."

13                     Okay.  The last exposure contributes -- we

14       call it the Brilcream theory -- "Every dab will do

15       you."  It is a great theory: sued everybody.  You made

16       a piece of asbestos, fiber comes up.  You win, you win.

17                     Remember, I was talking to Mr. Pokorney, in

18       your first deposition, forty people there, oh,

19       defendants everywhere, everywhere.  You bet.  Each,

20       well, each exposure contributes.  We know the asbestos

21       that gets cleared.  They said, 70 to 90 percent, you're

22       cleared.  That couldn't contribute.  It is gone.

23                     Now, that mucociliary escalator, that gets

24       everything out.  That didn't contribute.  They said,

25       unless the fiber migrates to the pleura, and it stays

            ADAM H.  ALWEIS - OFFICIAL COURT REPORTER

                                                      1705

1          Summations - Defendant/Fitzpatrick

2        in the lung, that didn't do it.

3                     If it goes on the right and you get

4        mesothelioma on the left, that didn't do it.  If the

5        lymph system takes it somewhere, that didn't cause it.

6        We know of all of the billions that can be fired at us.

7        One cell starts it.  They will agree.

8                     So, how does every exposure contribute?

                         Page 78

07-08-08_pokorney.txt

9       Irrespective, does anybody ever say the product had 50

10      percent asbestos in it?  It was there for an hour.  It

11      was there for 50 hours.  You were 5 feet way, 20 feet

12      away.

13            Now, we get to the point, you would think

14      that ship is afloat in asbestos fibers.  There would be

15      fibers floating from World War II.  How do they make

16      their living?  They say, every little dab will do you.

17      It's great.  It's America.  They include them all.

18      They admit, I can't tell you which one caused it.  It

19      just increases the risk.  You all win.  Is this the

20      blame game?  That is fine.  Can you explain?

21            I asked everyone, can you name me one piece

22      of medical literature in the world that says, every

23      exposure of that product contributed to the disease?

24      What was the answer?  No.  That is just what we've

25      assumed.  Because we can't figure it out.  We think

   ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                       1706

1      Summations - Defendant/Fitzpatrick

2      they all do.  Fine.  With the red herring, in a moment,

3      a warning on a boiler or manual would have changed what

4      the Navy required or insulating the brick, because,

5      remember, Pokorney thinks nothing of it until the '60s.

6            So, a warning in World War II would have done

7      what, changed anything the Navy did: changed how the

8      Navy used asbestos?  Would a warning that -- by the

9      way, we don't know what it is supposed to go or where

10      it is going to go, if it is on a manual, with a

11      warning, have changed what the Navy did?  Would the

12      warning change?  Giving the order to Mr. Pokorney,

             Page 79

07-08-08_pokorney.txt

13        would the respirators -- I just read it.  I read the
14        Foster manual.  They said, asbestosis could be
15        dangerous.  That's a new one on us: prevent exposure to
16        steam line.  A warning for one hour exposure.  We are
17        supposed to know that, too?  That is what they have to
18        prove.
19              First, we had to warn.  And a warning would
20        have prevented?  Would it have changed anything the
21        Navy did?  I believe the answer is, unequivocally,
22        absolutely not.
23              What the Judge will also tell you, state of
24        the art, reasonableness.  It's what we went through.  I
25        know it wasn't easy, going through literature 50 or 60
         ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1707

1         Summations - Defendant/Fitzpatrick
2         years old, and you're walking and saying, "Oh, my God,
3         here we go again."  That's how we have to show our case
4         on both sides.  But, the instruction says, on the
5         manufacturer's/seller's knowledge, to know of the
6         danger or effect of the product on each.  Scientific
7         knowledge and technology, at that time, products were
8         sold and plaintiff was exposed to such product.  You
9         must consider state of scientific knowledge and
10        technology at such time and not what we know in 2008.
11        That's an agreement.  That is the law that you say, we
12        agree to follow that law.  We have to judge their
13        conduct, what did they do in 1943 or '44.  Okay.
14              Let's talk about the experience: what do we
15        know?  I won't show you all of the articles, and I'm
16        sure you'll appreciate that.  Merewether, textile

07-08-08_pokorney.txt

17        industry, keep levels of spinners.  You remember those
18        quotes?  It was pure asbestos.  He published the limit
19        of spinners that were three and a half to thirty-five
20        times higher than what we would do -- later do.  And
21        they thought it was safe.  It applies to the factories,
22        within two years.  He said, this is a safe limit, a
23        safe dust average.  Here's for the conviction of
24        succession.  And, folks, everyone of these, even
25        Ozonoff said, they are all -- all legends, pioneers in

            ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                        1708

 1        Summations - Defendant/Fitzpatrick
 2        occ-med, God bless them.  Happily, these conditions are
 3        now a thing of the past and the disease is under
 4        control.
 5                    After '34, you don't see anything in the
 6        British Literature Association concerning asbestosis?
 7        No.  They didn't show you anything, did they?  There is
 8        nothing.  After '34, they are comfortable.  Don't see
 9        anything about asbestosis.  It was under control.
10                    The safety regulations applied to textile
11        manufacturing.  No one considered a possibility of a
12        hazard at a low level on a short duration like
13        Mr. Pokorney.  And Ozonoff said, the British were way
14        ahead of us.  Good.  That's what they did.  They had
15        nothing.  The plaintiffs had nothing to challenge that.
16        Nothing.
17                    How about the U.S.?  Dreessen, the only thing
18        that Mr. Block asked Dr. Betts was, "Well, didn't they
19        dismiss some workers?"  Oh, my, he knew that.  He said,
20        continue his report.  He said, this was a level,

                        Page 81

07-08-08_pokorney.txt

21    probably would not appear.  As of '38, we didn't stay

22    in '38.  We still moved forward with science.  The U.S.

23    Navy purchased its boilers.  That's what we are doing,

24    1943.  The ACGIH, '46, adopted by 40 states, reviewed

25    annually, industry reps not allowed.

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1709

1          Summations - Defendant/Fitzpatrick

2              It was interesting when I asked Ozonoff, "Can

3    you name anybody who ever, ever suggested anything

4    below five prior to '65?"  "Massachusetts," he said.

5    Remember?  That's what he said.  That's the only one he

6    could think of.  Well, did you bring it?  Well, we went

7    and got the -- Dr. Betts testified, "No, it is five

8    million."  Nothing.  States were all the same.  States

9    were in cahoots with someone.  They didn't care either.

10             When Mr. Block -- well, the industry and

11   workers comp, everybody cares, everybody was saying

12   they thought that was safe.  He has nothing to

13   challenge that.  Fleisher Drinker, for the first time,

14   they, start talking about end product users.  Pipe

15   covering was safe, not a dangerous occupation.  There

16   was more than amosite being cut.  There was band saw

17   cutting.  You saw the numbers.

18             '49 -- '49 to '64.  This is such a bad thing.

19   Well, the Department of Labor adopted, the Navy adopts.

20   Folks, everybody is adopting it.  Nobody is saying,

21   "Wait, you guys are way off."  They are adopting it,

22   and Mr. Pokorney joins in -- joins the Navy, '64.

23   Selikoff counts -- in fact, you saw it, and I'll show

24   it later, the corporate, in '68, when they say,

Page 82

07-08-08_pokorney.txt

25          corporate knowledge, Mr. Johnson?  How dare they?  They
            ADAM H.  ALWEIS - OFFICIAL COURT REPORTER

                                                          1710

1           Summations - Defendant/Fitzpatrick
2      are lying?  I'm sure Mr. Block is saying, they are
3      saying they didn't learn about asbestos, dangers of
4      asbestos product until '68.  Sure.  We didn't make any
5      promise.  We knew of the block -- we knew some fire
6      brick was going in our boilers.
7               We go to a meeting in '68, and you'll see,
8      Selikoff still says, five is safe.  No one is
9      suggesting we are worried about Dr. Betts, the peak
10     values: in other words, the time weighted average, but
11     if you hit that hour, that was twenty, maybe that
12     overwhelms your system, but it is still safe, even
13     though the level today is about a thousand times less
14     than what we thought was safe back then.
15              Health, seemed safe.  States, safe.
16     Literature, safe.  Dust levels for career insulators,
17     if you were less than five, safe.  Low levels of short
18     duration for folks, who are not insulators, working
19     with that all of the time, it was never thought.
20              I mean, honestly, ladies and gentlemen, if,
21     in fact, anyone thought that a low level was that
22     dangerous, if you accept that, then you can't be on the
23     ship, because Moline says, he's exposed to a
24     substantial factor being on a ship.  You can't be on
25     the ship.  You can't move.
            ADAM H.  ALWEIS - OFFICIAL COURT REPORTER

                                                          1711

Page 83

07-08-08_pokorney.txt
```
 1          Summations - Defendant/Fitzpatrick
 2               There is no criticism in the recommendation
 3      of any alternatives through '65.  How about cancer?
 4      Navy purchased the boiler.  You remember the gentleman
 5      in an editorial, which was asbestosis and lung cancer.
 6               Seventy-five people die in World War II.  We
 7      have lung cancer deaths.  We have tuberculosis on this.
 8      It is supposed to -- we have 1.3 deaths a year,
 9      practically.  You have to have underlying asbestos.
10               Smith goes over and surveys the British.
11      They say it is not a hazard anymore because of all --
12      of all of those are showing up from before there were
13      regulations of signs.  We've had the relations.  We are
14      not getting asbestosis.  I don't see lung cancer unless
15      you have asbestosis.  I was the one that had to show
16      this literature with Ozonoff.  He was telling, it was
17      this and this, and I remember this.  He didn't show him
18      one piece of literature.  I had to go through this
19      document.
20               Doesn't it say asbestosis?  Well, you can
21      read it that way.  I could read it that way.  Show us
22      the occurrence of cancer of the lung is related to
23      pulmonary asbestosis and not merely a sequella of
24      exposure to asbestos dust.  Doesn't that mean, by
25      definition, unless you have the scarring already done,
         ADAM H. ALWEIS - OFFICIAL COURT REPORTER
```
                                                    1712

```
 1          Summations - Defendant/Fitzpatrick
 2      your lung has been hit with asbestosis, you will not
 3      get lung cancer?  Well, you could read it that way, but
 4      that is not how I read it.
```
                        Page 84

07-08-08_pokorney.txt

5              Okay.  How about all of these people we go
6       through?  And, remember, it is a British study that
7       prompts all of this.  The same thing, the inspector of
8       factories, the 23 years, and he goes to the top legend,
9       Gloyne, Meyers and Merewether.  This is '52.  Asbestos
10      has changed.  We don't see it now.  I mean, it is less
11      severe.  Obviously, there's testimony that people that
12      worked before and keep working since the regulations,
13      no problems.  It is the consensus, the agreement of the
14      top people.  There is no evidence to show a hazard
15      continues to exist.  They have nothing to challenge
16      that for this.  They know it.  They know it.
17              Richard Doll, knighted by the King,
18      wonderful, great epidemiologist for King's lung cancer.
19      Ozonoff said he was known for asbestos.  He wasn't
20      known then.  Again, what did he say?  Asbestosis,
21      Wagner is the first one.  Even Abraham said, the first
22      guy ever to talk to mesothelioma, '60.  That is 15
23      years after our boilers have been on that ship.
24              Porkorney joins the Navy in '62.  What does
25      Selikoff and Hammond from the Cancer Institute say?
        ADAM H. ALWEIS - OFFICIAL COURT REPORTER
                                                   1713

1        Summations - Defendant/Fitzpatrick
2       Nobody, nobody knew in '64.
3               Here is the gentleman who is studying the
4       insulators' union in this state.  If he thought low
5       levels below five could cause, he could say, run for
6       the hills, guys.  You can get cancer.  He didn't say
7       that.  He said he can still work with this, keep levels
8       down.

                        Page 85

07-08-08_pokorney.txt

9          What did Doll say?  Asbestos in lung cancer
10    from date -- the date, it can be concluded that it was
11    a hazard.  It is no longer.  The risk is, folks, I
12    could keep going through these, and I apologize for
13    doing that, but the point is, when a guy like Ozonoff
14    says, "Well, I think it is just asbestos," every
15    article is asbestos.  If the TLV protects against --
16    protects against asbestos: sure did.  You have to show
17    anything that shows it would protect against cancer in
18    1946, when the ACGIH's answer, no.  Of course not.
19    Nobody thought it was.  Why would you protect against
20    something you did not think was possible?
21          As it keeps coming out, it keeps saying,
22    you're not going to have a problem unless you have
23    asbestosis.  Why is Selikoff in '68 still saying it is
24    still safe?  Threshold limit values, threshold airborne
25    concentration, believed nearly all workers, maybe,

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                    1714

1     Summations - Defendant/Fitzpatrick
2    repeatedly, exposed day after day without adverse
3    effect because there is individual susceptibilities.
4    It is not a guarantee.  We know that.  People could
5    still have below it, some aggravation.  But, folks,
6    this is the best science has to offer.  We live in a
7    society.  We have to have certain trade-offs.
8          The only thing that the plaintiffs would
9    have, basically, there should be no asbestos in '64.
10    You can't use it.  That's the only thing that would be
11    safe.  No exposure, they say.
12          It is not practical, and based upon what

Page 86

07-08-08_pokorney.txt

13    everybody thought, they haven't brought up anything to
14    the contrary, nothing, nothing, other than Ozonoff
15    saying, "That's not how I read it." That is all he
16    could tell you: "I disagree with your conclusion."
17        Selikoff, measurements. You saw this before.
18    Those counts have been with -- and, in fact, not only
19    the Navy studies does he cite, such counts has remained
20    within the work that we studied -- that we studied,
21    that are doing all of the work, that insulation workers
22    do six counts, it is a safe limit.
23        Folks, that is through '65. There is --
24    there is nothing except safe, safe, safe, for
25    reasonableness.

   ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                             1715

     Summations - Defendant/Fitzpatrick

1        Now, I want to -- Dr. Ozonoff, remember,
2    Ozonoff said, they knew by '49, cancer and
3    mesothelioma. Well, really? We've got Dr. Selikoff.
4    We've got E. Keeler Hammond from the National Cancer
5    Institute. They said, scattered reports have been
6    previously reported of neoplasms among insulation
7    workers, including lung cancer and mesothelioma.
8    Scattered of 17,000 union workers in the state. He's
9    having a meeting in this state down in New York City.
10    He's not saying, run for the hills. He's saying, we
11    are still looking at this.
12        A lung cancer has been reported in workmen in
13    a factory. These reports, while interesting in value,
14    and valuable, could not establish an association. You
15    could not make the link, he said. Dr. Ozonoff
16

07-08-08_pokorney.txt

17      apparently can.  Nobody else knew except Dr. Ozonoff,

18      head of the American Cancer Society.  I believe there

19      is hardly anybody a few years ago that would have

20      suspected a lung cancer risk.  And in insulation

21      workers, these men were not weavers, and my

22      understanding -- my understanding, that was Wagner's

23      study.  Nobody suggested there was an increased risk.

24      If you kept the levels below five, they didn't think

25      you were at risk.  That makes sense.  Nobody trying to

            ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1716

1           Summations - Defendant/Fitzpatrick

2       put a spin on anything.  This is what people were

3       saying, and I still want to go use the product.

4               So, with respect to asbestos and cancer,

5       there was no concern in the United Kingdom.  In

6       Britain, there was no lung cancer concern.  Without

7       asbestos, we have the same opinion.  Dr. Ozonoff, at

8       least, agrees that JAM and Selikoff were the state of

9       the art.  He doesn't agree with the interpretation of

10      the world that existed.  Risk for textile workers were

11      heavy exposure.  And ladies and gentlemen, here is

12      Selikoff, the biggest study ever, 17,000 workers.  You

13      remember, Fleisher, Drinker, was a thousand.  Here is

14      17,000 workers.  Ozonoff says he doesn't care about

15      those people.  If he thought there was a significant

16      risk, you're going to tell him, you can't work with

17      that.  No, he doesn't say that.  He still did get low

18      levels that were never considered a hazard, and even

19      mesothelioma, unless he didn't have asbestosis, no one

20      thought there was a risk.  Zero support of this, that a

                            Page 88

07-08-08_pokorney.txt

21      little bit could get you 40 years later.   That was

22      recognized and accepted.   They showed not one study

23      prior to '65, nothing.

24              Now, who is going to blame the Navy?  Blame

25      the Navy.   That was the line.

ADAM H.  ALWEIS - OFFICIAL COURT REPORTER

1717

1       Summations - Defendant/Fitzpatrick

2               What did we know about the Navy?  First of

3       all, as Mr. Block said to Dr. Betts, you would die for

4       the Navy, you love the Navy: served 30 years in my

5       country, the Navy needed me out in battle, my life was

6       at risk.  Yes, I'd do that.

7               What?  Is that supposed to make him a bad guy

8       or biased because he cares about defending his country?

9       But, once this stuff came out, once I showed you this,

10      what did he say?  The Navy dropped the ball.   That's

11      what he said.   What do you think of that, Dr. Betts?

12      They dropped it only could mean one thing.   He knows.

13      He knows everything.   He knows there is nothing you're

14      going to tell him, because the Navy screwed up,

15      according to Mr. Block, and Dr. Betts said, absolutely

16      not.   We had a great program.   We are proud of what we

17      did: won a war fought on two fronts: went through

18      Korea, went to Vietnam, went to the Cold War: did

19      pretty damn well.   Cuban Missile Crisis.   Those were

20      big deals.

21              So, what did the Navy do with respect to

22      asbestos?  We went through this hospital corps manual,

23      and, remember, we are talking about a hospital corps

24      manual, United States Navy, euro medicine, surgery,

Page 89

07-08-08_pokorney.txt

25        that is where you put in medical issues.   Precautions

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1718

1        Summations - Defendant/Fitzpatrick

2        for five -- pipe covering, massive asbestos workers in

3        Navy yards, because they are going to be doing this

4        repeatedly, and, repeatedly, and over and over, they

5        are going to be working up around others.   They are

6        putting up 30 points of insulation on a destroyer.

7        They are all often -- there is welders.   There is

8        everything.   We know that.   Because the commandant

9        knows this, he's familiar with the work.   The

10        government's passing laws.   We need healthy people to

11        win a war.   It is one of the largest maintained by the

12        government.   Organizations were set up by the Navy to

13        protect its personnel.

14              All right.   So, we know we had Dreessen, we

15        had Merewether, the Navy.   We are having an inspection

16        of the covering shop.   They are wetting down in the

17        shops at the yard where they are getting asbestos

18        blocks over and over, and they are cutting it to ship

19        it out to the ships.   Sure.   We know that we should wet

20        it down.   It is recommended during this process,

21        personnel wear respirators, protect their gloves.

22        Sufficient dust is generated, we know that.   But, when

23        you do this, the hazards are remote.

24              Now, to begin to put it in context, 1940,

25        this country passes a law that says, when the Navy

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1719

1        Summations - Defendant/Fitzpatrick

Page 90

07-08-08_pokorney.txt

2       gives you an order, Mr. Industry, the president can

3       take possession of your plant if he refuses to

4       manufacture the kind of equipment as ordered by the

5       Secretary of the Navy.  That sounds, like, pretty

6       severe.  That's what, rationing and stuff.  That's what

7       World War II was, right?  We were worried about our

8       freedom.  We said, we have to have equipment.

9       Everybody was mobilized for the national effort to

10      defend this country, and any individual who doesn't

11      comply with it is guilty of a felony -- a felony.

12      Recently, a Captain Brown, he goes into New York.  It

13      wasn't 21 years, 17 years, 93 cases were found.  I

14      mean, we know from the Dreessen study, if you think of

15      that, and they said, "Well, you dismissed people."

16      Dreessen found a few at five.  They were only there for

17      six to 17 years.  We are at 17 years for insulators, no

18      cases found.  Similar findings are reported in two

19      other yards, three Navy yards.  That's not the end of

20      it, but it shows what the Navy is doing.  They know

21      shipyards are a potential, but we are doing something

22      right.

23              Asbestos -- without asbestos, we have a hard

24      time winning that war.  We don't have ships, folks.  We

25      could have used something else?  There was no

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1720

1       Summations - Defendant/Fitzpatrick

2       substitute: so much so that the government says,

3       national defense requirements have created a shortage

4       of asbestos.  Civilian use must be curtailed to promote

5       the defense of this country.  It is ordered that no one

Page 91

07-08-08_pokorney.txt

6      will fabricate, spin or process any asbestos except

7      defense orders.

8              Where is it going?  The Navy.  You can't use

9      it for anything.  You can't use it for your power

10     plants.  I don't care if you like it.  We need it for

11     the war effort.  Navy, you could use something else,

12     apparently.  Don't use that asbestos.

13              War Products Board, that is what it was

14     called back then.  War Department, this entire output

15     in New Jersey, its entire output is being shipped out

16     to the Navy.  That plant is in there to make asbestos

17     for the Navy.  Folks, we are losing the war.  This

18     isn't tonnage that we are having -- this is what we can

19     build.

20              What happens in '42?  They conference in

21     Chicago.  Everybody gets together.  We have to put out

22     ships.  What happens in that year?  It is more than we

23     had done in the last four years getting ready for war.

24     That is what we did.

25              Look, after the destroyers go out, what

        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                        1721


1          Summations - Defendant/Fitzpatrick

2      happens to the sinkings?  They go down.  Because we get

3      the bad guys.  We get the submarines.  We get the

4      German subs, the Jap subs, you betcha, because we are

5      building this.  And, look, it keeps going up.  We are

6      winning the war.  That is good.

7              And, remember, this is the critical year.

8      What happens in '42?  Attending the Chicago conference.

9      What is the secret, ladies and gentlemen?  Does

                        Page 92

07-08-08_pokorney.txt

10          everybody have it wrong on dangers?  Is that what the
11          plaintiffs would have you believe?  Are they all wrong?
12          Safety directors, medical directors, labor management,
13          committees, unions, and the AFL-CIO, ship management,
14          the U.S. Navy Maritime Commission, the Workers' Comp,
15          insurance, everybody is there.  Did they all get it
16          wrong?
17                  So, they get together and they put what they
18          considered minimum requirements for what?  Shipyard.
19          As a result of this conference, there's unanimous
20          agreement.  Unanimous agreement was reached on minimum
21          standard, minimum requirements in shipyards.  Mr. Block
22          said, well, it is just cutting in shipyards.  We're
23          doing this over and over and over.  Ten, twenty hours a
24          day, seven days a week, not walking through a ship.
25          Responsibility of who?  Management.  Provisions of safe

            ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                            1722

1           Summations - Defendant/Fitzpatrick
2           work environment, establishing a safety record.  This
3           is what Mr. Block says, asbestos dust.  So, he says,
4           well, it just doesn't limit it in any way.  I have, of
5           course, the manual that says, contact shipyard before
6           you're doing all of this.  This could be anything.
7           This could be handling, just like Mr. Pokorney.
8                   No, Mr. Block.  That's not what that means.
9           It is a shipyard.  And we have shown you everything,
10          all the Navy documents, whereas Mr. Block, that's where
11          he says, Dr. Betts, the Navy dropped the ball, to the
12          extent and effect, asbestos is so good on the hot water
13          pipings, we want it on the cold water pipings.

07-08-08_pokorney.txt

14          Amosite is improved.  It doesn't sweat.

15     There are no health problems.  We've conducted dust

16     counts, put them on old water pipes.  We are going to

17     use cold water pipes, not just cold hospital water

18     pipes, cold water pipes.  By '45, war is coming.  We

19     are winning.  The war is over, coming to a close.

20          Phil Drinker, indeed, says they are issued.

21     We've put out so many ships, all the time.  We have to

22     keep vigilant.  Let's go check this out: potentially,

23     fairly serious dust risk.  I met with the

24     manufacturers.

25          Now, reasonableness.  I didn't meet with

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1723

1     Summations - Defendant/Fitzpatrick

2     people who don't make the material.  I met with the

3     manufacturers of the materials.

4          At Bath, they said they will get out a

5     statement of precautions that they take.  They would

6     inform their committee, the organization, if I asked

7     them to do that.  I understand that the Navy or the

8     Maritime wants no change.

9          Hey, folks, the Navy says, cut, go study,

10     until you tell us otherwise, and if it is a hazard,

11     we'll listen.  Until then, we have to use this.  There

12     is nothing better.  From a health standpoint, we do not

13     believe any changes are needed.  I suggested to Admiral

14     Mills -- Foster Wheeler is delighted that Admiral Mills

15     went to Foster Wheeler in the 1950s.  Who would have

16     better knowledge of what Fleisher Drinker would later

17     produce as being safe?  And Admiral Mills, he got a

Page 94

07-08-08_pokorney.txt

18    copy of it.

19         Pipe, garments, shipyards, Admiral Mills

20    agreed, do a study.  What are you going to find out?

21    So, they do a study.  It is published.  Health survey

22    of insulators.  Chief reasons, amosite felt and pipe

23    covering.  The naval work is great.  It is low weight.

24    It is the best material.  It allows us during the

25    treaty of limitation, and to imagine, after World War

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1724

1    Summations - Defendant/Fitzpatrick

2    II, we needed that.  It gave us more powers.  There is

3    asbestos, mostly, all over.  There is more than just

4    amosite.  Cloth, yarn, fabricated sections, 115,000

5    linear feet, 18,000, 15,000 or 30,000 linear feet.

6    Paper, asbestos work, asbestos cement.  Approximately,

7    34,000 pounds, 57,000 pounds.

8         Amosite.  We studied all of that.  They

9    testified there is no established figures for pipe

10    covers.  He said, what we have is the textile,

11    suggested five million total degrees.  They are working

12    with primarily total dust.  Total dust, you're getting

13    mostly asbestos, but it is an impingement method.  I

14    can't point it out.  We are not willing to make

15    comparisons to what pipe coverings do.  Covers were

16    located within ships.  In other words, they are not

17    spinning yard after ten hours a day.

18         So, here are the values.  They are below five

19    million.  Look at the ship averages, the various

20    averages.  I read it on that ship.  Average, 2.0, 2.8.

21    2.8 is less than five.  2.8 is dramatically higher than

07-08-08_pokorney.txt

22        what today is.
23                Okay.  Ship average.  Ship averages, all of
24        them are below five, and as a result, the man who
25        invented, developed the iron lung, the professor at
          ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1725

1         Summations - Defendant/Fitzpatrick
2         Harvard Industrial Hygiene, says high pipe covering is
3         different: can't compare it to textiles.  The operation
4         of the banned saw cutting and grinding cement
5         submitted, absolute exhaust ventilator.  None of these
6         shops that have high power should have ventilation.  In
7         the incidents of asbestosis among people, since these
8         cases have worked, it makes, in 20 years, it may be
9         concluded, is not dangerous.  You may recall, we said,
10        I think it is safe.  Again, the hospital, the Navy
11        safety review manuals, localized ventilation, what we
12        are doing, asbestos dust, check out conditions.
13        Personnel exposed have masks, if you need it.  This is
14        where you are agreeing to have your hair cut.
15                Maybe Mr. Pokorney doesn't remember any of
16        that.  He didn't remember anything in the engine room
17        40 years ago, okay, but, those things aren't made up.
18        All of those documents aren't just made up.  And they
19        are all consistent with one thing:  The Navy adopts the
20        threshold as the maximum concentration.  Eight-hour
21        day, the long period of time without adversely
22        affecting their health.  Sure, they have zero.  We
23        don't do that.  Five is good stuff.  It is the best
24        available toxicological information based on industry,
25        experience and studies.
                        Page 96

07-08-08_pokorney.txt

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1726

1       Summations - Defendant/Fitzpatrick

2               Somebody comes out. We'll look at it. Mr.

3       Block, or something, somebody wrote, they were members

4       of the National Safety Council. Great. So was the

5       Navy. Navy was getting the most awards as anybody as

6       having the best program for safety. The Bill Marr

7       article in '64. Again, everything we've shown you is

8       below five. Substantial literature, below five. And

9       those are insulators. Those are folks down -- who are

10      doing that for their job. It is not a boiler tender

11      who is in the engine room that has already been inside,

12      may cut something. They are never considered at risk.

13      Not one article said anything by '65.

14              So, from the '40s to '50s, asbestos dust

15      levels, five, safe. Navy awards gearing destroyer

16      contract to FW 1943. Navy adopts five million for

17      asbestos safety work with the potential risk to

18      insulators. Other shipyard would have concerns and

19      Naval personnel were not considered at risk. That is

20      everything that was shown you: nothing to the contrary.

21              Was the Navy aware of a hazard? Sure. Were

22      they managing it? Sure, they were. No risks to

23      insulator and asbestos workers were required to avoid

24      exposure doing that. Not Mr. Pokorney who serves

25      aboard the Roan. There is no substitute for any

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1727

1       Summations - Defendant/Fitzpatrick

Page 97

07-08-08_pokorney.txt

2     asbestos, and the Navy continues to study this.  Every

3     time a study is taken of an insulator, it is below five

4     million.

5              This was a memo I told you about.  Mr. Block

6     will say, well, after that, British stuff, and Dick

7     Johnson writes this.  It must be a bad covenant.  Well,

8     he attends a seminar.  Who looks at the seminar?  The

9     industrial labor unions, government and unions,

10    contractors, the Navy, and we've got all of this

11    interaction.  We are now concerned.  Dust is a

12    contributory to health problems.

13             Yes, they are.  One of the most impressive

14    statistics, at least, over the last twenty years.

15    Look, it seemed unanimous, that continuous exposure by

16    an asbestos worker to asbestos dust eight hours a day,

17    five days a week, would be an acceptable risk provided

18    the TLV, in quotes -- well, you know, Foster Wheeler,

19    they mention the TLV, they are hearing it, five million

20    is still safe.

21             But, what do they say?  Matter of research

22    shows who is doing the study from New York City,

23    Selikoff, who is studying the union.  So, failure to

24    warn.  A manufacturer or seller of a product, which is

25    reasonably certain to be dangerous, if used in a way

          ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                            1728

1        Summations - Defendant/Fitzpatrick

2     which the manufacturer or seller should reasonably be

3     foreseen is under duty to use reasonable care given no

4     warnings of any dangers, which in the use of a

5     reasonable care should have known or which the use of

07-08-08_pokorney.txt

6      the product or nearly will not discover.  The Navy

7      bought that book.  The Navy -- the Navy knew very well

8      about asbestos.

9              Foster Wheeler made two boilers.  Foster

10     Wheeler did not manufacture or supply asbestos.  The

11     government specified every material they have approved.

12     There were the -- according to Captain Moore, he said,

13     well, there could have been some nonasbestos options,

14     but, Foster Wheeler didn't know about that, and if they

15     didn't know, they didn't decide to use it.

16              I don't know.  I'm not sure what the warning

17     would be.  All of the original insulation gaskets,

18     anything that could have been installed in the shipyard

19     in '43 was gone by the time of Mr. Pokorney.  No debate

20     on that.

21              What did Mr. Moore say?  Again, the

22     insulation, there is no evidence we had anything to do

23     with it.  Gibbs and Cox have nonasbestos insulation.

24     Well, they couldn't do a warning when they didn't know.

25     Well, they were correct.

ADAM H.  ALWEIS - OFFICIAL COURT REPORTER

                                                 1729

1          Summations - Defendant/Fitzpatrick

2              And it also shows, ladies and gentlemen, I'll

3      say one thing.  He doesn't know very much on what the

4      Navy was using in World War II because the evidence is

5      overwhelming.  There were no substitutes for high

6      temperature insulation with asbestos.  You had to use

7      asbestos.  Proximate cause.  An act or omission is, in

8      regard, if it was a substantial factor in bringing

9      about an injury, such effect to produce the injury that

07-08-08_pokorney.txt

10    reasonable people would regard it, there may be more

11    than one, but to be substantial, it can't be slight or

12    trivial.  You may however decide what causes

13    substantial, even if you issue a small percentage, you

14    believe that a one hour extension and a warning -- and

15    a warning would have changed it.

16          If you believe that, you assign percentages.

17    If you get to that on the verdict form, first, you have

18    to believe that that exposure was a substantial cause

19    to cause a disease.

20          So, what's going through, if Foster Wheeler

21    had provided a warning in a manual, Mr. Pokorney, 19

22    years old, never read in his life, he would have what,

23    demanded to wear a respirator that he said wasn't on

24    the job, refused to work on insulation or somehow,

25    otherwise, avoided breathing in dust while cutting

    ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                        1730

1     Summations - Defendant/Fitzpatrick

2    inches for one day for less than an hour?  You could

3    start swirling water all over an engine room.  This

4    would have prevented Mr. Pokorney's disease even though

5    Mr. Pokorney worked on and was exposed to an ozone of

6    asbestos for three years, every day.  The Navy would

7    not have permitted equipment suppliers to provide their

8    own asbestos warnings.

9          Ladies and gentlemen, when the Navy said this

10    is what we approved, the Navy has to determine if there

11    is a hazard.  If the Navy determines there is no

12    hazard, what are we going to ask for, a warning of?

13    There is no hazard.  The Navy has already determined it

07-08-08_pokorney.txt

14      is not hazardous.  Foster Wheeler, we use more of that

15      than anybody.  We know it can be used safely.  And do

16      we then start having everybody come up with their own

17      orders, and say, sailors, I'm not going to work on it.

18      That will go over big with the Navy.

19                  And why stop at asbestos?  How about

20      equipment manufacturers?  How about welding fumes, lead

21      paint?  You paint that boiler with paint.  Watch out

22      for lead.  That should be a warning, lead poisoning, a

23      year later.

24                  Well, welding -- don't breathe in welding

25      fumes.  If you're welding a pipe close to a boiler, do

            ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1731

1       Summations - Defendant/Fitzpatrick

2       you assume that can happen?  Why not do a welding?  Why

3       stop?

4                   The fact is, that ship, ladies and gentlemen,

5       that ship would need a neon sign that would say, don't

6       go on the ship.  There is thirty to forty tons.  Every

7       pipe, the pipes didn't work, the insulation guys didn't

8       work, no equipment, the entire ship would have

9       warnings.

10                  Navy had 10,000 pieces of equipment with

11      warnings pasted on it, puts the Navy on notice on

12      anything they didn't already know.  There is the answer

13      to that.  Would the warning have changed anything about

14      the Navy's decision to use?

15                  Remember, asbestosis in World War II.  No.

16      You know that.  Would it have changed what the Navy was

17      requiring?  If Foster Wheeler had said, by the way, I'd

                        Page 101

07-08-08_pokorney.txt

18    like to check on what we still have in our ship 20

19    years ago, and by the way, be careful with asbestos, is

20    that going to change the Navy's supply; and say, you

21    figure out, you use these supplies and use brick work

22    on -- you use these supplies for insulation, that would

23    have changed what the Navy did?  No.  Would a warning

24    have changed the specification?

25          Ladies and gentlemen, these are the times.

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1732

1       Summations - Defendant/Fitzpatrick

2    What am I supposed to even suggest on a warning because

3    people said no?  They are going to make it up?  We

4    don't know what the warning said: should avoid

5    breathing dust that may cause scarring of the lungs.

6    Is that something the Navy didn't know?  No.  Would

7    Mr. Pokorney have refused an order to perform

8    maintenance to say, I won't do this without a

9    respirator?  I'm not standing watch in a place.  How

10   about you?  The entire ship is respirators.  I don't

11   want to work upon a ship, serve on a military warship,

12   cold war, during the cold war, Cuban crisis.  Give me a

13   gas mask that has crocilidite asbestos in it.  That is

14   a good one.

15         You have to acknowledge there is a hazard.

16   Everything we've shown, at that point, levels that they

17   would be exposed to, while saying were not considered

18   to be a risk, only an effective warning.  Ladies and

19   gentlemen, the only thing, because their experts said,

20   he had substantial exposures to his disease, 24/7, that

21   is what Moline said.

Page 102

07-08-08_pokorney.txt

22          Remember, he is worried because he tried to
23     say to Dr. Betts, it was one -- that one hour, wasn't
24     that substantial in the four years?  He said, no.  He
25     got all of that stuff in four years.  The only effect
          ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                   1733

1        Summations - Defendant/Fitzpatrick
2     of warning that could have given him a chance of not
3     being on the ship is, don't join the Navy.  They are
4     covered with asbestos.  It may cause death.  Go home.
5     Get off the ship.
6          We heard from Captain Moore, they didn't have
7     respirators.  Respirator, don't have it.  Well, I'm not
8     going on the ship.  Get me a respirator.  That's how
9     ludicrous this becomes.  He told you, he was a fine
10    gentleman.  He said, I'm 19.  If I see something, well,
11    you know, you take precautions.  I didn't know what he
12    was going to say, but if you had a question, what,
13    Mr. Pokorney, what would you do?  Wouldn't you go to
14    your chief?  Yes.  I mean, don't you go to the manual
15    and say, chief, is it a problem?  What would the chief
16    have said?  The chief said, go do it.  What do you say?
17    Aye, aye, sir, you betcha.  Was the Navy going to
18    change what they did?  That is the whole thing.  No.
19    No matter how you look at this, we could have said
20    anything in a manual.  It wasn't going to change what
21    the Navy did.
22          Who were the witnesses?  Mr. Pokorney,
23    operates and maintenance Navy manuals, never saw a
24    Foster Wheeler manual.  Name plates would be the last
25    thing he'd ever look at.  He said, I never object to an

                            Page 103

07-08-08_pokorney.txt
ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1734

1        Summations - Defendant/Fitzpatrick

2     order -- an order.  He'd be on report, told no, do

3     something, aye, aye, sir.  Spend most of time doing

4     watch, watching and cleaning.

5            Asbestos came from dust, dirt and dust, came

6     from everything, rough seas, vibrations, from guns,

7     slept under asbestos, maintenance on dozens of pumps,

8     valves and pipings.  I was an oil king.  I distributed

9     insulation all over the ship.  I did that every day.  I

10    never touched insulation block in the forward surface

11    area.  I never touched it.  I was required to, it may

12    seem like, once.

13           Now, you get to this.  Is this substantial?

14    We are doing today one hour.  As Mr. Block said to Dr.

15    Betts, wasn't that one hour substantial, and it just

16    kept floating around for days and weeks, he said.  What

17    is the first thing?  He submitted his form for

18    compensation in the VA.  I worked in the boiler room.

19    I was involved in asbestos removal.  This was done to

20    gain access to flanges, bilges on pipes.  Before any

21    lawyers get involved, this is what I recall.  This is

22    what I do recall.  It is what I did all of the time.  I

23    don't remember the names of anything, but this is what

24    I do.  So, I told my doctor.  Where did I get it?  I

25    worked all over pipes, all over that ship.  It's true.

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1735

1        Summations - Defendant/Fitzpatrick

2     We don't disagree.

Page 104

07-08-08_pokorney.txt

3          All right.  Now, Dr. Ozonoff, interesting
4     character.  A theme for Dr. Ozonoff, scientific
5     knowledge is used to fix responsibility, but courtrooms
6     do not to reveal the truth.  He wrote it, 2005.
7     Courtrooms don't want to know the truth: says old
8     Dr. Ozonoff.  Good article, good, publish that: was
9     real helpful to medical science, I'm sure.
10          Okay.  I'm an MD, but, I've never practiced
11    medicine in my life.  No, not me.  I'm not an
12    industrial hygienist.  Doctor, didn't you tell us you
13    had food poisoning?  Didn't you take the exam and fail
14    it?  Yes.  Outside of -- he's never held a job in the
15    outside work.  He graduates.  He keeps going on.
16          So, he's a state of the art expert who, by
17    the way, never said whether a warning -- what did he
18    say -- anything?  Okay.
19          By '81, here's what he did do.  He surveyed
20    the literature, 5,000 bucks.  Within four years, he had
21    given a hundred depositions and fifty trials, all for
22    plaintiffs, 50 percent of his income.  Then you'll
23    remember, from about '94 to 2004, he took a different
24    trek.  He was working for plaintiff lawyers and
25    chemical exposures, the electromagnetic fields, you
      ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1736

1     Summations - Defendant/Fitzpatrick
2     know, when you're walking under power lines.  He's
3     saying that causes cancer.  Isn't it interesting, he's
4     gone from 50 trials to now 150, and ten years he's
5     doing it, and after that, 2004, he publishes something:
6     he says, science doesn't fix the law, courtrooms don't
                        Page 105

07-08-08_pokorney.txt

7      want to know the truth.  Wonderful.  Dr. Ozonoff had
8      problems testifying in court.
9              So, now, he's back to asbestos.  Good.
10     Welcome back, Doctor.  150 trials, a hundred percent
11     for the plaintiffs.  Did you make 2 million?  I may
12     have, I don't know, I don't know.
13             I always like it when you are asked, how much
14     do you make, I don't know.  You tell the IRS, I don't
15     know?  You tell the government, I don't know how much I
16     made?
17             Dr. Betts, at least, how much, Mr. Block
18     said, well, I won't embarrass -- he says, I'm asked
19     that all of the time.  I made X, Y and Z.  You go back
20     six years, I've added it up.  You're entitled to know
21     that.  You asked how much other people make?  I wish I
22     could tell the IRS, when I file my tax returns, I don't
23     know, I don't know.  I think I make this, but who
24     knows?
25             All right.  He admits, respected experts in
       ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1737

1        Summations - Defendant/Fitzpatrick
2      Great Britain, I believe, exposures for spinners were
3      safe.  I believe the purpose of a TLV would have no
4      adverse effect.  Not one researcher or organization,
5      prior to 1965, ever published that it was unsafe.  He
6      agrees, state of the art: can't say state of the art,
7      through 1965, no cancer without underlying asbestosis,
8      but between a debate, what that really means, there is
9      not one study in the world literature through 1965 that
10     ever suggested that asbestos gaskets -- can you think

07-08-08_pokorney.txt

11    of one?  No.

12         Dr. Abraham, well-credentialed, diagnosed

13    mesothelioma, pathologist, we didn't contest, caused by

14    asbestosis.  We didn't contest.

15         So, why is he here to testify?  This is what

16    he says.  Five years, I did about 1,500 cases.  Last

17    two years, I've done about 350 cases a year.  My

18    initial review is two to three hours.  My fiber

19    analysis, I do, it would be an initial one or two

20    hours.  I've given about 25 to 40 deps. a year for the

21    last four years: five to ten trials a year.  I charge

22    $600 an hour, and 99 percent for plaintiffs.  And you

23    ask him, how much do you make?  I don't know.  Make a

24    hundred?  I don't know.  Well, little bit here, little

25    bit there?  I don't know.

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                 1738

1         Summations - Defendant/Fitzpatrick

2         Well, let's do the math.  This is great.  Do

3    the math.  I do 350 cases, just do two hours of a case,

4    don't do three hours a day.  A case, each two hours a

5    case, is $1,200 bucks.  That, again, 350 cases: that is

6    421,000.  Thirty deps. in two hours.  He says, 36,000.

7    Six trials, a day, I'll charge six grand a day.  I have

8    four trials a day, ten hours, 492.  It is great.  It is

9    America.  Great for you.  That's a lot of money.  You

10   do a year and a half, goes to your clinic, okay.

11   Payments are down for people.  We've got lawyers.  That

12   is okay.

13        But, why does he testify so much?  No one is

14   disputing there was mesothelioma.  No one is disputing

Page 107

07-08-08_pokorney.txt

15          it is asbestosis.  What is a pathologist going to say
16          beyond, I'm going to say, every little dab will do you.
17          I'm the guy.  Why so popular?  Exposure.  Can you
18          identify which one caused?  No, well, it would be
19          impossible.  So, you say, they all did.
20                  But, I admit, all of those things I told you,
21          what is clear, that didn't cause it.  There is
22          background levels.  We all have asbestos fibers in our
23          lungs.  We don't get the disease.  Those didn't cause
24          it.  If I got mesothelioma on the right or left, the
25          other side didn't cause it.  If it doesn't migrate to
             ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1739

1       Summations - Defendant/Fitzpatrick
2          the pleura, what stays in the lung, that didn't cause
3          it.
4                  I mean, what was the exposure?  And,
5          remember, we have three thousand of these a year.  You
6          put that in context with 170,000 for lung cancer, 140
7          plus for breast cancer, we got 3,000, and it's remained
8          constant for 15 years.  Why?  Because people --
9          asbestos, we still have 15 -- 3,000.  I kept asking,
10         there is more to genetics in here, Doc?  Well, there
11         could be, but every little dab will do you.  Can you
12         cite for me one article in the entire world that says
13         every exposure contributes?  No.  Do you know anything
14         about the dose?
15                 I mean, you heard Dr. Betts: what is
16         critical?  What was the dose?  How long?  How long?
17         How close were you to something?  Do you know the dose?
18         Do you know the intensity?  Duration?  They know
                             Page 108

07-08-08_pokorney.txt

19     nothing.  They never tell you anything.  If someone is

20     in a shop cutting all of time, we can look at some

21     readings.  That can be a lot.  We can add that up.

22     Nothing.  He doesn't need it.

23              He said -- Dr. Moline, okay, you know, until

24     2006, she never met with Mr. Pokorney, but supposedly

25     met him in 2006, but didn't do a report: okay.

       ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                          1740

1      Summations - Defendant/Fitzpatrick

2               Since '95, three to 400 cases, about 30

3      trials, five to ten deps. a year, a hundred percent for

4      Plaintiff, six to eight trials for the law firm, 400

5      bucks, and how much, five for testimony.  She lectures

6      at the American Trial Lawyers.  And a famous one.  She

7      does mass screenings for plaintiff lawyers.  With all

8      the physicians in this country, I know the lawyers go

9      to the folks they count on, Dr. Holstein, and they say,

10     we are going to import you to St. Croix, nice weekend,

11     go to Seattle, we'll go to Kalamazoo.  We'll bring them

12     in by the vans: say, you go to the screeners, you give

13     it right to the lawyer, and we'll file your suit.  It

14     is a great scheme.

15              And I kept going after her.  Well, I haven't

16     done it for a while.  I haven't done it for a long

17     time.  I'm not doing that anymore.  It looks bad.

18     Okay.

19              What does she say?  Each and every exposure

20     is substantial.  Never seen anything, a study showing

21     any asbestos hazard inside a boiler.  She said, the

22     current one, five per one fiber per CC, which is far

                          Page 109

07-08-08_pokorney.txt

23    greater than ambient: a substantial one.  Can she cite
24    one article for that?  No, I can't.  But, we did find
25    one interesting part.  When you pushed her, and said,

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1741

Summations - Defendant/Fitzpatrick

1     what is insubstantial?  Dr. Moline, what is
2     insubstantial?  She would certainly say, one day of
3     exposure was insubstantial.  But, in this case, they
4     don't know.  One hour on four years?  What did they
5     say?
6
7          If, in fact, Fleisher Drinker showed this,
8     which you've seen the results, that would be lower than
9     what the TLV was in the '70s, early '70s.  What caused
10    this disease?  She says, just living aboard the ship,
11    24/7, 365 days a year, because that would exceed the
12    current TLV.  Just being on the ship every day would be
13    substantial.  If that's true, I mean, he's the one
14    depositing that to you.  That's her theme.  If that is
15    true, I got one hour over three and a half years.  You
16    do the math.  It is about .00001.  If that is
17    substantial, so be it.  Then give us .00001, whatever
18    number you want, because that is what she says.
19          It is hundreds of pipes, valves, piping,
20    machinery.  If you believe the warning would have
21    changed what the Navy did, a warning would have gotten
22    Mr. Pokorney, he would have said, no, I'm not going to
23    be on the ship.  If you believe all of that would have
24    happened, and you say you were unreasonable, even
25    though no one else did, you were wrong.

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

07-08-08_pokorney.txt

1742

1        Summations - Defendant/Fitzpatrick

2               The amount, you'll see on that back sheet.

3        You'll see all of the people listed.  We know no one

4        ever warned.  It is a given.  There wasn't anything on

5        the ship.  Nobody told them.  So, you'll see various

6        names there, companies that made valves and whatever,

7        about six or eight or ten each, whatever.  I have one

8        hour.  I don't know how you divide it up.  One hour

9        over four years.  That is what this woman says.

10              Mary Hesdorffer, Nurse Hesdorffer.  Weren't

11       you just called by Mr. Levy two weeks ago: said, we

12       need a pain and suffering expert, can you come help us?

13       Sure.  Two weeks notice, I'll be there.  Can't

14       prescribe or diagnose for ten years.  She became a

15       nurse practitioner, and she started working for MARF, a

16       group funded completely by plaintiff lawyers.  This is

17       a scientific organization, and then she advertises in

18       the very magazines they do, and they get people who

19       have mesothelioma who are all kinds of lawyers who

20       continue to advertise.

21              Okay.  That's how people get business.  So be

22       it.  That's who she works for.  That's what -- she

23       never treated Mr. Pokorney, and the one time, the day

24       before she testified, oh, sure, we have to talk to her.

25              You look really bad, Ms. Hesdorffer.  You

         ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1743

1        Summations - Defendant/Fitzpatrick

2        didn't even talk to him.  The other time she testified,

Page 111

07-08-08_pokorney.txt

```
3     at least, she'd seen the patient for four years.   The
4     other person, she testified, she could provide a
5     prediction of the course of Dr. Pokorney: testified we
6     couldn't have any doctor testify, we had to have Mary
7     Hesdorffer.   Okay.   MARF was the one -- she had one --
8     you weren't concerned about a group that has been
9     funded by plaintiff lawyers, founded by plaintiff
10    lawyers and fights meso companies?  It certainly has.
11    Credibility.   In the last few years, because we are
12    still giving out grants, it means it had credibility.
13    70, 80 percent of the budget for plaintiffs lawyers,
14    she got them.
15            The Levy firm contributed a hundred grand to
16    them.   You can come and testify.   Sure, I'll be there:
17    haven't treated anybody, you betcha, I'll be there.   I
18    don't know Mr. Pokorney.   I'll be there.
19            What are her opinions?  She agrees with
20    Dr. Moline, six to twelve months.   Thank you for
21    coming.   Terminal stages, he's done remarkably well.
22    We know that.   End stage, he'll be on oxygen.   That's
23    what she came for.
24            Arnold Moore works exclusively for plaintiff
25    lawyers: Levy, Phillips: Waters and Kraus.   What he
```

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1744

```
1       Summations - Defendant/Fitzpatrick
2     charges, he just started testifying last year.   Lawyers
3     gave him the testimony, an expert, why don't you review
4     this and see how it is said.   Okay.   Have you ever
5     published anything?  No.   There is always loose
6     asbestos dust throughout the ship, machinery spaces
```

07-08-08_pokorney.txt

7       throughout the ship, heavy seas, guns firing, general

8       work and degradation of material, breathed dust 24/7,

9       he acknowledged the specs, went back and looked at the

10      specs to see what machinery was running.  He told you.

11      Delaval, IMO, Crane Co., Leslie Valves, Garlock

12      gaskets, Yarway Steams, Westinghouse, Worthington,

13      Warren Pumps, Buffalo Pumps, Grisham Russell,

14      distillers.  We know there weren't any warnings by

15      anybody.

16              Mr. Pokorney would have had to work out

17      around this, taken off insulation to be exposed to

18      asbestos, according to Dr. Moore and then Dr. Moline.

19              All decisions about what insulation was to be

20      used were made by the Navy.  No evidence or involvement

21      of Foster Wheeler: not even sure what the Navy was

22      using for a replacement.  Foster Wheeler had no

23      discretion on the drawings or designs for the boiler.

24      It required exact duplicates, previously approved by

25      Babcock and Wilcox.  The instructions will be

        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                1745

1       Summations - Defendant/Fitzpatrick

2       fulfilled.

3               You saw the document.  We are not responsible

4       for supplying any insulation, and anything that could

5       have been on that boiler, those gaskets that we were

6       told to supply, yes, we did for the manhole cover, they

7       would be long gone, nothing.  And he said, there's no

8       dust respirators aboard a ship.  That is what he said.

9               So, I want a dust record.  We don't have them

10      aboard the ship.  Why is that?  There is a gas mask.

                        Page 113

07-08-08_pokorney.txt

11      He said, get gas masks.  Everybody with crocilidite,

12      each technical manual, what special hazard?  We kept

13      saying, what does that mean?  Are you going to say,

14      this is an invitation to warn?  That's what he said.

15      What does it mean?  I don't know.  But, I think it

16      meant asbestos, even though no one ever interpreted it

17      that way.

18              Who do we call?  Dr. Betts, board certified

19      in occupational medicine: actually worked in the Navy

20      for up to 30 years, active duty on ships, while out at

21      sea.  Board certified.  We brought the only industrial

22      hygienist here, someone who takes measurements, someone

23      who has measured asbestos, measured gaskets, measured

24      asbestos on ships, and we brought the only person.  We

25      brought the only toxicologist: full professor.  He

        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1746

1       Summations - Defendant/Fitzpatrick

2       consults with the DOD today.  They ask him, he drafts

3       patient exposure policies, policies for the U.S. Armed

4       Forces, Admiral Nelson award.  And in six years, he's

5       testified a total of eight times.  And I think he also

6       said, I've had 26 depositions in six years.

7               And why did he tell you?  The Navy was well

8       aware of asbestos hazards and had a tremendous program

9       in place well before Mr. Pokorney entered.  The work

10      performed by Mr. Pokorney was not considered an

11      asbestos hazard, certainly in '44, or he couldn't have

12      been on there.  But, that is only, certainly, through

13      '65.  There is no reason for Foster Wheeler to warn in

14      '44 or 65, and he said nothing Foster Wheeler could

                        Page 114

07-08-08_pokorney.txt

15     have said would have changed what the Navy did

16     regarding the boilers and the use of asbestos aboard

17     ship.  Nothing.  You saw the documents.

18         Now, I'm going to be done in five minutes.

19     We'll take our lunch break.  And when we come back, Mr.

20     Block will go and give his closing argument.  I don't

21     come back up.  I'm done.  I can't rebut anything he's

22     going to say, and I can't say, well, he said this, and

23     he didn't say that.  And I'm sure there will be a

24     considerable discussion on the damages, asking for

25     money damages.

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1747

1      Summations - Defendant/Fitzpatrick

2         I will just say this.  Mr. Pokorney served

3      his country honorably.  There is no doubt about it.  He

4      has a bad disease.  He's dying.  He's held on for three

5      plus years.  He's been remarkable.  But, you have heard

6      the testimony on the life expectancy.  If you really

7      believe Foster Wheeler, that didn't make the product,

8      that followed orders that we were responsible for, that

9      we could have given a warning that would have changed

10     what the Navy did and a warning by an equipment

11     manufacturer that didn't make the product could have

12     changed what the Navy did, and given him the order,

13     and, therefore, if you believe that whatever amount of

14     exposure would have changed everything and prevented

15     his mesothelioma, then be fair to him.  He's dying.

16     He's a good man.  Be fair on damages.  I won't go

17     beyond that.  That will be for you to decide.  I don't

18     think you'll get there.

07-08-08_pokorney.txt

19          Certainly, on behalf of Foster Wheeler, I
20   hope you don't get there.  But, if you come up with
21   damages, then you must apportion percentages.
22          You'll see, on the back, there is also a
23   listing of the number of the defendants, for many of
24   the ones I listed because their causation theory is,
25   every little dab will do you.  That's what Dr. Moline

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1748

1    Summations - Defendant/Fitzpatrick
2   says: Dr. Abraham, whatever: okay.
3          Whatever position you think, you'll apportion
4   it.  But, as I close on this, the evidence, I certainly
5   believe, is overwhelming, that what this company did,
6   and I know Mr. Block: so, offices, Paris and London,
7   before the war.  Now, they have Paris during the war,
8   but they had one still in London.  What's amazing is,
9   the company is still going.  It is still employing
10   Americans.  That's good, I think, proud, boilers.  They
11   are helping the war.
12          And the Navy, it is proud of what they did.
13   They defended this country.  They did their mission.
14          Mr. Pokorney was on during the missile
15   crisis.  This gentleman has quite a cup of coffee:
16   doesn't look too dusty there.  He's drinking coffee.
17   It is not a floating snow machine in there.
18          You remember, Dr. Pokorney said to Dr. Betts,
19   how do you know about the air circulation?  Don't you
20   think who was down there would know more?  Remember
21   when we brought this one up?  What's that?  That is a
22   big air duct.  It is the recirculating air.  The man,

Page 116

07-08-08_pokorney.txt

23    who was war surface qualified, he talked about similar

24    air changes per hour.

25          Look at this.  I don't see any dust on these

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1749

1     Summations - Defendant/Fitzpatrick

2     gentlemen.  There was one covered in black soot.  He

3     had nothing.  It was not asbestos, but that is what

4     that ship was, asbestos, sure, asbestos everywhere.

5               Ladies and gentlemen, in closing, Foster

6     Wheeler was ordered to make boilers, to help win a war.

7     They were designed by Babcock and Wilcox with the

8     Babcock and Wilcox manuals, and told what to do.  They

9     did it and they made -- the boiler held in for over 27

10    years.  They didn't have an explosion.  They powered

11    those, the ships.  Mr. Pokorney's mesothelioma was

12    caused by years of exposure to insulation and other

13    asbestos products in the Navy, not from cutting

14    insulation off the main steam line once in his life for

15    less than an hour.  That makes no sense, and you know

16    that.

17              What is the warning supposed to even say for

18    that situation?  Mr. Pokorney's exposure, if any, and,

19    remember, the insulation is specified, supplied and put

20    on by the shipyard, not even Foster Wheeler, and Foster

21    Wheeler should be clarevoiant to think, in case your

22    boiler is going, 20 years from now, you'd better assume

23    that the Navy is still using the same things.  So,

24    check on them in 20 years.  If the boiler wasn't

25    firing, and you had an explosion, you bet somebody

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

Page 117

07-08-08_pokorney.txt

1750

1        Summations - Defendant/Fitzpatrick
2    would check in with them.
3             Ladies and gentlemen, there is no reason --
4    there was no reason to believe, based on what was known
5    back in the '40s, even through '65, low dose short
6    duration work could be harmful.  There is no credible
7    evidence whatsoever that Foster Wheeler was
8    unreasonable for not warning.
9             They weren't allowed to change that manual in
10   '44.  The only thing they could have done is,
11   supposedly, in the '60s, say, by the way, let me send
12   you an update, and there is no evidence that a warning
13   by Foster Wheeler for someone else's product for
14   asbestos, based on what you have seen in those Navy
15   documents, based on what you've read, you don't have to
16   put a spin on everything, you just read the documents
17   on what the Navy did, what the Navy knew, how they did
18   it.  Nothing we could have said in a manual would have
19   changed what the Navy did with asbestos aboard that
20   ship in the '40s.
21            You know, asbestos was going on that ship,
22   and every place, the way it went, pure and simple, and
23   there is nothing we could have done on a manual in '44
24   that was going to change what that gentleman was
25   ordered to do by the Navy in '64.  Nothing.  Because
     ADAM H.  ALWEIS - OFFICIAL COURT REPORTER

1751

1        Summations - Defendant/Fitzpatrick
2    the Navy still understands asbestos.  They are still
3    giving them orders and they still consider it to be

07-08-08_pokorney.txt

4       safe.   And he still would have been ordered, once he

5       joins the Navy, to join that ship, and unless he

6       doesn't go in the Navy, he will be exposed 24/7.   And

7       there is nothing that would have changed, once he

8       enlists, that would have exposed him to asbestos.

9       There is nothing Foster Wheeler could have said.

10                   It is clear, abundantly, from the documents,

11      I believe, that you've seen and from the folks who have

12      been in the Navy, folks who are trained under people

13      who are there in World War II, ladies and gentlemen,

14      Foster Wheeler, albeit I'm proud to represent, was a

15      responsible company, and they make good boilers.   They

16      make boilers that protected this country.   They have

17      been in business for a long time, and that is good.

18      And they are sued 60 years later on something that they

19      didn't make or something they didn't supply, for

20      something they didn't specify for not warning about a

21      hazard that was not known by the Navy or appreciated

22      and that, somehow, a more news warning, would have

23      changed what the Navy did and what they ordered that

24      gentleman to do.

25                   Ladies and gentlemen, that is preposterous,

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1752

1       Summations - Defendant/Fitzpatrick

2       and you know it.   And on behalf of Foster Wheeler, I do

3       thank you for your time, and I thank you for your

4       attention, and I look forward to your verdict.

5                   Thanks very much.

6                   THE COURT:   Thank you, Mr. Fitzpatrick.

7       Ladies and gentlemen, we'll take our lunch break.

Page 119

07-08-08_pokorney.txt

8      Don't discuss this case.  We'll start at quarter after
9      one.  See you say back then.
10                 (Jury left courtroom at 12:07 p.m.)
11                 (Pause in the proceedings.)
12                 AFTERNOON SESSION
13                 THE COURT:  All right.  Ready?
14                 MR. BLOCK:  Ready.
15                 THE COURT:  Bring the jury out.
16                 (Jury entered courtroom at 1:16 p.m.)
17                 THE COURT:  Jury is properly assembled.  You
18      may proceed, Mr. Block.
19                 MR. BLOCK:  Thank you, Your Honor.
20                 Ladies and gentlemen, good afternoon.  I want
21      to thank you again on behalf of my client, Doug
22      Pokorney, on behalf of his wife, Denise, I want to
23      thank you.
24                 This moment has been four years in the
25      making.  Four years, Doug has been suffering from
        ADAM H. ALWEIS - OFFICIAL COURT REPORTER
                                              1753

1                 Summations - Plaintiff/Block
2      mesothelioma, and we are now at the moment where Doug
3      has his day in court against Foster Wheeler.  And you
4      guys have made that possible, and it is a credit to our
5      system.  It is a credit to all of you that you have
6      taken that responsibility, and you guys have been a
7      tremendous jury, and I just want to thank you for that
8      on behalf of all of us.
9                 I told you at the start of this case that the
10      case would be about personal responsibility, and what I
11      said was that Doug has shown personal responsibility,

07-08-08_pokorney.txt

12    and we showed that.  Doug Pokorney took personal
13    responsibility when he went into the Navy voluntarily,
14    and performing his duties honorably in the Navy.  Doug
15    showed personal responsibility throughout his life in
16    the way he lived his life and the way he went about his
17    work and the way he loved his work, and Doug showed
18    personal responsibility right there.
19         Doug came into court.  He took the oath.  He
20    stood up to Foster Wheeler.  He told the truth.  What
21    is a more credible witness than Doug Pokorney?  Doug
22    told the truth.  He didn't exaggerate.  And he showed
23    his honor and he showed his personal responsibility.
24         And compare that with Foster Wheeler.  And my
25    question is, where was Foster Wheeler?  Where was this
        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                1754

1         Summations - Plaintiff/Block
2    company?  Where was this company when Doug Pokorney and
3    the boilermen -- and his boilermen needed to be warned?
4    Where were they?  Where was Foster Wheeler during this
5    trial?  No witness from Foster Wheeler.  None.
6         Mr. Fitzpatrick just said that Foster Wheeler
7    is still going strong.  If this company believed it
8    acted responsibly, if this company believed it had any
9    regard for human life, do you think they would have
10    brought someone in here to take the stand?  And I'll
11    tell you, my first question would be, how could you
12    have let this happen to Doug?  How could you have known
13    that boilermen would be exposed to asbestos in a hull
14    and done nothing?  How could you have done that?
15         Ladies and gentlemen, there is no answer.
                    Page 121

07-08-08_pokorney.txt

16     There is no excuse.  And that is why there is no
17     witness from Foster Wheeler to say, you know what, here
18     is what we did, here is what we thought, here is what
19     we looked at, and we acted responsibly.  No one from
20     Foster Wheeler to say that, because there is just no
21     excuse.
22            If Foster Wheeler had warned, we wouldn't be
23     here.  If Foster Wheeler had tried to warn the Navy,
24     stop them, we wouldn't be here.  But, Foster Wheeler
25     did nothing.  Nothing.  They didn't show any corporate
       ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1755

 1            Summations - Plaintiff/Block
 2     responsibility.  None.
 3            Your responsibility.  Your responsibility, of
 4     course, is to decide the facts of this case, to follow
 5     the instructions of the Court, and you are empowered,
 6     as the people who are deciding the facts of this case,
 7     you are empowered to stand up, to come together and
 8     say, what Foster Wheeler did was wrong.  That's the
 9     power you have.  Applying the law that the Court gives
10     you, applying the facts of this case, you have the
11     power to stand up and say, no, what you did is not
12     consistent with the values of our community.  It is not
13     consistent with what we understand reasonable care to
14     mean following the instructions of the law.
15            Let me just get one thing straight in
16     response to Mr. Fitzpatrick's closing.
17            This is part of the jury instruction, and we
18     sat here days upon days listening to Mr. Fitzpatrick go
19     on and on about, well, did Foster Wheeler supply the
       Page 122

07-08-08_pokorney.txt

20      insulation, did Foster Wheeler make a decision to put

21      the insulation on?  Ladies and gentlemen, that's a red

22      herring.  That's a red herring.  This is a failure to

23      warn case.

24              And look at this instruction: down here.

25      This is part of the instruction the Court is going to

            ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                        1756

1               Summations - Plaintiff/Block

2       give you.  A manufacturer who knew or reasonably should

3       have known that a product manufactured by another will

4       be used on, used in or applied to its product is under

5       a duty to issue such warnings as a reasonably prudent

6       manufacturer would recognize to be necessary to make

7       the manufacturer's product reasonably safe for its

8       normal or intended use.

9               Did you hear any argument from Foster Wheeler

10      even disputing that they knew or should have known that

11      insulation would be applied to its product?  No.  There

12      is no dispute.  The evidence shows that they knew that

13      the boilers needed insulation to work properly.  So, it

14      doesn't matter who specified it, who decided to put it

15      on.  The point is that they didn't warn about it.  And

16      this is an instruction.  I want you to remember, no

17      dispute that they knew or should have known that

18      insulation would be on there, and they didn't give any

19      warning, no warning to make sure that their product

20      with that insulation on it would be reasonably safe for

21      its normal or intended use.

22              The first issue that you have to grapple with

23      is exposure.  It is not much to grapple with at all.

                        Page 123

07-08-08_pokorney.txt

24          Before I go into the whole presentation on
25      this, you remember yesterday, Dr. Betts.  Dr. Betts,
        ADAM H. ALWEIS - OFFICIAL COURT REPORTER
                                                    1757

1           Summations - Plaintiff/Block
2       did Mr. Pokorney breathe in asbestos when he cut the
3       insulation off the main steam connection of the steam
4       drum?  And, you remember, he said, yeah, he breathed in
5       something, and I said, something he breathed in was
6       asbestos, right?  And he, said, yes, asbestos.
7           So, we already have their expert admitting
8       that plaintiff was exposed to asbestos from the
9       maintenance and/or repair of product manufactured, sold
10      or supplied by Foster Wheeler.  We have that admitted
11      to by Dr. Betts.  He was exposed to asbestos from
12      preparing the Foster Wheeler boiler.  We have that
13      admitted by Dr. Betts.
14          Let's go through the evidence and just show
15      how overwhelming it is.  One of the most important
16      things to keep in mind in this case is that Doug was a
17      boilerman.  Okay.  That was his job.  And to suggest
18      that Doug, a boilerman, only worked on boilers
19      occasionally is ridiculous.  That was his job, to take
20      care of these boilers.  That was his job.
21          And he did that job in a hull.  Doug was not
22      working in a shipyard where there is opened air and
23      wind blowing.  Doug worked in a hull where there was no
24      air getting in there, and I don't care what Dr. Betts
25      says.  Doug Pokorney knows more about what the air was
        ADAM H. ALWEIS - OFFICIAL COURT REPORTER
                                                    1758

07-08-08_pokorney.txt

1          Summations - Plaintiff/Block
2     like in that hull than Dr. Betts, who is a doctor who
3     joined the Navy in 1972.  So, that is where Doug
4     worked, and he was a boilerman.  He worked on boilers.
5             We know there are Foster Wheeler boilers.
6     We've heard about this exposure that Doug had, this
7     very intense exposure.  You heard no other evidence
8     about Doug having to saw or rip out asbestos
9     insulation.  This was a very graphic, intense exposure
10    that Doug had.
11            And as I will show you, we are going to go
12    through the exposure.  I'm going to show you the
13    response that Foster Wheeler had was, first, deny it
14    and then try to minimize it.  They know how important
15    this exposure was in terms of causing Doug's
16    mesothelioma.
17            Doug talked about, and you remember how Doug
18    stood up right in front of you, he pointed everything
19    out to you on the schematic.  He showed you exactly
20    where everything was, and he showed you how it went up
21    that main steam connection that was well into that
22    steam drum, part of the boiler, how he was leaning up
23    against it, setting on the boiler, grabbing on to it
24    for leverage.  He talked how there was asbestos
25    insulation all of the way up on both sides, how he had
       ADAM H.  ALWEIS - OFFICIAL COURT REPORTER
                                              1759

1          Summations - Plaintiff/Block
2     to cut the asbestos back.  He talked about the use of a
3     saw to cut it.  And we heard Dr. Betts critiquing

Page 125

07-08-08_pokorney.txt

4       Doug's experience.  Doug was there.  And Doug also told
5       you about the particles that there is, sawing the
6       insulation.  There was dust and dirt and all sorts of
7       particles in the air because you were cutting.  You
8       were cutting through it.  He said, probably, about that
9       much, and you'll remember what Doug said about that.
10              Could you see the dust in the air?
11      Definitely.  And that is visible dust, visible asbestos
12      dust.  Amosite asbestos, 95 percent asbestos.  We heard
13      Dr. Betts admit that yesterday.  95 percent asbestos.
14      Doug Pokorney, a strong guy, taken a saw and sawing
15      through it.  He's in cramped conditions.  There is no
16      air.  That's a massive exposure to asbestos.  He talked
17      about the fine particles, when he would sign it, very
18      fine particles, floating all through the air.  Exactly
19      consistent with all of the doctors that said about
20      asbestos.  Once it gets disrupted, once it gets
21      released, it flies around the air.
22              And look at that.  Where did it go?  You're
23      walking on it, sitting on it, you're sweeping it up.
24      So, he's sweeping it up, this dry asbestos dust.
25              Dr. Betts knows how dangerous it is to saw
        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                1760

1               Summations - Plaintiff/Block
2       and rip up asbestos, dry asbestos.  Dr. Betts comes in
3       here, a medical doctor, and says, I think it would have
4       been wet.
5               So, again, ladies and gentlemen, they are
6       trying to minimize it.
7               Doug doesn't recall any other time sawing or

                        Page 126

07-08-08_pokorney.txt

8    ripping out asbestos like that, and that is very

9    important.  They want to point the finger at everything

10   else.  They want you to overlook the most graphic

11   intense exposure that Mr. Pokorney had.

12          What do they do?  That's the smoking gun,

13   ladies and gentlemen.  We have a picture of the

14   insulated steam drum, and it is amazing.  40 years

15   later, we actually have the picture.  I mean, if we

16   didn't have the picture, I guarantee you, you'd say,

17   where is the picture of the steam drum?

18          You know, he talks all about the steam drum

19   or maybe, hey, it is not insulated.  There it is.  That

20   is the steam drum, and it is insulated.  How did Foster

21   Wheeler deal with this?  I mean, Foster Wheeler, ladies

22   and gentlemen, understands how important this exposure

23   is.  And we have a smoking gun here.  They know, ladies

24   and gentlemen, flat out, that if you believe Doug, if

25   you believed this happened, then Doug wins because this

        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1761

1          Summations - Plaintiff/Block

2    exposure, in and of itself, Dr. Abraham and Dr. Moline

3    told you is a substantial factor in causing his

4    disease.  It is a use of a boiler that they should have

5    warned about.  It is entirely foreseeable that someone

6    taking care of the boiler is going to have to change a

7    gasket on the main steam connection, on the steam drum

8    of their boiler.

9          So, what's their reaction to it?  What do you

10   do?  What do you do in the face of evidence that shows

11   a massive exposure to your boiler?  First, you try to

07-08-08_pokorney.txt

12     deny it.
13              You remember this opening statement,
14     Mr. Fitzpatrick?  That picture, he shows, that's not a
15     steam drum.  It wasn't insulated, and when he said,
16     Mr. Pokorney was going to say he sawed off boiler
17     insulation, you'll hear, he was deposed and he never
18     mentioned that.  So, deny it.  Why are you denying it
19     if this is no big deal?  If this exposure, you know, he
20     tries to call it a one hour exposure, if this exposure
21     is no big deal, then why are you trying to deny it?
22     Because they know how important this is from a health
23     standpoint.
24              But, of course, we know that Doug did talk
25     about this same exposure at his deposition, and you
       ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                          1762

1               Summations - Plaintiff/Block
2      guys saw that when Doug testified, we showed him his
3      testimony from the deposition, and we showed Mr.
4      Pokorney, you know, here, you talk about a 600 pound
5      per square inch main steam connection.  You are talking
6      about the fact that you were ambidextrous.  You drew
7      this job and you were able to do it, and he testified
8      to the same thing in court.
9               So, the first defense was, deny it.  Deny it
10     and try to say that Mr. Pokorney was not being
11     truthful.  Okay.  So, that fails.  And then the next
12     defense, well, it is not part of our boiler.  You heard
13     some cross-examination about that with Arnold Moore.
14     It is not our boiler.  We showed, unequivocally, no
15     dispute.  It is part of the boiler.  There is the

                         Page 128

07-08-08_pokorney.txt

16    Foster Wheeler boiler under construction and there is

17    the main steam connection.  That is part of the boiler

18    that Doug Pokorney worked on the cutting asbestos back

19    on the boiler side and through the flange and working

20    on that.  Just like that.

21          We have the drawings.  Look at the size of

22    this main steam connection with the steam drum.  Is

23    there a bigger pipe in that schematic?  Is there a

24    bigger pipe in that boiler room that we've seen that

25    was insulated with asbestos?  That is Foster Wheeler's

 ADAM H.  ALWEIS - OFFICIAL COURT REPORTER

                                          1763

 1          Summations - Plaintiff/Block

 2    pipe.  That's Foster Wheeler's pipe connected to the

 3    Foster Wheeler boiler.  The steam drum is also here.

 4    There is no pipe as big as a steam drum that is

 5    completely smothered with asbestos, 95 percent amosite.

 6          So, they can't deny it.  So, now, what do

 7    they try to do?  They try to minimize.  All of a

 8    sudden, it becomes the one hour exposure.

 9          Why are they saying that?  They want to

10    minimize it.  They want to try to make it so small, we

11    know that is not true.

12          Dr.  Moline, she came in from New York City.

13    Dr. Moline is a renowned and extremely qualified doctor

14    in occupational medicine.  And why is Mr. Fitzpatrick

15    attacking Dr. Moline?  I mean, Dr. Moline is in charge

16    of the whole Ground Zero World Trade Center screening

17    of all those thousands of workers who are exposed.

18    She's one of the top people at Mt. Sinai in New York.

19    All she's doing wrong is helping people every day to

07-08-08_pokorney.txt

20      determine the occupational cause of the disease, trying
21      to prevent people from getting sick in the fire.   She
22      comes into court and she's attacked.
23              Well, ladies and gentlemen, Dr. Moline has
24      testified quite a bit, and that is because so many
25      people are sick from asbestos.   And you've got to come

                ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                        1764

 1              Summations - Plaintiff/Block
 2      in, you've got to prove your case, right?  You've got
 3      to prove your case up against lawyers like
 4      Mr. Fitzpatrick, you know, who are going to go after
 5      your experts, and you are going to bring in the best
 6      people, the most qualified people.  I mean, is there
 7      anyone more qualified in New York State than Dr.
 8      Moline?  If there is, it is Dr. Abraham.  I mean, Dr.
 9      Moline has unquestionable credentials, and to go after
10      her like that is unbelievable.
11              What did Dr. Moline say?  Question, and in
12      terms of the job that Mr. Pokorney has described for
13      this jury and that you read in his trial testimony
14      where he saw the asbestos insulation and ripped
15      asbestos insulation off the main steam connection of
16      the steam drum, what, if anything, is significant about
17      dust, the description of dust, of that work, and the
18      fact that he observed visible dust coming off from the
19      asbestos insulation when he was tearing it off?
20      Answer: certainly, if he could see visible dust from
21      the asbestos, then it's much, much higher than any PEL
22      that's ever been, and it was a substantial exposure.
23      We also know that it is in a room that doesn't have

                        Page 130

07-08-08_pokorney.txt

24    good ventilation, so the exposure continued after that
25    initial ripping out period.

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1765

1    Summations - Plaintiff/Block
2         So, it wasn't just that one hour of ripping,
3    but this asbestos became airborne, stayed in the air
4    for weeks, in all likelihood, may have settled down and
5    could come back down into the air. So, it wasn't like
6    it was only for one hour or one day, by the virtue of
7    that act, would get asbestos in that boiler room, and
8    he worked there every day and continued to have
9    exposure.
10         That is Dr. Moline's testimony. That is
11    consistent with everything you've heard about asbestos,
12    and that shows how substantial that exposure was and it
13    shows why they fought so hard to deny it, and then they
14    fought so hard to try to minimize it. Because that
15    exposure, in and of itself, is something it should have
16    been warned about. It is something they failed to warn
17    about. As a result, Doug got that massive exposure,
18    uncontrolled sawing, the insulation drive, instead of
19    wet, without any respirator, and that was a substantial
20    factor among the other exposures in causing his
21    disease.
22         But, it wasn't just that. That would be
23    enough, but it wasn't just that. Doug worked on those
24    boilers every day. And you heard testimony about a
25    bunch of different exposures in the boiler. Doug had

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1766

Page 131

07-08-08_pokorney.txt

1           Summations - Plaintiff/Block

2    the end of the boiler through the steam drums.  You

3    heard that the steam drum entry way that Doug had to

4    squeeze himself through was surrounded by asbestos and

5    that Doug testified that he would come in contact with

6    the asbestos when they were trying to get into the

7    steam drum.  The asbestos would be right up to the edge

8    of the manhole cover.  There's no way you wouldn't be

9    touching or rubbing or being in contact with that.

10   That is happening every 1,800 operating hours.  Doug is

11   having to screen through that.

12           If Doug had evidence to coming into contact

13   with random pipes on the ship, they would be talking

14   about that all day.  That happened on the boiler.  That

15   was the insulation on the boiler that they knew or

16   should have known would be applied in the boiler, that

17   they didn't warn about, and Doug was exposed to that on

18   a regular basis.  That is an exposure to the insulation

19   on their boiler that they had a duty to warn about.

20           Doug talked about cleaning up around the

21   steam drum.  One thing you should consider is that we

22   had these pictures of the steam drum, and look at --

23   when you look at the picture, I mean, Doug is right in

24   front of him.  I mean, this is one of the things he

25   took a picture of.  This is one of his regular spots,

        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                            1767

1           Summations - Plaintiff/Block

2    right?

3           That's a water level gauge there.  This is

4    one of the regular spots where he had to do his job,

                        Page 132

07-08-08_pokorney.txt

5       right?  So, that is why he has a picture of that spot
6       from two or three different angles, and he would have
7       to clean up in that area.  He'd have to clean up
8       insulation in the area around the steam drum.  These
9       were normal cleanup duties.
10              Doug also talked about being exposed to
11      gaskets and using a wire brush to basically obliterate
12      a gasket that contains asbestos.  That's another
13      exposure.  He talked about having to do it on the fire
14      boxes.  He talked about using different tools to scrape
15      it out including a wire brush.  So, every time he's
16      going into the fire box, they have all kinds of
17      arguments about what is inside the fire box, but every
18      time he has to break that seal to go in, he has to
19      remove that gasket and then redo the gasket to make
20      sure it is a good seal.
21              And, so, he's getting an exposure every time
22      he does that, and he's doing the -- he's entering the
23      fire box on a regular basis.  So, that's another
24      regular exposure.  He's talking about cleaning it out
25      with a wire brush.  He says, you know, it is an obvious
        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                      1768

1               Summations - Plaintiff/Block
2       question.  You know, what happened when you use a wire
3       brush on the material?  Well, you're going to get stuff
4       flying all over the place.  We all know, common sense.
5       If you take a wire brush, the purpose of it is to
6       obliterate the material and make it go away and turn it
7       into dust.  And, so, Doug is doing that with the
8       gaskets, and that is causing additional exposure.
                        Page 133

07-08-08_pokorney.txt

9          Okay.  The same thing happened on the steam
10    drums.  Doug is not only getting exposed when he's gong
11    through the entryway of the steam drum.  He's grabbing
12    onto the asbestos.  He's rubbing up against the
13    asbestos.  But, there is also a gasket on the manhole
14    cover of the steam drum, and he talked about how that
15    was sealed before they would open it and that you would
16    have to change the gasket on that as well.  They are
17    using the wire brush.  They are going to get exposed to
18    dust from that.
19          We heard about the fact that Foster Wheeler
20    supplied unrubberized woven asbestos fabric, and we
21    didn't show you that to say, oh, well, that same fabric
22    was still around in 1962.  Well, the reason why we
23    showed it to you was because of that instruction that
24    this is another asbestos containing material that
25    Foster Wheeler knew or should have known would be used
        ADAM H. ALWEIS - OFFICIAL COURT REPORTER
                                            1769

1          Summations - Plaintiff/Block
2    on, used in, applied to its product, that it warn
3    about, and the fact that they supplied the initial
4    allotment of it shows that they now know it is going to
5    be used with the boiler.
6          And Mr. Moore came in.  He's the only
7    engineer who testified before you.  He's understands
8    ship building.  He understands naval architecture.  He
9    understands what those different materials are used
10    for, and he testified that that would vent asbestos,
11    fabric would be used for gasket material on the fire
12    box doors.  So, they can say what they want about
                        Page 134

07-08-08_pokorney.txt

13      asbestos, but this is woven asbestos fabric that is
14      being used as a gasket material around the fire box
15      doors, and a wire brush is being used to obliterate
16      this fabric so it can be totally clean, so you can put
17      a new gasket on, and you get a good seal on the fire
18      box door.  So, that is another regular exposure to
19      asbestos.
20              Dr. Moline told you that if you worked with
21      asbestos product, and you can see visible particles,
22      visible dust in the air coming from it, you are going
23      to have a significant exposure to asbestos that will be
24      a substantial factor in causing disease.
25              We also heard testimony about steel in
        ADAM H. ALWEIS - OFFICIAL COURT REPORTER
                                                        1770

1               Summations - Plaintiff/Block
2       asbestos gaskets.  That's another product that Foster
3       Wheeler knew or should have known would be used all
4       over its boilers because they supplied so many of them.
5               Okay.  So, this is not to say that,
6       initially, a lot would be there when Doug was still
7       there.  It shows that they know that this product that
8       contains asbestos, that guys are going to have to
9       remove and replace, would be used on a regular basis on
10      that boiler, and that's why they supplied so many
11      because these things are constantly wearing out and you
12      have to replace them, and it is the job of the
13      boilermen, Doug, and his other boilermen to make these
14      repairs.  Okay.  So, it is not just Doug making the
15      repairs in the boilers.  It is all those other
16      boilermen who were not warned either.

                        Page 135

07-08-08_pokorney.txt

17          Okay.  So, none of these guys are warned.
18     They are all not taking any safety precautions with
19     respect to asbestos, and there is asbestos dust being
20     released from all these different products.
21          There was some suggestion that the gasket was
22     encased in metal.  I don't know if you remember, but
23     when Dr. Moline was here, that was what Mr. Fitzpatrick
24     said on the cross, and I stood up, and I said, well,
25     Dr. Moline, if the asbestos was totally encased in
        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1771

1          Summations - Plaintiff/Block
2     metal, obviously, that wouldn't do anything?  She said,
3     right.  But, if the asbestos was being scraped, if it
4     was on the outside, would that be a substantial factor
5     in contributing to disease?  And she said, yes.
6          Look at the specifications for these metallic
7     asbestos gaskets.  This was a spiral, round material,
8     for boilers.  When we looked at specifications, that
9     gets added as the years go by.
10          This is Defendant's Exhibit Miscellaneous C.
11     We see this is an asbestos metallic braiding.  It is a
12     braiding constructed from two strands, each consisting
13     of two asbestos yarns and two brass wires.  It is a
14     braid of asbestos yarn and brass wire.  And guess what?
15     The yarn is 90 percent asbestos, 90 percent,
16     90 percent.  Doug is scrubbing that with a wire brush.
17     The other boilermen are scrubbing it with the wire
18     brush.  These steal gaskets are being used.  All of the
19     plates, Foster Wheeler knew of it and didn't warn about
20     it.
                        Page 136

07-08-08_pokorney.txt

21          We also heard testimony and evidence about
22      all of the asbestos materials that would go in the fire
23      box.  And Foster Wheeler certainly knew or should have
24      known about that because they supplied all of this
25      asbestos material with the initial contract.
    ADAM H.  ALWEIS - OFFICIAL COURT REPORTER
                                              1772

1          Summations - Plaintiff/Block
2   Insulating block, millboard, high temperature cement,
3   and, again, this is just another source of asbestos
4   exposure.
5          And the fact is, he's in a fire box.  He's in
6   a small space, and he's sweeping up dust.  And, you
7   know, he talks about, he's in there.  He's running saw
8   all the way down.  He says he's running into things.
9   You're getting pretty close down there.  There was
10  cement or anything or concrete covering this or
11  asbestos covering it, we would hit it.  So, he's
12  sweeping up dust, and that is another source of
13  exposure.
14          And, again, it all adds up and you might find
15  that the exposure to cutting the insulation was
16  overwhelming, and you may find that the fire box
17  exposure was less, but this is all asbestos exposures
18  that are associated with the boiler.
19          And one thing we know about the fire box,
20  Foster Wheeler shows, time and again, this pretty
21  picture, you know, this pretty Power Point slide of all
22  of the layers in the fire box.  Okay.  Well, that is
23  not how the fire box functioned in real life, and we
24  know that because every time the Roan came in for a
                    Page 137

07-08-08_pokorney.txt

25          material inspection, Mr. Moore thought the fire box
            ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                          1773

1           Summations - Plaintiff/Block
2           was, you know, deteriorating and needed significant
3           work.  And he explained to you that because of high
4           pressures, the fire box is going to need work and
5           things are going to break apart, and the bottom line
6           is, Doug is in there sweeping, and that would have
7           likely caused additional exposures to asbestos.
8                    We have insulating piping coming out of the
9           boiler, insulating downcomers drawn into the Foster
10          Wheeler drawing.  They know that is going to be
11          insulated with asbestos.  That is in the boiler room,
12          insulated with asbestos.
13                   We have Foster Wheeler knowing that asbestos
14          rope is going to be used all over the boiler by the
15          boilermen, and they know that because they supplied a
16          football field and a half of it, 450 feet with the
17          initial shipment, that's a lot of asbestos rope.  They
18          know that asbestos rope is going to be something that
19          is going to be used all over the boilers.  It is going
20          to be something that boilermen are exposed to, and an
21          asbestos rope was insulation material.
22                   So, when Foster Wheeler says we never
23          supplied insulation material, well, they did supply
24          asbestos rope, and, again, it is a red herring.  This
25          is just another product that they knew or should have
            ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                          1774

                            Page 138

07-08-08_pokorney.txt

1            Summations - Plaintiff/Block

2       known would be used on, used in, applied to its

3       product, and it failed to warn about it.  Okay.  They

4       failed to give a warning that would make the use of

5       their product reasonably safe, okay, for people like

6       Doug and boilermen.

7                 But, you also know that Foster Wheeler also

8       supplied, and you'll see on the verdict sheet, there is

9       language about supplying products.  Okay.  You'll see

10      that Foster Wheeler, you now know from the evidence,

11      supplied a lot of other products in addition to just

12      the boilers.  They supplied all of these different

13      valves.  They supplied some of the piping.  Mr. Moore

14      told you that most of these things would be insulated

15      with asbestos as well, and Foster Wheeler knew or

16      should have known about that.

17                We actually have a picture of one of the

18      valves that Foster Wheeler supplied.  That is one of

19      the valves, as listed on the previous page, and Mr.

20      Moore told you about that, and he specifically

21      identified this picture as a valve in Foster Wheeler's

22      supply.  We have Foster Wheeler, obviously, having the

23      steam drum.  We have Foster Wheeler supplying the valve

24      that is covered with asbestos and Foster Wheeler knew

25      or should have known that all of this material would

         ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                        1775

1            Summations - Plaintiff/Block

2       have asbestos on it, and they didn't warn.

3                 And, remember, ladies and gentlemen, another

4       thing.  There is two of everything, everything you've

                        Page 139

07-08-08_pokorney.txt

5      seen a picture of: okay.  So, we have a picture of the

6      steam drum that is insulated with asbestos.  Remember,

7      there is two boilers in the boiler room, and we asked

8      Doug, what did the other boiler look like?  He said,

9      exactly like this one.  So, it is everything you see

10     times two.  Every part of that steam drum, all of that,

11     all those duties on different boilers, because we

12     talked about, there has been talk about 1,800 hours.

13     Every 1,800 hours, you go in the steam drum.  Every 600

14     hours, you go in the fire box.  Each of that is times

15     two.  Everything is times two on the boiler because you

16     have two in Doug's boiler room, two in an adjacent

17     boiler room.

18             So, again, the evidence is overwhelming.

19     When you see the preponderance of the credible

20     evidence, that means we just have to tip the scales

21     ever so slightly, and the Judge will instruct you on

22     burden of proof.  But, essentially, that's what it

23     means.  If you weigh the evidence, the plaintiff's

24     evidence weighs a little bit more, ever so slightly,

25     and there is no question that Doug was exposed to

       ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1776

1              Summations - Plaintiff/Block

2      asbestos from the maintenance and/or repair of a

3      product manufactured, sold or supplied by Foster

4      Wheeler.  He did the maintenance and repairs on the

5      boilers.  He was exposed to the asbestos.

6              Dr. Betts even admitted that yesterday, that

7      he breathed in asbestos from repairing the boiler.

8              Let's talk about negligence.  Here is the

                        Page 140

07-08-08_pokorney.txt

9      question, okay.  Was Foster Wheeler negligent in

10     manufacturing, selling or supplying its product without

11     warnings?  And one of the things that you should keep

12     in mind, as I go through this evidence, is that there

13     has been talk in this case about when it became known

14     that particular types of asbestos related diseases

15     could occur.  There was asbestosis or there was

16     scarring.  There was asbestosis.  There was lung

17     cancer.  There was mesothelioma.

18          What the instruction says is that the exact

19     occurrence or precise injury need not have been

20     foreseeable, but some injury as a result of the

21     negligent conduct must not merely be possible, but

22     probable.

23          So, we, as the plaintiff, we don't need to

24     show that Foster Wheeler knew Doug would get

25     mesothelioma specifically, okay, and we don't need to

        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                    1777

1          Summations - Plaintiff/Block

2      show that Foster Wheeler knew exactly how it would

3      occur: okay.  The exact occurrence or precise injury

4      need not have been foreseeable.  We just have to show

5      that this company knew or should have known, as a

6      result of not warning, that it was foreseeable that

7      people like Doug would suffer some injury, injury from

8      breathing in asbestos.

9          And what we see, when we look at the history,

10     is that it's been known since 1899 that if you breathe

11     asbestos, it is foreseeable that you could have injury.

12     I mean, look at 1899.  They are talking about sharp

                    Page 141

07-08-08_pokorney.txt

13    jagged particles that were floating in the air.

14    Breathing asbestos, at that point, is recognized as

15    hazardous.   Foster Wheeler Incorporated or Power

16    Specialty Company, the predecessor company to Foster

17    Wheeler, Incorporated, 1900, 1913, Foster Wheeler has

18    offices all around the world, and this is relevant

19    because they have access to the information.

20              As you saw from the evidence, information is

21    coming in from all over the world about asbestos.

22    Foster Wheeler is not a mom and pop shop.  They have

23    access to information.  They have the ability to find

24    things out.

25              By 1917, we have a diagnosis of an asbestos

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1778

1              Summations - Plaintiff/Block

2    related disease in an American worker.  And, ladies and

3    gentlemen, none of the articles are saying it is safe

4    to work with asbestos without any protection, without

5    any controls.  None of them are saying that, hey, it is

6    safe, you know, breathe it in, work with it without

7    wetting it down, you know, anyway you want.  What they

8    are saying is, if you breathe in asbestos and you don't

9    take action to protect yourself, you don't have

10   information, there is going to be injury.

11             1918, Frederick Hoffman was asked by the U.S.

12   government to report on health of workers exposed to

13   dust, and he reported, excess mortality among asbestos

14   workers, people are dying from asbestos, and he reports

15   that life insurance companies in the United States and

16   Canada are not insuring people who are exposed to

07-08-08_pokorney.txt

17    asbestos.

18            And, ladies and gentlemen, that's because if

19    you're a business and you have an incentive, a reason

20    to know about asbestos, because it is part of your

21    business, it is part of what you do, then you're

22    finding out about it, right?  You're finding out about

23    it.  Dr. Cooke, asbestosis, 1924, a 33 year-old mother

24    diagnosed with asbestosis.  These are real lives: okay.

25    These are not just cases.  All right.  Every one of

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1779

1            Summations - Plaintiff/Block

2    these cases is a father, a mother, a husband, a wife.

3    These are real people who are getting injured from

4    handling asbestos.

5            1927, we have the term, asbestosis, okay.

6    This is an injury that is only caused by asbestos.

7    Asbestosis.

8            Foster Wheeler, 1929, they are all around the

9    world.  You know, they are telling the shareholders,

10   hey, we are all around the world.  They have an office

11   in England.  The year before, Merewether established

12   the Lynch study, comes out, Lynch is published in the

13   United States 1930 report on asbestosis.  And then we

14   have the Merewether study, and they can talk all they

15   want about the conditions and textile factories and

16   those conditions, what they were, but, the principles

17   of Merewether are set down, and they never stop right

18   up until today.

19            Those principles are that when you work with

20   asbestos, it is dangerous.  You have to take

Page 143

07-08-08_pokorney.txt

21    precautions.  It is just as simple as that, and they

22    talk about wetting the asbestos down.  The use of

23    protective devices and the education of the worker.

24    People cannot protect themselves if they don't have any

25    information about the hazard.

        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1780

1         Summations - Plaintiff/Block

2              So, Merewether is recognized, and this note

3    in that article, in all of their Power Point slides,

4    and everything, nowhere in their article does

5    Merewether say it is ever okay to work with asbestos in

6    an uncontrolled way.  The way the men on the boiler

7    room were working on it with any controls in a hull,

8    wetting down, education of worker, we see those things

9    throughout.  What Gloyne, '57, cases of asbestosis.

10   1931, 1932, Elleman reports on an insulator, well,

11   asbestosis.

12             Now, Mr. Fitzpatrick attacks Dr. Ozonoff.

13   But, what did Dr. Ozonoff come here and do?  Why is he

14   being attacked?  Why is he being attacked?  Dr. Ozonoff

15   reviewed over 700 articles on asbestos and disease.

16   And you saw a portion of his bibliography.  He came in

17   and told you about the articles.  No other expert who

18   came, I believe, here did that work that Dr. Ozonoff

19   did, and that is why we brought him in.

20             Here's someone that actually read all of the

21   articles.  We could have gone through all 722, and we

22   would have been here for weeks.  But, Dr. Ozonoff went

23   through the articles and he gave his conclusion as an

24   epidemiologist, as a professor of public health, and

Page 144

07-08-08_pokorney.txt
25        his credentials cannot be challenged.
              ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1781

1              Summations - Plaintiff/Block
2                   Mr. Fitzpatrick challenges him on the other
3         things, how much you've testified, all of these
4         collateral stuff.  These attacks, he doesn't like what
5         Dr. Ozonoff says.  Dr. Ozonoff is talking about studies
6         that the defendant never even responded to, the Elleman
7         report, an insulator with asbestos.
8                   So, here, we have 1932, the same product.  Is
9         that going to cause Doug Pokorney to get mesothelioma,
10        one of the products caused Doug Pokorney to get
11        mesothelioma, causing asbestosis in 1932?  The end
12        product, the insulator, using the insulation, getting
13        asbestosis, Russell recorded the same thing, insulator
14        being exposed to insulation on pipes, getting exposed
15        to the same product, breathing it in, just like Doug,
16        breathing it in when he's on that ship and when he
17        worked on those boilers.
18                  1934, a hundred cases from Wood, asbestosis,
19        100 cases of abestosis.  1934, asbestos now identified,
20        something that could ultimately lead to cancer.  1935,
21        no articles.  1936, more articles on cancer.  1936,
22        Foster Wheeler, there being this other part of this
23        organization, they haven't exactly been talking about
24        in the boiler maker publication, and here in the trade
25        publication, they are talking about asbestosis.  There
              ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1782

1              Summations - Plaintiff/Block
                        Page 145

07-08-08_pokorney.txt

2    is no way this can escape Foster Wheeler's knowledge.

3              The Dreessen publication, they suggest a five

4    million particles per cubic foot standard.   They

5    studied the textile industry, which was difficult.

6    They studied chrysotile as opposed to the amosite fiber

7    that Mr. Pokorney was exposed to on the steam drum of

8    the boiler.   They said this is something attentive.   We

9    heard there were limitations of that study, right on

10   the face of the study, that we knew about the latency

11   period.   Yet, 150 employees were discharged from the

12   factories right before the study was made, and it was

13   also talked about, the chief difficulty in the study

14   was that they really weren't able to study workers at a

15   low concentration, so they really weren't able to look

16   at the lower concentrations, and that was another

17   problem with the study.

18              We have occupational cancer.   Huper, and we

19   heard about Dr. Huper, he was very well-established in

20   occupational medicine and occupational health, and he

21   worked in the United States government, ultimately, and

22   he concludes, as of 1942, that a significant -- there

23   is a significant connection between asbestosis and lung

24   cancer.   You know, that's another issue that Foster

25   Wheeler is trying to wiggle out of.   The bottom line

        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                          1783

1              Summations - Plaintiff/Block

2    is, you get asbestosis from breathing in asbestos.   So,

3    if you get lung cancer from it, where does it come

4    from?   Breathing in asbestos.

5              And this is a lawyer argument; okay.   There

                        Page 146

07-08-08_pokorney.txt

6     is no evidence that any company such as Foster Wheeler

7     looked at the literature and said, gee, you know,

8     asbestos can cause lung cancer, but now, they are

9     really talking about asbestosis causing lung cancer.

10    There is supposed to be this possible threshold for

11    asbestosis, and you need asbestosis before you can get

12    lung cancer.  This is all lawyer argument: okay.

13          The bottom line is, it was known, 1942, you

14    breathe in asbestos, you can get cancer, not only in

15    the textile industry or the shipyard, but, in the

16    insulator.  And end program users, everyone being

17    exposed to the same type of material that Doug cut on

18    that steam drum.

19          Doug is born in 1942, and we know all that.

20    Doug is a little baby.  He's going to be off to the

21    Navy in 18 years, 19 years, and all of this is known.

22    All of this is known before Doug is even born.

23          And did you hear Dr. Betts yesterday?  I

24    mean, Dr. Betts, based upon what was already known by

25    the 1940s about asbestos products being hazardous, a

       ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                        1784

1           Summations - Plaintiff/Block

2     worker should have been warned as to the nature of that

3     hazard and the circumstances under which he would work

4     with the products safely, correct?  Correct.

5           Of course.  I mean, this is just -- how hard

6     is this?  What kind of burden is this for a

7     manufacturer?  Just tell the people that asbestos is

8     hazardous if you breathe it in and just take

9     precautions.  I mean, that is just an obvious thing,

                        Page 147

07-08-08_pokorney.txt

10      and Dr. Betts couldn't help but admit that.  He
11      couldn't help but admit.  In the 1940s, the
12      boilermen had a right to know.
13              Look at Foster Wheeler's commercial
14      practices.  You know, asbestos was used in the Navy
15      because that's what functional literature used during
16      that time period to steam a ship.  And, so, Foster
17      Wheeler, in its own commercial practices in 1942, is
18      recommending approving the same things that the Navy is
19      using.  So, Foster Wheeler is using asbestos as a
20      regular part of the business and has reason to know all
21      of these things about asbestos.  As we'll see, Foster
22      Wheeler wasn't warning in its commercial practices
23      either.
24              And, here, you remember this, N-7 is talking
25      about insulation, asbestos rope, asbestos, different
         ADAM H. ALWEIS - OFFICIAL COURT REPORTER
                                                    1785

1           Summations - Plaintiff/Block
2       insulation, and we know during this time period, the
3       insulations are asbestos.  Foster Wheeler is talking
4       about it.  They are approving it.  They are
5       recommending it.  Of course, they knew or should have
6       known that asbestos was being used on boilers, not only
7       in the Navy, but in the commercial side.  They never --
8       Foster Wheeler boilers go on the road, 1943.
9               1943, same year, links cancer in asbestos
10      workers, largely reviewed, is published in the American
11      Journal of Pathology, and then '43 -- in 1943, the Navy
12      recognized that any job in which asbestos dust is
13      breathed any job, it doesn't say five million particles
                        Page 148

07-08-08_pokorney.txt

14          per cubic foot, it doesn't say distillation, it doesn't
15          say that people who are all day, every day, cutting.
16          It says, any job in which asbestos dust is breathed, if
17          you're sawing it, asbestos, you have to take
18          precautions.  And that is consistent with the
19          literature.
20                  By this time, we note that asbestos is so
21          dangerous that if you do any job that results in
22          breathing asbestos, something, that you should take
23          precautions.  This was a regulation in shipyards, but
24          there is nothing here or in any document that we've
25          seen that says, it's okay to work in a hull and to cut

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1786

1                  Summations - Plaintiff/Block
2          asbestos dry without any precautions and breathing in.
3          The fact is, they are regulating their ship yards and
4          they are trying to deal with that issue.  The Navy is
5          trying deal with a lot of things, the Navy, not Foster
6          Wheeler, trying to fight a war, okay, but the Navy
7          never says, well, you know, in some document, it is
8          okay on ships.
9                  You know, why in the world would it be okay
10          to breathe in asbestos?  You know that you cut in a dry
11          state without a respirator, without wetting down on a
12          ship, in a hull, but not okay if you're in an opened
13          shipyard?  It doesn't make sense.
14                  And Admiral Mills knows.  You heard about a
15          lot of companies.  There is no other company in this
16          courtroom, and Admiral Mills, who knew everything and
17          became president and Chairman of the Board of the

Page 149

07-08-08_pokorney.txt

18    company and could have put the trigger on anything and
19    who had a relationship like that with the Navy, the
20    Admiral knows about the minimum requirements.  He knows
21    what the minimum requirement says about the hazard of
22    asbestos and the cautions he'd be taking.  He knows
23    about reports that have been sent to him.  We saw this
24    letter the defendant's did not show you, the report we
25    did yesterday for the first time.

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1787

1     Summations - Plaintiff/Block
2         And look at the suggested precautions that
3     are being recommended by Dreessen and Fleisher, 1834,
4     Admiral Mills.
5         I mean, it said, all points where dust is
6     created in handling asbestos product, you got to
7     provide adequate ventilation, require all employees to
8     wear suitable, appropriate respirators engaged in any
9     work where there could be exposure to asbestos.  That
10    is what they are saying.  That is the state of the art
11    at the time.  That is what's capable of anyone knowing.
12    That is Admiral Mills.  No work where asbestos can be
13    dangerous, and you have to take precautions, and that
14    is just the science.
15        That was the science since Merewether, and
16    that is the science today.  It has never changed.  The
17    Fleisher Drinker study.
18        I want you to ask yourself, if you remember
19    yesterday, what happened, whether Foster Wheeler has
20    been honest with you, because it happened again today.
21    Fleisher Drinker was referred to as the study that

Page 150

07-08-08_pokorney.txt

22          kills us.  He pointed to me, knew Fleisher Drinker
23          kills them, and he talks about, because Fleisher
24          Drinker says working with pipe covering is safe, and
25          you'll notice, what he forgot to mention again today,

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1788

1              Summations - Plaintiff/Block
2          well, that they were wetting down the asbestos.  That
3          is the whole point of Fleisher Drinker, and Dr. Betts
4          talked about Fleisher Drinker.  He went through all of
5          the little blowups on the slide, and on the industrial
6          hygiene, he tells you he forgot about the most
7          important part of the study, which is that the Fleisher
8          Drinker study, the pipe covering operations, in four
9          shipyards, and they studied it after the minimum
10         requirement had already been set down, and Fleisher
11         Drinker talks about the use of that fine water spray,
12         that they would wet down the asbestos with, and what
13         Fleisher Drinker shows is that, we know that it works,
14         if you wet down the asbestos, you are going to reduce
15         the levels of asbestos and you are going to increase
16         the health of workers.  So, Fleisher Drinker doesn't
17         show that working with pipe covering, working with
18         insulation is safe.  It doesn't show that at all.  They
19         didn't study people using a dry insulation asbestos
20         with dust flying all over the place in a hull.  They
21         studied workers who had the benefit of the precautions,
22         who had the benefit of the information to protect
23         themselves.  So, they are wetting down material, of
24         course.  Wetting down asbestos dramatically reduces
25         exposure.  Cutting wet asbestos insulation still

Page 151

07-08-08_pokorney.txt

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1789

1          Summations - Plaintiff/Block
2     exceeds five million particles per cubic foot in a
3     total dust.  The idea is, you're wetting it down.  And,
4     so, the Fleisher Drinker study, those workers have the
5     benefit of these extremely important hygiene control,
6     and that Doug and the other boilermen didn't have.
7          Okay.  Doug doesn't know, hey, before I start
8     sawing off asbestos insulation, wet it down.  You know,
9     you know, I'm going to scrape out a gasket with a wire
10    brush, just wet it down so he doesn't have flying
11    particles.  He didn't know that.
12         The only other thing that Drinker -- they
13    said it was manifestly impossible to set a threshold of
14    exposure of pipe covering on Navy ships.  That was the
15    line right above the conclusions.  Fleisher Drinker
16    said it was manifestly impossible, impossible to set a
17    threshold exposure to the pipe covering on Navy ships.
18         Fleisher Drinker does, ladies and gentlemen,
19    does not kill our case.  They were just showing what
20    the other studies are showing.
21         Take safety precautions.  You take
22    precautions and you can warn the hull, warn Doug, warn
23    the boilermen, too, so they can take the same safety
24    precautions, so they can reduce their exposures and
25    protect themselves.

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1790

1          Summations - Plaintiff/Block

Page 152

07-08-08_pokorney.txt

2      How could Foster Wheeler overlook a reference

3   to asbestos being the toxic material and for the

4   disease, asbestosis?  How could they have overlooked

5   that in Southern Power and Industry?

6      Remember, we showed you, they advertised

7   every month, a two page ad -- from a one page ad from

8   Foster Wheeler every month.  They have an ad in there.

9   You would think they would take notice when there is a

10   discussion about asbestos being a toxic material

11   involving a health hazard.

12      In 1949, JAMA publishes the editorial on

13   asbestosis.  Dr. Ozonoff, who is the only expert who's

14   reviewed the articles in the literature: Dr. Betts, he

15   basically responded to Mr. Fitzpatrick, yes, you know,

16   questions.

17      Mr. Fitzpatrick put up the slide.  What does

18   that say?  What does that say?  What does that say?

19   Dr. Ozonoff said -- Dr. Ozonoff, let's go through your

20   list.  Tell the jury about some of your articles.  He

21   testified to open ended questions.  He told you what he

22   knew about the particles.  He knows what is generally

23   accepted, that breathing asbestos can cause lung cancer

24   by 1949, and, again, all we have to show is that it was

25   foreseeable, that by not warning, that Doug would

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1791

1      Summations - Plaintiff/Block

2   suffer injury.  We don't have to show that they knew he

3   would get cancer, just that he would have injury from

4   breathing asbestos: not the precise injury.

5      1949, Foster Wheeler is very involved with

Page 153

07-08-08_pokorney.txt

6      asbestos.  It is not a metal box company who was in

7      this unfortunate situation where the Navy just decided

8      to start asbestos products.

9              Let's look at their commercial practice.  You

10     know, here, they are selling a package steam generator,

11     which is another word for a boiler.  Here, they are

12     saying that the package means that we'll do everything:

13     refractory, installation and other accessories, one

14     package from our Foster Wheeler, one price, we assume

15     undivided responsibility for these units, and for all

16     component parts, the buyers have a ready to deliver

17     product.

18             Did Foster Wheeler warn them?  What is their

19     excuse there?  We didn't supply the insulation?  We

20     didn't put it?  Foster Wheeler didn't warn, ever,

21     didn't warn, ever, not in the Navy, not in commercial

22     practice, not even when they have pulled the

23     insulation.

24             Okay.  So, this is a company that just didn't

25     warn.  They made the choice.  Responsibility.  They

        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1792

1              Summations - Plaintiff/Block

2      made the choice -- to live with the choice, under

3      New York law.  Admiral Mills becomes president of

4      Foster Wheeler in 1950.  Are they trying to tell us

5      Admiral Mills couldn't get a warning on the boiler:

6      that somehow the Navy would have stopped the admiral if

7      he said, you know what, I'm concerned.  I'm the

8      president of this company, right? I have to worry

9      about this company.  I have to worry about the future

07-08-08_pokorney.txt

10      of this company.  I'm worried because I know, based

11      upon being in the Navy, that boilermen have to perform

12      duties where they get exposed to asbestos in the hulls

13      of ships, and I want to put a warning on my product

14      because I'm a responsible corporate president.

15              You think the Navy would have stopped Admiral

16      Mills?  There has been no evidence that the Navy would

17      have stopped anyone, much less Admiral Mills.  They

18      would have said, yes, sir.  It's your product, put a

19      warning on it.

20              I mean, this is unbelievable.  We have the

21      guy, the admiral who had all of the information about

22      the hazard of asbestos during this time period who

23      became president of this company.  There is no evidence

24      like that against any of the other companies in this

25      case that you really haven't heard anything about,

         ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1793


1               Summations - Plaintiff/Block

2       National Safety Council information.  How could they

3       have not known?  Isselbacher, cancer, '53.  '54,

4       Breslow talks about boilermakers, steam fitters and

5       pipe insulation.  How could they have missed all of it?

6       Dr. Bosner's phonetic) discussion covers mesothelioma.

7       They are looking in asbestos workers, then finding

8       asbestos.  1955, Richard Doll.  Lung cancer rates are

9       huge.  Foster Wheeler, they are going about their

10      business.

11              Here you go.  1957, here is a boiler with two

12      steam drums like the boiler on the U.S.S. Roan.  They

13      will provide refractory and insulation.  This isn't a

                        Page 155

07-08-08_pokorney.txt

14          commercial setting for one low price of $174,922.   They

15          are making money off of this.   They are making money

16          off these boilers that need asbestos.   They are

17          including in one price.   And they never warn, ever.

18          How can they say the Navy stood in their way of warning

19          when they never warned, ever?

20                  1958, Earl Mills, who remained the senior

21          executive in the company, and we have a stipulation on

22          that, becomes Chairman of the Board of Foster Wheeler.

23          He's not looking out for the workers.   He's looking out

24          for the shareholders.   Major company.   Subsidiaries and

25          associated companies all around the world.   Not

          ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                      1794

1                  Summations - Plaintiff/Block

2          thinking about the workers, trying to make money, make

3          money for the shareholders, Chairman of the Board, and

4          still not doing anything about asbestos with all of the

5          knowledge he had.

6                  1960's, it is confirmed.   Asbestos causes

7          mesothelioma, and there is no evidence that anyone --

8          anyone in 1960 was saying, oh, gee, that is just

9          crocidolite asbestos as opposed to amosite asbestos or

10          any chrysotile asbestos.   There is no evidence that

11          anyone looked at it.   That way, Doctor, breathing

12          asbestos caused mesothelioma.   Dr. Ozonoff showed

13          articles about that, talked about mesothelioma before

14          that.   They know all this much before Doug Pokorney

15          boards the U.S.S. Roan.   They knew all of it.

16                  How does Foster Wheeler explain this?   Maybe

17          this is another reason why we didn't see, you know,

Page 156

07-08-08_pokorney.txt

18      someone from Foster Wheeler.

19              How do you explain this?  This is a sworn

20      statement under oath.  This is Foster Wheeler's oath.

21      Okay.  Foster Wheeler is saying, this is the truth, and

22      they are asked, when did you first learn it or there

23      were health hazards associated with the use and/or

24      fabrication of asbestos containing products?  When did

25      you first learn?  May, 1968?  Is that a company that is

         ADAM H.  ALWEIS - OFFICIAL COURT REPORTER

                                            1795

1               Summations - Plaintiff/Block

2       being honest with you or is that a company that is

3       hiding the ball hoping that all this stuff is never

4       discovered?

5               May, 1968, did they miss all 722 articles?

6       Did they forget that Mills was the president and

7       Chairman of the Board of the company?

8               This is ridiculous.  It is unbelievable.  You

9       can't stick your head in the sand, under New York law.

10      This is the law of our state.  This is the law that we

11      all live by that protected us all.  This is the law

12      that you have to apply.

13              A manufacturer or seller has a twofold

14      obligation.  First, it must keep abreast of the

15      knowledge of the effect of its product as gained

16      through research, accidents and other reports,

17      scientific literature and other available methods.  In

18      addition, a manufacturer or seller is under a duty to

19      fully test and inspect its product to uncover all

20      dangers that are scientifically discoverable.  Second,

21      the manufacturer or seller must take such steps that

                        Page 157

07-08-08_pokorney.txt

22        are reasonably necessary to bring this knowledge to the

23        attention of the foreseeable users there.   Bring the

24        knowledge to the foreseeable users who are the

25        foreseeable users of boilers, boilermen.   And look at

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1796

1        Summations - Plaintiff/Block

2        the greater known potential hazard of this product, of

3        the more extensive, must be the manufacturers, and

4        accepts as hazards to foreseeable users.

5             There is no hazard greater than death for

6        asbestos.   You're going to bring your policy.

7        Breathing is going to be a grave hazard, very grave

8        hazard.   The graver the hazard, the more extensive

9        their efforts have to be to make that product to

10       foreseeable users, not the Navy, the users, the ones

11       who need the information to protect themselves.

12            And look at -- look at Richard Johnson.   I

13       mean, May 20th, 1968, asbestos is a mystery, he says,

14       and this is like a novel thing: you know, Richard

15       Johnson, just figuring this out in 1968, oh, you know,

16       the approach to minimize dust levels and a repair or

17       removal of the asbestos insulation problems.

18            Hello?  Hello?

19            I mean, this is what Merewether talked about.

20       This is what all of the studies talked about.   This is

21       what the minimum requirements talked about.   This is

22       what Fleisher Drinker talked about.   Every study, you

23       have to give workers information so they can minimize

24       dust levels so they can protect themselves.   No one is

25       saying that asbestos shouldn't have been used during

Page 158

07-08-08_pokorney.txt
ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1797

1           Summations - Plaintiff/Block
2    this time period.  That is another thing that has just
3    been beaten to death.  No one is saying, up through and
4    including 1965, asbestos was not useful, right?  But,
5    there were humans who had to work with the stuff, and
6    all we expect is the corporations give the information.
7           How hard is it?  We not asking to redesign
8    the product.  We are not asking them to spend millions
9    of dollars and do it differently.  Just warn.  I mean,
10   how much is that going to hurt?
11          No testing, nothing.  I mean, no testing on
12   anything.  You know, it wasn't like they sat around the
13   room, and, you know what, we have this information
14   about asbestos, and let's go out and let's determine
15   what the levels are and let's decide, you know, what we
16   should do.  There is nothing.  There is no response
17   from this company.  How can that be reasonable?
18   Undisputed, undisputed, no warnings.
19          Ladies and gentlemen, no warnings: not the
20   Navy, not when they didn't supply the asbestos, not
21   when they did supply the asbestos, no warnings.  No
22   warnings, no excuse.
23          Ladies and gentlemen, it is not just the no
24   warnings when the boiler was installed.  It is not
25   just, they didn't put the name plate on when the boiler
ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1798

1           Summations - Plaintiff/Block
2    went in, in 1943.

07-08-08_pokorney.txt

3              I want you to pay attention, if you can, to

4     this instruction that you are going to be given by the

5     Court.  Even when no warning was required at the time

6     of sale, okay, 1943, the facts, thereafter, come to the

7     manufacturer's attention and it is done indicative of

8     the necessity for warning the manufacturers, is under a

9     duty to give adequate warnings and instructions

10    concerning the methods for deminimizing the danger to

11    users of the product, not merely entities through whom

12    the product was sold.

13             The post sale duty of a manufacturer will

14    involve the laying of a number of factors including the

15    telling of the number of reports, incidents, the burden

16    of proving, of providing warning, the ability to track

17    a product post sale, the degree of the injury from

18    breathing asbestos, grave danger.  By this time, what's

19    being reported are instances of people getting sick

20    from asbestos.  That's what is being reported through

21    the literature, the burden of proof of providing

22    warning.  There is hardly any burden to providing a

23    warning because, you know, this isn't like, you know,

24    like when Thomas the Tank engine, you know when we

25    found out it had some lead paint on it from China, and

      ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                1799


1              Summations - Plaintiff/Block

2     you have how many billions of units of it, and, you

3     know, one unit might be in a day care center.  Some

4     were.  Another unit here, another unit might be there.

5     They can track the boilers.  These are huge boilers on

6     the huge ships.

                        Page 160

07-08-08_pokorney.txt

7              I mean, what is that comment?  Did they
8      expect us to call the Navy and say, where is the Roan?
9      Yes, yes.  How difficult is that?  Pull out your
10     contracts.  Okay.  Hey, we have products out there that
11     are causing widespread asbestos exposure.  These are
12     our products.  These are people working, using our
13     products, and we take responsibility.  Let's make sure
14     we get the warning out.  And it's not difficult.
15              The boiler is still in the same place where
16     it was in 1943.  It is on the Roan.  You know, what was
17     it, 72 boilers that they made?  They are there.  And
18     generation after generation of boilermen are coming in
19     there and having uncontrolled exposures to asbestos.
20              Doug and his buddies, and they put in
21     evidence that the document showing that numerous other
22     boilermen are sick from asbestos.  They are getting
23     sick, but before then, generations upon generations of
24     boilermen, years upon years, all having uncontrolled
25     exposure to asbestos.  It is easy to find where that
       ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1800

1              Summations - Plaintiff/Block
2      boiler is.  Send out a plate -- send out a bulletin to
3      Boiler A school.  Don't just do nothing and come into
4      court and, say, well we couldn't have done anything.
5      That's pretty lame.  So, it is not just negligence from
6      1943, too.  It is not just negligence in 1943.
7              When you apply the Court's instructions, when
8      you look at the evidence, it is negligence any time --
9      any time, between 1943 and 1965.  They could have put
10     warning plates on their boilers in 1943.  And they
                        Page 161

07-08-08_pokorney.txt

11        could have done it all, every year, every year, but it

12        never got there.

13                So, when Doug starts to work on those boilers

14        in 1962, there is no warnings.  There is no warnings,

15        and when Doug is going to A School in 1962, nothing

16        comes in from Foster Wheeler.  Hey, I mean, it is not

17        like we are talking about -- we are not asking them to

18        warn, you know, some other trade about boilers, warn

19        the boilermen.  This is a discrete group of people

20        whose job it is to work on their boilers.  This is a

21        discrete group of people who have to go to a school to

22        learn about boilers.  Foster Wheeler, those were these

23        guys.  So, get it to the men or get it on the boiler or

24        both.  The greater the hazard, the greater the effort

25        that they have to warn.  Make an effort.

        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1801

1              Summations - Plaintiff/Block

2                Were they negligent in manufacturing or

3        selling or selling or supplying its product without

4        warnings?  Absolutely.  They didn't do anything.

5        Nothing.  It is not reasonable.

6                Substantial factor.  Was the failure to warn

7        a substantial factor in causing Mr. Pokorney's injury?

8        Well, of course it was, because if you believe

9        Mr. Pokorney, and there is no reason not to believe

10        him, this is an honest, honest man.  He didn't

11        exaggerate.

12                One of my favorite parts of Mr. Pokorney's

13        testimony was, he looked at you, and he said, I went

14        through chemo the first time.  I didn't get sick once.

                        Page 162

07-08-08_pokorney.txt

15    This is a lawsuit.  You might expect a plaintiff to,
16    you know, saying, well, I was sick all of the time.
17    Not Doug.
18           You know, Doug doesn't exaggerate.   Doug
19    tells it like it is.  He's honest.  If you saw a
20    warning in a boiler manual or on the boiler, itself,
21    that says, asbestos is dangerous and you have to wet it
22    down to reduce your exposure, what, if anything, would
23    you have done?  You would have followed the manual  to
24    see what, if anything, to do.  If you saw a warning on
25    a boiler manual or the boiler, itself, that said

        ADAM H.  ALWEIS - OFFICIAL COURT REPORTER

                                                    1802

1            Summations - Plaintiff/Block
2    asbestos is dangerous and that you have to wear a mask,
3    the mask or respirator when dust is created, what, if
4    anything, would you have done?  You would have asked
5    for one and used it.  In the boiler manual or on the
6    boiler, itself, that said, asbestos is dangerous and
7    that you have to do your best to avoid creating the
8    asbestos, what, if anything, would you have done?  The
9    case, I would have put in, careful, I would have
10   warned.   They didn't give him that chance.
11          Why not warn there?  Right there.   How about
12   a warning there?  What do you mean?  What do you warn
13   about?  Asbestos dangerous.   Avoid creating dust.   Wet
14   down to avoid creating dust.  If you can't control the
15   dust, wear a respirator.  This is basic stuff.   What do
16   they want?  You know, this is basic stuff.  This is
17   your decision.
18            You know, the greater the danger, the greater

                    Page 163

07-08-08_pokorney.txt

19      their efforts have to be.  Why not warn here?  Right in
20      front of the dust.  I mean, one of the things is, there
21      is a lot of the metal in this boiler, and all that
22      means, there is a lot of space to put a warning.  How
23      about right in front of Doug's space?  I don't think he
24      would have missed that.  How about right there?  A lot
25      of places to put a warning.  No.  No problem warning.
        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                1803

1           Summations - Plaintiff/Block
2      You know, maybe on a little valve or on a little steam:
3      you know.
4               You say, where would you put the warnings?
5      Well, you put it on the boiler.  I mean, the boiler is
6      the room, is to operate these boilers, and the purpose
7      of the boilermen is to operate and maintain a repair of
8      the boilers.  The boiler company is in the best
9      position to warn.  They are in the best position to
10     warn all of the manufacturers.  Certainly, it doesn't
11     really matter who is in the best position they were in
12     and in a position to warn.  They were capable of
13     warning.
14              So, was dust exposure to asbestos from
15     boilers aboard the U.S.S. Roan a substantial factor in
16     causing his mesothelioma?  And, you know, what was
17     really telling yesterday was when I started to
18     cross-examine Dr. Betts.  But, what do we currently
19     know about asbestos and his role in causing disease,
20     and there was an objection, he's not testifying to
21     medical causation.
22              MR. FITZPATRICK:  Your Honor, I object.  I'm

                        Page 164

07-08-08_pokorney.txt

23      allowed to make an objection.

24              THE COURT:  No comment on the objection.

25              Go on, Mr. Block.

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1804

1           Summations - Plaintiff/Block

2               MR. BLOCK:  You didn't hear Dr. Betts give

3       any opinion about what exposures were substantial

4       factors in causing mesothelioma.  If he said anything,

5       he said anything, I think it was, asbestos caused it,

6       but I can't say what asbestos it was:  you know, so,

7       that is not much of an opinion.

8               So, who did we bring in?  We brought in

9       Dr. Abraham.  How dare he go against Abraham in

10      Syracuse, New York?  Dr. Abraham is the top doctor on

11      the asbestos and mesothelioma in the city.  We brought

12      in the doctor in the city who has published the

13      asbestos articles about mesothelioma.  We brought in a

14      doctor in the city who has published on the Governeur

15      talc mines and helped advance the science there about

16      there being asbestos in those mines and published it in

17      the literature.

18              Dr. Abraham was with NIOSH.  I mean, we

19      couldn't have brought in someone more qualified and he

20      knows about the causation of asbestos disease as a

21      pathologist, and his discipline is pathology.  He's

22      done a lot of studies where he looks at asbestos in the

23      lungs.  He knows about the causation of asbestos in the

24      disease, and if I remember, dose response.  I showed

25      you, and he drew it for you, the chart.  The higher

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

Page 165

07-08-08_pokorney.txt

1805

1        Summations - Plaintiff/Block
2     dose of asbestos, the greater the likelihood that you
3     were going to get disease, and disease is caused by the
4     cumulative exposure to asbestos.  All of those
5     exposures are substantial factors in causing
6     mesothelioma.
7             What they are suggesting is outrageous, that
8     we remove all of the exposure of asbestos from the
9     boiler work, and then we blame it on everything else.
10    That is their position, and that is outrageous, and
11    Dr. Abraham said that the exposure from asbestos from
12    the boiler work was a substantial factor in causing
13    Doug's mesothelioma.
14            Dr. Moline, she comes from a different
15    discipline, occupational medicine.  Her job and what
16    she's doing and what she's continuing to do with the
17    ground workers is, you identify the cause of disease
18    and how can we prevent disease.  That is what
19    occupational medicine is, and Dr. Moline coming from
20    that different discipline says the same thing.  All of
21    the exposures contribute.  All of the exposures
22    contribute in causing mesothelioma, and you can't pull
23    out, you know, someone who is in a blizzard of asbestos
24    insulation from sawing pipe covering and say, well,
25    that didn't cause it.  Only the lawyer for the company
      ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1806

1        Summations - Plaintiff/Block
2     responsible for that would make such an argument.  Is

Page 166

07-08-08_pokorney.txt

3          there a safe level of exposure to asbestos?  Everyone

4          says, no.  I don't think we got an opinion from

5          Dr. Betts, but, Mr. Fitzpatrick says, yes.

6                    Okay.  Everyone of our witnesses he talks

7          about, you know, is this level safe, is that level

8          safe, and workers were exposed to that all day, eight

9          hours a day, et cetera et cetera.

10                    Dr. Abraham says there is no safe level.

11         Dr. Moline says there is no safe level.  All of the

12         international health organizations and NIOSH and OSHA

13         all say there is no safe level of asbestos, and, look,

14         makes this another reason why no one from Foster

15         Wheeler came in.  Foster Wheeler admits that in FW 58,

16         July 29, '83, that the proven hazard to human health

17         attributable to even minimal exposure to asbestos and

18         asbestos containing products.

19                    So, Foster Wheeler's lawyer comes into court

20         and says, oh, you got to be exposed to huge amounts of

21         asbestos for that to be a substantial factor in causing

22         mesothelioma, and the company, when it is outside the

23         courtroom, says, oh, even minimal exposures to asbestos

24         or asbestos containing product have proven health

25         hazards to human health, and, of course, mesothelioma

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1807

1                    Summations - Plaintiff/Block

2          is a disease, of all of the diseases, that requires

3          very little exposure to asbestos.

4                    So, has plaintiff proven by a preponderance

5          of the evidence that such failure to warn was a

6          substantial factor in causing his injury?  Absolutely.

Page 167

07-08-08_pokorney.txt

7          And what Mr. Fitzpatrick tried to say is not
8     the law.  Mr. Fitzpatrick says, we have to show that if
9     they warn, it would have prevented him from getting
10    sick, right: that if they warned, it would have
11    prevented him getting sick?  That's not the law.
12          The law is that we have to show that their
13    failure to warn was a substantial factor in causing his
14    injury.  Their failure to warn caused him to be exposed
15    to asbestos in an uncontrolled way.  It caused
16    substantial exposures that Doug would otherwise have
17    been able to avoid, and all of those exposures that he
18    had, that he never had to have, were substantial
19    factors in causing his disease.
20          Just put a different way, their failure to
21    warn did not allow Doug to take precautions and
22    minimize his exposure.  And what is more substantial
23    than that?  What is more important than that?  That
24    certainly wasn't trivial or slight.  The fact that Doug
25    was working unprotected with asbestos, because they
      ADAM H.  ALWEIS - OFFICIAL COURT REPORTER

                                            1808

1          Summations - Plaintiff/Block
2     failed to warn, was not trivial or slight.  It was a
3     substantial factor that caused this injury.
4          Okay.  Let's talk about the TLV, and I'd like
5     to call this the TLV two step.  And what I'd like to do
6     is just help you through this slide and through the
7     slides that follow: put this whole argument in
8     perspective: try and figure out what it means.
9          Now, the TLV two step that they are trying to
10    do would really require them to show, first of all,

                        Page 168

07-08-08_pokorney.txt

11        that the five million particles per cubic foot was

12        considered a safe level for all asbestos related

13        injuries and that Foster Wheeler now made decisions

14        based upon the TLV.  The whole point of the TLV has

15        been, as a historical matter, essentially, the argument

16        from Foster Wheeler is, they are trying to say, hey,

17        the TLV was considered to be safe, and we relied upon

18        it, okay, and, therefore, we were reasonable in some

19        way: okay.

20              So, both claims are not true, the five

21        million particles per cubic foot, standards.  We are

22        looking at a historical matter.  Nobody is saying that

23        is a safe level of exposure to asbestos today.  No one

24        is saying that from either side.  So, this goes to the

25        issue of negligence, and they are trying to say, hey,

        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                    1809


1              Summations - Plaintiff/Block

2        there was a safe level, and, hey, look at the safe

3        level, and you know what, our boiler exposures aren't

4        going to exceed that.  That is our reason for not

5        warning.  That is the defense for not putting it on.

6        They can't prove either side.  Was the TLV safe for all

7        injury?  Was it safe?  We'll protect everyone.  Doctor

8        Ozonoff talked about that.  He has read all of the

9        articles during this fine period.  They knew it

10        wouldn't protect people completely against asbestos --

11        asbestosis either.  I asked him if it would protect it

12        against cancer.  They knew it wouldn't completely

13        protect them against asbestosis either.  They knew it

14        wouldn't protect people completely against abestosis.

                        Page 169

07-08-08_pokorney.txt
15            I know it was not a bright line.  In other
16     words, there would be people that are exposed to less,
17     that would also get asbestosis even with the
18     information they have.  Was the TLV understood to
19     protect workers from cancer?  No.  The only disease
20     that is mentioned is asbestosis.  They were studying
21     asbestosis in the Dreessen study from '38, and the
22     whole thing was based on asbestosis.  As Dr. Ozonoff
23     told you, and none of this has been contradicted, in
24     1952, Dr. Meyers, who was a New York State health
25     official in the same state where Foster Wheeler was
        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1810

1           Summations - Plaintiff/Block
2      incorporated doing business, published an article
3      pointing out it was not designed to protect against
4      cancer.  In 1956, it was some symposium of the TLV.  It
5      was not designed to protect against cancer.
6              We have Dreessen articles or Fleisher Drinker
7      articles, again, manifesting possible threshold.  I
8      mean, this supports Dr. Ozonoff on this issue, the head
9      of the TLV committee, 1948, saying it is a figment of
10     the imagination.  And doesn't that make sense?  How do
11     you ever settle a level of exposure to a carcinogen
12     that is going to protect everybody?  We know, and all
13     of the witnesses have said, individuals are going to be
14     more susceptible than others.  You can't set a fine
15     line, so this was not considered to be a safe level.
16     It was a figment of imagination, set down a precise
17     level.
18             Dr. Betts, yet, I impeached him with his
                            Page 170

07-08-08_pokorney.txt

19    prior testimony.  He admitted TLV, established in 1946,

20    was not designed to protect against cancer, not

21    designed to protect against cancer.  So, they don't

22    meet Step 1, because they can't show that it was

23    considered a safe level of exposure to asbestos.

24            Now, they also can't show Step 2.  The whole

25    point of the TLV is not to show that Doug Pokorney

       ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1811

1            Summations - Plaintiff/Block

2    needed to be exposed to five million particles per

3    cubic foot to get sick.  All right.  As a matter of

4    medical causation, we know that is not true.  I mean,

5    Dr. Abraham, Dr. Moline told you, even the current PEL

6    is not safe and involves a significant risk and can

7    cause disease.  Dr. Moline started to tell you that

8    OSHA, in its current standard, recognizes the .1 per 5

9    CC can cause the disease.

10            So, the whole point of the TLV is for them to

11    show that, somehow, this is what made their actions

12    reasonable.  I mean, at Step 1, can be shown, where is

13    the other?  Where is the other piece?  Where is the

14    evidence that Foster Wheeler took notice of this TLV?

15            We identified a TLV for asbestos.  We have

16    looked at everything and we are going to make a

17    decision based upon everything and not worry.  That is

18    not what they did.  There is no evidence that Foster

19    Wheeler based any decision on the TLV.  Foster Wheeler

20    claims they didn't even know about it or about asbestos

21    being dangerous until 1968.  How could they be making

22    decisions based upon the TLV up through 1965?  They

                        Page 171

07-08-08_pokorney.txt
23        claim they didn't even know about asbestos.

24                    But, ladies and gentlemen, and, so, they

25        can't show Step 2 either.  But, let's put this in

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1812

1                    Summations - Plaintiff/Block

2        further context.  Even if they could show that, it

3        still would have been negligent not to warn.  If you

4        know that your product is causing people to be exposed

5        to asbestos, okay, and you note that there is a level

6        that has been set down that will protect most people,

7        but not all people, against a particular disease, you

8        have to say, we are not going to warn, and let's see

9        what happens to those guinea pigs at the lower levels.

10        I mean, is that a responsible corporation where you

11        say, you know, what we know, it hurts people we know,

12        it causes injury, but, I got this level here and let's

13        just see how the data comes in.

14                    You know, as people are exposed to levels

15        below five million particles per cubic foot, let's just

16        see what happens.  That's what they did.  They let it

17        roll.  They saw what happens, and the data is Doug

18        Pokorney.  The data is the men he served with.  The

19        data are the 3,000 cases of mesothelioma a year that

20        Mr. Fitzpatrick kept cross-examining my witnesses

21        about.  Only 3,000 cases a year of mesothelioma.

22        That's the data.

23                    So, even if they relied on the TLV, which

24        they didn't, you just don't leave people throughout

25        unprotected.  The level doesn't -- it never said, let

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

Page 172

07-08-08_pokorney.txt

1813

1          Summations - Plaintiff/Block

2     the people who are exposed to lower levels go

3     unprotected.  The TLV, as you heard, was a level set

4     down.  That was attempting to make things better.  They

5     thought it was something they could get the industry to

6     comply with.  It was better than 10 million.  It was

7     better than 15 million.  It wasn't as good as

8     protecting the workers.

9          THE COURT:  Mr. Block, I believe you are

10    going to be a little while.  I think we got to step

11    down and refresh ourselves.

12          Step down.  Don't discuss the case.  Take a

13    ten minute recess.

14          (Jury left courtroom at 2:41 p.m.)

15          (Pause in the proceedings.)

16          (Jury entered courtroom at 2:52 p.m.)

17          THE COURT:  Ready?  You may proceed.

18          MR. BLOCK:  So, the TLV does not say Foster

19    Wheeler.  So, what do they do?  Who can we blame?  Call

20    it blame, call it shifting responsibility to someone

21    else.  We saw a lot of it.  Doug Pokorney, the Navy,

22    Gibbs and Cox, Babcock and Wilcox, everybody else in

23    the ship, but Foster Wheeler.

24          Let's separate fact from fiction.  Let's look

25    at fact and fiction.

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1814

1          Summations - Plaintiff/Block

2          Let me break down what Foster Wheeler has

3     tried to do in this case with the Navy.

Page 173

07-08-08_pokorney.txt

```
 4                Now, the first part is a complete fiction.  I
 5       mean, this is the fiction that Foster Wheeler's warning
 6       would not have provided a boilerman with anything they
 7       didn't already know.  That was his clever thing they
 8       did with Dr. Betts.  They go out and find Dr. Betts
 9       someone who is very proud of his Navy service.  I'm
10       certainly not questioning that.
11                Dr. Betts thinks the Navy did everything
12       right.  We had the best, you know, protection of
13       workers, and they want you to believe that the Navy was
14       so great at protecting workers, that there was no way
15       the Foster Wheeler's warning would have added anything.
16                But, of course, we know the truth.  We know
17       that Foster Wheeler's warning would have made all of
18       the difference in the world, because, yes, the Navy did
19       drop the ball.  I mean, Doug was in the hull being
20       exposed to uncontrolled asbestos.  All right.  I think
21       it is obvious that those boilermen weren't warned.
22                So, let's look at the fact.  Would a Foster
23       Wheeler warning have made a difference in the lives of
24       those boilermen?  Yes.  Doug didn't know he had
25       asbestos.  He didn't know anyone on the U.S.S. Roan
             ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1815

 1            Summations - Plaintiff/Block
 2       that had any idea of the hazard of asbestos.  If he had
 3       known that there was a problem with it, he would have
 4       questioned and tried to take preventative measures.
 5                Fiction from fact.  The fact is that Doug was
 6       never warned by anyone, and that warnings would have
 7       given him information he needed to protect himself.
```

Page 174

07-08-08_pokorney.txt

8            Fiction from fact.  Warnings would have made
9       a difference from Foster Wheeler.
10           Let's look at -- we'll come back to that.
11      Let's look at this instruction that you are going to
12      get from the Court.  If Foster Wheeler is somehow
13      suggesting that they expected the Navy to warn, and
14      somehow, that let Foster Wheeler off the hook or they
15      expected someone else to warn and that let Foster
16      Wheeler off the hook, that is not what the law is.
17           The Judge is going to instruct you that a
18      defendant's duty to warn is non-delegable.  This means
19      that the defendant has a duty to warn, that defendant
20      may not rely upon others to issue adequate warnings.
21           And you know what the reason for that is?
22      Exactly what happened in this case.  There may be a
23      number of different parties that should warn.  But, if
24      you have a duty to warn, you can't rely upon someone
25      else to warn because they might drop the ball.  I mean,
        ADAM H. ALWEIS - OFFICIAL COURT REPORTER
                                          1816


1           Summations - Plaintiff/Block
2       Foster Wheeler's warning was leading, and under the law
3       of New York, the law that protected all of us.  It was
4       non-delegable.  They could not rely upon the Navy or
5       anyone else to give that warning.  That was their duty.
6       That was their warning to give.
7            Fiction Number 2.  The Navy would not have
8       allowed Foster Wheeler to warn about asbestos.  That
9       sounds like blame to me, right?  We didn't warn because
10      they wouldn't have allowed us to.  Well, what's the
11      facts?  The facts are that you have these technical
                        Page 175

07-08-08_pokorney.txt

12      manuals that go from 1936 or these military

13      specifications that go from 1936 all of the way up to

14      the 1960's, and, you remember, that Arnold Moore went

15      through those with you, and he understands these

16      manuals.  He's worked with these manuals, and we showed

17      them to you, and if you remember, each of the mill

18      specs had a provision where you could issue new pages.

19      You find out something that can cause injury, that it

20      can cause injury to health.  How difficult is that to

21      issue a new page?

22              The lawyers will come in here and say, those

23      are operating procedures.  Those are operating

24      procedures, not maintenance procedures.  That's more

25      immediate loss of life versus something that is going

          ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                1817


1           Summations - Plaintiff/Block

2       to kill you 20, 30 years later.

3               I mean, you know, is that what got Foster

4       Wheeler hung up?  And, you know, they put cautions in

5       the original manual that had their name on it.  It

6       wasn't a Babcock and Wilcox manual.  They put in a

7       caution about, you know, different things that can

8       cause problems either with the boiler or blow up in

9       1943.

10              In 1965, we see a caution in the Navy manual

11      for Foster Wheeler warning about noxious vapors, not

12      something people sign up for necessarily.  They sign up

13      to fight the enemy, and there is no evidence to suggest

14      that they could not issue those kind of warnings all of

15      the way through this time period.

                        Page 176

07-08-08_pokorney.txt

16          We have a warning plate, a warning plate that
17     could be put all over those metal spots on the boiler
18     that would be noticed by these men that are living with
19     the boiler, and the reason why we put in those military
20     specifications -- and I want to make this clear, the
21     duty to warn is what the Court instructs you on,
22     New York law -- we put those manuals in to show what
23     was the Navy's attitude toward manufacturers being able
24     to give information about safety.  You know, was the
25     Navy this impenetrable fortress where we don't warn
        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1818

1          Summations - Plaintiff/Block
2     manufacturers, giving any information about their
3     products?  No.  The Navy bought thousands and thousands
4     of products and there was a role for manufacturers
5     recognized.
6          I asked Arnold Moore, based upon your
7     personal experience in the Navy, looking at these
8     specifications, could you describe the Navy's attitude
9     toward permitting warnings by manufacturers about the
10     safe hazards associated with the use of the
11     manufacturers equipment?
12          Answer, you'll see that they had, beginning
13     in 1936, that the Navy wanted safety precautions as a
14     key element, one of the three major things they wanted
15     to see in their instruction books for machinery
16     including boilers, and that language intensifies as the
17     years go by.
18          So, it was admitted, not to say, this is the
19     law to apply or whether this manual required a warning,
                        Page 177

07-08-08_pokorney.txt

20        it was admitted to show that the Navy wasn't saying to
21        the manufacturers, no, you can't warn.  No.  They were
22        inviting them to warn.  They could have done it either
23        through technical manuals, they could have done it
24        through warning plates, and it could have and should
25        have done it by any means necessary.  Because the

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1819

1         Summations - Plaintiff/Block
2        hazard was so great, get the word out.  So, the fact
3        is, the Navy required manufacturers to warn, generally,
4        standard way and have no regulation that prevented
5        asbestos warnings.
6                And the proof is in the pudding here.  Foster
7        Wheeler never warned anyone.  So, they certainly can't
8        say, well, gee, it was because of the Navy.  The Navy
9        wouldn't allow it.  No, they just didn't warn.  They
10        didn't warn, period, commercial or Navy.
11                The third fiction with the Navy is that
12        Doug's superiors would not have allowed him to take
13        safety precautions.
14                You clean that boiler.  How many times did we
15        hear that?  You follow orders.  You clean that boiler.
16        Well, yeah, Doug is going to clean the boiler.  The
17        question is, is Doug going to have the information to
18        take safety precautions or not?  And who knows better
19        than Doug whether the people on the Roan would have
20        made sure it can take care of each other.  Any of them
21        knew about the hazard of asbestos?  We were family, he
22        said.  Who could ever forget that testimony?  We were
23        family.

Page 178

07-08-08_pokorney.txt

24          You know, I asked him if a man ranked lower

25      than you and came to you and said, I read in the

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1820

1          Summations - Plaintiff/Block

2      manual -- I read on the boiler that asbestos is

3      dangerous and that I need to avoid creating dust.  You

4      know, I want to wet it down or I want to wear a

5      respirator when I do this particular job.  It looks

6      like a messy job.  Doug said, you know, he wouldn't

7      have stopped anyone lower from doing that, not if it

8      was safety for what I wanted to do.  And he had reason

9      to believe that anyone above him would have stood in

10      his way.  And, you know, when Doug is criticized, we'll

11      talk about this more later, these warnings, this was a

12      tight space and these warnings could have and should

13      have gone out to these men and they could have shared

14      this information because they cared about the safety.

15      They cared about the safety.

16          So, you had out, I don't know, how many eyes

17      in that boiler room to see the warning on a warning

18      plate, to see a warning on a manual, and they are all

19      going to try to protect them.  None of them knew.

20      There is no evidence that any of them knew to help each

21      other out.  They were like family.  They looked out for

22      one another.  None of them were warned, and they put

23      into evidence that, not just Doug, but other boilermen

24      are sick.

25          Do you remember this question, the last

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1821

Page 179

07-08-08_pokorney.txt

1          Summations - Plaintiff/Block
2     question Mr. Fitzpatrick asked Doug Pokorney?  He
3     walked up, gets to about this close to Doug, and he had
4     the audacity to say to Doug: so, the Navy didn't tell
5     you -- you remember, it was like a mocking voice -- so,
6     the Navy didn't tell you, the manufacturers didn't tell
7     you, no one knew a thing about asbestos while you were
8     serving in the Navy, is that what you're trying to tell
9     the jury?  Yes.   Yes.
10          That's the truth.   That's the truth.   The
11     Navy didn't warn him.   The manufacturers didn't warn
12     him, no one on the Roan.   None of the boilermen knew a
13     thing about asbestos.   And they go after Doug.   They
14     accuse him of saying one thing in a statement, you
15     know, to the VA, another thing in a deposition, and it
16     is all consistent.   All of these things are consistent.
17          Doug took the stand.   You evaluated his
18     credibility, and I don't think there is any of you who
19     questioned Doug's honesty, questioned Doug's honor in
20     reporting what happened to him.
21          Doug is innocent in this, completely
22     innocent.   He did his job.   He didn't have the
23     information to protect himself.
24          Where was Foster Wheeler?  They want to go
25     after a guy with mesothelioma.   Where is the corporate
       ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                    1822

1          Summations - Plaintiff/Block
2     executive?  You know, where is someone who, I say,
3     solemnly swears to tell the truth, the whole truth: I

Page 180

07-08-08_pokorney.txt

4          worked for Foster Wheeler in 1962, I went to these

5          meetings, I went to those meetings, or how much -- I

6          reviewed documents, I reviewed memorandum: you know.

7                    Where is all of the memos and minutes where

8          they were talking about asbestos?  And then they point

9          to everybody else.

10                   And this is my personal favorite.  Look at

11         this.  This is Mr. Nadolink questioning Arnold Moore,

12         in the aft, this is the aft that Doug did not serve --

13         there were high pressure air compressors or there was a

14         high pressure compressor that was not in the forward

15         fire room.  So, that is absolutely correct, and this

16         high pressure air compressor, you were able to identify

17         as being manufactured by Worthington and those

18         compressors were also insulated with asbestos.  Well,

19         gee, guess what?  He was in the aft fire room where

20         Doug didn't serve.  Two more Foster Wheeler boilers in

21         the same condition as the one in Doug's boiler room.

22         So, everyone else, but Foster Wheeler, compressor

23         companies, battle companies, pump companies, steam trap

24         companies.

25                   Let me talk a little bit.  I want to do the

           ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                        1823

1                    Summations - Plaintiff/Block

2          damages last.  Let me talk a little bit about some

3          questions you're going to see about these other

4          companies, and you're going to see and you are going to

5          be instructed that there are some other companies on

6          the verdict sheet.  You won't see the Navy on the

7          verdict sheet, but there are some other companies that

Page 181

07-08-08_pokorney.txt

8    are on the verdict sheet.  And you will be asked a

9    series of questions about these other companies and you

10   will see that Foster Wheeler has the same burden that I

11   do in establishing their case against the other

12   companies.

13           Okay.  So, we've gone through my proof on

14   exposure, negligence of Foster Wheeler and substantial

15   factor.  Foster Wheeler has the burden.  The Judge will

16   instruct you, to prove all these things as to these

17   other companies, and I submit to you, ladies and

18   gentlemen, that you haven't heard any evidence really

19   upon which you could place blame on a compressor.

20           Have you heard any evidence about what a

21   compressor is?  Have you heard about any evidence about

22   Doug working with a compressor?  Certainly, in the aft

23   fire room, you know, not -- have you heard any?  You've

24   heard some testimony about valves, and you may find

25   that the valves deserve a certain percentage.  You've

     ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                  1824

1            Summations - Plaintiff/Block

2    heard certain testimony about pumps.  I don't know.  I

3    think the big problem is that you haven't heard any

4    testimony that Doug, when he worked on valves, was

5    working on a particular valve company.

6            Okay.  So, we do have testimony that Doug was

7    exposed to asbestos from valves and pumps.  Okay.  And

8    from a causation standpoint, that those were

9    substantial factors, but, we don't have any evidence

10   like with the boilers being -- we know the boilers were

11   Foster Wheeler boilers because we linked up that

                    Page 182

07-08-08_pokorney.txt

12    particular product with the manufacturer.  You can't

13    just say, well, since Doug worked on valves, you are

14    going to tag a valve company with it.  There has to be

15    some connection between the manufacturer of the

16    products and the particular product here.

17          The other thing is, you have to consider

18    culpability and blame and exposure, and we haven't

19    heard anything about these other companies in terms of

20    when they were formed, in terms of what they knew,

21    whether any of these companies had the actual kind of

22    knowledge that Foster Wheeler had access to through

23    Admiral Mills.  And, so, I want you to take your

24    responsibility just as seriously as you take them with

25    the plaintiff's case.

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1825

1          Summations - Plaintiff/Block

2          Now, we have the burden on our claims, and we

3    took our burden seriously and we brought in evidence to

4    establish all elements of our claim against Foster

5    Wheeler.  Hold Foster Wheeler to the same burden.  Have

6    they proved their case to Delaval?  Do you even

7    recognize the name of that company?  You know, you

8    can't just give them that.  They have to prove their

9    case.  They got to tip the scales ever so slightly

10    their way on those other companies, and you have to

11    hold them to their proofs on those companies.

12          That is the rules.  And another part of the

13    instruction is that what others in industry were doing

14    is not something that can be used as an excuse.  It

15    says here, this is part of your jury instruction.  And

Page 183

07-08-08_pokorney.txt

16        the manufacturer seller may not always rest content

17        with industry practice.  For the industry, you may be

18        lagging behind in its knowledge about its product.  The

19        exercise of reasonable care should be known by that

20        industry, by the product industry standard may be

21        considered, however the state of the art refers to what

22        is reasonably capable of knowledge, not merely industry

23        custom.

24              So, here in New York, under our law, we don't

25        allow a manufacturer to come in court and say, hey, no

          ADAM H.  ALWEIS - OFFICIAL COURT REPORTER

                                                  1826

1              Summations - Plaintiff/Block

2        one else was warning, so let us off.  That is not the

3        law.  You take the facts that you have in this case,

4        and you apply it to the law.

5              You heard so much about Babcock and Wilcox

6        and Gibbs and Cox.  And, remember, this is a failure to

7        warn case.  This is a warnings case, not a product

8        design case.  I don't care if Babcock and Wilcox or

9        Gibbs and Cox or the Navy said the bolts have to be

10       eleven inches or twelve inches, or, you know, the fact

11       that we note that asbestos was specified.  That is how

12       we know that they knew that asbestos would be on the

13       boilers, but the point is that the stuff they were

14       showing you on Babcock and Wilcox and Gibbs and Cox was

15       Foster Wheeler trying to change design specifications,

16       and that was important to the Navy to have all of the

17       boilers designed the same way because, you know, who

18       knows.  If you use an eleven inch bolt versus a twelve

19       inch bolt, it could be broken in half.  If you use a

                    Page 184

07-08-08_pokorney.txt

20      light port, that could make a difference as far as the

21      functionality and design, and they wouldn't work the

22      same.

23              But, there is nothing from Babcock and

24      Wilcox, Gibbs and Cox or the contract that said

25      anything or that prohibited Foster Wheeler from giving

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1827

1       Summations - Plaintiff/Block

2       warnings.  Foster Wheeler never even tried, and Foster

3       Wheeler wants to take no responsibility for these

4       boilers.

5               And, remember, this is 1943.  So, to the

6       extent there is any relevance of Babcock and Wilcox and

7       Gibbs and Cox, that is, from 1943, all of those years

8       up to 1965, those are Foster Wheeler's boilers out

9       there.  That is Foster Wheeler's continuing duty to

10      warn all of the way up through 1965.

11              But, even if we look at 1963, so what?  They

12      were supposed to make the boiler according to a certain

13      specification.  The issue is, why didn't they warn?

14      That is the issue.

15              You know, I don't care if they copied the

16      drawings, you know, which apparently they did.  It

17      doesn't matter.  The issue is their duty to warn, and,

18      in fact, they didn't try to warn, and the evidence that

19      shows that the Navy would not have stood in their way.

20      Babcock and Wilcox and Gibbs and Cox are not to blame.

21      Foster Wheeler has to accept responsibility.

22              I think we've seen a lot of Foster Wheeler

23      wrapping themselves up in the American flag.  Bottom

Page 185

07-08-08_pokorney.txt

24      line, how many times, we won the war.   We helped win

25      the war.

         ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                1828

1           Summations - Plaintiff/Block

2                 Please.   Foster Wheeler made money on those

3       boilers.  Wars present opportunities.   I think we all

4       know that.   Even today, wars present opportunities for

5       companies to make money, to get contracts to sell

6       products.

7                 We hear about the depression, this and that.

8       There is no evidence that Foster Wheeler was ever in

9       depression.   Their business was booming.   Foster

10      Wheeler did not win the war.   Foster Wheeler made money

11      on the war.  I don't begrudge them for that.   Foster

12      Wheeler, obviously, cared a whole lot about their

13      stockholders and about making money.   They obviously

14      didn't care about protecting people.

15                But, they didn't win the war.   Men like Doug

16      did, and women.   Whatever comes against my country,

17      that's what I signed up for.

18                "Is there anything with respect to fighting

19      the enemy that you would not have done for your country

20      as a Navy serviceman?

21                "Not to my knowledge."

22                And we talked about this in jury selection.

23                "Sir, did you know anything about the hazards

24      of asbestos when you signed up to be a boilerman?

25                "Answer, did not.

         ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                1829

                        Page 186

07-08-08_pokorney.txt

1          Summations - Plaintiff/Block
2               "And was that a risk, sir, that you signed up
3      for?
4               "Unknowingly."
5               That was his answer, "unknowingly," and that
6      is the case.  That is the case.  How many deaths are
7      enough, ladies and gentlemen?  We heard it in
8      cross-examination, how many times?
9               Citing 1934, Wood, a hundred deaths from
10     asbestosis.  Only a hundred deaths?  1949, JAMA, only
11     235 deaths, and 31 deaths.  Richard Doll, only 61
12     deaths.
13               And time and again, everyone of my witnesses,
14     Doctor, there is only 3,000 cases of mesothelioma a
15     year?  Do you remember that testimony?  Let's compare
16     that with lung cancer and other forms of cancer.  There
17     is only 3,000 a years, right, Doctor?  How many is
18     enough?  How many boilermen from the Roan is enough?
19     How many?  They made the choice.
20               I think that all of you understand now why I
21     talked about damages so much during jury selection and
22     why I ask you all, if you could base your decision on
23     damages on the evidence and come at it with the
24     willingness to award the type of damages in this case
25     that are appropriate for this type of unthinkable
       ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                              1830

1          Summations - Plaintiff/Block
2      injury.
3               One thing that the judge is going to instruct
4      you on, and I want to spend a lot of time on this, is
                          Page 187

07-08-08_pokorney.txt

5      the loss of the enjoyment of life.  The enjoyment of
6      life is something, in New York, that we hold with such
7      high regard that in a case involving pain and
8      suffering, it is part of the jury instruction that you
9      can consider, and you should consider the loss of
10     enjoyment of life, and I recognize this, that with pain
11     and suffering comes the loss of enjoyment of life, and
12     that is one of the things here that makes the damages
13     so severe is because Doug had a lust for life, and he
14     still has a lust for life.  And Doug and Denise had
15     been married before.  They came together with children
16     and they built a life together.  And Doug lives with
17     Denise and Cody and that is a life that they love.
18     Look at how happy they are.  Even in this situation
19     that is going on now, I think you could see, even on
20     the witness stand, what kind of guy Doug is, and what
21     kind of woman Denise is and what makes them tick and
22     why their life has been so enjoyable and how much they
23     have already lost and how much they are going to lose.
24             The enjoyment of life.  The enjoyment of life
25     at a wedding, moments like this, staying together
        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                        1831


1           Summations - Plaintiff/Block
2      through four years of things changing, being there for
3      someone under circumstances that you didn't really sign
4      up for either.
5             You know, when you fall in love, you have an
6      idea of what you are going through.  How could they
7      have predicted that this was going to happen and that
8      the relationship was going to become so focused on Doug
                        Page 188

07-08-08_pokorney.txt

9       just surviving?

10              The beauty, the simple beauty of Doug's

11      enjoyment of his life is putting up fences in his

12      property, working the horse shoes.  I mean, that so

13      much of that has been taken away from Doug, and Doug

14      didn't come in here and say, I haven't been able to get

15      out of bed, I've been throwing up for the last four

16      years.  You know, he came and said, you know, I've been

17      fighting to get out there and do what I love because

18      that is what makes me tick.

19              And you remember Doug saying that, you know,

20      why do you like -- what is it about shoeing horses that

21      makes you happy, even -- even now, you know, when you

22      have mesothelioma, why is it that you go out and do

23      that?  This one was taken about a month before trial.

24      And he said, if you remember, I think everyone probably

25      remembers, is that there is control there.  You know,

        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                        1832

1               Summations - Plaintiff/Block

2       when Doug is doing his work with the horse shoe, he is

3       calling the shots.  He has control.  He has

4       independence.  He has the pride in his work.  And it is

5       exactly the opposite with the disease.  He feels out of

6       control, and Denise told you that he's afraid of not

7       being able to breathe, and that is just a hell of a

8       thing to live with.

9               That is their nuclear family in that home.

10      Doug has Tricia and Darrell, who he loves very much.

11      Darrell was here one day.  But, this is their nuclear

12      family.  This is another life.  I mean, sometimes you

                        Page 189

07-08-08_pokorney.txt

13          get a couple of lives, you know, and this was another
14          life blooming, you know, blossoming.
15                  And then you have the pain and suffering.
16          And I think that this is on the issue of damages.  This
17          is something that you really should consider.  Because
18          if Doug Pokorney says this, it's true.  I asked him,
19          has the pain that you experienced in 2004, which I
20          believe I described going into the back area and into
21          the chest, he says comes from the back right off your
22          wing of your plate, right straight through to your
23          chest, has that pain ever left in 2004?  No, I live
24          with that pain 24/7.  I mean, I've got it right now,
25          when he was on the witness stand.  It is just a matter

          ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                                        1833

1                  Summations - Plaintiff/Block
2          of, now, with the medicine I take, I can keep it down,
3          down to a dull roar, and some days, sometimes it is
4          better than others.  No, but, no, it is there 24/7.
5                  I submit to you, ladies and gentlemen, from
6          what we heard from the experts, from what we've seen
7          from the x-rays and everything else, a dull roar for
8          Doug Pokorney is excruciating pain to most people.
9          This man is so strong, but if he says he's in pain 24/7
10         for four years, 24/7 for four years, yes, he has done
11         better in terms of life expectancy.  He's unbelievable.
12         His will to live.
13                  You remember Mary Hesdorffer saying that he's
14         twice as strong as any patient that normally would have
15         mesothelioma.  You know, one of the reasons why is
16         because he's so young.  Don't forget, Doug was

                        Page 190

07-08-08_pokorney.txt

17    diagnosed when he was 62.  I mean, so, he was so young
18    and so strong.  So, the pain is there 24/7.
19           Remember what you learned about what Doug has
20    been through already.  The pain and suffering, having
21    to get his chest opened up twice.  We won't show you it
22    again.  You remember what it looked like in his chest.
23    We showed you what it looked like in there and how that
24    asbestos hurt him, how it got in there and hurt him.
25           And we showed you, when Dr. Dexter came in,

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1834

1            Summations - Plaintiff/Block
2     what it looked like in there, and she told you how she
3     had to cut into his chest twice.  You learned about
4     chemotherapy, radiation, and you can't minimize that.
5     I mean, Doug is not going to let it slow him down much,
6     okay, but, chemotherapy, radiation, those are serious
7     things.  The destruction of his ribs, of the sixth rib,
8     and you saw that on the films.
9            I wanted to show you what it looked like on
10    the CT scan.  You heard it described by Doug, by
11    Dr. Moline, by Mary Hesdorffer, and Mary talked about
12    how difficult it is to control bone pain.  There is
13    involvement of Doug's bone.  His is mothy, she said,
14    which means it's got holes in it all over the place.
15           And you heard there is nerves there.  This is
16    a very difficult pain to control and something Doug has
17    lived with for years, the destruction of his ribs.
18           You heard about the brain surgery, and one of
19    the wonderful pieces of testimony that Doug gave in
20    this case was when he realized that he had a problem,

Page 191

07-08-08_pokorney.txt

21    and he was working on the horse, if you remember, and I
22    believe he said that this horse deserves better than
23    me.  You know, he was trying his feet -- he was hitting
24    his feet.  He was trying to hit the shoe and missing.
25    This is Doug.  He's trying to work through a brain

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1835

1         Summations - Plaintiff/Block
2    tumor.  He's trying to work through mesothelioma in his
3    brain.  And he said, this horse deserves better than
4    me.  I don't want to hurt the horse.  I don't want to
5    hurt your horse.  I'm going to go to the hospital; you
6    know.  If only Foster Wheeler would have been that
7    considerate to a human being; you know.
8              The fact that the mesothelioma went to his
9    brain, mesothelioma is a terribly painful cancer.
10   Everyone has said it.  This is maybe the worse cancer
11   you could have as far as pain.
12             You remember the picture that Dr. Abraham
13   showed, the way the mesothelioma grows outward, and he
14   showed you that picture, that he took from mesothelioma
15   on autopsy where you showed this huge tumor,
16   mesothelioma with the lung squished in the middle, the
17   tumor was growing out into the body.
18             But, even behind that, Doug had the
19   additional suffering of having a brain tumor.  You
20   know, they had to drill through his head.  So, this is
21   extraordinary evidence on damages.
22             When you look at the continuum of things that
23   could happen to someone, you know, you could be hit by
24   a car by someone driving down the road, drunk driver,

Page 192

07-08-08_pokorney.txt
25      and you could maybe suffer in a hospital for a week and
        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1836

1       Summations - Plaintiff/Block
2       die, seven days of pain and suffering, four years.  So,
3       in one sense, it is wonderful.  It is wonderful that
4       Doug has survived, and we hope and we pray that he will
5       survive much longer.  But, it also means that we have
6       four years of pain and suffering here in a mesothelioma
7       case here, four years, which is huge, extraordinary.
8              And you heard Dr. Moline give a life
9       expectancy for the future, and she said it was
10      approximately a year.  And we are asking for future
11      pain and suffering in this case, and you'll see there
12      will be a line to record the amount of time that you
13      believe the future pain and suffering will occur for,
14      and I would suggest you put approximately a year.  If
15      you find a little more than a year, if you find a
16      little less than a year, that is your discretion.
17      You're finding the facts in this case.
18             But, Mr. Fitzpatrick is right.  I did go to
19      Mary Hesdorffer.  I don't know if it was two weeks
20      before the trial, and, because I said to myself, how
21      can I show the jury what is going to happen to this
22      man?  Here, Doug is going to walk in, and the guy is
23      still so strong.  I mean, he stood up like a soldier
24      when he gave his testimony, strong back.  I don't agree
25      with him with the weak mind.  I don't agree with that.
        ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1837

07-08-08_pokorney.txt
1            Summations - Plaintiff/Block
2    Strong back and strong mind: you know, but, I said, how
3    are we going to present evidence to the jury so that
4    they can understand what is going to happen to this
5    man?  How can anyone believe that this man may not be
6    here in a year?  How can anyone understand what he's
7    going to go through?
8            And I brought in -- I don't know that I could
9    have found someone more qualified in dealing with
10   mesothelioma patients as they go through the suffering.
11   I mean, Mary Hesdorffer, she is a nurse in a practice
12   that focuses on mesothelioma.  She cares for patients
13   that are being treated for mesothelioma up through the
14   time that they die.  She has published on this issue,
15   both the physical symptoms, and she's also lectured on
16   all of the emotional aspects and the impact on lives.
17           And she's attacked?  I mean, I was going to
18   say in my closing, do you remember how she was attacked
19   when she came in here for having the audacity to tell
20   you the truth about what is going to happen?
21           But, now, I'll say, did you hear that she got
22   attacked again today because she is with the largest
23   mesothelioma foundation in the world that is trying to
24   cure the disease, and because my law firm gave money to
25   it, because we feel the same way?
        ADAM H. ALWEIS - OFFICIAL COURT REPORTER
                                        1838


1            Summations - Plaintiff/Block
2            So, she's attacked, but she told you the
3    truth.  And there is no reason to think that Mary did
4    not tell you like it was.

                    Page 194

07-08-08_pokorney.txt

5        Is she not capable of telling you what is

6     going to happen to a mesothelioma patient because she's

7     only seen several hundred of them as a nurse, because

8     she only speaks to hundreds of them a year now in her

9     position where she's helping people all over the

10    country?

11        Was it bad?  Was it wrong for Doug Pokorney

12    to have the opportunity to speak to Mary, to ask her

13    those questions that he wanted to know about what is

14    going to happen to him?  Does everything have to be

15    about the lawyers and about the experts and about

16    attacking their motives?

17        And I want you to think for a second because

18    I will not utter it because it's been said.  It's been

19    testified to under oath.  There is no contrary

20    evidence, and it doesn't have to be said again in

21    Doug's presence.  Doug wasn't here at the time.  It is

22    not going to be said by me.  But, I want you to think

23    of what Mary said about what is going to happen

24    physically.  I want you to think about what Mary told

25    you about how that physical progression impacts on the

       ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                            1839

1         Summations - Plaintiff/Block

2     lives of Doug and people who have suffered from

3     mesothelioma.  And I want you to think because it is

4     undisputed about what Mary said, the end of Doug's life

5     will be like.  Because that is the evidence, and it is

6     for not for sympathy, but that is because that is the

7     damages.  That is the damages.  That's what justifies

8     the extraordinary damages that are warranted here.

                    Page 195

07-08-08_pokorney.txt

9          It's the evidence.  You have to take that

10    evidence, and you have to base your decision based on

11    the evidence, and, hopefully, Doug, beats the odds

12    more, but there is no other evidence than that in the

13    case, and that's what you have to base it on.

14          We know mesothelioma cannot be cured.  We

15    know that the way it progresses is, it just invades

16    space.

17          Four years.  Four years.  And the award of

18    damages in this case, I want you to be clear on this.

19    This is all of the damages.  Your award for damages is

20    the entire amount to be set down for Doug's injury, for

21    all of his injuries.  This is not the part of the

22    verdict sheet when you look at who is responsible more

23    than others or is anyone responsible except for Foster

24    Wheeler.  All you do here, you value the injury and you

25    don't speculate about some VA claim.  You don't

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1840

1          Summations - Plaintiff/Block

2    speculate about what's happened to any other companies

3    that were sued.

4          This is the time, and if there is anything to

5    be done with that, the Judge deals with that.  This is

6    the time to set forth all of the damages from all of

7    the exposure, all of the pain and suffering caused by

8    whatever you find was caused by and whatever

9    percentages you find.  This is not necessarily what you

10    find that Foster Wheeler should pay.  This is a

11    different part of the verdict sheet.  This is all of

12    the damages.  I can't stress that enough.

07-08-08_pokorney.txt

13           And this is Doug's only day to ever come in
14     court to have the damages valued.  This is it.  We
15     can't bring you guys back in ten months and say, look,
16     this is it.
17           And for the four years of Doug's pain and
18     suffering, four years of what he's been through, living
19     with this, I would suggest to you that an amount of
20     $4 million is reasonable and adequate.  $4 million.
21           And for the future, I would suggest to you
22     that the future, you know what the testimony is, that
23     the future, based upon the evidence, will be worse.
24     Because the future goes right up until when Doug dies,
25     and I would suggest to you that a reasonable amount is
       ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                               1841

1        Summations - Plaintiff/Block
2     $2 million for future.
3           $6 million.  Frankly, I don't think it is --
4     frankly, I don't think it is enough.  But, I don't know
5     what you're thinking.  $6 million for all that pain and
6     suffering, for everything he's going to go through.  I
7     don't think it is enough.  But, I've suggested that
8     amount.
9           I don't want to offend anyone.  I don't know
10    what you're thinking.  That's an amount I've suggested.
11    You may find more.  You may say, look, we've evaluated
12    the evidence.  We know what the value of life is, and
13    the value of the loss of enjoyment of life, that life
14    and pain and suffering, you may say more, you may say
15    less.  It is up to you.  I leave that in your hands.
16           But, it doesn't get anymore severe than this.

                        Page 197

07-08-08_pokorney.txt

17   This is a case at the highest magnitude, the highest
18   magnitude that we can come in here in a civil case and
19   present evidence like this.
20          Look at Doug, Doug's life, his enjoyment of
21   life.  I believe it's a beautiful simplicity the way he
22   works, the way he enjoys life, his family, is worth
23   just as much as some corporate executive who would
24   experience the same disease, go through the same thing.
25          I mean, Doug's pain and suffering, Doug's
         ADAM H. ALWEIS - OFFICIAL COURT REPORTER

                                           1842

1          Summations - Plaintiff/Block
2   loss of enjoyment of life is not worth less because he
3   lives in Ithaca, New York, versus on Fifth Avenue in
4   New York City.  Doug's pain and suffering, his loss of
5   enjoyment of life is worth as much as if it was someone
6   who lives in Beverly Hills.  These are the people, and
7   this is a man to be honored, to be upheld as a model
8   and a life to be celebrated and that life was cut
9   short, and this company, their conduct was a
10   substantial factor in causing his life to be cut short.
11          Ladies and gentlemen, I don't know what to
12   say other than thank you, and I leave the case in your
13   hands.  We truly believe that if you follow the law and
14   you follow the responsibility set forth under New York
15   law, and you combine the evidence in this case, that
16   there is no question that Foster Wheeler has
17   responsibility and that the award of damages should be
18   at the level of the suffering.
19          And we presented the evidence and we give the
20   case to you.  We thank you very much, and we thank you

                        Page 198

07-08-08_pokorney.txt

21      for your deliberations and your hard work and all your

22      sacrifice.

23                  Thank you very much, ladies and gentlemen.

24                  THE COURT:  Thank you, Mr. Block.

25                  Ladies and gentlemen, momentarily, you'll

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1843

1                   Proceedings

2       step down.  We'll reconvene tomorrow, nine o'clock.

3       I'll instruct you to the law, as the facts you find

4       them.  You'll commence your deliberations when you come

5       in tomorrow morning.  The Clerk will give you a sheet,

6       so you can order lunches or get lunches.  I don't know

7       where they order them.  You get lunches probably around

8       12:31, and if you're deliberating, then just keep

9       deliberating while you're eating the lunches.

10                  With that, you must not converse among

11      yourselves or with anyone else upon any subject to do

12      with the trial or form any opinions or express an

13      opinion.  You must keep an open mind.  Don't read,

14      watch or discuss this case with any news media.  Do not

15      visit any premises or do any investigations, internet

16      or library or anywhere else regarding the issues in

17      this case, and you must promptly report to me any

18      incidents within your knowledge of any person you

19      suspect or may suspect as trying to improperly

20      influence any member of the jury.

21                  See you tomorrow at nine, and I hope you

22      enjoyed the donut holes.

23                  (Jury left courtroom at 3:38 p.m.)

24                  (Whereupon, the trial was adjourned to July

Page 199

07-08-08_pokorney.txt

25      9, 2008)

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

1844

1                        Proceedings

2                    *      *      *

3              C E R T I F I C A T E

4          I, Adam H. Alweis, Official Court

5    Reporter, Fifth Judicial District, State of New

6    York, do hereby certify that the foregoing is a true

7    and accurate transcript of my stenographic notes

8    from the proceedings had therein.

9

10                    _____

11                    Adam H. Alweis

12                    Official Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25

ADAM H. ALWEIS - OFFICIAL COURT REPORTER

Page 200