# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 03/27/2012

District Court: C.D. California

Number of Actions: 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL