(AJWx), DISCOVERY, MANADR

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)**
**CIVIL DOCKET FOR CASE #: 2:12-cv-02302-DSF-AJW**
**Internal Use Only**

| | |
|---|---|
| Julio Gomez Jr. et al v. Air and Liquid Systems Corporation et al | Date Filed: 03/19/2012 |
| Assigned to: Judge Dale S. Fischer | Jury Demand: Both |
| Referred to: Magistrate Judge Andrew J. Wistrich | Nature of Suit: 368 P.I. : Asbestos |
| Case in other court: Superior Court of CA, Los Angeles County, BC478776 | Jurisdiction: Federal Question |
| Cause: 28:1441 Notice of Removal - Asbestos Litigation | |

**Plaintiff**

**Julio Gomez, Jr.**
*an individual*

represented by **Benno B Ashrafi**
Weitz & Luxenberg PC
1880 Century Park East Suite 700
Los Angeles, CA 90067
310-247-0921
Fax: 310-786-9927
Email: bashrafi@weitzlux.com
*ATTORNEY TO BE NOTICED*

**Ramin Kermani-Nejad**
Weitz and Luxenberg PC
1880 Century Park East Suite 700
Los Angeles, CA 90067
310-247-0921
Fax: 310-786-9927
Email: rkermani@weitzlux.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Gomez**
*an Individual*

represented by **Benno B Ashrafi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ramin Kermani-Nejad**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Air and Liquid Systems Corporation**
*a subsidiary of Ampco-Pittsburgh Corporation, Individually and as Successor by Merger to Buffalo Pumps, Inc., Individually and as successor in Interest to Buffalo Forge Company*

represented by **Benno B Ashrafi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ramin Kermani-Nejad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aurora Pump Company**

**Defendant**

**Blackmer Pump Company**

**Defendant**

**BW IP Inc.**
*Individually and as successor in Interest to Byron Jackson Pump Co.*

**Defendant**

**CBS Corporation**
*fka Viacom, Inc.., Successor by Merger to CBS Corporation, fka Westinghouse Electric Corporation, as Successor-in-Interest to BF Sturtevant*

**Defendant**

**Crane Co.**           represented by   **Bradley William Gunning**
K & L Gates LLP
10100 Santa Monica Boulevard 7th Floor
Los Angeles, CA 90067
310-552-5000
Fax: 310-552-5001
Email: brad.gunning@klgates.com
*ATTORNEY TO BE NOTICED*

**Geoffrey M Davis**
K and L Gates LLP
ATTORNEY HAS NOT CONSENTED TO ELECTRONIC
SERVICE
10100 Santa Monica Boulevard 7th Floor
Los Angeles, CA 90067
310-552-5000
Fax: 310-552-5001
*ATTORNEY TO BE NOTICED*

**Stephen Pavel Farkas**
K and L Gates LLP
10100 Santa Monica Boulevard 7th Floor
Los Angeles, CA 90067
310-552-5000
Fax: 310-552-5001
Email: stephen.farkas@klgates.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dana Companies, LLC**
*fka and Individually and as Successor-in-Interest to Victor*
*Corporation, Victor Gaskets and Victor Manufacturing and*
*Gasket Company*

**Defendant**

**FMC Corporation**
*Individually and as Successor-in-Interest to Northern Pump*
*Company, fka Northern Fire Apparatus Company, Chicago*
*Pump Company and Peerless Pump Company*

**Defendant**

**Foster Wheeler, LLC**
*aka and Individually and as Successor in Interest to Foster*
*Wheeler Corporation and Foster Wheeler Energy Corporation*

**Defendant**

**Gardner Denver, Inc.**
*fka Gardner Denver Machinery, Inc.*

**Defendant**

**General Electric Company**

**Defendant**

**Goodyear Tire and Rubber Company**     represented by   **Elan N Stone**
Lewis Brisbois Bisgaard and Smith LLP
221 N Figueroa Street Suite 1200
Los Angeles, CA 90012
213-250-1800
Fax: 213-580-7942
Email: estone@lbbslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Goulds Pumps Inc.**

**Defendant**

**Hill Brothers Chemical Company**

**Defendant**

**IMO Industries, Inc.**
*Individually and as successor-in-Interest to Delaval Steam Turbine Company*

**Defendant**

**Ingersoll-Rand Company**

**Defendant**

**J.T. Thorpe and Son, Inc.**

**Defendant**

**John Crane, Inc.**

**Defendant**

**Metalclad Insulation Corporation**

**Defendant**

**Sterling Fluid Systems USA, LLC**
*fka Peerless Pump Co.*

**Defendant**

**SYD Carpenter Marine Contractor, Inc.**

**Defendant**

**The Nash Engineering Company**

**Defendant**

**Thomas Dee Engineering Co., Inc.**

**Defendant**

**Triple A Machine Shop, Inc.**

**Defendant**

**Warren Pumps, LLC**
*fka Warren Pumps, Inc., Individually and as Successor-in-interest to Quimby Pump Company*

**Defendant**

**Weir Valves and Controls USA, Inc.**
*fka and Individually and as Successor in Interest to Atwood and Morril*

**Defendant**

**Yarway Corporation**

**Defendant**

**Does**
*1 through 400, Inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2012 | 1 | NOTICE OF REMOVAL from the Superior Court of CA, Los Angeles County, case number BC478776 with CONFORMED copies of summons and complaint. Case assigned to Judge John A Kronstadt, discovery to Magistrate Judge Andrew J. Wistrich; (Filing fee $ 350 PAID ); filed by defendant Crane Co.(esa) (Additional attachment(s) added on 3/21/2012: # 1 Part 2, # 2 Part 3, # 3 Part 4) (mg). (Additional attachment(s) added on 3/21/2012: # 4 Part 5.1, # 5 Part 5.2) (mg). (Additional attachment(s) added on 3/21/2012: # 6 Part 6.1, # 7 Part 6.2) (mg). (Additional attachment(s) added on 3/21/2012: # 8 Part 7.1, # 9 Part 7.2) (mg). (Additional attachment(s) added on 3/21/2012: # 10 Part 8.1, # 11 Part 8.2) (mg). (Entered: 03/21/2012) |
| 03/19/2012 | 2 | CERTIFICATION OF INTERESTED PARTIES filed by defendant Crane Co., identifying Other Affiliate The Crane Fund for Crane Co. (esa) (mg). (Entered: 03/21/2012) |
| 03/19/2012 | 3 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed.(esa) (Entered: 03/21/2012) |
| 03/23/2012 | 4 | ORDER TO REASSIGN CASE due to self-recusal pursuant to General Order 08-05 by Judge John A Kronstadt. Case transferred from Judge John A Kronstadt to the calendar of Judge Christina A. Snyder for all further proceedings. Case number now reads as CV 12-02302 CAS(AJWx). (rn) (Entered: 03/23/2012) |

| 03/26/2012 | 5 | ORDER TO REASSIGN CASE due to self-recusal pursuant to General Order 08-05 by Judge Christina A. Snyder. Case transferred from Judge Christina A. Snyder to the calendar of Judge Dale S. Fischer for all further proceedings. Case number now reads as CV 12-02302 DSF(AJWx). (rn) (Entered: 03/26/2012) |
| 03/27/2012 | 6 | NOTICE OF FILING STATE COURT ANSWER TO PLAINTIFFS' COMPLAINT filed by DEFENDANT Goodyear Tire and Rubber Company. (Attachments: # 1 Exhibit, # 2 Exhibit)(Stone, Elan) (Entered: 03/27/2012) |
| 03/27/2012 | 7 | DISCLOSURE of OF INTERESTED PARTIES re Notice (Other) 6 OF FILING STATE COURT ANSWER filed by Defendant Goodyear Tire and Rubber Company (Stone, Elan) (Entered: 03/27/2012) |
| 03/27/2012 | 8 | NOTICE of Appearance filed by attorney Elan N Stone on behalf of Defendant Goodyear Tire and Rubber Company (Stone, Elan) (Entered: 03/27/2012) |
| 03/27/2012 | | TEXT ONLY ENTRY: INITIAL STANDING ORDER FOR CASES ASSIGNED TO JUDGE DALE S. FISCHER. The Court refers counsel the Courts Standing Order found on the Courts website under Judge Fischers Procedures and Schedules. Read the Order carefully. It governs this case and differs in some respects from the Local Rules. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY.(dp) TEXT ONLY ENTRY (Entered: 03/27/2012) |

| | |
|---|---|
| 1 | **K&L GATES** LLP<br>10100 Santa Monica Boulevard<br>Seventh Floor |
| 2 | Los Angeles, California 90067<br>Telephone: 310.552.5000 |
| 3 | Facsimile: 310.552.5001 |
| 4 | |
| 5 | Geoffrey M. Davis (SBN 214692)<br>Stephen P. Farkas (SBN 234060) |
| 6 | Bradley W. Gunning (SBN 251732) |
| 7 | Attorneys for Defendant **CRANE CO.** |

FILED<br>
CLERK U.S. DISTRICT COURT<br>
CENTRAL DIST. OF CALIF.<br>
LOS ANGELES<br>
2012 MAR 19 PM 1:47<br>
BY: ___

8
## UNITED STATES DISTRICT COURT

9
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | JULIO GOMEZ, JR., an<br>Individual; and SHARON | Case No. **CV 12-2302 - JAK** (AJWx) |
| 11 | GOMEZ, an Individual, | |
| 12 | Plaintiff, | (Superior Court of the State of<br>California for the County of Los<br>Angeles – Case No. BC478776; JCCP |
| 13 | v. | Case No. 4674) |
| 14 | AIR & LIQUID SYSTEMS<br>CORPORATION, a subsidiary of | **NOTICE OF REMOVAL** |
| 15 | AMPCO-PITTSBURGH<br>CORPORATION, Individually and as | |
| 16 | Successor by Merger to BUFFALO<br>PUMPS, INC., Individually and as | |
| 17 | successor in Interest to BUFFALO<br>FORGE COMPANY; | |
| 18 | AURORA PUMP COMPANY;<br>BLACKMER PUMP COMPANY; | |
| 19 | BW/IP INC., Individually and as<br>successor in Interest to BYRON | |
| 20 | JACKSON PUMP CO.;<br>CBS CORPORATION, f/k/a | |
| 21 | VIACOM, INC., Successor by<br>Merger to CBS CORPORATION, | |
| 22 | f/k/a WESTINGHOUSE ELECTRIC<br>CORPORATION, as Successor-in- | |
| 23 | Interest to BF STURTEVANT;<br>CRANE CO.; | |
| 24 | DANA COMPANIES, LLC, f/k/a<br>and Individually and as Successor-in- | |
| 25 | Interest to VICTOR<br>CORPORATION, VICTOR | |
| 26 | GASKETS and VICTOR<br>MANUFACTURING and GASKET | |
| 27 | COMPANY;<br>FMC CORPORATION, | |
| 28 | Individually and as Successor-in<br>Interest to NORTHERN PUMP | |

NOTICE OF FILING OF NOTICE OF REMOVAL

COMPANY, f/k/a NORTHERN
FIRE APPARATUS COMPANY,
CHICAGO PUMP COMPANY and
PEERLESS PUMP COMPANY;
**FOSTER WHEELER, LLC,** a/k/a
and Individually and as Successor in
Interest to FOSTER WHEELER
CORPORATION and FOSTER
WHEELER ENERGY
CORPORATION;
**GARDNER DENVER, INC.,** f/k/a
GARDNER DENVER
MACHINERY, INC.;
**GENERAL ELECTRIC
COMPANY;
GOODYEAR TIRE & RUBBER
COMPANY;
GOULDS PUMPS INC.;
HILL BROTHERS CHEMICAL
COMPANY;
IMO INDUSTRIES, INC.,**
Individually and as successor-in-
Interest to DELAVAL STEAM
TURBINE COMPANY;
**INGERSOLL-RAND COMPANY;
J.T. THORPE & SON, INC.;
JOHN CRANE, INC.;
METALCLAD INSULATION
CORPORATION;
STERLING FLUID SYSTEMS
(USA), LLC,** f/k/a PEERLESS
PUMP CO.;
**SYD CARPENTER MARINE
CONTRACTOR, INC.;
THE NASH ENGINEERING
COMPANY;
THOMAS DEE ENGINEERING
CO., INC.
TRIPLE A MACHINE SHOP,
INC.
WARREN PUMPS, LLC,** f/k/a
WARREN PUMPS, INC.,
Individually and as Successor-in-
interest to QUIMBY PUMP
COMPANY;
**WEIR VALVES & CONTROLS
USA, INC.,** f/k/a and Individually
and as Successor in Interest to
ATWOOD & MORRIL;
**YARWAY CORPORATION;**
And DOES 1 through 400, Inclusive,

**Defendants.**

Defendant Crane Co. hereby removes this action from the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Central District of California based upon federal officer jurisdiction pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

Crane Co. provides the following short and plain statement of the grounds for removal:

1.      On or about February 15, 2012, plaintiff initiated a civil action entitled *Julio Gomez, Jr. et al., v. Air & Liquid Systems Corporation, et al.*, Civil Action No. BC 478776 in the Superior Court of the State of California for the County of Los Angeles. A copy of the Complaint is attached hereto as Exhibit 1.

2.      The complaint alleges, *inter alia*, that Julio Gomez, Jr. ("Mr. Gomez") was exposed to asbestos and asbestos-containing products aboard US Navy ships while serving as a Machinist in the Navy aboard the and while working as a civilian shipyard machinist. *See* Exhibit 1, at pp. 4-6, ¶¶ 6 and 10. Mr. Gomez alleges that he was exposed to asbestos and asbestos-containing products aboard the USS Cunningham and USS Glacier. *Id.* The complaint does not contain specific allegations regarding Mr. Gomez's exposure to Crane Co. products.

3.      On February 17, 2012, Crane Co. was served with the complaint.

4.      Crane Co.'s Notice of Removal is timely pursuant to 28 U.S.C § 1446(b) and Fed. R. Civ. P. 6(a)(1)(C) because Crane Co. is filing this Notice of Removal within thirty (30) days of receipt, through service, of a copy of the initial pleading setting forth the claim for relief.

5.      Removal to the United States District Court for the Central District of California is proper under 28 U.S.C. § 1441(a) because the Complaint was filed in the Superior Court of the State of California for the County of Los Angeles, which is located within the jurisdiction of this District.

6.      Removal is proper under the federal officer removal statute, 28 U.S.C. § 1442(a)(1), which provides for removal when a defendant is sued for acts undertaken

---

**NOTICE OF FILING OF NOTICE OF REMOVAL**

at the direction of a federal officer.  Removal is appropriate under this provision, where the removing defendant establishes that:

> (1)    the defendant is a person under the statute;
>
> (2)    the defendant was acting under the direction of a federal officer when it engaged in the allegedly tortious conduct;
>
> (3)    there is a causal nexus between the plaintiff's claims and the defendant's actions under federal direction; and
>
> (4)    the defendant has raised a colorable defense based upon federal law.

*See Mesa v. California*, 489 U.S. 121, 124-25, 129-31, 134-35 (1989).  A "person" includes a corporation.  *See Winters v. Diamond Shamrock Co.*, 149 F.3d 387, 398 (5th Cir. 1998); *Fung v. Abex Corp.*, 816 F. Supp. 569, 572 (N.D. Cal. 1992).  Crane Co. meets all four elements and therefore is entitled to remove this action pursuant to the federal officer removal statute.

      7.       With respect to the second element for federal officer removal, Crane Co. was acting under the direction of the Navy within the meaning of 28 U.S.C. § 1442(a)(1) in the design, manufacture, and sale of its valves for and to the Navy. Crane Co. valves were designed and manufactured pursuant to precise contracts and specifications approved by the Navy.  *See* Affidavit of Anthony D. Pantaleoni ("Pantaleoni Aff."), at ¶¶ 5-6, attached hereto as Exhibit 2; Affidavit of David P. Sargent ("Sargent Aff."), at ¶¶ 22-32, attached hereto as Exhibit 3.  Since the 1950's, the Navy issued Military Specifications (MILSPECs) for various equipment, including valves of the type manufactured by Crane Co., and certain MILSPECs required that internal gaskets in the valves be "asbestos sheet gaskets."  Sargent Aff., at ¶¶ 26-27, and 32.  Moreover, compliance with the specifications for equipment to be used on Navy ships was directly monitored by Naval Machinery Inspectors. Sargent Aff., at ¶ 29.  Unless Crane Co. equipment was first determined to be in

1  conformity with all applicable Navy specifications, it could not be installed aboard
2  Navy ships. Sargent Aff., at ¶ 29. Thus, given the Navy's direct and detailed control
3  over the design and manufacture of Crane Co. valves, Crane Co. has met this element.
4    8.    In light of the specific direction and strict control of the Navy over the
5  design and manufacture of Crane Co. valves detailed above, there exists a strong
6  causal nexus between plaintiffs' claims and Crane Co.'s actions, thereby meeting the
7  third element. *Winters*, 149 F.3d at 400 (holding, in a product liability context, the
8  causal nexus test is met when the government (1) provided specifications for product
9  composition, warnings and delivery, (2) compelled the defendant's manufacture of the
10 product, and (3) supervised the defendant's actions). Plaintiffs' claims against Crane
11 Co. depend solely on the actions taken by Crane Co. in accordance and compliance
12 with directions from the Navy.
13    9.    With respect to the fourth element, Crane Co.'s government contractor
14 defense is a colorable federal defense to plaintiff's claims. As set forth in the product
15 liability/design defect context by the Supreme Court of the United States in *Boyle v.*
16 *United Technologies Corp.*, 487 U.S. 500, 512 (1988), the government contractor
17 defense applies when: (1) the United States approved reasonably precise
18 specifications; (2) the equipment conformed to those specifications; and (3) the
19 supplier warned the United States about the dangers in the use of the equipment that
20 were known to the supplier but not to the United States. *See e.g. Hagen v. Benjamin*
21 *Foster*, 739 F. Supp. 2d 770, 783 (MDL No. 875 2010) (finding that removal is
22 appropriate under § 1442(a)(1) when "defendant identifies facts which, in the light
23 most favorable to the defendant, entitle him or her to a complete defense."); *In re*
24 *Asbestos Products Liability Litigation (No. VI)*, 2011 WL 925414, at *4-6 (MDL No.
25 875 March 16, 2011); *Stone v. Various Defendants*, No. 2:09-cv-93726-ER, at 3 n.1
26 (MDL No. 875 March 22, 2011); *Neubrand v. Various Defendants*, No. 2:10-78901,
27 at 2-3 n.1 (MDL No. 875  Feb. 3, 2011); *Rabovsky v. Air & Liquid Systems*, No. 10-
28 3202 (MDL No. 875 July 28, 2011); *Constantinides v. Alfa Laval*, No. 09-70613 (E.D.

1  Pa. July 28, 2011); *Floyd v. Air & Liquid Systems*, No. 10-69379 (MDL No. 875 July

2  29, 2011).

3       10.    At this stage, Crane Co. is not required to "virtually win [its] case" to

4  remove the action, merely to show that its federal defense has some basis in law and

5  fact. *Jefferson County v. Acker*, 527 U.S. 423, 431 (1999); *Mesa*, 489 U.S. at 128;

6  *Fung v. Abex Corp.*, 816 F. Supp. 569, 573 (N.D. Cal. 1992).

7       11.    Pursuant to the government contractor defense, Crane Co. cannot be liable

8  under state law for any injuries caused by Crane Co. valves (or any other products)

9  aboard a Navy ship. As detailed above, the Navy provided Crane Co. with precise

10  specifications regarding its valves and Crane Co. delivered valves that confirmed to

11  those specifications. Sargent Aff. at ¶¶ 23-32; Pantaleoni Aff. at ¶¶ 5-6. The Navy, as

12  one of the leaders in industrial hygiene state of the art, possessed knowledge regarding

13  the hazards of asbestos equal to or superior to its equipment suppliers, such as Crane

14  Co. *See* Affidavit of Samuel A. Forman ("Forman Aff."), at ¶¶ 21-23, attached hereto

15  as Exhibit 4. Dr. Forman further testified, he has "not located a single instance in

16  which the Navy, at any time period relevant to this case, instructed or permitted a

17  supplier of equipment, such as valves, to a vessel or facility to affix or provide any

18  asbestos-related warning with its equipment." Forman Aff., at ¶¶ 62-73. Thus, Crane

19  Co. has a colorable claim that it is entitled to immunity from state tort law in this

20  action under the federal government contractor defense.

21       12.    Nevertheless, in the past, asbestos plaintiffs have sought to avoid removal

22  to federal court in circumstances like these by relying upon opinions that address the

23  government contractor defense in the context of strict liability/failure-to-warn claims.

24  The United States Court of Appeals for the Ninth Circuit issued its opinion in *Getz v.*

25  *The Boeing Company*, which rejects such a narrowed application of the government

26  contractor defense in failure to warn claims. *Getz v. The Boeing Co.*, 654 F.3d 852,

27  867 (9th Cir. Aug. 2, 2011) (rejecting the notion that *In re Hawaii Fed. Asbestos*

28  *Cases*, 960 F.2d 806 (9th Cir. 1992) requires a government prohibition of warnings

**NOTICE OF FILING OF NOTICE OF REMOVAL**

and holding that to limit a failure to warn government contractor defense "to those
instances where the government forbids additional warning or dictates the precise
contents of a warning would be inconsistent with the [Supreme] Court's decision in
*Boyle*").

13.     Given the proof of significant Navy control over the warnings in
conjunction with the Navy's significant knowledge of asbestos hazards, Crane Co. has
established a colorable government contractor defense to plaintiffs' failure-to-warn
claim, as well as their design-defect claim.

14.     Federal officer removal should be interpreted broadly. *Durham v.
Lockheed Martin Corp.*, 445 F.3d 1247, 1253 (9th Cir. 2006) (holding that "the
Supreme Court has mandated a generous interpretation of the federal officer removal
statute"). Indeed, the United States Supreme Court has held that "the right of removal
is absolute for conduct performed under color of federal office" such that the policy
favoring removal "should not be frustrated by a narrow, grudging interpretation of §
1442(a)(1)." *Arizona v. Manypenny*, 451 U.S. 232, 242 (U.S. 1981) (marks omitted);
*Camacho v. Autoridad de Telefonos de Puerto Rico*, 868 F.2d 482, 487 (1st Cir. 1989);
*Harris v. Rapid Am. Corp.*, 532 F. Supp. 2d 1001, 1004 (N.D. Ill. 2007); *Hagen*, 739
F. Supp. 2d at 783 ("For policy reasons, Congress has erected a road to federal court
for litigants who can invoke a federal defense. It is not the Court's role to impose
judicially created tolls on those who seek to travel on it.")

15.     Crane Co. is not required to obtain the consent of any other defendants in
this action to remove this action in its entirety under § 1442(a)(1). *See Ely Valley
Mines, Inc. v. Hartford Acc. & Indem. Co.*, 644 F.2d 1310, 1314 (9th Cir. 1981); *see
also Akin v. Ashland Chem. Co.*, 156 F.3d 1030, 1034 (10th Cir. 1998).

16.     If plaintiffs file a motion to remand this action, Crane Co. respectfully
requests an opportunity to respond more fully in a supplemental memorandum.

17.     As required by § 1446(a), true and correct copies of all process, pleadings,
and orders served upon Crane Co. are being filed herewith.

18.    Pursuant to 28 U.S.C. § 1446(d), Defendant Crane Co. is filing written notice of this Notice of Removal with the Superior Court of the State of California for the County of Los Angeles concurrently with the filing of this Notice of Removal, and will serve the same on counsel of record.  A copy of the Notice of Filing Notice of Removal, in the form in which it will be filed and served, is attached hereto as Exhibit 5.

19.    WHEREFORE, Defendant Crane Co. requests that this Court assume jurisdiction over this matter on removal from the Superior Court of the State of California for the County of Los Angeles.

Dated:  March 19, 2012          By:  _____

                                     Bradley W. Gunning
                                     Attorneys for Defendant
                                     CRANE CO.

**DEMAND FOR JURY TRIAL**

Crane Co. hereby demands a trial by jury in the above-entitled action.

Dated: March 19, 2012

By: _____

Bradley W. Gunning
Attorneys for Defendant
CRANE CO.

# EXHIBIT 1

Benno Ashrafi, Esq. (CSBN 247623)
Ramin Kermani-Nejad (CSBN 268070)
WEITZ & LUXENBERG, P.C.
1880 Century Park East, Suite 700
Los Angeles, California 90067
Tel.: (310) 247-0921
Fax: (310) 786-9927
Attorneys for Plaintiffs

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

FEB 15 2012

John A. Clarke, Executive Officer/ Clerk
By: Moses Soto, Deputy

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

JULIO GOMEZ, JR., an individual; and
SHARON GOMEZ, an individual;

        Plaintiffs,

v.

AIR & LIQUID SYSTEMS
CORPORATION, a subsidiary of AMPCO-
PITTSBURGH CORPORATION, individually
and as successor by merger to BUFFALO
PUMPS, INC., individually and as successor in
interest to BUFFALO FORGE COMPANY;
AURORA PUMP COMPANY;
BLACKMER PUMP COMPANY;
BW/IP INC., individually and as successor in
interest to BYRON JACKSON PUMP CO.;
CBS CORPORATION f/k/a VIACOM,
INC., successor by merger to CBS
CORPORATION f/k/a WESTINGHOUSE
ELECTRIC CORPORATION as successor in
interest to BF STURTEVANT;
CRANE CO.;
DANA COMPANIES LLC, f/k/a and
individually and as successor in interest to
VICTOR CORPORATION, VICTOR
GASKETS and VICTOR
MANUFACTURING AND GASKET
COMPANY;
FMC CORPORATION, individually and as

CASE NO. **BC478776**

[COMPLEX ASBESTOS LITIGATION –
SUBJECT TO THE GENERAL ORDERS
CONTAINED IN FILE NO: C 700 000]

**PLAINTIFFS' COMPLAINT FOR DAMAGES**

1. **NEGLIGENCE**

2. **BREACH OF EXPRESS AND
   IMPLIED WARRANTIES**

3. **STRICT LIABILITY**

4. **PREMISES OWNER/
   CONTRACTOR LIABILITY**

5. **LOSS OF CONSORTIUM**

**DEMAND FOR JURY TRIAL**

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

– 1 –

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICE
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

1  successor in interest to NORTHERN PUMP
COMPANY f/k/a NORTHERN FIRE
2  APPARATUS COMPANY, CHICAGO
PUMP COMPANY and PEERLESS PUMP
3  COMPANY;
FOSTER WHEELER, LLC, a/k/a and
4  individually and as successor in interest to
FOSTER WHEELER CORPORATION and
5  FOSTER WHEELER ENERGY
CORPORATION;
6  GARDNER DENVER, INC., f/k/a
GARDNER DENVER MACHINERY, INC.;
7  GENERAL ELECTRIC COMPANY;
GOODYEAR TIRE & RUBBER
8  COMPANY;
GOULDS PUMPS, INC.;
9  HILL BROTHERS CHEMICAL
COMPANY;
10 IMO INDUSTRIES, INC., individually and
as successor in interest to DELAVAL STEAM
11 TURBINE COMPANY;
INGERSOLL-RAND COMPANY;
12 J.T. THORPE & SON, INC.;
JOHN CRANE, INC.;
13 METALCLAD INSULATION
CORPORATION;
14 STERLING FLUID SYSTEMS (USA),
LLC, f/k/a PEERLESS PUMP CO.;
15 SYD CARPENTER, MARINE
CONTRACTOR, INC.;
16 THE NASH ENGINEERING COMPANY;
THOMAS DEE ENGINEERING CO.,
17 INC.;
TRIPLE A MACHINE SHOP, INC;
18 WARREN PUMPS, LLC, f/k/a WARREN
PUMPS, INC., individually and as successor in
19 interest to QUIMBY PUMP COMPANY;
WEIR VALVES & CONTROLS USA,
20 INC., f/k/a and individually and as successor
in interest to ATWOOD & MORRILL;
21 YARWAY CORPORATION;
and DOES 1 through 400, inclusive,
22

23

24

25                    Defendants.

26

27

28

-2-

Defendants.

COMES NOW, Plaintiffs JULIO GOMEZ, JR. and SHARON GOMEZ for causes of action against defendants and DOES 1 through 400, and each of them, inclusive, who file this Complaint and alleges as follows:

## GENERAL ALLEGATIONS

1.     The true names and/or capacities, whether individual, corporate, partnership, associate, governmental, or otherwise, of defendant DOES 1 through 400, inclusive, are unknown to plaintiffs at this time, who therefore sue said defendants by such fictitious names. Plaintiffs are informed and believe, and thereon allege, that each defendant designated herein as a DOE caused injuries and damages proximately thereby to plaintiffs as hereinafter alleged; and that each DOE defendant is liable to the plaintiffs for the acts and omissions alleged herein below, and the resulting injuries to plaintiffs, and damages sustained by the plaintiffs. Plaintiffs will amend this complaint to allege the true names and capacities of said DOE defendants when that same is ascertained.

2.     Plaintiffs are informed and believe, and thereon allege, that at all times herein mentioned, each of the defendants and each of the DOE defendants were the agent, servant, employee and/or joint venturer of the other co-defendants and other DOE defendants, and each of them, and at all said times, each defendant and each DOE defendant was acting in the full course, scope and authority of said agency, service, employment and/or joint venture.

3.     Plaintiffs are informed and believe, and thereon allege, that all times mentioned herein, defendants and DOES 1 through 400, and each of them, inclusive, were also known as, formerly known as and/or were the successors and/or predecessors in interest/business/product line/or a portion thereof, assigns, a parent, a subsidiary (wholly or partially owned by, or the whole or partial owner), affiliate, partner, co-venturer, merged company, alter egos, agents, equitable trustees and/or fiduciaries of and/or were members in an entity or entities engaged in the funding, researching, studying, manufacturing, fabricating, designing, developing, labeling, assembling, distributing, supplying, leasing, buying, offering for sale, selling, inspecting, servicing, repairing, installing, demolishing, contracting for installation, contracting others to install, repairing,

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

-3-

1    marketing, warranting, rebranding, manufacturing for others, packaging and advertising a certain

2    substance, the generic name of which is asbestos, and/or other products, components and assemblies

3    containing said substance (hereafter "alternate entities"). Defendants and DOES 1 through 400, and

4    each of them, inclusive, are liable for the acts, omissions and tortious conduct of its successors

5    and/or predecessors in interest/business/product line/or a portion thereof, assigns, parent, subsidiary,

6    affiliate, partner, co-venturer, merged company, alter ego, agent, equitable trustee, fiduciary and/or

7    its alternate entities in that defendants and DOES 1 through 400, and each of them, inclusive, enjoy

8    the goodwill originally attached to each such alternate entity, acquired the assets or product line (or

9    portion thereof), and in that there has been a virtual destruction of plaintiffs' remedy against each

10   such alternate entity, and that each such defendant has the ability to assume the risk spreading role of

11   each such alternate entity.

12       4.     Plaintiffs are informed and believe, and thereon allege, that at all times herein

13   mentioned, that defendants and DOES 1 through 400, and each of them, inclusive, were and are

14   corporations organized and existing under the laws of the State of California or the laws of some

15   state or foreign jurisdiction; that each of the said defendants and DOE defendants were and are

16   authorized to do and are doing business in the State of California and regularly conducted business

17   in the County of Los Angeles.

18       5.     This lawsuit is brought strictly and solely upon California State law, and every claim

19   arising under the Constitution, treaties, or laws of the United States is expressly disclaimed

20   (including any claim arising from an act or omission on a federal enclave, or of any officer of the

21   U.S. or any agency or person acting under him occurring under color of such office). No claim of

22   admiralty or maritime law is raised.

23       6.     Plaintiff JULIO GOMEZ, JR. was a worker and end user, including but not limited to,

24   a Machinist in the Navy aboard the USS Cunningham as well as a civilian Machinist on various

25   ships including, but not limited to, the USS Glacier who at various locations, including within the

26   State of California, used, handled or was otherwise exposed to asbestos, asbestos containing

27   products and/or products designed to be used in association with asbestos products of, and/or on or

28   about the premises of, defendants and DOES 1 through 400, and each of them, inclusive.

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

- 4 -

1　lung diseases caused by cumulative inhalation of asbestos fibers without perceptible trauma and that

2　said diseases result from exposure to asbestos and asbestos products over a period of time.

3　　　　8.　　As set forth herein this complaint, and as a result of plaintiff JULIO GOMEZ, JR.'s

4　asbestos exposure to the products of and/or on the premises of defendants and DOES 1 through 400,

5　and each of them, inclusive, plaintiff JULIO GOMEZ, JR. was diagnosed with mesothelioma on or

6　around August 2011, which is life threatening, debilitating and likely terminal, and plaintiff

7　continues to endure great physical pain and suffering, mental anguish, loss of enjoyment of life and

8　the loss of earnings, earning capacity and attendant medical expenses; and as a result, plaintiff

9　SHARON GOMEZ has suffered from the loss of love, comfort, society, attention of, and the loss of

10　services and support of, JULIO GOMEZ, JR.; all to the plaintiffs' general and special damage in

11　excess of the jurisdictional limits of the unlimited Court.

## FIRST CAUSE OF ACTION

### NEGLIGENCE

### (Against All Product Defendants and DOES 1 through 200)

15　　　　9.　　Plaintiffs re-allege and incorporate here by reference, as though fully set forth at

16　length herein, all of the allegations of paragraphs 1 through 8 above, inclusive.

17　　　　10.　　Plaintiff JULIO GOMEZ, JR. was a worker and end user including but not limited to,

18　a Machinist in the Navy aboard the USS Cunningham as well as a civilian Machinist on various

19　ships including, but not limited to, the USS Glacier who at various locations, including within the

20　State of California, who used, handled or was otherwise exposed to asbestos, asbestos containing

21　products and/or products designed to be used in association with asbestos products of, including, but

22　not limited to: **AIR & LIQUID SYSTEMS CORPORATION**, a subsidiary of AMPCO-

23　PITTSBURGH CORPORATION, individually and as successor by merger to BUFFALO PUMPS,

24　INC., individually and as successor in interest to BUFFALO FORGE COMPANY (for Buffalo

25　pumps); **AURORA PUMP COMPANY** (for pumps); **BLACKMER PUMP COMPANY** (for

26　·pumps); **BW/IP INC.**, individually and as successor in interest to BYRON JACKSON PUMP CO.

27　(for pumps and turbines); **CBS CORPORATION f/k/a VIACOM, INC.**, successor by merger to

28　CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION as successor in

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

- 5 -

1  (for pumps and turbines); **CBS CORPORATION** f/k/a VIACOM, INC., successor by merger to

2  CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION as successor in

3  interest to BF STURTEVANT (for heaters, turbines, ship's service generators and forced draft

4  blowers; and BF Sturtevant high pressure air compressors and turbines); **CRANE CO.** (for valves,

5  gaskets and packing); **DANA COMPANIES LLC**, f/k/a and individually and as successor in

6  interest to VICTOR CORPORATION, VICTOR GASKETS and VICTOR MANUFACTURING

7  AND GASKET COMPANY (for gaskets); **FMC CORPORATION**, individually and as successor

8  in interest to NORTHERN PUMP COMPANY f/k/a NORTHERN FIRE APPARATUS

9  COMPANY, CHICAGO PUMP COMPANY and PEERLESS PUMP COMPANY (for Northern

10  pumps, Chicago pumps, Peerless pumps); **FOSTER WHEELER, LLC**, a/k/a and individually and

11  as successor in interest to FOSTER WHEELER CORPORATION and FOSTER WHEELER

12  ENERGY CORPORATION (for boilers, condensers, economizers and generators); **GARDNER**

13  **DENVER, INC.**, f/k/a GARDNER DENVER MACHINERY, INC. (for pumps); **GENERAL**

14  **ELECTRIC COMPANY** (for turbines, pumps and generators); **GOODYEAR TIRE & RUBBER**

15  **COMPANY** (for gaskets and packing); **GOULDS PUMPS, INC.** (for pumps and compressors);

16  **HILL BROTHERS CHEMICAL COMPANY** (as contractor/premise owner/supplier of asbestos

17  products); **IMO INDUSTRIES, INC.**, individually and as successor in interest to DELAVAL

18  STEAM TURBINE COMPANY (for turbines and pumps); **INGERSOLL-RAND COMPANY** (for

19  pumps and compressors); **J.T. THORPE & SON, INC.** (as contractor/premise owner/supplier of

20  asbestos products); **JOHN CRANE, INC.** (for gaskets and packing); **METALCLAD**

21  **INSULATION CORPORATION** (as contractor/premise owner/supplier of asbestos products);

22  **STERLING FLUID SYSTEMS (USA), LLC**, f/k/a PEERLESS PUMP CO. (for pumps); **SYD**

23  **CARPENTER, MARINE CONTRACTOR, INC.** (as contractor/premise owner/supplier of

24  asbestos products); **THE NASH ENGINEERING COMPANY** (for pumps); **THOMAS DEE**

25  **ENGINEERING CO., INC.** (as contractor/premise owner/supplier of asbestos products); **TRIPLE**

26  **A MACHINE SHOP, INC.** (as contractor/premise owner/supplier of asbestos products);

27  **WARREN PUMPS, LLC**, f/k/a WARREN PUMPS, INC., individually and as successor in interest

28  to QUIMBY PUMP COMPANY (for pumps); **WEIR VALVES & CONTROLS USA, INC.**, f/k/a

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

-6-

**PLAINTIFFS' COMPLAINT**

1    and individually and as successor in interest to ATWOOD & MORRILL (for valves); **YARWAY**

2    **CORPORATION** (for valves), and DOES 1 through 200, and each of them, inclusive (hereafter

3    "Product Defendants"), in a manner that was reasonably foreseeable to said defendants.

4        11.   At all times herein mentioned, the Product Defendants, and each of them, inclusive,

5    were engaged in the business of researching, studying, manufacturing, fabricating, designing,

6    developing, labeling, assembling, distributing, supplying, leasing, buying, offering for sale, selling,

7    inspecting, servicing, repairing, installing, demolishing, contracting for installation, contracting

8    others to install, repairing, marketing, warranting, rebranding, manufacturing for others, packaging

9    and advertising a certain substance, the generic name of which is asbestos, and/or other products,

10   components and assemblies containing said substance, or are engaged in the business of

11   manufacturing, fabricating, designing, assembling, distributing, selling, and marketing of safety

12   equipment, including respiratory protective devices which were intended to block the entry of

13   asbestos fibers into the bodies of workers who were exposed to asbestos in the workplace and other

14   locations.

15        12.   At all times herein mentioned, the Product Defendants, and each of them, inclusive,

16   negligently and carelessly researched, tested or failed to test, warned or failed to warn, manufactured

17   and/or caused to be manufactured, fabricated, designed, developed, labeled, assembled, distributed,

18   supplied, leased, bought, offered for sale, sold, inspected, serviced, repaired, installed, demolished,

19   contracted for installation, contracted others to install, repaired, marketed, warranted, rebranded,

20   manufactured for others, packaged and advertised a certain substance, the generic name of which is

21   asbestos, and/or other asbestos-containing products, components and assemblies containing said

22   substance, and that said substance was capable of causing and did, in fact, proximately cause

23   personal injuries to users, consumers, workers, persons working around or living with persons

24   working with or around such asbestos and asbestos-containing products, and others including

25   plaintiff JULIO GOMEZ, JR., while being used in a manner that was intended by or otherwise

26   reasonably foreseeable to said defendants, thereby rendering said substances unsafe and dangerous

27   for use by the consumers, users, bystanders or workers exposed thereto.

28

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

-7-

13.    At all times herein mentioned, the Product Defendants, and each of them, inclusive, had a duty to exercise reasonable care while engaging in the activities mentioned above and said Defendants breached said duty of reasonable care in that Product Defendants, and each of them, inclusive, failed to safely and adequately design, manufacture and/or sell said defendants' products; failed to test said products; failed to investigate the hazards of said products; failed to warn those persons who would be exposed, including plaintiff JULIO GOMEZ, JR., of the health hazards of using said defendants' products; failed to disclose the known or knowable dangers of using said defendants' products; failed to obtain suitable alternative materials to asbestos when such alternatives were available; and as otherwise stated herein.

14.    On or before 1927, and thereafter, the Product Defendants, and each of them, inclusive, were aware and knew of the dangers associated with breathing asbestos containing dust, and said defendants also were aware and knew that users of asbestos and asbestos products, as well as members of the general public who would be exposed to asbestos and asbestos-containing products, had no knowledge or information indicating that asbestos could cause injury, and said defendants knew that the users of asbestos and asbestos-containing products, as well as members of the general public who were exposed to asbestos and asbestos-containing products, would assume, and in fact did assume, that exposure to asbestos and asbestos-containing products was safe, when in fact said exposure was extremely hazardous to human life; and propagated misinformation intended to instill in users of the said defendants' products a false security about the safety of said defendants' products.

15.    The Product Defendants, and each of them, inclusive, knew and failed to disclose that plaintiff JULIO GOMEZ, JR. and anyone similarly situated, upon inhalation of asbestos would, in time, have a substantial risk of developing irreversible conditions of pneumoconiosis, asbestosis, mesothelioma and/or cancer, and said defendants knew and failed to disclose that inhalation of asbestos would cause pathological effects without noticeable trauma to the public, including buyers, users, and physicians such that physicians could not examine, diagnose and treat those who were exposed to asbestos, including plaintiff.

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

- 8 -

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

16.     The Product Defendants, and each of them, inclusive, despite said defendants knowledge of the substantial risks associated with exposure to asbestos, willfully and knowingly concealed and actively suppressed and promoted the suppression from all consumers, including plaintiff JULIO GOMEZ, JR., medical and scientific information concerning the health hazards associated with inhalation of asbestos, including the substantial risk of injury or death therefrom in conscious disregard of the rights, safety and welfare of users, consumers, workers, persons working around or living with persons working with or around such asbestos and asbestos-containing products, and others including plaintiff JULIO GOMEZ, JR..

17.     Rather than attempting to protect users and workers from, or warn workers and users of, the high risk of injury or death resulting from exposure to asbestos and asbestos-containing products, the Product Defendants, and each of them, inclusive, intentionally failed to reveal their knowledge of said risk, fraudulently, consciously and actively concealed and suppressed said knowledge from members of the general public that asbestos and asbestos products were unsafe for all reasonably foreseeable use, with the knowledge of the falsity of said implied representations. Said defendants propagated misinformation to instill a false sense of security and safety to instill in users a false sense of security about the safety of their products.

18.     In researching, testing, manufacturing, distributing, labeling, installing and marketing said products, the Product Defendants, and each of them, inclusive, did so with conscious disregard for the safety of the users of said products, in that said defendants had specific prior knowledge that there was a high risk of injury or death resulting from exposure to asbestos or asbestos-containing products, including but not limited to mesothelioma. Said knowledge was obtained, in part, from scientific studies, government data, and medical data to which defendants had access, as well as scientific studies performed by, at the request of, or with the assistance of, said defendants, and which knowledge was obtained by said defendants on or before 1927, and thereafter.

19.     The above referenced conduct of said Product Defendants, and each of them, inclusive, was motivated by the financial interest of said defendants in the continuing, uninterrupted distribution and marketing of asbestos and asbestos-containing products. In pursuance of said financial motivation, said defendants consciously disregarded the safety of the users of, and persons

-9-

PLAINTIFFS' COMPLAINT

1   exposed to, asbestos and asbestos-containing products, and were in fact, consciously willing to

2   permit asbestos and asbestos-containing products to cause injury to workers and users thereof, and

3   persons exposed thereto, including plaintiff.

4        20.     With said knowledge, said Product Defendants, and each of them, inclusive, opted to

5   manufacture, distribute and install said asbestos and asbestos-containing products without attempting

6   to protect users from or warn users of, the high risk of injury or death resulting from exposure to

7   asbestos and asbestos products.

8        21.     Plaintiffs were not aware that exposure to asbestos presented any risk of injury and/or

9   disease to JULIO GOMEZ, JR., and had not been advised or informed by anyone that he could

10  contract any disease, sickness or injury as a result of working in the vicinity of asbestos.

11       22.     Product Defendants, and each of them, inclusive, were aware that such dust created

12  an increased risk of asbestos disease for all users, consumers, or others who breathed said asbestos-

13  containing dust.

14       23.     Plaintiffs are informed and believe, and based thereon allege, that the injuries

15  complained of herein were proximately caused by the negligence of the Product Defendants, and

16  each of them, inclusive, in that said defendants knew or should have known that the asbestos dust

17  would be generated and released from their asbestos-containing products during the regular and

18  intended uses of such asbestos products, and that said asbestos-containing products and the asbestos

19  dust exposure there from created an increased risk of asbestos disease for all users, consumers, or

20  others, including plaintiff, who breathed said asbestos-containing dust which said defendants knew

21  or should have known was harmful to the body and health of persons installing, handling, and using

22  asbestos and asbestos-containing products, as well as to persons in the immediate vicinity of such

23  installation, use and handling, and that such asbestos products and dust were capable of causing and

24  did, in fact, cause personal injuries to users, consumers and others, while being used in a manner

25  reasonably foreseeable, thereby rendering said substance unsafe and dangerous for use by plaintiff.

26       24.     Plaintiffs are informed and believe, and based thereon allege, that the injuries

27  complained of herein were proximately caused by the negligence of the Product Defendants, and

28  each of them, inclusive, in that said defendants failed to take reasonable care to warn the plaintiff of

- 10 -

PLAINTIFFS' COMPLAINT

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
180 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

1   the danger and harm to which he was exposed while installing, handling and otherwise using said

2   products, as well as while he was in the vicinity of the use, installation, and handling of said

3   products, and failed to specify, recommend, supply, install, sell, and use readily available substitutes

4   which do not and did not pose the danger to human health.

5        25.    The conduct of the Product Defendants, and each of them, inclusive, as described in

6   this cause of action was a substantial factor and a legal cause of the injuries and damages sustained

7   by plaintiffs, and that said defendants demonstrated such an entire want of care as to establish that

8   their acts and omissions were the result of actual conscious indifference to the rights, safety, and

9   welfare of plaintiff JULIO GOMEZ, JR., and that such intentional acts and omissions were

10  substantial factors in causing his disease and injuries.

11       26.    As a direct and proximate result of the aforesaid conduct of said Product Defendants,

12  and each of them, inclusive, plaintiff JULIO GOMEZ, JR. has suffered, and continues to suffer,

13  permanent injuries to his person, body and health all to his general damage in a sum in excess of the

14  jurisdictional limits of this unlimited Court.

15       27.    As a direct and proximate result of the aforesaid conduct of said Product Defendants,

16  and each of them, inclusive, plaintiff JULIO GOMEZ, JR. was and will be compelled to and did

17  employ medical services in an amount which has not as yet been fully ascertained and which will be

18  asserted according to proof at trial.

19       28.    As a direct and proximate result of the aforesaid conduct of said Product Defendants,

20  and each of them, inclusive, plaintiffs have and/or will suffer loss of income and earnings, past,

21  present and future and earning capacity in an amount which has not as yet been fully ascertained and

22  which will be asserted according to proof at trial.

23       29.    ·As a direct and proximate result of the aforesaid conduct of said Product Defendants,

24  and each of them, inclusive, plaintiffs did necessarily incur and in the future will incur incidental

25  expenses and damages in an amount which has not as yet been fully ascertained and which will be

26  asserted according to proof at trial.

27       30.    In particular, plaintiff would show that, as alleged here in this cause of action and

28  throughout this complaint, that such intentional, grossly wanton acts and omissions by said Product

-11-

PLAINTIFFS' COMPLAINT

1   Defendants, and DOES 1 through 400, and each of them, and their officers, directors, and managing

2   agents, inclusive, were substantial factors in, and participated in, authorized, expressly and impliedly

3   ratified, and had full knowledge of or should have known, each of the acts set forth here causing his

4   disease and injuries.   As the above referenced conduct complained of in this complaint of said

5   Product Defendants, and DOES 1 through 400, and each of them, and their officers, directors, and

6   managing agents, inclusive, was and is vile, base, willful, malicious, fraudulent, oppressive,

7   outrageous, and said Product Defendants, and each of them, inclusive, demonstrated such an entire

8   want of care as to establish that their acts and omissions were the result of actual conscious

9   indifference to the rights, safety, and welfare of plaintiff JULIO GOMEZ, JR. and of workers

10  exposed to asbestos and asbestos products, such that, plaintiff, for the sake of example, and by way

11  of punishing said defendants, seek punitive damages according to proof.

## SECOND CAUSE OF ACTION

### BREACH OF EXPRESS AND IMPLIED WARRANTIES

### (Against All Product Defendants and DOES 1 through 200)

15      31.     Plaintiffs re-allege and incorporate here by reference, as though fully set forth at

16  length herein, all of the allegations of paragraphs 1 through 30 above, inclusive.

17      32.     Defendants and DOES 1 through 400, and each of them, inclusive, sold and/or

18  otherwise supplied the asbestos containing products, materials and equipment to Plaintiff and/or his

19  employers.

20      33.     That in connection with the manufacture, preparation, sale, specification, installation,

21  use, and supply of asbestos products, Product Defendants, and each of them, inclusive, expressly and

22  impliedly warranted that said products were of good and merchantable quality and fit for their

23  intended use.  However, in truth and in fact, said products contained harmful and deleterious

24  asbestos fibers, known to the defendants herein, to be defective and harmful to humans exposed

25  thereto.

26      34.     Said products were not and are not suitable for the purposes for which said products

27  were intended, supplied, and relied upon, nor suitable for any other similar purpose, including their

28  use by human beings in confined spaces where humans would be physically present, working, rest-

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

- 12 -

1  ing or breathing.

2      35.    Plaintiffs relied on the express and implied warranties of Product Defendants, and

3  each of them, inclusive, in the use of and exposure to said asbestos and asbestos products, and

4  plaintiff JULIO GOMEZ, JR. was using and/or exposed to said asbestos in a reasonably foreseeable

5  intended manner.

6      36.    Product Defendants, and each of them, inclusive, breached the above-described

7  express and implied warranties in that said substance was defective, which defects permitted and/or

8  caused said substance to seriously and permanently cause injury to plaintiff while using said

9  substance in a manner that was reasonably foreseeable.

10      37.    The breaches of warranties by the Product Defendants, and each of them, inclusive, as

11  described in this cause of action was a substantial factor and a legal cause of the injuries and

12  damages sustained by plaintiffs.

13      38.    As a direct and proximate result of the above-described breaches of warranties by

14  said Product Defendants, and each of them, inclusive, plaintiff JULIO GOMEZ, JR. suffered severe

15  and permanent injuries to his person, and plaintiffs suffered damages as alleged above.

16      39.    In particular, plaintiff would show that, as alleged here in this cause of action and

17  throughout this complaint, that such intentional, grossly wanton acts and omissions by said Product

18  Defendants, and DOES 1 through 400, and each of them, and their officers, directors, and managing

19  agents, inclusive, were substantial factors in, and participated in, authorized, expressly and impliedly

20  ratified, and had full knowledge of or should have known, each of the acts set forth here causing his

21  disease and injuries. As the above referenced conduct complained of in this complaint of said

22  Product Defendants, and DOES 1 through 400, and each of them, and their officers, directors, and

23  managing agents, inclusive, was and is vile, base, willful, malicious, fraudulent, oppressive,

24  outrageous, and said Product Defendants, and each of them, inclusive, demonstrated such an entire

25  want of care as to establish that their acts and omissions were the result of actual conscious

26  indifference to the rights, safety, and welfare of plaintiff JULIO GOMEZ, JR. and of workers

27  exposed to asbestos and asbestos products, such that, plaintiff, for the sake of example, and by way

28  of punishing said defendants, seek punitive damages according to proof.

PLAINTIFFS' COMPLAINT

/// 

/// 

/// 

**THIRD CAUSE OF ACTION**

**STRICT LIABILITY IN TORT**

**(Against All Product Defendants and DOES 1 through 200)**

40.    Plaintiffs re-allege and incorporate here by reference, as though fully set forth at length herein, all of the allegations of paragraphs 1 through 39 above, inclusive.

41.    At all times mentioned herein, the Product Defendants, and each of them, inclusive, manufactured, fabricated, designed, developed, labeled, assembled, distributed, supplied, leased, bought, offered for sale, sold, inspected, serviced, repaired, installed, demolished, contracted for installation, contracted others to install, repaired, marketed, warranted, rebranded, manufactured for others, packaged and advertised a certain substance, the generic name of which is asbestos, and/or other products, components and assemblies containing said substance which were defective in that they were not as safe as an ordinary consumer of such products would expect; and that the gravity of the potential harm resulting from the use of the defective products of the Product Defendants, and each of them, inclusive, and the risk of said asbestos and asbestos-containing products outweighed any benefit of the said defendants' design, when safer alternative designs and materials existed and were available that could and should have been substituted and used instead of the deadly asbestos, including providing adequate warning of such potential harm.

42.    At all times mentioned herein, the Product Defendants, and each of them, inclusive, were aware of the dangerous and defective nature of asbestos and asbestos-containing products when they were used in their intended or reasonably foreseeable manner.

43.    The Product Defendants, and each of them, inclusive, placed said asbestos products on the market, knowing the asbestos-containing products would be used without inspection for such defects and unsafe conditions, and that said defendants nonetheless took no action to warn or otherwise protect exposed persons, including plaintiff, who foreseeable would be exposed to these defective and inadequately labeled asbestos and asbestos-containing products.

- 14 -

PLAINTIFFS' COMPLAINT

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

44. The asbestos and asbestos-containing products, components and assemblies of the Product Defendants, and each of them, inclusive, were substantially the same as when they left said defendants' possession.

45. The aforementioned asbestos and asbestos-containing products of the Product Defendants, and each of them, inclusive, were used by plaintiff and exposed persons in the manner for which they were intended or in a manner that was or would be reasonably foreseeable; and that plaintiff JULIO GOMEZ, JR. was exposed to said asbestos and asbestos-containing products in a manner foreseeable to said defendants.

46. The dangers inherent in breathing asbestos-containing dust and the dangers inherent in asbestos-containing products, components and assemblies were unknown and unforeseeable to plaintiff JULIO GOMEZ, JR., and plaintiffs had not been advised or informed by anyone that he could contract any disease, sickness or injury as a result of working in the vicinity of asbestos.

47. The failure to warn by and the product defect in the asbestos and asbestos-containing products of Product Defendants, and each of them, inclusive, were a substantial factor and a legal cause of plaintiff JULIO GOMEZ, JR.'s injuries and damages thereby sustained by plaintiffs, and that said defendants demonstrated such an entire want of care as to establish that their acts and omissions were the result of actual conscious indifference to the rights, safety, and welfare of plaintiff JULIO GOMEZ, JR., and that such intentional acts and omissions were substantial factors in causing his disease and injuries.

48. As a direct and proximate result of the aforesaid conduct of said Product Defendants, and each of them, inclusive, plaintiff JULIO GOMEZ, JR. suffered severe and permanent injuries to his person, and plaintiffs suffered damages as alleged above.

49. In particular, plaintiff would show that, as alleged here in this cause of action and throughout this complaint, that such intentional, grossly wanton acts and omissions by said Product Defendants, and DOES 1 through 400, and each of them, and their officers, directors, and managing agents, inclusive, were substantial factors in, and participated in, authorized, expressly and impliedly ratified, and had full knowledge of or should have known, each of the acts set forth here causing his disease and injuries. As the above referenced conduct complained of in this complaint of said

- 15 -

PLAINTIFFS' COMPLAINT

1   Product Defendants, and DOES 1 through 400, and each of them, and their officers, directors, and

2   managing agents, inclusive, was and is vile, base, willful, malicious, fraudulent, oppressive,

3   outrageous, and said Product Defendants, and each of them, inclusive, demonstrated such an entire

4   want of care as to establish that their acts and omissions were the result of actual conscious

5   indifference to the rights, safety, and welfare of plaintiff JULIO GOMEZ, JR. and of workers

6   exposed to asbestos and asbestos products, such that, plaintiff, for the sake of example, and by way

7   of punishing said defendants, seek punitive damages according to proof.

8   ### FOURTH CAUSE OF ACTION

9   **PREMISES OWNER/CONTRACTOR LIABILITY.**

10  **(Against All Premises Defendants and DOES 201 through 400)**

11      50.    Plaintiffs re-allege and incorporate here by reference, as though fully set forth at

12  length herein, all of the allegations of paragraphs 1 through 49 above, inclusive.

13      51.    Plaintiff JULIO GOMEZ, JR. entered, performed work and was otherwise on or

14  about the premises of **HILL BROTHERS CHEMICAL COMPANY** (as contractor/premise

15  owner/supplier of asbestos products); **J.T. THORPE & SON, INC.** (as contractor/premise

16  owner/supplier of asbestos products); **METALCLAD INSULATION CORPORATION** (as

17  contractor/premise owner/supplier of asbestos products); **SYD CARPENTER, MARINE**

18  **CONTRACTOR, INC.** (as contractor/premise owner/supplier of asbestos products); **THOMAS**

19  **DEE ENGINEERING CO., INC.** (as contractor/premise owner/supplier of asbestos products);

20  **TRIPLE A MACHINE SHOP, INC.** (as contractor/premise owner/supplier of asbestos products),

21  and DOES 201 through 400, and each of them, inclusive (hereafter "Premises Defendants), including

22  performing that which was to defendants' benefit and advantage and at defendants' request and

23  invitation. In so doing, plaintiff was exposed to dangerous asbestos fibers.

24      52.    At all times herein mentioned, the Premises Defendants, and each of them, inclusive,

25  were the owners, lessors, operators, managers, general contractors, subcontractors or otherwise

26  controlled and maintained certain premises or portions thereof, on which asbestos and asbestos-

27  containing products were fabricated, constructed, manufactured, mixed, processed, milled, crushed,

28  dumped, piled, disposed of, installed, maintained, used, repaired, replaced or otherwise disturbed

WEITZ & LUXENBERG, P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

-16-

1    (hereafter "use(d), handl(ed)(ing) or disturb(ed)(ance)") by their own workers and/or by various

2    contractors, so as to allow and cause and as a result, dangerous airborne asbestos fibers were present

3    on and about said premises while and/or prior to the times plaintiff JULIO GOMEZ, JR. was present

4    creating a hazardous condition upon said premises.

5         53.    At all times herein mentioned, the Premises Defendants, and each of them, inclusive,

6    knew, or in the exercise of ordinary and reasonable care should have known, that the contractors

7    and/or subcontractors hired and/or retained were not competent, that the premises in their control

8    would be used as alleged without knowledge of, or inspection for, defects or dangerous conditions

9    and that the persons working on or using said premises would not be aware of the aforesaid

10    hazardous conditions on the premises to which they were exposed.

11         54.    At all times mentioned herein, the Premises Defendants, and each of them, inclusive,

12    negligently failed to maintain, manage, inspect, survey, or control said premises, or to abate or

13    correct, or to warn plaintiff JULIO GOMEZ, JR. of the existence of the aforesaid dangerous

14    conditions and hazards on said premises.

15         55.    At all times herein mentioned, the Premises Defendants, and each of them, inclusive,

16    knew, negligently and carelessly used asbestos-containing products in construction and renovation,

17    hired contractors or subcontractors, created and/or approved building, specifications, supervised or

18    failed to supervise contractors and subcontractors, researched or failed to research, tested or failed to

19    test, warned or failed to warn, labeled or failed to label, failed to provide protection for, failed to

20    provide a safe work place, failed to provide adequate safety measures, devices and equipment, failed

21    to provide adequate ventilation, failed to provide adequate signs, used asbestos-containing products

22    in construction and renovation and failed to provide sufficient protection to plaintiff from hazards of

23    asbestos, the danger of which said defendants were aware.

24         56.    At all times herein mentioned, the asbestos-containing products, including but not

25    limited to, asbestos-containing building materials and products to be used, handled and/or disturbed

26    on the premises of Premises Defendants, and each of them, inclusive, caused personal injuries to

27    users, consumers, workers and others, including plaintiff JULIO GOMEZ, JR., while being used,

28    removed and/or handled in a manner reasonably foreseeable, thereby rendering these premises

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

- 17 -

PLAINTIFFS' COMPLAINT

1   unsafe and dangerous to consumers, users, bystanders or workers exposed thereto, including plaintiff

2   JULIO GOMEZ, JR.

3       57.    At all times herein mentioned, the Premises Defendants, and each of them, inclusive,

4   knew and could foresee that asbestos and asbestos-containing products used, handled and/or

5   disturbed on the said defendants' premises, and the asbestos dust, debris, fiber and particulate

6   released from the same, created an unreasonable risk of harm to persons entering upon or present

7   near or about the premises of said defendants.

8       58.    At all times herein mentioned, the Premises Defendants, and each of them, inclusive,

9   knew and could reasonably foresee, or in the exercise of ordinary care should have known, that said

10  premises would be entered by persons, including plaintiff JULIO GOMEZ, JR., without knowledge

11  of, or inspection for, defects or dangerous conditions and that said persons would not be aware of the

12  aforesaid unreasonable risk of harm.

13      59.    At all times herein mentioned, the Premises Defendants, and each of them, inclusive,

14  knew and reasonably could foresee, or in the exercise of ordinary care should have known, that the

15  asbestos dust, debris, fiber and particulate released into the ambient air on and about the premises of

16  said defendants generated from the same above-described use, handling and/or disturbance of the

17  asbestos and asbestos-containing products, including asbestos-laden waste derived from the premises

18  of said defendants, was dangerous and created an unreasonable risk of harm to persons entering upon

19  or being present near or about the premises of said defendants.

20      60.    At all times herein mentioned, the Premises Defendants, and each of them, inclusive,

21  had a duty to disclose the presence of, and the dangers and hazards presented by and associated with

22  the asbestos-containing products and the asbestos fibers released and generated from the same

23  above-described use, handling and/or disturbance thereof on and about the premises of said

24  defendants.

25      61.    At all times herein mentioned, the Premises Defendants, and each of them, inclusive,

26  had a duty to disclose the presence of, and the dangers and hazards presented by and associated with

27  the asbestos dust, debris, fiber and particulate released into the ambient air on and about the premises

28  of said defendants, including asbestos-laden waste derived from the premises of said defendants.

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

- 18 -

PLAINTIFFS' COMPLAINT

62.     At all times herein mentioned, the Premises Defendants, and each of them, inclusive, had a duty to properly remove and/or abate said asbestos at these facilities before or during his presence, but failed to do so. The unreasonably dangerous conditions at these facilities was of such a nature and existed long enough so that it was, or reasonably should have been, discovered and corrected by a premises owner using reasonable care.

63.     At all times herein mentioned, plaintiff was continuously exposed to asbestos and asbestos-containing dust while on or about the premises of the Premises Defendants, and each of them, inclusive, without the provision of appropriate safeguards by said defendants who had the duty responsibility for such.

64.     Despite the knowledge by the Premises Defendants, and each of them, inclusive, of the aforesaid risks of harm from asbestos and asbestos products generally, and from the asbestos dust, debris, fiber and particulate in the ambient air on or about the premises of said defendants generated from the same above-described use, handling and/or disturbance of asbestos and asbestos-containing products on and about the premises of said defendants, said Premises Defendants, and each of them, inclusive, failed to disclose or warn persons forseeably exposed to asbestos, including plaintiff, of those asbestos hazards and dangers.

65.     Plaintiff JULIO GOMEZ, JR. was unaware of the risk of harm created by the aforesaid presence of asbestos products and materials on said premises of the Premises Defendants, and each of them inclusive; and plaintiff was also unaware of the unreasonable risk of harm created by the aforesaid dangerous asbestos dust, debris, fiber and particulate in the ambient air on and about the premises of said defendants.

66.     At all times herein mentioned, the Premises Defendants, and each of them, inclusive, retained control of the work and negligently failed to implement, and/or failed to have others implement, proper safety precautions, and/or the use of proper work practices to guard against those asbestos hazards on the premises of said defendants thereby creating an unreasonable risk of harm to persons entering or being on, about or around said asbestos-contaminated premises.

67.     Despite said knowledge, defendants, including Premises Defendants, and each of them, inclusive, misrepresented that their premises were safe and free of defects, and/or failed to

- 19 -

PLAINTIFFS' COMPLAINT

disclose, and concealed, the presence of the asbestos dust, debris, fiber and particulate in the ambient air on or about the premises of said defendants generated from the same above-described use, handling and/or disturbance of asbestos and asbestos-containing products on and about the premises of said defendants, including asbestos-laden waste derived from the premises of said defendants, thereby creating an unreasonable risk of harm to persons entering said premises and other exposed persons, including plaintiff.

68. In reliance upon the foregoing acts, omissions and representations, plaintiff JULIO GOMEZ, JR. entered and was present upon and/or performed work on said premises of the Premises Defendants, and each of them, inclusive, which was to defendants' benefit and advantage and at defendants' request and invitation; whereupon there was dangerous asbestos dust, debris, fiber and particulate in the ambient air as a result of the same above-described use, handling and/or disturbance of asbestos and asbestos-containing products on and about the premises of said defendants, including asbestos-laden waste derived from the premises of said defendants. In so doing, plaintiff was exposed to dangerous asbestos fibers for which said defendants are liable.

69. At all times herein mentioned, despite the knowledge by the Premises Defendants, and each of them, inclusive, of the aforesaid risk of harm from asbestos and/or asbestos products on or from its premises, said defendants retained control of the work and negligently failed to implement, and/or failed to have others implement, proper safety precautions, and/or the use of proper work practices to guard against those asbestos hazards from the same above-described use, handling and/or disturbance of asbestos and/or asbestos products on or from said defendants' premises creating an unreasonable risk of harm to persons entering or being on, about or around said asbestos-contaminated premises.

70. At all times herein mentioned, the Premises Defendants, and each of them, inclusive, were aware and knew of the dangers associated with breathing asbestos containing dust, and that users of asbestos and asbestos products, as well as persons entering or being on, about or around the premises who would be exposed to asbestos and asbestos-containing products, had no knowledge or information indicating that asbestos could cause injury, and said defendants knew that the users of asbestos and asbestos-containing products, as well as persons entering or being on, about or around

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

- 20 -

PLAINTIFFS' COMPLAINT

the premises who were exposed to asbestos and asbestos-containing products, would assume, and in fact did assume, that exposure to asbestos and asbestos-containing products was safe, when in fact said exposure was extremely hazardous to human life; and intended to instill a false security about the safety of the premises.

71.     The Premises Defendants, and each of them, inclusive, knew and failed to disclose that plaintiff JULIO GOMEZ, JR. and anyone similarly situated, upon inhalation of asbestos would, in time, have a substantial risk of developing irreversible conditions of pneumoconiosis, asbestosis, mesothelioma and/or cancer, and knew and failed to disclose that inhalation of asbestos would cause pathological effects without noticeable trauma to the public, including buyers, users, and physicians such that physicians could not examine, diagnose and treat those who were exposed to asbestos, including plaintiff.

72.     Despite the Premises Defendants, and each of them, inclusive, knowledge of the substantial risks associated with exposure to asbestos, willfully and knowingly concealed and actively suppressed and promoted the suppression from all consumers and persons entering or being on said premises, including plaintiff JULIO GOMEZ, JR., medical and scientific information concerning the health hazards associated with inhalation of asbestos, including the substantial risk of injury or death therefrom in conscious disregard of the rights, safety and welfare of users, consumers, workers, persons working on around the premises or living with persons entering or being on, about or around said asbestos-contaminated premises.

73.     Rather than attempting to protect, or warn persons entering or being on, about or around the premises, the high risk of injury or death resulting from exposure to asbestos and asbestos-containing products, the Premises Defendants, and each of them, inclusive, intentionally failed to reveal their knowledge of said risk, fraudulently, consciously and actively concealed and suppressed said knowledge from persons entering or being on, about or around the premises that asbestos and asbestos products were unsafe for all reasonably foreseeable use, with the knowledge of the falsity of said implied representations. Said defendants propagated misinformation to instill a false sense of security and safety to instill in persons entering or being on, about or around the premises a false sense of security about the safety of the premises.

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

-21-

PLAINTIFFS' COMPLAINT

74.     In so doing, the Premises Defendants, and each of them, inclusive, did so with conscious disregard for the safety of persons entering or being on, about or around the premises, in that said defendants had specific prior knowledge that there was a high risk of injury or death resulting from exposure to asbestos or asbestos-containing products being used on the premises, including but not limited to mesothelioma. Said knowledge was obtained, in part, from scientific studies, government data, and medical data to which said defendants had access, as well as scientific studies performed by, at the request of, or with the assistance of, said defendants, and which knowledge was obtained by said defendants on or before 1927, and thereafter.

75.     The above referenced conduct of said Premises Defendants, and each of them, inclusive, was motivated solely by the financial interest of said defendants and in pursuance of said financial motivation, said defendants consciously disregarded the safety of the users of, and persons exposed to, asbestos and asbestos-containing products, and were in fact, consciously willing to permit asbestos and asbestos-containing products to cause injury to workers and users thereof, and persons exposed thereto, including plaintiff.

76.     With said knowledge, said Product Defendants, and each of them, inclusive, opted to manufacture, distribute and install said asbestos and asbestos-containing products.

77.     Despite the knowledge by the Premises Defendants, and each of them, inclusive, of the aforesaid risk of harm from asbestos and/or asbestos products on or from its premises, and without attempting to protect persons entering or being on, about or around the premises of the high risk of injury or death resulting from exposure to asbestos the said defendants' premises, the Premises Defendants, and each of them, inclusive, negligently provided unsafe equipment, products and materials, including, but not limited to, asbestos and asbestos-containing products, to workers and others, including plaintiff JULIO GOMEZ, JR., which created a risk of harm to persons entering said premises and persons exposed to asbestos dust, debris, fiber and particulate from the asbestos and asbestos-containing products used, handled or disturbed as hereinabove described on the premises of said defendants:

78.     The unreasonably dangerous conditions at the premises of the Premises Defendants, and each of them, inclusive, was of such a nature and existed long enough so that it was, or

- 22 -

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

1    reasonably should have been, discovered and corrected by said defendants using reasonable care.

2        79.   As a consequence, exposed persons, including plaintiff, entered and performed work

3    in and on said premises which was to defendants' benefit and advantage and at defendants' request

4    and invitation. In so doing and as a consequence thereof, plaintiff was exposed to dangerous

5    quantities of asbestos dust, debris, fiber and particulate from the premises of Premises Defendants

6    inclusive.

7        80.   Plaintiff was unaware of the risk of harm created by the aforesaid presence of

8    asbestos products and materials on said premises and negligent provision of equipment, products and

9    materials, including, but not limited to, asbestos and asbestos-containing products.

10        81.   The conduct of Premises Defendants, and each of them, inclusive, were a substantial

11    factor and a legal cause of plaintiff JULIO GOMEZ, JR.'s injuries and damages thereby sustained by

12    plaintiffs, and that said defendants demonstrated such an entire want of care as to establish that their

13    acts and omissions were the result of actual conscious indifference to the rights, safety, and welfare

14    of plaintiff JULIO GOMEZ, JR., and that such intentional acts and omissions were substantial

15    factors in causing his disease and injuries.

16        82.   Plaintiff JULIO GOMEZ, JR.'s injuries and disease were the result of intentional acts

17    and/or omissions, gross negligence and malice in the use of asbestos at the premises of the Premises

18    Defendants, and each of them, inclusive, in that said defendants had a duty to properly remove

19    and/or abate said asbestos at these facilities before or during his presence, but failed to do so.

20        83.   As a direct and proximate result of the aforesaid conduct of said Premises

21    Defendants, and each of them, inclusive, plaintiff JULIO GOMEZ, JR. suffered severe and

22    permanent injuries to his person, and plaintiffs suffered damages as alleged above.

23        84.   In particular, plaintiff would show that, as alleged here in this cause of action and

24    throughout this complaint, that such intentional, grossly wanton acts and omissions by said Premises

25    Defendants, and DOES 1 through 400, and each of them, and their officers, directors, and managing

26    agents, inclusive, were substantial factors in, and participated in, authorized, expressly and impliedly

27    ratified, and had full knowledge of or should have known, each of the acts set forth here causing his

28    disease and injuries. As the above referenced conduct complained of in this complaint of said

PLAINTIFFS' COMPLAINT

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

1  Premises Defendants, and DOES 1 through 400, and each of them, and their officers, directors, and

2  managing agents, inclusive, was and is vile, base, willful, malicious, fraudulent, oppressive,

3  outrageous, and said Premises Defendants, and each of them, inclusive, demonstrated such an entire

4  want of care as to establish that their acts and omissions were the result of actual conscious

5  indifference to the rights, safety, and welfare of plaintiff JULIO GOMEZ, JR. and of workers

6  exposed to asbestos and asbestos products, such that, plaintiff, for the sake of example, and by way

7  of punishing said defendants, seek punitive damages according to proof.

## FIFTH CAUSE OF ACTION

### LOSS OF CONSORTIUM

### (Against All Defendants and DOES 1 through 400)

11  85.    Plaintiffs re-allege and incorporate here by reference, as though fully set forth at

12  length herein, all of the allegations of paragraphs 1 through 84 above, inclusive.

13  86.    Plaintiff SHARON GOMEZ was at all relevant times the lawfully wedded spouse of

14  plaintiff JULIO GOMEZ, JR.

15  87.    Plaintiff JULIO GOMEZ, JR. sustained injuries caused by inhalation of asbestos

16  fibers as alleged herein above. Prior to the aforesaid injuries, plaintiff JULIO GOMEZ, JR. was able

17  to and did perform duties as a spouse.

18  88.    Subsequent to the injuries, and as a proximate result thereof, plaintiff JULIO

19  GOMEZ, JR. was unable to perform the necessary duties as a spouse and the work and service

20  usually performed in the care, maintenance and management of the family home, and therefore has

21  sustained special damages in an amount which has not as yet been fully ascertained and which will

22  be asserted according to proof at trial.

23  89.    Subsequent to the injuries, and as a proximate result thereof, plaintiff SHARON

24  GOMEZ suffered loss of consortium, including, but not by way of limitation, loss of services,

25  marital relations, society, comfort, companionship, love and affection of her said spouse, and has

26  suffered severe mental and emotional distress and general nervousness as a result thereof.

27  90.    As the above referenced conduct complained of in this complaint of defendants and

28  DOES 1 through 400, and each of them, inclusive, was and is vile, base, willful, malicious,

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

- 24 -

PLAINTIFFS' COMPLAINT

fraudulent, oppressive, outrageous, and that said defendants, and each of them, demonstrated such an entire want of care as to establish that their acts and omissions were the result of actual conscious indifference to the rights, safety, and welfare of plaintiff SHARON GOMEZ, such that plaintiff, for the sake of example, and by way of punishing said defendants, seeks punitive damages according to proof.

WHEREFORE, plaintiffs pray judgment against defendants, and DOES 1 through 400, and each of them, inclusive, as follows:

1. For general damages according to proof;

2. For special damages according to proof;

3. For medical and related expenses according to proof;

4. For loss of income, earning capacity, earning potential according to proof;

5. For exemplary or punitive damages according to proof;

6. For costs of suit herein;

7. For prejudgment interest on all damages as allowed by laws; and

8. For such other and further relief as the Court deems just and proper.

DATED: February 14, 2012          WEITZ & LUXENBERG, P.C.


BY: _____
                                  BENNO ASHRAFI
                                  RAMIN KERMANI-NEJAD
                                  Attorneys for Plaintiffs


## DEMAND FOR JURY TRIAL

Plaintiffs demand a jury trial on all issues.

DATED: February 14, 2012          WEITZ & LUXENBERG, P.C.


BY: _____
                                  BENNO ASHRAFI
                                  RAMIN KERMANI-NEJAD
                                  Attorneys for Plaintiffs

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

- 25 -

PLAINTIFFS' COMPLAINT

Case MDL No. 275   Document 8586-1   Filed 03/30/12   Page 40 of 368

# EXHIBIT 2

RAYMOND L. GILL (SBN: 153529)
Ray.gill@klgates.com
MICHELE C. BARNES (SBN: 187239)
Michele.barnes@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.882.8200
Facsimile: 415.882.8220

Attorneys for Defendant
CRANE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARRY KELLY and MOLLY KELLY,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS DEE ENGINEERING COMPANY; Defendants as Reflected on Exhibit 1 attached to the Summary complaint herein; and DOES 1-8500,<br><br>Defendants. | Civil Action No.<br>(Superior Court of the State of California for the County of San Francisco, CA NO. CGC-11-275824)<br><br>**NOTICE OF REMOVAL** |

## AFFIDAVIT OF ANTHONY D. PANTALEONI

I, Anthony D. Pantaleoni, declare:

1.      I am Vice-President of Environment, Health and Safety for Crane Co., and have served in that position since 1989. I have been authorized to make the statements contained herein on behalf of Crane Co. I have personal knowledge of the matters set forth in this declaration and could and would competently testify to those matters.

2.      In performing my duties as Crane Co.'s Vice-President of Environment, Health and Safety, it has been my responsibility to represent Crane Co. as its "Person Most Knowledgeable" concerning various subjects that arise in asbestos litigation, as well as to verify Crane Co.'s responses

1  to discovery requests from other parties in asbestos litigation. In connection with those duties, I have

2  researched and reviewed numerous documents, and interviewed current and past employees of Crane

3  Co. concerning historical Crane Co. manufacturing operations.

4       3.     I am knowledgeable regarding the United States Navy ("Navy")'s involvement in and

5  control over the design and manufacture of equipment, including valves, it purchased from Crane Co.

6       4.     Crane Co. made and supplied equipment, including valves, for Navy ships under

7  contracts between Crane Co. and the shipyards and/or the United States of America, specifically the

8  Navy Department.

9       5.     The manufacture of equipment for use on Navy vessels was governed by an extensive

10  set of federal standards and specifications, chiefly military specifications known as Navy

11  Specifications and later "MilSpecs." The MilSpecs governed all aspects of a piece of equipment,

12  such as a valve's, design and construction and specified the materials to be used, including materials

13  such as gaskets and packing used in equipment. Exemplars of these MilSpecs are attached as exhibits

14  A and B.

15       6.     All equipment supplied by Crane Co. to the Navy was built in accordance with the

16  Navy specifications.

17       Pursuant to 28 USC § 1746, I declare under penalty of perjury under the laws of the United

18  States of America that the foregoing is true and correct.

19

20  Executed on June, 2, 2011.

21

22

23

24  Anthony D. Pantaleoni

25

26

27

28

# EXHIBIT A

MIL-V-22052D(SH)
20 March 1978
SUPERSEDING
MIL-V-22052C(SHIPS)
11 April 1961
(See 6.5)

## MILITARY SPECIFICATION

VALVES, STOP AND STOP CHECK, GLOBE, ANGLE, AND Y PATTERN, CAST OR

FORGED CARBON OR ALLOY STEEL, OUTSIDE SCREW AND YOKE

(SIZES 2-1/2 INCHES AND LARGER)

This specification is approved for use by the Naval Sea Systems Command and is available for use by all Departments and Agencies of the Department of Defense.

1. SCOPE

1.1 Scope. This specification covers steel globe, angle, and Y pattern valves in sizes 2-1/2 inches and larger.

1.2 Classification. Valves shall be classified in accordance with the composition and rating (see 1.2.1 and 1.2.2), as specified (see 6.2.1).

1.2.1 Composition. Valves shall be of the following compositions:

Composition A:
    Chromium – 2-1/4 percent.
    Molybdenum – 1 percent.
Composition B:
    Chromium – 1-1/4 percent.
    Molybdenum – 1/2 percent.
Composition C:
    Carbon steel.

1.2.2 Rating. Valves shall be rated as standard (150, 300, or 400 class), and as special (600, 900, 1500, or 2500 class) in accordance with ANSI B16.34.

2. APPLICABLE DOCUMENTS

2.1 Issues of documents. The following documents, of the issue in effect on date of invitation for bids or request for proposal, form a part of this specification to the extent specified herein.

SPECIFICATIONS

FEDERAL
    HH-P-46 – Packing; Asbestos, Sheet, Compressed.

MILITARY
    MIL-V-3 – Valves, Fittings, and Flanges (Except for Systems Indicated Herein); Packaging of.
    MIL-R-196 – Repair Parts for Internal Combustion Engines, Packaging of.
    MIL-S-901 – Shock Tests, H.I. (High-Impact); Shipboard Machinery, Equipment and Systems, Requirements for.
    MIL-F-3541 – Fittings, Lubrication.
    MIL-A-7021 – Asbestos Sheet, Compressed, for Fuel, Lubricant, Coolant, Water, and High Temperature Resistant Gaskets.
    MIL-R-17131 – Rods and Powders, Welding, Surfacing.

Beneficial comments (recommendations, additions, deletions) and any pertinent data which may be of use in improving this document should be addressed to: Commander, Naval Ship Engineering Center, SEC 6124, Department of the Navy, Washington, DC 20362 by using the self-addressed Standardization Document Improvement Proposal (DD Form 1426) appearing at the end of this document or by letter.

FSC 4820

MIL-V-22052O(SH)

MILITARY (Continued)
MIL-P-17303 - Packing Materials, Plastic Metallic and Plastic Nonmetallic.
MIL-G-21032 - Gaskets, Metallic-Asbestos, Spiral Wound.
MIL-V-22054 - Valves, Globe, Y-Pattern Globe, Stop Check, Angle, Flanged Bonnet, Manually Operated Nominal Pipe Size (NPS), 2 inches and Less.
MIL-P-24377 - Packing Material, Asbestos, Braided, Impregnated With TFE (Polytetrafluoroethylene), Surface Lubricated.

STANDARDS

MILITARY
MIL-STD-167-1 - Mechanical Vibrations of Shipboard Equipment (Type I - Environmental and Type II - Internally Excited).
MIL-STD-271 - Nondestructive Testing Requirements for Metals.
MIL-STD-278 - Fabrication Welding and Inspection; and Casting Inspection and Repair for Machinery, Piping and Pressure Vessels in Ships of the United States Navy.
MIL-STD-758 - Nondestructive Testing, Welding, Quality Control, Material Control and Identification and Hi-Shock Test Requirements for Piping System Components for Naval Shipboard Use.
MIL-STD-1552 - Provisioning Technical Documentation, Uniform DOD Requirements for.
MIL-STD-1561 - Provisioning Procedures, Uniform DOD.
MS15003 - Fittings, Lubrication (Hydraulic): Surface Check, 1/8 Pipe Threads.

DRAWINGS

MILITARY
NAVSHIPS 5000-S4824-1385620 - Handwheels for Valves.
NAVSEA 803-5001021 - Pressure Seal Ring-Standard and Oversize-Valve Pressure Class 600-1500.

(Copies of specifications, standards, drawings, and publications required by contractors in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer.)

2.2 Other publications. The following documents form a part of this specification to the extent specified herein. Unless otherwise indicated, the issue in effect on date of invitation for bids or request for proposal shall apply.

AMERICAN NATIONAL STANDARDS INSTITUTE (ANSI)
B16.10 - Face-to-Face and End-to-End Dimensions of Ferrous Valves.
B16.34 - Steel Butt-Welding End Valves.

(Application for copies should be addressed to the American National Standards Institute, 1430 Broadway, New York, New York 10018.)

AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)
A105 - Forgings, Carbon Steel, for Piping Components.
A106 - Seamless Carbon Steel Pipe for High-Temperature Service.
A182 - Forged or Rolled Alloy-Steel Pipe Flanges, Forged Fittings, and Valves and Parts for High-Temperature Service.
A193 - Alloy-Steel and Stainless Steel, Bolting Materials for High-Temperature Service.
A194 - Carbon and Alloy Steel Nuts for Bolts for High-Pressure and High-Temperature Service.
A216 - Carbon-Steel Castings Suitable for Fusion Welding for High-Temperature Service.
A217 - Martensitic Stainless Steel and Alloy Steel Castings for Pressure-Containing Parts Suitable for High-Temperature Service.
A335 - Seamless Ferritic Alloy Steel Pipe for High-Temperature Service.

(Application for copies should be addressed to the American Society for Testing and Materials, 1916 Race Street, Philadelphia, Pennsylvania 19103.)

(Technical society and technical association specifications and standards are generally available for reference from libraries. They are also distributed among technical groups and using Federal agencies.)

2

MIL-V-22052D(SH)

## 3. REQUIREMENTS

3.1 Qualification. Valves with a 600, 900, 1500, or 2500 special class rating, furnished under this specification shall be products which are qualified for listing on the applicable qualified products list at the the time set for opening of bids (see 4.3 and 6.3).

3.2 Materials. Materials shall be as specified in table I. Materials for parts other than those listed in table I shall be selected so as to prevent galling, seizing, or excessive wear of operating parts. Cast iron and aluminum shall be used only for those parts where permitted in this specification. Magnesium alloys shall not be used. Clearances shall be adequate to prevent interferences due to thermal expansion.

TABLE I. List of materials.

| Name of parts | Materials form | Composition A | Composition B | Composition D |
|---|---|---|---|---|
| | | Applicable documents | | |
| Body, bonnet | Forgings or castings | ASTM A182, grade F22 ASTM A217, grade WC9 | ASTM A182, grade F11 ASTM A217, grade WC6 | ASTM A105, ASTM A216, grade WCB 1/ |
| Retaining ring and yoke | Forgings or castings | ASTM A182, grades F22 or F11 ASTM A105 ASTM A217, grades WC9 or WC6 ASTM A216, grade WCB | | |
| Studs for bonnets | Alloy steel for high temperature bolting | ASTM A193, grade B16 | ASTM A193, grade B16 | ASTM A193, grades B7 and B16 |
| Nuts for bonnets | Heavy semi-finished hexagon carbon and alloy steel for high temperature bolting | ASTM A194, grade 4 | ASTM A194, grade 4 | ASTM A194, grades 2H and 4 |
| Standard pressure seal rings and standard oversized pressure seal rings 2/ | Soft carbon steel, silver-plated | Commercial | | |
| Gaskets (for flanged bonnets) | Spiral wound | MIL-G-21032, type I, class A or B | | |
| | Compressed asbestos sheet | MIL-A-7021 (where fuel resistance is necessary) MM-P-46, class 1 (except where fuel resistance is necessary) | | |
| Packing | Asbestos impregnated with polytetra-fluoroethylene. | MIL-P-24377 (nonlubricated) service temperature not to exceed that of saturated steam MIL-P-24377, superheated steam total temperature in excess of 550°F | | |
| | Plastic, metallic or nonmetallic | MIL-P-17303, symbol 1111 for temperatures above 500°F | | |
| Nuts, bolts, washers, bushings, liners | | Materials used in the construction of these parts other than specified above shall be in accordance with the material specifications shown on the manufacturer's drawings (see 3.4.1) | | |
| Valve trim | (See table IV) | | | |

1/ Bonnet material for composition D valves may also be grade WC6 of ASTM A217.

2/ Oversized seal rings may be used in the repair of pressure seal bonnets, (i.e.) as shown on Drawing 803-5001031.

3

MIL-V-22052G(SH)

3.3 <u>Design</u>. Unless otherwise specified herein, valves, valve parts, and design features and parameters shall conform to ANSI B16.34.

3.3.1 <u>Pressure-temperature ratings</u>. The design and pressure-temperature rating shall be in accordance with ANSI B16.34, except the maximum allowable temperature for composition D shall be 775°F. Pressure seal valves shall be designed in such a manner as to permit repair by the use of oversize seal rings. The detail design of the oversize seal ring shall be as shown on Drawing 803-5001021.

3.3.2 <u>End connections</u>. Valve end connections shall withstand the forces and moments imposed by the connecting pipe to which they are attached. For design purposes, the maximum value of the fiber stress in the connecting pipe produced by these forces and moments shall be considered to be equal to 0.2 percent offset yield stress of the piping material at room temperature.

3.3.3 <u>End preparation</u>. Design of welding ends and flange facing shall be as specified (see 6.2.1).

3.3.4 <u>Drains and by-passes</u>. Drains and by-passes shall be in accordance with the requirements specified in 3.3.4.1 through 3.3.4.5. A drain shall consist of a nipple and drain valve. A by-pass shall consist of connecting lines and a by-pass valve.

3.3.4.1 <u>Size of drains and by-passes</u>. Standard drain and by-pass sizes shall be as shown in table II. Nonstandard sizes shall be as specified (see 6.2.1).

TABLE II. Standard drain and by-pass sizes.

| Valve size (inches) | Size of by-pass and drains (inches) |
|---|---|
| 2-1/2 | 1/2 |
| 3 | 1/2 |
| 4 | 3/4 |
| 5 | 3/4 |
| 6 | 3/4 |
| 8 | 3/4 |
| 10 | 1 |
| 12 | 1 |
| 14 | 1-1/4 |
| 16 | 1-1/4 |

3.3.4.2 <u>Location</u>. The location of drains and by-passes shall be specified by referencing the letter designation of the desired bosses (see figure 1 and 6.2.1). Bosses shall be sufficient distance away from seating area to allow welding of replacement by-pass line without damage to valve seat. When nonstandard locations are required, a drawing shall be furnished by the user indicating the desired location. When a location is not specified, the following standard locations shall be used:

(a) By-pass - "A" to "B" of figure 1 (for globe and Y pattern valves), "E" to "F" of figure 1 (for angle valves).
(b) Drain - "C" of figure 1 (for globe and Y pattern valves).

MIL-V-22052D(SH)





FIGURE 1. Designating of boss locations
for drains and by-passes.

3.3.4.3 Root connections. Drain and by-pass line root connections shall be welded to the valve body in accordance with MIL-STD-278. Materials for these lines shall be as follows:

    (a)   Composition A - ASTM A335, grade P22.
    (b)   Composition B - ASTM A335, grade P11.
    (c)   Composition D - ASTM A106, grade B.

3.3.4.4 Bosses. When specified (see 6.2.1), bosses shall be required for valves of class 600 and above in sizes 2-1/2 inches and larger and valves less than class 600 in sizes 4 inches and larger, when these valves are furnished without a by-pass and drain. When specified (see 6.2.1), the valve bodies shall be provided with bosses as shown on "A", "B", and "C" of figure 1 for globe and Y pattern valves and as shown on "X" and "Y" of figure 1 for angle valves.

3.3.4.5 Drain and by-pass valves. Drain and by-pass valves shall be in accordance with MIL-V-22094 and shall have welding ends.

3.3.5 Body pattern. The body pattern, globe, angle, or Y pattern shall be as specified (see 6.2.1).

3.3.6 Port arrangement. Unless otherwise specified (see 6.2.1), the port arrangement on globe valves shall be in-line.

3.3.7 Weights and center of gravity. The manufacturer shall supply a calculated weight with his proposal. After completion of the first valve, a weight shall be shown on the drawing. When specified (see 6.2.1), the manufacturer shall submit center of gravity information for valves weighing in excess of 200 pounds. The estimated center of gravity location and the calculated center of gravity shall be as shown on the drawings. Handwheel operated, welded end globe, angle, and Y pattern valves shall not exceed the maximum weights listed in table III. Weights are based on valves with welded ends and do not include weights of drains, by-passes, operators, etc. Weights of valves in classes and sizes not listed in table III are not required.

5

MIL-V-22052D(SH)

TABLE III. Maximum weights of welded end valves.

| Valve size (inches) | Valve weights | | | | | | |
|---|---|---|---|---|---|---|---|
| | Class 150 | Class 300 | Class 400 | Class 600 | Class 900 | Class 1500 | Class 2500 |
| 2-1/2 | 64 | 68 | --- | 100 | --- | 165 | 450 |
| 3 | 64 | 105 | --- | 155 | 223 | 210 | 670 |
| 4 | 108 | 160 | 240 | 210 | 414 | 530 | 900 |
| 5 | 136 | 250 | 355 | 445 | 515 | 680 | 1775 |
| 6 | 207 | 385 | 730 | 600 | 778 | 880 | 2290 |
| 8 | 307 | 650 | 1108 | 840 | 640 | 1500 | 3500 |
| 10 | 500 | 1620 | 1630 | 1620 | 1800 | 2500 | 5000 |
| 12 | 710 | 1610 | 2090 | 2350 | 2500 | 3000 | --- |
| 14 | --- | 2375 | --- | 3510 | 3300 | 3850 | --- |
| 16 | --- | 3000 | --- | --- | 5000 | 5600 | --- |

3.3.8 Face-to-face and end-to-end dimensions. Face-to-face and end-to-end dimensions shall be in accordance with ANSI B16.10.

3.3.9 Shock and vibration. Valves shall withstand the shock requirements conforming to grade A, class I, type C of MIL-S-901 and MIL-STD-798. When specified (see 6.2.1), valves shall meet the vibration requirements of MIL-STD-167-1, type I.

3.3.9.1 Acceptance criteria for shock shall be as follows:

(a) Momentary malfunction at the time of the impact blow is permitted and acceptable.
(b) Permanent deformation, misalinement, and functional impairments shall be cause for rejection.
(c) Permissible seat leakage shall be as specified in 4.6.5.2.

3.3.9.2 Shock and vibration with power operators. When power operators (other than handwheels) are required, shock and vibration shall be conducted on the assembly of the valve operator as a unit.

3.3.10 Bonnet and yoke construction.

3.3.10.1 Pressure seal and breech lock bonnets. Valves classes 600, 900, 1500, and 2500 shall have pressure seal or breech lock bonnets.

3.3.10.1.1 Threads. When retaining rings are threaded, the threads shall be either chromium or nickel-plated.

3.3.10.1.2 Bonnet seal rings. Bonnet seal rings shall provide a seal either by plastic or elastic expansion. Where a seal is obtained by means of plastic expansion, the seal ring shall have a Brinell hardness number (BHN) of 100 maximum. Where a seal is obtained by means of elastic expansion, the seal ring shall have a BHN of 140 maximum. Seal rings shall be silver-plated. Each manufacturer shall supply a list detailing oversized seal rings for repair purposes. The bonnet seal ring region of the valve body shall be inlayed with corrosion-resisting steel.

3.3.10.2 Flanged bonnets. Valves of classes 150, 300, and 400 shall have bonnets with the joint faces of bonnet flanges of the male and female or small tongue and groove type and spiral wound gaskets.

3.3.10.2.1 Bearing surfaces. Bearing surfaces of nuts and bolt heads and their respective mating surfaces on the valves shall be machine finished.

3.3.10.2.2 Fasteners. Fasteners shall be as follows:

(a) Through-bolt type shall be bolt studs with ends threaded the entire length.
(b) Studs of the single nut type shall have 1-1/4 diameters fully formed thread engagement, lead and vanishing threads shall not be considered.
(c) Cap screws shall have 1 diameter fully formed thread engagement, lead and vanishing threads shall not be considered.

3.3.10.3 Yoke construction. Valves shall be of the outside screw and yoke design.

6

MIL-V-22052D(SH)

3.3.11 Stuffing boxes and glands.

3.3.11.1 Stuffing boxes. Stuffing boxes shall be of a depth to accommodate packing that will assure a pressure tight seal at the rated pressure and temperature of the valve and to assure a positive engagement between the stuffing box and gland.

3.3.11.2 Glands. Stuffing box glands shall be secured and adjusted by a bolting arrangement which by adjustment will insure tightness of the stuffing box under all operating conditions. Bearing surfaces between the gland follower and the gland flange shall be spherically finished.

3.3.12 Trim.

3.3.12.1 Stem. Valve stems shall have modified Acme type threads.

3.3.12.1.1 The stem of a stop check valve shall not be attached to the disc. The end of the stem shall be constructed to serve as a disc guide throughout the full travel of the disc.

3.3.12.2 Disc construction.

3.3.12.2.1 Attachment of the disc to the stem of stop valve shall be of swivel construction. The use of balls or of slip-on type is prohibited in the design of the swivel feature in the stem to disc attachment. Furthermore, the combined design features of the disc and the swivel attachment shall be such that the disc will not spin when subject to the normal flow conditions of the valve.

3.3.12.2.2 The disc of stop check valves shall be of the piston guide and dash pot design. The disc shall fit into the body in such a manner as to serve as a guide during the full travel of the disc. The dash pot effect shall provide an effective cushion for the disc and prevent vibration and hammer at low velocities or pulsating loads. The disc shall be free of protrusions that could cause spinning of the disc.

3.3.12.2.3 For stop valves, provision shall be made to prevent galling between the end of the stem and the disc. This may be accomplished by the insertion of a hardened washer (485 Brinell minimum) between the stem and disc, or by a pad of stellite inlaid on the inside of the disc at the point of contact or on the bottom of the stem. A cast stellite disc shall be satisfactory to meet this requirement.

3.3.12.3 Main seat construction. Seats may be of any of the following constructions:

    (a) Integral.
    (b) Threaded.
    (c) Welded-in.

When the threaded construction is used in valves intended for steam service, the seat ring shall be seal welded circumferentially so as to prevent leakage past the seat rings.

3.3.12.4 Back seat. Valves shall have a positive back seat. Class 600 and higher shall have hard facing (HF) back seats (see 3.3.12.6).

3.3.12.5 Valve trim material. Unless otherwise specified (see 6.2.1), valve trim materials shall be in accordance with table IV.

TABLE IV. Valve trim materials.

| Service | Valve trim symbols[1] | | | |
|---|---|---|---|---|
| | Stem | Disc[2] | Seat[2] | Temperature limitation °F |
| Steam[3] | Cr 13 | HF[3] | HF | 1050 |
| Water | Cr 13 | Ni-Cu | Cr 13 | 750 |
| | Cr 13 | HF | HF | 1050 |
| Oil | Cr 13 | Ni-Co | Cr 13 | 500 |
| | Cr 13 | Cr 13 | Cr 13 | 1000 |
| | Cr 13 | HF | HF | 1050 |

See footnotes at top of next page.

7

MIL-V-220520(SH)

1/ KF may be substituted for other seats and discs under all steam temperature and service conditions.

2/ Where unlike seats and discs are used, either the seat or the disc may be Cr 13 or Ni-Cu at the manufacturer's option.

3/ Steam valves shall have KF seats and discs.

4/ Water valves pressure class 600 and higher shall have KF seats and discs.

3.3.12.6  Hard facing.  Welding materials shall be in accordance with type MIL-RCoCr-A of MIL-R-17131.  The minimum finished thickness of KF seating surfaces shall be 1/32 inch.

3.3.13  Valve handwheels.

3.3.13.1  Rotation.  Valves shall close by clockwise rotation of the handwheel when facing the handwheel.

3.3.13.2  Material and design.  Handwheels smaller than 11 inches in diameter shall be of commercial design and manufactured from steel, ductile iron, malleable iron, or aluminum. Handwheels 10 inches in diameter and larger shall be of aluminum alloy or cast steel in accordance with the general dimensions of Drawing 5000-64824-1385620.  Stem handwheel connection shall be in accordance with Drawing 5000-84824-1385620.

3.3.13.3  Size.  Handwheels shall be sized so that a tangential force of not more than the value specified in table V is required to be exerted on the rim of the handwheel to effect tight closure (see 4.6.5.2).  Valve operating devices may be necessary to accomplish effective closure.

TABLE V.  Maximum allowable tangential force to seat valves based on valve handwheel size.

| Handwheel diameter | Tangential force |
|---|---|
| (Inches) | (Pounds) |
| 2 | 90 |
| 3 | 98 |
| 4 | 106 |
| 5 | 112 |
| 6 | 118 |
| 7 | 121 |
| 8 | 124 |
| 9 | 127 |
| 10 | 130 |
| 11 | 133 |
| 12 | 135 |
| 14 | 138 |
| 16 | 141 |
| 18 | 144 |
| 21 | 147 |
| 24 | 150 |
| 27 | 150 |
| 30 | 150 |
| 36 | 150 |

3.3.13.4  Hammer-blow wheel.  Valves of class 600, sizes 4 inch and larger, and valves of class 1500, sizes 3 inch and larger shall be equipped with hammer-blow wheels unless a valve operator is specified.

3.3.13.5  Toggle operators.  Toggle operators shall be of the double toggle design and shall consist of 8 equal length toggle arms with the toggle arrangement being mounted on the valve yoke.  Valve clamp ring shall not be a part of the valve yoke or toggle operator. Toggle design shall include a means of avoiding overstressing of the valve stem by providing ample stops to limit the stress applied to the valve stem.  A means shall be provided to assure a constant seating load on the valve seats when the valve is in the closed position.

MIL-V-22052D(SH)

3.3.13.6 **Power operators.** Valves shall be designed to assure means of mounting special type power operators on the valve.

3.3.14 **Seat leakage.** Unless otherwise specified (see 6.2.1), allowable seat leakage is considered to be leakage of water not in excess of 10 cubic centimeters (cm³) per hour per inch of nominal pipe size when tested in accordance with 4.6.5.3.

3.3.15 **Lubrication.** Yoke bushings 2-1/2 inches and larger shall be equipped with a 1/8-inch threaded or push designed, type III lubricating fitting in accordance with MIL-F-3541 and MIL5093.

3.3.16 **Welding and fabrication.**

3.3.16.1 **Welding.** Welding shall be in accordance with MIL-STD-278.

3.3.16.2 **Fabrication.** Fabricated assemblies shall be stress relieved as units prior to finish machining. Stress relieving shall be done in accordance with MIL-STD-278.

3.3.17 **Assembly and disassembly.** Valve design and construction shall assure that assembly and disassembly of the valve can be accomplished onboard ship by Navy shipboard personnel without the need for special training or special tools. Special tools are defined as those tools not listed in the National Supply Catalog (copies of this catalog may be consulted in the office of the Defense Contract Administration Service (DCAS). Design and external configuration shall be such as to permit the use of a portable boring machine to repair the bonnet inlay of the valve with the valve in place in the piping system.

3.4 **Body markings and identification plates.**

3.4.1 **Body markings.** Valve bodies shall have the class and manufacturer's name or trademark cast or forged integral with the valve body. Globe valves shall have a bridge wall marking in addition to the above markings. When necessary, metal stamping shall be permitted on the neck of the valve body or other similar areas not subjected to high stress in service.

3.4.2 **Identification plates.** Identification plates made of corrosion-resisting steel base shall be permanently fastened to a part of the valve not subjected to working pressure, preferably the yoke. Drawings of the proposed identification plates shall be reviewed by the procuring activity prior to their manufacture, and shall include the following data or a space therefor:

    (a) Manufacturer's name or trademark.
    (b) Size of valve and class.
    (c) Stop check valve, if so constructed.
    (d) Body and bonnet material composition.
    (e) Valve trim identification (stem-disc-seat).
    (f) Manufacturer's identification number (optional).
    (g) Manufacturer's drawing number.
    (h) MIL-V-22052.
    (i) Component identification number (CID).
    (j) National stock number (NSN).

3.5 **Onboard repair parts.** Onboard repair parts shall be as specified in table VI.

TABLE VI. **Onboard repair parts.**

| Item | Quantities |
|---|---|
| Packings, gaskets, bonnet seal rings | 30 percent of ship order but not less than two sets for each size, composition, and class |
| Valve disc and stem assembly | 5 percent of ship order but not less than one complete set for each size, composition, and class |

3.5.1 **Repair parts (and special tools if required).** When specified (see 6.2.1), repair parts (and special tools if required) shall be furnished in accordance with MIL-STD-1352 and MIL-STD-1561.

3.6 Technical data. The contractor shall prepare technical data in accordance with the data ordering document included in the contract or order (see 6.2.2), and as specified in 3.6.1 through 3.6.2.

3.6.1 Drawings. In addition to the drawing content required by the data ordering document (see 6.2.2), the following features shall be included:

(a) Accurately scaled sectional assembly which clearly depicts the design and construction of the valve.
(b) Bill of material listing specification, grade, condition, and any other data required to fully identify the properties of the materials proposed.
(c) Details of the seat, disc, and stem assembly and all other replaceable internal trim.
(d) Layout of the pressure-containing envelope (body and bonnet) giving dimensions which control compression of the spiral-wound gaskets and pressure seal ring. This is to assure that where remachining is necessary to repair the gasket-sealing surfaces on these parts, that compensating cuts can be accurately made to restore original gasket compression. This layout shall also specify the dimensional limits of such corrective remachining within which function of the valve remains unaffected.
(e) Recommended assembly torques, or equivalent procedures, for making up all joints and threaded assemblies.
(f) Tabulation of required gasket characteristics including all dimensions (with tolerances) and load versus compression characteristics (with tolerances).
(g) Mark areas to be radiographic, magnetic particle, or dye penetrant inspected.
(h) Dimensions-overall, accessibility space including disassembly clearances and all dimensions pertinent to installation.
(i) Surface finishes-show finish marks for all hard face surfaces and bearing areas.
(j) Name of laboratory conducting tests and date of previous successful shock and vibration tests.
(k) Welding procedure for seal canopy. Welding procedures shall include the following:

(1) Detail of weld.
(2) Welding process.
(3) Welding current (where applicable).
(4) Filler metal.
(5) Preparation.
(6) Interpass temperature.
(7) Technique.
(8) Post heat treatment.
(9) Provide a table listing size of weld, number of passes, electrode diameter, and welding characteristics.

3.6.1.1 Certification data. Certification data sheets shall be prepared by the contractor (see 6.2.2). In addition to the general requirements, the certification data sheets shall include the following:

(a) Class.
(b) Pressure and temperature rating.
(c) Body and bonnet material.
(d) Seat, disc, and stem material.
(e) Type of power operator, if required.
(1) Shock and vibration tests of valve with the power operator attached.

3.6.1 Manuals. In addition to the general requirements for technical manuals (see 6.2.2), the following shall be included as part of the contents:

(a) Drawings for the valve (including certification data sheet). Drawings shall be supplemented by additional illustrations where necessary to adequately illustrate operation and maintenance. These additional illustrations may consist of blowouts, partial or full sections, etc., and may eliminate extraneous lines used to clarify the interaction of parts.
(b) Table listing wrench sizes and assembly torques (or other equivalent procedures) for making up all joints and threaded assemblies.
(c) Instructions to permit overhaul by shipyard or other repair facility. These should include procedures for checking all critical dimensions subject to wear or change and the acceptable dimensional limits, surface finish condition, etc. Also, the appropriate procedure (that is, part replacement, correction at repair facility, or repair at manufacturer's facility) which should be followed to correct each case of damage or wear.

10

MIL-V-22052D(SH)

(d) Detailed disassembly and reassembly procedures. In addition to providing procedures for the complete disassembly and reassembly of the equipment, maintenance and troubleshooting sections shall contain, or refer to, only the limited disassembly and reassembly required to accomplish each particular operation. This is intended to reduce the possibility of unnecessary disassembly and unnecessary disturbance of adjustments when performing specific or limited maintenance or troubleshooting operations.

(e) Adjustment procedures.

4. QUALITY ASSURANCE PROVISIONS

4.1 Responsibility for inspection. Unless otherwise specified in the contract, the contractor is responsible for the performance of all inspection requirements as specified herein. Except as otherwise specified in the contract, the contractor may use his own or any other facilities suitable for the performance of the inspection requirements specified herein, unless disapproved by the Government. The Government reserves the right to perform any of the inspections set forth in the specifications where such inspections are deemed necessary to assure supplies and services conform to prescribed requirements.

4.1.1 Inspection system program plan. The contractor shall provide and maintain an inspection system program plan in accordance with the data ordering document included in the contract or order (see 6.2.3).

4.2 Classification of inspections. The inspection requirements specified herein are classified as follows:

(a) Qualification inspection (see 4.3).
(b) Quality conformance inspection (see 4.4).

4.3 Qualification inspection. Qualification inspection shall be conducted at a laboratory satisfactory to the Naval Ship Engineering Center (NAVSEC). Qualification shall consist of the examinations and tests specified in 4.5 through 4.7.

4.3.1 Qualification inspection samples. Sample valves submitted for qualification inspection shall be of the 2-1/2 inch size, special class 1500, composition B. Valves of the 2-1/2-inch size, class 1500, composition B, which have passed the qualification tests will qualify valves in sizes 2-1/2 inches and larger of all compositions, classes 600, 900, 1500, and 2500, provided variations in design throughout the various sizes and classes are demonstrated by analysis to be satisfactory to NAVSEC.

4.3.2 Authorization for qualification tests. Prior to authorization of qualification tests, the drawings specified in 3.6.1 shall be submitted to NAVSEC for review.

4.4 Quality conformance inspection. Each special class valve shall be examined and tested as specified in 4.5, 4.6.1, and 4.6.5. Each standard class valve shall be examined and tested as specified in 4.5, 4.6.1.4, and 4.6.5. The DCAS shall normally accept certification that materials comply with the specification, however, proof of compliance may be required by the DCAS.

4.5 Visual and dimensional examination. Valves shall be visually and dimensionally examined to verify compliance with the requirements of this specification not involving tests.

4.6 Tests.

4.6.1 Nondestructive testing.

4.6.1.1 Pressure containing castings of valves shall be 100 percent radiographically inspected when the service pressure or temperature will exceed the values listed in table VII. Inspection shall be in accordance with the following:

(a) Radiographic inspection shall conform to MIL-STD-271.
(b) Radiographic acceptance shall conform to MIL-STD-278.
(c) Radiographic coverage shall conform to the shaded areas shown on figures 2 and 3.

11

MIL-V-22052B(SH)

TABLE VII. Pressure or temperature criteria for nondestructive testing.

| Service [1] | Gage pressure pounds per square inch (lb/in²) | Temperature (°F) |
|---|---|---|
| Steam | 215 | 500 |
| Water | 600 | 200 |
| Oil | 300 | 150 |

[1] When valves are used in services other than those listed, the criteria for nondestructive testing shall be as specified (see 6.3.1).



SH 11196

FIGURE 3. "Y" pattern globe body (pressure seal bonnet).

12

MIL-V-22052D(SH)



SECTION "X"-"X" & "Y"-"Y"

SH 11260

FIGURE 3. Angle body (pressure seal bonnet) bonnet same as "Y" pattern globe.

4.6.1.2  Pressure containing forgings of valves shall be 100 percent magnetic particle inspected in accordance with MIL-STD-271 when the service pressure or temperature exceeds the values listed in table VII. Forgings shall be free from flaws such as seams, cracks, laps, porosity, scale, flakes, and all other defects detrimentally affecting the suitability of the forging for the service intended.

4.6.1.3  Defects to be repaired.  The following shall apply to those parts inspected in accordance with 4.6.1.1 and 4.6.1.2:

(a)  Defects less than 0.030 inch in depth need not be repaired provided the bottom of the defect is rounded and visible and the minimum wall thickness is maintained.

(b)  Defects greater than 0.030 inch in depth but less than 15 percent of the wall thickness shall be repaired by removing the defective material. This material shall be removed by drilling or grinding to a bottom radius of at least three times the depth of the defect. The depth of the finished repair shall be less than 15 percent of the undamaged wall thickness. Sharp corners shall be faired into the base metal. Welding is not required to effect a repair of this nature, provided the minimum wall thickness is maintained.

(c)  Defects greater than 15 percent of the wall thickness shall be repaired by removing the defective material and welding. The material shall be removed by grinding or drilling and then welded in accordance with 3.3.16. The crown of the weld shall be blended into the base metal.

4.6.1.4  Hard faced seating.  Hard faced seating surfaces shall be liquid penetrant inspected in accordance with MIL-STD-271 after rough machining and shall be free of cracks or crack-like/defects.

13

MIL-V-22052G(SH)

4.6.2 **Cold tests.** Cold tests shall be performed as follows:

    (a) Operation - 10 cycles.
    (b) Hydrostatic - shell and closure tests (see 4.6.5.1 and 4.6.5.2).

4.6.3 **Hot tests.** Hot tests shall be conducted with a gage pressure of 1200 lb/in$^2$ steam at 950°F and shall be performed in the following sequence.

    (a) Thermal shock.
    (b) Operation - 200 cycles.

4.6.3.1 **Thermal shock tests.** Valves shall be thermal shocked ten times by reducing the steam temperature from 950°F to 600°F in not more than 10 seconds.

4.6.3.2 **Operational tests.** Steam shall be passed through the valve for a period of not less than 48 hours. During this period two securing trials shall be made to determine if the valve remains tight while and after cooling to ambient temperature, and two warm-up trials shall be made to determine the torque required to open the valve which has been closed while cold. The valve shall be cycled a minimum of 200 times and the operating torque shall be recorded periodically during the cycling.

4.6.4 **Shock and vibration.** Valves shall be shock and vibration tested to determine conformance to the requirements specified in 3.3.9.

4.6.5 **Hydrostatic tests.** Valves shall be subjected to the tests specified in 4.6.5.1 for strength and porosity and the tests specified in 4.6.5.2 for tightness. Water temperature shall not exceed 100°F.

4.6.5.1 **Shell test.** Valves shall be given a shell test at a gage pressure no less than 1-1/2 times the 100°F rating, rounded off to the next higher 25 lb/in$^2$ increment. The test shall be made with water, which may contain a corrosion inhibitor, or with kerosene, or with other suitable fluid, provided such fluid has viscosity not greater than that of water, at a temperature not above 125°F. Visually detectable leakage through pressure boundary walls is not acceptable. Test duration shall be not less than as follows:

| Valve size ips (inches) | Test time (seconds) |
|---|---|
| 2-1/2 - 8 | 60 |
| 10 and larger | 180 |

Test shall be made with the valve in the partially open position. Leakage through the stem packing shall not be cause for rejection.

4.6.5.2 **Closure tests.** Following the shell test, valves shall be given a closure test. Each valve 10 ips and larger, regardless of class and each valve in the size range ips 4 through ips 8, class 600 and higher shall be given a closure test using a fluid described in 4.6.5.1 at a pressure no less than 110 percent of the 100°F pressure rating. Each valve ips 4 through ips 8, class less than 600 and each valve in size less than ips 4, regardless of the pressure rating shall, be given either a fluid closure test at a pressure no less than 110 percent of the 100°F pressure rating or a gas closure test at a minimum gage pressure of 80 lb/in$^2$. The test pressure shall be applied successively on each side of the closed valve. Leakage rate of fluid test shall not exceed 10 cm$^3$ per hour per inch of nominal pipe size. Air test under water shall not allow the formation of a free air bubble. Duration of closure test shall be the same as specified in 4.6.3.1.

4.6.5.2.1 For globe and angle valves, the test pressure shall be applied across the closure member in the direction producing the most adverse seating condition. A stop check valve or other valve type designed to be a one-way valve, requires a closure test only, in the appropriate direction.

4.6.5.2.2 Valves designed for operating conditions, that have the pressure differential across the closure member limited to values less than the 100 percent pressure rating and having closure members or actuating devices (direct, mechanical, fluid, or electrical) that would be subject to damage at high differential pressures, shall be tested as described above except that the closure test may be reduced to 110 percent of the maximum specified closed position differential pressure. This exception may be exercised upon agreement between the Navy and manufacturer. The manufacturer's nameplate data shall include reference to any such limitations.

14

MIL-V-22052D(SH)

4.7 Examination after qualification tests. Valves shall be disassembled and shall be visually and dimensionally examined for damage and wear. Disassembly and reassembly shall be performed to determine the practicability of maintaining a valve of this design for shipboard use (see 3.3.17). The maintainability demonstration shall be conducted by removing and replacing the pressure seal ring, disc, and stem. This shall be accomplished by following the instructions in the technical manual. Particular emphasis shall be directed towards the possibility of loss of small parts by the maintenance crew.

4.8 Inspection of preparation for delivery. Preservation-packaging, packing, and marking shall be inspected for compliance with section 5 of this document.

5. PREPARATION FOR DELIVERY

(The preparation for delivery requirements specified herein apply only for direct Government procurements. For the extent of applicability of the preparation for delivery requirements of referenced documents listed in section 2, see 6.4.)

5.1 Preservation-packaging, packing, and marking. Valves shall be individually preserved-packaged level A or C, packed level A, B, or C, as specified (see 6.2.1), and marked in accordance with MIL-V-3.

5.2 Repair parts and tools. Repair parts and tools shall be preserved-packaged, packed, and marked to the level specified (see 6.2.1) in accordance with MIL-R-196.

5.3 Cushioning, dunnage, and wrapping materials.

5.3.1 Level A preservation-packaging and levels A and B packing. Use of all types of loose-fill materials for packaging and packing applications such as cushioning, filler, or dunnage is prohibited for materials destined for shipboard installation/stowage.

5.3.2 Level C preservation-packaging and packing. When loose-fill type materials are used for packaging and packing applications such as cushioning, filler, and dunnage, all containers (unit, intermediate, and shipping) shall be marked or labelled with the following information:

> "CAUTION
>
> Contents cushioned etc., with loose-fill material.
> Not to be taken onboard ship.
> Remove and discard loose-fill material before shipboard stowage.
> If required, recushion with cellulosic material, bound fiber, fiberboard, or transparent flexible cellular material."

5.3.3 Cushioning, filler, dunnage, and wrapping materials selected, whenever available, shall exhibit improved performance for resistance to fire.

6. NOTES

6.1 Intended use. Globe, angle, and Y pattern valves are intended for use in steam, water, and oil service.

6.2 Ordering data.

6.2.1 Procurement requirements. Procurement documents should specify the following:

(a) Title, number, and date of this specification.
(b) Composition and rating required (see 1.2).
(c) End preparation (see 3.3.3).
(d) Size required (see tables II and III).
(e) Nonstandard sizes of drains and by-passes (see 3.3.4.1).
(f) Service conditions.
(g) Quantity required.
(h) Location of drains and by-passes (see 3.3.4.2).
(i) Boss requirements (see 1.3.4.4).
(j) Pattern required (see 3.3.5).
(k) Port arrangement on globe valves (see 3.3.6).
(l) Center of gravity location (see 3.3.7).

15

MIL-V-22052D(SH)

(m) Whether vibration test is required (see 3.5.5).
(n) Valve trim (see 3.3.12.5).
(o) Allowable seat leakage (see 3.3.14).
(p) Repair parts and special tools required (see 3.5.1).
(q) Criteria for nondestructive testing when valves are used in services other than as listed (see table VII).
(r) Level of preservation-packaging and packing required (see 5.1).
(s) Level of preservation-packaging and packing of repair parts and tools required (see 5.2).

6.2.2 Data requirements. When this specification is used in a procurement which invokes the provision of the "Requirements for Data" of the Armed Services Procurement Regulations (ASPR), the data identified below, which are required to be developed by the contractor, as specified on an approved Data Item Description (DD Form 1664), and which are required to be delivered to the Government, should be selected and specified on the approved Contract Data Requirement List (DD Form 1423) and incorporated in the contract. When the provisions of the "Requirements for Data" of the ASPR are not invoked in a procurement, the data required to be developed by the contractor and required to be delivered to the Government should be selected from the list below and specified in the contract.

| Paragraph | Data requirements | Applicable DID | Option |
|---|---|---|---|
| 3.6.1 and 3.6.1.1 | Drawings, engineering and associated lists | DI-E-7031 | Level 2<br>Design activity designation - Contractor<br>Drawing Number - Contractor<br>Delivery of hard copies - Procuring activity |
| 3.6.2 | Manuals | DI-M-2043 | MIL-M-15071, type I |
| 4.1.1 | Inspection system program plan | DI-R-4803 | --- |

(Copies of data items descriptions required by the contractors in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer. Unless otherwise indicated, the issue in effect on date of invitation for bids or request for proposal shall apply.)

6.2.2.1 The data requirements of 6.2.2 and any task in section 3, 4, or 5 of the specification required to be performed to meet a data requirement may be waived by the procuring/purchasing activity when the offeror that identical data were submitted by the offeror and accepted by the Government under a previous contract for identical item procured to this specification. This does not apply to specific data which may be required for each procurement, regardless of whether an identical item has been supplied previously (for example, test reports).

6.2.2.2 Where the Government has limited rights in the data shown on the drawings, as determined by the contractual provisions regarding rights in technical data, the drawings may be marked with a legend. If used, the "Limited Rights Legend" of ASPR should be used.

6.3 With respect to products requiring qualification, awards will be made only for products which are at the time set for opening of bids, qualified for inclusion in applicable Qualified Products List QPL-22052 whether or not such products have actually been so listed by that date. The attention of the contractors is called to these requirements, and is manufacturers are urged to arrange to have the products that they propose to offer to the Federal Government tested for qualification in order that they may be eligible to be awarded contracts or orders for the products covered by this specification. The activity responsible for the Qualified Products List is the Naval Ship Engineering Center, Department of the Navy, Washington, DC 20362, and information pertaining to qualification of products may be obtained from that activity. Application for qualification tests shall be made in accordance with "Provisions Governing Qualification SD-6" (see 6.3.1).

6.3.1 Copies of "Provisions Governing Qualification SD-6" may be obtained upon application to Commanding Officer, Naval Publications and Forms Center, 5801 Tabor Avenue, Philadelphia, Pennsylvania 19120.

6.4 Sub-contracted material and parts. The preparation for delivery requirements of referenced documents listed in section 2 do not apply when material and parts are procured by the contractor for incorporation into the equipment and lose their separate identity when the equipment is shipped.

16

INSTRUCTIONS: In a continuing effort to make our standardization documents better, the DoD provides this form for use in submitting comments and suggestions for improvements. All users of military standardization documents are invited to provide suggestions. This form may be detached, folded along the lines indicated, taped along the loose edge (DO NOT STAPLE), and mailed. In block 5, be as specific as possible about particular problem areas such as wording which required interpretation, was too rigid, restrictive, loose, ambiguous, or was incompatible, and give proposed wording changes which would alleviate the problems. Enter in block 6 any remarks not related to a specific paragraph of the document. If block 7 is filled out, an acknowledgement will be mailed to you within 30 days to let you know that your comments were received and are being considered.

NOTE: This form may not be used to request copies of documents, nor to request waivers, deviations, or clarification of specification requirements on current contracts. Comments submitted on this form do not constitute or imply authorization to waive any portion of the referenced document(s) or to amend contractual requirements.

(Fold along this line)

(Fold along this line)

DEPARTMENT OF THE NAVY

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS    PERMIT NO. 12503    WASHINGTON D C

POSTAGE WILL BE PAID BY THE DEPARTMENT OF THE NAVY

COMMANDER
NAVAL SEA SYSTEMS COMMAND (SEA 55z3)
DOD STANDARDIZATION PROGRAM AND DOCUMENTS DIVISION
DEPARTMENT OF THE NAVY
WASHINGTON, DC  20362



# STANDARDIZATION DOCUMENT IMPROVEMENT PROPOSAL
*(See Instructions – Reverse Side)*

| 1. DOCUMENT NUMBER | 2. DOCUMENT TITLE |
|---|---|

**3a. NAME OF SUBMITTING ORGANIZATION**

**4. TYPE OF ORGANIZATION** *(Mark one)*

☐ VENDOR

☐ USER

☐ MANUFACTURER

☐ OTHER *(Specify):*

**b. ADDRESS** *(Street, City, State, ZIP Code)*

**5. PROBLEM AREAS**

a. Paragraph Number and Wording:

b. Recommended Wording:

c. Reason/Rationale for Recommendation:

**6. REMARKS**

| 7a. NAME OF SUBMITTER *(Last, First, MI)* – Optional | b. WORK TELEPHONE NUMBER *(Include Area Code)* – Optional |
|---|---|
| c. MAILING ADDRESS *(Street, City, State, ZIP Code)* – Optional | 8. DATE OF SUBMISSION *(YYMMDD)* |

**DD FORM 1426** 82 MAR       PREVIOUS EDITION IS OBSOLETE.

# EXHIBIT B

15 May 1938

45V17(INT)

## BUREAU OF ENGINEERING SPECIFICATION

### VALVES, GATE, FOR AIR EXHAUST STEAM, OIL, OR WATER SERVICES

#### (SHIPBOARD USE)

---

## A. APPLICABLE SPECIFICATIONS AND DRAWINGS.

A-1. The following specifications, of the issue in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies.

### NAVY DEPARTMENT SPECIFICATIONS

General Specifications for Inspection of Material, together with Appendix II (Metals).
33P14 — Packing, asbestos, valve stem, symbol 1101.
33P16 — Packing, asbestos, rod, high pressure, symbol 1100.
33P17 — Packing, metallic, flexible, symbols 1430 and 1431.
43B11 — Bolts, nuts, studs, tap rivets (and material for same).
43B14 — Bolt-studs, nuts, and rod; steel (for service at temp. up to 850° F.)
44T2 — Threads, standard, for pipe and pipe fittings.
45V1 — Valves, bronze, 100 W.S.P., gate.
46B6 — Brass, Naval, rolled.
46B8 — Bronze, valve: Castings.
46M6 — Metal, gun: Castings.
46M7 — Nickel-copper alloy; rods, bars, shapes, etc.
46S18 — Steel, corrosion-resisting; bars, rods, and forgings, (except for reforging).
46S27 — Steel, corrosion-resisting: Castings.
49S1 — Steel; castings.
49S3 — Steel; forgings for hulls, engines and ordnance.

### BUREAU OF ENGINEERING SPECIFICATIONS

General Specifications for Machinery, Subsection S1-1.

A-2. The following Bureau of Engineering drawings, of the alteration in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies:

B-64 — Hand wheels for valves.
B-139 — Composition flanges, 100 lbs.
B-140 — Composition flanges, 400 lbs.
B-141 — Steel flanges, 400 lbs.
P-153 — Standard application of annual contract packings.
B-159 — Steel flanges, 600 lbs.
B-160 — Type quick closing valves.
B-161 — Type hose gate valve.
B-173 — Forged steel unions.

45VV17(INT)

-2-

3-174 - Steel flanges, 750 lbs.
3-S-530 - Forged steel welding end fittings.
6-Y-554 - Schedule for piping, pipe fittings, valves, etc.

B. CLASSES.

B-1. Gate valves shall be of the following classes:

Class I - For working pressures not greater than 100 pounds per square inch threaded and flanged ends - composition. (also in steel for oil services, as required by schedule for valves, etc., Bureau drawing 6-Y-554 as listed in Section A.)

Class II - For working pressures from 101 to 200 pounds per square inch, smaller than 2 inch size, threaded ends - composition.

Class III - For working pressures from 101 to 400 pounds per square inch threaded, and flanged ends - composition.

Class IV - For working pressures from 101 to 400 pounds per square inch, sizes 3/4 inch and larger, flanged ends - cast (or forged) steel.

Class V - For working pressures from 401 to 600 pounds per square inch, sizes 3/4-inch and larger, flanged ends - cast (or forged) steel.

Class VI - For working pressures from 601 to 750 pounds per square inch, sizes 3/4-inch and larger, flanged ends - cast (or forged) steel.

C. MATERIAL AND WORKMANSHIP.

C-1. Material. Unless otherwise approved, all materials used in the construction of valves shall be as specified in Section E.

C-2. Workmanship.- All castings shall be clean, sound and free from blow holes, porosity, cracks and any other injurious defects. The workmanship shall be first class in all respects.

D. GENERAL REQUIREMENTS.

D-1. Plans.- Plans shall be furnished as required by the bureau concerned.

D-1a. Bureau of Engineering.

D-1a(1). The number, size, arrangement, title, form, etc., shall conform to the requirements of Subsection S1-1, referred to in Section A.

D-1a(2). The specific plans desired and the information thereon shall include the following:

Type A.
Type B.
Type D.

45V17(INT)

-3-

D-1a(3). Type A drawings shall accompany bids.

D-1a(4). The number of sets of Type B and Type D drawings, if required, shall be stated in the requisition, contract or order.

D-2. All valves shall be of the non-rising stem design and so constructed that the stem will not be exposed to the fluid passing through the valve, except that entering the drain hole, when the disk is raised to the full open position.

D-3. All valves when fully open shall permit an unobstructed flow and the area at any point within the valve shall be not less than the inside area of the pipe or tubing to which connected.

D-4. All valves shall be so designed that the valve stem may be packed when the valve is in the full open position.

D-5. All disks shall be of the wedge-type double faced design, made in one piece.

D-6. All valves shall be provided with disk guides cast integral with the body.

D-7. Each disk shall have an opening in the bottom to provide drainage.

D-8. Each stem shall be so threaded with acme type threads that the valve will be opened when the handwheel is turned counter-clockwise. The end of each stem shall be square and tapered to fit the handwheel. The stem shall be threaded above the tapered section to provide for a hexagonal securing nut.

D-9. The stem and thrust collar shall be one integral piece.

D-10. Unless otherwise specified, each valve 2-1/2 inches and larger shall be provided with an indicator to show whether the valve is open or closed.

D-11. Each valve shall have distinctly cast or stamped one one side of the body, the size, the trade mark of the maker "100" for Class I valves, "200" for Class II valves, "400" for Class III valves, "400" for Class IV valves, "600" for Class V valves, and "750" for Class VI valves; and the size of the valve. Valves for oil shall also have the word 'oil' cast or stamped on the bodies.

D-12. Faces of all flanges shall have at least a fine tool finish.

D-13. The walls of bodies and bonnets shall be curved surfaces; no flat surfaces shall be permitted. They shall be ribbed as required to prevent distortion.

—4—

D-14. Stuffing boxes shall be separate from the valve bonnets. For valves of 2-1/2 inch size, and above, the glands shall be of the flanged type set up by two nuts working on studs extending through the gland flange.

D-15. All composition gate valves of 2-1/2 inch size and above, and all steel gate valves shall have removable seats. Removable seats shall be screwed into the valve bodies, suitable lugs being provided on the seats for the purpose. The faces of the seats shall be slightly raised at the center to provide a narrow bearing surface not to exceed one-eighth inch in width.

D-16. All gate valves, Classes III, IV, V and VI, 4-1/2 inch size or larger shall be fitted with by passes. The by-pass valves shall be globe valves, the materials of which shall correspond to the gate valves served. The minimum sizes for the by-passes are given below in Table I.

TABLE I.

| Size of gate valve | Size of by-pass valve |
|---|---|
| 4-1/2 inches to 7-1/2 inches, incl.............. | 1/2 inch, minimum |
| 8 inches to 9-1/2 inches,incl.: | 3/4 inch, minimum |
| 10 inches..................... | 1 inch, minimum |

NOTE. — All by-passes shall be connected to their valves by flanged joints.

D-17. Valve stems shall be packed with one of the packings conforming to N.D. Specs. 33P14, 33P16, or 33P17, referred to in Section A.

E. DETAIL REQUIREMENTS.

E-1. Class I Gate Valves.—

E-1a. Valves shall conform in every particular to N.D. Spec. 45V1, referred to in Section A, except those ordered in steel, which shall conform to N.D. Spec. 45V1 for design and subparagraph E-4c(1) for materials, except that the "bolts" or "studs" and "nuts", shall be steel, N.D. Spec. 43B11, referred to in Section A, Classes B and C, respectively.

—5—

E-2. Class II Gate Valves.

E-2a. Valves shall be supplied only with threaded ends and in sizes and with dimensions shown in Table II.

TABLE II.

| Size of pipe for which valves are used | Dimensions | |
|---|---|---|
| | Diameter of handwheel—minimum | Distance centerline to top maximum |
| Inches | Inches | Inches |
| 1/4 | 1-1/2 | 4 |
| 1/2 | 1-3/4 | 4-1/4 |
| 3/4 | 2-1/2 | 5 |
| 1 | 2-3/4 | 5-3/4 |
| 1-1/4 | 3 | 6-1/2 |
| 1-1/2 | 3-1/2 | 7-1/2 |

E-2b. The threaded ends shall conform to the requirements of N.D. Spec. 44T2, referred to in Section A.

E-2c. Materials shall be the same as those specified for Class I gate valves.

E-2d. Bonnets may be screwed, or flanged and bolted.

E-2e. Handwheels shall be of malleable iron of non-heat design having three or more spokes. See Table II for minimum diameters.

45Y17(INT)

—6—

## E-3.  Class III Gate Valves

E-3a.  Valves shall be supplied with threaded or flanged ends as specified in sizes 1-1/2 inches and smaller; and with flanged ends only in sizes 2 inches and above.  The dimensions shall conform to those shown in Table III.

### TABLE III.

| Size of pipe or tubing for which used | Dimensions | | | | |
|---|---|---|---|---|---|
| | Flanged valves | | Handwheel | | Height — Centerline to top — maximum |
| | Diam.of bore | Face to face | Diameter — minimum | | |
| Inches | Inches | Inches | Inches | | Inches |
| 1/4 | —— | —— | 1-3/4 | | 8 |
| 1/2 | —— | —— | 2-1/2 | | 8-1/2 |
| 3/4 | 1 | 5 | 2-3/4 | | 9 |
| 1 | 1-1/4 | 5-1/4 | 3 | | 10-1/2 |
| 1-1/4 | 1-1/2 | 6 | 3-1/2 | | 11 |
| 1-1/2 | 2 | 7 | 4 | | 12 |
| 2 | 2-1/2 | 7-1/2 | 8 | | 13 |
| 2-1/2 | 3 | 8 | 9 | | 15 |
| 3 | 3-1/2 | 8-1/2 | 10 | | 16 |
| 3-1/2 | 4 | 9 | 11 | | 17 |
| 4 | 4-1/2 | 9-1/2 | 11 | | 18-1/2 |
| 4-1/2 | 5 | 10 | 12 | | 20 |
| 5 | 5-1/3 | 10-1/4 | 12 | | 21-1/2 |
| 5-1/2 | 6 | 10-1/2 | 14 | | 23 |
| 6 | 6-1/2 | 10-3/4 | 16 | | 24-1/2 |
| 6-1/2 | 7 | 11 | 18 | | 26 |
| 7 | 7-1/2 | 11-1/4 | 18 | | 27-1/2 |
| 7-1/2 | 8 | 11-1/2 | 18 | | 29 |
| 8 | 8-1/2 | 11-3/4 | 21 | | 30-1/2 |
| 8-1/2 | 9 | 12 | 21 | | 32 |
| 9 | 9-1/2 | 12-1/2 | 21 | | 33-1/2 |
| 9-1/2 | 10 | 13 | 21 | | 35 |
| 10 | 10-1/2 | 13-1/2 | 21 | | 36-1/2 |

E-3b.  The threaded ends shall conform to the requirements of N.D. Spec. 44T2, referred to in Section A.

E-3c.  The dimensions of flanges shall conform to Bureau of Engineering drawing B-140, referred to in Section A.

E-3d.  Unless otherwise specified, valves shall be delivered with the flanges indrilled.

E-3e.  Materials shall be the same as those specified for Class I valves.

—7—

E-3f.  Bonnets for valves 1-1/2 inches and smaller may be screwed.  Those for valves 2 inches and larger shall be flanged.  Flanged bonnets shall be bolted with bolt studs threaded full length and fitted with a nut on each end.

E-3g.  Handwheels for valves, sizes 1-1/2 inches and smaller, shall be of the same type as specified for Class II valves.  Handwheels for valves, sizes 2 inches and larger, shall conform to Bureau of Engineering drawing E-64, referred to in Section A, and shall have diameters not less than those given in Table III.

E-4.  <u>Class IV Gate Valves.</u>

E-4a.  Valves shall have flanged ends and be made only of steel, cast or forged, in all sizes and of dimensions as shown in Table IV.

TABLE IV.

| Size of pipe or tubing for which used | Diameter of Bore | Face to Face | Handwheel Diameter Minimum | Height – Centerline to Top – Maximum |
|---|---|---|---|---|
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 1 | 5 | 3-1/4 | 10 |
| 1 | 1-1/4 | 5-1/4 | 4 | 11 |
| 1-1/4 | 1-1/2 | 6 | 5 | 11-1/2 |
| 1-1/2 | 2 | 7 | 6 | 12-1/2 |
| 2 | 2-1/2 | 7-1/2 | 8 | 13-1/2 |
| 2-1/2 | 3 | 8 | 9 | 15-1/2 |
| 3 | 3-1/2 | 8-1/2 | 10 | 16-1/2 |
| 3-1/2 | 4 | 9 | 11 | 17-1/2 |
| 4 | 4-1/2 | 9-1/2 | 11 | 19 |
| 4-1/2 | 5 | 10 | 13 | 20-1/2 |
| 5 | 5-1/2 | 10-1/4 | 12 | 22 |
| 5-1/2 | 6 | 10-1/2 | 14 | 23-1/2 |
| 6 | 6-1/2 | 10-3/4 | 16 | 25 |
| 6-1/2 | 7 | 11 | 18 | 26-1/2 |
| 7 | 7-1/2 | 11-1/4 | 18 | 28 |
| 7-1/2 | 8 | 11-1/2 | 18 | 29-1/2 |
| 8 | 8-1/2 | 11-3/4 | 21 | 31 |
| 8-1/2 | 9 | 12 | 21 | 32-1/2 |
| 9 | 9-1/2 | 12-1/2 | 21 | 34 |
| 9-1/2 | 10 | 13 | 21 | 35-1/2 |
| 10 | 10-1/2 | 13-1/2 | 21 | 37 |

45V17(INT)

-8-

E-4b. The dimension of flanges shall conform to Bureau of Engineering drawing B-141, referred to in Section A.

E-4c. Unless otherwise specified, valves shall be delivered with the flanges undrilled.

E-4d. Materials shall be as follows:

    (1) Oil Service.
        Body bonnet, stuffing box and gland - Class B cast steel (N.D. Spec. 49S1) or Class B forged steel (N.D. Spec. 49S2).
        Disk and seat - Grade 7 corrosion-resisting steel (N.D. Spec. 46S18) or Grade 7 corrosion-resisting steel, cast (N.D. Spec. 46S27),
        The disk may be Class B cast steel (N.D. Spec. 49S1) fitted with seating face of either of the former materials.
        Stem - Grade 7 corrosion-resisting steel (N.D. Spec. 46S18).
        Stem nut, index unit and scale - brass.
        Bolt-studs and nuts - steel, (N.D. Spec. 43B14),
        Bolts and nuts - (N.D. Spec. 43B11).

    (2) Air, Exhaust Steam or Water Services.
        Body, bonnet and stuffing box - same materials as specified for "Oil Service".
        Disk and seat - Gun metal (N.D. Spec. 46M6) or special composition of non-galling characteristics as approved.
        Stem - nickel-copper alloy, rolled (N.D. Spec. 46M7).
        Stuffing box gland, stem nut, index units and scale - brass.
        Bolt -studs and nuts - steel (N.D. Spec. 43B14).
        Bolt and nuts - (N.D. Spec. 43B11).

E-4e. Bonnets shall be flanged and bolted with bolt studs threaded full length and fitted with a nut on each end.

E-4f. Handwheels shall conform to Bureau of Engineering drawing B-64, referred to in Section A, and shall have diameters not less than those given in Table IV.

E-5. Class V Gate Valves.

E-5a. Valves shall have flanged ends, shall be made in all sizes, and shall be of the dimensions given in Table V.

45V17(INT)

—9—

TABLE V.

| Size of pipe or tubing for which used | Dimensions | | | |
|---|---|---|---|---|
| | Diameter of Bore | Face to face over raised surface | Handwheel Diameter Minimum | Height Center-line to top — maximum |
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 3/4 | 7-1/2 | 6 | 8-1/2 |
| 1 | 1 | 8-1/2 | 7 | 9-1/2 |
| 1-1/4 | 1-1/4 | 9 | 7 | 11 |
| 1-1/2 | 1-1/2 | 9-1/2 | 8 | 12-1/2 |
| 2 | 2 | 11-1/2 | 8 | 15 |
| 2-1/2 | 2-1/2 | 13 | 9 | 16-5/8 |
| 3 | 3 | 14 | 10 | 18-1/4 |
| 3-1/2 | 3-1/2 | 15 | 10 | 19 |
| 4 | 4 | 16 | 12 | 22 |
| 4-1/2 | 4-1/2 | 17 | 12 | 24 |
| 5 | 5 | 18 | 14 | 26 |
| 5-1/2 | 5-1/2 | 19 | 16 | 27-1/4 |
| 6 | 6 | 19-1/2 | 16 | 28-1/4 |
| 6-1/2 | 6-1/2 | 20-1/2 | 18 | 30 |
| 7 | 7 | 21-1/2 | 18 | 31 |
| 7-1/2 | 7-1/2 | 22-1/2 | 18 | 33 |
| 8 | 8 | 23-1/2 | 21 | 35 |
| 8-1/2 | 8-1/2 | 24-1/4 | 21 | 36 |
| 9 | 9 | 25 | 21 | 37 |
| 9-1/2 | 9-1/2 | 25-3/4 | 21 | 38 |
| 10 | 10 | 26-1/2 | 21 | 39 |

E-5b.  The dimensions of flanges shall conform to Bureau of Engineering drawings B-159 and 3-S-530 referred to in Section A.  Raised surfaces on all valve flanges shall be 1/4-inch in height.

E-5c.  Valves shall be furnished with flanges drilled; bolt holes to straddle the center lines.

E-5d.  Materials shall be the same as specified for Class IV valves.

E-5e.  Bonnets shall be bolted with bolt-studs threaded full length and fitted with a nut on each end.

E-5f.  Handwheels shall conform to Bureau of Engineering drawing 3-64, referred to in Section A, and shall have diameters not less than those given in Table V.

45V17(INT)

-1C-

E-6.  **Class VI Gate Valves.**

E-6a.  Valves shall have flanged ends, shall be made in all sizes, and shall be of the dimensions given in Table VI.

TABLE VI.

| Size of pipe or tubing for which used | Dimensions | | | |
|---|---|---|---|---|
| | Diameter of bore | Face to face over raised surface | Handwheels Diameter, minimum | Height centerline to top - maximum |
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 3/4 | 7-1/2 | 6 | 10-1/2 |
| 1 | 1 | 8-1/2 | 7 | 11 |
| 1-1/4 | 1-1/4 | 9 | 7 | 11-1/2 |
| 1-1/2 | 1-1/2 | 9-1/2 | 8 | 13 |
| 2 | 2 | 11-1/2 | 9 | 16-1/2 |
| 2-1/2 | 2-1/2 | 13 | 9 | 17 |
| 3 | 3 | 14 | 10 | 19 |
| 3-1/2 | 3-1/2 | 15-1/2 | 12 | 19-1/2 |
| 4 | 4 | 17 | 14 | 24 |
| 4-1/2 | 4-1/2 | 18-1/2 | 14 | 26 |
| 5 | 5 | 20 | 16 | 28 |
| 5-1/2 | 5-1/2 | 21 | 18 | 29 |
| 6 | 6 | 22 | 18 | 30-1/2 |
| 6-1/2 | 6-3/8 | 23 | 21 | 32-1/2 |
| 7 | 6-7/8 | 24 | 21 | 33-1/2 |
| 7-1/2 | 7-3/8 | 25 | 21 | 35-1/2 |
| 8 | 7-7/8 | 26 | 24 | 37-1/2 |
| 8-1/2 | 8-3/0 | 27-1/4 | 24 | 38-1/2 |
| 9 | 8-3/4 | 28-1/2 | 24 | 39-1/2 |
| 9-1/2 | 9-1/4 | 29-3/4 | 24 | 40-1/2 |
| 10 | 9-3/4 | 31 | 27 | 41-1/2 |

E-6b.  The dimensions of flanges shall conform to Bureau of Engineering drawings B-174 and 3-S-530, referred to in Section A.  Raised faces on all valves shall be 1/4-inch in height.

E-6c.  Valves shall be furnished with flanges drilled; bolt holes to straddle the center lines.

E-6d.  Materials shall be the same as specified for Class IV valves.

E-6e.  Bonnets shall be bolted with bolt-studs threaded full length and fitted with a nut on each end.

E-6f.  Handwheels shall conform to Bureau of Engineering drawing B-64, referred to in Section A, and shall have diameters not less than those given in Table VI.

-11-

F. METHODS OF SAMPLING, INSPECTION AND TESTS.

F-1.   Chemical and physical tests shall be made on samples of material taken during manufacture as required by the specifications covering the various materials used.

F-2.   Each valve shall be inspected for defects of workmanship and compliance with specified dimensions.

F-3.   Each valve shall be tested as follows:

    (a)  By hydrostatic pressure, as tabulated below, for strength and porosity with the gate open.

    (b)  By hydrostatic pressure, as tabulated below, for tightness on seat with the gate closed by hand and without the use of a wrench or equivalent, the pressure to be applied alternately on both sides of the gate with the side opposite the pressure open for inspection in each case.

### Hydrostatic Test Pressure

| | (1) Open | (2) Closed |
|---|---|---|
| Class I................................ | 200 lbs. per sq. in. gage | 100 lbs. per sq. in. gage |
| Class II............................... | 300 lbs. per sq. in. gage | 200 lbs. per sq. in. gage |
| Class III.............................. | 600 lbs. per sq. in. gage | 400 lbs. per sq. in. gage |
| Class IV............................... | 750 lbs. per sq. in. gage | 400 lbs. per sq. in. gage |
| Class V................................ | 1000 lbs. per sq. in. gage | 500 lbs. per sq. in. gage |
| Class VI............................... | 1500 lbs. per sq. in. gage | 750 lbs. per sq. in. gage |

F-4.   The appliance for the hydrostatic testing of flanged valves shall not restrict longitudinal expansion.

G. PACKAGING, PACKING AND MARKING FOR SHIPMENT.

G-1.  Packing.- Unless otherwise specified, the subject commodity shall be delivered in substantial wooden containers so constructed as to insure safe delivery by common or other carriers to the point of delivery at the lowest rate, and to withstand further shipment and handling if necessary without repacking. A single container, when packed for shipment, shall weigh not in excess of approximately 250 pounds gross.  Valves weighing in excess of 125 pounds each shall be packed singly.  Not more than one size, type, or kind of valves shall be packed in a single container.

G-2.  Marking.- Unless otherwise specified, shipping containers shall be marked with the name of the material, the class, size and the quantity contained therein as defined by the contract or order under which shipment is made, the name of the contractor, the number of the contract or order and the gross weight.

-12-

## H. NOTES.

H-1. Requisitions and contracts or orders should state the quantity of each class and the size of valves desired and the number of Type B and D drawings desired.

H-2. This specification supersedes Supplementary General Specification for Machinery, SGS(48)-20 formerly issued by the Bureau of Engineering, Navy Department, Washington, D.C.

### H-3. Copies of Drawings and Specifications.

H-3a. Copies of Drawings.- Copies of Bureau of Engineering drawings may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D.C. When requesting refer to drawings by both title and number.

H-3b. Copies of Bureau of Engineering Specifications.- Copies of Bureau of Engineering Specifications may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D.C. When requesting, refer to Specification by both title and number.

H-3c. Copies of Navy Department Specifications.- Copies of Navy Department Specifications may be obtained upon application to the Bureau of Supplies and Accounts, Navy Department, Washington, D.C., except that Naval activities should make application to the Commandant, Navy Yard, New York, N.Y. When requesting, refer to specification by both title and number.

15 January 1938                                                        45V17(INT)

BUREAU OF ENGINEERING SPECIFICATION

VALVES, GATE, FOR WATER, OIL, EXHAUST STEAM OR AIR SERVICES

(SHIPBOARD USE)

A.  APPLICABLE SPECIFICATIONS AND DRAWINGS.

A-1.  The following specifications, of the issue in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies.

NAVY DEPARTMENT SPECIFICATIONS

General Specifications for Inspection of Material; together with Appendix II (Metals).

33P14 — Packing, asbestos, valve stem, symbol 1101.
33P16 — Packing, asbestos, rod, high pressure, symbol 1100.
33P17 — Packing, metallic, flexible, symbols 1430 and 1431.
43B11 — Bolts, nuts, studs, tap rivets (and material for same).
43B14 — Bolt-studs, nuts, and rod; steel (for service at temp. up to 850° F.).
44T2 — Threads, standard, for pipe and pipe fittings.
46V1 — Valves, bronze, 100 W.S.P., gate.
46B6 — Brass, naval, rolled.
46B8 — Bronze, valve: Castings.
46M6 — Metal, gun: Castings.
46M7 — Nickel-copper alloy; rods, bars, shapes, etc.
46S18 — Steel, corrosion-resisting; bars, rods, and forgings (except for reforging).
46S27 — Steel, corrosion-resisting: Castings.
49S1 — Steel; Castings.
49S2 — Steel; Forgings for hulls, engines and ordnance.

BUREAU OF ENGINEERING SPECIFICATIONS

General Specifications for Machinery, Subsection S1-1.

A-2.  The following Bureau of Engineering drawings, of the latest alteration in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies:

B-64 — Hand wheels for valves.
B-139 — Composition flanges, 100 lbs.
B-140 — Composition flanges, 200 and 400 lbs.
B-141 — Steel flanges, 400 lbs.
B-153 — Standard application of annual contract packings.
B-159 — Steel flanges, 600 lbs.
B-160 — Type quick closing valves.
B-161 — Type hose gate valve.
B-173 — Forged steel unions.

-3-

B-174 — Steel flanges.
3-S-530 — Forged steel welding end fittings.
6-Y-554 — Schedule for piping, pipe fittings, valves and type of joints
used in piping systems.

B.  CLASSES.

B-1.  Gate valves shall be of the following classes:

Class I — For working pressures not greater than 100 pounds per square
inch threaded and flanged ends — composition. (also in steel
for oil services, as required by schedule for valves, etc.,
Bureau drawing 6-Y-554 as listed in Section A.)

Class II — For working pressures from 101 to 200 pounds per square inch,
smaller than 2 inch size, threaded ends — composition.

Class III — For working pressures from 101 to 400 pounds per square inch
threaded, and flanged ends — composition.

Class IV — For working pressures from 101 to 400 pounds per square inch,
sizes 3/4 inch and larger, flanged ends — cast (or forged)
steel.

Class V — For working pressures from 401 to 600 pounds per square inch,
sizes 3/4 inch and larger, flanged ends — cast (or forged)
steel.

Class VI — For working pressures from 601 to 750 pounds per square inch,
sizes 3/4 inch and larger, flanged ends — cast (or forged)
steel.

C.  MATERIAL AND WORKMANSHIP.

C-1.  Departures from Referenced Specifications.— The use of materials differ-
ing from the referenced Navy Department specifications will be considered when it
can be clearly demonstrated that an improvement in operating characteristics, or a
saving in weight without sacrifice in reliability can be accomplished thereby, or
that such substitutes do not preclude the subsequent use of Navy standard materials
in effecting repairs or replacements necessitated by service wear.  Specific ap-
proval shall be obtained where departures are made from the referenced specifi-
cations.

C-2.  Materials.— All materials used in the construction of valves shall be as
specified in Section E.  Alternate materials will be considered in lieu of those
specified but their use will only be permitted after the bureau concerned has
been satisfied by test or other means that the proposed substitutes fully meet
the service requirements.

C-3.  Threaded Parts: Standard Bolts, Nuts and Machine Screws.— Bolts and nuts
shall conform to N.D. Specs. 43B11, and 43B14 referred to in Section A.

C-4.  Workmanship.— All castings shall be clean, sound and free from blow holes,
porosity, cracks and any other injurious defects.  The workmanship shall be first
class in all respects.

-3-

## D. GENERAL REQUIREMENTS.

D-1. **Plans.**- Plans shall be furnished as required by the bureau concerned.

D-1a. **Bureau of Engineering.**

D-1a(1). The number, size, arrangement, title, form, etc., shall conform to the requirements of Subsection S1-1, referred to in Section A.

D-1a(2). The specific plans desired and the information thereon shall include the following:

Type A.
Type B.
Type D.

D-1a(3). Type A drawings shall accompany bids.

D-1a(4). The number of sets of Type B and Type D drawings, if required, shall be stated in the requisition, contract or order.

D-2. All valves shall be of the non-rising stem design and so constructed that the stem will not be exposed to the fluid passing through the valve, except that entering the drain hole, when the disk is raised to the full open position.

D-3. All valves when fully open shall permit an unobstructed flow and the area at any point within the valve shall be not less than the inside area of the pipe or tubing to which connected.

D-4. All valves shall be so designed that the valve stem may be packed when the valve is in the full-open position.

D-5. All disks shall be of the wedge-type double-faced design, made in one piece.

D-6. All valves shall be provided with disk guides cast integral with the body.

D-7. Each disk shall have an opening in the bottom to provide drainage.

D-8. Each stem shall be so threaded with acme type threads that the valve will be opened when the handwheel is turned counterclockwise. The end of each stem shall be square and tapered to fit the handwheel. The stem shall be threaded above the tapered section to provide for a hexagonal securing nut.

D-9. The stem and thrust collar shall be one integral piece.

D-10. Unless otherwise specified, each valve 2-1/2 inches and larger shall be provided with an indicator to show whether the valve is open or closed.

D-11. Each valve shall have distinctly cast or stamped on one side of the body, the size, the trade mark of the maker, "100" for Class I valves, "200" for Class II valves, "400" for Class III valves, "300" for Class IV valves, "400" for Class V valves, and "600" for Class VI valves; and the size of the valve. Valves for oil shall also have the word 'oil' cast or stamped on the bodies.

45V17(INT)

—4—

D-12. The walls of bodies and bonnets shall be curved surfaces; no flat surfaces shall be permitted. They shall be ribbed as required to prevent distortion.

D-13. Stuffing boxes shall be separate from the valve bonnets. For valves of 2-1/2 inch size, and above, the glands shall be of the flanged type set up by two nuts working on studs extending through the gland flange.

D-14. All composition gate valves of 2-1/2 inch size and above, and all steel gate valves shall have removable seats. Removable seats shall be screwed into the valve bodies, suitable lugs being provided on the seats for the purpose. The faces of the seats shall be slightly raised at the center to provide a narrow bearing surface not to exceed one-eighth inch in width.

D-15. All gate valves, Classes III, IV, V and VI, 4-1/2 inch size or larger shall be fitted with by-passes. The by-pass valves shall be globe valves, the materials of which shall correspond to the gate valves served. The minimum sizes for the by-passes are given below in Table I.

TABLE I.

| Size of gate valve | Size of by-pass valve |
|---|---|
| 4-1/2 inches to 7-1/2 inches, incl............................... | 1/2 inch, minimum |
| 8 inches to 9-1/2 inches, incl.: | 3/4 inch, minimum |
| 10 inches.............................: | 1-inch, minimum |

NOTE:— All by-passes shall be connected to their valves by flanged joints.

D-16. Valves stems shall be packed with one of the packings conforming to N.D. Specs. 33P14, 33P16, or 33P17, referred to in Section A.

E. DETAIL REQUIREMENTS.

E-1. Class I Gate Valves.

E-1a. Valves shall conform in every particular to N.D. Specs. 45V1, referred to in Section A, except when ordered in steel, which shall conform to N.D. Specs. 45V1 for design and subparagraph E-4c(1) for materials, but the "bolts" or "studs" and "nuts", shall be steel, N.D. Specs. 43B11, referred to in Section A, Classes B and C, respectively.

E-2a. Valves shall be supplied only with threaded ends and in sizes and with dimensions shown in Table II.

TABLE II.

| Size of Pipe for: which Valves are used | Dimensions | |
|---|---|---|
| | Diameter of handwheel—minimum | Distance centerline to top maximum |
| Inches | Inches | Inches |
| 1/4 | 1-1/2 | 4 |
| 1/2 | 1-3/4 | 4-1/4 |
| 3/4 | 2-1/2 | 5 |
| 1 | 2-3/4 | 5-3/4 |
| 1-1/4 | 3 | 6-1/2 |
| 1-1/2 | 3-1/2 | 7-1/2 |

E-2b. The threaded ends shall conform to the requirements of N.D. Specs. 44T2, referred to in Section A.

E-2c. Materials shall be the same as those specified for Class I gate valves.

E-2d. Bonnets may be screwed, or flanged and bolted.

E-2e. Handwheels shall be of malleable iron of non-heat design having three or more spokes. See Table II for minimum diameters.

### E-3. Class III Gate Valves.

E-3a. Valves shall be supplied with threaded or flanged ends as specified in sizes 1-1/2 inches and smaller; and with flanged ends only in sizes 2 inches and above. The dimensions shall conform to those shown in Table III.

TABLE III.

| Size of Pipe or Tubing for which used | Dimensions | | | |
|---|---|---|---|---|
| | Flanged Valves | | Handwheel Diameter— minimum | Height — Centerline to Top—Maximum |
| | Diam. of Bore | Face to Face | | |
| Inches | Inches | Inches | Inches | Inches |
| 1/4 | — | — | 1-3/4 | 8 |
| 1/2 | — | — | 2-1/2 | 8-1/2 |
| 3/4 | 1 | 5 | 2-3/4 | 9 |
| 1 | 1-1/4 | 5-1/4 | 3 | 10-1/2 |
| 1-1/4 | 1-1/2 | 6 | 3-1/2 | 11 |
| 1-1/2 | 2 | 7 | 4 | 12 |
| 2 | 2-1/2 | 7-1/2 | 8 | 13 |
| 2-1/2 | 3 | 8 | 9 | 15 |
| 3 | 3-1/2 | 8-1/2 | 10 | 16 |
| 3-1/2 | 4 | 9 | 11 | 17 |
| 4 | 4-1/2 | 9-1/2 | 11 | 18-1/2 |
| 4-1/2 | 5 | 10 | 12 | 20 |
| 5 | 5-1/2 | 10-1/4 | 12 | 21-1/2 |
| 5-1/2 | 6 | 10-1/2 | 14 | 23 |
| 6 | 6-1/2 | 10-3/4 | 16 | 24-1/2 |
| 6-1/2 | 7 | 11 | 18 | 26 |
| 7 | 7-1/2 | 11-1/4 | 18 | 27-1/2 |
| 7-1/2 | 8 | 11-1/2 | 18 | 29 |
| 8 | 8-1/2 | 11-3/4 | 21 | 30-1/2 |
| 8-1/2 | 9 | 12 | 21 | 32 |
| 9 | 9-1/2 | 12-1/2 | 21 | 33-1/2 |
| 9-1/2 | 10 | 13 | 21 | 35 |
| 10 | 10-1/2 | 13-1/2 | 21 | 36-1/2 |

—6—

E-3b. The threaded ends shall conform to the requirements of N. D. Specs. 44T2, referred to in Section A.

E-3c. The dimensions of flanges shall conform to Bureau standard B-140, referred to in Section A.

E-3d. Materials shall be the same as those specified for Class I valves.

E-3e. Bonnets for valves 1-1/2 inches and smaller may be screwed. Those for valves 2 inches and larger shall be flanged. Flanged bonnets shall be bolted with bolt studs threaded full length and fitted with a nut on each end.

E-3f. Handwheels for valves, sizes 1-1/2 inches and smaller, shall be of the same type as specified for Class II valves. Handwheels for valves, sizes 2 inches and larger, shall conform to Bureau standard B-64, referred to in Section A, and with diameters not less than those given in Table III.

E-4. Class IV Gate Valves.

E-4a. Valves shall have flanged ends and be supplied only of steel, cast or forged, in all sizes and of dimensions as shown in Table IV.

TABLE IV.

| Size of Pipe or Tubing for which used | Diameter of Bore | Face to Face | Handwheel Diameter Minimum | Height Centerline to top maximum |
|---|---|---|---|---|
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 1 | 5 | 3-1/4 | 10 |
| 1 | 1-1/4 | 5-1/4 | 4 | 11 |
| 1-1/4 | 1-1/3 | 6 | 5 | 11-1/2 |
| 1-1/2 | 2 | 7 | 6 | 12-1/2 |
| 2 | 2-1/2 | 7-1/2 | 8 | 13-1/2 |
| 2-1/2 | 3 | 8 | 9 | 15-1/2 |
| 3 | 3-1/2 | 8-1/2 | 10 | 16-1/2 |
| 3-1/2 | 4 | 9 | 11 | 17-1/2 |
| 4 | 4-1/2 | 9-1/2 | 11 | 19 |
| 4-1/2 | 5 | 10 | 12 | 20-1/2 |
| 5 | 5-1/2 | 10-1/4 | 12 | 22 |
| 5-1/2 | 6 | 10-1/2 | 14 | 23-1/2 |
| 6 | 6-1/2 | 10-3/4 | 16 | 25 |
| 6-1/2 | 7 | 11 | 18 | 26-1/2 |
| 7 | 7-1/4 | 11-1/4 | 18 | 28 |
| 7-1/2 | 8 | 11-1/2 | 18 | 29-1/2 |
| 8 | 8-1/2 | 11-3/4 | 21 | 31 |
| 8-1/2 | 9 | 12 | 21 | 32-1/2 |
| 9 | 9-1/2 | 12-1/2 | 21 | 34 |
| 9-1/2 | 10 | 13 | 21 | 35-1/2 |
| 10 | 10-1/2 | 13-1/2 | 21 | 37 |

E-4b. The dimension of flanges shall conform to Bureau standard B-141, referred to in Section A.

E-4c. Materials shall be as follows:

    (1) Oil Service.
        Body, bonnet, stuffing box and gland - Class D cast steel (N.D. Specs. 49S1) or Class B forged steel (N.D. Specs. 49S2).
        Disk and seat - CRS-1 corrosion-resisting steel (N.D. Specs. 46S13) or free maching cast corrosion-resisting steel (N.D. Specs. 46S37), The disk may be Class D cast steel (N.D. Specs. 49S1) fitted with seating face of either of the former materials.
        Stem - CRS-7 corrosion-resisting steel (N.D. Specs. 46S18).
        Stem nut, index unit and scale - brass.
        Bolt-studs and nuts - steel, (N.D. Specs. 43B14).
        Bolts and nuts - (N.D. Specs. 43B11).

    (2) Air, Exhaust Steam or Water Services.
        Body, bonnet and stuffing box -same materials as specified for "Oil Service".
        Disk and seat - Gun metal (N.D. Specs. 46M6) or special composition of non-galling characteristics as approved.
        Stem - nickel-copper alloy, rolled (N.D. Specs. 46M7).
        Stuffing box gland, stem nut, index units and scale - brass.
        Bolt-studs and nuts - steel (N.D. Specs. 43B14).
        Bolt and nuts - (N.D. Specs. 43B11).

E-4d. Bonnets shall be flanged and bolted with bolt studs threaded full length and fitted with a nut on each end.

E-4e. Handwheels shall conform to Bureau standard B-64, referred to in Section A, and with diameters not less than those given in Table IV.

E-5. Class V Gate Valves.

E-5a. Valves shall have flanged ends and be made in all sizes and of the dimensions given in Table V.

-8-

TABLE V.

| Size of Pipe or Tubing for which used | Dimensions | | | |
|---|---|---|---|---|
| | Diameter of Bore | Face to face over raised surface | Handwheel Diameter Minimum | Height Center-line to top maximum |
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 3/4 | 7-1/2 | 6 | 8-1/2 |
| 1 | 1 | 8-1/2 | 7 | 9-1/2 |
| 1-1/4 | 1-1/4 | 9 | 7 | 11 |
| 1-1/2 | 1-1/2 | 9-1/2 | 8 | 12-1/2 |
| 2 | 2 | 11-1/2 | 8 | 15 |
| 2-1/2 | 2-1/2 | 13 | 9 | 16-5/8 |
| 3 | 3 | 14 | 10 | 18-1/4 |
| 3-1/2 | 3-1/2 | 15 | 10 | 19 |
| 4 | 4 | 16 | 12 | 22 |
| 4-1/2 | 4-1/2 | 17 | 12 | 24 |
| 5 | 5 | 18 | 14 | 26 |
| 5-1/2 | 5-1/2 | 19 | 16 | 27-1/4 |
| 6 | 6 | 19-1/2 | 16 | 28-1/4 |
| 6-1/2 | 6-1/2 | 20-1/2 | 18 | 30 |
| 7 | 7 | 21-1/3 | 18 | 31 |
| 7-1/2 | 7-1/2 | 22-1/2 | 18 | 33 |
| 8 | 8 | 23-1/3 | 21 | 35 |
| 8-1/2 | 8-1/2 | 24-1/4 | 21 | 36 |
| 9 | 9 | 25 | 21 | 37 |
| 9-1/2 | 9-1/2 | 25-3/4 | 21 | 38 |
| 10 | 10 | 26-1/2 | 21 | 39 |

E-5b. The dimensions of flanges shall conform to Bureau drawings B-159 and 3-S-530 referred to in Section A. Raised surfaces on all valve flanges shall be 1/4 inch in height.

E-5c. Materials shall be the same as specified for Class IV valves.

E-5d. Bonnets shall be bolted with bolt-studs threaded full length and fitted with a nut on each end.

E-5e. Handwheels shall conform to Bureau standard B-64, referred to in Section A, and with diameters not less than those given in Table V.

45V17(INT)

E-6.  Class VI Gate Valves.

E-6a.  Valves shall have flanged ends and be made in all sizes and of the dimensions given in Table VI.

TABLE VI.

| Size of pipe or tubing for which used | Diameter of bore | Face to face over raised surface | Handwheel Diameter, minimum | Height centerline to top - maximum |
|---|---|---|---|---|
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 3/4 | 7-1/2 | 5 | 10-1/3 |
| 1 | 1 | 8-1/2 | 7 | 11 |
| 1-1/4 | 1-1/4 | 9 | 7 | 11-1/2 |
| 1-1/2 | 1-1/2 | 9-1/3 | 8 | 13 |
| 2 | 2 | 11-1/2 | 9 | 16-1/2 |
| 2-1/2 | 2-1/2 | 13 | 9 | 17 |
| 3 | 3 | 14 | 10 | 19 |
| 3-1/2 | 3-1/2 | 15-1/2 | 12 | 19-1/2 |
| 4 | 4 | 17 | 14 | 34 |
| 4-1/2 | 4-1/2 | 18-1/2 | 14 | 36 |
| 5 | 5 | 20 | 16 | 28 |
| 5-1/2 | 5-1/2 | 21 | 13 | 29 |
| 6 | 6 | 22 | 18 | 30-1/2 |
| 6-1/2 | 6-3/8 | 23 | 21 | 32-1/2 |
| 7 | 6-7/8 | 24 | 21 | 33-1/2 |
| 7-1/2 | 7-3/8 | 25 | 21 | 35-1/2 |
| 8 | 7-7/8 | 26 | 24 | 37-1/2 |
| 8-1/2 | 8-3/8 | 27-1/4 | 24 | 38-1/2 |
| 9 | 8-3/4 | 28-1/2 | 24 | 39-1/2 |
| 9-1/2 | 9-1/4 | 29-3/4 | 24 | 40-1/2 |
| 10 | 9-3/4 | 31 | 27 | 41-1/2 |

E-6b.  The dimensions of flanges shall conform to Bureau drawings B-174 and 3-S-530, referred to in Section A.  Raised faces on all valves shall be 1/4-inch in height.

E-6c.  Materials shall be the same as specified for Class IV valves.

E-6d.  Bonnets shall be bolted with bolt-studs threaded full length and fitted with a nut on each end.

E-6e.  Handwheels shall conform to Bureau standard B-64, referred to in Section A, and with diameters not less than those given in Table VI.

45V17(INT)

-10-

F. METHODS OF SAMPLING, INSPECTION AND TESTS.

F-1.  Chemical and physical tests shall be made on samples of material taken during manufacture as required by the specifications covering the various materials used.

F-2.  Each valve shall be inspected for defects of workmanship and compliance with specified dimensions.

F-3.  Each valve shall be tested as follows:

(a) By hydrostatic pressure, as tabulated below, for strength and porosity with the gate open.

(b) By hydrostatic pressure, as tabulated below, for tightness on seat with the gate closed by hand and without the use of a wrench or equivalent, the pressure to be applied alternately on both sides of the gate with the side opposite the pressure open for inspection in each case.

### Hydrostatic Test Pressures

| | (1) Open | (2) Closed |
|---|---|---|
| Class I | 150 lbs. per sq. in.gage | 100 lbs. per sq. in. gage |
| Class II | 300 lbs. per sq. in.gage | 200 lbs. per sq. in. gage |
| Class III | 600 lbs. per sq. in.gage | 400 lbs. per sq. in. gage |
| Class IV | 750 lbs. per sq. in.gage | 400 lbs. per sq. in. gage |
| Class V | 1000 lbs. per sq. in.gage | 500 lbs. por sq. in. gage |
| Class VI | 1500 lbs. per sq. in.gage | 750 lbs. per sq. in. gage |

F-4.  The appliance for the hydrostatic testing of flanged valves shall not restrict longitudinal expansion.

G. PACKAGING, PACKING AND MARKING FOR SHIPMENT.

G-1.  Packing.-  Unless otherwise specified, valves shall be delivered in substantial commercial containers so constructed as to insure acceptance by common or other carrier for safe transportation at the lowest rate to the point of delivery.

G-2.  Marking.-  Unless otherwise specified, shipping containers shall be marked with the name of the material, the class, size and the quantity contained therein as defined by the contract or order under which shipment is made, the name of the contractor and the number of the contract or order.

43V17(INT)

—11—

H.  NOTES.

H-1.  Requisitions and contracts or orders should state the quantity of each class and the size of valves desired and the number of Type B and D drawings desired.

H-2.  This specification supersedes Supplementary General Specification for Machinery, SGS(48)-20 formerly issued by the Bureau of Engineering, Navy Department, Washington, D. C.

H-3.  Copies of Drawings and Specifications.—

H-3a.  Copies of Drawings.—  Copies of Bureau of Engineering drawings may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D. C.  When requesting, refer to drawings by both title and number.

H-3b.  Copies of Bureau of Engineering Specifications.—  Copies of Bureau of Engineering Specifications may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D. C.  When requesting, refer to Specification by both title and number.

H-3c.  Copies of Navy Department Specifications.—  Copies of Navy Department Specifications may be obtained upon application to the Bureau of Supplies and Accounts, Navy Department, Washington, D. C.  When requesting, refer to specification by both title and number.

## BUREAU OF ENGINEERING SPECIFICATION

### VALVES, GATE, FOR WATER, OIL, EXHAUST STEAM OR AIR SERVICES

### (SHIPBOARD USE)

A.  APPLICABLE SPECIFICATIONS AND DRAWINGS.

A-1.  The following specifications, of the issue in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies.

### NAVY DEPARTMENT SPECIFICATIONS

General Specifications for Inspection of Material, together with Appendix II (Metals).

33P14 — Packing, asbestos, valve stem, symbol 1101.
33P16 — Packing, asbestos, rod, high pressure, symbol 1100.
33P17 — Packing, metallic, flexible, symbols 1430 and 1431.
43B11 — Bolts, nuts, studs, tap rivets (and material for same).
43B14 — Bolt-studs, nuts, and rod; steel (for service at temp. up to 850° F.)
44T2 — Threads, standard, for pipe and pipe fittings.
45V1 — Valves, bronze, 100 W.S.P., gate.
46B6 — Brass, naval, rolled.
46B8 — Bronze, valve: Castings.
46M5 — Metal, gun: Castings.
46M7 — Nickel-copper alloy; rods, bars, shapes, etc.
46S18 — Steel, corrosion-resisting; bars, rods, and forgings (except for reforging).
46S27 — Steel, corrosion-resisting: Castings.
49S1 — Steel; Castings.
49S2 — Steel; Forgings for hulls, engines and ordnance.

### BUREAU OF ENGINEERING SPECIFICATIONS

General Specifications for Machinery, Subsection S1-1.

A-2.  The following Bureau of Engineering drawings, of the latest alteration in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies:

B-64 — Hand wheels for valves.
B-139 — Composition flanges, 100 lbs.
B-140 — Composition flanges, 200 and 400 lbs.
B-141 — Steel flanges, 400 lbs.
B-163 — Standard application of annual contract packings.
B-159 — Steel flanges, 600 lbs.
B-160 — Type quick closing valves.
B-161 — Type hose gate valve.
B-173 — Forged steel unions.

45V17(INT)

-2-

B-174 -- Steel flanges.
3-S-630 -- Forged steel welding end fittings.
6-Y-554 -- Schedule for piping, pipe fittings, valves and type of joints
used in piping systems.

B. CLASSES.

B-1. Gate valves shall be of the following classes:

Class I -- For working pressures not greater than 100 pounds per square
inch threaded and flanged ends -- composition. (also in steel
for oil services, as required by schedule for valves, etc.,
Bureau drawing 6-Y-554 as listed in Section A.)
Class II -- For working pressures from 101 to 200 pounds per square inch,
smaller than 2 inch size, threaded ends -- composition.
Class III -- For working pressures from 101 to 400 pounds per square inch
threaded, and flanged ends -- composition.
Class IV -- For working pressures from 101 to 400 pounds per square inch,
sizes 3/4 inch and larger, flanged ends -- cast (or forged)
steel.
Class V -- For working pressures from 401 to 600 pounds per square inch,
sizes 3/4 inch and larger, flanged ends -- cast (or forged)
steel.
Class VI -- For working pressures from 601 to 750 pounds per square inch,
sizes 3/4 inch and larger, flanged ends -- cast (or forged)
steel.

C. MATERIAL AND WORKMANSHIP.

C-1. Departures from Referenced Specifications.-- The use of materials differ-
ing from the referenced Navy Department specifications will be considered when it
can be clearly demonstrated that an improvement in operating characteristics, or a
saving in weight without sacrifice in reliability can be accomplished thereby, or
that such substitutes do not preclude the subsequent use of Navy standard materials
in effecting repairs or replacements necessitated by service wear. Specific ap-
proval shall be obtained where departures are made from the referenced specifi-
cations.

C-2. Materials.-- All materials used in the construction of valves shall be as
specified in Section E. Alternate materials will be considered in lieu of those
specified but their use will only be permitted after the bureau concerned has
been satisfied by test or other means that the proposed substitutes fully meet
the service requirements.

C-3. Threaded Parts: Standard Bolts, Nuts and Machine Screws.-- Bolts and nuts
shall conform to N.D. Specs. 43B11, and 43B14 referred to in Section A.

C-4. Workmanship.-- All castings shall be clean, sound and free from blow holes,
porosity, cracks and any other injurious defects. The workmanship shall be first
class in all respects.

-3-

**D. GENERAL REQUIREMENTS.**

D-1.  **Plans.**  Plans shall be furnished as required by the bureau concerned.

D-1a.  **Bureau of Engineering.**

D-1a(1).  The number, size, arrangement, title, form, etc., shall conform to the requirements of Subsection S1-1, referred to in Section A.

D-1a(2).  The specific plans desired and the information thereon shall include the following:

Type A.
Type B.
Type D.

D-1a(3).  Type A drawings shall accompany bids.

D-1a(4).  The number of sets of Type B and Type D drawings, if required, shall be stated in the requisition, contract or order.

D-2.  All valves shall be of the non-rising stem design and so constructed that the stem will not be exposed to the fluid passing through the valve, except that entering the drain hole, when the disk is raised to the full open position.

D-3.  All valves when fully open shall permit an unobstructed flow and the area at any point within the valve shall be not less than the inside area of the pipe or tubing to which connected.

D-4.  All valves shall be so designed that the valve stem may be packed when the valve is in the full-open position.

D-5.  All disks shall be of the wedge-type double-faced design, made in one piece.

D-6.  All valves shall be provided with disk guides cast integral with the body.

D-7.  Each disk shall have an opening in the bottom to provide drainage.

D-8.  Each stem shall be so threaded with acme type threads that the valve will be opened when the handwheel is turned counterclockwise.  The end of each stem shall be square and tapered to fit the handwheel.  The stem shall be threaded above the tapered section to provide for a hexagonal securing nut.

D-9.  The stem and thrust collar shall be one integral piece.

D-10.  Unless otherwise specified, each valve 2-1/2 inches and larger shall be provided with an indicator to show whether the valve is open or closed.

D-11.  Each valve shall have distinctly cast or stamped on one side of the body the trade mark of the maker, "100" for Class I valves, "200" for Class II valves, "400" for Class III valves, "300" for Class IV valves, "400" for Class V valves, and "600" for Class VI valves; and the size of the valve.  Valves for oil shall also have the word 'oil' cast or stamped on the bodies.

45V17(INT)

—4—

D-12.  The walls of bodies and bonnets shall be curved surfaces; no flat sur-
faces shall be permitted.  They shall be ribbed as required to prevent distortion.

D-13.  Stuffing boxes shall be separate from the valve bonnets.  For valves of
2-1/2 inch size, and above, the glands shall be of the flanged type set up by two
nuts working on studs extending through the gland flange.

D-14.  All composition gate valves of 2-1/2 inch size and above, and all steel
gate valves shall have removable seats.  Removable seats shall be screwed into
the valve bodies, suitable lugs being provided on the seats for the purpose.  The
faces of the seats shall be slightly raised at the center to provide a narrow bear-
ing surface not to exceed one-eighth inch in width.

D-15.  All gate valves, Classes III, IV, V and VI, 4-1/2 inch size or larger
shall be fitted with by-passes.  The by-pass valves shall be globe valves, the
materials of which shall correspond to the gate valves served.  The minimum
sizes for the by-passes are given below in Table I.

TABLE I.

| Size of gate valve | Size of by-pass valve |
| --- | --- |
| 4-1/2 inches to 7-1/2 inches, incl...................... | 1/2 inch, minimum |
| 8 inches to 9-1/2 inches, incl.: | 3/4 inch, minimum |
| 10 inches...................... | 1 inch, minimum |

NOTE:—  All by-passes shall be connected to their valves by
flanged joints.

D-16.  Valves stems shall be packed with one of the packings conforming to
N.D. Specs. 33P14, 33P16, or 33P17, referred to in Section A.

E.  DETAIL REQUIREMENTS.

E-1.  Class I Gate Valves.

E-1a.  Valves shall conform in every particular to N.D. Specs. 45V1, referred
to in Section A, except when ordered in steel, which shall conform to N.D. Specs.
45V1 for design and subparagraph E-4c(1) for materials, but the "bolts" or "studs"
and "nuts", shall be steel, N.D. Specs. 43S11, referred to in Section A, Classes
B and C, respectively.

B-2a. Valves shall be supplied only with threaded ends and in sizes and with dimensions shown in Table II.

TABLE II.

| Size of Pipe for which Valves are used | Dimensions | |
|---|---|---|
| | Diameter of handwheel—minimum | Distance centerline to top maximum |
| Inches | Inches | Inches |
| 1/4 | 1-1/2 | 4 |
| 1/2 | 1-3/4 | 4-1/4 |
| 3/4 | 2-1/2 | 5 |
| 1 | 2-3/4 | 5-3/4 |
| 1-1/4 | 3 | 6-1/2 |
| 1-1/2 | 3-1/2 | 7-1/2 |

B-2b. The threaded ends shall conform to the requirements of N.D. Specs. 44T2, referred to in Section A.

B-2c. Materials shall be the same as those specified for Class I gate valves.

B-2d. Bonnets may be screwed, or flanged and bolted.

B-2e. Handwheels shall be of malleable iron of non-heat design having three or more spokes. See Table II for minimum diameters.

B-3. **Class III Gate Valves.**

B-3a. Valves shall be supplied with threaded or flanged ends as specified in sizes 1-1/2 inches and smaller; and with flanged ends only in sizes 2 inches and above. The dimensions shall conform to those shown in Table III.

TABLE III.

| Size of Pipe or Tubing for which used | Flanged Valves | | Handwheel Diameter— minimum | Height — Centerline to Top—Maximum |
|---|---|---|---|---|
| | Diam. of Bore | Face to Face | | |
| Inches | Inches | Inches | Inches | Inches |
| 1/4 | — | — | 1-3/4 | 8 |
| 1/2 | — | — | 2-1/2 | 8-1/2 |
| 3/4 | 1 | 5 | 2-3/4 | 9 |
| 1 | 1-1/4 | 5-1/4 | 3 | 10-1/2 |
| 1-1/4 | 1-1/2 | 6 | 3-1/2 | 11 |
| 1-1/2 | 2 | 7 | 4 | 12 |
| 2 | 2-1/2 | 7-1/2 | 8 | 13 |
| 2-1/2 | 3 | 8 | 9 | 15 |
| 3 | 3-1/2 | 8-1/2 | 10 | 16 |
| 3-1/2 | 4 | 9 | 11 | 17 |
| 4 | 4-1/2 | 9-1/2 | 11 | 18-1/2 |
| 4-1/2 | 5 | 10 | 12 | 20 |
| 5 | 5-1/2 | 10-1/4 | 12 | 21-1/2 |
| 5-1/2 | 6 | 10-1/2 | 14 | 23 |
| 6 | 6-1/2 | 10-3/4 | 16 | 24-1/2 |
| 6-1/2 | 7 | 11 | 18 | 26 |
| 7 | 7-1/2 | 11-1/4 | 18 | 27-1/2 |
| 7-1/2 | 8 | 11-1/2 | 18 | 29 |
| 8 | 8-1/2 | 11-3/4 | 21 | 30-1/2 |
| 8-1/2 | 9 | 12 | 21 | 32 |
| 9 | 9-1/2 | 12-1/2 | 21 | 33-1/2 |
| 9-1/2 | 10 | 13 | 21 | 35 |
| 10 | 10-1/2 | 13-1/2 | 21 | 36-1/2 |

−6−

E-3b. The threaded ends shall conform to the requirements of N. D. Specs. 44T2, referred to in Section A.

E-3c. The dimensions of flanges shall conform to Bureau standard B-140, referred to in Section A.

E-3d. Materials shall be the same as those specified for Class I valves.

E-3e. Bonnets for valves 1-1/2 inches and smaller may be screwed. Those for valves 2 inches and larger shall be flanged. Flanged bonnets shall be bolted with bolt studs threaded full length and fitted with a nut on each end.

E-3f. Handwheels for valves, sizes 1-1/2 inches and smaller, shall be of the same type as specified for Class II valves. Handwheels for valves, sizes 2 inches and larger, shall conform to Bureau standard B-64, referred to in Section A, and with diameters not less than those given in Table III.

E-4. **Class IV Gate Valves.**

E-4a. Valves shall have flanged ends and be supplied only of steel, cast or forged, in all sizes and of dimensions as shown in Table IV.

TABLE IV.

| Size of Pipe or Tubing for which used | Diameter of Bore | Face to Face | Dimensions | |
|---|---|---|---|---|
| | | | Handwheel Diameter Minimum | Height-Centerline to top-maximum |
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 1 | 5 | 3-1/4 | 10 |
| 1 | 1-1/4 | 5-1/4 | 4 | 11 |
| 1-1/4 | 1-1/2 | 6 | 5 | 11-1/2 |
| 1-1/2 | 2 | 7 | 6 | 12-1/2 |
| 2 | 2-1/2 | 7-1/2 | 8 | 13-1/2 |
| 2-1/2 | 3 | 8 | 9 | 15-1/2 |
| 3 | 3-1/2 | 8-1/2 | 10 | 16-1/2 |
| 3-1/2 | 4 | 9 | 11 | 17-1/2 |
| 4 | 4-1/2 | 9-1/2 | 11 | 19 |
| 4-1/2 | 5 | 10 | 12 | 20-1/2 |
| 5 | 5-1/2 | 10-1/4 | 12 | 22 |
| 5-1/2 | 6 | 10-1/2 | 14 | 23-1/2 |
| 6 | 6-1/2 | 10-3/4 | 16 | 25 |
| 6-1/2 | 7 | 11 | 18 | 26-1/2 |
| 7 | 7-1/2 | 11-1/4 | 18 | 28 |
| 7-1/2 | 8 | 11-1/2 | 18 | 29-1/2 |
| 8 | 8-1/2 | 11-3/4 | 21 | 31 |
| 8-1/2 | 9 | 12 | 21 | 32-1/2 |
| 9 | 9-1/2 | 12-1/2 | 21 | 34 |
| 9-1/2 | 10 | 13 | 21 | 35-1/2 |
| 10 | 10-1/2 | 13-1/2 | 21 | 37 |

—7—

E-4b.  The dimension of flanges shall conform to Bureau standard B-141, referred to in Section A.

E-4c.  Materials shall be as follows:

(1) Oil Service.
Body, bonnet, stuffing box and gland – Class D cast steel (N.D. Specs. 49S1) or Class B forged steel (N.D. Specs. 49S2).
Disk and seat – CRS-1 corrosion-resisting steel (N.D. Specs. 46S18) or free machine cast corrosion-resisting steel (N.D. Specs. 46S27),
The disk may be Class D cast steel (N.D. Specs. 49S1) fitted with seating face of either of the former materials.
Stem – CRS-7 corrosion-resisting steel (N.D. Specs. 46S18).
Stem nut, index unit and scale – brass.
Bolt-studs and nuts – steel, (N.D. Specs. 43B14).
Bolts and nuts – (N.D. Specs. 43B11).

(2) Air, Exhaust Steam or Water Services.
Body, bonnet and stuffing box – same materials as specified for "Oil Service".
Disk and seat – Gun metal (N.D. Specs. 46M6) or special composition of non-galling characteristics as approved.
Stem – nickel-copper alloy, rolled (N.D. Specs. 46M7).
Stuffing box gland, stem nut, index units and scale – brass.
Bolt-studs and nuts – steel (N.D. Specs. 43B14).
Bolt and nuts – (N.D. Specs. 43B11).

E-4d.  Bonnets shall be flanged and bolted with bolt studs threaded full length and fitted with a nut on each end.

E-4e.  Handwheels shall conform to Bureau standard B-64, referred to in Section A, and with diameters not less than those given in Table IV.

E-5.  Class V Gate Valves.

E-5a.  Valves shall have flanged ends and be made in all sizes and of the dimensions given in Table V.

45717(INT)

—2—

TABLE V.

| Size of Pipe or Tubing for which used | Dimensions | | | |
|---|---|---|---|---|
| | Diameter of Bore | Face to face over raised surface | Handwheel Diameter Minimum | Height Center-line to top — maximum |
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 3/4 | 7-1/2 | 6 | 8-1/2 |
| 1 | 1 | 8-1/2 | 7 | 9-1/2 |
| 1-1/4 | 1-1/4 | 9 | 7 | 11 |
| 1-1/2 | 1-1/2 | 9-1/2 | 8 | 12-1/2 |
| 2 | 2 | 11-1/2 | 8 | 15 |
| 2-1/2 | 2-1/2 | 13 | 9 | 16-5/8 |
| 3 | 3 | 14 | 10 | 18-1/4 |
| 3-1/2 | 3-1/2 | 15 | 10 | 19 |
| 4 | 4 | 16 | 12 | 22 |
| 4-1/2 | 4-1/2 | 17 | 12 | 24 |
| 5 | 5 | 18 | 14 | 26 |
| 5-1/2 | 5-1/2 | 19 | 16 | 27-1/4 |
| 6 | 6 | 19-1/2 | 16 | 28-1/4 |
| 6-1/2 | 6-1/2 | 20-1/2 | 18 | 30 |
| 7 | 7 | 21-1/2 | 18 | 31 |
| 7-1/2 | 7-1/2 | 22-1/2 | 18 | 33 |
| 8 | 8 | 23-1/2 | 21 | 35 |
| 8-1/2 | 8-1/2 | 24-1/4 | 21 | 36 |
| 9 | 9 | 25 | 21 | 37 |
| 9-1/2 | 9-1/2 | 25-3/4 | 21 | 38 |
| 10 | 10 | 26-1/2 | 21 | 39 |

E-5b. The dimensions of flanges shall conform to Bureau drawings B-159 and 3-S-530 referred to in Section A. Raised surfaces on all valve flanges shall be 1/4 inch in height.

E-5c. Materials shall be the same as specified for Class IV valves.

E-5d. Bonnets shall be bolted with bolt-studs threaded full length and fitted with a nut on each end.

E-5e. Handwheels shall conform to Bureau standard B-64, referred to in Section A, and with diameters not less than those given in Table V.

—9—

E-6.  Class VI Gate Valves.

E-6a.  Valves shall have flanged ends and be made in all sizes and of the dimensions given in Table VI.

TABLE VI.

| Size of pipe or tubing for which used | Dimensions | | | |
|---|---|---|---|---|
| | Diameter of bore | Face to face over raised surface | Handwheel Diameter, minimum | Height centerline to top – maximum |
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 3/4 | 7-1/2 | 6 | 10-1/2 |
| 1 | 1 | 8-1/2 | 7 | 11 |
| 1-1/4 | 1-1/4 | 9 | 7 | 11-1/2 |
| 1-1/2 | 1-1/2 | 9-1/2 | 8 | 13 |
| 2 | 2 | 11-1/2 | 9 | 16-1/2 |
| 2-1/2 | 2-1/2 | 13 | 9 | 17 |
| 3 | 3 | 14 | 10 | 19 |
| 3-1/2 | 3-1/2 | 15-1/2 | 12 | 19-1/2 |
| 4 | 4 | 17 | 14 | 24 |
| 4-1/2 | 4-1/2 | 18-1/2 | 14 | 26 |
| 5 | 5 | 20 | 16 | 28 |
| 5-1/2 | 5-1/2 | 21 | 18 | 29 |
| 6 | 6 | 22 | 18 | 30-1/2 |
| 6-1/2 | 6-3/8 | 23 | 21 | 32-1/2 |
| 7 | 6-7/8 | 24 | 21 | 33-1/2 |
| 7-1/2 | 7-3/8 | 25 | 21 | 35-1/2 |
| 8 | 7-7/8 | 26 | 24 | 37-1/2 |
| 8-1/2 | 8-3/8 | 27-1/4 | 24 | 38-1/2 |
| 9 | 8-3/4 | 28-1/2 | 24 | 39-1/2 |
| 9-1/2 | 9-1/4 | 29-3/4 | 24 | 40-1/2 |
| 10 | 9-3/4 | 31 | 27 | 41-1/2 |

E-6b.  The dimensions of flanges shall conform to Bureau drawings B-174 and 3-S-550, referred to in Section A.  Raised faces on all valves shall be 1/4-inch in height.

E-6c.  Materials shall be the same as specified for Class IV valves.

E-6d.  Bonnets shall be bolted with bolt-studs threaded full length and fitted with a nut on each end.

E-6e.  Handwheels shall conform to Bureau standard B-64, referred to in Section A, and with diameters not less than those given in Table VI.

—10—

## F. METHODS OF SAMPLING, INSPECTION AND TESTS.

F-1.  Chemical and physical tests shall be made on samples of material taken during manufacture as required by the specifications covering the various materials used.

F-2.  Each valve shall be inspected for defects of workmanship and compliance with specified dimensions.

F-3.  Each valve shall be tested as follows:

(a) By hydrostatic pressure, as tabulated below, for strength and porosity with the gate open.

(b) By hydrostatic pressure, as tabulated below, for tightness on seat with the gate closed by hand and without the use of a wrench or equivalent, the pressure to be applied alternately on both sides of the gate with the side opposite the pressure open for inspection in each case.

### Hydrostatic Test Pressures

| | (1) Open | (2) Closed |
|---|---|---|
| Class I | 150 lbs. per sq. in. gage | 100 lbs. per sq. in. gage |
| Class II | 300 lbs. per sq. in. gage | 200 lbs. per sq. in. gage |
| Class III | 600 lbs. per sq. in. gage | 400 lbs. per sq. in. gage |
| Class IV | 750 lbs. per sq. in. gage | 400 lbs. per sq. in. gage |
| Class V | 1000 lbs. per sq. in. gage | 500 lbs. per sq. in. gage |
| Class VI | 1500 lbs. per sq. in. gage | 750 lbs. per sq. in. gage |

F-4.  The appliance for the hydrostatic testing of flanged valves shall not restrict longitudinal expansion.

## G. PACKAGING, PACKING AND MARKING FOR SHIPMENT.

G-1.  Packing.— Unless otherwise specified, valves shall be delivered in substantial commercial containers so constructed as to insure acceptance by common or other carrier for safe transportation at the lowest rate to the point of delivery.

G-2.  Marking.— Unless otherwise specified, shipping containers shall be marked with the name of the material, the class, size and the quantity contained therein as defined by the contract or order under which shipment is made, the name of the contractor and the number of the contract or order.

H. NOTES.

H-1. Requisitions and contracts or orders should state the quantity of each class and the size of valves desired and the number of Type B and D drawings desired.

H-2. This specification supersedes Supplementary General Specification for Machinery, SGS(48)-20 formerly issued by the Bureau of Engineering, Navy Department, Washington, D. C.

H-3. Copies of Drawings and Specifications.—

H-3a. Copies of Drawings.— Copies of Bureau of Engineering drawings may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D. C. When requesting, refer to drawings by both title and number.

H-3b. Copies of Bureau of Engineering Specifications.— Copies of Bureau of Engineering Specifications may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D. C. When requesting, refer to Specification by both title and number.

H-3c. Copies of Navy Department Specifications.— Copies of Navy Department Specifications may be obtained upon application to the Bureau of Supplies and Accounts, Navy Department, Washington, D. C. When requesting, refer to specification by both title and number.

BUREAU OF ENGINEERING SPECIFICATION

VALVES, HIGH PRESSURE, GLOBE AND ANGLE, FORGED STEEL, WELDING ENDS,

SIZES, 1/4-INCH TO 1-INCH INCLUSIVE

600 Lbs. W.S.P. and 850°F, Maximum Temperature

(Shipboard Use)

---

A. APPLICABLE SPECIFICATIONS AND DRAWINGS.

A-1. The following specifications, of the issue in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies.

NAVY DEPARTMENT SPECIFICATIONS

General Specifications for Inspection of Material, together with
    Appendix II (Metals).
42N2 – Nameplates, Instruction plates, and other designating markings for
    electrical and mechanical equipment (shipboard use).
42S5 – Screws, machine.
43B11– Bolts, nuts, studs, and tap-rivets (and material for same).
43B14 – Bolt studs, steel rods and nuts for service at temperatures up to 850°F.
45V18 – Valves, high pressure, globe and angle, steel (Shipboard use).
46A1 – Aluminum alloy, light castings.
46B6 – Brass, naval: rolled: bars, plates, etc.
46B10– Brass, naval: castings.
46-I-8 – Iron, malleable: castings.
46M6 – Metal, gun: castings.
46M7 – Nickel-copper alloy, rolled.
46P1 – Plating, cadmium.
46R5 – Rods, welding, cobalt-chromium composition.
46S18 – Steel, corrosion-resisting: bars, rods and forgings (except for reforging)
46S33 – Steel castings, molybdenum alloy (for temperatures up to 850°F.).
46S34 – Steel forgings, molybdenum alloy (for temperatures up to 850°F.).
49S1 – Steel: castings.
49S2 – Steel: forgings for hulls, engines, ordnance.

BUREAU OF ENGINEERING SPECIFICATIONS

General Specifications for Machinery, Subsection S1-1.

A-2. The following Bureau of Engineering drawings, of the latest alteration in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies:

B-64 – Handwheels for valves.
B-100– Finish marks.
B-147– Seamless drawn steel tubing.
B-153– Standard application of annual contract packing.
3-S-530– Forged steel welding and fittings.

45V19(INT)

-3-

B.  TYPE.

B-1.  Valves covered by this specification shall be furnished in but one type.

C.  MATERIAL AND WORKMANSHIP.

C-1.  Departures from Referenced Specifications.- The use of materials differing from the referenced Navy Department specifications will be considered when it can be clearly demonstrated that an improvement in operating characteristics, or a saving in weight without sacrifice in reliability can be accomplished thereby, or that such substitutes do not preclude the subsequent use of Navy standard materials in effecting repairs or replacements necessitated by service wear.  Specific approval shall be obtained where departures are made from the referenced specifications.

C-2.  Materials.- All materials used in the construction of valves shall be as specified in Section E.  Alternate materials will be considered in lieu of those specified but their use will only be permitted after the Bureau has been satisfied by test or other means that the proposed substitutes fully meet the service requirements.

C-3.  Threaded Parts; Standard Bolts, Nuts and Machine Screws.- Bolts and nuts shall conform to N.D. Specs. 43B11 or 43B14, referred to in Section A, as applicable. All threaded parts shall be assembled with the use of a suitable high temperature thread lubricant satisfactory to the Bureau.

C-4.  Workmanship.- All parts shall be free from flaws, burrs, and blemishes.  The workmanship shall be first class in every respect.

D.  GENERAL REQUIREMENTS.

D-1.  (See Section E).

E.  DETAIL REQUIREMENTS.

E-1.  Plans.- Plans shall be furnished as required by the bureau concerned.

E-1a.  Bureau of Engineering.

E-1a(1).  The number, size, arrangement, title, form, etc., shall conform to the requirements of Subsection S1-1, referred to in Section A.

E-1a(2).  The specific plans desired, except as provided by subparagraphs E-1a(3) and E-1a(4), shall include the following:

Type A.
Type B.
Type D.

45V13(INT)

-3-

E-1a(3).  Type A drawings shall accompany bids, except when the bidder has filed with the Bureau approved drawings of the valves, in which case it will suffice to quote the Bureau file numbers of the drawings for identification that the valves have been approved by the Bureau and meet these specifications.

E-1a(4).  Type B and Type D drawings will not be required provided the contractor has filed with the Bureau approved drawings of the valves.

E-2.  The materials shall conform to the following:

(a)  Body and bonnet.— Class A forged carbon-molybdenum steel (N.D. Specs.46S34).
(b)  Bonnet bolt-studs and nuts.— Steel (N.D. Spec. 43B14).
(c)  Bonnet yoke bushing.— Gun metal (N.D. Spec. 46B6).
(d)  Bonnet gasket.— Soft steel or iron sheet; nickel-copper alloy sheet, (N.D. Spec. 46M7), dead soft annealed; or copper-nickel zinc sheet of approximately 64 percent copper, 30 percent nickel and 6 percent zinc. Brinell 80 or less for all.
(e)  Disk.— Cast carbon-molybdenum steel, (N.D.Spec. 46S33) or forged carbon-molybdenum steel (N.D. Spec. 46S34); (see item g for seating face).
(f)  Disk nut.— Forged steel, Class C (N.D. Spec. 49S2).
(g)  Disk and seat, seating faces.— Cobalt-chromium composition (N.D. Spec.46R5).
(h)  Flange bolt — studs and nuts.— (Bureau Standard Sheet B-174).
(i)  Gland, stuffing box.— Class C cast of forged steel (electro-galvanized) (N.D. Spec. 49S1 or 49S2)
(j)  Gland bolts.— Steel, Class B (N.D. Spec. 43B11), cadmium plated (N.D. Spec. 46P1); nuts — steel, Class C (N.D. Spec. 43B11), cadmium plated (N.D. Spec. 46P1); or Naval brass (N.D. Spec. 46B6).
(k)  Handwheels.— See Bureau Standard Sheet B-64.
(ℓ)  Lock washer for disk nut.— Corrosion-resisting steel, Grade 1, (N.D. Spec. 47S20).
(m)  Set screws and split pins.— Steel.
(n)  Stem bushing.— Special nickel-copper alloy, 52 to 56 percent nickel, 30.5 to 34 percent copper, 10.5 to 13 percent tin, 0.35 to 1 percent silicon, 0.30 to 0.75 percent manganese, 0.40 to 1 percent phosphorous and 1 to 2 percent iron. Minimum tensile strength 60,000 pounds per square inch. Brinell 190 to 235. Other materials satisfactory for the service will be given consideration.
(o)  Stem for disk.— Forged corrosion-resisting steel, grade 7, (N.D. Spec.46S18).
(p)  Stem nuts.— Naval brass (N.D. Spec. 46B6).
(q)  Washer between end of rotating stem and disk.— Nitralloy or equivalent, at least 800 Brinell hardness.
(r)  T-handles.— Naval brass (N.D. Spec. 46B1C), or malleable iron (N.D. Spec. 46-I-8).

E-3.  Valves shall be so designed as to insure positive tightness under severe service.

E-4.  The bodies of all valves shall be so fitted that the valves may be easily ground in.

45V19(INE)

-4-

E-5. The characteristic dimensions of all valves shall be as given in Figure 1.

E-6. Bodies and bonnets shall be forged.

E-7. The unrestricted area through the seats, with the disk in the full open position, and through all body passages, shall be not less than that given in column "B" of the table shown on Figure 1.

E-8. Valves shall have bolted bonnets. The joint faces for bonnet flanges shall be male and female and shall have (f2) finish; see Bureau Standard Sheet B-100, referred to in Section A. The bonnets shall be secured by studs or bolt-studs.

E-9. Yokes shall be integral with the bonnets, but a design with separate yoke will be given consideration. The yoke shall be fitted with a bushing threaded to suit the stem.

E-10. Stems shall have outside Acme type of threads unless otherwise approved, and shall turn right-hand to close the valves.

E-11. Valve disks shall be of the plug type with swivel attachment to the stems and the seating area faced with cobalt-chromium composition not less than 3/32-inch thick for 1-inch and 3/4-inch valves, and 1/16-inch thick for valves 1/2-inch and smaller; the composition to be deposited by welding to insure positive bond between it and the disk. Disks shall be secured to the stems by nuts locked in place; other means for securing disks for 1/4-inch and 3/8-inch valves will be considered if the method is described in the bid. A hardened washer shall be inserted between the end of all stems and disks for valves 3/4-inch and larger to prevent galling.

E-12. Valve seats shall be integral with the bodies. The seating area shall be faced with cobalt-chromium composition in compliance with similar requirements for the disks; see paragraph E-11. The included seat angle shall be 30 to 60 degrees.

E-13. Stuffing boxes shall be of ample depth for at least six turns of packing, except 1/4-inch valves which shall have at least four turns. Stuffing boxes shall be arranged so that they can be packed when under pressure with the valve open. Valves shall be delivered with stuffing boxes suitably packed. The packing shall be as approved; see Bureau Standard Sheet B-153, referred to in Section A. Stuffing box glands shall be secured and adjusted by studs, and nuts.

E-14. Handwheels.- Handwheels shall conform to Bureau Standard Sheet B-64, referred to in Section A. The minimum diameters shall be as given in the table shown on Figure 1. All handwheels shall have the rims and the upper face of hubs finished and buffed and the spokes and unfinished portion of the hubs wire brushed, unless required to be finished and buffed all over. All handwheels shall be secured by means of a hexagonal nut threaded to the stem. T-handles may be used instead of handwheels for 1/4-inch and 3/8-inch valves.

E-15. Each valve shall have distinctly stamped, or equivalent, on one side of the body, the "size", "H.P.", "600", and in the case of globe valves, the position of the seat, for identification. The manufacturers trade mark may also appear on the body. When space does not permit this, the marking shall be as directed.

-5-

F. METHODS OF SAMPLING, INSPECTION AND TESTS.

F-1. Chemical and physical tests shall be made as required by the specifications covering the various materials used.

F-2. Five percent of the initial quantity of valves on order for any new design shall be selected by the Naval Inspector and tested to a steam pressure of 600 pounds per square inch gage, at a temperature of 850°F. Such test shall include tests for tightness on both sides of the disk, and tightness of the body. On subsequent cumulative orders, on the same manufacturer for valves of the same design a total of five percent of each size of valve so ordered shall be given the above steam test. This shall be interpreted to mean that of each one hundred valves of the same size and design ordered, the Inspector may select at his discretion five valves to be steam tested. Valves so selected may be taken from one order or from a multiplicity of orders totalling one hundred valves as desired, the number tested being a percentage of the total runs of valves and not a percentage of each individual order.

F-3. All valves shall be tested as follows:

(a) By hydrostatic pressure to at least 1600 pounds per square inch for strength and porosity with the disk open.
(b) By hydrostatic pressure to at least 750 pounds per square inch for tightness on seat with the disk closed by hand and without the use of a wrench or equivalent, the pressure shall be applied alternately on both sides of the disk with the side opposite the pressure open for inspection in each case.
(c) By air pressure to approximately 100 pounds per square inch for porosity and tightness on seat, procedure to be as outlined in (b) above.

G. PACKAGING, PACKING, AND MARKING FOR SHIPMENT.

G-1. Packing.— Unless otherwise specified, the subject commodity shall be delivered in substantial wooden crates or boxes, so constructed as to insure safe delivery by common or other carrier to the point of delivery. Not more than five valves shall be packed in a container. The valves shall be packed rigidly, or secured in the containers in such a manner as will prevent damage from shifting while being handled or transported. Sets of spare parts, if furnished, shall be packaged or bagged, and secured to the valve to which they belong.

G-2. Marking.— Unless otherwise specified, shipping containers shall be marked with the name of the material, the type, size, and the quantity contained therein as defined by the contract or order under which the shipment is made, the name of the contractor, and the number of the contract or order, and the net and gross weight.

45V19(INT)

–6–

H. NOTES.

H–1. Requisitions and contracts or orders should state the number of Type B and D drawings desired. See subparagraphs E–1a(3) and E–1a(4).

H–2. This specification supersedes Supplementary General Specification for Machinery, SGS(48)–155 formerly issued by the Bureau of Engineering, Navy Department, Washington, D.C.

H–3. Copies of Drawings and Specifications.

H–3a. Copies of Drawings.– Copies of Bureau of Engineering drawings may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D.C. When requesting, refer to drawings by both title and number.

H–3b. Copies of Bureau of Engineering Specifications.– Copies of Bureau of Engineering specifications may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D.C. When requesting, refer to specification by both title and number.

H–3c. Copies of Navy Department Specifications.– Copies of Navy Department specifications may be obtained upon application to the Bureau of Supplies and Accounts, Navy Department, Washington, D.C., except that naval activities should make application to the Commandant, Navy Yard, New York, N.Y. When requesting, refer to specification by both title and number.



| ALL DIMENSIONS IN INCHES | | | | | | | |
|---|---|---|---|---|---|---|---|
| SIZE | A | B | C | D | E | | F |
| | | | | | GLOBE | ANGLE | |
| $\frac{1}{4}$ | 2 | $\frac{5}{16}$ | .55 | $\frac{7}{16}$ | 6 | $5\frac{5}{8}$ | *3 |
| $\frac{3}{8}$ | $2\frac{1}{8}$ | $\frac{7}{16}$ | .685 | $\frac{9}{16}$ | $6\frac{1}{4}$ | $5\frac{7}{8}$ | *4 |
| $\frac{1}{2}$ | $2\frac{5}{16}$ | $\frac{19}{32}$ | .855 | $\frac{5}{8}$ | $7\frac{3}{8}$ | $6\frac{3}{4}$ | 5 |
| $\frac{3}{4}$ | $2\frac{7}{8}$ | $\frac{13}{16}$ | 1.07 | $\frac{11}{16}$ | $9\frac{1}{8}$ | $8\frac{1}{8}$ | 6 |
| 1 | $3\frac{1}{2}$ | $1\frac{1}{16}$ | 1.335 | $\frac{3}{4}$ | 11 | $9\frac{5}{8}$ | 7 |

*MINIMUM LENGTH OF TEE HANDLES $2\frac{1}{2}$
INCHES AND 4 INCHES, RESPECTIVELY.

FIG. 1

BUREAU OF ENGINEERING SPECIFICATION

VALVES, HIGH PRESSURE, GLOBE AND ANGLE, FORGED STEEL, WELDING ENDS,

SIZES, 1/4-INCH TO 1-INCH INCLUSIVE

600 Lbs. W.S.P. and 850° F. Maximum Temperature

(SHIPBOARD USE)

A. APPLICABLE SPECIFICATIONS AND DRAWINGS.

A-1. The following specifications, of the issue in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies.

NAVY DEPARTMENT SPECIFICATIONS

General Specifications for Inspection of Material, together with
    Appendix II (Metals).
  4255 - Screws, machine.
  43B11 - Bolts, nuts, studs and tap rivets (and material for same).
  43B14 - Bolt studs, steel rods and nuts for service at temperatures up to 850°F.
  45V18 - Valves, high pressure, globe and angle, steel (Shipboard use).
  46A1 - Aluminum alloy, light castings.
  46B6 - Brass, naval, rolled: Bars, plates, etc.
  46B10 - Brass, naval: Castings.
46-I-3 - Iron, malleable: Castings.
  46M6 - Metal, gun: Castings.
  46M7 - Nickel-copper alloy, rolled.
  46P1 - Plating, cadmium.
  46R5 - Rods, welding, cobalt-chromium composition.
  46S18 - Steel, corrosion-resisting; bars, rods and forgings (except for reforging)
  46S33 - Steel castings, molybdenum alloy (for temperatures up to 850° F.).
  46S34 - Steel forgings, molybdenum alloy (for temperatures up to 850° F.).
  49S1 - Steel: Castings.
  49S2 - Steel: Forgings for hulls, engines, and ordnance.

BUREAU OF ENGINEERING SPECIFICATIONS

General Specifications for Machinery, Subsection S1-1.

A-2. The following Bureau of Engineering drawings, of the latest alteration in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies:

  B-64 - Handwheels for valves.
  B-100 - Finish marks.
  B-147 - Seamless drawn steel tubing.
  B-153 - Standard application of annual contract packing.
B-S-530 - Forged steel welding end fittings.

45V19(INT)

-2-

B. TYPE.

B-1. Valves covered by this specification shall be furnished in but one type.

C. MATERIAL AND WORKMANSHIP.

C-1. Departures from Referenced Specifications.- The use of materials differing from the referenced Navy Department specifications will be considered when it can be clearly demonstrated that an improvement in operating characteristics, or a saving in weight without sacrifice in reliability can be accomplished thereby, or that such substitutes do not preclude the subsequent use of Navy standard materials in effecting repairs or replacements necessitated by service wear. Specific approval shall be obtained where departures are made from the referenced specifications.

C-2. Materials.- All materials used in the construction of valves shall be as specified in Section E. Alternate materials will be considered in lieu of those specified but their use will only be permitted after the Bureau has been satisfied by test or other means that the proposed substitutes fully meet the service requirements.

C-3. Threaded Parts; Standard Bolts, Nuts and Machine Screws.- Bolts and nuts shall conform to N.D. Specs. 43B11 or 43B14, referred to in Section A, as applicable. All threaded parts shall be assembled with the use of a suitable high temperature thread lubricant satisfactory to the Bureau.

C-4. Workmanship.- All parts shall be free from flaws, burrs, and blemishes. The workmanship shall be first class in every respect.

D. GENERAL REQUIREMENTS.

D-1. (See Section E).

E. DETAIL REQUIREMENTS.

E-1. Plans.- Plans shall be furnished as required by the bureau concerned.

E-1a. Bureau of Engineering.

E-1a(1). The number, size, arrangement, title, form, etc., shall conform to the requirements of Subsection S1-1, referred to in Section A.

E-1a(2). The specific plans desired, except as provided by subparagraphs E-1a(3) and E-1a(4), shall include the following:

Type A.
Type B.
Type E.

45V19(INT)

-3-

E-1a(3). Type A drawings shall accompany bids, except when the bidder has
filed with the Bureau approved drawings of the valves, in which case it will suffice
to quote the Bureau file numbers of the drawings for identification that the valves
have been approved by the Bureau and meet these specifications.

E-1a(4). Type B and Type D drawings will not be required provided the con-
tractor has filed with the Bureau approved drawings of the valves.

E-2. The materials shall conform to the following:

(a) Body and bonnet.— Class A forged carbon-molybdenum steel (N.D. Specs.46S34).
(b) Bonnet bolt-studs and nuts.— Steel (N.D. Spec. 43B14).
(c) Bonnet yoke bushing.— Gun metal (N.D. Spec. 46B5).
(d) Bonnet gasket.— Soft steel or iron sheet; nickel-copper alloy sheet,
    (N.D. Spec. 46M7), dead soft annealed; or copper-nickel zinc sheet of
    approximately 64 percent copper, 30 percent nickel and 6 percent zinc.
    Brinell 80 or less for all.
(e) Disk.— Cast carbon-molybdenum steel, (N.D.Spec. 46S33) or forged carbon-
    molybdenum steel (N.D. Spec. 46S34); (see item 7 for seating face).
(f) Disk nut.— Forged steel, Class C (N.D. Spec. 49S2).
(g) Disk and seat, seating faces.— Cobalt-chromium composition (N.D. Spec.46R5).
(h) Flange bolt — studs and nuts.— (Bureau Standard Sheet B-174).
(i) Gland, stuffing box.— Class C cast or forged steel (electro-galvanized)
    (N.D. Spec. 49S1).
(j) Gland bolts.— Steel, Class B (N.D. Spec. 43B11), cadmium plated
    (N.D. Spec. 46P1); nuts — steel, Class C (N.D. Spec. 43B11), cadmium
    plated (N.D. Spec. 46P1); or Naval brass (N.D. Spec. 46B6).
(k) Handwheels.— See Bureau Standard Sheet B-64.
(ℓ) Lock washer for disk nut.— Corrosion-resisting steel, Grade 1,
    (N.D. Spec. 46S18).
(m) Set screws and split pins.— Steel.
(n) Stem bushing.— Special nickel-copper alloy, 52 to 56 percent nickel,
    30.5 to 34 percent copper, 10.5 to 13 percent tin, 0.35 to 1 percent
    silicon, 0.30 to 0.75 percent manganese, 0.40 to 1 percent phosphorous
    and 1 to 2 percent iron. Minimum tensile strength 60,000 pounds per
    square inch. Brinell 190 to 235. Other materials satisfactory for the
    service will be given consideration.
(o) Stem for disk.— Forged corrosion-resisting steel, grade 7, (N.D. Spec.46S18)
(p) Stem nuts.— Naval brass (N.D. Spec. 46B6).
(q) Washer between end of rotating stem and disk.— Nitralloy or equivalent,
    at least 800 Brinell hardness.
(r) T-handles.— Naval brass (N.D. Spec. 46B10), or malleable iron
    (N.D. Spec. 46-I-8).

E-3. Valves shall be so designed as to insure positive tightness under severe
service.

E-4. The bodies of all valves shall be so fitted that the valves may be easily
ground in.

45V19(INT)

-4-

E-5.  The characteristic dimensions of all valves shall be as given in Figure 1.

E-6.  Bodies and bonnets shall be forged.

E-7.  The unrestricted area through the seats, with the disk in the full open position, and through all body passages, shall be not less than that given in column "B" of the table shown on Figure 1.

E-8.  Valves shall have bolted bonnets.  The joint faces for bonnet flanges shall be male and female and shall have (f3) finish; see Bureau Standard Sheet B-100, referred to in Section A.  The bonnets shall be secured by studs or bolt-studs.

E-9.  Yokes shall be integral with the bonnets, but a design with separate yoke will be given consideration.  The yoke shall be fitted with a bushing threaded to suit the stem.

E-10.  Stems shall have outside Acme type of threads unless otherwise approved, and shall turn right-hand to close the valves.

E-11.  Valve disks shall be of the plug type with swivel attachment to the stems and the seating area faced with cobalt-chromium composition not less than 3/32-inch thick for 1-inch and 3/4-inch valves, and 1/16 inch thick for valves 1/2-inch and smaller; the composition to be deposited by welding to insure positive bond between it and the disk.  Disks shall be secured to the stems by nuts locked in place; other means for securing disks for 1/4-inch and 3/8-inch valves will be considered if the method is described in the bid.  A hardened washer shall be inserted between the end of all stems and disks for valves 3/4-inch and larger to prevent galling.

E-12.  Valve seats shall be integral with the bodies.  The seating area shall be faced with cobalt chromium composition in compliance with similar requirements for the disks; see paragraph E-11.  The included seat angle shall be 30 to 60 degrees.

E-13.  Stuffing boxes shall be of ample depth for at least six turns of packing, except 1/4-inch valves which shall have at least four turns.  Stuffing boxes shall be arranged so that they can be packed when under pressure with the valve open.  Valves shall be delivered with stuffing boxes suitably packed.  The packing shall be as approved; see Bureau Standard Sheet B-153, referred to in Section A.  Stuffing box glands shall be secured and adjusted by studs, and nuts.

E-14.  Handwheels.- Handwheels shall conform to Bureau Standard Sheet B-64, referred to in Section A.  The minimum diameters shall be as given in the table shown on Figure 1.  All handwheels shall have the rims and the upper face of hubs finished and buffed and the spokes and unfinished portion of the hubs wire brushed, unless required to be finished and buffed all over.  All handwheels shall be secured by means of a hexagonal nut threaded to the stem.  T-handles may be used instead of handwheels for 1/4-inch and 3/8-inch valves.

45V19(INT)

−5−

F. METHODS OF SAMPLING, INSPECTION AND TESTS.

F-1. Chemical and physical tests shall be made as required by the specifications covering the various materials used.

F-2. Five percent of the initial quantity of valves on order for any new design shall be selected by the Naval Inspector and tested to a steam pressure of 600 pounds per square inch gage, at a temperature of 850°F. Such test shall include tests for tightness on both sides of the disk, and tightness of the body. On subsequent cumulative orders, on the same manufacturer for valves of the same design a total of five percent of each size of valve so ordered shall be given the above steam test. This shall be interpreted to mean that of each one hundred valves of the same size and design ordered, the Inspector may select at his discretion five valves to be steam tested. Valves so selected may be taken from one order or from a multiplicity of orders totalling one hundred valves as desired, the number tested being a percentage of the total runs of valves and not a percentage of each individual order.

F-3. All valves shall be tested as follows:

   (a) By hydrostatic pressure to at least 1500 pounds per square inch for strength and porosity with the disk open.
   (b) By hydrostatic pressure to at least 750 pounds per square inch for tightness on seat with the disk closed by hand and without the use of a wrench or equivalent, the pressure shall be applied alternately on both sides of the disk with the side opposite the pressure open for inspection in each case.
   (c) By air pressure to approximately 100 pounds per square inch for porosity and tightness on seat, procedure to be as outlined in (b) above.

G. PACKAGING, PACKING, AND MARKING FOR SHIPMENT.

G-1. Packing.— Unless otherwise specified, the subject commodity shall be delivered in substantial wooden crates or boxes, so constructed as to insure safe delivery by common or other carrier to the point of delivery. Not more than five valves shall be packed in a container. The valves shall be packed rigidly, or secured in the containers in such a manner as will prevent damage from shifting while being handled or transported. Sets of spare parts, if furnished, shall be packaged or bagged, and secured to the valve to which they belong.

G-2. Marking.— Unless otherwise specified, shipping containers shall be marked with the name of the material, the type, size, and the quantity contained therein as defined by the contract or order under which the shipment is made, the name of the contractor, and the number of the contract or order, and the net and gross weight.

45V19(INT)

-6-

H. NOTES.

H-1. Requisitions and contracts or orders should state the number of Type B and D drawings desired. See subparagraphs E-1a(3) and E-1a(4).

H-2. This specification supersedes Supplementary General Specification for Machinery, SGS(48)-155 formerly issued by the Bureau of Engineering, Navy Department, Washington, D.C.

H-3. Copies of Drawings and Specifications.

H-3a. Copies of Drawings.- Copies of Bureau of Engineering drawings may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D.C. When requesting, refer to drawings by both title and number.

H-3b. Copies of Bureau of Engineering Specifications.- Copies of Bureau of Engineering specifications may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D.C. When requesting, refer to specification by both title and number.

H-3c. Copies of Navy Department Specifications.- Copies of Navy Department specifications may be obtained upon application to the Bureau of Supplies and Accounts, Navy Department, Washington, D.C., except that naval activities should make application to the Commandant, Navy Yard, New York, N.Y. When requesting, refer to specification by both title and number.

45 V 19.



| ALL DIMENSIONS IN INCHES | | | | | | | |
|---|---|---|---|---|---|---|---|
| SIZE | A | B | C | D | E | | F |
| | | | | | GLOBE | ANGLE | |
| $\frac{1}{4}$ | 2 | $\frac{5}{16}$ | .55 | $\frac{7}{16}$ | 6 | $5\frac{5}{8}$ | *3 |
| $\frac{3}{8}$ | $2\frac{1}{8}$ | $\frac{7}{16}$ | .685 | $\frac{9}{16}$ | $6\frac{1}{4}$ | $5\frac{7}{8}$ | *4 |
| $\frac{1}{2}$ | $2\frac{5}{16}$ | $\frac{19}{32}$ | .855 | $\frac{5}{8}$ | $7\frac{3}{8}$ | $6\frac{3}{4}$ | 5 |
| $\frac{3}{4}$ | $2\frac{7}{8}$ | $\frac{13}{16}$ | 1.07 | $\frac{11}{16}$ | $9\frac{1}{8}$ | $8\frac{5}{8}$ | 6 |
| 1 | $3\frac{1}{2}$ | $1\frac{1}{16}$ | 1.335 | $\frac{3}{4}$ | 11 | $9\frac{5}{8}$ | 7 |

*MINIMUM LENGTH OF TEE HANDLES $2\frac{1}{2}$ INCHES AND 4 INCHES, RESPECTIVELY.

FIG. 1

# EXHIBIT 3

MICHELE C. BARNES (SBN 187239)
michele.barnes@klgates.com
MEGAN CESARE-EASTMAN (SBN 253845)
megan.cesare-eastman@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
CRANE CO.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISON

|  |  |
|---|---|
| GEORGE BOLTON, and KAREN BOLTON, | Civil Action No. (Superior Court of the State of California for the County of Alameda, CA NO. RG-11-605776 |
| Plaintiffs, | **AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.** |
| vs. | |
| **AIR & LIQUID SYSTEMS CORPORATION,** a subsidiary of AMPCO-PITTSBURGH CORPORATION, individually and *as* successor by merger to BUFFALO PUMPS, INC., individually and as successor in interest to BUFFALO FORGE COMPANY; **BLACKMER PUMP COMPANY; BURNHAM LLC,** individually and as successor in interest to BURNHAM CORPORATION; **CBS CORPORATION f/k/a VIACOM, INC.,** successor by merger to CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION *as* successor in interest to BF STURTEVANT; **CRANE CO.; FMC CORPORATION,** individually and as successor in interest to NORTHERN PUMP COMPANY f/k/a NORTHERN FIRE APPARATUS COMPANY and PEERLESS PUMP COMPANY; **FOSTER WHEELER, LLC,** a/k/a and individually and as successor in interest to FOSTER WHEELER | |

1

**AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.**

LLC, a/k/a and individually and as successor in interest to FOSTER WHEELER CORPORATION and FOSTER WHEELER ENERGY CORPORATION; **GEORGIA-PACIFIC LLC,** f/k/a GEORGIA-PACIFIC CORPORATION; **GENERAL ELECTRIC COMPANY; IMO INDUSTRIES, INC.,** individually and as successor in interest to DELAVAL STEAM TURBINE COMPANY; **INGERSOLL-RAND COMPANY,** individually and as successor in interest to ALDRICH PUMP COMPANY; **KELLY-MOORE PAINT COMPANY, INC.; LENNOX INDUSTRIES, INC.; VIKING PUMP, INC.; WARREN PUMPS, LLC,** f/k/a WARREN PUMPS, INC., individually and as successor in interest to QUIMBY PUMP COMPANY; **YARWAY CORPORATION;** and DOES 1 through 400, inclusive,

Defendants.

### AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

#### Background and Experience

1.     I am a retired Rear Admiral of the United States Navy, in which I served between 1967 and 1999. I began my active naval career in 1967 after receiving a Bachelor of Science degree in Mechanical Engineering from Cornell University and receiving a commission in the Navy through the Naval ROTC program. Upon commissioning in the Navy, I attended the Cruiser-Destroyer Forces Pacific Fleet Engineering Officer's School in a course focused on the operation and maintenance of engineering plants of World War II era warships. In 1974, I received a Master of Mechanical Engineering degree from the Naval Postgraduate School, Monterey, California. In addition, I am a licensed Professional Engineer (Mechanical) with extensive operational experience in ship engineering, ship maintenance and at-sea operations.

2.     My assignments from 1967 until 1988 were primarily involved with the operation and maintenance of Navy warships. Thereafter, I held a variety of program and technical management positions in the Naval Sea Systems Command program offices where I was responsible for the design, construction, fleet introduction, in-service support, and modernization of various classes of warships. Upon selection to Rear Admiral in 1994, I was assigned as Commander, Naval Surface

Warfare Center, a diverse organization of research laboratories and engineering stations responsible for research and development of all technical aspects of Navy surface ships and submarines. My final assignment before retirement in 1999 was as Program Executive Officer for Aircraft Carriers, Expeditionary Warfare and Auxiliary ships. In that position, I had overall responsibility for all matters relating to both the technical and programmatic details of design, construction, delivery and support of both new and in-service aircraft carriers, expeditionary warfare and auxiliary ships of the Navy.

3.   I am now the President of Sargent Enterprises, Inc. which includes several business units: SEI Associates, a consulting business that provides technical and management advice to marine industries; SEI Marine Technologies LLC; a company that operates and maintains various test and demonstration craft for R&D companies involved in developing new equipment and hull forms for future high performance ships, SEI Vistas LLC that is focused on the introduction of innovative durable construction technologies for maritime related uses, and SEI Properties LLC, a business unit involved in the management and renovation of rental properties, I have served for many years in active leadership of the American Society of Naval Engineers (ASNE) and in 2001 was elected to serve as President ASNE, and served two consecutive two-year terms. I continue as an active member of ASNE leadership. I am also a member of the Sigma Xi Engineering Honorary Society, the American Society of Mechanical Engineers, The Cornell Engineering Alumni Association, the U.S. Navy League and several other professional societies. I serve on the Board of Directors of the Maritime Technology Alliance.

4.   As a Navy engineering officer and program manager, I was often called upon to assist in determining conformance of shipbuilders and equipment vendors to drawings and specifications prior to acceptance by the Navy. The chain of command within the Navy concerning ship design and construction involves several layers of authority, particularly in the lines of command for technical and contractual control over Navy ship design, construction, maintenance and repair. Ultimately, the Secretary of the Navy has authority over the Navy including Navy shipbuilding design, construction and operation. During the 1940s, 1950s and 1960s, the Navy Bureau of Ships (BUSHIPS) (later known as NAVSHIPS and currently as NAVSEA) controlled all Navy ship design and construction.

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

5.   I am knowledgeable from my own Navy service, and also from my education, training, research and experience with the historical practices and procedures employed by the Navy in the design and construction of vessels and the operation of its vessels and facilities.

### The Military Environment on Navy Warships is Unique

6.   The military setting on Navy ships is unique and distinct from the civilian environment, and also differs somewhat from that of land based military organizations. All have management structures, but the military command hierarchy of rank is well defined and the accountability and authority of the Navy ship's Commanding Officer approaches absolute.   This authority is based in Federal statute, as well as in Navy Regulations and Instruction. Over time, there have been evolutionary changes in these to incorporate changing societal values, but the authority of the individual in command remains constant. When routine "orders" are given, prompt and appropriate response is expected.   The failure to obey a lawful order is a punishable offense and, depending upon the situation (wartime, national emergency, misconduct), the punishment can be severe.  Individual freedoms that are common to civilians are not as universally applied to military members.  Civil liberties indeed exist, but they are tempered to the strict Uniform Code of Military Justice (UCMJ) and the requirements of individuals serving in the Country's national defense. Military personnel are required to wear uniforms with rank insignia, and to maintain strict physical and grooming standards.  Military members ask for permission to leave the presence of a senior in a normal setting, and juniors initiate salutes when in uniform. Although the actual work tasks and duties performed by Navy sailors may be similar to some civilian trades, naval uniformed personnel are not civilians "doing their job".

7.   The normal day in the military also differs dramatically from the civilian environment. Whereas civilians have a "normal work day" of 8 or so hours and then return to their "private life", in the military the "work day" is 24 hours long. Here again that 24 hour day is unique for Navy personnel on ships for several reasons.  First, a warship is the only weapons system in which the operators live.  Armies live in barracks or tents, store their weapons in ammo magazines, and conduct their daily military tasks in locations separate from both of those. On Navy ships, the ship is the "barracks", the "magazine, the "weapon", and the military "work site", and is continuously in motion

4

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

on the oceans of the world. Thus, sailors on a Navy ship must continuously operate the ship's propulsion system and "hotel services" equipment that make the ship safe and livable, but must also spend a "military work day" focused on training and maintenance of the "weapon systems" to be battle ready. These two requirements are done concurrently on ships through a "watch bill" in which personnel operate the ships on a twenty-four hour basis, and a "work day" of approximately eight hours. The "watch bill" is typically comprised of four hour "watches" during which the "engineers" operate the propulsion, electrical generating, and other systems that make the ship mobile, safe and livable, the ship's officers and "deck force" stand navigation and ship control watches on the bridge, and the "operations crew" continuously operate the ships radars, communications, and other electronics equipment. There are typically three "watch sections", thus allowing the personnel to be "on watch" for four hours, and "off watch" for eight hours. Those watch sections in an "off watch" status during the daylight hours use that time to accomplish the "military work day" focused on training and readiness of the war fighting equipment. Thus, a typical day for a sailor on a Navy ship includes two four hour "watches" and up to eight hours of "military work". In addition to the concurrent "watches" and "military work", a Navy ship typically conducts "underway replenishment" every three or four days. During these "underway replenishments", warships rendezvous in close formation with Navy oilers, ammunition ships, and food cargo ships and transfer large quantities of fuel, ammunition, and food to that are needed to keep the ship operating and battle ready. These "underway replenishments" typically take three to four hours to complete, and require "all hands" to be involved to operate the special equipment and to handle the food, ammunition, and cargo coming aboard. These "underway replenishments" can occur at any time of the day, and are often done in the middle of the night. Therefore, a Navy sailors' "typical work day" is very busy with "watches", "work", and "special evolutions" such as replenishment.

## Navy Warships are Unique and Complex

8. Warships must be designed to meet very demanding performance requirements such as high speed and firing of weapons, the ability to safely carry and employ a vast array of explosives and ammunition, the ability to operate for long periods at sea without support or replenishment, and do all these missions both in peacetime and in combat.

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

9. Navy warships are some of the most complex machines ever designed and constructed. They are high-speed, floating, heavily armed communities that must support hundreds of crew members and a vast array of complex systems for months at sea. Ships are the only machines sufficiently large, complex and mobile that the operators must live inside the machines they operate. Thus, warships of all sizes and types contain all the facilities of a community plus multiple the armaments and ammunition. Major characteristics and capabilities include a sturdy and survivable hull form, high performance propulsion systems, electrical power generation to support all needs, fresh water distilling systems, food storage, preparation, and eating spaces as well as clean up, living spaces, laundry services, medical spaces, library, firefighting and damage control capabilities, and many other services.

10. An example will help to illustrate the immense task faced by the Navy in designing warships. Among the vessels constructed by the Navy during the general period in question were the so-called *FORRESTAL* class aircraft carriers. These ships were designed and constructed during the 1950s and served the Navy into the 1990s.

11. The *FORRESTAL* class carriers were 1,063 feet long, with an extreme width of 252 feet. They displaced about 80,000 tons. Their draft, or depth below the waterline, was approximately 37 feet (about the height of a 4 story building). The overall height of the ships was greater than the height of a 25 story building, and they had 19 different "levels" or floors. The flight deck from which aircraft took off and landed was approximately four acres in size, and the hangar bay consumed an additional two acres. The vessels had approximately 3,000 separate compartments or rooms, ranging in size from small offices to engineering spaces the size of gymnasiums. The onboard storerooms were equal in size to a six-story building. It took about 300,000 gallons of paint to paint the entire ship. There were multiple large food preparation and serving areas to feed the crew around the clock.

12. The *FORRESTAL* class carriers were capable of speeds in excess of 30 knots (about 36 mph), produced more than 200,000 gallons of fresh water a day by distilling salt water, and carried several hundred-thousand gallons of ship and aviation fuel. Each had eight large turbo-generators that produced enough electricity to power a good sized city. The Navy estimates that the

1  ships had more than 10,000 miles of electrical cable installed and many miles of piping the ships
2  carried more than 80 aircraft each, and they had crews of more than 5,500.

3      13.  Navy warships must be designed to operate effectively in very harsh and hostile
4  environments, to survive battle damage and fight again, and to meet demanding speed and
5  maneuvering requirements.  Over time, the specific types of enemies, weapons and combat which
6  Navy ships must face has changed, from a focus on surface-to-surface combat involving heavy guns
7  to greater use of aircraft and missiles.  These changes have created fundamental changes in the design
8  and construction of Navy vessels.

9      14.  Beginning in and following World War II, the aircraft carrier became the most
10  significant type of surface ship. An aircraft carrier must use high speed to create wind over the deck
11  to launch and recover aircraft.  The result was an overall increase in the speed demanded of Navy
12  vessels of all types, whether carriers or the support and escort vessels that accompany them.  To meet
13  these demands, Navy designers had to develop significantly higher horsepower propulsion plants.  It
14  was also imperative that this increased power be achieved without significant increase in either the
15  size or the weight of the propulsion plant, since increased size and weight would require even more
16  horsepower.

17      15.  The unique aspects of Navy warship design and development placed other
18  requirements on the Navy establishment.  Since there was no U.S. industry that either designed or
19  assembled these high performance propulsion plants, the Navy had to undertake itself the design of
20  these complex and state-of-the-art warships, and had to develop ways to verify the performance and
21  reliability of these new designs.  To accomplish this, the Navy maintained an engineering
22  establishment with many different engineering specialties.  The Navy had the most diverse and
23  advanced engineering workforce in the nation.  Additionally, verifying the performance of these new
24  propulsion designs required that the Navy engineering organization build large shore-based
25  laboratories in which they assembled and operated prototypes of these propulsion plants.  These
26  prototypes served many uses including verifying performance, validating reliability, and developing
27  optimum operating procedures.

28

---

7

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

## Navy Vessels - Concept to Operational- The Process

### Cost and Feasibility Studies

16.     Prior to the 1940s through the 1970s, the design of Navy warships started with the establishment of naval war fighting requirements at the national level. Examples included requirements such as the need to ensure that sea lanes in international waters cannot be denied by an enemy, the need to detect and neutralize hostile ships, submarines, and aircraft that might threaten U.S. or allied coasts, the need to transport and operate aircraft near enemy territory, and the need to transport and debark Marines anywhere in the world. From requirements such as these, various ship concepts were formulated.

17.     Rigorous feasibility studies were done on these concepts by both seasoned naval operators and by experienced ship engineers and designers to validate and mature the concepts, and to develop initial cost estimates for budgeting and congressional funding requests. A final ship concept design emerged, describing such parameters as approximate physical size and displacement of the ship, what weapons and sensors would be used aboard, what speed it was required to achieve, what range it must be able to achieve without refueling, and how long it must operate at sea without replenishment. Typically, it took a year or more to progress from a defined new warship requirement set to an agreed to concept design to meet those requirements.

### Preliminary Design

18.     The next step in the creation of a new warship during the time periods in question was the conversion of the concept design into a preliminary design package that contained sufficient details of the structure and all ships systems to allow engineers to verify that the ship would meet established requirements. During preliminary design Navy engineers determined all equipment arrangements, the weight and stability of the ship, a detailed understanding of the ship's displacement and powering requirements, and a much better cost estimate. Work included investigation of details such as identification of what materials and technologies existed or could be developed in time to achieve the performance of each system, and ensuring that these technologies and design details could in fact be manufactured and integrated into a completed warship.

8

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

19.     The preliminary design phase was accomplished by dividing the very complex ship into many groupings and sub-groupings such as hull design, propulsion, electrical, deck equipment, messing and berthing, medical, navigation, weapons, sensors, and auxiliary systems to name just a few. During this preliminary design phase, engineers had to develop and document the performance, configuration, and location of each system and piece of equipment that is required to meet the overall ship performance requirements.

20.     The preliminary design also had to comply fully with extensive Navy warship design General Specifications and other design guidance developed over many decades of experience. Examples include aspects such as how much damage the ship must be able to experience and still remain operable, what levels of shock from battle damage equipment must withstand and remain operational, and what firefighting and damage control capabilities must be included in the design. At the completion of the preliminary design and related documentation, the Navy was confident that the ship and all included systems and equipment would function as designed and would meet the war fighting requirements.

21.     Although the time to develop a preliminary design varied greatly depending on the size and complexity of the warship, typically for a destroyer-type warship, the preliminary design required six months to a year and thousands of man-years of engineering work.

Development of the Contract Design package

22.     The next phase in progressing from a ship design to an operational warship was the contract design process, in which the preliminary designs were converted into documentation of proper format and sufficient details for use in the government acquisition contracting process. In essence, this effort was to "design" the procurement contract.

23.     The complex ship systems and subsystems described in the preliminary design were typically comprised of a myriad of individual mechanical and electrical components connected together in intricate ways. During the contract design phase, Navy engineers had to confirm that sources exist from which the specified materials, equipment, and consumables could be obtained. However, usually there was no one source from which the Navy could obtain these complex warship systems and subsystems. Rather, sources had to be identified for individual components that can later

9

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

be assembled into the Navy's complete systems. Thus, the Navy typically had to procure, for each vessel, countless individual components from dozens of individual suppliers and sources. Examples of components associated with just the propulsion systems on Navy warships include specific types of steel and fasteners, pipe and fittings; pumps, valves, turbines, condensers; electrical motors, generators, and switchboards; gauges, meters, alarms; boilers, condensers and reduction gears. During World War II and well into the 1960s, virtually all equipment that was to be installed in warships was procured by the Navy and provided to the building shipyard as government-furnished equipment.

24.     This detailed design of all equipment, subsystems, systems, and the entire ship had to fully comply with a plethora of Navy design guidance developed from previous experience. For example, the Navy set and followed internal standards and requirements regarding such matters as levels of redundancy necessary to preclude single points of failure, standardization of consumables and spare parts amongst different equipment and systems, and across warship classes, crew operating environmental requirements such as temperature, noise, lighting, equipment labeling, standard Navy identification and labeling of decks, doorways, compartments, and equipment, and housekeeping matters such as heating and ventilation, food storage preparation and serving, and laundry requirements.

25.     The contract design package when complete included the entire set of Ship Specifications with detailed design information, the contract plan for procuring all equipment as well as contracting for ship construction, and the multitude of individual requests for proposals that were required to describe every piece of material, equipment and subsystem that had to be procured to allow construction of the warship. The development of the contract design package involved multiple government decisions. Examples include decisions which were subject to various Navy and other federal guidance and regulations, such as Federal Specifications, Federal Acquisition Regulations and Defense Federal Acquisition Regulations.

26.     The Navy developed specifications called, since the 1950s, Military Specifications (MILSPECs) for use in the contract design package. Thousands of MILSPECs were developed for various specific materials, equipment, components, books, manuals, label plates, etc. These

MILSPECs presented very detailed descriptions of what the government required when procuring the items covered by the MILSPECs, including requirements such as chemical composition, dimensions, required testing and performance demonstrations, required labeling, packaging and shipping requirements, and similar content. These specifications typically cross-referenced and invoked other specifications.

27. The Navy maintained the responsibility to develop the MILSPECs and other standards for the manufacture and supply of equipment used in the construction, maintenance and repair of Navy ships. Specifications for any equipment intended for use aboard Navy ships were drafted, approved and maintained by the Navy. Once promulgated, only the Navy could make changes or modifications to those specifications. MILSPECs were prepared by hundreds of Navy engineers highly qualified in specialty areas such as, among many other things, pumps, valves, steam turbines, gas turbines, reduction gears, ship propulsion, and auxiliary equipment. Examples of specifications for the types of pumps at issue in this case are attached hereto as Exhibits A.

28. This specification system was initiated in the 1930s and was expanded in both scope and detail for use in the procurement of the large number of complex warships procured in the World War II timeframe and since. The technical specifications system always included a disciplined revision and change process to ensure technical specifications were kept current and reflected changing requirements, technology, materials, and other related updates. Manufacturers of components, such as pumps and valves, procured by the Navy for use in warships were required to comply with technical specifications in all details in order for the Navy to accept the equipment being manufactured, tested, and shipped.

29. Navy specifications were communicated to vendors when the Navy (or private entities, such as shipyards or design professional firms) issued Requests for Proposal (formerly called Invitations for Bid) for the manufacture or supply of certain equipment. Compliance with the standards and specifications issued for equipment supplied for ultimate use aboard Navy ships was directly monitored by Naval Machinery Inspectors under both of the following divisions: (a) Machinery Inspectors under the Bureau of Supplies and Accounts worked on-site at vendors' facilities, and (b) Machinery Inspectors under BUSHIPS carried out their responsibilities at the

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

shipbuilding yards. The Machinery Inspectors ultimately worked for the Secretary of the Navy or the Secretary of War. These Inspectors exercised primary, front line control and direction over the work performed for the Navy by original equipment manufacturers, regardless of whether the equipment was being constructed or supplied pursuant to a Navy or private contract. The Navy required in process testing and approval. For example, shock testing, balance testing, vibration testing, tolerance measurements, endurance testing, radiographic testing, etc., were reviewed at the manufacturer's facility and approved by the Machinery Inspectors before the equipment was shipped. Compliance with the testing requirements necessitated unique design and engineering to ensure the necessary strength and durability of the equipment for battle conditions. Equipment could not have been installed aboard Navy vessels unless it was first determined by the Navy to be in conformity with all applicable Navy specifications. The Navy required equipment manufacturers to supply drawings and plans, which the Navy would approve and sometimes revise or comment on before equipment was constructed and shipped.

30. The incredible level of detail contained in these specifications is necessary to ensure complete and common understanding between the government and vendors of what it is the government is requires and is committing to pay for, to ensure commonality across systems with similar components, and ensure that replacement parts, equipment and consumable materials, some provided by different manufacturers, will all perform as desired. An acquisition contract typically invokes many different MILSPECs, various technical documents such as drawings prepared by the Navy's Bureau of Ships. Taken together, the contract and the incorporated materials present all details of what the Navy requires. It is through this detailed acquisition process that misunderstanding, or rejection at the time of government acceptance inspection, is avoided. This process also minimizes contract disputes between the government and industry vendors.

31. Developing the contract design package is comparable to the effort required if a team was to simultaneously develop the detailed designs and contracts to construct a small city including all the required services such as utilities, hospitals, restaurants, and the like. Because of the complexity and thoroughness required, development of the contract design package for a warship

such as a destroyer typically took two years or more to complete, with thousands of man-years or effort from engineers, logisticians, contract and legal specialists.

Detailed Design

32.    From the 1940s through the 1970s, the next step in the creation of a new warship was the conversion of the contract design into detailed design package that contains sufficient details of the structure and all ships systems to allow the building shipyard to build the ship and integrate all specified equipment in accordance with Navy requirements and specifications. The detailed design was typically accomplished by the construction shipyard - whether a Navy yard or a private yard after the construction contract was awarded. During this detailed design phase, engineers had to develop and document in detail the exact location, mounting details, and interface details of each system and piece of equipment in the total ship. Even where not performed by Navy personnel, the detailed design was also overseen by Navy representatives. Pursuant to those design plans and specifications, the shipyard connected an array of components such as pumps, valves, boilers, turbines, generators, and other equipment to pipes by adding gaskets to the flanges of each piece of equipment and piping. Where flange gaskets contained asbestos, it was because the Navy required it; the manufacturers of pumps and valves did not manufacture or supply the flange gaskets.

Warship Construction

33.    The final phases in getting the warship operational included the construction, testing and trials, and acceptance by the Navy. During World War II and up until the mid-1960s, some Navy warships were constructed at Naval Shipyards and others were constructed at private shipyards under Navy contract and supervision. Once the Navy selected a construction shipyard, that shipyard was required to comply with all details of the contract in the procurement of material and equipment, the construction of the ship, the testing of equipment, subsystems, and systems and the demonstration to the government that all systems functioned properly. All construction and testing was overseen on a daily basis by the on-site Navy Supervisor of Shipbuilding team. Formal acceptance of the completed warship was recommended by the Navy Board of Inspection and Survey only after the members of the Board had witnessed successful sea trials of all systems.

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

34.     Construction of even a relatively small warship such as a destroyer typically took three to five years, with larger ships requiring somewhat longer. During World War II, the construction time for warships was dramatically reduced through the concerted efforts of both the Navy and the industries involved. The Navy, working with the War Production Board, instituted standardization of warship designs, central procurement of ships' major equipment, propulsion machinery, and ordnance, and allocation of key materials. Industry went to twenty-four hour workdays with multiple shifts, prefabrication and automation of many processes, and multiple other time saving methodologies. The Navy and the U.S. Maritime Commission worked closely with the shipbuilding industries and increased the number of shipyards capable of constructing destroyers and larger ships from approximately a dozen in 1940 to around 70 in about two years.

### Asbestos and Insulation in the Navy

35.     As described above, the Navy requirements for aircraft carriers and other warships of World War II and later included the need for significantly higher speeds than previously. This high speed required was achieved by the design and development of sophisticated high-pressure steam propulsion systems. Steam pressures of 600 pounds per square inch and the ability to superheat the steam to 8500 F became the norm.

36.     The key to meeting this high horsepower demand was the development by the Navy of much high pressure, superheated steam propulsion plants. With the increased pressures came greatly increased temperatures and thus the need for much improved insulation technologies, both for plant efficiency and for operator comfort and safety. These "high power density" propulsion plants increased the operating temperatures of machinery and piping, and they created a need for greatly improved thermal insulating and lagging materials. The Navy maintained significant expertise in the important areas of heat transfer and insulation. As a consequence, the thermal insulation needs associated with various equipment and systems was a significant issue in the design of Navy vessels from a number of perspectives. Thermal insulation served a number of important functions, as set forth, for example, by the 1947 version of the Navy's BUSHIPS Manual, a technical reference for Navy engineers, where Chapter 39 was devoted entirely to "Thermal Insulation":

---

14

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

39-2. REASONS FOR INSULATING

(1) In every power plant there is a heat loss from all heated surfaces and a heat flow to all cooled surfaces. Heat flow may occur in three ways; by conduction, by convection, and by radiation.

(2) Conduction is the heat flow from one part of a body to another part of the same body, or from one body to another with which it is in physical contact, without displacement of the particles of the body. This manner of heat flow is most important in insulation as it is the low conduction which results in the greatest temperature differential between a hot insulated surface and the atmosphere (as in steam piping insulation), or the relatively warm atmosphere and a cold surface (as in refrigerating plant insulation). Heat transfer from insulated pipes or large blanketed or cemented surfaces (turbines, evaporators, etc.) to the outer surface of their lagging is included in this mode. Conduction is associated with solids and comparison of materials in this respect is measured by a factor called the "thermal conductivity" which expresses rate of conductivity in British thermal units (B.t.u.) per inch of thickness per hour per square foot of area per degree Fahrenheit temperature differential.

(3) Convection is the transfer of heat from one point to another within a fluid, gas or liquid, by circulating or mixing of one portion of the fluid with another. These currents are produced by warm fluid being displaced by heavier cold fluid. It is of interest to note that convection reduces the effectiveness of air space insulation unless such space is very small.

(4) Radiation is the method of heat transfer by which a hot body gives off energy in the form of radiant heat which is emitted in all directions. Radiant heat, like light, travels in straight lines and with the speed of light. The surface condition greatly

---

15

**AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.**

affects the ability of a body to radiate heat. Dull, dark, rough finished surfaces are the best radiators. Conversely, bright, shiny, smooth surfaces are good heat reflectors.

(5) In order to minimize the transfer of heat from or to a body or surface which is hotter or colder, respectively, than the surrounding atmosphere, thermal insulation is applied. This thermal insulation is a material or materials of low thermal conductivity. (See par. 39-2 (2).) While increasing the economy of the plant, thermal insulation also reduces the quantity of air necessary for ventilating and cooling requirements and prevents injury of personnel due to burns from contact with hot parts of apparatus. It also insures more uniform heat distribution within equipment. Another function of thermal insulation is to prevent "sweating" of cold surfaces on which atmospheric moisture condenses thus causing undesirable dripping as well as accelerated corrosion of the metal. Insulation must be sufficiently effective to reduce heat losses and lower surface temperatures to a degree which will permit habitable conditions in a specific space or compartment.

(Exhibit B, 39-2).

37.    Due to the importance of heat transfer and insulation in Navy propulsion plants and aboard Navy vessels more generally, the Navy maintained significant expertise in these areas.  The BUSHIPS manual and other documents issued and continuously updated by the Navy contained detailed instructions for the insulation by Navy shipyards or private contractors of various systems and equipment, including, primarily, the miles of piping associated with thermal systems aboard vessels.   The Navy's specifications provided detailed instructions as to the specific insulating materials to be used, and also as to the amounts of those materials and the manner in which they were to be applied.

38.    A 1946 article entitled "A Health Survey of Pipe Covering Operations in Constructing Naval Vessels" summarized the extent of and reasons for the Navy's use of asbestos-containing insulation during World War II:

16

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

The chief reasons for the wide use of amosite felt and pipe covering in naval work are its low thermal conductivity, light weight, strength, and refractoriness. When the felt and pipe cover were first developed, we were still building vessels under the Washington Treaty of Limitations in Tonnage, and every pound saved meant that much more armor, guns or ammunition for a given displacement, to say nothing of more economic operation for the weight involved in insulation.

Amosite pipe covering weighs about 14 pounds per cubic foot, with a temperature limit of 750 degrees F. as compared to magnesia with a weight of 16 pounds per cubic foot[....]

The development of amosite felt started in 1934 when a need existed to secure a thermal insulation lighter in weight and thermally more efficient than the materials (blocks and cement or asbestos blankets) which were then being used in destroyer turbines.... Originally amosite was used only for turbine insulation, but it proved so satisfactory that its field of application enlarged to include insulation of valves, fittings, flanges, etc. From the initial destroyer, it has been used on almost all the destroyers built since that time and on all other combat vessels built since before the War.

Pipe covering was a later development in late 1935 and early 1936. Due to the manufacturing problems involved, it took a longer time to evolve into a satisfactory shape, and its first use on naval vessels was in 1937. Since that time its use has spread markedly and it was used on the great majority of naval combat vessels built during World War II.

(Exhibit C, p. 9).

39.     The Navy's dictation of the methods and materials for insulation of thermal systems took various forms. As noted above, these included serial iterations of the BUSHIPS Manual's

Chapter 39 on "Thermal Insulation." See Exhibits B (1947) and D (1959). The Navy also prepared and imposed upon Navy design engineers General Specifications for Machinery for Vessels of the United States Navy. Those specifications included an entire section - Section S39 - governing "Thermal Insulation for Machinery and Piping." The 1951 version of this document is attached as Exhibit E. Beginning in 1962, the Navy began issuing a Military Standard intended "to amplify the general requirements for insulation of piping, machinery, uptakes, and mechanical equipment covered in the General Specifications for Ships of the U.S. Navy or in ships specifications. (Exhibit F).

40.     The Navy and/or its design agents prepared for the builders of Navy ships detailed drawings and plans showing the precise methods and materials for insulation of various systems and equipment. Those documents - referred to as "Insulation and Lagging Schedules" - implemented the overall requirements of the General Specifications and they provided the actual instructions to the personnel applying insulation as part of an integrated system of temperature control and energy conservation consistent with the Navy's needs in the operation of its ships. These plans are referred to as "Insulation and Lagging Schedules." They were typically developed for each class of warship. Examples of such plans for the USS Fletcher and USS Sumner/Gearing class destroyers and the USS Essex class aircraft carriers are attached as Exhibits G, H and I. The Insulation and Lagging Schedules included details on the materials to be used, the thickness, installation procedures, and finishing details for tens or even hundreds of tons of thermal insulation materials to be applied by Navy and private shipyards. Once the Navy selected a construction shipyard, that shipyard was required to comply strictly with all Navy specifications, plans and drawings in the application of insulation and lagging to systems and equipment aboard Navy vessels.

41.     As the attached documents demonstrate, throughout the World War II and post- World War II era, the vast majority of thermal insulating materials used aboard Navy vessels contained asbestos. Asbestos-containing materials offered many advantages over previous or alternative materials in meeting these needs. They were relatively light compared with previous materials, had better insulating properties, did not require excessive thicknesses in application, were more durable

18

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

and were resistant dissolving in or absorbing salt water. The materials also served as fire protection in an environment in which fires were an ever-present danger.

42. Thus, the use of asbestos in thermal insulation allowed the Navy to design and field propulsion systems that met the demanding war fighting requirements of World War II and later. The importance of asbestos to Navy warships is attested to by the fact that it was assigned a high priority in the U.S. government's critical materials allocation process. Asbestos was in short supply during World War II, and its use was controlled through the War Production Board process. A very large percentage of asbestos was allocated to the needs of the Navy and U.S. Maritime Commission for use in insulation for ship construction.

43. The Navy's demands for asbestos-containing insulation were extraordinary. For example, the Insulation and Lagging schedules for destroyers of the Navy's *Sumner* and *Gearing* classes - relatively small vessels of which the Navy constructed approximately 200 during World War II - specified nearly 24 tons of asbestos containing thermal insulation be installed. A 1979 Department of the Navy letter (Exhibit J) recites the following estimates of the quantities of thermal insulation aboard different types of Navy vessels of the 1950s and 1960s:

| | |
|---|---|
| Destroyer – DD | 87,634lbs |
| Guided Missile Cruiser – CGN | 123,770lbs |
| Submarine – SSN | 62,465lbs |
| Replenishment Oiler – AOR | 78,515lbs |
| Large Harbor Tug – YTB | 6,858lbs |

Larger vessels, such as aircraft carriers and battleships, required multiples of those amounts. Taken as a whole, in both new construction and overhaul, the Navy applied thousands of tons of asbestos materials aboard its vessels from the 1930s through the 1970s.

44. Due to the complexities of the ship design and construction process, and the global nature of the Navy's approach to selection and procurement of insulation and lagging materials, manufacturers of components were not consulted by the Navy with respect to insulation of their equipment. Moreover, they had no control over the types and quantities of insulation products to be

used in conjunction with their equipment, nor could they even be certain whether or not any insulation would, in fact, be applied to their equipment due to the variety of circumstances and potential uses of the original equipment once aboard a Navy vessel.

45.     Above and beyond the tens or hundreds of tons of thermal insulation used, other asbestos materials were ubiquitous aboard Navy vessels pursuant to Navy specifications and requirements.  These materials included electrical insulating materials, flooring, refractories and sealing materials.

## Navy Shipboard Documentation

46.     Navy warships are sophisticated "mobile communities" outfitted with a vast array of complex equipment and manned by a crew of operators comprised of brand new recruits with no experience to seasoned senior technical professionals. In order to ensure effective, efficient and safe operation of its warships, the Navy, since at least World War II, has developed and maintained extensive documentation for each ship class and individual ship. This extensive "library" of documentation consists of different major categories of subjects such as Organizational Regulations and Policy, Tactical, Technical, Administration, Logistics, and Training to name just a few. The intended audience and purpose of a document differs amongst categories and documents within those categories. Some documentation contains information relevant to the entire crew or ship while other documents address more focused subjects such as a ship department, a specific technical rating or an individual piece of equipment. Understanding the specific Navy objectives of different categories of documentation is helpful in understanding the required content and level of detail that the Navy specified to be included. Of particular relevance to shipboard operators of equipment are the categories of Training and Technical documentation.

## Navy Shipboard Training Documentation

47.     Shipboard training of Navy personnel consists of both individual and team training and each category includes both technical and non-technical requirements. The Navy defines individual training as any training, including in-rate training, which improves a member's usefulness to his unit. Team training is defined as the training of groups of officers and enlisted members to work effectively together as teams in the engineering spaces, on the bridge, in damage control parties

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

and similar team efforts. Technical requirements (sometimes referred to as Occupational Standards) include the specific knowledge expected of an individual in his or her specialty, rate and rating. Non-technical requirements (sometimes referred to as Naval Standards) include subjects such as general naval knowledge of discipline, Navy Regulations, Uniform Regulations, first aid, shipboard safety, and similar all-hands subjects.

48.    Training documentation in support of individual and team, technical and non-technical training was developed under the directives of the Chief of Naval Operations and the Chief of Naval Personnel. Examples of individual technical training documentation are the various Naval Personnel (NAVPERS) rate training manuals such as Machinist's Mate 3&2 and Boilerman 3&2 and similar manuals for all ratings. Examples of individual non-technical training documentation are the Military Requirements for Petty Officers 3&2 and General First Aid Manual. Damage Control and Engineering Casualty Control Exercise Drill outlines are examples of Navy-developed team training documentation.

49.    Training documentation, both technical and non-technical, was developed by the Navy with specific focus on the skills, level of experience, education and advancement requirements of the individuals and groups for which it was developed. It was typically developed with content applicable to all Navy members of that group. Thus, technical rate training manuals included general information about equipment and systems as opposed to focusing on any specific make or model. Non-technical general training documentation included information and examples that were relevant to all Navy personnel whether stationed afloat or ashore. The ultimate use of Navy training documentation was, and is, to assist the Navy members to become as proficient as possible both in their rates and specific skills and as Navy leaders and managers.

### Navy Shipboard Technical Documentation

50.    Unlike Navy shipboard training documentation that is focused on training individuals and teams, Navy shipboard technical documentation is developed and provided as reference material that can be consulted if and when required in the operation, maintenance and repair of equipment and systems. Navy shipboard technical documentation includes various categories from high level Navy

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

technical policy documents such as the Bureau of Ships Technical Manual to equipment specific documents such as BUSHIPS drawings/blue prints, system schematics, and troubleshooting manuals.

51. The Bureau of Ships Technical Manual (BSTM) was a multi-chapter manual that documented the Bureau of Ships-level technical policy and procedures developed and used by BUSHIPS engineering and technical organizations in the design and life-cycle support of Navy ships and installed equipment.

52. Equipment specific technical documents such as BUSHIPS drawings and systems schematics contain information of sufficient detail to allow maintenance and repair of shipboard equipment by ship's force personnel while operating at sea and in remote areas where outside assistance is not available.

53. The Navy typically developed equipment operational guidance manuals for more complex equipment and systems. Typically, the Navy required these "instructional manuals" for equipment that required operator involvement in start-up, operation, and shutdown. Equipment that did not require operational steps, such as globe and gate valves, and equipment that operated "passively", without operator involvement, such as steam traps and check valves, would typically not require a "technical or instructional manual". Examples include equipment level Technical Manuals (sometimes called Instruction Books) and system-level manuals such as the DD-445/692 Classes Main Propulsion Plant Operations Manual.

54. The Navy identified a need and developed standards for equipment Technical Manuals. Unlike a civilian "owner's manual" for an appliance or consumer purchased equipment that was developed by the manufacturer with content that might be considered "helpful" to a broad range of potential customers or users, Navy equipment Technical Manuals were developed by the Navy to detailed technical content and format requirements for use by a known audience of Navy-trained shipboard technicians. The purpose of these documents was to provide information specific to the equipment, with a focus on its operation, and avoidance of injuries or accidents that might occur during operation.

55. The purpose of Navy shipboard technical documentation was to provide technical information that could be referenced and understood by the ship's operators if and when needed.

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

Although certainly available to augment Navy training documentation if desired, the shipboard technical documentation was not readily accessible by all personnel, and was not part of the training documentation.

### Documentation Regarding Warnings

56. As described above, the content of Navy training documentation focuses on Navy-wide groups of users whereas Navy technical reference documentation is equipment and system specific. Thus, Navy decisions concerning which category of document to include desired warnings and cautions were dependent on the nature of such warnings and caution statements. Warnings and cautions concerning Navy-wide/all-hands subjects such as general shipboard safety, safe driving awareness, hearing loss prevention and later asbestos health warnings were included in readily available and broadly used training documents, some in technical documentation such as Navy rate training manuals, and some in non-technical documentation such as General Military Training syllabuses. Warnings and cautions concerning immediate hazards unique to the operation and maintenance of specific equipment were included in equipment and system specific technical documents such as equipment technical manuals and system level operating manuals which were aimed and available to only limited audiences of personnel directly involved in work on the specific systems or equipment covered by the manuals. Such manuals were not, therefore, appropriate locations for warnings and cautions relating to general or widespread shipboard health issues.

### Written Materials Regarding Equipment Supplied to the Navy

57. Technical specifications referenced in the procurement documents for components such as pumps have, since at least the 1940s, included detailed requirements regarding all written materials supplied with pumps. Manufacturers were required to supply drawings and plans, and at times draft technical manuals for equipment. The applicable specifications included strict instructions regarding the labeling of and packaging of the components themselves, and for all technical documentation that was procured with them.

58. To achieve its objective of ensuring that, in form and content, the marking on equipment filled the specific informational role, for the specific Navy audience and environment, the Navy developed precise specifications as to the nature of any markings, communication or directions

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

affixed to or made a part of any equipment supplied by OEMs for ultimate use aboard Navy ships. OEMs would not have been permitted, under the specifications, associated regulations and procedures, nor under the actual practice as it evolved in the field, to vary or to deviate in any respect from the Navy specifications in supplying equipment, including affixing any type of warning or caution statement to equipment intended for installation in a Navy ship, beyond those specifically required by the Navy without prior discussion and express approval by the Navy.

59.    The Navy likewise had precise specifications as to the nature of written materials to be delivered with equipment supplied by OEMs to the Navy. This written material included a variety of formats such as design drawings, system schematics as well as operator reference materials to assist the equipment operators in operating, servicing and maintaining such equipment and to assist the Navy training establishment to develop instructional materials and courses. Through specifications, the Navy required that certain equipment be supplied with a defined number of copies of one or more instruction books or technical manuals. The Navy typically developed these technical manuals by including development of a draft manual as part of equipment procurement contracts. The draft manuals were required to be submitted to the Navy for detailed review and feedback. Once the draft manuals were found to be acceptable to the Navy, a BUSHIPS number was assigned and the manual became an official BUSHIPS document the contents of which were controlled by the Navy. The term "manufacturer's instruction books" that is found in many Navy rate training manuals refers to these Navy developed and approved technical manuals.

60.    Navy personnel or those of the Navy's Design Agents participated intimately in the preparation and review of these instruction books and technical manuals in a standardized format used by the Navy. These manuals included safety information to the extent – and only to the extent – directed by the Navy. Manufacturers of components and equipment were not permitted, under the specifications, associated regulations and procedures, nor under the actual practice as it evolved in the field, to include any type of warning or caution statement in instruction books or technical manuals, beyond those required and approved by the Navy without prior discussion and approval by the Navy. The Navy dictated and, itself or through its Design Agents, reviewed and approved the contents of all technical manuals, including any cautionary language or emphasis. The Navy

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

1   approached this process for review and approval of technical manuals in an exacting manner. It often

2   created lengthy memoranda detailing word-by-word line edits to the content of technical manuals

3   submitted for approval, including the wording of instructional material and warnings. Examples of

4   such correspondence are attached hereto as Exhibit K. Review of and comment upon instructional

5   materials by the Navy's Design Agents was similarly detailed.

6       61.    The reasons for the Navy's detailed control over and review and approval of all

7   written communication regarding equipment it procured was to ensure consistency of that

8   information with the overall goals and priorities of the Navy in its operations. The Navy employed

9   millions of uniformed and civilian personnel aboard thousands of vessels and at hundreds of land-

10  based facilities around the world. The information provided with regard to equipment had to be

11  consistent with the Navy's overall evaluation of the appropriate types and level of information its

12  personnel required to efficiently perform their job responsibilities under a variety of circumstances.

13  In addition, written communications regarding work practices, including safety precautions and

14  equipment, had to be coordinated with the training of Navy personnel, the physical circumstances in

15  which they performed their work, and the tools, protective devices and equipment and other materials

16  available aboard Navy vessels and at Navy installations.

17      62.    Uniformity and standardization of any communication, particularly safety information,

18  are critical to the operation of the Navy and Navy ships. The Navy could simply not operate safely

19  and effectively if personnel were trained differently, or were provided with inconsistent information

20  received from different manufacturers, each left to its own discretion in trying to anticipate the

21  Navy's needs. If every equipment, structural steel and pipe manufacturer were allowed to decide on

22  the need for, and provide its own safety and health warnings (including those concerning asbestos

23  insulation that might be used on or around its product), inconsistent warnings would certainly have

24  resulted. If each were to warn about all the possible substances that might be used on or around its

25  equipment, sailors would quickly become inundated with inconsistent information on a myriad of

26  substances. Therefore, the Navy's detailed specification of what warnings were required, both on

27  equipment and in technical documentation, was logical and necessary.

28

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

63. Asbestos-associated health issues, and the insulation materials with which the Navy associated those issues, were ubiquitous in Navy environments. Tens of tons of asbestos-containing insulation were present in mechanical and other spaces aboard Navy vessels. Consistent with its objective to ensure that all documentation to which its personnel were exposed be thoroughly consistent with its overall training and procedures, the Navy would not have permitted equipment suppliers to place asbestos-related warnings on packaging or containers for pumps or related parts or items supplied during the 1940s, 1950s, or 1960s. Similarly, the Navy would not have permitted equipment suppliers to place asbestos-related warnings in any literature or documentations supplied with pumps for Navy ships during the 1940s, 1950s and 1960s.

64. In this regard, it is useful to consider the Bureau of Ships Technical Manual. This manual, prepared by the Navy and updated periodically, was intended to provide guidance and information to Navy personnel on various matters. The Manual contained specific chapters covering numerous topics.

65. A review of examples of Chapter 47 relating to pumps and Chapter 95 relating to gaskets and packing reveals that even when drafting its own manuals governing activities widely known to involve asbestos, the Navy nowhere included any cautionary language regarding – or even any mention of – any potential hazards relating to asbestos. In addition, neither Chapter 39 of the BUSHIPS Manual relating to insulation nor Chapter 48 covering piping (and valves) likewise contained reference to such hazards during the 1940s, 1950 and 1960s. Similarly, the Navy's system-level manuals of the type described above likely did not, even where they pertained to propulsion or other systems on which the Navy required shipbuilders and Navy personnel to install large amounts of asbestos insulation, contain asbestos-related cautions to Navy personnel.

66. The absence of asbestos-related cautionary language in the Navy's own manuals for equipment or for asbestos-containing materials is consistent with the notion that the Navy did not accept, and did not permit, asbestos-related warnings in technical manuals relating to individual pieces of machinery or equipment, and is fully consistent with my experience that such warnings were not neither sought nor welcome from manufacturers of such items.

26

**AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.**

67. Based upon my knowledge of and experience in the design, inspection and procurement of equipment for use on Navy vessels, the Navy would not have permitted equipment suppliers to place asbestos-related warnings on packaging or containers for pumps or related parts or items supplied during the 1940s, 1950s, or 1960s. Similarly, it is also my opinion that the Navy would not have permitted equipment suppliers to place asbestos-related warnings in any literature or documentations supplied with pumps for Navy ships in the 1940s, 1950s and 1960s.

68. The Navy maintained precise Navy Specifications and later Military Specifications that detailed all aspects of label plates that were required on equipment. The Navy and military specifications for identification plates included materials to be used, method of attachment, size of plate, information and format of information required, and many other details to ensure standardization of such plates. The content and format of information that was to appear on those plates was required to be submitted to the Navy for approval. MIL-I-15024 and MIL-I-15024B are examples of such precise military specifications for identification plates, and are attached as Exhibits L and M.

69. I have reviewed and am familiar with the BUSHIPS and later MILSPEC standards for technical manuals, including BUSHIPS General Specifications for Machinery Subsection S-I-1 of 1941 (Exhibit N); and later MILSPECS including MIL-M-15071 (Exhibit O), MIL-M-15071A (Exhibit P), MIL-M-15071B (Exhibit Q), MIL-M-15071C (Exhibit R), and MIL-M-15071D (Exhibit S). These MILSPECs confirm that the Navy was very specific in detailing what information would be included in these equipment technical manuals. The wording of these documents is consistent with my overall opinion that the Navy intended technical manual text to address operating procedures and related equipment and personnel safety issues specifically associated with the particular equipment to which the technical manual related, rather than to generic occupational health issues. In MIL-M-15071D, adopted in 1961, the Navy included the terms Note, Caution and Warning as possible text in technical manuals. In the section of that MILSPEC that details the requirements for Text to be used, the MILSPEC includes what is termed "Emphasis" language to be used when necessary. It further defines three emphasis terms to be used: "Note", "Caution" and "Warning". The MILSPEC clearly states that these terms will be used sparingly and as adjuncts to text that details

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

operating procedures for the equipment. Thus, these terms could only be included in a technical manual to emphasize specific operating instructions that, if not properly followed, would result in either damage to the equipment or related injury to the operator. The term "Caution" is specified to be used to emphasize an operating procedure that must be followed to prevent damage to the equipment, and the term "Warning" is specified to be used to emphasize a procedure that must be followed to prevent personal injury while operating the equipment. Like both earlier and later versions of the 15071 series, MIL-M-15071D required that all manuals be submitted in draft to the Navy for review and approval prior to finalization and delivery with equipment.

70.     It is also my personal experience that the terms "Note", "Caution" and "Warning", when used in Navy equipment technical manuals refer specifically to safe operating and maintenance procedures and not to any more generic health related issues.

### MIL-STD-129 - Purpose and Utilization in Navy Procurement Actions

71.     MIL-STD-129, titled "Marking for Shipment and Storage", is a Department of Defense level Military Standard that provides guidance for the uniform marking of military supplies and equipment for shipment and storage. It was first issued in August 1951 and consolidated and superseded previous requirements that had been issued by the separate military services. It has been updated several times since then. Since it was first issued, MIL-STD-129 has been included as one of many higher level referenced documents in many Military Specifications. The Military Specifications typically state that those higher level referenced documents form a part of the Military Specification to the extent described in the Military Specification. The Military Specifications are more detailed in their content and requirements than Military Standards and include a wide range of detailed requirements for equipment and materials. Navy procurement contracts utilize numerous applicable Military Specifications to detail the technical requirements that must be met in complying with the contract.

72.     Military Specification MIL-P-16789B(SHIPS) of 9 November 1962, titled "Military Specification, Preservation, Packaging, Packing and Marking of Pumps, General, and Associated Repair Parts", is one example of a Military Specification that references MIL-STD-129. Paragraph 2.1 of MIL-P-16789B states that MIL-STD-129 and the other listed Federal and Military

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

Specifications and Standards form a part of MIL-P-16789B to the extent specified therein. Paragraph 3.4, titled "Marking", stated that in addition to any special marking required by the contract or order, interior packages and exterior shipping containers shall be marked in accordance with MIL-STD-129. In this way, the requirements defined in MIL-STD-129 are invoked in the contract without having to repeat them. MIL-STD-129 defines two types of interior packages:

- Unit package is the first tie, wrap, or container applied to a single item or a multiple thereof, or a group of items preserved or unpreserved, which involves a complete or identified package.

- Intermediate package is an interior container which contains two or more unit packages.

73. MIL-STD-129 (including version 129C) is detailed and complete in specifying all aspects of marking requirements for shipment and storage. Specific requirements are imposed with respect to cautionary labels required by the government and, by omission, those not permitted on packaging or containers. Examples of required cautionary labels include radioactive and magnetic materials. Compliance with these requirements is mandatory. Deviations cannot be made without approval and specific instructions from a cognizant military authority. Paragraph 4.2.1 of MIL-STD-129C states, "No markings, other than those specified in this standard, or authorized by the cognizant activity concerned, or those required by regulation or statute, shall be placed on any container, except as permitted in 4.2.1.1." (Paragraph 4.2.1.1 addresses advertising and case marking and does not relate to warnings, cautions or instructions.) Thus, deviations in required markings, including fewer markings, additional markings, or markings not exactly in accordance with the standard all required prior specific instructions from the cognizant military authority.

74. Section 5.2.2.4 of MIL-STD-129C imposes a requirement that packages or containers of "hazardous chemicals" must "have affixed thereto such warning labels as may be required by the Manufacturing Chemists Association (MCA) Manual L-1 "A Guide for Preparation of Warning Labels for Hazardous Chemicals", or by appropriate Department of Defense instructions and Military specifications and standards as published which shall take precedence." Neither the referenced Manufacturing Chemists Association document, nor Section 5.2.2.4 has any applicability to

---

29

**AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.**

1  equipment such as pumps and valves, to technical manuals relating to such items, or to asbestos-

2  containing gaskets or packing that might have been supplied with such equipment.

3      75.    Both MIL-STD-129 and the referenced MCA Manual L-1 by their terms apply to

4  external marking of the shipping/storage containers and interior packages as defined above of

5  military supplies and equipment. In the case of equipment such as pumps and valves procured by the

6  Navy for use in the construction or repair of ships, there are no interior packages as defined in MIL-

7  STD-129. The exterior shipping container would typically be opened and discarded at the receiving

8  shipyard or repair activity before the equipment or valve was taken aboard the ship. Thus, the MIL-

9  STD-129 shipping markings would not be seen by the mechanics installing the equipment and

10 certainly would have never been seen by the operators and maintainers of the equipment once it was

11 aboard the ship.

12     76.    I have reviewed the Secretary of the Navy Instruction of 24 September 1956 and three

13 enclosures (labeled SECNAV 6260.3 and hand changed to 5100.8) titled Uniform Labeling Program

14 for hazardous industrial chemicals and materials. In my opinion that instruction when issued and

15 since was not intended to and never did apply to the labeling of equipment for naval ships

16 manufactured in response to Navy procurement requests and in compliance with applicable Navy and

17 MILSPEC technical reference documents.

18     77.    This particular SECNAV Instruction, as clearly stated in paragraphs 1 and 2, addresses

19 standardized labeling of the containers that are used for hazardous chemical products that will

20 ultimately be used by personnel at the shop, office or unit level. Furthermore, paragraph 3 states that

21 the instruction is issued in response to "the rapid development of new chemical products and the

22 introduction of new chemical processes."

23     78.    SECNAV Instruction 5100.8 also was not intended and did not apply to the labeling of

24 equipment for naval ships manufactured in response to Navy procurement requests and in compliance

25 with applicable Navy and MILSPEC technical reference documents. The SECNAV Instruction for

26 labeling the containers of chemical products for use by personnel has no relevance to the

27 manufacture, packaging and labeling of equipment such as pumps and valves procured by the Navy

28 from industry. This equipment typically was packaged and shipped either to a shipyard for use in

building or modernizing a ship or to the Naval Supply Systems Command as repair parts. They are not shipped to end users such as those described in the SECNAV Instruction 5100.8 mentioned above.

79.    Also included in the SECNAV Instruction 5100.8 discussed above were specific implementation actions to be taken by various Navy organizations including the technical bureaus including the Bureau of Ships (BUSHIPS). Those bureaus were required to implement the instruction and to undertake the classification and labeling of chemical and hazardous materials as defined in SECNAV Instruction 5100.8. Yet in review of numerous MILSPECS and other technical reference documents for equipment such as pumps and valves procured and installed on naval ships in the late 1950s and subsequent, I have never seen this SECNAV instruction referenced nor have I seen the classification of such pumps and valves as hazardous equipment as defined in the instruction. This is further evidence that this instruction does not apply to equipment such as valves and pumps.

### Navy Organization

80.    Consistent with the sweeping scope of its mission and responsibilities, the Navy is comprised of many different organizations, each of which is specialized in focus, talent and experience. These organizations work together in accomplishing the very complex and unique sequential efforts from the defining naval war fighting requirements, designing ships and weapon systems that will meet these requirements, and contracting with industry and other government agencies to procure the vast array of required equipment and materials and to construct and test warships. This diverse Navy organization can be described in four major groupings:

- Secretary of the Navy (SECNAV) and the Chief of Naval Operations (CNO) headquarters staffs (CNO staff is referred to as OPNAV)

- Operational Fleets

- Technical Bureaus (now called Systems Commands)

- Staff Corps (Medical, Dental, Legal, etc.)

SECNAV and CNO Staffs

81.    The staffs of Secretary of the Navy (SECNAV) and the Chief of Naval Operations (CNO) are involved in the analysis of national naval war fighting needs, and the development of

31

**AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.**

specific war fighting requirements that must be met. At a top level for warships, these requirements include such things as the types and numbers of ships needed; the capabilities for these ships such as speed, weapons to be installed; types and numbers of aircraft to be embarked; the range and duration at which these ships must be able to operate independently at sea without replenishment; and the reliability of systems that must be guaranteed in order for the Navy to meets its war fighting mission. These staffs are manned by a combination of experienced uniformed Navy personnel with extensive Fleet experience and career civil servants.

Operational Fleets

82. The Operational Fleets are the Navy's war fighters who control and operate the various ships, aircraft, and other equipment in the Navy and Marine Corps. There are several numbered Fleets (e.g., Sixth Fleet, Seventh Fleet) with regional geographic responsibilities around the world. These Operational Fleets have always worked closely with the headquarters staffs in the development of naval warship required capabilities.

Technical Bureaus

83. The Bureau System was established in 1842 to provide the Navy with necessary technical and management control. By the early 1940s, there were six bureaus:

- Bureau of Naval Yards and Docks

- Bureau of Ships (BUSHIPS)

- Bureau of Supplies and Accounts (BUSANDA)

- Bureau of Ordnance and Hydrography

- Bureau of Medicine and Surgery

- Bureau of Aeronautics

84. In the 1950s, a Bureau of Weapons (BUWEPS) was formed by merging the Bureau of Ordnance and the Bureau of Aeronautics. In the 1960s the bureau system evolved several times into what are now called the Systems Commands where BUWEPS was divided into the Naval Air Systems Command and Naval Ordnance Command (NAVORD), and BUSHIPS was divided into the Naval Ship Systems Command (NAVSHIPS) and the Naval Electronics Systems Command. In 1975, another reorganization took place in which NAVSHIPS and NAVORD became the Naval Sea

**AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.**

Systems Command (NAVSEA). During this organizational evolution the Bureau of Supplies and Accounts (BUSANDA) became the Naval Supply Systems Command.

Navy Staff Corps

85.    The various staff corps of the Navy are comprised of professionals such as doctors, dentists, and lawyers who support all aspects of the Navy in their respective specialties.

86.    The Bureau of Medicine & Surgery (BUMED) has always had a very significant role in both the design and operation of Navy warships, in addition to its fundamental role in the overall health and well-being of Navy personnel. All ships have medical facilities integrated into the design, both for normal medical support of the large crews, and for treatment of battle injuries. Small ships such as destroyers have a modest infirmary space and other spaces that can be converted for medical use while at battle stations. Larger ships have much greater medical capability, with aircraft carriers being fully equipped with several operating rooms for surgery and large hospital wards for sick and wounded personnel.

87.    BUMED also plays a very significant role in the operation of Navy ships. BUMED establishes the medical policies and procedures, both preventive and curative, which are utilized on all Navy warships.  Additionally, the crew of each warship includes medical personnel who are involved in preventive medicine, crew training, health inspections, and treatment of ailments and injuries. Small ships such as destroyers typically have one highly trained enlisted hospital corpsman assigned, and large ships have both physicians and hospital corpsmen. Aircraft carriers have numerous medical doctors and surgeons with various specialties.

### Responsibilities in Warship Design and Construction

88.    Responsibilities for the various functions associated with warship design and construction in from the World War II period to the 1970s were as follows:

SECNAV and OPNAV Staffs

89.    Working closely with the Operational Fleets and Bureaus, these staffs had the responsibility for defining naval war fighting requirements, developing concepts of operations and ship concepts, and requesting congressional authority and funding to build war ships.

33

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

## BUSHIPS

90.     The Bureau of Ships (BUSHIPS) was comprised of a broad assortment of engineers and technical personnel, and was responsible for all technical aspects of Navy warships. Included were the preliminary designs of ships, the detailed design of ships, subsystems and equipment, and development of the contract design package. BUSHIPS, aided by BUSANDA, had the responsibility to develop the contract design package and the myriad invitation for bids required to actually procure and construct the ships. All U.S. Naval Shipyards were under the direct command of BUSHIPS, as were the resident Supervisors of Shipbuilding who performed the same government supervisory functions at civilian shipyards. Thus, BUSHIPS was responsible for both the new construction and future repair and overhaul of ships at both naval and private shipyards. BUSHIPS and BUSANDA each had on-site Navy inspectors at various vendors' plants that were responsible for verifying that the vendor complied exactly with all provisions of that vendor's procurement contracts. BUSHIPS was also responsible for the design development of equipment repair and maintenance standards and procedures, and for the development of Navy Specs/MILSPECs that related to ships and ship equipment.

### Other Technical Organizations

91.     Warships are equipped with many different weapon systems, aviation capabilities, and the accompanying electronic equipment. Therefore, many other Navy and national technical organizations provided support to BUSHIPS in all phases of design and construction. Principal supporting organizations included the Bureau of Ordnance, the Bureau of Aeronautics, and the Naval Electronics Command. Also key in the development and testing of warship propulsion equipment and systems were the National Boiler Test Lab and the Naval Ship System Engineering Station.

## BUSANDA

92.     The Bureau of Supplies and Accounts (BUSANDA) was comprised of a variety of professionals with specialties in areas such as government contracting, logistics planning, financial and business management, warehousing and parts distribution management. etc. BUSANDA, in addition to on-site and continuous support of BUSHIPS and other technical bureaus, also provided all Supply Corps officers to the Operational Fleet. The Supply Corps officers were assigned to both

**AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.**

ships and Fleet staffs and were responsible for planning and managing all shipboard messing, berthing and spare parts management. BUSANDA was responsible for maintaining and managing the vast inventory of spare parts, consumables, documentation, and replacement equipment for the Navy.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on 9 February, 2012.

David P. Sargent, Jr.

---

35

**AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.**

# EXHIBIT A

Code (451)

CHANGE "BUREAU OF ENGINEERING" AND "BUREAU OF
CONSTRUCTION AND REPAIR" TO READ "BUREAU OF SHIPS."
(82)



S47-1

GENERAL SPECIFICATIONS FOR MACHINERY

Bureau of Engineering, Navy Department

SUBSECTION S47-1. – RECIPROCATING PUMPS, DIRECT-ACTING STEAM AND MOTOR DRIVEN.

1 March 1939

(Superseding Subsection S47-1. – Reciprocating Displacement Pumps, Direct-Action
Steam and Motor-Driven; of 1 April 1934.)

GENERAL REQUIREMENTS

S47-1-a.  Reference subsections.

Issue in effect, including changes in effect, on date of invitation for bids
shall govern.  (Copies obtainable only from the Bureau of Engineering.)

1.  General requirements............................................... S1-1
2.  Plans................................................................ S1-1
3.  Materials, workmanship, and welding ............................... S1-2
4.  Bolts, studs, nuts, etc ........................................... S1-3
5.  Painting and preservation ......................................... S19-1
6.  Designation and marking, machinery installations ................. S26-1
7.  Spare parts ....................................................... S31-1
8.  Heat insulation and lagging for piping and machinery .............. S39-1
9.  Reduction gears, helical tooth type ............................... S42-1
10. Reduction gears, worm type ........................................ S42-3
11. Lubrication systems ............................................... S45-1
12. General piping systems............................................. S48-1
13. Drain systems, steam and water..................................... S48-2
14. Valves and cocks................................................... S48-5
15. General requirements for electrical machinery..................... S60-1
16. Shipboard applications for direct-current motors and controllers.. S63-3
17. Alternating current motors and controllers and their shipboard
    application ....................................................... S63-5
18. Pressure and vacuum gages.......................................... S87-3
19. Thermometers ...................................................... S87-4
20. Bureau standard drawings .......................................... Appendix-1

S47-1

- 2 -

S47-1-b.  Reference Navy Department Specifications (N. D. Specs.)

Issue in effect on date of invitation for bids shall govern. (Copies obtainable from the Bureau of Supplies and Accounts, Navy Department, Washington, D. C.)

1. Bearings, ball ........................................................... 42B5
2. Bolts, nuts, studs, and material for same ........................... 43B11
3. Bolt-studs, nuts, and bars:steel (For service at temperatures up to 850° F.) .................................................... 43B14
4. Brass, naval; castings .............................................. 46B10
5. Brass, naval, rolled; plates, rods, shapes, sheets, and tubing ...... 46B6
6. Bronze, valve; castings ............................................. 46B8
7. Bronze, manganese; castings ......................................... 49B3
8. Bronze, manganese; rods, shapes and plates ......................... 46B15
9. Bronze, phosphor; castings .......................................... 46B5
10. Bronze, phosphor, rolled or drawn; rods, sheets, and plates ........ 46B14
11. Bronze, journal .................................................... 46B9
12. Compound, rust-preventive .......................................... 14C4
13. Controllers, alternating-current, (shipboard use) .................. 17C10
14. Gages, pressure, for direct stem mounting ......................... 45G7
15. Gages, pressure and vacuum ......................................... 45G1
16. Iron, gray; castings .............................................. 46-I-6
17. Iron, gray, high-test (semi-steel); castings ...................... 46-I-5
18. Metal, gun; castings .............................................. 46M6
19. Metal, anti-friction; ingots and castings ......................... 48M2
20. Motors and controllers, direct-current, (shipboard use) ........... 17M9
21. Motors, alternating-current (shipboard use) ....................... 17M10
22. Nickel-copper alloy; castings ...................................... 46M1
23. Nickel-copper alloy; rods, shapes, plates, sheets, and strips ...... 46M7
24. Nickel-copper-aluminum alloy; forgings, rods, strips, and wire ..... 46N5
25. Packing, asbestos, rod, high-pressure, symbol 1100 ................. 33P16
26. Packing, flax (symbol 1260) ........................................ 33P1
27. Packing, hydraulic (symbols 1301 and 1303) ........................ 33P7
28. Packing, metallic, flexible (symbol 1430) .......................... 33P17
29. Packing, metallic and non-metallic, plastic ........................ 33P25
30. Packing, semi-metallic (symbol 1400) ............................... 33P19
31. Steel; castings .................................................... 49S1
32. Steel, corrosion-resisting; bars, billets and forgings ............. 46S18
33. Steel; forgings for hulls, engines and ordnance ................... 49S2
34. Steel, molybdenum alloy; castings ................................. 46S33
35. Valves, pump, rubber .............................................. 11V1
36. Wire, spring, phosphor-bronze ..................................... 22W6

- 3 -

S47-1-c. General design.

1. The principle of reliability is paramount and no compromise of this principle shall be made with any other basic requirements of the design. It is the intention of this specification to obtain pumps of such a design that they will operate over a long period of years with a minimum of servicing. Where wear or erosion is unavoidable the parts subjected to such wear or erosion shall be of the best materials available for the purpose in order to reduce these detrimental effects to a minimum. The design and construction of all pumps shall be the most compact consistent with the following requirements listed in order of their importance.

(a) Reliability.
(b) Accessibility for repair
(c) Resistance to wear or corrosion
(d) Economy

2. All pumps shall be of a type and make which has satisfactorily passed a test for type approval ( See par. S47-1-aa), in accordance with the standard requirements for its class as set forth in paragraph S47-1-d following. For conditions governing type approval tests, see section A1.

3. Pumps will normally operate in a vertical or horizontal position, as specified, but they shall be designed to operate satisfactorily in inclined positions.

4. In purchasing a pump and its driving unit under this specification, the following information will be necessary to define fully the characteristics of the pump desired; such information will be stated in the requisition or order.

(a) Classification as per paragraph S47-1-d following, and whether horizontal or vertical.

(b) Type of drive and characteristics of power or steam supply.

(1) Direct-acting steam reciprocating driven. Steam pressure and superheat, if any, or total steam temperature. Exhaust pressure.

(2) Motor driven, gear or chain drive (specify one), and controller. Direct current – see Subsection S63-3 and N. D. Spec. 17M9. Alternating current – see Subsection S63-6 and N. D. Spec. 17M10 covering motors, and N. D. Spec. 17C10 covering controllers, including classification of motors and control equipment.

(c) Capacity, in gallons per minute. For contract purposes this shall be understood to mean the capacity of the specified liquid pumped at the maximum temperature, as determined by calibrated meter, tank, or other approved means at the pump discharge beyond the point of turbulence.

S47-1

- 4 -

(d) Characteristics of liquid to be pumped.

    (1) Description
    (2) Maximum specific gravity
    (3) Maximum operating temperature

(e) Discharge pressure in pounds per square inch gage. For contract purposes this shall be understood to mean the head as indicated by the corrected reading of a calibrated pressure gage connected to the pump discharge, referred to the top of the discharge valve deck, while the pump is handling the specified capacity of the required liquid at the specified temperature and suction conditions. When calculating the discharge head to be specified for a prospective installation the following factors are considered:

    (1) Static discharge head; pressure corresponding to the vertical distance from the top of the discharge valve deck to the elevation at which the liquid is to be discharged. This may be negative if the delivery point is below the pump.

    (2) Discharge friction loss in piping from the pump to the point of delivery.

    (3) Pressure of liquid in receiving vessel at the point of discharge, into which pump discharges ( if any).

(f) Suction head (or lift) in feet of liquid pumped or the equivalent pressure in pounds per square inch gage (or vacuum in inches of mercury, if lift is involved). For contract purposes this shall be understood to mean the corrected reading of a calibrated pressure (or vacuum) gage, connected at the pump suction referred to the top of the discharge valve deck while the pump is handling the specified capacity of the required liquid at the specified temperature and discharge pressure. When calculating the suction head to be specified for a prospective installation the following factors are considered:

    (1) Static suction head (or lift); pressure corresponding to the vertical distance from the top of the discharge valve deck to the surface of the liquid from which the pump takes suction.

    (2) Friction and entrance losses in suction piping.

    (3) Pressure (or vacuum) of liquid in the vessel from which pump takes suction (if any).

(g) The approximate diameter of the steam and liquid ends together with the approximate length of stroke shall be given for steam-driven pumps based on the Bureau's experience in connection with reciprocating pumps for the required service. A pump will be considered to meet this requirement if no linear dimension specified is varied by more than plus or minus 10 percent. If more or less deviation from the specified dimensions is permissible it shall be so stated in the requisition or order. All direct-acting reciprocating steam-driven pumps for general service, class II, shall have steam and liquid cylinders so proportioned that the pumps will deliver full rated discharge pressure with steam pressure at the inlet to pump reduced to 80 percent of normal.

S47-1

- 5 -

(h)  The size and location of the steam inlet, exhaust, suction and discharge connection or a statement that these shall be as approved.

(i)  The operating conditions for which guarantees of overall steam or power consumption are desired and the penalty (as liquidated damages) for excess steam or power consumption.

(j)  Limits of height, length and width for the unit and for disassembly of unit for normal maintenance overhaul.

(k)  Maximum and/or minimum weight allowed, and, if necessary, penalty (as liquidated damages) for excess weight over the guarantees.

(l)  A statement as to whether or not right-hand and left-hand units are required, and if not, that all units are to be to the same hand.

(m)  A complete list of all items of equipment, not essentially parts of the pump, which the pump contractor is required to furnish.  Usually mention shall be made in such a list of spare parts.  Also the following items should be considered if it is desired to have the pump manufacturer or contractor supply same:

(1)  Relief valves.
(2)  Drain valves.
(3)  Suction and discharge valves.
(4)  Check valves.
(5)  Air chambers.
(6)  Pressure and/or vacuum gages.
(7)  Thermometers and thermometer sockets.
(8)  Permanently connected revolution indicators.
(9)  Air or vent valves and cocks.
(10)  Snifting valves.
(11)  Special tools and number of sets per vessel.
(12)  Indicators or indicator gear or other similar items.

5.  The overall steam or power consumption of a pumping unit when operating under conditions specified in the order shall be stated in the bid and guaranteed in the contract.

6.  The weight of the pumping unit complete with spare parts, but excluding spare parts boxing, shall be stated in the bid and guaranteed in the contract.

7.  Electric motor-driven pumps shall be of the horizontal or vertical, single or double acting type, as specified or approved.  The motor shall drive the crank shaft through suitable gearing or silent chain, as specified.  The crank shaft shall be of the balanced type.  Connecting rods shall be bored for crosshead or wrist pins

S47-1

- 6 -

and the crank end shall be fitted with removable, split, bearing linings. The gear train or chain sprocket shall be designed to impart the necessary flywheel effect to the crank shaft or flywheels may be fitted, if necessary. Pumps may be either of the trunk-piston or crosshead type as approved. The complete unit shall be provided with an efficient, self-contained, forced-lubricating system. Adequate provision shall be made, by means of suitable piston-rod wipers and packing glands, or otherwise as approved, for preventing lubricating oil from the crank case being carried into the cylinders. The momentary fluctuations in pressure on the discharge of the pumps shall not exceed plus 10 percent or minus 20 percent of the rated discharge pressure.

S47-1-d. Classification.

1. The classification of pumps under this specification and a description of standard services for which reciprocating pumps may be specified or approved for shipboard service are set forth in the following table. This table should be used as a guide when ordering in accordance with paragraph S47-1-c above and when submitting designs for type approval in accordance with paragraph S47-1-aa following.

S47-1

| Service Class | Application of class | Discharge pressure, pounds per square inch, gage | Rated capacity, gallons per minute | Characteristics of liquid to be handled by class | Minimum suction head or maximum suction lift and max. liquid temperature | Preferred type of pump | Preferred type of drive |
|---|---|---|---|---|---|---|---|
| I | Boiler feed pumps, high pressure. | 300 to 750 | 100 to 300 | Clean fresh water | 20 pounds, gage, head and 240°F. to 10" Hg. lift and 90°F. | Vertical single cylinder, double acting | Single steam cylinder, direct acting |
| II | General service pumps; fire; bilge, etc. | 50 to 150 | 50 to 600 | Clean seawater; specific gravity, 1.03, to mixtures of seawater fuel oil, dirt and sediment, specific gravity, 1.03 | 4 feet head and 90°F. to 25" Hg. lift and 90°F. | Vertical single cylinder, double acting | Single steam cylinder, direct acting |

S47-1

– 8 –

S47-1-e. Mounting, bedplates and installation.

1. Direct-acting steam-driven pumps.

(a) All pumps shall be provided with adequate brackets for securing to the foundation or ship's structure.

(b) Special care shall be taken with the installation of pumps, to the end that the working of the vessel's structure, such as bulkheads, etc., cannot change the alignment. Due consideration must be given to the fact that a vessel laboring in a seaway will set up strains in such mounting structures. Allowance shall also be made for expansion of the pump due to temperature of the steam and liquid pumped. To this end mounting bolt holes in the pump brackets or foundation shall be suitably slotted in the direction of expansion, or other means for expansion provided, as approved.

(c) After the pumps are erected in the vessel their alignment shall be checked to insure that installation stresses have not destroyed the alignment.

(d) Pumps shall be so placed that the pistons, plungers, and valves can be readily examined, removed, and replaced.

2. Motor-driven pumps.

(a) A pump and its driving unit shall be mounted on a common bedplate (side plate for bulkhead mounting) of cast steel or structural steel fabricated by welding, designed to carry the weight of the assembly and with sufficient rigidity to insure that proper alignment of the assembled unit is maintained in service. The type, construction, and design of the bedplate or sideplate shall be clearly stated and shown on plans. All independent units of the assembly shall be centered on the bedplate or sideplate by heavy dowel pins. All top and bottom bearing surfaces of bedplate and sideplates shall be finished machined.

(b) The installation of the assembled unit with its bedplate (sideplate) shall be such that when the unit is secured to the structural foundation in the vessel a weaving of the frames cannot produce misalignment between driving and driven units.

SPECIAL REQUIREMENTS

S47-1-f. Drawings.

1. Drawings shall conform to the requirements of Subsection S1-1. The assembly drawing shall show all parts assembled in correct position, each part being identified by a part number. This assembly plan shall contain a material list in which shall appear the name of every part identified by part numbers in numerical sequence with the number of the drawing on which each part is detailed. The assembly drawing shall show all assembly clearances and shall include brief description and instructions for the operation of the pump including the steam valve gear.

- 9 -

2.  The assembly drawing shall contain a table of operating characteristics, and table of weights.  Type D drawings shall contain a set of performance curves based on data obtained on acceptance tests.

S47-1-g.  Materials, workmanship and welding.

1.  Materials, workmanship and welding shall conform to the requirements of Subsection S1-2.

2.  All high-test gray iron castings shall be relief annealed at a temperature of not less than 900° F.

3.  All steel joint pins of valve gear shall be hardened and ground to true cylindrical surfaces.

S47-1-h.  Threaded parts.

1.  Threaded parts shall conform to the requirements of Subsection S1-3.

S47-1-i.  Preservative coatings.

1.  Painting shall be in accordance with the requirements of Subsection S19-1.

2.  All openings shall be closed against the ingress of moisture, and foreign matter during stowage and shipment.

3.  Internal non-machined surfaces, ports, etc., shall be cleaned thoroughly of all scale, corrosion, molding sand, welding beads or other such substance which might become detached in service.

4.  All finished surfaces including piston and valve rods liable to rust or corrode shall be covered with a rust preventive compound, type A, grade II, in accordance with N.D. Spec. 14C4 upon completion of acceptance tests and before shipment.

S47-1-j.  Designation and marking.

1.  Designation and marking shall conform to the requirements of Subsection S28-1.

S47-1-k.  Heat insulation and lagging.

1.  The steam cylinders and valve chests of reciprocating pumps shall be insulated and lagged in accordance with the requirements of Subsection S39-1.

2.  Special care shall be taken to insure that the lagging is properly jointed to permit repair and inspection work without destroying the covering.

S47-1

– 10 –

S47-1-1.  Lubrication.

1.  The steam valves and pistons of all pumps shall be of such design as to operate satisfactorily without lubrication.

2.  A simple and effective lubrication system to use Navy lubricant shall be provided for all other working parts, which so far as practicable, shall conform to the general requirements of Subsection S45-1.

S47-1-m.  Piping and valves.

1.  All flanges and fittings for pipe connections shall conform to the standards of the Bureau of Engineering.  (See Bureau drawing 6-Y-554).

2.  All valves shall, as nearly as practicable, conform to the standards and/or specifications of the Bureau.  (See Bureau drawing 6-Y-554).

3.  All pumps shall be fitted with relief valves on the discharge side.  They shall be located on the discharge chambers of the pumps, or on a fitting between the pump and the valve in the discharge line.

4.  Relief valves shall discharge back to the suction side of the pump.  An additional 1/2-inch relief valve shall be installed on the suction side of the pump between the pump and the suction line valve; this relief valve shall be set to lift at 50 pounds for pumps having a suction pressure of 40 pounds or less, and at 10 pounds above the maximum suction pressure when such suction pressure is in excess of 40 pounds.  Valve overflow shall be arranged to discharge to the proper drain collecting system.

## DETAIL REQUIREMENTS

S47-1-n.  Materials.

1.  Materials shall in general conform to the following requirements:

(a)  Steam cylinders and valve chests, class B cast steel (N.D. Spec. 49S1) or class B forged steel (N. D. Spec. 49S2) for temperatures not exceeding 650° F., carbon molybdenum steel, cast (N. D. Spec. 46S3) for temperatures above 650° F.

(b)  Steam cylinder and valve chest liners, high-test gray iron (N. D. Spec. — 46-I-5), or special chrome nickel cast iron, minimum hardness 200 Brinell.

(c)  Steam cylinder pistons, high-test gray iron (N. D. Spec. 46-I-5), class B cast steel (N. D. Spec 49S1), or special chrome nickel cast iron.

(d)  Steam valve pistons, high-test gray iron (N. D. Spec. 46-I-5) or special chrome nickel cast iron.

S47-1

- 11 -

(e)  Steam end piston rods and valve rods, class An forged steel (N. D. Spec. 49S2); nickel-copper-aluminum-alloy (N. D. Spec. 46N5) minimum hardness 265 Brinell.

(f)  Steam end stuffing box bushings, nickel-copper-alloy, cast (N. D. Spec. 46M1) or rolled (N. D. Spec. 46M7).

(g)  Stuffing box spacers, followers and glands, gun metal (N. D. Spec. 46M6) or valve bronze (N. D. Spec. 46B8).

(h)  Crossheads, class An forged steel (N. D. Spec. 49S2) or corrosion resisting steel, grade 7 (N. D. Spec. 46S18).

(i)  Liquid end piston rods, nickel-copper-aluminum-alloy (N. D. Spec. 46N4) minimum hardness 265 Brinell.

(j)  Liquid end pistons, gun metal (N. D. Spec. 46M6).

(k)  Liquid end cylinders, covers and valve chambers, gun metal (N. D. Spec. 46M6).

(l)  Liquid cylinder liners, nickel-copper-alloy, cast (N. D. Spec. 46M1) centrifugally cast.

(m)  Liquid end stuffing box throat bushings, journal bronze (N. D. Spec. 46B9) or phosphor bronze (N. D. Spec. 46B5).

(n)  Pump valves, manganese bronze, cast or rolled (N. D. Specs. 49B3 or 46B15), phosphor bronze, cast or rolled (N. D. Specs 46B5 or 46B14), corrosion-resisting steel, grade 1 or 7 (N. D. Spec. 46S18), nickel-copper-alloy, cast (N. D. Spec. 46M1), or for Class II pumps only, rubber (N. D. Spec. 11V1).

(o)  Pump valve seats, manganese bronze (N. D. Spec. 49B3), phosphor bronze (N. D. Spec. 46B5) or nickel-copper-alloy, cast (N. D. Spec. 46M1).

(p)  Pump valve springs, phosphor-bronze (N.D. Spec. 22W5).

(q)  Pump valve studs, phosphor-bronze (N. D. Spec. 46B14), nickel-copper-alloy, rolled (N. D. Spec. 46M7), or corrosion resisting steel, grade 7 (N. D. Spec. 46S18).

(r)  Pump valve guards, phosphor-bronze, cast (N. D. Spec. 46B5), nickel-copper alloy, cast (N. D. Spec. 46M1) or gun metal (N. D. Spec. 46M6).

(s)  Cylinder tie rods, class An forged steel (N. D. Spec. 49S2).

S47-1

- 12 -

S47-1-o. Steam cylinders and chests.

1. Steam cylinders shall be counterbored at both ends, leaving the working bores of such length that the piston rings shall slightly override at the top and the bottom when making full stroke. All cylinders shall be lined full length with liners not less than seven-thirty-seconds inch thick supported by the cylinder throughout their length and firmly secured in a manner satisfactory to the Bureau.

2. The steam chests shall be cast separately from the cylinders and shall be secured thereto in a manner satisfactory to the Bureau. Steam chests shall be held in alignment with the cylinder in a manner satisfactory to the Bureau.

3. Bosses or brackets shall be cast on the cylinders or cylinder covers for attachment of the rods and for securing to foundations. Jack bolts and lifting bolts shall be provided as required for convenience in disassembly.

4. All cylinders and steam chest covers shall be flanged.

5. The steam and exhaust connections shall be located on the steam cylinder casting or elsewhere than on the valve chest casting so as to avoid the necessity of disconnecting steam and exhaust piping when removing steam valve gear for over-haul.

6. The lower cylinder head and valve chest to cylinder joints shall be made tight by metal to metal ground joints, without gaskets. The top cylinder head and valve chest covers may be made up with approved metal gaskets. The lower cylinder head may be cast integral with the cylinder.

7. The steam cylinders of all reciprocating pumps above 6-inches bore diameter shall be fitted with 3/4-inch diameter indicator fittings and closed with screwed plugs.

8. All parts of steam cylinders and valve chests, where condensate can accumulate, shall be provided with drain valves and pipes of ample size.

S47-1-p. Steam pistons.

1. Steam pistons shall have followers and packing ring or rings, as approved; for cylinders 6 inches in diameter or less, pistons may be of an approved box type fitted with snap rings.

2. Followers shall be secured by collar studs, and with the nuts prevented by backing off by split pins, or as approved.

3. The pistons shall be taper bored for the piston rod.

- 13 -

S47-1-q.  Steam-valve gear.

1.  The steam valve gear shall be of a compact, simple, durable and reliable type.  The main steam valve shall be of the steam thrown piston type.  A flat face or other type of main steam valve not inherently balanced as regards steam pressure will not be acceptable.  The movement of the main steam valve shall be controlled by the alternate admission of steam to and/or the release to exhaust from opposite ends of the main valve operating piston cylinder; such admission of steam, or release to exhaust, may be controlled either by a pilot valve or automatically, by the movement of the main steam piston of the pump.

2.  The pilot valve, where used, shall be of the reciprocating piston type.  The pilot valve stem or link rods shall be fitted with tappets, collars, or other means satisfactory to the Bureau, for adjustment and regulation of the stroke of the pump.  The pilot valve stem packing shall not be subjected to pressure in excess of the pump exhaust pressure.

3.  The valve chests shall be fitted with removable liners designed in such a manner that they will serve as removable seats for the valves.

S47-1-r.  Piston rods.

1.  Piston rods shall be accurately finished to a true cylindrical surface.  They shall be tapered on the piston ends and shall seat on a shoulder coincident with the fit on the taper, and they shall be secured in the pistons by locked nuts or other means satisfactory to the Bureau.  They shall be threaded on the other ends for attaching to the crosshead, and the extreme end of the rods shall be notched to suit a taper pin inserted through the cross head and the notched end of the rods to prevent the rods from backing out.

2.  The piston rods shall be provided with wrench flats adjacent to crossheads.

S47-1-s.  Crossheads.

1.  Crossheads shall be of the split type, unless otherwise approved.

S47-1-t.  Stuffing boxes.

1.  Stuffing boxes shall be machined uniformly for the entire depth within a tolerance of plus or minus .005-inch, and the accuracy of alignment between the box and the rod shall be sufficient to insure proper operation of the pump.

2.  All stuffing boxes shall conform to Bureau of Engineering standard B-132 for steam pressure 300 pounds and below and liquid pressures 400 pounds and below; for pressures in excess of these, the depth of stuffing boxes may be increased for additional packing rings as necessary.

S47-1

- 14 -

3. All stuffing box glands shall be set up by nuts working on studs.

4. The throat of all stuffing boxes shall be composition bushed.

5. Packing shall be in accordance with Bureau of Engineering standard B-153. All packing shall be of an approved brand.

S47-1-u.  Pump cylinders and valve chambers.

1. Pump cylinders over 6-inches inside diameter shall be fitted with working liners, not less than seven thirty-seconds inch thick. These liners shall be in one piece and secured in a manner satisfactory to the Bureau.

2. Liners shall extend to the top of the cylinder, but may terminate at the bottom against a shoulder in the cylinder above the lower part. The width of this shoulder shall be approximately half the thickness of the cylinder liner.

3. All pump cylinders shall be so designed that the pistons and valves are easily accessible and fitted for overhauling without disturbing the framing, piping, or cylinders.

4. The covers of pump cylinders and valve chambers over 2-1/2-inches in diameter shall be flanged, and in all pumps when covers are removed, the openings left shall be large enough to withdraw the plungers and valves.

5. Care shall be taken that all cylinders and valve chamber passages are free and of ample size.

S47-1-v.  Liquid and pistons.

1. Pump piston shall be fitted with followers secured by collar studs, and with the nuts prevented from backing off by split pins, or as approved.

2. The pistons shall be taper bored for the reception of the piston rods.

3. Pistons shall be fitted with approved type and brand of packing.

S47-1-w.  Pump valves.

1. Rubber valves when used shall be made from a highly vulcanized rubber compound in accordance with Navy Department Specifications.

2. Pump valves shall be of the single disk type.

3. Valves shall be held concentric on their seats by studs or valve bolts secured in a manner satisfactory to the Bureau. The studs or bolts shall also carry the valve guards which shall be secured against backing off. The valves shall be held to their seats by light helical springs.

S47-1-x.  Stroke index.

1.  All pumps fitted with crossheads shall have the top and bottom of the full stroke plainly marked on adjacent fixed and moving parts.  A suitable stroke indicator shall be fitted to the moving parts.

S47-1-y.  Air chambers.

1.  Air chambers shall be fitted on the suction and discharge side of all pumps, except when otherwise specified or approved.

2.  The volume of suction air chambers shall be not less than 1.25 times the displacement of the liquid cylinder per single stroke.

3.  The volume of discharge air chambers shall be not less than the displacement of the liquid cylinder per single stroke.

TESTS

S47-1-z.  Hydrostatic tests.

1.  Pump cylinders and valve chambers shall be tested hydrostatically to one and one-half times the rated pump discharge pressure.

2.  Steam cylinders and valve chests shall be tested hydrostatically to one and one-half times the maximum designed boiler steam drum pressure.

S47-1-aa.  Type approval test.

1.  Tests for type approval will be authorized by the Bureau and conducted at the Engineering Experiment Station, Annapolis, Md., at the expense of the exhibitor.  The same or separate units must be tested for each class of service as set forth in paragraph S47-1-d.  The size, head, and capacity of the unit for type approval test shall be as arranged between the Bureau and the exhibitor.

S47-1-bb.  Performance acceptance tests.

1.  One pump of each type and size on contract, or contracts in hand at the same time for identical units with identical contract guarantees, as selected by the Bureau's inspector, complete, shall be given a test in the shop to determine the overall power or steam consumption of the unit under the conditions of the contract guarantees.  This test may be conducted in the shop of the contractor or a subcontractor, as arranged with the Bureau.  The test shall continue for at least 2 hours and shall demonstrate that the unit is satisfactory in all respects.  On this test the unit shall handle the liquid at the capacity, suction lift or pressure, temperature and discharge pressure specified in the contract.  The Bureau may consider waiver of overall steam consumption tests of direct acting steam pumps, provided pumps of identical type, design and size for similar operating conditions have previously been tested.

S47-1

- 16 -

2.  During the foregoing tests sufficient data shall be taken to prepare the following curves plotted against piston speed, double strokes per minute or r.p.m., copies of which shall be included on the type D finished plans.

    (a)  Total steam consumption or power input to motor.
    (b)  Indicated horsepower.
    (c)  Capacity, gallons per minute.
    (d)  Overall efficiency.
    (e)  Volumetric efficiency.

The above curves shall be obtained for 100, 75, and 50 percent of rated discharge pressure.

3.  In addition all pumps on a contract shall be assembled with their driving units, either at the works of the contractor or of the subcontractor for a test sufficient to demonstrate harmony of assembly, accuracy of dimensions and alignment. This test may be conducted at low speeds or low pressure, if desired, but shall show a satisfactory assembly run of at least 30 minute duration.

4.  All tests shall be made with the pumps discharging into an air bound receiver in which the pressure is maintained constant at a pressure equal to the rated discharge pressure of the pump.  Test of the pump in which the pump discharges through a throttling valve into an open tank will not be acceptable.

S47-1-cc.  Ship tests.

1.  After installation aboard ship, alignment shall be carefully checked and a running test made to check practical performance.

### SPARE PARTS AND TOOLS

S47-1-dd.  Spare parts.

1.  All spare parts, except spare piston rings, shall be finished and fitted ready for use and arranged for stowage in accordance with Subsection S31-1.

2.  Interchangeability among the sets of spares provided for service maintenance of a given number of similar units on any vessel, or groups of similar vessels on the same contract, shall be positively assured.

3.  The following spare parts shall be furnished to each vessel, for each size and type of pump, to be carried on board and included in penalty weight:

S47-1

- 17 -

## Parts as Applicable to Pumps Furnished

| | | |
|---|---|---|
| Number similar pumps per vessel............................ | 1 2 3 4 5 6 7 8 |
| 1. | Piston rods and nuts, complete ........................... | 1 1 1 1 2 2 2 2 |
| 2. | Pump rods and nuts, complete ............................ | 1 1 1 1 2 2 2 2 |
| 3. | Valve stems and nuts, including valve and link rods and tappet nuts complete.................. | 1 1 1 1 2 2 2 2 |
| 4. | Pump valves, with backing plates, guards, bolts, and springs complete sets ..................... | 1 2 3 4 5 6 7 8 |
| 5. | Steam piston rings for main and valve pistons, 0.010-inch diameter oversize and rough turned, complete sets ......................................... | 1 1 1 1 2 2 2 2 |
| 6. | Bearings, sleeve type, complete sets.................. | 1 1 1 1 2 2 2 2 |
| 7. | Bushings, including throat bushings, complete sets ................................................ | 1 1 1 1 2 2 2 2 |
| 8. | Drive chain and/or pinion (motor driven pumps).. | 1 1 1 1 2 2 2 2 |
| 9. | Ball bearings, complete sets............................. | 1 2 3 4 5 6 7 8 |
| 10. | Main steam valve chest liners ........................... | 1 1 1 1 2 2 2 2 |
| 11. | Auxiliary steam valve chest liners..................... | 1 1 1 1 2 2 2 2 |
| 12. | Main steam valve piston................................... | 1 1 1 1 2 2 2 2 |
| 13. | Auxiliary steam valve piston............................. | 1 1 1 1 2 2 2 2 |

For salt water pumps only

| | | |
|---|---|---|
| 14. | Discharge valve seats, complete sets.............. | 1 1 1 1 2 2 2 2 |
| 15. | Suction valve seats, complete sets................... | 1 1 1 1 2 2 2 2 |

S47-1-ee. Tools.

1. One complete set of special wrenches shall be supplied for each machinery compartment in which the pumps are to be installed. Each special wrench shall be indelibly marked for the purpose intended. No ordinary commercial wrenches shall be furnished.

2. One complete set of special tools indelibly marked for the purpose intended shall be furnished for each vessel. A jacking device of a design that will not injure the polished surface of piston rods shall be included for pumps not fitted with crossheads.

NOTICE: See Amendments
attached hereto

GENERAL SPECIFICATIONS FOR MACHINERY

Bureau of Engineering-Navy Department

August 1, 1939

SUBSECTION S47-2. - CENTRIFUGAL AND AXIAL FLOW PUMPS

(Superseding Subsection S47-2. - Centrifugal (Including Propeller Type) Pumps,
Feed, Circulating, Condensate, Bilge, and Similar Services, Turbine or Motor
Driven, for Water or Aqueous Saline Solutions, dated May 1, 1936).

GENERAL REQUIREMENTS

S47-2-a.  Reference subsections.

Issue in effect including changes in effect on date of invitation for
bids shall govern.  (Copies obtainable only from the Bureau of Engineering).

| 1. | General requirements | A1 |
|---|---|---|
| 2. | Plans | S1-1 |
| 3. | Materials, workmanship, and welding | S1-2 |
| 4. | Bolts, studs, nuts, etc | S1-3 |
| 5. | Painting and preservation | S19-1 |
| 6. | Designating and marking, machinery installations | S28-1 |
| 7. | Designating and marking, electrical installations | S28-2 |
| 8. | Spare parts | S31-1 |
| 9. | Heat insulation and lagging for piping and machinery | S36-1 |
| 10. | Reduction gears, helical tooth type | S42-1 |
| 11. | Reduction gears, worm type | S42-3 |
| 12. | Ball bearings, general service | S43-4 |
| 13. | Lubrication systems | S45-1 |
| 14. | Condensers | S46-1 |
| 15. | Pump pressure regulating governors (steam driven pumps) | S47-3 |
| 16. | General piping systems | S48-1 |
| 17. | Drain systems, steam and water | S48-2 |
| 18. | Valves and cocks | S48-5 |
| 19. | Horizontal turbines, general service | S50-1 |
| 20. | Vertical turbine, general auxiliary | S50-2 |
| 21. | Feed water systems and tanks | S56-2 |
| 22. | Distilling plants, low pressure | S58-1 |
| 23. | General requirements for electrical machinery | S60-1 |
| 24. | Shipboard applications for direct current motors and controllers | S63-3 |

547-2

-2-

25. Alternating current motors and controllers and their
    shipboard application.................................. 565-6
26. Pressure and vacuum gages.............................. 587-3
27. Thermometers.......................................... 287-4
28. Bureau standard drawings.............................. Appendix I

547-2-b. Reference Navy Department Specifications (N. D. Specs.).

Issue in effect on date of invitation for bids shall govern. (Copies obtainable from the Bureau of Supplies and Accounts, Navy Department, Washington, D. C.).

1.  Bearings, ball...................................... 42B5
2.  Bolts, nuts, studs, and material for same........... 43B11
3.  Bolt-studs, nuts and bars, steel (for service at
      temperatures up to 850° F.)....................... 43B14
4.  Brass, naval, rolled; plates, rods, shapes, sheets and
      strips............................................ 46B6
5.  Bronze, valve; castings............................. 46B6
6.  Bronze, manganese; castings......................... 46B9
7.  Bronze, manganese; rods, shapes and plates.......... 49B5
8.  Bronze, phosphor; castings.......................... 46B15
9.  Bronze, phosphor, rolled or drawn; rods, sheets and
      plates............................................ 46B5
10. Bronze, journal..................................... 46B14
11. Bronze, bearing; castings........................... 46B9
12. Cocks, ground key................................... 45B22
13. Compound, rust-preventative......................... 45C5
14. Controllers, alternating current (shipboard use).... 140A
15. Gages, alternating current (shipboard use).......... 17G10
15. Gages, pressure, for direct steam mounting.......... 46G7
16. Gages, pressure and vacuum.......................... 46B1
17. Iron, gray, high test (semi-steel); castings........ 46-I-3
18. Metal, anti-friction; ingots and castings.......... 46B2
19. Metal, gun; castings............................... 46B6
20. Motors and controllers, direct current (shipboard use).. 17B5
21. Motors, alternating-current (shipboard use)......... 17M10
22. Nameplates, instruction plates, and other designating
      markings for electrical and mechanical equipment.. 42B2
23. Nickel-copper alloy; castings....................... 46R1
24. Nickel-copper alloy; rods, shapes, plates, sheets and
      strips............................................ 46B7
25. Nickel-copper-aluminum alloy; forgings, rods, strips and
      wire.............................................. 46B5
26. Packing, rubber, cloth insertion................... 33P8
27. Packing, rubber, wire insertion.................... 33P10
28. Packing, sheet, asbestos compressed................ 33P13
29. Phenolic material, laminated....................... 17F4
30. Plates, boiler (marine)............................ 44P2
31. Rods, welding, chromium-cobalt composition......... 46B5
32. Screws, machine (including screws, set)............ 42B6
33. Steel, castings.................................... 49B1

S47-2

-3-

34. Steel, corrosion-resisting; rods, bars, billets and forgings.. 46618
35. Steel, forgings for hulls, engines and ordnance................ 4982
36. Steel, forging for nitriding and nitrided steel................ 46630
37. Steel, shapes, and bars for hull construction including material for drop and miscellaneous forgings............... 4631

S47-2-c. General design.

1. The principle of reliability is paramount and no compromise to this principle shall be made with any other basic requirements of the design. It is the intention of this specification to obtain pumps of such a design that they will operate over a long period of years with a minimum of servicing. Where wear or erosion is unavoidable the parts subjected to such wear or erosion shall be of the best materials available for the purpose in order to reduce these detrimental effects to a minimum. The design and construction of all pumps shall be the most compact consistent with the following requirements listed in order of their importance.

    (a) Reliability
    (b) Accessibility for repair
    (c) Resistance to wear or corrosion
    (d) Economy

2. All pumps shall be of a type and make which has satisfactorily passed a test for type approval (See par. S47-2-ca), in accordance with the standard requirements for its class as set forth in paragraph S47-2-d following. For conditions governing type approval see Section A1.

3. In purchasing a pump and its driving unit under these specifications the following information will be necessary to define fully the characteristics of the pump desired; such information will be stated in the requisition or order.

    (a) Classification as per paragraph S47-2-d following and whether horizontal or vertical.

    (b) Type of drive, and characteristics of power supply:

        (1) Turbine, direct connected or geared, horizontal or vertical. (See Subsections S50-1 or S50-2). Steam pressure and temperature, exhaust pressure.
        (2) Motor and controller, horizontal or vertical, direct current (See Subsection S63-5 and N. D. Spec. 1709); alternating current (See Subsection S63-6 and N. D. Spec. 17N10 covering motors, and 17010 covering controllers, including classification of motor and control equipment).

S-7-2

-4-

(3) Type of drive coupling, i.e., reduction gear, direct
closecoupled, direct motor drive through flexible
coupling, etc.

(c) Capacity in gallons per minute.  For contract purposes this
shall be understood to mean the capacity of the specified liquid pumped, at
the specified maximum temperature, as determined by calibrated meter, or
other approved means, at the pump discharge beyond the point of turbulence.

(d) Characteristics of liquid to be pumped:

(1) Description
(2) Maximum specific gravity
(3) Maximum temperature.

(e) Total dynamic head, in feet of liquid pumped, or the equi-
valent pressure in pounds per square inch.  For contract purposes this shall
be understood to mean the difference between the elevation corresponding to
the pressure at the discharge flange of the pump and the elevation corres-
ponding to the vacuum or pressure at the suction flange of the pump, corrected
for the same datum plane, plus velocity head at the discharge flange of the
pump minus the velocity head at the suction flange of the pump.  The veloci-
ties to be used in calculating the velocity heads shall be those calculated
by dividing the capacity by the cross sectional area of the pump nozzles at
the gage connections.  The total dynamic head defined above is the algebraic
sum of the total dynamic discharge head and the total dynamic suction head
(or lift).  When calculating the discharge head to be specified for a pros-
pective installation the following factors are considered:

(1) Static discharge head; pressure corresponding to the
vertical distance from the horizontal centerline of the
pump first stage impeller to the elevation at which the
liquid is to be discharged.  This may be negative, if
the delivery point is below the pump.

(2) Discharge friction loss in piping from pump to point
of delivery.

(3) Pressure of liquid in receiving vessel, at the point
of discharge, into which pump discharges.

(4) Velocity head at the pump discharge flange.

(f) Total dynamic suction head (or lift), in feet of liquid
pumped or the equivalent pressure in pounds per square inch gage (or
absolute pressure if lift is involved).  For contract purposes this shall
be understood to mean the corrected reading of a calibrated pressure or
vacuum gage connected at the pump suction, referred to the horizontal center-
line of the pump first stage impeller when the pump is handling the specified
capacity of the required liquid at the specified temperature and discharge
head.  When calculating the total dynamic suction head (or lift) to be
specified for a prospective installation the

547-2

—5—

following factors are considered:

    (1) Static suction head (or lift); pressure corresponding to the vertical distance in feet from the horizontal centerline of the pump first stage impeller to the surface of the liquid from which the pump takes suction.

    (2) Friction and entrance losses in suction piping.

    (3) Pressure (or vacuum) of liquid in the vessel from which pump takes its suction (if any).

    (4) Velocity head at suction flange of pump.

For classes R-1 and R-2 pumps the static suction head or submergence and the vacuum or absolute pressure in the condenser or evaporator shall shall be specified in lieu of the suction lift.

    (g) For class G-3 bilge pumps and other pumps for which self priming is specified, the following additional information is required (See paragraph 547-2-5f).

    (1) Minimum air removal capacity expressed in cubic feet of air per minute measured at the vacuum.

    (2) Maximum vacuum expressed in inches of mercury.

    (3) Temperature of sealing water for primer, 60°F., unless otherwise specified.

    (h) The size and location of the suction and discharge connections or a statement that these shall be as approved.

    (i) The operating conditions for which the overall steam or power consumption is to be stated in bids and guaranteed in the contract, and penalties (as liquidated damages) for excess steam or power consumption.

    (j) Limits of height, length, and width for the unit and for disassembly of unit for normal maintenance overhaul.

    (k) Maximum and/or minimum weight allowed and, if necessary, penalty (as liquidated damages) for excess weight over the guarantees.

S47-2

-6-

(k) A statement as to whether or not clockwise (right hand) and counterclockwise (left hand) units are required, and if not, that all units shall be to the same hand. Direction of rotation of a horizontal pump shall be determined by standing at the driving end and facing toward the pump; for a vertical pump by looking down upon the top of the pump.

(m) A complete list of all items or equipment, not essentially parts of the pump, which the pump contractor is required to furnish. Usually mention shall be made in such a list of spare parts and pressure-regulating governors; see paragraph S47-2-c. Also the following items should be considered if it is desired to have the pump manufacturer or contractor supply same.

    (1) Relief valves.
    (2) Drain valves.
    (3) Suction and discharge valves.
    (4) Check valves.
    (5) Pressure and/or vacuum gages.
    (6) Thermometers and thermometer sockets.
    (7) Permanently connected revolution indicators.
    (8) Air or vent valves and cocks.
    (9) Special tools and number of sets per vessel.
    (10) The number and distribution of instruction books and finished plans.
    (11) Insulation and lagging.
    (12) Other similar items.

4. The overall steam or power consumption of a pumping unit when operating under conditions specified in the order shall be stated in the bid and guaranteed in the contract.

5. The weight of the pumping unit complete with spare parts, but excluding sparepart boxing, shall be stated in the bid and guaranteed in the contract.

6. Each pump shall be installed with approved type of pressure gage on discharge and compound gage on suction.

S47-2-d. Classification.

1. Classification and description of standard services for which centrifugal pumps may be specified, or approved, for the naval service are set forth in the following table, which is to be used as a guide when ordering and when submitting designs for type approval in accordance with paragraph S47-2-a and paragraph S47-2-uu.

CLASSIFICATION OF EQUIPMENT FROM POINT OF VIEW SERVICE APPLICATION AND CHARACTERISTICS

847-2

-8-

2. When class C-1 or C-2 pumps are required to be self priming they shall be designated as "Class C-1 (or C-2) self priming". (See subparagraph 847-2-kk-9 following).

3. Where the combination of bilge pumping service with other services falling under class C-1 or C-2 is approved, such pumps shall be designated as PC-1 and C-3" or "C-2 and C-3" as applicable. (See subparagraph 847-2-mm-1 following).

4. Pumps for use on drain systems handling hot water at or near boiling temperature shall be designated as "Class B special".

847-2-s. Mounting bedplates and installation.

1. Each pump and its driving unit complete with all appurtenances shall be mounted on a common bedplate (sideplate for bulkhead mounting).

2. Bedplates (and sideplates) shall be of cast steel, class C, Navy Department Specification 49S1, or structural steel fabricated by welding.

3. Bedplates (and sideplates) shall be sufficiently rigid to permit handling, shipment and installation of the unit on board ship, without disturbing the alignment of the assembled unit, and the installation on board ship shall be such that normal distortion, wearing or vibration of the supporting structure cannot cause misalignment between the pump and its driving unit.

4. All bearing and seating surfaces of bedplates (and sideplates) shall be finished machined.

5. Each component part of an assembled unit supported directly by the bedplate shall be doweled thereto to facilitate reassembly and maintenance of alignment.

6. The design and installation of all pumps shall be such that alignment will not be disturbed or undue stresses set up in any part by normal vibration, contraction and expansion of piping attached thereto in service.

7. When motor driven pumps of the close coupled type are specified, a bedplate will not be required however, the pump casing shall be provided with a supporting foot for bolting to foundation to augment the support from the motor frame. Where such construction is approved special attention shall be given the design to insure that leakage from the pump stuffing box gland and between shaft and shaft sleeve cannot enter the motor frame or bearing brackets.

547-2

-9-

SPECIAL REQUIREMENTS

547-2-f. Drawings and instruction books.

1. Drawings and instruction books shall conform to the requirements of Subsection 51-1.

2. The assembly plans furnished with types B and D drawings shall show all parts assembled in correct position, each part being identified by a part number. This assembly plan shall contain a material list in which shall appear the names of every part identified by part numbers in numerical sequence, with the number of the drawing on which each part is detailed.

3. The assembly plan shall show all assembly clearances.

4. A table of pump and driving unit characteristics and a table of weights shall be shown on assembly drawings.

5. The assembly drawing of turbine driven pumps shall include a cross-section view of both the pump and turbine including reduction gears if furnished whenever a common or rigid coupled shaft is used.

6. Complete characteristic curves based on performance acceptance tests shall be included on type D drawings.

7. Instruction books shall be furnished for the following pumps:

      Boiler feed
      Main circulating
      Main, cruising and auxiliary (dynamo) condensate
      Main, cruising and auxiliary feed booster
      Fire or combined fire and flushing
      Bilge and other pumps fitted with self-priming units.

8. Instruction books shall contain:

      (a) Pump and driving unit characteristic data.
      (b) General information, serial numbers of pumps and driving units, and weights.
      (c) Full, clear and concise description of the pump and its driving unit including controllers and pump pressure regulating governors as applicable, suitably-divided with sufficient photographs, drawings and sketches to indicate clearly all parts referred to. Part numbers and nomenclature shall correspond to those shown on the assembly drawings.

847-2

-10-

(d) Operating instructions for starting, stopping and operation.

(e) Safety precautions and procedure in case of difficulties which may be anticipated, methods of disassembly and reassembly, repair and maintenance.

(f) Performance curves based on test data.

(g) List of finished drawings by number and legend, leaving space for insertion of Bureau plan numbers after each.

(h) List of all parts identified by drawing and part numbers.

847-2-g. Materials, workmanship and welding.

1. Materials, workmanship and welding shall conform to the requirements of Subsection 81-2.

847-2-h. Threaded parts.

1. Threaded parts such as bolts, studs and nuts shall conform to the requirements of Subsection 81-3.

847-2-i. Preservative coating.

1. Painting shall be in accordance with the requirements of Subsection 519-1.

2. All openings shall be closed against the ingress of moisture and foreign matter during stowage and shipment.

3. Internal non-machined surfaces, ports, etc., shall be cleaned thoroughly of all scale, corrosion, welding sand, welding beads or other such substance which might become detached in service.

4. All finished surfaces including shaft journals, stuffing boxes, etc., liable to rust or corrode shall be covered with a rust preventative compound, type A, grade II, in accordance with Navy Department Specification 14C4, upon completion of acceptance tests and before shipment.

847-2-j. Designating and marking.

1. Designating and marking shall conform to the requirements of Subsections 82R-1 and 82R-2.

2. Nameplates and rotation plates or cast arrows shall be provided on all pumps prominently located and securely attached thereto.

S47-2

-11-

S47-2-k.  Heat insulation and lagging.

1.  Casings of pumps handling water at a temperature in excess of 180°F shall be insulated and lagged in accordance with the requirements of Sub-section S32-1.

2.  Special care shall be taken to insure that the lagging is properly jointed to permit repair and inspection work such as opening of casings, without destroying the integrity of the covering.

S47-2-ℓ.  Radial bearings.

1.  Bearings may be of sleeve or ball type except for class A or class B pumps where sleeve bearings only are acceptable.  The use of ball bearings on shafts in excess of 2-inches diameter is, in general, not acceptable unless specifically approved.

2.  Ball bearings and their installation shall be in strict accordance with Subsection S43-4 and Navy Department Specification 42B6.

3.  Bearings shall be installed in housings separate from and independent of the stuffing boxes and with adequate protection from gland leakage. Suitable means shall be provided to prevent the escape of oil around the shaft.  All baffles, wipers, etc., shall be readily removable.

4.  Sleeve bearings for horizontal pumps may be of the fixed or self aligning type, as approved.  The bearings shall consist of a cap and bearing shells, supported by a bracket integral with the pump casing, carried on a shoulder machined thereon, or held in alignment therewith by at least two heavy dowels and securely bolted thereto.  The use of bolts alone for securing these brackets is prohibited.  The bearing shells shall be split along the axis and so arranged as to permit lifting off the upper halves readily and to permit rolling out the lower halves without removal of the shafts.  The bearings shall be neatly fitted in their seatings to prevent axial play.  Bearings and their seatings shall be finished machined.

5.  Sleeve type bearings for vertical pumps shall be of split design with removable caps, so fitted as to permit renewal or refitting without removal of pump rotor from the casing.  When specifically approved, vertical steady bearings of the bushing type will be accepted if wear will be slight and if made of non-seizing and non-scoring material.

347-2

-12-

347-2-m.  Thrust bearings.

1.  A suitable thrust bearing shall be installed on each pump for counter-acting any unbalanced hydraulic or mechanical thrust in either direction. In this connection consideration shall be given to the fact that rolling, pitching, or list of a ship at sea may introduce thrust loads in a horizontal unit which is in hydraulic balance.

2.  Thrust bearings for pumps may be of the following types:

    (a) Straight thrust ball type.
    (b) Combined radial and thrust ball type.
    (c) Pivoted segmental type.

3.  Ball type thrust bearings shall be in strict accordance with Sub-section 343-4 and Navy Department Specification 42B5.  Where ball type thrust bearings are installed on shafts carrying single inlet impellers the bearings shall have a load rating at least 300 percent in excess of the actual thrust load.  This load rating shall be as tabulated in Navy Department Specification 42B5, based on a standard life of 4000 hours.

4.  The straight thrust ball type bearings shall not be used in units over 100 horsepower or where the speed of the shaft is in excess of 1200 revolu-tions per minute.  For class A pumps the pivoted segmental type only is acceptable.

5.  Combined radial and thrust ball bearings shall preferably be type C, class b or c, single row, angular contact, duplex mounted, in accordance with Navy Department Specification 42B5.

6.  When pivoted segmental type thrust bearings are used, the design shall be such as to permit removal or refitting of shoes without removal of the shaft.

7.  For vertical pumps thrust bearings shall be installed at the top of the unit.

347-2-n.  Lubrication.

1.  A simple positive and self contained lubricating system shall be provided on each pump assembly, which, so far as practicable, shall conform to the general requirements of Subsection 343-1.

2.  Where forced lubrication is provided, the gear oil pump and its suction shall be located below the level of oil in the lubricating oil drain tank under all conditions of operation including inclined operating conditions.

347-2

-15-

3. All thrust bearing housings, particularly those of the pivoted sequential type, shall be so designed that the thrust bearing will be adequately lubricated immediately the shaft starts to turn. This shall be accomplished by properly locating oil supply and drain pipes, and adequate sealing of the bearing housing so that regardless of the length of time the unit is idle an adequate supply of oil ill remain in the bearing housing.

4. Where the use of ball bearings is approved the lubrication requirements of Subsection 345-4 and Navy Department Specification 42B5 shall govern.

5. Where forced feed lubrication is provided, external oil coolers will be required. These shall be of approved type and in accordance with Subsection 345-1. Coolers shall be arranged so that oil may be by-passed and water shut off to permit replacement of tube nest or cooler without interruption of operation of the unit being served.

6. Internal cooling coils when permitted for ring or disk lubricated bearings shall be continuous (without joints) and readily removable as a unit. All connections thereto shall be external. They shall be supported throughout their length to prevent rupture due to bending or vibration. Cooling coils shall be designed to withstand a hydrostatic test pressure of 225 pounds per square inch gage. The use of cored water spaces in bearing housings for cooling will not be approved.

347-2-o. Pump pressure regulating governors.

1. One pump pressure regulating governor of an approved type and in accordance with Subsection 347-6 shall be furnished with each turbine driven pump for the following services:

    (a) Boiler feed.
    (b) Fire and flushing, except when dual motor and turbine drive is specified.

2. Contractors are cautioned to take into account steam pressure drop through pump pressure regulating governors when rating turbine driven pumps. (See Subsection 347-5).

347-2-p. Piping and valves.

1. The requirements of Subsections 348-1, 348-2, and 348-5 shall apply except as hereinafter modified.

2. All flanges and fittings for pipe connections shall conform to the standards of the Bureau of Engineering. (See Bureau drawing S-X-554).

347-2

-14-

3. All valves shall conform to the standards and/or specification of the Bureau. (See Bureau drawing S-Y-554).

4. When two or more pumps are arranged to run in parallel, a check valve shall be installed in the discharge pipe from each pump to prevent back flow through a pump that is not up to pressure.

347-2-q. Turbines.

1. All turbines for driving pumps shall be in accordance with the requirements of Subsections 850-1 and 850-2. Attention is directed particularly to the requirements regarding approved designs.

347-2-r. Feed systems.

1. The requirements of Subsection 356-2 shall apply.

347-2-s. Motors and controllers.

1. All motors for use with centrifugal pumps shall be of constant, adjustable speed or multispeed as specified or approved, and shall conform to the requirements of Subsection 563-3 for direct current, or 563-6 for alternating current motors.

2. Motor rotors for use on dual turbine and motor driven class G-2 pumps shall be designed and tested for a speed 25 percent in excess of rated turbine speed.

347-2-t. Pressure and vacuum gages.

1. The requirements of Subsection 387-3 shall apply.

347-2-u. Thermometers.

1. The requirements of Subsection 387-4 shall apply.

347-2-v. Other Subsections.

1. The requirements of all other referenced Subsections (paragraph 347-2-a) shall be met.

S47-2

-13-

## DETAIL REQUIREMENTS
### ALL CLASSES

S47-2-w. Casings.

1. The casings shall be divided into two parts so as to permit ready removal of the rotors and for bearing and gland replacement.

2. The design of casings shall be sufficiently rugged to withstand without fracture or appreciable distortion the strains to which they may be subjected.

3. Sufficient clearance shall be provided around bolt heads and nuts to permit the use of ordinary tools.

4. Fitted bolts or heavy dowel pins shall be provided to insure maintenance of alignment of casing halves in reassembly.

5. Forcing bolts shall be provided for breaking joints.

6. All pumps shall be fitted with drain connections and valves.

7. All pumps shall be fitted with vent connections and valves on the discharge casings of each stage.

S47-2-x. Suction and discharge connections.

1. Suction and discharge connections shall be flanged.

2. Suction and discharge connections shall in general be located on the bottom or fixed half of casings. Where connections on the removable half of casings are approved in special cases, adjacent sections of piping shall be short and readily removable, so as to permit disassembly of pump with a minimum disturbance of piping.

3. The size of suction and discharge connections shall be as required by applicable Bureau of Engineering Standard Sheets, B-114, B-115, and B-116 or as approved.

S47-2-y. Impellers and shafts.

1. Outside surfaces of impellers shall be smooth finished; inside surfaces shall be file finished in so far as practical.

2. Impellers shall be keyed on the shaft and securely held against lateral movement by locked nuts or other approved means.

3. Impellers shall be fitted with removable wearing rings except as otherwise specified under detail requirements of the individual class of pump.

S47-2

-16-

4. All shaft threading shall be counter to the direction of rotation except where right hand and left hand units are installed in which case, in order to reduce the number of spare shafts required, the threading shall be right hand for all units and the threaded parts shall be locked in place in a manner satisfactory to the Bureau.

5. All shafts one inch in diameter and larger shall be fitted with shaft sleeves in way of stuffing boxes, diaphragm bushings and water lubricated bearings.

6. Shaft flingers shall be provided for all pumps adjacent to stuffing boxes.

7. The shaft of all pumps except those driven by alternating current motors, shall be provided with means to permit the ready and direct use of a portable tachometer.

8. All rotors shall be dynamically balanced with all rotating parts connected thereto; for common shaft assemblies or those using a rigid coupling this requires dynamic balance with the rotating elements of the driving unit in place. This dynamic balance shall be carefully made, shall be practically perfect, and such as to insure that no appreciable vibration will be developed at any speed of rotation up to 25 percent in excess of the maximum operating speed.

547-2-z. Stuffing boxes and packing.

1. Stuffing boxes shall be of adequate depth and design to reduce leakage to a minimum under all operating conditions.

2. Packing shall be in accordance with Bureau of Engineering standard sheet B-153. All packing shall be of an approved brand.

3. All stuffing boxes shall be fitted with composition throat bushings.

4. The stuffing boxes of all pumps subjected to suction pressure which under any condition of operation may be below atmospheric pressure shall be fitted with water seal connections and lantern rings located between inner and outer sets of packing. Special care shall be taken in the design to insure that compression of the inner packing will not allow the lantern ring to move sufficiently to cut off or restrict the sealing water supply. In special designs where a water lubricated bearing is approved, consideration will be given to the use of a combination lantern ring, throat bushing and bearing, in which case the inner rings of packing may be omitted. Sealing water connections shall be as specified under detail requirements of the individual class of pump.

5.   The design shall be such as to insure that leakage from the glands cannot reach the bearings or be thrown over bearing housings or driving units.  This shall preferably be accomplished by using glands cored out internally and provided with a shaft flinger.  Ample drip pockets, spray shields and drains shall be provided.  For requirements regarding drain collecting systems see Subsection 548-2.

6.   Gland and lantern rings shall be split in halves with the halves secured together in an approved manner to form a solid ring for setting up.  If ample space is provided to remove packing and repack glands lantern rings and glands need not be split.

7.   All stuffing box glands shall be set up by nuts threaded on gland swing bolts or studs secured in the casing.

8.   Sufficient space shall be provided between bearings and stuffing boxes to permit easy renewal of packing and inspection and overhaul of bearings.

547-2-aa.  Couplings.

1.   For horizontal or vertical 4 bearing units an all metal flexible coupling of a type guaranteed by the contractor and of a design satisfactory to the Bureau shall be installed between the pump and its driving unit.

2.   For horizontal 3 bearing units the pump and driving unit shaft shall be continuous or fitted with a rigid coupling between pump and driving unit as specified or approved.

3.   Vertical 3 bearing units will be approved only when space considerations are such that a bearing unit cannot be installed.  When approved, the unit shall be fitted with a rigid coupling between pump and driving unit.

4.   All flexible coupling hubs shall be keyed to the shaft and secured by lock nuts.  For shafts one-inch in diameter and larger the hubs shall be fitted on a taper with keys parallel to the taper.

5.   All rigid couplings shall have fitted bolts and the coupling flanges shall be marked at assembly to insure proper reassembly after overhaul of the unit.

547-2-bb.  Fittings.

1.   The bottom of all pump casings shall be fitted with suitable connections and valves to permit complete draining of the pump.

2.   The bottom of all drip pockets shall be pipe tapped for drain connections.

3.   All drain connections shall be led to the proper drain collecting system as specified in Subsection 548-2.

547-2

-18-

4. The tops of all pump casings shall be fitted with vent connections.

5. Class A, D, and E pumps are required to be fitted with suction casing vent connections to prevent vapor binding and to permit removal of air entrained with the liquid handled.

## Class A Pumps

547-2-cc. Performance characteristics.

1. The total capacity of all main feed pumps installed on a particular vessel shall be that necessary to supply the amount of feed water needed for full power operation of the vessel plus 50 percent plus a 5 percent allowance for recirculation from the pump discharge to the feed tank.

2. The rated capacity of cruising feed pumps, if installed shall be as specified and shall be in addition to the above.

3. The head capacity curve of feed pumps shall rise continuously from rated capacity to shut-off so that at constant rated speed the shut-off pressure shall be not less than 15 percent greater than at rated capacity.

4. At constant rated speed the pumps shall develop 120 percent rated capacity at a pressure not less than 80 percent of rated discharge pressure.

5. All pumps in this class for use with open feed tank systems shall, unless otherwise specified or approved, develop rated capacity and pressure at rated speed when operating under a suction head of 2 feet and at a temperature of 160° F. Pumps for use in connection with closed feed systems shall develop rated capacity and pressure at rated speed when operating under a suction head of 29 pounds per square inch gage and at a temperature of 250° F.

6. All class A main and cruising feed pumps discharging into the same feed main shall operate satisfactorily in parallel without surging under all conditions of operation from shut-off to full capacity when operating under any of the following methods of control of the driving units:

(a) Unit operating at constant speed under control of speed limiting governor.

(b) Unit operating at variable speed under manual control of hand throttle.

(c) Unit operating at variable speed under control of constant pressure pump governor.

-19-                    S47-2

7. The rotative speed of class A pumps shall not exceed that indicated by Bureau of Engineering Standard sheet S-170, for a given capacity, suction pressure and temperature.

S47-2-A3. Materials.

1. Materials for class A pumps shall conform to the following:

(a) Casings, class B cast steel (N.D. Spec. 49S1) for pressures exceeding 600 pounds per square inch gage; class B cast steel or gun metal (N.D. Spec. 46NS) for pressures 600 pounds per square inch gage and below.

(b) Casing bolts, alloy #2 forged steel (N.D. Spec. 49S2) or steel (N. D. Spec. 43B14).

(c) Diaphrags (interstage pieces), class B cast steel (N. D. Spec. 49S1) or gun metal (N. D. Spec. 46NS).

(d) Diaphragm bushings, bearing bronze, grade 1 (N. D. Spec. 46B22) nitrided steel (N. D. Spec. 46330), class B forged steel (N. D. Spec. 49S2) surfaced with cobalt-chromium alloy (N. D. Spec. 46S5).

(e) Diffusers, gun metal (N. D. Spec. 46NS), manganese bronze (N. D. Spec. 49S3), nickel-copper alloy, cast (N. D. Spec. 46M1).

(f) Impellers, nickel-copper alloy, cast (N. D. Spec. 46M1).

(g) Impeller wearing rings, nickel-copper alloy, (N.D. Specs. 46M1 or 46M2), corrosion resisting steel, grade G (N. D. Spec. 46S18), gun metal (N. D. Spec. 46NS).

(h) Casing wearing rings, nickel-copper alloy (N. D. Specs. 46M1 or 46M2), phosphor bronze grade 1(N. D. Spec. 46B5), journal bronze (N. D. Spec. 4SB9), or gun metal (N. D. Spec. 46NS).

(i) Shafts, class An or alloy #3 forged steel (N. D. Spec. 49S2), or nickel-copper-aluminum alloy (N. D. Spec. 46NS).

(j) Shaft sleeves, nickel-copper-aluminum alloy (N. D. Spec. 46NS) minimum hardness 265 Brinell.

(k) Pressure breakdown drums and bushings, gun metal (N. D. Spec. 46NS), manganese bronze (N. D. Spec. 49S3), class B forged steel (N. D. Spec. 49S2) surfaced with cobalt chromium alloy (N. D. Spec. 46S5), or nickel-copper-aluminum alloy (N. D. Spec. 46NS) minimum hardness 265 Brinell.

S47-2

-20-

(g) Bearing brackets and caps, class B cast steel (N. D. Spec. 49S1), or gun metal (N. D. Spec. 46R5).

(m) Bearing shells, cast steel or gun metal (N. D. Spec. 46R6) lined with anti-friction metal grade 2 (N. D. Spec. 46R2).

(n) Lantern rings and glands, gun metal (N. D. Spec. 46R5), or phosphor bronze grade F (N. D. Spec. 46B5).

2. Impeller and casing wearing rings shall be of dissimilar metals.

3. Pressure break-down drums and bushings shall be of dissimilar metals.

S47-2-cc.  Design and construction.

1. Class A pumps shall be hydraulically balanced.

2. Boiler feed pumps shall preferably be of 4 bearing construction with a flexible coupling between pump and driving unit.  Special designs of 3 bearing units will be considered for specific approval where space limitations are such that a 4 bearing unit cannot be installed.

3. Pumps in this class shall be fitted with pivoted segmental type bearings designed to take thrust in either direction.

4. The first critical speed shall be at least 25 percent above the maximum operating speed of the unit.  Critical speeds shall be stated on pump assembly plans.

5. Where diaphragms are fitted between stages they shall be sealed around shaft sleeves by labyrinth type packing.

6. Casing wearing rings shall be fitted to all pumps.  Impeller wearing rings shall be fitted to all pumps except where casing rings are of labyrinth construction.  Impeller wearing rings shall preferably be secured to the impeller by threading with threads counter to the direction of rotation.

7. The radial clearance between impeller and casing wearing rings shall be not less than indicated in the following table; all clearances to be measured on radius, i.e., the difference in diameters between impeller and casing wearing rings shall be not less than twice the clearance given below.

| Rated pump capacity G.P.M. | Clearance Inches |
|---|---|
| 249 and below | 0.005 |
| 250 to 499 | 0.0075 |
| 500 and above | 0.009 |

-21-                                    347-2

8. Pump casing joints may be made up either metal to metal or by use of one of the following gasket materials:

Soft annealed copper
Soft annealed iron
Compressed asbestos sheet 1/64-inch thick

9. The design shall be such that pressure on the stuffing boxes will not exceed pump suction pressure by more than 50 pounds per square inch. In order to accomplish this pressure breakdown drums and/or labyrinth packing shall be fitted inside pump stuffing boxes' and a leakoff connection shall be taken between pressure breakdown device and the inside turn of packing. This leakoff connection shall be led to the suction nozzle of the pump and in such a manner as to avoid disturbances in the flow of water.

10. Each class A pump shall be fitted with a recirculating connection on the volute of the last stage or on the discharge nozzle. This connection shall lead directly to the feed tank. The line shall be fitted with a suitable stop valve and restricting orifice designed to pass approximately 5 percent of the rated capacity of the pump. Individual recirculating lines from each pump may be combined into a common line. A stop valve with means for normally locking them in the open position shall be fitted in the recirculating line adjacent to the feed tank.

11. All class A pumps shall be fitted with suction vent connections. These connections shall be fitted with suitable stop valves and shall be piped through a continuously rising line to the top of feed tank or to vent condenser.

12. Casing vent connections shall be fitted with suitable valves and led through sight flow fittings to drain collecting systems as specified in subsection 346-2, or to bilge in a manner to afford protection to personnel, as specified or as approved.

13. The following connections on feed pump casings shall be flanged:

Discharge pressure gage line
Pump governor actuating line
Casing vents
Casing drains
Suction vents
Pressure breakdown leakoff and its connection to suction nozzle

The use of seal welded flanged nipples will be acceptable where connection to flanges cast integral with casing is not practical due to interferences with lagging or adjacent parts.

547-2

-22-

14. All boiler feed pumps shall be provided with relief valves on the discharge side, installed on a fitting between pump and discharge stop valve. The relief valves shall discharge to the bilges and in such a manner as to afford protection to personnel. The size of relief valves shall be not less than one-half the diameter of the discharge line.

15. Feed pumps, designed to operate in parallel, shall be provided with check valves installed in the discharge line from each pump and fitted with an indicator in order to show the amount of valve opening.

### Class B Pumps

547-2-ff.  Performance characteristics.

1. All main circulating pumps shall be capable of pumping bilges at a rate not less than 25 percent of the rated capacity with a dynamic suction lift of 15 feet of water.

547-2-gg.  Materials.

1. Materials for class B Pumps shall conform to the following:--

(a) Casings, gun metal (N. D. Spec. 46M6).

(b) Casing bolts, nickel-copper alloy rolled, class a or b (N. D. Spec. 46M7), manganese bronze, rolled (N. D. Spec. 46B16) or Naval brass, rolled (N. D. Spec. 46B6).

(c) Propellers or impellers, nickel-copper alloy, cast (N. D. Spec. 46M1).

(d) Guide vanes, gun metal (N. D. Spec. 46M6) or manganese bronze, cast (N. D. Spec. 46B3).

(e) Shafts, nickel-copper-aluminum alloy (N. D. Spec. 46R5) minimum hardness 255 Brinell.

(f) Shaft sleeves, nickel-copper-aluminum alloy (N. D. Spec. 46R5) minimum hardness 255 Brinell.

(g) Internal water lubricated bearing laminated phenolic material grade FBM (N. D. Spec. 17P5), bearing bronze, grade 2 (N. D. Spec. 46B22), or high lead content bronze of characteristics satisfactory to the Bureau.

547-2

-23-

547-2-hh: Design and construction.

1. All main circulating pumps shall be provided with a bilge suction, connection one-half the diameter of the pump inlet. This connection shall be provided on a fitting adjacent to pump inlet unless otherwise specified.

2. The pump casing shall be split to facilitate the ready removal and replacement of pump shaft, internal pump bearings, and impellers.

3. Pump casing joints shall be made up using a 1/16-inch gasket of one of the following materials:

   (a) Rubber sheet cloth insertion, N.D. Spec. 33P9,
   (b) Rubber sheet wire insertion, N.D. Spec. 33P10, or
   (c) Compressed asbestos sheet, N.D. Spec. 33P13.

4. Class B pumps direct connected to driving turbine shall be fitted with two radial bearings, one located in the pump and one outboard or above the turbine.

5. Class B pumps driven through a reduction gear shall be provided with three radial bearings, one on each side of gear wheel and one in the pump.

6. Radial bearings shall be of the sleeve type. The design of internal water lubricated bearings shall be subject to the specific approval of the Bureau.

## Class C-1 and C-2 Pumps

547-2-ii: Performance characteristics.

1. Class C-1 pumps intended for parallel operation shall have a constantly rising head-capacity characteristic curve such that total head at shut-off is not less than 10 percent above total head at rated capacity.

2. Class C-2 pumps shall have a constantly rising head-capacity characteristic curve such that when operating on flushing service at constant rated speed the total head at shut-off will be not less than 10 percent nor more than 30 percent above total head at rated capacity.

547-2-jj: Materials.

1. Materials for class C-1 and C-2 pumps shall conform to the following:

   (a) Casings, gun metal (N. D. Spec. 46B5).
   (b) Casing bolts, salt water service, nickel-copper alloy rolled, class a or b (N. D. Spec. 46M7), Naval brass (N. D. Spec. 46B6), or manganese bronze (N. D. Spec. 46B15); fresh water service, steel (N. D. Spec. 42B11).

S47-2        -24-

(c) Impellers, nickel-copper alloy cast (N. D. Spec. 46N1), for pumps having a total head of less than 100 feet per stage impellers may be of gun metal (N. D. Spec. 46N6).

(d) Impeller and casing wearing rings, nickel-copper alloy (N. D. Spec. 46N1 or 46N7), gun metal (N. D. Spec. 46N6), phosphor bronze, grade I (N. D. Spec. 46B5), or journal bronze (N. D. Spec. 46B9). A wearing ring and its opposing surface shall be of dissimilar metals.

(e) Shafts fitted with shaft sleeves:

(1) Salt water service, nickel-copper-aluminum alloy (N. D. Spec. 46N5) or nickel-copper alloy rolled, class a (N. D. Spec. 46N7).

(2) Fresh water service, Class A or class B forged steel (N. D. Spec. 46S2), nickel-copper alloy rolled, class a (N. D. Spec. 46N7), or nickel-copper-aluminum alloy (N. D. Spec. 46N5).

(f) Shaft sleeves, nickel-copper-aluminum alloy (N. D. Spec. 46N5), minimum hardness 265 Brinell.

(g) Shafts without sleeves, fresh or salt water service, nickel-copper-aluminum alloy (N. D. Spec. 46N5) minimum hardness 265 Brinell.

(h) Bearing brackets and caps, gun metal (N. D. Spec. 46N6), or class B cast steel (N. D. 49S1).

(i) Bearing shells for oil lubricated sleeve bearings, cast steel or gun metal (N. D. Spec. 46N6) lined with anti-friction metal grade 2 (N. D. Spec. 46N2).

(j) Lantern rings and glands, gun metal (N. D. Spec. 46N6), or phosphor bronze grade I (N. D. Spec. 46B5).

(k) Mounting brackets for close coupled pumps, gun metal (N. D. Spec. 46N6) or class A cast steel (N. D. Spec. 49S1) for fresh water service only.

2. Pumps for refrigerating plant brine circulating service shall be of all iron construction.

-25-                                        S47-2

S47-2-kk.  Design and construction.

    1.  Hydraulic unbalance due to the use of single inlet impellers shall
not exceed 150 pounds.

    2.  Impeller wearing rings shall be fitted to all pumps of these classes
having a rated capacity of 75 gallons per minute or more.

    3.  Casing wearing rings shall be fitted in all pumps of these classes.

    4.  Pump casing joints shall be made up using 1/32-inch compressed asb-
estos sheet gaskets.

    5.  All refrigerating plant brine pumps shall be insulated from their
driving units and bedplates.

    6.  Horizontal class C-1 pumps driven by electric motors and having
capacities under 1000 gallons per minute, may be of the close coupled type
unless otherwise specified.

    7.  Class C-2 pumps shall, unless otherwise specified or approved be of the
horizontal coupled type.

    8.  Class C-2 pumps for fire and flushing service and driven by both
steam turbine and electric motor shall be fitted with over-running clutch
couplings of an approved type between pump and turbine, and with a flexible
coupling between pump and motor.  Motor rotors shall be designed for and
shall be tested for a speed 25 percent in excess of rated turbine speed.
A mechanical interlock shall be fitted between turbine throttle and motor
controller so arranged that the turbine throttle cannot be opened until
motor is disconnected from the power supply.

    9.  When class C-1 and C-2 pumps cannot be so located in the vessel as
to have a suction submergence, such units may be fitted with self-priming
devices of an approved type, as described under class C-3 pumps, following.

                        Class C-3 Pumps

S47-2-ll.  Performance characteristics.

    1.  The characteristics of class C-3 pumps for bilge service including
maximum suction lift and air removal capacity of vacuum pump for self-
priming shall be as specified for each individual installation.

    2.  Air removal capacity of vacuum pump, hereinafter referred to as the
primer, shall be not less than that required to remove air from suction
line and start flow of water to the pump within 3 minutes.

347-2                          -26-

347-2-aa.  Materials.

1.  The materials of class C-3 pumps shall be as specified for class C-1 and C-2 pumps supplemented by the following.

2.  Materials for primers shall be in accordance with the following:

(a) Mounting brackets, gun metal (N. D. Spec. 46M6).

(b) Casings, including port plates and lobes, gun metal (N. D. Spec. 46M6).

(c) Rotor, gun metal (N. D. Spec. 46M6).

(d) Shaft, Nickel-copper-aluminum alloy (N. D. Spec. 46M6) minimum hardness 265 Brinell, or same material as bilge pump shaft if integral.

(e) Shaft sleeves, Nickel-copper-aluminum alloy (N. D. Spec. 46M6) minimum hardness 265 Brinell.

(f) Gaskets, compressed asbestos sheet (N. D. Spec. 35P13) 1/64 inch thick.

347-2-no.  Design and construction.

1.  Bilge pumping service shall not be combined with other pump services except where space considerations prohibit the use of separate pump units for bilge service only.  Where such services are combined the primer shall be independently driven as specified hereinafter.

2.  For close coupled motor driven bilge pumps the primer shall be installed as follows:

(a) Primer shall be mounted on end bell of driving motor, opposite to pump, with rotor mounted on an extension of motor shaft.

(b) An automatic priming valve shall be fitted that will prevent bilge water from being drawn into primer and to act to unload the primer after bilge pump receives water.

(c) A removable basket-type strainer and vacuum breaker shall be installed in line between pump and primer.

547-2

-27-

3. For horizontal & bearing flexible coupled bilge pumps, the primer shall be independently driven by an electric motor and installed as follows:

(a) Primer shall be mounted on the pump bedplate.

(b) The primer shall be entirely automatic in operation, controlled by a pressure switch, and designed to start simultaneously with the bilge pump and to cut off automatically when bilge pump is primed.

(c) Primer shall be designed to cut in automatically whenever the bilge pump loses its prime.

(d) An automatic priming valve shall be located between pump and primer that will prevent water handled by a pump from entering the primer, and when primer is shut down to prevent air being drawn into the pump through the primer.

(e) A removable basket-type strainer shall be fitted in line between pump and primer.

4. Primers for vertical bilge pumps shall be mounted and driven as specified or approved.

5. Motor driven primers for pumps driven by steam turbine or internal combustion engine shall be as specified above except that primer motor may be manually started but thereafter shall be under automatic control by means of the pressure switch.

6. A source of clean sealing water shall be provided for each priming unit. Sealing water may be taken from a fresh water system that is constantly under pressure, or may be provided by means of a sealing water tank mounted adjacent to the pump. Particular attention shall be given to the importance of providing cold sealing water in order that the primer capacity will not be excessively reduced.

7. All class C-3 pumps shall be capable of running for at least 3 minutes before receiving water.

Class D-1 and D-2 Pumps

547-2-00. Performance characteristics.

1. Pumps in these classes of a capacity of 40 gallons per minute or more shall have a constantly rising head-capacity characteristic curve such that at constant rated speed the total head at shut-off is at least 15 percent in excess of the total head at rated capacity.

347-2

-29-

2. Pumps in these classes of a capacity of less than 40 gallons per minute shall have a constantly rising head-capacity characteristic curve such that at constant rated speed the total head at shut-off is at least 5 percent in excess of the total head at rated capacity.

3. Condensate pumps discharging into the same line and required to run in-parallel shall have total heads at shut-off such that a pump of lower rated capacity will have a shut-off pressure at constant rated speed of at least 3 pounds per square inch in excess of a higher capacity pump.

4. The rotative speeds of class D-1 and D-2 pumps shall not exceed that indicated by Bureau of Engineering Standard sheet B-171 for a given capacity, vacuum and suction submergence.

347-2-pp. Materials.

1. Materials for class D-1 and D-2 pumps shall conform to the following:-

(a) Casings, gun metal (N. D. Spec. 45B5), or class B cast steel, (N. D. Spec. 49S1)

(b) Casing bolts, steel (N. D. Spec. 45S11), or nickel-copper alloy, rolled, class a or b (N. D. Spec. 46S7).

(c) Diaphragm (interstage pieces), gun metal (N. D. Spec. 45B5), or class B cast steel (N. D. Spec. 49S1).

(d) Diaphragm bushings, bearing bronze, grade 2 (N. D. Spec. 46B22).

(e) Impellers, nickel-copper-alloy, cast (N. D. Spec. 46M1).

(f) Impeller and casing wearing rings, nickel-copper alloy (N. D. Spec. 46M1 or 46M2), gun metal (N. D. Spec. 46B5), phosphor bronze, grade I (N. D. Spec. 46B6), or journal bronze (N. D. Spec. 46B9). A wearing ring and its opposing surface shall be of dissimilar metals.

(g) Shafts, fitted with shaft sleeves, class An or class B forged steel (N. D. Spec. 48S1), nickel-copper alloy, rolled, class a (N. D. Spec. 46S7), or nickel-copper-aluminum alloy (N. D. Spec. 46S5).

(h) Shaft sleeves, nickel-copper-aluminum alloy (N. D. Spec. 46S5) minimum hardness 255 Brinell.

(i) Shafts without sleeves, nickel-copper-aluminum alloy (N. D. Spec. 46S5) minimum hardness 255 Brinell.

-29-                                    S47-2

(j) Bearing brackets or cage, gun metal (N. D. Spec. 46N6), or class B cast steel (N. D. Spec. 48S1).

(k) Bearings, internal water lubricated, laminated phenolic material grade FBM (N. D. Spec. 17P5), bearing bronze, grade 2 (N. D. Spec. 46B22), or special high lead content bronze of characteristics satisfactory to the Bureau.

(l) Lantern rings and glands, gun metal (N. D. Spec. 46N5) or phosphor bronze grade 1 (N. D. Spec. 46B5).

(m) Mounting brackets for driving units, gun metal (N. D. Spec. 46N6), or class B cast steel (N. D. Spec. 48S1).

S47-2-qv.  Design and construction.

1.  Condensate pumps shall be single or two stage as approved or specified for the total head involved.

2.  For class B-2 service, vertical pumps with single top inlet first stage impellers located at the bottom of the pump so as to have maximum possible submergence, shall be provided.

3.  The pump casings of vertical condensate pumps shall be split vertically in such a manner as to allow the removal of the rotor without disturbing the pump on its foundations, the piping thereto, or the driving unit.

4.  Where two stage pumps are provided, diaphragms (interstage pieces) shall be fitted with a bushing.

5.  Pump casing joints shall be made up using a 1/64-inch compressed asbestos sheet gasket, except that for small horizontal close coupled pumps a 1/32-inch gasket will be acceptable.

6.  Hydraulic unbalance due to the use of single inlet impellers shall not exceed 150 pounds.

7.  Casing wearing rings shall be fitted in all pumps of these classes.

8.  Impeller wearing rings shall be fitted to all pumps of these classes having a rated capacity of 75 gallons per minute or more.

S47-2 -30-

9. The radial clearance between impeller and casing wearing rings shall be not less than indicated in the following table; all clearances to be measured on radius, i.e., the difference in diameters between the impeller and casing wearing rings shall be not less than twice the clearance given below.

| Rated Capacity G.P.M. | Clearance Inches |
|---|---|
| 249 and below | 0.006 |
| 250 to 499 | 0.008 |
| 500 to 749 | 0.010 |
| 750 and above | 0.012 |

10. All class B-1 and B-2 pumps shall be fitted with separate flanged suction vent connections, unless self venting pumps without separate vent connections are specifically approved. Evaporator brine overboard pumps shall be vented back to the evaporator shell from which suction is taken. All vent lines shall rise continuously from the pump to the condenser or evaporator shell. Each individual condensate pump shall be provided with a stop valve in the vent line adjacent to the condenser shell.

11. Gland seal piping for shaft packing of condensate pumps shall be taken from the combined condensate discharge piping. For evaporator brine overboard pumps the sealing water shall be taken from the distiller condenser circulating pump discharge.

## Class E Pumps

S47-2-rr. Performance characteristics.

1. Capacities of main feed booster pumps shall exceed the capacities of the corresponding feed pumps by at least 30 gallons per minute.

2. At constant rated speed class E pumps shall develop 120 percent rated capacity at a total head not less than 60 percent of the rated total head.

3. Class E pumps shall have a constantly rising head-capacity characteristic curve such that the total head at shut-off is at least 10 percent above total head at rated capacity.

4. All class E pumps shall operate satisfactorily in series with class A pumps and shall operate satisfactorily in parallel without surging under all conditions of operation from shut-off to full capacity.

5. Feed booster pumps shall have total heads at shut-off such that a pump of lower rated capacity will have a shut-off pressure at constant rated speed of at least 5 pounds per square inch in excess of a higher capacity pump.

-31-                                    S47-2

S47-2-ss.  Materials.

1.  The materials of class E pumps shall conform to the requirements for class D-1 and D-2 pumps (See paragraph S47-2-pp).

S47-2-tt.  Design and construction.

1.  Feed booster pumps shall be single or multi-stage as approved or specified for the total head involved.

2.  The pump casing of vertical feed booster pumps shall be split vertically in such a manner as to allow the removal of the rotor without disturbing the pump on its foundation, the piping thereto, or the driving unit.

3.  Where multi-stage pumps are provided, diaphragms (interstage pieces, shall be fitted with a bushing.

4.  Pump casing joints shall be made up using a 1/64-inch compressed asbestos gasket except that for small horizontal close coupled pumps a 1/32-inch gasket will be acceptable.

5.  Class E pumps shall be hydraulically balanced.

6.  Casing and impeller wearing rings shall be fitted.

7.  The radial clearance between casing and impeller wearing rings shall be as required for class D-1 and D-2 pumps (see subparagraph S47-2-qq-9).

8.  All class E pumps shall be fitted with separate flanged vent connections from each feed booster pump suction casing to the feed tank. All vent lines shall rise continuously from the pumps to the feed tank. A stop valve shall be located in the vent line or lines adjacent to the feed tank.

TESTS

S47-2-uu.  Type approval tests.

1.  Type approval will be granted only as a result of service-test or as a result of test conducted at the Engineering Experiment Station, Annapolis, Maryland.  Tests will be authorized at the Engineering Experiment Station by the Bureau of Engineering at the expense of the exhibitor. The head, capacity and other characteristics of the unit for test shall be as arranged between the Bureau and the exhibitor.

247-2                          -32-

2.  To be granted type approval as the result of service tests the following requirements must be met.

(a)  Two or more pumps of the same general design and general operating characteristics must have given satisfactory service on board a Naval vessel for a period of at least two years and must still be in service on such vessel at the time type approval is requested.

(b)  When the design of pump in service for which manufacturer requests type approval does not meet current Naval requirements as regards head and capacity characteristics, the manufacturer will be required to furnish satisfactory evidence that he has produced pumps of a design, head and capacity characteristics equal to those currently required for Naval service.  The Bureau reserves the right to require additional type approval tests of any design of pump which in its opinion has been changed sufficiently to require further demonstration of its suitability.

(c)  Any manufacturer placed on the acceptable list as a result of service test will be required on his first contract or order after being granted type approval to submit a complete unit to the Engineering Experiment Station for a check test which will conform to the requirements for a type approval test.  This test will be conducted at the expense of the manufacturer.

3.  Separate type approval or service tests will be required on single and on multi-stage class A pumps.

4.  Separate type approval or service tests will be required on vertical and on horizontal units under each class, except that type approval granted on vertical design may be extended to cover horizontal design also.  In the case of class C-1 pumps, approval for vertical service may be extended where approval of horizontal C-1 and or vertical B, D-1 or D-2 pumps has already been granted.

5.  Separate type approval or service tests will be required on centrifugal and on axial or mixed flow pumps under class B or C-1.

6.  Type approval tests on class B pumps will not be made at the Engineering Experiment Station.  Type approval tests for this class will be made at the works of the manufacturer or elsewhere under conditions to be arranged with and to the satisfaction of the Bureau.

7.  Type approval of class C-3 pumps will be considered as having been met where pump manufacturer proposes the use of a priming unit which has been granted type approval, in combination with an approved class C-1 pump.

8.  Separate type approval tests on class E pump will not be required if manufacturer is already on the acceptable list for class A and class D-2 pumps, otherwise type approval tests will be required.

-33-                                        847-2

9. Three bearing, close coupled or rigid coupled centrifugal pumps in which a common shaft or extension thereof, without flexible coupling, serves both the pump and its driving unit, shall be tested for type approval with its driving unit. In the case of class A pumps type approval on a 3 bearing pump will be extended to 4 bearing units, but a type approval test on a 4 bearing unit will apply to that design only.

847-2-vv.  Shop tests.

1.  Pump casings shall be tested hydrostatically to a pressure one and one-half times the maximum rated discharge pressure or total head whichever is greater, but in no case to less than 60 pounds per square inch gage.

2.  Pumps for submarine circulating systems which are subjected to sea pressure shall withstand a hydrostatic test pressure equal to one and one-half times designed submergence pressure of the vessel plus one and one-half times total head of the pump.

3.  All class G.S pumps and other self priming centrifugal pumps shall demonstrate their ability to run for at least 3 minutes before receiving water, and this test shall be repeated 6 times on each unit.

4.  All pumps on order, except those driven by alternating current motors shall be tested in the shop of the manufacturer or contractor at 25 percent above designed maximum operating speed by a continuous non-stop run of at least 30 minutes. This test shall be conducted in the presence of the Bureau's inspector, who will check operation and smoothness of running. While running at this speed the pump need not be loaded except as required to prevent injury, as this test is to insure proper strength and balance. For a bearing and geared units, these tests may be conducted with or without the driving units and gear units, provided the driving units and gear units have already been independently tested in the same manner. For continuous or rigid coupled shaft sets, these tests shall be made with the driving units connected in place.  In the case of pumps driven by alternating current motors each unit shall be tested for balance and smoothness of operation at full load and full speed.

847-2-ww.  Performance acceptance tests.

1.  The driving unit shall be tested as required by the applicable subsection.

2.  One pump of each type and size on contract or order, as selected by the Bureau's inspector, complete including the turbine and reduction gear, if used; or the motor and controller; shall be given a test to determine the overall power or steam consumption of the unit under the specified or guaranteed conditions.  This test may be conducted in the shop of the main contractor or subcontractor as arranged with the Bureau. The Bureau may consider waiver of overall power or steam consumption tests on centrifugal pumps where identical units with identical guarantees have been previously tested.

347-2

--34--

5. For turbine driven pumps, the functioning of the speed governors shall be carefully observed during these tests, and all adjustments that may be necessary to insure satisfactory operation at all normal operating speeds shall be made before the units are accepted. The governors shall function as specified in Subsection 350-1, and those on units not included in the shop test shall be tested after installation aboard the vessel. When pressure regulating governors are specified, this foregoing requirements shall apply to this equipment also, and compliance with Subsection 347-5 shall be demonstrated.

4. This test shall ordinarily be conducted at the same time as, and shall be included the inclined operation tests as specified for the driving unit. For inclined operation tests, the unit shall be run at maximum operating speed, but need not be fully loaded. For requirements as to inclined operating tests see applicable Subsections for driving units: auxiliary turbines (Subsections 350-1 and 350-2); motors (Subsection 360-1), and lubrication systems (Subsection 345-1).

5. Performance acceptance tests shall adequately demonstrate the ability of the pump to handle its rated capacity of specified liquid at the maximum temperature and minimum suction head or maximum suction lift or vacuum.

6. Sufficient data shall be taken during the tests to prepare pump characteristic curves as required below. In all cases the test data shall be corrected to the specified operating conditions as to steam pressure and temperature, exhaust pressure, voltage, frequency, temperature, specific gravity, suction head or lift, vacuum, etc., as set forth in the contract or order; such conditions shall be clearly shown on the data sheets. Data sheet shall state the actual finished diameter of pump impellers installed on test. Test data and curves shall be complete over the entire range of capacities from shut-off to as near free delivery as possible.

7. The following test curves shall be supplied for all classes of pumps at constant speeds of approximately 90, 100 and 110 percent of designed speed. Where pumps are driven by constant or multi-speed alternating current motors the curves required below shall be obtained for the rated speed conditions of the motor in lieu of those noted above.

    (a) Capacity versus total head or discharge pressure.

    (b) Capacity versus pump efficiency.

    (c) Capacity versus brake horsepower.

    (d) Capacity versus steam consumption or electrical horse-power input.

-55-                                                                    347-2

8.  The basic test curves required above shall be supplemented by the following additional curves for individual classes of pumps.

(a) Class A pumps; curves of capacity versus revolution per minute, and capacity versus steam consumption at constant discharge pressure of 80, 90 and 100 percent of normal discharge pressure.

(b) Class B pumps; curves of capacity versus total head, efficiency, brake horsepower, and steam consumption at a suction lift of 15 feet and at a constant speed as required to meet the bilge pumping condition specified in paragraph 347-2-ff-1.

(c) Class C-3 pumps; curves of capacity versus total head at constant rated speed with suction lifts of approximately 60, 80, 100 and 110 percent of designed suction lift.

(d) Priming units; curves of vacuum versus air capacity at the vacuum, air capacity in free air, efficiency, and brake horsepower at constant rated speed.

(e) Class D-1 and D-2 pumps; curves of capacity versus total head at constant rated speed and designed vacuum and at suction submergences of approximately 70, 85, 100 and 125 percent of designed submergence.

(f) Class E pumps; curves of capacity versus total head at constant rated speed and at suction heads of approximately 75, 100, and 125 percent of designed suction head with constant rated water temperature.

9.  To simplify the foregoing requirements the Bureau may, when requested, authorize separate tests of the driving unit, including reduction gear, if used, and driven unit constituting an assembly, at the works of different manufacturers and will accept overall power and steam consumption results and characteristic curves computed from the results therefrom. This shall not be construed in any way to release the primary contractor from an operating run on one completely assembled unit from each contract or contracts on hand at the same time for identical units. This operating test shall be run with the unit fully loaded and shall demonstrate all requirements of the specifications as to thrust, governing, balance, lubrication, etc., at maximum operating speed.

10.  Complete test reports including test data on both pump and driving units shall be assembled and distributed as specified in Subsection 31-1.

S47-2

-36-

S47-2-xx.  Shipboard tests.

1.  After installation, alignment shall be carefully checked and a careful running test made to check practical performance, including all governing features and parallel operation, if required.

2.  Bilge pumping tests on main circulating pumps after installation are not required.  The ability of such units to pump bilges shall be demonstrated during performance acceptance tests at manufacturer's shop.

SPARE PARTS AND TOOLS

S47-2-yy.  Spare parts.

1.  All spare parts for pumps of a given type and size furnished on the same contract shall be strictly interchangeable.

2.  The following spare parts shall be furnished to each vessel for each size and type of pump, to be carried on board and included in the penalty weight.  All spare parts shall be boxed as required by Subsection 532-1.  Boxing shall not be included in penalty weights.

| Parts as applicable to pump furnished | Quantities furnished per vessel | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Number similar pumps per vessel | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| (a) Ball bearings, complete sets | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| (b) Sleeve bearings, complete sets | 1 | 1 | 1 | 2 | 2 | 2 | 2 | |
| (c) Internal water lubricated bearings, sets | 1 | 1 | 1 | 2 | 2 | 2 | 2 | |
| (d) Pivoted segmental bearings complete | 1 | 2 | 4 | 5 | 5 | 7 | 9 | |
| (e) Diffusion vanes, sets | 1 | 1 | 1 | 2 | 2 | 2 | 2 | |
| (f) Motors, completely assembled, including shaft, impellers, impeller and casing wearing rings, casing diaphragms and bushings, drums, sleeves, keys, nuts and complete coupling. | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| (g) Oversize impeller wearing rings, sets | 1 | 2 | 1 | 1 | 1 | 1 | 1 | |
| (h) Oversize casing wearing rings, sets | 1 | 1 | 1 | 2 | 2 | 2 | 2 | |
| (i) Diaphragm bushings, sets | 1 | 1 | 1 | 2 | 2 | 2 | 2 | |
| (j) Pressure breakdown drum bushings, sets | 1 | 1 | 1 | 2 | 2 | 2 | 2 | |
| (k) Stuffing box throat bushings, sets | 1 | 1 | 1 | 2 | 2 | 2 | 2 | |
| (l) Coupling bushings and pins or other wearing parts, sets. | 1 | 1 | 1 | 2 | 2 | 2 | 2 | |
| (m) Lubricating oil pumps complete including drive shafting and gears. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| (n) Oil pump gears, sets, (in addition to item (m)) | 1 | 1 | 1 | 2 | 2 | 2 | 2 | |
| (o) Felt wiper rings or oil seals, sets. | 1 | 1 | 1 | 2 | 2 | 2 | 2 | |
| (p) Special packing, sets | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| (q) Lantern rings, sets | 1 | 1 | 2 | 2 | 3 | 3 | 4 | 4 |

-37-                    547-2

3. Spare pump rotors, items (f) above, shall be completely assembled ready for installation on the unit for which intended. This shall be interpreted to include any non-rotating parts which can be installed only by removing some rotating part or parts of the pump rotor. For pumps with shafts common to both pump and driving turbine, such as boiler feed pumps and in some instances main circulating pumps, the spare turbine rotor and removable parts in way of turbine, including governor parts, shall be separately packed. In the case of close coupled motor driven pumps designed for endwise withdrawal of impellers, the impeller and pump parts may be furnished disassembled. All other spare pump rotors having common shafts shall be completely assembled, including rotating parts of the driving units unless otherwise specifically approved by the Bureau.

4. The quantities of spare parts listed above for all items shall not be reduced by reason of the same part being furnished with spare rotor, item (f).

5. Casing and impeller wearing rings, items (g) and (h) above, shall be machined undersize and oversize as applicable by at least 0.015-inch in order to permit finish machining as required for replacement on board ship.

547-2-az. Tools.

1. The following special tools shall be supplied to each vessel for each size and type of pump installed:

(a) Complete set of special wrenches for each machinery compartment in which pumps are installed, arranged for convenient and accessible stowage. No ordinary commercial tools should be included in such sets. Wrenches should be of forged steel with hardened jaws.

(b) One jacking tool for removing impellers from shaft.

(c) One set of babbitting mandrels with collars, complete, for renewing white metal of all bearings.

(d) One set of ball bearing pulling tools.

(e) Any other special tools or equipment, which in the opinion of the Bureau or the Bureau's Inspector are necessary for the proper maintenance of the pump units in service.

Subsection 547-2  Centrifugal and Axial Flow Pumps
(Edition of 1 August 1939)

Par. 547-2-b. Reference Navy Dept. Specifications
Insert the following in its proper alphabetical
location:  "Coolers, lubricating oil and jacket
water .. 6601". (88)

Par. 547-2-n. Lubrication.
Subpar. 5, second sentence. Delete "Subsection
545-1" and substitute therefor "Navy Dept. Speci-
fication 6601." (82)

CHANGE "BUREAU OF ENGINEERING" AND "BUREAU OF CON-
STRUCTION AND REPAIR" TO READ "BUREAU OF SHIPS." (82)

MIL-P-17639(SHIPS)
8 October 1953
SUPERSEDING
S47-2 (in part)*
1 August 1939

## MILITARY SPECIFICATION

### PUMPS, CENTRIFUGAL, MISCELLANEOUS SERVICE,

### FOR USE ON NAVAL SHIPS

1. SCOPE

1.1 Scope. - This specification covers the requirements applicable to the design and construction of centrifugal pumps for miscellaneous services aboard Naval ships.

1.2 Classification. - Pumps shall be of the following classes as specified (see 6.1):

Class C-1 - Pumps with overhung impellers (other than Navy standard close-coupled).
Class C-2 - Pumps with impeller between bearings, split case.

2. APPLICABLE SPECIFICATIONS, STANDARDS, DRAWINGS, AND PUBLICATIONS

2.1 The following specifications and drawings, of the issue in effect on date of invitation for bids, form a part of this specification:

SPECIFICATIONS

FEDERAL
GGG-P-781 - Pullers, Bushing, Bearing, Gear, Wheel Hub and Cylinder Sleeve, Installing and Removing.

MILITARY
MIL-B-857 - Bolts, Nuts, Studs, and Tap Rivets (and Material for Same).
MIL-S-890 - Steel; Forgings and Bars for Hulls, Engines, and Ordnance (Heat-Treated).
MIL-B-892 - Bronze, Phosphor, Rolled or Drawn; Bars, Plates, Rods, Sheets, and Strips.
MIL-N-894 - Nickel-Copper-Alloy: Wrought.
MIL-S-901 - Shockproof Equipment, Class HI (High-Impact), Shipboard Application, Tests for.
MIL-D-963 - Drawings, Production (for Electrical and Mechanical Equipment for Naval Shipboard Use).
MIL-B-994 - Brass, Naval, Wrought.
MIL-C-2174 - Controllers and Master Switches, Direct-Current (Naval Shipboard Use).
MIL-C-2212 - Controllers and Master Switches, Alternating-Current (Naval Shipboard Use).
MIL-I-15024 - Identification Plates, Information Plates and Marking Information for Identification of Electrical, Electronic and Mechanical Equipment.
MIL-B-15071 - Books, Instruction, Preparation, Contents, and Approval.
MIL-S-15083 - Steel; Castings.
MIL-R-15137 - Repair Parts for Electrical and Mechanical Equipment (Naval Shipboard Use).
MIL-E-15163 - Engines, Diesel, Commercial-Type.
MIL-T-15243 - Tools, Nonsparking.
MIL-B-16261 - Bronze, Bearing: Castings.
MIL-B-16540 - Bronze, Phosphor: Castings.
MIL-B-16541 - Bronze, Valve: Castings.

*See 6.3

DEFENDENT'S
EXHIBIT
Buffalo Pumps

79

MIL-P-17639(SHIPS)

MILITARY (cont'd.)
MIL-M-16576 – Metal, Gun: Castings.
MIL-P-16789 – Preservation, Packaging, Packing, and Marking of Pumps, Centrifugal, Close-Coupled, Navy Standard. *(cancel)*
MIL-M-17059 – Motors, Alternating-Current, Fractional HP (Shipboard Use).
MIL-M-17060 – Motors, Alternating-Current, Integral HP (Shipboard Use).
MIL-M-17413 – Motor, Direct-Current, Integral HP (Shipboard Use).
MIL-N-17506 – Nickel-Copper-Aluminum Alloy, Wrought.
MIL-B-17511 – Brass, Naval: Castings.
MIL-T-17523 – Turbine Steam General Auxiliary (Naval Shipboard Use).
MIL-M-17556 – Motor, Direct-Current, Fractional HP (Shipboard Use).
MIL-N-20164 – Nickel-Copper-Alloy: Castings.

NAVY DEPARTMENT
General Specifications for Inspection of Material.
42B5 – Bearings, Ball.
42B10 – Bearings, Roller.
46M2 – Metal, Antifriction: Ingots and Castings.
46B15 – Bronze, Manganese, Wrought: Bars, Forgings, Plates, Rods, Shapes, Sheets, and Strips.

BUREAU OF SHIPS
General Specifications.
Appendix 6 – Instructions for Painting.
General Specifications for Machinery:
Section S1-3 – Bolts, Bolt-Studs, Stud-Bolts, Studs, Screws, and Nuts.
Section S1-4 – Welding and Allied Processes.
Section S47-8 – Pump Pressure Regulating Governors. (Steam-Driven Pumps).
Section S87-3 – Gages, Pressure and Vacuum.
Section S87-4 – Thermometers.

DRAWINGS

BUREAU OF SHIPS
B-104 – Flanged Composition Pipe Fittings, 100 P.S.I. and Below 425° F.
B-105 – Flanged Composition Pipe Fittings, 101 to 200 P.S.I. Steam Service.
B-153 – Packings and Gaskets, Standard Application of.
B-176 – Flanges, Composition, Silver Brazing, for Copper and Copper-Nickel-Alloy, Tubing and Brazed Pipes; Pressures 100 Pounds and Below.
B-177 – Flanges, Composition, Silver Brazing, for Copper and Copper-Nickel-Alloy Tubing, 1/4 to 10 Inches, Inclusive, Pressures, Steam-Service, 101 to 200 Pounds Hydraulic and Pneumatic Services, 101 to 400 Pounds.
B-214 – Root Connections for Attaching Piping.
5000-S4800-3000 – Piping Schedule, Pipe Fittings, Valves, and Types of Joints Used in Piping Systems.

(Copies of specifications, standards, and drawings required by contractors in connection with specific procurement functions should be obtained from the procuring agency or as directed by the contracting officer.)

2.2 Other publications. – The following publication, of the issue in effect on date of invitation for ids, unless otherwise stated, forms a part of this specification: .

NATIONAL BUREAU OF STANDARDS PUBLICATION
Handbook H28 – Screw Thread Standards for Federal Services.

Application for copies should be addressed to the Superintendent of Documents, Government Printing Office, Washington 25, D.C.)

MIL-P-17639(SHIPS)

3. REQUIREMENTS

3.1 Qualification. - Pumps furnished under this specification shall be of a product which has been tested and has passed the qualification tests specified in section 4 (see 6.2).

3.2 Materials. -

3.2.1 All material used in the construction of the pumps and associated equipment shall be of the quality best suited for the purpose intended, and shall be strictly in accordance with the material specifications.

3.2.2 The use of materials differing in properties from those specified for a given application will be considered when the contractor shows the necessity for such substitution, the material proposed is readily obtainable, and provided that the material is satisfactory to the bureau or agency concerned.

3.2.3 Where no specifications are specified herein for the material for certain parts, the material used shall be of a type and quality consistent with that specified for associated parts in the pump. The use or substitution of manufacturer's material shall be subject to approval by the bureau or agency concerned and shall be clearly indicated in a list submitted with the master drawings.

3.3 General design. -

3.3.1 The principle of reliability is paramount and no compromise of this principle shall be made with any other basic requirements of design. It is the intention of this specification to obtain pumps of such design that they will operate over a long period of years with a minimum of servicing. Where wear or erosion is unavoidable, the parts subjected to such wear or erosion shall be of the best materials available for the purpose in order to reduce these detrimental effects to a minimum. The design and construction of all pumps shall be the most compact consistent with the following requirements:

(a) Reliability
(b) Accessibility for repair
(c) Resistance to wear or corrosion
(d) Economy
(e) Satisfactory operation when inclined as follows:
    (1) Up to 5 degrees for submarines, from the normal horizontal position in the plane of axis (permanently inclined) for surface ships; and for submarines, 7 degrees for machinery for surface operation, 15 degrees for machinery for submerged operation.
    (2) Up to 15 degrees to either side (permanently inclined).
    (3) With the ship rolling up to 45 degrees from the vertical to either side.
    (4) With the ship pitching 10 degrees up and down from the normal horizontal plane.

Note. - Horizontal pumps are normally in a ship with the shaft in the fore and aft position.

3.3.2 Mounting. -

3.3.2.1 Pump units shall be horizontal or vertical mounted as specified (see 6.1).

3.3.2.2 Each horizontal flexible or rigid coupled pump and separable driving unit, complete with all appurtenances, shall be mounted on a common bedplate.

3.3.2.3 Bedplates shall be of cast steel, class CW of Specification MIL-S-15083, or of structural steel fabricated by welding.

3

MIL-P-17639(SHIPS)

3.3.2.4  Bedplates shall be sufficiently rigid to permit handling, shipment, and installation of the units onboard ship, without disturbing the alignment of the assembled units; and such that the normal distortion, weaving or vibration of the supporting structures onboard ships cannot cause misalignment between the pumps and driving units.

3.3.2.5  All bearing and seating surfaces of bedplates shall be finish machined.

3.3.2.6  Each component part of an assembled unit supported directly by a bedplate shall be doweled thereto to facilitate reassembly and maintenance of alignment.

3.3.2.7  In the event special bulkhead mounting is required, sideplates shall be furnished subject to all conditions specified for bedplates.

3.3.2.8  When motor driven pumps of the close-coupled type are specified, bedplates will not be required. Each pump shall be provided with a support for bolting to the foundation to augment the support from the motor frame.

3.3.2.9  Vertical pumps shall be base-mounted unless otherwise specified in the contract or order. The base shall have provisions for bolting to foundation.

3.3.2.10  Special attention shall be given the design of close-coupled type pumps to insure that leakage from the pump stuffing box glands cannot enter motor frames or bearing brackets.

3.3.3  Bearings. -

3.3.3.1  Types. -

3.3.3.1.1  Radial and thrust bearings may be of the sliding contact or rolling contact types.

3.3.3.1.2  The use of rolling contact bearings shall be subject to the speed limitations of Specifications 42B5 and 42B10 except where prior approval of the bureau or agency concerned has been granted.

3.3.3.1.3  Sliding contact radial bearings may be of the fixed or self-aligning type.

3.3.3.2  Installation. -

3.3.3.2.1  Bearings shall be installed in housings separate from and independent of the stuffing boxes and with adequate protection from gland leakage. Suitable means shall be provided to prevent escape of oil around the shaft. All baffles, wipers and related parts shall be readily renewable.

3.3.3.2.2  Bearing brackets shall be either cast integral with the casing, securely bolted to the casing on a machined shoulder, or held in alignment with the casing by at least two heavy dowels and securely bolted thereto. The use of bolts alone for securing brackets is prohibited.

3.3.3.2.3  Bearing housings shall be cast integral with the bracket or secured thereto in such a manner as to insure alignment.

3.3.3.2.4  Sliding contact radial bearing shells shall be split along the axis and so arranged as to permit renewal or refitting without removal of the pump rotor from the casing. They shall be neatly fitted in their seating to prevent axial play. Shells and their seatings shall be finish machined.

3.3.3.3  Radial bearings. -

3.3.3.3.1  Rolling contact bearings for radial load and their installation shall be in strict accordance with Specification 42B5 or 42B10, as applicable.

3.3.3.3.2  Water lubricated sliding contact bearings shall not be furnished for salt water service.

4

**3.3.3.4 Thrust bearings. -**

3.3.3.4.1 A suitable thrust bearing shall be installed on each pump for counteracting any unbalanced hydraulic or mechanical thrust in either direction. In this connection consideration shall be given to the fact that rolling, pitching or list of a ship at sea may introduce thrust loads even though the unit is in hydraulic balance.

3.3.3.4.2 Thrust bearings may be of the combined radial and thrust rolling contact type or pivoted segmental type.

3.3.3.4.3 Combined radial and thrust bearings shall preferably be type C, class b or c, single row, angular contact, duplex mounted, ball bearings in accordance with Specification 42B5; or type C or D, class a, b, or c roller bearings in accordance with Specification 42B10.

3.3.3.4.4 When pivoted segmental type thrust bearings are used, the design shall be such as to permit renewal or refitting of shoes without removal of shafts.

3.3.3.4.5 Thrust bearings for vertical, flexible coupled pumps shall be installed at the tops of the pumps.

**3.3.4 Lubrication. -**

3.3.4.1 The lubrication of ball bearings shall be in accordance with Specification 42B5.

3.3.4.2 Where forced feed lubrication is provided for turbine-driven pumps, the lubricating system shall be in accordance with Specification MIL-T-17523.

3.3.4.3 All thrust bearing housings, particularly for bearings of the pivoted segmental type, shall be so designed that the thrust bearings will be adequately lubricated immediately when the shaft starts to turn. This shall be accomplished by properly locating oil supply and drain pipes, and by adequate sealing of the bearing housings so that, regardless of the length of time the units are idle, an adequate supply of oil will remain in the bearing housings.

**3.3.5 Pump pressure regulating governors. -**

3.3.5.1 One pump pressure regulating governor in accordance with Section S47-6 of General Specifications for Machinery shall be furnished with each turbine-driven pump for fire, or fire and flushing service unless otherwise specified in contract or order.

3.3.5.2 The steam pressure drop through pump pressure regulating governors should be considered when rating turbine driven pumps.

**3.3.6 Piping and valves. -**

3.3.6.1 All valves, flanges and fittings for pipe connections shall conform to Drawing 5000-S4800-3000.

3.3.7 Pump units which are required to be self-priming shall be of a type approved by the bureau or agency concerned.

**3.3.8 Turbines. -**

3.3.8.1 All turbines for driving pumps shall be in accordance with Specification MIL-T-17523. Attention is directed particularly to the requirements regarding approved designs.

**3.3.9 Diesel engines. -**

3.3.9.1 All Diesel engines for driving pumps shall be in accordance with Specification MIL-E-15163.

5

MIL-P-17639(SHIPS)

### 3.3.10 Gasoline engines. -

3.3.10.1 All gasoline engines for driving pumps shall be as specified in the contract or order.

### 3.3.11 Motors. -

3.3.11.1 All motors for driving pumps shall be of the types and characteristics specified in the contract or order, and shall conform to Specifications MIL-M-17413 and MIL-M-17556 for direct current motors, or Specifications MIL-M-17059 and MIL-M-17060 for alternating current motors.

3.3.11.2 Motor rotors for use on dual turbine and motor driven pumps shall be designed and tested for a speed 25 percent in excess of rated turbine speed.

3.3.11.3 The horsepower rating of each motor shall be not less than the maximum brake horse-power of the driven pump under any condition from shut-off to free delivery. The actual motor rating shall be in accordance with Navy standard motor ratings. If the maximum brake horsepower of the pump is less than 2, and if there is a possibility of an unpredictably high frictional load due to improper adjustment of the gland or to some other cause, then the maximum brake horsepower shall be multiplied by a safety factor of 1.5 = $\frac{(max. BHP)}{4}$ before selecting the next larger Navy standard rating.

### 3.3.12 Controllers. -

3.3.12.1 All motor controllers shall be of the characteristics specified (see 6.1) and shall conform to Specification MIL-C-2174 for direct current controllers or Specification MIL-C-2212 for alternating current controllers.

### 3.3.13 Pressure and vacuum gages. -

3.3.13.1 All pressure and vacuum gages furnished with the units shall be in accordance with Section S87-3 of General Specifications for Machinery.

### 3.3.14 Thermometers. -

3.3.14.1 All thermometers shall be in accordance with Section S87-4 of General Specifications for Machinery.

### 3.3.15 Shockproofness. -

3.3.15.1 The design of all complete pumping units shall be such that they are capable of passing the class HI (high-impact) shock test specified in Specification MIL-S-901.

3.3.15.2 Shockmounts are not to be used unless bureau or agency approval of the mount and its proposed application is given.

3.3.15.3 The determination of stresses resulting from the shock tests is accomplished by the application of the usual methods of analytical mechanics. The allowable stress in components due to shock shall be the yield strength (0.2 percent offset) of the material. Normal stresses in parts, such as the tensile stress in a bolt due to initial pull-up, shall not be added to the shock stresses. It is of paramount importance that the maximum accelerations possible under the shock tests be utilized in the design of holding down bolts, supporting feet or lugs, and main structural members of the equipment, and that no failure or permanent deformation occur as a result of shock. Components of an assembly mounted on a common rigid base need not be designed for higher accelerations than the values for which the whole assembly is designed unless the designer has reason to believe that higher accelerations will be experienced by the components.

6

MIL-P-17639(SHIPS)

3.3.15.4  Bolts designed to be stressed in shear shall be installed in holes with a minimum of clearance, as experience indicates that large clearances allow impacting and subsequent failure.

3.3.16  Casings. –

3.3.16.1  The casings of all flexible or rigid coupled pumps shall be divided into two parts so as to permit ready removal of the rotors and replacement of bearings and glands.

3.3.16.2  The casings of all close-coupled pumps shall be designed to permit ready replacement of wearing parts.

3.3.16.3  Sufficient clearance shall be provided around bolt heads and nuts to permit the use of ordinary tools.

3.3.16.4  Fitted bolts or heavy dowel pins shall be provided in class C-2 pumps to insure maintenance of alignment of casing halves in reassembly.

3.3.16.5  Forcing bolts shall be provided in class C-2 pumps for breaking joints.

3.3.16.6  All pumps shall be fitted with drain connections.

3.3.16.7  All pumps shall be fitted with vent connections and valves on the discharge casings of each stage.

3.3.16.8  All pumps shall be fitted with flanged connections, for suction and discharge pressure gauges, conforming to Drawing B-214.

3.3.17  Suction and discharge connections. –

3.3.17.1  Suction and discharge connections shall be flanged.

3.3.17.2  Suction and discharge connections shall in general be located on the bottom or fixed half of casings except on close-coupled pumps.

3.3.17.3  Suction and discharge connections shall be in accordance with Drawings B-176, B-177, B-104, and B-105, as applicable.

3.3.18  Impellers and shafts. –

3.3.18.1  Outside surfaces of impellers shall be smooth finished, and inside surfaces shall be file finished insofar as practical.

3.3.18.2  Impellers shall be keyed on the shaft and securely held against lateral movement by locked nuts or other means approved by the bureau or agency concerned.

3.3.18.3  Impellers shall be fitted with removable wearing rings except as otherwise specified (see 3.4.1.3) under detail requirements of the individual class of pump.

3.3.18.4  Shaft threading shall be counter to the direction of rotation except where both right hand and left hand units of the same design are involved; in which case, in order to reduce the number of shafts required for repair parts, the threading shall be right hand for all units and the threaded parts shall be locked in place.

3.3.18.5  Shafts shall be fitted with shaft sleeves in way of stuffing boxes, diaphragm bushings and water-lubricated bearings.

3.3.18.6  Shaft flingers shall be provided adjacent to stuffing boxes for all pumps.

MIL-P-17639(SHIPS)

3.3.18.7 The shafts of all pumps, except those driven by alternating current motors, shall be provided with means to permit the ready and direct use of portable tachometers.

3.3.19 Stuffing boxes and packing. -

3.3.19.1 Stuffing boxes shall be of adequate depth and design to reduce leakage to a minimum under all operating conditions.

3.3.19.2 Packing shall be in accordance with Drawing B-153. All packing shall be of a brand approved by the bureau or agency concerned.

3.3.19.3 All stuffing boxes shall be fitted with throat bushings.

3.3.19.4 The stuffing boxes of all pumps shall be fitted with water seal connections and lantern rings located between inner and outer sets of packing. Pumps shall be furnished complete with water seal pipes, fittings and valves as required. Special care shall be taken in the design to insure that compression of the inner packing will not allow the lantern rings to move sufficiently to cut off or restrict the sealing water supply. In any special design where a water lubricated bearing is approved by the bureau or agency concerned, consideration will be given to the use of a combination lantern ring, throat bushing and bearing, in which case the inner rings of packing may be omitted.

3.3.19.5 The design shall be such as to insure that leakage from the glands cannot reach the bearings or be thrown over bearing housings or driving units. This shall preferably be accomplished by using glands cored out internally and the shafts provided with flingers. Ample drip pockets, spray shields and drains shall be provided.

3.3.19.6 Gland and lantern rings shall be split in halves with the halves secured together in a manner to form solid rings for setting up.

3.3.19.7 All stuffing box glands shall be set up by nuts threaded on gland swing bolts, or on studs secured in the casings.

3.3.19.8 Sufficient space shall be provided between bearings and stuffing boxes to permit easy removal of packing, and inspection and overhaul of bearings.

3.3.19.9 All pumps for liquids having fumes which are toxic or explosive shall be provided with mechanical shaft seals unless otherwise specified in the contract or order.

3.3.20 Couplings. -

3.3.20.1 For horizontal or vertical 4-bearing units an all metal flexible coupling shall be installed between the pumps and driving units.

3.3.20.2 All flexible coupling hubs shall be keyed to the shafts and secured by lock nuts. For shafts one inch in diameter and larger the hubs shall be fitted on a taper with keys parallel to the tapers.

3.3.20.3 All rigid couplings shall have fitted bolts and the coupling flanges shall be marked at assembly to insure proper reassembly after overhaul of the units.

3.3.21 Fittings. -

3.3.21.1 The bottom of all pump casings shall be fitted with suitable connections to permit complete draining of the pumps.

3.3.21.2 The bottom of all drip pockets shall be pipe tapped for drain connections.

3.3.21.3 The tops of all pump casings shall be fitted with vent connections.

8

MIL-P-17639(SHIPS)

3.3.22 Threaded parts such as bolts, studs and nuts shall conform to Section S1-3 of the General Specifications for Machinery and Handbook H28.

3.3.23 Painting shall be in accordance with the applicable sections of Appendix 6 of General Specifications.

3.3.24 Welding shall be in accordance with Section S1-4 of General Specifications for Machinery.

3.3.25 Identification plates. –

3.3.25.1 Identification plates shall be furnished on each pump and shall be type A or B in accordance with Specification MIL-I-15024, except that identification plates of plastic or aluminum are not acceptable.

3.3.25.2 Identification plates shall be secured to equipment with corrosion resistant metallic screws.

3.3.25.3 Pump identification plates shall contain data as follows:

(a) Manufacturer's name.
(b) Manufacturer's model or type and size.
(c) Service application.
(d) Manufacturer's serial number.
(e) Salient design characteristics:
    (1) Capacity in gallons per minute.
    (2) Total head in pounds per square inch.
    (3) Speed of shaft in revolutions per minute.
    (4) Brake horsepower.
    (5) Test pressure.
    (6) Special data vital to the unit:
        (a) Suction pressure.
        (b) Submergence.
        (c) Impeller diameter.
(f) Contract number (and item number for multiple unit orders).
(g) Bureau of Ships stock number.
(h) Section for inspector's stamp.

3.3.25.4 Each driving unit and each accessory unit shall have an identification plate in accordance with the applicable equipment specification.

3.4 Detail requirements. –

3.4.1 Class C-1 pumps. –

3.4.1.1 The preferred design for class C-1 pumps shall be of the single stage, single suction, volute type.

3.4.1.2 Class C-1 pumps shall have constantly rising head-capacity characteristic curves. Pumps with capacities of 50 gallons per minute or more shall have head-capacity characteristic curves such that total head at shut-off is not less than 10 percent above total head at rated capacity.

3.4.1.3 Impeller wearing rings shall be fitted to pumps of this class requiring a driver rated at 10 HP or more.

3.4.1.4 Casing wearing rings shall be fitted in all pumps of this class.

3.4.1.5 Pump casing joints shall be made up using compressed asbestos sheet gaskets.

MIL-P-17639(SHIPS)

3.4.1.6 Class C-1 pumps driven by electric motors of 25 HP or less shall be of the close-coupled type unless otherwise specified in the contract or order.

3.4.1.7 Materials for class C-1 pumps shall be as specified in table I.

Table I – Materials for class C-1 pumps.

| Application | Material | Specification |
|---|---|---|
| Casings | Gun metal | MIL-M-16576 |
| | Valve bronze | MIL-B-16541 |
| Casing bolts | | |
| Salt water service | Nickel-copper-alloy rolled, class a or b | MIL-N-894 |
| | Naval brass | MIL-B-994 |
| | Manganese bronze | 46B15 |
| Fresh water service | Steel | MIL-S-857 |
| Impellers | Nickel-copper-alloy, cast | MIL-N-20184 |
| | Gun metal | MIL-M-16576 |
| Under 100 foot head only | Valve bronze | MIL-B-16541 |
| Impeller and casing wearing rings | Nickel-copper-alloy | MIL-N-20184 or MIL-N-894 |
| | Gun metal | MIL-M-16576 |
| | Phosphor bronze, grade I | MIL-B-16540 |
| | Bearing bronze, grade II, or grade III | MIL-B-16261 |
| Shafts | | |
| Salt water service | Nickel-copper-aluminum alloy | MIL-N-17506 |
| | Nickel-copper-alloy rolled, class a or b | MIL-N-894 |
| Fresh water service | Forged steel, class A or B | MIL-S-890 |
| | Nickel-copper-alloy rolled, class a | MIL-N-894 |
| Shaft sleeves | Nickel-copper-aluminum alloy minimum hardness 265 Brinell | MIL-N-17506 |
| Bearing brackets and caps | Gun metal | MIL-M-16576 |
| | Valve bronze | MIL-B-16541 |
| Bearing shells for oil lubricated sleeve bearings | Cast steel or gun metal, lined with antifriction metal, grade 2 | MIL-M-16576 |
| | | 46M2 |
| Lantern rings, glands and throat bushings | Gun metal | MIL-M-16576 |
| | Phosphor bronze, grade I | MIL-B-16540 |
| | Valve bronze | MIL-B-16541 |
| Mounting brackets for close-coupled pumps | Gun metal, or valve bronze | MIL-M-16576 MIL-B-16541 |
| Impeller nuts | Gun metal | MIL-M-16576 |
| | Nickel-copper-alloy | MIL-N-894 |
| | Phosphor bronze | MIL-B-892 |

10

MIL-P-17639(SHIPS)

3.4.2 Class C-2 pumps. -

3.4.2.1 All pumps of this class shall be suitable for parallel operation and shall have constantly rising head-capacity characteristic curves. Each pump with a total head in excess of 100 p.s.i. shall have a characteristic curve such that at constant rated speed the total head at shut-off will be not less than 10 percent nor more than 20 percent above total head at rated capacity.

3.4.2.2 The preferred design for class C-2 pumps shall be single stage, double suction, volute type.

3.4.2.3 Materials for class C-2 pumps shall be in accordance with those for class C-1 pumps (see table I).

3.4.2.4 Each class C-2 pump with a total head of 100 p.s.i. or higher shall have a synthetic rubber O-ring seal between the casing wearing ring and the casing.

3.5 Drawings. -

3.5.1 Drawings shall be in accordance with type I of Specification MIL-D-963.

3.5.2 Outline drawings shall be furnished covering complete pump units including pump, driver, bedplate and attached accessories. Separate outline drawings shall be furnished for each contract or order and for each different pump unit on a contract or order.

3.5.3 Pump master drawings shall include sectional assembly, complete list of material and details of all parts. The sectional assembly and list of material with references to detail drawings should be on a single sheet; and details shall be on one or more additional sheets. Several details should be shown on each pump master drawing. Details of single pump parts on size A sheets, resulting in a multiplicity of drawing sheets, should be avoided.

3.5.4 Subassemblies furnished as repair parts in lieu of or in addition to individual repair parts shall be recorded on the related outline drawings by reference notes or as additional items on the "List of Material" of the sectional assembly drawing.

3.5.5 Drawings for drivers and associated equipment shall be in accordance with the specifications for those equipments.

3.5.6 The sectional assembly drawing shall show all assembly clearances.

3.5.7 Drawings submitted with bids are not required to be in master drawing format.

3.6 Instruction books. - Instruction books shall be in accordance with type C of Specification MIL-B-15071, unless otherwise specified in the contract or order. A separate instruction book shall be furnished for each different pump unit except in special cases when books covering more than one pump may be approved. Preliminary instruction books submitted for approval shall include all proposed sections complete.

11

MIL-P-17639(SHIPS)

### 3.7 Repair parts and tools.-

3.7.1. Onboard.- Onboard repair parts of the types and quantities shown in table II shall be furnished as required in the contract or order.

Table II - Onboard repair parts.

| Name of part | Quantity per set |
|---|---|
| Ball or roller bearings<br>Internal water lubricated bearings<br>Coupling bushings, pins and other wearing parts<br>Felt wiper rings or oil seals<br>Packing<br>Mechanical seals | 100 percent complete replacement for all installed units per vessel |
| Sleeve bearings<br>Pivoted segmental bearings<br>Oversize impeller wearing rings<br>Undersize casing wearing rings<br>Diaphragm bushings<br>Lubricating oil pumps complete with drive shafting and gears<br>Oil pump gears or rotors<br>Lantern rings<br>Stuffing box throat bushings | One to 4 units per vessel -<br>100 percent replacement for one pump<br>Over 4 units per vessel -<br>100 percent replacement for two pumps |
| Rotors, completely assembled, including shaft, impellers, standard size impeller and casing wearing rings, casing diaphragms and bushings, sleeves, keys, nuts, flinger, and complete coupling<br>Diffusion vanes | 100 percent replacement for one pump |

3.7.1.1 The pump rotor assembly for flexible coupled units shall be completely assembled ready for installation in the unit for which intended and shall include any nonrotating parts which can be installed only by removing some rotating part or parts of the pump rotor.

3.7.1.2 Pump rotor assemblies for motor driven close-coupled pumps shall be furnished disassembled.

3.7.1.2.1 The quantities of individual repair parts shall not be reduced because of duplication of parts furnished to make the rotor assembly except that standard casing wearing rings shall not be required.

3.7.1.3 Impeller and casing wearing rings, (see table II) shall be machined oversize and undersize as applicable by at least 0.015 inch in order to permit finish machining as required for replacement aboard ship.

### 3.7.1.4 Tools.-

3.7.1.4.1 A complete set of special tools required for the maintenance and repair of the pump units shall be included in each set of onboard repair parts.

12

MIL-P-17639(SHIPS)

3.7.1.4.2  The special tools shall include the following, as applicable:

    (a) Complete set of special wrenches of forged steel with hardened jaws.
    (b) One impeller pulling tool.
    (c) One set of babbitting mandrels with collars, complete for renewing white metal of all bearings.
    (d) One set of ball bearing pulling tools.
    (e) Any other special tools necessary for the proper maintenance of the units in service.
    (f) Tools for gasoline service pumps, or other pumps for handling explosive fluids, shall be non-sparking and in accordance with Specification MIL-T-16243.

3.7.1.4.3  Tools which are available in the Catalog of Naval Material, General Stores Section, such as common wrenches and standard pullers, will not be required.  Standard complete or limited sets of pullers or parts of puller sets in accordance with Specification GGG-P-781 shall be identified as to type and use in notes on the outline or section assembly drawings.  Special tools shall be detailed, and included in the list of material.

3.7.1.5  Each box containing onboard repair parts shall contain a list entitled "List of onboard repair parts and tools".  The list shall be in a format suitable for use on outline drawings and in the instruction books.  It shall not be less than nominal 8-1/2 by 11 inches in size.

3.7.1.5.1  The format of the list shall include a heading and columns of data for the items listed. The heading shall include titles and applicable entries as follows:

Reproduced from drawing number _____
Number of ships _____
Application _____
Contract number _____
Manufacturer _____
Quantities are for _____ units per ship
The columns shall include:
    Piece number _____
    Name of part _____
    Quantity _____
    Drawing number _____
    Standard Navy stock number _____
Additional columns may be used as applicable

3.7.1.5.2  The list shall be so treated as to be resistant to oil, water and fading.

3.7.2  Stock.-  The selection, stock numbering and quantities of repair parts for stock shall be determined and processed in accordance with Specification MIL-R-15137.

3.7.2.1  The cognizant supply demand control point for repair parts for stock is Ships Parts Control Center, Mechanicsburg, Pennsylvania, unless otherwise specified in the contract or order.

3.8  Workmanship.-  The equipment, including all parts and accessories, shall be manufactured and finished with first class workmanship in all respects.

4.  SAMPLING, INSPECTION, AND TEST PROCEDURES

4.1  Qualification tests at a Government laboratory.-  Qualification tests shall be conducted at the Engineering Experiment Station, Annapolis, Maryland.  The head, capacity and other characteristics of units for qualification tests shall be as specified by the Bureau of Ships.

13

MIL-P-17639(SHIPS)

4.1.1 The qualification tests shall adequately demonstrate the ability of the pump to handle the specified capacities at the maximum specified temperature of the liquid and the minimum suction head or maximum suction lift or vacuum. Sufficient data shall be taken during the tests to prepare pump characteristic curves as required herein. Test data and curves shall be complete over the entire range of capacities from shut-off to as near free delivery as possible. The following test curves shall be prepared:

    (a) Capacity versus total head.
    (b) Capacity versus pump efficiency.
    (c) Capacity versus brake horsepower.

4.1.2 Endurance test. - The pump shall be operated for 24 hours continuous at a capacity as near free delivery as possible and for 12 hours at a capacity as near shut-off as possible. Failure of any part of the pump during the endurance test shall be considered as failure of the pump to qualify. The pump shall complete the endurance test without excessive noise, vibration or wear of parts.

4.1.3 Consideration will be given to granting qualification as a result of service tests. To be granted qualification as the result of service tests the following requirements shall be met:

    (a) Two or more pumps of the general design and general operating characteristics shall have given satisfactory service onboard a Naval vessel for a period of at least two years and must still be in service on such vessel at the time qualification is requested.

    (b) When the design of a pump in service for which a manufacturer requests qualification does not meet current Naval requirements as regards head and capacity characteristics, the manufacturer shall be required to furnish satisfactory evidence that he has produced pumps of a design, head and capacity characteristics equal to those currently required for Naval service. The Bureau of Ships reserves the right to require additional qualification tests of any design of pump, which, in its opinion, has been changed sufficiently to require further demonstration of its suitability.

    (c) Any manufacturer whose product has been eligible to be placed on the qualified products list as a result of service test shall be required on his first contract or order after being granted qualification to submit a complete unit to the Engineering Experiment Station for a check test which will consist of the qualification tests. The awarding of qualification shall be contingent upon the unit passing the check test.

4.1.4 Separate qualification tests shall be required on vertical and on horizontal units under each class, except that qualification on vertical design may be extended to cover horizontal design also. Tests on more than one unit of each mounting and class normally will not be required.

4.2 Shop tests. -

4.2.1 Pump casings shall be tested hydrostatically to a pressure one and one-half times the maximum discharge pressure or total head, whichever is greater, but in no case to less than 50 pounds per square inch gage.

4.2.2 Pumps for submarine systems which are subjected to sea pressure shall withstand a hydrostatic test pressure equal to one and one-half times the designed submergence pressure of the vessel plus one and one-half times the total head of the pump.

4.2.3 Each pump, except those driven by alternating current motors, shall be tested in the shop of the manufacturer or contractor at 25 percent above designed maximum operating speed by a continuous nonstop run of at least 30 minutes. This test shall be conducted in the presence of the Government inspector, who shall check operation and smoothness of running. While running at this speed the pump

14

MIL-P-17639(SHIPS)

need not be loaded except as necessary to prevent injury. For four-bearing units and for geared units, these tests may be conducted with or without the driving units and gear units, provided the driving units and gear units have already been independently tested in the same manner. For continuous or rigid coupled shaft sets, these tests shall be made with the driving units connected in place. In the case of pumps driven by alternating current motors each unit shall be tested for smoothness of operation at full load and full speed.

4.3  Performance acceptance tests. -

4.3.1  It shall be the responsibility of the prime contractor to insure that tests required on assembled units are made.

4.3.2  Driving units shall be tested as required by the applicable equipment specifications.

4.3.3  One pump of each type and size on contract or order, as selected by the Government inspector, complete, including the turbine and reduction gear, if used, or the motor and controller, shall be given a test to determine the overall power or steam consumption of the unit under the specified or guaranteed conditions. This test may be conducted in the shop of the main contractor or subcontractor as arranged with the bureau or agency concerned. The Bureau of Ships may consider waiver of overall power or steam consumption tests on pumps if identical units with identical guarantees have been previously tested.

4.3.4  For turbine driven pumps, the functioning of the speed governors shall be carefully observed during these tests, and all adjustments that may be necessary to insure satisfactory operation at all normal operating speeds shall be made before the units are accepted. The governors shall function as specified in the turbine specifications. When pressure regulating governors are specified, the foregoing requirements shall apply to this equipment also, and compliance with the governor specifications shall be demonstrated.

4.3.4.1  Performance acceptance tests shall ordinarily be conducted at the same time as, and shall include the inclined operation tests as specified for the driving unit. For inclined operation tests the unit shall be run at maximum operating speed, but need not be fully loaded.

4.3.5  Performance acceptance tests shall adequately demonstrate the ability of the pump to handle its rated capacity of specified liquid at the maximum temperature and minimum suction head or maximum suction lift or vacuum, as applicable.

4.3.6  Sufficient data shall be taken during the tests to prepare pump characteristic curves as specified in 4.3.7. In all cases the test data shall be corrected to the specified operating conditions as to steam pressure and temperature, exhaust pressure, voltage, frequency, temperatures, specific gravity, suction head or lift, and vacuum, as set forth in the contract or order; such conditions shall be clearly shown on the data sheets. The data sheets shall state the actual finished diameter of the pump impellers installed on test. Test data and curves shall be complete over the entire range of capacities from shut-off to as near free delivery as possible.

4.3.7  The following test curves shall be supplied for constant speeds of approximately 90, 100 and 110 percent of designed speed:

    (a) Capacity versus total head.
    (b) Capacity versus pump efficiency.
    (c) Capacity versus brake horsepower.
    (d) Capacity versus steam consumption or electrical horsepower input.

Where pumps are driven by constant or multispeed alternating current motors, the curves shall be obtained for the rated speed conditions of the motor in lieu of those noted above.

15

MIL-P-17639(SHIPS)

4.3.8 The bureau or agency concerned may, when requested, authorize separate tests of the driving unit including reduction gear, if used, and driven unit, at the plants of the different manufacturers, and will accept overall power and steam consumption results and characteristic curves computed from the results therefrom. This should not be construed in any way to release the primary contractor from an operating run on one completely assembled unit from each contract. This operating test shall be run with the unit fully loaded and shall demonstrate all requirements of the specifications as to thrust, governing, balance, and lubrication, at maximum speed.

4.3.9 Complete test reports, including test data on both pumps and driving units, shall be assembled and distributed as follows:

(a) Three to the Bureau of Ships (to be forwarded via the cognizant inspector).
(b) One for primary district inspection office.
(c) One for branch inspection office (if any).
(d) Two to each supervisor of shipbuilding (one for supervisor's files, the other for the shipbuilder).
(e) One to the Commander of each ship building yard concerned, for Navy yard built ships, when specified in the contract or order.

4.3.10 One complete pumping unit of each type, design and size shall be subject to the high impact shock test specified in Specification MIL-S-901 as required by 3.3.15.

4.3.11 Equipment previously accepted will not be resubmitted for shock test except when evidence of low shock resistance develops in the units installed. The bureau or agency concerned will initiate action with the manufacturer for correction of deficiencies, and reserves the right to require shock tests at any time.

4.3.12 All pump units shall be shock tested with drivers unless otherwise approved by the bureau or agency concerned. Flexible coupled pumps shock tested with one driver will not be required to be shock tested again when supplied with a different driver. Prime movers are subject to shock tests in accordance with the applicable equipment specifications.

4.3.13 One pump of each manufacturer's type and each nominal size shall be subject to shock tests. Compliance with shock resistance requirements may be covered by test of a similar unit subject to bureau or agency concerned approval.

4.3.14 The pump unit shall be considered to have failed to pass the shock tests in the event of any of the following:

(a) Breakage of any parts, including mounting bolts.
(b) Appreciable distortion or dislocation of any part, such as shaft, mounting feet, bearings.
(c) A mechanical unbalance of more than two times the amplitude of unbalance measured prior to tests at rated speed, or more than that permitted by the specifications for the driver.

4.3.15 Shock tests will be conducted at the manufacturer's plant. Where a manufacturer is unable to conduct these tests at his own plant, he may arrange to have them conducted at a commercial laboratory, or Government laboratory suitably equipped to conduct tests. Where shock tests are conducted at a Government laboratory, copies of the applicable master drawings shall accompany the units.

4.3.16 Pump units which have been subjected to the high-impact shock test and have failed to conform to the requirements will not be acceptable.

16

MIL-P-17639(SHIPS)

4.3.17 Pump units which have been subjected to the high-impact shock test and have successfully passed this test shall be considered acceptable for such service as the bureau or agency concerned may authorize. Such equipment will be returned by the Government to the contractor for reconditioning as follows:

(a). Minor deformations of mounting flanges shall be corrected.
(b) Minor deformations affecting alignment shall be corrected.
(c) All bearings shall be replaced.
(d) Each part shall be carefully examined by the contractor and any part which he considers substandard shall be replaced.

Minor deformations shall be defined as those which do not cause unqualified rejection of the design under high-impact shock test but which are in excess of the design dimensional tolerances specified on the applicable pump drawings.

4.4 Inspection of pump repair parts. - The pump repair parts required by 3.7.1 shall be inspected to assure interchangeability with the similar parts in the assembled pumps. Ordinarily material analyses and physical test specimens will not be required but the Government inspector shall employ such procedures as will assure the delivery of parts made of the same materials and by the same processes as for the assembled pumps.

4.5 Inspection procedures. - For Naval purchases, the general inspection procedures shall be in accordance with General Specifications for Inspection of Material.

5. PREPARATION FOR DELIVERY

5.1 Preservation, packaging, packing and marking. - Pumps shall be prepared for delivery for domestic shipment - immediate use; domestic shipment and storage; or for overseas shipment in accordance with Specification MIL-P-16789 (see 6.1).

5.2 Marking. - Nomenclature used in the marking of interior packages and shipping containers shall be the exact nomenclature for the part or item that has been approved under the contract or order.

6. NOTES

6.1 Ordering data. - Procurement documents should specify the following:

(a). Title, number, and date of this specification.
(b) Class required (see 1.2).
(c) Rated capacity.
(d) Rated total head.
(e) Horizontal or vertical installation (see 3.3.2.1).
(f) Liquid handled.
(g) Specific gravity of liquid handled.
(h) Liquid temperature.
(i) Suction head.
(j) Type drive.
(k) Electrical characteristics (for motor drive) as required by applicable motor and controller specifications.
(l) Turbine characteristics (for turbine drive):
(1) Type connection to driven unit.
(2) Steam conditions (pressure and temperature) at the throttle (see the specification for pump pressure regulating governors regarding pressure drop through such governors), also the maximum designed boiler steam drum pressure of the installation for which the turbine is intended.
(3) Exhaust conditions (pressure or vacuum) at turbine exhaust.

17

MIL-P-17639(SHIPS)

(m) Internal combustion engine characteristics (for engine drive):
    (1) Type engine.
    (2) Starting equipment required.
    (3) Type of sea water pumps.
    (4) Whether overspeed governor should be furnished and type requested.
(n) Whether shipment is for domestic shipment — immediate use; domestic shipment and storage; or for overseas shipment (see 5.1).
(o) If repair parts boxes are required, specify type (metal or wood) (see 5.1).
(p) That the following data is required with bids:
    (1) Sectional assembly drawing of pump.
    (2) A drawing of the unit showing overall dimensions.
    (3) Pump characteristic curves.
    (4) Pump efficiency at rated capacity.
    (5) Horsepower of driver.
    (6) RPM at rated capacity.
    (7) Weight of complete unit.
    (8) The manufacturer and descriptive data of the driven and associated accessories, such as controller.
(q) The number of pumps per vessel on which quantity of onboard repair parts is to be based.

6.2 In the procurement of products requiring qualification, the right is reserved to reject bids on products that have not been subjected to the required tests and found satisfactory for inclusion on the Military Qualified Products List. The attention of suppliers is called to this requirement, and manufacturers are urged to communicate with the Bureau of Ships, Navy Department, Washington 25, D.C., and arrange to have the products that they propose to offer to the Army, the Navy or the Air Force, tested for qualification in order that they may be eligible to be awarded contracts or orders for the products covered by this specification. Information pertaining to qualification of products covered by this specification may be obtained from the Chief of the Bureau of Ships, Navy Department, Washington 25, D.C.

6.3 This specification supersedes that part of Section S47-2 of the General Specifications for Machinery covering class C-1 and class C-2.

Notice. – When Government drawings, specifications, or other data are used for any purpose other than In connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data, is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

Custodian:
    Navy – Bureau of Ships

18

MIL-P-17840(SHIPS)
1 March 1954

MILITARY SPECIFICATION

PUMP, CENTRIFUGAL, CLOSE-COUPLED, NAVY STANDARD

## 1. SCOPE

1.1 This specification covers electric motor driven Navy standard close coupled, single stage, centrifugal pumps. It is the intention of this specification that pumps of a given capacity in gallons per minute and total dynamic head in feet and type of electrical voltage from all sources of supply be interchangeable as to mounting dimensions, size and location of piping connections, shaft extension, shaft sleeve, and flinger as outlined in this specification.

## 2. APPLICABLE DOCUMENTS

2.1 The following specifications, standards, drawings, and publications, of the issue in effect on date of invitation for bids, form a part of this specification:

SPECIFICATIONS

FEDERAL
GGG-P-781 - Pullers, Bushing, Bearing, Gear, Wheel Hub and Cylinder Sleeve, Installing and Removing.

MILITARY
MIL-S-854 - Steel, Corrosion Resisting: Plates, Sheets, Strips, and Structural Shapes.
MIL-B-892 - Bronze, Phosphor, Rolled or Drawn, Bars, Plates, Rods, Shapes, Sheets and Strips.
MIL-N-894 - Nickel-Copper Alloy, Wrought.
MIL-S-901 - Shockproof-Equipment, Class HI (High Input), Shipboard Application, Tests for.
MIL-D-963 - Drawings, Production (for Electrical and Mechanical Equipment for Naval Shipboard Use).
MIL-B-994 - Brass, Naval, Wrought.
MIL-C-2174 - Controllers and Master Switches, Direct-Current (Naval Shipboard Use).
MIL-C-2212 - Controllers and Master Switches, Alternating-Current (Naval Shipboard Use).
MIL-I-15024 - Identification Plates, Information Plates and Marking Information for Identification of Electrical, Electronic and Mechanical Equipment.
MIL-B-15071 - Book, Instruction, Preparation, Contents, and Approval.
MIL-R-15137 - Repair Parts for Electrical and Mechanical Equipment (Naval Shipboard Use).
MIL-B-15939 - Bronze, Aluminum, Wrought.
MIL-B-16261 - Bronze, Bearings: Castings.
MIL-P-16298 - Preservation, Packaging, Packing, and Marking of Electric Machines Having Rotating Parts (Includes Associated Repair Parts).
MIL-B-16541 - Bronze, Valve: Castings.
MIL-M-16576 - Metal, Gun: Castings.
MIL-P-16789 - Preservation, Packaging, Packing, and Marking of Pumps General and Associated Repair Parts.
MIL-M-17059 - Motors, Alternating Current, Fractional HP (Shipboard Use).
MIL-M-17060 - Motors, Alternating Current, Integral HP (Shipboard Use).
MIL-P-17303 - Packing Material, Plastic Metallic and Nonmetallic.

GPO—O—NAV—L-247

DEFENDENT'S
EXHIBIT
Buffalo Pumps

80

MIL-P-17840(SHIPS)

MILITARY (cont'd.)
    MIL-M-17413 - Motors, Direct-Current Integral HP (Shipboard Use).
    MIL-A-17472 - Asbestos Sheet Compressed (Packing Material).
    MIL-N-17506 - Nickel-Copper-Aluminum Alloy, Wrought.
    MIL-M-17556 - Motor, Direct-Current, Fractional HP (Shipboard Use).
    MIL-C-17566 - Cloth, Billiard.
    MIL-P-17639 - Pumps, Centrifugal, Miscellaneous Service, for Use on Naval Ships.
    MIL-N-20184 - Nickel, Copper, Alloy, Castings.

NAVY DEPARTMENT
    General Specifications for Inspection of Material.
    General Specifications for Machinery:
        S1-3 - Bolts, Bolt-Studs, Stud-Bolts, Studs, Screws and Nuts.
        S1-4 - Welding and Allied Processes.
    General Specifications for Building Vessels of the United States Navy.
        Appendix 6 - Instructions for Painting.
    46B15 - Bronze, Manganese, Wrought; Bars, Forgings, Plates, Rods, Shapes,
        Sheets and Strips.

STANDARDS

    MILITARY
        MIL-STD-105 - Sampling Procedures and Tables for Inspection by Attributes.

DRAWINGS

    BUREAU OF SHIPS
        B-104 - Flanged Composition Pipe Fittings, 100 P.S.I. and Below 425° F.
        B-176 - Composition Silver Brazing Flanges for Copper and Copper-Nickel
            Alloy Tubing and Brazed Pipes.
        B-214 - Root Connections for Attaching Piping.
        5000-S4800-3000 - Piping Schedule, Pipe Fittings, Valves, and Types of Joints
            Used in Piping Systems.

PUBLICATIONS

    BUREAU OF SHIPS
        NAVSHIPS 250-357-1 - Conditions Governing Tests in Naval Laboratories.

(Copies of specifications, standards, drawings, and publications required by contractors in connection with specific procurement functions should be obtained from the procuring agency or as directed by the contracting officer.)

2.2 Other publications.- The following document forms a part of this specification. Unless otherwise indicated the issue in effect on date of invitation for bids shall apply.

NATIONAL BUREAU OF STANDARDS PUBLICATION
    Handbook H-28 - Screw Thread Standards for Federal Services.

(Copies of Handbook H-28 may be obtained upon application, accompanied by money order, coupon, or cash, to the Superintendent of Documents, Government Printing Office, Washington 25, D.C.)

3. REQUIREMENTS

3.1 Qualifications.- The pumping equipment furnished under this specification shall be a product which has been tested and has passed the qualification tests specified herein (see 6.2).

2

MIL-P-17840(SHIPS)

3.2 Materials.-

3.2.1 Materials of construction of the pump parts, unless otherwise specified herein, shall conform to the minimum requirements of table I.

3.2.2 Where no specifications are specified herein for the material for certain parts, the material used shall be of a type and quality consistent with that specified for associated parts in the pump. The use or substitution of manufacturer's material shall be subject to approval by the bureau or agency concerned and shall be clearly indicated in the list submitted with the master drawings.

Table I – List of material.

| Name of part | Material | Material specification |
|---|---|---|
| Casings | Gun metal, or Valve bronze | MIL-M-16576 MIL-B-16541 |
| Impeller | Gun metal | MIL-M-16576 |
| Impeller key | Nickel-copper alloy | MIL-S-854 |
| Shaft sleeve | Nickel-copper-aluminum alloy Minimum hardness 265 Brinell | MIL-N-17506 |
| Flinger | Gun metal or Valve bronze | MIL-M-16576 MIL-B-16541 |
| Wearing rings (see 3.12) | Bearing bronze, grade II, or grade III, or Nickel-copper alloy, or Valve bronze | MIL-B-16261 MIL-N-894, or MIL-N-20184 MIL-B-16541 |
| Impeller nut | Gun metal, or Nickel copper alloy, or Phosphor bronze | MIL-M-16576 MIL-N-894 MIL-B-892 |
| Glands | Gun metal, or Valve bronze | MIL-M-16576 MIL-B-16541 |
| Lantern ring | Valve bronze | MIL-B-16541 |
| Throat bushing | Bearing bronze, or Valve bronze | MIL-B-16261 MIL-B-16541 |
| Mounting bracket | Gun metal, or Valve bronze | MIL-M-16576 MIL-B-16541 |
| Studs, bolts, and nuts | Nickel-copper alloy, or Naval brass, or Manganese bronze | MIL-N-894 MIL-B-994 46B15 |
| Stuffing box packing | Plastic metallic, lead base | MIL-P-17303 symbol 1433 |
| Surface packing | Asbestos, sheet, compressed | MIL-A-17472 symbol 2150 |

3

MIL-P-17840(SHIPS)



3.3 General design.-

3.3.1 The principle of reliability is paramount and no compromise to this principle shall be made with any basic requirements of the design. It is the intention of this specification to obtain close coupled centrifugal pumps that will operate for long periods of time with a minimum of servicing. Where wear or erosion is unavoidable, the parts subjected to such wear or erosion shall be of the best materials available for the purpose in order to reduce these detrimental effects to a minimum. The design and construction of all pumps shall be compact as set forth in figure 1 consistent with following requirements:



(a) Reliability
(b) Accessibility for repair
(c) Resistance to wear or corrosion
(d) Economy
(e) Satisfactory operation when inclined as follows:
    (1) Up to 5 degrees from the normal horizontal position in the fore and aft
        plane (permanently inclined).
    (2) Up to 15 degrees to either side (permanently inclined).
    (3) With the vessel rolling up to 45 degrees from the vertical to either side.
    (4) With the vessel pitching 10 degrees up and down from the normal horizontal
        plane.

3.3.2 The design of the pump units shall be sufficiently rigid to permit handling, shipment and installation of the units onboard ship without disturbing alignment; and such that the normal distortion, weaving or vibration of the supporting structures onboard ships cannot cause fracture or appreciable distortion.

3.3.3 Special attention shall be given the design to insure that leakage from the pump stuffing box glands cannot enter motor frames or bearing brackets.

3.3.4 Sufficient clearance shall be provided around bolt heads and nuts to permit the use of ordinary tools.



3.4 Installation.- All pumps will be normally installed to operate in horizontal position; however, all pumps shall be capable of operation in a vertical position with the motor above the pump.

3.5 Mounting.-

3.5.1 Dimensions.- All pumps shall have mounting dimensions and location of piping connections as shown on figure 1.

3.5.2 Brackets.- Mounting bracket shall contain a drip pocket for the collection of leakage from the stuffing box. Size of the tapped holes shall be as shown on figure 1.



4

3.6 Size of radial and thrust ball bearings. - The size of the radial and thrust ball bearings for each size motor frame shall be as specified in tables IX and X of figures 2 and 3. Hydraulic unbalance due to use of single inlet impellers without balancing rings, shall not exceed the values specified for bearings in table II, when computed according to the following formula:

$$T = P (A_1 - A_0) + .05 P (A_2 - A_1)$$

When:

$T$ = Maximum unbalanced thrust in pounds.
$P$ = Pressures in pounds per square inch (gage) at shut-off.
$A_2$ = Area of impeller at radius $R_2$ in square inches.
$A_1$ = Area of impeller to outside of impeller wearing ring, radius $R_1$ in square inches.
$A_0$ = Area in square inches to outside of shaft sleeve, radius $R_0$ (see figure 4).

Table II - Permissible thrust loads.

| Navy Department bearing No. | Revolutions per minute | | | |
|---|---|---|---|---|
| | 1150 | 1750 | 2800 | 3500 |
| 305 - Z | --- | 215 | --- | 180 |
| 306 - Z | --- | 280 | --- | 215 |
| 307 - Z | --- | 235 | | 255 |
| 308 - Z | --- | 400 | --- | 300 |
| 309 - Z | 560 | 470 | 375 | 350 |
| 310 - Z | 600 | 500 | 400 | 360 |
| 312 - Z | 700 | 580 | 470 | 425 |
| 313 - Z | 800 | 670 | 530 | 495 |

3.7 Piping and valves. - All valves, flanges and fittings for pipe connections shall conform to Drawing 5000-S4800-3600.

3.8 Alternating current and direct current motors. -

3.8.1 The standardized frame numbers for the various ratings of close-coupled pump motors shall be as specified in tables III and IV. Frame flange and shaft extension dimensions shall be as shown on figures 2 and 3 as applicable.

MIL-P-17840 (SHIPS)

## TABLE III
## AC MOTORS
### 50°C AMBIENT, CLASS B INSULATION (OR CLASS H INSULATION, CLASS B TEMPERATURE LIMITS) WHERE ADVANTAGEOUS.

| FRAME NO. | CONSTANT SPEED | | | | | | MULTISPEED VARIABLE TORQUE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3500 RPM | | 1750 RPM | | 1150 RPM | | 1750/875 RPM | | 1150/575 RPM | | |
| | HP | ENCL | HP | ENCL | HP | ENCL | HP | ENCL | HP | ENCL | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| 17 NC | | | 1/3 | SPT | | | | | | | |
| 18 NC | 1/2,3/4 | SPT | 1/2 | SPT | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| 203 NC | | | 3/4,1 | SPT | | | | | | | |
| 204 NC | 1 | SPT | | | | | | | | | |
| 224 NC | 1 1/2,2,3 | SPT | 2 | SPT | | | | | | | |
| 225 NC | 5 | SPT | 3 | SPT | | | | | | | |
| 254 NC | 7 1/2 | SPT | 5 | SPT | | | | | | | |
| 284 NC | | | 7 1/2 | SPT | 5 | SPT | | | | | |
| 324 NC | 10 | TE | | | 7 1/2 | TE | 7.5/1.9 | TE | | | |
| 326 NC | 15 | TE | 10 | TE | | | 10/2.5 | TE | 7.5/1.9 | TE | |
| 364 NC | | | 15 | TE | 10 | TE | 15/3.7 | TE | 10/2.5 | TE | |
| 365 NC | 20 | TE | 20 | TE | 15 | TE | 20/5 | TE | 15/3.7 | TE | |
| 404 NC | 25,30 | TE | 25 | TE | 20 | TE | 25/6.2 | TE | | | |
| 405 NC | 40 | TE | | | 25 | TE | | | | | |
| 444 NC | | | | | | | | | | | |
| 445 NC | | | | | | | | | | | |
| 504 NC | | | | | | | | | | | |
| 505 NC | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| 404 NCI | | | | | | | | | 20/5 | TE | |
| 405 NCI | | | | | | | | | 25/6.2 | TE | |
| 444 NCI | | | | | | | | | | | |
| 445 NCI | | | | | | | | | | | |
| | | | | | | | | | | | |

TE – TOTALLY ENCLOSED, SPT – SPRAYTIGHT, TE & SPT MOTORS MAY BE FAN COOLED

6

## TABLE IV
## DC MOTORS     MIL-P-17840(SHIPS)

### 50°C AMBIENT, CLASS B INSULATION WHERE ADVANTAGEOUS

| FRAME NO. | CONSTANT SPEED | | | | | | | | -15% ADJ SPEED | | | | -50% ADJ SPEED | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3500 RPM | | 2800 RPM | | 1750 RPM | | 1150 RPM | | 3500/2975 RPM | | 1750/1488 RPM | | 1750/875 RPM | | 1150/575 RPM | |
| | HP | ENCL | HP | ENCL | HP | ENCL | HP | ENCL | HP | ENCL | HP | ENCL | HP | ENCL | HP | ENCL |
| 17 NC | 1/3$^A$ | | | | 1/3 | SPT | | | | | | | | | | |
| 18 NC | 1/2,3/4 | SPT | | | 1/2 | SPT | | | | | | | | | | |
| 203 NC | | | | | 3/4 | SPT | | | | | | | | | | |
| 204 NC | 1 | SPT | | | 1 | | | | 1.73 | SPT | | | | | | |
| 224 NC | 1/2,2,3 | SPT | | | 2 | SPT | | | | | | | | | | |
| 225 NC | 5 | SPT | | | 3 | SPT | | | 3/2.2 | SPT | | | | | | |
| 254 NC | 7 1/2 | SPT | | | 5 | SPT | | | | | | | | | | |
| 284 NC | | | | | 7 1/2 | SPT | 5 | SPT | | | | | | | | |
| 324 NC | | | | | | | | | | | 7.5/5.5 | SPT | | | | |
| 326 NC | | | 10 | TE | 10 | TE | 7 1/2 | TE | | | | | | | | |
| 364 NC | | | 15,20 | TE | 15 | TE | 10 | TE | | | | | 7.5/1.9 | TE | | |
| 365 NC | | | | | 20 | TE | 15 | TE | | | | | 10/2.5 | TE | | |
| 404 NC | | | 25 | TE | | | | | | | | | | | 7.5/1.9 | TE |
| 405 NC | | | | | | | | | | | | | 15/3.7 | TE | 10/2.5 | TE |
| 444 NC | | | | | 25 | TE | 20 | TE | | | | | 20/5 | TE | | |
| 445 NC | | | | | | | 25 | TE | | | | | 25/6.2 | TE | 15/3.7 | TE |
| 504 NCI | | | | | | | | | | | | | | | 20/5 25/6.2 | TE |
| 505 NCI | | | | | | | | | | | | | | | | |

TE-TOTALLY ENCLOSED, SPT-SPRAYTIGHT, TE & SPT MOTORS MAY BE FAN COOLED

MIL-P-17840(SHIPS)

3.8.2  Anti-friction bearings shall be radial type, single row, single shielded, Conrad type assembly or single row ball, double row width double seal, prelubricated.  The sizes used for the various frames shall conform to the requirements of tables IX and X of figures 2 and 3.

3.8.3  Shafts shall be of nickel-copper alloy in accordance with Specification MIL-N-894.

3.8.4  Alternating current motors. –

3.8.4.1  Alternating current motors shall be in accordance with Specification MIL-M-17059 or MIL-M-17060, except as otherwise specified herein, and shall conform to the following classification requirements:

| | |
|---|---|
| Service | Navy A. |
| Ambient temperature | 50°C. |
| Duty | Continuous. |
| Classification | Squirrel cage induction. |
| Sub-classification | Design B.  Multi-speed motors shall be variable torque. |
| Bearings | Ball (see tables IX and X of figures 2 and 3). |
| Insulation | Class A, B, or H. |
| Number of phases | Three. |
| Frequency | 60 cycles. |
| Voltage | 440 volts. |

3.8.4.2  Sizes, degree of enclosure and speed characteristics shall be in accordance with table III and, when a choice exists, will be specified (see 6.1).

3.8.5  Direct current motors. –

3.8.5.1  Direct current motors shall be in accordance with Specification MIL-M-17413 or MIL-M-17556, except as otherwise specified herein, and shall conform to the following classification requirements:

| | |
|---|---|
| Service | Navy A. |
| Ambient temperature | 50°C. |
| Duty | Continuous. |
| Voltage | 115 or 230 volts as specified in contract or order. |
| Winding | Shunt. |
| Bearings | Ball (see tables IX and X of figures 2 and 3). |
| Insulation | Class A or B |

3.8.5.2  Sizes, degree of enclosure and speed characteristics shall be in accordance with table IV and, when a choice exists, will be specified (see 6.1).

3.8.5.3  Adjustable speed motors. – Minus 15 percent and minus 50 percent adjustable speed motors shall be adjustable from 15 percent and 50 percent less than rated speed respectively to rated speed by field control.  Full rated power output shall be obtained at rated (high) speed.

3.8.5.4  Speed tolerance. – The full load speed of direct current constant speed motors at operating temperature shall be not less than 98 percent nor more than 103 percent of the specified speed for integral horsepower motors, and not less than 97 percent nor more than 108 percent of the specified speed for fractional horsepower motors.

3.9  Controllers. – All motor controllers shall be of the characteristics specified (see 6.1) and shall conform to Specification MIL-C-2174 for direct current controllers or Specification MIL-C-2212 for alternating current controllers.

8




MIL-P-17840(SHIPS)

3.10 Shockproofness. -

3.10.1 The design of all complete pumping units shall be such that they are capable of passing the class HI (high-impact) shock test specified in Specification MIL-S-901.

3.10.2 Shockmounts shall not be used unless bureau or agency approval of the mount and its proposed application is given.

3.10.3 The determination of stresses resulting from the shock tests is accomplished by the application of the usual methods of analytical mechanics. The allowable stress in components due to shock shall be the yield strength (0.2 percent offset) of the material. Normal stresses in parts, such as the tensile stress in a bolt due to initial pull-up, shall not be added to the shock stresses. It is of paramount importance that the maximum accelerations possible under the shock tests be utilized in the design of holding down bolts, supporting feet or lugs, and main structural members of the equipment, and that no failure or permanent deformation occurs as a result of shock.

3.11 Casings. –

3.11.1 The design of casings shall be sufficiently rugged to withstand without fracture or appreciable distortion the strains to which they may be subjected.

3.11.2 Casings shall be so designed as to permit the inspection and replacement of wearing parts. Suction covers shall be removable to permit removal of the impeller and other wearing parts for pump without dismounting the unit.

3.11.3 All pump casings for a specific pump number and manufacture shall be completely interchangeable regardless of pump capacity.

3.11.4 All casings shall have flanged suction and discharge connections. All flanges shall be in accordance with Drawing B-176.

3.11.5 All pumps shall have casings arranged so that the discharge can be located in any of the three positions shown on figure 1.

3.11.6 All casings shall be provided with the necessary tapped vent, drain, priming, and gauge connections for the three positions of discharge. Bosses for gage connections shall be of sufficient size for conversion to flanged connections in accordance with Drawing B-214.

3.11.7 All casings shall be provided with vent cocks in the proper location for the position of discharge.

3.11.8 All casings shall be arranged with stuffing boxes of the dimension indicated for the outside diameter of the stuffing box packing rings as shown on figure 5.

3.11.9 Hydrostatic pressure. – Casings shall be designed to withstand the applicable hydrostatic pressure specified on figure 1 (see 4.1.1).

3.12 Impellers and wearing rings. –

3.12.1 All impellers shall be of the single inlet enclosed type. Outside surfaces of impellers shall be smooth finished. Inside surfaces shall be file finished insofar as practical. All impellers shall be dynamically balanced.

3.12.2 Impeller wearing rings may be omitted on pumps 1 through 6 inclusive and also pumps 14 and 15 (see table V).

3.12.3 A wearing ring and its opposing surface shall be of dissimilar material.

9

MIL-P-17840(SHIPS)

3.12.4 Impeller nuts shall be of the self-locking acorn type.

3.12.5 The impeller shall have the approximate maximum diameter for each pump as specified in table V.

Table V - Approximate maximum impeller diameter.

| Pump number | Approximate maximum impeller diameter | Pump number | Approximate maximum impeller diameter |
|---|---|---|---|
| | Inches | | Inches |
| 1 | 6 | 10 | 7-1/2 |
| 2 | 6-3/4 | 11 | 9 |
| 3 | 5 | 12 | 9-3/4 |
| 4 | 6-1/4 | 13 | 10-1/2 |
| 5 | 5-1/8 | 14 | 8 |
| 6 | 7 | 15 | 5-1/4 |
| 7 | 10 | 16 | 9 |
| 8 | 9-1/4 | 17 | 10-1/2 |
| 9 | 9-1/4 | | |

3.13 Shaft sleeves. - Shaft sleeves shall be in accordance with figure 5.

3.14 Flingers. - Flingers shall be in accordance with figure 6.

3.15 Stuffing boxes. -

3.15.1 Stuffing boxes shall be of adequate depth of design to reduce leakage to a minimum under all operating conditions.

3.15.2 All casings shall be fitted with throat bushings and lantern rings. Special care shall be taken in the design to insure that compression of the inner packing will not allow the lantern ring to move sufficiently to cut off or restrict the sealing water supply.

3.15.3 Sealing liquid connections and lines to the lantern ring from pump casings shall be provided. Lantern rings shall be solid or split in halves with the halves secured together in a manner to form solid rings for setting up.

3.15.4 Stuffing box gland shall be split to facilitate packing the stuffing box. Gland halves shall be secured in a manner approved by the bureau or agency concerned. Glands shall be set-up by nuts threaded on studs or swing bolts screwed in the casing.

3.16 Threaded parts. - All threaded parts such as bolts, studs and nuts shall conform to Section S1-3 of the General Specifications for Machinery and Handbook H-28.

3.17 Welding shall be in accordance with Section S1-4 of General Specifications for Machinery.



10

MIL-P-17840(SHIPS)

### 3.18 Identification plates. -

3.18.1 Identification plates shall be furnished on each pump and shall be type A or B in accordance with Specification MIL-I-15024, except that identification plates of plastic or aluminum are not acceptable.

3.18.2 Identification plates shall be secured to equipment with corrosion resistant metallic screws.

3.18.3 Pump identification plates shall contain data as follows:

    (a) Manufacturer's name.
    (b) Manufacturer's model or type and size.
    (c) Service application.
    (d) Manufacturer's serial number.
    (e) Salient design characteristics:
        (1) Capacity in gallons per minute.
        (2) Total head in pounds per square inch.
        (3) Speed of shaft in revolutions per minute.
        (4) Brake horsepower.
        (5) Test pressure.
        (6) Special data vital to the unit:
            (a) Suction pressure.
            (b) Submergence.
            (c) Impeller diameter.
            (d) Contract number (and item number for multiple unit orders).
            (e) Bureau of Ships stock number.
            (f) Section for inspector's stamp.
            (g) Navy standard pump number.

3.18.4 Each driving unit and each accessory unit shall have an identification plate in accordance with the applicable equipment specification.

### 3.19 Painting. -

Painting shall be in accordance with Appendix 6 of General Specifications for Building Vessels of the United States Navy.

3.20 Pumps for a specific application shall be selected and specified from rating chart figure 7 for alternating current motors, or figure 8 for direct current motors. Bidders shall quote on the standardized pump size and with the horsepower and speed motor as indicated on rating chart for the application.

3.21 Pumps for all services shall have constantly rising head-capacity curves from maximum or wide open capacity to zero or shut-off capacity. Pumps for ship's fresh water service rated at 70 g.p.m. and above shall have a constantly rising head-capacity curve from rated point to shut-off such that at one-third of rated capacity the head shall be not less than 10 pounds per square inch above rated head. At 3 pounds per square inch below rated head and 20 feet dynamic suction lift, operation shall be stable and within the breaking-off point on the head-capacity curve. Ship's fresh water pumps below 70 g.p.m. rated capacity shall have a shut-off head not less than 10 pounds per square inch above rated head and shall operate satisfactorily over a range of 8 pounds per square inch above rated head to 5 pounds per square inch below rated head.

3.22 All pumps shall be designed for satisfactory operation at a minimum dynamic suction lift of 15 feet of water at 85° F.

3.23 All pumps units shall have nonoverloading horsepower characteristics.

### 3.24 Rotation. -

All pumps shall be right hand rotation (clockwise when viewed from motor end of unit) only.

3.25 Casing wearing rings shall be fitted in all pumps.

11

MIL-P-17840(SHIPS)

3.26  Pump casing joints shall be made up using compressed asbestos sheet gaskets.

3.27  Drawings. -

3.27.1  Drawings shall be in accordance with type I of Specification MIL-D-963.

3.27.2  Outline drawings shall be furnished covering complete pump units including pump, driver and accessories.  Separate outline drawings shall be furnished for each contract or order and for each different pump unit on a contract or order.

3.27.3  Pump master drawings shall include sectional assembly, complete list of material and details of all parts.  The sectional assembly and list of material with references to detail drawings shall be on a single sheet; and details shall be on one or more additional sheets.  Several details should be shown on each pump master drawing.  The width of drawings shall be 28 inches.

3.27.4  Subassemblies furnished as repair parts in lieu of or in addition to individual repair parts shall be recorded on the related outline drawings by reference notes or as additional items on the "List of Material" of the sectional assembly drawing.

3.27.5  All pump outline and master drawings shall include in the title block the designation "Navy standard close-coupled pump number" followed by the applicable pump number.

3.27.6  Final approved sectional assembly drawings shall include characteristic curves for each impeller used covering various impeller diameters from the smallest to the largest applicable.

3.27.7  Drawings for drivers and associated equipment shall be in accordance with the applicable specifications.

3.27.8  The sectional assembly drawing shall show all assembly clearances.

3.27.9  Drawings submitted with bids are not required to be in master drawing format.

3.28  Instruction books. -  Instruction books shall be in accordance with type C of Specification MIL-B-15071, unless otherwise specified in the contract or order.  A separate instruction book shall be furnished for each different pump unit except in special cases when books covering more than one pump may be approved by the bureau or agency concerned.  Preliminary instruction books submitted for approval shall include all proposed sections complete.

3.29  Repair parts. -

3.29.1  Onboard. -  Onboard repair parts shall consist of pump, motor, and controller parts and tools as required by the applicable equipment specifications.  A rotor or armature shall be included in each set of onboard repair parts.

3.29.1.1  Pump repair parts and tools. -

3.29.1.1.1  The number of sets of pump repair parts and tools to be furnished shall be as specified (see 6.1).  The following parts shall constitute one set:

    1 - Impeller
    1 - Impeller nut or impeller locking assembly
    1 - Shaft sleeve
    1 - Lantern ring
    1 - Throat bushing
    1 set - Stuffing box packing
    1 - Flinger

12





MIL-P-17840(SHIPS)

1 set – Casing wearing rings – undersize (0.015 inch min.)
1 set – Impeller wearing rings – regular
1 set – Impeller wearing rings – oversize (0.015 inch min.)
1 set – Mounting screws for each ring furnished:
    1 – Impeller puller
    1 – Sleeve puller

3.29.1.1.2 The number of repair parts and tool sets per vessel shall be established on the following basis:

| Number of similar pumps per vessel | Number of pump spares and tool sets per vessel |
|---|---|
| 1 to 3 | 1 |
| 4 to 6 | 2 |
| 7 to 10 | 3 |

Note. – Similar pumps are those for which all onboard pump parts are interchangeable.

3.29.1.2 Motor and controller repair parts shall be furnished in accordance with the applicable equipment specifications.

3.29.1.3 Tools which are available in the catalog of Naval Material, General Stores Section, such as common wrenches and standard pullers, will not be required. Standard complete or limited sets of pullers or parts of puller sets in accordance with Specification GGG-P-781 shall be identified as to type and use in notes on the outline or section assembly drawings. Special tools shall be detailed and included in the list of material. The water flingers may be used with pullers for removal of the shaft sleeves.

3.29.1.4 Each box containing onboard repair parts shall contain a list entitled "List of onboard repair parts and tools". The list shall be in a format for use on outline drawings and in the instruction books. It shall not be less than nominal 8-1/2 by 11 inches in size.

3.29.1.4.1 The format of the list shall include a heading and columns of data for the items listed. The heading shall include titles and applicable entries as follows:

Reproduced from drawing number_____
Number of ships _____
Application _____
Contract number _____
Manufacturer _____
Quantities are for _____ units per ship
The columns shall include:
    Piece number _____
    Name of part _____
    Quantity _____
    Drawing number _____
    Standard Navy stock number _____
Additional columns may be used as applicable

3.29.1.4.2 The list shall be so treated as to be resistant to oil, water and fading.

3.29.2. Stock. – The selection, stock numbering and quantities of repair parts for stock shall be determined and processed in accordance with Specification MIL-R-15137.

13

MIL-P-17840(SHIPS)

3.29.2.1 The cognizant supply demand control point for repair parts for stock is Ships Parts Control Center, Mechanicsburg, Pennsylvania, unless otherwise specified in the contract or order.

3.30 Workmanship. – The equipment, including all parts and accessories, shall be manufactured and finished with first class workmanship in all respects.

4. QUALITY ASSURANCE PROVISIONS

4.1 Shop tests. –

4.1.1 All pump casings shall be tested hydrostatically at the pressure indicated for the pump shown on figure 1.

4.1.2 Each pump shall be tested in the shop of the manufacturer or contractor by a continuous non-stop run of at least 30 minutes. This test shall be conducted in the presence of the Government inspector, who shall check operation and smoothness of running at full load and full speed.

4.2 Performance acceptance tests. –

4.2.1 One pump of each size on contract or order, as selected by the Government inspector shall be given performance acceptance tests.

4.2.2 The unit shall be given a test to determine the overall power consumption under the specified or guaranteed conditions. This test may be conducted in the shop of the main contractor or subcontractor as arranged with the bureau or agency concerned. The bureau or agency concerned may consider the waiver of overall power consumption tests on pumps where identical units with identical guarantees have been previously tested.

4.2.3 Performance acceptance tests shall adequately demonstrate the ability of the pump to handle its rated capacity of specified liquid at the maximum temperature and minimum suction head or maximum suction lift or vacuum.

4.2.4 Sufficient data shall be taken during the tests to prepare pump characteristic curves as required herein. In all cases the test data shall be corrected to the specified operating conditions as to voltage, frequency, temperature, specific gravity, suction head or lift, and vacuum, as specified (see 6.1), such conditions shall be clearly shown on the data sheets. The data sheets shall state the actual finished diameter of the pump impellers installed on test. Test data and curves shall be complete over the entire range of capacities from shut-off to as near free delivery as possible.

4.2.5 The following test curves shall be supplied for the rated speed conditions of the motor.

(a) Capacity versus total head.
(b) Capacity versus pump efficiency.
(c) Capacity versus brake horsepower.
(d) Capacity versus electrical horsepower input.

4.2.6 Complete test reports including test data on both pump and driving units shall be assembled and distributed as follows:

(a) Three to the Bureau of Ships (to be forwarded via the cognizant inspector).
(b) One for primary district inspection office.
(c) One for branch inspection office (if any).
(d) Two to each Supervisor of Shipbuilding (one for Supervisor's files, the other for the shipbuilder) when specified in contract or order.
(e) One to each vessel concerned (to be forwarded via the Supervisor of Shipbuilding or Commandant of the building yard) when specified in contract or order.
(f) One to the Commandant for each building yard concerned, for Navy yard built vessels when specified in the contract or order.

14

MIL-P-17840(SHIPS)

4.2.7  The first pump of each size shall also be given extensive tests using dynamometer or calibrated motor to produce the following curves:

(a) Gallons per minute versus total dynamic head at constant rated r.p.m. for various impeller diameters with superimposed constant efficiency and constant brake horse-power curves at 1.00 specific gravity.
(b) Determination of the maximum suction lift in feet versus gallons per minute for each impeller diameter tested.

4.2.7.1  Two sets of data and curves based on the additional tests, including description of the test set-up, shall be forwarded directly to the bureau or agency concerned via the Government inspector and shall not be included as a part of the regular performance acceptance tests.

4.2.8  One complete pumping unit of each type, design and size shall be subject to the high impact shock test specified in Specification MIL-S-901.

4.2.9  Equipment previously accepted will not be resubmitted for shock test except when evidence of low shock resistance develops in the units installed.  The bureau or agency concerned will initiate action with the manufacturer for correction of deficiencies, and may require shock tests at any time.

4.2.10  All pump units shall be shock tested with drivers unless otherwise approved by the bureau or agency concerned.  Prime movers are subject to shock tests in accordance with the applicable equip-ment specifications.

4.2.11  One pump of each manufacturer's type and each nominal size shall be subjected to shock tests.  Compliance with shock resistance requirements may be covered by test of a similar unit subject to approval by the bureau or agency concerned.

4.2.12  The pump unit shall be considered to have failed to pass the shock tests in the event of any of the following:

(a) Breakage of any parts, including mounting bolts.
(b) Appreciable distortion or dislocation of any part, such as shaft, mounting feet, bearings.
(c) A mechanical unbalance of more than two times the amplitude of unbalance measured prior to tests at rated speed, or more than that permitted by the specifications for the driver.

4.2.13  Shock tests shall be conducted at the manufacturer's plant.  Where a manufacturer is unable to conduct these tests at his own plant, he may arrange to have them conducted at a commercial labora-tory, or Government laboratory equipped to conduct tests.  Where shock tests are conducted at a Govern-ment laboratory, copies of the applicable master drawings shall accompany the units.

4.2.14  Pump units which have been subjected to the high-impact shock test and have failed to conform to the requirements will not be acceptable.

4.2.15  Pump units which have been subjected to the high-impact shock test and have successfully passed this test shall be considered acceptable for such service as the bureau or agency concerned may authorize.  Such equipment will be returned by the Government to the contractor for reconditioning as follows:

(a) Minor deformations of mounting flanges shall be corrected.
(b) Minor deformations affecting alignment shall be corrected.
(c) All bearings shall be replaced.
(d) Each part shall be carefully examined by the contractor and any part which he considers substandard shall be replaced.  Minor deformations shall be defined as those which do not cause unqualified rejection of the design under high-impact shock test but which are in excess of the design dimensional tolerances specified on the applicable pump drawings.

15

MIL-P-17840(SHIPS)

4.3 Inspection of pump repair parts.– The pump repair parts specified in 3.29 shall be inspected to assure interchangeability with the similar parts in the assembled pumps. Ordinarily material analyses and physical test specimens will not be required but the Government inspector shall employ such procedures as will assure the delivery of parts made of the same materials and by the same processes as for the assembled pumps.

4.4 Qualification tests at a Government laboratory.– Qualification tests shall be conducted at the Engineering Experiment Station, Annapolis, Maryland. The head, capacity and other characteristics of units for qualification tests shall be as specified by the Bureau of Ships. Conditions governing tests shall be as specified in Publication NAVSHIPS 250-357-1.

4.4.1 The qualification tests shall adequately demonstrate the ability of the pump to handle the specified capacities at the maximum specified temperature of the liquid and the minimum suction head or maximum suction lift or vacuum. Sufficient data shall be taken during the tests to prepare pump characteristic curves as required herein. Test data and curves shall be complete over the entire range of capacities from shut-off to as near free delivery as possible. The following test curves shall be prepared:

    (a) Capacity versus total head.
    (b) Capacity versus pump efficiency.
    (c) Capacity versus brake horsepower.

4.4.2 Endurance test.– The pump shall be operated for 24 hours continuous at a capacity as near free delivery as possible and for 12 hours at a capacity as near shut-off as possible. Failure of any part of the pump during the endurance test shall be considered as failure of the pump to qualify. The pump shall complete the endurance test without excessive noise, vibration or wear of parts.

4.4.3 Consideration will be given to granting qualification as a result of service tests. To be granted qualification as the result of service tests the following requirements shall be met:

    (a) Two or more pumps of the general design and general operating characteristics shall have given satisfactory service onboard a Naval vessel for a period of at least two years and must still be in service on such vessel at the time qualification is requested.

    (b) When the design of a pump in service for which a manufacturer requests qualification does not meet current Naval requirements as regards head and capacity characteristics, the manufacturer shall be required to furnish satisfactory evidence that he has produced pumps of a design, head and capacity characteristics equal to those currently required for Naval service. The bureau or agency concerned may require additional qualification tests of any design of pump, which, in its opinion, has been changed sufficiently to require further demonstration of its suitability.

    (c) Any manufacturer whose product has been eligible to be placed on the Qualified Products List as a result of service test shall be required on his first contract or order after being granted qualification to submit a complete unit to the Engineering Experiment Station for a check test which will consist of the qualification tests. The awarding of qualification shall be contingent upon the unit passing the check test.

4.4.4 Qualification granted for class C-1 service of Specification MIL-P-17639 is acceptable for pumps covered by this specification.

4.5 Inspection procedures.– For Naval purchases, the general inspection procedures shall be in accordance with General Specifications for Inspection of Material.

MIL-P-17840(SHIPS)

**5. PREPARATION FOR DELIVERY**

5.1 Preservation, packaging, packing and marking.- Pumps, repair parts and tools shall be prepared for delivery for domestic shipment - immediate use; domestic shipment and long term storage; or for overseas shipment in accordance with Specification MIL-P-16789 (see 6.1).

5.2 Marking.- Nomenclature used in the marking of interior packages and shipping containers shall be the exact nomenclature of the part or item that has been approved under the contract or order.

**6. NOTES**

6.1 Ordering data.- Procurement documents should specify the following:

(a) Title, number, and date of this specification.
(b) Rated capacity.
(c) Rated total head.
(d) Horizontal or vertical installation (see 3.4).
(e) Liquid handled.
(f) Specific gravity of liquid handled.
(g) Liquid temperature.
(h) Suction head.
(i) Electrical characteristics (for motor drive) as required by applicable motor and controller specifications.
(j) Number of sets of repair parts and tools required.
(k) Whether shipment is for domestic shipment - immediate use; domestic shipment and storage; or for overseas shipment (see 5.1).
(ℓ) If repair parts boxes are required, specify type (metal or wood) (see 5.1).
(m) That the following data is required with bids:
     (1) Sectional assembly drawing of pump.
     (2) A drawing of the unit showing overall dimensions.
     (3) Pump characteristic curves.
     (4) Pump efficiency at rated capacity.
     (5) Horsepower of driver.
     (6) Weight of complete unit.
     (7) The manufacturer and descriptive data of the driver and associated accessories, such as controller.

6.2 In the procurement of products requiring qualification, the right is reserved to reject bids on products that have not been subjected to the required tests and found satisfactory for inclusion on the Military Qualified Products List. The attention of suppliers is called to this requirement, and manufacturers are urged to arrange to have the products that they propose to offer to the Federal Government, tested for qualification in order that they may be eligible to be awarded contracts or orders for the products covered by this specification. Information pertaining to qualification of products covered by this specification may be obtained from the Chief of the Bureau of Ships, Navy Department, Washington 25, D.C.

Patent notice.- When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

Custodian:
  Navy - Bureau of Ships

17



OUTLINE DIMENSIONS FOR NAVY STANDARD CLOSE COUPLED PUMPS

FIG. 1

## FIG 2

STANDARD DIMENSIONS OF FRACTIONAL HORSEPOWER CLOSE-COUPLED MOTORS



### NOTES:
1. RADIUS MUST BE SMOOTH AND CENTER LOCUS CONCENTRIC WITH SHAFT AXIS.
2. SEALING SURFACE TO BE SMOOTH AND PERPENDICULAR TO SHAFT AXIS.
3. DIAMETER TO BE CONCENTRIC WITH SHAFT WITHIN .004" TOTAL INDICATOR READING.
4. FACE OF FLANGE TO BE SQUARE WITH SHAFT WITHIN .004" TOTAL INDICATOR READING.
5. RUNOUT OF SHAFT .002" MAX TOTAL INDICATOR READING.
6. TOTAL AXIAL END-PLAY OF SHAFT IN ASSEMBLED MOTOR AT NO-LOAD NOT TO EXCEED .010" FOR 310 AND SMALLER BEARINGS AND .015" FOR BEARINGS LARGER THAN 310.
7. BEARINGS TO BE MAXY TYPE Q, CLASS B CONRAD TYPE OR SINGLE ROW BALL, DOUBLE ROW BALL DOUBLE SEAL, PRELUBRICATED.
8. DISTANCE BETWEEN FACE AND CENTER OF BEARING TO BE SHORT AS PRACTICABLE.

### TOLERANCES:
D DIMENSION
FRAMES 17NC–326NC ............ $+.01"-\frac{0}{32}$
FRAMES 364NC–505NC ............ $+.01"-\frac{0}{16}$

2E AND 2F
FRAMES 17NC–326NC ............ $+\frac{0}{64}-\frac{0}{64}$
FRAMES 364NC–505NC ............ $+\frac{0}{64}-\frac{0}{64}$

60 MINUS F
FRAMES 17NC–326NC ............ $+\frac{0}{32}-\frac{0}{32}$
FRAMES 364NC–505NC ............ $+\frac{0}{32}-\frac{0}{32}$

KEYS
WIDTH ............ $+.000"-.002"$

| DEPTH | | | |
|---|---|---|---|
| SHAFT DIAMETER | KEYWAY WIDTH | DEPTH | BOTTOM OF KEYWAY TO OPPOSITE SIDE OF SHAFT |
| .6875 | $\frac{3}{16}$ | $\frac{3}{32}$ | .580–.585 |
| 1.0000 | $\frac{1}{4}$ | $\frac{1}{8}$ | .859–.844 |
| 1.3750 | $\frac{3}{8}$ | $\frac{3}{16}$ | 1.181–1.16G |

AK DIMENSION
10.5" AND SMALLER ............ $+.000"-.002"$
16 ............ $+.000"-.003"$

KEYWAYS ............ $+.001"-.001"$

## TABLE IX

STANDARD FRAME DIMENSIONS AND BEARING SIZES FOR FRACTIONAL HORSEPOWER CLOSE-COUPLED MOTORS FIG.6
DIMENSIONS IN INCHES

| FRAME NO. | A MAX | B MAX | D | E | F | H | BG | FRONT BRG | PUMP END BRG | L MAX | MAX WT LB |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17NC | 9 | 7 | $4\frac{5}{16}$ | $2\frac{7}{16}$ | $1\frac{7}{32}$ | .6875 | $5\frac{1}{2}$ | 204 | 305 | $7\frac{1}{2}$ | 75 |
| 18NC | 10 | $7\frac{1}{2}$ | $4\frac{5}{8}$ | $2\frac{3}{4}$ | $1\frac{1}{16}$ | .8750 | $6\frac{1}{4}$ | 204 | 305 | $7\frac{3}{4}$ | 90 |



FIG. 3

STANDARD DIMENSIONS OF INTEGRAL HORSEPOWER CLOSE-COUPLED MOTORS

TABLE X

STANDARD FRAME FLANGE AND SHAFT EXTENSION DIMENSIONS AND BEARING SIZES
FOR INTEGRAL HORSEPOWER CLOSE-COUPLED MOTORS
DIMENSIONS IN INCHES



Figure 4. - Outside of shaft sleeve

FIG. 5
SHAFT SLEEVE DETAIL

NOTE 1

ST. DRILL

SR
45°
$\frac{1}{32}$
45°
$\frac{1}{32}$

SD

SE

SH — 45° CHAMFER

SF — SG

$\frac{1}{64}$

$\frac{1}{8}$

$\frac{1}{64}$

SC

SB

SA

NOTE 2

SL

SM

| GROUP | SA +.000 -.001 | SB | SC +.002 -.000 | SD +.001 -.000 | SE | SF +.005 -.005 | SG | SH | SL | SM | SR | ST | SIZE OF STUFFING BOX PACKING |
|-------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| S | 1.125 | $\frac{15}{16}$ | .690 | .8760 | 4 | .500 | $\frac{1}{4}$ | $\frac{1}{32}$ | $\frac{3}{16}$ | $\frac{3}{32}$ | $\frac{3}{16}$ | $\frac{5}{32}$ | $1\frac{1}{8}$ I.D.×$1\frac{5}{8}$ O.D.×$\frac{1}{4}$ SQ. |
| M | 1.625 | $\frac{5}{16}$ | 1.003 | 1.2510 | $5\frac{3}{4}$ | .625 | $\frac{5}{16}$ | $\frac{1}{32}$ | $\frac{1}{4}$ | $\frac{1}{8}$ | $\frac{1}{4}$ | $\frac{13}{64}$ | $1\frac{5}{8}$ I.D.×$2\frac{3}{8}$ O.D.×$\frac{3}{8}$ SQ. |
| L | 2.250 | $\frac{7}{8}$ | 1.378 | 1.7510 | $6\frac{3}{4}$ | .750 | $\frac{3}{8}$ | $\frac{1}{16}$ | $\frac{3}{8}$ | $\frac{3}{16}$ | $\frac{5}{16}$ | $\frac{1}{4}$ | $2\frac{1}{4}$ I.D.×3 O.D.×$\frac{3}{8}$ SQ. |

NOTE 1: SEALING SURFACES TO BE SMOOTH TRUE AND PERPENDICULAR WITH BORE
NOTE 2: OUTSIDE DIAMETER TO BE GROUND SMOOTH TRUE AND CONCENTRIC WITH BORE



FIG. 6
DETAIL OF WATER FLINGER

| GROUP | WA | WB | WC +.001 −.000 | WD +1/64 −000 | WE | WF | WG | WL | WN | WR | WT | SIZE OF HALF DOG POINT SET SCREW |
|-------|-----|-----|------|------|-----|-----|-----|-----|-----|-----|-----|-----|
| S | $2\frac{7}{8}$ | $3\frac{1}{4}$ | 1.126 | $\frac{15}{16}$ | $\frac{1}{4}$ | $\frac{1}{4}$ | $\frac{1}{16}$ | $2\frac{3}{16}$ | $\frac{1}{4}$-20 | $\frac{1}{4}$ | $\frac{5}{16}$-18 | $\frac{1}{4}$-18$\times$1$\frac{3}{4}$ L.G. |
| M | $3\frac{1}{2}$ | $2\frac{1}{4}$ | 1.626 | $1\frac{3}{8}$ | $\frac{1}{4}$ | $\frac{1}{4}$ | $\frac{3}{16}$ | $2\frac{3}{4}$ | $\frac{5}{16}$-18 | $\frac{9}{32}$ | $\frac{5}{16}$-18 | $\frac{5}{16}$$\times$1$\frac{3}{8}$ L.G. |
| L | $4\frac{3}{8}$ | 3 | 2.251 | $1\frac{13}{16}$ | $\frac{5}{16}$ | $\frac{5}{16}$ | $\frac{7}{16}$ | $3\frac{1}{2}$ | $\frac{3}{8}$-16 | $\frac{5}{16}$ | $\frac{3}{8}$-16 | $\frac{3}{8}$$\times$1$\frac{1}{2}$ L.G. |



Case MDL No. 375 Document 3586-1 Filed 03/19/12 Page 25 of 9



FIG.8
RATING CHART—DIRECT CURRENT

15 May 1938

45V17(INT)

## BUREAU OF ENGINEERING SPECIFICATION

### VALVES, GATE, FOR AIR EXHAUST STEAM, OIL, OR WATER SERVICES

### (SHIPBOARD USE)

---

A. APPLICABLE SPECIFICATIONS AND DRAWINGS.

A-1. The following specifications, of the issue in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies.

### NAVY DEPARTMENT SPECIFICATIONS

General Specifications for Inspection of Material, together with
Appendix II (Metals).
33P14 – Packing, asbestos, valve stem, symbol 1101.
33P16 – Packing, asbestos, rod, high pressure, symbol 1100.
33P17 – Packing, metallic, flexible, symbols 1430 and 1431.
43B11 – Bolts, nuts, studs, tap rivets (and material for same).
43B14 – Bolt-studs, nuts, and rod; steel (for service at temp. up to 850° F.)
44T2 – Threads, standard, for pipe and pipe fittings.
45V1 – Valves, bronze, 100 W.S.P., gate.
46B6 – Brass, Naval, rolled.
46B8 – Bronze, valve: Castings.
46M6 – Metal, gun: Castings.
46M7 – Nickel–copper alloy: rods, bars, shapes, etc.
46S18 – Steel, corrosion–resisting: bars, rods, and forgings, (except for reforging).
46S27 – Steel, corrosion–resisting: Castings.
49S1 – Steel: castings.
49S2 – Steel: forgings for hulls, engines and ordnance.

### BUREAU OF ENGINEERING SPECIFICATIONS

General Specifications for Machinery, Subsection S1-1.

A-2. The following Bureau of Engineering drawings, of the alteration in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies:

B-64 – Hand wheels for valves.
B-139 – Composition flanges, 100 lbs.
B-140 – Composition flanges, 400 lbs.
B-141 – Steel flanges, 400 lbs.
P-153 – Standard application of annual contract packings.
B-159 – Steel flanges, 600 lbs.
B-160 – Type quick closing valves.
B-161 – Type hose gate valve.
B-173 – Forged steel unions.

45VV17(INT)

-2-

2-174 – Steel flanges, 750 lbs.
3-S-570 – Forged steel welding end fittings.
6-Y-554 – Schedule for piping, pipe fittings, valves, etc.

B. CLASSES.

B-1. Gate valves shall be of the following classes:

Class I – For working pressures not greater than 100 pounds per square
inch threaded and flanged ends – composition. (also in steel
for oil services, as required by schedule for valves, etc.,
Bureau drawing 6-Y-554 as listed in Section A.)

Class II – For working pressures from 101 to 200 pounds per square inch,
smaller than 2 inch size, threaded ends – composition.

Class III – For working pressures from 101 to 400 pounds per square inch
threaded, and flanged ends – composition.

Class IV – For working pressures from 101 to 400 pounds per square inch,
sizes 3/4 inch and larger, flanged ends – cast (or forged)
steel.

Class V – For working pressures from 401 to 600 pounds per square inch,
sizes 3/4-inch and larger, flanged ends – cast (or forged)
steel.

Class VI – For working pressures from 601 to 750 pounds per square inch,
sizes 3/4-inch and larger, flanged ends – cast (or forged)
steel.

C. MATERIAL AND WORKMANSHIP.

C-1. **Material.** Unless otherwise approved, all materials used in the construc-
tion of valves shall be as specified in Section E.

C-2. **Workmanship.** All castings shall be clean, sound and free from blow holes,
porosity, cracks and any other injurious defects. The workmanship shall be first
class in all respects.

D. GENERAL REQUIREMENTS.

D-1. **Plans.** Plans shall be furnished as required by the bureau concerned.

D-1a. **Bureau of Engineering.**

D-1a(1). The number, size, arrangement, title, form, etc., shall conform to
the requirements of Subsection S1-1, referred to in Section A.

D-1a(2). The specific plans desired and the information thereon shall in-
clude the following:

Type A.
Type B.
Type D.

-3-

D-1a(3).  Type A drawings shall accompany bids.

D-1a(4).  The number of sets of Type B and Type D drawings, if required, shall be stated in the requisition, contract or order.

D-2.  All valves shall be of the non-rising stem design and so constructed that the stem will not be exposed to the fluid passing through the valve, except that entering the drain hole, when the disk is raised to the full open position.

D-3.  All valves when fully open shall permit an unobstructed flow and the area at any point within the valve shall be not less than the inside area of the pipe or tubing to which connected.

D-4.  All valves shall be so designed that the valve stem may be packed when the valve is in the full open position.

D-5.  All disks shall be of the wedge-type double faced design, made in one piece.

D-6.  All valves shall be provided with disk guides cast integral with the body.

D-7.  Each disk shall have an opening in the bottom to provide drainage.

D-8.  Each stem shall be so threaded with acme type threads that the valve will be opened when the handwheel is turned counter-clockwise.  The end of each stem shall be square and tapered to fit the handwheel.  The stem shall be threaded above the tapered section to provide for a hexagonal securing nut.

D-9.  The stem and thrust collar shall be one integral piece.

D-10.  Unless otherwise specified, each valve 2-1/2 inches and larger shall be provided with an indicator to show whether the valve is open or closed.

D-11.  Each valve shall have distinctly cast or stamped one one side of the body, the size, the trade mark of the maker "100" for Class I valves, "200" for Class II valves, "400" for Class III valves, "400" for Class IV valves, "600" for Class V valves, and "750" for Class VI valves; and the size of the valve.  Valves for oil shall also have the word 'oil' cast or stamped on the bodies.

D-12.  Faces of all flanges shall have at least a fine tool finish.

D-13.  The walls of bodies and bonnets shall be curved surfaces; no flat surfaces shall be permitted.  They shall be ribbed as required to prevent distortion.

45V17(INT)

—4—

D-14. Stuffing boxes shall be separate from the valve bonnets. For valves of 2-1/2 inch size, and above, the glands shall be of the flanged type set up by two nuts working on studs extending through the gland flange.

D-15. All composition gate valves of 2-1/2 inch size and above, and all steel gate valves shall have removable seats. Removable seats shall be screwed into the valve bodies, suitable lugs being provided on the seats for the purpose. The faces of the seats shall be slightly raised at the center to provide a narrow bearing surface not to exceed one-eighth inch in width.

D-16. All gate valves, Classes III, IV, V and VI, 4-1/2 inch size or larger shall be fitted with by passes. The by-pass valves shall be globe valves, the materials of which shall correspond to the gate valves served. The minimum sizes for the by-passes are given below in Table I.

TABLE I.

| Size of gate valve | Size of by-pass valve |
|---|---|
| 4-1/2 inches to 7-1/2 inches, incl. | 1/2 inch, minimum |
| 8 inches to 9-1/2 inches, incl. | 3/4 inch, minimum |
| 10 inches. | 1 inch, minimum |

NOTE. — All by-passes shall be connected to their valves by flanged joints.

D-17. Valve stems shall be packed with one of the packings conforming to N.D. Specs. 33P14, 33P16, or 33P17, referred to in Section A.

E. DETAIL REQUIREMENTS.

E-1. Class I Gate Valves.—

E-1a. Valves shall conform in every particular to N.D. Spec. 45V1, referred to in Section A, except those ordered in steel, which shall conform to N.D. Spec. 45V1 for design and subparagraph E-4c(1) for materials, except that the "bolts" or "studs" and "nuts", shall be steel, N.D. Spec. 43B11, referred to in Section A, Classes B and C, respectively.

45V17(INT)

—6—

E-2. **Class II Gate Valves.**

E-2a. Valves shall be supplied only with threaded ends and in sizes and with dimensions shown in Table II.

TABLE II.

| Size of pipe for which valves are used | Dimensions | |
|---|---|---|
| | Diameter of handwheel—minimum | Distance centerline to top maximum |
| Inches | Inches | Inches |
| 1/4 | 1-1/2 | 4 |
| 1/2 | 1-3/4 | 4-1/4 |
| 3/4 | 2-1/2 | 5 |
| 1 | 2-3/4 | 5-3/4 |
| 1-1/4 | 3 | 6-1/2 |
| 1-1/2 | 3-1/2 | 7-1/2 |

E-2b. The threaded ends shall conform to the requirements of N.D. Spec. 44T2, referred to in Section A.

E-2c. Materials shall be the same as those specified for Class I gate valves.

E-2d. Bonnets may be screwed, or flanged and bolted.

E-2e. Handwheels shall be of malleable iron of non-heat design having three or more spokes. See Table II for minimum diameters.

45V17(INT)

-6-

E-3. **Class III Gate Valves**

E-3a. Valves shall be supplied with threaded or flanged ends as specified in sizes 1-1/2 inches and smaller; and with flanged ends only in sizes 2 inches and above. The dimensions shall conform to those shown in Table III.

TABLE III.

| Size of pipe or tubing for which used | Dimensions | | | |
|---|---|---|---|---|
| | Flanged valves | | Handwheel | Height - Centerline to top - maximum |
| | Diam.of bore | Face to face | Diameter - minimum | |
| Inches | Inches | Inches | Inches | Inches |
| 1/4 | — | — | 1-3/4 | 8 |
| 1/2 | — | — | 2-1/2 | 8-1/2 |
| 3/4 | 1 | 5 | 2-3/4 | 9 |
| 1 | 1-1/4 | 5-1/4 | 3 | 10-1/2 |
| 1-1/4 | 1-1/2 | 6 | 3-1/2 | 11 |
| 1-1/2 | 2 | 7 | 4 | 12 |
| 2 | 2-1/2 | 7-1/2 | 8 | 13 |
| 2-1/2 | 3 | 8 | 9 | 15 |
| 3 | 3-1/2 | 8-1/2 | 10 | 16 |
| 3-1/2 | 4 | 9 | 11 | 17 |
| 4 | 4-1/2 | 9-1/2 | 11 | 18-1/2 |
| 4-1/2 | 5 | 10 | 12 | 20 |
| 5 | 5-1/2 | 10-1/4 | 12 | 21-1/2 |
| 5-1/2 | 6 | 10-1/2 | 14 | 23 |
| 6 | 6-1/2 | 10-3/4 | 16 | 24-1/2 |
| 6-1/2 | 7 | 11 | 18 | 26 |
| 7 | 7-1/2 | 11-1/4 | 18 | 27-1/2 |
| 7-1/2 | 8 | 11-1/2 | 18 | 29 |
| 8 | 8-1/2 | 11-3/4 | 21 | 30-1/2 |
| 8-1/2 | 9 | 12 | 21 | 32 |
| 9 | 9-1/2 | 12-1/2 | 21 | 33-1/2 |
| 9-1/2 | 10 | 13 | 21 | 35 |
| 10 | 10-1/2 | 13-1/2 | 21 | 36-1/2 |

E-3b. The threaded ends shall conform to the requirements of N.D. Spec. 44T2, referred to in Section A.

E-3c. The dimensions of flanges shall conform to Bureau of Engineering drawing B-140, referred to in Section A.

E-3d. Unless otherwise specified, valves shall be delivered with the flanges undrilled.

E-3e. Materials shall be the same as those specified for Class I valves.

—7—

E-3f.  Bonnets for valves 1-1/2 inches and smaller may be screwed.  Those for valves 2 inches and larger shall be flanged.  Flanged bonnets shall be bolted with bolt studs threaded full length and fitted with a nut on each end.

E-3g.  Handwheels for valves, sizes 1-1/2 inches and smaller, shall be of the same type as specified for Class II valves.  Handwheels for valves, sizes 2 inches and larger, shall conform to Bureau of Engineering drawing B-64, referred to in Section A, and shall have diameters not less than those given in Table III.

E-4.  Class IV Gate Valves.

E-4a.  Valves shall have flanged ends and be made only of steel, cast or forged, in all sizes and of dimensions as shown in Table IV.

TABLE IV.

| Size of pipe or tubing for which used | Diameter of Bore | Face to Face | Handwheel Diameter Minimum | Height – Centerline to Top – Maximum |
|---|---|---|---|---|
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 1 | 5 | 3-1/4 | 10 |
| 1 | 1-1/4 | 5-1/4 | 4 | 11 |
| 1-1/4 | 1-1/2 | 6 | 5 | 11-1/2 |
| 1-1/2 | 2 | 7 | 6 | 12-1/2 |
| 2 | 2-1/2 | 7-1/2 | 8 | 13-1/2 |
| 2-1/2 | 3 | 8 | 9 | 15-1/2 |
| 3 | 3-1/2 | 8-1/2 | 10 | 16-1/2 |
| 3-1/2 | 4 | 9 | 11 | 17-1/2 |
| 4 | 4-1/2 | 9-1/2 | 11 | 19 |
| 4-1/2 | 5 | 10 | 12 | 20-1/2 |
| 5 | 5-1/2 | 10-1/4 | 12 | 22 |
| 5-1/2 | 6 | 10-1/2 | 14 | 23-1/2 |
| 6 | 6-1/2 | 10-3/4 | 16 | 25 |
| 6-1/2 | 7 | 11 | 18 | 26-1/2 |
| 7 | 7-1/2 | 11-1/4 | 18 | 28 |
| 7-1/2 | 8 | 11-1/2 | 10 | 29-1/2 |
| 8 | 8-1/2 | 11-3/4 | 21 | 31 |
| 8-1/2 | 9 | 12 | 21 | 32-1/2 |
| 9 | 9-1/2 | 12-1/2 | 21 | 34 |
| 9-1/2 | 10 | 13 | 21 | 35-1/2 |
| 10 | 10-1/2 | 13-1/2 | 21 | 37 |

45V17(INT)

--8--

E-4b.  The dimension of flanges shall conform to Bureau of Engineering drawing
E-141, referred to in Section A.

E-4c.  Unless otherwise specified, valves shall be delivered with the flanges
undrilled.

E-4d.  Materials shall be as follows:

    (1) Oil Service.
        Body bonnet, stuffing box and gland - Class B cast steel (N.D. Spec.
        49S1) or Class B forged steel (N.D. Spec. 49S2).
        Disk and seat - Grade 7 corrosion-resisting steel (N.D. Spec. 46S18)
        or Grade 7 corrosion-resisting steel, cast (N.D. Spec. 46S27),
        The disk may be Class B cast steel (N.D. Spec. 49S1) fitted with
        seating face of either of the former materials.
        Stem - Grade 7 corrosion-resisting steel (N.D. Spec. 46S18).
        Stem nut, index unit and scale - brass.
        Bolt-studs and nuts - steel, (N.D. Spec. 43B14).
        Bolts and nuts - (N.D. Spec. 43B11).

    (2) Air, Exhaust Steam or Water Services.
        Body, bonnet and stuffing box - same materials as specified for "Oil
        Service".
        Disk and seat - Gun metal (N.D. Spec. 46M6) or special composition of
        non-galling characteristics as approved.
        Stem - nickel-copper alloy, rolled (N.D. Spec. 46M7).
        Stuffing box gland, stem nut, index units and scale - brass.
        Bolt -studs and nuts - steel (N.D. Spec. 43B14).
        Bolt and nuts - (N.D. Spec. 43B11).

E-4e.  Bonnets shall be flanged and bolted with bolt studs threaded full
length and fitted with a nut on each end.

E-4f.  Handwheels shall conform to Bureau of Engineering drawing B-64, referred
to in Section A, and shall have diameters not less than those given in Table IV.

E-5.  Class V Gate Valves.

E-5a.  Valves shall have flanged ends, shall be made in all sizes, and shall
be of the dimensions given in Table V.

—9—

### TABLE V.

| Size of pipe or tubing for which used | Dimensions | | | |
|---|---|---|---|---|
| | Diameter of Bore | Face to face over raised surface | Handwheel Diameter Minimum | Height Center-line to top – maximum |
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 3/4 | 7-1/2 | 6 | 8-1/2 |
| 1 | 1 | 8-1/2 | 7 | 9-1/2 |
| 1-1/4 | 1-1/4 | 9 | 7 | 11 |
| 1-1/2 | 1-1/2 | 9-1/2 | 8 | 12-1/2 |
| 2 | 2 | 11-1/2 | 8 | 15 |
| 2-1/2 | 2-1/2 | 13 | 9 | 16-5/8 |
| 3 | 3 | 14 | 10 | 18-1/4 |
| 3-1/2 | 3-1/2 | 15 | 10 | 19 |
| 4 | 4 | 16 | 12 | 22 |
| 4-1/2 | 4-1/2 | 17 | 12 | 24 |
| 5 | 5 | 18 | 14 | 26 |
| 5-1/2 | 5-1/2 | 19 | 16 | 27-1/4 |
| 6 | 6 | 19-1/2 | 16 | 28-1/4 |
| 6-1/2 | 6-1/2 | 20-1/2 | 18 | 30 |
| 7 | 7 | 21-1/2 | 18 | 31 |
| 7-1/2 | 7-1/2 | 22-1/2 | 18 | 33 |
| 8 | 8 | 23-1/2 | 21 | 35 |
| 8-1/2 | 8-1/2 | 24-1/4 | 21 | 36 |
| 9 | 9 | 25 | 21 | 37 |
| 9-1/2 | 9-1/2 | 25-3/4 | 21 | 38 |
| 10 | 10 | 26-1/2 | 21 | 39 |

E-5b. The dimensions of flanges shall conform to Bureau of Engineering drawings B-159 and 3-S-530 referred to in Section A. Raised surfaces on all valve flanges shall be 1/4-inch in height.

E-5c. Valves shall be furnished with flanges drilled; bolt holes to straddle the center lines.

E-5d. Materials shall be the same as specified for Class IV valves.

E-5e. Bonnets shall be bolted with bolt-studs threaded full length and fitted with a nut on each end.

E-5f. Handwheels shall conform to Bureau of Engineering drawing 3-64, referred to in Section A, and shall have diameters not less than those given in Table V.

45V17(INT)

-10-

### E-6. Class VI Gate Valves.

E-6a. Valves shall have flanged ends, shall be made in all sizes, and shall be of the dimensions given in Table VI.

TABLE VI.

| Size of pipe or tubing for which used | Diameter of bore | Face to face over raised surface | Handwheels Diameter, minimum | Height centerline to top — maximum |
|---|---|---|---|---|
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 3/4 | 7-1/2 | 6 | 10-1/2 |
| 1 | 1 | 8-1/2 | 7 | 11 |
| 1-1/4 | 1-1/4 | 9 | 7 | 11-1/2 |
| 1-1/2 | 1-1/2 | 9-1/2 | 8 | 13 |
| 2 | 2 | 11-1/2 | 9 | 16-1/2 |
| 2-1/2 | 2-1/2 | 13 | 9 | 17 |
| 3 | 3 | 14 | 10 | 19 |
| 3-1/2 | 3-1/2 | 15-1/2 | 12 | 19-1/2 |
| 4 | 4 | 17 | 14 | 24 |
| 4-1/2 | 4-1/2 | 18-1/2 | 14 | 26 |
| 5 | 5 | 20 | 16 | 28 |
| 5-1/2 | 5-1/2 | 21 | 18 | 29 |
| 6 | 6 | 22 | 18 | 30-1/2 |
| 6-1/2 | 6-3/8 | 23 | 21 | 32-1/2 |
| 7 | 6-7/8 | 24 | 21 | 33-1/2 |
| 7-1/2 | 7-3/8 | 25 | 21 | 35-1/2 |
| 8 | 7-7/8 | 26 | 24 | 37-1/2 |
| 8-1/2 | 8-3/8 | 27-1/4 | 24 | 38-1/2 |
| 9 | 8-3/4 | 28-1/2 | 24 | 39-1/2 |
| 9-1/2 | 9-1/4 | 29-3/4 | 24 | 40-1/2 |
| 10 | 9-3/4 | 31 | 27 | 41-1/2 |

E-6b. The dimensions of flanges shall conform to Bureau of Engineering drawings B-174 and 3-S-630, referred to in Section A. Raised faces on all valves shall be 1/4-inch in height.

E-6c. Valves shall be furnished with flanges drilled; bolt holes to straddle the center lines.

E-6d. Materials shall be the same as specified for Class IV valves.

E-6e. Bonnets shall be bolted with bolt-studs threaded full length and fitted with a nut on each end.

E-6f. Handwheels shall conform to Bureau of Engineering drawing B-64, referred to in Section A, and shall have diameters not less than those given in Table VI.

-11-

F. METHODS OF SAMPLING, INSPECTION AND TESTS.

F-1. Chemical and physical tests shall be made on samples of material taken during manufacture as required by the specifications covering the various materials used.

F-2. Each valve shall be inspected for defects of workmanship and compliance with specified dimensions.

F-3. Each valve shall be tested as follows:

(a) By hydrostatic pressure, as tabulated below, for strength and porosity with the gate open.

(b) By hydrostatic pressure, as tabulated below, for tightness on seat with the gate closed by hand and without the use of a wrench or equivalent, the pressure to be applied alternately on both sides of the gate with the side opposite the pressure open for inspection in each case.

## Hydrostatic Test Pressure

|  | (1) Open | (2) Closed |
|---|---|---|
| Class I........................ | 200 lbs. per sq. in. gage | 100 lbs. per sq. in. gage |
| Class II....................... | 300 lbs. per sq. in. gage | 200 lbs. per sq. in. gage |
| Class III...................... | 600 lbs. per sq. in. gage | 400 lbs. per sq. in. gage |
| Class IV....................... | 750 lbs. per sq. in. gage | 400 lbs. per sq. in. gage |
| Class V........................ | 1000 lbs. per sq. in. gage | 500 lbs. per sq. in. gage |
| Class VI....................... | 1500 lbs. per sq. in. gage | 750 lbs. per sq. in. gage |

F-4. The appliance for the hydrostatic testing of flanged valves shall not restrict longitudinal expansion.

G. PACKAGING, PACKING AND MARKING FOR SHIPMENT.

G-1. Packing.- Unless otherwise specified, the subject commodity shall be delivered in substantial wooden containers so constructed as to insure safe delivery by common or other carriers to the point of delivery at the lowest rate, and to withstand further shipment and handling if necessary without repacking. A single container, when packed for shipment, shall weigh not in excess of approximately 250 pounds gross. Valves weighing in excess of 125 pounds each shall be packed singly. Not more than one size, type, or kind of valves shall be packed in a single container.

G-2. Marking.- Unless otherwise specified, shipping containers shall be marked with the name of the material, the class, size and the quantity contained therein as defined by the contract or order under which shipment is made, the name of the contractor, the number of the contract or order and the gross weight.

45V17(INT)

-12-

H.  NOTES.

H-1.  Requisitions and contracts or orders should state the quantity of each
class and the size of valves desired and the number of Type B and D drawings
desired.

H-2.  This specification supersedes Supplementary General Specification for
Machinery, SGS(48)-20 formerly issued by the Bureau of Engineering, Navy Department,
Washington, D.C.

H-3.  Copies of Drawings and Specifications.

H-3a.  Copies of Drawings.- Copies of Bureau of Engineering drawings may be
obtained only upon application to the Bureau of Engineering, Navy Department,
Washington, D.C.  When requesting refer to drawings by both title and number.

H-3b.  Copies of Bureau of Engineering Specifications.- Copies of Bureau of
Engineering Specifications may be obtained only upon application to the Bureau of
Engineering, Navy Department, Washington, D.C.  When requesting, refer to Specifi-
cation by both title and number.

H-3c.  Copies of Navy Department Specifications.- Copies of Navy Department
Specifications may be obtained upon application to the Bureau of Supplies and
Accounts, Navy Department, Washington, D.C., except that Naval activities should
make application to the Commandant, Navy Yard, New York, N.Y.  When requesting,
refer to specification by both title and number.

BUREAU OF ENGINEERING SPECIFICATION

VALVES, GATE, FOR WATER, OIL, EXHAUST STEAM OR AIR SERVICES

(SHIPBOARD USE)

---

A. APPLICABLE SPECIFICATIONS AND DRAWINGS.

A-1. The following specifications, of the issue in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies.

NAVY DEPARTMENT SPECIFICATIONS

General Specifications for Inspection of Material, together with Appendix II (Metals).
33P14 — Packing, asbestos, valve stem, symbol 1101.
33P16 — Packing, asbestos, rod, high pressure, symbol 1100.
33P17 — Packing, metallic, flexible, symbols 1430 and 1431.
43B11 — Bolts, nuts, studs, tap rivets (and material for same).
43B14 — Bolt-studs, nuts, and rod; steel (for service at temp. up to 850° F.)
44T2 — Threads, standard, for pipe and pipe fittings.
45V1 — Valves, bronze, 100 W.S.P., gate.
46B6 — Brass, naval, rolled.
46B8 — Bronze, valve: Castings.
46M6 — Metal, gun: Castings.
46M7 — Nickel-copper alloy; rods, bars, shapes, etc.
46S18 — Steel, corrosion-resisting; bars, rods, and forgings (except for reforging).
46S27 — Steel, corrosion-resisting: Castings.
49S1 — Steel; Castings.
49S2 — Steel; Forgings for hulls, engines and ordnance.

BUREAU OF ENGINEERING SPECIFICATIONS

General Specifications for Machinery, Subsection S1-1.

A-2. The following Bureau of Engineering drawings, of the latest alteration in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies:

B-64 — Hand wheels for valves.
B-139 — Composition flanges, 100 lbs.
B-140 — Composition flanges, 200 and 400 lbs.
B-141 — Steel flanges, 400 lbs.
B-153 — Standard application of annual contract packings.
B-159 — Steel flanges, 600 lbs.
B-160 — Type quick closing valves.
B-161 — Type hose gate valve.
B-173 — Forged steel unions.

B-174 — Steel flanges.
3-S-530 — Forged steel welding end fittings.
6-Y-554 — Schedule for piping, pipe fittings, valves and type of joints
used in piping systems.

B. CLASSES.

B-1. Gate valves shall be of the following classes:

Class I — For working pressures not greater than 100 pounds per square
inch threaded and flanged ends — composition. (also in steel
for oil services, as required by schedule for valves, etc.,
Bureau drawing 6-Y-554 as listed in Section A.)

Class II — For working pressures from 101 to 200 pounds per square inch,
smaller than 2 inch size, threaded ends — composition.

Class III — For working pressures from 101 to 400 pounds per square inch
threaded, and flanged ends — composition.

Class IV — For working pressures from 101 to 400 pounds per square inch,
sizes 3/4 inch and larger, flanged ends — cast (or forged)
steel.

Class V — For working pressures from 401 to 600 pounds per square inch,
sizes 3/4 inch and larger, flanged ends — cast (or forged)
steel.

Class VI — For working pressures from 601 to 750 pounds per square inch,
sizes 3/4 inch and larger, flanged ends — cast (or forged)
steel.

C. MATERIAL AND WORKMANSHIP.

C-1. Departures from Referenced Specifications.— The use of materials differ-
ing from the referenced Navy Department specifications will be considered when it
can be clearly demonstrated that an improvement in operating characteristics, or a
saving in weight without sacrifice in reliability can be accomplished thereby, or
that such substitutes do not preclude the subsequent use of Navy standard materials
in effecting repairs or replacements necessitated by service wear. Specific ap-
proval shall be obtained where departures are made from the referenced specifi-
cations.

C-2. Materials.— All materials used in the construction of valves shall be as
specified in Section B. Alternate materials will be considered in lieu of those
specified but their use will only be permitted after the bureau concerned has
been satisfied by test or other means that the proposed substitutes fully meet
the service requirements.

C-3. Threaded Parts: Standard Bolts, Nuts and Machine Screws.— Bolts and nuts
shall conform to N.D. Specs. 43B11, and 43B14 referred to in Section A.

C-4. Workmanship.— All castings shall be clean, sound and free from blow holes,
porosity, cracks and any other injurious defects. The workmanship shall be first
class in all respects.

—5—

## D. GENERAL REQUIREMENTS.

D-1. **Plans.**— Plans shall be furnished as required by the bureau concerned.

D-1a. **Bureau of Engineering.**

D-1a(1). The number, size, arrangement, title, form, etc., shall conform to the requirements of Subsection S1-1, referred to in Section A.

D-1a(2). The specific plans desired and the information thereon shall include the following:

> Type A.
> Type B.
> Type D.

D-1a(3). Type A drawings shall accompany bids.

D-1a(4). The number of sets of Type B and Type D drawings, if required, shall be stated in the requisition, contract or order.

D-2. All valves shall be of the non-rising stem design and so constructed that the stem will not be exposed to the fluid passing through the valve, except that entering the drain hole, when the disk is raised to the full open position.

D-3. All valves when fully open shall permit an unobstructed flow and the area at any point within the valve shall be not less than the inside area of the pipe or tubing to which connected.

D-4. All valves shall be so designed that the valve stem may be packed when the valve is in the full-open position.

D-5. All disks shall be of the wedge-type double-faced design, made in one piece.

D-6. All valves shall be provided with disk guides cast integral with the body.

D-7. Each disk shall have an opening in the bottom to provide drainage.

D-8. Each stem shall be so threaded with same type threads that the valve will be opened when the handwheel is turned counterclockwise. The end of each stem shall be square and tapered to fit the handwheel. The stem shall be threaded above the tapered section to provide for a hexagonal securing nut.

D-9. The stem and thrust collar shall be one integral piece.

D-10. Unless otherwise specified, each valve 2-1/2 inches and larger shall be provided with an indicator to show whether the valve is open or closed.

D-11. Each valve shall have distinctly cast or stamped on one side of the body, the size, the trade mark of the maker, "100" for Class I valves, "200" for Class II valves, "400" for Class III valves, "300" for Class IV valves, "400" for Class V valves, and "600" for Class VI valves; and the size of the valve. Valves for oil shall also have the word 'oil' cast or stamped on the bodies.

45V17(INT)

—4—

D-12. The walls of bodies and bonnets shall be curved surfaces; no flat surfaces shall be permitted. They shall be ribbed as required to prevent distortion.

D-13. Stuffing boxes shall be separate from the valve bonnets. For valves of 2-1/2 inch size, and above, the glands shall be of the flanged type set up by two nuts working on studs extending through the gland flange.

D-14. All composition gate valves of 2-1/2 inch size and above, and all steel gate valves shall have removable seats. Removable seats shall be screwed into the valve bodies, suitable lugs being provided on the seats for the purpose. The faces of the seats shall be slightly raised at the center to provide a narrow bearing surface not to exceed one-eighth inch in width.

D-15. All gate valves, Classes III, IV, V and VI, 4-1/2 inch size or larger shall be fitted with by passes. The by-pass valves shall be globe valves, the materials of which shall correspond to the gate valves served. The minimum sizes for the by-passes are given below in Table I.

TABLE I.

| Size of gate valve | Size of by-pass valve |
|---|---|
| 4-1/2 inches to 7-1/2 inches, incl........................ | 1/2 inch, minimum |
| 8 inches to 9-1/2 inches, incl. | 3/4 inch, minimum |
| 10 inches........................ | 1-inch, minimum |

NOTE:- All by-passes shall be connected to their valves by flanged joints.

D-16. Valves stems shall be packed with one of the packings conforming to N.D. Specs. 33F14, 33F16, or 33F17, referred to in Section A.

E. DETAIL REQUIREMENTS.

E-1. Class I Gate Valves.

E-1a. Valves shall conform in every particular to N.D. Specs. 45V1, referred to in Section A, except when ordered in steel, which shall conform to N.D. Specs. 45V1 for design and subparagraph E-4c(1) for materials, but the "bolts" or "studs" and "nuts", shall be steel, N.D. Specs. 43B11, referred to in Section A, Classes B and C, respectively.

E-2a. Valves shall be supplied only with threaded ends and in sizes and with dimensions shown in Table II.

TABLE II.

| Size of Pipe for which Valves are used | Dimensions | |
|---|---|---|
| | Diameter of handwheel-minimum | Distance centerline to top maximum |
| Inches | Inches | Inches |
| 1/4 | 1-1/2 | 4 |
| 1/2 | 1-3/4 | 4-1/4 |
| 3/4 | 2-1/2 | 5 |
| 1 | 2-3/4 | 5-3/4 |
| 1-1/4 | 3 | 6-1/2 |
| 1-1/2 | 3-1/2 | 7-1/2 |

E-2b. The threaded ends shall conform to the requirements of N.D. Specs. 44T2, referred to in Section A.

E-2c. Materials shall be the same as those specified for Class I gate valves.

E-2d. Bonnets may be screwed, or flanged and bolted.

E-2e. Handwheels shall be of malleable iron of non-heat design having three or more spokes. See Table II for minimum diameters.

### E-3. Class III Gate Valves.

E-3a. Valves shall be supplied with threaded or flanged ends as specified in sizes 1-1/2 inches and smaller; and with flanged ends only in sizes 2 inches and above. The dimensions shall conform to those shown in Table III.

TABLE III.

| Size of Pipe or Tubing for which used | Flanged Valves | | Handwheel | Height - Centerline to Top-Maximum |
|---|---|---|---|---|
| | Diam. of Bore | Face to Face | Diameter - minimum | |
| Inches | Inches | Inches | Inches | Inches |
| 1/4 | --- | --- | 1-3/4 | 8 |
| 1/2 | --- | --- | 2-1/2 | 8-1/2 |
| 3/4 | 1 | 5 | 2-3/4 | 9 |
| 1 | 1-1/4 | 5-1/4 | 3 | 10-1/2 |
| 1-1/4 | 1-1/2 | 6 | 3-1/2 | 11 |
| 1-1/2 | 2 | 7 | 4 | 12 |
| 2 | 2-1/2 | 7-1/2 | 8 | 13 |
| 2-1/2 | 3 | 8 | 9 | 15 |
| 3 | 3-1/2 | 8-1/2 | 10 | 16 |
| 3-1/2 | 4 | 9 | 11 | 17 |
| 4 | 4-1/2 | 9-1/2 | 11 | 18-1/2 |
| 4-1/2 | 5 | 10 | 12 | 20 |
| 5 | 5-1/2 | 10-1/4 | 12 | 21-1/2 |
| 5-1/2 | 6 | 10-1/2 | 14 | 23 |
| 6 | 6-1/2 | 10-3/4 | 16 | 24-1/2 |
| 6-1/2 | 7 | 11 | 18 | 26 |
| 7 | 7-1/2 | 11-1/4 | 18 | 27-1/2 |
| 7-1/2 | 8 | 11-1/2 | 18 | 29 |
| 8 | 8-1/2 | 11-3/4 | 21 | 30-1/2 |
| 8-1/2 | 9 | 12 | 21 | 32 |
| 9 | 9-1/2 | 12-1/2 | 21 | 33-1/2 |
| 9-1/2 | 10 | 13 | 21 | 35 |
| 10 | 10-1/2 | 13-1/2 | 21 | 36-1/2 |

45V17(INT)

-6-

E-3b. The threaded ends shall conform to the requirements of N. D. Specs. 44T2, referred to in Section A.

E-3c. The dimensions of flanges shall conform to Bureau standard B-140, referred to in Section A.

E-3d. Materials shall be the same as those specified for Class I valves.

E-3e. Bonnets for valves 1-1/2 inches and smaller may be screwed. Those for valves 2 inches and larger shall be flanged. Flanged bonnets shall be bolted with bolt studs threaded full length and fitted with a nut on each end.

E-3f. Handwheels for valves, sizes 1-1/2 inches and smaller, shall be of the same type as specified for Class II valves. Handwheels for valves, sizes 2 inches and larger, shall conform to Bureau standard B-64, referred to in Section A, and with diameters not less than those given in Table III.

E-4. Class IV Gate Valves.

E-4a. Valves shall have flanged ends and be supplied only of steel, cast or forged, in all sizes and of dimensions as shown in Table IV.

TABLE IV.

| Size of Pipe or Tubing for which used | Dimensions | | | |
|---|---|---|---|---|
| | Diameter of Bore | Face to Face | Handwheel Diameter Minimum | Height Centerline to top maximum |
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 1 | 5 | 3-1/4 | 10 |
| 1 | 1-1/4 | 5-1/4 | 4 | 11 |
| 1-1/4 | 1-1/2 | 6 | 5 | 11-1/2 |
| 1-1/2 | 2 | 7 | 6 | 12-1/2 |
| 2 | 2-1/2 | 7-1/2 | 8 | 13-1/2 |
| 2-1/2 | 3 | 8 | 9 | 15-1/2 |
| 3 | 3-1/2 | 8-1/2 | 10 | 16-1/2 |
| 3-1/2 | 4 | 9 | 11 | 17-1/2 |
| 4 | 4-1/2 | 9-1/2 | 11 | 19 |
| 4-1/2 | 5 | 10 | 12 | 20-1/2 |
| 5 | 5-1/2 | 10-1/4 | 12 | 22 |
| 5-1/2 | 6 | 10-1/2 | 14 | 23-1/2 |
| 6 | 6-1/2 | 10-3/4 | 16 | 25 |
| 6-1/2 | 7 | 11 | 18 | 26-1/2 |
| 7 | 7-1/2 | 11-1/4 | 18 | 28 |
| 7-1/2 | 8 | 11-1/2 | 18 | 29-1/2 |
| 8 | 8-1/2 | 11-3/4 | 21 | 31 |
| 8-1/2 | 9 | 12 | 21 | 32-1/2 |
| 9 | 9-1/2 | 12-1/2 | 21 | 34 |
| 9-1/2 | 10 | 13 | 21 | 35-1/2 |
| 10 | 10-1/2 | 13-1/2 | 21 | 37 |

–7–

E-4b.  The dimension of flanges shall conform to Bureau standard B-141, referred to in Section A.

E-4c.  Materials shall be as follows:

(1)  Oil Service.
Body, bonnet, stuffing box and gland – Class D cast steel (N.D. Specs. 49S1) or Class B forged steel (N.D. Specs. 49S2).
Disk and seat – CRS-1 corrosion-resisting steel (N.D. Specs. 46S18) or free maching cast corrosion-resisting steel (N.D. Specs. 45S27).
The disk may be Class D cast steel (N.D. Specs. 49S1) fitted with seating face of either of the former materials.
Stem – CRS-7 corrosion-resisting steel (N.D. Specs. 46S18).
Stem nut, index unit and scale – brass.
Bolt-studs and nuts – steel, (N.D. Specs. 43B14).
Bolts and nuts – (N.D. Specs. 43B11).

(2)  Air, Exhaust Steam or Water Services.
Body, bonnet and stuffing box – same materials as specified for "Oil Service".
Disk and seat – Gun metal (N.D. Specs. 46M6) or special composition of non-galling characteristics as approved.
Stem – nickel-copper alloy, rolled (N.D. Specs. 46M7).
Stuffing box gland, stem nut, index units and scale – brass.
Bolt-studs and nuts – steel (N.D. Specs. 43B14).
Bolt and nuts – (N.D. Specs. 43B11).

E-4d.  Bonnets shall be flanged and bolted with bolt studs threaded full length and fitted with a nut on each end.

E-4e.  Handwheels shall conform to Bureau standard B-64, referred to in Section A, and with diameters not less than those given in Table IV.

E-5.  Class V Gate Valves.

E-5a.  Valves shall have flanged ends and be made in all sizes and of the dimensions given in Table V.

45V17(INT)

—3—

TABLE V.

| Size of Pipe or Tubing for which used | Dimensions | | | |
|---|---|---|---|---|
| | Diameter of Bore | Face to face over raised surface | Handwheel Diameter Minimum | Height Center-line to top — maximum |
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 3/4 | 7-1/2 | 6 | 8-1/2 |
| 1 | 1 | 8-1/2 | 7 | 9-1/2 |
| 1-1/4 | 1-1/4 | 9 | 7 | 11 |
| 1-1/2 | 1-1/2 | 9-1/2 | 8 | 13-1/2 |
| 2 | 2 | 11-1/2 | 8 | 15 |
| 2-1/2 | 2-1/2 | 13 | 9 | 16-5/8 |
| 3 | 3 | 14 | 10 | 18-1/4 |
| 3-1/2 | 3-1/2 | 15 | 10 | 19 |
| 4 | 4 | 16 | 12 | 22 |
| 4-1/2 | 4-1/2 | 17 | 12 | 24 |
| 5 | 5 | 18 | 14 | 26 |
| 5-1/2 | 5-1/2 | 19 | 16 | 27-1/4 |
| 6 | 6 | 19-1/2 | 16 | 28-1/4 |
| 6-1/2 | 6-1/2 | 20-1/2 | 18 | 30 |
| 7 | 7 | 21-1/2 | 18 | 31 |
| 7-1/2 | 7-1/2 | 22-1/2 | 18 | 33 |
| 8 | 8 | 23-1/2 | 21 | 35 |
| 8-1/2 | 8-1/2 | 24-1/4 | 21 | 36 |
| 9 | 9 | 25 | 21 | 37 |
| 9-1/2 | 9-1/2 | 25-3/4 | 21 | 38 |
| 10 | 10 | 26-1/2 | 21 | 39 |

E-5b.  The dimensions of flanges shall conform to Bureau drawings B-159 and 3-S-530 referred to in Section A.  Raised surfaces on all valve flanges shall be 1/4 inch in height.

E-5c.  Materials shall be the same as specified for Class IV valves.

E-5d.  Bonnets shall be bolted with bolt-studs threaded full length and fitted with a nut on each end.

E-5e.  Handwheels shall conform to Bureau standard B-64, referred to in Section A, and with diameters not less than those given in Table V.

45V17(INT)

--9--

E-6. Class VI Gate Valves.

E-6a. Valves shall have flanged ends and be made in all sizes and of the dimensions given in Table VI.

TABLE VI.

| Size of pipe or tubing for which used | Dimensions | | | |
|---|---|---|---|---|
| | Diameter of bore | Face to face over raised surface | Handwheel Diameter, minimum | Height centerline to top — maximum |
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 3/4 | 7-1/2 | 6 | 10-1/3 |
| 1 | 1 | 8-1/2 | 7 | 11 |
| 1-1/4 | 1-1/4 | 9 | 7 | 11-1/2 |
| 1-1/2 | 1-1/2 | 9-1/2 | 8 | 13 |
| 2 | 2 | 11-1/2 | 9 | 16-1/2 |
| 2-1/2 | 2-1/2 | 13 | 9 | 17 |
| 3 | 3 | 14 | 10 | 19 |
| 3-1/2 | 3-1/2 | 15-1/2 | 12 | 19-1/2 |
| 4 | 4 | 17 | 14 | 34 |
| 4-1/2 | 4-1/2 | 18-1/2 | 14 | 36 |
| 5 | 5 | 20 | 16 | 28 |
| 5-1/2 | 5-1/2 | 21 | 18 | 29 |
| 6 | 6 | 22 | 18 | 30-1/2 |
| 6-1/2 | 6-3/8 | 23 | 21 | 32-1/2 |
| 7 | 6-7/8 | 24 | 21 | 33-1/2 |
| 7-1/2 | 7-3/8 | 25 | 21 | 35-1/2 |
| 8 | 7-7/8 | 26 | 24 | 37-1/2 |
| 8-1/2 | 8-3/8 | 27-1/4 | 24 | 38-1/2 |
| 9 | 8-3/4 | 28-1/2 | 24 | 39-1/2 |
| 9-1/2 | 9-1/4 | 29-3/4 | 24 | 40-1/2 |
| 10 | 9-3/4 | 31 | 27 | 41-1/2 |

E-6b. The dimensions of flanges shall conform to Bureau drawings B-174 and 3-S-530, referred to in Section A. Raised faces on all valves shall be 1/4-inch in height.

E-6c. Materials shall be the same as specified for Class IV valves.

E-6d. Bonnets shall be bolted with bolt-studs threaded full length and fitted with a nut on each end.

E-6e. Handwheels shall conform to Bureau standard B-64, referred to in Section A, and with diameters not less than those given in Table VI.

45V17(INT)

–10–

F. METHODS OF SAMPLING, INSPECTION AND TESTS.

F-1. Chemical and physical tests shall be made on samples of material taken during manufacture as required by the specifications covering the various materials used.

F-2. Each valve shall be inspected for defects of workmanship and compliance with specified dimensions.

F-3. Each valve shall be tested as follows:

(a) By hydrostatic pressure, as tabulated below, for strength and porosity with the gate open.

(b) By hydrostatic pressure, as tabulated below, for tightness on seat with the gate closed by hand and without the use of a wrench or equivalent, the pressure to be applied alternately on both sides of the gate with the side opposite the pressure open for inspection in each case.

### Hydrostatic Test Pressures

| | (1) Open | (2) Closed |
|---|---|---|
| Class I | 160 lbs. per sq. in.gage | 100 lbs. per sq. in. gage |
| Class II | 300 lbs. per sq. in.gage | 200 lbs. per sq. in. gage |
| Class III | 600 lbs. per sq. in.gage | 400 lbs. per sq. in. gage |
| Class IV | 750 lbs. per sq. in.gage | 400 lbs. per sq. in. gage |
| Class V | 1000 lbs. per sq. in.gage | 500 lbs. per sq. in. gage |
| Class VI | 1500 lbs. per sq. in.gage | 750 lbs. per sq. in. gage |

F-4. The appliance for the hydrostatic testing of flanged valves shall not restrict longitudinal expansion.

G. PACKAGING, PACKING AND MARKING FOR SHIPMENT.

G-1. Packing.– Unless otherwise specified, valves shall be delivered in substantial commercial containers so constructed as to insure acceptance by common or other carrier for safe transportation at the lowest rate to the point of delivery.

G-2. Marking.– Unless otherwise specified, shipping containers shall be marked with the name of the material, the class, size and the quantity contained therein as defined by the contract or order under which shipment is made, the name of the contractor and the number of the contract or order.

-11-

H. NOTES.

H-1. Requisitions and contracts or orders should state the quantity of each class and the size of valves desired and the number of Type B and D drawings desired.

H-2. This specification supersedes Supplementary General Specification for Machinery, SGS(48)-20 formerly issued by the Bureau of Engineering, Navy Department, Washington, D. C.

H-3. <u>Copies of Drawings and Specifications.</u>-

H-3a. <u>Copies of Drawings.</u>- Copies of Bureau of Engineering drawings may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D. C. When requesting, refer to drawings by both title and number.

H-3b. <u>Copies of Bureau of Engineering Specifications.</u>- Copies of Bureau of Engineering Specifications may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D. C. When requesting, refer to Specification by both title and number.

H-3c. <u>Copies of Navy Department Specifications.</u>- Copies of Navy Department Specifications may be obtained upon application to the Bureau of Supplies and Accounts, Navy Department, Washington, D. C. When requesting, refer to specification by both title and number.

BUREAU OF ENGINEERING SPECIFICATION

VALVES, GATE, FOR WATER, OIL, EXHAUST STEAM OR AIR SERVICES

(SHIPBOARD USE)

---

## A. APPLICABLE SPECIFICATIONS AND DRAWINGS.

A-1. The following specifications, of the issue in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies.

### NAVY DEPARTMENT SPECIFICATIONS

General Specifications for Inspection of Material, together with Appendix II (Metals).

33P14 -- Packing, asbestos, valve stem, symbol 1101.
33P16 -- Packing, asbestos, rod, high pressure, symbol 1100.
33P17 -- Packing, metallic, flexible, symbols 1430 and 1431.
43B11 -- Bolts, nuts, studs, tap rivets (and material for same).
43B14 -- Bolt-studs, nuts, and rod; steel (for service at temp. up to 850° F.).
44T2 -- Threads, standard, for pipe and pipe fittings.
45V1 -- Valves, bronze, 100 W.S.P.; gate.
46B6 -- Brass, naval, rolled.
46B8 -- Bronze, valve: Castings.
46M6 -- Metal, gun: Castings.
46M7 -- Nickel-copper alloy; rods, bars, shapes, etc.
46S18 -- Steel, corrosion-resisting; bars, rods, and forgings (except for reforging).
46S27 -- Steel, corrosion-resisting: Castings.
49S1 -- Steel: Castings.
49S2 -- Steel; Forgings for hulls, engines and ordnance.

### BUREAU OF ENGINEERING SPECIFICATIONS

General Specifications for Machinery, Subsection S1-1.

A-2. The following Bureau of Engineering drawings, of the latest alteration in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies:

B-64 -- Hand wheels for valves.
B-139 -- Composition flanges, 100 lbs.
B-140 -- Composition flanges, 200 and 400 lbs.
B-141 -- Steel flanges, 400 lbs.
B-153 -- Standard application of annual contract packings.
B-159 -- Steel flanges, 600 lbs.
B-160 -- Type quick closing valves.
B-161 -- Type hose gate valve.
B-173 -- Forged steel unions.

B-174 → Steel flanges.
3-S-530 → Forged steel welding end fittings.
6-Y-554 → Schedule for piping, pipe fittings, valves and type of joints used in piping systems.

B.  CLASSES.

B-1.  Gate valves shall be of the following classes:

Class I → For working pressures not greater than 100 pounds per square inch threaded and flanged ends — composition. (also in steel for oil services, as required by schedule for valves, etc., Bureau drawing 6-Y-554 as listed in Section A.)

Class II → For working pressures from 101 to 200 pounds per square inch, smaller than 2 inch size, threaded ends — composition.

Class III → For working pressures from 101 to 400 pounds per square inch threaded, and flanged ends — composition.

Class IV → For working pressures from 101 to 400 pounds per square inch, sizes 3/4 inch and larger, flanged ends — cast (or forged) steel.

Class V → For working pressures from 401 to 600 pounds per square inch, sizes 3/4 inch and larger, flanged ends — cast (or forged) steel.

Class VI → For working pressures from 601 to 750 pounds per square inch, sizes 3/4 inch and larger, flanged ends — cast (or forged) steel.

C.  MATERIAL AND WORKMANSHIP.

C-1.  Departures from Referenced Specifications.— The use of materials differing from the referenced Navy Department specifications will be considered when it can be clearly demonstrated that an improvement in operating characteristics, or a saving in weight without sacrifice in reliability can be accomplished thereby, or that such substitutes do not preclude the subsequent use of Navy standard materials in effecting repairs or replacements necessitated by service wear.  Specific approval shall be obtained where departures are made from the referenced specifications.

C-2.  Materials.— All materials used in the construction of valves shall be as specified in Section E.  Alternate materials will be considered in lieu of those specified but their use will only be permitted after the bureau concerned has been satisfied by test or other means that the proposed substitutes fully meet the service requirements.

C-3.  Threaded Parts: Standard Bolts, Nuts and Machine Screws.— Bolts and nuts shall conform to N.D. Specs. 43B11, and 43B14 referred to in Section A.

C-4.  Workmanship.— All castings shall be clean, sound and free from blow holes, porosity, cracks and any other injurious defects.  The workmanship shall be first class in all respects.

D.  GENERAL REQUIREMENTS.

D-1.  Plans.  Plans shall be furnished as required by the bureau concerned.

D-1a.  Bureau of Engineering.

D-1a(1).  The number, size, arrangement, title, form, etc., shall conform to the requirements of Subsection SL-1, referred to in Section A.

D-1a(2).  The specific plans desired and the information thereon shall include the following:

Type A.
Type B.
Type C.

D-1a(3).  Type A drawings shall accompany bids.

D-1a(4).  The number of sets of Type B and Type D drawings, if required, shall be stated in the requisition, contract or order.

D-2.  All valves shall be of the non-rising stem design and so constructed that the stem will not be exposed to the fluid passing through the valve, except that entering the drain hole, when the disk is raised to the full open position.

D-3.  All valves when fully open shall permit an unobstructed flow and the area at any point within the valve shall be not less than the inside area of the pipe or tubing to which connected.

D-4.  All valves shall be so designed that the valve stem may be packed when the valve is in the full-open position.

D-5.  All disks shall be of the wedge-type double-faced design, made in one piece.

D-6.  All valves shall be provided with disk guides cast integral with the body.

D-7.  Each disk shall have an opening in the bottom to provide drainage.

D-8.  Each stem shall be so threaded with acme type threads that the valve will be opened when the handwheel is turned counterclockwise.  The end of each stem shall be square and tapered to fit the handwheel.  The stem shall be threaded above the tapered section to provide for a hexagonal securing nut.

D-9.  The stem and thrust collar shall be one integral piece.

D-10.  Unless otherwise specified, each valve 2-1/2 inches and larger shall be provided with an indicator to show whether the valve is open or closed.

D-11.  Each valve shall have distinctly cast or stamped on one side of the body the trade mark of the maker, "100" for Class I valves, "200" for Class II valves, "400" for Class III valves, "300" for Class IV valves, "400" for Class V valves, and "600" for Class VI valves; and the size of the valve.  Valves for oil shall also have the word 'oil' cast or stamped on the bodies.

—1—

D-12. The walls of bodies and bonnets shall be curved surfaces; no flat surfaces shall be permitted. They shall be ribbed as required to prevent distortion.

D-13. Stuffing boxes shall be separate from the valve bonnets. For valves of 2-1/2 inch size, and above, the glands shall be of the flanged type set up by two nuts working on studs extending through the gland flange.

D-14. All composition gate valves of 2-1/2 inch size and above, and all steel gate valves shall have removable seats. Removable seats shall be screwed into the valve bodies, suitable lugs being provided on the seats for the purpose. The faces of the seats shall be slightly raised at the center to provide a narrow bearing surface not to exceed one-eighth inch in width.

D-15. All gate valves, Classes III, IV, V and VI, 4-1/2 inch size or larger shall be fitted with by passes. The by-pass valves shall be globe valves, the materials of which shall correspond to the gate valves served. The minimum sizes for the by-passes are given below in Table I.

TABLE I.

| Size of gate valve | Size of by-pass valve |
|---|---|
| 4-1/2 inches to 7-1/2 inches, incl.................. | 1/2 inch, minimum |
| 8 inches to 9-1/2 inches, incl. | 3/4 inch, minimum |
| 10 inches.......... | 1-inch, minimum |

NOTE:— All by-passes shall be connected to their valves by flanged joints.

D-16. Valves stems shall be packed with one of the packings conforming to N.D. Specs. 33F14, 33P16, or 33P17, referred to in Section A.

E. DETAIL REQUIREMENTS.

E-1. Class I Gate Valves.

E-1a. Valves shall conform in every particular to N.D. Specs. 45V1, referred to in Section A, except when ordered in steel, which shall conform to N.D. Specs. 45V1 for design and subparagraph E-4c(1) for materials, but the "bolts" or "studs" and "nuts", shall be steel, N.D. Specs. 43E11, referred to in Section A, Classes B and C, respectively.

E-2a. Valve shall be supplied only with threaded ends in all sizes and with dimensions shown in Table II.

TABLE II.

| Size of Pipe for: which Valves are used | | Dimensions | | |
|---|---|---|---|---|
| | | Diameter of handwheel—minimum | | Distance centerline to top maximum |
| Inches | : | Inches | : | Inches |
| 1/4 | : | 1-1/2 | : | 4 |
| 1/2 | : | 1-3/4 | : | 4-1/4 |
| 3/4 | : | 2-1/2 | : | 5 |
| 1 | : | 3-3/4 | : | 5-3/4 |
| 1-1/4 | : | 3 | : | 6-1/2 |
| 1-1/2 | : | 3-1/2 | : | 7-1/2 |

E-2b. The threaded ends shall conform to the requirements of N.D. Specs. 44T2, referred to in Section A.

E-2c. Materials shall be the same as those specified for Class I gate valves.

E-2d. Bonnets may be screwed, or flanged and bolted.

E-2e. Handwheels shall be of malleable iron of non-heat design having three or more spokes. See Table II for minimum diameters.

E-3. Class III Gate Valves.

E-3a. Valves shall be supplied with threaded or flanged ends as specified in sizes 1-1/2 inches and smaller; and with flanged ends only in sizes 2 inches and above. The dimensions shall conform to those shown in Table III.

TABLE III.

| Size of Pipe or Tubing for which used | | Flanged Valves | | | | Handwheel Diameter—minimum | | Height — Centerline to Top—Maximum |
|---|---|---|---|---|---|---|---|---|
| | | Diam. of Bore | : | Face to Face | : | | | |
| Inches | : | Inches | : | Inches | : | Inches | : | Inches |
| 1/4 | : | --- | : | --- | : | 1-3/4 | : | 8 |
| 1/2 | : | --- | : | --- | : | 2-1/2 | : | 8-1/2 |
| 3/4 | : | 1 | : | 5 | : | 2-3/4 | : | 9 |
| 1 | : | 1-1/4 | : | 5-1/4 | : | 3 | : | 10-1/2 |
| 1-1/4 | : | 1-1/2 | : | 6 | : | 3-1/2 | : | 11 |
| 1-1/2 | : | 2 | : | 7 | : | 4 | : | 12 |
| 2 | : | 2-1/2 | : | 7-1/2 | : | 8 | : | 13 |
| 2-1/2 | : | 3 | : | 8 | : | 9 | : | 15 |
| 3 | : | 3-1/2 | : | 8-1/2 | : | 10 | : | 16 |
| 3-1/2 | : | 4 | : | 9 | : | 11 | : | 17 |
| 4 | : | 4-1/2 | : | 9-1/2 | : | 11 | : | 18-1/2 |
| 4-1/2 | : | 5 | : | 10 | : | 12 | : | 20 |
| 5 | : | 5-1/2 | : | 10-1/4 | : | 12 | : | 21-1/2 |
| 5-1/2 | : | 6 | : | 10-1/2 | : | 14 | : | 23 |
| 6 | : | 6-1/2 | : | 10-3/4 | : | 16 | : | 24-1/2 |
| 6-1/2 | : | 7 | : | 11 | : | 18 | : | 26 |
| 7 | : | 7-1/2 | : | 11-1/4 | : | 18 | : | 27-1/2 |
| 7-1/2 | : | 8 | : | 11-1/2 | : | 18 | : | 29 |
| 8 | : | 8-1/2 | : | 11-3/4 | : | 21 | : | 30-1/2 |
| 8-1/2 | : | 9 | : | 12 | : | 21 | : | 32 |
| 9 | : | 9-1/2 | : | 12-1/2 | : | 21 | : | 33-1/2 |
| 9-1/2 | : | 10 | : | 13 | : | 21 | : | 35 |
| 10 | : | 10-1/2 | : | 13-1/2 | : | 21 | : | 36-1/2 |

E-3b. The threaded ends shall conform to the requirements of N. D. Specs. 44T2, referred to in Section A.

E-3c. The dimensions of flanges shall conform to Bureau standard B-140, referred to in Section A.

E-3d. Materials shall be the same as those specified for Class I valves.

E-3e. Bonnets for valves 1-1/2 inches and smaller may be screwed. Those for valves 2 inches and larger shall be flanged. Flanged bonnets shall be bolted with bolt studs threaded full length and fitted with a nut on each end.

E-3f. Handwheels for valves, sizes 1-1/2 inches and smaller, shall be of the same type as specified for Class II valves. Handwheels for valves, sizes 2 inches and larger, shall conform to Bureau standard B-64, referred to in Section A, and with diameters not less than those given in Table III.

E-4. **Class IV Gate Valves.**

E-4a. Valves shall have flanged ends and be supplied only of steel, cast or forged, in all sizes and of dimensions as shown in Table IV.

TABLE IV.

| Size of Pipe or Tubing for which used | Diameter of Bore | Face to Face | Handwheel Diameter Minimum | Height-Centerline to top-maximum |
|---|---|---|---|---|
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 1 | 5 | 3-1/4 | 10 |
| 1 | 1-1/4 | 5-1/4 | 4 | 11 |
| 1-1/4 | 1-1/2 | 6 | 5 | 11-1/2 |
| 1-1/2 | 2 | 7 | 6 | 12-1/2 |
| 2 | 2-1/2 | 7-1/2 | 8 | 13-1/2 |
| 2-1/2 | 3 | 8 | 9 | 15-1/2 |
| 3 | 3-1/2 | 8-1/3 | 10 | 16-1/2 |
| 3-1/2 | 4 | 9 | 11 | 17-1/2 |
| 4 | 4-1/2 | 9-1/2 | 11 | 19 |
| 4-1/2 | 5 | 10 | 12 | 20-1/2 |
| 5 | 5-1/2 | 10-1/4 | 12 | 22 |
| 5-1/2 | 6 | 10-1/2 | 14 | 23-1/2 |
| 6 | 6-1/2 | 10-3/4 | 16 | 25 |
| 6-1/2 | 7 | 11 | 18 | 26-1/2 |
| 7 | 7-1/2 | 11-1/4 | 18 | 28 |
| 7-1/2 | 8 | 11-1/2 | 18 | 29-1/2 |
| 8 | 8-1/2 | 11-3/4 | 21 | 31 |
| 8-1/2 | 9 | 12 | 21 | 32-1/2 |
| 9 | 9-1/2 | 12-1/2 | 21 | 34 |
| 9-1/2 | 10 | 13 | 21 | 35-1/2 |
| 10 | 10-1/2 | 13-1/2 | 21 | 37 |

—7—

E-4b. The dimension of flanges shall conform to Bureau standard B-141, referred to in Section A.

E-4c. Materials shall be as follows:

    (1) Oil Service.
        Body, bonnet, stuffing box and gland — Class D cast steel (N.D. Specs. 49S1) or Class B forged steel (N.D. Specs. 49S2).
        Disk and seat — CRS-1 corrosion-resisting steel (N.D. Specs. 46S18) or free maching cast corrosion-resisting steel (N.D. Specs. 46S27).
        The disk may be Class D cast steel (N.D. Specs. 49S1) fitted with seating face of either of the former materials.
        Stem — CRS-7 corrosion-resisting steel (N.D. Specs. 46S18).
        Stem nut, index unit and scale — brass.
        Bolt-studs and nuts — steel, (N.D. Specs. 43B14).
        Bolts and nuts — (N.D. Specs. 43B11).

    (2) Air, Exhaust Steam or Water Services.
        Body, bonnet and stuffing box —same materials as specified for "Oil Service".
        Disk and seat — Gun metal (N.D. Specs. 43M6) or special composition of non-galling characteristics as approved.
        Stem — nickel-copper alloy, rolled (N.D. Specs. 46M7).
        Stuffing box gland, stem nut, index units and scale — brass.
        Bolt-studs and nuts — steel (N.D. Specs. 43B14).
        Bolt and nuts — (N.D. Specs. 43B11).

E-4d. Bonnets shall be flanged and bolted with bolt studs threaded full length and fitted with a nut on each end.

E-4e. Handwheels shall conform to Bureau standard B-64, referred to in Section A, and with diameters not less than those given in Table IV.

E-5. Class V Gate Valves.

E-5a. Valves shall have flanged ends and be made in all sizes and of the dimensions given in Table V.

45717(INT)

—3—

TABLE V.

| Size of Pipe or Tubing for which used | Dimensions | | | |
|---|---|---|---|---|
| | Diameter of Bore | Face to face over raised surface | Handwheel Diameter Minimum | Height Center-line to top — maximum |
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 3/4 | 7-1/2 | 6 | 8-1/2 |
| 1 | 1 | 8-1/2 | 7 | 9-1/2 |
| 1-1/4 | 1-1/4 | 9 | 7 | 11 |
| 1-1/2 | 1-1/2 | 9-1/2 | 8 | 12-1/2 |
| 2 | 2 | 11-1/2 | 8 | 15 |
| 2-1/2 | 2-1/2 | 13 | 9 | 16-5/8 |
| 3 | 3 | 14 | 10 | 18-1/4 |
| 3-1/2 | 3-1/2 | 15 | 10 | 19 |
| 4 | 4 | 16 | 12 | 22 |
| 4-1/2 | 4-1/2 | 17 | 12 | 24 |
| 5 | 5 | 18 | 14 | 26 |
| 5-1/2 | 5-1/2 | 19 | 16 | 27-1/4 |
| 6 | 6 | 19-1/2 | 16 | 28-1/4 |
| 6-1/2 | 6-1/2 | 20-1/2 | 18 | 30 |
| 7 | 7 | 21-1/2 | 18 | 31 |
| 7-1/2 | 7-1/2 | 22-1/2 | 18 | 33 |
| 8 | 8 | 23-1/2 | 21 | 35 |
| 8-1/2 | 8-1/2 | 24-1/4 | 21 | 36 |
| 9 | 9 | 25 | 21 | 37 |
| 9-1/2 | 9-1/2 | 25-3/4 | 21 | 38 |
| 10 | 10 | 26-1/2 | 21 | 39 |

E-5b. The dimensions of flanges shall conform to Bureau drawings B-159 and
3-S-530 referred to in Section A. Raised surfaces on all valve flanges shall be
1/4 inch in height.

E-5c. Materials shall be the same as specified for Class IV valves.

E-5d. Bonnets shall be bolted with bolt-studs threaded full length and fitted
with a nut on each end.

E-5e. Handwheels shall conform to Bureau standard B-64, referred to in
Section A, and with diameters not less than those given in Table V.

—9—

B-6. Class VI Gate Valves.

B-6a. Valves shall have flanged ends and be made in all sizes and of the dimensions given in Table VI.

TABLE VI.

| Size of pipe or tubing for which used | Diameter of bore | Face to face over raised surface | Handwheel Diameter, minimum | Height centerline to top - maximum |
|---|---|---|---|---|
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 3/4 | 7-1/2 | 6 | 10-1/2 |
| 1 | 1 | 8-1/2 | 7 | 11 |
| 1-1/4 | 1-1/4 | 9 | 7 | 11-1/2 |
| 1-1/2 | 1-1/2 | 9-1/2 | 8 | 13 |
| 2 | 2 | 11-1/2 | 9 | 16-1/2 |
| 2-1/2 | 2-1/2 | 13 | 9 | 17 |
| 3 | 3 | 14 | 10 | 19 |
| 3-1/2 | 3-1/2 | 15-1/2 | 12 | 19-1/2 |
| 4 | 4 | 17 | 14 | 24 |
| 4-1/2 | 4-1/2 | 18-1/2 | 14 | 26 |
| 5 | 5 | 20 | 15 | 28 |
| 5-1/2 | 5-1/2 | 21 | 18 | 29 |
| 6 | 6 | 22 | 18 | 30-1/2 |
| 6-1/2 | 6-3/8 | 23 | 21 | 32-1/2 |
| 7 | 6-7/8 | 24 | 21 | 33-1/2 |
| 7-1/2 | 7-3/8 | 25 | 21 | 35-1/2 |
| 8 | 7-7/8 | 26 | 24 | 37-1/2 |
| 8-1/2 | 8-3/8 | 27-1/4 | 24 | 38-1/2 |
| 9 | 8-3/4 | 28-1/2 | 24 | 39-1/2 |
| 9-1/2 | 9-1/4 | 29-3/4 | 24 | 40-1/2 |
| 10 | 9-3/4 | 31 | 27 | 41-1/2 |

B-6b. The dimensions of flanges shall conform to Bureau drawings B-174 and 3-S-550, referred to in Section A. Raised faces on all valves shall be 1/4-inch in height.

B-6c. Materials shall be the same as specified for Class IV valves.

B-6d. Bonnets shall be bolted with bolt-studs threaded full length and fitted with a nut on each end.

B-6e. Handwheels shall conform to Bureau standard B-64, referred to in Section A, and with diameters not less than those given in Table VI.

45V17(INT)

-10-

F. METHODS OF SAMPLING, INSPECTION AND TESTS.

F-1. Chemical and physical tests shall be made on samples of material taken during manufacture as required by the specifications covering the various materials used.

F-2. Each valve shall be inspected for defects of workmanship and compliance with specified dimensions.

F-3. Each valve shall be tested as follows:

    (a) By hydrostatic pressure, as tabulated below, for strength and porosity with the gate open.

    (b) By hydrostatic pressure, as tabulated below, for tightness on seat with the gate closed by hand and without the use of a wrench or equivalent, the pressure to be applied alternately on both sides of the gate with the side opposite the pressure open for inspection in each case.

### Hydrostatic Test Pressures

| | (1) Open | (2) Closed |
|---|---|---|
| Class I | 150 lbs. per sq. in. gage | 100 lbs. per sq. in. gage |
| Class II | 300 lbs. per sq. in. gage | 200 lbs. per sq. in. gage |
| Class III | 600 lbs. per sq. in. gage | 400 lbs. per sq. in. gage |
| Class IV | 750 lbs. per sq. in. gage | 400 lbs. per sq. in. gage |
| Class V | 1000 lbs. per sq. in. gage | 500 lbs. per sq. in. gage |
| Class VI | 1300 lbs. per sq. in. gage | 750 lbs. per sq. in. gage |

F-4. The appliance for the hydrostatic testing of flanged valves shall not restrict longitudinal expansion.

G. PACKAGING, PACKING AND MARKING FOR SHIPMENT.

G-1. Packing.-- Unless otherwise specified, valves shall be delivered in substantial commercial containers so constructed as to insure acceptance by common or other carrier for safe transportation at the lowest rate to the point of delivery.

G-2. Marking.-- Unless otherwise specified, shipping containers shall be marked with the name of the material, the class, size and the quantity contained therein as defined by the contract or order under which shipment is made, the name of the contractor and the number of the contract or order.

H.  NOTES.

H.-1.  Requisitions and contracts or orders should state the quantity of each class and the size of valves desired and the number of Type B and D drawings desired.

H.-2.  This specification supersedes Supplementary General Specification for Machinery, SGS(48)-20 formerly issued by the Bureau of Engineering, Navy Department, Washington, D. C.

H.-3.  <u>Copies of Drawings and Specifications.-</u>

H.-3a.  <u>Copies of Drawings.-</u>  Copies of Bureau of Engineering drawings may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D. C.  When requesting, refer to drawings by both title and number.

H.-3b.  <u>Copies of Bureau of Engineering Specifications.-</u>  Copies of Bureau of Engineering Specifications may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D. C.  When requesting, refer to Specification by both title and number.

H.-3c.  <u>Copies of Navy Department Specifications.-</u>  Copies of Navy Department Specifications may be obtained upon application to the Bureau of Supplies and Accounts, Navy Department, Washington, D. C.  When requesting, refer to specification by both title and number.

BUREAU OF ENGINEERING SPECIFICATION

VALVES, HIGH PRESSURE, GLOBE AND ANGLE, FORGED STEEL, WELDING ENDS,

SIZES, 1/4-INCH TO 1-INCH INCLUSIVE

600 Lbs. W.S.P. and 850°F. Maximum Temperature

(Shipboard Use)

---

A.  APPLICABLE SPECIFICATIONS AND DRAWINGS.

A-1.  The following specifications, of the issue in effect on date of invitation
for bids, form a part of this specification, and bidders and contractors should
provide themselves with the necessary copies.

NAVY DEPARTMENT SPECIFICATIONS

General Specifications for Inspection of Material, together with
    Appendix II (Metals).
42N2 – Nameplates, Instruction plates, and other designating markings for
        electrical and mechanical equipment (shipboard use).
42S5 – Screws, machine.
43B11– Bolts, nuts, studs, and tap-rivets (and material for same).
43B14 – Bolt studs, steel rods and nuts for service at temperatures up to 850°F.
45V18 – Valves, high pressure, globe and angle, steel (Shipboard use).
46A1 – Aluminum alloy, light castings.
46B6 – Brass, naval, rolled: bars, plates, etc.
46B10 – Brass, naval: castings.
46-I-8 – Iron, malleable: castings.
46M6 – Metal, gun: castings.
46M7 – Nickel-copper alloy, rolled.
46P1 – Plating, cadmium.
46R5 – Rods, welding, cobalt-chromium composition.
46S18 – Steel, corrosion-resisting: bars, rods and forgings (except for reforging)
46S33 – Steel castings, molybdenum alloy (for temperatures up to 850°F.).
46S34 – Steel forgings, molybdenum alloy (for temperatures up to 850°F.).
49S1 – Steel: castings.
49S2 – Steel: forgings for hulls, engines, ordnance.

BUREAU OF ENGINEERING SPECIFICATIONS

General Specifications for Machinery, Subsection S1-1.

A-2.  The following Bureau of Engineering drawings, of the latest alteration in
effect on date of invitation for bids, form a part of this specification, and
bidders and contractors should provide themselves with the necessary copies:

B-64 – Handwheels for valves.
B-100– Finish marks.
B-147– Seamless drawn steel tubing.
B-153– Standard application of annual contract packing.
3-S-530– Forged steel welding and fittings.

45V19(INT)

-2-

B. TYPE.

B-1. Valves covered by this specification shall be furnished in but one type.

C. MATERIAL AND WORKMANSHIP.

C-1. Departures from Referenced Specifications.- The use of materials differing from the referenced Navy Department specifications will be considered when it can be clearly demonstrated that an improvement in operating characteristics, or a saving in weight without sacrifice in reliability can be accomplished thereby, or that such substitutes do not preclude the subsequent use of Navy standard materials in effecting repairs or replacements necessitated by service wear. Specific approval shall be obtained where departures are made from the referenced specifications.

C-2. Materials.- All materials used in the construction of valves shall be as specified in Section E. Alternate materials will be considered in lieu of those specified but their use will only be permitted after the Bureau has been satisfied by test or other means that the proposed substitutes fully meet the service requirements.

C-3. Threaded Parts; Standard Bolts, Nuts and Machine Screws.- Bolts and nuts shall conform to N.D. Specs. 43B11 or 43B14, referred to in Section A, as applicable. All threaded parts shall be assembled with the use of a suitable high temperature thread lubricant satisfactory to the Bureau.

C-4. Workmanship.- All parts shall be free from flaws, burrs, and blemishes. The workmanship shall be first class in every respect.

D. GENERAL REQUIREMENTS.

D-1. (See Section E).

E. DETAIL REQUIREMENTS.

E-1. Plans.- Plans shall be furnished as required by the bureau concerned.

E-1a. Bureau of Engineering.

E-1a(1). The number, size, arrangement, title, form, etc., shall conform to the requirements of Subsection S1-1, referred to in Section A.

E-1a(2). The specific plans desired, except as provided by subparagraphs E-1a(3) and E-1a(4), shall include the following:

Type A.
Type B.
Type D.

45V10(INT)

-3-

E-1a(3). Type A drawings shall accompany bids, except when the bidder has filed with the Bureau approved drawings of the valves, in which case it will suffice to quote the Bureau file numbers of the drawings for identification that the valves have been approved by the Bureau and meet these specifications.

E-1a(4). Type B and Type D drawings will not be required provided the contractor has filed with the Bureau approved drawings of the valves.

E-2. The materials shall conform to the following:

    (a) Body and bonnet.- Class A forged carbon-molybdenum steel (N.D. Specs.46S34).
    (b) Bonnet bolt-studs and nuts.- Steel (N.D. Spec. 43B14).
    (c) Bonnet yoke bushing.- Gun metal (N.D. Spec. 46M6).
    (d) Bonnet gasket.- Soft steel or iron sheet; nickel-copper alloy sheet, (N.D. Spec. 46M7), dead soft annealed; or copper-nickel zinc sheet of approximately 64 percent copper, 30 percent nickel and 6 percent zinc. Brinell 80 or less for all.
    (e) Disk.- Cast carbon-molybdenum steel, (N.D.Spec. 46S33) or forged carbon-molybdenum steel (N.D. Spec. 46S34); (see item g for seating face).
    (f) Disk nut.- Forged steel, Class O (N.D. Spec. 49S2).
    (g) Disk and seat, seating faces.- Cobalt-chromium composition (N.D.Spec.46R5).
    (h) Flange bolt - studs and nuts.- (Bureau Standard Sheet B-174).
    (i) Gland, stuffing box.- Class O cast or forged steel (electro-galvanized) (N.D. Spec. 49S1 or 49S2)
    (j) Gland bolts.- Steel, Class B (N.D. Spec. 43B11), cadmium plated (N.D. Spec. 46P1); nuts.- steel, Class O (N.D. Spec. 43B11), cadmium plated (N.D. Spec. 46P1); or Naval brass (N.D. Spec. 46B6).
    (k) Handwheels.- See Bureau Standard Sheet B-64.
    (l) Lock washer for disk nut.- Corrosion-resisting steel, Grade 1, (N.D. Spec. 47S20).
    (m) Set screws and split pins.- Steel.
    (n) Stem bushing.- Special nickel-copper alloy, 52 to 56 percent nickel, 30.5 to 34 percent copper, 10.5 to 13 percent tin, 0.35 to 1 percent silicon, 0.30 to 0.75 percent manganese, 0.40 to 1 percent phosphorous and 1 to 2 percent iron. Minimum tensile strength 60,000 pounds per square inch. Brinell 190 to 235. Other materials satisfactory for the service will be given consideration.
    (o) Stem for disk.- Forged corrosion-resisting steel, grade 7, (N.D. Spec.46S18)
    (p) Stem nuts.- Naval brass (N.D. Spec. 46B6)..
    (q) Washer between end of rotating stem and disk.- Nitralloy or equivalent, at least 800 Brinell hardness.
    (r) T-handles.- Naval brass (N.D. Spec. 46B10), or malleable iron (N.D. Spec. 46-I-8).

E-3. Valves shall be so designed as to insure positive tightness under severe service.

E-4. The bodies of all valves shall be so fitted that the valves may be easily ground in.

45V19 (INT)

-4-

E-5.  The characteristic dimensions of all valves shall be as given in Figure 1.

E-6.  Bodies and bonnets shall be forged.

E-7.  The unrestricted area through the seats, with the disk in the full open position, and through all body passages, shall be not less than that given in column "B" of the table shown on Figure 1.

E-8.  Valves shall have bolted bonnets.  The joint faces for bonnet flanges shall be male and female and shall have (f2) finish; see Bureau Standard Sheet B-100, referred to in Section A.  The bonnets shall be secured by studs or bolt-studs.

E-9.  Yokes shall be integral with the bonnets, but a design with separate yoke will be given consideration.  The yoke shall be fitted with a bushing threaded to suit the stem.

E-10.  Stems shall have outside Acme type of threads unless otherwise approved, and shall turn right-hand to close the valves.

E-11.  Valve disks shall be of the plug type with swivel attachment to the stems and the seating area faced with cobalt-chromium composition not less than 3/32-inch thick for 1-inch and 3/4-inch valves, and 1/16-inch thick for valves 1/2-inch and smaller; the composition to be deposited by welding to insure positive bond between it and the disk.  Disks shall be secured to the stems by nuts locked in place; other means for securing disks for 1/4-inch and 3/8-inch valves will be considered if the method is described in the bid.  A hardened washer shall be inserted between the end of all stems and disks for valves 3/4-inch and larger to prevent galling.

E-12.  Valve seats shall be integral with the bodies.  The seating area shall be faced with cobalt-chromium composition in compliance with similar requirements for the disks; see paragraph E-11.  The included seat angle shall be 30 to 60 degrees.

E-13.  Stuffing boxes shall be of ample depth for at least six turns of packing, except 1/4-inch valves which shall have at least four turns.  Stuffing boxes shall be arranged so that they can be packed when under pressure with the valve open.  Valves shall be delivered with stuffing boxes suitably packed.  The packing shall be as approved; see Bureau Standard Sheet B-153, referred to in Section A.  Stuffing box glands shall be secured and adjusted by studs, and nuts.

E-14.  Handwheels.- Handwheels shall conform to Bureau Standard Sheet B-64, referred to in Section A.  The minimum diameters shall be as given in the table shown on Figure 1.  All handwheels shall have the rims and the upper face of hubs finished and buffed and the spokes and unfinished portion of the hubs wire brushed, unless required to be finished and buffed all over.  All handwheels shall be secured by means of a hexagonal nut threaded to the stem.  T-handles may be used instead of handwheels for 1/4-inch and 3/8-inch valves.

E-15.  Each valve shall have distinctly stamped, or equivalent, on one side of the body, the "size", "H.P.", "600", and in the case of globe valves, the position of the seat, for identification.  The manufacturers trade mark may also appear on the body.  When space does not permit this, the marking shall be as directed.

45V19(INT)

–5–

F. METHODS OF SAMPLING, INSPECTION AND TESTS.

F-1. Chemical and physical tests shall be made as required by the specifications covering the various materials used.

F-2. Five percent of the initial quantity of valves on order for any new design shall be selected by the Naval Inspector and tested to a steam pressure of 600 pounds per square inch gage, at a temperature of 850°F. Such test shall include tests for tightness on both sides of the disk, and tightness of the body. On subsequent cumulative orders, on the same manufacturer for valves of the same design a total of five percent of each size of valve so ordered shall be given the above steam test. This shall be interpreted to mean that of each one hundred valves of the same size and design ordered, the Inspector may select at his discretion five valves to be steam tested. Valves so selected may be taken from one order or from a multiplicity of orders totalling one hundred valves as desired, the number tested being a percentage of the total runs of valves and not a percentage of each individual order.

F-3. All valves shall be tested as follows:

(a) By hydrostatic pressure to at least 1500 pounds per square inch for strength and porosity with the disk open.
(b) By hydrostatic pressure to at least 750 pounds per square inch for tightness on seat with the disk closed by hand and without the use of a wrench or equivalent, the pressure shall be applied alternately on both sides of the disk with the side opposite the pressure open for inspection in each case.
(c) By air pressure to approximately 100 pounds per square inch for porosity and tightness on seat, procedure to be as outlined in (b) above.

G. PACKAGING, PACKING, AND MARKING FOR SHIPMENT.

G-1. Packing.— Unless otherwise specified, the subject commodity shall be delivered in substantial wooden crates or boxes, so constructed as to insure safe delivery by common or other carrier to the point of delivery. Not more than five valves shall be packed in a container. The valves shall be packed rigidly, or secured in the containers in such a manner as will prevent damage from shifting while being handled or transported. Sets of spare parts, if furnished, shall be packaged or bagged, and secured to the valve to which they belong.

G-2. Marking.— Unless otherwise specified, shipping containers shall be marked with the name of the material, the type, size, and the quantity contained therein as defined by the contract or order under which the shipment is made, the name of the contractor, and the number of the contract or order, and the net and gross weight.

45V19(INT)

-6-

H. NOTES.

H-1. Requisitions and contracts or orders should state the number of Type B and D drawings desired. See subparagraphs E-1a(3) and E-1a(4).

H-2. This specification supersedes Supplementary General Specification for Machinery, SGS(48)-155 formerly issued by the Bureau of Engineering, Navy Department, Washington, D.C.

H-3. Copies of Drawings and Specifications.

H-3a. Copies of Drawings.— Copies of Bureau of Engineering drawings may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D.C. When requesting, refer to drawings by both title and number.

H-3b. Copies of Bureau of Engineering Specifications.— Copies of Bureau of Engineering specifications may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D.C. When requesting, refer to specification by both title and number.

H-3c. Copies of Navy Department Specifications.— Copies of Navy Department specifications may be obtained upon application to the Bureau of Supplies and Accounts, Navy Department, Washington, D.C., except that naval activities should make application to the Commandant, Navy Yard, New York, N.Y. When requesting, refer to specification by both title and number.

Case 2:09-cv-02302-DSF-JW  Document 86-1  Filed 08/30/12  Page 285 of 368  Page ID #:288

43/15



| ALL DIMENSIONS IN INCHES | | | | | | | |
|------|------|------|-------|------|-------|-------|------|
| SIZE | A | B | C | D | E GLOBE | E ANGLE | F |
| $\frac{1}{4}$ | 2 | $\frac{5}{16}$ | .55 | $\frac{7}{16}$ | 6 | $5\frac{5}{8}$ | *3 |
| $\frac{3}{8}$ | $2\frac{1}{8}$ | $\frac{7}{16}$ | .685 | $\frac{9}{16}$ | $6\frac{1}{4}$ | $5\frac{7}{8}$ | *4 |
| $\frac{1}{2}$ | $2\frac{5}{16}$ | $\frac{19}{32}$ | .855 | $\frac{5}{8}$ | $7\frac{3}{8}$ | $6\frac{3}{4}$ | 5 |
| $\frac{3}{4}$ | $2\frac{7}{8}$ | $\frac{13}{16}$ | 1.07 | $\frac{11}{16}$ | $9\frac{1}{8}$ | $8\frac{1}{8}$ | 6 |
| 1 | $3\frac{1}{2}$ | $1\frac{1}{16}$ | 1.335 | $\frac{3}{4}$ | 11 | $9\frac{5}{8}$ | 7 |

*MINIMUM LENGTH OF TEE HANDLES $2\frac{1}{2}$ INCHES AND 4 INCHES, RESPECTIVELY.

FIG. I

10 November 1937                                           45V19(IPT)

BUREAU OF ENGINEERING SPECIFICATION

VALVES, HIGH PRESSURE, GLOBE AND ANGLE, FORGED STEEL, WELDING ENDS,

SIZES, 1/4-INCH TO 1-INCH INCLUSIVE

600 Lbs. W.S.P. and 850° F. Maximum Temperature

(SHIPBOARD USE)

A.   APPLICABLE SPECIFICATIONS AND DRAWINGS.

A-1.  The following specifications, of the issue in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies.

NAVY DEPARTMENT SPECIFICATIONS

General Specifications for Inspection of Material, together with
    Appendix II (Metals).
   42S5 — Screws, machine.
   43B11 — Bolts, nuts, studs and tap rivets (and material for same).
   43B14 — Bolt studs, steel rods and nuts for service at temperatures up to 850°F.
   45V18 — Valves, high pressure, globe and angle, steel (Shipboard use).
   46A1 — Aluminum alloy, light castings.
   46B6 — Brass, naval, rolled: Bars, plates, etc.
   46B10 — Brass, naval: Castings.
   46-I-8 — Iron, malleable: Castings.
   46M6 — Metal, gun: Castings.
   46M7 — Nickel-copper alloy, rolled.
   46P1 — Plating, cadmium.
   46R5 — Rods, welding, cobalt-chromium composition.
   46S18 — Steel, corrosion-resisting: bars, rods and forgings (except for reforging)
   46S33 — Steel castings, molybdenum alloy (for temperatures up to 850 F.).
   46S34 — Steel forgings, molybdenum alloy (for temperatures up to 850° F.).
   49S1 — Steel: Castings.
   49S2 — Steel: Forgings for hulls, engines, and ordnance.

BUREAU OF ENGINEERING SPECIFICATIONS

General Specifications for Machinery, Subsection S1-1.

A-2.  The following Bureau of Engineering drawings, of the latest alteration in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies:

   B-64 — Handwheels for valves.
   B-100— Finish marks.
   B-147— Seamless drawn steel tubing.
   B-153— Standard application of annual contract packing.
   3-S-530— Forged steel welding end fittings.

45V19(INT)

-3-

B. TYPE.

B-1. Valves covered by this specification shall be furnished in but one type.

C. MATERIAL AND WORKMANSHIP.

C-1. Departures from Referenced Specifications.— The use of materials differing from the referenced Navy Department specifications will be considered when it can be clearly demonstrated that an improvement in operating characteristics, or a saving in weight without sacrifice in reliability can be accomplished thereby, or that such substitutes do not preclude the subsequent use of Navy standard materials in effecting repairs or replacements necessitated by service wear.  Specific approval shall be obtained where departures are made from the referenced specifications.

C-2. Materials.— All materials used in the construction of valves shall be as specified in Section E.  Alternate materials will be considered in lieu of those specified but their use will only be permitted after the Bureau has been satisfied by test or other means that the proposed substitutes fully meet the service requirements.

C-3. Threaded Parts; Standard Bolts, Nuts and Machine Screws.— Bolts and nuts shall conform to N.D. Specs. 43B11 or 43B14, referred to in Section A, as applicable. All threaded parts shall be assembled with the use of a suitable high temperature thread lubricant satisfactory to the Bureau.

C-4. Workmanship.— All parts shall be free from flaws, burrs, and blemishes.  The workmanship shall be first class in every respect.

D. GENERAL REQUIREMENTS.

D-1. (See Section E).

E. DETAIL REQUIREMENTS.

E-1. Plans.— Plans shall be furnished as required by the bureau concerned.

E-1a. Bureau of Engineering.

E-1a(1). The number, size, arrangement, title, form, etc., shall conform to the requirements of Subsection S1-1, referred to in Section A.

E-1a(2). The specific plans desired, except as provided by subparagraphs E-1a(3) and E-1a(4), shall include the following:

> Type A.
> Type B.
> Type E.

45V19(INT)

-3-

E-1a.(3).  Type A drawings shall accompany bids, except when the bidder has filed with the Bureau approved drawings of the valves, in which case it will suffice to quote the Bureau file numbers of the drawings for identification that the valves have been approved by the Bureau and meet these specifications.

E-1a(4).  Type B and Type D drawings will not be required provided the contractor has filed with the Bureau approved drawings of the valves.

E-2.  The materials shall conform to the following:

(a) Body and bonnet.— Class A forged carbon-molybdenum steel (N.D. Specs.46S34).
(b) Bonnet bolt-studs and nuts.— Steel (N.D. Spec. 43B14).
(c) Bonnet yoke bushing.— Gun metal (N.D. Spec. 46B6).
(d) Bonnet gasket.— Soft steel or iron sheet; nickel-copper alloy sheet, (N.D. Spec. 46M7), dead soft annealed; or copper-nickel zinc sheet of approximately 64 percent copper, 30 percent nickel and 6 percent zinc. Brinell 60 or less for all.
(e) Disk.— Cast carbon-molybdenum steel, (N.D.Spec. 46S33) or forged carbon-molybdenum steel (N.D. Spec. 46S34); (see item 7 for seating face).
(f) Disk nut.— Forged steel, Class C (N.D. Spec. 40S2).
(g) Disk and seat, seating faces.— Cobalt-chromium composition (N.D. Spec.46B5).
(h) Flange bolt — studs and nuts.— (Bureau Standard Sheet B-174).
(i) Gland, stuffing box.— Class C cast of forged steel (electro-galvanized) (N.D. Spec. 40S1).
(j) Gland bolts.— Steel, Class B (N.D. Spec. 43B11), cadmium plated (N.D. Spec. 46P1); nuts — steel, Class 0 (N.D. Spec. 43B11), cadmium plated (N.D. Spec. 46P1); or Naval brass (N.D. Spec. 46B6).
(k) Handwheels.— See Bureau Standard Sheet B-64.
(l) Lock washer for disk nut.— Corrosion-resisting steel, Grade 1, (N.D. Spec. 46S18).
(m) Set screws and split pins.— Steel.
(n) Stem bushing.— Special nickel-copper alloy, 52 to 56 percent nickel, 30.5 to 34 percent copper, 10.5 to 13 percent tin, 0.35 to 1 percent silicon, 0.30 to 0.75 percent manganese, 0.40 to 1 percent phosphorous and 1 to 2 percent iron. Minimum tensile strength 60,000 pounds per square inch.  Brinell 190 to 235.  Other materials satisfactory for the service will be given consideration.
(o) Stem for disk.— Forged corrosion-resisting steel, grade 7, (N.D. Spec.46S18)
(p) Stem nuts.— Naval brass (N.D. Spec. 46B6).
(q) Washer between end of rotating stem and disk.— Nitralloy or equivalent, at least 800 Brinell hardness.
(r) T-handles.— Naval brass (N.D. Spec. 46B10), or malleable iron (N.D. Spec. 46-I-8).

E-3.  Valves shall be so designed as to insure positive tightness under severe service.

E-4.  The bodies of all valves shall be so fitted that the valves may be easily ground in.

45V19(INT)

-4-

E-5.  The characteristic dimensions of all valves shall be as given in Figure 1.

E-6.  Bodies and bonnets shall be forged.

E-7.  The unrestricted area through the seats, with the disk in the full open position, and through all body passages, shall be not less than that given in column "B" of the table shown on Figure 1.

E-8.  Valves shall have bolted bonnets.  The joint faces for bonnet flanges shall be male and female and shall have (f3) finish; see Bureau Standard Sheet B-10C, referred to in Section A.  The bonnets shall be secured by studs or bolt-studs.

E-9.  Yokes shall be integral with the bonnets, but a design with separate yoke will be given consideration.  The yoke shall be fitted with a bushing threaded to suit the stem.

E-10.  Stems shall have outside Acme type of threads unless otherwise approved, and shall turn right-hand to close the valves.

E-11.  Valve disks shall be of the plug type with swivel attachment to the stems and the seating area faced with cobalt-chromium composition not less than 3/32-inch thick for 1-inch and 3/4-inch valves, and 1/16 inch thick for valves 1/2-inch and smaller; the composition to be deposited by welding to insure positive bond between it and the disk.  Disks shall be secured to the stems by nuts locked in place; other means for securing disks for 1/4-inch and 3/8-inch valves will be considered if the method is described in the bid.  A hardened washer shall be inserted between the end of all stems and disks for valves 3/4-inch and larger to prevent galling.

E-12.  Valve seats shall be integral with the bodies.  The seating area shall be faced with cobalt chromium composition in compliance with similar requirements for the disks; see paragraph E-11.  The included seat angle shall be 30 to 60 degress.

E-13.  Stuffing boxes shall be of ample depth for at least six turns of packing, except 1/4-inch valves which shall have at least four turns.  Stuffing boxes shall be arranged so that they can be packed when under pressure with the valve open.  Valves shall be delivered with stuffing boxes suitably packed.  The packing shall be as approved; see Bureau Standard Sheet B-153, referred to in Section A.  Stuffing box glands shall be secured and adjusted by studs, and nuts.

E-14.  Handwheels.-  Handwheels shall conform to Bureau Standard Sheet B-64, referred to in Section A.  The minimum diameters shall be as given in the table shown on Figure 1.  All handwheels shall have the rims and the upper face of hubs finished and buffed and the spokes and unfinished portion of the hubs wire brushed, unless required to be finished and buffed all over.  All handwheels shall be secured by means of a hexagonal nut threaded to the stem.  T-handles may be used instead of handwheels for 1/4-inch and 3/8-inch valves.

-5-

F. METHODS OF SAMPLING, INSPECTION AND TESTS.

F-1. Chemical and physical tests shall be made as required by the specifications covering the various materials used.

F-2. Five percent of the initial quantity of valves on order for any new design shall be selected by the Naval Inspector and tested to a steam pressure of 600 pounds per square inch gage, at a temperature of 850°F. Such test shall include tests for tightness on both sides of the disk, and tightness of the body. On subsequent cumulative orders, on the same manufacturer for valves of the same design a total of five percent of each size of valve so ordered shall be given the above steam test. This shall be interpreted to mean that of each one hundred valves of the same size and design ordered, the Inspector may select at his discretion five valves to be steam tested. Valves so selected may be taken from one order or from a multiplicity of orders totalling one hundred valves as desired, the number tested being a percentage of the total runs of valves and not a percentage of each individual order.

F-3. All valves shall be tested as follows:

(a) By hydrostatic pressure to at least 1500 pounds per square inch for strength and porosity with the disk open.

(b) By hydrostatic pressure to at least 750 pounds per square inch for tightness on seat with the disk closed by hand and without the use of a wrench or equivalent, the pressure shall be applied alternately on both sides of the disk with the side opposite the pressure open for inspection in each case.

(c) By air pressure to approximately 100 pounds per square inch for porosity and tightness on seat, procedure to be as outlined in (b) above.

G. PACKAGING, PACKING, AND MARKING FOR SHIPMENT.

G-1. Packing.— Unless otherwise specified, the subject commodity shall be delivered in substantial wooden crates or boxes, so constructed as to insure safe delivery by common or other carrier to the point of delivery. Not more than five valves shall be packed in a container. The valves shall be packed rigidly, or secured in the containers in such a manner as will prevent damage from shifting while being handled or transported. Sets of spare parts, if furnished, shall be packaged or bagged, and secured to the valve to which they belong.

G-2. Marking.— Unless otherwise specified, shipping containers shall be marked with the name of the material, the type, size, and the quantity contained therein as defined by the contract or order under which the shipment is made, the name of the contractor, and the number of the contract or order, and the net and gross weight.

45V19(INT)

-6-

H.  NOTES.

H-1.  Requisitions and contracts or orders should state the number of Type B and
D drawings desired.  See subparagraphs E-1a(3) and E-1a(4).

H-2.  This specification supersedes Supplementary General Specification for
Machinery, SGS(48)-155 formerly issued by the Bureau of Engineering, Navy Depart-
ment, Washington, D.C.

H-3.  <u>Copies of Drawings and Specifications.</u>

H-3a.  <u>Copies of Drawings.</u>- Copies of Bureau of Engineering drawings may be
obtained only upon application to the Bureau of Engineering, Navy Department,
Washington, D.C.  When requesting, refer to drawings by both title and number.

H-3b.  <u>Copies of Bureau of Engineering Specifications.</u>- Copies of Bureau of
Engineering specifications may be obtained only upon application to the Bureau of
Engineering, Navy Department, Washington, D.C.  When requesting, refer to specifi-
cation by both title and number.

H-3c.  <u>Copies of Navy Department Specifications.</u>- Copies of Navy Department
specifications may be obtained upon application to the Bureau of Supplies and
Accounts, Navy Department, Washington, D.C., except that naval activities should
make application to the Commandant, Navy Yard, New York, N.Y.  When requesting,
refer to specification by both title and number.

45 V/9



| ALL DIMENSIONS IN INCHES | | | | | | | |
|---|---|---|---|---|---|---|---|
| SIZE | A | B | C | D | E | | F |
| | | | | | GLOBE | ANGLE | |
| $\frac{1}{4}$ | 2 | $\frac{5}{16}$ | .55 | $\frac{7}{16}$ | 6 | $5\frac{5}{8}$ | *3 |
| $\frac{3}{8}$ | $2\frac{1}{8}$ | $\frac{7}{16}$ | .685 | $\frac{9}{16}$ | $6\frac{1}{4}$ | $5\frac{7}{8}$ | *4 |
| $\frac{1}{2}$ | $2\frac{5}{16}$ | $\frac{19}{32}$ | .855 | $\frac{5}{8}$ | $7\frac{3}{8}$ | $6\frac{3}{4}$ | 5 |
| $\frac{3}{4}$ | $2\frac{7}{8}$ | $\frac{13}{16}$ | 1.07 | $\frac{11}{16}$ | $9\frac{1}{2}$ | $8\frac{1}{8}$ | 6 |
| 1 | $3\frac{1}{2}$ | $1\frac{1}{16}$ | 1.335 | $\frac{3}{4}$ | 11 | $9\frac{5}{8}$ | 7 |

*MINIMUM LENGTH OF TEE HANDLES $2\frac{1}{2}$ INCHES AND 4 INCHES, RESPECTIVELY.

FIG. 1

MIL-V-22051D(SH)
20 March 1978
SUPERSEDING
MIL-V-22052C(SHIPS)
11 April 1961
(See 6.5)

## MILITARY SPECIFICATION

### VALVES, STOP AND STOP CHECK, GLOBE, ANGLE, AND Y PATTERN, CAST OR

### FORGED CARBON OR ALLOY STEEL, OUTSIDE SCREW AND YOKE

### (SIZES 2-1/2 INCHES AND LARGER)

This specification is approved for use by the Naval Sea Systems Command and is available for use by all Departments and Agencies of the Department of Defense.

1. SCOPE

1.1 Scope. This specification covers steel globe, angle, and Y pattern valves in sizes 2-1/2 inches and larger.

1.2 Classification. Valves shall be classified in accordance with the composition and rating (see 1.2.1 and 1.2.2), as specified (see 6.2.1).

1.2.1 Composition. Valves shall be of the following compositions:

    Composition A:
        Chromium - 2-1/4 percent.
        Molybdenum - 1 percent.
    Composition B:
        Chromium - 1-1/4 percent.
        Molybdenum - 1/2 percent.
    Composition C:
        Carbon steel.

1.2.2 Rating. Valves shall be rated as standard (150, 300, or 400 class), and as special (600, 900, 1500, or 2500 class) in accordance with ANSI B16.34.

2. APPLICABLE DOCUMENTS

2.1 Issues of documents. The following documents, of the issue in effect on date of invitation for bids or request for proposal, form a part of this specification to the extent specified herein.

SPECIFICATIONS

    FEDERAL
        NN-P-46 - Packing; Asbestos, Sheet, Compressed.

    MILITARY
        MIL-V-3 - Valves, Fittings, and Flanges (Except for Systems Indicated Herein); Packaging of.
        MIL-R-196 - Repair Parts for Internal Combustion Engines, Packaging of.
        MIL-S-901 - Shock Tests, H.I. (High-Impact); Shipboard Machinery, Equipment and Systems, Requirements for.
        MIL-F-3541 - Fittings, Lubrication.
        MIL-A-7021 - Asbestos Sheet, Compressed, for Fuel, Lubricant, Coolant, Water, and High Temperature Resistant Gaskets.
        MIL-R-17131 - Rods and Powders, Welding, Surfacing.

Beneficial comments (recommendations, additions, deletions) and any pertinent data which may be of use in improving this document should be addressed to: Commander, Naval Ship Engineering Center, SEC 6124, Department of the Navy, Washington, DC 20362 by using the self-addressed Standardization Document Improvement Proposal (DD Form 1426) appearing at the end of this document or by letter.

FSC 4820

MIL-V-22052O(SH)

MILITARY (Continued)
MIL-P-17303 - Packing Materials, Plastic Metallic and Elastic Nonmetallic.
MIL-G-21032 - Gaskets, Metallic-Asbestos, Spiral Wound.
MIL-V-22054 - Valves, Globe, Y-Pattern Globe, Stop Check, Angle, Flanged
Bonnet, Manually Operated Nominal Pipe Size (NPS), 2 Inches
and Less.
MIL-P-24377 - Packing Material, Asbestos, Braided, Impregnated With TFE
(Polytetrafluoroethylene), Surface Lubricated.

STANDARDS

MILITARY
MIL-STD-167-1 - Mechanical Vibrations of Shipboard Equipment (Type 1 -
Environmental and Type II - Internally Excited).
MIL-STD-271 - Nondestructive Testing Requirements for Metals.
MIL-STD-278 - Fabrication Welding and Inspection and Casting Inspection and
Repair for Machinery, Piping and Pressure Vessels in Ships of
the United States Navy.
MIL-STD-798 - Nondestructive Testing, Welding, Quality Control, Material
Control and Identification and HI-Shock Test Requirements for
Piping System Components for Naval Shipboard Use.
MIL-STD-1552 - Provisioning Technical Documentation, Uniform DOD Requirements
for.
MIL-STD-1561 - Provisioning Procedures, Uniform DOD.
MS15003 - Fittings, Lubrication (Hydraulic); Surface Check, 1/8 Pipe Threads.

DRAWINGS

MILITARY
NAVSHIPS 5000-S4824-1385620 - Handwheels for Valves.
NAVSEA 803-5003021 - Pressure Seal Ring-Standard and Oversize-Valve Pressure
Class 600-1500.

(Copies of specifications, standards, drawings, and publications required by contractors
in connection with specific procurement functions should be obtained from the procuring
activity or as directed by the contracting officer.)

2.2  Other publications.  The following documents form a part of this specification to
the extent specified herein.  Unless otherwise indicated, the issue in effect on date of
invitation for bids or request for proposal shall apply.

AMERICAN NATIONAL STANDARDS INSTITUTE (ANSI)
B16.10 - Face-to-Face and End-to-End Dimensions of Ferrous Valves.
B16.34 - Steel Butt-Welding End Valves.

(Application for copies should be addressed to the American National Standards Insti-
tute, 1430 Broadway, New York, New York 10018.)

AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)
A105 - Forgings, Carbon Steel, for Piping Components.
A106 - Seamless Carbon Steel Pipe for High-Temperature Service.
A182 - Forged or Rolled Alloy-Steel Pipe Flanges, Forged Fittings, and
Valves and Parts for High-Temperature Service.
A193 - Alloy-Steel and Stainless Steel, Bolting Materials for High-Temperature
Service.
A194 - Carbon and Alloy Steel Nuts for Bolts for High-Pressure and High-
Temperature Service.
A216 - Carbon-Steel Castings Suitable for Fusion Welding for High-Temper-
ature Service.
A217 - Martensitic Stainless Steel and Alloy Steel Castings for Pressure-
Containing Parts Suitable for High-Temperature Service.
A335 - Seamless Ferritic Alloy Steel Pipe for High-Temperature Service.

(Application for copies should be addressed to the American Society for Testing and
Materials, 1916 Race Street, Philadelphia, Pennsylvania 19103.)

(Technical society and technical association specifications and standards are generally
available for reference from libraries.  They are also distributed among technical groups
and using Federal agencies.)

2

MIL-V-22052D(SH)

3. REQUIREMENTS

3.1 Qualification. Valves with a 400, 900, 1500, or 2500 special class rating, furnished under this specification shall be products which are qualified for listing on the applicable qualified products list at the the time set for opening of bids (see 4.3 and 6.3).

3.2 Materials. Materials shall be as specified in table I. Materials for parts other than those listed in table I shall be selected so as to prevent galling, seizing, or excessive wear of operating parts. Cast iron and aluminum shall be used only for those parts where permitted in this specification. Magnesium alloys shall not be used. Clearances shall be adequate to prevent interferences due to thermal expansion.

TABLE I. List of materials.

| Name of parts | Materials form | Composition A | Composition B | Composition D |
|---|---|---|---|---|
| | | Applicable documents | | |
| Body, bonnet | forgings or castings | ASTM A182, grade F22 ASTM A217, grade WC9 | ASTM A182, grade F11 ASTM A217, grade WC6 | ASTM A105, ASTM A216, grade WCB 1/ |
| Retaining ring and yoke | forgings or castings | ASTM A182, grades F22 or F11 ASTM A105 ASTM A217, grades WC9 or WC6 ASTM A216, grade WCB | | |
| Studs for bonnets | Alloy steel for high temperature bolting | ASTM A193, grade B16 | ASTM A193, grade B16 | ASTM A193, grades B7 and B16 |
| Nuts for bonnets | Heavy semi-finished hexagon carbon and alloy steel for high temperature bolting | ASTM A194, grade 4 | ASTM A194, grade 4 | ASTM A194, grades 2H and 4 |
| Standard pressure seal rings and standard oversized pressure seal rings 2/ | Soft carbon steel, silver-plated | Commercial | | |
| Gaskets (for flanged bonnets) | Spiral wound | MIL-G-21032, type 2, class A or B | | |
| | Compressed asbestos sheet | MIL-A-7021 (where fuel resistance is necessary) HH-P-46, class 1 (except where fuel resistance is necessary) | | |
| Packing | Asbestos impregnated with polytetrafluoroethylene | MIL-P-24377 (nonlubricated) service temperature not to exceed that of saturated steam MIL-P-24377, superheated steam total temperature in excess of 550°F | | |
| | Plastic, metallic or nonmetallic | MIL-P-17303, symbol 1111 for temperatures above 500°F | | |
| Nuts, bolts, washers, bushings, liners | Materials used in the construction of these parts other than specified above shall be in accordance with the material specifications shown on the manufacturer's drawings (see 3.6.1) | | | |
| Valve trim | (See table IV) | | | |

1/ Bonnet material for composition D valves may also be grade WC6 of ASTM A217.

2/ Oversized seal rings may be used in the repair of pressure seal bonnets, (i.e.) as shown on drawing 803-5001021.

3

MIL-V-22052D(SH)

3.3 **Design**. Unless otherwise specified herein, valves, valve parts, and design features and parameters shall conform to ANSI B16.34.

3.3.1 **Pressure-temperature ratings**. The design and pressure-temperature rating shall be in accordance with ANSI B16.34, except the maximum allowable temperature for composition D shall be 775°F. Pressure seal valves shall be designed in such a manner as to permit repair by the use of oversize seal rings. The detail design of the oversize seal ring shall be as shown on Drawing 803-5001021.

3.3.2 **End connections**. Valve end connections shall withstand the forces and moments imposed by the connecting pipe to which they are attached. For design purposes, the maximum value of the fiber stress in the connecting pipe produced by these forces and moments shall be considered to be equal to 0.2 percent offset yield stress of the piping material at room temperature.

3.3.3 **End preparation**. Design of welding ends and flange facing shall be as specified (see 6.2.1).

3.3.4 **Drains and by-passes**. Drains and by-passes shall be in accordance with the requirements specified in 3.3.4.1 through 3.3.4.5. A drain shall consist of a nipple and drain valve. A by-pass shall consist of connecting lines and a by-pass valve.

3.3.4.1 **Size of drains and by-passes**. Standard drain and by-pass sizes shall be as shown in table II. Nonstandard sizes shall be as specified (see 6.2.1).

TABLE II. **Standard drain and by-pass sizes**.

| Valve size (inches) | Size of by-pass and drains (inches) |
|---|---|
| 2-1/2 | 1/2 |
| 3 | 1/2 |
| 4 | 3/4 |
| 5 | 3/4 |
| 6 | 3/4 |
| 8 | 3/4 |
| 10 | 1 |
| 12 | 1 |
| 14 | 1-1/4 |
| 16 | 1-1/4 |

3.3.4.2 **Location**. The location of drains and by-passes shall be specified by referencing the letter designation of the desired bosses (see figure 1 and 6.2.1). Bosses shall be sufficient distance away from seating area to allow welding of replacement by-pass line without damage to valve seat. When nonstandard locations are required, a drawing shall be furnished by the user indicating the desired location. When a location is not specified, the following standard locations shall be used:

    (a) By-pass - "A" to "B" of figure 1 (for globe and Y pattern valves), "E" to "F" of figure 1 (for angle valves).

    (b) Drain - "C" of figure 1 (for globe and Y pattern valves).

MIL-V-22052D(SH)





FIGURE 1.   Designating of boss locations
for drains and by-passes.

3.3.4.3  Root connections.  Drain and by-pass line root connections shall be welded to the valve body in accordance with MIL-STD-278.  Materials for these lines shall be as follows:

    (a)  Composition A - ASTM A335, grade P22.
    (b)  Composition B - ASTM A335, grade P11.
    (c)  Composition D - ASTM A106, grade B.

3.3.4.4  Bosses.  When specified (see 6.2.1), bosses shall be required for valves of class 600 and above in sizes 2-1/2 inches and larger and valves less than class 600 in sizes 4 inches and larger, when these valves are furnished without a by-pass and drain.  When specified (see 6.2.1), the valve bodies shall be provided with bosses as shown on "A", "B", and "C" of figure 1 for globe and Y pattern valves and as shown on "X" and "Y" of figure 1 for angle valves.

3.3.4.5  Drain and by-pass valves.  Drain and by-pass valves shall be in accordance with MIL-V-22094 and shall have welding ends.

3.3.5  Body pattern.  The body pattern, globe, angle, or Y pattern shall be as specified (see 6.2.1).

3.3.6  Port arrangement.  Unless otherwise specified (see 6.2.1), the port arrangement on globe valves shall be in-line.

3.3.7  Weights and center of gravity.  The manufacturer shall supply a calculated weight with his proposal.  After completion of the first valve, a weight shall be shown on the drawing.  When specified (see 6.2.1), the manufacturer shall submit center of gravity information for valves weighing in excess of 100 pounds.  The estimated center of gravity location and the calculated center of gravity shall be as shown on the drawings.  Handwheel operated, welded end globe, angle, and Y pattern valves shall not exceed the maximum weights listed in table III.  Weights are based on valves with welded ends and do not include weights of drains, by-passes, operators, etc.  Weights of valves in classes and sizes not listed in table III are not required.

5

MIL-V-22052D(SH)

TABLE III.  Maximum weights of welded end valves.

| Valve size (inches) | Valve weights | | | | | | |
|---|---|---|---|---|---|---|---|
| | Class 150 | Class 300 | Class 400 | Class 600 | Class 900 | Class 1500 | Class 2500 |
| 2-1/2 | 64 | 88 | -- | 100 | -- | 165 | 450 |
| 3 | 64 | 105 | -- | 155 | 223 | 220 | 670 |
| 4 | 106 | 160 | 240 | 230 | 414 | 530 | 800 |
| 5 | 136 | 250 | 355 | 445 | 515 | 860 | 1775 |
| 6 | 207 | 385 | 730 | 600 | 778 | 880 | 2290 |
| 8 | 307 | 650 | 1100 | 800 | 640 | 1500 | 3500 |
| 10 | 500 | 1020 | 1630 | 1620 | 1600 | 2500 | 5000 |
| 12 | 730 | 1610 | 2090 | 2250 | 2500 | 3000 | -- |
| 14 | -- | 2375 | -- | 3510 | 3900 | 3350 | -- |
| 16 | -- | 3000 | -- | -- | 5000 | 5600 | -- |

3.3.8  Face-to-face and end-to-end dimensions.  Face-to-face and end-to-end dimensions shall be in accordance with ANSI B16.10.

3.3.9  Shock and vibration.  Valves shall withstand the shock requirements conforming to grade A, class I, type C of MIL-S-901 and MIL-STD-798.  When specified (see 6.3.1), valves shall meet the vibration requirements of MIL-STD-167-1, type I.

3.3.9.1  Acceptance criteria for shock shall be as follows:

(a)  Momentary malfunction at the time of the impact blow is permitted and acceptable.
(b)  Permanent deformation, misalignment, and functional impairments shall be cause for rejection.
(c)  Permissible seat leakage shall be as specified in 4.6.5.2.

3.3.9.2  Shock and vibration with power operators.  When power operators (other than handwheels) are required, shock and vibration shall be conducted on the assembly of the valve operator as a unit.

3.3.10  Bonnet and yoke construction.

3.3.10.1  Pressure seal and breech lock bonnets.  Valves classes 600, 900, 1500, and 2500 shall have pressure seal or breech lock bonnets.

3.3.10.1.1  Threads.  When retaining rings are threaded, the threads shall be either chromium or nickel-plated.

3.3.10.1.2  Bonnet seal rings.  Bonnet seal rings shall provide a seal either by plastic or elastic expansion.  Where a seal is obtained by means of plastic expansion, the seal ring shall have a Brinell hardness number (BHN) of 102 maximum.  Where a seal is obtained by means of elastic expansion, the seal ring shall have a BHN of 160 maximum.  Seal rings shall be silver-plated.  Each manufacturer shall supply a list detailing oversized seal rings for repair purposes.  The bonnet seal ring region of the valve body shall be inlayed with corrosion-resisting steel.

3.3.10.2  Flanged bonnets.  Valves of classes 150, 300, and 400 shall have bonnets with the joint faces of bonnet flanges of the male and female or small tongue and groove type and spiral wound gaskets.

3.3.10.2.1  Bearing surfaces.  Bearing surfaces of nuts and bolt heads and their respective mating surfaces on the valves shall be machine finished.

3.3.10.2.2  Fasteners.  Fasteners shall be as follows:

(a)  Through-bolt type shall be bolt studs with studs threaded the entire length.
(b)  Studs of the single nut type shall have 1-1/4 diameters fully formed thread engagement, lead and vanishing threads shall not be considered.
(c)  Cap screws shall have 1 diameter fully formed thread engagement, lead and vanishing threads shall not be considered.

3.3.10.3  Yoke construction.  Valves shall be of the outside screw and yoke design.

6

MIL-V-22052D(SH)

3.3.11 **Stuffing boxes and glands.**

3.3.11.1 **Stuffing boxes.** Stuffing boxes shall be of a depth to accommodate packing that will assure a pressure tight seal at the rated pressure and temperature of the valve and to assure a positive engagement between the stuffing box and gland.

3.3.11.2 **Glands.** Stuffing box glands shall be secured and adjusted by a bolting arrangement which by adjustment will insure tightness of the stuffing box under all operating conditions. Bearing surface between the gland follower and the gland flange shall be spherically finished.

3.3.12 **Trim.**

3.3.12.1 **Stem.** Valve stems shall have modified Acme type threads.

3.3.12.1.1 The stem of a stop check valve shall not be attached to the disc. The end of the stem shall be constructed to serve as a disc guide throughout the full travel of the disc.

3.3.12.2 **Disc construction.**

3.3.12.2.1 Attachment of the disc to the stem of stop valve shall be of swivel construction. The use of balls or of slip-on type is prohibited in the design of the swivel feature in the stem to disc attachment. Furthermore, the combined design features of the disc and the swivel attachment shall be such that the disc will not spin when subject to the normal flow conditions of the valve.

3.3.12.2.2 The disc of stop check valves shall be of the piston guide and dash pot design. The disc shall fit into the body in such a manner as to serve as a guide during the full travel of the disc. The dash pot effect shall provide an effective cushion for the disc and prevent vibration and hammer at low velocities or pulsating loads. The disc shall be free of protrusions that could cause spinning of the disc.

3.3.12.2.3 For stop valves, provision shall be made to prevent galling between the end of the stem and the disc. This may be accomplished by the insertion of a hardened washer (485 Brinell minimum) between the stem and disc, or by a pad of stellite inlaid on the inside of the disc at the point of contact or on the bottom of the stem. A cast stellite disc shall be satisfactory to meet this requirement.

3.3.12.3 **Main seat construction.** Seats may be of any of the following constructions:

    (a) Integral,
    (b) Threaded,
    (c) Welded-in.

When the threaded construction is used in valves intended for steam service, the seat ring shall be seal welded circumferentially so as to prevent leakage past the seat rings.

3.3.12.4 **Back seat.** Valves shall have a positive back seat. Class 600 and higher shall have hard facing (HF) back seats (see 3.3.12.6).

3.3.12.5 **Valve trim material.** Unless otherwise specified (see 6.2.1), valve trim materials shall be in accordance with table IV.

TABLE IV. **Valve trim materials.**

| Service | Valve trim symbols[1] | | | |
|---|---|---|---|---|
| | Stem | Disc[2] | Seat[2] | Temperature limitation °F |
| Steam[3] | Cr 13 | HF[3] | HF | 1050 |
| Water[3] | Cr 13 | Ni-Cu | Cr 13 | 750 |
| | Cr 13 | HF | HF | 1050 |
| Oil | Cr 13 | Ni-Cu | Cr 13 | 500 |
| | Cr 13 | Cr 13 | Cr 13 | 1000 |
| | Cr 13 | HF | HF | 1050 |

See footnotes at top of next page.

7

MIL-V-22052D(SH)

1/ MF may be substituted for other seats and discs under all steam temperature and service conditions.

2/ Where unlike seats and discs are used, either the seat or the disc may be Cr 13 or Ni-Cu at the manufacturer's option.

3/ Steam valves shall have MF seats and discs.

4/ Water valves pressure class 600 and higher shall have MF seats and discs.

3.3.12.6 **Hard facing**. Welding materials shall be in accordance with type MIL-RCoCr-A of MIL-R-17131. The minimum finished thickness of MF seating surfaces shall be 3/32 inch.

3.3.13 **Valve handwheels**.

3.3.13.1 **Rotation**. Valves shall close by clockwise rotation of the handwheel when facing the handwheel.

3.3.13.2 **Material and design**. Handwheels smaller than 11 inches in diameter shall be of commercial design and manufactured from steel, ductile iron, malleable iron, or aluminum. Handwheels 10 inches in diameter and larger shall be of aluminum alloy or cast steel in accordance with the general dimensions of Drawing 5000-64824-1385620. Stem handwheel connection shall be in accordance with Drawing 5000-64824-1385620.

3.3.13.3 **Size**. Handwheels shall be sized so that a tangential force of not more than the value specified in table V is required to be exerted on the rim of the handwheel to effect tight closure (see 4.6.5.2). Valve operating devices may be necessary to accomplish effective closure.

TABLE V. Maximum allowable tangential force to seat valves based on valve handwheel size.

| Handwheel diameter | Tangential force |
|---|---|
| (Inches) | (Pounds) |
| 2 | 90 |
| 3 | 98 |
| 4 | 106 |
| 5 | 112 |
| 6 | 118 |
| 7 | 121 |
| 8 | 124 |
| 9 | 127 |
| 10 | 130 |
| 11 | 133 |
| 12 | 135 |
| 14 | 138 |
| 16 | 141 |
| 18 | 144 |
| 21 | 147 |
| 24 | 150 |
| 27 | 150 |
| 30 | 150 |
| 36 | 150 |

3.3.13.4 **Hammer-blow wheel**. Valves of class 600, sizes 4 inch and larger, and valves of class 1500, sizes 3 inch and larger shall be equipped with hammer-blow wheels unless a valve operator is specified.

3.3.13.5 **Toggle operators**. Toggle operators shall be of the double toggle design and shall consist of 4 equal length toggle arms with the toggle arrangement being mounted on the valve yoke. Valve clamp rings shall not be a part of the valve yoke or toggle operator. Toggle design shall include a means of avoiding overstressing of the valve stem by providing ample stops to limit the stress applied to the valve stem. A means shall be provided to assure a constant seating load on the valve seats when the valve is in the closed position.

8

MIL-V-22052D(SH)

3.3.13.6 **Power operators.** Valves shall be designed to assure means of mounting special type power operators on the valve.

3.3.14 **Seat leakage.** Unless otherwise specified (see 6.2.1), allowable seat leakage is considered to be leakage of water not in excess of 10 cubic centimeters (cm³) per hour per inch of nominal pipe size when tested in accordance with 4.6.5.2.

3.3.15 **Lubrication.** Yoke bushings 2-1/2 inches and larger shall be equipped with a 1/8-inch threaded or push designed, type III lubricating fitting in accordance with MIL-F-3541 and MS15003.

3.3.16 **Welding and fabrication.**

3.3.16.1 **Welding.** Welding shall be in accordance with MIL-STD-278.

3.3.16.2 **Fabrication.** Fabricated assemblies shall be stress relieved as units prior to finish machining. Stress relieving shall be done in accordance with MIL-STD-278.

3.3.17 **Assembly and disassembly.** Valve design and construction shall assure that assembly and disassembly of the valve can be accomplished onboard ship by Navy shipboard personnel without the need for special training or special tools. Special tools are defined as those tools not listed in the National Supply Catalog (copies of this catalog may be consulted in the office of the Defense Contract Administration Service (DCAS). Design and external configuration shall be such as to permit the use of a portable boring machine to repair the bonnet inlay of the valve with the valve in place in the piping system.

3.4 **Body markings and identification plates.**

3.4.1 **Body markings.** Valve bodies shall have the class and manufacturer's name or trademark cast or forged integral with the valve body. Globe valves shall have a bridge wall marking in addition to the above markings. When necessary, metal stamping shall be permitted on the neck of the valve body or other similar areas not subjected to high stress in service.

3.4.2 **Identification plates.** Identification plates made of corrosion-resisting steel ... shall be permanently fastened to a part of the valve not subjected to working ..ure, preferably the yoke. Drawings of the proposed identification plates shall be reviewed by the procuring activity prior to their manufacture, and shall include the following data or a space therefor:

(a) Manufacturer's name or trademark.
(b) Size of valve and class.
(c) Stop check valve, if so constructed.
(d) Body and bonnet material composition.
(e) Valve trim identification (stem-disc-seat).
(f) Manufacturer's identification number (optional).
(g) Manufacturer's drawing number.
(h) MIL-V-22052.
(i) Component identification number (CID).
(j) National stock number (NSN).

3.5 **Onboard repair parts.** Onboard repair parts shall be as specified in table VI.

TABLE VI. Onboard repair parts.

| Item | Quantities |
|---|---|
| Packings, gaskets, bonnet seal rings | 50 percent of ship order but not less than two sets for each size, composition, and class |
| Valve disc and stem assembly | 5 per..nt of ship order but not less than one complete set for each size, composition, and class |

3.5.1 **Repair parts (and special tools if required).** When specified (see 6.2.1), ..air parts (and special tools if required) shall be furnished in accordance with MIL-STD-1552 and MIL-STD-1361.

MIL-V-22052D(SH)

3.6 Technical data. The contractor shall prepare technical data in accordance with the data ordering document included in the contract or order (see 6.2.2), and as specified in 3.6.1 through 3.6.2.

3.6.1 Drawings. In addition to the drawing content required by the data ordering document (see 6.2.2), the following features shall be included:

 (a) Accurately scaled sectional assembly which clearly depicts the design and construction of the valve.
 (b) Bill of material listing specification, grade, condition, and any other data required to fully identify the properties of the materials proposed.
 (c) Details of the seat, disc, and stem assembly and all other replaceable internal trim.
 (d) Layout of the pressure-containing envelope (body and bonnet) giving dimensions which control compression of the spiral-wound gaskets and pressure seal ring. This is to assure that where remachining is necessary to repair the gasket-sealing surfaces on these parts, that compensating cuts can be accurately made to restore original gasket compression. This layout shall also specify the dimensional limits of each corrective remachining within which function of the valve remains unaffected.
 (e) Recommended assembly torques, or equivalent procedures, for making up all joints and threaded assemblies.
 (f) Tabulation of required gasket characteristics including all dimensions (with tolerances) and load versus compression characteristics (with tolerances).
 (g) Mark areas to be radiographic, magnetic particle, or dye penetrant inspected.
 (h) Dimensions-overall, accessibility space including disassembly clearances and all dimensions pertinent to installation.
 (i) Surface finishes-show finish marks for all hard face surfaces and bearing areas.
 (j) Name of laboratory conducting tests and date of previous successful shock and vibration tests.
 (k) Welding procedures for seal canopy. Welding procedures shall include the following:

  (1) Detail of weld.
  (2) Welding process.
  (3) Welding current (where applicable).
  (4) Filler metal.
  (5) Preparation.
  (6) Interpass temperature.
  (7) Technique.
  (8) Post heat treatment.
  (9) Provide a table listing size of weld, number of passes, electrode diameter, and welding characteristics.

3.6.1.1 Certification data. Certification data sheets shall be prepared by the contractor (see 6.2.2). In addition to the general requirements, the certification data sheets shall include the following:

 (a) Class.
 (b) Pressure and temperature rating.
 (c) Body and bonnet material.
 (d) Seat, disc, and stem material.
 (e) Type of power operator, if required.
  (1) Shock and vibration tests of valve with the power operator attached.

3.6.2 Manuals. In addition to the general requirements for technical manuals (see 6.2.2), the following shall be included as part of the contents:

 (a) Drawings for the valve (including certification data sheet). Drawings shall be supplemented by additional illustrations where necessary to adequately illustrate operation and maintenance. These additional illustrations may consist of blowouts, partial or full sections, etc., and may eliminate extraneous lines and details to clarify the interaction of parts.
 (b) Table listing wrench sizes and assembly torques (or other equivalent procedures) for making up all joints and threaded assemblies.
 (c) Instructions to permit overhaul by shipyard or other repair facility. These should include procedures for checking all critical dimensions subject to wear or change and the acceptable dimensional limits, surface finish condition, etc. Also, the appropriate procedure (that is, part replacement, correction at repair facility, or repair at manufacturer's facility) which should be followed to correct each case of damage or wear.

10

MIL-V-22052D(SH)

(d) Detailed disassembly and reassembly procedures. In addition to providing procedures for the complete disassembly and reassembly of the equipment, maintenance and troubleshooting sections shall contain, or refer to, only the limited disassembly and reassembly required to accomplish each particular operation. This is intended to reduce the possibility of unnecessary disassembly and unnecessary disturbance of adjustments when performing specific or limited maintenance or troubleshooting operations.

(e) Adjustment procedures.

4. QUALITY ASSURANCE PROVISIONS

4.1 Responsibility for inspection. Unless otherwise specified in the contract, the contractor is responsible for the performance of all inspection requirements as specified herein. Except as otherwise specified in the contract, the contractor may use his own or any other facilities suitable for the performance of the inspection requirements specified herein, unless disapproved by the Government. The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure supplies and services conform to prescribed requirements.

4.1.1 Inspection system program plan. The contractor shall provide and maintain an inspection system program plan in accordance with the data ordering document included in the contract or order (see 6.2.2).

4.2 Classification of inspections. The inspection requirements specified herein are classified as follows:

(a) Qualification inspection (see 4.3).
(b) Quality conformance inspection (see 4.4).

4.3 Qualification inspection. Qualification inspection shall be conducted at a laboratory satisfactory to the Naval Ship Engineering Center (NAVSEC). Qualification shall consist of the examinations and tests specified in 4.5 through 4.7.

4.3.1 Qualification inspection samples. Sample valves submitted for qualification inspection shall be of the 2-1/2 inch size, special class 2500, composition M. Valves of the 2-1/2-inch size, class 1500, composition N, which have passed the qualification tests will qualify valves in sizes 2-1/2 inches and larger of all compositions, classes 600, 900, 1500, and 2500, provided variations in design throughout the various sizes and classes are demonstrated by analysis to be satisfactory to NAVSEC.

4.3.2 Authorization for qualification tests. Prior to authorization of qualification tests, the drawings specified in 3.6.1 shall be submitted to NAVSEC for review.

4.4 Quality conformance inspection. Each special class valve shall be examined and tested as specified in 4.5, 4.6.1, and 4.6.5. Each standard class valve shall be examined and tested as specified in 4.5, 4.6.1.4, and 4.6.5. The DCAS shall normally accept certification that materials comply with the specification, however, proof of compliance may be required by the DCAS.

4.5 Visual and dimensional examination. Valves shall be visually and dimensionally examined to verify compliance with the requirements of this specification not involving tests.

4.6 Tests.

4.6.1 Nondestructive testing.

4.6.1.1 Pressure containing castings of valves shall be 100 percent radiographically inspected when the service pressure or temperature will exceed the values listed in table VII. Inspection shall be in accordance with the following:

(a) Radiographic inspection shall conform to MIL-STD-271.
(b) Radiographic acceptance shall conform to MIL-STD-278.
(c) Radiographic coverage shall conform to the shaded areas shown on figures 2 and 3.

11

MIL-V-22052D(SH)

TABLE VII. Pressure or temperature criteria for nondestructive testing.

| Service[1] | Gage pressure pounds per square inch (lb/in²) | Temperature (°F) |
|---|---|---|
| Steam | 225 | 500 |
| Water | 600 | 200 |
| Oil | 300 | 150 |

[1] When valves are used in services other than those listed, the criteria for nondestructive testing shall be as specified (see 6.3.1).



A = THE GREATER OF THREE TIMES MINIMUM WALL OR 2½ INCHES

SECTION "X-X"    BONNET

SH11125

FIGURE 3. "Y" pattern globe body (pressure seal bonnet).

12

MIL-V-22052D(SH)

 

SECTION "X'-X' & Y'-Y'"

SH 11260

FIGURE 3.- Angle body (pressure seal bonnet) bonnet same as "Y" pattern globe.

4.6.1.2  Pressure containing forgings of valves shall be 100 percent magnetic particle inspected in accordance with MIL-STD-271 when the service pressure or temperature exceeds the values listed in table VII.  Forgings shall be free from flaws such as seams, cracks, laps, porosity, scale, flakes, and all other defects detrimentally affecting the suitability of the forging for the service intended.

4.6.1.3  Defects to be repaired.  The following shall apply to those parts inspected in accordance with 4.6.1.1 and 4.6.1.2:

    (a)  Defects less than 0.030 inch in depth need not be repaired provided the bottom of the defect is rounded and visible and the minimum wall thickness is maintained.

    (b)  Defects greater than 0.030 inch in depth but less than 15 percent of the wall thickness shall be repaired by removing the defective material.  This material shall be removed by drilling or grinding to a bottom radius of at least three times the depth of the defect.  The depth of the finished repair shall be less than 15 percent of the undamaged wall thickness.  Sharp corners shall be faired into the base metal.  Welding is not required to effect a repair of this nature, provided the minimum wall thickness is maintained.

    (c)  Defects greater than 15 percent of the wall thickness shall be repaired by removing the defective material and welding.  The material shall be removed by grinding or drilling and then welded in accordance with 3.3.18.  The crown of the weld shall be blended into the base metal.

4.6.1.4  Hard faced seating.  Hard faced seating surfaces shall be liquid penetrant inspected in accordance with MIL-STD-271 after rough machining and shall be free of cracks or crack-like/defects.

13

MIL-V-22052D(SH)

4.6.2 Cold tests. Cold tests shall be performed as follows:

(a) Operation - 10 cycles.
(b) Hydrostatic - shell and closure tests (see 4.6.5.1 and 4.6.5.2).

4.6.3 Hot tests. Hot tests shall be conducted with a gage pressure of 1200 lb/in$^2$ steam at 950°F and shall be performed in the following sequence:

(a) Thermal shock.
(b) Operation - 200 cycles.

4.6.3.1 Thermal shock tests. Valves shall be thermal shocked ten times by reducing the steam temperature from 950°F to 600°F in not more than 30 seconds.

4.6.3.2 Operational tests. Steam shall be passed through the valve for a period of not less than 48 hours. During this period two securing trials shall be made to determine if the valve remains tight while and after cooling to ambient temperature, and two warm-up trials shall be made to determine the torque required to open the valve which has been closed while cold. The valve shall be cycled a minimum of 200 times and the operating torque shall be recorded periodically during the cycling.

4.6.4 Shock and vibration. Valves shall be shock and vibration tested to determine conformance to the requirements specified in 3.3.9.

4.6.5 Hydrostatic tests. Valves shall be subjected to the tests specified in 4.6.5.1 for strength and porosity and the tests specified in 4.6.5.2 for tightness. Water temperature shall not exceed 100°F.

4.6.5.1 Shell test. Valves shall be given a shell test at a gage pressure no less than 1-1/2 times the 100°F rating, rounded off to the next higher 25 lb/in$^2$ increment. The test shall be made with water, which may contain a corrosion inhibitor, or with kerosene, or with other suitable fluid, provided such fluid has viscosity not greater than that of water, at a temperature not above 125°F. Visually detectable leakage through pressure boundary walls is not acceptable. Test duration shall be not less than as follows:

| Valve size (ips (inches)) | Test time (seconds) |
|---|---|
| 3-1/2 - 8 | 60 |
| 10 and larger | 180 |

Test shall be made with the valve in the partially open position. Leakage through the stem packing shall not be cause for rejection.

4.6.5.2 Closure tests. Following the shell test, valves shall be given a closure test. Each valve 10 ips and larger, regardless of class and each valve in the size range ips 4 through ips 8, class 600 and higher shall be given a closure test using a fluid described in 4.6.5.1 at a pressure no less than 110 percent of the 100°F pressure rating. Each valve ips 4 through ips 8, class less than 600 and each valve in size less than ips 4, regardless of the pressure rating shall, be given either a fluid closure test at a pressure no less than 110 percent of the 100°F pressure rating or a gas closure test at a minimum gage pressure of 80 lb/in$^3$. The test pressure shall be applied successively on each side of the closed valve. Leakage rate of fluid test shall not exceed 10 cm$^3$, per hour per inch of nominal pipe size. Air test under water shall not allow the formation of a free air bubble. Duration of closure test shall be the same as specified in 4.6.3.1.

4.6.5.2.1 For globe and angle valves, the test pressure shall be applied across the closure member in the direction producing the most adverse seating condition. A stop check valve or other valve type designed to be a one-way valve, requires a closure test only in the appropriate direction.

4.6.5.2.2 Valves designed for operating conditions, that have the pressure differential across the closure member limited to values less than the 100 percent pressure rating and having closure members or actuating devices (direct, mechanical, fluid, or electrical) that would be subject to damage at high differential pressures, shall be tested as described above except that the closure test may be reduced to 110 percent of the maximum specified closed position differential pressure. This exception may be exercised upon agreement between the Navy and manufacturer. The manufacturer's nameplate data shall include reference to any such limitations.

14

MIL-V-22052B(SH)

4.7 Examination after qualification tests. Valves shall be disassembled and shall be visually and dimensionally examined for damage and wear. Disassembly and reassembly shall be performed to determine the practicability of maintaining a valve of this design for shipboard use (see 3.3.17). The maintainability demonstration shall be conducted by removing and replacing the pressure seal ring, disc, and stem. This shall be accomplished by following the instructions in the technical manual. Particular emphasis shall be directed towards the possibility of loss of small parts by the maintenance crew.

4.8 Inspection of preparation for delivery. Preservation-packaging, packing, and marking shall be inspected for compliance with section 5 of this document.

5. PREPARATION FOR DELIVERY

(The preparation for delivery requirements specified herein apply only for direct Government procurements. For the extent of applicability of the preparation for delivery requirements of referenced documents listed in section 2, see 6.4.)

5.1 Preservation-packaging, packing, and marking. Valves shall be individually preserved-packaged level A or C, packed level A, B, or C, as specified (see 6.2.1), and marked in accordance with MIL-V-3.

5.2 Repair parts and tools. Repair parts and tools shall be preserved-packaged, packed, and marked for the level specified (see 6.2.1) in accordance with MIL-R-196.

5.3 Cushioning, dunnage, and wrapping materials.

5.3.1 Level A preservation-packaging and levels A and B packing. Use of all types of loose-fill materials for packaging and packing applications such as cushioning, filler, or dunnage is prohibited for materials destined for shipboard installation/stowage.

5.3.2 Level C preservation-packaging and packing. When loose-fill type materials are used for packaging and packing applications such as cushioning, filler, and dunnage, all containers (unit, intermediate, and shipping) shall be marked or labelled with the following information:

> "CAUTION
>
> Contents cushioned etc., with loose-fill material.
> Not to be taken onboard ship.
> Remove and discard loose-fill material before
> shipboard stowage.
> If required, recushion with cellulosic material,
> bound fiber, fiberboard, or transparent flexible
> cellular material."

5.3.3 Cushioning, filler, dunnage, and wrapping materials selected, whenever available, shall exhibit improved performance for resistance to fire.

6. NOTES

6.1 Intended use. Globe, angle, and Y pattern valves are intended for use in steam, water, and oil service.

6.2 Ordering data.

6.2.1 Procurement requirements. Procurement documents should specify the following:

    (a)  Title, number, and date of this specification.
    (b)  Composition and rating required (see 1.2).
    (c)  End preparation (see 3.3.1).
    (d)  Size required (see tables II and III).
    (e)  Nonstandard sizes of drains and by-passes (see 3.3.4.1).
    (f)  Service conditions.
    (g)  Quantity required.
    (h)  Location of drains and by-passes (see 3.3.4.2).
    (i)  Boss requirements (see 3.3.4.4).
    (j)  Pattern required (see 3.3.5).
    (k)  Port arrangement on globe valves (see 3.3.6).
    (l)  Center of gravity location (see 3.3.7).

15

MIL-V-22052D(SH)

(m) Whether vibration test is required (see 3.3.5).
(n) Valve trim (see 3.3.12.5).
(o) Allowable seat leakage (see 3.3.14).
(p) Repair parts and special tools required (see 3.5.1).
(q) Criteria for nondestructive testing when valves are used in services other than as listed (see table VII).
(r) Level of preservation-packaging and packing required (see 5.1).
(s) Level of preservation-packaging and packing of repair parts and tools required (see 5.2).

6.2.2 Data requirements. When this specification is used in a procurement which invokes the provision of the "Requirements for Data" of the Armed Services Procurement Regulations (ASPR), the data identified below, which are required to be developed by the contractor, as specified on an approved Data Item Description (DD Form 1664), and which are required to be delivered to the Government, should be selected and specified on the approved Contract Data Requirement List (DD Form 1423) and incorporated in the contract. When the provisions of the "Requirements for Data" of the ASPR are not invoked in a procurement, the data required to be developed by the contractor and required to be delivered to the Government should be selected from the list below and specified in the contract.

| Paragraph | Data requirements | Applicable DID | Option |
|---|---|---|---|
| 3.6.1 and 3.6.1.1 | Drawings, engineering and associated lists | DI-E-7031 | Level 2 Design activity designation - Contractor Drawing Number - Contractor Delivery of hard copies - Procuring activity |
| 3.6.2 | Manuals | DI-M-2043 | MIL-M-15071, type I |
| 4.1.1 | Inspection system program plan | DI-R-4803 | --- |

(Copies of data items descriptions required by the contractors in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer. Unless otherwise indicated, the issue in effect on date of invitation for bids or request for proposal shall apply.)

6.2.2.1 The data requirements of 6.2.2 and any task in section 3, 4, or 5 of the specification required to be performed to meet a data requirement may be waived by the procuring/purchasing activity upon certification by the offeror that identical data were submitted by the offeror and accepted by the Government under a previous contract for identical item procured to this specification. This does not apply to specific data which may be required for each procurement, regardless of whether an identical item has been supplied previously (for example, test reports).

6.2.2.2 Where the Government has limited rights in the data shown on the drawings, as determined by the contractual provisions regarding rights in technical data, the drawings may be marked with a legend. If used, the "Limited Rights Legend" of ASPR should be used.

6.3 With respect to products requiring qualification, awards will be made only for products which are at the time set for opening of bids, qualified for inclusion in applicable Qualified Products List QPL-22052 whether or not such products have actually been so listed by that date. The attention of the contractors is called to these requirements, and manufacturers are urged to arrange to have the products that they propose to offer to the Federal Government tested for qualification in order that they may be eligible to be awarded contracts or orders for the products covered by this specification. The activity responsible for the Qualified Products List is the Naval Ship Engineering Center, Department of the Navy, Washington, DC 20362, and information pertaining to qualification of products may be obtained from that activity. Application for qualification tests shall be made in accordance with "Provisions Governing Qualification SD-6" (see 6.3.1).

6.3.1 Copies of "Provisions Governing Qualification SD-6" may be obtained upon application to Commanding Officer, Naval Publications and Forms Center, 5801 Tabor Avenue, Philadelphia, Pennsylvania 19120.

6.4 Sub-contracted material and parts. The preparation for delivery requirements of referenced documents listed in section 2 do not apply when material and parts are procured by the contractor for incorporation into the equipment and lose their separate identity when the equipment is shipped.

16

INSTRUCTIONS: In a continuing effort to make our standardization documents better, the DoD provides this form for use in submitting comments and suggestions for improvements. All users of military standardization documents are invited to provide suggestions. This form may be detached, folded along the lines indicated, taped along the loose edge (DO NOT STAPLE), and mailed. In block 6, be as specific as possible about particular problem areas such as wording which required interpretation, was too rigid, restrictive, loose, ambiguous, or was incompatible, and give proposed wording changes which would alleviate the problems. Enter in block 6 any remarks not related to a specific paragraph of the document. If block 7 is filled out, an acknowledgement will be mailed to you within 30 days to let you know that your comments were received and are being considered.

NOTE: This form may not be used to request copies of documents, nor to request waivers, deviations, or clarification of specification requirements on current contracts. Comments submitted on this form do not constitute or imply authorization to waive any portion of the referenced document(s) or to amend contractual requirements.

_(Fold along this line)_

_(Fold along this line)_

DEPARTMENT OF THE NAVY

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

## BUSINESS REPLY MAIL
FIRST CLASS    PERMIT NO. 12503    WASHINGTON D C

POSTAGE WILL BE PAID BY THE DEPARTMENT OF THE NAVY

COMMANDER
NAVAL SEA SYSTEMS COMMAND (SEA 55z3)
DOD STANDARDIZATION PROGRAM AND DOCUMENTS DIVISION
DEPARTMENT OF THE NAVY
WASHINGTON, DC  20362



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# STANDARDIZATION DOCUMENT IMPROVEMENT PROPOSAL
*(See Instructions – Reverse Side)*

| 1. DOCUMENT NUMBER | 2. DOCUMENT TITLE |
|---|---|
|  |  |

| 3a. NAME OF SUBMITTING ORGANIZATION | 4. TYPE OF ORGANIZATION (Mark one) |
|---|---|
|  | ☐ VENDOR |
|  | ☐ USER |
| 3b. ADDRESS (Street, City, State, ZIP Code) | ☐ MANUFACTURER |
|  | ☐ OTHER (Specify): |

**5. PROBLEM AREAS**

a. Paragraph Number and Wording:

b. Recommended Wording:

c. Reason/Rationale for Recommendation:

**6. REMARKS**

| 7a. NAME OF SUBMITTER (Last, First, MI) – Optional | | b. WORK TELEPHONE NUMBER (Include Area Code) – Optional |
|---|---|---|
| c. MAILING ADDRESS (Street, City, State, ZIP Code) – Optional | | 8. DATE OF SUBMISSION (YYMMDD) |

DD FORM 1426
83 MAR

PREVIOUS EDITION IS OBSOLETE.

# EXHIBIT B

N29.13:
39
947

# BUREAU OF SHIPS

# MANUAL

## CHAPTER 39

## THERMAL INSULATION

NAVY DEPARTMENT,
Bureau of Ships,
1 April 1947.

This chapter is a revision of Bureau of Ships Manual, Chapter 39, "Thermal Insulation," dated 24 August 1945.

This revised chapter becomes effective upon receipt and shall be inserted in its proper place in the Manual binder.

E. W. MILLS,
Vice Admiral, U. S. N.,
Chief of Bureau.

Approved:
JAMES FORRESTAL,
Secretary of the Navy.

NAVSHIPS 250-000-39

# Chapter 39

# THERMAL INSULATION

## CONTENTS

| | Article |
|---|---|
| Section I. Machinery and Piping Insulation............................ | 39–1 to 39–75 |
| Part 1. General.............. | 39–1 to 39–2 |
| Part 2. Materials............... | 39–11 to 39–13 |
| Part 3. Application of Thermal Insulation General........... | 39–21 |
| Part 4. Application of Thermal Insulation to Pipe or Tubing... | 39–31 to 39–40 |
| Part 5. Application of Thermal Insulation to Valves, Fittings, and Flanges............ | 39–51 to 39–59 |

| | Article |
|---|---|
| Section I—Continued | |
| Part 6. Application of Thermal Insulation to Machinery...... | 39–71 to 39–75 |
| Section II. Hull Insulation............ | 39–101 to 39–145 |
| Part 1. Scope.................... | 39–101 |
| Part 2. General.......... | 39–111 to 39–114 |
| Part 3. Hull Thermal Insulation..... | 39–121 to 39–125 |
| Part 4. Cold Storage.............. | 39–131 to 39–135 |
| Part 5. Ventilation System........ | 39–141 to 39–145 |

## SECTION I—MACHINERY AND PIPING INSULATION

### Part 1.—General

**39–1. DEFINITIONS**

(1) Insulating material is defined as the material employed to offer resistance to the flow of heat.

(2) Lagging is defined as the protective and confining covering or jacket placed over the actual insulating materials.

(3) Fastening is defined as the miscellaneous items with which insulating material is attached to the surface being covered and with which lagging is fixed to the insulating material.

(4) Insulation is defined as the composite covering including insulating material, lagging, and fastening.

**39–2. REASONS FOR INSULATING**

(1) In every power plant there is a heat loss from all heated surfaces and a heat flow to all cooled surfaces. Heat flow may occur in three ways; by conduction, by convection, and by radiation.

(2) Conduction is the heat flow from one part of a body to another part of the same body, or from one body to another with which it is in physical contact, without displacement of the particles of the body. This manner of heat flow is most important in insulation as it is the low conduction which results in the greatest temperature differential between a hot insulated surface and the atmosphere (as in steam piping insulation), or the relatively warm atmosphere and a cold surface (as in refrigerating plant

insulation). Heat transfer from insulated pipes or large blanketed or cemented surfaces (turbines, evaporators, etc.) to the outer surface of their lagging is included in this mode. Conduction is associated with solids and comparison of materials in this respect is measured by a factor called the "thermal conductivity" which expresses rate of conductivity in British thermal units (B. t. u.) per inch of thickness per hour per square foot of area per degree Fahrenheit temperature differential.

(3) Convection is the transfer of heat from one point to another within a fluid, gas, or liquid, by circulating or mixing of one portion of the fluid with another. These currents are produced by warm fluid being displaced by heavier cold fluid. It is of interest to note that convection reduces the effectiveness of air space insulation unless such space is very small.

(4) Radiation is the method of heat transfer by which a hot body gives off energy in the form of radiant heat which is emitted in all directions. Radiant heat, like light, travels in straight lines and with the speed of light. The surface condition greatly affects the ability of a body to radiate heat. Dull, dark, rough finished surfaces are the best radiators. Conversely, bright, shiny, smooth surfaces are good heat reflectors.

(5) In order to minimize the transfer of heat from or to a body or surface which is hotter or colder, respectively, than the surrounding atmosphere, thermal insulation is applied. This thermal insulation

1

is a material or materials of low thermal conductivity. (See par. 39-2 (2).) While increasing the economy of the plant, thermal insulation also reduces the quantity of air necessary for ventilating and cooling requirements and prevents injury of personnel due to burns from contact with hot parts of apparatus. It also insures more uniform heat distribution within equipment. Another function of thermal insulation is to prevent "sweating" of cold surfaces on which atmospheric moisture condenses thus causing undesirable dripping as well as accelerated corrosion of the metal. Insulation must be sufficiently effective to reduce heat losses and lower surface temperatures to a degree which will permit habitable conditions in a specific space or compartment.

### Part 2.—Materials

#### 39-11. INSULATING MATERIALS

(1) The following requirements should be met as nearly as possible by thermal insulating materials:

(a) Low heat conductivity.
(b) Noncombustibility.
(c) Lightweight.
(d) Capability of easy molding and application.
(e) Moisture repellent.
(f) Noncorrosive, insoluble, and chemically inactive.
(g) Composition, structure, and characteristics changed by temperatures at which it is to be
(h) Once installed, should not cluster, become lumpy, disintegrate or build up in masses from vibration.
(i) Vermin proof.

(2) Insulating materials are available in the following forms in accordance with Navy Department Specifications:

(a) Molded sectional pipe covering:
Thermal insulation pipe covering_____ 32P8
Molded cork (with fire resisting compound) pipe covering_____ 32P11
(b) Block:
Thermal insulation block_____ 32I3
(c) Batts, blankets and felts:
Roll asbestos felt_____ 32F1
Asbestos insulating felt_____ 32F3
Fibrous glass batt insulation_____ 32I1
Mineral wool blanket insulation_____ 32I2
Mineral wool pipe covering for low temperature_____ 32I5
Thermal insulating tape_____ 32T1
(d) Plastic:
High temperature insulation cement__ 32C14
Magnesia plaster_____ 32P10

(3) Thermal insulation pipe covering, Spec. 32P8, grade I, usually is 85 percent magnesia and it is suitable for temperatures from 100° up to 500° F.

Eighty-five percent magnesia is a molded product formed from a combination of 85 percent magnesium carbonate with about 15 percent asbestos fiber for strength and bond. It is made in standard and light density (classes a and b) which weigh 16 and 12 pounds per cubic foot, respectively. The standard weight material is used mostly; it is harder, stronger (in rupture) and less affected by heat than the light grade, but it is about 25 percent poorer in insulating value. The pipe covering is furnished in cylindrical sections 3 feet long, split in half lengthwise. Larger sizes are furnished in quadrant or segmental form. Sections which become broken may be reused as plastic cement by breaking up the material and mixing it with water.

(4) Thermal insulation pipe covering, Spec. 32P8, grade II, class c, is a fibrous product usually formed from a uniform mixture of asbestos fibers (composed mostly of pure silica and the oxides of iron and magnesium) and held together with a sodium silicate (water glass) binder. Its average density is 13.5 pounds per cubic foot. It is considerably harder than either of the magnesia materials in paragraph 39-11 (3) and comparable to the standard magnesia covering as a good insulator. It is resilient, tough, and withstands vibration. It has a smooth, brown, finished surface. Molded asbestos saws and cuts neatly with ordinary tools. It can be used for temperatures up to 750° F. and is manufactured in cylindrical sections 3 feet long, split in half lengthwise. Class d under grade II of Spec. 32P8 covers compounded materials. These are products which have been developed comparatively recently and which vary in composition. Grade II materials are suitable for temperatures up to 750°.

(5) Thermal insulation pipe covering, Spec. 32P8, grade III, class e, is a compounded material usually consisting of molded diatomaceous earth. It consists of practically pure silica blended and bonded with asbestos fibers. It is used in a single layer for insulating piping up to and including 1½ inches nominal size. For piping 2 inches and over in size, the insulation is in the form of combination pipe covering, the inner layer of which contacts the hot surface and is diatomaceous earth. The outer layer is 85 percent magnesia of the type described in paragraph 39-11 (3). This class of material is suitable for temperatures from 501° up to 900° F.

(6) Thermal insulation pipe covering, Spec. 32P8, grade III, class f, is a fibrous material usually consisting of asbestos similar to that described in paragraph 39-11 (4), but it is much harder and withstands high temperatures. It is used in a single layer for insulating piping up to and including 1½ inches nominal size. For piping 2 inches and over in size, the insulation is in the form of combination pipe covering, the inner layer of which contacts the hot surface and is high temperature material. The

outer layer is class c material. This pipe covering is available as combined sections with the two classes formed together to give the appearance and workability of a uniformly molded material. The average density is 17.5 pounds per cubic foot in the single layer and 16 pounds when used in the combination form. This material is suitable for temperatures from 751° to 900° F.

(7) The description herein of materials covered by Spec. 32P8 is based on materials as procured and their naval applications. All the common pipe covering materials have been discussed. As newly developed products are found to be suitable for naval use, such pipe coverings probably will be installed in addition to the common materials.

(8) Molded cork pipe covering, Spec. 32P11, is composed of cork joined by and coated over with a vapor-sealing compound. The pipe covering sections are made of pure granulated cork compressed into molds and held together by the natural cork gum as a binder. The fire retardant vapor-sealing compound is composed of chlorinated resins, drying oils, dryers, and fillers. A volatile solvent is added to attain the necessary fluidity for easy application with a stiff brush or trowel. At the time of installation the untreated molded cork insulating material is coated on all surfaces with the vapor seal. Each delivery of cork includes sufficient copper-clad steel wire and vapor seal for complete application. The molded cork is available in the following types: Ice water thickness, brine thickness, and special brine thickness. Pipe covering is furnished in cylindrical sections 3 feet long, split in half lengthwise. Cork covers for elbows, T's, valves, etc. are available. This material is of low thermal conductivity, high structural strength, almost free from shrinkage, resists moisture penetration when thoroughly coated, and acts as a good insulating material for refrigeration service.

(9) Thermal insulation block, Spec. 32I3, is furnished in 3 classes according to the allowable temperatures for which the materials are suitable. Class A of the specification covers insulating material for temperatures up to 500° F. These blocks usually are made of 85 percent magnesia or asbestos with characteristics as described in paragraphs 39-11 (3) and 39-11 (4), respectively. The maximum density for this class is 15 pounds per cubic foot. Block insulation is flat and rectangular. Asbestos block should be used where unusually high resistance to compression is required.

(10) For class B of Spec. 32I3, temperature range of 501° to 1,000° F., high temperature molded asbestos of the composition described in paragraph 39-11 (6) can be used. Diatomaceous earth high temperature insulating material in molded block form also is available for this service. It is described in paragraph 39-11 (5).

(11) For the higher range of temperatures, 1,001° to 1,500° F. covered by class C of Spec. 32I3, diatomaceous earth material in block form is used.

(12) Roll asbestos felt, Spec. 32F1, is composed of medium long asbestos fiber and organic sizing. The materials are felted into sheets, with an indented surface, of such flexibility that it may be folded, bent, or wrapped around piping and equipment. It is furnished in rolls ⅛ or ¼ inch thick and 3 feet wide. The ¼-inch roll weighs about 1.2 pounds per square foot. This material is suitable for temperatures up to 900° F.

(13) Asbestos insulating felt, Spec. 32F3, is furnished in type A, plain, and type B, water repellent for cold piping. Plain felt is composed of asbestos fibers and cotton and binding materials if required. Water-repellent felt is composed of asbestos fibers, cotton, treated with a suitable repellent agent, and a cotton fabric encasement. Asbestos felt has a maximum density of 12 pounds per cubic foot. Plain asbestos felt is furnished in rolls 50 feet long by 60 inches wide and in thicknesses of ¾, 1, and 1½ inches. It has perhaps the widest range of uses of the insulating materials as it has flexibility for fitting around valves or other irregular surfaces and it is suitable for a temperature range from cold water to 900° F. Water-repellent asbestos felt is furnished in rolls 50 feet long and in widths from 3 to 60 inches; thicknesses are ¾ or 1 inch.

(14) Fibrous glass batt insulation, Spec. 32I1, is composed of glass fibers bonded together to form a semirigid batt. The fibrous glass is pure glass in fibrous form and is inorganic and fireproof and resistant to salt water and some chemical actions. It cannot mildew, decay, or provide sustenance to insects, rodents, or vermin. The batts are furnished in two grades, one weighing 6 pounds per cubic foot and the other 4.5 pounds. Standard dimensions are 48 inches long by 24 inches wide by 1 to 3 inches thick. When this material is used at elevated temperatures, the binding agent burns out at a point between 450° and 600° F. Hence, batts should be enclosed by sheet steel for support when subjected to temperatures between 450° and 900° F. The material is suitable for insulating boiler uptakes.

(15) Mineral wool blanket insulation, Spec. 32I2, consists of fibers from slag, glass, or limestone made by a process of melting, blowing, or drawing, and annealing. The blankets are felted and reinforced by wire netting or metallic lathing on both sides. The material is suitable for use at temperatures up to 900° F.

(16) Mineral-wool pipe covering for low temperatures, Spec. 32I5, is composed of mineral-wool fibers felted into strip form encased in fire-resistant fabric. The pipe covering is furnished in sections 3 feet long and made to such a width that when laterally folded around a given size of pipe, a reasonably tight uniform covering results.

3

39—11

(17) Thermal insulating tape, Spec. 32T1, is composed of a woven asbestos jacket enclosing either an asbestos fiber or fibrous glass felting or silver. The jacket is woven from yarn of asbestos fiber; it may be either in one tubular piece or fabricated of asbestos cloth sewed into tubular form. The tape is supplied in two forms, one for spiral wrapping and the other for lateral wrapping. That for spiral wrapping is 2 to 2½ inches wide and ¼ to ⅝ inch thick. The tape for lateral wrapping is 5¼ inches wide and ¾ inch thick. It is suitable for temperatures up to 750°.

(18) High temperature insulation cement, Spec. 32C14, is available in two types. Type A is the diatomaceous earth or exfoliated mica type and is composed of a dry mixture of suitable grades of such refractory material ground fine, asbestos fibers, and clay binders, thoroughly mixed to obtain uniform distribution of the ingredients. Type B is the rock or mineral-wool type which consists of a dry mixture of rock or mineral-wool fibers, asbestos fibers, and binders, thoroughly mixed to obtain uniform distribution of the ingredients. This latter type is most suitable for monolithic insulation. The composition of the cement is such that when properly wetted with fresh water, it can be applied with a trowel or by hand to hot and cold surfaces. One hundred pounds of dry cement will cover 50 square feet of surface to a thickness of 1 inch. After application it weighs a maximum of 30 pounds per cubic foot. The cement is reclaimable for reuse. The thermal conductivity of this material is higher than the nonplastic materials. All cements covered by Spec. 32C14 are suitable for use at temperatures from 100° to 1,000° F., and some may be used for 1,800° F. service. It is very important that all rock or mineral-wool type cements which may be used shall have corrosion-resisting properties conforming to the specification.

(19) Magnesia plaster, Spec. 32P10, is a mixture of not less than 85 percent long-fiber asbestos. The plaster is supplied dry and when properly tempered with water, it can be laid on with a trowel or by hand to form a light, incombustible, porous, heat-insulating covering. The material has the characteristics of 85 percent magnesia pipe covering described in paragraph 39–11 (3). Magnesia plaster will adhere to cold metal only with difficulty and it will not adhere to hot metal. One hundred pounds of the material covers about 67 square feet of surface to a thickness of 1 inch. The density after being molded and dried is not more than 16 pounds per cubic foot. Magnesia plaster may be used for temperatures from 100 to 500° F. Cements of the types described in paragraph 39–11 (18) are better for all purposes except for finishing insulation to a very smooth surface.

## 39–12. LAGGING MATERIALS

(1) The definition of lagging in paragraph 39–1 (2) describes the purpose of this item. It protects the relatively soft insulating material from mechanical abuse to which it is exposed aboard ship as a result of men climbing over piping and the necessary handling of equipment. It supports the insulating material which is subjected to continual vibration. The lagging provides a smooth finish to be painted.

(2) Materials in accordance with the following Navy Department Specifications are used as lagging:

(a) Cloth:
Asbestos cloth, strands and tape_____ 32C11
Cotton duck pipe covering_____ 24D3
Fibrous glass cloth, tape and thread
(for lagging insulation)_____ 32G9

(b) Paper:
Asbestos paper and tape reinforced with
cotton mesh_____ 32P9
Flameproof and water - repellent
sheathing paper_____ 59P7

(c) Board:
Asbestos millboard_____ 32M1

(d) Plastic:
Asbestos insulation finishing cement_ 32C16

(e) Metallic:
Zinc coated (galvanized) sheet steel__ 47S29

(3) Asbestos cloth, strands, and tape, Spec. 32C11, are made of good quality asbestos yarn or combination of asbestos and glass yarn and contain no rubber or other filling materials except cotton fiber. The types of cloth and tape are classified by the maximum allowable cotton content. Type A cloth and type G tape are intended for use as the lagging material for insulation on pipe or tubing at all temperatures; it is not to be used on valves, fittings, and flanges if it will be in contact with heated metal. It may be used on valves, fittings, and flanges where the temperature of the insulated surface is 500° F. or less, and for temperatures over 500° F. on applications such as butt-welding end fittings where it is desirable to lag the fittings with the material used on the tubing. A blue stripe is woven into the finished edge of this material which may be asbestos or combination of asbestos and glass yarn. The remaining types do not contain glass yarn. Type B, 90 percent asbestos cloth, is furnished with a red stripe woven in and is intended for use as the outside lagging on removable and replaceable covers for flanges and fittings or other applications on valves, fittings, and flanges where the temperature of the insulated surface is more than 500° F. Ninety-five percent asbestos cloth is furnished with or without wire insertion. That with the wire, type C, is intended for use as the inside lagging on removable and replaceable covers for valves, flanges, and fittings at all temperatures. The wire adds to the strength and stiffness of the lagging. Type D, 95 percent asbestos cloth without the wire, is intended for the same conditions as type C when strength and stiffness is not necessary. This material is furnished

4

with a green stripe woven into the finished edge. An 80 percent asbestos sewing thread and a 95 percent yarn reinforced with wire are available under the specification.

(4) Fibrous glass cloth, tape, and thread, Spec. 32G9, are manufactured from a good quality of fibrous-glass yarn. The tapes and cloths are made in various weights and weaves, the most frequently used being described herein. Tight, satin-weave, lightweight cloth is recommended for straight pipe. For irregular surfaces, tight, broken-twill weave, heavyweight cloth should be used. Medium, plain weave, lightweight tape in 2- to 6-inch widths is suitable for curved pipe in particular. Tapes are applied with a minimum amount of labor and time. The sewing thread is a twisted specially treated cord. *Fibrous glass materials are not recommended for use where lagging is exposed to mechanical injury.* The material may be used for lagging surfaces with internal temperatures up to 900° F., but should not be used on removable and replaceable covers nor where it will be in contact with hot metal surfaces.

(5) Canvas or cotton duck, Spec. 24D3, has been widely used as a lagging material. Unlike asbestos and glass, duck is flammable and should be used only for service in the cold range of 36° to 99° F. Duck should not be used if glass cloth or asbestos cloth is available.

(6) Asbestos paper and tape reinforced with cotton mesh, Spec. 32P9, is composed of approximately 75 percent asbestos, 8 percent organic binder, and 17 percent cotton netting. This material is suitable for temperatures up to 500° F. It does not stand much abuse and is recommended for use only if glass or asbestos cloth is not available.

(7) Sheathing paper, Spec. 59P7, is made in three types. The flameproof and water-repellent paper does not support combustion and absorbs only the specified small weight of water. The two other types of paper have but one of the aforementioned characteristics. This material is used in conjunction with other lagging; see the instructions for insulation of cold water piping in part 4. The paper is supplied in rolls 36 inches wide.

(8) Asbestos millboard, Spec. 32M1, is composed of asbestos fiber and binding material formed under pressure into a sheet. It has a fair amount of insulating value for temperatures up to 400° F. but is mostly used as outside lagging on removable insulating covers to which it gives stiffness. It is available in thicknesses of from ⅛ to ½ inch in sheets the standard size of which is 42 by 48 inches. The maximum acceptable weight is 6.5 pounds per square foot of material 1 inch thick.

(9) Asbestos finishing cement, Spec. 32C16, is composed of asbestos fibers, fillers, and suitable binders thoroughly mixed to obtain a uniform distribution of the ingredients. The composition is such that when properly wetted with fresh water, it can

be readily troweled to a smooth surface. One hundred pounds of cement has a covering capacity, applied and dried, of 19 square feet 1 inch thick. About 100 pounds of water is required to mix 100 pounds of cement. Asbestos cement is used as a surface finish over insulating material to seal all joints and provide a hard, smooth finish to which lagging is applied.

(10) Galvanized sheet steel, Spec. 47S29, is used as described in the sections on application of insulation.

### 39–13. ADHESIVE MATERIALS

(1) Adhesives which comprise one type of fastening as defined in paragraph 39–1 (4) are covered by the following Navy Department Specifications.

| | |
|---|---|
| Fibrous adhesive insulation cement | 52C22 |
| Adhesive and sealing cements | 52C23 |
| Sodium silicate solution (33.5° Baumé) | 51S29 |

(2) Fibrous adhesive, Spec. 52C22, is suitable for securing woven asbestos cloth to insulating material employed on piping or other applications. The cement is ready for use without heating or addition of other ingredients, except that it may be furnished in the unmixed form to be mixed just prior to use. It will not deteriorate for an indefinite length of time when enclosed in airtight metal containers. When used for fixing lagging or insulating materials to other than metal surfaces, 75 pounds of adhesive will cover about 100 square feet. Adhesive cement per Specification 52C22 must never be used for securing fibrous glass cloth or insulation since it causes disintegration of such materials. Therefore, this cement is not to be used with type A cloth or type G tape per Spec. 32C11.

(3) Adhesive insulation cement per type B of Navy Department Specification 52C23 is suitable for securing all lagging materials. It has the best properties of the adhesives described herein. Cements in accordance with the specification will not corrode steel when applied thereto.

(4) Sodium silicate solution, Spec. 51S29, may be used for fastening asbestos cloth. The cloth, when soaked in the silicate of soda and applied to the surface, molds into position and dries to form a hard, firm finish which resists abrasion. The remarks in paragraph 39–13 (2) in regard to the use of fibrous adhesive cement with fibrous glass materials apply also to sodium silicate solution.

## Part 3.—Application of Thermal Insulation
### General

39–21.

(1) Cloth and paper lagging should be covered with one coat of fire-retardant paint, per Bureau of Ships Spec. 52P22, after installation. The inside covers of removable blanket insulation need not be painted. Canvas lagging, if used, should be given

Case 2:12-cv-02502-DSF-AGR Document 86-1 Filed 03/30/12 Page 318 of 368 Page ID #:321

e coat of canvas preservative per Spec. 52C26 of a color to suit the adjacent bulkheads or decks.

(2) All steampiping, valves, and fittings located in positions exposed to the weather or to salt water spray should be insulated and lagged watertight with sheet metal. Where it is not feasible to apply insulation, paint the piping with heat- and weather-resistant paint, and install suitable guards to protect personnel. Also use metal lagging where necessary to shield the insulation from damage. Metallic lagging, galvanized sheet steel, may be painted for appearance with one coat of zinc chromate primer, formula 84, followed by one coat of fire-retardant paint per Bureau of Ships Spec. 52P22.

(3) Where the detailed instructions which follow hereafter do not specifically cover any surface requiring insulation, such surface should be insulated in a manner similar to the requirements covering a condition which most nearly approximates that of the surface in question.

(4) At least once a year and preferably at 6-month intervals, a careful inspection should be made of insulation. All broken or loose insulating or lagging materials should be securely fastened in accordance with instructions herein. If much material is broken, a complete reinstallation is recommended.

(5) In the course of emergency repairs as a result of damage, insulation is to be stripped from piping in flooded compartments if practicable. This procedure will prevent serious corrosion of piping by insulation which carries a large amount of water even subsequent to unwatering operations.

(6) The following tables indicate various approved insulating, lagging, and fastening materials to be used and minimum thicknesses required for all services and temperature ranges.

TABLE I

| Service | Temperature conditions (°F.) | Pipe or tubing | | Valves and fittings | |
|---|---|---|---|---|---|
| | | Insulating materials | Lagging | Insulating materials | Lagging |
| Superheated steam and exhaust gases. | 751 to 900...... | 32P8, grade III; 32T1... | 32C11, type A and G; 32G9. | 32C11, type B; 32F3, type A; 32I3, class b; 32P8, grade III. | 32C11, type A, B, C, D, and G; 32G9. |
| Do............ | 501 to 750..... | 32P8, grade II and III; 32T1. | 32C11, type A and G; 32G9. | 32C14, type B; 32F3, type A; 32I3, class b; 32P8, grade II and III. | 32C11, type A, B, C, and G; 32G9. |
| Saturated steam, exhaust gases, hot water, and hot fuel oil. | 100 to 500.... | 32P8, grade I and II; 32T1. | 32C11, type A and G; 32G9; 47S29. | 32P8, type B; 32F3, type A; 32I3, class a; 32P8, grade I and II. | 32C11, type A, B, C, and G; 32G9. |
| Cold water............. | 32 to 99..... | 32F3, type A and B; 32I3. | 32C11, type A and B; 32G9; 59P7. | 32F3, type A and B; 32I3. | 32C11, type A and G; 32G9; 59P7. |
| Refrigerant........... | 36 and over.... | 32F3, type A and B; 32I3; 32P11, type A. | 32C11, type A and G; 32G9; 59P7. | 32F3, type A and B; 32P11, type A. | 32C11, type A and G; 32G9; 59P7. |
| Do............. | 0 to 35..... | 32P11, type B........... | 32C11, type A and G; 32G9. | 32P11, type B......... | 32C11, type A and G; 32G9. |
| Do............. | Below 0..... | 32P11, type C......... | 32C11, type A and G; 32G9. | 32P11, type C.......... | 32C11, type A and G; 32G9. |

| Service | Temperature conditions (°F.) | Flange joints | | Machinery | |
|---|---|---|---|---|---|
| | | Insulating materials | Lagging | Insulating materials | Lagging |
| Superheated steam and exhaust gases. | 751 to 900...... | 32F3, type A; 32I3, class b; 32P8, grade III. | 32C11, type C and D..... | 37C14, type B; 32F3, type A; 32I2; 32I3, class b. | 32C11, type A, B, C, D, and G; 32G9. |
| Do............ | 501 to 750..... | 32F3, type A; 32I3, class b; 32P8, grade II and III. | 32C11, type C and D..... | 32C14, type B; 32F3, type A; 32I2; 32I3, class b. | 32C11, type A, B, C, and G; 32G9. |
| Saturated steam, exhaust gases, hot water, and hot fuel oil. | 100 to 500..... | 32C14, type B; 32F3, type A; 32I3, class a; 32P8, grade I and II. | 32C11, type A, B, C, and G; 32G9. | 32C14, type B; 32F3, type A; 32I2; 32I3, class a. | 32C11, type A, B, C, and G; 32G9. |
| Cold water........... | 32 to 99..... | 32F3, type A and B; 32I5. | 32C11, type A and G; 32G9; 59P7. | 32F3, type A and B......... | 32C11, type A and G; 32G9; 59P7. |
| Refrigerant........... | 36 and over.... | 32F3, type A and B; 32I5; 32P11, type A. | 32C11, type A and G; 32G9; 59P7. | 32F3, type A and B; HH-C-561. | 32C11, type A and G; 32G9; 59P7. |
| Do............. | 0 to 35..... | 32P11, type B............ | 32C11, type A and G; 32G9. | HH-C-561........... | 32C11, type A and G; 32G9. |
| Do............. | Below 0..... | 32P11, type C............ | 32C11, type A and G; 32G9. | HH-C-561........... | 32C11, type A and G; 32G9. |

39–21

## TABLE II.—Compounded insulating material thicknesses for hot pipe or tubing

| Pipe size (inches) | Temperature range (° F.) | Class of material per Spec. 32P8 Inner layer | Class of material per Spec. 32P8 Outer layer | Thickness (inches) Inner layer | Thickness (inches) Outer layer | Thickness (inches) Total |
|---|---|---|---|---|---|---|
| ⅛ and ¾ | 100–388 | a, b, or d | ......... | ⅞ | | ⅞ |
| | 389–500 | a or..... | ......... | ⅞ | | ⅞ |
| | 389–500 | b or d | ......... | 1¾ | | 1¾ |
| | 501–750 | d or..... | ......... | 1¾ | | 1¾ |
| | 501–750 | e........ | ......... | 1¼¼ | | 1¼¼ |
| | 751–900 | e........ | ......... | 1¾¾ | | 1¾¾ |
| | 100–388 | a or..... | ......... | ⅞ | | ⅞ |
| 1. | 100–388 | b or d | ......... | 1¾¼ | | 1¾¼ |
| | 389–500 | a or..... | ......... | 1¾ | | 1¾ |
| | 389–500 | b or d | ......... | 1¾ | | 1¾ |
| | 501–750 | d or..... | ......... | 1¾ | | 1¾ |
| | 501–750 | e........ | ......... | 1¾¾ | | 1¾¾ |
| | 751–900 | e........ | ......... | 2 | | 2 |
| 1¼ | | Same materials and thicknesses as ¼-inch size. | | | | ⅞ |
| | 100–388 | a or..... | ......... | 1¾¼ | | 1¾¼ |
| | 100–388 | b or d | ......... | 1¾ | | 1¾ |
| 1½ | 389–500 | a or..... | ......... | 1¾ | | 1¾ |
| | 389–500 | b or d | ......... | 1¾ | | 1¾ |
| | 501–750 | d or..... | ......... | 1¾¾ | | 1¾¾ |
| | 501–750 | e........ | ......... | 1¼¼ | | 1¼¼ |
| | 751–900 | e........ | ......... | 1½ | | 1½ |
| | 100–388 | a, b, or d | ......... | 1½ | | 1½ |
| | 339–388 | a or..... | ......... | 1¾ | | 1¾ |
| | 339–388 | b or d | ......... | 1¾ | | 1¾ |
| 2 and 2½ | 389–500 | a, b, or d | ......... | 2 | | 2 |
| | 501–750 | d or..... | a or b | 1¾¾ | | 1¾¾ |
| | 501–750 | e........ | a or b | 1¾ | | 1¾ |
| | 751–900 | e........ | ......... | 1¾ | | 1¾ |
| | 100–388 | a, b, or d | ......... | 2 | | 2 |
| | 339–388 | a or..... | ......... | 1¾ | | 1¾ |
| | 339–388 | b or d | ......... | 2 | | 2 |
| | 389–500 | a, b, or d | ......... | 2 | | 2 |
| | 501–750 | e........ | a or b | 2 | 1 | 3 |
| | 501–750 | e........ | a or b | 1½ | 1½ | 3 |
| | 751–900 | e........ | a or b | 1½ | 1½ | 3 |
| | 100–388 | a or..... | ......... | 2 | | 2 |
| 3½ | 339–388 | a or..... | ......... | 2½¾ | | 2½¾ |
| | 339–388 | b or d | ......... | 2 | | 2 |
| | 389–500 | a, b, or d | ......... | 1½ | | 1½ |
| | 501–750 | e........ | a or b | 1¾ | 1¾ | 1¾¾ |
| | 751–900 | e........ | a or b | 1¼ | 1¼ | 1½ |
| | 100–388 | a or..... | ......... | 2½¾ | | 2½¾ |
| | 339–388 | a or..... | ......... | 2 | | 2 |
| | 339–388 | b or d | ......... | 3 | | 3 |
| 4. | 389–500 | a, b, or d | ......... | 3 | | 3 |
| | 501–750 | e........ | a or b | 1½ | 2 | 3½ |
| | 501–750 | e........ | a or b | 2 | 2 | 3½¾ |
| | 100–388 | a or..... | ......... | 1¾ | | 1¾ |
| | 339–388 | a or..... | ......... | 2½¾ | | 2½¾ |
| | 339–388 | b or d | ......... | 3 | | 3 |
| 4½ | 389–500 | a, b, or d | ......... | 3 | | 3 |
| | 501–750 | e........ | a or b | 2 | | 2 |
| | 751–900 | e........ | a or b | 1½ | 1½ | 1¾¾ |
| 5. | | Same materials and thickness as 4-inch size. | | | | 1½ |
| | Do. | | | | | |
| 6. | 100–338 | a, b, or d | ......... | 2½¾ | | 2½¾ |
| | 339–388 | a or d | ......... | 2½ | | 2½ |
| | 339–388 | b, or d | ......... | 2½ | | 2½ |
| | 389–500 | a, b, or d | ......... | 3 | | 3 |
| 7. | 501–750 | d or..... | a or b | 1¾ | 2 | 3½¾ |
| | 501–750 | e........ | a or b | 2 | 2 | 3 |
| | 751–900 | e........ | ......... | 2½ | | 2½ |
| | 100–388 | a, b, or d | ......... | 2½¾ | | 2½¾ |
| | 339–388 | a or..... | ......... | 3 | | 3 |
| | 339–388 | b or d | ......... | 3 | | 3 |
| 8, 9, and 10. | 389–500 | a, b, or d | ......... | 4 | | 4 |
| | 501–750 | d or..... | a or b | 2 | 2 | 4 |
| | 501–750 | e........ | a or b | 2 | 2 | 4 |
| | 751–900 | e........ | ......... | 1½ | | 1½ |
| | 100–338 | a, b, or d | ......... | 3 | | 3 |
| 11. | 339–500 | a, b, or d | ......... | 4 | | 4 |
| | 501–750 | d or..... | ......... | 4 | | 4 |
| | 501–750 | e........ | a or b | 2 | 2 | 4 |
| | 751–900 | e........ | ......... | 1½ | | 1½ |
| | 100–338 | a, b, or d | ......... | 4 | | 4 |
| 12 and over. | 339–500 | d or..... | ......... | 4 | | 4 |
| | 501–750 | e........ | a or b | 2 | 2 | 4 |
| | 751–900 | e........ | ......... | 4 | | 4 |

NOTE.—Temperature of saturated steam at 25 p. s. i. gage is 267° F.
Temperature of saturated steam at 100 p. s. i. gage is 338° F.
Temperature of saturated steam at 200 p. s. i. gage is 388° F.

## TABLE III.—Fibrous insulating material thicknesses for hot pipe or tubing

| Pipe size (inches) | Temperature range (° F.) | Class of material per. Spec. 32P8 Inner layer | Class of material per. Spec. 32P8 Outer layer | Thickness (inches) Inner layer | Thickness (inches) Outer layer | Thickness (inches) Total |
|---|---|---|---|---|---|---|
| ⅛ through 1½ | 100–338 | c | | 1¼ | | 1¼ |
| | 389–500 | c | | 1½ | | 1½ |
| | 501–750 | c | | 2 | | 2 |
| | 751–900 | f | | 2 | | 2 |
| | 100–338 | c | | 1¼ | | 1¼ |
| | 339–388 | c | | 2 | | 2 |
| 2 through 3½ | 389–500 | c | | 2½ | | 2½ |
| | 501–750 | c | | ⅞ | | ⅞ |
| | 751–850 | f | c | 1¼ | 1¼ | 1¾ |
| | 851–900 | f | | 1½ | | 1½ |
| | 100–338 | c | | 1½ | | 1½ |
| | 339–388 | c | | 2 | | 2½ |
| 4 through 6. | 389–500 | c | | 2½ | | 2½ |
| | 501–750 | c | | 1¼ | 2 | 3½ |
| | 751–850 | f | c | 1¼ | | 3½ |
| | 851–900 | d | | 1½ | | 1½ |
| | 100–338 | c | | 1½ | | 1½ |
| 7 through 11. | 339–500 | c | | 2½¾ | | 2½¾ |
| | 389–500 | c | | 2½ | | 2½ |
| | 501–750 | c | | 1¼ | 2½ | 3½ |
| | 751–850 | f | c | | | 3½ |
| | 851–900 | d | | 2½ | | 2½ |
| | 100–338 | c | | 2½ | | 2½ |
| 12 and over | 339–388 | c | | 2½ | | 2½ |
| | 389–500 | c | | | | 2½ |
| | 501–750 | c | | 1½ | 2½ | 3½ |
| | 751–850 | f | c | | | 3½ |
| | 851–900 | d | | | | 4 |

## TABLE IV.—Thicknesses of insulating materials in inches for cold water and refrigerant pipe and tubing flanges, valves and fittings

| Pipe size (inches) | Service | Temperature range (° F.) | Molded cork Specification 32P11 | Asbestos felt Specification 32P, types A or B | Mineral wool Specification 32IS |
|---|---|---|---|---|---|
| Up to ¾ | Refrigerant.. | Below 0.... | 2.60 | | |
| | ...do...... | 0 to 35..... | 1.70 | | |
| | ...do...... | 36 and over. | 1.20 | 1½ | 1½ |
| | Cold water.. | All......... | 2.75 | | |
| 1 and 1¼. | Refrigerant.. | Below 0.... | 2.00 | | |
| | ...do...... | 0 to 35..... | 1.30 | 1½ | 1½ |
| | Cold water.. | 36 and over. | | 1 | 1 |
| | | All......... | 2.65 | | |
| 1½ to 5½. | Refrigerant.. | Below 0.... | 2.40 | | |
| | ...do...... | 0 to 35..... | 1.33 | 2¼ | 3 |
| | ...do...... | 36 and over. | | 2¼ | 1½ |
| | Cold water.. | All......... | 4.00 | | |
| 6 and 7. | Refrigerant.. | Below 0.... | 2.40 | | |
| | ...do...... | 0 to 35..... | | 2¼ | 3 |
| | ...do...... | 36 and over. | 1.35 | 1 | 1½ |
| | Cold water.. | All......... | 4.00 | | |
| 8 to 12. | Refrigerant.. | Below 0.... | 4.00 | | |
| | ...do...... | 0 to 35..... | | 2½ | 3 |
| | ...do...... | 36 and over. | 1.35 | 1 | 1½ |
| | Cold water.. | All......... | 4.00 | | |
| Over 12. | Refrigerant.. | Below 0.... | 3.00 | | |
| | ...do...... | 36 and over. | 1.30 | 2½ | 3 |
| | Cold water.. | All......... | | 1 | 1½ |

## TABLE V.—Thicknesses of insulating tape per Spec. 32T1 for hot piping ¼- and ⅜-inch size

| Temperature range (° F.) | Thickness of tape (inches) | Number of layers | Total thickness (effective) |
|---|---|---|---|
| 100–338 | ¼ | 1 | ¼ |
| 339–388 | ¼ | 1 | ½ |
| 389–500 | 1¼ | 2 | 1¼ |
| 501–750 | ¼ | 2 | 1 |
| 751–900 | 1 and ¼ | 1 of each | 1 |

7

'L.

TABLE VI.—*Thicknesses of insulating materials for hot surfaces of machinery*

| Temperature range (° F.) | Asbestos felt, block, or mineral wool blanket | Cement (Spec. 32C14, type B) |
|---|---|---|
| 100–338 | 1½ | 1½ |
| 339–338 | 2½ | 2½ |
| 339–500 | 3 | 3 |
| 501–750 | 3½ | 4 |
| 751–900 | 4½ | 5 |

## Part 4.—Application of Thermal Insulation to Pipe or Tubing

39—31. TEMPERATURES FROM 501° TO 900° F.

(1) Piping systems with temperatures over 500° F. include superheated steam piping and Diesel exhaust piping. Thermal insulation pipe covering, per Spec. 32P8, classes e or f, is used for services from 501° to 900° F. and is described in paragraphs 39–11 (5) and 39–11 (6). The thickness of pipe covering should be as shown in table II, which covers compounded insulating material or table III, which covers fibrous insulating material.

Single layer molded pipe covering is applied directly on the piping. Side and end joints should be tightly butted. Sections are securely fastened in place with 18-gage (0.049 inch diameter) nickel-—per, brass, or galvanized soft iron wire or metal __ds. Use three loops or bands per length of insu-__ing material on pipes up to and including 6 inches and four loops or bands on larger pipes. The ends of the wire loops are fastened together to hold the insulating material tightly against the pipe. The wire ends are bent over and carefully pressed into the pipe covering to leave no projection. Joints, cracks, or indentations in the surface of the insulating material are pointed up with high temperature insulating cement (Spec. 32C14) or asbestos finishing cement (Spec. 32C16). In double layer work both the longitudinal and circumferential joints of the second layer are staggered in relation to the first layer and both layers are secured as previously described. The outer layer may be pointed up with magnesia plaster if the insulating material is 85 percent magnesia.

Thermal insulating tape as described in paragraph 39–11 (17) is specially suitable for small piping and where space conditions render awkward the use of molded covering. The tape also is suitable for bends. Tape for spiral wrapping should be wired at each 10 inches approximately. Tape for wrapping laterally must be wired at each end of every strip. Thicknesses are shown in table V. The lagging should be type A or G asbestos cloth or tape or glass cloth or tape.

(2) *Bends.*—Where bends are encountered in the piping, the sectional insulating material is cut or mitered as shown in Figures 39–1, 39–2, and 39–3 to fit neatly around the contour of the bend. Care must be taken to insure that each segment is securely fastened in place. All openings and crevices are filled with high temperature cement, Spec. 32C14, or asbestos finishing cement (Spec. 32C16), troweled smoothly to a uniform surface. Sharp bends may be insulated with asbestos insulating felt per paragraph 39–11 (13) overlaid with ½ inch of high temperature insulating cement or asbestos finishing cement (Spec. 32C16) finished off smoothly.

39—32.

(1) *Application of glass cloth and tape.*—Glass cloth per paragraph 39–12 (4) is fitted on tight and smooth and sewed with fibrous glass sewing thread using a single stitch, three to the inch. Glass cloth and tape may be cemented on with adhesive cement per paragraph 39–13 (3). In general, tape rather than cloth is used for lagging pipe bends. Fibrous glass tape is applied in a spiral wrapping around the pipe. At the start the tape may be stapled to the insulating material or secured with an adhesive. On straight runs, a ¼-inch lap is sufficient. The tape may be furnished with a stripe woven in as a guide for lapping. On bends, the lap should be made at right angles to the axis of the pipe. A new roll of tape is started as if it were to be wrapped in the reverse direction and attached with staples or adhesive. The tape then is brought back over the fastening which thus is concealed from view. Where pipes are located close together, the tape may be applied easily by wrapping it on a smooth rounded edge metal "shuttle." The tape is fastened to the insulating material and the shuttle passed between the pipes, picked up on the far side, and the tape pulled tight.

(2) *Application of asbestos cloth.*—Asbestos cloth is fitted on tight and smooth. It may be sewed with asbestos yarn or may be cemented on. Adhesive cement per paragraph 39–13 (2) can be used to fasten asbestos cloth other than type A. Cements described in paragraph 39–13 (3) are suitable for all materials. The surfaces to be joined must be dry and clean. Apply the adhesive to the cloth, not to the insulating material. The more rough and porous the surface may be, the more adhesive will be needed. Asbestos cloth, except for type A, also may be fastened on with sodium silicate solution described in paragraph 39–13 (4). The cloth should be soaked in the solution and the insulating material given a liberal painted coat of the same. The lagging is applied while the surface is still wet.

39—33. DIESEL ENGINE EXHAUST FLEXIBLE CONNECTIONS

The connections may be insulated by one of the following methods:

(a) In accordance with paragraphs 39–31 (1) and 39–31 (2) provided the flexible connection is cov-

Case 2:89-cv-02302-DSF-AJW Document 8586-1 Filed 03/30/12 Page 321 of 368 Page ID #:324



DETAIL OF INSIDE
RADIUS OF PIPE BENDS

Figure 39–1.—Detail of outside radius of pipe bends.



Figure 39–2.



Figure 39–3.

ered with 1-inch galvanized wire mesh before appli-
cation of the insulating material.

(b) Apply asbestos insulating felt per paragraph
39–11 (13) overlaid with a layer of asbestos paper
which is described in paragraph 39–12 (6). Lag in
accordance with paragraph 39–31 (1).

### 39–34. BULKHEAD EXPANSION JOINTS

Continue the insulation under the connection with
the pipe-covering butting each side of the flange
which secures the joint to the piping.

### 39–35. PIPE HANGERS

Where pipe hangers are clamped around the pip-
ing, the sectional pipe covering may be stopped
at the clamp and the space filled with layers of
asbestos felt per paragraph 39–11 (13) to the thick-
ness of the covering. A single layer of asbestos
cloth which extends over the sectional covering 2
inches on either side is wrapped circumferentially
over the felt and is secured by wire through rings
and hook fasteners to form a take-down seam. A
similar covering may be used on flanges to which
are welded anchor lugs for pipe hangers. Hangers
may also be insulated by fitting the molded pipe
covering as necessary; use insulating cement to com-
plete the installation.

### 39–36. TEMPERATURES FROM 100° TO 750° F.

(1) For temperatures between 100° and 750° F.,
thermal insulation pipe covering, Spec. 32P8, classes
c or d may be used. The thickness of pipe cov-
ering should be as shown in table II or III. This
material is applied in the manner described in
article 39–31. Lagging may be in accordance with
paragraphs 39–32 (1) or 39–32 (2).

9

**39-37. TEMPERATURES FROM 100° TO 500° F.**

(1) For temperatures between 100° and 500° F., thermal insulation pipe covering, Spec. 32P8, classes a and b, described in paragraph 39-11 (3) is used. Also see article 39-36. Lagging may be in accordance with paragraphs 39-32 (1) or 39-32 (2). If asbestos or glass cloth is not available, asbestos paper, which is described in paragraph 39-12 (6), may be used. The thickness of the pipe covering should be as shown in table II.

**39-38. APPLICATION OF REINFORCED ASBESTOS PAPER OR TAPE**

Asbestos paper or tape per Spec. 32P9 is generally used in the 36-inch sheet form on straight runs of piping although spiral wrapping with narrower widths of tape will give a satisfactory job. Use tape for fittings and bends. Asbestos tape should always be applied with the guide line on the outside. Do not apply asbestos paper or tape over wet cement. Apply cold water paste with a brush or sponge to pipe insulation before wrapping with asbestos paper or tape. If preferred, the paste or adhesive cement can be applied directly to the sheet material.

(1) *Paper:* Paste and/or staple the inner edge to the top of the insulating material and carry the paper around the pipe and paste on the outside edge lapping over a minimum of 2 inches. Paper can either be terminated at fittings, with tape applied thereto, or continued around fittings, mitering the inside lap, and molding in place by hand to give a continuous uniform appearance. Asbestos paper can be sewed in a manner similar to asbestos cloth when it is used on straight runs of pipe. After sewing, smooth down the edge with a sponge and water or cold water paste.

(2) *Tape:* Use the material dry. Start the application by fastening the tape to the insulation with a staple or paste. The guide line must be on the outside. Apply one wrap double thick to start and cover the staple, if used; then spiral the tape on overlapping each layer a minimum of ½ inch as indicated by the guide line. After spiral wrapping, smooth out irregularities in laps by applying water with a sponge to all spiral joints. Apply water at joints to change direction of wrapping when necessary to give a smooth appearance.

**39-39. COLD WATER AT ALL TEMPERATURES**

Three insulating materials may be used on cold water pipe or tubing.

(1) Asbestos insulating felt should be applied to thoroughly cleaned and dried pipe surfaces in the thicknesses shown in table IV. The material is described in paragraph 39-11 (13).

The felt is applied in ¾-inch layers which are compressed to ½-inch thickness by 18-gage nickel-copper, brass, or galvanized soft iron wire wound on about 1 inch centers. Joints in adjacent layers of felt

are staggered longitudinally and radially. Water-repellent asbestos felt in strip form is applied longitudinally; the width is such as to enclose the circumference of the pipe. The following table gives pipe sizes and widths of felt which have been extensively used for these sizes:

| Width (inches): | Pipe sizes (inches) |
|---|---|
| 5 | ½ and ¾ |
| 7 | 1 and 1¼ |
| 9 | 1½ and 2 |
| 13 | 2½ and 3 |
| 16 | 3½ and 4 |
| 21 | 4½, 5, and 5½ |

The asbestos felt is covered with one layer of water-repellent and flameproof sheathing paper which is described in paragraph 39-12 (7). The paper should be tightly wrapped and lapped 3 inches each way. On bent piping the sheathing paper is mitered and fitted tightly. Joints must be sealed completely with adhesive cement (N. D. Spec. 52C23, type B). The lagging may be asbestos cloth per paragraph 39-32 (2) or glass cloth per paragraph 39-32 (1). Cotton duck described in paragraph 39-12 (5) may be used if the former materials are not available. The lagging should be cemented on with material per paragraph 39-13 (3).

(2) Mineral-wool pipe covering described in paragraph 39-11 (16) is suitable for low temperatures. The material is furnished in 1½-inch thickness only. It is applied similarly to the manner described in paragraph 39-39 (1).

(3) Molded-asbestos pipe covering (Spec. 32P8, class C), which is described in paragraph 39-11 (4), may be used for cold water lines if felt is not available. Apply sheathing paper and lagging in accordance with paragraph 39-39 (1).

**39-40. REFRIGERANT**

(1) Molded cork pipe covering described in paragraph 39-11 (8) is used in the thicknesses shown in table IV. See article 39-39 for other materials suitable for refrigerant at temperatures of 36° F. and over.

(2) At the time of installation, the fire-retardant vapor seal may be applied to the cork in the following manner: The inner surfaces of the semicylindrical sections of cork are heavily coated with the compound by brushing and allowed to dry at room temperature for 24 hours. The longitudinal surfaces and ends of each section of the covering are then coated with the compound and the sections are immediately installed, butted together longitudinally, and secured. In the installation of the sections, excess compound which is forced out of the longitudinal joints may be doctored off. The external surface of the covering is then given a brush coat of the compound which is allowed to dry for 48 hours.

Case 2:09-cv-02302-DSF-AJW   Document 86-1   Filed 08/30/12   Page 323 of 368   Page ID #:326

(3) Pipes must be free from rust and moisture before applying insulation. Sectional covering should be applied with end joints broken by starting with one half- and one full-length piece. Longitudinal joints should be at the top and bottom of the pipe. Wire the sections in place with at least six copper-clad wires per 36-inch section. When the pipe passes through an insulated wall into a refrigerated room, the pipe covering should extend into the room 1 inch beyond the wall. Pipe bends are insulated by mitering regular sectional covering to fit the bend, using pieces small enough to give approximately full contact between the pipe and the covering. Pipe hangers must be on the outside of the covering and not in contact with the pipe. Frost will collect around the supporting rod of a hanger attached directly to the pipe and will eventually work under and split off the covering at that point. A 12- to 18-gage galvanized sheet-steel shield should be used between the hanger and covering where the pipe rests in the hanger. The shield should extend at least 3 inches on each side of the hanger. Glass or asbestos cloth or tape lagging should be applied in accordance with paragraphs 39-32 (1) or 39-32 (2), respectively.

## Part 5.—Application of Thermal Insulation to Valves, Fittings, and Flanges

### 39-51.

Permanently insulated valves and fittings should be covered to the same total thickness as the adjacent piping. Valves and fittings which are welded into the line are insulated permanently. Flanged valves and flanged fittings may have permanent or removable type insulation. Where the pipe covering is terminated at flanges, provision must be made for removal of the flange bolts or bolt-studs. The pipe insulation may be stopped off squarely and a short removable section of insulating material of sufficient length to permit the withdrawal of the bolting may be inserted. A less desirable method is to omit the short removable section of insulation by terminating and beveling off the pipe covering at the necessary distance from the flange.

### 39-52. COVERS

Readily removable and replaceable covers should be provided on the following piping elements requiring insulation:

(1) Flanged joints (except valve bonnet joints) on all sizes of main and auxiliary steam piping carrying steam having a total temperature of 389° F. (205 p. s. i. saturated steam) and over, including flanged joints on all root connections and root valves thereon, such as valve bypasses, drain connections, pressure gage connections, etc.

(2) Flanged joints on piping and adjacent to machinery units which must be broken when these machinery units are opened for inspection and overhaul, such as steam exhaust connections, feed pump

suction and discharge connections, steam drain connections, etc.

(3) Valve bonnets on all valves over 2 inches in size, working pressure of 300 p. s. i. and over, carrying fluids 240° F. and over.

(4) Pressure reducing and pressure regulating valves, pump pressure governors, and strainer bonnets.

### 39-53. METHODS OF MAKING COVERS

Readily removable and replaceable covers for piping elements are made by the following methods:

(1) Rigid covers made in two halves filled with asbestos felt are shown in figures 39-4 and 39-5. Covers are sewn and quilted with wire inserted asbestos yarn (Navy Department Spec. 32G11, type E) in such a manner as to provide a uniform thickness. Wire inserted asbestos cloth (Navy Department Spec. 32C11, type C) is used on the inside of the covers to provide strength and rigidity. Asbestos cloth (Navy Department Spec. 32C11, type B) is used on the outside surface of the cover if the temperature of the insulated surface does not exceed 500° F. For temperatures over 500° F. asbestos cloth (Navy Department Spec. 32C11, type D) is used on the outside of the cover. Flexible asbestos millboard, ⅛ inch thick, is inserted between the asbestos felt and the asbestos cloth so as to retain the cylindrical shape of the cover. Hard asbestos millboard, ¼ inch thick, enclosed in asbestos cloth of the type used on the outside of the cover is sewn on the ends of the cover. Where the flange diameter is larger than the outside diameter of the adjacent pipe-covering, build-up pieces are made of asbestos felt encased in asbestos cloth (Navy Department Spec. 32C11, type D) secured by stitching to the inside of the cover. The halves of the cover may be fastened around the equipment by means of ⅛ inch diameter soft galvanized iron rope laced through brass or galvanized steel hooks or rings, or covers may be secured by snap fasteners. Fastenings fixed to cloth lagging must be backed up by washers on both sides of the cloth.

(2) A rigid cover made up of segments of block insulation of the same material used for pipe covering is shown in figure 39-6. Block is securely wired to frames of ½-inch square mesh of 18 gage (0.049 inch diameter) galvanized steel wire. The wire mesh frames inside and outside of the block insulation have the ends bent over and joints secured with 18-gage, black-annealed, iron wire woven through the mesh. Insulating cement of the same material as the blocks is trowelled smoothly over all surfaces of the mesh. Asbestos roll fire felt (Navy Department Spec. 32F1) may be used to build up the cover where the flange diameter is larger than the outside diameter of the adjacent pipe-covering. Covers should be lagged with asbestos cloth (Navy Department Spec. 32C11, type D) tightly and smoothly fitted to envelop the outside and ends.

Case 2:12-cv-02302-DSF-AJW Document 8586-1 Filed 03/30/12 Page 324 of 368 Page ID #:327



FIGURE 39-4



FIGURE 39-5



FIGURE 39-6

Where double layer insulation is used, the two sections of the cover should be fitted together with a scarfed joint. Care must be taken in the workmanship to insure straight and true jointing surfaces of the sections with the view of reducing the heat loss at the joints. Bands and eyelets of galvanized steel are used for securing the cover around the equipment.

(3) Rigid covers similar to those described in paragraph (2) above may be made of fibrous sectional pipe-covering (Navy Department Spec. 32P8, classes C and F) of the same thickness as that on the adjacent piping. The pipe-covering is strong enough so that the wire frames are not required.

Lagging may be secured with an approved high temperature adhesive cement.

(4) Where the rigid covers described above are not practical, for example because of restricted space, flexible covers, as shown in Figure 39-7, may be used. These covers are similar to those described in paragraph (1) above except that the millboard is omitted.

(5) Flexible flange covers shown in figure 39-8 may be made as described below:

(a) A circular wooden form is first made up with a diameter equal to the flange diameter for which the particular cover is going to be made.

(b) The inner and outer covering of the flange covers are made of asbestos cloth. The inner cloth is laid over the form and accurately cut to the length

12

Case 2:09-md-02047-EEF-JCW Document 8586-1 Filed 03/30/12 Page 325 of 368 Page ID #:328

required with allowance for stitching so that the finished inside surface will be smooth and free from wrinkles.

(c) The end pieces of the cloth are cut circular to suit inside and outside diameters with the necessary allowance for stitching. The cloth cut in this form will eliminate puckers and wrinkles.

**39–54.**

Spaces between removable covers and the surfaces they insulate should be packed with pieces of asbestos felt to exclude all air possible. On covers which do not fit tightly about the adjacent pipe covering, spaces should be calked with suitable material such as narrow strips of asbestos cloth.



FIGURE 39–7

(d) The outside cloth covering is cut in the same manner as described in (b) above.

(e) The pieces of cloth are sewn together before filling with asbestos felt as much as it is practical to do so. Stitching is done from the inside where possible in order to improve the external appearance.

(f) Before filling the cover with asbestos felt, a ¾-inch diameter steel rod is inserted along the entire length of the outside lap of the joint. The rod is secured in place by stitching with asbestos sewing thread. This rod provides a straight hard edge at the outside of the lap, thus providing a greatly improved appearance and serving to hold the shape.

(g) A stiffener strip, which consists of asbestos cloth of the same type used for the outside covering, is placed under the outside covering; its width should extend far enough to include the lacing washers and rings. The strip is well soaked in silicate of soda or adhesive cement and allowed to dry prior to insertion in the cover. The strip will be reasonably rigid but flexible enough to bend to the curvature of the cover. This piece of cloth serves to stiffen the surface of the cover in way of the lacing rings, washers, and wire and eliminates the corrugations caused by them.

(h) The overlap is made to reduce the heat loss at the joint. It allows additional flexibility for drawing the ends of the cover together and provides a margin to take care of any difference in diameter that may occur.

**39–55.**

The foregoing description of the use of removable covers is applicable to the latest construction. Existing installations need not be changed simply to conform to these requirements but changes made only when replacement is necessary.

**39–56.**

Valves, fittings and flanges not included in article 39–52 may have permanent insulation; the following applies to temperatures of 100° F. and up:

(a) For sizes 3½ inches and under, an all cement insulation may be used. Apply insulating cement, usually in accordance with Navy Department Spec. 32C14, type B, in ½ to ¾ inch thick layers to cover the bodies, flanges, and bonnets. Each layer of cement must be permitted to dry before the next is applied. Heat should be applied from within as soon as practicable and within 24 hours after installation of the cement to dry out the insulation and avoid corrosion of the metal. After drying, a coating ½ inch thick of high temperature cement tempered with Portland cement or equal (4 parts cement to 1 part Portland cement) or a coating of asbestos finishing cement per Navy Department Spec. 32C16 is applied and trowel-rubbed to a smooth finish. Lagging should be in accordance with paragraphs 39–12 (3) or 39–12 (4). For temperatures from 100 to 500° F., magnesia plaster, Navy Department Spec. 32P10 described in paragraph 39–11 (19), may be used in lieu of high temperature insulating cement; however, this material is less strong and is more difficult to apply.

13

Case 1:07-cv-02302-DSF-AJW   Document 8586-1   Filed 08/30/12   Page 326 of 368  Page ID
#:329



FIGURE 39–8.

14

Case 2:09-cv-02302-JWL Document 8586-1 Filed 03/30/12 Page 327 of 368 Page ID
#:330

(b) A method similar to that of paragraph (a) above but having a form of wire-reinforced asbestos cloth, Navy Department Spec. 32C11, type c, over which the cement is applied is shown in figure 39–9. Spaces around the bolts should be packed with asbestos felt.

(c) All sizes may be insulated by cutting asbestos felt, per type A of Navy Department Spec. 32F3, in suitable widths and building up the thickness required to match the adjoining pipe covering allowing for ½ inch of finishing cement. On valves and fittings the felt should be carried over the flanges to the end of the sectional pipe covering. Spaces that cannot be filled with the layers of material should be completely filled with loose asbestos felt. Fix the first layer of asbestos to the metallic surface with adhesive cement, preferably of the type described in paragraph 39–13 (3). Layers of felt are secured in position with black or galvanized iron wire and overlaid with 1-inch-square wire mesh. A ½-inch layer of cement as described in paragraph (a) above is applied. Lagging should be in accordance with paragraphs 39–12 (3) or 39–12 (4). See figure 39–10.



FIGURE 39–9.



FIGURE 39–10.

739615 O - 47 - 2

**39–57**

Valve bodies and fitting bodies may be permanently insulated as described in paragraph 39–56 (c) but the felt is not carried over the flanges; the latter are insulated with removable covers.

**39–58. COLD WATER AT ALL TEMPERATURES**

Valves, fittings, and flanges for cold service do not have removable covers because the insulation must be tight against the penetration of moisture. The following methods are used:

(a) Insulate in a manner similar to that described in paragraph 39–56 (c) using either plain or water-repellent asbestos felt per Navy Department Spec. 32F3. Wire should be galvanized. Felt need not be covered with finishing cement. Place a layer of water-repellent and flame-proof sheathing paper, which is described in paragraph 39–12 (7), over the felt; paper should be mitered, lapped, and fitted carefully. Use adhesive cement per type B of Navy Department Specification 52C23 to secure and seal the paper. Lagging should be the same as used on the cold pipe; see paragraph 39–39 (1).

(b) Insulate as described in paragraph (a) above but use mineral wool pipe covering instead of asbestos felt.

**39–59 REFRIGERANT**

For temperature of 36° F. and over the methods described in article 39–58 or molded cork may be used. Below 36° F. molded cork valve, fitting, and flange covers must be used for insulating refrigerant lines. Covers should be of the same thickness as adjacent pipe insulation. For the most generally used sizes, valve and fitting covers are furnished in two sections. The method of application outlined in paragraph 39–40 is used. Sections of cork covering made for pipes should not be mitered to form makeshift covers for elbows or other fittings. Flanged fitting covers are applied after covering has been installed on the piping and rest upon the outside of the pipe covering. For other than flanged fittings, the covers are wired on first and the straight pipe insulating material is wedged in tightly between the fittings. To make the cork fit properly, cut the straight pipe covering rather than the fitting covers. Make cuts square to secure tight joints. Carefully wire the covers in place using not less than four 12-gage, copper-clad, steel wires for each soldered fitting, and not less than six wires to each flanged fitting. Cement filler and putty used in commercial application of cork insulation must not be used because such materials are flammable.

**Part 6.—Application of Thermal Insulation to Machinery**

**39–71. RECIPROCATING ENGINES**

(1) Propulsion reciprocating engine steam cylinders, valve chests, and other steam enclosing sur-

15

faces are insulated with 85 percent magnesia or asbestos blocks which are described in paragraph 39-11 (9). High-pressure cylinders and valve chests should have insulation 3 inches thick applied in two 1½-inch layers. For intermediate pressure cylinders and valve chests, use 2 inches of insulating material and for low-pressure cylinders and valve chests use 1 inch. The blocks should be carefully fitted to the metallic surface. Where there are two layers, all joints should be staggered. The blocks should be firmly fastened in place with ⅛-inch galvanized steel cables spaced on 9-inch maximum centers. 1-inch mesh, galvanized, wire netting of 18-gage wire is then spread over the surface and held by wiring to the steel cables. All joints should be neatly pointed and smoothed with magnesia cement per paragraph 39-11 (19) or high temperature cement per paragraph 39-11 (18), and a layer just thick enough to cover the netting and tie wires completely should be trowelled on smoothly. Cylinders and valve chests are neatly lagged all over with 24-gage, galvanized, sheet steel per paragraph 39-12 (10). Upper cylinder heads are insulated as described above but are arranged with cast-iron plates with nonslip upper surfaces instead of sheet-metal lagging. Metal lagging may be secured by using lap joints with a bead on the exposed edge, fastened with hardened self-tapping screws making their own thread in punched holes. See figure 39-11.

(2) Auxiliary reciprocating engines may be insulated as described in paragraph 39-71 (1). Asbestos felt per paragraph 39-11 (13) may be used in place of blocks if it is considered more practicable.



**FIGURE 39-11**

### 39-72. TURBINES

All surfaces of propulsion and auxiliary turbines which have a maximum operating temperature of 100° F. or more should be insulated by one of the methods described in this section. Thickness of insulating material should be as shown in table VI.

(1) Surfaces which can be permanently insulated may be covered with sufficient layers of asbestos felt per paragraph 39-12 (13) to make up the required thickness. Joints of adjacent layers should

be staggered. Layers of felt may be held to one another with adhesive cements per paragraphs 39-12 (2) and 39-12 (3). Felt should be firmly secured with ¼-inch, flexible, galvanized, steel cable spaced on 9-inch maximum centers around the outside layer. The cable may be fastened to steel hooks welded to the casing where required. No holes should be drilled in the casing. One-inch mesh netting of 18-gage, galvanized, steel wire is spread over the felt and secured by 18-gage wire to the cables. A ½-inch thick coating of finishing cement (32C16) or of insulating cement per paragraph 39-11 (18) tempered with Portland cement or equal (4 parts insulating cement to 1 part Portland cement) is applied over the netting and trowel rubbed to a smooth finish. After drying 24 hours, an adhesive insulation cement per paragraphs 39-12 (2) or 39-12 (3) is applied to the hard cement finish and allowed to dry for 1 hour, after which a second coat of the same cement is applied and allowed to dry. Lag the insulation with glass cloth or asbestos cloth of the correct type indicated in paragraph 39-13 (3). Galvanized steel rings backed up by galvanized steel washers fastened on both sides of the lagging should be attached to the permanent insulation adjacent to removable blankets. These blankets are used to cover the flange joint between the upper and lower casings. They are formed by quilting layers of asbestos felt together with fine nickel copper alloy or brass wire or asbestos twine per paragraph 39-12 (3). The turbine side of the blanket is covered with wire-inserted asbestos cloth and the outer surface is covered with plain asbestos cloth of the type recommended in paragraph 39-12 (3).

Blankets are secured to the permanent insulation with 18-gage, galvanized iron or copper wire laced through metal hooks or eyes attached to the edges of the blankets and the rings on the permanent insulation. It is preferable that blankets should project well over the insulation of the adjacent surface. Blankets should be shaped to fit accurately, and spaces between them and the hot metallic surfaces should be completely filled with loose asbestos. (See fig. 39-12.)

(2) Another method is to use the same procedure outlined in paragraph (1) above with mineral wool blanket insulation per paragraph 39-11 (15) instead of asbestos felt for both permanent and portable insulation. Removable blankets made with mineral wool should be covered with ¼-inch of asbestos roll felt per paragraph 39-11 (12) previous to enclosing them with asbestos cloth.

(3) Thermal block insulation per paragraphs 39-11 (9) and 39-11 (10) may be used for permanent insulation. Prior to applying the block, all irregularities of the turbine surface should be filled to form a smooth surface. Use magnesia or preferably high temperature cement for temperatures below

Case 2:89-cv-02302-DSF-AJW   Document 86-1   Filed 08/30/12   Page 329 of 368   Page ID #:332

500° F. and high temperature insulation cement for higher temperatures. Magnesia plaster or insulation cement should be used to point up joints between the layers of block and all crevices should be filled. The block covering is held in place by ⅛-inch, flexible, galvanized steel cable spaced on 9-inch maximum centers. The cable may be fastened to steel hooks welded to the casing where required. One-inch mesh netting of 18-gage, galvanized steel wire is spread over the outer layer of block and secured by 18-gage wire to the steel cables. Finishing cement and lagging are applied as described in paragraph (1) above. Removable insulation also is the same as outlined in that paragraph.



REMOVABLE BLANKET
STEEL RINGS
STEEL WASHERS
COPPER WIRE
STEEL WIRE MESH
ASBESTOS CLOTH
ASBESTOS FELT
FINISHING CEMENT
ADHESIVE CEMENT
IRON WIRE
REMOVABLE BLANKET

REMOVABLE BLANKET

ASBESTOS CLOTH
ASBESTOS FELT
ASBESTOS CLOTH (WIRE REINFORCED)
REMOVABLE BLANKET

℄ OF TURBINE

Tongue
Tongue

⅛" WIRE

EQ. PIPE
EQ. PIPE

Figure 39–12

17

Case 2:12cv-02017-DJW Document 85B6-1 Filed 03/30/12 Page 320 of 368 Page ID #:333

(4) Mineral-wool high-temperature insulating cement, as described in paragraph 39-11 (18), is sometimes used to form the complete permanent insulation. It is applied in layers less than 1 inch thick and is reinforced with wire mesh. Each layer must be permitted to dry thoroughly before applying more cement. Finishing cement and lagging are applied as indicated in paragraph (1) above. Removable insulation is the same as outlined in that paragraph.

### 39-73. BOILER STEAM DRUMS, WATER DRUMS, AND HEADERS

For insulation of boiler casings and refractory linings see chapter 51. See table VI for thicknesses of insulation:

(1) Drum shells may be covered with sufficient layers of asbestos felt per paragraph 39-11 (13) to make up the required thickness. The method described in paragraph 39-72 (1) should be followed. Figures 39-13 and 39-14 show a typical installation including the manhole cover of asbestos felt enclosed in a container made of 16-gage sheet metal per paragraph 39-12 (10). Sometimes metallic lagging of 20-gage, galvanized sheet steel is used in lieu of asbestos cloth, as shown in Figure 39-15. The sheet steel is fastened with ¼-inch machine screws to ¼-by 1-inch flat bars bent to a suitable radius and imbedded in the finishing coat of cement.



FIGURE 39-13

CUSTOM MADE BLANKET OF ASBESTOS CLOTH AND ASBESTOS FELT SEWED TOGETHER WITH ASBESTOS YARN.

ASBESTOS CLOTH

⅛" WIRE

STEEL WASHER

16 GAGE SHEET STEEL

HANDLE

ANGLE BAR

16 GAGE SHEET STEEL

FIGURE 39-14

(2) Another method is to follow the procedure outlined in paragraph (1) above, but using mineral-wool-blanket insulating material per paragraph 39-11 (15) instead of asbestos felt. The type secured between 1-inch wire mesh and expanded lath should be used; the latter side should face outward. The drum ends may be insulated with high-temperature insulation cement of the rock or mineral-wool type described in paragraph 39-11 (18). Each layer of cement should be between ¾ and 1 inch thick and allowed to set for 24 hours or till dry. The manhole cover and the lagging should be of the type described in paragraph (1) above.

(3) Block insulation may be used for drum shells. Materials are described in paragraph 39-11 (9). Also large-size segmental pipe covering may be used. Application of this type of insulating material is outlined in paragraphs 39-71 (1) and 39-72 (3). The drum heads may be insulated with asbestos felt as described in paragraph (1) above or with cement as described in paragraph (2) above.

18

CHAPTER 39—THERMAL INSULATION

(4) Superheater headers may be insulated with custom-made blankets of asbestos felt enclosed it asbestos cloth. These blankets are laced to studs welded to the superheater support plate. Downcomer tubes and soot-blower piping should be insulated in accordance with part IV covering pipes and tubing.

### 39-74. UPTAKES

(1) Uptakes and breechings are constructed with an inner and outer casing between which the insulating material is placed. Glass fiber batts of 6-pound density described in paragraph 39–11 (14) may be used. It may be secured in place by wiring it to T bars which are suitably spaced and attached to the inner casing. Also it may be secured by impaling it on studs used to support the outer casing. Washers made of asbestos millboard per paragraph 39–12 (8) may be placed on the studs to hold the batts in place until the outer casing is installed.

(2) Mineral wool blanket insulation per paragraph 39–11 (15) also may be used for insulating uptakes. It should be wired in place with separate pieces butted closely together.

### 39-75. LOW PRESSURE DISTILLING PLANT

(1) The evaporator shells and the upper half of the evaporator ends, the vapor feed heaters, and air ejector condensers are permanently insulated with asbestos felt and cement with lagging in the manner described in paragraph 39–72 (1). The lower half of the evaporator ends should be covered with removable asbestos felt blankets of the type discussed in paragraph 39–72 (1). Refer to table VI for recommended thicknesses of insulation. The removable blankets may be fixed to 22-gage, galvanized sheet steel covers made in sections to suit the installation. Sections are held together and to the evaporators with ¼-inch machine screws or self-tapping screws. The blankets are secured to the metallic lagging by 18-gage, galvanized iron, or copper wire through rings attached to the blankets and hooks welded to the steel lagging.

(2) The condensate cooler should be covered as is required for cold water service. Use a 1-inch layer of asbestos felt and cement the same as on above apparatus. Over the cement apply one layer of water repellent and flameproof sheathing paper with vapor seals as instructed in paragraph 39–39 (1). Lag with asbestos or glass cloth.



FIGURE 39–15

Case 2:12-cv-02302-DSF-JW Document 8586-1 Filed 03/30/12 Page 332 of 368 Page ID #:335

# SECTION II—HULL INSULATION

## Part 1.—Scope

### 39-101.

The thermal insulation discussed in this section differs from that in the first section, which covered the insulation of heat-producing equipment, by being concerned with the insulation of the structure of ships and their ventilating systems to improve habitability aboard ship. In the text which follows, the principles which guide the Bureau in establishing policies for the utilization of hull insulating materials are briefly reviewed and the consequent instructions are set forth as to the insulating materials to be used, where and how they are to be installed, and how repaired.

## Part 2.—General

### 39-111. DEFINITION

Thermal hull insulation embodies the application of material, having high resistance to the flow of heat, to the surface of structure and other panels having relatively low resistance to the flow of heat. Thermal insulation differs from acoustical and electrical insulation, which are applied to retard the flow of sound and electricity, respectively. However, in some instances where acoustical insulation is installed, the application of additional thermal insulation is not necessary.

### 39-112. NEED FOR INSULATION

(1) Living and working compartments exposed to the weather are protected from the extremes of temperature due to the seasons, latitude, and time of day. Compartments adjacent to the propulsion and other machinery spaces and uptake enclosures are protected from the high temperatures prevalent in those spaces. Protection of spaces from their adverse surroundings is accomplished best by the complementary use of insulation and ventilation. The insulation retards the flow of heat into or out of the space, and ventilation removes excess heat or supplies heat to the space. Occasionally, it is possible to maintain the desired temperatures within a compartment by the use of either insulation or ventilation alone. In the interest of weight saving and reduction of construction and maintenance costs, this procedure is followed where it accomplishes the desired results. In most instances, however, both insulation and ventilation are utilized.

(2) The temperatures which ventilation and insulation are designed to maintain in Naval vessels, and a method of determining heat losses and quantities of ventilation and required thicknesses of insulation are included in the General Specifications for Building Vessels of the United States Navy, as modified by the detail specifications for a given ship.

(3) Different exposures and heat sources (chiefly personnel and equipment) affect the quantity of air to be circulated. Without thermal insulation, excessively large quantities of air for either heating or cooling would be necessary. Insulation on ducts of ventilation systems is often necessary to limit gain or loss of heat from the air in the ducts or to prevent condensation.

### 39-113. THICKNESS

(1) The rate of heat flow through a homogeneous insulation is in inverse proportion to the thickness. When installed, however, the insulation can no longer be considered as homogeneous since the structure to which it is secured and the air films on either side of the composite bulkhead-and-insulation or deck-and-insulation must be considered. Because of this, equal increments in the thickness of insulation do not yield equal reductions in rate of heat transfer. Practically, this consideration means that small variations of insulation thickness do not materially affect the rate of heat flow and, therefore, the corresponding air volumes required. As a result, it has been possible to adopt uniform thicknesses of insulation for varying rates of heat transfer at different temperature levels. The thicknesses in general use are:

(a) *One inch.*—For all spaces requiring insulation where exposed to water or the weather, for insulated boundaries of mechanically cooled spaces, and for surfaces on which insulation is used as a fire retardant medium.

(b) *Two or three inches.*—Where required adjacent to heat-producing spaces, such as propulsion and distilling machinery, trash burner rooms, and certain workshops.

(c) *Six inches.*—For refrigerated spaces.

(d) *Five-eighths of an inch.*—For ventilation ducts requiring insulation.

(2) Occasionally, other thicknesses are installed to meet special conditions. As an example, on destroyer-type vessels, where weight is a primary consideration, $\frac{3}{4}$-inch thick board is used in lieu of 1-inch board. If there is any doubt as to the thicknesses of insulation to be installed when replacing insulation, the insulation plans for the vessel should be consulted. For new designs the thicknesses of insulation are designated in the detail specifications for the particular vessel. In the absence of any specific instructions, the use of thicknesses given above is acceptable.

### 39-114. SWEATING

An outstanding instance wherein increased ventilation cannot always compensate for a deficiency in insulation is in the "sweating" of surfaces. Condensation of moisture occurs when the temperature of the surface is at, or below, the dew point of the contiguous air. In most instances the temperature on the warm side of a boundary of a cooled space

can only be elevated sufficiently to prevent condensation by providing adequate thickness of insulation. For this reason, additional insulation is generally installed on the underside, and occasionally on the warm side of bulkheads of refrigerated spaces. Under extreme continued high differentials between space dew point and metal surface temperature, the insulation so installed, regardless of thickness, may not be adequate to prevent condensation and corrosion of the metal surface.

## Part 3.—Hull Thermal Insulation

### 39–121. APPLICATIONS

The insulation which is applied to the shell, bulkheads, deckheads, and the stiffeners and beams of these structural components of a vessel's hull is here termed "hull thermal insulation" to differentiate it from the thermal insulation applied to equipment, cold storage spaces, and the ducts of ventilation systems. The insulation is installed in the locations and thicknesses enumerated in Section L–2 of the General Specifications for Building Vessels of the United States Navy and in the detail specifications for the particular vessel. Where it is necessary to install hull insulation on the stiffener side of bulkheads, on the shell, on the underside of weather decks, or on overheads in machinery spaces, the exposed webs and flanges of the stiffeners (frames or beams) are in many instances also covered, or partially covered, with insulation.

### 39–122. MATERIALS

(1) Hull insulation used on naval surface vessels consists of fibrous glass board conforming to Bureau of Ships Spec. 32–G–8 (INT). The board is faced with a layer of treated and hardened fibrous glass cloth which provides a rigid, damage-resistant surface. Fibrous glass stripping tape, for covering and sealing the seams formed by the adjacent 24- by 36-inch panels of board, is included in the same specification. Both board and tape may be easily cut to fit any shape or contour of the structure. Fibrous glass board is attached to vessel's structure by use of cement conforming to Navy Department Spec. 52C23, and by use of threaded studs welded to the structure, over which the board is placed. The board is secured by washers and nuts. The purpose of the cement, which is provided in two types, A and B, is to secure the tape, to seal the seams of adjacent panels to prevent glass fibers from escaping and moisture from entering, and, when applied to the back of the board, to prevent the board from shifting in service. Type A cement is used on the back of the board. Type B cement is used to fill the seams and secure the tape over the seams. It may also be used on the back of the board when the air temperature is above 40° F. Below that temperature, type B cement will not perform as well as type A cement.

(2) A complete description of the welding attachments for securing the board in place rapidly and in a manner to resist all vibrations and other shocks which might dislodge it, if secured with cement alone, is given on Bureau of Ships Drawing 692SK2742 (fig. 39–21). Various studs for securing insulation to medium, high tensile, and special treatment steel and to armor plate are shown thereon, as are also drawings of the welding ferrule which must be used to insure satisfactory welds, and the special washer and nut which secure the insulation. Studs for welding to medium, high tensile, and special treatment steel no greater than ¾-inch thick are of low carbon steel (SAE 1010). They are designated as types A and B in figure 39–21. For welding to special treatment steel greater than ¾-inch thick and to class A and B armor, another low-carbon stud, designated as type C, is used.

### 39–123. INSTALLATION

(1) The first step in installing hull insulation is to inspect the steel to which it is to be applied for corrosion. It is important that the protective coating be intact to prevent subsequent corrosion of the metal by moisture which may penetrate through the board to the steel. Where necessary, the steel surface should be touched up with zinc chromate primer. Before any board is installed the surfaces should also be free of any grease or dirt. At the time the surfaces are inspected, measurements should be made of the stiffeners whose flanges and webs are to be insulated. Prefabrication of insulation into wrappings has been found to be the best method of covering stiffeners, since a minimum of cutting and fitting is thereby required, and sections of stiffeners are insulated in one operation. The method consists essentially of cutting V grooves, properly spaced, on the back of the insulation board, removing the loose strips of board where the intersecting cuts meet just below the cloth facing, and then bending to shape for fitting around the flanges. Descriptions of equipment which has produced good results were published in the July 1946 issue of Bureau of Ships Shop Notes.

(2) These are two acceptable methods for securing the board to the structure. In one, the studs are laid out and welded in place on the structure, with due regard to the number required and dimensions and contour of the section of board to be installed. The board is then daubed with cement on the back and coated heavily on all edges, and is then impaled over the studs. The other acceptable method differs in that each section of board is first fitted into place, and locations of the studs determined by punching through the board to mark the steel. The board is then removed, the studs welded, the board cemented as above, and then slipped over the studs through the holes previously formed. In both methods, after the board is in place and pressed

Case 2:09-md-02047-EEF-JCW Document 8586-1 Filed 03/30/12 Page 334 of 368 Page ID
#:337

firmly against the structure, the washers and nuts are secured over the stud, as shown in figure 39–21, to hold the insulation permanently in place. In either of the two acceptable methods, sufficient studs must be used to hold the board firmly and evenly against the structure. In all instances, it is imperative that each welded stud be tested to insure that the weld is sound and will not fail in service. Each weld is to be tested by slipping the special tool shown in figure 39–21 over the stud as far as it will go, and bending once through an angle of 15° and return.

(3) In both methods of installation the seams may be filled with cement after the boards are installed in lieu of coating the edges forming the seams at the time the board is set in place. When this is to be done, a gap of not more than ⅛ inch should be left between each section of board as it is set in place, and the seams calked with the equipment shown on Bureau of Ships Drawing 631SK23 (fig. 39–22). Sealing seams in this manner is restricted to the use of type B cement and an ambient temperature of more than 40° F., since type A cement will not operate well in calking equipment.

(4) Until a stud for welding to aluminum structure is available, insulation should be secured to aluminum structure by impaling the board over split galvanized clips which have been riveted to the aluminum structure at their unsplit ends. A washer, similar to that shown on figure 39–21, is slipped over the free end of each clip after the board is in place, and the split ends of the clip are then bent in opposite directions flat against the washer.

(5) Types A and B studs are stud-welded by use of a special welding gun in which the stud acts as the electrode through which current is passed for a brief interval as the gun is held away from, and then pressed against, the structure. When the current is released and the gun drawn away, the stud is released from the gun and remains affixed, welded, at right angles to the structure. Type C stud is secured by manually arc-welding a fillet weld around the base of the stud.

(6) In those instances where stud welding is used, it is recommended that it be done with automatic welding equipment, by which the duration of the welding current and length of arc forming the weld are preset and mechanically controlled. In this manner, variations in the judgment and skill of welders are eliminated and the probability of securing uniformly sound welds is increased. It is acceptable to form the welds by the simpler type of stud welding gun, which requires manual control of the length of arc and duration of welding current. It is mandatory, however, that each weld be tested as described above regardless of the equipment used to form the weld.

(7) No sheathing is permitted over any fibrous glass board hull insulation. In the past, sheathing

has been permitted because the face of the board was not very hard and was, therefore, susceptible to injury. Fibrous glass board conforming to Bureau of Ships Spec. 32G8 (INT) is tough and resistant to almost all forms of damage. It, therefore, does not require any sheathing. After the board is installed it should be painted to match the other surfaces in the compartment.

### 39–124. INSPECTION

Hull insulation should be inspected at least at semiannual intervals together with other portions of the hull structure. Action should be taken to have all damage, including that considered as minor, repaired at once since prompt repair will forestall development into major repair jobs.

### 39–125. REPAIR

(1) Two procedures for repair of damaged fibrous glass board insulation have been established; one for accomplishment by ship's forces, and the second by qualified repair activities. Each vessel fitted with fibrous glass board insulation has been allowed a repair kit consisting of 8 rolls of fibrous glass tape and 2 gallons of type B adhesive cement for shipboard repair of small tears, dents, gouges, and similar damage to the insulation. Application of the tape will, in most instances, prevent further damage and insure the continued serviceability of the insulation until the next overhaul of the vessel when, if warranted, more extensive repairs can be made.

(2) For extensive repairs to the insulation, a method is available whereby in most instances the insulation may, in lieu of being replaced, be repaired economically and with facility, with a resultant condition at least equal to that of newly installed board. The method has been developed especially for the repair of soft-faced fibrous glass board, Navy Department Spec. 32G6, which was the type used prior to the introduction of the hard-surfaced board, specification 32G8. It is, however, fully applicable to the latter insulation.

(3) The method, which consists essentially of cementing a cloth covering (stock numbers 32–C–1928 and 32–C–1928–36) over the insulation, is based on the fact that most damage occurs initially to the glass cloth surface, and leaves the body of the board relatively intact. One gallon of cement (stock number 52–C–728–260) is required for each 40 square feet of cloth.

(4) Before the covering is applied, the damaged insulation is to be prepared as follows:

(a) Protect all free edges of insulation terminating at doors, air ports, and similar openings with an angle bar welded to the structure.

(b) Fill with cement all exposed seams around attachments through the insulation.

N29.13:
39
947

# BUREAU OF SHIPS
# MANUAL

## CHAPTER 39

## THERMAL INSULATION

NAVY DEPARTMENT,
Bureau of Ships,
1 April 1947.

This chapter is a revision of Bureau of Ships Manual, Chapter 39, "Thermal Insulation," dated 24 August 1945.

This revised chapter becomes effective upon receipt and shall be inserted in its proper place in the Manual binder.

E. W. MILLS,
Vice Admiral, U. S. N.,
Chief of Bureau.

Approved:
JAMES FORRESTAL,
Secretary of the Navy.

NAVSHIPS 250-000-39

# Chapter 39

# THERMAL INSULATION

## CONTENTS

| | Article |
|---|---|
| Section I. Machinery and Piping Insulation | 39-1 to 39-75 |
| Part 1. General | 39-1 to 39-2 |
| Part 2. Materials | 39-11 to 39-13 |
| Part 3. Application of Thermal Insulation General | 39-21 |
| Part 4. Application of Thermal Insulation to Pipe or Tubing | 39-31 to 39-40 |
| Part 5. Application of Thermal Insulation to Valves, Fittings, and Flanges | 39-51 to 39-59 |

| | Article |
|---|---|
| Section I—Continued | |
| Part 6. Application of Thermal Insulation to Machinery | 39-71 to 39-75 |
| Section II. Hull Insulation | 39-101 to 39-145 |
| Part 1. Scope | 39-101 |
| Part 2. General | 39-111 to 39-114 |
| Part 3. Hull Thermal Insulation | 39-121 to 39-125 |
| Part 4. Cold Storage | 39-131 to 39-135 |
| Part 5. Ventilation System | 39-141 to 39-145 |

## SECTION I—MACHINERY AND PIPING INSULATION

### Part I.—General

**39-1. DEFINITIONS**

(1) Insulating material is defined as the material employed to offer resistance to the flow of heat.

(2) Lagging is defined as the protective and confining covering or jacket placed over the actual insulating materials.

(3) Fastening is defined as the miscellaneous items with which insulating material is attached to the surface being covered and with which lagging is fixed to the insulating material.

(4) Insulation is defined as the composite covering including insulating material, lagging, and fastening.

**39-2. REASONS FOR INSULATING**

(1) In every power plant there is a heat loss from all heated surfaces and a heat flow to all cooled surfaces. Heat flow may occur in three ways; by conduction, by convection, and by radiation.

(2) Conduction is the heat flow from one part of a body to another part of the same body, or from one body to another with which it is in physical contact, without displacement of the particles of the body. This manner of heat flow is most important in insulation as it is the low conduction which results in the greatest temperature differential between a hot insulated surface and the atmosphere (as in steam piping insulation), or the relatively warm atmosphere and a cold surface (as in refrigerating plant

insulation). Heat transfer from insulated pipes or large blanketed or cemented surfaces (turbines, evaporators, etc.) to the outer surface of their lagging is included in this mode. Conduction is associated with solids and comparison of materials in this respect is measured by a factor called the "thermal conductivity" which expresses rate of conductivity in British thermal units (B. t. u.) per inch of thickness per hour per square foot of area per degree Fahrenheit temperature differential.

(3) Convection is the transfer of heat from one point to another within a fluid, gas, or liquid, by circulating or mixing of one portion of the fluid with another. These currents are produced by warm fluid being displaced by heavier cold fluid. It is of interest to note that convection reduces the effectiveness of air space insulation unless such space is very small.

(4) Radiation is the method of heat transfer by which a hot body gives off energy in the form of radiant heat which is emitted in all directions. Radiant heat, like light, travels in straight lines and with the speed of light. The surface condition greatly affects the ability of a body to radiate heat. Dull, dark, rough finished surfaces are the best radiators. Conversely, bright, shiny, smooth surfaces are good heat reflectors.

(5) In order to minimize the transfer of heat from or to a body or surface which is hotter or colder, respectively, than the surrounding atmosphere, thermal insulation is applied. This thermal insulation

1

Case 2:12-cv-02052-DCN Document 86-1 Filed 08/30/12 Page 327 of 368 Page ID #:340

is a material or materials of low thermal conductivity. (See par. 39–2 (2).) While increasing the economy of the plant, thermal insulation also reduces the quantity of air necessary for ventilating and cooling requirements and prevents injury of personnel due to burns from contact with hot parts of apparatus. It also insures more uniform heat distribution within equipment. Another function of thermal insulation is to prevent "sweating" of cold surfaces on which atmospheric moisture condenses thus causing undesirable dripping as well as accelerated corrosion of the metal. Insulation must be sufficiently effective to reduce heat losses and lower surface temperatures to a degree which will permit habitable conditions in a specific space or compartment.

## Part 2.—Materials

### 39–11. INSULATING MATERIALS

(1) The following requirements should be met as nearly as possible by thermal insulating materials:

(a) Low heat conductivity.

(b) Noncombustibility.

(c) Lightweight.

(d) Capability of easy molding and application.

(e) Moisture repellent.

(f) Noncorrosive, insoluble, and chemically inactive.

(g) Composition, structure, and characteristics unchanged by temperatures at which it is to be used.

(h) Once installed, should not cluster, become lumpy, disintegrate or build up in masses from vibration.

(i) Vermin proof.

(2) Insulating materials are available in the following forms in accordance with Navy Department Specifications:

(a) Molded sectional pipe covering:

Thermal insulation pipe covering_____ 32P8

Molded cork (with fire resisting compound) pipe covering_____ 32P11

(b) Block:

Thermal insulation block_____ 32I3

(c) Batts, blankets and felts:

Roll asbestos felt_____ 32F1

Asbestos insulating felt_____ 32F3

Fibrous glass batt insulation_____ 32I1

Mineral wool blanket insulation_____ 32I2

Mineral wool pipe covering for low temperature_____ 32I5

Thermal insulating tape_____ 32T1

(d) Plastic:

High temperature insulation cement__ 32C14

Magnesia plaster_____ 32P10

(3) Thermal insulation pipe covering. Spec. 32P8, grade I, usually is 85 percent magnesia and it is suitable for temperatures from 100° up to 500° F.

Eighty-five percent magnesia is a molded product formed from a combination of 85 percent magnesium carbonate with about 15 percent asbestos fiber for strength and bond. It is made in standard and light density (classes a and b) which weigh 16 and 12 pounds per cubic foot, respectively. The standard weight material is used mostly; it is harder, stronger (in rupture) and less affected by heat than the light grade, but it is about 25 percent poorer in insulating value. The pipe covering is furnished in cylindrical sections 3 feet long, split in half lengthwise. Larger sizes are furnished in quadrant or segmental form. Sections which become broken may be reused as plastic cement by breaking up the material and mixing it with water.

(4) Thermal insulation pipe covering. Spec. 32P8, grade II, class c, is a fibrous product usually formed from a uniform mixture of asbestos fibers (composed mostly of pure silica and the oxides of iron and magnesium) and held together with a sodium silicate (water glass) binder. Its average density is 13.5 pounds per cubic foot. It is considerably harder than either of the magnesia materials in paragraph 39–11 (3) and comparable to the standard magnesia covering as a good insulator. It is resilient, tough, and withstands vibration. It has a smooth, brown, finished surface. Molded asbestos saws and cuts neatly with ordinary tools. It can be used for temperatures up to 750° F. and is manufactured in cylindrical sections 3 feet long, split in half lengthwise. Class d under grade II of Spec. 32P8 covers compounded materials. These are products which have been developed comparatively recently and which vary in composition. Grade II materials are suitable for temperatures up to 750°.

(5) Thermal insulation pipe covering, Spec. 32P8, grade III, class e, is a compounded material usually consisting of molded diatomaceous earth. It consists of practically pure silica blended and bonded with asbestos fibers. It is used in a single layer for insulating piping up to and including 1½ inches nominal size. For piping 2 inches and over in size, the insulation is in the form of combination pipe covering, the inner layer of which contacts the hot surface and is diatomaceous earth. The outer layer is 85 percent magnesia of the type described in paragraph 39–11 (3). This class of material is suitable for temperatures from 501° up to 900° F.

(6) Thermal insulation pipe covering, Spec. 32P8, grade III, class f, is a fibrous material usually consisting of asbestos similar to that described in paragraph 39–11 (4), but it is much harder and withstands high temperatures. It is used in a single layer for insulating piping up to and including 1½ inches nominal size. For piping 2 inches and over in size, the insulation is in the form of combination pipe covering, the inner layer of which contacts the hot surface and is high temperature material. The

Case 2:12-cv-03237-AJW Document 86e-1 Filed 03/30/12 Page 338 of 368 Page ID #:341

outer layer is class c material. This pipe covering is available as combined sections with the two classes formed together to give the appearance and workability of a uniformly molded material. The average density is 17.5 pounds per cubic foot in the single layer and 16 pounds when used in the combination form. This material is suitable for temperatures from 751° to 900° F.

(7) The description herein of materials covered by Spec. 32P8 is based on materials as procured and their naval applications. All the common pipe covering materials have been discussed. As newly developed products are found to be suitable for naval use, such pipe coverings probably will be installed in addition to the common materials.

(8) Molded cork pipe covering, Spec. 32P11, is composed of cork joined by and coated over with a vapor-sealing compound. The pipe covering sections are made of pure granulated cork compressed into molds and held together by the natural cork gum as a binder. The fire retardant vapor-sealing compound is composed of chlorinated resins, drying oils, dryers, and fillers. A volatile solvent is added to attain the necessary fluidity for easy application with a stiff brush or trowel. At the time of installation the untreated molded cork insulating material is coated on all surfaces with the vapor seal. Each delivery of cork includes sufficient copper-clad steel wire and vapor seal for complete application. The molded cork is available in the following types: Ice water thickness, brine thickness, and special brine thickness. Pipe covering is furnished in cylindrical sections 3 feet long, split in half lengthwise. Cork covers for elbows, T's, valves, etc. are available. This material is of low thermal conductivity, high structural strength, almost free from shrinkage, resists moisture penetration when thoroughly coated, and acts as a good insulating material for refrigeration service.

(9) Thermal insulation block, Spec. 32I3, is furnished in 3 classes according to the allowable temperatures for which the materials are suitable. Class A of the specification covers insulating material for temperatures up to 500° F. These blocks usually are made of 85 percent magnesia or asbestos with characteristics as described in paragraphs 39–11 (3) and 39–11 (4), respectively. The maximum density for this class is 15 pounds per cubic foot. Block insulation is flat and rectangular. Asbestos block should be used where unusually high resistance to compression is required.

(10) For class B of Spec. 32I3, temperature range of 501° to 1,000° F., high temperature molded asbestos of the composition described in paragraph 39–11 (6) can be used. Diatomaceous earth high temperature insulating material in molded block form also is available for this service. It is described in paragraph 39–11 (5).

(11) For the higher range of temperatures, 1,001° to 1,500° F. covered by class C of Spec. 32I3, diatomaceous earth material in block form is used.

(12) Roll asbestos felt, Spec. 32F1, is composed of medium long asbestos fiber and organic sizing. The materials are felted into sheets, with an indented surface, of such flexibility that it may be folded, bent, or wrapped around piping and equipment. It is furnished in rolls ⅛ or ¼ inch thick and 3 feet wide. The ¼-inch roll weighs about 1.2 pounds per square foot. This material is suitable for temperatures up to 900° F.

(13) Asbestos insulating felt, Spec. 32F3, is furnished in type A, plain, and type B, water repellent for cold piping. Plain felt is composed of asbestos fibers and cotton and binding materials if required. Water-repellent felt is composed of asbestos fibers, cotton treated with a suitable repellent agent, and a cotton fabric encasement. Asbestos felt has a maximum density of 12 pounds per cubic foot. Plain asbestos felt is furnished in rolls 50 feet long by 60 inches wide and in thicknesses of ¾, 1, and 1½ inches. It has perhaps the widest range of uses of the insulating materials as it has flexibility for fitting around valves or other irregular surfaces and it is suitable for a temperature range from cold water to 900° F. Water-repellent asbestos felt is furnished in rolls 50 feet long and in widths from 3 to 60 inches; thicknesses are ¾ or 1 inch.

(14) Fibrous glass batt insulation, Spec. 32I1, is composed of glass fibers bonded together to form a semirigid batt. The fibrous glass is pure glass in fibrous form and is inorganic and fireproof and resistant to salt water and some chemical actions. It cannot mildew, decay, or provide sustenance to insects, rodents, or vermin. The batts are furnished in two grades, one weighing 6 pounds per cubic foot and the other 4.5 pounds. Standard dimensions are 48 inches long by 24 inches wide by 1 to 3 inches thick. When this material is used at elevated temperatures, the binding agent burns out at a point between 450° and 600° F. Hence, batts should be enclosed by sheet steel for support when subjected to temperatures between 450° and 900° F. The material is suitable for insulating boiler uptakes.

(15) Mineral wool blanket insulation, Spec. 32I2, consists of fibers from slag, glass, or limestone made by a process of melting, blowing, or drawing, and annealing. The blankets are felted and reinforced by wire netting or metallic lathing on both sides. The material is suitable for use at temperatures up to 900° F.

(16) Mineral-wool pipe covering for low temperatures, Spec. 32I5, is composed of mineral-wool fibers felted into strip form encased in fire-resistant fabric. The pipe covering is furnished in sections 3 feet long and made to such a width that when laterally folded around a given size of pipe, a reasonably tight uniform covering results.

Case 2:89-cv-02302-DSF-AJW Document 8586-1 Filed 08/30/12 Page 339 of 368 Page ID #:342

(17) Thermal insulating tape, Spec. 32T1, is composed of a woven asbestos jacket enclosing either an asbestos fiber or fibrous glass felting or silver. The jacket is woven from yarn of asbestos fiber; it may be either in one tubular piece or fabricated of asbestos cloth sewed into tubular form. The tape is supplied in two forms, one for spiral wrapping and the other for lateral wrapping. That for spiral wrapping is 2 to 2½ inches wide and ¼ to ¾ inch thick. The tape for lateral wrapping is 5¼ inches wide and ¾ inch thick. It is suitable for temperatures up to 750°.

(18) High temperature insulation cement, Spec. 32C14, is available in two types. Type A is the diatomaceous earth or exfoliated mica type and is composed of a dry mixture of suitable grades of such refractory material ground fine, asbestos fibers, and clay binders, thoroughly mixed to obtain uniform distribution of the ingredients. Type B is the rock or mineral-wool type which consists of a dry mixture of rock or mineral-wool fibers, asbestos fibers, and binders, thoroughly mixed to obtain uniform distribution of the ingredients. This latter type is most suitable for monolithic insulation. The composition of the cement is such that when properly wetted with fresh water, it can be applied with a trowel or by hand to hot and cold surfaces. One hundred pounds of dry cement will cover 50 square feet of surface to a thickness of 1 inch. After application it weighs a maximum of 30 pounds per cubic foot. The cement is reclaimable for reuse. The thermal conductivity of this material is higher than the nonplastic materials. All cements covered by Spec. 32C14 are suitable for use at temperatures from 100° to 1,000° F., and some may be used for 1,800° F. service. It is very important that all rock or mineral-wool type cements which may be used shall have corrosion-resisting properties conforming to the specification.

(19) Magnesia plaster, Spec. 32P10, is a mixture of not less than 85 percent long-fiber asbestos. The plaster is supplied dry and when properly tempered with water, it can be laid on with a trowel or by hand to form a light, incombustible, porous, heat-insulating covering. The material has the characteristics of 85 percent magnesia pipe covering described in paragraph 39-11 (3). Magnesia plaster will adhere to cold metal only with difficulty and it will not adhere to hot metal. One hundred pounds of the material covers about 67 square feet of surface to a thickness of 1 inch. The density after being molded and dried is not more than 16 pounds per cubic foot. Magnesia plaster may be used for temperatures from 100 to 500° F. Cements of the types described in paragraph 39-11 (18) are better for all purposes except for finishing insulation to a very smooth surface.

### 39-12. LAGGING MATERIALS

(1) The definition of lagging in paragraph 39-1 (2) describes the purpose of this item. It protects the relatively soft insulating material from mechanical abuse to which it is exposed aboard ship as a result of men climbing over piping and the necessary handling of equipment. It supports the insulating material which is subjected to continual vibration. The lagging provides a smooth finish to be painted.

(2) Materials in accordance with the following Navy Department Specifications are used as lagging:

(a) Cloth:
   Asbestos cloth, strands and tape_____ 32C11
   Cotton duck pipe covering_____ 24D3
   Fibrous glass cloth, tape and thread
      (for lagging insulation)_____ 32G9

(b) Paper:
   Asbestos paper and tape reinforced with
      cotton mesh_____ 32P9
   Flameproof   and   water - repellent
      sheathing paper_____ 59P7

(c) Board:
   Asbestos millboard_____ 32M1

(d) Plastic:
   Asbestos insulation finishing cement__ 32C16

(e) Metallic:
   Zinc coated (galvanized) sheet steel__ 47S29

(3) Asbestos cloth, strands, and tape, Spec. 32C11, are made of good quality asbestos yarn or combination of asbestos and glass yarn and contain no rubber or other filling materials except cotton fiber. The types of cloth and tape are classified by the maximum allowable cotton content. Type A cloth and type G tape are intended for use as the lagging material for insulation on pipe or tubing at all temperatures; it is not to be used on valves, fittings, and flanges if it will be in contact with heated metal. It may be used on valves, fittings, and flanges where the temperature of the insulated surface is 500° F. or less, and for temperatures over 500° F. on applications such as butt-welding end fittings where it is desirable to lag the fittings with the material used on the tubing. A blue stripe is woven into the finished edge of this material which may be asbestos or combination of asbestos and glass yarn. Type B, 90 percent asbestos cloth, is furnished with a red stripe woven in and is intended for use as the outside lagging on removable and replaceable covers for flanges and fittings or other applications on valves, fittings, and flanges where the temperature of the insulated surface is more than 500° F. Ninety-five percent asbestos cloth is furnished with or without wire insertion. That with the wire, type C, is intended for use as the inside lagging on removable and replaceable covers for valves, flanges, and fittings at all temperatures. The wire adds to the strength and stiffness of the lagging. Type D, 95 percent asbestos cloth without the wire, is intended for the same conditions as type C when strength and stiffness is not necessary. This material is furnished

with a green stripe woven into the finished edge. An 80 percent asbestos sewing thread and a 95 percent yarn reinforced with wire are available under the specification.

(4) Fibrous glass cloth, tape, and thread, Spec. 32G9, are manufactured from a good quality of fibrous-glass yarn. The tapes and cloths are made in various weights and weaves, the most frequently used being described herein. Tight, satin-weave, lightweight cloth is recommended for straight pipe. For irregular surfaces, tight, broken-twill weave, heavyweight cloth should be used. Medium, plain weave, lightweight tape in 2- to 6-inch widths is suitable for curved pipe in particular. Tapes are applied with a minimum amount of labor and time. The sewing thread is a twisted specially treated cord. *Fibrous glass materials are not recommended for use where lagging is exposed to mechanical injury.* The material may be used for lagging surfaces with internal temperatures up to 900° F., but should not be used on removable and replaceable covers nor where it will be in contact with hot metal surfaces.

(5) Canvas or cotton duck, Spec. 24D3, has been widely used as a lagging material. Unlike asbestos and glass, duck is flammable and should be used only for service in the cold range of 36° to 99° F. Duck should not be used if glass cloth or asbestos cloth is available.

(6) Asbestos paper and tape reinforced with cotton mesh, Spec. 32P9, is composed of approximately 75 percent asbestos, 8 percent organic binder, and 17 percent cotton netting. This material is suitable for temperatures up to 500° F. It does not stand much abuse and is recommended for use only if glass or asbestos cloth is not available.

(7) Sheathing paper, Spec. 59P7, is made in three types. The flameproof and water-repellent paper does not support combustion and absorbs only the specified small weight of water. The two other types of paper have but one of the aforementioned characteristics. This material is used in conjunction with other lagging; see the instructions for insulation of cold water piping in part 4. The paper is supplied in rolls 36 inches wide.

(8) Asbestos millboard, Spec. 32M1, is composed of asbestos fiber and binding material formed under pressure into a sheet. It has a fair amount of insulating value for temperatures up to 400° F. but is mostly used as outside lagging on removable insulating covers to which it gives stiffness. It is available in thicknesses of from ⅛ to ½ inch in sheets the standard size of which is 42 by 48 inches. The maximum acceptable weight is 6.5 pounds per square foot of material 1 inch thick.

(9) Asbestos finishing cement, Spec. 32C16, is composed of asbestos fibers, fillers, and suitable binders thoroughly mixed to obtain a uniform distribution of the ingredients. The composition is such that when properly wetted with fresh water, it can

be readily troweled to a smooth surface. One hundred pounds of cement has a covering capacity, applied and dried, of 19 square feet 1 inch thick. About 100 pounds of water is required to mix 100 pounds of cement. Asbestos cement is used as a surface finish over insulating material to seal all joints and provide a hard, smooth finish to which lagging is applied.

(10) Galvanized sheet steel, Spec. 47S29, is used as described in the sections on application of insulation.

### 39-13. ADHESIVE MATERIALS

(1) Adhesives which comprise one type of fastening as defined in paragraph 39-1 (4) are covered by the following Navy Department Specifications.

| | |
|---|---|
| Fibrous adhesive insulation cement ____ | 52C22 |
| Adhesive and sealing cements _____ | 52C23 |
| Sodium silicate solution (33.5° Baumé) _ | 51S29 |

(2) Fibrous adhesive, Spec. 52C22, is suitable for securing woven asbestos cloth to insulating material employed on piping or other applications. The cement is ready for use without heating or addition of other ingredients, except that it may be furnished in the unmixed form to be mixed just prior to use. It will not deteriorate for an indefinite length of time when enclosed in airtight metal containers. When used for fixing lagging or insulating materials to other than metal surfaces, 75 pounds of adhesive will cover about 100 square feet. Adhesive cement per Specification 52C22 must never be used for securing fibrous glass cloth or insulation since it causes disintegration of such materials. Therefore, this cement is not to be used with type A cloth or type G tape per Spec. 32C11.

(3) Adhesive insulation cement per type B of Navy Department Specification 52C23 is suitable for securing all lagging materials. It has the best properties of the adhesives described herein. Cements in accordance with the specification will not corrode steel when applied thereto.

(4) Sodium silicate solution, Spec. 51S29, may be used for fastening asbestos cloth. The cloth, when soaked in the silicate of soda and applied to the surface, molds into position and dries to form a hard, firm finish which resists abrasion. The remarks in paragraph 39-13 (2) in regard to the use of fibrous adhesive cement with fibrous glass materials apply also to sodium silicate solution.

## Part 3.—Application of Thermal Insulation
### General
39-21.

(1) Cloth and paper lagging should be covered with one coat of fire-retardant paint, per Bureau of Ships Spec. 52P22, after installation. The inside covers of removable blanket insulation need not be painted. Canvas lagging, if used, should be given

S

e coat of canvas preservative per Spec. 52C26 of a color to suit the adjacent bulkheads or decks.

(2) All steampiping, valves, and fittings located in positions exposed to the weather or to salt water spray should be insulated and lagged watertight with sheet metal. Where it is not feasible to apply insulation, paint the piping with heat- and weather-resistant paint, and install suitable guards to protect personnel. Also use metal lagging where necessary to shield the insulation from damage. Metallic lagging, galvanized sheet steel, may be painted for appearance with one coat of zinc chromate primer, formula 84, followed by one coat of fire-retardant paint per Bureau of Ships Spec. 52P22.

(3) Where the detailed instructions which follow hereafter do not specifically cover any surface requiring insulation, such surface should be insulated in a manner similar to the requirements covering a

condition which most nearly approximates that of the surface in question.

(4) At least once a year and preferably at 6-month intervals, a careful inspection should be made of insulation. All broken or loose insulating or lagging materials should be securely fastened in accordance with instructions herein. If much material is broken, a complete reinstallation is recommended.

(5) In the course of emergency repairs as a result of damage, insulation is to be stripped from piping in flooded compartments if practicable. This procedure will prevent serious corrosion of piping by insulation which carries a large amount of water even subsequent to unwatering operations.

(6) The following tables indicate various approved insulating, lagging, and fastening materials to be used and minimum thicknesses required for all services and temperature ranges.

TABLE I

| Service | Temperature conditions (°F.) | Pipe or tubing | | Valves and fittings | |
|---|---|---|---|---|---|
| | | Insulating materials | Lagging | Insulating materials | Lagging |
| Superheated steam and exhaust gases. | 751 to 900 | 32P8, grade III; 32T1 | 32C11, type A and G; 32G9. | 32C11, type B; 32F3, type A; 32I3, class b; 32P8, grade III. | 32C11, type A, B, C, D, and G; 32G9. |
| Do | 501 to 750 | 32P8, grade II and III; 32T1. | 32C11, type A and G; 32G9. | 32C14, type B; 32F3, type A; 32I3, class b; 32P8, grade II and III. | 32C11, type A, B, C, D, and G; 32G9. |
| Saturated steam, exhaust gases, hot water, and hot fuel oil. | 100 to 500 | 32P8, grade I and II; 32T1. | 32C11, type A and G; 32G9; 47S29. | 32C14, type B; 32F3, type A; 32I3, class a; 32P8, grade I and II. | 32C11, type A, B, C, and G; 32G9. |
| Cold water | 32 to 99 | 32F3, type A and B; 32I3. | 32C11, type A and G; 32G9; 59P7. | 32F3, type A and B; 32I3. | 32C11, type A and G; 32G9; 59P7. |
| Refrigerant | 36 and over | 32F3, type A and B; 32I3; 32P11, type A. | 32C11, type A and G; 32G9; 59P7. | 32F3, type A and B; 32P11, type A. | 32C11, Type A and G; 32G9; 59P7. |
| Do | 0 to 35 | 32P11, type B | 32C11, type A and G; 32G9. | 32P11, type B | 32C11, type A and G; 32G9. |
| Do | Below 0 | 32P11, type C | 32C11, type A and G; 32G9. | 32P11, type C | 32C11, type A and G; 32G9. |

| Service | Temperature conditions (°F.) | Flange joints | | Machinery | |
|---|---|---|---|---|---|
| | | Insulating materials | Lagging | Insulating materials | Lagging |
| Superheated steam and exhaust gases. | 751 to 900 | 32F3, type A; 32I3, class b; 32P8, grade III. | 32C11, type C and D | 32C14, type B; 32F3, type A; 32I2; 32I3, class b. | 32C11, type A, B, C, D, and G; 32G9. |
| Do | 501 to 750 | 32F3, type A; 32I3, class b; 32P8, grade II and III. | 32C11, type C and D | 32C14, type B; 32F3, type A; 32I2; 32I3, class b. | 32C11, type A, B, C, D, and G; 32G9. |
| Saturated steam, exhaust gases, hot water, and hot fuel oil. | 100 to 500 | 32C14, type B; 32F3, type A; 32I3, class a; 32P8, grade I and II. | 32C11, type A, B, C, and G; 32G9. | 32C14, type B; 32F3, type A; 32I2; 32I3, class a. | 32C11, type A, B, C, and G; 32G9. |
| Cold water | 32 to 99 | 32F3, type A and B; 32I3. | 32C11, type A and G; 32G9; 59P7. | 32F3, type A and B | 32C11, type A and G; 32G9; 59P7. |
| Refrigerant | 36 and over | 32F3, type A and B; 32I3; 32P11, type A. | 32C11, type A and G; 32G9; 59P7. | 32F3, type A and B; HH-C-561. | 32C11, type A and G; 32G9; 59P7. |
| Do | 0 to 35 | 32P11, type B | 32C11, type A and G; 32G9. | HH-C-561 | 32C11, type A and G; 32G9. |
| Do | Below 0 | 32P11, type C | 32C11, type A and G; 32G9. | HH-C-561 | 32C11, type A and G; 32G9. |

## TABLE II.—Compounded insulating material thicknesses for hot pipe or tubing

| Pipe size (inches) | Temperature range (°F.) | Class of material per Spec. 32P8 | | Thickness (inches) | | |
|---|---|---|---|---|---|---|
| | | Inner layer | Outer layer | Inner layer | Outer layer | Total |
| ¼ and ¾ | 100–388 | a, b, or d | | ⅞ | | ⅞ |
| | 389–500 | a or | | 1¼ | | 1¼ |
| | 389–500 | b or | | 1¼ | | 1¼ |
| | 501–750 | d or | | 1⅝ | | 1⅝ |
| | 501–750 | e | | 1¾ | | 1¾ |
| | 751–900 | e | | 1¾ | | 1¾ |
| 1 | 100–388 | b or d | | ⅞ | | ⅞ |
| | 389–500 | a or | | 1¼ | | 1¼ |
| | 389–500 | d or | | 1¼ | | 1¼ |
| | 501–750 | d or | | 1⅜ | | 1⅜ |
| | 501–750 | e | | 1¾ | | 1¾ |
| | 751–900 | e | | 1¾ | | 1¾ |
| 1¼ | Same materials and thicknesses as ¼-inch size. | | | | | |
| | 100–388 | a or | | ⅞ | | ⅞ |
| | 100–388 | b or d | | 1¼ | | 1¼ |
| | 389–500 | b or | | 1¼ | | 1¼ |
| | 389–500 | d or | | 1¼ | | 1¼ |
| 1½ | 501–750 | d or | | 1⅜ | | 1⅜ |
| | 501–750 | e | | 1¾ | | 1¾ |
| | 751–900 | e | | 1¾ | | 1¾ |
| | 100–388 | a, b, or d | | 1½ | | 1½ |
| | 389–388 | a or | | 1¾ | | 1¾ |
| | 389–500 | b or d | | 2 | | 2 |
| 2 and 2½ | 389–500 | d or | | 3 | | 3 |
| | 501–750 | e | a or b | 3 | 1¾ | 3½ |
| | 501–750 | e | a or b | 3 | 1¾ | 3½ |
| | 751–900 | e | | 1¾ | | 1¾ |
| | 100–138 | a, b, or d | | 1½ | | 1½ |
| | 339–388 | a or | | 1¾ | | 1¾ |
| | 339–388 | b or d | | 2 | | 2 |
| 3 | 389–500 | a or b | | 3 | | 3 |
| | 501–750 | e | a or b | 1½ | 2 | 3½ |
| | 501–750 | e | a or b | 1½ | 2 | 3½ |
| | 751–900 | e | | 1¾ | | 1¾ |
| | 100–338 | a or | | 1¾ | | 1¾ |
| | 100–338 | b or d | | 2 | | 2 |
| | 339–388 | a, b, or d | | 3 | | 3 |
| 3½ | 389–500 | a or b | | 3 | | 3 |
| | 501–750 | e | a or b | 1½ | 2 | 3½ |
| | 501–750 | e | a or b | 1½ | 2 | 3½ |
| | 751–900 | e | | 1¾ | | 1¾ |
| | 100–338 | a or | | 2 | | 2 |
| | 339–388 | b or d | | 3 | | 3 |
| 4 | 389–500 | a, b, or d | | 3 | | 3 |
| | 501–750 | d or | a or b | 1½ | 2 | 3½ |
| | 501–750 | e | a or b | 1½ | 2 | 3½ |
| | 751–900 | e | | 1¾ | | 1¾ |
| | 100–338 | b or d | | 3 | | 3 |
| | 339–388 | a or | | 3 | | 3 |
| 4½ | 389–500 | a, b or d | | 3 | | 3 |
| | 501–750 | d or | a or b | 1½ | 2 | 3½ |
| | 501–750 | e | a or b | 1½ | 2 | 3½ |
| | 751–900 | e | a or b | 1½ | 2 | 3½ |
| 5 | Same materials and thicknesses as 4-inch size. | | | | | |
| 6 | 100–338 | a, b or d | | 1½ | | 1½ |
| | 339–388 | a or | | 2 | | 2 |
| | 339–388 | b or d | | 3 | | 3 |
| | 389–500 | a, b or d | | 3 | | 3 |
| 7 | 501–750 | d or | a or b | 1½ | 2 | 3½ |
| | 501–750 | e | a or b | 1½ | 2 | 3½ |
| | 751–900 | e | | 1½ | | 1½ |
| | 100–338 | a, b, or d | | 3 | | 3 |
| | 339–388 | a or | | 3½ | | 3½ |
| | 339–388 | b or d | | 3½ | | 3½ |
| 8, 9, and 10 | 389–500 | a, b, or d | | 4 | | 4 |
| | 501–750 | d or | a or b | | 1½ | 1½ |
| | 501–750 | e | a or b | | | |
| | 389–500 | a, b, or d | | 3 | | 3 |
| 11 | 501–750 | d or | | 4 | | 4 |
| | 501–750 | e | a or b | | 1½ | 1½ |
| | 751–900 | e | | | | |
| | 100–338 | a, b, or d | | 3 | | 3 |
| 12 and over | 339–500 | d or | | 3 | | 3 |
| | 501–750 | d or | a or b | 2 | 2 | 4 |
| | 751–900 | e | a or b | 2 | 2 | 4 |

NOTE.—Temperature of saturated steam at 25 p. s. i. gage is 267° F.
Temperature of saturated steam at 100 p. s. i. gage is 338° F.
Temperature of saturated steam at 200 p. s. i. gage is 388° F.

## TABLE III.—Fibrous insulating material thicknesses for hot pipe or tubing

| Pipe size (inches) | Temperature range (°F.) | Class of material per, Spec. 32P8 | | Thickness (inches) | | |
|---|---|---|---|---|---|---|
| | | Inner layer | Outer layer | Inner layer | Outer layer | Total |
| ¼ through 1½ | 100–388 | c | | ¼ | | ¼ |
| | 389–500 | c | | 1½ | | 1½ |
| | 501–750 | f | | 2 | | 2 |
| | 751–900 | f | | 2 | | 2 |
| 2 through 3½ | 100–335 | c | | 1½ | | 1½ |
| | 389–500 | c | | 2½ | | 2½ |
| | 501–750 | f | | 1¼ | 2 | 3¼ |
| | 751–850 | f | c | 1½ | 1½ | 1½ |
| | 851–900 | f | c | 1½ | 1½ | 1½ |
| 4 through 6 | 100–338 | c | | 2 | | 2 |
| | 339–388 | c | | 2½ | | 2½ |
| | 389–500 | c | | 3 | | 3 |
| | 501–750 | c | | 3 | | 3 |
| | 751–850 | f | c | 1½ | 1½ | 1½ |
| | 851–900 | f | c | 1½ | | 1½ |
| 7 through 11 | 100–338 | c | | 2¼ | | 2¼ |
| | 339–500 | c | | 2½ | | 2½ |
| | 501–750 | f | | 2 | | 2 |
| | 751–850 | f | c | 2½ | 2½ | |
| | 851–900 | f | | 1½ | | 1½ |
| 12 and over | 100–338 | c | | 2½ | | 2½ |
| | 339–388 | c | | 2½ | | 2½ |
| | 389–500 | c | | 2½ | | 2½ |
| | 501–750 | f | c | 1½ | 2½ | |
| | 751–850 | f | c | 2 | 2½ | |
| | 851–900 | f | | | | |

## TABLE IV.—Thicknesses of insulating materials in inches for cold water and refrigerant pipe and tubing flanges, valves and fittings

| Pipe size (inches) | Service | Temperature range (°F.) | Molded cork, Specification 32P11 | Asbestos felt, Specification 32F3; types A or B | Mineral wool, Specification .32I5 |
|---|---|---|---|---|---|
| Up to ¾ | Refrigerant | Below 0 | 2.60 | | |
| | do. | 0 to 35. | 1.70 | | |
| | do. | 36 and over | 1.20 | 1½ | 1½ |
| | Cold water. | All. | | 1½ | 1½ |
| 1 and 1½ | Refrigerant. | Below 0 | 2.75 | | |
| | do. | 0 to 35. | 2.00 | | |
| | do. | 36 and over | 1.30 | 1½ | 1½ |
| | Cold water. | All. | | 1½ | 1½ |
| 1½ to 5½ | Refrigerant. | Below 0 | 2.65 | | |
| | do. | 0 to 35. | 2.40 | 2½ | 3 |
| | do. | 36 and over | 1.35 | 2½ | 1½ |
| | Cold water. | All. | | 2½ | 1½ |
| 6 and 7 | Refrigerant | Below 0 | 4.00 | | |
| | do. | 0 to 35. | 2.40 | | |
| | do. | 36 and over | 1.35 | 2½ | 3 |
| | Cold water. | All. | | 2½ | 1½ |
| 8 to 12 | Refrigerant | Below 0 | 4.00 | | |
| | do. | 0 to 35. | 3.00 | | |
| | do. | 36 and over | 1.35 | 2½ | 3 |
| | Cold water. | All. | | 2½ | 1½ |
| Over 12 | Refrigerant | Below 0 | 4.00 | | |
| | do. | 0 to 35. | 4.00 | | |
| | do. | 36 and over | 1.50 | 2½ | 3 |
| | Cold water | All. | | 2½ | 1½ |

## TABLE V.—Thicknesses of insulating tape per Spec. 32T1 for hot piping ¼- and ⅜-inch size

| Temperature range (°F.) | Thickness of tape (inches) | Number of layers | Total thickness (effective) |
|---|---|---|---|
| 100–338 | ¼ | 1 | ¼ |
| 339–388 | ¼ | 1 | ¼ |
| 389–500 | 1¼ | 1 | 1¼ |
| 501–750 | ¼ | 1 | 1 |
| 751–900 | 1 and ¼ | 1 of each | 1 |

7

Case 2: Case M:12-cv-2375-DSTAJW Document 8586-1 Filed 03/30/12 Page 343 of 368 Page ID #:346

TABLE VI.—*Thicknesses of insulating materials for hot surfaces of machinery*

| Temperature range (° F.) | Asbestos felt, block, or mineral wool blanket | Cement (Spec. 32C14, type B) |
|---|---|---|
| 100-338 | 1½ | 1½ |
| 150-358 | 2½ | 2½ |
| 159-500 | 3 | 3 |
| 501-750 | 3½ | 4 |
| 751-900 | 4½ | 5 |

## Part 4.—Application of Thermal Insulation to Pipe or Tubing

**39-31. TEMPERATURES FROM 501° TO 900° F.**

(1) Piping systems with temperatures over 500° F. include superheated steam piping and Diesel exhaust piping. Thermal insulation pipe covering, per Spec. 32P8, classes e or f, is used for services from 501° to 900° F. and is described in paragraphs 39-11 (5) and 39-11 (6). The thickness of pipe covering should be as shown in table II, which covers compounded insulating material or table III, which covers fibrous insulating material.

Single layer molded pipe covering is applied directly on the piping. Side and end joints should be tightly butted. Sections are securely fastened in place with 18-gage (0.049 inch diameter) nickel-~per, brass, or galvanized soft iron wire or metal ~ids. Use three loops or bands per length of insu-~ing material on pipes up to and including 6 inches and four loops or bands on larger pipes. The ends of the wire loops are fastened together to hold the insulating material tightly against the pipe. The wire ends are bent over and carefully pressed into the pipe covering to leave no projection. Joints, cracks, or indentations in the surface of the insulating material are pointed up with high temperature insulating cement (Spec. 32C14) or asbestos finishing cement (Spec. 32C16). In double layer work both the longitudinal and circumferential joints of the second layer are staggered in relation to the first layer and both layers are secured as previously described. The outer layer may be pointed up with magnesia plaster if the insulating material is 85 percent magnesia.

Thermal insulating tape as described in paragraph 39-11 (17) is specially suitable for small piping and where space conditions render awkward the use of molded covering. The tape also is suitable for bends. Tape for spiral wrapping should be wired at each 10 inches approximately. Tape for wrapping laterally must be wired at each end of every strip. Thicknesses are shown in table V. The lagging should be type A or G asbestos cloth or tape or glass cloth or tape.

(2) *Bends.*—Where bends are encountered in the piping, the sectional insulating material is cut or mitered as shown in Figures 39-1, 39-2, and 39-3 to fit neatly around the contour of the bend. Care must be taken to insure that each segment is securely fastened in place. All openings and crevices are filled with high temperature cement, Spec. 32C14, or asbestos finishing cement (Spec. 32C16), troweled smoothly to a uniform surface. Sharp bends may be insulated with asbestos insulating felt per paragraph 39-11 (13) overlaid with ½ inch of high temperature insulating cement or asbestos finishing cement (Spec. 32C16) finished off smoothly.

**39-32.**

(1) *Application of glass cloth and tape.*—Glass cloth per paragraph 39-12 (4) is fitted on tight and smooth and sewed with fibrous glass sewing thread using a single stitch, three to the inch. Glass cloth and tape may be cemented on with adhesive cement per paragraph 39-13 (3). In general, tape rather than cloth is used for lagging pipe bends. Fibrous glass tape is applied in a spiral wrapping around the pipe. At the start the tape may be stapled to the insulating material or secured with an adhesive. On straight runs, a ¼-inch lap is sufficient. The tape may be furnished with a stripe woven in as a guide for lapping. On bends, the lap should be made at right angles to the axis of the pipe. A new roll of tape is started as if it were to be wrapped in the reverse direction and attached with staples or adhesive. The tape then is brought back over the fastening which thus is concealed from view. Where pipes are located close together, the tape may be applied easily by wrapping it on a smooth rounded edge metal "shuttle." The tape is fastened to the insulating material and the shuttle passed between the pipes, picked up on the far side, and the tape pulled tight.

(2) *Application of asbestos cloth.*—Asbestos cloth is fitted on tight and smooth. It may be sewed with asbestos yarn or may be cemented on. Adhesive cement per paragraph 39-13 (2) can be used to fasten asbestos cloth other than type A. Cements described in paragraph 39-13 (3) are suitable for all materials. The surfaces to be joined must be dry and clean. Apply the adhesive to the cloth, not to the insulating material. The more rough and porous the surface may be, the more adhesive will be needed. Asbestos cloth, except for type A, also may be fastened on with sodium silicate solution described in paragraph 39-13 (4). The cloth should be soaked in the solution and the insulating material given a liberal painted coat of the same. The lagging is applied while the surface is still wet.

**39-33. DIESEL ENGINE EXHAUST FLEXIBLE CONNECTIONS**

The connections may be insulated by one of the following methods:

(a) In accordance with paragraphs 39-31 (1) and 39-31 (2) provided the flexible connection is cov-

39-33

39-36



SAW CUT TO THIS DEPTH

DETAIL OF INSIDE RADIUS OF PIPE BENDS

Figure 39-1.—Detail of outside radius of pipe bends.



SECTIONAL PIPE COVERING 4" O.D. & LESS CUT TO FIT

CEMENT

SECTIONAL PIPE COVERING

SPECIFIED LAGGING

Figure 39-2.



CEMENT

SPECIFIED LAGGING

FOR SECTIONAL PIPE COVERING OVER 4" O.D.

SECTIONAL PIPE COVERING

Figure 39-3.

ered with 1-inch galvanized wire mesh before application of the insulating material.

(b) Apply asbestos insulating felt per paragraph 39-11 (13) overlaid with a layer of asbestos paper which is described in paragraph 39-12 (6). Lag in accordance with paragraph 39-31 (1).

### 39-34. BULKHEAD EXPANSION JOINTS

Continue the insulation under the connection with the pipe covering butting each side of the flange which secures the joint to the piping.

### 39-35. PIPE HANGERS

Where pipe hangers are clamped around the piping, the sectional pipe covering may be stopped at the clamp and the space filled with layers of asbestos felt per paragraph 39-11 (13) to the thickness of the covering. A single layer of asbestos cloth which extends over the sectional covering 2 inches on either side is wrapped circumferentially over the felt and is secured by wire through rings and hook fasteners to form a take-down seam. A similar covering may be used on flanges to which are welded anchor lugs for pipe hangers. Hangers may also be insulated by fitting the molded pipe covering as necessary; use insulating cement to complete the installation.

### 39-36. TEMPERATURES FROM 100° TO 750° F.

(1) For temperatures between 100° and 750° F., thermal insulation pipe covering, Spec. 32F8, classes c or d may be used. The thickness of pipe covering should be as shown in table II or III. This material is applied in the manner described in article 39-31. Lagging may be in accordance with paragraphs 39-32 (1) or 39-32 (2).

8

## 39-37. TEMPERATURES FROM 100° TO 500° F.

(1) For temperatures between 100° and 500° F., thermal insulation pipe covering, Spec. 32P8, classes a and b, described in paragraph 39-11 (3) is used. Also see article 39-36. Lagging may be in accordance with paragraphs 39-32 (1) or 39-32 (2). If asbestos or glass cloth is not available, asbestos paper, which is described in paragraph 39-12 (6), may be used. The thickness of the pipe covering should be as shown in table II.

## 39-38. APPLICATION OF REINFORCED ASBESTOS PAPER OR TAPE

Asbestos paper or tape per Spec. 32P9 is generally used in the 36-inch sheet form on straight runs of piping although spiral wrapping with narrower widths of tape will give a satisfactory job. Use tape for fittings and bends. Asbestos tape should always be applied with the guide line on the outside. Do not apply asbestos paper or tape over wet cement. Apply cold water paste with a brush or sponge to pipe insulation before wrapping with asbestos paper or tape. If preferred, the paste or adhesive cement can be applied directly to the sheet material.

(1) *Paper:* Paste and/or staple the inner edge to the top of the insulating material and carry the paper around the pipe and paste on the outside edge lapping over a minimum of 2 inches. Paper can either be terminated at fittings, with tape applied thereto, or continued around fittings, mitering the inside lap, and molding in place by hand to give a continuous uniform appearance. Asbestos paper can be sewed in a manner similar to asbestos cloth when it is used on straight runs of pipe. After sewing, smooth down the edge with a sponge and water or cold water paste.

(2) *Tape:* Use the material dry. Start the application by fastening the tape to the insulation with a staple or paste. The guide line must be on the outside. Apply one wrap double thick to start and cover the staple, if used; then spiral the tape on over-lapping each layer a minimum of ½ inch as indicated by the guide line. After spiral wrapping, smooth out irregularities in laps by applying water with a sponge to all spiral joints. Apply water at joints to change direction of wrapping when necessary to give a smooth appearance.

## 39-39. COLD WATER AT ALL TEMPERATURES

Three insulating materials may be used on cold water pipe or tubing.

(1) Asbestos insulating felt should be applied to thoroughly cleaned and dried pipe surfaces in the thicknesses shown in table IV. The material is described in paragraph 39-11 (13).

The felt is applied in ¾-inch layers which are compressed to ½-inch thickness by 18-gage nickel-copper, brass, or galvanized soft iron wire wound on about 1 inch centers. Joints in adjacent layers of felt

are staggered longitudinally and radially. Water-repellent asbestos felt in strip form is applied longitudinally; the width is such as to enclose the circumference of the pipe. The following table gives pipe sizes and widths of felt which have been extensively used for these sizes:

| Width (inches) : | Pipe sizes (inches) |
|---|---|
| 5 | ½ and ¾ |
| 7 | 1 and 1¼ |
| 9 | 1½ and 2 |
| 13 | 2½ and 3 |
| 16 | 3½ and 4 |
| 21 | 4½, 5, and 5½ |

The asbestos felt is covered with one layer of water-repellent and flameproof sheathing paper which is described in paragraph 39-12 (7). The paper should be tightly wrapped and lapped 3 inches each way. On bent piping the sheathing paper is mitered and fitted tightly. Joints must be sealed completely with adhesive cement (N. D. Spec. 52C23, type B). The lagging may be asbestos cloth per paragraph 39-32 (2) or glass cloth per paragraph 39-32 (1). Cotton duck described in paragraph 39-12 (5) may be used if the former materials are not available. The lagging should be cemented on with material per paragraph 39-13 (3).

(2) Mineral-wool pipe covering described in paragraph 39-11 (16) is suitable for low temperatures. The material is furnished in 1½-inch thickness only. It is applied similarly to the manner described in paragraph 39-39 (1).

(3) Molded-asbestos pipe covering (Spec. 32P8, class C), which is described in paragraph 39-11 (4), may be used for cold water lines if felt is not available. Apply sheathing paper and lagging in accordance with paragraph 39-39 (1).

## 39-40. REFRIGERANT

(1) Molded cork pipe covering described in paragraph 39-11 (8) is used in the thicknesses shown in table IV. See article 39-39 for other materials suitable for refrigerant at temperatures of 36° F. and over.

(2) At the time of installation, the fire-retardant vapor seal may be applied to the cork in the following manner: The inner surfaces of the semicylindrical sections of cork are heavily coated with the compound by brushing and allowed to dry at room temperature for 24 hours. The longitudinal surfaces and ends of each section of the covering are then coated with the compound and the sections are immediately installed, butted together longitudinally, and secured. In the installation of the sections, excess compound which is forced out of the longitudinal joints may be doctored off. The external surface of the covering is then given a brush coat of the compound which is allowed to dry for 48 hours.

suction and discharge connections, steam drain connections, etc.

(3) Valve bonnets on all valves over 2 inches in size, working pressure of 300 p. s. l. and over, carrying fluids 240° F. and over.

(4) Pressure reducing and pressure regulating valves, pump pressure governors, and strainer bonnets.

## 39-53. METHODS OF MAKING COVERS

Readily removable and replaceable covers for piping elements are made in two halves by the following methods:

(1) Rigid covers made in two halves filled with asbestos felt are shown in figures 39-4 and 39-5. Covers are sewn and quilted with inserted asbestos yarn (Navy Department Spec. 32Cl1, type E) in such a manner as to provide a uniform thickness. Wire inserted asbestos cloth (Navy Department Spec. 32Cl1, type C) is used on the inside of the covers to provide strength and rigidity. Asbestos cloth (Navy Department Spec. 32Cl1, type B) is used on the outside surface of the cover if the temperature of the insulated surface does not exceed 500° F. For temperatures over 500° F. asbestos cloth (Navy Department Spec. 32Cl1, type D) is used on the outside of the cover. Flexible asbestos millboard, 1/4 inch thick, is inserted between the asbestos felt and the cover, is inserted between the asbestos felt and the cover. Hard asbestos millboard, 1/4 inch thick, enclosed in asbestos cloth is the type used on the outside of the cover it is sewn on the ends of the cover. Where the flange diameter is larger than the outside diameter of the adjacent pipe-covering, build-up pieces are made of asbestos felt encased in asbestos cloth (Navy Department Spec. 32Cl1, type C) secured by stitching to the inside of the cover. The halves of the cover may be fastened around the equipment by means of 1/4 inch diameter soft galvanized iron rope laced through brass or galvanized steel hooks or rings, or covers may be secured by snap fasteners. Fastenings fixed to cloth lagging must be backed up by washers on both sides of the cloth.

(2) A rigid cover made up of segments of block insulation of the same material used for pipe covering is shown in figure 39-6. Block is securely wired to frames of 1/2-inch square mesh of 18 gage (0.049 inch diameter) galvanized steel wire. The wire mesh frames inside and outside of the block insulation have the ends bent over and joints secured with 18-gage, black-annealed, iron wire woven through the mesh. Insulating cement of the same material as the block is trowelled smoothly over all surfaces of the mesh. Asbestos roll fire felt (Navy Department Spec. 32P1) may be used to build up the cover where the flange diameter is larger than the outside diameter of the adjacent pipe-covering. Covers should be lagged with asbestos cloth (Navy Department Spec. 32Cl1, type D) tightly and smoothly fitted to envelop the outside and ends.

---

(3) Pipes must be free from rust and moisture before applying insulation. Sectional covering should be applied with end joints broken by starting with one half- and one full-length piece. Longitudinal joints should be at the top and bottom of the pipe. Wire the sections in place with at least six copper-clad wires per 36-inch section. When the pipe passes through an insulated wall into a refrigerated room, the pipe covering should extend into the room 1 foot beyond the wall. Pipe bends are insulated to fit the bend, using pieces small enough to fit the bend, using pieces small enough to give approximately full contact between the pipe and the covering. Pipe hangers must be on the outside of the covering and not in contact with the pipe. Frost will collect around the supporting rod of a hanger attached directly to the pipe and will eventually work under and split off the covering at that point. A 12- to 18-gage galvanized sheet-steel shield should be used between the hanger and covering where the pipe rests in the hanger. The shield should extend at least 3 inches on each side of the hanger. Glass or asbestos cloth or tape lagging should be applied in accordance with paragraphs 39-32 (1) or 39-32 (2), respectively.

## Part 5—Application of Thermal Insulation to Valves, Fittings, and Flanges

### 39-51.

Permanently insulated valves and fittings should be covered to the same total thickness as the adjacent piping. Valves and fittings which are welded into the line are insulated permanently. Flanged valves and flanged fittings may have permanent or removable-type insulation. Where the pipe covering is terminated at flanges, provision must be made for removal of the flange bolts or bolt-studs. The pipe insulation may be stopped off squarely and a short removable section of insulating material of sufficient length to permit the withdrawal of the bolting may be inserted. A less desirable method is to omit the short removable section of insulation by terminating and beveling off the pipe covering at the necessary distance from the flange.

### 39-52. COVERS

Readily removable and replaceable covers should be provided on the following piping elements requiring insulation:

(1) Flanged joints (except valve bonnet joints) on all sizes of main and auxiliary steam piping carrying steam having a total temperature of 389° F. (205 p. s. l. saturated steam) and over, including flanged joints on all root connections and root valves thereon, such as valve bypasses, drain connections, pressure gage connections, etc.

(2) Flanged joints on piping and adjacent to machinery units which must be broken when these machinery units are opened for inspection and overhaul, such as steam exhaust connections, feed pump

39-53

12

Where double layer insulation is used, the two sections of the cover should be fitted together with a scarfed joint. Care must be taken in the workmanship to insure straight and true jointing surfaces of the sections with the view of reducing the heat loss at the joints. Bands and eyelets of galvanized steel are used for securing the cover around the equipment.

(3) Rigid covers similar to those described in paragraph (2) above may be made of thbrous sectional pipe-covering (Navy Department Spec. 32P6, classes C and F) of the same thickness as that on the adjacent piping. The pipe-covering is strong enough so that the wire frames are not required.



Figure 39-5



Figure 39-6

Lagging may be secured with an approved high temperature adhesive cement.

(4) Where the rigid covers described above are not practical, for example because of restricted space, flexible covers, as shown in Figure 39-7, may be used. These covers are similar to those described in paragraph (1) above except that the millboard is omitted.

(5) Flexible flange covers shown in Figure 39-8 may be made as described below:

(a) A circular wooden form is first made up with a diameter equal to the flange diameter for which the particular cover is going to be made.

(b) The inner and outer covering of the flange covers are made of asbestos cloth. The inner cloth is laid over the form and accurately cut to the length



Figure 39-4

39-53

(d) The outside cloth covering is cut in the same manner as described in (b) above.

(e) The pieces of cloth are sewn together before filling with asbestos felt as much as it is practical to do so. Stitching is done from the inside where possible in order to improve the external appearance.

(f) Before filling the cover with asbestos felt, a ³⁄₁₆-inch diameter steel rod is inserted along the entire length of the outside lap of the joint. The rod is secured in place by stitching with asbestos sewing thread. This rod provides a straight hard edge at the outside of the lap, thus providing a greatly improved appearance and serving to hold the shape.

(g) A stiffener strip, which consists of asbestos cloth of the same type used for the outside covering, is placed under the outside covering; its width should extend far enough to include the lacing washers and rings. The strip is well soaked in silicate of soda or adhesive cement and allowed to dry prior to insertion in the cover. The strip will be reasonably rigid but flexible enough to bend to the curvature of the cover. This piece of cloth serves to stiffen the surface of the cover in way of the lacing rings, washers, and wire and eliminates the corrugations caused by them.

(h) The overlap is made to reduce the heat loss at the joint. It allows additional flexibility for drawing the ends of the cover together and provides a margin to take care of any difference in diameter that may occur.

required with allowance for stitching so that the finished inside surface will be smooth and free from wrinkles.

(c) The end pieces of the cloth are cut circular to suit inside and outside diameters with the necessary allowance for stitching. The cloth cut in this form will eliminate puckers and wrinkles.



Figure 39-7

39-54.
Spaces between removable covers and the surfaces they insulate should be packed with pieces of asbestos felt to exclude all air possible. On covers which do not fit tightly about the adjacent pipe covering, spaces should be calked with suitable material such as narrow strips of asbestos cloth.

39-55.
The foregoing description of the use of removable covers is applicable to the latest construction. Existing installations need not be changed simply to conform to these requirements but changes made only when replacement is necessary.

39-56.
Valves, fittings and flanges not included in article 39-52 may have permanent insulation; the following applies to temperatures of 100° F. and up:

(a) For sizes 3½ inches and under, an all cement insulation may be used. Apply insulating cement, usually in accordance with Navy Department Spec. 32C14, type B, in ⅛ to ¾ inch thick layers to cover the bodies, flanges, and bonnets. Each layer of cement must be permitted to dry before the next is applied. Heat should be applied from within as soon as practicable and within 24 hours after installation of the cement to dry out the insulation and avoid corrosion of the metal. After drying, a coating ½ inch thick of high temperature cement tempered with Portland cement (4 parts cement to 1 part Portland cement) or a coating ½ inch thick of high temperature cement or equal (4 parts cement to 1 part Portland cement) should be applied and trowel-rubbed to a smooth finish. Lagging cement per Navy Department Spec. 32C16 is finishing cement or equal (4 parts cement to 1 part Portland cement) or a coating of asbestos finishing cement in accordance with paragraphs 39-12 (3) or 39-12 (4). For temperatures from 100 to 500° F. magnesia plaster, Navy Department Spec. 32P10 described in paragraph 39-11 (19), may be used in lieu of high temperature insulating cement; however, this material is less strong and is more difficult to apply.

13



CHAPTER 39—THERMAL INSULATION

39-56

APPROX. 4" FOR 2½" I.P.S.
SMALLER SIZES PROPORTIONED
TO SUIT.

TO SUIT WORK.

STIFFENER
STRIP.

RING.

WIRE.

PIPE.

PIPE INSULATION.

ASBESTOS CLOTH.

ASBESTOS
FELT.

WASHERS.

ROD.

Figure 39-8.

14

CHAPTER 39—THERMAL INSULATION

39-56

(b) A method similar to that of paragraph (a) above but having a form of wire-reinforced asbestos cloth, Navy Department Spec. 23C11, type C, over which the cement is applied is shown in figure 39-9. Spaces around the bolts should be packed with asbestos felt.

(c) All sizes may be insulated by cutting asbestos felt, per type A of Navy Department Spec. 32F3, in suitable widths and building up the thickness required to match the adjoining pipe covering allowing for ½ inch of finishing cement. On valves and fittings the felt should be carried over the flanges to the end of the sectional pipe covering. Spaces that cannot be filled with loose asbestos felt should be completely filled with the layers of material. Fix the first layer of asbestos to the metallic surface with adhesive cement, preferably of the type described in paragraph 39-13 (3). Layers of felt are secured in position with black or galvanized iron wire and overlaid with 1-inch square wire mesh. A ½-inch layer of cement is applied in accordance with paragraphs 39-12 (3) or 39-12 (4). See figure 39-10.



SECTIONAL PIPE COVERING

FIGURE 39-10.



INSULATING CEMENT

FINISHING CEMENT

SECTIONAL PIPE COVERING

FINISHING CEMENT

ASBESTOS FELT

WIRE INSERTED ASBESTOS CLOTH

PIPE COVERING

LAGGING

FIGURE 39-9.

39-57

Valve bodies and fitting bodies may be permanently insulated as described in paragraph 39-56 (c) but the felt is not carried over the flanges; the latter are insulated with removable covers.

39-58. COLD WATER AT ALL TEMPERATURES

Valves, fittings, and flanges for cold service do not have removable covers because the insulation must be tight against the penetration of moisture. The following methods are used:

(a) Insulate in a manner similar to that described in paragraph 39-56 (c) using either plain or water-repellent asbestos felt per Navy Department Spec. 32F3. Wire should be galvanized. Felt need not be covered with finishing cement. Place a layer of water-repellent and flame-proof sheathing paper, which is described in paragraph 39-12 (7), over the felt; paper should be mitered, lapped, and fitted carefully. Use adhesive cement per type B of Navy Department Specification 52C23 to secure and seal the paper. Lagging should be the same as used on the cold pipe; see paragraph 39-39 (1), but use mineral wool pipe covering instead of asbestos felt.

(b) Insulate as described in paragraph (a) above but use mineral wool pipe covering instead of asbestos felt.

39-59 REFRIGERANT

For temperature of 36° F. and over the methods described in article 39-58 or molded cork may be used. Below 36° F. molded cork valve, fitting, and flange covers must be used for insulating refrigerant lines. Covers should be of the same thickness as adjacent pipe insulation. For the most generally used sizes, valve and fitting covers are furnished in two sections. The method of application outlined in paragraph 39-40 is used. Sections of cork covering made for pipes should not be mitered to form makeshift covers for elbows or other fittings. Flanged fitting covers are applied after covering has been installed on the piping and rest upon the outside of the pipe covering. For other than flanged fittings, the covers are wired on first and the straight pipe insulating material is wedged in tightly between the fittings. To make the cork fit properly, cut the straight pipe covering rather than the fitting covers. Make cuts square to secure tight joints. Carefully wire the covers in place using not less than four 12-gage, copper-clad, steel wires for each soldered fitting, and not less than six wires to each flanged fitting. Cement filler and putty used in commercial application of cork insulation must not be used because such materials are flammable.

Part 6.—Application of Thermal Insulation to Machinery

39-71. RECIPROCATING ENGINES

(1) Propulsion reciprocating engine steam cylinders, valve chests, and other steam enclosing sur-

39-71

15

719815 O - 47 - 2

**39-71**

**39-72**

faces are insulated with 85 percent magnesia or asbestos blocks which are described in paragraph 39-11 (9). High-pressure cylinders and valve chests should have insulation 3 inches thick applied in two 1½-inch layers. For intermediate pressure cylinders and valve chests, use 2 inches of insulating material and for low-pressure cylinders and valve chests use 1 inch. The blocks should be carefully fitted to the metallic surface. Where there are two layers, all joints should be staggered. The blocks should be firmly fastened in place with ¼-inch maximum of 18-gage steel wire. The wire netting and held by wiring to the steel cables. All joints should be neatly pointed and smoothed with magnesia cement per paragraph 39-11 (19). 1-inch mesh, galvanized, wire netting or high temperature cement per paragraph 39-11 (18), and a layer just thick enough to cover the netting and tie wires completely should be trowelled on smoothly. Cylinders and valve chests are neatly lagged all over with 24-gage, galvanized, sheet steel per paragraph 39-12 (10). Upper cylinder heads are insulated as described above but are arranged with cast-iron plates with nonslip upper surfaces instead of sheet-metal lagging. Metal lagging may be secured by using lap joints with a bead on the exposed edge, fastened with hardened self-tapping screws making their own thread in punched holes. See figure 39-11.

(2) Auxiliary reciprocating engines may be insulated as described in paragraph 39-71 (1). Asbestos felt per paragraph 39-11 (13) may be used in place of blocks if it is considered more practicable.



FIGURE 39-11

**39-72. TURBINES**

All surfaces of propulsion and auxiliary turbines which have a maximum operating temperature of 100° F. or more should be insulated by one of the methods described in this section. Thickness of insulating material should be as shown in table VI.

(1) Surfaces which can be permanently insulated may be covered with sufficient layers of asbestos felt per paragraph 39-12 (13) to make up the required thickness. Joints of adjacent layers should

be staggered. Layers of felt may be held to one another with adhesive cements per paragraphs 39-12 (2) and 39-12 (3). Felt should be firmly secured with ½-inch, flexible, galvanized, steel cable spaced on 9-inch maximum centers around the outside layer. The cable may be fastened to steel hooks welded to the casing where required. No holes should be drilled in the casing. One-inch mesh netting of 18-gage, galvanized, steel wire is spread over the felt and secured by 18-gage wire to the cables. A ¼-inch thick coating of finishing cement (32C16) or of insulating cement per paragraph 39-11 (18) tempered with Portland cement or equal (4 parts insulating cement to 1 part Portland cement) is applied over the netting and trowel rubbed to a smooth finish. After drying 24 hours, an adhesive insulation cement per paragraphs 39-12 (2) or 39-12 (3) is applied to the hard cement finish and allowed to dry for 1 hour, after which a second coat of the same cement is applied and allowed to dry. Lag the insulation with glass cloth or asbestos cloth of the correct type indicated in paragraph 39-13 (3). Galvanized steel rings in paragraph 39-11 (9) galvanized steel washers fastened on both sides of the lagging should be attached to the permanent insulation adjacent to removable blankets. These blankets are used to cover the flange joint between the upper and lower casings. They are formed by quilting layers of asbestos felt together with fine nickel copper alloy or brass wire with wire per paragraph 39-12 (3). The turbine side of the blanket is covered with wire-inserted asbestos cloth and the outer surface is covered with plain asbestos cloth of the type recommended in paragraph 39-13 (3).

Blankets are secured to the permanent insulation with 18-gage, galvanized iron or copper wire laced through metal hooks or eyes attached to the edges of the blankets and the rings on the permanent insulation. It is preferable that blankets made with mineral wool should be covered with ¼-inch of asbestos roll felt per paragraph 39-11 (13) previous to enclosing them with asbestos cloth.

(3) Thermal block insulation per paragraphs 39-11 (9) and 39-11 (10) may be used for permanent insulation. Prior to applying the block, all irregularities of the turbine surface should be filled to form a smooth surface. Use magnesia or preferably high temperature cement for temperatures below

16

# CHAPTER 39—THERMAL INSULATION

39-72

39-72

500° F. and high temperature insulation cement for higher temperatures. Magnesia plaster or insulation cement should be used to point up insulation the layers of block and all crevices should be filled. The block covering is held in place by ¼-inch, flexible, galvanized steel cable spaced on 9-inch maximum centers. The cable may be fastened to steel hooks welded to the casing where required. One-inch mesh netting of 18-gage, galvanized steel wire is spread over the outer layer of block and secured by 18-gage wire to the steel cables. Finishing cement and lagging are applied as described in paragraph (1) above. Removable insulation also is the same as outlined in that paragraph.



FIGURE 39-12

17

39-72

(4) Mineral-wool high-temperature insulating cement, as described in paragraph 39-11 (18), is sometimes used to form the complete permanent insulation. It is applied in layers less than 1 inch thick and is reinforced with wire mesh. Each layer must be permitted to dry thoroughly before applying more cement. Finishing cement and lagging are applied as indicated in paragraph (1) above. Removable insulation is the same as outlined in that paragraph.

**39-73. BOILER STEAM DRUMS, WATER DRUMS, AND HEADERS**

For insulation of boiler casings and refractory linings see chapter 51. See table VI for thicknesses of insulation.

(1) Drum shells may be covered with sufficient layers of asbestos felt per paragraph 39-11 (13) to make up the required thickness. The method described in paragraph 39-72 (1) should be followed. Figures 39-13 and 39-14 show a typical installation including the manhole cover of asbestos felt enclosed in a container made of 16-gage sheet metal per paragraph 39-11 (10). Sometimes metallic lagging of 20-gage, galvanized sheet steel is used in lieu of asbestos cloth, as shown in figure 39-15. The sheet steel is fastened with 1/4-inch machine screws to 1/4-inch flat bars bent to a suitable radius and imbedded in the finishing coat of cement.



FIGURE 39-13

39-73

(2) Another method is to follow the procedure outlined in paragraph (1) above, but using mineral-wool-blanket insulating material per paragraph 39-11 (15) instead of asbestos felt. The type secured between 1-inch wire mesh and expanded lath should be used; the latter side should face outward. The drum ends may be insulated with high-temperature insulation cement of the rock or mineral-wool type described in paragraph 39-11 (18). Each layer of cement should be between 3/4 and 1 inch thick and allowed to set for 24 hours or till dry. The manhole cover and the lagging should be of the type described in paragraph (1) above.

(3) Block insulation may be used for drum shells. Materials are described in paragraph 39-11 (9). Also large-size segmental pipe covering may be used. Application of this type of insulating material is outlined in paragraphs 39-71 (1) and 39-72 (3). The drum heads may be insulated with asbestos felt as described in paragraph (1) above or with cement as described in paragraph (2) above.



CUSTOM MADE BLANKET OF ASBESTOS CLOTH AND ASBESTOS FELT SEWED TOGETHER WITH ASBESTOS YARN.

FIGURE 39-14

18

39-73

(4) Superheater headers may be insulated with custom-made blankets of asbestos felt enclosed in asbestos cloth. These blankets are laced to studs welded to the superheater support plate. Down-comer tubes and soot-blower piping should be insulated in accordance with part IV covering pipes and tubing.

**39-74. UPTAKES**

(1) Uptakes and breechings are constructed with an inner and outer casing between which the insulating material is placed. Glass fiber batts of 6-pound density described in paragraph 39-11 (14) may be used. If they are secured in place by wiring it to T bars which are suitably spaced and attached to the inner casing. Also it may be secured by impaling it on studs used to support the outer casing. Washers made of asbestos millboard per paragraph 39-12 (8) may be placed on the studs to hold the batts in place until the outer casing is installed.

(2) Mineral wool blanket insulation per paragraph 39-11 (15) also may be used for insulating uptakes. It should be wired in place with separate pieces butted closely together.

CHAPTER 39—THERMAL INSULATION   39-75

**39-75. LOW PRESSURE DISTILLING PLANT**

(1) The evaporator shells and the upper half of the evaporator ends, the vapor feed heaters, and air ejector condensers are permanently insulated with asbestos felt and cement with lagging in the manner described in paragraph 39-72 (1). The lower half of the evaporator ends should be covered with re-movable asbestos felt blankets of the type discussed in paragraph 39-72 (1). Refer to table VI for rec-ommended thicknesses of insulation. The remov-able blankets may be fixed to 22-gage, galvanized sheet steel covers made in sections to suit the in-stallation. Sections are held together and to the evaporators with ¼-inch machine screws or self-tapping screws. The blankets are secured to cop-per wire through rings attached to the blankets and hooks welded to the steel lagging.

(2) The condensate cooler should be covered as is required for cold water service. Use a 1-inch layer of asbestos felt and cement the same as on above apparatus. Over the cement apply one layer of water repellent and flameproof sheathing paper with vapor seals as instructed in paragraph 39-39 (1). Lag with asbestos or glass cloth.



LAYERS OF INSULATING FELT
TO BE APPLIED WITH BROKEN JOINT METHOD

20 GAGE PLATE

ANCHORS ON 9 CENTERS (ABOUT)

FIGURE 39-15

STEAM DRUM

BEND RADIUS TO FIT

DRILL/TAP FOR ¼ - 20 ROUND HEAD MACHINE SCREWS ON 3 CENTERS (ABOUT)

ABOUT 16 WELDS SPACED AT ABOUT 2"

⅛-INCH INSULATING CEMENT

#20 GAGE PLATE TO BE WELDED TO FLAT BAR

#16 GAGE LOCKING WIRE

CHICKEN WIRE NETTING

ADHESIVE CEMENT

13

# SECTION II—HULL INSULATION

## Part I.—Scope

**39-101.** The thermal insulation discussed in this section differs from that in the first section, which covered the insulation of heat-producing equipment, by being concerned with the insulation of the structure of ships and their ventilating systems to improve habitability aboard ship. In the text which follows, the principles which guide the Bureau in establishing policies for the utilization of hull insulating materials are briefly reviewed and the consequent instructions are set forth as to the insulating materials to be used, where and how they are to be installed, and how required.

## Part 2.—General

**39-111. DEFINITION**

Thermal hull insulation embodies the application of material, having high resistance to the flow of heat, to the surface of structure and other panels having relatively low resistance to the flow of heat. Thermal insulation differs from acoustical and electrical insulation, which are applied to retard the flow of sound and electricity, respectively. However, in some instances where acoustical insulation is installed, the application of additional thermal insulation is not necessary.

**39-112. NEED FOR INSULATION**

(1) Living and working compartments exposed to the weather are protected from the extremes of temperature due to the seasons, latitude, and time of day. Compartments adjacent to the propulsion and other machinery spaces and uptake enclosures are protected from the high temperatures prevalent in those spaces. Protection of spaces from their adverse surroundings is accomplished best by the complementary use of insulation and ventilation. The insulation retards the flow of heat into or out of the space, and ventilation removes excess heat or supplies heat to the space. Occasionally, it is possible to maintain the desired temperatures within a compartment by the use of either insulation or ventilation alone. In the interest of weight saving and reduction of construction and maintenance costs, this procedure is followed where it is accomplished the desired results. In most instances, however, both insulation and ventilation are utilized.

(2) The temperatures which ventilation and insulation are designed to maintain in Naval vessels, and a method of determining heat losses and quantities of ventilation and required thicknesses of insulation are included in the General Specifications for Building Vessels of the United States Navy, as modified by the detail specifications for a given ship.

(3) Different exposures and heat sources (chiefly personnel and equipment) affect the quantity of air to be circulated. Without thermal insulation, excessively large quantities of air for either heating or cooling would be necessary. Insulation on ducts of ventilation systems is often necessary to limit gain or loss of heat from the air in the ducts or to prevent condensation.

**39-113. THICKNESS**

(1) The rate of heat flow through a homogeneous insulation is in inverse proportion to the thickness. When installed, however, the insulation can no longer be considered as homogeneous since the structure to which it is secured and the air films on either side of the composite bulkhead-and-insulation or deck-and-insulation must be considered. Because of this, equal increments in the thickness of insulation do not yield equal reductions in rate of heat transfer. Practically, this consideration means that small variations of insulation thickness do not materially affect the rate of heat flow and, therefore, the corresponding air volumes required. As a result, it has been possible to adopt uniform thicknesses of insulation for varying rates of heat transfer at different insulation levels. The thicknesses in general use are:

(a) One inch.—For all spaces requiring insulation where exposed to water or the weather, for insulated boundaries of mechanically cooled spaces, and for surfaces on which insulation is used as a fire retardant medium.

(b) Two or three inches.—Where required adjacent to heat-producing spaces, such as propulsion and distilling machinery, trash burner rooms, and certain workshops.

(c) Six inches.—For refrigerated spaces.

(d) Five-eighths of an inch.—For ventilation ducts requiring insulation.

(2) Occasionally, other thicknesses are installed to meet special conditions. As an example, on destroyer-type vessels, where weight is a primary consideration, 3/4-inch thick board is used in lieu of 1-inch board. If there is any doubt as to the thicknesses of insulation to be installed when replacing insulation, the insulation plans for the vessel should be consulted. For new designs the thickness of insulation are designated in the detail specifications for the particular vessel. In the absence of any specific instructions, the use of thicknesses given above is acceptable.

**39-114. SWEATING**

An outstanding instance wherein increased ventilation cannot always compensate for a deficiency in insulation is in the "sweating" of surfaces. Condensation of moisture occurs when the temperature of the surface is at, or below, the dew point of the contiguous air. In most instances the temperature on the warm side of a boundary of a cooled space

20

can only be elevated sufficiently to prevent conden-sation by providing adequate thickness of insulation. For this reason, additional insulation is generally installed on the underside, and occasionally on the warm side of bulkheads of refrigerated spaces. Under extreme continued high differentials between space dew point and metal surface temperature, the insulation so installed, regardless of thickness, may not be adequate to prevent condensation and corro-sion of the metal surface.

## Part 3—Hull Thermal Insulation

### 39-121. APPLICATIONS

The insulation which is applied to the shell, bulk-heads, deckheads, and the stiffeners and beams of these structural components of a vessel's hull is here termed "hull thermal insulation" to differentiate it from the thermal insulation applied to equipment. Various types of hull insulation are installed in the locations and thicknesses enumerated in Section L-2 of the General Specifications for Building Vessels of the United States Navy and in the detail specifications for the particular vessel. Where it is necessary to install hull insulation on the stiffener side of bulk-heads, on the shell, on the underside of weather decks, or on overheads in machinery spaces, the ex-posed webs and flanges of the stiffeners (frames or beams) are in many instances also covered, or par-tially covered, with insulation.

### 39-122. MATERIALS

(1) Hull insulation used on naval surface vessels consists of fibrous glass board conforming to Bureau of Ships Spec. 32-C-8 (INT). The board is faced with a layer of treated and hardened fibrous glass cloth which provides a rigid, damage-resistant sur-face. Fibrous glass stripping tape, for covering and sealing the seams formed by the adjacent 24- by 36-inch panels of board, is included in the same specification. Both board and tape may be easily cut to fit any shape or contour of the structure. Fibrous glass board is attached to vessel's structure by use of cement conforming to Navy Department Spec. 52C22, and by use of threaded studs welded to the structure, over which the board is placed. The board is secured by washers and nuts. The purpose of the cement, which is provided in two types, A and B, is to secure the tape, to seal the seams of adjacent panels to prevent glass fibers from escaping and moisture from entering, and, when applied to the back of the board, to prevent the board from shifting in service. Type A cement is used to fill the seams and secure the tape over the seams. It may also be used on the back of the board when the air temperature is above 40° F. Below that temperature, type B cement will not perform as well as type A cement.

---

(2) A complete description of the welding attach-ments for securing the board in place rapidly and in a manner to resist all vibrations and other shocks which might dislodge it, if secured with cement alone, is given on Bureau of Ships Drawing S92SK2742 (fig. 39-21). Various studs for securing insulation to medium, high tensile, and special treat-ment steel and to armor plate are shown thereon, as are also drawings of the welding ferrule, which must be used to insure satisfactory welds, and the special washer and nut which secure the insula-tion. Studs for welding to medium, high tensile, and special treatment steel no greater than $\frac{3}{4}$-inch thick are of low carbon steel (SAE 1010). They are designated as types A and B in figure 39-21. For welding to special treatment steel greater than $\frac{3}{4}$-inch thick and to class A and B armor, another low-carbon stud, designated as type C, is used.

### 39-123. INSTALLATION

(1) The first step in installing hull insulation is to inspect the steel to which it is to be applied for corrosion. It is important that the protective coat-ing be intact to prevent subsequent corrosion of the metal by moisture which may penetrate through the board to the steel. Where necessary, the steel surface should be touched up with zinc chromate primer. Before any board is installed the surfaces should also be free of any grease or dirt. At the time the surfaces are inspected, measure-ments should be made of the stiffeners whose flanges and webs are to be insulated. Prefabrication of insulation into wrappings has been found to be the best method of covering stiffeners, since a minimum of cutting and fitting is thereby required, and sec-tions of stiffeners are insulated in one operation. The method consists essentially of cutting V grooves, properly spaced, on the back of the insulation board, removing the loose strips of board where the inter-secting cuts meet just below the cloth facing, and then bending to shape for fitting around the flanges. Descriptions of equipment which has produced good results were published in the July 1946 issue of Bureau of Ships Shop Notes.

(2) These are two acceptable methods for securing the board to the structure. In one, the studs are laid out and welded in place on the structure, with due regard to the number required and dimensions and contour of the section of board to be installed. The board is then daubed with cement on the back and coated heavily on all edges, and is then impaled over the studs. The other acceptable method differs in that each section of board is first fitted into place, and locations of the studs determined by punching through the board to mark the steel. The board is then removed, the studs welded, the board cemented as above, and then slipped over the studs through the holes previously formed. In both methods, after the board is in place and pressed

firmly against the structure, the washers and nuts are secured over the stud, as shown in figure 39-21. To hold the insulation permanently in place, either of the two acceptable methods, explained later, must be used to hold the board firmly and evenly against the structure. In all instances, it is imperative that each welded stud be tested to insure that the weld is sound and will not fail in service. Each weld is to be tested by slipping the special tool shown in figure 39-21 over the stud as far as it will go, and bending once through an angle of 15° and return.

(3) In both methods of installation the seams may be filled with cement after the boards are installed in lieu of coating the edges forming the seams at the time the board is set in place. When this is to be done, a gap of not more than 1/8 inch should be left between each section of board as it is set in place, and the section of board is set in the manner shown on Bureau of Ships Drawing 631SE23 (fig. 39-22). Sealing seams in this manner is restricted to the use of type B cement and an ambient temperature of more than 40° F. since type A cement will not operate well in calking equipment.

(4) Until a stud for welding to aluminum structure is available, insulation should be secured to aluminum structure by impaling the board over split galvanized clips which have been riveted to the aluminum structure at their unsplit ends. A washer, similar to that shown on figure 39-21, is slipped over the free end of each clip after the board is in place, and the split ends of the clip are then bent in opposite directions flat against the washer.

(5) Types A and B studs are stud-welded by use of a special welding gun in which the stud acts as the electrode through which current is passed for a brief interval as the gun is held away from, and then pressed against, the structure. When the current is released the gun is drawn away, the stud is released from the gun and remains affixed, welded, at right angles to the structure. Type C stud is secured by manually arc-welding a fillet weld around the base of the stud.

(6) In those instances where stud welding is used, it is recommended that it be done with automatic welding equipment, by which the duration of the welding current and length of arc forming the weld are preset and mechanically controlled. In this manner, variations in the judgment and skill of welders are eliminated and the probability of securing uniformly sound welds is increased. It is acceptable to form the welds by the simpler type of stud welding gun, which requires manual control of the length of arc and duration of welding current. It is mandatory, however, that each weld be tested as described above regardless of the equipment used to form the weld.

(7) No sheathing is permitted over any fibrous glass board hull insulation. In the past, sheathing

## CHAPTER 39—THERMAL INSULATION

has been permitted because the face of the board was not very hard and was, therefore, susceptible to injury. Fibrous glass board conforming to Bureau of Ships Spec. 32G8 (INT) is tough and resistant to almost all forms of damage. It, therefore, does not require any sheathing. After the board is installed it should be painted to match the other surfaces in the compartment.

39-124. INSPECTION

Hull insulation should be inspected at least at semiannual intervals together with other portions of the hull structure. Action should be taken to have all damages, including that considered as minor, repaired at once since prompt repair will forestall development into major repair jobs.

39-125. REPAIR

(1) Two procedures for repair of damaged fibrous glass board insulation have been established; one for accomplishment by ship's forces, and the second by qualified repair activities. Each vessel fitted with fibrous glass board insulation has been allowed a repair kit consisting of 8 rolls of fibrous glass tape and 2 gallons of type B adhesive cement for shipboard repair of small tears, dents, gouges, and similar damage to the insulation. Application of the tape will, in most instances, prevent further damage economically and with facility, with a resultant condition at least equal to that of newly installed board. The method has been developed especially for the repair of soft-faced fibrous glass board, Navy Department Spec. 32G6, which was the type used prior to the introduction of the hard-surfaced board, specification 32G8. It is, however, fully applicable to the latter insulation.

(2) For extensive repairs to the insulation, a method is available whereby in most instances the insulation may, in lieu of being replaced, be repaired and insure the continued serviceability of the vessel when, if warranted, more extensive repairs can be made.

(3) The method, which consists essentially of cementing a cloth covering (stock numbers 32-C-1928 and 32-C-1928-36) over the insulation, is based on the fact that most damage occurs initially to the glass cloth surface, and leaves the body of the board relatively intact. One gallon of cement (stock number 52-C-728-260) is required for each 40 square feet of cloth.

(4) Before the covering is applied, the damaged insulation is to be prepared as follows:
(a) Protect all free edges of insulation terminating at doors, air ports, and similar openings with an angle bar welded to the structure.
(b) Fill with cement all exposed seams around attachments through the insulation.



ARRGT OF PRESSURE TANK & RELATED EQUIPMENT

F-L.P.S FEMALE THREAD FOR NOZZLES
TYPES A-B-OR-C, PCS.14·15·16 RESPECTIVELY
USE BUSHING PC.13,1/2 4



HAND OPERATED CAULKING GUN



NOZZLES



APPLICATION OF NO.771F

FIGURE 39-22

## BILL OF MATERIAL

| Item | Name | Number of pieces | Material and material specifications | Remarks |
|---|---|---|---|---|

## GENERAL NOTES

PRESSURE EQUIPMENT FOR CALKING SEAMS IN FIBROUS GLASS BOARD INSULATION



FIGURE 39-21

# EXHIBIT C

# A HEALTH SURVEY OF PIPE COVERING OPERATIONS IN CONSTRUCTING NAVAL VESSELS[*]

WALTER E. FLEISCHER,[1] FREDERICK J. VILES, JR.,[2] ROBERT L. GADE[3] AND PHILIP DRINKER[4]

AN INDUSTRIAL health inspection of an important U. S. Navy Contract Yard indicated that dustless from miscellaneous pipe covering operations was considerable and that a few of the employees had what appeared to be asbestosis. This is a well-known industrial disease caused by only one thing—prolonged breathing of asbestos dust. The clinical manifestations are shortness of breath and an unusual chest picture by X-ray. In industry the disease is often disabling, but it is much less frequent than silicosis, with which it very properly is classed.

It was not felt that experience in a single yard was enough to justify any general statements on working conditions in other yards, and certainly was no cause for alarm, but the results warranted check-ups elsewhere. Accordingly, arrangements were made to examine by chest X-ray the pipe coverers in two Government Navy Yards, A and B, and in two Navy Contract Yards, C and D. Examinations were made of the working conditions including dust counts of the mixture and concentration of the dust breathed with microscopic and chemical analysis of the dust itself.

We would point out that this procedure is customary in making such surveys of occupational diseases—medical examination of the workers and a study of the nature and concentration of the contaminants in the air breathed.

## PIPE COVERING MATERIAL

An important ingredient of pipe covering material used on U. S. Navy vessels is amosite. This mineral is a magnesium iron silicate of variable composition. The name is the generic one for an asbestos type of fibrous mineral mined in South Africa.

The chief reasons for the wide use of amosite

[*] Received for publication September 21, 1945. Published by permission of the U. S. Navy. The opinions and assertions contained herein are the private ones of the writers and are not to be construed as official or reflecting the views of the Navy Department or the naval service.
[1] Lieut., (H-V(S) USNR, Asst. Chief Health Consultant.
[2] Comdr., H-V(S) USNR, Health Consultant.
[3] Lieut., (H-V(S) USNR, Health Consultant.
[4] Chief Health Consultant, U. S. Maritime Commission.

felt and pipe covering in naval work are its low thermal conductivity, light weight, strength, and refractoriness. When the felt and pipe covering were first developed, we were still building vessels under the Washington Treaty of Limitation in Tonnage, and every pound saved meant that much more armor, guns or ammunition for a given displacement, to say nothing of more economic operation for the weight involved in insulation.

Amosite pipe covering weighs about 14 pounds per cubic foot, with a temperature limit of 750°F, as compared to magnesia with a weight of 16 pounds per cubic foot, and a temperature limit of 500° F. High temperature amosite pipe covering weighs about 18 pounds per cubic foot as compared to 26 pounds per cubic foot for other high temperature insulations. Because of the lower conductivity and the higher temperature limit of the amosite type, less of it need be used in combination covering than other types of insulations.

The development of amosite felt started in 1934 when a need existed to secure a thermal insulation lighter in weight and thermally more efficient than the materials (blocks and cement or asbestos blankets) which were then being used on destroyer turbines. The Navy approved the type developed by a manufacturer in September, 1934. Originally amosite was used only for turbine insulation, but it proved so satisfactory that its field of application enlarged to include insulation of valves, fittings, flanges, etc. From the initial destroyer, it has been used on almost all the destroyers built since that time and on all other combat vessels built since before the War.

Pipe covering was a later development in late 1935 and early 1936. Due to the manufacturing problem involved, it took a longer time to evolve into a satisfactory shape, and its first use on naval vessels was in 1937. Since that time its use has spread markedly and it was used on the great majority of naval combat vessels built during World War II.

Water-repellent amosite felt was developed during the early part of 1942, as a replacement for hair felt in the insulation of cold water lines to prevent sweating. Hair felt had the disad-

DEFENDENTS EXHIBIT
Buffalo Pumps
60

vestige of being combustible and as it was organic, when it became wet, it moulded or rotted and could harbor vermin. At this time fires on board certain naval vessels convinced the Navy of the desirability of eliminating any combustible material from on board ship. Eventually water-repellent amosite was made in strips of 50 foot lengths and of suitable width to enclose the circumference of the pipe and enclosed in an extremely lightweight muslin to facilitate handling and reduce the dust, which the water-repellent agent accentuated.

## I. DESCRIPTION OF OPERATIONS AND WORKING ENVIRONMENT

Asbestosis results from breathing asbestos fibers of relatively long length, such as 15 to 75 microns. It is not caused by breathing chopped up asbestos fibers of one or two microns (1). Therefore we are concerned with the presence in air of asbestos fibers which can be seen as such under low power of the ordinary microscope.

The clinical picture of asbestosis can easily be complicated by the presence of diatomaceous earth, a form of amorphous silica, which can cause silicosis and is probably a more serious health risk than asbestosis.

Another dust which may be present is magnesia, MgO, which is in very common use as a heat insulator and is harmless.

Therefore our analyses were done to indicate how much fibrous type of asbestos dust was present in the air breathed, how much silica was present (especially as diatomaceous earth), and how much of the harmless ingredients like iron oxide and carbonates.

Pipe covering may be divided into seven different operations as follows:

1. *Laying out and cutting*
2. *Band saw cutting*
3. *Sewing and preparation of boots and jackets*
4. *Cement mixing*
5. *Molding*
6. *Grading*
7. *Insulation on board ship*

1. *Laying out and cutting*

Rolls of the insulating felt are unwrapped and unrolled on a large layout table or, on the floor of the shop. This material, with the exception of the type known as water repellent amosite, is then well wetted with a fine water spray. It is marked into measured sections and cut with a rotary electric hand saw. The cut sections are rolled up and either used immediately or stacked in the storeroom.

Usually one to three workers are employed at this operation. During the handling, unwrapping and unrolling of the asbestos, considerable dust arises, but appears to settle readily. A very fine water spray should be used for wetting down the material as a high velocity spray stirs up dust. Once it is wetted the handling and cutting of the material causes little visible dust. All of the four yards surveyed wet down the insulating material described above.

One Navy Yard has an elaborate exhaust system for the layout table. The entire top of this table is covered with small perforations through which the air is exhausted. This table is sufficiently large that no more than two-thirds of the top is ever covered with material and room air is thereby exhausted through the other third. While no velocity or capacity measurements were made on this system, data presented later in the report indicate that this control measure had a marked effect in reducing the dust count.

2. *Band saw cutting*

A standard band saw such as is found in woodworking shops is used to cut insulation blocks and boards into desired shapes. This operation produces large amounts of air-borne dust, most of which settles slowly. Normally there is only one worker on this operation at any one time.

Inasmuch as this is a very dusty operation, the band saw should be enclosed in a room by itself and should be equipped with adequate local exhaust ventilation both above and below the saw table. Because of the mechanical difficulties in locating this exhaust properly, some of the dust will escape into the air and the operator should therefore wear an approved dust respirator.

3. *Sewing and preparation of boots and jackets*

In this operation jacket covers for valves and pipe joints are fabricated. The work consists of cutting asbestos cloth with shears, padding the jackets with insulating material, and sewing with wire or asbestos cord. These operations give rise to only slight amounts of visible dust, and exhaust ventilation and respiratory protection are neither required nor used. There is usually a large number of workers doing this operation in one large room.

4. *Cement mixing*

For protection and to give a neat appearance the insulation on board ship is usually covered with cement containing a high percentage of asbestos fibers. In mixing, the proper amount of water is added to the dry asbestos cement and thoroughly agitated with a hoe. Occasionally small amounts of asbestos cement are mixed in a pail with a trowel. Considerable dust is raised when the asbestos cement is dumped into the mixing trough and during the early stages of mixing. Ordinarily this process is done in a separate room and only one operator is exposed. The dustiness of this operation warrants the use of exhaust ventilation or respiratory protection or both, although neither is generally used.

Petrographic analyses of asbestos cement indicate that the amount of diatomaceous earth may be as high as 87 per cent by count.

5. *Molding*

Molding is the process of building up the insulation to fit odd shapes of boilerwork and piping. A form is made to the exact shape of the part to be insulated. Block insulation is laid on, adjoining sections glued together, exposed surfaces sealed with asbestos cement and the whole mold covered with asbestos cloth. When dry, the molded insulation can be lifted off the form and is ready to be installed on board ship. This operation is usually done in the shop next to the sewing operation. Very little dust is produced from this operation and no special ventilation or respiratory protection is required.

6. *Grinding*

Several shipyards reclaim their scrap pieces of prefabricated sections of insulation by grinding up this material and using it in the asbestos cement, all of which contributes considerable dustiness. Normally this job is done at infrequent intervals and only one or two men are exposed, but the operation should be isolated, general room exhaust supplied and an approved respirator worn by the operator.

7. *Installation of pipe covering on board ship*

There are a number of operations involved in pipe covering on board ship. Insulation felt is wrapped and pounded tightly around large pipes and joints and fastened firmly in place with wire or asbestos cord. Pipes and boilers are covered with prefabricated sections, which necessitates some hand sawing to fit the sections. Ready mixed cement is applied to fill in spaces and give a smoother finish. Some insulation is wrapped with glass cloth or asbestos cloth for greater strength. The only operations that produce much dust are the wrapping and pounding of asbestos and the sawing of sections.

Nearly all of the compartments on board ship are involved in this work, although most of it is concentrated in the machinery spaces. Usually the greater number of pipe coverers work on board ship and relatively few men in the shop. The spacing of workers ranges from one or two men doing a small job in a living space to as many as twenty or thirty men working on two or more jobs in the engine room. Temporary exhaust ventilation is seldom used on board ship for pipe covering and very few of the workers wear respirators.

Because of the varied nature of pipe covering operations in ship compartments, general exhaust ventilation is to be preferred. If the compartment is large, such as the main engine room, five air changes per hour are needed. In small compartments, such as living spaces, ten to fifteen air changes per hour are required.

### II. Composition of Materials Used

According to Navy Specification the rovings of asbestos insulating felt (amosite) shall contain not less than 95 per cent asbestos fiber of the following composition:

Silica ($SiO_2$) per cent minimum............ 47.5
Iron oxide ($Fe_2O_3$) per cent maximum...... 43.0
Magnesium oxide ($MgO$) per cent minimum...... 6.0

Typical analysis of the two types of asbestos fibers in general use are tabulated below:

|  | *Chrysotile* | *Amosite* |
|---|---|---|
| Silica ($SiO_2$)............. | 37.05% | 50.20% |
| Magnesia ($MgO$)............. | 40.07% | 3.50% |
| Alumina ($Al_2O_3$).......... | 3.67% |  |
| Ferric oxide ($Fe_2O_3$)..... |  | 7.30% |
| Ferrous oxide ($FeO$)........ | 2.41% | 32.10% |
| Sodium oxide ($Na_2O$)....... |  | 2.12% |
| Combined water ($H_2O$)...... | 14.48% | 3.00% |

Therefore amosite alone will not comply with Navy Specifications because of the low magnesia content and must be mixed with chrysotile asbestos to equal or exceed the 6.0 per cent minimum value for magnesia. On the other hand, chrysotile cannot be used alone because of its silica content which is below the minimum 47.5 per cent specified by the Navy. The two types

of asbestos fibers must be mixed together in the proper proportions to satisfy the values set for magnesia and silica. The amounts of these materials used to form this mixture therefore would be 6–13 per cent chrysotile asbestos and 94–57 per cent amosite asbestos.

These two fibers differ mainly in their physical characteristics. Chrysotile is capable of being readily separated into very fine fibers with a soft silky feel, whereas amosite is harsher and requires more manipulation to fiberize it. One authority has stated that the chrysotile has the finest individual fibers, and amosite the coarsest. Be-

TABLE 1

SUMMARY OF MATERIALS USED AT EACH YARD PER MONTH

| | NAVY YARD A | NAVY YARD B | CONTRACT YARD C | CONTRACT YARD B |
|---|---|---|---|---|
| Amosite | 58,200 sq. ft. | 50,000 sq. ft. | 40,000 sq. ft. | 6,335 sq. ft. |
| Amosite (water-repellent) | — | 15,000 sq. ft. | — | 3,300 sq. ft. |
| Prefabricated sections (molded and block) | 600 sq. ft. / 39,900 linear ft. | 1,200 sq. ft. / 115,000 linear ft. | 1,750 sq. ft. / 18,820 linear ft. | 15,700 linear ft. |
| Asbestos cloth | 76,500 sq. ft. | 106,600 sq. ft. | 34,700 sq. ft. | 40,000 sq. ft. |
| Metallic twine Asbestos yarn | — | 150 lb. | — | — |
| Asbestos paper | — | 5,500 sq. ft. | 4,000 sq. ft. | 5,300 sq. ft. |
| Asbestos board | 2,700 linear ft. | 6,000 sq. ft. | 150 sq. ft. | — |
| Asbestos cement | 34,400 lb. | 15,000 lb. | 57,500 lb. | 33,500 lb. |

cause of this difference we may suspect a decided decrease in the number of respirable fibers (below 200 microns in length and 5 microns in diameter) whenever amosite is used in preference to chrysotile asbestos.

III. PIPE COVERING FACILITIES AT INDIVIDUAL SHIPYARDS

U.S. Navy Yard A.
There were 84 men working in the shop and 467 men on board ship. The shop was divided into two rooms, one of which was primarily for storage and occasional grinding, and band saw cutting operations. The only mechanical exhaust ventilation in the shop was provided for the grinding, mixing and band saw cutting operations and was inadequate. In the other room layout, cutting

and sewing, were done with a small amount of exhaust ventilation.

Work on board ship was not supplied with exhaust ventilation. No asbestos workers were found wearing respirators.

U.S. Navy Yard B.
There were 63 men working in the shop and 700 men on board ship. The shop was divided into four main rooms: Layout, Sewing, Cement, and Storage and Band saw combined. With the exception of the Cement Room, the doors between these were normally left open.

The work in the Sewing Room consisted mostly of fabricating and sewing valve boots and jackets. All the cement used on board ship was mixed in the Cement Room. There was no exhaust ventilation for either the Sewing or Cement Room. The band saw was equipped with a flexible exhaust tube above the table and an exhaust around the blade below the saw table. The layout table was equipped with exhaust ventilation as described above. There was no exhaust ventilation supplied on board ship for pipe covering, and no workers were found wearing respirators.

Contract Yard C.
There were 51 men working in the shop and 123 on board ship. Layout, cutting and cement

Jan. 1949

mixing were done at one end of the shop. Dust respirators were occasionally worn during these procedures. At the other end of the shop the fabrication of boots, jackets and molds were carried out. A small amount of such fabrication was done on board ship.

Material was cut with a band saw in a separate room and the operator wore an approved dust respirator. The dust from this saw was exhausted through a slot under the table which caught only a part of the dust given off above the table.

There was no exhaust ventilation in the shop, other than for the band saw, and none for the pipe covering operation on board ship. All floors, walls and rafters of the shop were cleaned at frequent intervals with an industrial vacuum cleaner. Most pipe covering on board ship was applied in the evening during the second shift.

*Contract Yard D.*

There were 8 men in the shop and 160 men working on board ship. Pipe covering operations were done in two shops. In the main one, boots and jackets for pipe valves and connections were fabricated and surplus material stored. In the smaller shop the operations consisted of layout and cutting of amosite. There was no exhaust ventilation in either shop nor for the pipe covering operation on board ship. The only worker who wore an approved dust respirator was the man who cut the two types of asbestos in this yard.

IV. ANALYSIS OF SETTLED DUST AND DUST COUNTS

There are no established figures for permissible or safe dustiness in pipe covering operations. Dressen et al. (2) in their study of asbestosis in the asbestos textile industry suggested 5 million particles of total dust by impinger as a threshold for that industry. We should like to point out that the asbestos textile and asbestos pipe covering industries differ widely in their dust exposures. In textile plants workers usually continue at specific jobs with fairly constant dust exposures for some years, whereas the pipe coverer may rotate between shop and ship and from small to large ship compartments with a wide variation in dust exposure.

In contrast to the textile worker, the pipe coverer's materials differ markedly in their as-bestos content, ranging from 85 per cent magnesia (10-15% asbestos) to amosite (95% asbestos). When asbestos cements contain large amounts of diatomaceous earth there is a resultant silicosis hazard as indicated above.

In general we feel that dust counts below 5 million particles per cubic foot by Konimeter indicate good dust control.

Our figures in Table 2 were determined by the Konimeter and not with the impinger instrument. We used the Konimeter because it is light, easily portable and takes records which can be kept indefinitely. As is indicated in Table 3, the dustiest operations are band saw cutting, cement mixing, and installation on board ship.

V. MEDICAL FINDINGS

The incidence of asbestosis among pipe coverers as determined by chest X-ray is given in Table 4. The relation between years of exposure and per cent asbestosis is included in Table 5.

Due to frequent turnover of shipyard workers and the length of time required to X-ray a large number of workers, the number X-rayed may not equal the number of pipe coverers. At Contract Yard C X-rays were examined of men who had left the yard while at Navy Yard B a few pipe coverers were not X-rayed. At Navy Yard A the 48 X-rayed out of 551 were all older men working in the shop.

Some of these pipe coverers had had pre-shipyard experience in the asbestos industry, but the tables are based solely on shipyard exposure. At Contract Yard C, for example, the Asbestos Shop estimated that about one-third of their pipe coverers had worked with asbestos before coming to the yard.

The one case of advanced asbestosis at Contract Yard C had worked in the asbestos industry for 21 years before coming to work in the yard. At Contract Yard D the two cases of moderate asbestosis had worked 22 years and 30 years at pipe covering in their yard.

All the X-ray films used in the above data were first read by roentgenologists of the Medical Department of the yard and then by one of the authors (W. E. F.). Dr. W. C. Dressen, U. S. P. H. S., was kind enough to examine the three positive plates and he agreed on the diagnosis.

Since only three workers out of the 1074 X-rayed had asbestosis, and each of the three had been a pipe coverer for more than 30 years, it would

## TABLE 2

### ANALYSES OF SETTLED DUST AND AIR SAMPLES

| OPERATION | PER CENT LESS THAN 10 MICRONS BY COUNT | \* Asbestos (LESS THAN 200 MICRONS) | Diatomaceous earth | Serpentine | Other fibers (organic & glass) | Iron oxide (opaque) | Carbonates and oxides | Others | Number of samples | Range of dust counts / Total dust | Range of dust counts / Above 5 sec. count | Range of dust counts (MPPCF) / analyses per sec (MPPCF) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

*(Table data too faded and skewed to transcribe reliably)*

**Layout and cutting**
Navy Yard A.
Navy Yard B.
Contract Yard C.
Contract Yard D.

**Cutting with hand saw**
Navy Yard A.
Navy Yard B.
Contract Yard C.
Contract Yard D.

**Molding operations**
Contract Yard C.
Navy Yard B.
Contract Yard C.

**Sewing & prep. of boots & jackets**
Navy Yard A.
Navy Yard B (Sewing asbestos cloth).
(Sliding with smooth).
Contract Yard C.
Contract Yard D.

**Storeroom**
Contract Yard D.

**Cement mixing**
Navy Yard A.
Navy Yard B.
Contract Yard C.
Contract Yard C.
Contract Yard D (on board ship).

**Grinding scrap materials**
Navy Yard A.

**General room**
Navy Yard A.
Navy Yard B.
Contract Yard C.
Contract Yard D.

**Aboard ship**
Navy Yard A.
Navy Yard B.
Contract Yard C.
Contract Yard D.

\* Note: MPPCF = Million particles of dust per cubic foot of air.

14

Jan., 1946

# PIPE COVERING OPERATIONS

15

### TABLE 3
#### COMPARISON OF DUSTINESS OF VARIOUS OPERATIONS IN EACH SHIPYARD

The extremely low incidence of asbestosis found, 0.29 per cent, or 3 cases out of 1074 pipe coverers, stands in marked contrast to the high dust concentration found in several of the pipe covering operations. As shown in Table 3, the total dust concentration for hand saw cutting ranged from 13.1 to 71.0 million particles per cubic feet, for cement mixing from 31.0 to 84.0, and for installation on board ship from 11.0 to 142.0. The solution of this apparent discrepancy lies in a characteristic peculiar to the pipe covering trade, that is lack of a necessity for specialization. In general, pipe coverers are capable of doing all of the operations described above, and the worker may be changed from one operation to another or to a different job in the same type of operation without loss of efficiency and according to the demands of ship construction. It is therefore apparent that a pipe coverer's environment may change every few days or few weeks at the most with a constant fluctuation in the dust concentration which he breathes. Therefore, the figures given in Table 3 for shop average and ship average cannot give a composite picture of the asbestos

It appears that asbestos pipe covering of naval vessels is a relatively safe occupation. However, it must be remembered that these men rotated among the various operations of pipe covering and were not continually exposed to high concentrations of asbestos dust as found in hand saw cutting and cement mixing. The suggestions made relative to exhaust ventilation and respiratory protection are therefore of value in maintaining this low incidence of asbestosis.

### Discussion

### TABLE 4
#### INCIDENCE OF ASBESTOSIS AMONG PIPE COVERERS

### TABLE 5
#### RELATIONSHIP BETWEEN LENGTH OF EXPOSURE AND INCIDENCE OF ASBESTOSIS

dust that a worker may breathe over a period of years. It is further apparent that to obtain such a picture, daily dust-counts at each specific job environment and in the shop together with the time spent on each job would have to be compiled separately for each worker. In this respect, asbestos pipe covering differs markedly from the asbestos textile industry where dust concentrations for an operation do not fluctuate widely and where a worker will usually remain at a specific job for some years.

A further factor in maintaining a low incidence of asbestosis is that in hand saw cutting, grinding, and cement mixing only one or two men are involved and the work is usually done at infrequent intervals such as several times a week.

Finally, pipe covers also apply glass wool, rock wool, magnesia, and other types of non-asbestos insulation, all of which decrease the amount of exposure to asbestos dust. It seems likely to us that if the pipe coverers studied had worked steadily at any of the above operations where the amount of asbestos dust in the air was consistently high, the incidence of asbestosis

among these workers would have been considerably greater. In view of the varied character of the environmental dust exposure in the pipe covering industry on naval vessels, it is manifestly impossible to set a threshold.

## VI. Conclusions

1. The character of asbestos pipe covering industry on board naval vessels is such that conclusions drawn from other asbestos industries such as textiles, cannot be applied.

2. The operations of hand saw cutting, grinding, cement mixing, and installation on board ship should be equipped with exhaust ventilation to keep the total dust concentration low.

3. The incidence of asbestosis among pipe coverers in the shipyards studied was low, 0.29 per cent or 3 cases out of 1074. In view of the nature of shipyard pipe covering work, this low incidence is not surprising.

4. Since each of the 3 cases of asbestosis had worked at asbestos pipe covering in shipyards for more than 20 years, it may be concluded that such pipe covering is not a dangerous occupation.

## REFERENCES

(1) LANZA, A. J.: Silicosis and asbestosis. Oxford University Press, New York, 1938.

(2) DRESSEN, W. C. et al.: A study of asbestosis in the asbestos textile industry. Bull. No. 241, Public Health Service, U. S. Treasury Department, 1938.

(3) FAHEY, J. C.: Ships and aircraft of the United States Fleet, 2nd Edition, 1944. Published by Ships and Aircraft, 1265 Broadway, New York, New York.

*Section of Indus...*