**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE:  ASBESTOS PRODUCTS | ) | |
| LIABILITY LITIGATION (No. VI) | ) | |
| | ) | |
| | ) | **MDL DOCKET NO. MDL 875** |
| _____ | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| CASES ON EXHIBIT "1" | ) | |
| | ) | |

**MOTION TO WITHDRAW AS COUNSEL FOR W.R. GRACE CO.**

The undersigned attorney, Kristin J. Achterhof, and the law firm of Katten Muchin Rosenman LLP, 525 West Monroe Street, Chicago, Illinois 60661-3693, respectfully moves this Court for permission to withdraw as counsel of record for W.R. Grace Co. in the above-titled action, which includes the 209 cases listed and attached hereto as Exhibit A.  As grounds for this motion, Ms. Achterhof and Katten Muchin Rosenman LLP state as follows:

1.      Prior to June of 2000, attorneys Patrick J. Lamb and Kristin J. Achterhof of Katten Muchin Rosenman LLP filed appearances on behalf of W.R. Grace Co. in various cases listed on the attached Exhibit.

2.      In June of 2000, counsel of record, Patrick J. Lamb, left the employment of Katten Muchin Rosenman LLP and joined the law firm of Butler Rubin Saltarelli & Boyd LLP.  Thereafter, W.R. Grace Co. transferred all legal responsibility concerning this action to the attention of Patrick J. Lamb at the Chicago offices of Butler Rubin Saltarelli & Boyd LLP.

3.      Kristin J. Achterhof and Katten Muchin Rosenman LLP believe that Patrick J. Lamb has since joined the firm, Valorem Law Group, and that he has filed a Notification of Change of Address with the Court in this action.   Kristin J. Achterhof and Katten Muchin Rosenman LLP further believe that W.R. Grace Co. will continue to be represented by Patrick J. Lamb at Valorem Law Group.

4.      Upon grant of this motion, all papers and notices concerning W.R. Grace Co. should be served upon:

> Patrick J. Lamb
> Valorem Law Group
> 35 E. Wacker Drive
> Suite 3000
> Chicago, IL 60601

5.      As a result of this transfer, Kristin J. Achterhof and Katten Muchin Rosenman LLP are no longer involved in this matter.

Accordingly, it is hereby respectfully requested that the Court grant this Motion allowing the law firm of Katten Muchin Rosenman LLP, and its attorney, Kristin J. Achterhof, leave to withdraw as counsel for W.R. Grace Co.

March 28, 2012                                  Respectfully submitted,


/s/ Kristin J. Achterhof
Kristin J. Achterhof
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661
(312) 902-5200 (telephone)
(312) 902-1061 (facsimile
kristin.achterhof@kattenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2012, a true and correct copy of the foregoing was filed electronically with the Court.  Notice of this filing will be sent by operation of the Court's electronic filing system upon all parties indicated in the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Kristin J. Achterhof
Kristin J. Achterhof
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661
(312) 902-5200 (telephone)
(312) 902-1061 (facsimile
kristin.achterhof@kattenlaw.com