# EXHIBIT 1

## KRISTIN JOY ACHTERHOF'S CASE LIST

# Select A Case

**KRISTIN JOY ACHTERHOF is an attorney in 209 cases.**

| | | | |
|---|---|---|---|
| 2:08-cv-89792-ER | BLAHUT, SR. et al v. ACANDS INC et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89793-ER | CASTELLI v. ACANDS, INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89795-ER | FERRARI v. ACANDS, INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89798-ER | ZAURATSKY v. ACANDS, INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89804-ER | BEAN et al v. CROWN CORK AND SEAL COMPANY et al | filed 10/15/08 | closed 04/13/10 |
| 2:08-cv-89806-ER | HERBORN et al v. CROWN CORK AND SEAL COMPANY et al | filed 10/15/08 | closed 04/13/10 |
| 2:08-cv-89807-ER | CLARK v. CROWN CORK AND SEAL COMPANY et al | filed 10/14/08 | closed 04/13/10 |
| 2:08-cv-89808-ER | MAISON et al v. CROWN CORK AND SEAL COMPANY et al | filed 10/15/08 | closed 04/13/10 |
| 2:08-cv-89809-ER | CHRISTENSEN et al v. OWENS-CORNING FIBERGLAS CORPORATION et al | filed 10/15/08 | closed 04/13/10 |
| 2:08-cv-89810-ER | BROOKS v. AC&S INC et al | filed 10/15/08 | closed 12/19/11 |

| | | | |
|---|---|---|---|
| 2:08-cv-89811-ER | SCANLON v. A.C. AND S. INC. et al | filed 10/15/08 | |
| 2:08-cv-89812-ER | OLEFERCHIK v. A.C. AND S. INC. et al | filed 10/15/08 | closed 12/19/11 |
| 2:08-cv-89813-ER | MOORE v. A.C. AND S., INC. et al | filed 10/15/08 | closed 12/19/11 |
| 2:08-cv-89814-ER | MCCLAIN v. A.C. AND S. INC. et al | filed 10/15/08 | |
| 2:08-cv-89815-ER | KLAPRODT v. A.C. AND S. INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89816-ER | ALEXANDER v. A.C. AND S. INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89817-ER | FITZGERALD v. A.C. AND S. INC. et al | filed 10/15/08 | closed 08/26/11 |
| 2:08-cv-89818-ER | LOWE v. A.C. AND S. INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89819-ER | HASKINS v. A.C. AND S. INC. et al | filed 10/15/08 | |
| 2:08-cv-89820-ER | FUGH v. A.C. AND S. INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89821-ER | BEASLEY v. A.C. AND S. INC. et al | filed 10/15/08 | closed 08/17/10 |

| 2:08-cv-89822-ER | JOHNSON v. A.C. AND S. INC. et al | filed 10/15/08 | closed 08/26/11 |
|---|---|---|---|
| 2:08-cv-89823-ER | RYCHTANEK v. A.C. AND S. INC. et al | filed 10/15/08 | closed 12/19/11 |
| 2:08-cv-89824-ER | FILIPPO v. A.C. AND S. INC. et al | filed 10/15/08 | closed 02/14/12 |
| 2:08-cv-89825-ER | ROME v. A.C. AND S. INC. et al | filed 10/15/08 | |
| 2:08-cv-89826-ER | NOVAKOVICH v. A.C. AND S. INC. et al | filed 10/15/08 | closed 01/23/12 |
| 2:08-cv-89827-ER | PFROMMER v. A.C. AND S. INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89828-ER | SHERIDAN v. A.C. AND S. INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89829-ER | SHIELDS v. A.C. AND S. INC. et al | filed 10/15/08 | closed 08/26/11 |
| 2:08-cv-89830-ER | MCDONALD v. A.C. AND S. INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89831-ER | HENDERSON v. A.C. AND S. INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89841-ER | CRAIN v. AC&S INC et al | filed 10/15/08 | closed 11/14/11 |

| | | | |
|---|---|---|---|
| 2:08-cv-89842-ER | WATSON v. A.C. AND S. INC et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89845-ER | DOYLE v. A.C. AND S., INC. et al | filed 10/15/08 | |
| 2:08-cv-89846-ER | COOK v. A.C. AND S., INC. et al | filed 10/15/08 | |
| 2:08-cv-89847-ER | DOUGHERTY v. AC&S INC et al | filed 10/15/08 | |
| 2:08-cv-89848-ER | RYBARCZYK v. AC&S INC et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89849-ER | ANDRADE v. ACANDS INC et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89850-ER | RUPSLAUK v. ACANDS INC et al | filed 10/15/08 | closed 01/03/12 |
| 2:08-cv-89851-ER | ARPP v. AC AND S INC et al | filed 10/15/08 | |
| 2:08-cv-89852-ER | LYNES v. AC AND S INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89862-ER | WARD, SR v. A.C. AND S. INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89863-ER | HAFFNER v. A.C. AND S. INC. | filed 10/15/08 | |

| 2:08-cv-89866-ER | BRYAN v. A. C. AND S. INC et al | filed 10/15/08 | |
| 2:08-cv-89870-ER | LEVANDOWSKI v. A.C. AND S. INC. et al | filed 10/15/08 | closed 01/03/12 |
| 2:08-cv-89871-ER | WHITE v. A.C. AND S. INC. et al | filed 10/15/08 | closed 08/26/11 |
| 2:08-cv-89872-ER | STACHOWSKI v. A.C. AND S. INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89873-ER | KEIGHER v. A.C. AND S. INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89875-ER | TANNER v. A.C. AND S. INC. et al | filed 10/15/08 | closed 02/14/12 |
| 2:08-cv-89879-ER | NURCZYK v. A.C. AND S. INC. et al | filed 10/15/08 | closed 08/26/11 |
| 2:08-cv-89883-ER | MCCULLUM v. A.C. AND S. INC. et al | filed 10/15/08 | |
| 2:08-cv-89884-ER | PRICE v. A.C. AND S. INC et al | filed 10/15/08 | |
| 2:08-cv-89885-ER | FERRELL v. A.C. AND S. INC et al | filed 10/15/08 | |
| 2:08-cv-89886-ER | TIDWELL v. CROWN CORK & SEAL COMPANY et al | filed 10/15/08 | closed 04/13/10 |

| | | | |
|---|---|---|---|
| [2:08-cv-89887-ER](#) | MAGNAVITE v. A.P. GREEN INDUSTRIES, INC. et al | filed 10/15/08 | closed 04/13/10 |
| [2:08-cv-89888-ER](#) | WELSEK et al v. A.P. GREEN INDUSTRIES, INC. et al | filed 10/15/08 | closed 04/13/10 |
| [2:08-cv-89889-ER](#) | SMITH et al v. A.P. GREEN INDUSTRIES, INC. et al | filed 10/15/08 | closed 04/13/10 |
| [2:08-cv-89891-ER](#) | ALMEROTH et al v. A.P. GREEN INDUSTRIES, INC. et al | filed 10/15/08 | closed 04/13/10 |
| [2:08-cv-89892-ER](#) | O'DONOHUE v. A.P. GREEN INDUSTRIES, INC. et al | filed 10/15/08 | closed 04/13/10 |
| [2:08-cv-89893-ER](#) | JAWORSKI et al v. A.P. GREEN INDUSTRIES, INC. et al | filed 10/15/08 | closed 04/13/10 |
| [2:08-cv-89894-ER](#) | HAMILTON et al v. A.P. GREEN INDUSTRIES, INC. et al | filed 10/15/08 | closed 04/13/10 |
| [2:08-cv-89895-ER](#) | ZAMUDIO v. A.P. GREEN INDUSTRIES, INC. et al | filed 10/15/08 | closed 04/13/10 |
| [2:08-cv-89900-ER](#) | WISNIEWSKI v. GAF CORPORATION et al | filed 10/15/08 | closed 04/13/10 |
| [2:08-cv-89901-ER](#) | MILLER v. A.C. AND S. INC. et al | filed 10/15/08 | |
| [2:08-cv-89903-ER](#) | TURNER v. ACS, INC. et al | filed 10/15/08 | |

| | | | |
|---|---|---|---|
| 2:08-cv-89914-ER | LARWETH v. A.C. AND S. INC. et al | filed 10/15/08 | |
| 2:08-cv-89919-ER | UTIGARD et al v. CROWN CORK AND SEAL COMPANY et al | filed 10/15/08 | closed 04/13/10 |
| 2:08-cv-89920-ER | KULEKOWSKIS v. CROWN CORK AND SEAL COMPANY et al | filed 10/15/08 | closed 04/13/10 |
| 2:08-cv-89921-ER | PATTI et al v. CROWN CORK AND SEAL COMPANY et al | filed 10/15/08 | closed 04/13/10 |
| 2:08-cv-89922-ER | PIZZOFERRATO et al v. GARLOCK, INC. et al | filed 10/15/08 | closed 04/13/10 |
| 2:08-cv-89923-ER | ANDERSON v. CROWN CORK AND SEAL COMPANY et al | filed 10/15/08 | closed 04/13/10 |
| 2:08-cv-89924-ER | STEVENS V. CROWN CORK AND SEAL COMPANY, ET AL. | filed 10/15/08 | closed 04/13/10 |
| 2:08-cv-89925-ER | JOHNSON v. CROWN CORK AND SEAL COMPANY et al | filed 10/15/08 | closed 04/13/10 |
| 2:08-cv-89926-ER | CARROLL v. CROWN CORK AND SEAL COMPANY et al | filed 10/15/08 | closed 04/13/10 |
| 2:08-cv-89927-ER | HARRIS v. CROWN CORK AND SEAL COMPANY et al | filed 10/15/08 | closed 04/13/10 |
| 2:08-cv-89928-ER | SMITH v. CROWN CORK AND SEAL COMPANY et al | filed 10/15/08 | closed 04/13/10 |

| | | | |
|---|---|---|---|
| 2:08-cv-89931-ER | WESLEY et al v. CROWN CORK AND SEAL COMPANY et al | filed 10/15/08 | closed 04/13/10 |
| 2:08-cv-89932-ER | LYDA et al v. CROWN CORK AND SEAL COMPANY et al | filed 10/15/08 | closed 04/13/10 |
| 2:08-cv-89934-ER | KRUG v. CROWN CORK AND SEAL COMPANY et al | filed 10/15/08 | closed 04/13/10 |
| 2:08-cv-89935-ER | BRODERICK et al v. CROWN CORK AND SEAL COMPANY et al | filed 10/15/08 | closed 04/13/10 |
| 2:08-cv-89936-ER | VERBEEK et al v. CROWN CORK AND SEAL COMPANY et al | filed 10/15/08 | closed 04/13/10 |
| 2:08-cv-89937-ER | HESTER et al v. CROWN CORK AND SEAL COMPANY et al | filed 10/15/08 | closed 04/13/10 |
| 2:08-cv-89938-ER | FERGUSON et al v. CROWN CORK AND SEAL COMPANY et al | filed 10/15/08 | closed 04/13/10 |
| 2:08-cv-89940-ER | QUALLS et al v. CROWN CORK AND SEAL COMPANY et al | filed 10/15/08 | closed 04/13/10 |
| 2:08-cv-89941-ER | PRIMS v. CROWN CORK AND SEAL COMPANY et al | filed 10/15/08 | closed 04/13/10 |
| 2:08-cv-89943-ER | WILKINSON v. A.C. AND S. INC et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89944-ER | WHITFIELD v. A.C. AND S. INC et al | filed 10/15/08 | closed 01/23/12 |

| | | | |
|---|---|---|---|
| 2:08-cv-89945-ER | BROWN et al v. A.C. AND S., INC. et al | filed 10/15/08 | |
| 2:08-cv-89946-ER | CASEY v. CROWN CORK AND SEAL COMPANY et al | filed 10/15/08 | closed 04/13/10 |
| 2:08-cv-89947-ER | JAMES v. AC&S INC et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89948-ER | BOTKA v. A. C. AND S. INC et al | filed 10/15/08 | closed 08/26/11 |
| 2:08-cv-89950-ER | COLOGNESI v. A C & S INC et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89951-ER | HODGSON v. A C & S INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89952-ER | CARNAGHI v. A C & S INC et al | filed 10/15/08 | closed 08/26/11 |
| 2:08-cv-89953-ER | DEANGELIS v. A C & S INC et al | filed 10/15/08 | |
| 2:08-cv-89954-ER | BREWER v. A C &S INC. et al | filed 10/15/08 | |
| 2:08-cv-89958-ER | CARNEGIE v. A C AND S INC. et al | filed 10/15/08 | |
| 2:08-cv-89959-ER | NURCZYK v. A.C. AND S, INC. et al | filed 10/15/08 | closed 08/17/10 |

| 2:08-cv-89963-ER | GREEN v. A C & S INC., et al | filed 10/15/08 | closed 08/17/10 |
|---|---|---|---|
| 2:08-cv-89964-ER | TERRELL et al v. ASBESTOS CLAIMS MANAGEMENT CORP. et al | filed 10/15/08 | closed 02/14/12 |
| 2:08-cv-89965-ER | WOODS v. ACANDS INC et al | filed 10/15/08 | closed 08/26/11 |
| 2:08-cv-89966-ER | WRIGHT v. A.C. AND S. INC et al | filed 10/15/08 | closed 08/26/11 |
| 2:08-cv-89967-ER | FLOYD v. A. C. AND S. INC. et al | filed 10/15/08 | closed 12/19/11 |
| 2:08-cv-89968-ER | HAHN v. AC&S INC et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89969-ER | CZAJKOSKI v. A. C. AND S. INC et al | filed 10/15/08 | closed 11/03/11 |
| 2:08-cv-89973-ER | MOFFETT v. ACANDS, INC. et al | filed 10/15/08 | |
| 2:08-cv-89977-ER | OBERHOLTZER v. ACANDS, INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89981-ER | WIESE v. AC&S, INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89982-ER | FERRY et al v. ACANDS, INC. et al | filed 10/15/08 | closed 02/14/12 |

| 2:08-cv-89983-ER | MEA v. A C AND S., INC. et al | filed 10/15/08 | |
| 2:08-cv-89986-ER | MASHBURN v. AC AND S, INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-89987-ER | MOFFETT v. A C AND S, INC. et al | filed 10/15/08 | closed 08/26/11 |
| 2:08-cv-89988-ER | PUTTKAMMER v. A C AND S, INC. et al | filed 10/15/08 | |
| 2:08-cv-89989-ER | CUSHING v. A C AND S, INC. et al | filed 10/15/08 | closed 08/26/11 |
| 2:08-cv-89990-ER | WHEATON v. AC AND S INC et al | filed 10/15/08 | closed 08/26/11 |
| 2:08-cv-89998-ER | AMOS v. AC&S INC. et al | filed 10/15/08 | |
| 2:08-cv-90000-ER | WILLIAMS v. A. C. AND S., INC. et al | filed 10/15/08 | |
| 2:08-cv-90001-ER | TRASER v. AIRCO INC/BOC GROUP THE | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-90002-ER | SCROGHAN v. A. C. AND S., INC. et al | filed 10/15/08 | |
| 2:08-cv-90005-ER | SPIKEHOUT v. A. C. AND S., INC. et al | filed 10/15/08 | closed 08/17/10 |

| 2:08-cv-90015-ER | MADSEN v. A.C. AND S., INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-90019-ER | MATRAS v. AC AND S INC. et al | filed 10/15/08 | closed 12/19/11 |
| 2:08-cv-90022-ER | KNEZEVIC v. ACANDS INC et al | filed 10/15/08 | closed 01/03/12 |
| 2:08-cv-90025-ER | LUPEI v. A. C. AND S., INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-90026-ER | TROTTMAN v. A. C. AND S., INC. et al | filed 10/15/08 | closed 11/22/11 |
| 2:08-cv-90027-ER | MARTIN v. A. C. AND S., INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-90033-ER | LATRONICA v. A.C. AND S.,INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-90041-ER | HOWELL v. A.C. AND S., INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-90051-ER | ABRAMS v. A.C. AND S, INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-90331-ER | SHAMBAUGH v. ACANDS, INC. et al | filed 10/15/08 | |
| 2:08-cv-90332-ER | PROPP v. ACANDS INC et al | filed 10/15/08 | closed 12/19/11 |

| | | | |
|---|---|---|---|
| 2:08-cv-90333-ER | RUSSELL v. A.C. AND S. INC et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-90335-ER | COOK v. A.C. AND S. INC et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-90336-ER | SWICK v. AC AND S, INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-90337-ER | KIBLER v. A.C. AND S. INC. A CORPORATION et al | filed 10/15/08 | |
| 2:08-cv-90340-ER | HUNTER v. A.C. AND S. INC. et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-90342-ER | CAHVEZ v. A C & S INC. et al | filed 11/14/08 | closed 11/14/11 |
| 2:08-cv-90343-ER | PARKHOUSE v. AC & S INC. et al | filed 10/15/08 | closed 03/12/12 |
| 2:08-cv-90344-ER | PARKER v. A.C. AND S INC et al | filed 10/15/08 | closed 08/17/10 |
| 2:08-cv-91011-ER | GARCIA v. AC AND S INC et al | filed 11/17/08 | closed 12/19/11 |
| 2:09-cv-60937-ER | ELROD v. ACANDS, INC. et al | filed 01/09/09 | closed 01/03/12 |
| 2:09-cv-60938-ER | ELY v. THE ANCHOR PACKING COMPANY et al | filed 01/09/09 | closed 08/26/11 |

| 2:09-cv-60939-ER | ENGELMAN v. ACANDS, INC. et al | filed 01/09/09 | closed 11/03/11 |
| 2:09-cv-60940-ER | EZELL v. ACANDS, INC. et al | filed 01/09/09 | closed 07/15/09 |
| 2:09-cv-60941-ER | FERRO v. ACANDS, INC. et al | filed 01/09/09 | closed 08/17/10 |
| 2:09-cv-60942-ER | FICK v. THE ANCHOR PACKING COMPANY, ET AL | filed 01/09/09 | closed 08/17/10 |
| 2:09-cv-60943-ER | FILLIPONE v. ACANDS, INC. et al | filed 01/09/09 | closed 07/15/09 |
| 2:09-cv-60944-ER | FRANGELLA v. ACANDS, INC. et al | filed 01/09/09 | closed 08/26/11 |
| 2:09-cv-60945-ER | FRATTINI v. THE ANCHOR PACKING COMPANY, ET AL | filed 01/09/09 | closed 12/19/11 |
| 2:09-cv-60946-ER | GILMOURE v. ACANDS, INC. et al | filed 01/09/09 | closed 01/19/12 |
| 2:09-cv-60947-ER | GLENN v. ACANDS, INC. et al | filed 01/09/09 | closed 01/03/12 |
| 2:09-cv-60948-ER | GOETSCH v. ACANDS, INC. et al | filed 01/09/09 | closed 07/15/09 |
| 2:09-cv-60949-ER | GOETSCH v. ACANDS, INC. et al | filed 01/09/09 | closed 07/15/09 |

| | | | |
|---|---|---|---|
| [2:09-cv-60950-ER](#) | GOODWIN v. ACANDS, INC. et al | filed 01/14/09 | closed 08/17/10 |
| [2:09-cv-60951-ER](#) | LEONARD v. ACANDS, INC. et al | filed 01/14/09 | closed 07/15/09 |
| [2:09-cv-60952-ER](#) | GRAHAM v. ACANDS, INC. et al | filed 01/14/09 | closed 01/03/12 |
| [2:09-cv-60953-ER](#) | GRANGER v. ACANDS, INC. et al | filed 01/14/09 | |
| [2:09-cv-60954-ER](#) | GRIEFF v. ACANDS, INC. et al | filed 01/14/09 | closed 01/03/12 |
| [2:09-cv-60955-ER](#) | GRIFFIN v. ACANDS, INC. et al | filed 01/14/09 | closed 07/15/09 |
| [2:09-cv-60956-ER](#) | GUSMAN v. ACANDS, INC. et al | filed 01/14/09 | closed 01/03/12 |
| [2:09-cv-60957-ER](#) | HAMILTON v. ACANDS, INC. et al | filed 01/14/09 | closed 07/15/09 |
| [2:09-cv-60958-ER](#) | HANNIGAN v. THE ANCHOR PACKING COMPANY et al | filed 01/14/09 | closed 08/17/10 |
| [2:09-cv-60959-ER](#) | HERRINGER v. ACANDS, INC. et al | filed 01/14/09 | closed 07/15/09 |
| [2:09-cv-60960-ER](#) | JOHNSON v. ACANDS, INC. et al | filed 01/14/09 | closed 08/17/10 |

| 2:09-cv-60961-ER | JOYCE v. ACANDS, INC. et al | filed 01/14/09 | closed 12/19/11 |
| 2:09-cv-60962-ER | SANTERELLI v. ACANDS, INC. et al | filed 01/09/09 | closed 12/19/11 |
| 2:09-cv-60963-ER | SCHEVE v. ACANDS, INC. et al | filed 01/14/09 | closed 12/05/11 |
| 2:09-cv-60964-ER | SCHUBERT v. ACANDS, INC. et al | filed 01/14/09 | closed 07/15/09 |
| 2:09-cv-60965-ER | SERENA v. ACANDS, INC. et al | filed 01/14/09 | closed 07/15/09 |
| 2:09-cv-60966-ER | SHARP v. ACANDS, INC. et al | filed 01/14/09 | closed 07/15/09 |
| 2:09-cv-60967-ER | SILAKOWSKI v. ACANDS, INC. et al | filed 01/14/09 | closed 08/26/11 |
| 2:09-cv-60968-ER | STAHLY v. GIBSON-HOMANS, INC. et al | filed 01/14/09 | closed 08/26/11 |
| 2:09-cv-60969-ER | STALZER v. ACANDS, INC. et al | filed 01/14/09 | closed 08/17/10 |
| 2:09-cv-60970-ER | STOYNOFF v. ACANDS, INC. et al | filed 01/09/09 | closed 01/03/12 |
| 2:09-cv-60971-ER | STUDER v. ACANDS, INC. et al | filed 01/14/09 | |

| 2:09-cv-60972-ER | STUDER v. ACANDS, INC. et al | filed 01/14/09 | closed 08/26/11 |
| 2:09-cv-60973-ER | TAYLOR v. ACANDS, INC. et al | filed 01/14/09 | closed 07/15/09 |
| 2:09-cv-60974-ER | TERLEP v. ACANDS, INC. et al | filed 01/14/09 | closed 08/26/11 |
| 2:09-cv-60975-ER | THIRY v. ACANDS, INC. et al | filed 01/14/09 | closed 07/15/09 |
| 2:09-cv-60976-ER | SMOLIK v. ACANDS, INC. et al | filed 01/14/09 | closed 07/15/09 |
| 2:09-cv-60977-ER | WALICK v. ACANDS, INC. et al | filed 01/14/09 | closed 07/15/09 |
| 2:09-cv-60978-ER | WATLAND v. ACANDS, INC. et al | filed 01/14/09 | closed 07/15/09 |
| 2:09-cv-60979-ER | WICEVIC v. ACANDS, INC. et al | filed 01/14/09 | closed 07/15/09 |
| 2:09-cv-60980-ER | WILKINSON v. ACANDS, INC. et al | filed 01/14/09 | closed 07/15/09 |
| 2:09-cv-60981-ER | WRIGHT v. ACANDS, INC. et al | filed 01/14/09 | closed 07/15/09 |
| 2:09-cv-60982-ER | ZELONKA v. ACANDS, INC. et al | filed 01/14/09 | closed 08/17/10 |

| | | | |
|---|---|---|---|
| [2:09-cv-60983-ER](#) | ZIELONKA v. ACANDS, INC. et al | filed 01/14/09 | closed 07/15/09 |
| [2:10-cv-67517-ER](#) | GOODRICH et al v. OWENS-CORNING FIBERGLAS CORPORATION et al | filed 05/12/10 | closed 07/22/10 |
| [2:10-cv-67526-ER](#) | MCCOY v. A. C. AND S., INC. et al | filed 05/12/10 | closed 08/17/10 |
| [2:10-cv-67529-ER](#) | KRUEGER v. A.C. AND S., INC. et al | filed 05/12/10 | closed 08/17/10 |
| [2:10-cv-67534-ER](#) | D'AMICO v. ACANDS INC et al | filed 05/12/10 | |
| [2:10-cv-67535-ER](#) | GORENA v. ACANDS, INC. et al | filed 05/12/10 | closed 01/03/12 |
| [2:10-cv-67536-ER](#) | ALLEN v. AC&S INC | filed 05/12/10 | |
| [2:10-cv-67537-ER](#) | NORDBERG v. ACANDS INC et al | filed 05/12/10 | closed 12/19/11 |
| [2:10-cv-67538-ER](#) | COLOMBO v. ACANDS, INC et al | filed 05/12/10 | closed 08/26/11 |
| [2:10-cv-67539-ER](#) | HORRIE v. A.C. AND S., INC. et al | filed 05/12/10 | closed 08/17/10 |
| [2:10-cv-67540-ER](#) | KOCH et al v. A.C. AND S., INC. et al | filed 05/12/10 | closed 08/26/11 |

| 2:10-cv-67541-ER | JACKSON v. A.C. AND S., INC. et al | filed 05/12/10 | |
| 2:10-cv-67542-ER | SCHWEIZER v. A. C. & S., INC. et al | filed 05/12/10 | closed 08/17/10 |
| 2:10-cv-67543-ER | SINCHAK v. A.C. AND S., INC. et al | filed 05/12/10 | closed 08/17/10 |
| 2:10-cv-67550-ER | MARTIN v. A. C. AND S. INC et al | filed 05/12/10 | closed 12/19/11 |
| 2:10-cv-67551-ER | ONGENAE v. AC&S INC et al | filed 05/12/10 | closed 12/19/11 |
| 2:10-cv-67553-ER | RICHARDSON v. ACANDS, INC. et al | filed 05/12/10 | |
| 2:10-cv-67554-ER | DOTTAVIO v. A. C. AND S., INC. et al | filed 05/12/10 | |
| 2:10-cv-67555-ER | KELLEY v. A. C. AND S., INC. et al | filed 05/12/10 | |
| 2:10-cv-67556-ER | Flagg v. A. C. AND S. INC et al | filed 05/12/10 | closed 12/19/11 |
| 2:10-cv-67557-ER | DUBROVICH v. A. C. AND S., INC. et al | filed 05/12/10 | |
| 2:10-cv-67558-ER | EVANS et al v. A. C. AND S. INC et al | filed 05/12/10 | closed 08/17/10 |

Case MDL No. 875   Document 8588-1   Filed 03/30/12   Page 21 of 21

<u>2:10-cv-
67559-ER</u>        Eagle Jr. v. A.C. AND S. INC et al                filed 05/12/10

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/21/2012 13:00:13 | | | |
| **PACER Login:** | km3279 | **Client Code:** | 299000-01763 |
| **Description:** | Search | **Search Criteria:** | Last Name: Achterhof First Name: Kristin |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |