BEFORE THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

In re ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI)          MDL No. 875

---------------------------------------------------------------------------------X
MARGARET ROSEEN, as Administratrix
For the Estate of RAYMOND ROSEEN, and
MARGARET ROSEEN, Individually,

                                                               Plaintiff,

    - against –

A.O. SMITH WATER PRODUCTS CO.,
A.W. CHESTERTON COMPANY,
AMCHEM PRODUCTS, INC.,
 n/k/a RHONE POULENC AG COMPANY,
 n/k/a BAYER CROPSCIENCE INC.,
AMERICAN STANDARD, INC.,
ANCHOR PACKING COMPANY,
BELL & GOSSETT COMPANY,
BMCE, INC.,
  f/k/a UNITED CENTRIFUGAL PUMP,
BUFFALO PUMPS, INC.,
BURNHAM, LLC,
 as successor to BURNHAM CORPORATION,
BYRON JACKSON PUMPS,
CBS CORPORATION, a Delaware Corporation,
 f/k/a VIACOM, INC., successor by merger to CBS
 CORPORATION,  a Pennsylvania Corporation,
 f/k/a WESTINGHOUSE ELECTRIC CORPORATION,
CERTAIN TEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CRANE CO.,
DB RILEY, INC.,
DURABLA MANUFACTURING COMPANY,
EMPIRE-ACE INSULATION MFG. CORP.,
FULTON BOILER WORKS, INC.,
GARDNER DENVER, INC.,
GARLOCK SEALING TECHNOLOGIES LLC,
 f/k/a GARLOCK,, INC.,
GENERAL MOTORS CORPORATION,
GOODYEAR CANADA, INC.,
GOODYEAR TIRE AND RUBBER COMPANY,
GOULDS PUMPS, INC.,

INGERSOLL-RAND COMPANY,
ITT INDUSTRIES, INC.,
J.H. FRANCE REFRACTORIES COMPANY,
KEELER-DORR BOILER COMPANY,
KENTILE FLOORS, INC.,
KOHLER CO.,
OAKFABCO. INC.,
O'CONNOR CONSTRUCTION, INC.,
 f/k/a THOMAS O'CONNOR & O'CONNOR & CO., INC.,
OWENS-ILLINOIS, INC.,
PATTERSON PUMP COMPANY,
PEERLESS INDUSTRIES, INC.,
RAPID-AMERICAN CORPORATION,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,
VIAD CORP., as successor in interest to
 GRISCOM RUSSEL CO.,
WARREN PUMPS, INC.,
WEIL-MCLAIN,
 a division of THE MARLEY COMPANY,
YORK INDUSTRIES CORP.,

                           Defendants

-------------------------------------------------------------------------------------X

## NOTICE OF POTENTIAL TAG-ALONG

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant Viad Corp hereby notifies the Panel of the pendency of a tag-along action in Federal District Court, styled "MARGARET ROSEEN, As Administrator for the Estate of Raymond Roseen, and Margaret Roseen, Individually v. A.O. Smith Water Products Co., et. al." in the United States District Court for the Southern District of New York (Civil Docket No.: 12 Civ. 02089[SAS][MHD].  Such action involves common questions of fact with those actions previously transferred to the Panel pursuant to 28 U.S.C. § 1407 (see copy of Complaint filed by Margaret Roseen, attached hereto as EXHIBIT A).

WHEREFORE, Viad Corp respectfully requests that the Panel transfer this tag-along to the United States District Court for the Eastern District of Pennsylvania.

Dated: New York, New York
April 2. 2012

MOUND COTTON WOLLAN & GREENGRASS

By: _____
Francis A. Montbach (FAM9631)
Attorneys for Defendant Viad Corp
One Battery Park Plaza
New York, NY 10004
Phone: (212) 804-4200
Fax: (212) 344-8066
fmontbach@moundcotton.com