**EXHIBIT A**

12/5/06
JB
3:53 pm

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------X   Index No.: 117648-06

RAYMOND ROSEEN and MARGARET ROSEEN,

Date Filed: 11/27/2006

                                  Plaintiff(s),

Plaintiff Designates
**NEW YORK**
County as the Place of Trial

            -against-

The Basis of Venue is
Defendants' Place of Business

A.O. SMITH WATER PRODUCTS CO.,
A.W. CHESTERTON COMPANY,
AMCHEM PRODUCTS, INC.,
   n/k/a RHONE POULENC AG COMPANY,
   n/k/a BAYER CROPSCIENCE INC.,
AMERICAN STANDARD, INC.,
ANCHOR PACKING COMPANY,
BELL & GOSSETT COMPANY,
BMCE INC.,
   f/k/a UNITED CENTRIFUGAL PUMP,
BUFFALO PUMPS, INC.,
BURNHAM, LLC,
   as successor to BURNHAM CORPORATION,
BYRON JACKSON PUMPS,
CBS CORPORATION, a Delaware Corporation,
   f/k/a VIACOM INC. successor by merger to CBS
   CORPORATION, a Pennsylvania Corporation,
   f/k/a WESTINGHOUSE ELECTRIC CORPORATION,
CERTAIN TEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CRANE CO.,
DB RILEY, INC.,
DURABLA MANUFACTURING COMPANY,
EMPIRE-ACE INSULATION MFG. CORP.,
FULTON BOILER WORKS, INC.,
GARDNER DENVER, INC.,
GARLOCK SEALING TECHNOLOGIES LLC,
   f/k/a GARLOCK INC.,
GENERAL MOTORS CORPORATION,
GOODYEAR CANADA, INC.,
GOODYEAR TIRE AND RUBBER COMPANY,
GOULDS PUMPS, INC.,
INGERSOLL-RAND COMPANY,
ITT INDUSTRIES INC.,
J.H. FRANCE REFRACTORIES COMPANY,
KEELER-DORR-OLIVER BOILER COMPANY,
KENTILE FLOORS, INC.,
KOHLER CO.,
OAKFABCO, INC.,
O'CONNOR CONSTRUCTORS, INC.,
   f/k/a THOMAS O'CONNOR & CONNOR & CO., INC.,
OWENS-ILLINOIS, INC.,

**SUMMONS**

*NEW YORK COUNTY CLERK'S OFFICE
NOV 27 2006
NOT COMPARED WITH COPY FILED*

PATTERSON PUMP COMPANY,
PEERLESS INDUSTRIES, INC.,
RAPID-AMERICAN CORPORATION,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,
VIAD CORP., as successor in interest to
    GRISCOM RUSSEL CO.,
WARREN PUMPS, INC.,
WEIL-MCLAIN,
    a division of THE MARLEY COMPANY,
YORK INDUSTRIES CORP.,

                                                     Defendants.
-----------------------------------------------------------------------X

To the above named Defendant(s)

    **You are hereby summoned** to answer the **verified** complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated, November 27, 2006
      New York, New York

Defendant's address:

**SEE ATTACHED DEFENDANTS RIDER**

WEITZ & LUXENBERG, P.C.
Attorney(s) for Plaintiff
Post Office Address
180 Maiden Lane
New York, New York 10038
(212) 558-5500

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X   Index No.: 117648-06

RAYMOND ROSEEN and MARGARET ROSEEN,

Date Filed: 11/27/2006

Plaintiff(s),

-against-

**VERIFIED COMPLAINT**

A.O. SMITH WATER PRODUCTS CO.,
A.W. CHESTERTON COMPANY,
AMCHEM PRODUCTS, INC.,
   n/k/a RHONE POULENC AG COMPANY,
   n/k/a BAYER CROPSCIENCE INC.,
AMERICAN STANDARD, INC.,
ANCHOR PACKING COMPANY,
BELL & GOSSETT COMPANY,
BMCE INC.,
   f/k/a UNITED CENTRIFUGAL PUMP,
BUFFALO PUMPS, INC.,
BURNHAM, LLC,
   as successor to BURNHAM CORPORATION,
BYRON JACKSON PUMPS,
CBS CORPORATION, a Delaware Corporation,
   f/k/a VIACOM INC. successor by merger to CBS
   CORPORATION, a Pennsylvania Corporation,
   f/k/a WESTINGHOUSE ELECTRIC CORPORATION,
CERTAIN TEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CRANE CO.,
DB RILEY, INC.,
DURABLA MANUFACTURING COMPANY,
EMPIRE-ACE INSULATION MFG. CORP.,
FULTON BOILER WORKS, INC.,
GARDNER DENVER, INC.,
GARLOCK SEALING TECHNOLOGIES LLC,
   f/k/a GARLOCK INC.,
GENERAL MOTORS CORPORATION,
GOODYEAR CANADA, INC.,
GOODYEAR TIRE AND RUBBER COMPANY,
GOULDS PUMPS, INC.,
INGERSOLL-RAND COMPANY,
ITT INDUSTRIES INC.,
J.H. FRANCE REFRACTORIES COMPANY,
KEELER-DORR-OLIVER BOILER COMPANY,
KENTILE FLOORS, INC.,
KOHLER CO.,
OAKFABCO, INC.,
O'CONNOR CONSTRUCTORS, INC.,
   f/k/a THOMAS O'CONNOR & CONNOR & CO., INC.,
OWENS-ILLINOIS, INC.,
PATTERSON PUMP COMPANY,

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

PEERLESS INDUSTRIES, INC.,
RAPID-AMERICAN CORPORATION,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,
VIAD CORP., as successor in interest to
  GRISCOM RUSSEL CO.,
WARREN PUMPS, INC.,
WEIL-MCLAIN,
  a division of THE MARLEY COMPANY,
YORK INDUSTRIES CORP.,

                                     Defendants.
------------------------------------------------------------------------X

        Plaintiff(s), RAYMOND ROSEEN and MARGARET ROSEEN, by their attorneys WEITZ & LUXENBERG, P.C., upon information and belief, at all times hereinafter mentioned alleges as follows:

        1.     Plaintiff(s), RAYMOND ROSEEN and MARGARET ROSEEN, by their attorneys, WEITZ & LUXENBERG, P.C., for their **verified complaint** respectfully alleges:

        2.     Defendant BELL & GOSSETT COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

        3.     Defendant BELL & GOSSETT COMPANY, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

        4.     Defendant BUFFALO PUMPS, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

        5.     Defendant BUFFALO PUMPS, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

        6.     Defendant BYRON JACKSON PUMPS, was and still is a duly organized domestic corporation doing business in the State of New York.

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

7. Defendant BYRON JACKSON PUMPS, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

8. Defendant GARDNER DENVER, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

9. Defendant GARDNER DENVER, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

10. Defendant ITT INDUSTRIES INC., was and still is a duly organized domestic corporation doing business in the State of New York.

11. Defendant ITT INDUSTRIES INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

12. Defendant VIAD CORP., as successor in interest to GRISCOM RUSSEL CO., was and still is a duly organized domestic corporation doing business in the State of New York.

13. Defendant VIAD CORP., as successor in interest to GRISCOM RUSSEL CO., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

14. Defendant WARREN PUMPS, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

15. Defendant WARREN PUMPS, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

Plaintiff(s), RAYMOND ROSEEN and MARGARET ROSEEN, repeats and realleges NYAL - WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 7 as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: *November 27, 2006*
    New York, New York

                         Yours, etc.,

                          WEITZ & LUXENBERG, P.C

                          Attorneys for Plaintiff(s)
                          180 Maiden Lane
                          New York, NY 10038
                          (212) 558-5500

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

STATE OF NEW YORK   )
                    ) SS:
COUNTY OF NEW YORK  )

The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

Deponent is an Associate of the firm WEITZ & LUXENBERG, P.C., Counsel for the plaintiff(s) in the within action; deponent has read the foregoing **summons and verified complaint** and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true. This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.

Dated: November 27, 2006
       New York, New York

_____
ERIK JACOBS

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

## DEFENDANTS' RIDER

**A.O. SMITH WATER PRODUCTS CO.**
11270 West Park Place
Milwaukee, WI 11270

**A.W. CHESTERTON COMPANY**
Joseph E. Riley
225 Fallon Road
Stoneham, MA 02180

**AMCHEM PRODUCTS, INC.,**
   n/k/a RHONE POULENC AG COMPANY,
   n/k/a BAYER CROPSCIENCE INC.
41 State Street
Albany, NY 11207

**AMERICAN STANDARD, INC.**
Michele Corcoran, New Filings Manager
c/o PACE
1009 Lenox Drive, Bldg 4 Suite 101
Lawrenceville, NJ 08648

**ANCHOR PACKING COMPANY**
CT Corporation System
1635 Market Street
Philadelphia, PA 19103

**BELL & GOSSETT COMPANY**
8200 North Austin Avenue
Morton Grove, IL 60053

**BMCE INC.,**
   f/k/a UNITED CENTRIFUGAL PUMP
Weiner Lesniak LLP
Anna M. DiLonardo
888 Veterans Memorial Highway
Hauppague, NY 11788

**BUFFALO PUMPS, INC.**
874 OLIVER STREET
N. TONAWANDA, NY 14120

**BURNHAM, LLC,**
   as successor to BURNHAM CORPORATION
1239 Harrisburg Pike
Lancaster, PA 17603

**BYRON JACKSON PUMPS**
5215 N. O'Conner Boulevard
Suite 2300
Irving, TX 75039

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

CBS CORPORATION, a Delaware Corporation,
  f/k/a VIACOM INC. successor by merger to CBS
  CORPORATION, a Pennsylvania Corporation,
  f/k/a WESTINGHOUSE ELECTRIC CORPORATION
Asbestos Litigation Support Manager
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Case Management & Technology Center
USX Towers
600 Grant Street
Pittsburgh, PA 15219

CERTAIN TEED CORPORATION
CT Corporation System
111 8th Avenue
New York, NY 10011

CLEAVER BROOKS COMPANY, INC.
11950 West Park Place
Milwaukee, WI 11270

CRANE CO.
100 First Stamford Place
Stamford, CT 06902

DB RILEY, INC.
CT Corporation System
111 8th Avenue
New York, NY 10011

DURABLA MANUFACTURING COMPANY
CLEMENTE, MUELLER & TOBIA, P.A.
218 Ridgedale Avenue
P.O. Box 1296
Morristown, NJ 07962

EMPIRE-ACE INSULATION MFG. CORP.
c/o THE SECRETARY OF STATE
41 State Street
Albany, NY 12207

FULTON BOILER WORKS, INC.
972 Centerville Road
Pulaski, NY 13142

GARDNER DENVER, INC.
1800 Gardner Expressway
Quincy, IL 62301

GARLOCK SEALING TECHNOLOGIES LLC,
  f/k/a GARLOCK INC.
CT Corporation System
111 8th Avenue
New York, NY 10011

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

**GENERAL MOTORS CORPORATION**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**GOODYEAR CANADA, INC.**
450 Kipling Avenue
Atobicoke, Ontario CANADA M8ZSE1

**GOODYEAR TIRE AND RUBBER COMPANY**
Corporation Service Company
1133 Avenue of the Americas
Suite 3100
New York, NY 10036

**GOULDS PUMPS, INC.**
240 Fall Street
Seneca Falls, NY 13148

**INGERSOLL-RAND COMPANY**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**ITT INDUSTRIES INC.**
CT Corporation System
111 8th Avenue
New York, NY 10011

**J.H. FRANCE REFRACTORIES COMPANY**
SPECIAL CLAIMS SERVICES, INC.
809 Coshocton Avenue
Suite 1
Mount Vernon, OH 43050-1931

**KEELER-DORR-OLIVER BOILER COMPANY**
Wayne A. Marvel, Esq.
Maron & Marvel
1300 North Broom Street
Wilmington, DE 19806-4206

**KENTILE FLOORS, INC.**
G & K Consultants
4 Rita Street
Syossett, NY 11791

**KOHLER CO.**
HOAGLAND, LONGO, MORAN, DUNST, & DOUKAS, LLP
Marc S. Gaffrey, Esq.
40 Patterson Street
New Brunswick, NJ 08903

LAW OFFICES OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

**OAKFABCO, INC.**
705 McKnight Park Drive
Pittsburgh, PA

**O'CONNOR CONSTRUCTORS, INC.,**
    f/k/a THOMAS O'CONNOR & CONNOR & CO., INC.
c/o THE SECRETARY OF STATE
41 State Street
Albany, NY 12207

**OWENS-ILLINOIS, INC.**
One Seagate
Toledo, OH 43666

**PATTERSON PUMP COMPANY**
9201 Ayersville Road
Toccoa, GA 30577-9033

**PEERLESS INDUSTRIES, INC.**
Weiner Lesniak LLP
Anna M. DiLonardo
888 Veterans Memorial Highway
Hauppague, NY 11788

**RAPID-AMERICAN CORPORATION**
2711 Centerville Road
Wilmington, DE 19808

**U.S. RUBBER COMPANY (UNIROYAL)**
c/o Frank Degrim, Esq.
GREENFIELD, STEIN & SENOIR
600 Third Avenue, 11th Floor
New York, NY 10016-1903

**UNION CARBIDE CORPORATION**
CT Corporation Systems
111 8th Avenue
New York, NY 10019

**VIAD CORP., as successor in interest to**
    **GRISCOM RUSSEL CO.**
1850 North Central Avenue, Viad Tower
Phoenix, AZ 85077

**WARREN PUMPS, INC.**
82 Bridges Avenue
Warren, MA 01083

**WEIL-MCLAIN,**
    a division of THE MARLEY COMPANY
500 Blaine Street
Michigan City, IN 46360

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

**YORK INDUSTRIES CORP.**
c/o John Ronca, Jr., Esq.
RONCA, MCDONALD & HANLEY
5 Regent Street, Suite 517
Livingston, NJ 07039

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

Index No.: 117648-06

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

RAYMOND ROSEEN and MARGARET ROSEEN,

                          Plaintiff(s),

-against-

A.O. SMITH WATER PRODUCTS CO., et. al.,

                          Defendants.

## SUMMONS and COMPLAINT

**WEITZ & LUXENBERG, P.C.**
Attorneys for PLAINTIFFS
180 Maiden Lane
New York, NY 10038
212-558-5500

To
Attorney(s) for

Service of a copy of the within
       is hereby admitted.
Dated, November 27, 2006

Attorney(s) for