## U.S. District Court
### Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:12-cv-02089-SAS

| | |
|---|---|
| Roseen v. Roseen et al | Date Filed: 03/21/2012 |
| Assigned to: Judge Shira A. Scheindlin | Jury Demand: None |
| Case in other court: State Court-Supreme, 117648-06 | Nature of Suit: 368 P.I. : Asbestos |
| Cause: 28:1441 Notice of Removal | Jurisdiction: Federal Question |

**Plaintiff**

**Margaret Roseen**
*as Administratrix for the Estate of*
*Raymond Roseen*

**Plaintiff**

**Margaret Roseen**
*Individually*

V.

**Defendant**

**A.O. Smith Water Products Co. et al**  represented by  **Francis Allen Montbach**
Mound Cotton Wollan & Greengrass (NYC)
One Battery Park Plaza
9th Floor
New York, NY 10004
212-804-4229
Fax: 212-344-8066
Email: FMontbach@Moundcotton.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Viad Corp.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2012 | 1 | NOTICE OF REMOVAL from Supreme, County of New York. Case Number: 117648-06. (Filing Fee $ 350.00, Receipt Number 1033246).Document filed by A.O. Smith Water Products Co. et al.(mro) (Entered: 03/26/2012) |
| 03/21/2012 | | Magistrate Judge Michael H. Dolinger is so designated. (mro) (Entered: 03/26/2012) |
| 03/21/2012 | | Case Designated ECF. (mro) (Entered: 03/26/2012) |

| 03/27/2012 | 2 | DECLARATION of Francis A. Montbach in Support re: 1 Notice of Removal. Document filed by Viad Corp.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Montbach, Francis) (Entered: 03/27/2012) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/02/2012 11:47:14 | | | |
| **PACER Login:** | mc1641 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:12-cv-02089-SAS |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |