# MOUND COTTON WOLLAN & GREENGRASS

COUNSELLORS AT LAW

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1486

(212) 804-4200
FAX (212) 344-8066
WWW.MOUNDCOTTON.COM

NEW YORK, NY
NEWARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL

**WRITER'S DIRECT DIAL**
212-804-4229
fmontbach@moundcotton.com

April 2, 2012

**VIA ECF FILING**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255 - North Lobby
Washington, D.C. 20554

Re: In Re: Asbestos Product Liability Litigation (No. VI) / MDL Docket No. 875

**Margaret Roseen v. A.O. Smith Water Products Co., et. al.**
Our Client: Viad Corp
New York County Supreme Court Case No. 117648-06
United States District Court for the Southern District of New York
Case No: 12 Civ. 02089-(SAS)(MHD)
Our File: 2210.130

Dear Clerk of the Panel:

Enclosed for filing is the original of Defendant Viad Corp's Notice of Potential Tag-Along with a courtesy copy of the underlying complaint in this matter. We enclose also a copy of the Southern District Docket Sheet.

Please contact me if you have any questions regarding this matter.

Respectfully yours,

MOUND COTTON WOLLAN & GREENGRASS

By _____
Francis A. Montbach

FAM:mk
Enclosures