CERTIFICATE OF CM/ECF SERVICE

I hereby certify that I electronically filed with the Clerk of the Judicial Panel MDL using the CM/ECF system on April 2, 2012, the following document(s).

NOTICE OF TAG-ALONG ACTION;

DOCKET; and

COMPLAINT

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated this 2nd day of April, 2012.

                                             */s/ Sherry De La Torre*
                                             Sherry De La Torre

*Virginia Turner, et al. v. General Electric Company, et al.*
U.S. District Court, Northern District of California, Case No. 3:12-cv-01600-EMC

**BRAYTON❖PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

CERTIFICATE OF SERVICE