TUCKER ELLIS LLP
DANIEL J. KELLY SBN 145088
daniel.kelly@tuckerellis.com
135 Main Street, Suite 700
San Francisco, CA 94105
Tel: 415. 617.2400
Facsimile: 415.617.2409

TUCKER ELLIS LLP
JOHN K. SON SBN 238516
john.son@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409

Attorneys for Defendant
NORTHROP GRUMMAN SYSTEMS CORPORATION

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# AND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL 875 |
| NORVIN SUNDEEN,<br>Plaintiff,<br>v.<br>B.F. GOODRICH COMPANY, et al.,<br>Defendants. | (N.D. Cal.) Case No. 3:12-cv-01578 JCS<br>**DEFENDANT NORTHROP GRUMMAN SYSTEMS CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION**<br>**Multi-District Rule 7.5(e)** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to

U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 1991 filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

On December 13, 2011, the Judicial Panel on Multidistrict Litigation entered an order adopting the "Suggestion to the Panel on Multidistrict Litigation('The Panel') Concerning Future Tag-Along Transfers," issued on November 23, 2011, by the Honorable Eduardo C. Robreno. Pursuant to the order, cases filed in the Northern District of California are still to be transferred as "tag-along: actions to the MDL Docket No. 875.

The undersigned hereby notifies the court that this is a Northern District of California, potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either: (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

DATED: April 3, 2012                          TUCKER ELLIS LLP


By: /s/____Daniel J. Kelly_____
    Daniel J. Kelly
    Attorneys for Defendant
    NORTHROP GRUMMAN SYSTEMS
    CORPORATION

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 135 Main Street, Suite 700, San Francisco, California 94105.

On April 3, 2012, the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

*DEFENDANT NORTHROP GRUMMAN SYSTEMS CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION*

The Notice of Electronic Case Filing Automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Northern District of California who have consented to electronic service shall constitute service of the filed document to all such parties. Parties who have not consented to electronic service are entitled to receive a paper copy of any electronically filed pleading or other document. Any such parties will be served by regular mail.

Executed on April 3, 2012 at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of the District Court for the Northern District of California and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

| Robin Hale | /s/ Robin Hale |
|---|---|
| (Type or print name) | (Signature) |

CERTIFICATE OF SERVICE

SFOiManage\012433.000115 249710.1