## SCHEDULE

| Div. | C.A.# | Judge | Case Caption |
|---|---|---|---|
| Northern District of California | | | |
| 1. | CV 12 1578 | Hon. Joseph C. Spero | Norvin Sundeen v. B.F. Goodrich Company, et al. |