TUCKER ELLIS LLP
DANIEL J. KELLY SBN 145088
daniel.kelly@tuckerellis.com
135 Main Street, Suite 700
San Francisco, CA 94105
Tel: 415.617.2400
Facsimile: 415.617.2409

TUCKER ELLIS LLP
JOHN K. SON SBN 238516
john.son@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409

Attorneys for Defendant
NORTHROP GRUMMAN SYSTEMS CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORVIN SUNDEEN,<br><br>  Plaintiff,<br><br>  v.<br><br>B.F. GOODRICH COMPANY, et al.,<br><br>  Defendants. | Case No. CV121578 JCS<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ.R. 5(b). I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis & West LLP, 135 Main Street, Suite 700, San Francisco, California 94105.

On March 30, 2012, the following documents were served by mail upon all parties in this matter (see attached Service List):

1. NOTICE OF REMOVAL BY NORTHROP GRUMMAN SYSTEMS CORPORATION;

2. DEFENDANT NORTHROP GRUMMAN SYSTEMS CORPORATION'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES;

3. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

4. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL (FORM);

5. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (FORM);

6. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE (FORM)

7. NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

I declare under penalty of perjury that I am employed in the office of a member of the bar of the District Court for the Northern District of California and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on April 2, 2012, at San Francisco, California.

Robin A. Hale                                    *Robin A. Hale*

(Type or print name)                             (Signature)

## SERVICE LIST

| | |
|---|---|
| Marc I. Willick SBN 175379<br>NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES LLP<br>2361 Rosecrans Avenue, Suite 450<br>El Segundo, CA 90245<br>Tel: 310.536.1040<br>Fax: 310.496.0256<br>Email: mwillick@napolibern.com | **Attorneys for Plaintiff**<br>**NORVIN SUNDEEN** |
| Mark A. Love SBN 162028<br>Aaron Costa SBN 209621<br>SELMAN BREITMAN LLP<br>33 New Montgomery, Sixth Floor<br>San Francisco, CA 94105<br>Tel: 415.979.0400<br>Fax: 415.979.2099<br>Email: mlove@selmanbreitman.com<br>Email: acosta@selmanbreitman.com | **Attorneys for Defendant**<br>**THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA, erroneously sued herein as MANNY MOE & JACK OF CALIFORNIA** |
| Lisa L. Oberg SBN 120139<br>Jennifer J. Lee SBN 203774<br>McKENNA LONG & ALDRIDGE LLP<br>101 California Street, 41st Floor<br>San Francisco, CA 94111<br>Tel: 415.267.4000<br>Fax: 415.267.4198<br>Email: loberg@mckennalong.com<br>Email: jelee@mckennalong.com | **Attorneys for Defendant**<br>**MAREMONT CORPORATION** |
| Robert E. Boone III<br>James C. Pettis<br>BRYAN CAVE LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401-2386<br>Tel: 310.576.2100<br>Fax: 310.576.2200 | **Attorneys for Defendant**<br>**THE BOEING COMPANY** |
| Ronald A. McIntire<br>Bo W. Kim<br>PERKINS COIE LLP<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067-1721<br>Tel: 310.788.9900<br>Fax: 310.843.1284 | **Attorneys for Defendant**<br>**THE BOEING COMPANY** |

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco