**SERVICE LIST**

| | |
|---|---|
| Marc I. Willick SBN 175379<br>NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES LLP<br>2361 Rosecrans Avenue, Suite 450<br>El Segundo, CA 90245<br>Tel:  310.536.1040<br>Fax:  310.496.0256<br>Email: mwillick@napolibern.com | *Attorneys for Plaintiff*<br>**NORVIN SUNDEEN** |
| Mark A. Love SBN 162028<br>Aaron Costa SBN 209621<br>SELMAN BREITMAN LLP<br>33 New Montgomery, Sixth Floor<br>San Francisco, CA 94105<br>Tel:  415.979.0400<br>Fax:  415.979.2099<br>Email: mlove@selmanbreitman.com<br>Email: acosta@selmanbreitman.com | *Attorneys for Defendant*<br>**THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA, erroneously sued herein as MANNY MOE & JACK OF CALIFORNIA** |
| Lisa L. Oberg SBN 120139<br>Jennifer J. Lee SBN 203774<br>McKENNA LONG & ALDRIDGE LLP<br>101 California Street, 41st Floor<br>San Francisco, CA 94111<br>Tel:  415.267.4000<br>Fax:  415.267.4198<br>Email: loberg@mckennalong.com<br>Email: jelee@mckennalong.com | *Attorneys for Defendant*<br>**MAREMONT CORPORATION** |
| Robert E. Boone III<br>James C. Pettis<br>BRYAN CAVE LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401-2386<br>Tel:  310.576.2100<br>Fax:  310.576.2200 | *Attorneys for Defendant*<br>*THE BOEING COMPANY* |
| Ronald A. McIntire<br>Bo W. Kim<br>PERKINS COIE LLP<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067-1721<br>Tel:  310.788.9900<br>Fax:  310.843.1284 | *Attorneys for Defendant*<br>*THE BOEING COMPANY* |

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco