IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| | : | Transferred from the Middle |
| ELLISON | : | District of Alabama |
| | : | |
| v. | : | |
| | : | |
| BAYER CROPSCIENCE, INC. et al. | : | E.D. PA No. 2:09-cv-90809 |

### SECOND SUGGESTION OF REMAND

**AND NOW,** this **3rd** day of **April, 2012,** it is hereby

**ORDERED** that this Second Suggestion of Remand be forwarded to the

Judicial Panel on Multidistrict Litigation.

It is further **ORDERED** that the MDL-875 Court recommend

the remand of the punitive damages claims in this case to the

Middle District of Alabama.[1]

_____

[1]     The policy of the MDL-875 Court is to sever punitive
damages from each case that gets remanded, and to retain such
punitive damages claims to be resolved at a future date. (See
Suggestion of Remand, doc. no. 125, at n.1). However, under
Alabama law, which appears to be an anomaly among the states,
"compensatory damages are not available under Alabama's Wrongful
Death Act, which allows an award of punitive damages only." City
of Tarrant v. Jefferson, 682 So.2d 29, 30 (Ala. 1996) (citing
Atkins v. Lee, 603 So.2d 937 (Ala. 1992)).

        In the present case, which, apart from punitive damages
claims, has already been remanded to the Middle District of
Alabama, the parties have informed the MDL-875 Court that there
is only one remaining defendant, and that a wrongful death claim
is still pending against the defendant. As stated above, the only
damages available under Alabama's wrongful death statute are
punitive damages. A remand severing the punitive damages claims
in this case has resulted in this case remaining in a state of
limbo, with the parties being willing though unable to proceed to

**AND IT IS SO SUGGESTED.**

_____

EDUARDO C. ROBRENO, J.

---

trial in the Middle District of Alabama because the punitive
damages claims remain in the MDL-875 Court.

The MDL-875 Court believes that an exception to the
general rule of maintaining punitive damages claims is warranted
in this unique situation, to promote efficient administration of
the law and in the interests of justice.