UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
    Ellison v. Bayer CropScience, Inc., et al.,            )
        E.D. Pennsylvania, C.A. No. 2:09-90809            )            MDL No. 875
        (M.D. Alabama, C.A. No. 2:09-00565)               )


## CONDITIONAL REMAND ORDER

In a prior conditional remand order, the Panel remanded all claims in the action on this conditional remand order (*Ellison*), except for punitive or exemplary damages claims severed and retained by the transferee court, to the Middle District of Alabama.

The transferee court has now advised the Panel that coordinated or consolidated pretrial proceedings with respect to the severed damages claims have been completed and that remand of those remaining damages claims to the transferor court, as provided by 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that all remaining claims in *Ellison* be remanded to the Middle District of Alabama.

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.


                    FOR THE PANEL:

                    _____
                    Jeffery N. Lüthi
                    Clerk of the Panel