BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No.VI)<br><br>This Document Relates to:<br><br>JOHN E. ANDREWS, SR.,<br>    Plaintiff,<br>v.<br>A.O. SMITH WATER PRODUCTS, et al.<br>    Defendants. | MDL No. 875<br><br><br><br><br>Case No. 12-CV-2605<br>In the United States District Court<br>For the Southern District of New York |

**DEFENDANT LOCKHEED MARTIN CORPORATION'S NOTICE OF POTENTIAL TAG ALONG ACTION PURSUANT TO J.P.M.L. RULE 7.1(a)**

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to J.P.M.L. Rule 7.1(a), counsel hereby notifies the Panel and all counsel that the action entitled *John E. Andrews, Sr. v. A.O. Smith Water Products, et al.*, Case No. 12-CV-2605, currently pending in the U.S. District Court, Southern District of New York, may be a potential tag-along action in *In Re: Asbestos Product Liability Litigation* (No. VI) MDL No. 875. Pursuant to the Panel's "Order Adopting Suggestion To The Panel Concerning Future Tag-Along Transfers," dated December 13, 2011, potential tag-along actions in the Southern District

1

of New York continue to be transferred to MDL 875. *See In re Asbestos Prods. Liab. Litig.*, 2011 WL 6355308, at n.1 and *3 (J.P.M.L. Dec. 13, 2011). A true and correct copy of Plaintiff's Complaint, originally filed in the Supreme Court of the State of New York, County of New York, is attached hereto.

Dated: Hauppauge, New York
April 4, 2012

Respectfully submitted,

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

By: *Arthur D. Bromberg*

Arthur D. Bromberg (2930)
888 Veterans Memorial Highway
Suite 540
Hauppauge, New York 11788
(631) 232-6130

TO: LAW OFFICES OF BELLUCK & FOX, L.L.P.,
Attorneys for Plaintiffs

SEE ANNEXED SERVICE LIST