<u>CERTIFICATE OF SERVICE</u>

STATE OF NEW YORK  )
                   :ss.
COUNTY OF SUFFOLK  )

      **SUSAN R. CANTWELL**, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Greenlawn, New York.

      That on the 5th day of April, 2012, deponent served the within **Notice of Potential Tag Along Action Pursuant to JPML Rule 7.1(a)** upon:

**LAW OFFICES OF BELLUCK & FOX, L.L.P.**
**Attorneys for Plaintiffs**
546 Fifth Avenue, 4th Floor
New York, New York 10036

the attorney(s) for the respective parties in this action, at the above address(es) designed by said attorney(s) for that purposes by deposing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                            */s/ Susan R. Cantwell*
                                            Susan R. Cantwell

Sworn to before me on this
5th day of April, 2012

*/s/ Christine E Lanzer*
Notary Public

**CHRISTINE E LANZER**
**Notary Public, State of New York**
No. 01LA6253133
Qualified in Nassau County
Commission Expires December 19, 20_15_

CERTIFICATE OF SERVICE

STATE OF NEW YORK  )
                   :ss.
COUNTY OF SUFFOLK  )

      **SUSAN R. CANTWELL**, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Greenlawn, New York.

      That on the 5th day of April, 2012, deponent served the within **Notice of Potential Tag Along Action Pursuant to JPML Rule 7.1(a)**

**SEE ANNEXED SERVICE LIST**

the attorney(s) for the respective parties in this action, via electronic mail at the address(es) designed by said attorney(s) for that purpose.

*/s/ Susan R. Cantwell*
Susan R. Cantwell

Sworn to before me on this
5th day of April, 2012

*/s/ Christine E. Lanzer*
Notary Public

CHRISTINE E LANZER
Notary Public, State of New York
No. 01LA6253133
Qualified in Nassau County
Commission Expires December 19, 2015

Cynthia Weiss Antonucci, Esq.
Harris Beach LLP
100 Wall Street
New York, NY 10005
cantonucci@harrisbeach.com
Attorney for: Kentile Floors, Inc., Xerox, Square D, Bird Inc.,
Lincoln Plumbing & Heating, Cummins Engine, Paccar Inc.
Dake Co., Crane Pumps & Systems Inc., General Electric Co.

Lawrence A. Beckenstein, Esq.
320 East 65th Street
Apt. 619
New York, NY 10065
lab@beckensteinlaw.com
Attorney for: Rock Wool Manufacturing

Jeffrey S. Berkowitz, Esq.
Gibbons, PC
1 Pennsylvania Plaza - 37th Floor
New York, NY 10119
Attorney for: Attorneys for United States Steel Corporation and
United States Steel International, Inc.

William J. Bradley, Esq.
Malaby & Bradley LLC
150 Broadway
Suite 1311
New York, NY 10038
wbradley@mblaw.net
Attorney for: Aurora, CBS Corp., Westinghouse Electrical
Corp., (Viacom Inc.) Weil McLain, Morse Diesel Construction
Co. Inc., Cleaver Brooks, Forster Wheler LLC., Foster Wheeler
Engery Corp., Aqua-Chem, The Marley Co., Warren Pumps,
Reynolds Metals Company, Alcoa

Lisa Conte, Esq.
Cerussi & Spring
One North Lexington Avenue
White Plains, NY 10601-1700
lconte@cerussilaw.com
Attorney for: 3M

Jennifer Darger, Esq.
Darger Errante Yavitz & Blau LLP
116 East 27th Street
12th Floor
New York, NY 10016
jdarger@deybllp.com
Attorney for: Lennox Industries, American Crane & Equipment Corp., The Lincoln Electric Co., Hobart Brothers Co., Eutecic Corp.

Scott R. Emery, Esq.
Lynch Daskal Emery LLP
264 West 40th Street
New York, NY 10018
emery@lawlynch.com
Attorney for: Georgia-Pacific Corp.

John J. Fanning, Esq.
Cullen & Dykman
177 Montague Street
Brooklyn, NY 11201
jfanning@cullenanddykman.com
Attorney for: Burnham LLC as successor to Burnham Corp., Elof Hansson Inc., Goulds Pumps Inc., Mario & DiBono Plastering Co. Inc., Spence Engineering Company Inc., Leslie Controls Inc., Hoke Inc., Alpha Wire Co.

Marc S. Gaffrey, Esq.
Hoagland, Longo, Moran, Dunst & Doukas
40 Paterson Street
P.O. Box 480
New Brunswick, NJ 08903
mgaffrey@hoaglandlongo.com
Attorney for: York International, Thermo-Electric Co., Inc., Kohler Co., 84 Lumber Corporation

Salvatore G Gangemi, Esq.
Gangemi Law Firm, P.C.
700 White Plains Road
Suite 223
Scarsdale, NY 10583
sgangemi@gangemilaw.com
Attorney for: AMEC Construction Management, Inc.

Chris Gannon, Esq.
Segal, McCambridge, Singer & Mahoney
850 Third Avenue, Suite 1100
New York, NY 10022
CGANNON@SMSM.COM
Attorney for: 195 Property Assoc., Germanetti Olympia & York Operating Corp., H.B. Fuller, Port Authority, Anchor Packing Co. Inc., Cummins Engine Co. Inc, Garlock Sealing Technologies LLP F/K/A Garlock Inc., Zurn Industries, Alcoa, Inc., Paterson Pump, Hercules Chemical Co., Inc. and The Nash Engineering Co., Cummins Inc., Greene Tweed & Co., BW/IP, Garlock, Anchor, Byron Jackson

Philip Goldstein, Esq.
McGuire Woods
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105
pgoldstein@mcguirewoods.com
Attorney for: American Standard Inc., Westinghouse Air Brake Company, I.T.T. Industries (Bell & Gossett)

Amiel Gross, Esq.
Sonnenschein, Nath & Rosenthal
1221 Avenue of the Americas
New York, NY 10020
agross@sonnenschein.com
Attorney for: Rapid American Corporation and Kaiser

Suzanne M. Halbardier, Esq.
Barry, McTiernan & Moore
2 Rector Street
14th Floor
New York, NY 10006
shalbardier@bmmfirm.com
Attorney for: Fulton Boilers Works, John Crane, Utice Boilers, Bell Asbestos Mines, Asbestos Corp., LTD., Atlas Turner, General Refractories Co.

Laura Hollman, Esq.
McGivney, Kluger & Gannon PC
80 Broad Street, 23rd Floor
New York, NY 10004-2205
lhollman@mcgivneyandkluger.com
Attorney for: Eastern Refractories Co. Inc., Tishman Realty, Construction Co. Inc. (TRCC), Treadwell, Courter

John J. Kot, Esq.
Waters, McPherson & McNeil
300 Lighting Way
PO Box 1560
Secaucus, NJ 07096
jkot@lawwmm.com
Attorney for: Riley Stoker (DB Riley, Inc.), Riley Stoker Corp.,
Riley Stoker Corp. f/k/a Sanford Riley Stoker Co.

Nancy McDonald, Esq.
McElroy Deutsch Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
nmcdonald@mdmc-law.com
Attorney for: A.O. Smith Water Products Co., Cutler Hammer,
Durez Corp. and Oxy, Inc.

Richard L. Mendelsohn, Esq.
London Fischer, LLP
59 Maiden Lane, 41st Floor
New York, NY 10038
Attorney for: Attorneys for Alfa Laval, Inc.

William F. Mueller, Esq.
Clemente, Mueller & Tobia, P.A.
218 Ridgedale Avenue
Morristown, NJ 07961
wmueller@cm-legal.com
Attorney for: Durabla Manufacturing Company and Key Span
(Long Island Lighting)

Richard P. O'Leary, Esq.
McCarter & English, LLP
245 Park Avenue
27th Floor
New York, NY 10167
roleary@mccarter.com
Attorney for: Parker- Hannifin Corp., Building Materials, GI
Holdings, EIS Brake Parts Standard Motor Products Inc.,
Lightolier, Inc., American Optical

Lisa M. Pascarella, Esq.
Pehlivanian, Braaten & Pascarella, LLC
2430 Route 24
Manasquan, NJ 08736
lp@pehli.com
Attorney for: Ingersol-Rand Co.; American Standard;
Westinghouse Airbrake

Justin B. Perri, Esq.
Steptoe & Johnson
750 Seventh Avenue
New York, NY 10019
Attorney for: Attorneys for Metropolitan Life Insurance Company

Alexandra Reimer, Esq.
London Fischer, LLP
59 Maiden Street - 41st Floor
New York, NY 10038
areimer@londonfischer.com
Attorney for: Forest Electric Corp.

Paul A. Scrudato, Esq.
Schiff Hardin LLP
666 Fifth Avenue
17th Floor
New York, NY 10103
pscrudato@schiffhardin.com
Attorney for: Owens- Illinois, Inc.

David Steinman, Esq.
800 North Brand Boulevard
Glendale, CA 91203
Attorney for: Nestle USA, Inc.

Michael A. Tanenbaum, Esq.
Sedgwick LLP
Three Gateway Center
12th Floor
Newark, NJ 07102-5311
michael.tanenbaum@sdma.com
Attorney for: General Electric Co., Asbeka Isuzu

William E. Vita, Esq.
Westerman Ball Ederer Miller & Sharfstein, LLP
1201 RXR Plaza
Uniondale, NY  11556
Attorney for:  Hollingsworth & Vose Company