UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WILLIS and VIOLA WILLIS,<br><br>                    Plaintiffs,<br><br>vs.<br><br>BUFFALO PUMPS, INC.; BW/IP, INC. (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO BYRON JACKSON PUMP DIVISION); CARRIER CORPORATION; CBS CORPORATION (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WESTINGHOUSE ELECTRIC CORPORATION); COPES-VULCAN, INC.; CRANE CO.; DEZURIK, INC. (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO SPX VALVES & CONTROLS); EATON ELECTRICAL, INC. (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO CUTLER HAMMER); ELLIOT TURBOMACHINERY COMPANY; FLOWSERVE CORPORATION (A/K/A BW/IP, INC. AND AS SUCCESOR-IN-INTEREST TO BYRON JACKSON PUMPS); FOSTER WHEELER ENERGY CORPORATION; GENERAL ELECTRIC COMPANY; IMO INDUSTRIES, INC. (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO DE LAVAL STEAM TURBINE, INC.); J.T. THORPE AND SON, INC.; HOBART BROTHERS COMPANY; INGERSOLL-RAND COMPANY; JOHN CRANE, INC.; THE LINCOLN ELECTRIC COMPANY; M. SLAYEN & ASSOCIATES; METALCLAD INSULATION CORPORATION; METROPOLITAN LIFE INSURANCE | U.S.D.C. Case No. 3:12-cv-00819-AJN-JMA<br><br>San Diego Superior Court Case No. 37-2012-00092027-CU-AS-CTL |

BRYDON
HUGO & PARKER
135 MAIN STREET
20ᵀᴴ FLOOR
San Francisco, CA 94105

1

NOTICE OF POTENTIAL TAG ALONG ACTION BY DEFENDANT FOSTER WHEELER ENERGY CORPORATION

| |
|---|
| COMPANY; MUELLER STEAM SPECIALTY, INC.; NASH ENGINEERING COMPANY; PEERLESS INDUSTRIES, INC. (D/B/A PEERLESS HEATER COMPANY); PNEUMO-ABEX CORPORATION; VIAD CORP., (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO GRISCOM-RUSSELL); SID CARPENTER MARINE; VIKING PUMP, INC.; WARREN PUMPS, LLC; YARWAY CORPORATION; and DOES 1-500 INCLUSIVE, <br><br> Defendants. |

## NOTICE OF POTENTIAL TAG ALONG ACTION BY DEFENDANT FOSTER WHEELER ENERGY CORPORATION

**TO THE CLERK OF THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:**

1. On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is aslo named or in which that counsel appears.

2. The undersigned hereby notifies the court that the state court action that has now been removed to federal court (a copy of the original state court complaint is provided herewith as an attachment to this filing) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Defendant FOSTER WHEELER ENERGY CORPORATION ("Foster Wheeler") is providing written notice of this Notice of Potential Tag-Along Action to all adverse parties. Foster Wheeler reserves the right to amend or supplement this Notice of Potential Tag-Along Action.

Date:  April 5, 2012

BRYDON HUGO & PARKER

By: *(signature)*

Edward R. Hugo [Bar No. 124839]
Karleen F. Murphy [Bar No. 197245]
Shaghig D. Agopian [Bar No. 237947]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone:  (415) 808-0300
Facsimile:  (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION