UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WILLIS and VIOLA WILLIS,<br><br>Plaintiffs,<br>vs.<br><br>BUFFALO PUMPS, INC.; BW/IP, INC. (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO BYRON JACKSON PUMP DIVISION); CARRIER CORPORATION; CBS CORPORATION (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WESTINGHOUSE ELECTRIC CORPORATION); COPES-VULCAN, INC.; CRANE CO.; DEZURIK, INC. (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO SPX VALVES & CONTROLS); EATON ELECTRICAL, INC. (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO CUTLER HAMMER); ELLIOT TURBOMACHINERY COMPANY; FLOWSERVE CORPORATION (A/K/A BW/IP, INC. AND AS SUCCESOR-IN-INTEREST TO BYRON JACKSON PUMPS); FOSTER WHEELER ENERGY CORPORATION; GENERAL ELECTRIC COMPANY; IMO INDUSTRIES, INC. (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO DE LAVAL STEAM TURBINE, INC.); J.T. THORPE AND SON, INC.; HOBART BROTHERS COMPANY; INGERSOLL-RAND COMPANY; JOHN CRANE, INC.; THE LINCOLN ELECTRIC COMPANY; M. SLAYEN & ASSOCIATES; METALCLAD INSULATION CORPORATION; METROPOLITAN LIFE INSURANCE | U.S.D.C. Case No.3:12-cv-00819-AJB-JMA<br><br>San Diego Superior Court Case No. 37-2012-00092027-CU-AS-CTL |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1
SCHEDULE OF ACTIONS

COMPANY; MUELLER STEAM SPECIALTY, INC.; NASH ENGINEERING COMPANY; PEERLESS INDUSTRIES, INC. (D/B/A PEERLESS HEATER COMPANY); PNEUMO-ABEX CORPORATION; VIAD CORP., (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO GRISCOM-RUSSELL); SID CARPENTER MARINE; VIKING PUMP, INC.; WARREN PUMPS, LLC; YARWAY CORPORATION; and DOES 1-500 INCLUSIVE,

Defendants.

## SCHEDULE OF ACTIONS

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. § 1442, Defendant FOSTER WHEELER ENERGY CORPORATION ("Foster Wheeler") hereby provides notice that Foster Wheeler currently have no related actions currently pending before the Judicial Panel of Multidistrict Litigation.

Date: April 5, 2012

BRYDON HUGO & PARKER

By: *[signature]*

Edward R. Hugo [Bar No. 124839]
Karleen F. Murphy [Bar No. 197245]
Shaghig D. Agopian [Bar No. 237947]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION