UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WILLIS and VIOLA WILLIS,<br><br>           Plaintiffs,<br>vs.<br><br>BUFFALO PUMPS, INC.; BW/IP, INC. (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO BYRON JACKSON PUMP DIVISION); CARRIER CORPORATION; CBS CORPORATION (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WESTINGHOUSE ELECTRIC CORPORATION); COPES-VULCAN, INC.; CRANE CO.; DEZURIK, INC. (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO SPX VALVES & CONTROLS); EATON ELECTRICAL, INC. (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO CUTLER HAMMER); ELLIOT TURBOMACHINERY COMPANY; FLOWSERVE CORPORATION (A/K/A BW/IP, INC. AND AS SUCCESOR-IN-INTEREST TO BYRON JACKSON PUMPS); FOSTER WHEELER ENERGY CORPORATION; GENERAL ELECTRIC COMPANY; IMO INDUSTRIES, INC. (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO DE LAVAL STEAM TURBINE, INC.); J.T. THORPE AND SON, INC.; HOBART BROTHERS COMPANY; INGERSOLL-RAND COMPANY; JOHN CRANE, INC.; THE LINCOLN ELECTRIC COMPANY; M. SLAYEN & ASSOCIATES; METALCLAD INSULATION CORPORATION; METROPOLITAN LIFE INSURANCE | U.S.D.C. Case No. 3:12-cv-00819-AJB-JMA<br><br><br>San Diego Superior Court Case No. 37-2012-00092027-CU-AS-CTL |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1
CERTIFICATE OF SERVICE

COMPANY; MUELLER STEAM SPECIALTY, INC.; NASH ENGINEERING COMPANY; PEERLESS INDUSTRIES, INC. (D/B/A PEERLESS HEATER COMPANY); PNEUMO-ABEX CORPORATION; VIAD CORP., (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO GRISCOM-RUSSELL); SID CARPENTER MARINE; VIKING PUMP, INC.; WARREN PUMPS, LLC; YARWAY CORPORATION; and DOES 1-500 INCLUSIVE,

        Defendants.

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On April 5, 2012, I served the following:

NOTICE OF POTENTIAL TAG-ALONG ACTION BY DEFENDANT FOSTER WHEELER ENERGY CORPORATION;

SCHEDULE OF ACTIONS;

U.S. DISTRICT COURT CALIFORNIA SOUTHERN DISTRICT CIVIL DOCKET FOR CASE NO. 3:12-00819-AJB-JMA and PLAINTIFFS DONALD WILLIS AND VIOLA WILLIS' SUMMONS AND COMPLAINT

    X    By transmitting via facsimile the document(s) listed above to the fax number(s) set forth for Plaintiffs' counsel below and known Defendants listed on the attached Service List on this date before 5:00 p.m.

**Attorneys for Plaintiffs Donald Willis and Viola Willis**
Marc I. Willick
Napoli, Bern, Ripka, Shkolnic & Associates, LLP
525 S. Douglas Street, Suite 260
El Segundo, CA 90245
Tel. (310) 536-1040
Fax (310) 736-2877

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2
CERTIFICATE OF SERVICE

I declare under penalty of perjury that the above is true and correct. Executed on April 5, 2012, at San Francisco, California.

*Wanda D. Claudio*
Wanda D. Claudio

Edward R. Hugo [Bar No. 124839]
Karleen F. Murphy [Bar No. 197245]
Shaghig D. Agopian [Bar No. 237947]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3

CERTIFICATE OF SERVICE

*Donald Willis, et al. v. Buffalo Pumps, Inc., et al.*
San Diego County Superior Court Case No. 37-2012-00092027-CU-AS-CTL

| | |
|---|---|
| **Selman Breitman LLP**<br>11766 Wilshire Blvd., 6th Fl.<br>Los Angeles, CA 90025<br>**Fax: (310) 473-2525**<br>*Attorneys for Defendant Dezurik Inc.* | **Walsworth, Franklin, Bevins & McCall, LLP**<br>One City Blvd. West, 5th Fl.<br>Orange, CA 92868<br>**Fax: (714) 634-0686**<br>*Attorneys for Defendant Elliott Company* |
| **Foley & Mansfield PLLP**<br>300 South Grand Ave., Ste. 2800<br>Los Angeles, CA 90071<br>**Fax: (213) 283-2101**<br>*Attorneys for Defendant Viad Corp.* | **Tucker Ellis & West LLP**<br>515 S. Flower St., 42nd Fl.<br>Los Angeles, CA 90071<br>**Fax: (213) 430-3409**<br>*Attorneys for Defendant Copes-Vulcan Inc.* |
| **Tucker Ellis & West LLP**<br>135 Main St., Ste. 700<br>San Francisco, CA 94105<br>**Fax: (415) 617-2409**<br>*Attorneys for Defendant Crane Co.* | **Morgan, Lewis & Bockius LLP**<br>300 S. Grand Ave., 22nd Fl.<br>Los Angeles, CA 90071<br>**Fax: (213) 612-2501**<br>*Attorneys for Defendant Yarway Corporation* |
| **Gordon & Rees LLP**<br>275 Battery St., #2000<br>San Francisco, CA 94111<br>**Fax: (415) 986-8054**<br>*Attorneys for Defendant Ingersoll-Rand Company* | **Rasmussen Law Firm**<br>6033 W. Century Blvd., Ste. 375<br>Los Angeles, CA 90045<br>**Fax: 310-641-2947**<br>*Attorneys for Defendant Hobart Brothers Company* |
| **Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP (LA)**<br>310 Golden Shore Pkwy, 4th Fl.<br>Long Beach, CA 90802<br>**Fax: (562) 495-0564** | **Howard Rome Martin & Ridley LLP**<br>1775 Woodside Road, Ste. 200<br>Redwood, CA 94061-3436<br>**Fax: (650) 364-5297**<br>*Attorneys for Defendant IMO Industries Inc.* |
| **Hawkins Parnell Thackston & Young LLP**<br>444 S. Flower St., Ste. 1100<br>Los Angeles, CA 90071<br>**Fax: (213) 486-8080**<br>*Attorneys for Defendant Viking Pump Inc.* | **Latham & Watkins LLP**<br>355 S. Grand Avenue<br>Los Angeles, CA 90071<br>**Fax: (213) 891-8763**<br>*Attorneys for Defendant Metalclad Insulation Corporation* |
| **Foley & Mansfield PLLP**<br>300 Lakeside Drive, Suite 1900<br>Oakland, CA 94612<br>**Fax: (510) 590-9595**<br>*Attorneys for Defendant Nash Engineering Company* | |