BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
MDL NO. 875

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                                     :
**MILTON FORDHAM and**                :
**EDNA FORDHAM,**                         :
                                                     :
        **Plaintiffs,**          :   **CIVIL ACTION NO.**
                                                     :   **12-cv-1145 (PAE)**
                                                     :
**VS.**                                              :
                                                     :
                                                     :
**ASBEKA INDIUSTRIES, Including**  :
**CBS CORPORATION, f/k/a Viacom, Inc.,**:
**Successor by merger to CBS Corporation,**:
**f/k/a Westinghouse Electric Corp.;**     :
**FOSTER WHEELER ENERGY**       :
**CORPORATION and GENERAL**   :
**ELECTRIC COMPANY,**               :
        **Defendants.**       :
_____:

**CERTIFICATION OF SERVICE**

I, Afigo Okpewho, hereby certify that on April 9, 2012, that true and correct copies of Defendants, CBS Corporation, Foster Wheeler Energy Corporation and General Electric Company's Memorandum of Law in Opposition to Plaintiffs' Motion to Vacate CTO-

492 and Certification of Service, were electronically filed with the Clerk of the United States Judicial Panel on Multidistrict Litigations.

 I further certify that true and correct copies thereof were served on plaintiffs' counsel, Kevin M. Berry, Esq., and all known defense counsel on April 9, 2012 via the Court's ECF system.

 I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**SEDGWICK LLP**

**By:** _____/S_____
  Afigo Okpewho
  Three Gateway Center - 12th Floor
  Newark, New Jersey 07102
  (973) 242-0002
  (973) 242-8099 - fax
  Afigo.okpewho@sedgwicklaw.com
  Counsel for Attorneys for Defendants CBS Corporation, Foster Wheeler Energy Corporation and General Electric Company