IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| LEET | : : : | Transferred from the District of Maine, 09-00007 |
| v. | : : | |
| AURORA PUMP COMPANY, et al. | : | E.D. PA No. 09-cv-65603 |

### O R D E R

**AND NOW,** this **10th** day of **April, 2012,** as the Plaintiffs in this case have resolved their claims against all parties, and have dismissed this action (see Doc. No. 60), it is hereby **ORDERED** that the Suggestion of Remand in this case (Doc. No. 58) be **VACATED.** It is further **ORDERED** that the Clerk's Office shall inform the Judicial Panel on Multidistrict Litigation of the vacating of the Suggestion of Remand.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.