

**Katten**
Katten Muchin Rosenman LLP

525 W. Monroe Street
Chicago, IL 60661-3693
312.902.5200 tel
312.902.1061 fax

KRISTIN J. ACHTERHOF
kristin.achterhof@kattenlaw.com
312.902.5296 direct
312.577.8996 fax

April 11, 2012

United States Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
North Lobby, Room G-255
Washington, DC 20002-8004

Attn: Jeffery N. Luthi, Panel Clerk

IN RE: **ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI), MDL DOCKET NO. MDL 875**

**LETTER OF WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL FOR W.R. GRACE CO. (MDL Document No. 8588)**

Dear Mr. Luthi:

The undersigned attorney, Kristin J. Achterhof, and the law firm of Katten Muchin Rosenman LLP, 525 West Monroe Street, Chicago, Illinois 60661-3693, respectfully withdraw their Motion to Withdraw as Counsel for W.R. Grace Co. (MDL Document No. 8588), which was inadvertently filed with this Court on March 30, 2012.

Respectfully submitted,

*/s/ Kristin J. Achterhof*

Kristin J. Achterhof

KJA:sc