UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)
    Donald Bell, et al. v. Arvin Meritor, Inc., et al.,    )
        N.D. California, C.A. No. 3:12-00131        )        MDL No. 875


**TRANSFER ORDER**


    **Before the Panel:**[*] Pursuant to Rule 7.1, plaintiffs in this action move to vacate our order conditionally transferring the action to MDL No. 875. Responding defendant Pneumo Abex LLC opposes the motion.

    In their motion to vacate, plaintiffs principally argue that the Panel should deny or defer transfer to permit the resolution of their motion for remand to state court. That argument is now moot, however, as the Northern District of California court denied remand on April 2, 2012.

    After considering all argument of counsel, we find that this action involves common questions of fact with actions previously transferred to MDL No. 875, and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Moreover, transfer is appropriate for the reasons set out in our original decision directing centralization of all pending federal court actions not then in trial sharing factual questions of injury or death allegedly caused by asbestos or asbestos containing products.[1] *See In re Asbestos Prods. Liab. Litig. (No. VI)*, 771 F. Supp. 415 (J.P.M.L. 1991). In this action, plaintiffs allege that the plaintiff husband has developed lung cancer and other illnesses as a result of occupational exposure to asbestos, and thus the action clearly falls within the MDL's ambit.

---

[*] Judge John G. Heyburn II took no part in the decision of this matter.

[1] We recently adopted the transferee judge's suggestion that, subject to certain limited exceptions, we cease transferring new tag-along actions to this docket. *See In re: Asbestos Prods. Liab. Litig.*, — F. Supp. 2d —, 2011 WL 6355308, at *1 (J.P.M.L. Dec. 13, 2011). This action falls within one of those exceptions. *See id.* at n.1.

- 2 -

IT IS THEREFORE ORDERED that pursuant to 28 U.S.C. § 1407, this action is transferred to the Eastern District of Pennsylvania, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno for inclusion in the coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

_____
Kathryn H. Vratil
Acting Chairman

| | |
|---|---|
| W. Royal Furgeson, Jr. | Barbara S. Jones |
| Paul G. Barbadoro | Marjorie O. Rendell |
| Charles R. Breyer | |