UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)
    Terry K. Taylor, et al. v. Kelly Moore Paint Co.,    )
        C.D. California, C.A. No. 2:11-08886          )        MDL No. 875

**ORDER DENYING TRANSFER**

**Before the Panel:**[*] Pursuant to 28 U.S.C. § 1407(c), plaintiffs move to transfer this action (*Taylor*) to the Eastern District of Pennsylvania for inclusion in MDL No. 875. Defendant in *Taylor* did not submit a response to the motion

After considering all argument of counsel, we will deny the motion. Although *Taylor* appears to be an asbestos wrongful death action similar to others we have previously transferred to the MDL, we recently adopted the transferee judge's "Suggestion to the Panel on Multidistrict Litigation ('The Panel') Concerning Future Tag-Along Transfers." *See In re: Asbestos Prods. Liab. Litig.*, — F. Supp. 2d —, 2011 WL 6355308, at *1 (J.P.M.L. Dec. 13, 2011). Pursuant to the order adopting that Suggestion, the Panel has ceased transferring most new tag-along actions to the MDL. *Id*. Although actions commenced in a limited number of jurisdictions are excepted from this "cessation of transfers" rule, *see id*. at n.1, this action does not fall within any of those exceptions.

IT IS THEREFORE ORDERED that the motion, pursuant to 28 U.S.C. § 1407(c), for transfer of this action is denied.

PANEL ON MULTIDISTRICT LITIGATION

Kathryn H. Vratil
Acting Chairman

W. Royal Furgeson, Jr.        Barbara S. Jones
Paul J. Barbadoro             Marjorie O. Rendell
Charles R. Breyer

---

[*] Judge John G. Heyburn II took no part in the decision of this matter.