# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

_____

| | |
|---|---|
| NORVIN SUNDEEN ) | |
| ) | |
| ) | |
| ) | Civil Action No. 12-01578 |
| Plaintiff, ) | |
| ) | in the United States District Court |
| v. ) | for the |
| ) | Northern District of California |
| ) | |
| B.F. GOODRICH COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

_____

## NOTICE OF OPPOSITION TO CTO-503

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, plaintiff in the above-captioned case, by and through his counsel of record, Napoli, Bern, Ripka, Shkolnik & Associates LLP, submit this Notice of Opposition to the Conditional Transfer Order CTO-503, issued by this Panel on April 9, 2012, which includes the above-captioned action.  Plaintiff will file and serve his Motion to Vacate the Conditional Transfer Order within the time allowed by Rule 7.4(d)—i.e., within 15 days of the date of this Notice.

Dated:  April 16, 2012

/s/ Conor Nideffer
Conor Nideffer
Napoli, Bern, Ripka, Shkolnik & Assoc.LLP
111 Corporate Drive, Suite 225,
Ladera Ranch, CA 92694.
Telephone:    949.234.6032
Facsimile:    949.429.0892
cnideffer@napolibern.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Conor Nideffer, hereby certify that I served a true and correct copy of Plaintiff's Notice of Opposition to Conditional Transfer Order upon the Judicial Panel for Multidistrict Litigation, and upon all counsel of record in this case (see attached service list) via ECF on this 16 day of April, 2012.

/s/ Conor Nideffer
Conor Nideffer
Napoli, Bern, Ripka, Shkolnik & Assoc.LLP
111 Corporate Drive, Suite 225,
Ladera Ranch, CA 92694.
Telephone:    949.234.6032
Facsimile:     949.429.0892
cnideffer@napolibern.com
Attorneys for Plaintiff