Sundeen v. B.F. Goodrich Company, et al.
Case No. RG 12618605

| | | |
|---|---|---|
| **B.F. GOODRICH COMPANY**<br>Agent for Service:<br>ATTN: MARSHALL O. LARSEN, CEO<br>4 COLISEUM CENTRE 2730 WEST TYVOLA ROAD<br>CHARLOTTE, NC 28217 | **THE BOEING COMPANY**, individually and as successor by merger to McDonnell Douglas Corporation (erroneously sued as "BOEING CO." and "MCDONNELL DOUGLAS CORP. (A/K/A BOEING CO.)")<br>Robert E. Boone III<br>James C. Pettis<br>Andrea N. Winternitz<br>BRYAN CAVE LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>T: (310) 576-2100<br>F: (310) 576-2200<br>reboone@bryancave.com<br>james.pettis@bryancave.com<br>andrea.winternitz@bryancave.com<br><br>Ronald A. McIntire<br>Bo W. Kim<br>PERKINS COIE LLP<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>T: (310) 788-9900<br>F: (310) 843-1284<br>RMcIntire@perkinscoie.com<br>BKim@perkinscoie.com | **BORG-WARNER CORPORATION** (BY ITS SUCCESSOR-IN-INTEREST, BORG-WARNER MORSE TEC, INC.)<br>Agent for Service:<br>c/o President<br>3850 Hamlin Road<br>Auburn Hills, MI  48326 |
| **BRIDGESTONE/FIRESTONE AMERICAS HOLDING, INC.** (F/K/A BRIDGESTONE AMERICA'S, INC.)<br>Agent for Service:<br>Attn: Officer and/or managing agent<br>535 Marriott Drive<br>Nashville, TN 37214 | **CERTAINTEED CORPORATION**<br>Agent for Service: | **CNH AMERICA, LLC**<br>Keith Reyen<br>Bret R. Landess<br>OIUM REYEN & PRYOR<br>220 Montgomery Street, Suite 910<br>San Francisco, CA 94104<br>T: (415) 392-8300<br>F: (415) 421-1254 |
| **CROWN CORK & SEAL COMPANY, INC.**<br>Agent for Service:<br>1105 N. Market Street Suite 1300<br>Wilmington, DE 19801 | **CSR LTD.**<br>Agent for Service:<br>Attn: Officer and/or managing agent<br>9 Help Street<br>Chatswood, Australia | **DEERE & COMPANY**<br>Agent for Service: |
| **FORD MOTOR COMPANY**<br>Agent for Service:<br>c/o CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA  90017 | **FREIGHTLINER, LLC**<br>Agent for Service: | **GENERAL ELECTRIC COMPANY**<br>Agent for Service:<br>PO Box 2216<br>Schenectady, NY 12301 |
| **GENERAL PARTS INTERNATIONAL, INC.**<br>Agent for Service:<br>327 Hillsborough street<br>Raleigh, NC 27603 | **GENUINE PARTS COMPANY**<br>Frank D. Pond<br>Russell W. Schatz<br>Emily K. Ayers<br>POND NORTH LLP<br>350 South Grand Avenue, Suite 3300<br>Los Angeles, CA 90071<br>T: (213) 617-6170<br>F: (213) 623-3594<br>rschatz@pondnorth.com | **GEORGIA-PACIFIC LLC**, f/k/a Georgia-Pacific Corporation<br>David T. Biderman<br>Brien F. McMahon<br>Diane T. Gorczyca<br>PERKINS COIE LLC<br>Four Embarcadero, Suite 2400<br>San Francisco, CA 94111<br>T: (415) 344-7000<br>F: (415) 344-7288 |

Sundeen v. B.F. Goodrich Company, et al.
Case No. RG 12618605

|  | eayers@pondnorth.com | dbiderman@perkinscoie.com<br>bmcmahon@perkinscoie.com<br>dgorczyca@perkinscoie.com |
|---|---|---|
| **HAMILTON MATERIALS, INC.**<br>Agent for Service:<br>Jeffrey P. Walsworth<br>One City Blvd. West 5th Floor<br>Orange, CA 92868 | **HONEYWELL INTERNATIONAL INC.** (F/K/A ALLIEDSIGNAL, INC., AS SUCCESSOR-IN-INTEREST TO THE BENDIX CORPORATION)<br>Pacific Corporation<br>David T. Biderman<br>Brien F. McMahon<br>PERKINS COIE LLC<br>Four Embarcadero, Suite 2400<br>San Francisco, CA 94111<br>T: (415) 344-7000<br>F: (415) 344-7288<br>dbiderman@perkinscoie.com<br>bmcmahon@perkinscoie.com | **J.T. THORPE & SON, INC.**<br>Agent for Service:<br>1060 Hensley St.<br>Richmond, CA 94801 |
| **LOCKHEED MARTIN** (A/K/A LOCKHEED CORPORATION)<br>Agent for Service: | **THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA**, ERRONEOUSLY SUED HEREIN AS MANNY MOE AND JACK OF CALIFORNIA<br>Mark A. Love<br>Aaron Costa<br>SELMAN BREITMAN LLP<br>33 New Montgomery, Sixth Floor<br>San Francisco, CA 94105<br>T: (415) 979-0400<br>F: (415) 979-2099<br>mlove@selmanbreitman.com<br>Acosta@selmanbreitman.com | **MAREMONT CORPORATION**<br>Lisa L. Oberg<br>Jennifer J. Lee<br>MCKENNA LONG & ALDRGIDE LLP<br>101 California Street, 41dt Floor<br>San Francisco, CA 94111<br>T: (415) 267-4000<br>F: (415) 267-4198<br>loberg@mckennalong.com<br>jelee@mckennalong.com |
| **MASSEY FERGUSON, LTD.**, erroneously sued herein as MASSEY FERGUSON CO.<br>Lisa L. Oberg<br>Jennifer J. Lee<br>MCKENNA LONG & ALDRGIDE LLP<br>101 California Street, 41dt Floor<br>San Francisco, CA 94111<br>T: (415) 267-4000<br>F: (415) 267-4198<br>loberg@mckennalong.com<br>jelee@mckennalong.com | **MCDONNELL DOUGLAS CORP.** (A/K/A BOEING CO.)<br>Agent for Service:<br>Attn: V. James Mcnerney, President<br>100 North Riverside<br>Chicago, IL 60606 | **NATIONAL AUTOMOTIVE PARTS ASSOCIATION**<br>Agent for Service:<br>ATTN: OFFICER AND/OR MANAGING AGENT<br>2999 CIRCULE 75 PARKWAY<br>ATLANTA, GA 30339 |
| **NAVISTAR, INC.**, sued herein as NAVISTAR, INC. (F/K/A INTERNATIONAL TRUCK AND ENGINE COMPANY AND INTERNATIONAL HARVESTER CORPORATION)<br>James J. OStertag<br>LANKFORD CRAWFORD MORENO & OSTERTAG<br>1850 Mt. Diablo Blvd., Suite 600<br>Walnut Creek, CA 94596<br>T: (925) 300-3520<br>F: (866) 300-3386<br>jostertag@lclaw.com | **NEW HOLLAND NORTH AMERICA, INC.**<br>Frank D. Pond<br>Matthew S. Brady<br>POND NORTH LLP<br>350 South Grand Avenue, Suite 3300<br>Los Angeles, CA 90071<br>T: (213) 617-6170<br>F: (213) 623-3594<br>mbrady@pondnorth.com | **NORTHROP GRUMMAN SYSTEMS CORPORATION** (erroneously sued as NORTHROP GRUMMAN CORPORATION)<br>Daniel J. Kelly<br>TUCKER ELLIS LLP<br>135 Main Street, Suite 700<br>San Francisco, CA 94105<br>T: (415) 617-2400<br>F: (415) 617-2409<br>Daniel.kelly@tuckerellis.com |

Sundeen v. B.F. Goodrich Company, et al.
Case No. RG 12618605

| | | |
|---|---|---|
| **PARKER HANIFFIN CORPORATION** (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO EIS AUTOMOTIVE CORP.) <br> **Agent for Service:** <br> c/o CT Corporation System <br> 818 West Seventh Street <br> Los Angeles, CA  90017 | **PACCAR, INC.** (A/K/A PETERBILT MOTORS COMPANY) <br> **Agent for Service:** <br> The Prentice-Hall Corporation System, Inc. <br> 2711 Centerville Road Suite 400 <br> Wilmington, DE 19808 | **PNEUMO ABEX CORPORATION** <br> **Agent for Service:** <br> c/o Prentice-Hall Corporation System Inc. <br> 80 State Street <br> Albany, NY  12207 |
| **PRESTOLITE WIRE, LLC** <br> Thomas W. Burch III <br> DEHAY & ELLISTON LLP <br> 1111 Broadway, Suite 1950 <br> Oakland, CA 94607 <br> T: (510) 285-0750 <br> F: (510) 285-0740 <br> tburch@dehay.com | **SEARS, ROEBUCK AND CO.** <br> Frank D. Pond <br> Kimberly L. Rivera <br> Emily K. Ayers <br> POND NORTH LLP <br> 350 South Grand Avenue, Suite 3300 <br> Los Angeles, CA 90071 <br> T: (213) 617-6170 <br> F: (213) 623-3594 <br> krivera@pondnorth.com <br> eayers@pondnorth.com | **UNION CARBIDE CORPORATION** <br> John R. Brydon <br> George A. Otstott <br> BRYDON HUGO & PARKER <br> 135 Main Street, 20th Floor <br> San Francisco, CA 94105 <br> T: (415) 808-0300 <br> F: (415) 808-0333 <br> Service@bhplaw.com |
| **WESTERN AUTO SUPPLY COMPANY** <br> Frank D. Pond <br> Matthew S. Brady <br> POND NORTH LLP <br> 350 South Grand Avenue, Suite 3300 <br> Los Angeles, CA 90071 <br> T: (213) 617-6170 <br> F: (213) 623-3594 <br> mbrady@pondnorth.com | | |