# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __875__ & TITLE - IN RE: __Asbestos Products Liability Litigation (No. VI)__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Norvin Sundeen v. B.F. Goodrich Company, et al., Northern District-CA Case No. 3:12-cv-01578-JCS

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __Northrop Grumman Systems Corp__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

[✓] This party's parent corporation(s) are listed below:

Northrop Grumman Corporation

[✓] The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

Northrop Grumman Corporation

**OR**

[ ] This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

_____
Signature of Attorney

135 Main Street, Suite 700
Address

Date April 17, 2012

Tucker Ellis LLP
Name of Firm

San Francisco, CA 94105
City/State/Zip Code

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

TUCKER ELLIS LLP
DANIEL J. KELLY SBN 145088
daniel.kelly@tuckerellis.com
135 Main Street, Suite 700
San Francisco, CA 94105
Tel: 415.617.2400
Facsimile: 415.617.2409

JOHN K. SON SBN 238516
john.son@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409

Attorneys for Defendant
NORTHROP GRUMMAN SYSTEMS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORVIN SUNDEEN,<br><br>Plaintiff,<br><br>v.<br><br>B.F. GOODRICH COMPANY, et al.,<br><br>Defendants. | Case No. CV 12 1578<br><br>**DEFENDANT NORTHROP GRUMMAN SYSTEMS CORPORATION'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES**<br><br>**F.R.C.P. 7.1**<br><br>**Civil L.R. 3-16**<br><br>[Superior Court of the State of California, County of Alameda, Case No. RG12 618605] |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Northrop Grumman Systems Corporation states that states that its parent corporation is **Northrop Grumman Corporation** and that no other publicly held company owns 10% or more of Northrop Grumman Systems Corporation's stock. Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than

NORTHROP GRUMMAN SYSTEMS CORPORATION'S DISCLOSURE STATEMENT
SFOiManage\012433.000115 249228.1

the named parties and Northrop Grumman Corporation, there is no such interest to report.

DATED: March 29, 2012                    TUCKER ELLIS LLP

By: _____
Daniel J. Kelly
Attorneys for Defendant
NORTHROP GRUMMAN SYSTEMS
CORPORATION

**CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 135 Main Street, Suite 700, San Francisco, California 94105.

On April 17, 2012, the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

***CORPORATE DISCLOSURE STATEMENT***

The Notice of Electronic Case Filing Automatically generated by the system was sent to all parties entitled to service. Parties who have not consented to electronic service are entitled to receive a paper copy of any electronically filed pleading or other document. Any such parties will be served by regular mail.

Executed on April 17, 2012 at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Robin Hale | /s/ Robin Hale |
|---|---|
| (Type or print name) | (Signature) |

CERTIFICATE OF SERVICE