BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. 875 – In Re Barbara Brooks Litigation

SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| *Barbara Brooks v. CBS Corporation, a Delaware Corporation f/k/a Viacom Inc., Successor by Merger to CBS Corporation, a Pennsylvania Corporation f/k/a Westinghouse Electric Corporation, & Successor in Interest to Sturtevant & BF Sturtevant, Foster Wheeler LLC, General Electric Company.* | United States District Court for the District of Connecticut | 3:12-cv-00209-JBA | Janet Bond Arterton |