UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA BROOKS,<br><br>Plaintiff,<br><br>v.<br><br>CBS CORPORATION, a Delaware Corporation f/k/a VIACOM INC., Successor by Merger to CBS CORPORATION, a Pennsylvania Corporation f/k/a WESTINGHOUSE ELECTRIC CORPORATION; & Successor in Interest to Sturtevant & BF Sturtevant, Foster Wheeler LLC, General Electric Company,<br><br>Defendants. | Civil Action No. 3:12-cv-00209 (JBA)<br><br><br><br>APRIL 18, 2012 |

### CBS CORPORATION, A DELAWARE CORPORATION F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION F/K/A WESTINGHOUSE ELECTRIC CORPORATION'S MOTION FOR STAY OF PROCEEDINGS

Defendant CBS Corporation, a Delaware corporation f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation f/k/a Westinghouse Electric Corporation. ("Westinghouse"), hereby filed its Notice of Removal of this case on February 8, 2012 and filed a Notice of Tag-Along to the Multi-District Litigation related to the Asbestos Product Liability Litigation ("MDL-875") on April 18, 2012.

Counsel for the undersigned hereby respectfully moves this Court to stay all further action, deadlines and proceedings in this case, as it will likely be transferred to MDL-875, and any further action by this Court will not be necessary.

**WHEREFORE, PREMISES CONSIDERED**, Westinghouse, requests that this Court grant its Motion for Stay of Proceedings dated at Bridgeport, on this 18th day of April, 2012.

>THE DEFENDANT,
>CBS CORPORATION, A DELAWARE
>CORPORATION F/K/A VIACOM INC.,
>SUCCESSOR BY MERGER TO CBS
>CORPORATION, A PENNSYLVANIA
>CORPORATION F/K/A WESTINGHOUSE
>ELECTRIC CORPORATION,
>
>By: /s/ Thomas F. Maxwell, Jr.
>Thomas F. Maxwell, Jr. / ct00132
>Pullman & Comley, LLC
>850 Main Street, P.O. Box 7006
>Bridgeport, CT 06601-7006
>Telephone (203) 330-2252
>Facsimile (203) 576-8888
>*tmaxwell@pullcom.com*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2012, a copy of foregoing Motion For Stay of Proceeding was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/ Thomas F. Maxwell, Jr.
                                        Thomas F. Maxwell, Jr. / ct00132

## Motions
3:12-cv-00209-JBA Brooks v. General Electric Company et al
EFILE

## U.S. District Court

## United States District Court for the District of Connecticut

### Notice of Electronic Filing

The following transaction was entered by Maxwell, Thomas on 4/18/2012 at 11:52 AM EDT and filed on 4/18/2012

**Case Name:** Brooks v. General Electric Company et al
**Case Number:** 3:12-cv-00209-JBA
**Filer:** CBS Corporation
**Document Number:** 13

**Docket Text:**
**MOTION to Stay re [3] Notice of Removal,** *Stay of Proceedings* **by CBS Corporation.Responses due by 5/9/2012 (Maxwell, Thomas)**

### 3:12-cv-00209-JBA Notice has been electronically mailed to:

Brian P. Kenney    bkenney@elslaw.com, kphillips@elslaw.com

Dan E. LaBelle    labelle@halloran-sage.com

Thomas F. Maxwell , Jr    tmaxwell@pullcom.com, cbeauchamp@pullcom.com, mdean@pullcom.com

### 3:12-cv-00209-JBA Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=4/18/2012] [FileNumber=3008738-0
] [941e8075e30f0958c4b8c414538cd6775b9c76ac2facc81d8309a7df04c1a08744b
bb96888675940fbc4fa416291423ee6feb42d3c590555207109417981e623]]