BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. 875 – In Re Barbara Brooks Litigation

PROOF OF SERVICE

I hereby certify that on April 18, 2012 a copy of foregoing Notice of Tag-Along Action was filed electronically and served by email to the following:

Brian P. Kenney, Esq.
Early, Ludwick, Sweeney,
and Meisenkothen
One Century Tower
265 Church Street, 11th Fl.
New Haven, CT 06508-1866
203-777-7799
Fax: 203-785-1671
bkenney@elslaw.com

Mark O. Denehy, Esq.
James R. Oswald, Esq.
Adler Pollock & Sheehan
One Citizens Plaza
8th Fl.
Providence, RI 02903

John J. Robinson, Esq
McCarter & English, LLP
CityPlace 1
185 Asylum Street
Hartford, CT 06103

Dan E. LaBelle, Esq.
Halloran & Sage
315 Post Road, West
Westport, CT 06880
203-227-2855
labelle@halloran-sage.com

U.S. District Court
District of Connecticut
Hartford Office of the Clerk
450 Main Street, Ste 240
Hartford, CT 06103
860-240-3224

/s/ Thomas F. Maxwell, Jr.
Thomas F. Maxwell, Jr.
Federal Bar No. CT00132
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone: 203 330 2000
Facsimile: 203 576 8888
tmaxwell@pullcom.com