

# TUCKER ELLIS LLP
## ATTORNEYS AT LAW

135 Main Street   Suite 700   San Francisco, CA 94105
phone 415.617.2400   facsimile 415.617.2409   www.tuckerellis.com

CLEVELAND   COLUMBUS   DENVER   LOS ANGELES   SAN FRANCISCO

Direct Dial: 415.617.2203
Email: daniel.kelly@tuckerellis.com

April 18, 2012

Clerk of the Panel
United States Judicial Panel on
  Multidistrict Litigation
Thurgood Marshall Federal Building
One Columbus Circle NE
Room G-255, North Lobby
Washington, D.C. 20544-0005

Re:   *Norvin Sundeen v. B.F. Goodrich Company, et al.*
      Northern District-CA Case No.: 3:12-cv-01578-JCS

To the Clerk of the Panel:

Please be advised that Defendant Northrop Grumman Corporation withdraws its Corporate Disclosure Statement and Notice of Appearance, filed on April 17, 2012 in this matter.

These documents were filed in error and will be re-filed at a later date.

Very truly yours,

TUCKER ELLIS LLP

Daniel J. Kelly

012433.000115 251231.1