IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| | : | Transferred from the District |
| HANSEN | : | of Maryland, 93-03356 |
| | : | |
| v. | : | |
| | : | |
| A C & S, INC., et al. | : | E.D. PA No. 07-62534 |

### O R D E R

**AND NOW,** this **17th** day of **April, 2012,** it is hereby **ORDERED** that the Suggestion of Remand in this case (ECF No. 24) be **VACATED** as having been entered in error.[1]

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[1]  The case should have been administratively transferred to the bankruptcy only docket and closed, based upon Plaintiff's motion to transfer the case to such docket (ECF No. 23).