# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**THIS FORM MUST BE FILED WITH THE PANEL NO LATER THAN (Noon Eastern Time) ON THE DATE INDICATED IN THE NOTICE FROM THE PANEL**

MDL No. __875__ & TITLE - IN RE: __Asbestos Products Liability Litigation (No. VI)__

## NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Defendant THE BOEING COMPANY

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Norvin Sundeen v. B.F. Goodrich Company, et al., CAN Civil Action No. 3:12-cv-01578

*******************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| April 25, 2012 | /s/ James C. Pettis |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

James C. Pettis; BRYAN CAVE LLP; 120 Broadway, Suite 300 Santa Monica, CA 90401

Telephone No.: (310) 576-2100      Fax No.: (310) 576-2200

Email Address: james.pettis@bryancave.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the Clerk of the Court of the United States Judicial Panel of Multidistrict Litigation through that court's CM/ECF e-filing system.

On April 25, 2012, I electronically served the following document:

## NOTICE OF APPEARANCE

on the interested parties in this action by e-filing the above document with the JPML CM/ECF e-service program as required by the court.

/s/ *Monica F. Brandenberg*
Monica F. Brandenberg