# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & TITLE - IN RE: Asbestos Products Liability Litigation (No. VI)

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Norvin Sundeen v. B.F. Goodrich Company, et al., CAN Civil Action No. 3:12-cv-01578

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for The Boeing Company, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☑ This party's parent corporation(s) are listed below:

The Boeing Company

☑ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

1. State Street Corporation; 2. Evercore Trust Company, N.A.

**OR**

☐ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

/s/ James C. Pettis
Signature of Attorney

BRYAN CAVE LLP
Name of Firm

120 Broadway, Suite 300
Address

Santa Monica, CA 90401
City/State/Zip Code

Date April 25, 2012

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

Robert E. Boone III, California Bar No. 132780
James C. Pettis, California Bar No. 223953
Andrea N. Winternitz, California Bar No. 275221
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
reboone@bryancave.com
james.pettis@bryancave.com
andrea.winternitz@bryancave.com

Ronald A. McIntire, California Bar No. 127407
Bo W. Kim, California Bar No. 217394
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: (310) 788-9900
Facsimile: (310) 843-1284
RMcIntire@perkinscoie.com
BKim@perkinscoie.com

Attorneys for Defendant
THE BOEING COMPANY, individually and as successor by merger to McDonnell Douglas Corporation (erroneously sued as "Boeing Co." and "McDonnell Douglas Corp. (a/k/a Boeing Co.)")

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORVIN SUNDEEN,<br><br>Plaintiffs,<br><br>vs.<br><br>B.F. GOODRICH COMPANY, ET AL.,<br><br>Defendants. | Case No. CVC-12-1578<br><br>**THE BOEING COMPANY'S CORPORATE DISCLOSURE STATEMENT**<br><br>[Fed. R. Civ. P. 7.1] |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for The Boeing Company ("Boeing") certifies that the following listed parties may have a pecuniary interest in the outcome of this case.

The following two companies have disclosed, in filings with the U.S. Securities and Exchange Commission, beneficial ownership of 10 percent or more of the outstanding stock of The Boeing Company as of December 31, 2010: (1) State Street Corporation, a publicly held company whose subsidiary State Street Bank and Trust Company acts as trustee of The Boeing Company Employee Savings Plans Master Trust; and (2) Evercore Trust Company, N.A., which acts as investment manager of The Boeing Company Employee Savings Plans Master Trust and is a subsidiary of the publicly held Evercore Partners, Inc.

These representations are made to enable the Court to evaluate any possible disqualification or recusal

Dated: March 30, 2012

Respectfully submitted,

Robert E. Boone III
James C. Pettis
Andrea N. Winternitz
**BRYAN CAVE LLP**

By: /s/ *James C. Pettis*
James C. Pettis
Attorneys for Defendant
THE BOEING COMPANY, individually and as successor by merger to McDonnell Douglas Corporation (erroneously sued as "Boeing Co." and "McDonnell Douglas Corp. (a/k/a Boeing Co.)")

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the following with the Clerk of the Court of the United States Judicial Panel of Multidistrict Litigation through that court's CM/ECF e-filing system.

On April 26, 2012, I electronically served the following document:

**CORPORATE DISCLOSURE STATEMENT**

on the interested parties in this action by e-filing the above document with the JPML CM/ECF e-service program as required by the court.

/s/ *Monica F. Brandenberg*
Monica F. Brandenberg