UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT CHOATE,<br><br>                    Plaintiff,<br>v.<br><br>GENERAL ELECTRIC COMPANY; CBS CORPORATION, a Delaware Corporation f/k/a VIACOM INC., successor by merger to CBS CORPORATION, a Pennsylvania Corporation f/k/a WESTINGHOUSE ELECTRIC CORPORATION; AIR & LIQUID SYSTEMS CORPORATION as s/b/m to Buffalo Pumps, Inc.<br><br>                    Defendants. | Civil Action No.3:12-cv-00504 (SRU)<br><br><br>APRIL 26, 2012 |

### NOTICE OF POTENTIAL TAG-ALONG ACTION

**PLEASE TAKE NOTICE** that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending before the federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under any section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL

Rule 7.4(a) or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

        THE DEFENDANT
        CBS CORPORATION F/K/A VIACOM, INC.,
        SUCCESSOR BY MERGER WITH CBS
        CORPORATION F/K/A WESTINGHOUSE
        ELECTRIC CORPORATION

By:   /s/ Thomas F. Maxwell, Jr.
      Thomas F. Maxwell, Jr.
      Federal Bar No. CT00132
      Pullman & Comley, LLC
      850 Main Street, P.O. Box 7006
      Bridgeport, CT  06601-7006
      Telephone (203) 330-2252
      Facsimile   (203) 576-8888
      *tmaxwell@pullcom.com*

## CERTIFICATION

I hereby certify that on April 26, 2012 a copy of foregoing Notice of Potential Tag-Along Action was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Amity L. Arscott, Esq.
Embry & Neusner
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340
860-449-0341
Fax: 860-449-9070
*alarscott@embryneusner.com*

Bryna R. Misiura, Esq.
Corey M. Dennis, Esq.
Michael D. Simons, Esq.
Governo Law Firm LLC
Two International Place
Boston, MA 02110
617-737-9045
Fax: 617-737-9046
*bmisiura@governo.com*
*msimons@governo.com*

Brett Michael Szczesny, Esq.
Dan E. LaBelle, Esq.
Halloran & Sage
315 Post Road, West
Westport, CT 06880
203-227-2855
*Fax: 617-737-9046*
*szczesny@halloran-sage.com*
*labelle@halloran-sage.com*

U.S. District Court
District of Connecticut
Bridgeport Office of the Clerk
915 Lafayette Blvd.
Bridgeport, CT 06604
203-579-5554

/s/ Thomas F. Maxwell, Jr.
Thomas F. Maxwell, Jr.
Federal Bar No. CT00132
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone:  203 330 2252
Facsimile: 203 576 8888
*tmaxwell@pullcom.com*