

# PULLMAN
## &COMLEY
### ATTORNEYS

THOMAS F. MAXWELL, JR.
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
p  203 330 2252
f  203 576 8888
tmaxwell@pullcom.com
www.pullcom.com

April 26, 2012

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

> Re:   *In Re: Asbestos Products Liability Litigation (MDL 875)*
> **Notice of Pendency of Potential Tag-Along Action**
> *Robert Choate v. General Electric Company, et al.*
> **District of Connecticut, Docket No. 3:12-cv-00504 (SRU)**

Dear Sir/Madam:

We are attorneys for CBS Corporation f/k/a Viacom, Inc. f/k/a Westinghouse Electric Corporation in connection with asbestos personal injury actions pending in the State of Connecticut and in the District of Connecticut. Pursuant to Rule 7.5(e) of the Rules for Multidistrict Litigation, we are writing to notify you of the pendency of the above-referenced action in the District of Connecticut. This action is an asbestos products liability action and constitutes a potential tag-along action with respect to MDL 875.

Very truly yours,

/s/ Thomas F. Maxwell, Jr.

Thomas F. Maxwell, Jr.

TFM:cb
Enclosures
cc:   Amity L. Arscott, Esq.
      Brett Michael Szczesny, Esq.
      Dan E. LaBelle, Esq.
      Bryna R. Misiura, Esq.
      Corey M. Dennis, Esq.
      Michael D. Simons, Esq.

ACTIVE/58211.1181/TXM/2801215v1