# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In Re Robert Choate Litigation

## PROOF OF SERVICE

I hereby certify that on April 26, 2012, a copy of foregoing Notice of Tag-Along Action was filed electronically and served by email to the following:

Amity L. Arscott, Esq.
Embry & Neusner
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340
860-449-0341
Fax: 860-449-9070
*alarscott@embryneusner.com*

Brett Michael Szczesny, Esq.
Dan E. LaBelle, Esq.
Halloran & Sage
315 Post Road, West
Westport, CT 06880
203-227-2855
*Fax: 617-737-9046*
*szczesny@halloran-sage.com*
*labelle@halloran-sage.com*

Bryna R. Misiura, Esq.
Corey M. Dennis, Esq.
Michael D. Simons, Esq.
Governo Law Firm LLC
Two International Place
Boston, MA 02110
617-737-9045
Fax: 617-737-9046
*bmisiura@governo.com*
*msimons@governo.com*

U.S. District Court
District of Connecticut
Bridgeport Office of the Clerk
915 Lafayette Blvd.
Bridgeport, CT 06604
203-579-5554

/s/ Thomas F. Maxwell, Jr.
Thomas F. Maxwell, Jr.
Federal Bar No. CT00132
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone: 203 330 2000
Facsimile: 203 576 8888
*tmaxwell@pullcom.com*