BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. 875 – In Re Peter Misak and Janet Misak Litigation

SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| *Peter Misak and Janet Misak, v. Air & Liquid Systems Corporation, as s/b/m to Buffalo Pumps, Inc. CBS Corporation, a Delaware Corporation, f/k/a Viacom, Inc., s/b/m to CBS Corporation, a Pennsylvania Corporation, f/k/a Westinghouse Electric Corporation and as successor in interest to B.F. Sturtevant, Foster Wheeler LLC, General Electric Company.* | United States District Court for the District of Connecticut | 3:12-cv-00576-JCH | Janet C. Hall |