BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. 875 – In Re Peter Misak and Janet Misak Litigation

PROOF OF SERVICE

I hereby certify that on April 26, 2012, a copy of foregoing Notice of Tag-Along Action was filed electronically and served by email to the following:

Christopher Meisenkothen, Esq.
Early, Lucarelli, Sweeney, & Meisenkothen, L.L.C.
One Century Tower, 11th Floor
265 Church Street, P.O. Box 1866
New Haven, CT 06508-1866
203-777-7799
cmeisenkothen@elslaw.com

Bryna R. Misiura, Esq.
Michael D. Simons, Esq.
Governo Law Firm LLC
Two International Place
Boston, MA 02110
617-737-9045
bmisiura@governo.com
msimons@governo.com

Dan E. LaBelle, Esq.
Halloran & Sage
315 Post Road, West
Westport, CT 06880
203-227-2855
labelle@halloran-sage.com

Mark O. Denehy, Esq.
Adler Pollack & Sheehan.
One Citizens Plaza
8th Floor
Providence, RI 02903
401-274-7200
dkubacki@apslaw.com

U.S. District Court
District of Connecticut
Bridgeport Office of the Clerk
915 Lafayette Blvd.
Bridgeport, CT 06604
203-579-5554

/s/ Thomas F. Maxwell, Jr.
Thomas F. Maxwell, Jr.
Federal Bar No. CT00132
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone: 203 330 2000
Facsimile: 203 576 8888
tmaxwell@pullcom.com