UNITED STATES JUDICIAL PANEL ON
MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 4/25/12

**District Court:** Western District of North Carolina

**Number of Actions:** 1

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL