IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| HAZELWOOD | : | |
| | : | |
| v. | : | E.D. Pa. Case No. |
| A.W. CHESTERTON COMPANY, | : | 2:12-cv-60129 |
| et al. | : | |

FILED

APR 27 2012

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### SUGGESTION OF REMAND

**AND NOW,** this **26th** day of **April, 2012,** it is hereby **ORDERED** that, upon review of the above captioned case under MDL-875 Administrative Order No. 18 (01-md-875, doc. no. 6197), the Court **SUGGESTS** that the above-captioned case should be **REMANDED** to the United States District Court for the **Northern District of California** for resolution of all matters pending within this case.

The Court further respectfully **SUGGESTS** that, upon remand to the Northern District of California, this action be returned to the docket of the Honorable Claudia Wilken, who was presiding over the action at the time of its Section 1407 transfer to this MDL.[1]

---

[1] The case originally was filed in California state court, and was removed to the Northern District of California at the beginning of jury selection.

The goals of MDL 875 include, inter alia, unclogging dockets on which cases built up over dozens of years, and, to that end, seeing cases through pretrial proceedings--up to and

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

including the motion for summary judgment phase--and then remanding the cases for trial (subject to the parties' agreement to proceed with trial in the Eastern District of Pennsylvania).

     As the present case already had gone through pretrial proceedings in California state court, and was removed on the eve of trial, none of the goals or purposes of MDL 875 would be served by having this Court step into the litigation at the eleventh hour. The Northern District of California has indicated that it is ready, willing and able to rule upon Plaintiff's pending motion to remand on an expedited basis, and the Northern District could try the case or remand to the state court for trial.

     Under the circumstances of this case, the Court respectfully suggests that the case should be remanded forthwith.