JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| ROBERT CHOATE,<br><br>                    Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY; CBS<br>CORPORATION, a Delaware Corporation<br>f/k/a VIACOM INC., successor by merger to<br>CBS CORPORATION, a Pennsylvania<br>Corporation f/k/a WESTINGHOUSE<br>ELECTRIC CORPORATION; AIR & LIQUID<br>SYSTEMS CORPORATION as s/b/m to<br>Buffalo Pumps, Inc.<br><br>                    Defendants. | Civil Action No.3:12-cv-00504 (SRU)<br><br><br><br>APRIL 30, 2012 |

## NOTICE OF POTENTIAL  TAG-ALONG ACTION

**PLEASE TAKE NOTICE** that on July 29, 1991, the Judicial Panel on Multidistrict

Litigation entered an order transferring all asbestos cases pending before the federal

court to the United States District Court, Eastern District of Pennsylvania, for

coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL

Transfer Order").   That order also applies to "tag-along actions," or actions involving

common questions of fact filed after the January 17, 1991, filings of the Panel's Order to

Show Cause.   MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under
> any section 1407 or under consideration by the Panel for
> transfer under section 1407 shall promptly notify the Clerk of
> the Panel of any potential "tag-along actions" in which that
> party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this case is a potential "tag-along

action" which may be subject to transfer to the Eastern District of Pennsylvania. The

Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL

Rule 7.4(a) or (2) file an order to show cause why the action should not be transferred,