UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    Hazelwood, et al. v. A.W. Chesterton Company, et al.   )
        E.D. Pennsylvania, C.A. No. 2:12-60129         )      MDL No. 875
        (N.D. California, C.A. No. 3:12-01313)           )

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action on this conditional remand order have been completed and that remand to the transferor court, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that all claims in the action on this conditional remand order be remanded to its respective transferor court[1].

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7‑day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

                                          FOR THE PANEL:

                                          Jeffery N. Lüthi
                                          Clerk of the Panel

---

[1] The transferee court's Suggestion of Remand (attached hereto) specifically suggests that, upon remand, this action be assigned to the Honorable Claudia Wilken, the judge who was presiding over the action at the time of its Section 1407 transfer to MDL No. 875.