JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| PETER MISAK and JANET MISAK,<br><br>Plaintiffs,<br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, as s/b/m to Buffalo Pumps, Inc. CBS Corporation, a Delaware Corporation, f/k/a Viacom, Inc., s/b/m to CBS Corporation, a Pennsylvania Corporation, f/k/a Westinghouse Electric Corporation and as successor in interest to B.F. Sturtevant, Foster Wheeler LLC, General Electric Company,<br><br>Defendants. | Civil Action No. 3:12-cv-00576 (JCH)<br><br><br><br>APRIL 30, 2012 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

**PLEASE TAKE NOTICE** that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending before the federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under any section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 7.4(a) or (2) file an order to show cause why the action should not be transferred,