# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

_____

| | |
|---|---|
| NORVIN SUNDEEN ) | |
| ) | |
| ) | |
| ) | Civil Action No. 12-01578 |
| Plaintiff, ) | |
| ) | in the United States District Court |
| v. ) | for the |
| ) | Northern District of California |
| ) | |
| B.F. GOODRICH COMAPNY, et al., ) | |
| ) | |
| Defendants. ) | |

_____

### MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-503)

Plaintiff Norvin Sundeen, by and through his undersigned counsel, hereby moves this Panel to vacate the Conditional Transfer Order entered in the above-captioned action (CTO-503). The grounds for this Motion are set forth in the accompanying supporting Brief and are incorporated herein.

Wherefore, plaintiff requests that this Panel **VACATE** the Conditional Transfer Order in the above-captioned case.

Dated: April 30, 2012

/s/ Conor Nideffer_____
Conor Nideffer
Napoli, Bern, Ripka, Shkolnik & Assoc.LLP
111 Corporate Drive, Suite 225,
Ladera Ranch, CA 92694.
Telephone:    949.234.6032
Facsimile:    949.429.0892
cnideffer@napolibern.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

  I, Conor Nideffer, hereby certify that I served a true and correct copy of Plaintiff's Motion to Vacate Conditional Transfer Order (CTO-503) via ECF on this 30 day of April, 2012.

        /s/ Conor Nideffer_____
        Conor Nideffer
        Napoli, Bern, Ripka, Shkolnik & Assoc. LLP
        111 Corporate Drive, Suite 225,
        Ladera Ranch, CA 92694.
        Telephone: 949.234.6032
        Facsimile: 949.429.0892
        cnideffer@napolibern.com
        Attorneys for Plaintiff