Sundeen v. B.F. Goodrich Company, et al.
Case No. RG 12618605

| | | |
|---|---|---|
| **GOODRICH CORPORATION**, sued erroneously herein as B.F. GOODRICH COMPANY<br>David M. Glaspy<br>Brian S. O'Malley<br>LAW OFFICES OF GLASPY & GLASPY, INC.<br>One Walnut Creek Center<br>100 Pringle Avenue, Suite 750<br>Walnut Creek, CA 94596<br>T: (925) 947-1300<br>F: (925) 947-1594 | **THE BOEING COMPANY**, individually and as successor by merger to McDonnell Douglas Corporation (erroneously sued as "BOEING CO." and "MCDONNELL DOUGLAS CORP. (A/K/A BOEING CO.)")<br>Robert E. Boone III<br>James C. Pettis<br>Andrea N. Winternitz<br>BRYAN CAVE LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>T: (310) 576-2100<br>F: (310) 576-2200<br>reboone@bryancave.com<br>james.pettis@bryancave.com<br>andrea.winternitz@bryancave.com<br><br>Ronald A. McIntire<br>Bo W. Kim<br>PERKINS COIE LLP<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>T: (310) 788-9900<br>F: (310) 843-1284<br>RMcIntire@perkinscoie.com<br>BKim@perkinscoie.com | **BORGWARNER MORSE TEC, INC.**, as successor by merger to BORG-WARNER CORPORATION<br>Dean Pollack<br>Walter C. Rundin<br>Burnham brown<br>P.O. Box 119<br>Oakland, CA 94604<br>---<br>1901 Harrison Street, 14th Floor<br>Oakland, CA 94612<br>T: (510) 444-6800<br>F: (510) 835-6666 |
| **BRIDGESTONE/FIRESTONE AMERICAS HOLDING, INC.** (F/K/A BRIDGESTONE AMERICA'S, INC.)<br>Agent for Service:<br>National Registered Agents, Inc.<br>2875 Michelle Drive, Suite 100<br>Irvine, CA 92606 | **CERTAINTEED CORPORATION**<br>Agent for Service:<br>C T Corporation<br>818 W. 7th Street<br>Los Angeles, CA 90017 | **CNH AMERICA, LLC**<br>Keith Reyen<br>Bret R. Landess<br>OIUM REYEN & PRYOR<br>220 Montgomery Street, Suite 910<br>San Francisco, CA 94104<br>T: (415) 392-8300<br>F: (415) 421-1254 |
| **CROWN CORK & SEAL COMPANY, INC.**<br>William H. Armstrong<br>Amber R. Craig<br>ARMSTRONG & ASSOCIATES, LLP<br>One Kaiser Plaza, Suite 625<br>Oakland, CA 94612<br>T: (510) 433-1830<br>F: (510) 433-1836<br>Bill.armstrong@armstrongetal.com<br>Amber.craig@armstrongetal.com | **CSR LTD.**<br>Agent for Service:<br>Triniti 3, Level 5, 39 Delhi Road<br>North Ryde, New South Wales, Australia | **DEERE & COMPANY**<br>Agent for Service:<br>C T Corporation<br>818 W. 7th Street<br>Los Angeles, CA 90017 |
| **FORD MOTOR COMPANY**<br>Agent for Service:<br>c/o CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 | **FREIGHTLINER, LLC**<br>Agent for Service:<br>4747 N Channel Ave<br>Portland, OR 97217 | **GENERAL ELECTRIC COMPANY**<br>Agent for Service:<br>C T Corporation<br>818 W. 7th Street<br>Los Angeles, CA 90017 |

Sundeen v. B.F. Goodrich Company, et al.
Case No. RG 12618605

| | | |
|---|---|---|
| **GENERAL PARTS INTERNATIONAL, INC.**<br>Agent for Service:<br>2635 E Millbrook Road # B<br>Raleigh, NC 27604 | **GENUINE PARTS COMPANY**<br>Frank D. Pond<br>Russell W. Schatz<br>Emily K. Ayers<br>POND NORTH LLP<br>350 South Grand Avenue, Suite 3300<br>Los Angeles, CA 90071<br>T: (213) 617-6170<br>F: (213) 623-3594<br>rschatz@pondnorth.com<br>eayers@pondnorth.com | **GEORGIA-PACIFIC LLC**, f/k/a Georgia-Pacific Corporation<br>David T. Biderman<br>Brien F. McMahon<br>Diane T. Gorczyca<br>PERKINS COIE LLC<br>Four Embarcadero, Suite 2400<br>San Francisco, CA 94111<br>T: (415) 344-7000<br>F: (415) 344-7288<br>dbiderman@perkinscoie.com<br>bmcmahon@perkinscoie.com<br>dgorczyca@perkinscoie.com |
| **HAMILTON MATERIALS, INC.**<br>Agent for Service:<br>Jeffrey P. Walsworth<br>One City Blvd. West 5th Floor<br>Orange, CA 92868 | **HONEYWELL INTERNATIONAL INC.** (F/K/A ALLIEDSIGNAL, INC., AS SUCCESSOR-IN-INTEREST TO THE BENDIX CORPORATION)<br>Pacific Corporation<br>David T. Biderman<br>Brien F. McMahon<br>PERKINS COIE LLC<br>Four Embarcadero, Suite 2400<br>San Francisco, CA 94111<br>T: (415) 344-7000<br>F: (415) 344-7288<br>dbiderman@perkinscoie.com<br>bmcmahon@perkinscoie.com | **J.T. THORPE & SON, INC.**<br>Jeffrey J. Fadeff<br>Reshma A. Bajaj<br>BASSI, EDLIN, HUIE & BLUM LLP<br>500 Washington Street, Suite 700<br>San Francisco, CA 94111<br>T: (415) 397-9006<br>F: (415) 397-1339 |
| **LOCKHEED MARTIN** (A/K/A LOCKHEED CORPORATION)<br>Agent for Service:<br>CSC – Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 | **THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA**, ERRONEOUSLY SUED HEREIN AS MANNY MOE AND JACK OF CALIFORNIA<br>Mark A. Love<br>Aaron Costa<br>SELMAN BREITMAN LLP<br>33 New Montgomery, Sixth Floor<br>San Francisco, CA 94105<br>T: (415) 979-0400<br>F: (415) 979-2099<br>mlove@selmanbreitman.com<br>Acosta@selmanbreitman.com | **MAREMONT CORPORATION**<br>Lisa L. Oberg<br>Jennifer J. Lee<br>MCKENNA LONG & ALDRGIDE LLP<br>101 California Street, 41dt Floor<br>San Francisco, CA 94111<br>T: (415) 267-4000<br>F: (415) 267-4198<br>loberg@mckennalong.com<br>jelee@mckennalong.com |
| **MASSEY FERGUSON, LTD.**, erroneously sued herein as MASSEY FERGUSON CO.<br>Lisa L. Oberg<br>Jennifer J. Lee<br>MCKENNA LONG & ALDRGIDE LLP<br>101 California Street, 41dt Floor<br>San Francisco, CA 94111<br>T: (415) 267-4000<br>F: (415) 267-4198<br>loberg@mckennalong.com<br>jelee@mckennalong.com | **MCDONNELL DOUGLAS CORP.** (A/K/A BOEING CO.)<br>Agent for Service:<br>CSC – Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 | **NATIONAL AUTOMOTIVE PARTS ASSOCIATION**<br>Agent for Service:<br>2999 Circle 75 Parkway SE<br>Atlanta, CA 30339 |

Sundeen v. B.F. Goodrich Company, et al.
Case No. RG 12618605

| | | |
|---|---|---|
| **NAVISTAR, INC.**, sued herein as NAVISTAR, INC. (F/K/A INTERNATIONAL TRUCK AND ENGINE COMPANY AND INTERNATIONAL HARVESTER CORPORATION)<br>James J. OStertag<br>LANKFORD CRAWFORD MORENO & OSTERTAG<br>1850 Mt. Diablo Blvd., Suite 600<br>Walnut Creek, CA 94596<br>T: (925) 300-3520<br>F: (866) 300-3386<br>jostertag@lclaw.com | **NEW HOLLAND NORTH AMERICA, INC.**<br>Frank D. Pond<br>Matthew S. Brady<br>POND NORTH LLP<br>350 South Grand Avenue, Suite 3300<br>Los Angeles, CA 90071<br>T: (213) 617-6170<br>F: (213) 623-3594<br>mbrady@pondnorth.com | **NORTHROP GRUMMAN SYSTEMS CORPORATION** (erroneously sued as NORTHROP GRUMMAN CORPORATION)<br>Daniel J. Kelly<br>TUCKER ELLIS LLP<br>135 Main Street, Suite 700<br>San Francisco, CA 94105<br>T: (415) 617-2400<br>F: (415) 617-2409<br>Daniel.kelly@tuckerellis.com |
| **PARKER HANIFFIN CORPORATION** (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO EIS BRAKE PARTS)<br>Leonard M. Tavera<br>SEMPER LAW GROUP, LLP<br>330 N. Brand Boulevard, Suite 650<br>Glendale, CA 91203<br>T: (213) 437-9700<br>F: (213) 596-1466<br>ltavera@semplerlawgroup.com | **PACCAR INC.**<br>Madeline L. Buty<br>BUTY & CURLIANO LLP<br>555 City Center<br>555 – 12th Street, Suite 1280<br>Oakland, CA 94607<br>T: (510) 267-3000<br>F: (510) 267-0117 | **PNEUMO ABEX CORPORATION**<br>**Agent for Service:**<br>The Prentice-Hall Corporation System, Inc.<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 |
| **PRESTOLITE WIRE, LLC**<br>Thomas W. Burch III<br>DEHAY & ELLISTON LLP<br>1111 Broadway, Suite 1950<br>Oakland, CA 94607<br>T: (510) 285-0750<br>F: (510) 285-0740<br>tburch@dehay.com | **SEARS, ROEBUCK AND CO.**<br>Frank D. Pond<br>Kimberly L. Rivera<br>Emily K. Ayers<br>POND NORTH LLP<br>350 South Grand Avenue, Suite 3300<br>Los Angeles, CA 90071<br>T: (213) 617-6170<br>F: (213) 623-3594<br>krivera@pondnorth.com<br>eayers@pondnorth.com | **UNION CARBIDE CORPORATION**<br>John R. Brydon<br>George A. Otstott<br>BRYDON HUGO & PARKER<br>135 Main Street, 20th Floor<br>San Francisco, CA 94105<br>T: (415) 808-0300<br>F: (415) 808-0333<br>Service@bhplaw.com |
| **WESTERN AUTO SUPPLY COMPANY**<br>Frank D. Pond<br>Matthew S. Brady<br>POND NORTH LLP<br>350 South Grand Avenue, Suite 3300<br>Los Angeles, CA 90071<br>T: (213) 617-6170<br>F: (213) 623-3594<br>mbrady@pondnorth.com | | |