**BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ASBESTOS LITIGATION (NO. VI)       MDL NO. 875

THIS DOCUMENT RELATES TO:

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JAMES A. ZIETTLOW & SHARON L. ZIETTLOW,<br><br>    Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, As successor-by-merger to BUFFALOPUMPS, INC., CBS CORPORATION, a Delaware corporation, f/k/a VIACOM, INC., successor by merger with CBS CORPORATION, a Pennsylvania corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION, and as successor in interest to Sturtevant and B.F. Sturtevant, FOSTER WHEELER L.L.C., GENERAL ELECTRIC COMPANY,<br><br>    Defendants. | Civil Action<br>No.:  3:12-cv-00560 |

**SCHEDULE OF ACTIONS**

1. <u>James A. Ziettlow and Sharon L. Ziettlow v. AERCO International, Inc., et al.</u>, Civil Action No.: 3:12-cv-00560 (United States District Court for the District of Connecticut)

1

Respectfully submitted,

Air & Liquid Systems Corp., as Successor-by-Merger to Buffalo Pumps, Inc.,
By its attorneys,

*/s/ Michael D. Simons*
Michael D. Simons
Fed. Bar No. ct28100
Governo Law Firm LLC
Two International Place, 15th Floor
Boston, MA  02110
Phone:  (617) 737-9045
Fax: (617) 737-9046
msimons@governo.com

Dated:  May 1, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2012, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

*/s/ Michael D. Simons*
Michael D. Simons