# GOVERNO
### LAW FIRM LLC

Two International Place
Boston, MA 02110
Tel 617.737.9045
Fax 617.737.9046
www.governo.com

David M. Governo
Bryna Rosen Misiura (MA & DC)
David A. Goldman (MA & RI)
Jeniffer A.P. Carson
Michael D. Simons (MA & NY)
Sarah E. O'Leary (MA & NH)
Charles J. Sheehan (MA & NY)
Brendan J. Gaughan
P. Tobias Stull (MA, CT & NY)
John P. Gardella (MA & TN)
Kendra A. Christensen (MA, RI & CT)
Lonna J. Carter
Corey M. Dennis (MA & CT)
Raymond C. Genco (MA & NY)
Monica R. Fanesi (MA & CT)
Melissa L. Tarab (MA & ME)
William J. Gallitto, III (MA & CT)
Timothy J. Dodd (RI) of counsel

**Michael D. Simons**
Direct 617.532.9212
msimons@governo.com

May 1, 2012

**VIA PACER/ECF**

Jeffrey Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20544-0005

Re: *James A. Ziettlow and Sharon L. Ziettlow v. AERCO International, Inc., et al.*,
United States District Court for the District of Connecticut
<u>Civil Action No.: 3:12-cv-00560</u>

Dear Mr. Luthi:

Pursuant to Rule 7.5(e) of the Rules of the Judicial Panel on Multidistrict Litigation, we write on behalf of our client, Air & Liquid Systems Corp. as Successor-By-Merger to Buffalo Pumps, Inc. to notify the Clerk of the Panel of the following potential "tag along" action for transfer to MDL No. 875:

> *James A. Ziettlow and Sharon L. Ziettlow v. AERCO International, Inc., et al.*,
> United States District Court for the District of Connecticut
> Civil Action No.: 3:12-cv-00560

The action was originally filed on or about March 7, 2012 and assigned Civil Action No. 12-6025817 in the Connecticut Superior Court, in the Judicial District of Fairfield at Bridgeport, and was timely removed to the United States District Court for the District of Connecticut on April 13, 2012.

As the enclosed Complaint indicates, this action involves questions of fact that are common to the actions previously transferred to MDL 875 and assigned to Judge Eduardo C. Robreno.



We respectfully request that your "tag along" procedures be utilized to transfer the Ziettlow action to the MDL 875 proceedings pending before Judge Robreno of the Eastern District of Pennsylvania for coordinated pre-trial proceedings.

A copy of the attached Notice of Tag-Along Action has been served on all counsel in the Ziettlow action. Additionally, a Notice of Filing Tag-Along is being filed with the District Court before which the Ziettlow action is pending. We have also sent a copy of this submission to the Clerk of the Court for the Eastern District of Pennsylvania and to Judge Robreno, to whom the previously transferred asbestos actions have been assigned.

Thank you for your attention to this matter.

Very truly yours,

/Michael D. Simons/

Michael D. Simons

Enclosures
cc:   Clerk of the Court, United States District Court for the District of Connecticut
      Clerk of the Court, United States District Court for the Eastern District of Pennsylvania
      Hon. Eduardo C. Robreno, United States District Court for the Eastern District of Pennsylvania
      All counsel of Record (electronically via Pacer/ECF)