# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & TITLE - IN RE: Asbestos Products Liability Litigation (No. VI)

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Norvin Sundeen v. B.F. Goodrich Company, et al., CAN Civil Action No. 3:12-cv-01578

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for BorgWarner Morse TEC Inc. , (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

[✓] This party's parent corporation(s) are listed below:

BorgWarner Inc.

[ ] The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

[ ] This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

_____        BURNHAM BROWN
Signature of Attorney                            Name of Firm

1901 Harrison Street, 14th Floor              Oakland, CA 94612
Address                                                   City/State/Zip Code

Date May 2, 2012

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

1  Dean Pollack, State Bar No. 176440
   Walter C. Rundin, State Bar No. 072475
2  BURNHAM BROWN
   A Professional Law Corporation
3  P.O. Box 119
   Oakland, California 94604
4  ---
   1901 Harrison Street, 14th Floor
5  Oakland, California 94612
   Telephone:  (510) 444-6800
6  Facsimile:  (510) 835-6666

7  Attorneys for Defendant
   BORGWARNER MORSE TEC INC., as successor-by-
8  merger to Borg-Warner Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORVIN SUNDEEN,<br><br>   Plaintiff,<br><br>v.<br><br>BF GOODRICH COMPANY, et al.,<br><br>   Defendants. | Case No. 3:12-cv-01578-JCS<br><br>Transferred Court: Superior Court, County of Alameda, Case No. RG-12-618605 |

### CORPORATE DISCLOSURE STATEMENT OF BORGWARNER MORSE TEC INC.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant BORGWARNER MORSE TEC INC., as successor-by-merger to Borg-Warner Corporation, files the instant corporate disclosure statement:

///
///
///
///
///
///

1  BorgWarner, Inc., a publicly traded corporation, is the parent company of BorgWarner
2  Morse TEC Inc. and owns 100% of its stock.

3  DATED: April 16, 2012         BURNHAM BROWN

        *signature*
        WALTER C. RUNDIN
        Attorneys for Defendant
        BORGWARNER MORSE TEC INC., as
        successor-by-merger to Borg-Warner Corporation

1145968