Dean Pollack, State Bar No. 176440
Walter C. Rundin, State Bar No. 072475
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:      (510) 835-6666

Attorneys for Defendant
BORGWARNER MORSE TEC INC., as successor-by-merger to Borg-Warner Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORVIN SUNDEEN,<br><br>    Plaintiff,<br><br>v.<br><br>BF GOODRICH COMPANY, et al.,<br><br>    Defendants. | Case No. 3:12-cv-01578-JCS<br><br>Transferred Court:  Superior Court, County of Alameda, Case No. RG-12-618605 |

## CERTIFICATE OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Burnham Brown whose business address is 1901 Harrison Street, 14th Floor, Oakland, Alameda County, California 94612 (mailing address: Post Office Box 119, Oakland, California 94604).

On the date executed below, I filed and served a true and correct copy of the document(s) set out below electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case on May _____, 2012.

## CORPORATE DISCLOSURE STATEMENT

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on May __4__, 2011 at Oakland, California.

_____
Ginny Gaulter

---

CERTIFICATE OF SERVICE                                                                 NO. 3:12-cv-01578