UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| Abbay v. Armstrong International, Inc., et al.,  ) | |
|     E.D. Pennsylvania, C.A. No. 2:10-83248     ) | MDL No. 875 |
|     (W.D. Washington, C.A. No. 2:10-01585)    ) | |

### ORDER REVOKING CONDITIONAL REMAND ORDER

A conditional remand order was filed in this matter (*Abbay*) on May 3, 2012, pursuant to a suggestion of remand issued by the Honorable Eduardo C. Robreno, the transferee judge. The Panel has now been informed that the transferee judge has issued a second suggestion of remand and substituted it for the first suggestion.

IT IS THEREFORE ORDERED that the Panel's conditional remand order filed on May 3, 2012, is REVOKED. A second conditional remand order will issue shortly.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel