UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOYER HAZELWOOD AND SUE HAZELWOOD,<br><br>    Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>    Defendants. | Case No. 2:12-cv-60129<br><br>NDCA Case No. 4::12-cv-01313<br>Alameda County Superior Court<br>Case No. RG 11 585967<br><br>CERTIFICATE OF SERVICE<br><br>[Filed Concurrently With Notice of and Opposition to Conditional Remand order; Declaration of Thomas J. Moses In Support Of Opposition To Conditional Remand Order] |

    I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On May 7, 2012, I served the following:

DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION'S NOTICE OF OPPOSITION AND OPPOSITION TO CONDITIONAL REMAND ORDER

DECLARATION OF THOMAS J. MOSES IN SUPPORT OF DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION'S NOTICE OF OPPOSITION AND OPPOSITION TO CONDITIONAL REMAND ORDER

    **X**    On all parties via the CM/ECF service list for the Judicial Panel of MultiDistrict Litigation.

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

CERTIFICATE OF SERVICE

I declare under penalty of perjury that the above is true and correct. Executed on May 7, 2012, at San Francisco, California.

*Wanda D. Claudio*
Wanda D. Claudio

Edward R. Hugo
Donna L. Maul
Thomas J. Moses
Brydon hugo & parker
135 Main Street, 20th Floor
San Francisco, CA 94105
Tel.: (415) 808-0300
Fax: (415) 808-0333
Email: service@bhplaw.com
Attorneys for Defendant
PNEUMO ABEX LLC
successor in interest to Abex Corporation

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2
CERTIFICATE OF SERVICE