UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

## SECOND AMENDMENT TO THE HEARING SESSION ORDER
## AND ATTACHED SCHEDULE FILED APRIL 17, 2012

      IT IS ORDERED that the Hearing Session Order and attached Schedule filed by the Judicial Panel on Multidistrict Litigation on April 17, 2012, are amended to include the following matter on Schedule B (matters designated for consideration without oral argument) of the Schedule for the hearing session on May 31, 2012, in Washington, DC.

MDL No. 875 - **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

      Opposition of defendant Pneumo Abex, LLC, to remand, under 28 U.S.C. § 1407(a), of the following action to its respective transferor court:

      <u>Easterm District of Pennsylvania</u>

      Hazelwood, et al. V A.W. Chesterton Company, et al., C.A. No. 2:12-60129
          (N.D. California, C.A. 3:12-1313)

                                                FOR THE PANEL:

                                                Jeffery N. Lüthi
                                                Clerk of the Panel