## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**IN RE:** ASBESTOS PRODUCTS         :
        LIABILITY LITIGATION (NO. VI)   :   **MDL No. 875**

| | |
|---|---|
| *This Document Relates to:*<br>CATHARINE C. FERGUSON, Personally<br>and as the Executrix of the Estate of<br>ROBERT E. FERGUSON,<br><br>           Plaintiffs,<br><br>v.<br><br>LORILLARD TOBACCO COMPANY, INC.,<br>et al.,<br><br>        Defendants. | E.D. Pa. No.  2:09CV91161-ER<br>N.D. Ohio No.  1:06CV10006<br><br><br>Judge Eduardo C. Robreno |

## DEFENDANT LORILLARD TOBACCO COMPANY'S
## <u>NOTICE OF OPPOSITION TO THE CONDITIONAL REMAND ORDER</u>

Defendant Lorillard Tobacco Company ("Lorillard") respectfully submits this notice of opposition to the Conditional Remand Order for the purpose of informing the Panel that, while Lorillard agrees that remand to the Northern District of Ohio would be appropriate at this time, this matter is not truly trial-ready because two areas of discovery have yet to be completed, as set forth briefly below:

1.     Fact discovery regarding separate, asbestos-related claims made by or on behalf of Plaintiff's decedent, Robert E. Ferguson, has not been completed, despite the diligent efforts of Lorillard. Discovery pertaining to these asbestos trust claims was specifically allowed by Magistrate Judge Hey's Order dated November 22, 2011.  Lorillard's discovery efforts, however, were delayed by the need to re-issue subpoenas and obtain authorizations from Plaintiff in

response to objections raised by certain of the trusts.  All of these issues appear to have been addressed, and the various objecting trusts have indicated they will respond to Lorillard's requests, but, at this time, some of the material is still outstanding.

2.      Because this fact discovery is not complete, the parties have not been able to complete expert discovery.

3.      The parties have agreed, however, that expert depositions can take place after remand to the Northern District of Ohio.

4.      Finally, no settlement conference has been scheduled in this matter.

## **CONCLUSION**

Lorillard agrees that remand to the Northern District of Ohio would be appropriate at this time subject to two areas of discovery that can be completed after remand, if necessary.  In particular, if the Panel determines that the case should be remanded to the Northern District of Ohio, such remand should be subject to the completion of the limited fact discovery regarding the asbestos trusts and the completion of expert discovery.

Dated: May 8, 2012                        Respectfully submitted,

                                                    s/ James E. Berger
                                                    James E. Berger
                                                    HUGHES HUBBARD & REED LLP
                                                    2345 Grand Boulevard, Suite 2000
                                                    Kansas City, Missouri 64108
                                                    Tel. 816-709-4100
                                                    Fax 816-709-4198
                                                    berger@hugheshubbard.com

                                                    and

Patrick M. McLaughlin
McLAUGHLIN & McCAFFREY, LLP
1111 Superior Avenue, Suite 1350
Cleveland, Ohio  44114-2500
(216) 623-0900 (Telephone)
(216) 623-0935 (Facsimile)
pmclaughlin@mmlitigation.com

ATTORNEYS FOR DEFENDANT LORILLARD
TOBACCO COMPANY

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on May 8, 2012, a true and correct copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

s/ James E. Berger_____
James E. Berger

ATTORNEY FOR DEFENDANT LORILLARD
TOBACCO COMPANY