# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk          May 10, 2012                                    TELEPHONE:
                                                                          CIVIL (336) 332-6030
                                                                       CRIMINAL (336) 332-6020
                                                                          ADMIN (336) 332-6015

Mr. Jeffrey N. Lüthi, Clerk
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Dear Mr. Lüthi:

**Re: MDL - 875; In re Asbestos Products Liability Litigation (No. VI)**

For your consideration as a potential "tag-along" action, we have enclosed copies of the docket sheet and complaint for the following case filed on May 10, 2012 in the Middle District of North Carolina:

NCMD Case 1:12CV459

Carolyn Mullis  v. Armstrong International, Inc et al

Sincerely,

John S. Brubaker, Clerk

By:  /s/ Leah J. Garland
         Deputy Clerk

JSB/ljg

Enclosures