| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL No. 875 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**PHILADELPHIA DIVISION**

| | |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>MOYER HAZELWOOD and SUE HAZELWOOD,<br><br>                      Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>                      Defendants | Case No. 2:12-cv-60129<br><br>NDCA Case No. 4:12-cv-01313<br>Alameda County Superior Court<br>Case No. RG 11 585967<br><br>**CERTIFICATE OF SERVICE**<br><br>[Filed Concurrently With Notice of Appearance] |

**CERTIFICATE OF SERVICE**

      I am a resident of the State of California, over the age of 18 years, and not a party to the within action.  My electronic address is gclark@levinsimes.com and my business address is 353 Sacramento Street, 20th Floor, San Francisco, California 94111.  On this Tuesday, May 15, 2012, I served the following:

**NOTICE OF APPEARANCE
(JPML Form 18)**

**X**      On all parties via the CM/ECF service list for the Judicial Panel of MutliDistrict Litigation.

- 1 -

CERTIFICATE OF SERVICE

I declare under penalty of perjury that the above is true and correct.  Executed on this Tuesday, May 15, 2012, at San Francisco, California.

>　*/s/ Grace Clark*
> Grace Clark
>
> William A. Levin, Esq.
> Laurel L. Simes, Esq.
> Sean P. Worsey, Esq.
> **LEVIN SIMES LLP**
> 353 Sacramento Street, 20th Floor
> San Francisco, CA 94111
> Tel:     (415) 426-3000
> Fax:    (415) 426-3001
> Email: wlevin@levinsimes.com
> 　　　 llsimes@levinsimes.com
> 　　　 sworsey@levinsimes.com
> *Attorneys for Plaintiffs Moyer Hazelwood and Sue Hazelwood*
>
> Jeffrey A. Kaiser, Esq.
> **KAISER GORNICK LLP**
> 100 First Street, 25th Floor
> San Francisco, CA 94105
> Tel:     (415) 857-7400
> Fax:    (415) 857-7499
> Email: jkaiser@kaisergornick.com
> *Attorneys for Plaintiffs Moyer Hazelwood and Sue Hazelwood*

CERTIFICATE OF SERVICE