# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & TITLE - IN RE: Asbestos

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Moyer Hazelwood and Sue Hazelwood vs. A.W. Chesterton Company, et al.  (LIST ATTACHED)

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Pneumo Abex LLC, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation(s) are listed below:

☐ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☑ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

_____     BRYDON HUGO & PARKER
Signature of Attorney                                Name of Firm

135 Main Street, 20th Floor            San Francisco, CA 94105
Address                                                 City/State/Zip Code

Date May 15, 2012

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

List of Parties
USDC Northern District of California Case No. 4:12-cv-01313 CW
Alameda County Superior Court Case No. RG11 585967

MOYER HAZELWOOD AND SUE HAZELWOOD,

        Plaintiffs,

   vs.

A.W. CHESTERTON COMPANY; ALLIED PACKING & SUPPLY, INC.; ARMSTRONG INTERNATIONAL, INC.; BORG-WARNER CORPORATION BY ITS SUCCESSOR-IN-INTEREST, BORG-WARNER MORSE TEC INC.; BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, F/K/A BRIDGESTONE FIRESTONE NORTH AMERICA TIRE, LLC, AS SUCCESSOR IN INTEREST TO FIRESTONE TIRE & RUBBER COMPANY; CBS CORPORATION, A DELAWARE CORPORATION, FKA VIACOM, INC. SUCCESSOR-BY-MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, FKA WESTINGHOUSE ELECTRIC CORPORATION; CALAVERAS ASBESTOS, LTD; CARLISLE CORPORATION; CRANE CO., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO CHAPMAN VALVE CO.; CROWN, CORK & SEAL, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MUNDET CORK; CUMMINS, INC., F/K/A CUMMINS ENGINE COMPANY, INC.; DETROIT DEISEL CORPORATION; EATON CORPORATION; FREUDENBERT-NOK AS SUCCESSOR-IN-INTEREST TO DETROIT GASKETS; GENERAL ELECTRIC COMPANY; GENUINE PARTS COMPANY; GEORGIA-PACIFIC CORPORATION; GOULDS PUMPS, INCORPORATED; HONEYWELL INTERNATIONAL, INC. FKA ALLIED SIGNAL INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE BENDIX CORPORATION; IMO INDUSTRIES, INC. FKA DELAVAL TURBINE, INC. and DELAVAL STEAM TURBINE COMPANY; INDIAN HEAD INDUSTRIES, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO DETROIT GASKET & MANUFACTURING COMPANY; INGERSOLL-RAND COMPANY; KELSEY HAYES COMPANY; LEAR-SIEGLER DIVERSIFIED HOLDINGS CORPORATION; MCCORD CORPORATION F/K/A MCCORD GASKET CORPORATION; MERITOR, INC., F/K/A ARVINMERITOR, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO ROCKWELL INTERNATIONAL CORPORATION; MORTON INTERNATIONAL, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THIOKOL CORPORATION; MOTION CONTROL INDUSTRIES, INC.; PARKER-HANNIFIN CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO SACOMO SIERRA AND SACOMO MANUFACTURING COMPANY; PNEUMO-ABEX LLC, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ABEX CORPORATION; ROCKWELL AUTOMATION, INC.; SCAN-PAC MFG., INC.; SOCO-WEST, INC. FKA BRENNTAG WEST, INC. FKA SOCO-LYNCH CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WESTERN CHEMICAL & MANUFACTURING COMPANY; THE GOODYEAR TIRE & RUBBER COMPANY; THOMAS DEE ENGINEERING COMPANY, INC.; THYSSENKRUPP BUDD COMPANY, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE BUDD COMPANY; TWIN DISC, INCORPORATED; UNION CARBIDE CORPORATION; VELLUMOID, INC.; YARWAY CORPORATION; and the FIRST DOE through THREE HUNDREDTH DOE, inclusive

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL 875

*Moyer Hazelwood and Sue Hazelwood*vs. *A.W. CHESTERTON COMPANY, Et Al.,*

USDC Eastern District of Pennsylvania Case No. 2:12-cv-60129
Northern District of California Case No. 4::12-cv-01313
Alameda County Superior Court Case No. RG 11 585967

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On May 7, 2012, I served the following:

CORPORATE DISCLOSURE STATEMENT

**X**   On all parties via the CM/ECF service list for the Judicial Panel of MultiDistrict Litigation.

I declare under penalty of perjury that the above is true and correct. Executed on May 15, 2012, at San Francisco, California.

*Wanda D. Claudio*
Wanda D. Claudio

Edward R. Hugo
Donna L. Maul
Thomas J. Moses
Brydon hugo & parker
135 Main Street, 20th Floor
San Francisco, CA 94105
Tel.: (415) 808-0300
Fax: (415) 808-0333
Email: service@bhplaw.com
Attorneys for Defendant
PNEUMO ABEX LLC
successor in interest to Abex Corporation

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

CERTIFICATE OF SERVICE