UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | |
| NO VI | MDL 875 |
| This Document Relates To: | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOYER HAZELWOOD AND SUE HAZELWOOD, | Case No. 2:12-cv-60129 |
| Plaintiffs, | NDCA Case No. 4::12-cv-01313 Alameda County Superior Court Case No. RG 11 585967 |
| vs. | [Filed Concurrently With Declaration of Thomas J. Moses In Support Of Motion] |
| A.W. CHESTERTON COMPANY, et al., | |
| Defendants. | |

**DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION'S NOTICE OF MOTION AND MOTION TO VACATE CONDITIONAL REMAND ORDER**

TO THE CLERK OF THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION ("Pneumo Abex"), by and through their counsel of record, Thomas J. Moses of the Law Offices of Brydon, Hugo & Parker, respectfully moves the JUDICIAL PANEL ON MULTIDISTRICT LITIGATION ("the Panel"), pursuant to Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, to vacate its Order, filed on April 30, 2012, conditionally remanding the above-entitled case to the United States District for the Northern District of California.

BRYDON HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION'S NOTICE OF MOTION AND MOTION TO VACATE CONDITIONAL REMAND ORDER

This motion is based on the arguments made in the brief in support of this motion, which is made a part of this filing, and the records and pleadings on file herein.

## I.     INTRODUCTION

On March 16, 2012, Pneumo Abex removed the state court action originally filed in the Alameda County (CA) Superior Court on July 18, 2011 by Plaintiffs MOYER HAZELWOOD AND SUE HAZELWOOD ("Plaintiffs").  After receiving a "tag-along" notice, this Panel issued a "Conditional Transfer Order" (CTO-498) on March 22, 2012, to have the removed action transferred from the Northern District of California to be coordinated with other federal asbestos cases previously assigned to the Asbestos MDL ("the MDL"), venued in the Eastern District of Pennsylvania.  Despite having had ample opportunity to do so, Plaintiffs never filed an opposition to that conditional transfer order, which became final on March 30, 2012.

Within days of the entry of the order transferring this case to the MDL, Plaintiffs filed a motion in the MDL to remand their case back to the state court from which it had been removed, or, alternatively, to the Northern District of California, the transferor court, for trial.  (A true and correct copy of Plaintiffs' Notice of Motion And Motion To Remand To The State Court; Or, In The Alternative Motion For Suggestion Of Remand To The Northern District of California is attached as Exhibit A to the accompanying Declaration of Thomas J. Moses In Support Of Pneumo Abex's Motion To Vacate Conditional Remand Order ["Moses Decl."].)

As set forth more fully below, Pneumo Abex asserts that Plaintiffs' "Motion For Suggestion of Remand" was procedurally defective, as it completely failed to comply with the mandatory terms of the Administrative Order (Administrative Order No. 18) issued by the Eastern District of Pennsylvania which governs motions for "suggestion of remand." As a result, this Panel's Conditional Remand Order must be dissolved, and the case returned to the Eastern District of Pennsylvania for further proceedings.

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2
DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION'S
NOTICE OF MOTION AND MOTION TO VACATE CONDITIONAL REMAND ORDER

## II.     PLAINTIFFS' "MOTION FOR SUGGESTION OF REMAND" FAILED TO COMPLY WITH THE MANDATORY PROVISIONS OF ADMINISTRATIVE ORDER NO. 18

In the MDL, a plaintiff seeking to have their case remanded to the transferor Court must file a motion for a suggestion of remand that "conforms to the requirements set forth" in the Eastern District of Pennsylvania's Administrative Order 18.  That order provides, in pertinent part:

A motion for a suggestion of remand must contain, at a minimum, the following information with regard to each individual claim:

1.) The civil action number of the case in the district where it was originally filed.

2.) The civil action number of the case in the Eastern District of Pennsylvania, if the case has been assigned an E.D. Pa. civil action number.

3.) The name of the plaintiff in the case.

4.) The diagnosing report or opinion relied upon by plaintiff in compliance with Administrative Order no. 12.

5.) The identity of defendants that are still viable in the case.

6.) A certification that the motion requesting the suggestion of remand has been served upon counsel for all parties in the action.

7.) The specific reasons why remand is appropriate in this case.  Plaintiff should specify:

a.) Whether Plaintiff has complied with Administrative Orders 12 and 12A.

b.) Whether the injured Plaintiff is alive.

c.) Whether the parties have submitted a Rule 26(f) report to the Court.

d.) Whether all relevant discovery has been completed or has been substantially completed.  If not, identify the discovery still to be completed.

e.) The extent to which settlement conferences have been held in the case and the status of settlement negotiations.

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3

DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION'S
NOTICE OF MOTION AND MOTION TO VACATE CONDITIONAL REMAND ORDER

f.) Whether there are any outstanding motions in the case. Counsel seeking remand should be able to certify that there are no outstanding motions remaining in the case.

g.) Whether, if the case is remanded, the Plaintiff is prepared for trial without delay once on the transferor court's normal docket.

h.) The status of congestion in the transferor court docket.

In direct contravention of Section 7(f) of the Order—which mandates that "no outstanding motions" should remain in the case—Plaintiffs incorporated their "Motion for Suggestion of Remand" into their Motion to Remand this case to state court, and in doing so asked that the MDL consider remanding the case to the Northern District as an alternative to remanding it back to state court. (See Exhibit A.) Obviously, a highly important motion remained to be decided in the case—namely, Plaintiffs' remand motion, which had originally been filed—but not ruled upon—in the Northern District of California before transfer.

Plaintiffs' Memorandum of Points and Authorities supporting their combined "remand/suggestion of remand" motion was focused almost exclusively on Plaintiffs' arguments challenging the validity of Pneumo Abex's removal to federal court. (A true and correct copy of Plaintiffs' Memorandum of Points And Authorities In Support Of Plaintiffs' Motion To Remand To The State Court; Or, In The Alternative Motion For Suggestion Of Remand To The Northern District of California is attached as Exhibit B to the Moses Decl.; see Exhibit B, *seriatim*.)

The portion of Plaintiffs' Memorandum of Points and Authorities supporting their request for entry of a "Suggestion of Remand" provided no substantive information sufficient to satisfy the mandatory requirements of the Order. Instead, it addressed and attempted to justify Plaintiffs' failure to oppose this Panel's Conditional Transfer Order (which got this case to the MDL in the first place), and mentioned some expert witness problems in the state court case—none of which was specifically pertinent to the

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

4

DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION'S
NOTICE OF MOTION AND MOTION TO VACATE CONDITIONAL REMAND ORDER

requirements of Administrative Order 18, much less justify remand to the Northern District.

Certainly, while the declaration of Sean P. Worsey contains various references to some of the information requested by Administrative Order 18, that information was not incorporated into the motion itself.  (Compare Exhibit B with the Declaration of Sean P. Worsey In Support Of Plaintiffs' Motion To Remand To The State Court; Or, In The Alternative Motion For Suggestion Of Remand To The Northern District of California, attached (without its supporting exhibits) as Exhibit C to the Moses Decl.)  Indeed, the only paragraphs of the Worsey Declaration actually cited in Plaintiffs' Memorandum of Points and Authorities as supporting Plaintiffs' request for a "suggestion of remand" order were Paragraphs 67-69 of the Worsey Declaration.  (See Exhibit B, at p. 14.)  Those paragraphs, however, merely noted that there were no outstanding motions left to be heard in the *state court case*, and that Plaintiffs and their counsel would be prepared for trial in the Northern District[1] if remanded there before Judge Wilken.  (See Exhibit C, at ¶¶ 67-69.)

In sum, Plaintiffs' "Motion For Suggestion of Remand" completely failed to satisfy the *mandatory* requirements of the MDL Administrative Order 18.  Being procedurally defective and factually insufficient, this Panel must reject Judge Robreno's "suggestion of remand," and return this case to the MDL for whatever further proceedings that Court might require.

---

[1] Had Plaintiffs expressed any desire to remain in the MDL, Pneumo Abex might have considered consenting to trial in the Eastern District of Pennsylvania, in which case a trial date could have been scheduled in that Court within 60 days.  (See Administrative Order No. 22, Eastern District of Pennsylvania.)

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION'S
NOTICE OF MOTION AND MOTION TO VACATE CONDITIONAL REMAND ORDER

### III.   CONCLUSION

For the reasons set forth herein, Defendant PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION respectfully requests that this Panel grant its Motion to Vacate the Conditional Remand Order.

Dated: May 15, 2012

By: /s/ Thomas J. Moses
Edward R. Hugo
Donna L. Maul
Thomas J. Moses
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Tel. (415) 808-0300
Fax: (415) 808-0333
Email: service@bhplaw.com
Attorneys for Defendant
PNEUMO ABEX LLC
successor in interest to Abex Corporation

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

6

DEFENDANT PNEUMO ABEX LLC SUCCESSOR IN INTEREST TO ABEX CORPORATION'S
NOTICE OF MOTION AND MOTION TO VACATE CONDITIONAL REMAND ORDER