IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| ABBAY v. ARMSTRONG INTERNATIONAL INC., et al. | : : : : : : | Transferred from the Western District of Washington, Case No. 10-01585  E.D. PA No. 2:10-cv-83248 |

### O R D E R

**AND NOW,** this **15th** day of **May, 2012**, it is hereby **ORDERED** that the Suggestion of Remand entered in this case is **VACATED**. A new Suggestion of Remand will be entered in the future pending the outcome of Crane Co.'s Motion for Reconsideration.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

1