BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

**CERTIFICATION OF SERVICE**

I hereby certify that I have on this 16th day of May, 2012, caused to be served a copy of Defendants CBS Corporation, Foster Wheeler Energy Corporation and General Electric Company's Notice of Potential Tag Along Actions, letter to MDL filing same and this Certification of Service to plaintiff's counsel via email and/or regular mail and on the 16th day of May, 2012, to all known defense counsel listed on the attached Attorney Service List by email and/or regular mail.

DATED:  May 16, 2012

                                                          Respectfully submitted,

                                                    _____/S_____
                                                    Afigo I. Fadahunsi
                                                    afigo.fadahunsi@sedgwicklaw.com
                                                    SEDGWICK LLP
                                                    Three Gateway Center
                                                    12th Floor
                                                    Newark, New Jersey 07102
                                                    (973) 242-0002 (Tel)
                                                    (973) 242-8099 (Fax)
                                                    Counsel for Defendants
                                                    CBS Corporation, Foster Wheeler Energy
                                                    Corporation and General Electric Company

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL NO. 875 |

## ATTORNEY SERVICE LIST

| | |
|---|---|
| Kardon A. Stolzman, Esq.<br>Napoli Bern Ripka Shkolnik & Associates, LLP<br>350 5th Avenue, Suite 7413<br>New York, New York 10118 | Plaintiff |
| Thomas Beneventano, Esq.<br>Lasorsa & Beneventano<br>3 Barker Avenue, 2nd Floor<br>White Plains, NY 10601 | Counsel for Armstrong International, Inc. |
| Anna DiLonardo, Esq.<br>Marshall, Dennehy, Warner, Coleman & Goggin<br>888 Veteran's Memorial Highway, Suite 540<br>Hauppauge, New York 11788 | Counsel for Borg-Warner Corp., n/k/a Burns International Services Corp., BW/IP International, Inc., f/k/a Borg Warner Industrial Products, successor to Byron Jackson Pumps |
| Edward WIlbraham, Esq.<br>Wilbraham Lawler & Buba<br>140 Broadway, 46th Floor<br>New York, NY 10005 | Buffalo Pumps, Inc. |
| Barbara Hopkins Kelly, Esq.<br>Wilson Elser Moskowitz , Edelman & Dicker<br>200 Campus Drive<br>Florham Park, New Jersey 07923-1007 | Counsel for Carrier Corporation |
| Kristen Alford Kneis, Esq.<br>K&L Gates LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Counsel for Crane, Co. |
| M. Bradford Stein, Esq.<br>Flemming, Zulack & Williamson, LLP<br>One Liberty Plaza<br>New York, NY 10006 | Counsel for Crown, Cork & Seal Co., Inc. |

| | |
|---|---|
| Nancy McDonald, Esq.<br>McElroy, Deutch & Mulvaney<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown, New Jersey 07962-2075 | Counsel for Flowserve Corporation |
| Christopher P. Hannan, Esq.<br>Kelley, Jasons, McGowan, Spinelli & Hanna<br>120 Wall Street, 30th Floor<br>New York, NY 10005 | Counsel for FMC Corp. |
| Mark Feinstein, Esq.<br>Aaronson Rappaport Feinstein & Deutsch LLP<br>757 Third Avenue<br>New York, New York 10017 | Counsel for Ford Motor Company |
| Scott R. Emery, Esq.<br>Lynch Daskal Emery LLP<br>264 West 40th Street<br>New York, New York 10018 | Counsel for Georgia Pacific Co., |
| Donald R. Pugliese, Esq.<br>McDermott Will & Emery<br>340 Madison Avenue<br>New York, New York 10017 | Counsel for Honeywell International, Inc. |
| Joseph Colao, Esq.<br>Helen Chung, Esq.<br>Leader & Berkon LLP<br>630 Third Avenue, 17th Floor<br>New York, New York 10017 | Counsel for IMO Industries, Inc. and Warren Pumps, Inc. |
| Lisa M. Pascarella, Esq.<br>Stephanie A. Divita, Esq.<br>Pehlivanian, Braaten & Pascarella, LLC<br>2430 Route 34 – P.O. Box 648<br>Manasquan, New Jersey 08736 | Counsel for Ingersoll-Rand Co. |
| Judith Yavitz, Esq.<br>Darger Errante Yavitz & Blau LLP<br>116 East 27th Street, 12th Floor<br>New York, NY 10016 | Counsel for Union Carbide Corp. |
| Lawrence McGivney, Esq.<br>Monakee Griffin, Esq.<br>Jeff Kluger, Esq.<br>McGivney & Kluger, P.C.<br>80 Broad Street – 23rd Fl.<br>New York, New York 10004 | Weir Valves and Controls USA Inc. |
| Rob Tonogbanua, Esq.<br>Dickie, McCamey & Chilcote P.C.<br>Public Ledger Building, Suite 901<br>150 South Independence Mall – West | Counsel for Yarway Corp. |

| Philadelphia , PA 19106 | |
|---|---|