BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. 875 – In Re Donald W. Swain, Jr. and Patricia Swain Litigation

SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| DONALD W. SWAIN, JR., AND PATRICIA SWAIN V. AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC., CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION AND AS SUCCESSOR IN INTEREST TO B.F. STURTEVANT, ELLIOT TURBOMACHINERY CO., INC., FOSTER WHEELER L.L.C. GENERAL ELECTRIC COMPANY | United States District Court for the District of Connecticut | 3:12-cv-00686-WWE | Warren W. Eginton |