BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. 875 – In Re Donald W. Swain, Jr., and Patricia Swain Litigation

PROOF OF SERVICE

I hereby certify that on May 17, 2012, a copy of foregoing Notice of Tag-Along Action was filed electronically and served by email to the following:

Counsel for Plaintiff
Christopher Meisenkothen, Esq.
Early, Lucarelli, Sweeney, & Meisenkothen, L.L.C.
One Century Tower, 11th Floor
265 Church Street, P.O. Box 1866
New Haven, CT 06508-1866
203-777-7799
cmeisenkothen@elslaw.com

Counsel for General Electric:
Dan E. LaBelle, Esq.
Halloran & Sage
315 Post Rd. West
Westport, CT 06880
203-227-2855
Labelle@halloran-sage.com
Szczesny@halloran-sage.com

Counsel for Air & Liquid Systems Corporation
Byrna Rosen Misiura, Esq.
Michael D. Simons, Esq.
Governo Law Firm, LLC
Two International Place, 15th Floor
Boston, MA 02110
617-737-9045
bmisiura@governo.com
msimons@governo.com

Counsel for Foster Wheeler
Mark O. Denehy, Esq.
One Citizens Plaza
8th Floor
Providence, RI 02903
401-274-7200
dkubacki@apslaw.com

Counsel for Elliot Turbomachinery, L.L.C.
Katherine Scott Perry, Esq.
Adler Pollock & Sheehan
175 Federal Street
Boston, MA 02110
617-482-0600
kperry@apslaw.com

Thomas F. Maxwell, Jr.
Federal Bar No. CT00132
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone: 203 330 2000
Facsimile: 203 576 8888
tmaxwell@pullcom.com