IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : | Consolidated Under MDL DOCKET NO. 875 |
| PORTER | : : : : | Transferred from the Middle District of Louisiana, Case No. 11-00166 |
| v. | : : | |
| GREATER BATON ROUGE PORT COMMISSION, et al. | : : | E.D. PA No. 2:11-cv-67283 |

FILED MAY 1 6 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### O R D E R

**AND NOW**, this **15th** day of **May, 2012**, it is hereby **ORDERED** that the Suggestion of Remand entered in this case be **VACATED**.[1]

It is further **ORDERED** that the case be reopened.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[1] The Suggestion of Remand incorrectly stated that al[l] discovery had been completed and that the parties had complie[d] with a Rule 16 order, when in fact the Rule 16 order had neve[r] issued. Additionally, an opposed motion to remand to state co[urt] is pending in this case. The case shall remain in the MDL Cou[rt] pending the outcome of the motion to remand. A new Suggestion [of] Remand will be entered, as appropriate, pending the outcome o[f] the motion to remand.