UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
    Porter, et al. v. Greater Baton Rouge Port Commission, )
        (E.D. Pennsylvania, C.A. No. 2:11-67283) )    MDL No. 875
        M.D. Louisiana, C.A. No. 3:11-00166 )

**ORDER VACATING CONDITIONAL REMAND ORDER
AND VACATING THE MAY 31, 2012, HEARING SESSION ORDER**

    A conditional remand order was filed in this action (*Porter*) on February 1, 2012. Prior to expiration of that order's 7-day stay of transmittal, third party defendant SSA Gulf, Inc., filed a notice of opposition to the proposed remand. Defendant later filed a motion and brief to vacate the conditional remand order. The Panel has now been informed that the transferee judge has vacated his suggestion of remand in *Porter* which moots the opposition to remand.

    IT IS THEREFORE ORDERED that the Panel's conditional remand order filed on February 1, 2012, is VACATED insofar as it relates to this action.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 17, 2012, are VACATED insofar as they relate to this action.

                                 FOR THE PANEL:

                                 Jeffery N. Lüthi
                                 Clerk of the Panel