IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| | : | Transferred from the Northern |
| KING, et al. | : | District of California, |
| | : | Case No. 10-CV-04921 |
| v. | : | |
| | : | |
| A.O. SMITH CORP., et al. | : | E.D. PA No. 11-cv-60044 |

## O R D E R

**AND NOW,** this **17th** day of **May, 2012,** the Court having been informed the Plaintiffs wish to transfer this case to the bankruptcy-only docket, it is hereby **ORDERED** that the Suggestion of Remand in this case is **VACATED**. An order transferring the case to the bankruptcy-only docket will follow.

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

1