BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

NO VI

MDL No. 875

This Document Relates To:

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THIS DOCUMENT RELATES TO: | Case No. 2:12-cv-60129 |
|---|---|
| MOYER HAZELWOOD and SUE HAZELWOOD,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants | NDCA Case No. 4:12-cv-01313<br>Alameda County Superior Court<br>Case No. RG 11 585967<br><br>**CERTIFICATE OF SERVICE**<br><br>[Filed Concurrently with the Memorandum of Points and Authorities in Support of Plaintiffs' Opposition to Defendant Pneumo Abex LLC's Motion to Vacate Conditional Remand Order; Declaration of Sean P. Worsey In Support of Plaintiffs' Opposition to Defendant Pneumo Abex LLC' Motion to Vacate Conditional Remand Order] |

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is gclark@levinsimes.com and my business address is 353 Sacramento Street, 20th Floor, San Francisco, California, 94111. On May 21, 2012, I served the following:

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT PNEUMO ABEX LLC'S MOTION TO VACATION CONDITIONAL REMAND ORDER**

**DECLARATION OF SEAN P. WORSEY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT PNEUMO ABEX LLC'S MOTION TO VACATE CONDITIONAL REMAND ORDER**

XX   On all parties *via* the CM/ECF service list for the Judicial Panel of MultiDistrict Litigation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this Monday, May 21, 2012, at San Francisco, California.

*Grace Clark*
Grace Clark

William A. Levin, Esq.
Laurel L. Simes, Esq.
Sean P. Worsey, Esq.
**LEVIN SIMES LLP**
353 Sacramento Street, 20th Floor
San Francisco, CA 94111
Telephone:   (415) 426-3000
Facsimile:    (415) 426-3001
wlevin@levinsimes.com
llsimes@levinsimes.com
sworsey@levinsimes.com

Jeffrey A. Kaiser, Esq.
**KAISER GORNICK LLP**
100 First Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 857-7400
Facsimile:    (415) 857-7499

Attorneys for Plaintiffs Moyer Hazelwood and Sue Hazelwood

DECLARATION OF SEAN P. WORSEY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT PNEUMO ABEX LLC'S MOTION TO VACATE CONDITIONAL REMAND ORDER