**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS | : |
| LIABILITY LITIGATION (No. VI) | :   CIVIL ACTION NO.: MDL 875 |

**This Document Relates to:**

| | |
|---|---|
| Catharine C. Ferguson, Personally and as the Executrix of the Estate of Robert E. Ferguson, | : N.D. Ohio No. 1:06CV10006-JGC |
| Plaintiffs, | : |
| vs. | : |
| Lorillard Tobacco Company, Inc., et al. | : |
| Defendants. | : |

**PROOF OF SERVICE**

I hereby certify that a true and correct copy of the following documents:

1. NOTICE OF APPEARANCE Filed by Eric Shor for Defendant Hollingsworth & Vose Co; and

2. CORPORATE DISCLOSURE STATEMENT Identifying No Parent Corp. for Hollingsworth & Vose Co.

were served by CM/ECF Notice of Electronic Filing on May 21, 2012, and was further served by U.S. mail on May 22, 2012 upon:

C. RICHARD MCDONALD , SR
DAVIS YOUNG
1200 FIFTH THIRD CENTER
600 SUPERIOR AVE E
CLEVELAND, OH 44114

CHRISTINA T. HIDEK
SUTTER O'CONNELL MANNION FARCHI
1301 E NINTH ST
3600 ERIEVIEW TOWER
CLEVELAND, OH 44114

JOHN A. KRISTAN , JR
KELLEY JASONS MCGOWN SPINELLI HANNA
1220 W SIXTH ST STE 305
CLEVELAND, OH 44113

JOHN D. MISMAS
THE MISMAS LAW FIRM, LLC
38118 SECOND STREET
WILLOUGHBY, OH 44094

JOSEPH T. OSTROWSKI
BONEZZI SWITZER MURPHY POLITO HUPP
1300 E NINTH ST STE 1950
CLEVELAND, OH 44114

MICHELE L. LARISSEY
SWARTZ CAMPBELL
1120 ILLUMINATING BLDG
55 PUBLIC SQUARE
CLEVELAND, OH 44113

WILLIAM D. BONEZZI
BONEZZI SWITZER MURPHY POLITO & HUPP
PENTON MEDIA BUILDING
1300 EAST 9TH STREET
SUITE 1950
CLEVELAND, OH 44114

                                    s/ **Eric N. Shor**
                                    **Eric N. Shor**

2109607.1