UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Ferguson, et al v. Lorillard Tobacco Company, Inc., et al.,  )
    E.D. Pennsylvania, C.A. No. 2:09-91161   )   MDL No. 875
    (N.D. Ohio, C.A. No. 1:06-10006)   )

**ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER**

A conditional remand order was filed in this action (*Ferguson*) on May 2, 2012. Prior to expiration of that order's 7-day stay of transmittal, defendant Lorillard Tobacco Company, Inc., filed a notice of opposition to the proposed remand. Defendant subsequently failed to file the required motion and brief to vacate the conditional remand order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional remand order filed on May 2, 2012, is LIFTED. The action is remanded to the Northern District of Ohio.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel