**<u>SCHEDULE</u>**

| Division | CA # | Judge | Case Caption |
|---|---|---|---|
| Northern District CA | 12-cv-2555 | Hon. Elizabeth D. Laporte | Andre Wright v. Crown Cork & Sealing Company, Inc. et al. |