## CERTIFICATE OF SERVICE

### *Andre Wright v. Crown Cork & Seal Company, Inc. et al.*

I hereby certify that a copy of the foregoing was mailed to the following counsel of record and non-appearing parties on May 23, 2012.

| | |
|---|---|
| Bassi Edlin Huie & Blum<br>500 Washington Street<br>Suite 700<br>San Francisco, CA 94111 | Brown, Eassa & McLeod LLP<br>1999 Harrison Street, 18th Floor<br>Oakland, CA 94612-0850 |
| Crosby & Rowell, LLP<br>299 Third Street, 2nd Floor<br>Oakland, CA 94607 | DeHay & Elliston<br>1111 Broadway<br>Suite 1950<br>Oakland , CA 94607 |
| Foley & Mansfield<br>3000 Lakeside Drive<br>Suite 1900<br>Oakland, CA 94612 | Gordon & Rees LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 |
| Jackson Jenkins Renstrom LLP<br>55 Francisco Street, 6th Floor<br>San Francisco, CA 94133 | K & L Gates LLP<br>Four Embarcadero<br>Center Suite 1200<br>San Francisco, CA 94111 |
| Law Offices of Lucinda L. Storm<br>610A Third Street<br>San Francisco, CA 94107 | Pond North, LLP<br>350 South Grand Avenue<br>Suite 3300<br>Los Angeles, CA 90071 |
| Schiff Hardin LLP<br>One Market Plaza<br>Spear Street Tower, 32nd Floor<br>San Francisco, CA 94105 | Sedgwick LLP<br>333 Bush Street, 30th Floor<br>San Francisco, CA 94104 |
| Steptoe & Johnson LLP<br>633 West Fifth St., 7th Floor<br>Los Angeles, CA 90071 | Yaron & Associates<br>601 California Street, 21st Fl.<br>San Francisco, CA 94108 |
| Walsworth, Franklin, Bevins & McCall<br>601 Montgomery Street, 9th Fl<br>San Francisco, CA 94111 | |

Rene Paufve

1

PROOF OF SERVICE