ADRMOP,E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:12-cv-02555-EDL

Wright v. Crown Cork & Seal Company, Inc. et al          Date Filed: 05/17/2012
Assigned to: Magistrate Judge Elizabeth D. Laporte          Jury Demand: None
Demand: $0          Nature of Suit: 368 P.I. : Asbestos
Cause: 28:1441 Petition for Removal- Asbestos Litigation          Jurisdiction: Federal Question

**Plaintiff**

**Andre Wright**          represented by **David R. Donadio**
Brayton Purcell LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
(415) 898-1555
Fax: (415) 898-1247
Email: DDonadio@braytonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Crown Cork & Seal Company, Inc.**

**Defendant**

**Triple A Machine Shop, Inc.**

**Defendant**

**Scott Co. of California**

**Defendant**

**Dahl-Beck Electric Company**

**Defendant**

**Douglas Insulation Company, Inc.**

**Defendant**

**Robertshaw Controls Company**

**Defendant**

**Amcord, Inc.**

**Defendant**

**Borg-Warner Corporation**

**Defendant**

**Certainteed Corporation**

**Defendant**

**Copeland Lumber Yards, Inc.**

**Defendant**

**CSK Auto, Inc.**

**Defendant**

**Cincinnati Valve Company**

**Defendant**

**Danville Lumber**

**Defendant**

**Dowman Products, Inc.**

**Defendant**

**Georgia-Pacific Corporation**

**Defendant**

**Honeywell International, Inc.,**

**Defendant**

**Genuine Parts Company**

**Defendant**

**Hill Brothers Chemical Company**

**Defendant**

**Highland Stucco & Lime Products, Inc.**

**Defendant**

**ITT Corporation**
*formerly known as*
ITT Industries, Inc.

**Defendant**

**Hanson Permanente Cement, Inc.**
*formerly known as*
Kaiser Cement Corporation

**Defendant**

**Parex USA, Inc.**
*formerly known as*

Parexlahabra, Inc.
*formerly known as*
La Habra Products, Inc.

**Defendant**

**Lehigh Southwest Cement Company**

**Defendant**

**Mission Stucco Company**

**Defendant**

**Olympic Glove & Safety Co., Inc.**

**Defendant**

**The Pep Boys Manny Moe & Jack of California**

**Defendant**

**Spirax Sarco, Inc.**
*a Delaware corporation*

represented by **Nicole Elisabet Gage**
Tucker Ellis LLP
135 Main Street, Suite 208658
San Francisco, CA 94105
(415) 617-2105
Fax: (415) 617-2409
Email: nicole.gage@tuckerellis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lance D. Wilson**
Tucker Ellis LLP
135 Main Street, Suite 700
San Francisco, CA 94105
(415) 617-2400
Fax: (415) 617-2409
*ATTORNEY TO BE NOTICED*

**Defendant**

**Union Carbide Corporation**

**Defendant**

**William Powell Company**

**Defendant**

**Yarway Corporation**

**Defendant**

**84 Lumber Company**
*a limited partnership*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/21/2012 | 7 | CERTIFICATE OF SERVICE by Spirax Sarco, Inc. re 1 Notice of Removal, (Gage, Nicole) (Filed on 5/21/2012) (Entered: 05/21/2012) |
| 05/17/2012 | | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 05/18/2012) |
| 05/17/2012 | 6 | PROOF OF SERVICE filed by Defendant Spirax Sarco, Inc. of re 5 Notice of Tag-Along Action, re 1 Notice of Removal, re 3 Certificate of Interested Parties, re 4 Notice of Pendency of Other Action or Proceedings & Civil Cover Sheet. (tn, COURT STAFF) (Filed on 5/17/2012) (Entered: 05/18/2012) |
| 05/17/2012 | 5 | NOTICE of Tag-Along Action filed by Defendant Spirax Sarco, Inc.. (tn, COURT STAFF) (Filed on 5/17/2012) (Entered: 05/18/2012) |
| 05/17/2012 | 4 | NOTICE of Pendency of Other Action or Proceedings filed by Defendant Spirax Sarco, Inc.. (tn, COURT STAFF) (Filed on 5/17/2012) (Entered: 05/18/2012) |
| 05/17/2012 | 3 | Certificate of Interested Parties filed by Defendant Spirax Sarco, Inc. identifying Other Affiliate Sarco International Corporation, Other Affiliate Spirax-Sarco Investments, LTD., Other Affiliate Spirax-Sarco Engineering, plc for Spirax Sarco, Inc.. (tn, COURT STAFF) (Filed on 5/17/2012) (Entered: 05/18/2012) |
| 05/17/2012 | 2 | ADR SCHEDULING ORDER: Joint Case Management Statement due 8/21/2012 & InitialCase Management Conference set for 8/28/2012 at 3:00 PM.. (tn, COURT STAFF) (Filed on 5/17/2012) (Entered: 05/18/2012) |
| 05/17/2012 | | AMENDMENT TO COMPLAINT to Substitute Defendants True Names for Does 5-34 and 1002-1006 against 84 Lumber Company, Amcord, Inc., Borg-Warner Corporation, CSK Auto, Inc., Certainteed Corporation, Cincinnati Valve Company, Copeland Lumber Yards, Inc., Crown Cork & Seal Company, Inc., Dahl-Beck Electric Company, Danville Lumber, Douglas Insulation Company, Inc., Dowman Products, Inc., Genuine Parts Company, Georgia-Pacific Corporation, Hanson Permanente Cement, Inc., Highland Stucco & Lime Products, Inc., Hill Brothers Chemical Company, Honeywell International, Inc.,, ITT Corporation, Lehigh Southwest Cement Company, Mission Stucco Company, Olympic Glove & Safety Co., Inc., Parex USA, Inc., Robertshaw Controls Company, Scott Co. of California, Spirax Sarco, Inc., The Pep Boys Manny Moe & Jack of California, Triple A Machine Shop, Inc., Union Carbide Corporation, William Powell Company, Yarway Corporation Submitted by Plaintiff Andre Wright. (tn, COURT STAFF) (Filed on 5/17/2012) (Entered: 05/18/2012) |
| 05/17/2012 | 1 | NOTICE OF REMOVAL - [No Process] from San Francisco County Superior Court. Their Case Number is CGC10-275680. [Filing Fee: $350.00, Receipt Number 34611074224] Filed by Defendant Spirax Sarco, Inc.. (Attachments: # (1) Civil Cover Sheet) (tn, COURT STAFF) (Filed on 5/17/2012) (Entered: 05/18/2012) |

**PACER Service Center**

THIS CASE IS SUBJECT TO
MANDATORY ELECTRONIC FILING
PURSUANT TO AMENDED G.O. 158

1  DAVID R. DONADIO, ESQ., S.B. #154436
   BRAYTON❖PURCELL LLP
2  Attorneys at Law
   222 Rush Landing Road
3  P.O. Box 6169
   Novato, California  94948-6169
4  (415) 898-1555

5  Attorneys for Plaintiff

6

7

8              SUPERIOR COURT OF CALIFORNIA

9                 COUNTY OF SAN FRANCISCO

10

11  ANDRE WRIGHT,                          )   ASBESTOS
                                           )   No. CGC 10 -275680
12              Plaintiff,                 )
                                           )
13  vs.                                    )   COMPLAINT FOR PERSONAL INJURY -
                                           )   ASBESTOS
14  CROWN CORK & SEAL COMPANY,             )
    INC.; Defendants as Reflected on Exhibit 1 )
15  attached to the Summary Complaint      )
    herein; and DOES 1-8500.              )
16

17      1.      Plaintiff ANDRE WRIGHT was born September 1, 1952.

18      2.      The ©Brayton❖Purcell Master Complaint for Personal Injury [and Loss of

19  Consortium]- Asbestos (hereinafter "Master Complaint") was filed January 2, 2003, in San

20  Francisco Superior Court.  A copy of the Master Complaint and General Order No. 55 may be

21  obtained upon request from Brayton❖Purcell, and designated portions of the Master Complaint

22  are incorporated by reference herein pursuant to the authority conferred by General Order No. 55.

23  Plaintiff's claims are as set forth in said Master Complaint against defendants herein as follows:

24  ///

25  ///

26  ///

27

28

K:\Injured\112999\PLD\camp-cipb2engMst.wpd                    1
COMPLAINT FOR PERSONAL INJURY - ASBESTOS

ENDORSED
FILED
SAN FRANCISCO COUNTY
SUPERIOR COURT

2010 OCT -5  PH 12: 08

CLERK OF THE COURT
BY:            D STEELE
DEPUTY CLERK

ASBESTOS
CASE MANAGEMENT CONFERENCE

OCT 2 0 2011   1:00 PM

DEPARTMENT   220

DEFENDANTS* ON EXHIBITS:

| Cause of Action | B | B-1 | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First (Negligence) | ☒ | ☒ | | ☐ | | | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | |
| Second (Strict Liability) | ☒ | ☒ | | ☐ | | | ☐ | | ☐ | ☐ | ☒ | ☒ | | |
| Third (False Representation) As to Defendant OWENS-ILLINOIS. INC. only. | ☒ | ☒ | | ☐ | | | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | |
| Fourth (Loss of Consortium) | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| Fifth (Premises Owner/ Contractor Liability) | ☒ | ☒ | ☒ | | | | | | | | | | | |
| Sixth, Seventh, Eighth (Unseaworthiness, Negligence [Jones Act],Maintenance and Cure) | | | | ☐ | | | | | | | | | | |
| Ninth (Longshore and Harbor Workers Compensation Act [LHWCA]) | | | | | ☒ | | | | | | | | | |
| Tenth, Eleventh (F.E.L.A.) | | | | | | ☐ | | | | | | | | |
| Twelfth, Thirteenth (Respiratory Safety Devices) | | | | | | | ☐ | | | | | | | |
| Fourteenth, Fifteenth (Brake Shoe Grinding) | | | | | | | ☐ | | | | | | | |
| Sixteenth (Concert of Action) | | | | | | | | ☒ | | | | | | |
| Seventeenth, Eighteenth (Fraud, Deceit/Negligent Misrepresentation/Concealment) | | | | | | | | | ☒ | | | | | |
| Nineteenth (Fraud/Deceit/ Intentional Misrepresentation) | | | | | | | | | | ☒ | | | | |
| Twentieth (Fraud/Deceit - Kent) | | | | | | | | | | | ☐ | | | |
| Twenty-First (Aiding/Abetting Battery - Met Life) | | | | | | | | | | | | | | ☒ |

*and their alternate entities as set forth in the Master Complaint or on any Exhibit.

1        3.     Plaintiff's asbestos-related injury, date of diagnosis, employment status, and

2   history of exposure to asbestos are as stated on Exhibit A.

3        4.     (a) "Exposed persons" in paragraphs 21, 68 and 69 of the Master Complaint

4   include plaintiff ANDRE WRIGHT herein and plaintiff's father.

5        5.     Paragraph 8 of the Master Complaint is amended to add the following sentence:

6   In part, and without limitation as to other defendants, defendant SUN SHIP, LLC,

7   manufactured, modified, serviced and/or repaired asbestos-containing ships and vessels.

8        6.     Plaintiff's claims against defendant CBS CORPORATION (F/K/A VIACOM

9   INC., F/K/A WESTINGHOUSE ELECTRIC CORPORATION) exclude plaintiff's asbestos

10  exposure at military and federal government jobsites and aboard U.S. Navy vessels.

11       7.     Plaintiff hereby amends the Master Complaint on file herein, to incorporate a

12  new Twenty-First Cause of Action, set forth below, specially plead against the defendant listed

13  on Exhibit N, namely METROPOLITAN LIFE INSURANCE COMPANY.  (Plaintiffs are in

14  the process of amending the Master Complaint herein and will include this new Cause of Action

15  in said amendment.)

16                            **"TWENTY-FIRST CAUSE OF ACTION**

                               Aiding and Abetting Battery

17                 [Against Metropolitan Life Insurance Company

                    and Does 7501-7900, Inclusive]

18

19       AS AND FOR A FURTHER, TWENTY-FIRST, SEPARATE AND DISTINCT

20  CAUSE OF ACTION FOR AIDING AND ABETTING BATTERY, PLAINTIFF

21  COMPLAINS OF DEFENDANTS METROPOLITAN LIFE INSURANCE COMPANY,

22  DEFENDANTS ON EXHIBIT N, DOES 7501-7900, THEIR ALTERNATE ENTITIES AND

23  EACH OF THEM, AND ALLEGES AS FOLLOWS:

24       225.     Plaintiff incorporates herein by reference, as though fully set forth hereat, each

25  and every allegation of the First through Third and Sixteenth, Seventeenth, Eighteenth and

26  Nineteenth Causes of Action as though fully set forth herein.  (As used throughout this cause of

27  action, 'plaintiff' refers to all named plaintiffs and/or all named decedents from whom the

28  named plaintiff's injuries may derive.)

226. This cause of action is for the aiding and abetting of battery by METROPOLITAN LIFE INSURANCE COMPANY ("MET LIFE"), primarily through its assistant medical director Anthony Lanza, M.D., of a breach of duty committed by Johns-Manville Corporation ("J-M").

227. Plaintiff is informed and believes, and thereon alleges, that at all times herein mentioned defendant MET LIFE was and is a corporation organized and existing under and by virtue of the laws of the State of New York or the laws of some other state or foreign jurisdiction, and that this defendant was and is authorized to do and/or was and is doing business in the State of California, and regularly conducted or conducts business in the County of San Francisco, State of California. At times relevant to this cause of action, MET LIFE was an insurer of J-M.

228. Plaintiff, was exposed to asbestos-containing dust created by the use of the asbestos products manufactured, distributed and/or supplied by J-M. This exposure to the asbestos or asbestos-related products supplied by J-M caused Plaintiff's asbestos-related disease and injuries.

229. Starting in 1928, MET LIFE sponsored studies of asbestos dust and asbestos-related disease in Canadian mines and mills, including those of J-M. Those studies revealed that miners and mill workers were contracting asbestosis at relatively low levels of dust. McGill University, which conducted the studies, sought permission from MET LIFE to publish the results but they were never published. MET LIFE prepared its own report of these studies.

230. Between 1929 and 1931, MET LIFE studied dust levels and disease at five U.S. plants manufacturing asbestos-containing products, including a J-M plant. Those studies showed that workers in substantial numbers were contracting asbestosis, at levels less than what became the Threshold Limit Value ('TLV") of 5mppcf. The MET LIFE report was never published or disseminated except to plant owners, including J-M.

231. In 1932, MET LIFE studied dust levels and disease at the J-M plant at Manville, New Jersey. Results were consistent with those of the Canadian and previous U.S. plant studies. They were never published.

1      232.  In 1934, J-M and others whose plants MET LIFE had studied agreed with MET
2  LIFE that it should issue a report of its studies.
3      233.  MET LIFE submitted a draft of its report to J-M.  J-M requested, for legal and
4  business reasons, that certain critical parts of the draft be changed.  MET LIFE's official in
5  charge was Lanza.  MET LIFE through Lanza did make changes that J-M requested, including:
6      (a)      Deletion of MET LIFE's conclusion that the permissible dust level for asbestos
7              should be less than that for silica;
8      (b)      Addition of the phrase that asbestosis clinically appeared to be milder than
9              silicosis.
10  The report, thus altered, was published in 1935.  It was misleading, and intentionally so,
11  because it conveyed the incorrect propositions that asbestosis was a less serious disease process
12  than silicosis and that higher levels of asbestos dust could be tolerated without contracting
13  diseases than was the case for silica dust.
14      234.  MET LIFE had a close relationship with J-M.  It invested money in J-M.  It
15  provided group health and life insurance to J-M.  MET LIFE IN 1934 agreed to supply
16  industrial hygiene services to J-M, including dust counts, training employees to monitor dust
17  levels, examining employees, and recommending protective equipment.  MET LIFE and Lanza
18  were viewed as experts on industrial dusts.
19      235.  In 1933, MET LIFE through Lanza issued the following advices to J-M:
20      (a)      Disagreeing with the recommendation of a J-M plant physician, MET LIFE
21              advised against warning workers of the fact that asbestos dust is hazardous to
22              their health, basing its advice in view of the extraordinary legal situation;
23      (b)      When the plant physician judged the best disposition of an employee with
24              asbestosis was to remove him from the dust, MET LIFE advised instead that
25              disposition should depend on his age, nature of work and other factors and to
26              leave him alone if he is old and showing no disability, for, MET LIFE stated,
27              economic and production factors must be balanced against medical factors.
28  ///

1   236. J-M followed the MET LIFE advices and did not warn its workers, including
2   plaintiff, of the hazards of asbestos dust, and J-M also intentionally refrained from notifying
3   workers of their disease.

4   237. In 1936, MET LIFE, J-M and others founded the Air Hygiene Foundation
5   ("AHF"). One of the AHF purposes was to develop standards for dust levels that would serve
6   as a defense in lawsuits and workers' compensation claims.

7   238. MET LIFE funded partially another study that tentatively recommended in 1938 a
8   TLV for asbestos dust of 5mpccf, the same as for silica dust. MET LIFE was aware of data
9   from its own, unpublished reports that showed that level was too high for asbestos dust. MET
10   LIFE nonetheless promoted that TLV as proper.

11   239. In June 1947, the Industrial Hygiene Foundation ("IHF") which succeeded to the
12   AHF, issued a report of studies by Dr. Hemeon of U.S. asbestos plants, including a J-M plant.
13   That report showed that workers exposed to less than the recommended maximum levels of
14   dust were developing disease. MET LIFE was a member of the IHF and Lanza was on its
15   medical committee. The Hemeon report, which was supplied to J-M and other owners, never
16   was published.

17   240. In 1936, J-M and other asbestos companies agreed with a leading medical research
18   facility, Saranac Laboratories, that Saranac would research asbestos disease, but J-M and the
19   others retained control over publication of the results. In 1943 Saranac's Dr. Leroy Gardner, in
20   charge of the research, sent a draft to J-M that revealed that 81.8% of mice exposed to long
21   fiber asbestos contracted cancer.

22   241. Dr. Gardner died in 1946. J-M and other companies wanted parts of the Saranac
23   results published and enlisted the assistance of MET LIFE's Lanza. J-M and other companies
24   decided that Saranac's findings of cancer caused by asbestos in mice must be deleted, as well as
25   Saranac's critique of existing dust standards. Lanza directed Saranac to delete the offending
26   materials. Saranac did so, and the altered report was published in 1951 by Saranac's Dr.
27   Vorwald, in the *AMA Archives of Industrial Hygiene*.

28   ///

242.  Lanza left MET LIFE at the end of 1948, and took a position at New York University, funded by MET LIFE.  He continued to misrepresent that asbestos does not cause cancer into the 1950s.

243.  The IHF (formerly AHF), of which MET LIFE was a member and MET LIFE official was on its medical committee, through Drs. Braun and Truan conducted a study of Canadian miners.  The original report, in 1957, found an increased incidence of lung cancer in persons exposed to asbestos.  The sponsors, including J-M, caused those findings to be stricken, and the report published in 1958 contained the false conclusion that asbestos exposure alone did not increase the risk of lung cancer.

244.  The false and misleading reports that a link between asbestos exposure and cancer was not proven influenced the TLV, for if a substance causes cancer the TLV must be very low or zero.

245.  J-M not later than 1933 was inflicting asbestos dust on its workers in its plants knowing that the dust was hazardous and was causing workers to contract disease that could and would disable and kill them.  As MET LIFE advised, J-M did not warn its workers of the hazard.  J-M committed battery on workers in its plants, including plaintiff, by that conduct.

246.  MET LIFE knew that J-M's conduct constituted a breach of its duties to its workers.  MET LIFE gave substantial assistance to J-M in committing batteries on its workers, including plaintiff, through MET LIFE's conduct described above, including by:

    (a)    Affirmatively urging J-M not to warn workers of the hazards of asbestos dust, in view of the extraordinary legal situation, such that J-M did not warn its workers, including plaintiff;

    (b)    Deleting the findings of its own draft report that the allowable limits for asbestos dust should be less than those for silica dust, and promoting a false and unsafe TLV which specified maximum levels of silica dust, and promoting a false and unsafe TLV which specified maximum levels of dust for workers, including plaintiff, which MET LIFE knew was wrong through its own studies;

///

(c)   Advising J-M to keep certain workers continuing to work at dusty areas in the plant even after J-M was aware that their lungs showed asbestos-induced changes, lest other workers including plaintiff be alerted to the dangers of working in the dust.

WHEREFORE, plaintiff prays judgment as is hereinafter set forth."

8.   Plaintiff does not make a claim for either false representative or punitive damages against any named defendant herein, except as against defendant OWENS-ILLINOIS, INC.

Dated: 10/5/10

BRAYTON❖PURCELL LLP

By: _____
David R. Donadio
Attorneys for Plaintiff

## EXHIBIT 1 - LIST OF DEFENDANTS

1
2
3
CROWN CORK & SEAL COMPANY, INC.
4
C.C. MOORE & CO. ENGINEERS
CLEAVER-BROOKS, INC.
5
CRANE CO.
THOMAS DEE ENGINEERING COMPANY
6
INGERSOLL-RAND COMPANY
KAISER GYPSUM COMPANY, INC.
7
METROPOLITAN LIFE INSURANCE COMPANY
OWENS-ILLINOIS, INC.
8
PARKER-HANNIFIN CORPORATION
QUINTEC INDUSTRIES, INC.
9
CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION)
WESTBURNE SUPPLY, INC.
10
WESTERN MacARTHUR COMPANY
MacARTHUR COMPANY
11
WESTERN ASBESTOS COMPANY
GOULDS PUMPS, INC.
12
ROBERTSHAW CONTROLS COMPANY
SUN SHIP, LLC
13
HOPEMAN BROTHERS, INC.
J.T. THORPE & SON, INC.
14
PACIFIC GAS & ELECTRIC COMPANY
TODD SHIPYARDS CORPORATION
15
COLBERG, INC.
16
CHEVRON SHIPPING COMPANY
and DOES 1-8500,
17
18        Defendants.
19
20
21
22
23
24
25
26
27
28

K:\Injured\112999\PLD\comp-pip\h3cxpMct.wpd                    10
COMPLAINT FOR PERSONAL INJURY - ASBESTOS

EXHIBIT A

Plaintiff's exposure to asbestos and asbestos-containing products occurred at various

locations inside the State of California, including but not limited to:

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Pacico Engineering Alameda, CA | Pacico Engineering Alameda, CA | Pipefitter | 1968-1970 (approx. 14 months) |
| Willamette Shipyard Richmond, CA | Willamette Shipyard Richmond, CA | Pipefitter | late 1960s-early 1970s (a few months) |
| Todd Shipyards Corporation 1 Broadway New York, NY | Todd Shipyard Alameda, CA | Pipefitter | Late 1969-1977 (approx. 7-8 years, off and on) |
| | Various ships, including: | | |
| | MARIPOSA (1953) | | 1972 |
| | SAN PABLO AVP-30 | | |
| Todd Shipyard Alameda, CA | Todd Shipyard Alameda, CA: CORAL SEA (CVN-43) | Pipefitter | 1969-1977 |
| Todd Shipyard Alameda, CA | Todd Shipyard Alameda, CA ORISKANY (CVA-34) | Pipefitter | 1969-1977 |
| Todd Shipyard Alameda, CA | Naval Air Station, Alameda, CA ENTERPRISE (CVN-65) | Pipefitter | 1969-1977 |
| Todd Shipyard Alameda, CA | JOSEPH D. POTTS | Pipefitter | 1972 or 1973 |
| Todd Shipyard Alameda, CA | Todd Shipyard Alameda, CA Various Standard Oil tankers including: | Pipefitter | 1969 through 1970s |
| | IDAHO STANDARD (1944) | | late 1969 or early 1970 |
| | ARIZONA STANDARD (1945) | | 9/1971 |

/// 

EXHIBIT A

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Todd Shipyard Alameda, CA (cont'd.) | Todd Shipyard Alameda, CA Various Standard Oil tankers including: | Pipefitter | 1969 through 1970s |
| | NEVADA STANDARD (1945) | | 1972 (two to four weeks) |
| Bethlehem Steel 20th and Illinois Streets San Francisco, CA | Bethlehem Steel San Francisco, CA | Pipefitter | 1971 (approx. 7 months) |
| | BEATTY ( DD-756) | | |
| | CALIFORNIA BEAR (1954) | | |
| Westwinds, Inc. San Francisco, CA | Westwinds, Inc. San Francisco, CA | Pipefitter | Early 1970s (approx. 1 month) |
| Triple A Machine Shop Pier 64 San Francisco, CA | Triple A Machine Shop Pier 64 San Francisco, CA | Pipefitter | 1972-1973 off & on |
| Triple A Machine Shop Pier 64 San Francisco, CA | Triple A Machine Shop Pier 64 San Francisco, CA CORAL SEA (CVN-43) | Pipefitter | 1972-1973 |
| Triple A Machine Shop Pier 64 San Francisco, CA | Triple A Machine Shop Pier 64 San Francisco, CA ENTERPRISE (CVN-65) | Pipefitter | 1972-1973 |
| Triple A Machine Shop Pier 64 San Francisco, CA | Triple A Machine Shop Pier 64 San Francisco, CA ORISKANY (CVA-34) | Pipefitter | 1972-1973 |
| Southwest Marine San Francisco, CA | Mare Island Naval Shipyard Vallejo, CA; unknown submarines | Pipefitter | 1973-1975 (off and on, approx. 3 months total) |
| Todd Shipyards Corporation 1 Broadway New York, NY | Todd Shipyard Alameda, CA RANGER (CV-61) | Pipefitter | 1974; 1975 (approx. 3 weeks each time) |

///

EXHIBIT A

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

K:\Injured\112999\PLD\comp-pg1h2:cmplt4st.wpd

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Red & White Fleet Excursions 199 Fremont St., Ste. 2100 San Francisco, CA | Colberg Boatworks Stockton, CA | Pipefitter | 1974-1975 (approx. 7 months) |

HARBOR PRINCESS (1959)

HARBOR PRINCE (1959)

| Scott Company of California 1500 Pleasant Hill Road Lafayette, CA | PG&E Geysers Lake and Sonoma Counties, CA | Pipefitter | 1975 (approx. 1 month) |
| San Francisco Welding and Fabrication 20th and Illinois Streets San Francisco, CA | San Francisco Welding and Fabrication San Francisco, CA | Pipefitter | 1982-1983 (approx. 6 months) |

PARA-OCCUPATIONAL EXPOSURE:

Plaintiff lived with his father, Jim Wright, from his birth in 1952 until he left home in 1966. Plaintiff's father arrived home with white dust on his clothes. Plaintiff recalls greeting his father in his work clothes. Plaintiff's mother laundered his father's clothes in the family washing machine. Plaintiff's father's work history is as follows:

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Todd Shipyard Alameda, CA | Various ships, including: | Pipefitter | 1952-1971 |

MONTEREY (1952)

MARIPOSA (1953)

IDAHO STANDARD (1944)

SEALAND ECONOMY (1971)

ARIZONA STANDARD (1945)

///

///

///                                                              EXHIBIT A

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

1

**EXHIBIT A (cont'd.)**

2

3          Plaintiff's exposure to asbestos and asbestos-containing products caused severe and

4   permanent injury to the plaintiff, including, but not limited to breathing difficulties and/or other

5   lung damage.  Plaintiff was diagnosed with asbestos-related pleural disease on or about April

6   2010.

7          Plaintiff retired from his last place of employment as a result of becoming disabled due

8   to a disability not related to asbestos.  He has therefore suffered no disability from his asbestos-

9   related disease as "disability" is defined in California Code of Civil Procedure § 340.2.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                                                          **EXHIBIT A**

**EXHIBIT B**

1

<u>EXHIBIT B</u>

2  <u>DEFENDANTS</u>

3  CROWN CORK & SEAL COMPANY, INC.        QUINTEC INDUSTRIES, INC.
   C.C. MOORE & CO. ENGINEERS           CBS CORPORATION (FKA VIACOM INC., FKA
4  CLEAVER-BROOKS, INC.                    WESTINGHOUSE ELECTRIC CORPORATION)
   CRANE CO.                            WESTBURNE SUPPLY, INC.
5  THOMAS DEE ENGINEERING COMPANY     WESTERN MacARTHUR COMPANY
   INGERSOLL-RAND COMPANY            MacARTHUR COMPANY
6  KAISER GYPSUM COMPANY, INC.         WESTERN ASBESTOS COMPANY
   METROPOLITAN LIFE INSURANCE        GOULDS PUMPS, INC.
7     COMPANY                         ROBERTSHAW CONTROLS COMPANY
   OWENS-ILLINOIS, INC.               SUN SHIP, LLC
8  PARKER-HANNIFIN CORPORATION       DOES 1-800
   TODD SHIPYARDS CORPORATION

9

10                                      <u>ALTERNATE ENTITY</u>

11  CLEAVER-BROOKS, INC.           CLEAVER-BROOKS, A DIVISION OF AQUA-CHEM, INC.
                              AQUA-CHEM, INC.
12                                  CLEAVER BROOKS
                                SPRINGFIELD BOILER CO.
13

14  CROWN CORK & SEAL COMPANY,    MUNDET CORK COMPANY
     INC.

15  CRANE CO.                     BARKSDALE CONTROL PRODUCTS
                                CHAPMAN VALVE CO.
16                                  COCHRANE CORP.
                                CRANE CO.  VALVE DIVISION
17                                  CRANE PLUMBING & HEATING AKA CRANE PLUMBING-
                                HEATING SHEETMETAL, INC.
18                                  CRANE PUMPS & SYSTEMS, INC.
                                CRANE SUPPLY
19                                  CYCLOTHERM
                                JENKINS BROS.
20                                  JENKINS VALVES
                                MIDWEST PIPING & SUPPLY
21                                  PACIFIC STEEL BOILER CORPORATION
                                PACIFIC VALVES
22                                  REPCAL BRASS MANUFACTURING CO.

23  PARKER-HANNIFIN CORPORATION    SACOMA-SIERRA, INC.
                                SACOMA MANUFACTURING COMPANY
24                                  E.I.S. AUTOMOTIVE CORPORATION
                                CONDREN CORPORATION, THE
25                                  PARKER SEAL COMPANY
                                DENISON HYDRAULICS INC.
26                                  GREER HYDRAULICS CORPORATION

27  ///

28  ///                                                  EXHIBIT B

K:\Injured\11999\PLD\comp-pb02.exp4et.wpd
17
COMPLAINT FOR PERSONAL INJURY - ASBESTOS

EXHIBIT B (cont'd.)

ALTERNATE ENTITY

| | |
|---|---|
| INGERSOLL-RAND COMPANY | INGERSOLL-DRESSER PUMP |
| | DRESSER-RAND CO. |
| | PACIFIC PUMP WORKS |
| | FLOWSERVE CORPORATION |
| | INGERSOLL ROCK DRILL COMPANY |
| | TERRY STEAM TURBINE CO. |
| | WHITON MACHINE COMPANY |
| | RAND DRILL COMPANY |
| | RAND & WARING DRILL AND COMPRESSOR COMPANY |
| | INGERSOLL-SERGEANT |
| | SCHLAGE LOCK COMPANY |
| | VON DUPRIN |
| | THE TORRINGTON COMPANY |
| | BLAW-KNOX COMPANY |
| | ALDRICH PUMPS |
| | HUSSMANN CORPORATION |
| CBS CORPORATION (F/K/A VIACOM INC., F/K/A WESTINGHOUSE ELECTRIC CORPORATION) | VIACOM, INC. |
| | CBS CORPORATION |
| | WESTINGHOUSE ELECTRIC CORPORATION |
| | WESTINGHOUSE ELECTRIC AND MANUFACTURING COMPANY |
| | B.F. STURTEVANT |
| | KPIX TELEVISION STATION |
| | PARAMOUNT COMMUNICATIONS. INC |
| | GULF & WESTERN INDUSTRIES, INC. |
| | NORTH & JUDD MANUFACTURING COMPANY |
| WESTBURNE SUPPLY, INC. | P. E. O'HAIR & CO. |
| | AIR COLD SUPPLY, INC. |
| | OAKLAND PLUMBING SUPPLY |
| | WESTERN PLUMBING SUPPLY CO., LTD |
| | J.R. DETERDING CO. |
| | SAN DIEGO PIPE & SUPPLY, CO., INC. |
| | FOOTHILL PIPE & SUPPLY INC. |
| WESTERN MacARTHUR COMPANY | WESTERN ASBESTOS CO. |
| | MAC ARTHUR COMPANY |
| | BAY CITIES ASBESTOS COMPANY |
| | F.K. PINNEY, INC. |
| GOULDS PUMPS, INC. | GOULDS PUMPS (IPG), INC. |
| | MORRIS PUMPS, INC. |
| | MORRIS MACHINE WORKS |
| | U.S. PUMPS, INC. |
| SUN SHIP, LLC | SUN SHIP, INC. |
| | SUN SHIPBUILDING AND DRY DOCK COMPANY |
| | SUN SHIPBUILDING COMPANY |
| | SUNDOCKS FORD |

EXHIBIT B

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>EXHIBIT B-1</u>

<u>DEFENDANTS</u>

HOPEMAN BROTHERS, INC.
THOMAS DEE ENGINEERING COMPANY
J.T. THORPE & SON, INC.

<u>ALTERNATE ENTITY</u>

J.T. THORPE & SON, INC.       THE THORPE COMPANY
                              THORPE PRODUCTS CO.
                              J.T. THORPE NORTHWEST

EXHIBIT B-1

K:\Uninsured\113999\PLD\cmp-exp\b2expMet.wpd

20

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

1

<u>EXHIBIT C</u>

2

<u>DEFENDANTS</u>

3  PACIFIC GAS & ELECTRIC COMPANY          C.C. MOORE & CO. ENGINEERS
   TODD SHIPYARDS CORPORATION             WESTERN MacARTHUR COMPANY
4  COLBERG, INC.                          MacARTHUR COMPANY
   HOPEMAN BROTHERS, INC.                 WESTERN ASBESTOS COMPANY
5  THOMAS DEE ENGINEERING COMPANY         DOES 1001-2000
   J.T. THORPE & SON, INC.

6

7  PREMISES OWNER
   <u>DEFENDANTS</u>                        <u>LOCATION</u>              <u>TIME PERIOD</u>

8  PACIFIC GAS & ELECTRIC COMPANY         PG&E Geysers            1975
                                          Lake and Sonoma
9                                         Counties, CA

10 TODD SHIPYARDS CORPORATION             Todd Shipyard, Alameda, CA    1952-1971;
                                                                        1966-1979
11
   COLBERG, INC.                          Colberg Boatworks       1974-1975
12                                        Stockton, CA

13

14 CONTRACTOR
   <u>DEFENDANTS</u>                        <u>LOCATION</u>              <u>TIME PERIOD</u>

15 HOPEMAN BROTHERS, INC.                 Various                 Various

16 THOMAS DEE ENGINEERING                 Various                 Various
   COMPANY
17
   J.T. THORPE & SON, INC.                Various                 Various
18
   C.C. MOORE & CO. ENGINEERS             Various                 Various
19
   WESTERN MacARTHUR                      Various                 Various
20 COMPANY/MacARTHUR
   COMPANY/WESTERN ASBESTOS
21 COMPANY

22

23

24

25

26

27

28                                                                EXHIBIT C

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

1

<u>EXHIBIT E</u>

2  <u>DEFENDANTS</u>

3  CHEVRON SHIPPING COMPANY
   DOES 2501-3000

4  <u>ALTERNATE ENTITY</u>

5  CHEVRON SHIPPING COMPANY        STANDARD OIL COMPANY OF CALIFORNIA
                                   CHEVRON CORP.
6                                  GULF TRADE & TRANS. CO.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                         EXHIBIT E

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

1

<u>EXHIBIT H</u>

2    <u>DEFENDANTS</u>

3    METROPOLITAN LIFE INSURANCE COMPANY
     PARKER-HANNIFIN CORPORATION
4    OWENS-ILLINOIS, INC.
     DOES 5000-8000

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                      **EXHIBIT H**

**COMPLAINT FOR PERSONAL INJURY - ASBESTOS**

<u>EXHIBIT I</u>

<u>DEFENDANTS</u>

METROPOLITAN LIFE INSURANCE COMPANY
OWENS-ILLINOIS, INC.
DOES 5000-7500

EXHIBIT I

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

# EXHIBIT J

1

<u>EXHIBIT J</u>

2

<u>DEFENDANTS</u>

3

METROPOLITAN LIFE INSURANCE COMPANY
DOES 7400-7500

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT J

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

1

<u>EXHIBIT N</u>

2

<u>DEFENDANTS</u>

3

METROPOLITAN LIFE INSURANCE COMPANY
DOES 7501-7900

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT N

K:\Injured\112999FL\D\cmp-pip02exp4det.wpd

32

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

1   DAVID R. DONADIO, ESQ., S.B. #154436
    BRAYTON✦PURCELL LLP
2   Attorneys at Law
    222 Rush Landing Road
3   P.O. Box 6169
    Novato, California 94948-6169
4   (415) 898-1555

5   Attorneys for Plaintiff

6

7

8                **SUPERIOR COURT OF CALIFORNIA**

9                **COUNTY OF SAN FRANCISCO**

10

| | |
|---|---|
| 11  ANDRE WRIGHT, | ) **ASBESTOS** |
| 12         Plaintiff, | ) No. **CGC 10-275680** |
| 13  vs. | ) |
| 14  CROWN CORK & SEAL COMPANY, | ) **PRELIMINARY FACT SHEET/NEW FILING/ASBESTOS LITIGATION** |
| 15  INC.; Defendants as Reflected on Exhibit 1 attached to the Summary Complaint | ) |
| 16  herein; and DOES 1-8500. | ) (See General Order No. 129, <u>In Re:</u> <u>Complex Asbestos Litigation</u>) |

17                        **NOTICE**

18  TO NEW DEFENDANTS SERVED IN COMPLEX ASBESTOS LITIGATION IN THE
19  SUPERIOR COURT IN AND FOR THE STATE OF CALIFORNIA, CITY AND COUNTY OF
    SAN FRANCISCO

20       You have been served with process in an action which has been designated by the Court
21  as complex litigation pursuant to Standard 19 of the Standards of Judicial Administration. This
    litigation bears the caption "In Re:  Complex Asbestos Litigation", [San Francisco Superior
22  Court No. 828684].

23       This litigation is governed by various general orders, some of which affect the judicial
    management and/or discovery obligations, including the responsibility to answer interrogatories
24  deemed propounded in the case.  You may contact the Court or Designated Defense Counsel,
    Berry & Berry, P.O. Box 16070, 2930 Lakeshore Avenue, Oakland, CA 94610; Telephone:
25  (510) 835-8330; FAX: (510) 835-5117, for further information and/or copies of these orders, at
    your expense.

26  1. State the complete name and address of each person whose claimed exposure to asbestos is

27  the basis of this lawsuit ("exposed person"):  <u>Andre Wright, P.O. Box 22, Catheys Valley,</u>

28  <u>California  95306.</u>

K:\Injured\112999\PLD\cmp-facts.wpd               1
PRELIMINARY FACT SHEET/NEW FILING/ASBESTOS LITIGATION

ENDORSED
FILED
SAN FRANCISCO COUNTY
SUPERIOR COURT
2010 OCT -5  PM 12: 08
CLERK OF THE COURT
BY: _____
D. STEPPE
DEPUTY CLERK

BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1   2. Does plaintiff anticipate filing a motion for a preferential trial date within the next four

2   months?  _____ Yes                    _X__ No

3   [If yes, the action will be governed by General Order No. 140; if no, the action will be governed

4   by General Order No. 129.]

5   3. Date of birth of each exposed person in item one and, if applicable, date of death:

6            Date of Birth:   __September 1, 1952__

7            Date of Death:  _____N/A_____

8   Social Security Number of each exposed person:

9            Social Security Numbers are confidential pursuant to Calif. Rule of Court 1.20.

10  4. Specify the nature or type of asbestos-related disease alleged by each exposed person.

11        _____ Asbestosis              _____ Mesothelioma

12        _X__ Pleural Thickening/Plaques    _____Other Cancer:  Specify: _____

13        _____ Lung Cancer Other Than Mesothelioma    _____ Other: Specify: _____

14  5. For purposes of identifying the nature of exposure allegations involved in this action, please

15  check one or more:

16        _X__ Shipyard        _X__ Construction        _____ Friction-Automotive

17        _X__ Premises        _____ Aerospace          _____ Military

18        _____ Other:  Specify all that apply: _____

19  If applicable, indicate which exposure allegations apply to which exposed person.

20  6. Identify each location alleged to be a source of an asbestos exposure, and to the extent known,

21  provide the beginning and ending year(s) of each such exposure. Also specify each exposed

22  person's employer and job title or job description during each period of exposure. (For example:

23  "San Francisco Naval Shipyard - Pipefitter - 1939-1948"). Examples of locations of exposure

24  might be a specific shipyard, a specific railroad maintenance yard, or perhaps more generalized

25  descriptions such as "merchant marine" or "construction". If an exposed person claims exposure

26  during only a portion of a year, the answer should indicate that year as the beginning and ending

27  year (e.g., 1947-1947).

28  ///

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Pacico Engineering Alameda, CA | Pacico Engineering Alameda, CA | Pipefitter | 1968-1970 (approx. 14 months) |
| Willamette Shipyard Richmond, CA | Willamette Shipyard Richmond, CA | Pipefitter | late 1960s-early 1970s (a few months) |
| Todd Shipyards Corporation 1 Broadway New York, NY | Todd Shipyard Alameda, CA | Pipefitter | Late 1969-1977 (approx. 7-8 years, off and on) |
| | Various ships, including: | | |
| | MARIPOSA (1953) | | 1972 |
| | SAN PABLO AVP-30 | | |
| Todd Shipyard Alameda, CA | Todd Shipyard Alameda, CA: CORAL SEA (CVN-43) | Pipefitter | 1969-1977 |
| Todd Shipyard Alameda, CA | Todd Shipyard Alameda, CA ORISKANY (CVA-34) | Pipefitter | 1969-1977 |

(Attach Additional Pages. If Necessary) SEE ATTACHED CONTINUATION

7. For each exposed person who:

a. worked in the United States or for a U.S. agency outside the territorial United States, attach to the copy of this fact sheet provided to Designated Defense Counsel a fully executed Social Security Earnings authorization (Exhibit N-4 to General Order No. 129);

b. may have had a Social Security disability award or is no longer employed and whose last employment was not with a United States government agency, attach to the copy of this fact sheet provided to Designated Defense Counsel a fully executed Social Security Disability authorization (Exhibit N-5 to General Order No. 129);

c. served at any time in the United States military, attach to the copy of this fact sheet provided to Designated Defense Counsel two fully executed originals of the stipulation (Exhibit N-3 to General Order No. 129);

///

1      d. was employed by the United States government in a civilian capacity, attach to the

2  copy of this fact sheet provided to Designated Defense Counsel two fully executed originals of

3  the stipulation (Exhibit N-3 to General Order No. 129).

4  8. If there is a wrongful death claim, attach to the copy of this fact sheet provided to Designated

5  Defense Counsel a copy of the death certificate, if available.  If an autopsy report was done, also

6  attach a copy of it to the copy of this fact sheet provided to Designated Defense Counsel.

7  9. State the date of the filing of the initial complaint in this matter:

8  Dated: _____10|5|10_____          BRAYTON✣PURCELL LLP

10                      By: _____

11                         David R. Donadio
                           Attorneys for Plaintiff

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Todd Shipyard Alameda, CA | Naval Air Station, Alameda, CA ENTERPRISE (CVN-65) | Pipefitter | 1969-1977 |
| Todd Shipyard Alameda, CA | JOSEPH D. POTTS | Pipefitter | 1972 or 1973 |
| Todd Shipyard Alameda, CA | Todd Shipyard Alameda, CA Various Standard Oil tankers including: | Pipefitter | 1969 through 1970s |
| | IDAHO STANDARD (1944) | | late 1969 or early 1970 |
| | ARIZONA STANDARD (1945) | | 9/1971 |
| | NEVADA STANDARD (1945) | | 1972 (two to four weeks) |
| Bethlehem Steel 20th and Illinois Streets San Francisco, CA | Bethlehem Steel San Francisco, CA | Pipefitter | 1971 (approx. 7 months) |
| | BEATTY ( DD-756) | | |
| | CALIFORNIA BEAR (1954) | | |
| Westwinds, Inc. San Francisco, CA | Westwinds, Inc. San Francisco, CA | Pipefitter | Early 1970s (approx. 1 month) |
| Triple A Machine Shop Pier 64 San Francisco, CA | Triple A Machine Shop Pier 64 San Francisco, CA | Pipefitter | 1972-1973 off & on |
| Triple A Machine Shop Pier 64 San Francisco, CA | Triple A Machine Shop Pier 64 San Francisco, CA CORAL SEA (CVN-43) | Pipefitter | 1972-1973 |
| Triple A Machine Shop Pier 64 San Francisco, CA | Triple A Machine Shop Pier 64 San Francisco, CA ENTERPRISE (CVN-65) | Pipefitter | 1972-1973 |
| Triple A Machine Shop Pier 64 San Francisco, CA | Triple A Machine Shop Pier 64 San Francisco, CA ORISKANY (CVA-34) | Pipefitter | 1972-1973 |

K:\Injured\112999\PLD\temp-factu.wpd

PRELIMINARY FACT SHEET/NEW FILING/ASBESTOS LITIGATION

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Southwest Marine San Francisco, CA | Mare Island Naval Shipyard Vallejo, CA; unknown submarines | Pipefitter | 1973-1975 (off and on, approx. 3 months total) |
| Todd Shipyards Corporation 1 Broadway New York, NY | Todd Shipyard Alameda, CA RANGER (CV-61) | Pipefitter | 1974; 1975 (approx. 3 weeks each time) |
| Red & White Fleet Excursions, 199 Fremont St., Ste. 2100, San Francisco, CA | Colberg Boatworks Stockton, CA HARBOR PRINCESS (1959) HARBOR PRINCE (1959) | Pipefitter | 1974-1975 (approx. 7 months) |
| Scott Company of California 1500 Pleasant Hill Road Lafayette, CA | PG&E Geysers Lake and Sonoma Counties, CA | Pipefitter | 1975 (approx. 1 month) |
| San Francisco Welding and Fabrication 20th and Illinois Streets San Francisco, CA | San Francisco Welding and Fabrication San Francisco, CA | Pipefitter | 1982-1983 (approx. 6 months) |

PARA-OCCUPATIONAL EXPOSURE:

Plaintiff lived with his father, Jim Wright, from his birth in 1952 until he left home in 1966. Plaintiff's father arrived home with white dust on his clothes. Plaintiff recalls greeting his father in his work clothes. Plaintiff's mother laundered his father's clothes in the family washing machine. Plaintiff's father's work history is as follows:

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Todd Shipyard Alameda, CA | Various ships, including: MONTEREY (1952) MARIPOSA (1953) IDAHO STANDARD (1944) SEALAND ECONOMY (1971) ARIZONA STANDARD (1945) | Pipefitter | 1952-1971 |

1    DAVID R. DONADIO, ESQ., S.B. #154436
     NANCY T. WILLIAMS, ESQ., S.B. #201095
2    BRAYTON✦PURCELL LLP
     Attorneys at Law
3    222 Rush Landing Road
     P.O. Box 6169
4    Novato, California  94948-6169
     (415) 898-1555
5

6    Attorneys for Plaintiff

ELECTRONICALLY
**FILED**
Superior Court of California,
County of San Francisco
**JAN 18 2012**
Clerk of the Court
BY: WILLIAM TRUPEK
Deputy Clerk

7

8            **SUPERIOR COURT OF CALIFORNIA**

9             **COUNTY OF SAN FRANCISCO**

10

11    ANDRE WRIGHT,                  **ASBESTOS**
                            No. CGC-10-275680
12          Plaintiff,

13    vs.                      **NOTICE OF ENTRY OF ORDER
                            GRANTING LEAVE TO FILE
14    CROWN CORK & SEAL COMPANY,     AMENDMENT TO THE COMPLAINT TO
     INC.; Defendants as Reflected on Exhibit 1   SUBSTITUTE DEFENDANTS' TRUE
15    attached to the Summary Complaint      NAMES FOR DOES 5-34 AND 1002-1006
     herein; and DOES 1-8500.**

16

17    TO DEFENDANTS, AND TO THEIR ATTORNEYS OF RECORD HEREIN:

18       PLEASE TAKE NOTICE that on January 10, 2012, the Court entered the Order Granting

19    Leave to File Amendment to the Complaint to Substitute Defendants' True Names for Does 5-34

20    and 1002-1006, attached hereto as Exhibit 1.

21    Dated: 1/18/12

                              BRAYTON✦PURCELL LLP
22

23                              By:

24                               Nancy T. Williams
                              Attorneys for Plaintiff
25

26

27

28

BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# Exhibit 1

1  DAVID R. DONADIO, ESQ., S.B. #154436
   NANCY T. WILLIAMS, ESQ., S.B. #201095
2  BRAYTON✦PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California  94948-6169
   (415) 898-1555
5  Tentative Ruling Contest Email:  contestasbestosTR@braytonlaw.com

6  Attorneys for Plaintiff

7

**ENDORSED**
**F I L E D**
San Francisco County Superior Court

JAN 1 0 2012

CLERK OF THE COURT
_____
Deputy Clerk

8              SUPERIOR COURT OF CALIFORNIA

9               COUNTY OF SAN FRANCISCO

10

11 ANDRE WRIGHT,                          )   **ASBESTOS**
                                          )   No. CGC-10-275680
12         Plaintiff,                      )
                                          )   ORDER GRANTING LEAVE TO FILE
13 vs.                                    )   AMENDMENT TO THE COMPLAINT TO
                                          )   SUBSTITUTE DEFENDANTS' TRUE
14 CROWN CORK & SEAL COMPANY,             )   NAMES FOR DOES 5-34 AND 1002-1006
   INC.; Defendants as Reflected on Exhibit 1 )
15 attached to the Summary Complaint      )
   herein; and DOES 1-8500.               )   Date:   January 10, 2012
16                                        )   Time:   11:00 a.m.
                                             Dept.:  503, Hon. Teri L. Jackson
17                                           Trial Date: N/A
                                             Filing Date: October 5, 2010
18

19         Upon application of plaintiff on January 10, 2012 for an Order Granting Leave to File

20 Amendment to the Complaint To Substitute Defendants' True Names for Does 5-34 and 1002-

21 1006, and good cause appearing,

22         IT IS ORDERED that plaintiff may file the Amendment to the Complaint in the form

23 attached as Exhibit A.

24 Dated: JAN 1 0 2012  _____

25                                        **TERI L. JACKSON**

26                                        _____
                                          Judge of the Superior Court

27

28

ORDER GRANTING LEAVE TO FILE AMENDMENT TO THE COMPLAINT TO SUBSTITUTE DEFENDANTS' TRUE NAMES FOR
DOES 5-34 AND 1002-1006

EXHIBIT  1

BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1  DAVID R. DONADIO, ESQ., S.B. #154436
   BRAYTON❖PURCELL LLP
2  Attorneys at Law
   222 Rush Landing Road
3  P.O. Box 6169
   Novato, California  94948-6169
4  (415) 898-1555

5  Attorneys for Plaintiff

6

7

8                    SUPERIOR COURT OF CALIFORNIA

9                      COUNTY OF SAN FRANCISCO

10  ANDRE WRIGHT,                         )   **ASBESTOS**
                                          )   No. CGC-10-275680
11            Plaintiff,                   )
                                          )   AMENDMENT TO COMPLAINT TO
12  vs.                                    )   SUBSTITUTE DEFENDANTS' TRUE
                                          )   NAMES FOR DOES 5-34 and 1002-1006
13  CROWN CORK & SEAL COMPANY,            )
    INC.; Defendants as Reflected on Exhibit 1 )
14  attached to the Summary Complaint      )   [C.C.P. Section 474]
    herein; and DOES 1-8500.              )
15

16       Plaintiff amends the complaint in this action as follows:

17       Plaintiff has learned the true names of the defendants designated in the complaint as

18  fictitious DOES as set forth below:

19  <u>TRUE NAME</u>                                    <u>FICTITIOUS NAME</u>

20  **TRIPLE A MACHINE SHOP, INC.**                      **DOE 5 and 1002**
    [Triple A Machine Shop Pier 64, San Francisco, California,
21  1971-1974; Todd Shipyard, Alameda, California, 1971-1977;
    Naval Air Station, Alameda, California, 1971-1977]
22
    **SCOTT CO. OF CALIFORNIA**                          **DOE 6 and 1003**
23  [PG&E Geysers, Lake and Sonoma Counties, California, 1978]
    Alternate Entities:
24  SCOTT COMPANY OF CALIFORNIA
    SCOTT COMPANY OF NORTHERN CALIFORNIA
25  SCOTT CO. INDUSTRIAL CONTRACTORS
    SCOTT-BROADWAY CONTRACTORS, INC.
26  BROADWAY PLUMBING CO., INC.
    BROADWAY MECHANICAL CONTRACTORS, INC.
27
    **DAHL-BECK ELECTRIC COMPANY**                       **DOE 7 and 1004**
28  [Todd Shipyard, Alameda, California, 1971-1977]

K:\Injured\112999\PLD\doc 5-34 and 1002-1003).wpd                1
AMENDMENT TO COMPLAINT TO SUBSTITUTE DEFENDANTS' TRUE NAMES FOR DOES 5-34 and 1002-1006


EXHIBIT A

*(Left margin, vertical text):* BRAYTON❖PURCELL LLP  ATTORNEYS AT LAW  222 RUSH LANDING ROAD  P O BOX 6169  NOVATO, CALIFORNIA 94948-6169  (415) 898-1555

| | |
|---|---|
| **DOUGLASS INSULATION COMPANY, INC.**<br>[Todd Shipyard, Alameda, California, 1971-1977] | **DOE 8 and 1005** |
| **ROBERTSHAW CONTROLS COMPANY**<br>[Todd Shipyard, Alameda, California, 1971-1979; 1982] | **DOE 9 and 1006** |
| **AMCORD, INC.** | **DOE 10** |
| **BORG-WARNER CORPORATION BY ITS SUCCESSOR**<br>   IN INTEREST, BORGWARNER MORSE TEC INC.<br>Alternate Entities:<br>BORG-WARNER CORPORATION<br>AP BORG & BECK<br>BORG & BECK<br>YORK BORG WARNER | **DOE 11** |
| **CERTAINTEED CORPORATION**<br>Alternate Entities:<br>GUSTIN-BACON MANUFACTURING CO<br>PARKSON PIPELINE MATERIALS<br>WATERCO SUPPLY<br>WATER WORKS SUPPLY & MFG. CO.<br>WATER WORKS SUPPLY COMPANY, INC. | **DOE 12** |
| **COPELAND LUMBER YARDS, INC.** | **DOE 13** |
| **CSK AUTO, INC.**<br>Alternate Entities:<br>KRAGEN AUTO SUPPLY CO.<br>NORTHERN AUTOMOTIVE CORPORATION<br>CHECKER AUTO PARTS, INC.<br>TBDPC CORPORATION<br>PACCAR AUTOMOTIVE, INC.<br>GRAND AUTO, INC.<br>AL'S AND GRAND AUTO SUPPLY, INC.<br>SCHUCK'S AUTO SUPPLY<br>TOPPS AUTOMOTIVE<br>TRAK AUTO PARTS<br>AL'S AUTO SUPPLY | **DOE 14** |
| **CINCINNATI VALVE COMPANY**<br>Alternate Entity:<br>LUNKENHEIMER COMPANY, THE | **DOE 15** |
| **DANVILLE LUMBER** | **DOE 16** |
| **DOWMAN PRODUCTS, INC.** | **DOE 17** |
| **GEORGIA-PACIFIC CORPORATION**<br>Alternate Entities:<br>BESTWALL GYPSUM COMPANY<br>CALIFORNIA WESTERN RAILROAD<br>COLUMBIA VALLEY LUMBER COMPANY | **DOE 18** |

///

**HONEYWELL INTERNATIONAL, INC.**                                    **DOE 19**
Alternate Entities:
HONEYWELL, INC.
HONEYWELL CONTROLS
ALLIEDSIGNAL, INC.
AIRESEARCH DOMESTIC INTERNATIONAL SALES CORPORATION
ALLIED-SIGNAL, INC.
THE BENDIX CORPORATION
BENDIX PRODUCTS AUTOMOTIVE DIVISION
BENDIX PRODUCTS DIVISION, BENDIX AVIATION CORP.
BENDIX HOME SYSTEMS
ALLIED CORPORATION
ALLIED CHEMICAL CORPORATION
GENERAL CHEMICAL CORPORATION
FRAM
FRICTION MATERIALS OF LOS ANGELES
NORTH AMERICAN REFRACTORIES COMPANY
EM SECTOR HOLDINGS INC.
UNIVERSAL OIL PRODUCTS COMPANY
BOYLSTON CORPORATION
EHRHART & ASSOCIATES, INC.
EHRHART & ARTHUR, INC.
GARRETT AIR RESEARCH CORP.
STANLEY G. FLAGG & CO.
MERGENTHALER LINOTYPE COMPANY
ELTRA CORPORATION
BUNKER RAMO-ELTRA CORPORATION
UNION TEXAS NATURAL GAS CORPORATION
UNION OIL AND GAS OF LOUISIANA
UNION SULPHUR AND OIL CORPORATION
UNION SULPHUR COMPANY, INC., THE
MINNEAPOLIS-HONEYWELL REGULATOR COMPANY
SIGNAL COMPANIES, INC., THE
HANCOCK OIL COMPANY
BARRETT DIVISION, ALLIED CHEMICAL & DYE CORPORATION
SIGNAL COMPANIES, INC., THE
SIGNAL OIL & GAS CO.
BANKLINE OIL COMPANY


**GENUINE PARTS COMPANY**                                    **DOE 20**
Alternate Entities:
NAPA AUTO PARTS
GENUINE PARTS COMPANY OF MICHIGAN, INC.
RAYLOC BRAKES
AUTHORIZED MOTOR PARTS CORP.
GENUINE PARTS COMPANY OF WISCONSIN, INC.
AUTOMOTIVE PARTS COMPANY
COLYEAR MOTOR SALES COMPANY
GENERAL AUTOMOTIVE PARTS CORPORATION
STANDARD UNIT PARTS CORPORATION
DIGERUD AUTO PARTS
FANCHER AUTO-TRUCK PARTS CO.
VALLEY AUTO
REDWOOD AUTO SUPPLY

| | |
|---|---|
| HILL BROTHERS CHEMICAL COMPANY | DOE 21 |
| HIGHLAND STUCCO AND LIME PRODUCTS, INC. | DOE 22 |
| ITT CORPORATION (FKA ITT INDUSTRIES, INC.) | DOE 23 |

Alternate Entities:
MCDONNELL & MILLER, INC.
INTERNATIONAL TELEPHONE & TELEGRAPH CORPORATION
ITT GILFILLAN
BELL & GOSSETT
ATE
ITT CORPORATION
ITT FLUID PRODUCTS CORPORATION
KENNEDY VALVE MANUFACTURING CO.
ITT GRINNELL CORPORATION
ITT FLUID TECHNOLOGY CORPORATION
A-C PUMP
ROSS HEATER & MANUFACTURING CO.
HOFFMAN SPECIALTY

| | |
|---|---|
| HANSON PERMANENTE CEMENT, INC. FORMERLY KNOWN AS KAISER CEMENT CORPORATION | DOE 24 |
| PAREX USA, INC. ( FKA PAREXLAHABRA, INC., FKA LA HABRA PRODUCTS, INC.) | DOE 25 |
| LEHIGH SOUTHWEST CEMENT COMPANY | DOE 26 |

Alternate Entities:
CALAVERAS CEMENT COMPANY
CALAVERAS PORTLAND CEMENT COMPANY
MONOLITH PORTLAND CEMENT CO.

| | |
|---|---|
| MISSION STUCCO COMPANY | DOE 27 |
| OLYMPIC GLOVE & SAFETY CO., INC., THE | DOE 28 |
| PEP BOYS MANNY MOE & JACK OF CALIFORNIA, THE | DOE 29 |
| SPIRAX SARCO, INC. | DOE 30 |
| UNION CARBIDE CORPORATION | DOE 31 |

Alternate Entities:
UNION CARBIDE CHEMICALS AND PLASTICS COMPANY, INC.
UNION CARBIDE AND CARBON PRODUCTS
LINDE AIR PRODUCTS COMPANY

| | |
|---|---|
| WILLIAM POWELL COMPANY, THE | DOE 32 |
| YARWAY CORPORATION | DOE 33 |

Alternate Entities:
YARNALL-WARING COMPANY
YARNALL-WARING CO.

| | |
|---|---|
| 84 LUMBER COMPANY, A LIMITED PARTNERSHIP | DOE 34 |

///

1    Plaintiff further substitutes such true names for the fictitious names as set forth above

2  wherever said names appear in the complaint.

3    Plaintiff does not make a claim for either false representative or punitive damages

4  against any named defendant herein, except as against defendants CERTAINTEED

5  CORPORATION, GEORGIA-PACIFIC CORPORATION, HONEYWELL

6  INTERNATIONAL, INC., UNION CARBIDE CORPORATION and HANSON

7  PERMANENTE CEMENT, INC. FORMERLY KNOWN AS KAISER CEMENT

8  CORPORATION.

9

10  Dated:  12/28/11                          BRAYTON❖PURCELL LLP

11                                            By: _____

12                                            David R. Donadio
                                              Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

K:\Injured\112999\PLD\doe 5-34 and 1002-1001.wpd

5

AMENDMENT TO COMPLAINT TO SUBSTITUTE DEFENDANTS' TRUE NAMES FOR DOES 5-34 and 1002-1006

<u>PROOF OF SERVICE BY LEXIS-NEXIS E-SERVICE</u>

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, California, 94948-6169.

On January 18th, 2012, I electronically served (E-Service), pursuant to General Order No. 158, the following documents:

**NOTICE OF ENTRY OF ORDER GRANTING LEAVE TO FILE AMENDMENT TO THE COMPLAINT TO SUBSTITUTE DEFENDANTS' TRUE NAMES FOR DOES 5-34 AND 1002-1006**

on the interested parties in this action by causing Lexis-Nexis E-service program pursuant to General Order No. 158, to transmit a true copy thereof to the following party(ies):

See Attached Service List

The above document was transmitted by Lexis-Nexis E-Service and the transmission was reported as complete and without error.

Executed on January 18th, 2012, at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Hayley L Davidowski

<u>Andre Wright v. Crown Cork & Seal Company, Inc. et. al.,</u>
San Francisco Superior Court Case No. CGC-10-275680

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

Brayton-Purcell Service List

1

Date Created: 1/17/2012-2:43:55 PM                                    Run By : Davidowski, Hayley
(HLD)
Created by: LitSupport - ServiceList - Live
Matter Number: 112999.001 - Andre Wright

**Bassi, Edlin, Huie & Blum LLP**
500 Washington Street
Suite 700
San Francisco, CA 94111
415-397-9006   415-397-1339 (fax)
Defendants:
  J.T. Thorpe & Son, Inc. (THORPE)
  Parker-Hannifin Corporation (PARKHF)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
Defendants:
  Berry & Berry (B&B)

**Brown, Eassa & McLeod LLP**
1999 Harrison Street, 18th Floor
Oakland, CA 94612-0850
510-444-3131   510-839-7940 (fax)
Defendants:
  Chevron Shipping Company (CHEVCO)

**Crosby & Rowell, LLP**
299 Third Street, 2nd Floor
Oakland, CA 94607
510-267-0300   510-839-6610 (fax)
Defendants:
  Goulds Pumps, Inc. (GOULDP)

**DeHay & Elliston, LLP**
1111 Broadway
Suite 1950
Oakland, CA 94607
510-285-0750   510-285-0740 (fax)
Defendants:
  Kaiser Gypsum Company, Inc. (KAISGY)

**Foley & Mansfield PLLP**
300 Lakeside Drive, Suite 1900
Oakland, CA 94612
510-590-9500   510-590-9595 (fax)
Defendants:
  Cleaver-Brooks, Inc. (CLEAVR)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
415-986-5900   415-986-8054 (fax)
Defendants:
  Ingersoll-Rand Company (INGRSL)

**Jackson Jenkins Renstrom LLP**
55 Francisco Street, 6th Floor
San Francisco, CA 94133
415-982-3600   415-982-3700 (fax)
Defendants:
  Sun Ship, LLC (SSHLLC)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
415-882-8200   415-882-8220 (fax)
Defendants:
  Crane Co. (CRANCO)

**Law Offices of Lucinda L. Storm, Esq.**
610A Third Street
San Francisco, CA 94107
415-777-6990   415-777-6992 (fax)
Defendants:
  Pacific Gas and Electric Company (PG&E)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
Defendants:
  CBS Corporation (fka Viacom Inc., fka
Westinghouse Electric Corporation)
(VIACOM)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700   415-901-8701 (fax)
Defendants:
  Owens-Illinois, Inc. (OI)

**Sedgwick LLP**
333 Bush Street
30th Floor
San Francisco, CA 94104-2834
415-781-7900   415-781-2635 (fax)
Defendants:
  Pacific Gas and Electric Company (PG&E)

**Steptoe & Johnson LLP**
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
213-439-9400   213-439-9599 (fax)
Defendants:
  Metropolitan Life Insurance Company
(MET)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
Defendants:
  Thomas Dee Engineering Company (DEE)
  Westburne Supply, Inc. (WESSUP)

**Yaron & Associates**
601 California Street, 21st Floor
San Francisco, CA 94108
415-658-2929   415-658-2930 (fax)
Defendants:
  Puget Sound Commerce Center, Inc. ( fka
Todd Shipyards Corporation) (TODD)



DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON✦PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555

Attorneys for Plaintiff

ELECTRONICALLY
**F I L E D**
Superior Court of California,
County of San Francisco

**JAN 18 2012**
Clerk of the Court
BY: WILLIAM TRUPEK
Deputy Clerk

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SAN FRANCISCO**

| | |
|---|---|
| ANDRE WRIGHT, <br><br> Plaintiff, <br><br> vs. <br><br> CROWN CORK & SEAL COMPANY, INC.; Defendants as Reflected on Exhibit 1 attached to the Summary Complaint herein; and DOES 1-8500. | **ASBESTOS** <br> No. CGC-10-275680 <br><br> AMENDMENT TO COMPLAINT TO SUBSTITUTE DEFENDANTS' TRUE NAMES FOR DOES 5-34 and 1002-1006 <br><br> [C.C.P. Section 474] |

Plaintiff amends the complaint in this action as follows:

Plaintiff has learned the true names of the defendants designated in the complaint as

fictitious DOES as set forth below:

<u>TRUE NAME</u>                                                                         <u>FICTITIOUS NAME</u>

**TRIPLE A MACHINE SHOP, INC.**                                    DOE 5 and 1002
[Triple A Machine Shop Pier 64, San Francisco, California,
1971-1974; Todd Shipyard, Alameda, California, 1971-1977;
Naval Air Station, Alameda, California, 1971-1977]

**SCOTT CO. OF CALIFORNIA**                                         DOE 6 and 1003
[PG&E Geysers, Lake and Sonoma Counties, California, 1978]
Alternate Entities:
SCOTT COMPANY OF CALIFORNIA
SCOTT COMPANY OF NORTHERN CALIFORNIA
SCOTT CO. INDUSTRIAL CONTRACTORS
SCOTT-BROADWAY CONTRACTORS, INC.
BROADWAY PLUMBING CO., INC.
BROADWAY MECHANICAL CONTRACTORS, INC.

**DAHL-BECK ELECTRIC COMPANY**                             DOE 7 and 1004
[Todd Shipyard, Alameda, California, 1971-1977]

BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

| | |
|---|---|
| 1 | **DOUGLASS INSULATION COMPANY, INC.**     **DOE 8 and 1005**<br>[Todd Shipyard, Alameda, California, 1971-1977] |

**DOUGLASS INSULATION COMPANY, INC.**  **DOE 8 and 1005**
[Todd Shipyard, Alameda, California, 1971-1977]

**ROBERTSHAW CONTROLS COMPANY**  **DOE 9 and 1006**
[Todd Shipyard, Alameda, California, 1971-1979; 1982]

**AMCORD, INC.**  **DOE 10**

**BORG-WARNER CORPORATION BY ITS SUCCESSOR**  **DOE 11**
    IN INTEREST, BORGWARNER MORSE TEC INC.
Alternate Entities:
BORG-WARNER CORPORATION
AP BORG & BECK
BORG & BECK
YORK BORG WARNER

**CERTAINTEED CORPORATION**  **DOE 12**
Alternate Entities:
GUSTIN-BACON MANUFACTURING CO
PARKSON PIPELINE MATERIALS
WATERCO SUPPLY
WATER WORKS SUPPLY & MFG. CO.
WATER WORKS SUPPLY COMPANY, INC.

**COPELAND LUMBER YARDS, INC.**  **DOE 13**

**CSK AUTO, INC.**  **DOE 14**
Alternate Entities:
KRAGEN AUTO SUPPLY CO.
NORTHERN AUTOMOTIVE CORPORATION
CHECKER AUTO PARTS, INC.
TBDPC CORPORATION
PACCAR AUTOMOTIVE, INC.
GRAND AUTO, INC.
AL'S AND GRAND AUTO SUPPLY, INC.
SCHUCK'S AUTO SUPPLY
TOPPS AUTOMOTIVE
TRAK AUTO PARTS
AL'S AUTO SUPPLY

**CINCINNATI VALVE COMPANY**  **DOE 15**
Alternate Entity:
LUNKENHEIMER COMPANY, THE

**DANVILLE LUMBER**  **DOE 16**

**DOWMAN PRODUCTS, INC.**  **DOE 17**

**GEORGIA-PACIFIC CORPORATION**  **DOE 18**
Alternate Entities:
BESTWALL GYPSUM COMPANY
CALIFORNIA WESTERN RAILROAD
COLUMBIA VALLEY LUMBER COMPANY

///

AMENDMENT TO COMPLAINT TO SUBSTITUTE DEFENDANTS' TRUE NAMES FOR DOES 5-34 and 1002-1006

**HONEYWELL INTERNATIONAL, INC.**                                    **DOE 19**

Alternate Entities:

HONEYWELL, INC.
HONEYWELL CONTROLS
ALLIEDSIGNAL, INC.
AIRESEARCH DOMESTIC INTERNATIONAL SALES CORPORATION
ALLIED-SIGNAL, INC.
THE BENDIX CORPORATION
BENDIX PRODUCTS AUTOMOTIVE DIVISION
BENDIX PRODUCTS DIVISION, BENDIX AVIATION CORP.
BENDIX HOME SYSTEMS
ALLIED CORPORATION
ALLIED CHEMICAL CORPORATION
GENERAL CHEMICAL CORPORATION
FRAM
FRICTION MATERIALS OF LOS ANGELES
NORTH AMERICAN REFRACTORIES COMPANY
EM SECTOR HOLDINGS INC.
UNIVERSAL OIL PRODUCTS COMPANY
BOYLSTON CORPORATION
EHRHART & ASSOCIATES, INC.
EHRHART & ARTHUR, INC.
GARRETT AIR RESEARCH CORP.
STANLEY G. FLAGG & CO.
MERGENTHALER LINOTYPE COMPANY
ELTRA CORPORATION
BUNKER RAMO-ELTRA CORPORATION
UNION TEXAS NATURAL GAS CORPORATION
UNION OIL AND GAS OF LOUISIANA
UNION SULPHUR AND OIL CORPORATION
UNION SULPHUR COMPANY, INC., THE
MINNEAPOLIS-HONEYWELL REGULATOR COMPANY
SIGNAL COMPANIES, INC., THE
HANCOCK OIL COMPANY
BARRETT DIVISION,  ALLIED CHEMICAL & DYE CORPORATION
SIGNAL COMPANIES, INC., THE
SIGNAL OIL & GAS CO.
BANKLINE OIL COMPANY


**GENUINE PARTS COMPANY**                                    **DOE 20**

Alternate Entities:

NAPA AUTO PARTS
GENUINE PARTS COMPANY OF MICHIGAN, INC.
RAYLOC BRAKES
AUTHORIZED MOTOR PARTS CORP.
GENUINE PARTS COMPANY OF WISCONSIN, INC.
AUTOMOTIVE PARTS COMPANY
COLYEAR MOTOR SALES COMPANY
GENERAL AUTOMOTIVE PARTS CORPORATION
STANDARD UNIT PARTS CORPORATION
DIGERUD AUTO PARTS
FANCHER AUTO-TRUCK PARTS CO.
VALLEY AUTO
REDWOOD AUTO SUPPLY

| | |
|---|---|
| 1 | **HILL BROTHERS CHEMICAL COMPANY** | **DOE 21** |
| 2 | **HIGHLAND STUCCO AND LIME PRODUCTS, INC.** | **DOE 22** |
| 3 | **ITT CORPORATION (FKA ITT INDUSTRIES, INC.)** | **DOE 23** |

**ITT CORPORATION (FKA ITT INDUSTRIES, INC.)**  **DOE 23**
<u>Alternate Entities:</u>
MCDONNELL & MILLER, INC.
INTERNATIONAL TELEPHONE & TELEGRAPH CORPORATION
ITT GILFILLAN
BELL & GOSSETT
ATE
ITT CORPORATION
ITT FLUID PRODUCTS CORPORATION
KENNEDY VALVE MANUFACTURING CO.
ITT GRINNELL CORPORATION
ITT FLUID TECHNOLOGY CORPORATION
A-C PUMP
ROSS HEATER & MANUFACTURING CO.
HOFFMAN SPECIALTY

**HANSON PERMANENTE CEMENT, INC. FORMERLY**  **DOE 24**
    **KNOWN AS KAISER CEMENT CORPORATION**

**PAREX USA, INC. ( FKA PAREXLAHABRA, INC.,**  **DOE 25**
    **FKA LA HABRA PRODUCTS, INC.)**

**LEHIGH SOUTHWEST CEMENT COMPANY**  **DOE 26**
<u>Alternate Entities:</u>
CALAVERAS CEMENT COMPANY
CALAVERAS PORTLAND CEMENT COMPANY
MONOLITH PORTLAND CEMENT CO.

**MISSION STUCCO COMPANY**  **DOE 27**

**OLYMPIC GLOVE & SAFETY CO., INC., THE**  **DOE 28**

**PEP BOYS MANNY MOE & JACK OF CALIFORNIA, THE**  **DOE 29**

**SPIRAX SARCO, INC.**  **DOE 30**

**UNION CARBIDE CORPORATION**  **DOE 31**
<u>Alternate Entities:</u>
UNION CARBIDE CHEMICALS AND PLASTICS COMPANY, INC.
UNION CARBIDE AND CARBON PRODUCTS
LINDE AIR PRODUCTS COMPANY

**WILLIAM POWELL COMPANY, THE**  **DOE 32**

**YARWAY CORPORATION**  **DOE 33**
<u>Alternate Entities:</u>
YARNALL-WARING COMPANY
YARNALL-WARING CO.

**84 LUMBER COMPANY, A LIMITED PARTNERSHIP**  **DOE 34**

///

1    Plaintiff further substitutes such true names for the fictitious names as set forth above

2  wherever said names appear in the complaint.

3    Plaintiff does not make a claim for either false representative or punitive damages

4  against any named defendant herein, except as against defendants CERTAINTEED

5  CORPORATION, GEORGIA-PACIFIC CORPORATION, HONEYWELL

6  INTERNATIONAL, INC., UNION CARBIDE CORPORATION and HANSON

7  PERMANENTE CEMENT, INC. FORMERLY KNOWN AS KAISER CEMENT

8  CORPORATION.

9

10  Dated: 12|28|11

       BRAYTON✤PURCELL LLP

11

       By: _____

12     David R. Donadio
       Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1

## PROOF OF SERVICE BY LEXIS-NEXIS E-SERVICE

2      I am employed in the County of Marin, State of California.  I am over the age of 18
3 years and am not a party to the within action.  My business address is 222 Rush Landing Road,
P.O. Box 6169, Novato, California, 94948-6169.

4      On January 18th, 2012, I electronically served (E-Service), pursuant to General Order
No. 158, the following documents:
5

6      **AMENDMENT TO COMPLAINT TO SUBSTITUTE DEFENDANTS' TRUE**
   **NAMES FOR DOES 5-34 AND 1002-1006**
7

8 on the interested parties in this action by causing Lexis-Nexis E-service program pursuant to
General Order No. 158, to transmit a true copy thereof to the following party(ies):
9

10 See Attached Service List

11

12      The above document was transmitted by Lexis-Nexis E-Service and the transmission
was reported as complete and without error.
13

      Executed on January 18th, 2012, at Novato, California.
14

15      I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.
16

17

18                                     _____
                                       Hayley L. Davidowski
19

20

21

22

23

24

25 Andre Wright v. Crown Cork & Seal Company, Inc. et. al.,
26 San Francisco Superior Court Case No. CGC-10-275680

27

28

---

PROOF OF SERVICE BY E-SERVICE

**Brayton-Purcell Service List**

Date Created: 1/17/2012-2:43:55 PM                    Run By : Davidowski, Hayley
(HLD)
Created by: LitSupport - ServiceList - Live
Matter Number: 112999.001 - Andre Wright

**Bassi, Edlin, Huie & Blum LLP**
500 Washington Street
Suite 700
San Francisco, CA 94111
415-397-9006   415-397-1339 (fax)
**Defendants:**
    J.T. Thorpe & Son, Inc. (THORPE)
    Parker-Hannifin Corporation (PARKHF)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
**Defendants:**
    Berry & Berry (B&B)

**Brown, Eassa & McLeod LLP**
1999 Harrison Street, 18th Floor
Oakland, CA 94612-0850
510-444-3131   510-839-7940 (fax)
**Defendants:**
    Chevron Shipping Company (CHEVCO)

**Crosby & Rowell, LLP**
299 Third Street, 2nd Floor
Oakland, CA 94607
510-267-0300   510-839-6610 (fax)
**Defendants:**
    Goulds Pumps, Inc. (GOULDP)

**DeHay & Elliston, LLP**
1111 Broadway
Suite 1950
Oakland, CA 94607
510-285-0750   510-285-0740 (fax)
**Defendants:**
    Kaiser Gypsum Company, Inc. (KAISGY)

**Foley & Mansfield PLLP**
300 Lakeside Drive, Suite 1900
Oakland, CA 94612
510-590-9500   510-590-9595 (fax)
**Defendants:**
    Cleaver-Brooks, Inc. (CLEAVR)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
415-986-5900   415-986-8054 (fax)
**Defendants:**
    Ingersoll-Rand Company (INGRSL)

**Jackson Jenkins Renstrom LLP**
55 Francisco Street, 6th Floor
San Francisco, CA 94133
415-982-3600   415-982-3700 (fax)
**Defendants:**
    Sun Ship, LLC (SSHLLC)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
415-882-8200   415-882-8220 (fax)
**Defendants:**
    Crane Co. (CRANCO)

**Law Offices of Lucinda L. Storm, Esq.**
610A Third Street
San Francisco, CA 94107
415-777-6990   415-777-6992 (fax)
**Defendants:**
    Pacific Gas and Electric Company (PG&E)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
    CBS Corporation (fka Viacom Inc., fka
Westinghouse Electric Corporation)
(VIACOM)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700   415-901-8701 (fax)
**Defendants:**
    Owens-Illinois, Inc. (OI)

**Sedgwick LLP**
333 Bush Street
30th Floor
San Francisco, CA 94104-2834
415-781-7900   415-781-2635 (fax)
**Defendants:**
    Pacific Gas and Electric Company (PG&E)

**Steptoe & Johnson LLP**
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
213-439-9400   213-439-9599 (fax)
**Defendants:**
    Metropolitan Life Insurance Company
(MET)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
    Thomas Dee Engineering Company (DEE)
    Westburne Supply, Inc. (WESSUP)

**Yaron & Associates**
601 California Street, 21st Floor
San Francisco, CA 94108
415-658-2929   415-658-2930 (fax)
**Defendants:**
    Puget Sound Commerce Center, Inc. ( fka
Todd Shipyards Corporation) (TODD)

CIV-050

## – DO NOT FILE WITH THE COURT –
### – UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 –

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)* | TELEPHONE NO | |
|---|---|---|
| DAVID R. DONADIO, ESQ.     (Bar # 154436)<br>BRAYTON❖PURCELL LLP<br>222 Rush Landing Road<br>Novato, California  94948-6169 | (415) 898-1555<br>FAX NO<br>(415) 898-1247 | |
| ATTORNEY FOR *(name)*   Plaintiff(s) | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN FRANCISCO

STREET ADDRESS   400 McAllister Street
MAILING ADDRESS
CITY AND ZIP CODE   San Francisco  94102
BRANCH NAME

PLAINTIFF:   ANDRE WRIGHT
DEFENDANT:   CROWN CORK & SEAL COMPANY, INC., et al.

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER<br>CGC-10-275680 |
|---|---|

To *(name of one defendant only):* SPIRAX SARCO, INC.

Plaintiff *(name of one plaintiff only):* ANDRE WRIGHT
seeks damages in the above-entitled action, as follows:

**1. General damages**                                                                                          AMOUNT

a. ☒  Pain, suffering, and inconvenience . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    250,000.00

b. ☒  Emotional distress . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    50,000.00

c. ☐  Loss of consortium . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

d. ☐  Loss of society and companionship *(wrongful death actions only)* . . . . . . . . . . . . $ _____

e. ☐  Other *(specify)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

f. ☐  Other *(specify)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

g. ☐  Continued on Attachment 1.g.

**2. Special damages**

a. ☒  Medical expenses *(to date)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    10,000.00

b. ☒  Future medical expenses *(present value)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    50,000.00

c. ☐  Loss of earnings *(to date)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

d. ☐  Loss of future earning capacity *(present value)* . . . . . . . . . . . . . . . . . . . . . . . . $ _____

e. ☐  Property damage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

f. ☐  Funeral expenses *(wrongful death actions only)* . . . . . . . . . . . . . . . . . . . . . . . . $ _____

g. ☐  Future contributions *(present value) (wrongful death actions only)* . . . . . . . . . . $ _____

h. ☐  Value of personal service, advice, or training *(wrongful death actions only)* . . . . . . . $ _____

i. ☒  Other *(specify)*   LOSS OF HOUSEHOLD SERVICES . . . . . . . . . . . . . . . . . . $    50,000.00

j. ☐  Other *(specify)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

k. ☐  Continued on Attachment 2.k.

3. ☒  **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)* . . . . . . . $ 2,500,000.00
when pursuing a judgment in the suit filed against you.

Date: 1/27/2012

David R. Donadio
(TYPE OR PRINT NAME)

► (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

*LexisNexis® Automated California Judicial Council Forms*



FEB 2 2012