# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

_____

| | | |
|---|---|---|
| PATRICIA COACH | ) | |
| | ) | |
| | ) | Civil Action No. 12-Civ-3611 |
| Plaintiff, | ) | |
| | ) | in the United States District Court |
| v. | ) | for the |
| | ) | Southern District of New York |
| ARMSTRONG INTERNATIONAL INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

### NOTICE OF OPPOSITION TO CTO-511

Pursuant to Rule 7.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, plaintiff in the above-captioned case, by and through his counsel of record, Napoli, Bern, Ripka, Shkolnik & Associates LLP, submit this Notice of Opposition to the Conditional Transfer Order CTO-511, issued by this Panel On May 17, 2012, which includes the above-captioned action. Plaintiff will file and serve her Motion to Vacate the Conditional Transfer Order within the time allowed by Rule 7.1 within 14 days of the date of this Notice.

Dated: May 24, 2012

/s/ Conor Nideffer
Conor Nideffer
Napoli, Bern, Ripka, Shkolnik & Assoc.LLP
111 Corporate Drive, Suite 225,
Ladera Ranch, CA 92694.
Telephone:    949.234.6032
Facsimile:    949.429.0892
cnideffer@napolibern.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I, Conor Nideffer, hereby certify that I served a true and correct copy of Plaintiff's Notice of Opposition to Conditional Transfer Order upon the Judicial Panel for Multidistrict Litigation, and upon all counsel of record in this case (see attached service list) via first class mail, postage prepaid, on this 24 day of May, 2012.

    /s/ Conor Nideffer
Conor Nideffer
Napoli, Bern, Ripka, Shkolnik & Assoc. LLP
111 Corporate Drive, Suite 225,
Ladera Ranch, CA 92694.
Telephone:   949.234.6032
Facsimile:    949.429.0892
cnideffer@napolibern.com
Attorneys for Plaintiff