EXHIBIT <u>A</u>