BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

---

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGTION (NO.VI) | MDL No. 875 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BEVERLY ANDERSON, individually and as )
Special Administrator of the ESTATE OF )
LLOYD ANDERSON, deceased, )
                                                  Plaintiff, )
                                                        ) ED-PA: 11-CV-63482
v. )
                                                        ) MDL - 875
THE PROCTOR & GAMBLE COMPANY, )
                                                        ) Transfer from WI-ED 11-CV-0061
                                                 Defendant. )
)
)

---

### THE PROCTER & GAMBLE PAPER PRODUCTS COMPANY'S NOTICE OF WITHDRAW OF DOCUMENTS 8743 AND 8745.

---

      Defendant The Procter & Gamble Paper Products Company ("P&GPPC") submits this Notice of Withdraw of Documents 8743 and 8745, previously filed in MDL – 875 (transferor court number 11 CV 61 – Eastern District of Wisconsin).  P&GPPC requests that the clerk withdraw the documents previously designated with document numbers 8743 and 8745 as both document were filed in error.  P&GPPC requests that the remaining document filed stand.

1

Dated this 25th of May, 2012.

                        Respectfully submitted,

                        _s/ John P. Arranz_____
                        One of the Attorneys for Defendant
                        The Procter & Gamble
                        Paper Products Company

Margaret O. Byrne
John P. Arranz
SWANSON, MARTIN & BELL, LLP
330 N. Wabash, Ste. 3300
Chicago, IL 60611
Telephone (312) 321-9100
Fax:  (312) 321-0990
jarranz@smbtrials.com

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn on oath deposes and states that on May 25, 2012, I served:

**THE PROCTER & GAMBLE PAPER PRODUCTS COMPANY'S NOTICE OF WITHDRAW OF DOCUMENTS 8743 AND 8745.**

     By forwarding to counsel via the court's electronic filing system and via electronic mail to the addresses listed below.

**Counsel for the Plaintiff:**
Michael Cascino
mcascino@cvlo.com;
Alan Vaughan
avaughan@cvlo.com;
Bob McCoy
bmccoy@cvlo.com; and
CVLO General Office E-mail
lstaff@cvlo.com.