# WILENTZ
## WILENTZ, GOLDMAN & SPITZER P.A.

**ATTORNEYS AT LAW**

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000
Fax 732.855.6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
732.542.4500
Fax 732.493.8387

110 William Street
26th Floor
New York, NY 10038-3927
212.267.3091
Fax 212.267.3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
215.940.4000
Fax 215.636.3999

www.wilentz.com

**Kush Shukla, Esq.**
Please reply to New York
Tel: (212) 267-3091

DAVID T. WILENTZ (1919-1988)
G. GEORGE GOLDMAN (1922-1959)
HENRY M. SPITZER (1928-1988)
WARREN W. WILENTZ (1949-2010)

MORRIS BROWN
FREDERICK K. BECKER[2]
NICHOLAS L. SANTOWASSO (1960-2010)
RICHARD F. LERT[2]
JOHN A. HOFFMAN
STEPHEN E. BARCAN
BARRY M. EPSTEIN[2,10]
VINCENT P. MALTESE
DAVID M. WILDSTEIN
GORDON J. GOLUB
MARVIN J. BRAUTH[2]
STUART A. HOBERMAN[2,3]
STEPHEN A. SPITZER
ANNE S. BABINEAU[2]
CHRISTINE D. PETRUZZELL
BRIAN J. MOLLOY
RANDALL J. RICHARDS
JOSEPH J. JANKOWSKI
DAVID S. GORDON
FREDERICK J. DENNEHY
ROY H. TANZMAN[2]
STEVEN J. TRIPP
JAY J. ZIZNEWSKI
ALAN WASSERMAN[<,*]
JAMES E. TRABILSY
MAUREEN S. BINETTI[<]
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT[<]
MICHAEL F. SCHAFF[2,7]
ANGELO JOHN CIFALDI
KEVIN M. BERRY[2]
JOHN T. KELLY[2]
C. KENNETH SHANK[2]
EDWIN LEAVITT-GRUBERGER[2]
BRUCE M. KLEINMAN[2,5]
BARRY A. COOKE[3]
JON G. KUPILIK
PETER R. HERMAN[2]
EDWARD T. KOLE

HESSER G. McBRIDE, JR.
ERIC JOHN MARCY
ROBERT C. KAUTZ[2,6]
VIOLA S. LORDI[2]
LYNNE M. KIZIS
KEVIN P. RODDY[2,8,9]
DANIEL S. BERNHEIM 3d[1,3]
DAVID H. STEIN
DOUGLAS WATSON LUBIC[2]
DOMINICK J. BRATTI
LISA A. GORAB[2]
LAWRENCE F. JACOBS[2]
BETH HINSDALE-PILLER
FRED HOPKE[1]
DONALD E. TAYLOR[3]
BRETT R. HARRIS[2,5]
JEFFREY W. CAPPOLA
ALFRED M. ANTHONY[2]
DARREN M. GELBER[2C]
WILLIAM J. LINTON
DONNA M. JENNINGS
GIOVANNI ANZALONE
PETER A. GREENBAUM[2]
WILLARD C. SHIH[2]
BLAIR R. ZWILLMAN[2, □]
LAWRENCE C. WEINER[2]
LAURIE E. MEYERS[2,4]
JOHN M. CANTALUPO[2]
BARBARA G. QUACKENBOS[2]
DAVID P. PEPE
JOHN E. HOGAN[2]

**OF COUNSEL**
ROBERT A. PETITO
HAROLD G. SMITH
ALAN B. HANDLER[5]
MYRON ROSNER[2]
R. BENJAMIN COHEN
FRANCIS V. BONELLO

**COUNSEL**
RUTH D. MARCUS[1,2]
RICHARD J. BYRNES
JAMES E. TONREY, JR.[2]
DEIRDRE WOULFE PACHECO[2]

ROBERTO BENITES
JONATHAN J. BART[1,2,3]
YVONNE MARCUSE
ABBY RESNICK-PARIGIAN[2,3]
BRIAN KALVER[2]
ELLEN TORREGROSSA-O'CONNOR
AMANDA F. SHECHTER[2]
BARBARA J. KOONZ[2]
TODD E. LEHDER[4,7]
PHILIP A. TORTORETI[11,12]

**ASSOCIATES**
LINDA LASHBROOK
LORETTA KIRSCH PRIVES[2]
ELIZABETH C. DELL[2]
LETITIA ACCARRINO[1,2,5]
KELLY A. ERHARDT-WOJIE[3]
FRANCINE E. TAJFEL[2]
ALBERTINA WEBB[2]
JOHN P. MURDOCH II
MARY H. SMITH
EDWARD J. ALBOWICZ[2]
ANNA I. MONFORTH
STEPHANIE D. GIRONDA
EVERETT M. JOHNSON[3]
ALEX LYUBARSKY[2]
KEVEN H. FRIEDMAN[20]
GREGORY D. SHAFFER[2,<]
JESSICA S. PYATT
LOUIS J. SEMINSKI, JR.
DANIEL R. LAPINSKI[2]
MICHAEL F. FRIED[2]
MICHELE C. LEFKOWITZ[2]
DASHIKA R. WELLINGTON[3]
ROBERT L. SELVERS[2]
PAMELA R. GOLD-ZAFRA[2]
ALYSON M. LEONE[2]
VINCENT CHENG[2]
MICHAEL J. WEISSLITZ
JAMIE M. BENNETT[2]
MARCELLO DE PERALTA[12]
KEITH L. HOVEY[2]
JOSEPH J. RUSSELL, JR.[2]

EMILY D. VAIL[24]
CHERYL E. CONNORS
CHAD B. SIMON[2]
ANTHONY WILKINSON[2]
JAY B. FELDMAN[2]
JAMES TRACY
LOUIS A. GREENFIELD[2]
JULIA A. LOPEZ[2]
AMY HERBOLD
DARRON E. BERQUIST[1,2]
DOUGLAS M. SILVESTRO
DANIEL J. KLUSKA
KARIN K. SAGE
JOSEPH D. CASTELLUCCI, JR.
REBECKA J. WHITMARSH[2]
MICHAEL L. GALVIN
SATISH V. POONDI
ERICA A. RODRIGUEZ
CARRIE S. FORD
KUSH SHUKLA[2,10]
RACHEL M. COLANCECCO[3]
VICTORIA HWANG-MURPHY[2]
GLENN P. PRIVES[2]
ANNEMARIE T. GREENAN[3]

< Certified Civil Trial Attorney
□ Certified Criminal Trial Attorney
† Certified Workers Comp. Attorney
* National Certified Civil Trial Specialist
  Approved by the ABA
1 Not admitted NJ
2 Admitted NY
3 Admitted PA
4 Admitted CT
5 Admitted DC
6 Admitted MA
7 Admitted MD
8 Admitted VA
9 Admitted CA
10 Admitted FL
11 Admitted PR
12 Admitted VI

May 30, 2012

**Via ECF & Mail**
Jeffery N. Lüthi
Clerk of the Panel
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20544-0005

      Re:  Fordham et. al. v. Asbeka Industries of New York, Inc., et. al.,
          S.D.N.Y 12 Civ. 1145 (PAE)
          MDL 875 | CTO—492

Dear Mr. Lüthi:

  Plaintiffs and defendants General Electric Company, CBS Corporation, and Foster Wheeler LLC (collectively "Removing Defendants") hereby submit this joint letter in connection with the above-referenced Multidistrict Litigation ("MDL") matter.

  On February 22, 2012, Removing Defendants submitted a Notice of Potential Tag-Along Action to the Judicial Panel on Multidistrict Litigation. Thereafter, Conditional Transfer Order 492 ("CTO—492") was entered on February 24, 2012. Plaintiffs timely filed their Notice of Opposition to CTO—492 on March 2, 2012. Pursuant to the briefing schedule, Plaintiffs submitted their Motion to Vacate and Brief In Support on March 16, 2012 and a hearing on transfer of this matter to the MDL is currently scheduled for May 31, 2012.

  On May 11, 2012, plaintiffs voluntarily dismissed this action against Removing Defendants pursuant to F.R.C.P 41 and simultaneously submitted their motion to remand this action.[1] None of the remaining defendants opposed plaintiffs' motion to remand and a decision regarding remand is imminent.

---

[1] Attached hereto as Exhibit A is the So Ordered Stipulation Signed by the Honorable Judge Paul A. Engelmayer dated May 11, 2012.
#6436420.2(135336.002)



May 30, 2012
Page 2

Plaintiffs' Position On This Matter
    As Removing Defendants are no longer parties to this matter and since they were the only defendants to seek removal and transfer to the MDL, plaintiffs respectfully request that CTO—492 be vacated.

Removing Defendants' Position on This Matter
    As Removing Defendants are no longer parties to this action, they hereby withdraw their Notice of Potential Tag-Along Action.

    Thank you for your attention to this matter. Please do not hesitate to contact me should you have any questions or concerns regarding this matter.

                        Respectfully submitted,

                        /s/
                        Kush Shukla, Esq.
                        Wilentz, Goldman & Spitzer, P.A
                        *Attorneys for Plaintiffs*

                        /s/
                        Dennis E. Vega, Esq.
                        Sedgwick LLP
                        *Attorneys for Defendants*
                            Foster-Wheeler LLC
                            General Electric Company
                            CBS Corporation

CC:    Honorable Paul A. Engelmayer, U.S.D.J. (via Hand Delivery)

        All Counsel

#6436420.2(135336.002)

# EXHIBIT A

Engelmayer, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDNY
DOC
ELECTRONICALLY FILED
DOC
DATE FILED: 5/14/12

---------------------------------------X
MILTON FORDHAM, et al.,                :
                                       :   12-cv-1145 (PAE)
            Plaintiffs,                :
                                       :
v.                                     :
                                       :   **SO ORDERED STIPULATION**
ASBEKA INDUSTRIES OF NEW YORK,         :   **DISMISSING ACTION AGAINST**
INC., et al.,                          :   **DEFENDANTS PURSUANT TO F.R.C.P.**
                                       :   **RULE 41**
            Defendants                 :
                                       :
---------------------------------------X

It is hereby stipulated by and between plaintiffs and defendants General Electric Company, CBS Corporation, and Foster Wheeler LLC (collectively "Defendants") that this action is dismissed, with prejudice, as against Defendants pursuant to Rule 41 of the Federal Rules of Civil Procedure, without costs or disbursements.

Plaintiffs agree that, after this stipulation is signed by the Court, their counsel will promptly serve a copy thereof on all remaining defendants herein.

SO STIPULATED AND AGREED:

_____              _____
Kush Shukla, Esq.                      Dennis E. Vega, Esq.
Wilentz, Goldman & Spitzer, P.A.       Sedgwick LLP
110 William Street, 26th Floor         Three Gateway Center, 12th Floor
New York, N.Y. 10038-3901              Newark, N.J. 07102-407
*Attorneys for Plaintiffs*             *Attorneys for Defendants*
                                           Foster-Wheeler LLC
                                           General Electric Company
                                           CBS Corporation

SO ORDERED:

_____              Dated: May 11, 2012
Paul A. Engelmayer
United States District Judge

#4412678.1(135336.002)