# <u>CERTIFICATE OF SERVICE</u>

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL NO. 875 – IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**Fordham et. al. v. Asbeka Industries of New York, Inc., et. al.,** S.D., New
York, No. 12-01145

On May 30, 2012, I electronically filed the attached letter addressed to the Clerk of the

Panel, which will send notice of electronic filing to all registered parties.  Additionally, I served

a copy of said letter upon all counsel on the attached list via mail.

Dated: New York, New York.  
      May 30, 2012

By: /s/ Kush Shukla
    Kush Shukla, Esq. [KS-1227]
    Wilentz Goldman & Spitzer P.A.
    110 William Street 26th floor,
    New York, New York 10038-3927
    Tel: 646-746-8916
    Fax: 732-726-6604
    e-mail: kshukla@wilentz.com
    *Attorneys for Plaintiffs*

**Fordham et. al. v. Asbeka Industries of New York, Inc., et. al.,** S.D., New York, No. 12-01145

1.      Anthony J. Caruso, Esq.
        Caruso Smith Edell Picini, PC
        60 Route 46 East
        Fairfield, NJ 07004
        973-667-6000
        Fax: 973-667-1200
        Attorneys for defendant
        ASBEKA INDUSTRIES OF NEW YORK, INC.

2.      William Bradley, Esq.
        Malaby & Bradley, LLC
        150 Broadway, Suite 600
        New York, NY 10038
        (212) 791-0285
        Fax: (212) 791-0286
        Attorneys for defendant
        CBS CORPORATION

3.      Michael Tannenbaum, Esq.
        Sedgwick LLP
        3 Gateway Center, 12th Floor
        Newark, New Jersey 07102
        (973) 242-0002
        Fax: (973) 242-8099
        Attorneys for defendant
        CBS CORPORATION

4.      Judith A. Yavitz, Esq.
        Darger Errante Yavitz & Blau, LLP
        116 East 27th Street - 12th Floor
        New York, NY 10016
        212-452-5378
        Fax: 212-452-5301
        Attorneys for defendant
        CERTAINTEED CORPORATION

5.      Kevin J. O'Toole, Esq.
        O'Toole, Fernandez, Weiner & Van Lieu, LLC
        60 Pompton Avenue
        Verona, NJ 07044
        973-239-5700
        Fax: 973-239-3400
        Attorneys for defendant

CLARK-RELIANCE CORPORATION

6.     Suzanne M. Halbardier, Esq.
       Barry, McTiernan & Moore
       2 Rector Street, 14th Floor
       New York, NY 10006
       212-313-3600
       Fax: 212-608-8901
       Attorneys for defendant
       CLEAVER-BROOKS COMPANY

7.     Richard Leff, Esq.
       McGivney & Kluger, P.C.
       80 Broad Street - 23rd Floor
       New York, NY 10004
       212-509-3456
       Fax: 212-509-4420
       Attorneys for defendant
       COURTER & COMPANY, INCORPORATED

8.     Kirsten Alford Kneis, Esq.
       K&L Gates, LLP
       599 Lexington Avenue
       New York, NY 10022
       212-536-3900
       Fax: 212-536-3901
       Attorneys for defendant
       CRANE CO.

9.     Kirsten Alford Kneis, Esq.
       K&L Gates, LLP
       599 Lexington Avenue
       New York, NY 10022
       212-536-3900212-536-3901
       Attorneys for defendant
       CRANE ENVIRONMENTAL, INC.

10.    Kirsten Alford Kneis, Esq.
       K&L Gates, LLP
       599 Lexington Avenue
       New York, NY 10022
       212-536-3900
       Fax: 212-536-3901
       Attorneys for defendant
       CRANE PUMPS & SYSTEMS, INC.

11.    Cynthia B. Rubin, Esq.
       Flemming Zulack Williamson Zauderer LLP
       One Liberty Plaza, 35th Floor
       New York, NY 10006-1404
       (212) 412-9500
       Fax: (212) 964-9200
       Attorneys for defendant
       CROWN, CORK & SEAL COMPANY, INC.

12.    Christian H. Gannon, Esq.
       Segal McCambridge Singer & Mahoney, Ltd.
       850 Third Avenue - Suite 1100
       New York, NY 10022
       212-651-7409
       Fax: 212-651-7499
       Attorneys for defendant
       CURTISS-WRIGHT CORPORATION

13.    Judith A. Yavitz, Esq.
       Darger Errante Yavitz & Blau, LLP
       116 East 27th Street - 12th Floor
       New York, NY 10016
       212-452-5378
       Fax: 212-452-5301
       Attorneys for defendant
       DANA COMPANIES, LLC

14.    John Fanning, Esq.
       Cullen and Dykman, LLP
       177 Montague Street - 4th Floor
       Brooklyn, NY 11201
       718-780-0085
       Fax: 718-855-4282
       Attorneys for defendant
       DAV CORPORATION

15.    Nancy McDonald, Esq.
       McElroy, Deutsch, Mulvaney & Carpenter LLP
       1300 Mount Kemble Avenue
       P.O. Box 2075
       Morristown, NJ 07962
       973-993-8100
       Fax: 973-425-0161
       Attorneys for defendant
       EDWARD VOGT VALVE COMPANY

16.     John J. Kot, Esq.
        Waters, McPherson, McNeill, P.C.
        300 Lighting Way
        P.O. Box 1560
        Secaucus, NJ 07096-1560
        201-330-7454
        Fax: 201-863-2866
        Attorneys for defendant
        ELLIOTT COMPANY

17.     Diane H. Miller, Esq.
        Marin Goodman, LLP
        500 Mamaroneck Avenue - Suite 501
        Harrison, NY 10528
        212-661-1151
        Attorneys for defendant
        FAIRBANKS COMPANY, THE

18.     Laura B. Hollman, Esq.
        McGivney & Kluger, P.C.
        80 Broad Street - 23rd Floor
        New York, NY 10004
        646-520-2100
        Attorneys for defendant
        FAIRBANKS COMPANY, THE

19.     Michael A. Tanenbaum, Esq.
        Sedgwick LLP
        Three Gateway Center - 12th Floor
        Newark, NJ 07102
        973-242-0002973-242-8099
        Attorneys for defendant
        FOSTER WHEELER CORPORATION

20.     Michael A. Tanenbaum, Esq.
        Sedgwick LLP
        Three Gateway Center - 12th Floor
        Newark, NJ 07102
        973-242-0002
        Fax: 973-242-8099
        Attorneys for defendant
        GENERAL ELECTRIC COMPANY

21.     Scott R. Emery, Esq.
        Lynch Daskal Emery LLP
        264 West 40th Street, 18th Floor

New York, NY 10018
212-302-2400
Fax: 212-302-2210
Attorneys for defendant
GEORGIA-PACIFIC LLC

22.     John Fanning, Esq.
        Cullen and Dykman, LLP
        177 Montague Street - 4th Floor
        Brooklyn, NY 11201
        718-780-0085
        Fax: 718-855-4282
        Attorneys for defendant
        GOULDS PUMPS, INCORPORATED

23.     Linda Harvey, Esq.
        Greenberg, Dauber, Epstein & Tucker, PC
        One Gateway Center-Suite 600
        Newark, NJ 07102-5311
        973-643-3700
        Fax: 973-643-1218
        Attorneys for defendant
        GRINNELL LLC

24.     Joseph G. Colao, Esq.
        Leader & Berkon, LLP
        630 Third Avenue, 17th Floor
        New York, NY 10017
        212-486-2400
        Fax: 212-486-3099
        Attorneys for defendant
        IMO INDUSTRIES INC.

25.     Kathleen Marron Trabold, Esq.
        McGuire Woods, LLP
        1345 Avenue of Americas - 7th Floor
        New York, NY 10105-0106
        212-548-7025
        Fax: 212-715-6273
        Attorneys for defendant
        ITT CORPORATION

26.     Kerryann Cook, Esq.
        McGivney & Kluger, P.C.
        80 Broad Street - 23rd Floor
        New York, NY 10004

212-509-3456
Fax: 212-509-4420
Attorneys for defendant
JOHN W. WALLACE & CO.

27.     Kerryann Cook, Esq.
        McGivney & Kluger, P.C.
        80 Broad Street - 23rd Floor
        New York, NY 10004
        212-509-3456
        Fax: 212-509-4420
        Attorneys for defendant
        KENTILE FLOORS, INC.

28.     Paul A. Scrudato, Esq.
        Schiff Hardin LLP
        900 Third Avenue, 23rd Floor
        New York, NY 10022
        (212) 753-5000(212) 753-5044
        Attorneys for defendant
        KUNKLE INDUSTRIES, INC.

29.     John Fanning, Esq.
        Cullen and Dykman, LLP
        177 Montague Street - 4th Floor
        Brooklyn, NY 11201
        718-780-0085
        Fax: 718-855-4282
        Attorneys for defendant
        MARIO & DIBONO PLASTERING CO., INC.

30.     Michael E. Waller, Esq.
        K&L Gates, LLP
        One Newark Center - 10th Floor
        Newark, NJ 07102-5285
        973-848-4000
        Fax: 973-848-4001
        Attorneys for defendant
        MCWANE INC.

31.     Robert Darish, Esq.
        McGivney & Kluger, P.C.
        80 Broad Street - 23rd Floor
        New York, NY 10004-2209
        212-509-3456
        Fax:

Attorneys for defendant
NEW YORK PROTECTIVE COVERING INDUSTRIES, INC.

32. Lisa M. Pascarella, Esq.
Braaten & Pascarella, LLC.
2430 Route 34, Suite A-18
PO Box 648
Manasquan, NJ 08736
732-528-8888
Fax: 732-528-4445
Attorneys for defendant
NIBCO, INC.

33. Andrew Sapon, Esq.
Bivona & Cohen, P.C.
88 Pine Street - 17th Floor
New York, NY 10005-1886
212-363-3100
Fax: 212-363-9824
Attorneys for defendant
O'CONNOR CONSTRUCTORS, INC.

34. Paul A. Scrudato, Esq.
Schiff Hardin LLP
900 Third Avenue, 23rd Floor
New York, NY 10022
(212) 753-5000
Fax: (212) 753-5044
Attorneys for defendant
OWENS-ILLINOIS, INC.

35. Dennis M. Resnick, Esq.
Edwards Angell Palmer & Dodge, LLP
750 Lexington Avenue
New York, NY 10022
212-308-4411
Fax: 212-308-4844
Attorneys for defendant
PFIZER, INC.

36. Scott C. Allan, Esq.
Renzulli Law Firm, LLC
81 Main Street - Suite 508
White Plains, NY 10601
914-285-0700
Fax: 914-284-1213

Attorneys for defendant
PFIZER, INC.

37.   Scott C. Allan, Esq.
      Renzulli Law Firm, LLC
      81 Main Street - Suite 508
      White Plains, NY 10601
      914-285-0700914-284-1213
      Attorneys for defendant
      PRATT & WHITNEY POWER SYSTEMS, INC.

38.   Julie Evans, Esq.
      Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
      150 East 42nd Street
      New York, NY 10017-5639
      212-490-3000
      Fax: 212-490-3038
      Attorneys for defendant
      RSCC WIRE & CABLE LLC

39.   Julie Evans, Esq.
      Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
      150 East 42nd Street
      New York, NY 10017-5639
      212-490-3000
      Fax: 212-490-3038
      Attorneys for defendant
      S.W. ANDERSON SALES CORP.

40.   Daniel S. Moretti, Esq.
      Landman Corsi Ballaine & Ford P.C.
      120 Broadway, 27th Floor
      New York, NY 10271
      212-238-4800
      Fax: 212-238-4848
      Attorneys for defendant
      SEQUOIA VENTURES, INC.

41.   Robert Darish, Esq.
      McGivney & Kluger, P.C.
      80 Broad Street - 23rd Floor
      New York, NY 10004-2209
      212-509-3456
      Attorneys for defendant
      SID HARVEY INDUSTRIES, INC.

42.    Lisa M. Pascarella, Esq.
       Braaten & Pascarella, LLC.
       2430 Route 34, Suite A-18
       PO Box 648
       Manasquan, NJ 08736
       732-528-8888
       Fax: 732-528-4445
       Attorneys for defendant
       TRANE US, INC.

43.    Richard Leff, Esq.
       McGivney & Kluger, P.C.
       80 Broad Street - 23rd Floor
       New York, NY 10004
       212-509-3456
       Fax: 212-509-4420
       Attorneys for defendant
       TREADWELL CORPORATION

44.    William Lee Kinnally, Esq.
       Gibney, Anthony & Flaherty LLP
       665 Fifth Avenue
       New York, NY 10022
       212-688-5151
       Fax: 212-688-8315
       Attorneys for defendant
       TYCO ELECTRONICS CORPORATION

45.    Judith A. Yavitz, Esq.
       Darger Errante Yavitz & Blau, LLP
       116 East 27th Street - 12th Floor
       New York, NY 10016
       212-452-5378212-452-5301
       Attorneys for defendant
       UNION CARBIDE CORPORATION

46.    Anthony J. Marino, Esq.
       Garrity, Graham, Murphy, Garofalo & Flinn
       72 Eagle Rock Avenue - Suite 350
       PO Box 438
       East Hanover, NJ 07936-3100
       973-509-7500
       Fax: 973-509-0414
       Attorneys for defendant
       UNITED CONVEYOR CORP.

47.  MaryEllen Connor, Esq.
     Malaby & Bradley, LLC
     150 Broadway, Suite 600
     New York, NY 10038
     (212) 791-0285
     Fax: (212) 791-0286
     Attorneys for defendant
     WEIL-McLAIN

48.  Kerryann Cook, Esq.
     McGivney & Kluger, P.C.
     80 Broad Street - 23rd Floor
     New York, NY 10004
     212-509-3456
     Fax: 212-509-4420
     Attorneys for defendant
     WEIR VALVES and CONTROLS USA INC.

49.  William F. Mueller, Esq.
     Clemente Mueller, P.A.
     218 Ridgedale Avenue
     Cedar Knolls, NJ 07927
     973-455-8008
     Fax: 973-455-8118
     Attorneys for defendant
     WILLIAM POWELL COMPANY, THE

50.  Paul A. Scrudato, Esq.
     Schiff Hardin LLP
     900 Third Avenue, 23rd Floor
     New York, NY 10022
     (212) 753-5000
     Fax: (212) 753-5044
     Attorneys for defendant
     YARWAY CORPORATION

51.  Diane H. Miller, Esq.
     Marin Goodman, LLP
     500 Mamaroneck Avenue - Suite 501
     Harrison, NY 10528
     212-661-1151
     Attorneys for defendant
     ZY-TECH GLOBAL INDUSTRIES, INC.