# WILENTZ
## WILENTZ, GOLDMAN & SPITZER P.A.

**ATTORNEYS AT LAW**

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000
Fax 732.855.6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
732.542.4500
Fax 732.493.8387

110 William Street
26th Floor
New York, NY 10038-3927
212.267.3091
Fax 212.267.3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
215.940.4000
Fax 215.636.3999

www.wilentz.com

**Kush Shukla, Esq.**
Please reply to New York
Tel: (212) 267-3091

May 31, 2012

**Via ECF & Mail**

Jeffery N. Lüthi
Clerk of the Panel
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20544-0005

Re: Fordham et. al. v. Asbeka Industries of New York, Inc., et. al.,
S.D.N.Y 12 Civ. 1145 (PAE)
MDL 875 | CTO—492

Dear Mr. Lüthi:

We represent plaintiffs in the above-referenced matter. We write this letter to inform the Panel that this matter was remanded to New York Supreme Court, New York County by Order of Judge Paul A. Engelmayer of the United States District Court for the Southern District of New York. Attached hereto as Exhibit A is a true and correct copy of Judge Engelmayer's order dated May 31, 2012. As a result of being remanded to state court, we understand that conditional transfer of this case to MDL 875 is moot.

Thank you for your attention to this matter. Please do not hesitate to contact me should you have any questions or concerns regarding this matter.

Respectfully submitted,

Kush Shukla

CC: All Counsel

#6439705.1(135336.002)