# CERTIFICATE OF SERVICE

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL NO. 875 – IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**Fordham et. al. v. Asbeka Industries of New York, Inc., et. al.,** S.D., New York, No. 12-01145

On May 31, 2012, I electronically filed the attached letter addressed to the Clerk of the Panel, which will send notice of electronic filing to all registered parties.  Additionally, I served a copy of said letter upon all counsel on the attached list via mail.

| | |
|---|---|
| Dated: New York, New York.<br>May 31, 2012 | By: /s/ Kush Shukla<br>Kush Shukla, Esq. [KS-1227]<br>Wilentz Goldman & Spitzer P.A.<br>110 William Street 26th floor,<br>New York, New York 10038-3927<br>Tel: 646-746-8916<br>Fax: 732-726-6604<br>e-mail: kshukla@wilentz.com<br>*Attorneys for Plaintiffs* |

#5647459.1(157225.002)

**Fordham et. al. v. Asbeka Industries of New York, Inc., et. al.,** S.D., New York, No. 12-01145

1. Anthony J. Caruso, Esq.
   Caruso Smith Edell Picini, PC
   60 Route 46 East
   Fairfield, NJ 07004
   973-667-6000
   Fax: 973-667-1200
   Attorneys for defendant
   ASBEKA INDUSTRIES OF NEW YORK, INC.

2. William Bradley, Esq.
   Malaby & Bradley, LLC
   150 Broadway, Suite 600
   New York, NY 10038
   (212) 791-0285
   Fax: (212) 791-0286
   Attorneys for defendant
   CBS CORPORATION

3. Michael Tannenbaum, Esq.
   Sedgwick LLP
   3 Gateway Center, 12th Floor
   Newark, New Jersey 07102
   (973) 242-0002
   Fax: (973) 242-8099
   Attorneys for defendant
   CBS CORPORATION

4. Judith A. Yavitz, Esq.
   Darger Errante Yavitz & Blau, LLP
   116 East 27th Street - 12th Floor
   New York, NY 10016
   212-452-5378
   Fax: 212-452-5301
   Attorneys for defendant
   CERTAINTEED CORPORATION

5. Kevin J. O'Toole, Esq.
   O'Toole, Fernandez, Weiner & Van Lieu, LLC
   60 Pompton Avenue
   Verona, NJ 07044
   973-239-5700
   Fax: 973-239-3400
   Attorneys for defendant

#5647459.1(157225.002)

       CLARK-RELIANCE CORPORATION

6.    Suzanne M. Halbardier, Esq.
      Barry, McTiernan & Moore
      2 Rector Street, 14th Floor
      New York, NY 10006
      212-313-3600
      Fax: 212-608-8901
      Attorneys for defendant
      CLEAVER-BROOKS COMPANY

7.    Richard Leff, Esq.
      McGivney & Kluger, P.C.
      80 Broad Street - 23rd Floor
      New York, NY 10004
      212-509-3456
      Fax: 212-509-4420
      Attorneys for defendant
      COURTER & COMPANY, INCORPORATED

8.    Kirsten Alford Kneis, Esq.
      K&L Gates, LLP
      599 Lexington Avenue
      New York, NY 10022
      212-536-3900
      Fax: 212-536-3901
      Attorneys for defendant
      CRANE CO.

9.    Kirsten Alford Kneis, Esq.
      K&L Gates, LLP
      599 Lexington Avenue
      New York, NY 10022
      212-536-3900212-536-3901
      Attorneys for defendant
      CRANE ENVIRONMENTAL, INC.

10.   Kirsten Alford Kneis, Esq.
      K&L Gates, LLP
      599 Lexington Avenue
      New York, NY 10022
      212-536-3900
      Fax: 212-536-3901
      Attorneys for defendant
      CRANE PUMPS & SYSTEMS, INC.

11. Cynthia B. Rubin, Esq.
    Flemming Zulack Williamson Zauderer LLP
    One Liberty Plaza, 35th Floor
    New York, NY 10006-1404
    (212) 412-9500
    Fax: (212) 964-9200
    Attorneys for defendant
    CROWN, CORK & SEAL COMPANY, INC.

12. Christian H. Gannon, Esq.
    Segal McCambridge Singer & Mahoney, Ltd.
    850 Third Avenue - Suite 1100
    New York, NY 10022
    212-651-7409
    Fax: 212-651-7499
    Attorneys for defendant
    CURTISS-WRIGHT CORPORATION

13. Judith A. Yavitz, Esq.
    Darger Errante Yavitz & Blau, LLP
    116 East 27th Street - 12th Floor
    New York, NY 10016
    212-452-5378
    Fax: 212-452-5301
    Attorneys for defendant
    DANA COMPANIES, LLC

14. John Fanning, Esq.
    Cullen and Dykman, LLP
    177 Montague Street - 4th Floor
    Brooklyn, NY 11201
    718-780-0085
    Fax: 718-855-4282
    Attorneys for defendant
    DAV CORPORATION

15. Nancy McDonald, Esq.
    McElroy, Deutsch, Mulvaney & Carpenter LLP
    1300 Mount Kemble Avenue
    P.O. Box 2075
    Morristown, NJ 07962
    973-993-8100
    Fax: 973-425-0161
    Attorneys for defendant
    EDWARD VOGT VALVE COMPANY

#5647459.1(157225.002)

16. John J. Kot, Esq.
    Waters, McPherson, McNeill, P.C.
    300 Lighting Way
    P.O. Box 1560
    Secaucus, NJ 07096-1560
    201-330-7454
    Fax: 201-863-2866
    Attorneys for defendant
    ELLIOTT COMPANY

17. Diane H. Miller, Esq.
    Marin Goodman, LLP
    500 Mamaroneck Avenue - Suite 501
    Harrison, NY 10528
    212-661-1151
    Attorneys for defendant
    FAIRBANKS COMPANY, THE

18. Laura B. Hollman, Esq.
    McGivney & Kluger, P.C.
    80 Broad Street - 23rd Floor
    New York, NY 10004
    646-520-2100
    Attorneys for defendant
    FAIRBANKS COMPANY, THE

19. Michael A. Tanenbaum, Esq.
    Sedgwick LLP
    Three Gateway Center - 12th Floor
    Newark, NJ 07102
    973-242-0002973-242-8099
    Attorneys for defendant
    FOSTER WHEELER CORPORATION

20. Michael A. Tanenbaum, Esq.
    Sedgwick LLP
    Three Gateway Center - 12th Floor
    Newark, NJ 07102
    973-242-0002
    Fax: 973-242-8099
    Attorneys for defendant
    GENERAL ELECTRIC COMPANY

21. Scott R. Emery, Esq.
    Lynch Daskal Emery LLP
    264 West 40th Street, 18th Floor

        New York, NY 10018
        212-302-2400
        Fax: 212-302-2210
        Attorneys for defendant
        GEORGIA-PACIFIC LLC

22.    John Fanning, Esq.
        Cullen and Dykman, LLP
        177 Montague Street - 4th Floor
        Brooklyn, NY 11201
        718-780-0085
        Fax: 718-855-4282
        Attorneys for defendant
        GOULDS PUMPS, INCORPORATED

23.    Linda Harvey, Esq.
        Greenberg, Dauber, Epstein & Tucker, PC
        One Gateway Center-Suite 600
        Newark, NJ 07102-5311
        973-643-3700
        Fax: 973-643-1218
        Attorneys for defendant
        GRINNELL LLC

24.    Joseph G. Colao, Esq.
        Leader & Berkon, LLP
        630 Third Avenue, 17th Floor
        New York, NY 10017
        212-486-2400
        Fax: 212-486-3099
        Attorneys for defendant
        IMO INDUSTRIES INC.

25.    Kathleen Marron Trabold, Esq.
        McGuire Woods, LLP
        1345 Avenue of Americas - 7th Floor
        New York, NY 10105-0106
        212-548-7025
        Fax: 212-715-6273
        Attorneys for defendant
        ITT CORPORATION

26.    Kerryann Cook, Esq.
        McGivney & Kluger, P.C.
        80 Broad Street - 23rd Floor
        New York, NY 10004

212-509-3456
Fax: 212-509-4420
Attorneys for defendant
JOHN W. WALLACE & CO.

27. Kerryann Cook, Esq.
McGivney & Kluger, P.C.
80 Broad Street - 23rd Floor
New York, NY 10004
212-509-3456
Fax: 212-509-4420
Attorneys for defendant
KENTILE FLOORS, INC.

28. Paul A. Scrudato, Esq.
Schiff Hardin LLP
900 Third Avenue, 23rd Floor
New York, NY 10022
(212) 753-5000(212) 753-5044
Attorneys for defendant
KUNKLE INDUSTRIES, INC.

29. John Fanning, Esq.
Cullen and Dykman, LLP
177 Montague Street - 4th Floor
Brooklyn, NY 11201
718-780-0085
Fax: 718-855-4282
Attorneys for defendant
MARIO & DIBONO PLASTERING CO., INC.

30. Michael E. Waller, Esq.
K&L Gates, LLP
One Newark Center - 10th Floor
Newark, NJ 07102-5285
973-848-4000
Fax: 973-848-4001
Attorneys for defendant
MCWANE INC.

31. Robert Darish, Esq.
McGivney & Kluger, P.C.
80 Broad Street - 23rd Floor
New York, NY 10004-2209
212-509-3456
Fax:

        Attorneys for defendant
        NEW YORK PROTECTIVE COVERING INDUSTRIES, INC.

32. Lisa M. Pascarella, Esq.
    Braaten & Pascarella, LLC.
    2430 Route 34, Suite A-18
    PO Box 648
    Manasquan, NJ 08736
    732-528-8888
    Fax: 732-528-4445
    Attorneys for defendant
    NIBCO, INC.

33. Andrew Sapon, Esq.
    Bivona & Cohen, P.C.
    88 Pine Street - 17th Floor
    New York, NY 10005-1886
    212-363-3100
    Fax: 212-363-9824
    Attorneys for defendant
    O'CONNOR CONSTRUCTORS, INC.

34. Paul A. Scrudato, Esq.
    Schiff Hardin LLP
    900 Third Avenue, 23rd Floor
    New York, NY 10022
    (212) 753-5000
    Fax: (212) 753-5044
    Attorneys for defendant
    OWENS-ILLINOIS, INC.

35. Dennis M. Resnick, Esq.
    Edwards Angell Palmer & Dodge, LLP
    750 Lexington Avenue
    New York, NY 10022
    212-308-4411
    Fax: 212-308-4844
    Attorneys for defendant
    PFIZER, INC.

36. Scott C. Allan, Esq.
    Renzulli Law Firm, LLC
    81 Main Street - Suite 508
    White Plains, NY 10601
    914-285-0700
    Fax: 914-284-1213

       Attorneys for defendant
       PFIZER, INC.

37.    Scott C. Allan, Esq.
       Renzulli Law Firm, LLC
       81 Main Street - Suite 508
       White Plains, NY 10601
       914-285-0700914-284-1213
       Attorneys for defendant
       PRATT & WHITNEY POWER SYSTEMS, INC.

38.    Julie Evans, Esq.
       Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
       150 East 42nd Street
       New York, NY 10017-5639
       212-490-3000
       Fax: 212-490-3038
       Attorneys for defendant
       RSCC WIRE & CABLE LLC

39.    Julie Evans, Esq.
       Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
       150 East 42nd Street
       New York, NY 10017-5639
       212-490-3000
       Fax: 212-490-3038
       Attorneys for defendant
       S.W. ANDERSON SALES CORP.

40.    Daniel S. Moretti, Esq.
       Landman Corsi Ballaine & Ford P.C.
       120 Broadway, 27th Floor
       New York, NY 10271
       212-238-4800
       Fax: 212-238-4848
       Attorneys for defendant
       SEQUOIA VENTURES, INC.

41.    Robert Darish, Esq.
       McGivney & Kluger, P.C.
       80 Broad Street - 23rd Floor
       New York, NY 10004-2209
       212-509-3456
       Attorneys for defendant
       SID HARVEY INDUSTRIES, INC.

42. Lisa M. Pascarella, Esq.
    Braaten & Pascarella, LLC.
    2430 Route 34, Suite A-18
    PO Box 648
    Manasquan, NJ 08736
    732-528-8888
    Fax: 732-528-4445
    Attorneys for defendant
    TRANE US, INC.

43. Richard Leff, Esq.
    McGivney & Kluger, P.C.
    80 Broad Street - 23rd Floor
    New York, NY 10004
    212-509-3456
    Fax: 212-509-4420
    Attorneys for defendant
    TREADWELL CORPORATION

44. William Lee Kinnally, Esq.
    Gibney, Anthony & Flaherty LLP
    665 Fifth Avenue
    New York, NY 10022
    212-688-5151
    Fax: 212-688-8315
    Attorneys for defendant
    TYCO ELECTRONICS CORPORATION

45. Judith A. Yavitz, Esq.
    Darger Errante Yavitz & Blau, LLP
    116 East 27th Street - 12th Floor
    New York, NY 10016
    212-452-5378212-452-5301
    Attorneys for defendant
    UNION CARBIDE CORPORATION

46. Anthony J. Marino, Esq.
    Garrity, Graham, Murphy, Garofalo & Flinn
    72 Eagle Rock Avenue - Suite 350
    PO Box 438
    East Hanover, NJ 07936-3100
    973-509-7500
    Fax: 973-509-0414
    Attorneys for defendant
    UNITED CONVEYOR CORP.

47. MaryEllen Connor, Esq.
    Malaby & Bradley, LLC
    150 Broadway, Suite 600
    New York, NY 10038
    (212) 791-0285
    Fax: (212) 791-0286
    Attorneys for defendant
    WEIL-McLAIN

48. Kerryann Cook, Esq.
    McGivney & Kluger, P.C.
    80 Broad Street - 23rd Floor
    New York, NY 10004
    212-509-3456
    Fax: 212-509-4420
    Attorneys for defendant
    WEIR VALVES and CONTROLS USA INC.

49. William F. Mueller, Esq.
    Clemente Mueller, P.A.
    218 Ridgedale Avenue
    Cedar Knolls, NJ 07927
    973-455-8008
    Fax: 973-455-8118
    Attorneys for defendant
    WILLIAM POWELL COMPANY, THE

50. Paul A. Scrudato, Esq.
    Schiff Hardin LLP
    900 Third Avenue, 23rd Floor
    New York, NY 10022
    (212) 753-5000
    Fax: (212) 753-5044
    Attorneys for defendant
    YARWAY CORPORATION

51. Diane H. Miller, Esq.
    Marin Goodman, LLP
    500 Mamaroneck Avenue - Suite 501
    Harrison, NY 10528
    212-661-1151
    Attorneys for defendant
    ZY-TECH GLOBAL INDUSTRIES, INC.