BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 - In re ASBESTOS LITIGATION

*Andre Wright v. Crown Cork & Seal Company, Inc., et al.*

NOTICE OF OPPOSITION TO CTO-513

I represent plaintiff Andre Wright in the above captioned action, which is included on the conditional transfer order (CTO-513). Plaintiff Andre Wright submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

Richard M. Grant, Esq., CA S.B. ##55677
Brayton❖Purcell LLP
222 Rush Landing Road
Novato, CA 94948-6169
rgrant@braytonlaw.com
Tel: (415) 898-1555
Fax: (415) 898-1247

Counsel for Plaintiff Andre Wright

*Andre Wright v. Crown Cork & Seal Company, Inc., et al.*
United States District Court, NDCA Case No. 3:12-cv-02555 EDL

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the Clerk of the Court for the United States District Court by using the CM/ECF system on May 31, 2012:

NOTICE OF OPPOSITION TO CTO-513

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage paid.

SEE ATTACHED SERVICE LIST

Dated this 31st day of May 2012.

_____
Diane I. Davidowski

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

CERTIFICATE OF SERVICE                                               1

**Brayton-Purcell Service List**
Case MDL No. 875   Document 8754   Filed 05/31/12   Page 3 of 4
1
Date Created: 5/31/2012-11:58:43 AM                    Run By : Davidowski, Diane
(DID)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 112999.004 - Andre Wright

**Adams Nye Trapani Becht LLP**
222 Kearny Street, Seventh Floor
San Francisco, CA 94108
415-982-8955   415-982-2042 (fax)
**Defendants:**
  Amcord, Inc. (AMCORD)

**Archer Norris**
P.O. Box 8035
2033 N. Main Street, Suite 800
Walnut Creek, CA 94596
925-930-6600   925-930-6620 (fax)
**Defendants:**
  Highland Stucco and Lime Products, Inc. (HSTUC)

**Bassi, Edlin, Huie & Blum LLP**
500 Washington Street
Suite 700
San Francisco, CA 94111
415-397-9006   415-397-1339 (fax)
**Defendants:**
  Lehigh Southwest Cement Company (LEHIGH)

**Becherer, Kannett & Schweitzer**
Water Tower
1255 Powell Street
Emeryville, CA 94608-2604
510-658-3600   510-658-1151 (fax)
**Defendants:**
  CSK Auto, Inc. (CSKAUT)

**Bishop, Barry, Drath**
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
510-596-0888   510-596-0899 (fax)
**Defendants:**
  Dahl-Beck Electric Company (DAHLB)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300   415-808-0333 (fax)
**Defendants:**
  Union Carbide Corporation (UNIONC)

**Burnham Brown**
1901 Harrison Street
14th Floor
Oakland, CA 94612
510-444-6800   510-835-6666 (fax)
**Defendants:**
  Borg-Warner Corporation by its Successor in Interest, BorgWarner Morse TEC Inc. (BWMORS)

**DeHay & Elliston, LLP**
1111 Broadway
Suite 1950
Oakland, CA 94607
510-285-0750   510-285-0740 (fax)
**Defendants:**
  Hanson Permanente Cement, Inc. formerly known as Kaiser Cement Corporation (KAISCE)

**Foley & Mansfield PLLP**
300 Lakeside Drive, Suite 1900
Oakland, CA 94612
510-590-9500   510-590-9595 (fax)
**Defendants:**
  84 Lumber Company, A Limited Partnership (84LUMB)
  William Powell Company, The (WILPOW)

**Haight, Brown & Bonesteel**
71 Stevenson Street, 20th Floor
San Francisco, CA 94105-2981
415-546-7500   415-546-7505 (fax)
**Defendants:**
  Robertshaw Controls Company (SHAW)

**Hassard Bonnington LLP**
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800   415-288-9802 (fax)
**Defendants:**
  Honeywell International, Inc. (HONEYW)

**McKenna Long & Aldridge**
101 California Street
41st Floor
San Francisco, CA 94111
415-267-4000   415-267-4198 (fax)
**Defendants:**
  Certainteed Corporation (CERT)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000   415-442-1001 (fax)
**Defendants:**
  Yarway Corporation (YARWAY)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000   415-344-7050 (fax)
**Defendants:**
  Georgia-Pacific LLC (fka Georgia-Pacific Corporation) (GP)
  Honeywell International, Inc. (HONEYW)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
  Genuine Parts Company (GPC)

**Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP**
310 Golden Shore, Fourth Floor
Long Beach, CA 90802
562-436-3946   562-495-0564 (fax)
**Defendants:**
  Parex USA, Inc. ( fka Parexlahabra, Inc., fka La Habra Products, Inc.) (LAHAB)

**Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP**
One California Street, Suite 1910
San Francisco, CA 94111
415-788-8354   415-788-3625 (fax)
**Defendants:**
  ITT Corporation ( fka ITT Industries, Inc.) (ITTIND)
  Triple A Machine Shop, Inc. (AAA)

**Selman Breitman LLP**
11766 Wilshire Blvd., 6th Floor
Los Angeles, CA 90025
310-445-0800   310-473-2525 (fax)
**Defendants:**
  Douglass Insulation Company, Inc. (DOUGLS)

Date Created: 5/31/2012-11:58:43 AM                                Run By : Davidowski, Diane (DID)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 112999.004 - Andre Wright

**Selman Breitman LLP**
33 New Montgomery
6th Floor
San Francisco, CA  94105
415-979-0400   415-979-2099 (fax)
**Defendants:**
  Mission Stucco Company (MISSTU)
  Olympic Glove & Safety Co., Inc., The (OLYGLO)
  Pep Boys Manny Moe & Jack of California, The (PEPBOY)
  Scott Co. of California (SCOTT)

**Stratman, Patterson & Hunter**
505 14th Street
Suite 400
Oakland, CA  94612
510-457-3440   510-238-9281 (fax)
**Defendants:**
  Hanson Permanente Cement, Inc. formerly known as Kaiser Cement Corporation (KAISCE)

**Tucker Ellis LLP**
135 Main Street, Suite 700
San Francisco, CA  94105
415-617-2400   415-617-2409 (fax)
**Defendants:**
  Spirax Sarco, Inc. (SPISAR)

**Vasquez, Estrada & Conway, LLP**
Courthouse Square
1000 Fourth Street, Suite 700
San Rafael, CA  94901
415-453-0555   415-453-0549 (fax)
**Defendants:**
  Copeland Lumber Yards, Inc. (COPLUM)
  Hill Brothers Chemical Company (HILLCH)

**Walsworth, Franklin, Bevins & McCall, LLP**
601 Montgomery Street, 9th Floor
San Francisco, CA  94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  Dowman Products, Inc. (DOWMAN)