UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

Fordham, et al. v. Asbeka Industries of New York, Inc., et al, )
S.D. New York, C.A. No. 1:12-01145                     )           MDL No. 875

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Fordham*) on February 24, 2012. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Fordham* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been informed that *Fordham* was remanded to state court in an order filed by the Honorable Paul A. Engelmayer on May 31, 2012.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-492" filed on February 24, 2012, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel