# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

MDL No. 875 – IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE (CTO-513)

**PARTIES REPRESENTED (indicated plaintiff or defendant–attach list if necessary):**

ANDRE WRIGHT - Plaintiff.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No.(s).– attach list if necessary):**

ANDRE WRIGHT v. CROWN CORK & SEAL COMPANY, INC., et al., NDCA: 3:12-cv-02555-EDL

****************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L.,199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

5/31/12
Date

_Signature of Attorney or Designee_

**Name and Address of Designated Attorney:**
Richard M. Grant
Brayton❖Purcell LLP
222 Rush Landing Rd.
Novato, CA 94949-6169

Telephone No.: 415/898-1555    Fax No.: 415/898-1247

Email Address: rgrant@braytonlaw.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

*Andre Wright v. Crown Cork & Seal Company, Inc., et al.*
United States District Court, NDCA Case No. 3:12-cv-02555 EDL

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the Clerk of the Court for the United States District Court by using the CM/ECF system on May 31, 2012:

NOTICE OF APPEARANCE (CTO-513)

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage paid.

SEE ATTACHED SERVICE LIST

Dated this 31st day of May 2012.



Diane I. Davidowski

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1

CERTIFICATE OF SERVICE

Date Created: 5/31/2012-11:58:43 AM
(DID)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 112999.004 - Andre Wright
Run By : Davidowski, Diane

**Adams Nye Trapani Becht LLP**
222 Kearny Street, Seventh Floor
San Francisco, CA 94108
415-982-8955   415-982-2042 (fax)
**Defendants:**
  Amcord, Inc. (AMCORD)

**Archer Norris**
P.O. Box 8035
2033 N. Main Street, Suite 800
Walnut Creek, CA 94596
925-930-6600   925-930-6620 (fax)
**Defendants:**
  Highland Stucco and Lime Products, Inc. (HSTUC)

**Bassi, Edlin, Huie & Blum LLP**
500 Washington Street
Suite 700
San Francisco, CA 94111
415-397-9006   415-397-1339 (fax)
**Defendants:**
  Lehigh Southwest Cement Company (LEHIGH)

**Becherer, Kannett & Schweitzer**
Water Tower
1255 Powell Street
Emeryville, CA 94608-2604
510-658-3600   510-658-1151 (fax)
**Defendants:**
  CSK Auto, Inc. (CSKAUT)

**Bishop, Barry, Drath**
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
510-596-0888   510-596-0899 (fax)
**Defendants:**
  Dahl-Beck Electric Company (DAHLB)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300   415-808-0333 (fax)
**Defendants:**
  Union Carbide Corporation (UNIONC)

**Burnham Brown**
1901 Harrison Street
14th Floor
Oakland, CA 94612
510-444-6800   510-835-6666 (fax)
**Defendants:**
  Borg-Warner Corporation by its Successor in Interest, BorgWarner Morse TEC Inc. (BWMORS)

**DeHay & Elliston, LLP**
1111 Broadway
Suite 1950
Oakland, CA 94607
510-285-0750   510-285-0740 (fax)
**Defendants:**
  Hanson Permanente Cement, Inc. formerly known as Kaiser Cement Corporation (KAISCE)

**Foley & Mansfield PLLP**
300 Lakeside Drive, Suite 1900
Oakland, CA 94612
510-590-9500   510-590-9595 (fax)
**Defendants:**
  84 Lumber Company, A Limited Partnership (84LUMB)
  William Powell Company, The (WILPOW)

**Haight, Brown & Bonesteel**
71 Stevenson Street, 20th Floor
San Francisco, CA 94105-2981
415-546-7500   415-546-7505 (fax)
**Defendants:**
  Robertshaw Controls Company (SHAW)

**Hassard Bonnington LLP**
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800   415-288-9802 (fax)
**Defendants:**
  Honeywell International, Inc. (HONEYW)

**McKenna Long & Aldridge**
101 California Street
41st Floor
San Francisco, CA 94111
415-267-4000   415-267-4198 (fax)
**Defendants:**
  Certainteed Corporation (CERT)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000   415-442-1001 (fax)
**Defendants:**
  Yarway Corporation (YARWAY)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000   415-344-7050 (fax)
**Defendants:**
  Georgia-Pacific LLC (fka Georgia-Pacific Corporation) (GP)
  Honeywell International, Inc. (HONEYW)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
  Genuine Parts Company (GPC)

**Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP**
310 Golden Shore, Fourth Floor
Long Beach, CA 90802
562-436-3946   562-495-0564 (fax)
**Defendants:**
  Parex USA, Inc. ( fka Parexlahabra, Inc., fka La Habra Products, Inc.) (LAHAB)

**Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP**
One California Street, Suite 1910
San Francisco, CA 94111
415-788-8354   415-788-3625 (fax)
**Defendants:**
  ITT Corporation ( fka ITT Industries, Inc.) (ITTIND)
  Triple A Machine Shop, Inc. (AAA)

**Selman Breitman LLP**
11766 Wilshire Blvd., 6th Floor
Los Angeles, CA 90025
310-445-0800   310-473-2525 (fax)
**Defendants:**
  Douglass Insulation Company, Inc. (DOUGLS)

Date Created: 5/31/2012-11:58:43 AM                                Run By : Davidowski, Diane
(DID)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 112999.004 - Andre Wright

**Selman Breitman LLP**
33 New Montgomery
6th Floor
San Francisco, CA 94105
415-979-0400   415-979-2099 (fax)
**Defendants:**
   Mission Stucco Company (MISSTU)
   Olympic Glove & Safety Co., Inc., The (OLYGLO)
   Pep Boys Manny Moe & Jack of California, The (PEPBOY)
   Scott Co. of California (SCOTT)

**Stratman, Patterson & Hunter**
505 14th Street
Suite 400
Oakland, CA 94612
510-457-3440   510-238-9281 (fax)
**Defendants:**
   Hanson Permanente Cement, Inc. formerly known as Kaiser Cement Corporation (KAISCE)

**Tucker Ellis LLP**
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400   415-617-2409 (fax)
**Defendants:**
   Spirax Sarco, Inc. (SPISAR)

**Vasquez, Estrada & Conway, LLP**
Courthouse Square
1000 Fourth Street, Suite 700
San Rafael, CA 94901
415-453-0555   415-453-0549 (fax)
**Defendants:**
   Copeland Lumber Yards, Inc. (COPLUM)
   Hill Brothers Chemical Company (HILLCH)

**Walsworth, Franklin, Bevins & McCall, LLP**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
   Dowman Products, Inc. (DOWMAN)

## Notices

MDL No. 875 IN RE: Asbestos Products Liability Litigation (No. VI)

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered by Grant, Richard on 5/31/2012 at 3:29 PM EDT and filed on 5/31/2012

**Case Name:**  IN RE: Asbestos Products Liability Litigation (No. VI)
**Case Number:**  MDL No. 875
**Filer:**
**Document Number:** 8754

**Docket Text:**
**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-513) - 1 action(s) - re: pldg. (1 in CAN/3:12-cv-02555, [8739] in MDL No. 875) Filed by Plaintiff Andre Wright (Attachments: # (1) Other NOTICE OF APPEARANCE (CTO-513)) Associated Cases: MDL No. 875, CAN/3:12-cv-02555 (Grant, Richard)**

**Case Name:**  Wright v. Crown Cork & Seal Company, Inc. et al
**Case Number:**  CAN/3:12-cv-02555
**Filer:**  Andre Wright
**Document Number:** 3

**Docket Text:**
**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-513) - 1 action(s) - re: pldg. (1 in CAN/3:12-cv-02555, [8739] in MDL No. 875) Filed by Plaintiff Andre Wright (Attachments: # [1] Other NOTICE OF APPEARANCE (CTO-513)) Associated Cases: MDL No. 875, CAN/3:12-cv-02555 (Grant, Richard)**

**MDL No. 875 Notice has been electronically mailed to:**

David C Landin     dlandin@hunton.com

Peter G Angelos     mjolley@lawpga.com

**MDL No. 875 Notice will not be electronically mailed to:**

**CAN/3:12-cv-02555 Notice has been electronically mailed to:**

Amy Jo Talarico     atalarico@morganlewis.com

David R. Donadio     DDonadio@braytonlaw.com, federal@braytonlaw.com

John K Son     john.son@tuckerellis.com

Lance D. Wilson    lance.wilson@tuckerellis.com

Nicole Elisabet Gage    nicole.gage@tuckerellis.com

Richard Martin Grant    RGrant@braytonlaw.com, ddavidowski@braytonlaw.com

**CAN/3:12-cv-02555 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/31/2012] [FileNumber=289677-0]
[aadadffbd7ae67c4e6a0ce1cbdc59a982bd0c6fee9ea290038af7a5cbf38c4a239d85
e75da174e6f4871fc1f574e47c31de61ec4f5982f59679fa690e8431c4a]]
**Document description:** Other NOTICE OF APPEARANCE (CTO-513)
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/31/2012] [FileNumber=289677-1]
[b020db11802a797281e61d6b0a89d83b9a28397a4aba062a42aab01d17e3f16ad1134
90c3ab5a29269aedd82cd658de491827dadac70d31edf19886132605f86]]