# K&L|GATES

K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222-2613

T 412.355.6500    www.klgates.com

June 1, 2012

Michael J. Zukowski
F  412.355.6501
michael.zukowski@klgates.com

**VIA FEDERAL EXPRESS**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255,
North Lobby
Washington, DC 20002-8004

**RE:**      **Joseph Salerno and Carolyn Salerno v. Aerco International, et al.**
United States District Court, Southern District of New York No. 12-cv-04167
Supreme Court of the State of New York, County of New York, Case No. 190133-2012
Our Client:  Crane Co.

Dear Clerk:

Please accept this letter as notice of defendant Crane Co.'s request for the above referenced tag-along action to be transferred to the MDL Panel No. 875, pursuant to 28 U.S.C. § 1407.

On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination of consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order").  That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause.  MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

On December 13, 2011, the Judicial Panel on Multidistrict Litigation issued its Order Adopting Suggestion To The Panel Concerning Future Tag-Along Transfers.  Pursuant to that Order, the Judicial Panel will still transfer and consolidate tag-along cases to MDL-875 that originate from the Southern District of New York.

K&L|GATES

June 1, 2012
Page 2

The undersigned hereby notifies the Judicial Panel on Multidistrict Litigation that this state court action removed to the United States District Court, Southern District of New York, on May 24, 2012, (a copy of the notice of tag along action with the state court complaint is attached hereto as Exhibit A) is a potential tag-along action which is subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3(a) or 13(b).

Crane Co. has provided written Notice of Tag-Along Action to all adverse parties.

Please do not hesitate to contact me with any questions at (412) 355-6397.

Sincerely,

/s/ *Michael J. Zukowski*

Michael J. Zukowski

MJZ:mg
Att

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

JOSEPH SALERNO and CAROLYN
SALERNO,

             Plaintiff(s),

             v.

AERCO INTERNATIONAL, et al., ,

             Defendants.

-------------------------------------------------------x

Docket No.: 1:12-cv-04167-JPO

**DEFENDANT CRANE CO.'S NOTICE
OF TAG-ALONG ACTION.**

TO:    THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
       DISTRICT OF NEW YORK

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

On December 13, 2011, the Judicial Panel on Multidistrict Litigation issued its Order Adopting Suggestion To The Panel Concerning Future Tag-Along Transfers. Pursuant to

that Order, the Judicial Panel will still transfer and consolidate tag-along cases to MDL-875 that are from the Southern District of New York.

     The undersigned hereby notifies the Court that this is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to Show Cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

Dated: May 31, 2012

Mailed to:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

Dated: New York, New York
     May 31, 2012

Respectfully submitted,

Crane Co.
By its attorneys,

/s/ Angela DiGiglio
Angela DiGiglio (AD 2290)
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022-6030
Email: angela.digiglio@klgates.com
Phone: (212) 536-3900
Fax: (212) 536-3901

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Crane Co.'s ("Crane Co."), Notice of Tag Along Action was served on plaintiffs' counsel and all defense counsel of record identified on the attached service rider via regular mail on May 31, 2012 and is available for viewing and downloading from the Court's ECF system.

/s/ Angela DiGiglio
Angela DiGiglio, Esq.
Attorney for Defendant
Crane Co.

# SERVICE RIDER

| Counsel: | Attorneys for: |
|---|---|
| Nancy McDonald, Esq.<br>Joseph P. LaSala, Esq.<br>**MCELROY, DEUTSCH, MULVANEY**<br>**& CARPENTER, LLP**<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962-2075 | Flowserve US, Inc. |
| Julie Evans, Esq.<br>**WILSON, ELSER, MOSKOWITZ,**<br>**EDELMAN & DICKER, LLP**<br>150 East 42nd Street<br>New York, NY 10017-5639 | American Biltrite, Inc., Individually and as successor to Amtico Floors |
| Philip Goldstein, Esq.<br>Genevieve MacSteel, Esq.<br>**MCGUIREWOODS, LLP**<br>1345 Avenue of the Americas, 7th Floor<br>New York, New York 10105-0106 | American Standard, Bell & Gossett Company, ITT Industries, Inc., ITT Corporation, The Trane Company, |
| Chris Gannon, Esq.<br>Theodore M. Eder, Esq.<br>Robert R. Rigolosi, Esq.<br>**SEGAL, MCCAMBRIDGE, SINGER**<br>**& MAHONEY, LTD.**<br>850 Third Avenue, Suite 1100<br>New York, New York 10022 | BW/IP, Inc. and/or Byron Jackson Pumps), Gardner Denver, Inc., Weil-McLain Co. |
| Charles McGivney, Esq.<br>**McGIVNEY & KLUGER, P.C.**<br>80 Broad Street, 23rd Floor<br>New York, New York 10004 | Oakfabco, Inc., Atwood & Morrill Co., Inc. The Fairbanks Company, Kentile Floors, Inc., Taco, Inc., Weir Valves & Controls USA Inc. |
| William Bradley, Esq.<br>Mary Ellen Connor, Esq.<br>David Schaffer, Esq.<br>**MALABY & BRADLEY, LLC**<br>150 Broadway, Suite 600<br>New York, New York 10038 | Viking Pump, Inc., The Marley Company, Crown Boiler Co. f/k/a Crown Industries, Inc. |
| Edward Wilbraham, Esq.<br>**WILBRAHAM LAWLER & BUBA**<br>140 Broadway, 46th Floor<br>New York, New York 10005 | Air & Liquid Systems Corporation as successor by merger to Buffalo Pumps, Inc. |
| Heidi Chang, Esq.<br>Nicole Price Wesselmann, Esq.<br>**MCMAHON, MARTINE & GALLAGHER, LLP**<br>55 Washington St., 7th Floor<br>Brooklyn, NY 11201 | Empire-Ace Insulation Mfg. Corp. |

| Counsel: | Attorneys for: |
|---|---|
| John J. Fanning, Esq.<br>Raghu Bandlamudi, Esq.<br>**CULLEN & DYKMAN LLP**<br>177 Montague Street<br>Brooklyn, New York 11201 | Burnham Corporation, Goulds Pumps |
| Timothy J. McDonnell, Esq.<br>Matthew J. Cowan, Esq.<br>Bennett, Giuliano, McDonnell & Perrone LLP<br>494 Eight Avenue, 7th floor<br>New York, NY 10001 | J-M Manufacturing Company, Inc. |
| Paul A. Scrudato, Esq.<br>**SCHIFF HARDIN LLP**<br>666 Fifth Avenue<br>17th floor<br>New York, NY 10103 | Owens-Illinois, Inc. |
| Joseph Colao, Esq.<br>**LEADER & BERKON**<br>630 Third Avenue, 17th Floor<br>New York, New York 10017 | IMO Industries, Inc.<br>Warren Pumps, Inc. |
| Stephen T. Corbin, Esq.<br>**LEWIS, BRISBOIS, BISGAARD & SMITH, LLP**<br>77 Water Street, , Suite 2100<br>New York, NY 10038 | Peerless Industries, Inc. |
| Suzanne Halbardier, Esq.<br>**BARRY, MCTIERNAN & MOORE**<br>2 Rector Street, 14th Floor<br>New York, New York 10006 | Cleaver Brooks Company, Inc. |
| Michael A. Tanenbaum, Esq.<br>Bridget M. Polloway, Esq.<br>**SEDGWICK, DETERT, MORAN & ARNOLD, LLP**<br>Three Gateway Center, 12th Floor<br>Newark, New Jersey 07102 | Foster Wheeler L.L.C., General Electric Company, Viacom, Inc., as successor in interest by merger to CBS Corporation f/k/a Westinghouse Electric, |
| Jennifer W. Darger, Esq.<br>Judith Yavitz, Esq.<br>**DARGER ERRANTE YAVITZ & BLAU LLP**<br>116 East 27th Street<br>New York, NY 10016 | Certainteed Corporation |
| Lisa M. Pascarella, Esq.<br>**PEHLIVANIAN, BRAATEN & PASCARELLA, LLC**<br>Paynter's Ridge Office Park<br>2430 Route 34<br>Manasquan, New Jersey 08736 | Ingersoll-Rand Company |

| Counsel: | Attorneys for: |
|---|---|
| Patrick J. Dwyer, Esq,. <br> Smith, Stratton, Wise, Heher & Brennan <br> 100 park Avenue, Suite 1600 <br> New York, NY 10017 | Goodrich Corporation, f/k/a The B.F. Goodrich Company |
| Daniel J. McNamara, Esq. <br> **DECICCO, GIBBONS & MCNAMARA, P.C.** <br> 14 East 38th Street <br> New York, NY 10016 | Kaiser Gypsum Company, Inc. |
| Rob C. Tonogbanua, Esq. <br> **DICKIE MCCAMEY & CHILCOTE, P.C.** <br> 41 South Haddon Avenue, Suite 5 <br> Haddonfield, NJ 08033 | Yarway Corporation |
| Anna DiLonardo, Esq. <br> Andrew Warshauer, Esq. <br> **MARSHALL, DENNEHY, WARNER, COLEMAN & GOGGIN** <br> 888 Veterans Memorial Highway, Ste. 540 <br> Hauppauge, NY 11788 | Borg-Warner Corporation, Kamco Supply Corp |
| Christopher Hannan, Esq. <br> **KELLEY JASONS MCGOWAN** <br> **SPINELLI & HANNA, LLP** <br> 120 Wall Street, 30th Floor <br> New York, NY 10005 | Chicago Pump, Northern Pump Businesses, FMC Corporation |
| Arthur Bromberg, Esq. <br> Dennehy, Warner, Coleman & Goggin <br> 425 Eagle Rock Avenue <br> Roseland, NJ 07068 <br> **<u>Unknown Counsel</u>** | Aerco International, Inc. <br><br> Superior Boiler Works, Inc. <br> Watts Water Technologies, Individually and as successor to Watts Regulator Company |

# PACE

## THIS REQUEST FORM IS FOR THE NEW FILINGS DEPARTMENT ONLY

Name                    Delora I. Gans

Firm /Company           Crane Co.  (Week of 4/2/2012)

Phone # or email address    (203) 363-7300 dgans@craneco.com

Request Date            4/6/2012

**RECEIVED**

**APR 1 0 2012**

**PACE**

Please specify Request Type (one per form):

- [X] **New Filing** (A complaint to be placed on the PACEWEB database that will generate an email notification to the Defense Counsel)
- [ ] **Discovery/Miscellaneous Correspondence** (Non compliant documents that PACE will mail directly to the appropriate defense counsel)
- [ ] **Severance**: MUST INCLUDE SIGNED ORDER FROM THE JUDGE PLUS THE "Severed from" and "Severed to" DOCKET NUMBERS
- [ ] **Transfer/Removal**: MUST INCLUDE SIGNED ORDER FROM THE JUDGE PLUS THE "Transferred from" and "Transferred to" INFORMATION
- [ ] **Intervention**: MUST INCLUDE SIGNED ORDER FROM THE JUDGE

*All fields below must be filled out in order to be appropriately processed.*

| Lead Plaintiff name | Specific Defendant Company Served ('one entry per line') | Jurisdiction & State | Docket # AKA Index #, Case #, etc. | Service Date | Plaintiff's Counsel | Additional Comments |
|---|---|---|---|---|---|---|
| ALL CASES | Crane Co. | Supreme Court: All of Counties Within the City of New York | NEW YORK CITY ASBESTOS LITIGATION (NYAL); Asbestos Master Index No: 40,000/ | 4/2/2012 | Joseph P. Williams, Esq. (212) 668-1122, for Joseph P. Williams & Associates, P.C. | STANDARD ASBESTOS COMPLAINT FOR WRONGFUL DEATH No.1  Served by Andrew Gonzales for Professional Process Service L.L.C., 105 Haddad Road, Waterbury, CT 06708  (203) 573-8835 |
| ALL CASES | Crane Co. | Supreme Court: All of Counties Within the City of New York | NEW YORK CITY ASBESTOS LITIGATION (NYAL); Asbestos Master Index No: 40,000/ | 4/2/2012 | Joseph P. Williams, Esq. (212) 668-1122, for Joseph P. Williams & Associates, P.C. | STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No.1  Served by Andrew Gonzales for Professional Process Service L.L.C., 105 Haddad Road, Waterbury, CT 06708  (203) 573-8835 |

PACE   THIS REQUEST FORM IS FOR THE NEW FILINGS DEPARTMENT ONLY

| | | | | | | |
|---|---|---|---|---|---|---|
| **Motosicky, William** (and Motosicky, Betty) | **Crane Co., in its own right and as successor-in-interest to Stockham Valves & Fittings, Inc.** | Common Pleas, Westmoreland County, Pennsylvania | 1911 of 2012 | 4/4/2012 | Peter T. Paladino, Jr., Esquire (412) 471-3980, for Goldberg, Persky & White, P.C. | Served via USPS Certified Mail 7011 2970 0000 0098 2985, postmarked 3/30/2012 from zip code 15219 |
| **Pappas, Thomas A.** (and Pappas, Robin) | Crane Co. | Supreme Court, New York County, New York | 190141-12 | 4/2/2012 | Adam Dreksler | Served by Eric Rubin of CT Process (888) 528-2920 |
| Prevost, Viola (Estate of) | | | | | | **See Dolata, Kathy** |
| **Price, Richard B.** | Crane Co., individually and as successor-in-interest to Jenkins Valves, Chapman Valve Company and Deming Pump Company | Superior Court, Department of the Trial Court, Middlesex County, Massachusetts | 12-1204 | 4/6/2012 | Michael P. Joyce, Esq. (617) 720-1222, for Law Offices of Michael P. Joyce | Served via USPS Certified Mail 7011 2970 0000 1813 7711, postmarked 4/2/2012 from zip code 02110 |
| **Salerno, Joseph (and Salerno, Carolyn)** | Crane Co. | Supreme Court, New York County, New York | 190133-2012 | 4/2/2012 | Joseph P. Williams, Esq. (212) 668-1122, for Joseph P. Williams & Associates, P.C.  (On instruction from Professional Process Service, L.L.C., "Crane Co." has been crossed out on defendants list and "Jenkins Valves, Inc." highlighted as correct defendant). | Served by Andrew Gonzales for Professional Process Service L.L.C., 105 Haddad Road, Waterbury, CT 06708 (203) 573-8835 |
| **Salerno, Joseph (and Salerno, Carolyn)** | **Jenkins Valves, Inc.** | Supreme Court, New York County, New York | 190133-2012 | 4/2/2012 | Joseph P. Williams, Esq. (212) 668-1122, for Joseph P. Williams & Associates, P.C. | Served by Andrew Gonzales for Professional Process Service L.L.C., 105 Haddad Road, Waterbury, CT 06708 (203) 573-8835 |

**RECEIVED**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF <u>NEW YORK</u>

APR 02 2012

**Crane Co.**

---------------------------------------------------------------x

| JOSEPH SALERNO and CAROLYN SALERNO |
| |

Plaintiff/Petitioner,

- against -                                                    Index No. <u>190133-2012</u>

| AERCO INTERNATIONAL, et. al., |
| |

Defendant/Respondent.

---------------------------------------------------------------x

## NOTICE OF COMMENCEMENT OF ACTION
## SUBJECT TO MANDATORY ELECTRONIC FILING

PLEASE TAKE NOTICE that the matter captioned above, which has been commenced by filing of the accompanying documents with the County Clerk, is subject to mandatory electronic filing pursuant to Section 202.5-bb of the Uniform Rules for the Trial Courts. This notice is being served as required by Subdivision (b) (3) of that Section.

The New York State Courts Electronic Filing System ("NYSCEF") is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and self-represented parties. Counsel and/or parties who do not notify the court of a claimed exemption (see below) as required by Section 202.5-bb(e) must immediately record their representation within the e-filed matter on the Consent page in NYSCEF. Failure to do so may result in an inability to receive electronic notice of document filings.

Exemptions from mandatory e-filing are limited to: 1) attorneys who certify in good faith that they lack the computer equipment and (along with all employees) the requisite knowledge to comply; and 2) self-represented parties who choose not to participate in e-filing. For additional information about electronic filing, including access to Section 202.5-bb, consult the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center at 646-386-3033 or efile@courts.state.ny.us.

Dated: 3/16/2012

_____ (Signature)

JOSEPH P. WILLIAMS, ESQ
_____ (Name)

| JOSEPH P. WILLIAMS & ASSOCIATES, P.C. |
_____ (Firm Name)

<u>245 Park Ave, 39th Floor</u> _____ (Address)

NEW YORK, NY 10167
_____

(212) 668 1122
_____ (Phone)

_____ (E-Mail)

To:   <u>AERCO</u>
      INTERNATIONAL, et.
      al.,
      _____

      _____

4-8/11

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------------X
JOSEPH SALERNO and CAROLYN SALERNO,

                                   Plaintiff(s),

            -against-

AERCO INTERNATIONAL,
AIR & LIQUID SYSTEMS CORPORATION
      as successor by merger to BUFFALO PUMPS, INC.,
AMERICAN BILTRITE,
      Individually and as successor to AMTICO FLOORS,
ATWOOD & MORRILL CO. INC.,
BELL & GOSSETT COMPANY,
BORG-WARNER CORPORATION,
      n/k/a BURNS INTERNATIONAL SERVICES
      CORPORATION,
BURNHAM LLC, Individually, and as successor to
      BURNHAM CORPORATION,
BW/IP INTERNATIONAL, INC.,
      f/k/a BORG WARNER INDUSTRIAL PRODUCTS
      successor to BYRON JACKSON PUMPS,
BYRON JACKSON PUMPS,
CBS CORPORATION, f/k/a VIACOM INC., successor by merger to
      CBS CORPORATION, f/k/a
      WESTINGHOUSE ELECTRIC CORPORATION,
CERTAINTEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CRANE CO.,
CROWN BOILER CO.,
      f/k/a CROWN INDUSTRIES, INC.,
CROWN CORK & SEAL USA, INC.,
EMPIRE-ACE INSULATION MFG. CORP.,
FLOWSERVE CORPORATION,
FMC CORPORATION,
      Individually and as successor through acquisition of
      CHICAGO PUMP COMPANY, & NORTHERN PUMP
      COMPANY,
FOSTER WHEELER CORPORATION,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GOULDS PUMPS, INC.,
IMO INDUSTRIES, INC.,

Index No.: 190133-2012

Date Filed: 3/15/2012

Plaintiff Designates
**NEW YORK**
County as the Place of Trial

The Basis of Venue is
Defendants' Place of
Business

**SUMMONS**   **RECEIVED**

APR 02 2012

**Crane Co.**

INGERSOLL-RAND COMPANY,
ITT CORPORATION,
ITT INDUSTRIES, INC.,
      Individually, and as successor to BELL & GOSSETT CO.,
      and as successor to KENNEDY VALVE MANUFACTURING CO., INC.,
      and as successor to GRINNELL VALVE Co., Inc.,
J-M MANUFACTURING COMPANY INC.,
JENKINS VALVES, INC.,
KAISER GYPSUM COMPANY, INC.,
KAMCO SUPPLY CORP.,
KENTILE FLOORS, INC.,
OAKFABCO, INC.,
OWENS-ILLINOIS, INC.,
PEERLESS INDUSTRIES INC.,
SUPERIOR BOILER WORKS, INC.,
TACO, INC.,
THE FAIRBANKS COMPANY,
THE MARLEY-WYLAIN,
      Individually, and as successor in interest to
      WEIL-MCLAIN COMPANY, INC.,
TRANE U.S. INC.,
      f/k/a AMERICAN STANDARD, INC., Individually,
      and as successor in interest to
      KEWANEE BOILER CORPORATION,
VIKING PUMP, INC.,
WARREN PUMPS, INC.,
WATTS WATER TECHNOLOGIES, Individually,
      and as successor to WATTS REGULATOR
      COMPANY,
WEIR VALVE & CONTROLS USA, INC.,
YARWAY CORPORATION,

                                 Defendants,
--------------------------------------------------------------------X
To the above named Defendant(s)


      **You are hereby summoned** to answer the **verified** complaint in this action and to serve a copy of your answer, or, if the compliant is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: 3/15/2012
      New York, New York

Defendant's address:

**SEE ATTACHED DEFENDANTS' RIDER**

JOSEPH P. WILLIAMS &
ASSOCIATES, P.C.
Attorney(s) for Plaintiff
245 Park Ave
39th Floor
New York, NY 10167
(212) 668-1122

# DEFENDANTS' RIDER

**AERCO INTERNATIONAL**
100 Oritani Drive
Blauvelt, NY 10913

**AIR & LIQUID SYSTEMS CORPORATION**
     **as successor by merger to BUFFALO PUMPS, INC.,**
874 Oliver Street
N. Tonawanda, NY 14120

**AMERICAN BILTRITE,**
     **Individually and as successor to AMTICO FLOORS**
57 River Street
Wellsley Hills, MA 02181

**ATWOOD & MORRILL CO. INC.**
C/o Secretary of State
Albany, NY 12207

**BELL & GOSSETT COMPANY**
8200 North Austin Ave
Morton Grove, IL 60053

**BORG-WARNER CORPORATION,**
     **n/k/a BURNS INTERNATIONAL SERVICES**
     **CORPORATION**
200 South Michigan Avenue
Chicago, IL 60604

**BURNHAM LLC, Individually, and as successor to**
     **BURNHAM CORPORATION**
1239 Harrisburg Pike
Lancaster, PA 17603

**BW/IP INTERNATIONAL, INC.,**
     **f/k/a BORG WARNER INDUSTRIAL PRODUCTS,**
     **successor to BYRON JACKSON PUMPS**
200 South Michigan Avenue
Chicago, IL 60604

**BYRON JACKSON PUMPS**
5215 N. O'Connor Boulevard
Suite 2300
Irving, TX 75039

**CBS CORPORATION, f/k/a VIACOM INC., successor by merger to**
    **CBS CORPORATION, f/k/a**
    **WESTINGHOUSE ELECTRIC CORPORATION**
Asbestos Litigation Support Manager
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Case Management & Technology Center
USX Towers
600 Grant Street
Philadelphia, PA 15219

**CERTAINTEED CORPORATION**
CT Corporation System
111 8th Ave
New York, NY 10011

**CLEAVER BROOKS COMPANY, INC.**
11950 West Park Place
Milwaukee, WI 11270

**CRANE CO.**
100 First Stamford Place
Stamford, CT 06902

**CROWN BOILER CO.,**
    **f/k/a CROWN INDUSTRIES, INC.**
3633 I Street
Philadelphia, PA 19143-0000

**CROWN CORK & SEAL USA, INC.**
C/o CT Corporation Systems
111 Eighth Avenue
New York, NY 10011

**EMPIRE-ACE INSULATION MFG. CORP.**
C/o Secretary of State
41 State Street
Albany, NY 12207

**FLOWSERVE CORPORATION**
Flowserve Corporation
General Counsel
5215 N. O'Connor Blvd., Suite 2300
Irving, TX 75039

**FMC CORPORATION**
    **Individually, and as successor through acquisition of**
    **CHICAGO PUMP COMPANY, & NORTHERN PUMP**
    **COMPANY**
1735 Market Street
Philadelphia, PA 19103

**FOSTER WHEELER CORPORATION**
Route 173 at Frontage Road
Clinton, NJ 08809

**GARDNER DENVER, INC.,**
1800 Gardner Expressway
Quincy, IL 62301

**GENERAL ELECTRIC COMPANY**
Electric Insurance Company
75 Sam Fonzo Drive
Beverly, MA 01915

**GOULDS PUMPS, INC.**
240 Fall Street
Seneca Falls, NY 13148

**IMO INDUSTRIES, INC.,**
IBIS Plaza
3525 Quakerbridge Roadm Suite 912
Hamilton, NJ 08619

**INGERSOLL-RAND COMPANY**
CT Corporation System
111 8th Ave
New York, NY 10011

**ITT CORPORATION**
CT Corporation System
111 8th Ave
New York, NY 10011

**ITT INDUSTRIES, INC.,**
    **Individually, and as successor to BELL & GOSSETT CO.,**
    **and as successor to KENNEDY VALVE MANUFACTURING Co., INC.,**
    **and as successor to GRINNELL VALVE Co., Inc.,**
CT Corporation System
111 8th Ave
New York, NY 10011

**J-M MANUFACTURING COMPANY INC.**
CSC Lawyers Incorporation System
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

**JENKINS VALVES, INC.**
Prentice-Hall Corporation System
30 High Street
Hartford, CT 06103

**KAISER GYPSUM COMPANY, INC.,**
TRMI
301 Grant Street
Suite 3000
One Oxford Centre
Pittsburgh, PA 15219

**KAMCO SUPPLY CORP.**
80 21st Street
Brooklyn, NY 11232

**KENTILE FLOORS, INC.**
G & K Consultants
4 Rita Street
Syossett, NY 11791

**OAKFABCO, INC.**
705 McKnight Park Drive
Pittsburgh, PA 15237-6536

**OWENS-ILLINOIS, INC.**
One Michael Owens Way
Perrysburg, OH 43551

**PEERLESS INDUSTRIES INC.,**
Christian Lofaro, Esq.
LEWIS BRISBOIS BISGAARD & SMITH, LLP
199 Water Street, 25th Floor
New York, NY 10038

**SUPERIOR BOILER WORKS, INC.**
3524 East 4th Street
Hutchinson, KS 67501

**TACO, INC.**

1160 Cranston Street
Cranston, RI 02920

**THE FAIRBANKS COMPANY**
CT Corporation System (GA)
1201 Peachtree Street NE
Atlanta, GA 30361

**THE MARLEY-WYLAIN,**
  **Individually, and as successor in interest to**
  **WEIL-MCLAIN COMPANY, INC.**
500 Blaine Street
Michigan City, IN 46360
  **~and~**
1315 Ballantyne Corporate Place
Charlotte, NC 28277

**TRANE U.S. INC.,**
  **f/k/a AMERICAN STANDARD, INC.,**
  **Individually, and as successor in interest to**
  **KEWANEE BOILER CORPORATION**
Lisa Pascarella, Esq.
PEHLIVANIAN, BRAATEN & PASCARELLA, LLC
Paynters Ridge Office Park
2430 Route 34 -- P.O. Box 648
Manasquan, NJ 08736
  **-and-**
C/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

**VIKING PUMP, INC.**
406 State Street
Cedar Falls, IA 50613

**WATTS WATER TECHNOLOGIES, Individually,**
  **and as successor to WATTS REGULATOR**
  **COMPANY**
815 Chestnut Street
North Andover, MA 01845-6098

**WARREN PUMPS, INC.**
82 Bridges Avenue
Warren, MA 01083

**WEIR VALVE & CONTROLS USA, INC.**
29 Old Right Road
Ipswich, MA 01938

**YARWAY CORPORATION**
CT Corporation System
111 8th Ave
New York, NY 10011

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------X     Index No.: 190133 - 2012

JOSEPH SALERNO and CAROLYN SALERNO,
                                                                               Date Filed: 3/15/2012

                                        Plaintiff(s),

                        -against-                                              RECEIVED
                                                                               APR 02 2012
AERCO INTERNATIONAL,                                                           Crane Co.
AIR & LIQUID SYSTEMS CORPORATION
        as successor by merger to BUFFALO PUMPS, INC.,
AMERICAN BILTRITE,
        Individually and as successor to AMTICO FLOORS,
ATWOOD & MORRILL CO. INC.,
BELL & GOSSETT COMPANY,                                                        VERIFIED
BORG-WARNER CORPORATION,                                                       COMPLAINT
        n/k/a BURNS INTERNATIONAL SERVICES
        CORPORATION,
BURNHAM LLC, Individually, and as successor to
        BURNHAM CORPORATION,
BW/IP INTERNATIONAL, INC.,
        f/k/a BORG WARNER INDUSTRIAL PRODUCTS
        successor to BYRON JACKSON PUMPS,
BYRON JACKSON PUMPS,
CBS CORPORATION, f/k/a VIACOM INC., successor by merger to
        CBS CORPORATION, f/k/a
        WESTINGHOUSE ELECTRIC CORPORATION,
CERTAINTEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CRANE CO.,
CROWN BOILER CO.,
        f/k/a CROWN INDUSTRIES, INC.,
CROWN CORK & SEAL USA, INC.,
EMPIRE-ACE INSULATION MFG. CORP.,
FLOWSERVE CORPORATION,
FMC CORPORATION,
        Individually and as successor through acquisition of
        CHICAGO PUMP COMPANY, & NORTHERN PUMP
        COMPANY,
FOSTER WHEELER CORPORATION,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GOULDS PUMPS, INC.,
IMO INDUSTRIES, INC.,

INGERSOLL-RAND COMPANY,
ITT CORPORATION,
ITT INDUSTRIES, INC.,
     Individually, and as successor to BELL & GOSSETT CO.,
     and as successor to KENNEDY VALVE MANUFACTURING CO., INC.,
     and as successor to GRINNELL VALVE Co., Inc.,
J-M MANUFACTURING COMPANY INC.,
JENKINS VALVES, INC.,
KAISER GYPSUM COMPANY, INC.,
KAMCO SUPPLY CORP.,
KENTILE FLOORS, INC.,
OAKFABCO, INC.,
OWENS-ILLINOIS, INC.,
PEERLESS INDUSTRIES INC.,
SUPERIOR BOILER WORKS, INC.,
TACO, INC.,
THE FAIRBANKS COMPANY,
THE MARLEY-WYLAIN,
     Individually, and as successor in interest to
     WEIL-MCLAIN COMPANY, INC.,
TRANE U.S. INC.,
     f/k/a AMERICAN STANDARD, INC., Individually,
     and as successor in interest to
     KEWANEE BOILER CORPORATION,
VIKING PUMP, INC.,
WARREN PUMPS, INC.,
WATTS WATER TECHNOLOGIES, Individually,
     and as successor to WATTS REGULATOR
     COMPANY,
WEIR VALVE & CONTROLS USA, INC.,
YARWAY CORPORATION,

                         Defendants,

-----------------------------------------------------------------------X

        Plaintiff(s), JOSEPH SALERNO and CAROLYN SALERNO, by their

attorneys JOSEPH P. WILLIAMS & ASSOCIATES, P.C., upon information and belief, at all

times hereinafter mentioned alleges as follows:

        1.    Plaintiff(s), JOSEPH SALERNO and CAROLYN SALERNO, by their

attorneys, JOSEPH P. WILLIAMS & ASSOCIATES, P.C., for their **verified complaint**

respectfully alleges:

Plaintiff(s), JOSEPH SALERNO and CAROLYN SALERNO, repeats and realleges NYAL- JOSEPH P. WILLIAMS & ASSOCIATES, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY NO. 1 as fully incorporated herein as it pertains to the defendants in the aforementioned caption.

2.    Defendant WATTS WATER TECHNOLOGIES, Individually, and as successor to WATTS REGULATOR COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

3.    Defendant WATTS WATER TECHNOLOGIES, Individually, and as successor to WATTS REGULATOR COMPANY was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.


Dated: 3/15/2012
        New York, New York

                                    Yours, etc.,

                                    JOSEPH P. WILLIAMS &
                                    ASSOCIATES, P.,C.
                                    Attorneys for Plaintiff(s)
                                    245 Park Ave
                                    39th Floor
                                    New York, NY 10167
                                    (212) 668-1122

STATE OF NEW YORK      )

COUNTY OF NEW YORK  )

SS:

The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

Deponent is a member of the firm JOSEPH P. WILLIAMS & ASSOCIATES, P.C., Counsel for the plaintiff(s) in the within action, deponent has read the foregoing **summons and verified complaint** and knows the contents thereof, the same is true to the deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true. This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.

Dated: 3/15/2012
      New York, New York

                                              _____*S/*_____

                                              JOSEPH P. WILLIAMS