ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12-cv-04167-JPO

Salerno et al v. Aerco International et al  
Assigned to: Judge J. Paul Oetken  
Case in other court: Supreme Court-New York County, 190133-12  
Cause: 28:1441 Notice of Removal

Date Filed: 05/24/2012  
Jury Demand: None  
Nature of Suit: 368 P.I. : Asbestos  
Jurisdiction: Federal Question

**Plaintiff**

**Joseph Salerno**

**Plaintiff**

**Carolyn Salerno**

V.

**Defendant**

**Aerco International**

**Defendant**

**Air & Liquid Systems Corporation**  
*as successor by merger to Buffalo Pumps, Inc.*

**Defendant**

**American Biltrite**  
*Individually*

**Defendant**

**American Biltrite**  
*as successor to Amtico Floors*

**Defendant**

**Atwood & Morrill Co. Inc.**

**Defendant**

**Bell & Gossett Company**

**Defendant**

**Borg-Warner Corporation**  
*n/k/a Burns International Services Corporation*

**Defendant**

**Burnham LLC**
*Individually*

**Defendant**

**Burnham LLC**
*as successor to Burnham Corporation*

**Defendant**

**BW/IP International, Inc.**
*f/k/a Borg Warner Industrial Products successor to Byron Jackson Pumps*

**Defendant**

**Byron Jackson Pumps**

**Defendant**

**CBS Corporation**
*f/k/a Viacom, Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation*

**Defendant**

**Certainteed Corporation**

**Defendant**

**Cleaver Brooks Company, Inc.**

**Defendant**

**Crane Co.**     represented by **Michael Robert Gordon**
K&L Gates LLP (NYC)
599 Lexington Avenue
New York, NY 10022-6030
(212) 536-4855
Fax: 212-536-3901
Email: michael.gordon@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crown Boiler Co.**
*f/k/a Crown Industries, Inc.*

**Defendant**

**Crown Cork & Seal USA, Inc.**

**Defendant**

**Empire-Ace Insulation MFG. Corp.,**

**Defendant**

**Flowserve Corporation**

**Defendant**

**FMC Corporation**
*Individually*

**Defendant**

**FMC Corporation**
*as successor through acquisition of Chicago Pump Company & Northern Pump Company*

**Defendant**

**Foster Wheeler Corporation**

**Defendant**

**Gardner Denver, Inc.**

**Defendant**

**General Electric Company**

**Defendant**

**Goulds Pumps, Inc.**

**Defendant**

**IMO Industries, Inc.**

**Defendant**

**Ingersoll-Rand Company**

**Defendant**

**ITT Corporation**

**Defendant**

**ITT Industries, Inc.**
*Individually*

**Defendant**

**ITT Industries, Inc.**
*as successor to Bell & Gossett Co. and as successor to Kennedy Valve Manufacturing Co., Inc. and as successor to Grinnell Valve Co., Inc.*

**Defendant**

**J-M Manufacturing Company, Inc.**

**Defendant**

**Jenkins Valves, Inc.**

**Defendant**

**Kaiser Gypsum Company, Inc.**

**Defendant**

**Kamco Supply Corp.**

**Defendant**

**Kentile Floors, Inc.**

**Defendant**

**Oakfabco, Inc.**

**Defendant**

**Owens-Illinois, Inc.**

**Defendant**

**Peerless Industries, Inc.**

**Defendant**

**Superior Boiler Works, Inc.**

**Defendant**

**Taco, Inc.**

**Defendant**

**The Fairbanks Company**

**Defendant**

**The Marley-Wylain**
*Individually*

**Defendant**

**The Marley-Wylain**
*as successor in interest to Weil-McClain Company, Inc.*

**Defendant**

**Trane U.S. Inc.**
*f/k/a American Standard, Inc.*

**Defendant**

**Trane U.S. Inc.**
*Individually*

**Defendant**

**Trane U.S. Inc.**
*as successor in interest to Kewanee Boiler Corporation*

**Defendant**

**Viking Pump, Inc.**

**Defendant**

**Warren Pumps, Inc.**

**Defendant**

**Watts Water Technologies**
*Individually*

**Defendant**

**Watts Water Technologies**
*as successor to Watts Regulator Company*

**Defendant**

**Weir Valve & Controls USA, Inc.**

**Defendant**

**Yarway Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2012 | 1 | NOTICE OF REMOVAL from Supreme, County of New York. Case Number: 190133-12. (Filing Fee $ 350.00, Receipt Number 9272).Document filed by Crane Co.(ama) (Entered: 05/30/2012) |
| 05/24/2012 | | Magistrate Judge Andrew J. Peck is so designated. (ama) (Entered: 05/30/2012) |
| 05/24/2012 | | Case Designated ECF. (ama) (Entered: 05/30/2012) |
| 05/30/2012 | 2 | CERTIFICATE OF SERVICE of Crane's notice of removal served on All Parties on May 24, 2012. Service was made by Mail. Document filed by Crane Co.. (Gordon, Michael) (Entered: 05/30/2012) |
| 05/31/2012 | 3 | NOTICE of Tag-Along Action. Document filed by Crane Co.. (Attachments: # 1 Certificate of Service)(Digiglio, Angela) (Entered: 05/31/2012) |
| 06/01/2012 | | ***NOTE TO ATTORNEY TO E-MAIL PDF. Note to Attorney Michael Robert Gordon for noncompliance with Section 14.3 of the S.D.N.Y. Electronic Case Filing Rules & Instructions. E-MAIL the PDF for Document 1 Notice of Removal to: caseopenings@nysd.uscourts.gov. (ama) (Entered: 06/01/2012) |

**PACER Service Center**

| **Transaction Receipt** | | | |
|---|---|---|---|
| 06/04/2012 09:51:55 | | | |
| **PACER Login:** | jp0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:12-cv-04167-JPO |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------------X  Index No.: 190133-2012

JOSEPH SALERNO and CAROLYN SALERNO,

        Date Filed: 3/15/2012

                      Plaintiff(s),

                -against-

AERCO INTERNATIONAL,
AIR & LIQUID SYSTEMS CORPORATION
    as successor by merger to BUFFALO PUMPS, INC.,
AMERICAN BILTRITE,
    Individually and as successor to AMTICO FLOORS,
ATWOOD & MORRILL CO. INC.,
BELL & GOSSETT COMPANY,
BORG-WARNER CORPORATION,
    n/k/a BURNS INTERNATIONAL SERVICES
    CORPORATION,
BURNHAM LLC, Individually, and as successor to
    BURNHAM CORPORATION,
BW/IP INTERNATIONAL, INC.,
    f/k/a BORG WARNER INDUSTRIAL PRODUCTS
    successor to BYRON JACKSON PUMPS,
BYRON JACKSON PUMPS,
CBS CORPORATION, f/k/a VIACOM INC., successor by merger to
    CBS CORPORATION, f/k/a
    WESTINGHOUSE ELECTRIC CORPORATION,
CERTAINTEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CRANE CO.,
CROWN BOILER CO.,
    f/k/a CROWN INDUSTRIES, INC.,
CROWN CORK & SEAL USA, INC.,
EMPIRE-ACE INSULATION MFG. CORP.,
FLOWSERVE CORPORATION,
FMC CORPORATION,
    Individually and as successor through acquisition of
    CHICAGO PUMP COMPANY, & NORTHERN PUMP
    COMPANY,
FOSTER WHEELER CORPORATION,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GOULDS PUMPS, INC.,
IMO INDUSTRIES, INC.,

**VERIFIED**
**COMPLAINT**

RECEIVED
APR 02 2012
Crane Co.

INGERSOLL-RAND COMPANY,
ITT CORPORATION,
ITT INDUSTRIES, INC.,
    Individually, and as successor to BELL & GOSSETT CO.,
    and as successor to KENNEDY VALVE MANUFACTURING CO., INC.,
    and as successor to GRINNELL VALVE Co., Inc.,
J-M MANUFACTURING COMPANY INC.,
JENKINS VALVES, INC.,
KAISER GYPSUM COMPANY, INC.,
KAMCO SUPPLY CORP.,
KENTILE FLOORS, INC.,
OAKFABCO, INC.,
OWENS-ILLINOIS, INC.,
PEERLESS INDUSTRIES INC.,
SUPERIOR BOILER WORKS, INC.,
TACO, INC.,
THE FAIRBANKS COMPANY,
THE MARLEY-WYLAIN,
    Individually, and as successor in interest to
    WEIL-MCLAIN COMPANY, INC.,
TRANE U.S. INC.,
    f/k/a AMERICAN STANDARD, INC., Individually,
    and as successor in interest to
    KEWANEE BOILER CORPORATION,
VIKING PUMP, INC.,
WARREN PUMPS, INC.,
WATTS WATER TECHNOLOGIES, Individually,
    and as successor to WATTS REGULATOR
    COMPANY,
WEIR VALVE & CONTROLS USA, INC.,
YARWAY CORPORATION,

                                       Defendants,
-----------------------------------------------------------------------------X

        Plaintiff(s), JOSEPH SALERNO and CAROLYN SALERNO, by their attorneys JOSEPH P. WILLIAMS & ASSOCIATES, P.C., upon information and belief, at all times hereinafter mentioned alleges as follows:

        1.     Plaintiff(s), JOSEPH SALERNO and CAROLYN SALERNO, by their attorneys, JOSEPH P. WILLIAMS & ASSOCIATES, P.C., for their **verified complaint** respectfully alleges:

Plaintiff(s), JOSEPH SALERNO and CAROLYN SALERNO, repeats and realleges NYAL- JOSEPH P. WILLIAMS & ASSOCIATES, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY NO. 1 as fully incorporated herein as it pertains to the defendants in the aforementioned caption.

2. Defendant WATTS WATER TECHNOLOGIES, Individually, and as successor to WATTS REGULATOR COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

3. Defendant WATTS WATER TECHNOLOGIES, Individually, and as successor to WATTS REGULATOR COMPANY was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

Dated: 3/15/2012
New York, New York

Yours, etc.,

JOSEPH P. WILLIAMS &
ASSOCIATES, P.,C.
Attorneys for Plaintiff(s)
245 Park Ave
39th Floor
New York, NY 10167
(212) 668-1122

STATE OF NEW YORK )
                              SS:
COUNTY OF NEW YORK )

The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

Deponent is a member of the firm JOSEPH P. WILLIAMS & ASSOCIATES, P.C., Counsel for the plaintiff(s) in the within action, deponent has read the foregoing **summons and verified complaint** and knows the contents thereof, the same is true to the deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true. This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.

Dated: 3/15/2012
       New York, New York

                                                *S/*

                                       JOSEPH P. WILLIAMS