# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 06/01/2012

District Court: M.D. North Carolina

Number of Actions: 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL