# BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTI-DISTRICT LITIGATION
### MDL-875

| | |
|---|---|
| Mary C. McNair,<br><br>                Plaintiff,<br>v.<br><br>Borg-Warner Inc., et al.,<br><br>                Defendants. | N.D. IL Case No. 1:12-CV-03043 |

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending to the Federal Court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order.") That order also applies to "tag-along actions" or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause.  MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the Panel may either 1) enter a conditional transfer order pursuant to MDL Rule 7.4(a) or 2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

Dated: June 5, 2012

/S/ Michael P. Cascino

Attorney for Plaintiff

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd..
220 South Ashland Avenue
Chicago IL 60607
Phone: 312-944-06000