**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**
**IN REGARDS TO THE MDL-875: ASBESTOS PRODUCTS LIABILITY LITIGATION**

## SCHEDULE OF ACTIONS

| Case Caption: | Court | Civil Action No. | Assigned Judge |
|---|---|---|---|
| **Plaintiff:**<br>Mary C. McNair<br><br>**Movant:**<br>Luella C. Pehlke<br><br>**Defendants:**<br>Borg-Warner Inc., Brake Supply Company, Inc., CBS Corporation, Ceco Friction Products, Inc., Certainteed Corporation, Fenner, Inc., General Electric Company, Goodrich Corporation, Honeywell International Inc., Maremont Corporation, Michelin North America Inc., Motion Industries, Inc., Occidental Chemical Corporation, Plastics Engineering Company a/k/a Plenco, Pneumo Abex Corporation, Rapid American Corporation, Rogers Corporation, Sauder Custom Fabrication Inc., Standco Industries, Inc., Union Carbide Corporation, and Uniroyal, Inc. | USDC N.D. Illinois Eastern Division | 1:12-cv-03043 | Judge:<br>Hon. John W. Darrah<br><br>Magistrate Judge:<br>Hon. Sidney I. Schenkier |