# Certificate of Service
*McNair v. Borg-Warner Inc., et al.,*
*USDC N.D. IL Case No. 1:12-CV-03043*

---

I hereby certify that on June 5, 2012, I electronically filed Plaintiff's Notice of Potential Tag-Along with the United States Judicial Panel on Multi-district Litigation using the CM/ECF system. Notification of such filing will be sent by Plaintiff via email to all counsel of record as follows:

**Michael Peter Cascino**
    ecf.cvlo@gmail.com,mcascino.ecf@gmail.com

**Maureen A. Coleman**
    mcoleman@tresslerllp.com,tresslerdocket@tresslerllp.com

**Edward J. McCambridge**
    emccambridge@smsm.com,efile@smsm.com,VZavala@smsm.com,sdoman@smsm.com

**Harvey A. Paulsen**
    hpaulsen@paulsenmalec.net,krednour@paulsenmalec.net

**Joseph Philip Rejano**
    jrejano@foleymansfield.com

**David Lee Szlanfucht**
    dszlanfucht@rwdmlaw.com

**Tobin J Taylor**
    ttaylor@heylroyster.com,ksmith@heylroyster.com

**Ahndrea Renae Van Den Elzen**
    arv@pjmlaw.com

A courtesy copy shall be sent via hand-delivery to the Clerk of Court for the United States District Court for the Northern District of Illinois - Eastern Division.


/S/ Michael P. Cascino
Attorney for Plaintiff

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600
mcascino@cvlo.com