# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

_____

| | |
|---|---|
| PATRICIA COACH ) | |
| ) | |
| ) | |
| ) | Civil Action No. 12-Civ-3611 |
| Plaintiff, ) | |
| ) | in the United States District Court |
| v. ) | for the |
| ) | Southern District of New York |
| ) | |
| ARMSTRONG INTERNATIONAL, et al., ) | |
| ) | |
| Defendants. | |

_____

### MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-511)

Plaintiff Patricia Coach, by and through her undersigned counsel, hereby moves this Panel to vacate the Conditional Transfer Order entered in the above-captioned action (CTO-511). The grounds for this Motion are set forth in the accompanying supporting Brief and are incorporated herein.

Wherefore, plaintiff requests that this Panel **VACATE** the Conditional Transfer Order in the above-captioned case.

Dated: June 5, 2012

/s/ Conor Nideffer_____
Conor Nideffer
Napoli, Bern, Ripka, Shkolnik & Assoc.LLP
111 Corporate Drive, Suite 225,
Ladera Ranch, CA 92694.
Telephone:    949.234.6032
Facsimile:     949.429.0892
cnideffer@napolibern.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I, Conor Nideffer, hereby certify that I served a true and correct copy of Plaintiff's Motion to Vacate Conditional Transfer Order (CTO-511) via ECF on this 5th day of June, 2012.

      /s/ Conor Nideffer_____
Conor Nideffer
Napoli, Bern, Ripka, Shkolnik & Assoc. LLP
111 Corporate Drive, Suite 225,
Ladera Ranch, CA 92694.
Telephone:   949.234.6032
Facsimile:    949.429.0892
cnideffer@napolibern.com
Attorneys for Plaintiff