UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**

| | | |
|---|---|---|
| Norvin Sundeen v. B.F. Goodrich Company, et al., | ) | |
| N.D. California, C.A. No. 3:12-01578 | ) | MDL No. 875 |

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Sundeen*) on April 9, 2012. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Sundeen* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Sundeen* was remanded to the Superior Court of the State of California for Alameda County by the Honorable Maxine M. Chesney in an order filed on May 15, 2012.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-503" filed on April 9, 2012, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel