UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: **06/06/2012**

District Court: N.D. Ohio

Number of Actions: 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL