June 6, 2012

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.,
Room G-255, North Lobby
Washington, D.C. 20002-8004

    Re:    In Re: Asbestos Products Liability Litigation (MDL 875)
             Notice of Pendency of Potential Tag-Along Action
             Richard and Shirlee Prentice v. Air & Liquid Systems Corp., et al
             Docket. No. : 3:12-cv-00758 (SRU)
             District of Connecticut

Dear Sir/Madam:

    We are the attorneys for Viad Corp, incorrectly sued as Viad Corporation, individually and as successor to Griscom Russell, in connection with asbestos personal injury actions pending in the State of Connecticut and in the District of Connecticut. Pursuant to Rule 7.5(e) of the Rules for Multidistrict Litigation, we are writing to notify you of the pendency of the above-referenced action in the District of Connecticut. This action is an asbestos products liability action and constitutes a potential tag-along action with respect to MDL 875.

    Pursuant to the attached Order Adopting Suggestion to the Panel Concerning Future Tag-Along Transfers, cases from the District of Connecticut are still being accepted at Tag-Along transfers to MDL 875, In Re: Asbestos Products Liability Litigation.

    A copy of the Summons and Complaint as well as the Docket Sheet for this case from the U.S. District Court for the District of Connecticut is attached to this letter.

                                                      Sincerely,

                                                      Ct07308

                                                      Christopher J. Lynch

CJL/arh

E-mail: christopher.lynch@leclairryan.com      One Financial Plaza, 755 Main Street, Suite 2000
Direct Phone: 860.656.1935      Hartford, Connecticut 06103
Direct Fax: 860.656.1985      Phone: 860.656.1520 \ Fax: 860.656.1521

CALIFORNIA \ CONNECTICUT \ MASSACHUSETTS \ MICHIGAN \ NEW JERSEY \ NEW YORK \ PENNSYLVANIA \ VIRGINIA \ WASHINGTON, D.C.

June 6, 2012
Page 2

Cc:   all counsel of record by email