1  TUCKER ELLIS LLP
   LANCE WILSON - SBN
2  NICOLE GAGE – SBN 208658
   135 Main Street, Suite 700
3  San Francisco, California 94105
   Telephone:  (415) 617-2400
4  Facsimile:  (415) 617-2409
   Lance.wilson@tuckerellis.com;
5  nicole.gage@tuckerellis.com

6  Attorneys for Defendant
   SPIRAX SARCO, INC.
7

8            **JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
9

10

| 11  **IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION** | **MDL 875** |
|---|---|
| 13  THOMAS MORRIS, <br><br> 14  Plaintiff, <br><br> 15  v. <br><br> 16  C.C. MOORE & CO., ENGINEERS et al., <br><br> 17 <br> Defendants. | **DEFENDANT SPIRAX SARCO, INC.'S NOTICE OF POTENTIAL TAG-ALONG ACTION** <br><br> Case No. 12-CV-2790-EDL |

19      **PLEASE TAKE NOTICE** that on July 29, 1991, the Judicial Panel on Multidistrict

20  Litigation entered an order transferring all asbestos cases pending in federal court to the United

21  States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial

22  proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order").  That order also applies to "tag-

23  along actions," or actions involving common questions of fact filed after the January 1991 filings

24  of the Panel's Order to Show Cause.  MDL Rule 13(e) provides:

25
26      Any party or counsel in actions previously transferred under
        section 1407 or under consideration by the Panel for transfer under
27      section 1407 shall promptly notify the Clerk of the Panel of any
        potential "tag-along actions" in which that party is also named or
28      in which that counsel appears.

SFOiManage/013027/000048/256016/1

1    The undersigned hereby notifies the court that this is a potential "tag-along action" which

2  may be subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the Panel may

3  either: (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to

4  show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

5

6  DATED:  June 6, 2012                          TUCKER ELLIS & WEST LLP

7

8                                               _/s/    John Son_____
                                                John Son
9                                               Attorneys for Defendant
                                                SPIRAX SARCO, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

NOTICE OF TAG-ALONG ACTION

SFOiManage/013027/000048/256016/1



# TUCKER ELLIS LLP

## ATTORNEYS AT LAW

135 Main Street   Suite 700   San Francisco, CA 94105
phone 415.617.2400   facsimile 415.617.2409   www.tuckerellis.com

CLEVELAND   COLUMBUS   DENVER   LOS ANGELES   SAN FRANCISCO

June 6, 2012

VIA U.S. MAIL

Clerk of the Panel
Judicial Panel on Multi-District Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

Re:   In Re Asbestos Products Liability Litigation (No. VI)
      MDL 875 Proceedings

Dear Clerk of the Panel:

Pursuant to Rule 7.5(e) of the Rules of the Judicial Panel on Multidistrict Litigation, we write on behalf of our client, Spirax Sarco, Inc., to notify the Clerk of the Panel of the following potential "tag-along" action in MDL No. 875:

Thomas Morris v. C.C. Moore & Co. Engineers et al. ("Morris")

This asbestos-related action is pending in the United States District Court for the Northern District of California, Civil Action No. 12-CV-2555-EDL.

Please note that this case was filed with the San Francisco Superior Court on October 5, 2010 and meets the criteria for transfer to the MDL 875.

Attached electronically are copies of the docket sheet, complaint, proof of service and defendant Spirax Sarco, Inc.'s Notice of Tag-Along Action.

# TUCKER ELLIS LLP

Clerk of the Panel
Judicial Panel on Multi-District Litigation
June 6, 2012
Page 2

Please do not hesitate to contact me should you have any questions about the above.

Respectfully Submitted,

TUCKER ELLIS LLP

John Son
Attorney

Enclosures
cc:  All Counsel of Record