## **SCHEDULE**

| Division | CA # | Judge | Case Caption |
|---|---|---|---|
| Northern District CA | 12-cv-2790 | Hon. Laurel Beeler, *Magistrate Judge* | Thomas Morris v. C.C. Moore & Co. Engineers et al. |