# CERTIFICATE OF SERVICE

*Thomas Morris v C.C. Moore & Co. Engineers*

I hereby certify that a copy of the foregoing was mailed to the following counsel of record and non-appearing parties on June 6, 2012.

| | |
|---|---|
| Bassi Edlin Huie & Blum<br>500 Washington Street<br>Suite 700<br>San Francisco, CA 94111 | Berry & Berry<br>2930 Lakeshore Avenue,<br>Oakland, California 94610 |
| Brayton Purcell LLP<br>222 Rush Landing Rd<br>PO Box 6169<br>Novato, CA 94948 | Foley & Mansfield<br>3000 Lakeside Drive<br>Suite 1900<br>Oakland, CA 94612 |
| Gordon & Rees LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | K & L Gates LLP<br>Four Embarcadero<br>Center Suite 1200<br>San Francisco, CA 94111 |
| McGivney Kluger & Glaspy<br>100 Pringle Avenue<br>Suite 750<br>Walnut Creek, CA 94596 | Morgan Lewis & Bockius<br>3000 El Camino Real # 2-700<br>Palo Alto, CA 94306 |
| Pond North, LLP<br>350 South Grand Avenue Suite 3300<br>Los Angeles, CA 90071 | Sedgwick LLP<br>333 Bush Street, 30th Floor<br>San Francisco, CA 94104 |
| Walsworth, Franklin,<br>Bevins & McCall<br>601 Montgomery Street, 9th Fl<br>San Francisco, CA 94111 | |

*Rene Paufve* (signature)
Rene Paufve

1
PROOF OF SERVICE

SFOiManage/013027/000048/256011/1