**Corporate Disclosure (supplement) – MDL 875 – Transferor Court Cause No. 11-cv-61**

Name of Defendant – The Procter and Gamble Paper Products Company.