## Certificate of Service

      I hereby certify that on June 8, 2012, I caused the forgoing to be electronically filed with the United States Judicial Panel on Multi-District Litigation using the CM/ECF system. A courtesy copy of such filing shall be sent via email to the following counsel of record:

**Attorneys for Defendant The Proctor & Gamble Paper Products Company**:
Derrick L. Haddox: dhaddox@smbtrials.com
John P. Arranz: jarranz@smbtrials.com
Peggy Byrne: Pbyrne@smbtrials.com
Lindsey Doornbos: ldoornbos@smbtrials.com


/S/ Michael P. Cascino
Attorneys for Plaintiffs

Allen D. Vaughan
Michael P. Cascino
Robert G. McCoy
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600