BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

---

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGTION (NO.VI) | MDL No. 875 |

*************************************************************************

| | |
|---|---|
| BEVERLY ANDERSON, individually and as Special Administrator of the ESTATE OF LLOYD ANDERSON, deceased, <br><br> Plaintiff, <br><br> v. <br><br> THE PROCTER & GAMBLE COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) ED-PA: 11-CV-63482 <br> ) <br> ) MDL - 875 <br> ) <br> ) Transfer from WI-ED 11-CV-0061 <br> ) <br> ) <br> ) |

---

**THE PROCTER & GAMBLE PAPER PRODUCTS COMPANY'S MOTION TO VACATE THE CONDITIONAL REMAND ORDER.**

---

Defendant The Procter & Gamble Paper Products Company ("P&GPPC") submits this Motion to Vacate the Conditional Remand Order, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation and the May 25, 2012 Order of this Judicial Panel. In support of its Motion, P&GPPC submits its associated Brief in support.

1

Pursuant to Rule 6.1(b)(ii) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, attached please find a copy of the Schedule, attached hereto as Exhibit "1".

Pursuant to Rule 6.1(b)(iv) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, attached please find a copy of the Plaintiff's Second Amended Complaint, marked hereto as Exhibit "2".

Pursuant to Rule 6.1(b)(iv) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation attached please find a copy of the docket sheets associated with this matter, marked as Exhibit "3".

Dated this 8th of June, 2012.

                                                Respectfully submitted,

                                                _s/ John P. Arranz_____
                                                One of the Attorneys for Defendant
                                                The Procter & Gamble
                                                Paper Products Company

Margaret O. Byrne
John P. Arranz
SWANSON, MARTIN & BELL, LLP
330 N. Wabash, Ste. 3300
Chicago, IL 60611
Telephone (312) 321-9100
Fax: (312) 321-0990
jarranz@smbtrials.com

# CERTIFICATE OF SERVICE

The undersigned being first duly sworn on oath deposes and states that on June 8, 2012, I served:

**THE PROCTER & GAMBLE PAPER PRODUCTS COMPANY'S MOTION TO VACATE THE CONDITIONAL REMAND ORDER, with EXHIBITS**

By forwarding to counsel via the court's electronic filing system and via electronic mail to the addresses listed below.

**Counsel for the Plaintiff:**
Michael Cascino
mcascino@cvlo.com;
Alan Vaughan
avaughan@cvlo.com;
Bob McCoy
bmccoy@cvlo.com; and
CVLO General Office E-mail
lstaff@cvlo.com.

Further, the undersigned being first duly sworn on oath deposes and states that on June 8, 2012, I served the following:

**THE PROCTER & GAMBLE PAPER PRODUCTS COMPANY'S MOTION TO VACATE THE CONDITIONAL REMAND ORDER, with EXHIBITS**

On the Clerk for the United States District Court for the Eastern District of Pennsylvania (MDL Court) and the Clerk for the United States District Court for the Eastern District of Wisconsin (Transferor Court) via the electronic filing system, pursuant to USJPL Rule 4.1(b).

/s/John P. Arranz