BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

---

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGTION (NO.VI) | MDL No. 875 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BEVERLY ANDERSON, individually and as )
Special Administrator of the ESTATE OF )
LLOYD ANDERSON, deceased, )
 )
                Plaintiff, )
 ) ED-PA: 11-CV-63482
v. )
 ) MDL - 875
THE PROCTER & GAMBLE COMPANY, )
 ) Transfer from WI-ED 11-CV-0061
                Defendant. )
 )
 )

---

**THE PROCTER & GAMBLE PAPER PRODUCTS COMPANY'S SCHEDULE
PURSUANT TO RULE 6.1**

---

      Defendant The Procter & Gamble Paper Products Company ("P&GPPC") submits this Schedule, pursuant to Rule 6.1(b)(ii) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation.

      The Motion to Vacate the Conditional Remand Order filed by P&GPPC relates to the following case:

1

A. *Beverly Anderson, individually and as Special Administrator of the Estate of Lloyd Anderson, deceased v. The Procter & Gamble Company.* All other defendants have been dismissed.

B. Eastern District of Wisconsin (Green Bay Division) – Transferor Court

   a. Eastern District of Philadelphia – MDL Court

C. WI – ED 11-CV-0061 – Transferor Court

   a. ED-PA: 11-CV-63482 – MDL Court

D. Judge William C. Griesbach – Transferor Court

   a. Judge Eduardo C. Robreno – MDL Court

Dated this 8th of June, 2012.

                                               Respectfully submitted,

                                                _s/ John P. Arranz_____
                                               One of the Attorneys for Defendant
                                               The Procter & Gamble
                                               Paper Products Company

Margaret O. Byrne
John P. Arranz
SWANSON, MARTIN & BELL, LLP
330 N. Wabash, Ste. 3300
Chicago, IL 60611
Telephone (312) 321-9100
Fax:  (312) 321-0990
jarranz@smbtrials.com