ASBESTOS,CASREF/ASB,CVLO-TOP TEN,DS/ASB,MDL-875,WI-E

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-63482-ER

ANDERSON v. AW CHESTERTON COMPANY et al
Assigned to: HONORABLE EDUARDO C. ROBRENO
Referred to: MAGISTRATE JUDGE DAVID R.
STRABRIDGE (Settlement)
Case in other court:  WI-E, 11-00061
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 03/02/2011
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**LLOYD ANDERSON**
*TERMINATED: 03/08/2012*

represented by **MICHAEL P. CASCINO**
CASCINO VAUGHAN LAW
OFFICES LTD
220 S. ASHLAND AVENUE
CHICAGO, IL 60607
312-944-0600
Fax: 312-944-1870
Email: ecf.cvlo@gmail.com
*TERMINATED: 03/08/2012*
*LEAD ATTORNEY*

**JEROME D. FERIANCEK**
THIBODEAU JOHNSON &
FERIANCEK
302 W SUPERIOR ST
800 LONSDALE BLDG
DULUTH, MN 55802
218-722-0073
Email: jdf@trialgroupnorth.com
*TERMINATED: 03/08/2012*

**MARK D. HITT**
CASCINO VAUGHAN LAW
OFFICES LTD
220 SOUTH ASHLAND AVE
CHICAGO, IL 60607
312-944-0600
Email: mdhitt@cvlo.com
*TERMINATED: 03/08/2012*

**ROBERT G. MCCOY**
CASCINO VAUGHAN LAW
OFFICES
220 S ASHLAND AVE
CHICAGO, IL 60607

312-944-0600
Email: bmccoy@cvlo.com
*TERMINATED: 03/08/2012*

**Plaintiff**

**BEVERLY ANDERSON**                    represented by    **MICHAEL P. CASCINO**
*INDIVIDUALLY AND AS SPECIAL*                              (See above for address)
*ADMINISTRATOR OF THE ESTATE*                             *LEAD ATTORNEY*
*OF LLOYD ANDERSON, DECEASED*                             *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**AW CHESTERTON COMPANY**                represented by    **JON BAROOSHIAN**
*TERMINATED: 10/17/2011*                                  COOLEY, MANION, JONES LLP
                                                          21 CUSTOM HOUSE STREET
                                                          BOSTON, MA 02110
                                                          617-737-3100
                                                          Email: jbarooshian@cmjlaw.com
                                                          *TERMINATED: 10/17/2011*
                                                          *LEAD ATTORNEY*


**Defendant**

**BAYER CROPSCIENCE INC.**               represented by    **DANIEL A. MANNA**
*AS SUCCESSOR TO RHONE*                                   FOLEY & LARDNER LLP
*POULENC AG COMPANY INC &*                                777 E WISCONSIN AVENUE
*BENJAMIN FOSTER INC.*                                    MILWAUKEE, WI 53202-5300
*TERMINATED: 11/08/2011*                                  414-319-7364
                                                          Email: dmanna@foley.com
                                                          *TERMINATED: 01/31/2012*


**Defendant**

**BECHTEL CORPORATION**                  represented by    **KATHRYN R. DOWNEY**
*TERMINATED: 09/23/2011*                                  MURNANE BRANDT
                                                          30 EAST 7TH ST STE 3200
                                                          ST. PAUL, MN 55101-4919
                                                          651-227-9411
                                                          Email: kdowney@murnane.com
                                                          *TERMINATED: 09/23/2011*

                                                          **THOMAS ARTHUR GILLIGAN**
                                                          MURNANE BRANDT
                                                          30 EAST SEVENTH STREET
                                                          SUITE 3200
                                                          ST. PAUL, MN 55101
                                                          651-227-9411
                                                          Email: tgilligan@murnane.com
                                                          *TERMINATED: 09/23/2011*


**Defendant**

**BORG-WARNER INC**
*TERMINATED: 07/19/2011*

represented by **SCOTT J THOMSEN**
SIESENNOP & SULLIVAN
200 N JEFFERSON ST
MILWAUKEE, WI 53202
414-223-1760
Email: sthomsen@s-s-law.com
*TERMINATED: 07/19/2011*

**Defendant**

**BRAKE SUPPLY CO INC**
*TERMINATED: 08/24/2011*

represented by **JAMES A. NIQUET**
CRIVELLO CARLSON SC
710 N. PLANKINTON AVENUE
SUITE 500
MILWAUKEE, WI 53203
414-271-7722
Email: mmagana@crivellocarlson.com
*TERMINATED: 02/27/2012*
*LEAD ATTORNEY*

**Defendant**

**CBS CORPORATION**
*TERMINATED: 04/05/2012*

represented by **RICHARD M. LAUTH**
EVERT & WEATHERSBY
3405 PEIDMONT ROAD
SUITE 225
ATLANTA, GA 30305
678-651-1200
Email: rmlauth@ewhlaw.com
*TERMINATED: 04/05/2012*

**TEIRNEY S. CHRISTENSON**
GASS WEBER MULLINS LLC
309 N WATER ST 7TH FL
MILWAUKEE, WI 53202
414-223-3300
Email:
christenson@gasswebermullins.com
*TERMINATED: 04/05/2012*

**Defendant**

**CECO FRICTION PRODUCTS INC.**
*TERMINATED: 09/07/2011*

represented by **AHNDREA R. VANDENELZEN**
PETERSON JOHNSON & MURRAY
SC
733 N VAN BUREN ST
MILWAUKEE, WI 53202
414-278-8800
Email: arv@pjmlaw.com
*TERMINATED: 09/28/2011*

**JAMES T MURRAY**
PETERSON, JOHNSON & MURRAY,

S.C.
733 N. VAN BUREN STREET
MILWAUKEE, WI 53202
414-278-8800
Email: jmurray@pjmlaw.com
*TERMINATED: 09/28/2011*

**Defendant**

**CERTAINTEED CORPORATION**                   represented by   **DANIEL A. MANNA**
*TERMINATED: 01/31/2012*                                      (See above for address)
                                                              *TERMINATED: 01/31/2012*

**Defendant**

**CRANE CO.**                                 represented by   **JOSHUA L JOHANNINGMEIER**
*TERMINATED: 10/13/2011*                                      GODFREY & KAHN, S.C.
                                                              1 E MAIN ST., STE 500
                                                              P.O. BOX 2719
                                                              MADISON, WI 53701
                                                              608-257-3911
                                                              Email: jjohanni@gklaw.com
                                                              *TERMINATED: 10/13/2011*

                                                              **MICHAEL J. ZUKOWSKI**
                                                              K&L GATES
                                                              K&L GATES CENTER
                                                              201 SIXTH AVE
                                                              PITTSBURGH, PA 15222-2613
                                                              412/355-6500
                                                              Email: michael.zukowski@klgates.com
                                                              *TERMINATED: 10/13/2011*

**Defendant**

**EATON ELECTRICAL INC.**                     represented by   **CARMEN N. ANDERSON**
*AS SUCCESSOR TO CUTLER*                                       BRIESEN & ROPER
*HAMMER INC.*                                                 411 EAST WISCONSIN AVENUE
*TERMINATED: 08/09/2011*                                      SUITE 700
                                                              MILWAUKEE, WI 53202
                                                              414-287-1360
                                                              Email: canderso@vonbriesen.com
                                                              *TERMINATED: 08/09/2011*

                                                              **JASON WAYNE RUBIN**
                                                              GOLDBERG, MILLER & RUBIN, PC
                                                              121 S. BROAD ST.
                                                              STE. 1500
                                                              PHILA, PA 19107
                                                              215-735-3994
                                                              Email: jrubin@gmrlawfirm.com
                                                              *TERMINATED: 08/09/2011*

STEVEN GUSTAF CARLSON
VON BRIESEN & ROPER, C.C.
411 EAST WISCONSIN AVENUE
SUITE 700
MILWAUKEE, WI 53202
414-287-1560
Email: scarlson@vonbriesen.com
*TERMINATED: 08/09/2011*

**Defendant**

**ELLIOTT COMPANY I**                    represented by   **JAMES A. NIQUET**
*INDIVIDUALLY AND AS SUCCESSOR*                           (See above for address)
*TO ELLIOTT TURBOMACHINERY*                               *TERMINATED: 02/27/2012*
*COMPANY*                                                 *LEAD ATTORNEY*
*TERMINATED: 11/08/2011*

**Defendant**

**FENNER INC**
*TERMINATED: 11/08/2011*

**Defendant**

**FOSTER WHEELER LLC**                   represented by   **TIMOTHY D. PAGEL**
*TERMINATED: 08/16/2011*                                  CELBA LLC
                                                          225 E MASON ST 5TH FL
                                                          MILWAUKEE, WI 53202
                                                          414-477-0695
                                                          Email: tpagel@celba.com
                                                          *TERMINATED: 08/16/2011*

**Defendant**

**GENERAL ELECTRIC COMPANY**             represented by   **AMANDA D. SUMMERLIN**
*TERMINATED: 04/05/2012*                                  FORMAN PERRY WATKINS
                                                          KRUTZ & TARDY LLP
                                                          1200 ONE JACKSON PLACE
                                                          188 EAST CAPITOL STREET
                                                          JACKSON, MS 39201
                                                          601-973-8991
                                                          Email: adsummerlin@fpwk.com
                                                          *TERMINATED: 04/05/2012*

                                                          **CHRISTOPHER P.BANASZAK**
                                                          REINHART BOERNER VAN
                                                          DUEREN SC
                                                          1000 NORTH WATER STREET
                                                          SUITE 1700
                                                          PO BOX 2965
                                                          MILWAUKEE, WI 53202
                                                          414-298-8320
                                                          Email: cbanasza@reinhartlaw.com
                                                          *TERMINATED: 04/05/2012*

**DANIEL J. MULHOLLAND**
FORMAN PERRY WATKINS
KRUTZ & TARDY
200 S. LAMAR STREET
SUITE 100
JACKSON, MS 39201
601-930-8602
Email: mulhollanddj@fpwk.com
*TERMINATED: 04/05/2012*

**DAVID M. SETTER**
FORMAN PERRY WATKINS
KRUTZ & TARDY
1775 SHERMAN ST., #1900
DENVER, CO 80203
303-837-6400
Email: dmsetter@fpwk.com
*TERMINATED: 04/05/2012*

**JOHN ANTHONY FONSTAD**
SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
312-853-0752
Email: jfonstad@sidley.com
*TERMINATED: 04/05/2012*

**JOHN M. SEEBOHM**
FORMAN PERRY WATKINS
KRUTZ TARDY LLP
1775 SHERMAN ST STE 1900
DENVER, CO 80203
303-837-6430
Email: jmseebohm@fpwk.com
*TERMINATED: 04/05/2012*

**NORA E. GIERKE**
REINHART BOERNER VAN
DUEREN
1000 N. WATER STREET
SUITE 1700
MILWAUKEE, WI 53201
414-298-8149
Email: ngierke@gierkefrank.com
*TERMINATED: 04/05/2012*

**THOMAS W. TARDY , III**
FORMAN PERRY WATKINS
KRUTZ & TARDY LLP

200 S. LAMAR ST. STE 100
JACKSON, MS 39201
601-960-8600
Fax: 601-960-8613
Email: ttardy@fpwk.com
*TERMINATED: 04/05/2012*

**WALTER G. WATKINS , JR.**
FORMAN PERRY WATKINS
KRUTZ & TARDY LLP
200 SOUTH LAMAR ST.
CITY CENTRE BUILDING SUITE
100
POBOX 22608
JACKSON, MS 39225-2608
601-960-8608
Fax: 601-960-8613
Email: wwatkins@fpwk.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**GENERAL REFRACTORIES
COMPANY**
*TERMINATED: 11/08/2011*

**Defendant**

**GEORGIA-PACIFIC LLC,**                    represented by   **MICHAEL W. DRUMKE**
*TERMINATED: 11/08/2011*                                    HEPLERBROOM LLC
                                                            150 NORTH WACKER DR
                                                            SUITE 3100
                                                            CHICAGO, IL 60606-1659
                                                            312-230-9100
                                                            Email: mdrumke@smbtrials.com
                                                            *TERMINATED: 11/08/2011*
                                                            *LEAD ATTORNEY*

                                                            **JENNIFER MARIE STUDEBAKER**
                                                            FORMAN PERRY WATKINS
                                                            KRUTZ & TARDY
                                                            200 SOUTH LAMAR ST
                                                            JACKSON, MS 39201-2131
                                                            601-960-8600
                                                            Email: studebakerjm@fpwk.com
                                                            *TERMINATED: 11/08/2011*

**Defendant**

**GOODRICH CORPORATION**                    represented by   **JOHN J LAFFEY**
*TERMINATED: 08/02/2011*                                    WHYTE HIRSCHBOECK DUDEK SC

                                                            555 E WELLS ST

STE 1900
MILWAUKEE, WI 53202-3819
414-273-2100
Email: jlaffey@whdlaw.com
*TERMINATED: 08/02/2011*

**MICHAEL DAVID ROSENBERG**
WHYTE HIRSCHBOECK DUDEK SC

555 E. WELLS ST.
STE 1900
MILWAUKEE, WI 53202
414-273-2100
Email: mrosenberg@whdlaw.com
*TERMINATED: 06/28/2011*

**SARAH THOMAS PAGELS**
WHYTE HIRSCHBOECK DUDEK
S.C.
555 E WELLS ST STE 1900
MILWAUKEE, WI 53202
414-273-2100
Email: stpagels@whdlaw.com
*TERMINATED: 08/02/2011*

**THOMAS GONZALEZ**
WHYTE HIRSCHBOECK DUDEK SC

555 E. WELLS STREET
MILWAUKEE, WI 53202-3819
414-978-5384
Email: tgonzalez@whdlaw.com
*TERMINATED: 08/02/2011*

**Defendant**

**GRAYBAR SERVICES INC**
*TERMINATED: 04/07/2011*

represented by **JAMES A. NIQUET**
(See above for address)
*TERMINATED: 02/27/2012*
*LEAD ATTORNEY*

**Defendant**

**HONEYWELL INTERNATIONAL
INC**
*TERMINATED: 08/26/2011*

represented by **LAURIE J. MCLEROY**
OTJEN VAN ERT WEIR SC
700 N WATER ST STE 800
MILWAUKEE, WI 53202
414-223-2419
Fax: 414-271-7272
Email: lmcleroy@otjen.com
*TERMINATED: 08/26/2011*
*LEAD ATTORNEY*

**JEROME D. FERIANCEK**
(See above for address)
*TERMINATED: 08/26/2011*

**Defendant**

**ITT CORPORATION**                represented by    **CHRISTOPHER CONRAD**
*TERMINATED: 08/16/2011*                            NELSON CONNELL CONRAD
                                                    TALLMADGE SLEIN SC
                                                    N14 W23755 STONE RIDGE DR STE
                                                    150
                                                    WAUKESHA, WI 53188
                                                    262-347-0303
                                                    Email: cjconrad@ncctslaw.com
                                                    *TERMINATED: 08/16/2011*

**Defendant**

**INGERSOLL RAND COMPANY**         represented by    **MICHAEL W. DRUMKE**
*TERMINATED: 08/24/2011*                            (See above for address)
                                                    *TERMINATED: 08/24/2011*

**Defendant**

**MAREMONT CORPORATION**           represented by    **DANIEL A. MANNA**
*TERMINATED: 11/08/2011*                            (See above for address)
                                                    *TERMINATED: 01/31/2012*

**Defendant**

**MICHELIN NORTH AMERICA
INC.**
*AS SUCCESSOR TO UNIROYAL INC.*
*TERMINATED: 11/08/2011*

**Defendant**

**MINNESOTA MINING &**             represented by    **ADAM J. JAGADICH**
**MANUFACTURING CO.**                               SEGAL MCCAMBRIDGE SINGER &
*TERMINATED: 03/13/2012*                            MAHONEY LTD
                                                    SEARS TOWER
                                                    233 S. WACKER DR STE 5500
                                                    CHICAGO, IL 60606
                                                    312-645-7800
                                                    Email: ajagadich@smsm.com
                                                    *TERMINATED: 03/13/2012*
                                                    *LEAD ATTORNEY*

                                                    **EDWARD J. MCCAMBRIDGE**
                                                    SEGAL MC CAMBRIDGE SINGER &
                                                    MAHONEY
                                                    233 S. WACKER DRIVE
                                                    SEARS TOWER SUITE 5500
                                                    CHICAGO, IL 60606

312-645-7800
Email: emccambridge@smsm.com
*TERMINATED: 03/13/2012*
*LEAD ATTORNEY*

**BASIL A. DISIPIO**
LAVIN COLEMAN O'NEIL RICCI
FINARELLI & GRAY
190 N. INDEPENDENCE MALL
WEST
SUITE 500
PHILADELPHIA, PA 19106
215-627-0303
Fax: 215-627-2551
Email: bad@lavin-law.com
*TERMINATED: 03/13/2012*

**Defendant**

**MOTION INDUSTRIES INC**
*TERMINATED: 08/02/2011*

represented by **JOHN J LAFFEY**
(See above for address)
*TERMINATED: 08/02/2011*
*LEAD ATTORNEY*

**SARAH THOMAS PAGELS**
(See above for address)
*TERMINATED: 08/02/2011*

**Defendant**

**NAVISTAR INC.**
*TERMINATED: 09/29/2011*

represented by **ADAM J. JAGADICH**
(See above for address)
*TERMINATED: 09/29/2011*
*LEAD ATTORNEY*

**Defendant**

**OAKFABCO INC**
*TERMINATED: 10/05/2011*

represented by **BRETT B LARSEN**
HINSHAW & CULBERTSON LLP
100 E WISCONSIN AVE
STE 2600
MILWAUKEE, WI 53202-4115
414-225-4809
Email: blarsen@hinshawlaw.com
*TERMINATED: 10/05/2011*

**Defendant**

**OWENS-ILLINOIS INC.**
*TERMINATED: 03/19/2012*

represented by **BRIAN O'CONNOR WATSON**
SCHIFF HARDIN LLP
233 S. WACKER DR STE 6600
CHICAGO, IL 60606
312-258-5500
Email: bwatson@schiffhardin.com

*ATTORNEY TO BE NOTICED*

**DAVID M. SETTER**
(See above for address)
*TERMINATED: 04/05/2012*

**EDWARD M. CASMERE**
SCHIFF HARDIN LLP
233 S. WACKER DR
6600 SEARS TOWER
CHICAGO, IL 60606
312-258-5500
Email: ecasmere@schiffhardin.com
*TERMINATED: 03/19/2012*

**JENNIFER MARIE STUDEBAKER**
(See above for address)
*TERMINATED: 03/19/2012*

**JOSHUA D. LEE**
SCHIFF HARDIN
233 S. WACKER DRIVE
SUITE 6600
CHICAGO, IL 60606
312-258-5649
Email: jdlee@schiffhardin.com
*TERMINATED: 03/19/2012*

**MATTHEW J. FISCHER**
SCHIFF HARDIN & WAITE
7200 SEARS TOWER
CHICAGO, IL 60606
312-258-5591
Email: mfischer@schiffhardin.com
*TERMINATED: 03/19/2012*

**PETER A. MOIR**
QUILLING SELANDER
CUMMINSKEY & LOWNDS
2001 BRYAN STRREET
SUITE 1800
DALLAS, TX 75201
214-880-1819
Email: kholloman@qslwm.com
*TERMINATED: 03/19/2012*

**ROBERT H. RILEY**
SCHIFF HARDIN & WAITE
7200 SEARS TOWER
233 S. WACKER DR

CHICAGO, IL 60606
TEL 312-258-5500
Email: rriley@schiffhardin.com
*TERMINATED: 03/19/2012*

**Defendant**

**PNEUMO ABEX CORP**                       represented by **JEROME D. FERIANCEK**
*TERMINATED: 09/16/2011*                   (See above for address)
                                           *TERMINATED: 09/16/2011*

**Defendant**

**RSCC WIRE & CABLE**                      represented by **JOSEPH P. SULLIVAN**
*TERMINATED: 02/01/2012*                   SANCHEZ DANIELS & HOFFMAN
*formerly known as*                        LLP
ROCKBESTOS-SUPRENANT                       333 WEST WACKER
CABLE CORPORATION                          SUITE 500
*TERMINATED: 02/01/2012*                   CHICAGO, IL 60606
                                           312-641-1555
                                           Email: jsullivan@sanchezdh.com
                                           *TERMINATED: 02/01/2012*
                                           *LEAD ATTORNEY*

**Defendant**

**RAPID AMERICAN**                         represented by **MARK R. FELDMANN**
**CORPORATION**                            MENN LAW FIRM
*TERMINATED: 01/31/2012*                   2501 EAST ENTERPRISE AVENUE
                                           P.O. BOX 785
                                           APPLETON, WI 54912
                                           920-731-6631
                                           Email: mark-feldmann@mennlaw.com
                                           *TERMINATED: 01/31/2012*
                                           *LEAD ATTORNEY*

                                           **AMIEL GROSS**
                                           SNR DENTON US LLP
                                           1221 AVENUE OF THE AMERICAS
                                           NEW YORK, NY 10020-1089
                                           212-768-6700
                                           Email: amiel.gross@snrdenton.com
                                           *TERMINATED: 01/31/2012*

**Defendant**

**SCHNEIDER ELECTRIC**                     represented by **KATHRYN R. DOWNEY**
**ENGINEERING SERVICES**                   (See above for address)
*AS SUCCESSOR TO SQUARE D*                 *TERMINATED: 03/08/2012*
*COMPANY*                                  *LEAD ATTORNEY*
*TERMINATED: 03/08/2012*

**Defendant**

**STANDCO INDUSTRIES INC**                 represented by **MARK D. MALLOY**

*TERMINATED: 03/08/2012*

LEIB & KATT LLC
740 N. PLANKINTON AVE STE 600
MILWAUKEE, WI 53203
414-276-8816
Email: mdm@leibkatt.com
*TERMINATED: 03/08/2012*
*LEAD ATTORNEY*

**Defendant**

**THE OKONITE COMPANY**          represented by   **JAMES A. NIQUET**
*TERMINATED: 02/27/2012*                          (See above for address)
                                                  *TERMINATED: 02/27/2012*
                                                  *LEAD ATTORNEY*

**Defendant**

**THE PROCTOR & GAMBLE**          represented by   **MARGARET O'SULLIVAN BYRNE**
**COMPANY**

                                                  SWANSON, MARTIN & BELL LLP
                                                  330 N WABASH
                                                  SUITE 3300
                                                  CHICAGO, IL 60611
                                                  312-321-8469
                                                  Email: pbyrne@smbtrials.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **DERRICK L. HADDOX**
                                                  SWANSON MARTIN & BELL, LLP
                                                  330 NORTH WABASH
                                                  SUITE 3300
                                                  CHICAGO, IL 60611
                                                  312-321-8459
                                                  Email: dhaddox@smbtrials.com
                                                  *ATTORNEY TO BE NOTICED*

                                                  **JOHN PAUL ARRANZ**
                                                  SWANSON MARTIN & BELL, LLP
                                                  330 NORTH WABASH
                                                  SUITE 3300
                                                  CHICAGO, IL 60611
                                                  312-321-9100
                                                  Email: jarranz@smbtrials.com
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**TRANE US INC**                  represented by   **MICHAEL W. DRUMKE**
*TERMINATED: 08/24/2011*                          (See above for address)
                                                  *TERMINATED: 08/24/2011*

**Defendant**

**UNION CARBIDE CORP**
*TERMINATED: 11/08/2011*

represented by **DANIEL A. MANNA**
(See above for address)
*TERMINATED: 01/31/2012*

**ROBERT N. SPINELLI**
KELLEY JASONS MCGOWAN
SPINELLI & HANNA, LLP
50 S. 16TH ST.
TWO LIBERTY PL SUITE 1900
PHILADELPHIA, PA 19102
TEL 215-854-0658
Fax: FAX 215-854-8434
Email: rspinelli@kjms.com
*TERMINATED: 11/08/2011*

**Defendant**

**WAGNER ELECTRIC COMPANY**
*TERMINATED: 11/08/2011*

**Defendant**

**GRAYBAR ELECTRIC
COMPANY, INC.**
*TERMINATED: 11/08/2011*

represented by **JAMES A. NIQUET**
(See above for address)
*TERMINATED: 02/27/2012*
*LEAD ATTORNEY*

**Cross Claimant**

**BECHTEL CORPORATION**
*TERMINATED: 09/23/2011*

represented by **THOMAS ARTHUR GILLIGAN**
(See above for address)
*TERMINATED: 09/23/2011*

V.

**Cross Defendant**

**BECHTEL CORPORATION**
*TERMINATED: 09/23/2011*

represented by **THOMAS ARTHUR GILLIGAN**
(See above for address)
*TERMINATED: 09/23/2011*

**Cross Defendant**

**AW CHESTERTON COMPANY**
*TERMINATED: 10/17/2011*

**Cross Defendant**

**BAYER CROPSCIENCE INC.**
*AS SUCCESSOR TO RHONE
POULENC AG COMPANY INC &
BENJAMIN FOSTER INC.*
*TERMINATED: 11/08/2011*

**Cross Defendant**

**BORG-WARNER INC**
*TERMINATED: 07/19/2011*

**Cross Defendant**

**BRAKE SUPPLY CO INC**                 represented by   **JAMES A. NIQUET**
*TERMINATED: 08/24/2011*                                 (See above for address)
                                                         *TERMINATED: 02/27/2012*
                                                         *LEAD ATTORNEY*

**Cross Defendant**

**CBS CORPORATION**                     represented by   **TEIRNEY S. CHRISTENSON**
*TERMINATED: 04/05/2012*                                 (See above for address)
                                                         *TERMINATED: 04/05/2012*

**Cross Defendant**

**CECO FRICTION PRODUCTS
INC.**
*TERMINATED: 09/07/2011*

**Cross Defendant**

**CERTAINTEED CORPORATION**             represented by   **DANIEL A. MANNA**
*TERMINATED: 01/31/2012*                                 (See above for address)
                                                         *TERMINATED: 01/31/2012*

**Cross Defendant**

**CRANE CO.**
*TERMINATED: 10/13/2011*

**Cross Defendant**

**EATON ELECTRICAL INC.**
*AS SUCCESSOR TO CUTLER
HAMMER INC.*
*TERMINATED: 08/09/2011*

**Cross Defendant**

**ELLIOTT COMPANY I**                   represented by   **JAMES A. NIQUET**
*INDIVIDUALLY AND AS SUCCESSOR*                          (See above for address)
*TO ELLIOTT TURBOMACHINERY*                              *TERMINATED: 02/27/2012*
*COMPANY*                                                *LEAD ATTORNEY*
*TERMINATED: 11/08/2011*

**Cross Defendant**

**FENNER INC**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**FOSTER WHEELER LLC**                  represented by   **TIMOTHY D. PAGEL**
*TERMINATED: 08/16/2011*                                 (See above for address)
                                                         *TERMINATED: 08/16/2011*

Cross Defendant

**GENERAL ELECTRIC COMPANY**          represented by   **AMANDA D. SUMMERLIN**
*TERMINATED: 04/05/2012*                              (See above for address)
                                                      *TERMINATED: 04/05/2012*

                                                      **JOHN ANTHONY FONSTAD**
                                                      (See above for address)
                                                      *TERMINATED: 04/05/2012*

Cross Defendant

**GENERAL REFRACTORIES
COMPANY**
*TERMINATED: 11/08/2011*

Cross Defendant

**GEORGIA-PACIFIC LLC,**
*TERMINATED: 11/08/2011*

Cross Defendant

**GOODRICH CORPORATION**          represented by   **JOHN J LAFFEY**
*TERMINATED: 08/02/2011*                           (See above for address)
                                                   *TERMINATED: 08/02/2011*

                                                   **SARAH THOMAS PAGELS**
                                                   (See above for address)
                                                   *TERMINATED: 08/02/2011*

                                                   **THOMAS GONZALEZ**
                                                   (See above for address)
                                                   *TERMINATED: 08/02/2011*

Cross Defendant

**GRAYBAR SERVICES INC**          represented by   **JAMES A. NIQUET**
*TERMINATED: 04/07/2011*                           (See above for address)
                                                   *TERMINATED: 02/27/2012*
                                                   *LEAD ATTORNEY*

Cross Defendant

**HONEYWELL INTERNATIONAL
INC**          represented by   **LAURIE J. MCLEROY**
*TERMINATED: 08/26/2011*                           (See above for address)
                                                   *TERMINATED: 08/26/2011*
                                                   *LEAD ATTORNEY*

Cross Defendant

**INGERSOLL RAND COMPANY**
*TERMINATED: 08/24/2011*

Cross Defendant

**ITT CORPORATION**

*TERMINATED: 08/16/2011*

**Cross Defendant**

**MAREMONT CORPORATION**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**MICHELIN NORTH AMERICA INC.**
*AS SUCCESSOR TO UNIROYAL INC.*
*TERMINATED: 11/08/2011*

**Cross Defendant**

**MINNESOTA MINING & MANUFACTURING CO.**                    represented by   **ADAM J. JAGADICH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**EDWARD J. MCCAMBRIDGE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**MOTION INDUSTRIES INC**                    represented by   **SARAH THOMAS PAGELS**
*TERMINATED: 08/02/2011*                    (See above for address)
*TERMINATED: 08/02/2011*

**Cross Defendant**

**NAVISTAR INC.**                    represented by   **ADAM J. JAGADICH**
*TERMINATED: 09/29/2011*                    (See above for address)
*TERMINATED: 09/29/2011*
*LEAD ATTORNEY*

**Cross Defendant**

**OAKFABCO INC**
*TERMINATED: 10/05/2011*

**Cross Defendant**

**OWENS-ILLINOIS INC.**                    represented by   **EDWARD M. CASMERE**
*TERMINATED: 03/19/2012*                    (See above for address)
*TERMINATED: 03/19/2012*

**JENNIFER MARIE STUDEBAKER**
(See above for address)
*TERMINATED: 03/19/2012*

**JOSHUA D. LEE**
(See above for address)

*TERMINATED: 03/19/2012*

**MATTHEW J. FISCHER**
(See above for address)
*TERMINATED: 03/19/2012*

**ROBERT H. RILEY**
(See above for address)
*TERMINATED: 03/19/2012*

**Cross Defendant**

**PNEUMO ABEX CORP**
*TERMINATED: 09/16/2011*

**Cross Defendant**

**RAPID AMERICAN**                    represented by   **MARK R. FELDMANN**
**CORPORATION**                                        (See above for address)
*TERMINATED: 01/31/2012*                               *TERMINATED: 01/31/2012*
                                                       *LEAD ATTORNEY*

**Cross Defendant**

**RSCC WIRE & CABLE**
*TERMINATED: 02/01/2012*

**Cross Defendant**

**SCHNEIDER ELECTRIC**
**ENGINEERING SERVICES**
*AS SUCCESSOR TO SQUARE D*
*COMPANY*
*TERMINATED: 03/08/2012*

**Cross Defendant**

**STANDCO INDUSTRIES INC**
*TERMINATED: 03/08/2012*

**Cross Defendant**

**THE OKONITE COMPANY**            represented by   **JAMES A. NIQUET**
*TERMINATED: 02/27/2012*                            (See above for address)
                                                    *TERMINATED: 02/27/2012*
                                                    *LEAD ATTORNEY*

**Cross Defendant**

**THE PROCTOR & GAMBLE**          represented by   **MARGARET O'SULLIVAN BYRNE**
**COMPANY**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **DERRICK L. HADDOX**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**TRANE US INC**
*TERMINATED: 08/24/2011*

**Cross Defendant**

**UNION CARBIDE CORP**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**WAGNER ELECTRIC COMPANY**
*TERMINATED: 11/08/2011*

**Cross Claimant**

**BRAKE SUPPLY CO INC**          represented by   **JAMES A. NIQUET**
*TERMINATED: 08/24/2011*                          (See above for address)
                                                  *TERMINATED: 02/27/2012*
                                                  *LEAD ATTORNEY*

V.

**Cross Defendant**

**BRAKE SUPPLY CO INC**          represented by   **JAMES A. NIQUET**
*TERMINATED: 08/24/2011*                          (See above for address)
                                                  *TERMINATED: 02/27/2012*
                                                  *LEAD ATTORNEY*

**Cross Defendant**

**LLOYD ANDERSON**
*TERMINATED: 03/08/2012*

**Cross Defendant**

**AW CHESTERTON COMPANY**
*TERMINATED: 10/17/2011*

**Cross Defendant**

**BAYER CROPSCIENCE INC.**
*AS SUCCESSOR TO RHONE
POULENC AG COMPANY INC &
BENJAMIN FOSTER INC.
TERMINATED: 11/08/2011*

**Cross Defendant**

**BECHTEL CORPORATION**
*TERMINATED: 09/23/2011*

**Cross Defendant**

**BORG-WARNER INC**
*TERMINATED: 07/19/2011*

<u>Cross Defendant</u>

**CBS CORPORATION**                    represented by  **TEIRNEY S. CHRISTENSON**
*TERMINATED: 04/05/2012*                              (See above for address)
                                                      *TERMINATED: 04/05/2012*

<u>Cross Defendant</u>

**CECO FRICTION PRODUCTS**
**INC.**
*TERMINATED: 09/07/2011*

<u>Cross Defendant</u>

**CERTAINTEED CORPORATION**            represented by  **DANIEL A. MANNA**
*TERMINATED: 01/31/2012*                              (See above for address)
                                                      *TERMINATED: 01/31/2012*

<u>Cross Defendant</u>

**CRANE CO.**                          represented by  **JOSHUA L JOHANNINGMEIER**
*TERMINATED: 10/13/2011*                              (See above for address)
                                                      *TERMINATED: 10/13/2011*

<u>Cross Defendant</u>

**EATON ELECTRICAL INC.**              represented by  **STEVEN GUSTAF CARLSON**
*AS SUCCESSOR TO CUTLER*                              (See above for address)
*HAMMER INC.*                                         *TERMINATED: 08/09/2011*
*TERMINATED: 08/09/2011*

<u>Cross Defendant</u>

**ELLIOTT COMPANY I**                  represented by  **JAMES A. NIQUET**
*INDIVIDUALLY AND AS SUCCESSOR*                       (See above for address)
*TO ELLIOTT TURBOMACHINERY*                           *TERMINATED: 02/27/2012*
*COMPANY*                                             *LEAD ATTORNEY*
*TERMINATED: 11/08/2011*

<u>Cross Defendant</u>

**FENNER INC**
*TERMINATED: 11/08/2011*

<u>Cross Defendant</u>

**FOSTER WHEELER LLC**                 represented by  **TIMOTHY D. PAGEL**
*TERMINATED: 08/16/2011*                              (See above for address)
                                                      *TERMINATED: 08/16/2011*

<u>Cross Defendant</u>

**GENERAL ELECTRIC COMPANY**           represented by  **AMANDA D. SUMMERLIN**
*TERMINATED: 04/05/2012*                              (See above for address)
                                                      *TERMINATED: 04/05/2012*

**JOHN ANTHONY FONSTAD**
(See above for address)
*TERMINATED: 04/05/2012*

**Cross Defendant**

**GENERAL REFRACTORIES
COMPANY**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**GEORGIA-PACIFIC LLC,**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**GOODRICH CORPORATION**                represented by   **JOHN J LAFFEY**
*TERMINATED: 08/02/2011*                                 (See above for address)
                                                         *TERMINATED: 08/02/2011*

                                                         **MICHAEL DAVID ROSENBERG**
                                                         (See above for address)
                                                         *TERMINATED: 06/28/2011*

                                                         **SARAH THOMAS PAGELS**
                                                         (See above for address)
                                                         *TERMINATED: 08/02/2011*

                                                         **THOMAS GONZALEZ**
                                                         (See above for address)
                                                         *TERMINATED: 08/02/2011*

**Cross Defendant**

**GRAYBAR SERVICES INC**                 represented by   **JAMES A. NIQUET**
*TERMINATED: 04/07/2011*                                  (See above for address)
                                                          *TERMINATED: 02/27/2012*
                                                          *LEAD ATTORNEY*

**Cross Defendant**

**HONEYWELL INTERNATIONAL
INC**                                    represented by   **LAURIE J. MCLEROY**
                                                          (See above for address)
*TERMINATED: 08/26/2011*                                  *TERMINATED: 08/26/2011*
                                                          *LEAD ATTORNEY*

**Cross Defendant**

**INGERSOLL RAND COMPANY**
*TERMINATED: 08/24/2011*

**Cross Defendant**

**ITT CORPORATION**

*TERMINATED: 08/16/2011*

**Cross Defendant**

**MAREMONT CORPORATION**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**MICHELIN NORTH AMERICA
INC.**
*AS SUCCESSOR TO UNIROYAL INC.*
*TERMINATED: 11/08/2011*

**Cross Defendant**

**MINNESOTA MINING &**          represented by  **ADAM J. JAGADICH**
**MANUFACTURING CO.**                           (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **EDWARD J. MCCAMBRIDGE**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**MOTION INDUSTRIES INC**       represented by  **SARAH THOMAS PAGELS**
*TERMINATED: 08/02/2011*                        (See above for address)
                                                *TERMINATED: 08/02/2011*

**Cross Defendant**

**NAVISTAR INC.**               represented by  **ADAM J. JAGADICH**
*TERMINATED: 09/29/2011*                        (See above for address)
                                                *TERMINATED: 09/29/2011*
                                                *LEAD ATTORNEY*

**Cross Defendant**

**OAKFABCO INC**
*TERMINATED: 10/05/2011*

**Cross Defendant**

**OWENS-ILLINOIS INC.**         represented by  **EDWARD M. CASMERE**
*TERMINATED: 03/19/2012*                        (See above for address)
                                                *TERMINATED: 03/19/2012*

                                                **JENNIFER MARIE STUDEBAKER**
                                                (See above for address)
                                                *TERMINATED: 03/19/2012*

                                                **JOSHUA D. LEE**
                                                (See above for address)

*TERMINATED: 03/19/2012*

**MATTHEW J. FISCHER**
(See above for address)
*TERMINATED: 03/19/2012*

**ROBERT H. RILEY**
(See above for address)
*TERMINATED: 03/19/2012*

**Cross Defendant**

**PNEUMO ABEX CORP**
*TERMINATED: 09/16/2011*

**Cross Defendant**

**RAPID AMERICAN**                    represented by   **MARK R. FELDMANN**
**CORPORATION**                                         (See above for address)
*TERMINATED: 01/31/2012*                                *TERMINATED: 01/31/2012*
                                                        *LEAD ATTORNEY*

**Cross Defendant**

**RSCC WIRE & CABLE**
*TERMINATED: 02/01/2012*

**Cross Defendant**

**SCHNEIDER ELECTRIC**
**ENGINEERING SERVICES**
*AS SUCCESSOR TO SQUARE D*
*COMPANY*
*TERMINATED: 03/08/2012*

**Cross Defendant**

**STANDCO INDUSTRIES INC**
*TERMINATED: 03/08/2012*

**Cross Defendant**

**THE OKONITE COMPANY**             represented by   **JAMES A. NIQUET**
*TERMINATED: 02/27/2012*                               (See above for address)
                                                       *TERMINATED: 02/27/2012*
                                                       *LEAD ATTORNEY*

**Cross Defendant**

**THE PROCTOR & GAMBLE**           represented by   **MARGARET O'SULLIVAN BYRNE**
**COMPANY**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                    **DERRICK L. HADDOX**

(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN PAUL ARRANZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**TRANE US INC**
*TERMINATED: 08/24/2011*

**Cross Defendant**

**UNION CARBIDE CORP**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**WAGNER ELECTRIC COMPANY**
*TERMINATED: 11/08/2011*

**Cross Claimant**

**ELLIOTT COMPANY I**                   represented by   **JAMES A. NIQUET**
*INDIVIDUALLY AND AS SUCCESSOR*                          (See above for address)
*TO ELLIOTT TURBOMACHINERY*                              *TERMINATED: 02/27/2012*
*COMPANY*                                                *LEAD ATTORNEY*
*TERMINATED: 11/08/2011*


V.

**Cross Defendant**

**ELLIOTT COMPANY I**                   represented by   **JAMES A. NIQUET**
*INDIVIDUALLY AND AS SUCCESSOR*                          (See above for address)
*TO ELLIOTT TURBOMACHINERY*                              *TERMINATED: 02/27/2012*
*COMPANY*                                                *LEAD ATTORNEY*
*TERMINATED: 11/08/2011*

**Cross Defendant**

**AW CHESTERTON COMPANY**
*TERMINATED: 10/17/2011*

**Cross Defendant**

**BAYER CROPSCIENCE INC.**
*AS SUCCESSOR TO RHONE*
*POULENC AG COMPANY INC &*
*BENJAMIN FOSTER INC.*
*TERMINATED: 11/08/2011*

**Cross Defendant**

**BECHTEL CORPORATION**                 represented by   **THOMAS ARTHUR GILLIGAN**
*TERMINATED: 09/23/2011*                                 (See above for address)

*TERMINATED: 09/23/2011*

**Cross Defendant**

**BORG-WARNER INC**
*TERMINATED: 07/19/2011*

**Cross Defendant**

**BRAKE SUPPLY CO INC**              represented by   **JAMES A. NIQUET**
*TERMINATED: 08/24/2011*                             (See above for address)
                                                     *TERMINATED: 02/27/2012*
                                                     *LEAD ATTORNEY*

**Cross Defendant**

**CBS CORPORATION**                  represented by   **TEIRNEY S. CHRISTENSON**
*TERMINATED: 04/05/2012*                             (See above for address)
                                                     *TERMINATED: 04/05/2012*

**Cross Defendant**

**CECO FRICTION PRODUCTS
INC.**
*TERMINATED: 09/07/2011*

**Cross Defendant**

**CERTAINTEED CORPORATION**          represented by   **DANIEL A. MANNA**
*TERMINATED: 01/31/2012*                             (See above for address)
                                                     *TERMINATED: 01/31/2012*

**Cross Defendant**

**CRANE CO.**                        represented by   **JOSHUA L JOHANNINGMEIER**
*TERMINATED: 10/13/2011*                             (See above for address)
                                                     *TERMINATED: 10/13/2011*

**Cross Defendant**

**EATON ELECTRICAL INC.**            represented by   **STEVEN GUSTAF CARLSON**
*AS SUCCESSOR TO CUTLER*                             (See above for address)
*HAMMER INC.*                                        *TERMINATED: 08/09/2011*
*TERMINATED: 08/09/2011*

**Cross Defendant**

**FENNER INC**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**FOSTER WHEELER LLC**               represented by   **TIMOTHY D. PAGEL**
*TERMINATED: 08/16/2011*                             (See above for address)
                                                     *TERMINATED: 08/16/2011*

**Cross Defendant**

**GENERAL ELECTRIC COMPANY**         represented by   **AMANDA D. SUMMERLIN**

*TERMINATED: 04/05/2012*

(See above for address)
*TERMINATED: 04/05/2012*

**JOHN ANTHONY FONSTAD**
(See above for address)
*TERMINATED: 04/05/2012*

**Cross Defendant**

**GENERAL REFRACTORIES
COMPANY**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**GEORGIA-PACIFIC LLC,**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**GOODRICH CORPORATION**                represented by   **JOHN J LAFFEY**
*TERMINATED: 08/02/2011*                                 (See above for address)
                                                         *TERMINATED: 08/02/2011*

                                                         **SARAH THOMAS PAGELS**
                                                         (See above for address)
                                                         *TERMINATED: 08/02/2011*

                                                         **THOMAS GONZALEZ**
                                                         (See above for address)
                                                         *TERMINATED: 08/02/2011*

**Cross Defendant**

**GRAYBAR SERVICES INC**                represented by   **JAMES A. NIQUET**
*TERMINATED: 04/07/2011*                                 (See above for address)
                                                         *TERMINATED: 02/27/2012*
                                                         *LEAD ATTORNEY*

**Cross Defendant**

**HONEYWELL INTERNATIONAL
INC**                                   represented by   **LAURIE J. MCLEROY**
*TERMINATED: 08/26/2011*                                 (See above for address)
                                                         *TERMINATED: 08/26/2011*
                                                         *LEAD ATTORNEY*

**Cross Defendant**

**INGERSOLL RAND COMPANY**
*TERMINATED: 08/24/2011*

**Cross Defendant**

**ITT CORPORATION**
*TERMINATED: 08/16/2011*

**Cross Defendant**

**MAREMONT CORPORATION**
*TERMINATED: 11/08/2011*

<u>Cross Defendant</u>

**MICHELIN NORTH AMERICA INC.**
*AS SUCCESSOR TO UNIROYAL INC.*
*TERMINATED: 11/08/2011*

<u>Cross Defendant</u>

**MINNESOTA MINING & MANUFACTURING CO.**          represented by   **ADAM J. JAGADICH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**EDWARD J. MCCAMBRIDGE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**MOTION INDUSTRIES INC**          represented by   **SARAH THOMAS PAGELS**
*TERMINATED: 08/02/2011*                           (See above for address)
*TERMINATED: 08/02/2011*

<u>Cross Defendant</u>

**NAVISTAR INC.**          represented by   **ADAM J. JAGADICH**
*TERMINATED: 09/29/2011*                    (See above for address)
*TERMINATED: 09/29/2011*
*LEAD ATTORNEY*

<u>Cross Defendant</u>

**OAKFABCO INC**
*TERMINATED: 10/05/2011*

<u>Cross Defendant</u>

**OWENS-ILLINOIS INC.**          represented by   **EDWARD M. CASMERE**
*TERMINATED: 03/19/2012*                           (See above for address)
*TERMINATED: 03/19/2012*

**JENNIFER MARIE STUDEBAKER**
(See above for address)
*TERMINATED: 03/19/2012*

**JOSHUA D. LEE**
(See above for address)
*TERMINATED: 03/19/2012*

**MATTHEW J. FISCHER**
(See above for address)

*TERMINATED: 03/19/2012*

**ROBERT H. RILEY**
(See above for address)
*TERMINATED: 03/19/2012*

**Cross Defendant**

**PNEUMO ABEX CORP**
*TERMINATED: 09/16/2011*

**Cross Defendant**

**RAPID AMERICAN**                    represented by  **MARK R. FELDMANN**
**CORPORATION**                                       (See above for address)
*TERMINATED: 01/31/2012*                              *TERMINATED: 01/31/2012*
                                                      *LEAD ATTORNEY*

**Cross Defendant**

**RSCC WIRE & CABLE**
*TERMINATED: 02/01/2012*

**Cross Defendant**

**SCHNEIDER ELECTRIC**
**ENGINEERING SERVICES**
*AS SUCCESSOR TO SQUARE D*
*COMPANY*
*TERMINATED: 03/08/2012*

**Cross Defendant**

**STANDCO INDUSTRIES INC**
*TERMINATED: 03/08/2012*

**Cross Defendant**

**THE OKONITE COMPANY**               represented by  **JAMES A. NIQUET**
*TERMINATED: 02/27/2012*                              (See above for address)
                                                      *TERMINATED: 02/27/2012*
                                                      *LEAD ATTORNEY*

**Cross Defendant**

**THE PROCTOR & GAMBLE**              represented by  **MARGARET O'SULLIVAN BYRNE**
**COMPANY**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **DERRICK L. HADDOX**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**TRANE US INC**
*TERMINATED: 08/24/2011*

<u>Cross Defendant</u>

**UNION CARBIDE CORP**
*TERMINATED: 11/08/2011*

<u>Cross Defendant</u>

**WAGNER ELECTRIC COMPANY**
*TERMINATED: 11/08/2011*

<u>Cross Claimant</u>

**MOTION INDUSTRIES INC**  represented by **SARAH THOMAS PAGELS**
*TERMINATED: 08/02/2011*       (See above for address)
              *TERMINATED: 08/02/2011*


V.

<u>Cross Defendant</u>

**MOTION INDUSTRIES INC**  represented by **SARAH THOMAS PAGELS**
*TERMINATED: 08/02/2011*        (See above for address)
              *TERMINATED: 08/02/2011*

<u>Cross Defendant</u>

**AW CHESTERTON COMPANY**
*TERMINATED: 10/17/2011*

<u>Cross Defendant</u>

**BAYER CROPSCIENCE INC.**
*AS SUCCESSOR TO RHONE*
*POULENC AG COMPANY INC &*
*BENJAMIN FOSTER INC.*
*TERMINATED: 11/08/2011*

<u>Cross Defendant</u>

**BECHTEL CORPORATION**
*TERMINATED: 09/23/2011*

<u>Cross Defendant</u>

**BORG-WARNER INC**
*TERMINATED: 07/19/2011*

<u>Cross Defendant</u>

**BRAKE SUPPLY CO INC**  represented by **JAMES A. NIQUET**
*TERMINATED: 08/24/2011*       (See above for address)
              *TERMINATED: 02/27/2012*
              *LEAD ATTORNEY*


<u>Cross Defendant</u>

**CBS CORPORATION**
*TERMINATED: 04/05/2012*

represented by **TEIRNEY S. CHRISTENSON**
(See above for address)
*TERMINATED: 04/05/2012*

<u>**Cross Defendant**</u>

**CECO FRICTION PRODUCTS INC.**
*TERMINATED: 09/07/2011*

<u>**Cross Defendant**</u>

**CERTAINTEED CORPORATION**
*TERMINATED: 01/31/2012*

represented by **DANIEL A. MANNA**
(See above for address)
*TERMINATED: 01/31/2012*

<u>**Cross Defendant**</u>

**CRANE CO.**
*TERMINATED: 10/13/2011*

<u>**Cross Defendant**</u>

**EATON ELECTRICAL INC.**
*AS SUCCESSOR TO CUTLER HAMMER INC.*
*TERMINATED: 08/09/2011*

<u>**Cross Defendant**</u>

**ELLIOTT COMPANY I**
*INDIVIDUALLY AND AS SUCCESSOR TO ELLIOTT TURBOMACHINERY COMPANY*
*TERMINATED: 11/08/2011*

<u>**Cross Defendant**</u>

**FENNER INC**
*TERMINATED: 11/08/2011*

<u>**Cross Defendant**</u>

**FOSTER WHEELER LLC**
*TERMINATED: 08/16/2011*

represented by **TIMOTHY D. PAGEL**
(See above for address)
*TERMINATED: 08/16/2011*

<u>**Cross Defendant**</u>

**GENERAL ELECTRIC COMPANY**
*TERMINATED: 04/05/2012*

represented by **AMANDA D. SUMMERLIN**
(See above for address)
*TERMINATED: 04/05/2012*

**JOHN ANTHONY FONSTAD**
(See above for address)
*TERMINATED: 04/05/2012*

<u>**Cross Defendant**</u>

**GENERAL REFRACTORIES
COMPANY**
*TERMINATED: 11/08/2011*

Cross Defendant

**GEORGIA-PACIFIC LLC,**
*TERMINATED: 11/08/2011*

Cross Defendant

**GOODRICH CORPORATION**          represented by   **JOHN J LAFFEY**
*TERMINATED: 08/02/2011*                          (See above for address)
                                                  *TERMINATED: 08/02/2011*

                                                  **SARAH THOMAS PAGELS**
                                                  (See above for address)
                                                  *TERMINATED: 08/02/2011*

                                                  **THOMAS GONZALEZ**
                                                  (See above for address)
                                                  *TERMINATED: 08/02/2011*

Cross Defendant

**GRAYBAR SERVICES INC**          represented by   **JAMES A. NIQUET**
*TERMINATED: 04/07/2011*                          (See above for address)
                                                  *TERMINATED: 02/27/2012*
                                                  *LEAD ATTORNEY*

Cross Defendant

**HONEYWELL INTERNATIONAL
INC**                             represented by   **LAURIE J. MCLEROY**
*TERMINATED: 08/26/2011*                          (See above for address)
                                                  *TERMINATED: 08/26/2011*
                                                  *LEAD ATTORNEY*

Cross Defendant

**INGERSOLL RAND COMPANY**
*TERMINATED: 08/24/2011*

Cross Defendant

**ITT CORPORATION**
*TERMINATED: 08/16/2011*

Cross Defendant

**MAREMONT CORPORATION**
*TERMINATED: 11/08/2011*

Cross Defendant

**MICHELIN NORTH AMERICA
INC.**
*AS SUCCESSOR TO UNIROYAL INC.*

*TERMINATED: 11/08/2011*

**Cross Defendant**

**MINNESOTA MINING &**               represented by  **ADAM J. JAGADICH**
**MANUFACTURING CO.**                                (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **EDWARD J. MCCAMBRIDGE**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**NAVISTAR INC.**                    represented by  **ADAM J. JAGADICH**
*TERMINATED: 09/29/2011*                             (See above for address)
                                                     *TERMINATED: 09/29/2011*
                                                     *LEAD ATTORNEY*

**Cross Defendant**

**OAKFABCO INC**
*TERMINATED: 10/05/2011*

**Cross Defendant**

**OWENS-ILLINOIS INC.**              represented by  **EDWARD M. CASMERE**
*TERMINATED: 03/19/2012*                             (See above for address)
                                                     *TERMINATED: 03/19/2012*

                                                     **JENNIFER MARIE STUDEBAKER**
                                                     (See above for address)
                                                     *TERMINATED: 03/19/2012*

                                                     **JOSHUA D. LEE**
                                                     (See above for address)
                                                     *TERMINATED: 03/19/2012*

                                                     **MATTHEW J. FISCHER**
                                                     (See above for address)
                                                     *TERMINATED: 03/19/2012*

                                                     **ROBERT H. RILEY**
                                                     (See above for address)
                                                     *TERMINATED: 03/19/2012*

**Cross Defendant**

**PNEUMO ABEX CORP**
*TERMINATED: 09/16/2011*

**Cross Defendant**

**RAPID AMERICAN**                   represented by  **MARK R. FELDMANN**

**CORPORATION**
*TERMINATED: 01/31/2012*

(See above for address)
*TERMINATED: 01/31/2012*
*LEAD ATTORNEY*

**Cross Defendant**

**RSCC WIRE & CABLE**
*TERMINATED: 02/01/2012*

**Cross Defendant**

**SCHNEIDER ELECTRIC
ENGINEERING SERVICES**
*AS SUCCESSOR TO SQUARE D
COMPANY*
*TERMINATED: 03/08/2012*

**Cross Defendant**

**STANDCO INDUSTRIES INC**
*TERMINATED: 03/08/2012*

**Cross Defendant**

**THE OKONITE COMPANY**
*TERMINATED: 02/27/2012*

represented by   **JAMES A. NIQUET**
(See above for address)
*TERMINATED: 02/27/2012*
*LEAD ATTORNEY*

**Cross Defendant**

**THE PROCTOR & GAMBLE
COMPANY**

represented by   **MARGARET O'SULLIVAN BYRNE**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DERRICK L. HADDOX**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**TRANE US INC**
*TERMINATED: 08/24/2011*

**Cross Defendant**

**UNION CARBIDE CORP**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**WAGNER ELECTRIC COMPANY**
*TERMINATED: 11/08/2011*

**Cross Claimant**

**GRAYBAR SERVICES INC**
*TERMINATED: 04/07/2011*

represented by **JAMES A. NIQUET**
(See above for address)
*TERMINATED: 02/27/2012*
*LEAD ATTORNEY*

V.

<u>**Cross Defendant**</u>

**GRAYBAR SERVICES INC**
*TERMINATED: 04/07/2011*

represented by **JAMES A. NIQUET**
(See above for address)
*TERMINATED: 02/27/2012*
*LEAD ATTORNEY*

<u>**Cross Defendant**</u>

**AW CHESTERTON COMPANY**
*TERMINATED: 10/17/2011*

<u>**Cross Defendant**</u>

**BAYER CROPSCIENCE INC.**
*AS SUCCESSOR TO RHONE POULENC AG COMPANY INC & BENJAMIN FOSTER INC.*
*TERMINATED: 11/08/2011*

<u>**Cross Defendant**</u>

**BECHTEL CORPORATION**
*TERMINATED: 09/23/2011*

<u>**Cross Defendant**</u>

**BORG-WARNER INC**
*TERMINATED: 07/19/2011*

<u>**Cross Defendant**</u>

**BRAKE SUPPLY CO INC**
*TERMINATED: 08/24/2011*

represented by **JAMES A. NIQUET**
(See above for address)
*TERMINATED: 02/27/2012*
*LEAD ATTORNEY*

<u>**Cross Defendant**</u>

**CBS CORPORATION**
*TERMINATED: 04/05/2012*

represented by **TEIRNEY S. CHRISTENSON**
(See above for address)
*TERMINATED: 04/05/2012*

<u>**Cross Defendant**</u>

**CECO FRICTION PRODUCTS INC.**
*TERMINATED: 09/07/2011*

<u>**Cross Defendant**</u>

**CERTAINTEED CORPORATION**          represented by **DANIEL A. MANNA**
*TERMINATED: 01/31/2012*                                    (See above for address)
                                                            *TERMINATED: 01/31/2012*

<u>Cross Defendant</u>

**CRANE CO.**
*TERMINATED: 10/13/2011*

<u>Cross Defendant</u>

**EATON ELECTRICAL INC.**
*AS SUCCESSOR TO CUTLER*
*HAMMER INC.*
*TERMINATED: 08/09/2011*

<u>Cross Defendant</u>

**ELLIOTT COMPANY I**
*INDIVIDUALLY AND AS SUCCESSOR*
*TO ELLIOTT TURBOMACHINERY*
*COMPANY*
*TERMINATED: 11/08/2011*

<u>Cross Defendant</u>

**FENNER INC**
*TERMINATED: 11/08/2011*

<u>Cross Defendant</u>

**FOSTER WHEELER LLC**          represented by **TIMOTHY D. PAGEL**
*TERMINATED: 08/16/2011*                                    (See above for address)
                                                            *TERMINATED: 08/16/2011*

<u>Cross Defendant</u>

**GENERAL ELECTRIC COMPANY**          represented by **AMANDA D. SUMMERLIN**
*TERMINATED: 04/05/2012*                                    (See above for address)
                                                            *TERMINATED: 04/05/2012*

                                                            **JOHN ANTHONY FONSTAD**
                                                            (See above for address)
                                                            *TERMINATED: 04/05/2012*

<u>Cross Defendant</u>

**GENERAL REFRACTORIES**
**COMPANY**
*TERMINATED: 11/08/2011*

<u>Cross Defendant</u>

**GEORGIA-PACIFIC LLC,**
*TERMINATED: 11/08/2011*

<u>Cross Defendant</u>

**GOODRICH CORPORATION**
*TERMINATED: 08/02/2011*

represented by **JOHN J LAFFEY**
(See above for address)
*TERMINATED: 08/02/2011*

**SARAH THOMAS PAGELS**
(See above for address)
*TERMINATED: 08/02/2011*

**THOMAS GONZALEZ**
(See above for address)
*TERMINATED: 08/02/2011*

<u>Cross Defendant</u>

**HONEYWELL INTERNATIONAL
INC**
*TERMINATED: 08/26/2011*

represented by **LAURIE J. MCLEROY**
(See above for address)
*TERMINATED: 08/26/2011*
*LEAD ATTORNEY*

<u>Cross Defendant</u>

**INGERSOLL RAND COMPANY**
*TERMINATED: 08/24/2011*

<u>Cross Defendant</u>

**ITT CORPORATION**
*TERMINATED: 08/16/2011*

represented by **CHRISTOPHER CONRAD**
(See above for address)
*TERMINATED: 08/16/2011*

<u>Cross Defendant</u>

**MAREMONT CORPORATION**
*TERMINATED: 11/08/2011*

<u>Cross Defendant</u>

**MICHELIN NORTH AMERICA
INC.**
*AS SUCCESSOR TO UNIROYAL INC.*
*TERMINATED: 11/08/2011*

<u>Cross Defendant</u>

**MINNESOTA MINING &
MANUFACTURING CO.**

represented by **ADAM J. JAGADICH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**EDWARD J. MCCAMBRIDGE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**MOTION INDUSTRIES INC**      represented by   **SARAH THOMAS PAGELS**
*TERMINATED: 08/02/2011*                         (See above for address)
                                                      *TERMINATED: 08/02/2011*

**Cross Defendant**

**NAVISTAR INC.**      represented by   **ADAM J. JAGADICH**
*TERMINATED: 09/29/2011*                         (See above for address)
                                                      *TERMINATED: 09/29/2011*
                                                         *LEAD ATTORNEY*

**Cross Defendant**

**OAKFABCO INC**
*TERMINATED: 10/05/2011*

**Cross Defendant**

**OWENS-ILLINOIS INC.**      represented by   **EDWARD M. CASMERE**
*TERMINATED: 03/19/2012*                         (See above for address)
                                                      *TERMINATED: 03/19/2012*

                                                  **JENNIFER MARIE STUDEBAKER**
                                                  (See above for address)
                                                  *TERMINATED: 03/19/2012*

                                                  **JOSHUA D. LEE**
                                                  (See above for address)
                                                  *TERMINATED: 03/19/2012*

                                                  **MATTHEW J. FISCHER**
                                                  (See above for address)
                                                  *TERMINATED: 03/19/2012*

                                                  **ROBERT H. RILEY**
                                                  (See above for address)
                                                  *TERMINATED: 03/19/2012*

**Cross Defendant**

**PNEUMO ABEX CORP**
*TERMINATED: 09/16/2011*

**Cross Defendant**

**RAPID AMERICAN**      represented by   **MARK R. FELDMANN**
**CORPORATION**                                    (See above for address)
*TERMINATED: 01/31/2012*                                            *TERMINATED: 01/31/2012*
                                                     *LEAD ATTORNEY*

**Cross Defendant**

**RSCC WIRE & CABLE**
*TERMINATED: 02/01/2012*

**Cross Defendant**

**SCHNEIDER ELECTRIC
ENGINEERING SERVICES**
*AS SUCCESSOR TO SQUARE D
COMPANY*
*TERMINATED: 03/08/2012*

<u>Cross Defendant</u>

**STANDCO INDUSTRIES INC**
*TERMINATED: 03/08/2012*

<u>Cross Defendant</u>

**THE OKONITE COMPANY**          represented by   **JAMES A. NIQUET**
*TERMINATED: 02/27/2012*                         (See above for address)
                                                 *TERMINATED: 02/27/2012*
                                                 *LEAD ATTORNEY*

<u>Cross Defendant</u>

**THE PROCTOR & GAMBLE**         represented by   **MARGARET O'SULLIVAN BYRNE**
**COMPANY**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **DERRICK L. HADDOX**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**TRANE US INC**
*TERMINATED: 08/24/2011*

<u>Cross Defendant</u>

**UNION CARBIDE CORP**
*TERMINATED: 11/08/2011*

<u>Cross Defendant</u>

**WAGNER ELECTRIC COMPANY**
*TERMINATED: 11/08/2011*

<u>Cross Claimant</u>

**THE OKONITE COMPANY**          represented by   **JAMES A. NIQUET**
*TERMINATED: 02/27/2012*                         (See above for address)
                                                 *TERMINATED: 02/27/2012*
                                                 *LEAD ATTORNEY*

V.

<u>Cross Defendant</u>

**THE OKONITE COMPANY**          represented by   **JAMES A. NIQUET**

*TERMINATED: 02/27/2012*                                    (See above for address)
                                                           *TERMINATED: 02/27/2012*
                                                           *LEAD ATTORNEY*

**Cross Defendant**

**AW CHESTERTON COMPANY**
*TERMINATED: 10/17/2011*

**Cross Defendant**

**BAYER CROPSCIENCE INC.**
*AS SUCCESSOR TO RHONE
POULENC AG COMPANY INC &
BENJAMIN FOSTER INC.
TERMINATED: 11/08/2011*

**Cross Defendant**

**BECHTEL CORPORATION**
*TERMINATED: 09/23/2011*

**Cross Defendant**

**BORG-WARNER INC**
*TERMINATED: 07/19/2011*

**Cross Defendant**

**BRAKE SUPPLY CO INC**          represented by   **JAMES A. NIQUET**
*TERMINATED: 08/24/2011*                          (See above for address)
                                                 *TERMINATED: 02/27/2012*
                                                 *LEAD ATTORNEY*

**Cross Defendant**

**CBS CORPORATION**              represented by   **TEIRNEY S. CHRISTENSON**
*TERMINATED: 04/05/2012*                          (See above for address)
                                                 *TERMINATED: 04/05/2012*

**Cross Defendant**

**CECO FRICTION PRODUCTS**       represented by   **AHNDREA R. VANDENELZEN**
**INC.**                                          (See above for address)
*TERMINATED: 09/07/2011*                          *TERMINATED: 09/28/2011*

**Cross Defendant**

**CERTAINTEED CORPORATION**      represented by   **DANIEL A. MANNA**
*TERMINATED: 01/31/2012*                          (See above for address)
                                                 *TERMINATED: 01/31/2012*

**Cross Defendant**

**CRANE CO.**                    represented by   **JOSHUA L JOHANNINGMEIER**
*TERMINATED: 10/13/2011*                          (See above for address)
                                                 *TERMINATED: 10/13/2011*

**Cross Defendant**

**EATON ELECTRICAL INC.**                    represented by   **STEVEN GUSTAF CARLSON**
*AS SUCCESSOR TO CUTLER*                                      (See above for address)
*HAMMER INC.*                                                *TERMINATED: 08/09/2011*
*TERMINATED: 08/09/2011*

**Cross Defendant**

**ELLIOTT COMPANY I**                        represented by   **JAMES A. NIQUET**
*INDIVIDUALLY AND AS SUCCESSOR*                               (See above for address)
*TO ELLIOTT TURBOMACHINERY*                                  *TERMINATED: 02/27/2012*
*COMPANY*                                                    *LEAD ATTORNEY*
*TERMINATED: 11/08/2011*

**Cross Defendant**

**FENNER INC**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**FOSTER WHEELER LLC**                       represented by   **TIMOTHY D. PAGEL**
*TERMINATED: 08/16/2011*                                     (See above for address)
                                                             *TERMINATED: 08/16/2011*

**Cross Defendant**

**GENERAL ELECTRIC COMPANY**                 represented by   **AMANDA D. SUMMERLIN**
*TERMINATED: 04/05/2012*                                     (See above for address)
                                                             *TERMINATED: 04/05/2012*

                                                             **JOHN ANTHONY FONSTAD**
                                                             (See above for address)
                                                             *TERMINATED: 04/05/2012*

**Cross Defendant**

**GENERAL REFRACTORIES
COMPANY**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**GEORGIA-PACIFIC LLC,**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**GOODRICH CORPORATION**                     represented by   **JOHN J LAFFEY**
*TERMINATED: 08/02/2011*                                     (See above for address)
                                                             *TERMINATED: 08/02/2011*

                                                             **SARAH THOMAS PAGELS**
                                                             (See above for address)
                                                             *TERMINATED: 08/02/2011*

**THOMAS GONZALEZ**
(See above for address)
*TERMINATED: 08/02/2011*

**Cross Defendant**

**GRAYBAR SERVICES INC**      represented by   **JAMES A. NIQUET**
*TERMINATED: 04/07/2011*                          (See above for address)
                                                          *TERMINATED: 02/27/2012*
                                                           *LEAD ATTORNEY*

**Cross Defendant**

**HONEYWELL INTERNATIONAL INC**      represented by   **LAURIE J. MCLEROY**
*TERMINATED: 08/26/2011*                              (See above for address)
                                                           *TERMINATED: 08/26/2011*
                                                           *LEAD ATTORNEY*

**Cross Defendant**

**INGERSOLL RAND COMPANY**
*TERMINATED: 08/24/2011*

**Cross Defendant**

**ITT CORPORATION**
*TERMINATED: 08/16/2011*

**Cross Defendant**

**MAREMONT CORPORATION**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**MICHELIN NORTH AMERICA INC.**
*AS SUCCESSOR TO UNIROYAL INC.*
*TERMINATED: 11/08/2011*

**Cross Defendant**

**MINNESOTA MINING & MANUFACTURING CO.**      represented by   **ADAM J. JAGADICH**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                      **EDWARD J. MCCAMBRIDGE**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**MOTION INDUSTRIES INC**      represented by   **SARAH THOMAS PAGELS**
*TERMINATED: 08/02/2011*                              (See above for address)
                                                           *TERMINATED: 08/02/2011*

**Cross Defendant**

**NAVISTAR INC.**
*TERMINATED: 09/29/2011*

represented by **ADAM J. JAGADICH**
(See above for address)
*TERMINATED: 09/29/2011*
*LEAD ATTORNEY*

**Cross Defendant**

**OAKFABCO INC**
*TERMINATED: 10/05/2011*

**Cross Defendant**

**OWENS-ILLINOIS INC.**
*TERMINATED: 03/19/2012*

represented by **EDWARD M. CASMERE**
(See above for address)
*TERMINATED: 03/19/2012*

**JENNIFER MARIE STUDEBAKER**
(See above for address)
*TERMINATED: 03/19/2012*

**JOSHUA D. LEE**
(See above for address)
*TERMINATED: 03/19/2012*

**MATTHEW J. FISCHER**
(See above for address)
*TERMINATED: 03/19/2012*

**ROBERT H. RILEY**
(See above for address)
*TERMINATED: 03/19/2012*

**Cross Defendant**

**PNEUMO ABEX CORP**
*TERMINATED: 09/16/2011*

**Cross Defendant**

**RAPID AMERICAN**
**CORPORATION**
*TERMINATED: 01/31/2012*

represented by **MARK R. FELDMANN**
(See above for address)
*TERMINATED: 01/31/2012*
*LEAD ATTORNEY*

**Cross Defendant**

**RSCC WIRE & CABLE**
*TERMINATED: 02/01/2012*

**Cross Defendant**

**SCHNEIDER ELECTRIC**
**ENGINEERING SERVICES**
*AS SUCCESSOR TO SQUARE D*

*COMPANY*
*TERMINATED: 03/08/2012*

<u>Cross Defendant</u>

**STANDCO INDUSTRIES INC**
*TERMINATED: 03/08/2012*

<u>Cross Defendant</u>

**THE PROCTOR & GAMBLE**          represented by **MARGARET O'SULLIVAN BYRNE**
**COMPANY**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DERRICK L. HADDOX**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**TRANE US INC**
*TERMINATED: 08/24/2011*

<u>Cross Defendant</u>

**UNION CARBIDE CORP**
*TERMINATED: 11/08/2011*

<u>Cross Defendant</u>

**WAGNER ELECTRIC COMPANY**
*TERMINATED: 11/08/2011*

<u>Cross Claimant</u>

**HONEYWELL INTERNATIONAL**          represented by **LAURIE J. MCLEROY**
**INC**                                              (See above for address)
*TERMINATED: 08/26/2011*                         *TERMINATED: 08/26/2011*
                                                 *LEAD ATTORNEY*

V.

<u>Cross Defendant</u>

**HONEYWELL INTERNATIONAL**          represented by **LAURIE J. MCLEROY**
**INC**                                              (See above for address)
*TERMINATED: 08/26/2011*                         *TERMINATED: 08/26/2011*
                                                 *LEAD ATTORNEY*

<u>Cross Defendant</u>

**AW CHESTERTON COMPANY**
*TERMINATED: 10/17/2011*

<u>Cross Defendant</u>

**BAYER CROPSCIENCE INC.**
*AS SUCCESSOR TO RHONE*
*POULENC AG COMPANY INC &*
*BENJAMIN FOSTER INC.*
*TERMINATED: 11/08/2011*

Cross Defendant

**BECHTEL CORPORATION**                 represented by  **KATHRYN R. DOWNEY**
*TERMINATED: 09/23/2011*                                (See above for address)
                                                        *TERMINATED: 09/23/2011*

Cross Defendant

**BORG-WARNER INC**
*TERMINATED: 07/19/2011*

Cross Defendant

**BRAKE SUPPLY CO INC**                 represented by  **JAMES A. NIQUET**
*TERMINATED: 08/24/2011*                                (See above for address)
                                                        *TERMINATED: 02/27/2012*
                                                        *LEAD ATTORNEY*

Cross Defendant

**CECO FRICTION PRODUCTS**
**INC.**
*TERMINATED: 09/07/2011*

Cross Defendant

**CERTAINTEED CORPORATION**             represented by  **DANIEL A. MANNA**
*TERMINATED: 01/31/2012*                                (See above for address)
                                                        *TERMINATED: 01/31/2012*

Cross Defendant

**CRANE CO.**                           represented by  **JOSHUA L JOHANNINGMEIER**
*TERMINATED: 10/13/2011*                                (See above for address)
                                                        *TERMINATED: 10/13/2011*

Cross Defendant

**EATON ELECTRICAL INC.**               represented by  **CARMEN N. ANDERSON**
*AS SUCCESSOR TO CUTLER*                                (See above for address)
*HAMMER INC.*                                           *TERMINATED: 08/09/2011*
*TERMINATED: 08/09/2011*

                                                        **JASON WAYNE RUBIN**
                                                        (See above for address)
                                                        *TERMINATED: 08/09/2011*

Cross Defendant

**ELLIOTT COMPANY I**                   represented by  **JAMES A. NIQUET**
*INDIVIDUALLY AND AS SUCCESSOR*                         (See above for address)
*TO ELLIOTT TURBOMACHINERY*                             *TERMINATED: 02/27/2012*

COMPANY                                              *LEAD ATTORNEY*
*TERMINATED: 11/08/2011*

**Cross Defendant**

**FENNER INC**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**FOSTER WHEELER LLC**              represented by   **TIMOTHY D. PAGEL**
*TERMINATED: 08/16/2011*                            (See above for address)
                                                    *TERMINATED: 08/16/2011*

**Cross Defendant**

**GENERAL ELECTRIC COMPANY**        represented by   **AMANDA D. SUMMERLIN**
*TERMINATED: 04/05/2012*                            (See above for address)
                                                    *TERMINATED: 04/05/2012*

                                                    **JOHN ANTHONY FONSTAD**
                                                    (See above for address)
                                                    *TERMINATED: 04/05/2012*

**Cross Defendant**

**GENERAL REFRACTORIES
COMPANY**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**GEORGIA-PACIFIC LLC,**            represented by   **MICHAEL W. DRUMKE**
*TERMINATED: 11/08/2011*                            (See above for address)
                                                    *TERMINATED: 11/08/2011*
                                                    *LEAD ATTORNEY*

**Cross Defendant**

**GOODRICH CORPORATION**            represented by   **JOHN J LAFFEY**
*TERMINATED: 08/02/2011*                            (See above for address)
                                                    *TERMINATED: 08/02/2011*

                                                    **MICHAEL DAVID ROSENBERG**
                                                    (See above for address)
                                                    *TERMINATED: 06/28/2011*

                                                    **SARAH THOMAS PAGELS**
                                                    (See above for address)
                                                    *TERMINATED: 08/02/2011*

                                                    **THOMAS GONZALEZ**
                                                    (See above for address)
                                                    *TERMINATED: 08/02/2011*

**Cross Defendant**

**GRAYBAR ELECTRIC**                    represented by   **JAMES A. NIQUET**
**COMPANY, INC.**                                       (See above for address)
*TERMINATED: 11/08/2011*                                *TERMINATED: 02/27/2012*
                                                        *LEAD ATTORNEY*

**Cross Defendant**

**INGERSOLL RAND COMPANY**
*TERMINATED: 08/24/2011*

**Cross Defendant**

**ITT CORPORATION**
*TERMINATED: 08/16/2011*

**Cross Defendant**

**MAREMONT CORPORATION**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**MICHELIN NORTH AMERICA**
**INC.**
*AS SUCCESSOR TO UNIROYAL INC.*
*TERMINATED: 11/08/2011*

**Cross Defendant**

**MINNESOTA MINING &**                  represented by   **ADAM J. JAGADICH**
**MANUFACTURING CO.**                                    (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **EDWARD J. MCCAMBRIDGE**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **BASIL A. DISIPIO**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**MOTION INDUSTRIES INC**                represented by   **JOHN J LAFFEY**
*TERMINATED: 08/02/2011*                                 (See above for address)
                                                        *TERMINATED: 08/02/2011*
                                                        *LEAD ATTORNEY*

**Cross Defendant**

**NAVISTAR INC.**                        represented by   **ADAM J. JAGADICH**
*TERMINATED: 09/29/2011*                                 (See above for address)
                                                        *TERMINATED: 09/29/2011*
                                                        *LEAD ATTORNEY*

**Cross Defendant**

**OAKFABCO INC**
*TERMINATED: 10/05/2011*

**Cross Defendant**

**OWENS-ILLINOIS INC.**          represented by   **EDWARD M. CASMERE**
*TERMINATED: 03/19/2012*                         (See above for address)
                                                 *TERMINATED: 03/19/2012*

                                                 **JENNIFER MARIE STUDEBAKER**
                                                 (See above for address)
                                                 *TERMINATED: 03/19/2012*

                                                 **JOSHUA D. LEE**
                                                 (See above for address)
                                                 *TERMINATED: 03/19/2012*

                                                 **MATTHEW J. FISCHER**
                                                 (See above for address)
                                                 *TERMINATED: 03/19/2012*

                                                 **ROBERT H. RILEY**
                                                 (See above for address)
                                                 *TERMINATED: 03/19/2012*

**Cross Defendant**

**PNEUMO ABEX CORP**
*TERMINATED: 09/16/2011*

**Cross Defendant**

**RAPID AMERICAN**                represented by   **MARK R. FELDMANN**
**CORPORATION**                                   (See above for address)
*TERMINATED: 01/31/2012*                          *TERMINATED: 01/31/2012*
                                                  *LEAD ATTORNEY*

**Cross Defendant**

**RSCC WIRE & CABLE**             represented by   **JOSEPH P. SULLIVAN**
*TERMINATED: 02/01/2012*                          (See above for address)
                                                  *TERMINATED: 02/01/2012*
                                                  *LEAD ATTORNEY*

**Cross Defendant**

**SCHNEIDER ELECTRIC**
**ENGINEERING SERVICES**
*AS SUCCESSOR TO SQUARE D*
*COMPANY*
*TERMINATED: 03/08/2012*

**Cross Defendant**

**STANDCO INDUSTRIES INC**
*TERMINATED: 03/08/2012*

Cross Defendant

**THE OKONITE COMPANY**                    represented by   **JAMES A. NIQUET**
*TERMINATED: 02/27/2012*                                   (See above for address)
                                                           *TERMINATED: 02/27/2012*
                                                           *LEAD ATTORNEY*

Cross Defendant

**THE PROCTOR & GAMBLE**                   represented by   **MARGARET O'SULLIVAN BYRNE**
**COMPANY**

                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **DERRICK L. HADDOX**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

Cross Defendant

**TRANE US INC**
*TERMINATED: 08/24/2011*

Cross Defendant

**UNION CARBIDE CORP**
*TERMINATED: 11/08/2011*

Cross Defendant

**WAGNER ELECTRIC COMPANY**
*TERMINATED: 11/08/2011*

Cross Claimant

**PNEUMO ABEX CORP**
*TERMINATED: 09/16/2011*

V.

Cross Defendant

**PNEUMO ABEX CORP**
*TERMINATED: 09/16/2011*

Cross Defendant

**LLOYD ANDERSON**
*TERMINATED: 03/08/2012*

Cross Defendant

**AW CHESTERTON COMPANY**
*TERMINATED: 10/17/2011*

**Cross Defendant**

**BAYER CROPSCIENCE INC.**
*AS SUCCESSOR TO RHONE*
*POULENC AG COMPANY INC &*
*BENJAMIN FOSTER INC.*
*TERMINATED: 11/08/2011*

**Cross Defendant**

**BECHTEL CORPORATION**
*TERMINATED: 09/23/2011*

**Cross Defendant**

**BORG-WARNER INC**
*TERMINATED: 07/19/2011*

**Cross Defendant**

**BRAKE SUPPLY CO INC**              represented by   **JAMES A. NIQUET**
*TERMINATED: 08/24/2011*                             (See above for address)
                                                     *TERMINATED: 02/27/2012*
                                                     *LEAD ATTORNEY*

**Cross Defendant**

**CECO FRICTION PRODUCTS**
**INC.**
*TERMINATED: 09/07/2011*

**Cross Defendant**

**CERTAINTEED CORPORATION**          represented by   **DANIEL A. MANNA**
*TERMINATED: 01/31/2012*                             (See above for address)
                                                     *TERMINATED: 01/31/2012*

**Cross Defendant**

**CRANE CO.**                        represented by   **JOSHUA L JOHANNINGMEIER**
*TERMINATED: 10/13/2011*                             (See above for address)
                                                     *TERMINATED: 10/13/2011*

**Cross Defendant**

**EATON ELECTRICAL INC.**            represented by   **STEVEN GUSTAF CARLSON**
*AS SUCCESSOR TO CUTLER*                             (See above for address)
*HAMMER INC.*                                        *TERMINATED: 08/09/2011*
*TERMINATED: 08/09/2011*

**Cross Defendant**

**ELLIOTT COMPANY I**                represented by   **JAMES A. NIQUET**
*INDIVIDUALLY AND AS SUCCESSOR*                      (See above for address)
*TO ELLIOTT TURBOMACHINERY*                          *TERMINATED: 02/27/2012*
*COMPANY*                                            *LEAD ATTORNEY*
*TERMINATED: 11/08/2011*

**Cross Defendant**

**FENNER INC**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**FOSTER WHEELER LLC**                represented by   **TIMOTHY D. PAGEL**
*TERMINATED: 08/16/2011*                              (See above for address)
                                                      *TERMINATED: 08/16/2011*

**Cross Defendant**

**GENERAL ELECTRIC COMPANY**          represented by   **AMANDA D. SUMMERLIN**
*TERMINATED: 04/05/2012*                              (See above for address)
                                                      *TERMINATED: 04/05/2012*

                                                      **JOHN ANTHONY FONSTAD**
                                                      (See above for address)
                                                      *TERMINATED: 04/05/2012*

**Cross Defendant**

**GENERAL REFRACTORIES
COMPANY**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**GEORGIA-PACIFIC LLC,**              represented by   **MICHAEL W. DRUMKE**
*TERMINATED: 11/08/2011*                              (See above for address)
                                                      *TERMINATED: 11/08/2011*
                                                      *LEAD ATTORNEY*

**Cross Defendant**

**GOODRICH CORPORATION**              represented by   **JOHN J LAFFEY**
*TERMINATED: 08/02/2011*                              (See above for address)
                                                      *TERMINATED: 08/02/2011*

                                                      **MICHAEL DAVID ROSENBERG**
                                                      (See above for address)
                                                      *TERMINATED: 06/28/2011*

                                                      **SARAH THOMAS PAGELS**
                                                      (See above for address)
                                                      *TERMINATED: 08/02/2011*

                                                      **THOMAS GONZALEZ**
                                                      (See above for address)
                                                      *TERMINATED: 08/02/2011*

**Cross Defendant**

**GRAYBAR ELECTRIC**                  represented by   **JAMES A. NIQUET**
**COMPANY, INC.**                                     (See above for address)

*TERMINATED: 11/08/2011*

*TERMINATED: 02/27/2012*
*LEAD ATTORNEY*

**Cross Defendant**

**HONEYWELL INTERNATIONAL INC**
*TERMINATED: 08/26/2011*

represented by **LAURIE J. MCLEROY**
(See above for address)
*TERMINATED: 08/26/2011*
*LEAD ATTORNEY*

**Cross Defendant**

**INGERSOLL RAND COMPANY**
*TERMINATED: 08/24/2011*

**Cross Defendant**

**ITT CORPORATION**
*TERMINATED: 08/16/2011*

represented by **CHRISTOPHER CONRAD**
(See above for address)
*TERMINATED: 08/16/2011*

**Cross Defendant**

**MAREMONT CORPORATION**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**MICHELIN NORTH AMERICA INC.**
*AS SUCCESSOR TO UNIROYAL INC.*
*TERMINATED: 11/08/2011*

**Cross Defendant**

**MINNESOTA MINING & MANUFACTURING CO.**

represented by **ADAM J. JAGADICH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**EDWARD J. MCCAMBRIDGE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**MOTION INDUSTRIES INC**
*TERMINATED: 08/02/2011*

represented by **SARAH THOMAS PAGELS**
(See above for address)
*TERMINATED: 08/02/2011*

**Cross Defendant**

**NAVISTAR INC.**
*TERMINATED: 09/29/2011*

represented by **ADAM J. JAGADICH**
(See above for address)
*TERMINATED: 09/29/2011*
*LEAD ATTORNEY*

**Cross Defendant**

**OAKFABCO INC**
*TERMINATED: 10/05/2011*

**Cross Defendant**

**OWENS-ILLINOIS INC.**          represented by   **EDWARD M. CASMERE**
*TERMINATED: 03/19/2012*                          (See above for address)
                                                  *TERMINATED: 03/19/2012*

                                                  **JENNIFER MARIE STUDEBAKER**
                                                  (See above for address)
                                                  *TERMINATED: 03/19/2012*

                                                  **JOSHUA D. LEE**
                                                  (See above for address)
                                                  *TERMINATED: 03/19/2012*

                                                  **MATTHEW J. FISCHER**
                                                  (See above for address)
                                                  *TERMINATED: 03/19/2012*

                                                  **ROBERT H. RILEY**
                                                  (See above for address)
                                                  *TERMINATED: 03/19/2012*

**Cross Defendant**

**RAPID AMERICAN**          represented by   **MARK R. FELDMANN**
**CORPORATION**                              (See above for address)
*TERMINATED: 01/31/2012*                     *TERMINATED: 01/31/2012*
                                             *LEAD ATTORNEY*

**Cross Defendant**

**RSCC WIRE & CABLE**          represented by   **JOSEPH P. SULLIVAN**
*TERMINATED: 02/01/2012*                        (See above for address)
                                                *TERMINATED: 02/01/2012*
                                                *LEAD ATTORNEY*

**Cross Defendant**

**SCHNEIDER ELECTRIC**
**ENGINEERING SERVICES**
*AS SUCCESSOR TO SQUARE D*
*COMPANY*
*TERMINATED: 03/08/2012*

**Cross Defendant**

**STANDCO INDUSTRIES INC**
*TERMINATED: 03/08/2012*

**Cross Defendant**

**THE OKONITE COMPANY**
*TERMINATED: 02/27/2012*

represented by **JAMES A. NIQUET**
(See above for address)
*TERMINATED: 02/27/2012*
*LEAD ATTORNEY*

**Cross Defendant**

**THE PROCTOR & GAMBLE COMPANY**

represented by **MARGARET O'SULLIVAN BYRNE**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DERRICK L. HADDOX**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**TRANE US INC**
*TERMINATED: 08/24/2011*

**Cross Defendant**

**UNION CARBIDE CORP**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**WAGNER ELECTRIC COMPANY**
*TERMINATED: 11/08/2011*

**Cross Claimant**

**SCHNEIDER ELECTRIC ENGINEERING SERVICES**
*AS SUCCESSOR TO SQUARE D COMPANY*
*TERMINATED: 03/08/2012*

represented by **KATHRYN R. DOWNEY**
(See above for address)
*TERMINATED: 03/08/2012*
*LEAD ATTORNEY*

V.

**Cross Defendant**

**SCHNEIDER ELECTRIC ENGINEERING SERVICES**
*AS SUCCESSOR TO SQUARE D COMPANY*
*TERMINATED: 03/08/2012*

represented by **KATHRYN R. DOWNEY**
(See above for address)
*TERMINATED: 03/08/2012*
*LEAD ATTORNEY*

**Cross Defendant**

**AW CHESTERTON COMPANY**
*TERMINATED: 10/17/2011*

**Cross Defendant**

**BAYER CROPSCIENCE INC.**
*AS SUCCESSOR TO RHONE*
*POULENC AG COMPANY INC &*
*BENJAMIN FOSTER INC.*
*TERMINATED: 11/08/2011*

<u>Cross Defendant</u>

**BECHTEL CORPORATION**          represented by   **KATHRYN R. DOWNEY**
*TERMINATED: 09/23/2011*                         (See above for address)
                                                 *TERMINATED: 09/23/2011*

<u>Cross Defendant</u>

**BORG-WARNER INC**
*TERMINATED: 07/19/2011*

<u>Cross Defendant</u>

**BRAKE SUPPLY CO INC**          represented by   **JAMES A. NIQUET**
*TERMINATED: 08/24/2011*                         (See above for address)
                                                 *TERMINATED: 02/27/2012*
                                                 *LEAD ATTORNEY*

<u>Cross Defendant</u>

**CECO FRICTION PRODUCTS**
**INC.**
*TERMINATED: 09/07/2011*

<u>Cross Defendant</u>

**CERTAINTEED CORPORATION**      represented by   **DANIEL A. MANNA**
*TERMINATED: 01/31/2012*                         (See above for address)
                                                 *TERMINATED: 01/31/2012*

<u>Cross Defendant</u>

**CRANE CO.**                    represented by   **JOSHUA L JOHANNINGMEIER**
*TERMINATED: 10/13/2011*                         (See above for address)
                                                 *TERMINATED: 10/13/2011*

<u>Cross Defendant</u>

**EATON ELECTRICAL INC.**        represented by   **CARMEN N. ANDERSON**
*AS SUCCESSOR TO CUTLER*                          (See above for address)
*HAMMER INC.*                                     *TERMINATED: 08/09/2011*
*TERMINATED: 08/09/2011*

                                                 **JASON WAYNE RUBIN**
                                                 (See above for address)
                                                 *TERMINATED: 08/09/2011*

<u>Cross Defendant</u>

**ELLIOTT COMPANY I**            represented by   **JAMES A. NIQUET**
*INDIVIDUALLY AND AS SUCCESSOR*                   (See above for address)
*TO ELLIOTT TURBOMACHINERY*                       *TERMINATED: 02/27/2012*

| COMPANY | LEAD ATTORNEY |
|---|---|

*TERMINATED: 11/08/2011*

**Cross Defendant**

**FENNER INC**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**FOSTER WHEELER LLC**              represented by   **TIMOTHY D. PAGEL**
*TERMINATED: 08/16/2011*                             (See above for address)
                                                     *TERMINATED: 08/16/2011*

**Cross Defendant**

**GENERAL ELECTRIC COMPANY**       represented by   **AMANDA D. SUMMERLIN**
*TERMINATED: 04/05/2012*                             (See above for address)
                                                     *TERMINATED: 04/05/2012*

                                                     **JOHN ANTHONY FONSTAD**
                                                     (See above for address)
                                                     *TERMINATED: 04/05/2012*

**Cross Defendant**

**GENERAL REFRACTORIES
COMPANY**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**GEORGIA-PACIFIC LLC,**           represented by   **MICHAEL W. DRUMKE**
*TERMINATED: 11/08/2011*                             (See above for address)
                                                     *TERMINATED: 11/08/2011*
                                                     *LEAD ATTORNEY*

**Cross Defendant**

**GOODRICH CORPORATION**           represented by   **JOHN J LAFFEY**
*TERMINATED: 08/02/2011*                             (See above for address)
                                                     *TERMINATED: 08/02/2011*

                                                     **MICHAEL DAVID ROSENBERG**
                                                     (See above for address)
                                                     *TERMINATED: 06/28/2011*

                                                     **SARAH THOMAS PAGELS**
                                                     (See above for address)
                                                     *TERMINATED: 08/02/2011*

                                                     **THOMAS GONZALEZ**
                                                     (See above for address)
                                                     *TERMINATED: 08/02/2011*

**Cross Defendant**

**GRAYBAR ELECTRIC**           represented by  **JAMES A. NIQUET**
**COMPANY, INC.**                           (See above for address)
*TERMINATED: 11/08/2011*                    *TERMINATED: 02/27/2012*
                                          *LEAD ATTORNEY*

**Cross Defendant**

**HONEYWELL INTERNATIONAL**    represented by  **LAURIE J. MCLEROY**
**INC**                                   (See above for address)
*TERMINATED: 08/26/2011*                    *TERMINATED: 08/26/2011*
                                          *LEAD ATTORNEY*

**Cross Defendant**

**INGERSOLL RAND COMPANY**
*TERMINATED: 08/24/2011*

**Cross Defendant**

**ITT CORPORATION**
*TERMINATED: 08/16/2011*

**Cross Defendant**

**MAREMONT CORPORATION**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**MICHELIN NORTH AMERICA**
**INC.**
*AS SUCCESSOR TO UNIROYAL INC.*
*TERMINATED: 11/08/2011*

**Cross Defendant**

**MINNESOTA MINING &**           represented by  **ADAM J. JAGADICH**
**MANUFACTURING CO.**                        (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                    **EDWARD J. MCCAMBRIDGE**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

                                      **BASIL A. DISIPIO**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**MOTION INDUSTRIES INC**        represented by  **JOHN J LAFFEY**
*TERMINATED: 08/02/2011*                    (See above for address)
                                      *TERMINATED: 08/02/2011*
                                      *LEAD ATTORNEY*

**Cross Defendant**

**NAVISTAR INC.**                    represented by   **ADAM J. JAGADICH**
*TERMINATED: 09/29/2011*                              (See above for address)
                                                      *TERMINATED: 09/29/2011*
                                                      *LEAD ATTORNEY*

**Cross Defendant**

**OAKFABCO INC**
*TERMINATED: 10/05/2011*

**Cross Defendant**

**OWENS-ILLINOIS INC.**              represented by   **EDWARD M. CASMERE**
*TERMINATED: 03/19/2012*                              (See above for address)
                                                      *TERMINATED: 03/19/2012*

                                                      **JENNIFER MARIE STUDEBAKER**
                                                      (See above for address)
                                                      *TERMINATED: 03/19/2012*

                                                      **JOSHUA D. LEE**
                                                      (See above for address)
                                                      *TERMINATED: 03/19/2012*

                                                      **MATTHEW J. FISCHER**
                                                      (See above for address)
                                                      *TERMINATED: 03/19/2012*

                                                      **ROBERT H. RILEY**
                                                      (See above for address)
                                                      *TERMINATED: 03/19/2012*

**Cross Defendant**

**PNEUMO ABEX CORP**                 represented by   **JEROME D. FERIANCEK**
*TERMINATED: 09/16/2011*                              (See above for address)
                                                      *TERMINATED: 09/16/2011*

**Cross Defendant**

**RAPID AMERICAN**                   represented by   **MARK R. FELDMANN**
**CORPORATION**                                       (See above for address)
*TERMINATED: 01/31/2012*                              *TERMINATED: 01/31/2012*
                                                      *LEAD ATTORNEY*

**Cross Defendant**

**RSCC WIRE & CABLE**                represented by   **JOSEPH P. SULLIVAN**
*TERMINATED: 02/01/2012*                              (See above for address)
                                                      *TERMINATED: 02/01/2012*
                                                      *LEAD ATTORNEY*

**Cross Defendant**

**STANDCO INDUSTRIES INC**
*TERMINATED: 03/08/2012*

<u>Cross Defendant</u>

**THE OKONITE COMPANY**                    represented by   **JAMES A. NIQUET**
*TERMINATED: 02/27/2012*                                     (See above for address)
                                                            *TERMINATED: 02/27/2012*
                                                            *LEAD ATTORNEY*

<u>Cross Defendant</u>

**THE PROCTOR & GAMBLE**                   represented by   **MARGARET O'SULLIVAN BYRNE**
**COMPANY**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **DERRICK L. HADDOX**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**TRANE US INC**
*TERMINATED: 08/24/2011*

<u>Cross Defendant</u>

**UNION CARBIDE CORP**
*TERMINATED: 11/08/2011*

<u>Cross Defendant</u>

**WAGNER ELECTRIC COMPANY**
*TERMINATED: 11/08/2011*

<u>Cross Claimant</u>

**BRAKE SUPPLY CO INC**
*TERMINATED: 11/08/2011*

V.

<u>Cross Defendant</u>

**AW CHESTERTON COMPANY**                  represented by   **JON BAROOSHIAN**
*TERMINATED: 10/17/2011*                                     (See above for address)
                                                            *TERMINATED: 10/17/2011*
                                                            *LEAD ATTORNEY*

<u>Cross Defendant</u>

**BAYER CROPSCIENCE INC.**
*AS SUCCESSOR TO RHONE*
*POULENC AG COMPANY INC &*
*BENJAMIN FOSTER INC.*

*TERMINATED: 11/08/2011*

**Cross Defendant**

**CERTAINTEED CORPORATION**                    represented by    **DANIEL A. MANNA**
*TERMINATED: 01/31/2012*                                         (See above for address)
                                                                 *TERMINATED: 01/31/2012*

**Cross Defendant**

**CRANE CO.**                                  represented by    **JOSHUA L JOHANNINGMEIER**
*TERMINATED: 10/13/2011*                                         (See above for address)
                                                                 *TERMINATED: 10/13/2011*

**Cross Defendant**

**ELLIOTT COMPANY I**                          represented by    **JAMES A. NIQUET**
*INDIVIDUALLY AND AS SUCCESSOR*                                  (See above for address)
*TO ELLIOTT TURBOMACHINERY*                                      *TERMINATED: 02/27/2012*
*COMPANY*                                                        *LEAD ATTORNEY*
*TERMINATED: 11/08/2011*

**Cross Defendant**

**FENNER INC**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**GENERAL ELECTRIC COMPANY**                   represented by    **AMANDA D. SUMMERLIN**
*TERMINATED: 04/05/2012*                                         (See above for address)
                                                                 *TERMINATED: 04/05/2012*

                                                                 **DANIEL J. MULHOLLAND**
                                                                 (See above for address)
                                                                 *TERMINATED: 04/05/2012*

                                                                 **DAVID M. SETTER**
                                                                 (See above for address)
                                                                 *TERMINATED: 04/05/2012*

                                                                 **JOHN ANTHONY FONSTAD**
                                                                 (See above for address)
                                                                 *TERMINATED: 04/05/2012*

                                                                 **JOHN M. SEEBOHM**
                                                                 (See above for address)
                                                                 *TERMINATED: 04/05/2012*

                                                                 **THOMAS W. TARDY , III**
                                                                 (See above for address)
                                                                 *TERMINATED: 04/05/2012*

                                                                 **WALTER G. WATKINS , JR.**
                                                                 (See above for address)

*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**GENERAL REFRACTORIES**
**COMPANY**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**GEORGIA-PACIFIC LLC,**              represented by   **MICHAEL W. DRUMKE**
*TERMINATED: 11/08/2011*                               (See above for address)
                                                       *TERMINATED: 11/08/2011*
                                                       *LEAD ATTORNEY*

**Cross Defendant**

**GRAYBAR ELECTRIC**                  represented by   **JAMES A. NIQUET**
**COMPANY, INC.**                                      (See above for address)
*TERMINATED: 11/08/2011*                               *TERMINATED: 02/27/2012*
                                                       *LEAD ATTORNEY*

**Cross Defendant**

**MAREMONT CORPORATION**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**MICHELIN NORTH AMERICA**
**INC.**
*AS SUCCESSOR TO UNIROYAL INC.*
*TERMINATED: 11/08/2011*

**Cross Defendant**

**MINNESOTA MINING &**               represented by   **ADAM J. JAGADICH**
**MANUFACTURING CO.**                                  (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **EDWARD J. MCCAMBRIDGE**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **BASIL A. DISIPIO**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**NAVISTAR INC.**                    represented by   **ADAM J. JAGADICH**
*TERMINATED: 09/29/2011*                               (See above for address)
                                                       *TERMINATED: 09/29/2011*
                                                       *LEAD ATTORNEY*

**Cross Defendant**

**OAKFABCO INC**                      represented by  **BRETT B LARSEN**
*TERMINATED: 10/05/2011*                              (See above for address)
                                                     *TERMINATED: 10/05/2011*


**Cross Defendant**

**OWENS-ILLINOIS INC.**               represented by  **EDWARD M. CASMERE**
*TERMINATED: 03/19/2012*                              (See above for address)
                                                     *TERMINATED: 03/19/2012*

                                                     **JENNIFER MARIE STUDEBAKER**
                                                     (See above for address)
                                                     *TERMINATED: 03/19/2012*

                                                     **JOSHUA D. LEE**
                                                     (See above for address)
                                                     *TERMINATED: 03/19/2012*

                                                     **MATTHEW J. FISCHER**
                                                     (See above for address)
                                                     *TERMINATED: 03/19/2012*

                                                     **ROBERT H. RILEY**
                                                     (See above for address)
                                                     *TERMINATED: 03/19/2012*


**Cross Defendant**

**RAPID AMERICAN**                    represented by  **MARK R. FELDMANN**
**CORPORATION**                                       (See above for address)
*TERMINATED: 01/31/2012*                              *TERMINATED: 01/31/2012*
                                                     *LEAD ATTORNEY*


**Cross Defendant**

**RSCC WIRE & CABLE**                 represented by  **JOSEPH P. SULLIVAN**
*TERMINATED: 02/01/2012*                              (See above for address)
                                                     *TERMINATED: 02/01/2012*
                                                     *LEAD ATTORNEY*


**Cross Defendant**

**SCHNEIDER ELECTRIC**                represented by  **KATHRYN R. DOWNEY**
**ENGINEERING SERVICES**                              (See above for address)
*AS SUCCESSOR TO SQUARE D*                            *TERMINATED: 03/08/2012*
*COMPANY*                                             *LEAD ATTORNEY*
*TERMINATED: 03/08/2012*


**Cross Defendant**

**STANDCO INDUSTRIES INC**
*TERMINATED: 03/08/2012*

**Cross Defendant**

**THE OKONITE COMPANY**                represented by   **JAMES A. NIQUET**
*TERMINATED: 02/27/2012*                                (See above for address)
                                                        *TERMINATED: 02/27/2012*
                                                        *LEAD ATTORNEY*

**Cross Defendant**

**THE PROCTOR & GAMBLE**               represented by   **MARGARET O'SULLIVAN BYRNE**
**COMPANY**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **DERRICK L. HADDOX**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**UNION CARBIDE CORP**                 represented by   **ROBERT N. SPINELLI**
*TERMINATED: 11/08/2011*                                (See above for address)
                                                        *TERMINATED: 11/08/2011*

**Cross Defendant**

**WAGNER ELECTRIC COMPANY**
*TERMINATED: 11/08/2011*

**Cross Claimant**

**ELLIOTT COMPANY I**                  represented by   **JAMES A. NIQUET**
*INDIVIDUALLY AND AS SUCCESSOR*                         (See above for address)
*TO ELLIOTT TURBOMACHINERY*                             *TERMINATED: 02/27/2012*
*COMPANY*                                               *LEAD ATTORNEY*
*TERMINATED: 11/08/2011*

V.

**Cross Defendant**

**ELLIOTT COMPANY I**                  represented by   **JAMES A. NIQUET**
*INDIVIDUALLY AND AS SUCCESSOR*                         (See above for address)
*TO ELLIOTT TURBOMACHINERY*                             *TERMINATED: 02/27/2012*
*COMPANY*                                               *LEAD ATTORNEY*
*TERMINATED: 11/08/2011*

**Cross Defendant**

**AW CHESTERTON COMPANY**              represented by   **JON BAROOSHIAN**
*TERMINATED: 10/17/2011*                                (See above for address)
                                                        *TERMINATED: 10/17/2011*
                                                        *LEAD ATTORNEY*

**Cross Defendant**

**BAYER CROPSCIENCE INC.**
*AS SUCCESSOR TO RHONE*
*POULENC AG COMPANY INC &*
*BENJAMIN FOSTER INC.*
*TERMINATED: 11/08/2011*

<u>Cross Defendant</u>

**CERTAINTEED CORPORATION**     represented by   **DANIEL A. MANNA**
*TERMINATED: 01/31/2012*                                      (See above for address)
                                                               *TERMINATED: 01/31/2012*

<u>Cross Defendant</u>

**CRANE CO.**     represented by   **JOSHUA L JOHANNINGMEIER**
*TERMINATED: 10/13/2011*                                      (See above for address)
                                                               *TERMINATED: 10/13/2011*

<u>Cross Defendant</u>

**FENNER INC**
*TERMINATED: 11/08/2011*

<u>Cross Defendant</u>

**GENERAL ELECTRIC COMPANY**     represented by   **AMANDA D. SUMMERLIN**
*TERMINATED: 04/05/2012*                                      (See above for address)
                                                               *TERMINATED: 04/05/2012*

                                                               **DANIEL J. MULHOLLAND**
                                                               (See above for address)
                                                                *TERMINATED: 04/05/2012*

                                                               **DAVID M. SETTER**
                                                                (See above for address)
                                                                *TERMINATED: 04/05/2012*

                                                               **JOHN ANTHONY FONSTAD**
                                                                (See above for address)
                                                                *TERMINATED: 04/05/2012*

                                                               **JOHN M. SEEBOHM**
                                                                (See above for address)
                                                                *TERMINATED: 04/05/2012*

                                                               **THOMAS W. TARDY , III**
                                                                (See above for address)
                                                                *TERMINATED: 04/05/2012*

                                                               **WALTER G. WATKINS , JR.**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**GENERAL REFRACTORIES COMPANY**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**GEORGIA-PACIFIC LLC,**
*TERMINATED: 11/08/2011*

represented by **MICHAEL W. DRUMKE**
(See above for address)
*TERMINATED: 11/08/2011*
*LEAD ATTORNEY*

**Cross Defendant**

**GRAYBAR ELECTRIC COMPANY, INC.**
*TERMINATED: 11/08/2011*

represented by **JAMES A. NIQUET**
(See above for address)
*TERMINATED: 02/27/2012*
*LEAD ATTORNEY*

**Cross Defendant**

**MAREMONT CORPORATION**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**MICHELIN NORTH AMERICA INC.**
*AS SUCCESSOR TO UNIROYAL INC.*
*TERMINATED: 11/08/2011*

**Cross Defendant**

**MINNESOTA MINING & MANUFACTURING CO.**

represented by **ADAM J. JAGADICH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**EDWARD J. MCCAMBRIDGE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**BASIL A. DISIPIO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**NAVISTAR INC.**
*TERMINATED: 09/29/2011*

represented by **ADAM J. JAGADICH**
(See above for address)
*TERMINATED: 09/29/2011*
*LEAD ATTORNEY*

**Cross Defendant**

**OAKFABCO INC**

represented by **BRETT B LARSEN**

*TERMINATED: 10/05/2011*                          (See above for address)
                                                  *TERMINATED: 10/05/2011*

**Cross Defendant**

**OWENS-ILLINOIS INC.**              represented by   **EDWARD M. CASMERE**
*TERMINATED: 03/19/2012*                             (See above for address)
                                                     *TERMINATED: 03/19/2012*

                                                     **JENNIFER MARIE STUDEBAKER**
                                                     (See above for address)
                                                     *TERMINATED: 03/19/2012*

                                                     **JOSHUA D. LEE**
                                                     (See above for address)
                                                     *TERMINATED: 03/19/2012*

                                                     **MATTHEW J. FISCHER**
                                                     (See above for address)
                                                     *TERMINATED: 03/19/2012*

                                                     **ROBERT H. RILEY**
                                                     (See above for address)
                                                     *TERMINATED: 03/19/2012*

**Cross Defendant**

**RAPID AMERICAN**                   represented by   **MARK R. FELDMANN**
**CORPORATION**                                      (See above for address)
*TERMINATED: 01/31/2012*                             *TERMINATED: 01/31/2012*
                                                     *LEAD ATTORNEY*

**Cross Defendant**

**RSCC WIRE & CABLE**                represented by   **JOSEPH P. SULLIVAN**
*TERMINATED: 02/01/2012*                             (See above for address)
                                                     *TERMINATED: 02/01/2012*
                                                     *LEAD ATTORNEY*

**Cross Defendant**

**SCHNEIDER ELECTRIC**               represented by   **KATHRYN R. DOWNEY**
**ENGINEERING SERVICES**                             (See above for address)
*AS SUCCESSOR TO SQUARE D*                            *TERMINATED: 03/08/2012*
*COMPANY*                                            *LEAD ATTORNEY*
*TERMINATED: 03/08/2012*

**Cross Defendant**

**STANDCO INDUSTRIES INC**           represented by   **MARK D. MALLOY**
*TERMINATED: 03/08/2012*                             (See above for address)
                                                     *TERMINATED: 03/08/2012*
                                                     *LEAD ATTORNEY*

**Cross Defendant**

**THE OKONITE COMPANY**          represented by   **JAMES A. NIQUET**
*TERMINATED: 02/27/2012*                         (See above for address)
                                                 *TERMINATED: 02/27/2012*
                                                 *LEAD ATTORNEY*

**Cross Defendant**

**THE PROCTOR & GAMBLE**          represented by   **MARGARET O'SULLIVAN BYRNE**
**COMPANY**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **DERRICK L. HADDOX**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**UNION CARBIDE CORP**          represented by   **ROBERT N. SPINELLI**
*TERMINATED: 11/08/2011*                         (See above for address)
                                                 *TERMINATED: 11/08/2011*

**Cross Defendant**

**WAGNER ELECTRIC COMPANY**
*TERMINATED: 11/08/2011*

**Cross Claimant**

**GRAYBAR ELECTRIC**          represented by   **JAMES A. NIQUET**
**COMPANY, INC.**                              (See above for address)
*TERMINATED: 11/08/2011*                       *TERMINATED: 02/27/2012*
                                               *LEAD ATTORNEY*

V.

**Cross Defendant**

**GRAYBAR ELECTRIC**          represented by   **JAMES A. NIQUET**
**COMPANY, INC.**                              (See above for address)
*TERMINATED: 11/08/2011*                       *TERMINATED: 02/27/2012*
                                               *LEAD ATTORNEY*

**Cross Defendant**

**AW CHESTERTON COMPANY**          represented by   **JON BAROOSHIAN**
*TERMINATED: 10/17/2011*                            (See above for address)
                                                    *TERMINATED: 10/17/2011*
                                                    *LEAD ATTORNEY*

**Cross Defendant**

**BAYER CROPSCIENCE INC.**
*AS SUCCESSOR TO RHONE*
*POULENC AG COMPANY INC &*

*BENJAMIN FOSTER INC.*
*TERMINATED: 11/08/2011*

**Cross Defendant**

**CERTAINTEED CORPORATION**          represented by  **DANIEL A. MANNA**
*TERMINATED: 01/31/2012*                              (See above for address)
                                                      *TERMINATED: 01/31/2012*

**Cross Defendant**

**CRANE CO.**                        represented by  **JOSHUA L JOHANNINGMEIER**
*TERMINATED: 10/13/2011*                              (See above for address)
                                                      *TERMINATED: 10/13/2011*

**Cross Defendant**

**ELLIOTT COMPANY I**                represented by  **JAMES A. NIQUET**
*INDIVIDUALLY AND AS SUCCESSOR*                       (See above for address)
*TO ELLIOTT TURBOMACHINERY*                           *TERMINATED: 02/27/2012*
*COMPANY*                                             *LEAD ATTORNEY*
*TERMINATED: 11/08/2011*

**Cross Defendant**

**FENNER INC**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**GENERAL ELECTRIC COMPANY**         represented by  **AMANDA D. SUMMERLIN**
*TERMINATED: 04/05/2012*                              (See above for address)
                                                      *TERMINATED: 04/05/2012*

                                                      **DANIEL J. MULHOLLAND**
                                                      (See above for address)
                                                      *TERMINATED: 04/05/2012*

                                                      **DAVID M. SETTER**
                                                      (See above for address)
                                                      *TERMINATED: 04/05/2012*

                                                      **JOHN ANTHONY FONSTAD**
                                                      (See above for address)
                                                      *TERMINATED: 04/05/2012*

                                                      **JOHN M. SEEBOHM**
                                                      (See above for address)
                                                      *TERMINATED: 04/05/2012*

                                                      **THOMAS W. TARDY , III**
                                                      (See above for address)
                                                      *TERMINATED: 04/05/2012*

                                                      **WALTER G. WATKINS , JR.**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**GENERAL REFRACTORIES
COMPANY**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**GEORGIA-PACIFIC LLC,**                 represented by   **MICHAEL W. DRUMKE**
*TERMINATED: 11/08/2011*                                  (See above for address)
                                                          *TERMINATED: 11/08/2011*
                                                          *LEAD ATTORNEY*

**Cross Defendant**

**MAREMONT CORPORATION**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**MICHELIN NORTH AMERICA
INC.**
*AS SUCCESSOR TO UNIROYAL INC.*
*TERMINATED: 11/08/2011*

**Cross Defendant**

**MINNESOTA MINING &**                   represented by   **ADAM J. JAGADICH**
**MANUFACTURING CO.**                                     (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **EDWARD J. MCCAMBRIDGE**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **BASIL A. DISIPIO**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**NAVISTAR INC.**                        represented by   **ADAM J. JAGADICH**
*TERMINATED: 09/29/2011*                                  (See above for address)
                                                          *TERMINATED: 09/29/2011*
                                                          *LEAD ATTORNEY*

**Cross Defendant**

**OAKFABCO INC**                         represented by   **BRETT B LARSEN**
*TERMINATED: 10/05/2011*                                  (See above for address)
                                                          *TERMINATED: 10/05/2011*

**Cross Defendant**

**OWENS-ILLINOIS INC.**                  represented by   **EDWARD M. CASMERE**
*TERMINATED: 03/19/2012*                                 (See above for address)
                                                         *TERMINATED: 03/19/2012*

                                                         **JENNIFER MARIE STUDEBAKER**
                                                         (See above for address)
                                                         *TERMINATED: 03/19/2012*

                                                         **JOSHUA D. LEE**
                                                         (See above for address)
                                                         *TERMINATED: 03/19/2012*

                                                         **MATTHEW J. FISCHER**
                                                         (See above for address)
                                                         *TERMINATED: 03/19/2012*

                                                         **ROBERT H. RILEY**
                                                         (See above for address)
                                                         *TERMINATED: 03/19/2012*

**Cross Defendant**

**RAPID AMERICAN**                       represented by   **MARK R. FELDMANN**
**CORPORATION**                                          (See above for address)
*TERMINATED: 01/31/2012*                                 *TERMINATED: 01/31/2012*
                                                         *LEAD ATTORNEY*

**Cross Defendant**

**RSCC WIRE & CABLE**                    represented by   **JOSEPH P. SULLIVAN**
*TERMINATED: 02/01/2012*                                 (See above for address)
                                                         *TERMINATED: 02/01/2012*
                                                         *LEAD ATTORNEY*

**Cross Defendant**

**SCHNEIDER ELECTRIC**                   represented by   **KATHRYN R. DOWNEY**
**ENGINEERING SERVICES**                                 (See above for address)
*AS SUCCESSOR TO SQUARE D*                                *TERMINATED: 03/08/2012*
*COMPANY*                                                *LEAD ATTORNEY*
*TERMINATED: 03/08/2012*

**Cross Defendant**

**STANDCO INDUSTRIES INC**
*TERMINATED: 03/08/2012*

**Cross Defendant**

**THE OKONITE COMPANY**                  represented by   **JAMES A. NIQUET**
*TERMINATED: 02/27/2012*                                 (See above for address)
                                                         *TERMINATED: 02/27/2012*
                                                         *LEAD ATTORNEY*

**Cross Defendant**

**THE PROCTOR & GAMBLE COMPANY**

represented by   **MARGARET O'SULLIVAN BYRNE**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DERRICK L. HADDOX**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**UNION CARBIDE CORP**
*TERMINATED: 11/08/2011*

represented by   **ROBERT N. SPINELLI**
(See above for address)
*TERMINATED: 11/08/2011*

**Cross Defendant**

**WAGNER ELECTRIC COMPANY**
*TERMINATED: 11/08/2011*

**Cross Claimant**

**THE OKONITE COMPANY**
*TERMINATED: 02/27/2012*

represented by   **JAMES A. NIQUET**
(See above for address)
*TERMINATED: 02/27/2012*
*LEAD ATTORNEY*

V.

**Cross Defendant**

**THE OKONITE COMPANY**
*TERMINATED: 02/27/2012*

represented by   **JAMES A. NIQUET**
(See above for address)
*TERMINATED: 02/27/2012*
*LEAD ATTORNEY*

**Cross Defendant**

**AW CHESTERTON COMPANY**
*TERMINATED: 10/17/2011*

represented by   **JON BAROOSHIAN**
(See above for address)
*TERMINATED: 10/17/2011*
*LEAD ATTORNEY*

**Cross Defendant**

**BAYER CROPSCIENCE INC.**
*AS SUCCESSOR TO RHONE POULENC AG COMPANY INC & BENJAMIN FOSTER INC.*
*TERMINATED: 11/08/2011*

**Cross Defendant**

**CERTAINTEED CORPORATION**
*TERMINATED: 01/31/2012*

represented by **DANIEL A. MANNA**
(See above for address)
*TERMINATED: 01/31/2012*

**Cross Defendant**

**CRANE CO.**
*TERMINATED: 10/13/2011*

represented by **JOSHUA L JOHANNINGMEIER**
(See above for address)
*TERMINATED: 10/13/2011*

**Cross Defendant**

**ELLIOTT COMPANY I**
*INDIVIDUALLY AND AS SUCCESSOR TO ELLIOTT TURBOMACHINERY COMPANY*
*TERMINATED: 11/08/2011*

represented by **JAMES A. NIQUET**
(See above for address)
*TERMINATED: 02/27/2012*
*LEAD ATTORNEY*

**Cross Defendant**

**FENNER INC**
*TERMINATED: 11/08/2011*

**Cross Defendant**

**GENERAL ELECTRIC COMPANY**
*TERMINATED: 04/05/2012*

represented by **AMANDA D. SUMMERLIN**
(See above for address)
*TERMINATED: 04/05/2012*

**DANIEL J. MULHOLLAND**
(See above for address)
*TERMINATED: 04/05/2012*

**DAVID M. SETTER**
(See above for address)
*TERMINATED: 04/05/2012*

**JOHN ANTHONY FONSTAD**
(See above for address)
*TERMINATED: 04/05/2012*

**JOHN M. SEEBOHM**
(See above for address)
*TERMINATED: 04/05/2012*

**THOMAS W. TARDY , III**
(See above for address)
*TERMINATED: 04/05/2012*

**WALTER G. WATKINS , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**GENERAL REFRACTORIES
COMPANY**
*TERMINATED: 11/08/2011*

<u>Cross Defendant</u>

**GEORGIA-PACIFIC LLC,**                    represented by   **MICHAEL W. DRUMKE**
*TERMINATED: 11/08/2011*                                    (See above for address)
                                                            *TERMINATED: 11/08/2011*
                                                            *LEAD ATTORNEY*

<u>Cross Defendant</u>

**GRAYBAR ELECTRIC
COMPANY, INC.**                             represented by   **JAMES A. NIQUET**
*TERMINATED: 11/08/2011*                                    (See above for address)
                                                            *TERMINATED: 02/27/2012*
                                                            *LEAD ATTORNEY*

<u>Cross Defendant</u>

**MAREMONT CORPORATION**
*TERMINATED: 11/08/2011*

<u>Cross Defendant</u>

**MICHELIN NORTH AMERICA
INC.**
*AS SUCCESSOR TO UNIROYAL INC.*
*TERMINATED: 11/08/2011*

<u>Cross Defendant</u>

**MINNESOTA MINING &
MANUFACTURING CO.**                        represented by   **ADAM J. JAGADICH**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **EDWARD J. MCCAMBRIDGE**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **BASIL A. DISIPIO**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**NAVISTAR INC.**                           represented by   **ADAM J. JAGADICH**
*TERMINATED: 09/29/2011*                                    (See above for address)
                                                            *TERMINATED: 09/29/2011*
                                                            *LEAD ATTORNEY*

<u>Cross Defendant</u>

**OAKFABCO INC**                            represented by   **BRETT B LARSEN**

*TERMINATED: 10/05/2011*                          (See above for address)
                                                  *TERMINATED: 10/05/2011*

**Cross Defendant**

**OWENS-ILLINOIS INC.**           represented by  **EDWARD M. CASMERE**
*TERMINATED: 03/19/2012*                          (See above for address)
                                                  *TERMINATED: 03/19/2012*

                                                  **JENNIFER MARIE STUDEBAKER**
                                                  (See above for address)
                                                  *TERMINATED: 03/19/2012*

                                                  **JOSHUA D. LEE**
                                                  (See above for address)
                                                  *TERMINATED: 03/19/2012*

                                                  **MATTHEW J. FISCHER**
                                                  (See above for address)
                                                  *TERMINATED: 03/19/2012*

                                                  **ROBERT H. RILEY**
                                                  (See above for address)
                                                  *TERMINATED: 03/19/2012*

**Cross Defendant**

**RAPID AMERICAN**                represented by  **MARK R. FELDMANN**
**CORPORATION**                                   (See above for address)
*TERMINATED: 01/31/2012*                          *TERMINATED: 01/31/2012*
                                                  *LEAD ATTORNEY*

**Cross Defendant**

**RSCC WIRE & CABLE**             represented by  **JOSEPH P. SULLIVAN**
*TERMINATED: 02/01/2012*                          (See above for address)
                                                  *TERMINATED: 02/01/2012*
                                                  *LEAD ATTORNEY*

**Cross Defendant**

**SCHNEIDER ELECTRIC**            represented by  **KATHRYN R. DOWNEY**
**ENGINEERING SERVICES**                          (See above for address)
*AS SUCCESSOR TO SQUARE D*                        *TERMINATED: 03/08/2012*
*COMPANY*                                         *LEAD ATTORNEY*
*TERMINATED: 03/08/2012*

**Cross Defendant**

**STANDCO INDUSTRIES INC**
*TERMINATED: 03/08/2012*

**Cross Defendant**

**THE PROCTOR & GAMBLE**          represented by  **MARGARET O'SULLIVAN BYRNE**
**COMPANY**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DERRICK L. HADDOX**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN PAUL ARRANZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**UNION CARBIDE CORP**                    represented by    **ROBERT N. SPINELLI**
*TERMINATED: 11/08/2011*                                   (See above for address)
                                                           *TERMINATED: 11/08/2011*

**Cross Defendant**

**WAGNER ELECTRIC COMPANY**
*TERMINATED: 11/08/2011*

**Cross Claimant**

**STANDCO INDUSTRIES INC**                represented by    **MARK D. MALLOY**
*TERMINATED: 03/08/2012*                                   (See above for address)
                                                           *TERMINATED: 03/08/2012*
                                                           *LEAD ATTORNEY*

V.

**Cross Defendant**

**CBS CORPORATION**                       represented by    **RICHARD M. LAUTH**
*TERMINATED: 04/05/2012*                                   (See above for address)
                                                           *TERMINATED: 04/05/2012*

**Cross Defendant**

**GENERAL ELECTRIC COMPANY**              represented by    **AMANDA D. SUMMERLIN**
*TERMINATED: 04/05/2012*                                   (See above for address)
                                                           *TERMINATED: 04/05/2012*

                                                           **CHRISTOPHER P.BANASZAK**
                                                           (See above for address)
                                                           *TERMINATED: 04/05/2012*

                                                           **DANIEL J. MULHOLLAND**
                                                           (See above for address)
                                                           *TERMINATED: 04/05/2012*

                                                           **DAVID M. SETTER**
                                                           (See above for address)

*TERMINATED: 04/05/2012*

**JOHN ANTHONY FONSTAD**
(See above for address)
*TERMINATED: 04/05/2012*

**JOHN M. SEEBOHM**
(See above for address)
*TERMINATED: 04/05/2012*

**NORA E. GIERKE**
(See above for address)
*TERMINATED: 04/05/2012*

**THOMAS W. TARDY , III**
(See above for address)
*TERMINATED: 04/05/2012*

**WALTER G. WATKINS , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**MINNESOTA MINING &**          represented by   **ADAM J. JAGADICH**
**MANUFACTURING CO.**                            (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **EDWARD J. MCCAMBRIDGE**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **BASIL A. DISIPIO**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**OWENS-ILLINOIS INC.**          represented by   **DAVID M. SETTER**
*TERMINATED: 03/19/2012*                          (See above for address)
                                                  *TERMINATED: 04/05/2012*

                                                  **JENNIFER MARIE STUDEBAKER**
                                                  (See above for address)
                                                  *TERMINATED: 03/19/2012*

                                                  **JOSHUA D. LEE**
                                                  (See above for address)
                                                  *TERMINATED: 03/19/2012*

MATTHEW J. FISCHER
(See above for address)
*TERMINATED: 03/19/2012*

PETER A. MOIR
(See above for address)
*TERMINATED: 03/19/2012*

ROBERT H. RILEY
(See above for address)
*TERMINATED: 03/19/2012*

**Cross Defendant**

**SCHNEIDER ELECTRIC**          represented by   **KATHRYN R. DOWNEY**
**ENGINEERING SERVICES**                        (See above for address)
*AS SUCCESSOR TO SQUARE D*                       *TERMINATED: 03/08/2012*
*COMPANY*                                        *LEAD ATTORNEY*
*TERMINATED: 03/08/2012*

**Cross Defendant**

**STANDCO INDUSTRIES INC**      represented by   **MARK D. MALLOY**
*TERMINATED: 03/08/2012*                         (See above for address)
                                                 *TERMINATED: 03/08/2012*
                                                 *LEAD ATTORNEY*

**Cross Defendant**

**THE OKONITE COMPANY**         represented by   **JAMES A. NIQUET**
*TERMINATED: 02/27/2012*                         (See above for address)
                                                 *TERMINATED: 02/27/2012*
                                                 *LEAD ATTORNEY*

**Cross Defendant**

**THE PROCTOR & GAMBLE**        represented by   **MARGARET O'SULLIVAN BYRNE**
**COMPANY**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **DERRICK L. HADDOX**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

                                                 **JOHN PAUL ARRANZ**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**THE PROCTOR & GAMBLE**        represented by   **MARGARET O'SULLIVAN BYRNE**
**COMPANY**
                                                 (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DERRICK L. HADDOX**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN PAUL ARRANZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**THE PROCTOR & GAMBLE**                represented by    **MARGARET O'SULLIVAN BYRNE**
**COMPANY**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DERRICK L. HADDOX**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN PAUL ARRANZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CBS CORPORATION**                     represented by    **RICHARD M. LAUTH**
*TERMINATED: 04/05/2012*                                 (See above for address)
                                                         *TERMINATED: 04/05/2012*

**Cross Defendant**

**GENERAL ELECTRIC COMPANY**            represented by    **AMANDA D. SUMMERLIN**
*TERMINATED: 04/05/2012*                                 (See above for address)
                                                         *TERMINATED: 04/05/2012*

**CHRISTOPHER P.BANASZAK**
(See above for address)
*TERMINATED: 04/05/2012*

**DANIEL J. MULHOLLAND**
(See above for address)
*TERMINATED: 04/05/2012*

**DAVID M. SETTER**
(See above for address)
*TERMINATED: 04/05/2012*

**JOHN ANTHONY FONSTAD**
(See above for address)
*TERMINATED: 04/05/2012*

**JOHN M. SEEBOHM**
(See above for address)
*TERMINATED: 04/05/2012*

**NORA E. GIERKE**
(See above for address)
*TERMINATED: 04/05/2012*

**THOMAS W. TARDY , III**
(See above for address)
*TERMINATED: 04/05/2012*

**WALTER G. WATKINS , JR.**
(See above for address)
*TERMINATED: 04/05/2012*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/02/2011 | 1 | TRANSFER ORDER NO. 922 THAT THE CLERK OF COURT IS ORDERED TO INITIATE THE PROCEDURES FOR THE TRANSFER OF MDL 875 CASES FROM THE U.S.D.C. EASTERN DISTRICT OF WISCONSIN, IN ACCORDANCE WITH THE TERMS OF THIS COURT'S ADMINISTRATIVE ORDER NO. 11. ENTERED AND COPIES MAILED. (kp, ) (Entered: 03/03/2011) |
| 03/02/2011 | 2 | AMENDED ADMINISTRATIVE ORDER NO. 11 THAT THE MODIFICATIONS TO THE EXISTING PROCEDURES FOR THE PROCESSING OF CASES, DOCKETS, PLEADINGS AND ORDERS IN MDL 875 CASES ARE ADOPTED AS OUTLINED IN THIS ORDER, ETC. ENTERED AND COPIES MAILED. (kp, ) (Entered: 03/03/2011) |
| 03/02/2011 | 3 | NOTICE TO COUNSEL (kp, ) (Entered: 03/03/2011) |
| 03/15/2011 | 4 | ANSWER to Complaint by RAPID AMERICAN CORPORATION. (FELDMANN, MARK) (Entered: 03/15/2011) |
| 03/15/2011 | 5 | CLAIM Answer to All Cross-Claims by RAPID AMERICAN CORPORATION. (FELDMANN, MARK) (Entered: 03/15/2011) |
| 03/15/2011 | 6 | CLAIM Cross-Claim Against All Other Defendants by RAPID AMERICAN CORPORATION. (FELDMANN, MARK) (Entered: 03/15/2011) |
| 03/15/2011 | 7 | Disclosure Statement Form pursuant to FRCP 7.1 including Riklis Family Corporation by RAPID AMERICAN CORPORATION.(FELDMANN, MARK) (Entered: 03/15/2011) |
| 03/15/2011 | 8 | CERTIFICATE OF SERVICE by RAPID AMERICAN CORPORATION re 4 Answer to Complaint, 5 Claim, 6 Claim, 7 Disclosure Statement Form |

| | | (FELDMANN, MARK) (Entered: 03/15/2011) |
|---|---|---|
| 03/28/2011 | 9 | NOTICE of Appearance by TEIRNEY S. CHRISTENSON on behalf of CBS CORPORATION (CHRISTENSON, TEIRNEY) (Entered: 03/28/2011) |
| 03/30/2011 | 10 | ANSWER to Complaint *Affirmative Defenses, and Answer to All Cross-Claims* by CRANE CO..(JOHANNINGMEIER, JOSHUA) (Entered: 03/30/2011) |
| 03/30/2011 | 11 | Disclosure Statement Form pursuant to FRCP 7.1 by CRANE CO.. (JOHANNINGMEIER, JOSHUA) (Entered: 03/30/2011) |
| 03/30/2011 | 12 | NOTICE of Appearance by STEVEN GUSTAF CARLSON on behalf of EATON ELECTRICAL INC. with Certificate of Service(CARLSON, STEVEN) (Entered: 03/30/2011) |
| 03/30/2011 | 13 | Disclosure with Certificate of Service by EATON ELECTRICAL INC.. (CARLSON, STEVEN) (Entered: 03/30/2011) |
| 04/01/2011 | 14 | ANSWER to Complaint by THE PROCTOR & GAMBLE COMPANY. (HADDOX, DERRICK) (Entered: 04/01/2011) |
| 04/01/2011 | 15 | CERTIFICATE OF SERVICE by THE PROCTOR & GAMBLE COMPANY re 14 Answer to Complaint (HADDOX, DERRICK) (Entered: 04/01/2011) |
| 04/01/2011 | 16 | NOTICE by THE PROCTOR & GAMBLE COMPANY *Of Appearance by Margaret O. Byrne* (HADDOX, DERRICK) (Entered: 04/01/2011) |
| 04/04/2011 | 17 | ANSWER to Complaint *and Answer to All Anticipated or Filed Cross-Claims*, CROSSCLAIM against All Defendants by BECHTEL CORPORATION.(GILLIGAN, THOMAS) (Entered: 04/04/2011) |
| 04/04/2011 | 18 | Disclosure Statement Form pursuant to FRCP 7.1 by BECHTEL CORPORATION.(GILLIGAN, THOMAS) (Entered: 04/04/2011) |
| 04/04/2011 | 19 | CERTIFICATE OF SERVICE by BECHTEL CORPORATION re 17 Answer to Complaint, Crossclaim, 18 Disclosure Statement Form (GILLIGAN, THOMAS) (Entered: 04/04/2011) |
| 04/04/2011 | 20 | ANSWER to Complaint, CROSSCLAIM against All Parties by BRAKE SUPPLY CO INC.(NIQUET, JAMES) (Entered: 04/04/2011) |
| 04/04/2011 | 21 | Disclosure Statement Form pursuant to FRCP 7.1 by BRAKE SUPPLY CO INC.(NIQUET, JAMES) (Entered: 04/04/2011) |
| 04/04/2011 | 22 | ANSWER to Complaint, CROSSCLAIM against All Defendants by ELLIOTT COMPANY I(INDIVIDUALLY AND AS SUCCESSOR TO ELLIOTT TURBOMACHINERY COMPANY).(NIQUET, JAMES) (Entered: 04/04/2011) |
| 04/04/2011 | 23 | Disclosure Statement Form pursuant to FRCP 7.1 by ELLIOTT COMPANY I (INDIVIDUALLY AND AS SUCCESSOR TO ELLIOTT TURBOMACHINERY COMPANY).(NIQUET, JAMES) (Entered: 04/04/2011) |

| 04/04/2011 | 24 | MOTION to Dismiss filed by CBS CORPORATION.Brief, Exhibit, Proposed Order. (Attachments: # 1 Brief Support CBS MTD, # 2 Exhibit A to Brief Support CBS MTD, # 3 Text of Proposed Order)(CHRISTENSON, TEIRNEY) (Entered: 04/04/2011) |
|---|---|---|
| 04/04/2011 | 25 | NOTICE of Appearance by SARAH THOMAS PAGELS on behalf of MOTION INDUSTRIES INC with Certificate of Service(THOMAS PAGELS, SARAH) (Entered: 04/04/2011) |
| 04/04/2011 | 26 | ANSWER to Complaint , *Affirmative Defenses*, CROSSCLAIM against All Defendants by MOTION INDUSTRIES INC.(THOMAS PAGELS, SARAH) (Entered: 04/04/2011) |
| 04/05/2011 | 27 | ANSWER to Complaint, CROSSCLAIM against All Defendants by GRAYBAR SERVICES INC.(NIQUET, JAMES) (Entered: 04/05/2011) |
| 04/05/2011 | 28 | Disclosure Statement Form pursuant to FRCP 7.1 by GRAYBAR SERVICES INC.(NIQUET, JAMES) (Entered: 04/05/2011) |
| 04/05/2011 | 29 | ANSWER to Complaint , *Affirmative Defenses, and Answer to any Pending or Future Cross-Claims* by EATON ELECTRICAL INC..(CARLSON, STEVEN) (Entered: 04/05/2011) |
| 04/05/2011 | 30 | ANSWER to Complaint, CROSSCLAIM against All Defendants by THE OKONITE COMPANY.(NIQUET, JAMES) (Entered: 04/05/2011) |
| 04/05/2011 | 31 | Disclosure Statement Form pursuant to FRCP 7.1 by THE OKONITE COMPANY.(NIQUET, JAMES) (Entered: 04/05/2011) |
| 04/07/2011 | 32 | Disclosure Statement Form pursuant to FRCP 7.1 by CBS CORPORATION. (CHRISTENSON, TEIRNEY) (Entered: 04/07/2011) |
| 04/07/2011 | 33 | ORDER THAT THE STIPULATION IS GRANTED AND ALL PLEADINGS WILL NOW REFLECT THE PROPER NAME OF "GRAYBAR ELECTRIC COMPANY, INC.," THE ENTITY ORIGINALLY AND IMPROPERLY NAMED AS "GRAYBAR SERVICE, INC.". SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/6/2011. 4/8/2011 ENTERED AND COPIES MAILED, E-MAILED.(kk, ) (Entered: 04/08/2011) |
| 04/07/2011 | 34 | ORDER THAT IN THE CASES LISTED IN EXHIBIT "A" ATTACHED, A STATUS AND SCHEDULING CONFERENCE WILL BE HELD ON 4/26/11 AT 2:00PM IN COURTROOM 11A. IT IS FURTHER ORDERED THAT PRIOR TO, OR AT THE CONFERENCE, PLAINITFF'S COUNSEL IN EACH ACTION MUST INFORM THE COURT AS TO THE STATUS OF THE CASE.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/6/11. 4/8/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 04/08/2011) |
| 04/08/2011 | 35 | ORDER THAT THE MOTION TO DISMISS DEFENDANT CBS CORPORATION IS GRANTED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/7/2011. 4/11/2011 ENTERED AND COPIES MAILED, E-MAILED.(kk, ) Modified on 12/5/2011 (kk, ).(VACATED PER DOC. NO.246) (Entered: 04/11/2011) |

| 04/11/2011 | 36 | NOTICE of Appearance by JOSEPH P. SULLIVAN on behalf of RSCC WIRE & CABLE with Certificate of Service(SULLIVAN, JOSEPH) (Entered: 04/11/2011) |
|---|---|---|
| 04/11/2011 | 37 | NOTICE of Appearance by CARMEN N. ANDERSON on behalf of EATON ELECTRICAL INC. with Certificate of Service(ANDERSON, CARMEN) (Entered: 04/11/2011) |
| 04/11/2011 | 38 | RESPONSE in Opposition re 24 MOTION to Dismiss filed by LLOYD ANDERSON. (Attachments: # 1 Brief in Support, # 2 Text of Proposed Order, # 3 Exhibit A, # 4 Exhibit B)(CASCINO, MICHAEL) (Entered: 04/11/2011) |
| 04/13/2011 | 39 | NOTICE of Appearance by MICHAEL DAVID ROSENBERG on behalf of GOODRICH CORPORATION with Certificate of Service (Attachments: # 1 Certificate of Service)(ROSENBERG, MICHAEL) (Entered: 04/13/2011) |
| 04/14/2011 | 40 | JOINDER in CBS Corporation's Motion to Dismiss filed by EATON ELECTRICAL INC.. Certificate of Service. (Attachments: # 1 Text of Proposed Order)(CARLSON, STEVEN) Modified on 4/15/2011 (md). (Entered: 04/14/2011) |
| 04/15/2011 | 41 | NOTICE of Appearance by MICHAEL W. DRUMKE on behalf of GEORGIA-PACIFIC LLC, (DRUMKE, MICHAEL) (Entered: 04/15/2011) |
| 04/15/2011 | 42 | ANSWER to Complaint by GEORGIA-PACIFIC LLC,.(DRUMKE, MICHAEL) (Entered: 04/15/2011) |
| 04/15/2011 | 43 | Disclosure Statement Form pursuant to FRCP 7.1 by GEORGIA-PACIFIC LLC,.(DRUMKE, MICHAEL) (Entered: 04/15/2011) |
| 04/15/2011 | 44 | NOTICE by GEORGIA-PACIFIC LLC, re 42 Answer to Complaint, 41 Notice of Appearance, 43 Disclosure Statement Form *of Filing* (DRUMKE, MICHAEL) (Entered: 04/15/2011) |
| 04/15/2011 | 45 | CERTIFICATE OF SERVICE by GEORGIA-PACIFIC LLC, re 42 Answer to Complaint, 41 Notice of Appearance, 44 Notice (Other), 43 Disclosure Statement Form (DRUMKE, MICHAEL) (Entered: 04/15/2011) |
| 04/21/2011 | 46 | NOTICE of Appearance by BASIL A. DISIPIO on behalf of MINNESOTA MINING & MANUFACTURING CO. with Jury Demand with Certificate of Service(DISIPIO, BASIL) (Entered: 04/21/2011) |
| 04/26/2011 | 47 | MOTION to transfer cases to the Honorable Judge David R. Strawbridge for mediation filed by LLOYD ANDERSON.Certificate of Service.(CASCINO, MICHAEL) (Entered: 04/26/2011) |
| 04/28/2011 | 48 | RESPONSE in Opposition re 40 MOTION for Joinder *in CBS Corporation's Motion to Dismiss* filed by LLOYD ANDERSON. (Attachments: # 1 Brief in Support, # 2 Text of Proposed Order)(CASCINO, MICHAEL) (Entered: 04/28/2011) |
| 05/02/2011 | 49 | Praecipe for Summons by LLOYD ANDERSON. (CASCINO, MICHAEL) (Entered: 05/02/2011) |

| | | |
|---|---|---|
| 05/02/2011 | | ALIAS SUMMONS ISSUED AS TO DEFENDANTS ELLIOTT COMPANY I, FENNER, INC., GENERAL ELECTRIC COMPANY, HONEYWELL INTERNATIONAL INC., ITT CORPORATION, MICHELIN NORTH AMERICAN, INC., PNEUMO ABEX CORPORATION, SCHNEIDER ELECTRIC ENGINEERING SERVICES, LLC. ON 5/2/2011; MAILED TO PLAINTIFF'S COUNSEL ON 5/4/2011 (kk, ) (Entered: 05/04/2011) |
| 05/04/2011 | 50 | NOTICE of Appearance by KATHRYN R. DOWNEY on behalf of BECHTEL CORPORATION with Certificate of Service (Attachments: # 1 Certificate of Service)(DOWNEY, KATHRYN) (Entered: 05/04/2011) |
| 05/06/2011 | 51 | STATUS REPORT *PURSUANT TO 4/7/2011 ORDER REGARDING 4/26/2011 STATUS AND SCHEDULING CONFERENCE* by LLOYD ANDERSON. (CASCINO, MICHAEL) (Entered: 05/06/2011) |
| 05/11/2011 | 52 | NOTICE of Appearance by JOHN J LAFFEY on behalf of MOTION INDUSTRIES INC with Certificate of Service(LAFFEY, JOHN) (Entered: 05/11/2011) |
| 06/02/2011 | 53 | Disclosure Statement Form pursuant to FRCP 7.1 by EATON ELECTRICAL INC..(RUBIN, JASON) (Entered: 06/02/2011) |
| 06/02/2011 | 54 | NOTICE of Appearance by JASON WAYNE RUBIN on behalf of EATON ELECTRICAL INC. (RUBIN, JASON) (Entered: 06/02/2011) |
| 06/02/2011 | 55 | *Answer to Complaint, Affirmative Defenses and Answer to Any and All Crossclaims* ANSWER to 30 Answer to Complaint, Crossclaim, 27 Answer to Complaint, Crossclaim, 17 Answer to Complaint, Crossclaim, 26 Answer to Complaint, Crossclaim, 20 Answer to Complaint, Crossclaim, 22 Answer to Complaint, Crossclaim, ANSWER to 30 Answer to Complaint, Crossclaim, 27 Answer to Complaint, Crossclaim, 17 Answer to Complaint, Crossclaim, 26 Answer to Complaint, Crossclaim, 20 Answer to Complaint, Crossclaim, 22 Answer to Complaint, Crossclaim, ANSWER to 30 Answer to Complaint, Crossclaim, 27 Answer to Complaint, Crossclaim, 17 Answer to Complaint, Crossclaim, 26 Answer to Complaint, Crossclaim, 20 Answer to Complaint, Crossclaim, 22 Answer to Complaint, Crossclaim, ANSWER to 30 Answer to Complaint, Crossclaim, 27 Answer to Complaint, Crossclaim, 17 Answer to Complaint, Crossclaim, 26 Answer to Complaint, Crossclaim, 20 Answer to Complaint, Crossclaim, 22 Answer to Complaint, Crossclaim, ANSWER to 30 Answer to Complaint, Crossclaim, 27 Answer to Complaint, Crossclaim, 17 Answer to Complaint, Crossclaim, 26 Answer to Complaint, Crossclaim, 20 Answer to Complaint, Crossclaim, 22 Answer to Complaint, Crossclaim, ANSWER to 30 Answer to Complaint, Crossclaim, 27 Answer to Complaint, Crossclaim, 17 Answer to Complaint, Crossclaim, 26 Answer to Complaint, Crossclaim, 20 Answer to Complaint, Crossclaim, 22 Answer to Complaint, Crossclaim by ITT CORPORATION. (Attachments: # 1 Supplement Certificate of Service)(CONRAD, CHRISTOPHER) (Entered: 06/02/2011) |
| 06/03/2011 | 56 | NOTICE of Appearance by LAURIE J. MCLEROY on behalf of HONEYWELL INTERNATIONAL INC (MCLEROY, LAURIE) (Entered: |

| | | 06/03/2011) |
|---|---|---|
| 06/03/2011 | 57 | Disclosure Statement Form pursuant to FRCP 7.1 by HONEYWELL INTERNATIONAL INC.(MCLEROY, LAURIE) (Entered: 06/03/2011) |
| 06/03/2011 | 58 | ANSWER to Complaint *with Certificate of Service*, CROSSCLAIM against All Defendants by HONEYWELL INTERNATIONAL INC.(MCLEROY, LAURIE) (Entered: 06/03/2011) |
| 06/09/2011 | 59 | NOTICE of Appearance by JEROME D. FERIANCEK on behalf of PNEUMO ABEX CORP with Certificate of Service(FERIANCEK, JEROME) (Entered: 06/09/2011) |
| 06/09/2011 | 60 | ANSWER to Complaint *with Certificate of Service, Jury Demand, Answer to Anticipated Cross-Claims of Any and All Other Parties and*, CROSSCLAIM against All Parties by PNEUMO ABEX CORP.(FERIANCEK, JEROME) (Entered: 06/09/2011) |
| 06/09/2011 | 61 | ORDER THAT THIS CASE IS REFERRED TO MAGISTRATE JUDGE DAVID R. STRAWBRIDGE FOR PROCEEDINGS IN ACCORDANCE WITH THIS ORDER. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/9/11. 6/9/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 06/09/2011) |
| 06/09/2011 | 62 | ANSWER to Complaint, CROSSCLAIM *and Answer to All Anticipated or Filed Cross-Claims* against All Defendants by SCHNEIDER ELECTRIC ENGINEERING SERVICES. (Attachments: # 1 Certificate of Service) (DOWNEY, KATHRYN) (Entered: 06/09/2011) |
| 06/09/2011 | 63 | SCHEDULING ORDER: DISCOVERY DUE BY 6/17/2011. MOTIONS RELATING TO DEFENSES OF A PREVIOUS SETTLEMENT OR DISMISSAL, LACK OF LEGAL SUCCESSORSHIP, OR HAVING NAMED THE WRONG ENTITIES SHALL BE FILED BY 6/30/2011; ETC.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 6/9/2011. 6/10/2011 ENTERED AND COPIES MAILED AND E-MAILED.(kk, ) (Entered: 06/10/2011) |
| 06/17/2011 | 64 | NOTICE of Appearance by MICHAEL W. DRUMKE on behalf of INGERSOLL RAND COMPANY, TRANE US INC (DRUMKE, MICHAEL) (Entered: 06/17/2011) |
| 06/17/2011 | 65 | CERTIFICATE OF SERVICE by INGERSOLL RAND COMPANY, TRANE US INC re 64 Notice of Appearance (DRUMKE, MICHAEL) (Entered: 06/17/2011) |
| 06/17/2011 | 66 | NOTICE by OWENS-ILLINOIS INC. *Product Specific Interrogatories and Request For Production to Plaintiff(s)* (CASMERE, EDWARD) (Entered: 06/17/2011) |
| 06/17/2011 | 69 | ORDER THAT IN RELATION ONLY TO THE TEN CASES INCLUDED ON THE ATTACHED LIST THE FIRST TWO SENTENCES OF PARAGRAPH TWO OF THE DEPOSITION STIPULATION ARE AMENDED TO READ: PLAINTIFFS WILL ISSUE A SEPARATE NOTICE OF DEPOSITION FOR EACH DEPONENT PURSUANT TO |

| | | RULE 30 OF THE F.R.C.P. THE NOTICE MUST BE SERVED UPON ALL DEFENSE COUNSEL IN THE MEDIATION CASES ASSIGNED TO MAGISTRATE JUDGE STRAWBRIDGE AT LEAST 14 DAYS BEFORE THE PROPOSED DATE. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 6/14/2011; 6/20/2011 ENTERED AND COPIES MAILED AND E-MAILED. (SEE PAPER # 7930 IN 01-MD-875). (tjd) (Entered: 06/20/2011) |
|---|---|---|
| 06/18/2011 | 67 | CERTIFICATE OF SERVICE by GEORGIA-PACIFIC LLC, *of its Amended Product Specific Interrogatories to Plaintiff* (DRUMKE, MICHAEL) (Entered: 06/18/2011) |
| 06/18/2011 | 68 | CERTIFICATE OF SERVICE by INGERSOLL RAND COMPANY, TRANE US INC *of Product Specific Interrogatories and Requests for Production* (DRUMKE, MICHAEL) (Entered: 06/18/2011) |
| 06/21/2011 | 70 | NOTICE of Appearance by JON BAROOSHIAN on behalf of AW CHESTERTON COMPANY with Certificate of Service(BAROOSHIAN, JON) (Entered: 06/21/2011) |
| 06/21/2011 | 71 | NOTICE of Appearance by RICHARD M. LAUTH on behalf of CBS CORPORATION with Certificate of Service(LAUTH, RICHARD) (Entered: 06/21/2011) |
| 06/21/2011 | 72 | NOTICE by CBS CORPORATION *of Service of Discovery* (LAUTH, RICHARD) (Entered: 06/21/2011) |
| 06/21/2011 | 73 | JOINDER in Certain Defendants Motion for Leave for Discovery and Preliminary Daubert Objections to CVLO Screened Cases with Reports by Drs. Schonfeld, Sadek and Anderson and by Healthscreen, Inc. filed by MOTION INDUSTRIES INC.Certificate of Service.(THOMAS PAGELS, SARAH) Modified on 6/22/2011 (md). (Entered: 06/21/2011) |
| 06/22/2011 | 74 | NOTICE of Appearance by W. MATTHEW REBER on behalf of SCHNEIDER ELECTRIC USA, INC. with Jury Demand and Certificate of Service(REBER, W.) Modified on 6/22/2011 (nd, ). (Entered: 06/22/2011) |
| 06/22/2011 | 75 | NOTICE of Appearance by JOHN J LAFFEY on behalf of GOODRICH CORPORATION with Certificate of Service(LAFFEY, JOHN) (Entered: 06/22/2011) |
| 06/23/2011 | 76 | NOTICE of Appearance by SARAH THOMAS PAGELS on behalf of GOODRICH CORPORATION with Certificate of Service(THOMAS PAGELS, SARAH) (Entered: 06/23/2011) |
| 06/23/2011 | 77 | REQUEST for Leave to File First Amended Complaint filed by LLOYD ANDERSON.Memorandum, Certificate of Service. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Text of Proposed Order, # 4 First Amended Complaint, # 5 Certificate of Service)(CASCINO, MICHAEL) Modified on 6/24/2011 (md, ). (Entered: 06/23/2011) |
| 06/27/2011 | 78 | ORDER THAT IN RELATION ONLY TO THE TEN CASES INCLUDED ON THE ATTACHED LIST PARAGRAPH THREE OF THE DEPOSITION STIPULATION IS AMENDED TO READ: ALL DISCOVERY REQUESTS |

| | | |
|---|---|---|
| | | UNDER F.R.C.P. 33, 34, AND 36 AS WELL AS NON-PARTY DISCOVERY REQUESTS UNDER RULE OF CIVIL PROCEDURE 45 SHALL BE SERVED BY JULY, 2011. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 6/27/2011; 6/27/2011 ENTERED AND COPIES MAILED AND E-MAILED. (SEE PAPER # 7965 IN 01-MD-875). (tjd) (Entered: 06/27/2011) |
| 06/28/2011 | 79 | NOTICE of Withdrawal of Appearance by MICHAEL DAVID ROSENBERG on behalf of GOODRICH CORPORATION(ROSENBERG, MICHAEL) (Entered: 06/28/2011) |
| 06/29/2011 | 80 | STATUS REPORT *: AMENDED ADMINISTRATIVE ORDER NO. 12 REPORT* by LLOYD ANDERSON. (CASCINO, MICHAEL) (Entered: 06/29/2011) |
| 06/30/2011 | 81 | NOTICE by LLOYD ANDERSON *Stipulation to Properly Named Schneider Electric USA, Inc.* (Attachments: # 1 Text of Proposed Order)(CASCINO, MICHAEL) (Entered: 06/30/2011) |
| 06/30/2011 | 82 | NOTICE of Appearance by JAMES T MURRAY on behalf of CECO FRICTION PRODUCTS INC. with Certificate of Service(MURRAY, JAMES) (Entered: 06/30/2011) |
| 06/30/2011 | 83 | CERTIFICATE OF SERVICE by HONEYWELL INTERNATIONAL INC *of Written Interrogatories and Requests for Production of Documents regarding MMSEA to Plaintiff* (MCLEROY, LAURIE) (Entered: 06/30/2011) |
| 07/01/2011 | 84 | NOTICE by CBS CORPORATION *of Service of Discovery to Plaintiff* (LAUTH, RICHARD) (Entered: 07/01/2011) |
| 07/05/2011 | 85 | NOTICE of Appearance by THOMAS GONZALEZ on behalf of GOODRICH CORPORATION with Certificate of Service(GONZALEZ, THOMAS) (Entered: 07/05/2011) |
| 07/05/2011 | 86 | NOTICE of Appearance by JOHN J LAFFEY on behalf of GOODRICH CORPORATION with Certificate of Service(LAFFEY, JOHN) (Entered: 07/05/2011) |
| 07/05/2011 | 87 | NOTICE by CBS CORPORATION *of Service of Discovery to Plaintiff* (LAUTH, RICHARD) (Entered: 07/05/2011) |
| 07/08/2011 | 88 | RESPONSE in Opposition re 77 MOTION Motion for Leave to File First Amended Complaint filed by CBS CORPORATION. (Attachments: # 1 Exhibit A-List of 48 Cases Filed in WI, 1-21-2011)(CHRISTENSON, TEIRNEY) (Entered: 07/08/2011) |
| 07/11/2011 | 89 | NOTICE of Appearance by TIMOTHY D. PAGEL on behalf of FOSTER WHEELER LLC with Certificate of Service(PAGEL, TIMOTHY) (Entered: 07/11/2011) |
| 07/12/2011 | 90 | CERTIFICATE OF SERVICE by FOSTER WHEELER LLC *of Amended First Set of Product Specific Written Interrogatories to Plaintiff* (PAGEL, TIMOTHY) (Entered: 07/12/2011) |
| | | |

| 07/13/2011 | 91 | APPLICATION of David M. Taylor for Admission Pro Hac Vice by MINNESOTA MINING & MANUFACTURING CO., Statement, Certificate of Service. (DISIPIO, BASIL) Modified on 7/14/2011 (md). (Entered: 07/13/2011) |
|---|---|---|
| 07/14/2011 | 92 | REQUEST for Leave to File a Reply in Support of Plaintiff's Request for Leave to File an Amended Complaint filed by LLOYD ANDERSON, Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order, # 3 Certificate of Service)(CASCINO, MICHAEL) Modified on 7/15/2011 (md). (Entered: 07/14/2011) |
| 07/15/2011 | 93 | CERTIFICATE OF SERVICE by INGERSOLL RAND COMPANY *of Witness Disclosure* (DRUMKE, MICHAEL) (Entered: 07/15/2011) |
| 07/15/2011 | 94 | Witness List by EATON ELECTRICAL INC.. Certificate of Service (CARLSON, STEVEN) (Entered: 07/15/2011) |
| 07/15/2011 | 95 | Witness List by ITT CORPORATION. (Attachments: # 1 Supplement Certificate of Service)(CONRAD, CHRISTOPHER) (Entered: 07/15/2011) |
| 07/15/2011 | 96 | NOTICE by MINNESOTA MINING & MANUFACTURING CO. *of Service of its Fact Witness Disclosures* (DISIPIO, BASIL) (Entered: 07/15/2011) |
| 07/15/2011 | 97 | NOTICE by CBS CORPORATION *of Service of its Fact Witness Disclosures* (LAUTH, RICHARD) (Entered: 07/15/2011) |
| 07/15/2011 | 98 | CERTIFICATE OF SERVICE by HONEYWELL INTERNATIONAL INC *of its Fact Witness Disclosure* (MCLEROY, LAURIE) (Entered: 07/15/2011) |
| 07/15/2011 | 99 | STIPULATION of Dismissal *of Defendant, Borg-Warner Corporation* by BORG-WARNER INC. (THOMSEN, SCOTT) (COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 7/18/2011 (md). (Entered: 07/15/2011) |
| 07/15/2011 | 100 | PROPOSED ORDER as to Motion for Dismissal of Defendant, Borg-Warner filed by BORG-WARNER INC. (THOMSEN, SCOTT) Modified on 7/18/2011 (md). (Entered: 07/15/2011) |
| 07/15/2011 | 101 | Witness List by CECO FRICTION PRODUCTS INC.. Certificate of Service (MURRAY, JAMES) (Entered: 07/15/2011) |
| 07/15/2011 | 102 | CERTIFICATE OF SERVICE by BORG-WARNER INC re 99 Stipulation of Dismissal, 100 Proposed MOTION for Order *for Dismissal of Defendant, Borg-Warner* (THOMSEN, SCOTT) (Entered: 07/15/2011) |
| 07/15/2011 | 103 | CERTIFICATE of Counsel *of service of Fact Witness Disclosure* by JAMES T MURRAY on behalf of CECO FRICTION PRODUCTS INC.(MURRAY, JAMES) (Entered: 07/15/2011) |
| 07/15/2011 | 104 | CERTIFICATE OF SERVICE by BECHTEL CORPORATION *of Fact Witness Disclosure* (DOWNEY, KATHRYN) (Entered: 07/15/2011) |
| 07/15/2011 | 105 | Disclosure with Certificate of Service by OWENS-ILLINOIS INC.. (CASMERE, EDWARD) (Entered: 07/15/2011) |

| 07/15/2011 | 106 | CERTIFICATE OF SERVICE by THE OKONITE COMPANY *Fact Witness Disclosure* (NIQUET, JAMES) (Entered: 07/15/2011) |
|---|---|---|
| 07/15/2011 | 107 | CERTIFICATE OF SERVICE by SCHNEIDER ELECTRIC USA, INC. *formerly known as Square D Company, of Fact Witness Disclosure* (DOWNEY, KATHRYN) (Entered: 07/15/2011) |
| 07/15/2011 | 108 | CERTIFICATE OF SERVICE by FOSTER WHEELER LLC *of Witness Disclosure* (PAGEL, TIMOTHY) (Entered: 07/15/2011) |
| 07/19/2011 | 109 | STIPULATION AND ORDER THAT THE DEFENDANT BORG-WARNER INC IS DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY PARTY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 7/18/2011. 7/20/2011 ENTERED AND COPIES MAILED, E-MAILED.(kk, ) (Entered: 07/20/2011) |
| 07/27/2011 | 110 | STIPULATION of Dismissal by MOTION INDUSTRIES INC. (THOMAS PAGELS, SARAH) (COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 7/28/2011 (md). (Entered: 07/27/2011) |
| 07/27/2011 | 111 | STIPULATION of Dismissal by GOODRICH CORPORATION. (THOMAS PAGELS, SARAH) (COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 7/28/2011 (md). (Entered: 07/27/2011) |
| 07/29/2011 | 112 | STIPULATION of Dismissal by EATON ELECTRICAL INC.. (Attachments: # 1 Text of Proposed Order)(CARLSON, STEVEN) (COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 8/1/2011 (md). (Entered: 07/29/2011) |
| 07/29/2011 | 113 | NOTICE by HONEYWELL INTERNATIONAL INC *of Withdrawal and Substitution of Counsel with Certificate of Service* (FERIANCEK, JEROME) (Entered: 07/29/2011) |
| 07/29/2011 | 114 | NOTICE by MINNESOTA MINING & MANUFACTURING CO. *of Service of 3M's Answers, Responses and Objections to Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Seller/Contractor Defendants and Answers, Responses and Objections to Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Premises Defendants* (DISIPIO, BASIL) (Entered: 07/29/2011) |
| 07/29/2011 | 115 | CERTIFICATE OF SERVICE by INGERSOLL RAND COMPANY *of Answers and Responses to Plaintiff's First Set of Interrogatories and Requests for Production to Seller/Contractor Defendants* (DRUMKE, MICHAEL) (Entered: 07/29/2011) |
| 08/02/2011 | 116 | ORDER THAT ALL CLAIMS AGAINST MOTION INDUSTRIES, INC. ARE DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY PARTY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 7/29/2011. 8/3/2011 ENTERED AND COPIES MAILED, E-MAILED (kk, ) (Entered: 08/03/2011) |
| 08/02/2011 | 117 | ORDER THAT THE DEFENDANT GOODRICH CORPORATION IS DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY PARTY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON |

| | | |
|---|---|---|
| | | 7/29/2011. 8/3/2011 ENTERED AND COPIES E-MAILED TO LIAISON. (kk, ) (Entered: 08/03/2011) |
| 08/04/2011 | 118 | STIPULATION of Dismissal *with Certificate of Service* by FOSTER WHEELER LLC. (Attachments: # 1 Text of Proposed Order for Dismissal) (PAGEL, TIMOTHY) (Entered: 08/04/2011) |
| 08/04/2011 | 119 | STIPULATION of Dismissal by ITT CORPORATION. (Attachments: # 1 Text of Proposed Order For Dismissal)(CONRAD, CHRISTOPHER) (Entered: 08/04/2011) |
| 08/09/2011 | 120 | ORDER THAT DEFENDANT EATON CORPORATION, AS SUCCESSOR-IN-INTEREST TO EATON ELECTRICAL, INC. AND CUTLER-HAMMER, INC., INCORRECTLY NAMED AS "EATON ELECTRICALL, INC. AS SUCCESSOR-IN-INTEREST TO CUTLER-HAMMER, INC.", INCLUDING ALL CROSS CLAIMS, ARE DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY PARTY.SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/8/2011. 8/10/2011 ENTERED AND COPIES MAILED AND E-MAILED. (amas) (Entered: 08/10/2011) |
| 08/10/2011 | 121 | STIPULATION of Dismissal by TRANE US INC. (DRUMKE, MICHAEL) Modified on 8/12/2011 (kk, ).(FILED IN ERROR) (Entered: 08/10/2011) |
| 08/10/2011 | 122 | STIPULATION of Dismissal by INGERSOLL RAND COMPANY. (DRUMKE, MICHAEL) Modified on 8/12/2011 (kk, ).(FILED IN ERROR) (Entered: 08/10/2011) |
| 08/10/2011 | 123 | STIPULATION of Dismissal *Without Prejudice* by LLOYD ANDERSON, BECHTEL CORPORATION. (DOWNEY, KATHRYN) (Entered: 08/10/2011) |
| 08/10/2011 | 124 | STIPULATION of Dismissal *Without Prejudice* by LLOYD ANDERSON, SCHNEIDER ELECTRIC USA, INC.. (DOWNEY, KATHRYN) (Entered: 08/10/2011) |
| 08/11/2011 | 125 | STIPULATION of Dismissal *with Certificate of Service* by LLOYD ANDERSON, HONEYWELL INTERNATIONAL INC. (FERIANCEK, JEROME) (Entered: 08/11/2011) |
| 08/11/2011 | 126 | STIPULATION of Dismissal by BRAKE SUPPLY CO INC. (NIQUET, JAMES) (Entered: 08/11/2011) |
| 08/11/2011 | 127 | STIPULATION of Dismissal by GRAYBAR ELECTRIC COMPANY, INC.. (NIQUET, JAMES) (Entered: 08/11/2011) |
| 08/12/2011 | 128 | STIPULATION of Dismissal *with Proposed Order and Certificate of Service* by TRANE US INC. (DRUMKE, MICHAEL) (FILED IN ERROR BY ATTORNEY; FORWARDED TO JUDGE FOR APPROVAL).Modified on 8/16/2011 (ahf, ). (Entered: 08/12/2011) |
| 08/12/2011 | 129 | STIPULATION of Dismissal *with Proposed Order and Certificate of Service* by INGERSOLL RAND COMPANY. (DRUMKE, MICHAEL)(FILED IN ERROR BY ATTORNEY; FORWARDED TO JUDGE FOR APPROVAL). |

| | | |
|---|---|---|
| | | Modified on 8/16/2011 (ahf, ). (Entered: 08/12/2011) |
| 08/16/2011 | 130 | ORDER THAT THE DEFENDANT FOSTER WHEELER LLC ARE DISMISSED WITHOUT REJUDICE AND WITHOUT COSTS TO ANY PARTY.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/12/2011. 8/17/2011 ENTERED AND COPIES MAILED, E-MAILED. (kk, ) (Entered: 08/17/2011) |
| 08/16/2011 | 131 | ORDER THAT THE DEFENDANT ITT CORPORATION IS DISMISSED WITHOUT PREJUDICE AND WITHOUT COST TO ANY PARTY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 612/2011. 6/17/2011 ENTERED AND COPIES MAILED, E-MAILED.(kk, ) (Entered: 08/17/2011) |
| 08/24/2011 | 132 | MOTION to Vacate *Aril 4, 2011 Order dismissing CBS Corp.* filed by LLOYD ANDERSON.Memorandum, Certificate of Service. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Text of Proposed Order, # 6 Certificate of Service)(CASCINO, MICHAEL) (Entered: 08/24/2011) |
| 08/24/2011 | 134 | ORDER THAT THE DEFENDANT BRAKE SUPPLY CO INC. IS DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY PARTY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/23/2011. 8/26/2011 ENTERED AND COPIES MAILED, E-MAILED (kk, ) (Entered: 08/26/2011) |
| 08/24/2011 | 136 | ORDER THAT THE DEFENDANT INGERSOLL RAND COMPANY IS DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY OF THE PARTIES. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/23/2011. 8/26/2011 ENTERED AND COPIES MAILED, E-MAILED. (kk, ) (Entered: 08/26/2011) |
| 08/24/2011 | 137 | ORDER THAT THE DEFENDANT TRANE US INC. IS DISMISSED WITHOUT PREJUDCIE AND WITHOUT COSTS TO ANY OF THE PARTIES. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/23/2011. 8/26/2011 ENTERED AND COPIES MAILED, E-MAILED. (kk, ) (Entered: 08/26/2011) |
| 08/25/2011 | 133 | STIPULATION of Dismissal *Without Prejudice* by MINNESOTA MINING & MANUFACTURING CO.. (DISIPIO, BASIL) (COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 8/31/2011 (md). (Entered: 08/25/2011) |
| 08/26/2011 | 135 | ORDER THAT THE DEFENDANT HONEYWELL INTERNATIONAL INC. IS DISMISSED WITHOUT PREJUDICE AND WITHOUT COST TO ANY PARTY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/23/2011. 8/26/2011 ENTERED AND COPIES MAILED, E-MAILED (kk, ) (Entered: 08/26/2011) |
| 08/31/2011 | 138 | PLAINTIFFS' REVISED MOTION TO COMPEL DISCOVERY AGAINST CERTAIN DEFENDANTS 8-30-2011 filed by LEONARD O UNZICKER, LLOYD ANDERSON, SARA LISTON, DEON W. WRIGHT.MEMORANDUM. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 |

| | | |
|---|---|---|
| | | Exhibit)(dp, ) (Entered: 08/31/2011) |
| 09/02/2011 | 139 | STIPULATION of Dismissal by CECO FRICTION PRODUCTS INC.. (Attachments: # 1 Text of Proposed Order order for dismissal) (VANDENELZEN, AHNDREA) (COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 9/13/2011 (md). (Entered: 09/02/2011) |
| 09/07/2011 | 140 | MOTION BY PLAINTIFF(S) FOR EXTENSION OF TIME TO FILE CERTAIN EXPERT REPORTS, MEMORANDUM IN SUPPORT.(lisad, ) (Entered: 09/07/2011) |
| 09/07/2011 | 141 | ORDER THAT ALL CLAIMS AND CROSS-CLAIMS AGAINST CECO FRICTION PRODUCTS INC., ARE HEREBY DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY PARTY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 9/6/2011. 9/8/2011 ENTERED AND COPIES E-MAILED.(stwe, ) (Entered: 09/08/2011) |
| 09/09/2011 | 142 | STIPULATION of Dismissal *of Pneumo Abex, LLC* by LLOYD ANDERSON, PNEUMO ABEX CORP. (Attachments: # 1 Text of Proposed Order)(FERIANCEK, JEROME) (COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 9/13/2011 (md). (Entered: 09/09/2011) |
| 09/13/2011 | 143 | ORDER THAT PLAINTIFF'S MOTION FOR PROTECTIVE ORDER REGARDING SUBPOENAS FILED BY HENRY A. ANDERSON, M.D. AND IBRAHIM S. SADEK, M.D. (MDL 875 DOC. 8060) IS GRANTED IN PART AND DENIED IN PART AS IS REFLECTED IN THE RECORDED TELEPHONE CONFERENCE (MDL 875 DOC. 8085). SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 9/13/11. 9/14/11 ENTERED AND COPIES MAILED, E-MAILED.(ahf) (Entered: 09/14/2011) |
| 09/14/2011 | 144 | ORDER THAT PLAINTIFFS' MOTION TO AMEND THE COMPLAINT IN THE CASES LISTED IN EXHIBIT "A", ATTACHED ARE GRANTED. IT IS FURTHER ORDERED THAT THE CLERK'S OFFICE IS DIRECTED TO FILE THE COMPLAINTS ATTACHED TO PLAINTIFFS' MOTIONS IN EXHIBIT "A", ATTACHED. DEFENDANTS MOTIONS TO DISMISS, LISTED IN EXHIBIT "B" ATTACHED, ARE DENIED AS MOOT. IT IS FURTHER ORDERED THAT PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY, LISTED AS EXHIBIT "C", ATTACHED ARE DENIED AS MOOT.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 9/12/11. 9/15/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 09/15/2011) |
| 09/14/2011 | 146 | AMENDED COMPLAINT against All Defendants., filed by LLOYD ANDERSON.(stwe, ) (Entered: 09/16/2011) |
| 09/15/2011 | 145 | CERTAIN DEFENDANTS' MOTION FOR PROTECTIVE ORDERS REGARDING SUBPOENAS ISSUED TO DR. JAMES E. LOCKNEY, DR. ROBERT D. TARVER AND DR. CHRISTOPHER A. MEYER, OBJECTION TO CONFIDENTIAL DESIGNATION AND RULE TO SHOW CAUSE WHY CASCINO VAUGHAN LAW OFFICES SHOULD NOT BE SANCTIONED. CERTIFICATE OF SERVICE.(kp, ) Modified on 9/15/2011 (td, ). (Entered: 09/15/2011) |

| | | |
|---|---|---|
| 09/16/2011 | 148 | ORDER THAT THE DEFENDANT PNEUMO ABEX CORP IS DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY PARTY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 9/15/2011. 9/20/2011 ENTERED AND COPIES MAILED, E-MAILED. (kk, ) (Entered: 09/20/2011) |
| 09/19/2011 | 147 | ORDER THAT CERTAIN DEFENDANT'S MOTION FOR PROTECTIVE ORDERS REGARDING SUBPOENAS ISSUED TO DR. JAMES E. LOCKEY, DR. ROBERT D. TARVER AND DR. CHRISTOPHER A. MYER (FILED ON THE DOCKETS FOR ALL CASES ON THE ATTACHED LISTS) IS GRANTED IN PART AND DENIED IN PART AS IS RELECTED IN THE RECORDED TELEPHONE CONFERENCE (MDL 875 DOC. 8107). SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 9/19/11. 9/20/11 ENTERED AND COPIES MAILED, E-MAILED (dp, ) (Entered: 09/20/2011) |
| 09/21/2011 | 149 | STIPULATION of Dismissal by NAVISTAR INC.. (JAGADICH, ADAM) (Entered: 09/21/2011) |
| 09/23/2011 | 150 | STIPULATION of Dismissal by OAKFABCO INC. (Attachments: # 1 Text of Proposed Order)(LARSEN, BRETT) (Entered: 09/23/2011) |
| 09/23/2011 | 151 | PLAINTIFFS' MOTION AND MEMORANDUM FOR LEAVE TO TAKE THE DEPOSITION OF ARTHUR KLEINRATH.(dp, ) (Entered: 09/23/2011) |
| 09/23/2011 | 152 | ORDER THAT ALL CLAIMS AGAINST SCHNEIDER ELECTRIC USA, INC. INCLUDING ALL CROSS-CLAIMS, ARE DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY PARTY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 9/23/11. 9/23/11 ENTERED AND COPIES MAILED, E-MAILED. (aeg, ) (Entered: 09/23/2011) |
| 09/23/2011 | 154 | STIPULATION AND ORDER THAT ALL CLAIMS AND CROSS CLAIMS AGAINST DEFENDANT BECHTEL CORPORATION ARE DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY PARTY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 9/23/2011. 9/26/2011 ENTERED AND COPIES MAILED AND E-MAILED.(amas) (Entered: 09/26/2011) |
| 09/26/2011 | 153 | STIPULATION of Dismissal by CECO FRICTION PRODUCTS INC.. (Attachments: # 1 order for dismissal)(VANDENELZEN, AHNDREA) (Entered: 09/26/2011) |
| 09/26/2011 | 155 | ORDER THAT COUNSEL FOR DEFENDANT COMMONWEALTH EDISON COMPANY, MARGARET BRYNE, SHALL FILED A RESPONSE TO THE MOTION ON OR BEFORE 3:00PM ON 9/28/11. IT IS FURTHER ORDERED THAT ORAL ARGUMENT ON THE MOTION WILL COMMENCE AT 4:00PM ON 9/29/11, VIA TELEPHONE.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 9/26/11. 9/27/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 09/27/2011) |
| 09/27/2011 | 156 | ANSWER to 146 Amended Complaint, CROSSCLAIM against All |

| | | |
|---|---|---|
| | | Defendants by BRAKE SUPPLY CO INC.(NIQUET, JAMES) (Entered: 09/27/2011) |
| 09/27/2011 | 157 | ANSWER to 146 Amended Complaint, CROSSCLAIM against All Defendants by ELLIOTT COMPANY I.(NIQUET, JAMES) (Entered: 09/27/2011) |
| 09/27/2011 | 158 | ANSWER to 146 Amended Complaint, CROSSCLAIM against All Defendants by GRAYBAR ELECTRIC COMPANY, INC..(NIQUET, JAMES) (Entered: 09/27/2011) |
| 09/27/2011 | 159 | ANSWER to 146 Amended Complaint, CROSSCLAIM against All Defendants by THE OKONITE COMPANY.(NIQUET, JAMES) (Entered: 09/27/2011) |
| 09/27/2011 | 160 | ANSWER to 146 Amended Complaint *Answer to First Amended Complaint, Affirmative Defenses, and Answer to All Cross-Claims* by CRANE CO.. (JOHANNINGMEIER, JOSHUA) (Entered: 09/27/2011) |
| 09/27/2011 | 161 | STIPULATION of Dismissal by MOTION INDUSTRIES INC. (THOMAS PAGELS, SARAH) (Entered: 09/27/2011) |
| 09/27/2011 | 162 | STIPULATION of Dismissal by GOODRICH CORPORATION. (THOMAS PAGELS, SARAH) (Entered: 09/27/2011) |
| 09/28/2011 | 163 | RESPONSE to Motion re 138 MOTION to Compel filed by CBS CORPORATION. (LAUTH, RICHARD) (Entered: 09/28/2011) |
| 09/28/2011 | 164 | MOTION Request for Leave to Supplement Fact Witness Disclosure filed by LLOYD ANDERSON.Affidavit, Certificate of Service. (Attachments: # 1 Affidavit, # 2 Exhibit A, # 3 Text of Proposed Order, # 4 Certificate of Service)(CASCINO, MICHAEL) (Entered: 09/28/2011) |
| 09/28/2011 | 166 | ORDER THAT THE DEFENDANT CECO FRICTION PRODUCTS, INC. IS DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY PARTY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 9/27/2011. 9/29/2011 ENTERED AND COPIES MAILED, E-MAILED. (kk, ) (Entered: 09/29/2011) |
| 09/28/2011 | 168 | UNION CARBIDE CORPORATION'S RESPONSE TO PLAINTIFFS' REVISED MOTION TO COMPEL DISCOVERY AGAINST CERTAIN DEFENDANTS. Certificate of Service.(stwe, ) (Entered: 09/29/2011) |
| 09/29/2011 | 165 | ORDER THAT THE DEFENDANT NAVISTAR INC. IS DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY OF THE PARTIES HERIN. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/27/2011. 6/29/2011 ENTERED AND COPIES MAILED, E-MAILED. (kk, ) (Entered: 09/29/2011) |
| 09/29/2011 | 167 | Objections by CBS CORPORATION *to Plaintiffs' Second Amended Notice of 30(b)(6) Deposition of CBS Corporation*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(LAUTH, RICHARD) (Entered: 09/29/2011) |
| 09/29/2011 | 169 | RAPID-AMERICAN CORPORATION'S MEMORANDUM IN |

| | | |
|---|---|---|
| | | OPPOSITION TO PLAINTIFFS' REVISED MOTION TO COMPEL DISCOVERY, DECLARATIONS, CERTIFICATE OF SERVICE.(dp, ) (dp, ) (Entered: 09/29/2011) |
| 09/29/2011 | 170 | ANSWER to 146 Amended Complaint & Answer to All Cross-Claims by CBS CORPORATION.(CHRISTENSON, TEIRNEY) (Entered: 09/29/2011) |
| 09/29/2011 | 171 | GENERAL ELECTRIC COMPANY'S RESPONSE TO PLAINTIFFS' REVISED MOTION TO COMPEL DISCOVERY AGAINST CERTAIN DEFENDANTS 8-30-2011, CERTIFICATE OF SERVICE.(SEE PAPER NO. 28 IN CASE NO. 08-88575 FOR EXHIBITS)(dp, ) (Entered: 09/29/2011) |
| 09/29/2011 | 172 | *Short-Form* ANSWER to 146 Amended Complaint by BAYER CROPSCIENCE INC..(MANNA, DANIEL) (Entered: 09/29/2011) |
| 09/29/2011 | 173 | *Short-Form* ANSWER to 146 Amended Complaint by CERTAINTEED CORPORATION.(MANNA, DANIEL) (Entered: 09/29/2011) |
| 09/29/2011 | 174 | *Short-Form* ANSWER to 146 Amended Complaint by MAREMONT CORPORATION.(MANNA, DANIEL) (Entered: 09/29/2011) |
| 09/29/2011 | 175 | *Short-Form* ANSWER to 146 Amended Complaint by UNION CARBIDE CORP.(MANNA, DANIEL) (Entered: 09/29/2011) |
| 09/29/2011 | 176 | CERTIFICATE OF SERVICE by BAYER CROPSCIENCE INC., CERTAINTEED CORPORATION, MAREMONT CORPORATION, UNION CARBIDE CORP re 175 Answer to Amended Complaint, 174 Answer to Amended Complaint, 172 Answer to Amended Complaint, 173 Answer to Amended Complaint (MANNA, DANIEL) (Entered: 09/29/2011) |
| 09/30/2011 | 177 | *Short Form* ANSWER to 146 Amended Complaint by AW CHESTERTON COMPANY.(BAROOSHIAN, JON) (Entered: 09/30/2011) |
| 10/03/2011 | 178 | ANSWER to 146 Amended Complaint by RAPID AMERICAN CORPORATION.(FELDMANN, MARK) (Entered: 10/03/2011) |
| 10/03/2011 | 179 | CERTIFICATE OF SERVICE by RAPID AMERICAN CORPORATION re 178 Answer to Amended Complaint (FELDMANN, MARK) (Entered: 10/03/2011) |
| 10/04/2011 | 180 | Joint MOTION to Dismiss filed by LLOYD ANDERSON, AW CHESTERTON COMPANY.Certificate of Service.(BAROOSHIAN, JON) (INCORRECT PDF; ATTY TO RE-FILE) Modified on 10/5/2011 (md). (Entered: 10/04/2011) |
| 10/04/2011 | 182 | ORDER THAT THE DEFENDANT GOODRICH CORPORATION IS DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY PARTY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 9/30/2011. 10/5/2011 ENTERED AND COPIES MAILED, E-MAILED. (kk, ) (Entered: 10/05/2011) |
| 10/04/2011 | 183 | ORDER THAT THE DEFENDANT MOTION INDUSTRIES, INC. IS DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY |

| | | |
|---|---|---|
| | | PARTY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 9/30/2011. 10/5/2011 ENTERED AND COPIES MAILED, E-MAILED. (kk, ) (Entered: 10/05/2011) |
| 10/05/2011 | 181 | JOINT MOTION to Dismiss filed by AW CHESTERTON COMPANY, LLOYD ANDERSON, Certificate of Service.(BAROOSHIAN, JON) Modified on 10/6/2011 (md). (Entered: 10/05/2011) |
| 10/05/2011 | 184 | Objection to Plaintiffs' Second Amended Notice of 30(b)(6) Deposition of CBS CORPORATION. Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(ahf) (Entered: 10/05/2011) |
| 10/05/2011 | 185 | ORDER THAT THE DEFENDANT OAKFABCO INC. IS DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY OF THE PARTEIS. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 10/4/2011. 10/6/2011 ENTERED AND COPIES MAILED, E-MAILED. (kk, ) (Entered: 10/06/2011) |
| 10/06/2011 | 186 | ANSWER to Complaint , *Answer to Crossclaims and Affirmative Defenses* by OWENS-ILLINOIS INC..(RILEY, ROBERT) (Entered: 10/06/2011) |
| 10/06/2011 | 187 | ORDER THAT PLAINTIFFS' MOTION IS DENIED AS MOOT. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 10/6/11. 10/7/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 10/07/2011) |
| 10/11/2011 | 188 | MOTION to Dismiss filed by CRANE CO..Stipulated Motion for Dismissal of Defendant Crane Co., with Certificate of Service. (Attachments: # 1 Text of Proposed Order)(ZUKOWSKI, MICHAEL) (Entered: 10/11/2011) |
| 10/11/2011 | 189 | STIPULATION of Dismissal *Without Prejudice* by LLOYD ANDERSON, BECHTEL CORPORATION. (Attachments: # 1 Text of Proposed Order) (DOWNEY, KATHRYN) (Entered: 10/11/2011) |
| 10/11/2011 | 190 | STIPULATION of Dismissal *Without Prejudice* by LLOYD ANDERSON, SCHNEIDER ELECTRIC USA, INC.. (Attachments: # 1 Text of Proposed Order)(DOWNEY, KATHRYN) (Entered: 10/11/2011) |
| 10/11/2011 | 191 | *Short Form Answer, Affirmative and Other Defenses to First Amended Complaint* ANSWER to 146 Amended Complaint by RSCC WIRE & CABLE.(SULLIVAN, JOSEPH) (Entered: 10/11/2011) |
| 10/11/2011 | 192 | NOTICE by RSCC WIRE & CABLE *Service of Report of Charles L. Blake* (SULLIVAN, JOSEPH) (Entered: 10/11/2011) |
| 10/12/2011 | 193 | PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO SUBMIT LONG FORM ANSWERS TO PLAINTIFFS' COMPLAINTS PURSUANT TO RULE 7 AND RULE 8(C) OF THE FEDERAL RULES OF CIVIL PROCEDURE. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(dp, ) (Entered: 10/12/2011) |
| 10/13/2011 | 194 | STIPULATION AND ORDER THAT DEFENDANT CRANE CO. IS DISMISSED WITH PREJUDICE WITH EACH PARTY TO BEAR THEIR OWN RESPECTIVE COSTS. SIGNED BY HONORABLE EDUARDO C. |

| | | |
|---|---|---|
| | | ROBRENO ON 10/12/2011. 10/13/2011 ENTERED AND COPIES MAILED AND E-MAILED. (ems) (Entered: 10/13/2011) |
| 10/13/2011 | 195 | NOTICE of Appearance by MARGARET O'SULLIVAN BYRNE on behalf of THE PROCTOR & GAMBLE COMPANY with Jury Demand and Certificate of Service(BYRNE, MARGARET) (Entered: 10/13/2011) |
| 10/13/2011 | 196 | ORDERED THAT SCHEDULING DEADLINES ARE AMENDED AS OUTLINED IN THIS ORDER, ETC.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 10/12/2011. 10/14/2011 ENTERED AND COPIES MAILED, E-MAILED(kk, ) (Entered: 10/14/2011) |
| 10/14/2011 | 197 | RESPONSE in Opposition re 164 MOTION Request for Leave to Supplement Fact Witness Disclosure filed by THE PROCTOR & GAMBLE COMPANY. (Attachments: # 1 Exhibit A - Part 1, # 2 Exhibit A- Part 2, # 3 Certificate of Service)(BYRNE, MARGARET) (Entered: 10/14/2011) |
| 10/14/2011 | 198 | RESPONSE to Motion re 138 MOTION to Compel *(Supplemental Response)* filed by CBS CORPORATION. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(LAUTH, RICHARD) (Entered: 10/14/2011) |
| 10/14/2011 | 199 | ORDER THAT DEFENDANT SCHNEIDER ELECTRIC USA, INC., ONLY, IS DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY PARTY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 10/13/2011. 10/15/2011 ENTERED AND COPIES MAILED AND E-MAILED. (aeg, ) (Entered: 10/15/2011) |
| 10/14/2011 | 200 | ORDER THAT DEFENDANT BECHTEL CORPORATION, ONLY, IS DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY PARTY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 10/13/2011. 10/15/2011 ENTERED AND COPIES MAILED AND E-MAILED. (aeg, ) (Entered: 10/15/2011) |
| 10/14/2011 | 201 | DECLARATION OF MELISSA HIGGINS-YAW IN SUPPORT OF UNION CARBIDE CORPORATION'S RESPONSE TO PLAINTIFF'S REVISED MOTION TO COMPEL DISCOVERY AGAINST CERTAIN DEFENDANTS. (amas) (Entered: 10/17/2011) |
| 10/17/2011 | 202 | DECLARATION IN SUPPORT OF GENERAL ELECTRIC COMPANY'S RESPONSE TO PLAINTIFFS' REVISED MOTION TO COMPEL DISCOVERY AGAINST CERTAIN DEFENDANTS. (amas) (Entered: 10/17/2011) |
| 10/17/2011 | 203 | ORDER THA THE DEFENDANTS A.W. CHESTERTON COMPANY MOTION TO DISMISS IS GRANTED AND THE DEFENDANT IS DIMSISSED WITHOUT PREJUDICE AND WITHOUT COSTS. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 10/17/2011.10/18/2011 ENTERED AND COPIES MAILED, E-MAILED.(kk, ) (Entered: 10/18/2011) |
| 10/19/2011 | 204 | Report Of *Plaintiff's Expert, Arnold R. Brody, Ph.D.* by LLOYD ANDERSON. (Attachments: # 1 Supplement, # 2 Certificate of Service) |

| | | |
|---|---|---|
| | | (CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 205 | Report Of *Plaintiff's Expert Barry I. Castleman* by LLOYD ANDERSON. (Attachments: # 1 Supplement Expert Materials, # 2 Certificate of Service) (CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 206 | Report Of *Plaintiff's Expert Henry A. Anderson, M.D.,* by LLOYD ANDERSON. (Attachments: # 1 Supplement Expert Materials, # 2 Certificate of Service)(CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 207 | Report Of *Plaintiff's Expert Gobbell Hays Partners, Inc.* by LLOYD ANDERSON. (Attachments: # 1 Supplement Expert Materials, # 2 Certificate of Service)(CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 208 | Report Of *Plaintiff's Non-Retained Expert Treating Physician Dr. John Gray* by LLOYD ANDERSON. (Attachments: # 1 Certificate of Service) (CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 209 | Report Of *Plaintiff's Non-Retained Expert Treating Physician Dr. Dhimant R. Patel* by LLOYD ANDERSON. (Attachments: # 1 Certificate of Service) (CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 210 | Report Of *Plaintiff's Expert Dale B. Edwards, P.E.* by LLOYD ANDERSON. (Attachments: # 1 Supplement Expert Materials 1, # 2 Supplement Expert Materials 2, # 3 Certificate of Service)(CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 211 | Report Of *Plaintiff's Expert Stan V. Smith, Ph.D.* by LLOYD ANDERSON. (Attachments: # 1 Supplement Expert Materials, # 2 Certificate of Service) (CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 212 | Statement *Plaintiff's Revised Statement of Expert Witness reports 10/19/2011* by LLOYD ANDERSON. (Attachments: # 1 Certificate of Service) (CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/20/2011 | 213 | NOTICE by LLOYD ANDERSON re 205 Report Of , *SIGNATURE* (Attachments: # 1 Certificate of Service)(CASCINO, MICHAEL) (Entered: 10/20/2011) |
| 10/20/2011 | 214 | ORDER THAT THE MOTION TO AMEND PLAINTIFFS' FACT WITNESS DISCLOSURE TO INCLUDE RALPH COMINS AS A CO-WORKER AND TO TAKE HIS DEPOSITION IS GRANTED. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 10/20/2011.10/21/2011 ENTERED AND COPIES MAILED, E-MAILED. (kk, ) (Entered: 10/21/2011) |
| 10/20/2011 | 215 | ORDER THAT PLAINTIFFS' REVISED MOTION TO COMPEL IS GRANTED IN PART AND DENIED IN PART. PLAINTIFFS' REQUEST REGARDING THE PRODUCTION FO DEPOSITION TESTIMONY FROM PAST CASES RELATING TO JOB SITES AT ISSUE IN THESE CASES IS DENIED. PLAINTIFFS' REQUEST REGARDING THE PRODUCTION OF DEPOSITION TESTIMONY FROM PAST ASBESTOS INSURANCE COVERAGE RELATING TO THE JOB SITES AT ISSUE IS DENIED. THE RELEVANT INTERROGATORY, NUMBER 22 ON |

| | | |
|---|---|---|
| | | EXHIBIT G TO PLAINTIFFS' MOTION, DOES NOT CALL FOR THE PRODUCTION OF DEPOSITION TESTIMONY.PLAINTIFFS' REQUEST REGARDING THE PRODUCTION OF MASTER DISCOVERY RESPONSES FROM PAST LITIGATION IS GRANTED IN PART. TO THE EXTENT THAT DEFENDANTS POSSESS MASTER DISCOVERY RESPONSES FROM CASES ORGINATING IN MADISON COUNTY, ILLINOIS, THESE RESPONSES SHALL BE PROVIDED TO PLAINTIFFS' COUNSEL.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 10/20/11. 10/21/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 10/21/2011) |
| 10/21/2011 | 216 | MOTION for Extension of Time to Complete Discovery *to Amend Scheduling and Case Management Order* filed by THE PROCTOR & GAMBLE COMPANY.Certificate of Service. (Attachments: # 1 Certificate of Service)(BYRNE, MARGARET) (Entered: 10/21/2011) |
| 10/21/2011 | 217 | Proposed Case Management Plan *Proposed Order Related to Motion to Amend* by THE PROCTOR & GAMBLE COMPANY. (BYRNE, MARGARET) (Entered: 10/21/2011) |
| 10/24/2011 | 218 | NOTICE of Appearance by DANIEL A. MANNA on behalf of CERTAINTEED CORPORATION (MANNA, DANIEL) (Entered: 10/24/2011) |
| 10/26/2011 | 219 | MOTION TO DEFENDANTS TO COMPEL AND/OR VERIFY COMPLIANCE. filed by PLAINTIFF(S). (Attachments: # 1 MEMORANDUM, # 2 Exhibit, # 3 Text of Proposed Order)(amas) (Entered: 10/27/2011) |
| 11/01/2011 | 220 | ORDER THAT THE MOTION TO EXTEND TIME TO FILE CERTAIN EXPERT REPORTS IS DENIED AS MOOT.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/1/11. 11/2/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, (Entered: 11/02/2011) |
| 11/02/2011 | 221 | NOTICE THAT JENNIFER M. STUDEBAKER, EDWARD CASMERE, ROBERT H. RILEY, MATTHEW J. FISCHER, AND JOSHUA D. LEE ENTER THEIR APPEARANCES AS COUNSEL OF RECORD FOR OWENS-ILLINOIS, INC.(dp, ) (Entered: 11/02/2011) |
| 11/02/2011 | 222 | NOTICE THAT JENNIFER M. STUDEBAKER, AND MICHAEL W. DRUMKE ENTER THEIR APPEARANCES AS COUNSEL OF RECORD FOR GEORGIA-PACIFIC LLC.(dp, ) (Entered: 11/03/2011) |
| 11/03/2011 | 223 | ORDER THAT NO RECORDS RELATING TO CVLO MDL-875 CASES CURRENTLY BEING HOUSED AT IKON SHALL BE DESTROYED BEFORE 12/2/11. IT IS FURTHER ORDERED THAT COUNSEL SHALL DISCUSS THE MATTER WITH THE IKON REPRESENTATIVES AND UPDATE THE COURT ON THE FATE OF THOSE RECORDS BY 11/10/11.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/2/11. 11/4/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 11/04/2011) |
| 11/03/2011 | 224 | ORDER THAT BY 11/4/11, PLAINTIFFS' COUNSEL SHALL DISMISS |

| | | |
|---|---|---|
| | | ALL DEFENDANTS IN THE TOP TEN CASE GROUP AGAINST WHOM THEY ARE NOT GOING TO PROCEED. BY 11/18/11, PLAINTIFFS' COUNSEL SHALL DISMISS ALL DEFENDANTS IN THE CVLO-1&2 CASE GROUP AGAINST WHOM THEY ARE NOT GOING TO PROCEED. BY 12/2/11, PLAINTIFFS' COUNSEL SHALL DISMISS ALL DEFENDANTS IN THE CVLO-3 CASE GROUP AGAINST WHOM THEY ARE NOT GOING TO PROCEED.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/2/11. 11/4/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 11/04/2011) |
| 11/07/2011 | 225 | Certain Defendants' Response to Plaintiffs' Motion to Compel and/or Verify Compliance with Rule 26(a)(1)(A)(ii). Certificate of Service. (Attachments: # 1 Exhibit A).(ahf) (Entered: 11/08/2011) |
| 11/08/2011 | 226 | ORDER THAT THE DEFENDANTS BAYER CROPSCIENCE INC., ELLIOTT COMPANY I, FENNER INC, GENERAL REFRACTORIES COMPANY, GEORGIA-PACIFIC LLC,, GRAYBAR ELECTRIC COMPANY, INC., MAREMONT CORPORATION, MICHELIN NORTH AMERICA INC., UNION CARBIDE CORP, WAGNER ELECTRIC COMPANY IS DISMISSED FROM THIS ACTION WITH EACH PARTY TO BEAR ITS OWN COSTS. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 11/8/2011. 11/9/2011 ENTERED AND COPIES MAILED, E-MAILED.(kk, ) (Entered: 11/09/2011) |
| 11/09/2011 | 227 | Witness List by RSCC WIRE & CABLE. Certificate of Service (HONG, LAURA) (Entered: 11/09/2011) |
| 11/09/2011 | 228 | CERTIFICATE OF SERVICE by CERTAINTEED CORPORATION (MANNA, DANIEL) (Entered: 11/09/2011) |
| 11/09/2011 | 229 | ORDER THAT AS TO ALL CVLO CASES WHICH HAVE BEEN SET ON A SCHEDULING ORDER BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE, ALL PARTIES SHALL COMPLY WITH THE ATTACHED RECORDS COLLECTION PROTOCOL. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 11/9/11. 11/12/11 ENTERED AND COPIES MAILED AND E-MAILED. (aeg, ) (Entered: 11/12/2011) |
| 11/14/2011 | 230 | REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO DEFENDANTS TO COMPEL AND/OR VERIFY COMPLIANCE WITH RULE 26 (a)(1)(A)(ii). (aeg, ) (Entered: 11/15/2011) |
| 11/16/2011 | 231 | ORDER THAT DISCOVERY BY PLAINTIFFS RELATED TO DEFENDANTS EXPERTS TO BE COMPLETED BY 1/23/12.PLAINTIFFS TO FILE MOTIONS IN LIMINE AS TO DEFENDANTS EXPERTS BY 2/3/12; ETC.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/16/11. 11/17/11 ENTERED AND COPIES MAILED, E-MAILED (kk, ) (Entered: 11/17/2011) |
| 11/16/2011 | 232 | ORDER THAT THE MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY (DOC. NOS. 216 AND 217) ARE DENIED AS MOOT. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/16/2011.11/17/2011 ENTERED AND COPIES MAILED, E- |

| | | MAILED.(kk, ) (Entered: 11/17/2011) |
|---|---|---|
| 11/17/2011 | 233 | NOTICE of Appearance by JOHN PAUL ARRANZ on behalf of THE PROCTOR & GAMBLE COMPANY with Certificate of Service(ARRANZ, JOHN) (Entered: 11/17/2011) |
| 11/17/2011 | 234 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by THE PROCTOR & GAMBLE COMPANY.(ARRANZ, JOHN) (Entered: 11/17/2011) |
| 11/21/2011 | 235 | MOTION AND MEMORANDUM to Compel FOREMAN, PERRY WATKINS, KRUTZ & TARDY, LLP TO TURN OVER W.R. GRACE STUDY DOCUMENTS RELATING TO DRS. SCHONFELD AND ANDERSONfiled by CERTAIN PLAINTIFFS. (Attachments: # 1 EXHIBIT A, # 2 EXHIBIT B, # 3 EXHIBIT C, # 4 EXHIBIT D, # 5 EXHIBIT E, # 6 PROPOSED ORDER, # 7 CERTIFICATE OF SERVICE)(uh, ) (Entered: 11/21/2011) |
| 11/21/2011 | 236 | ORDER THAT A HEARING IS SCHEDULED ON MONDAY 12/5/11 AT 10:30AM IN COURTROOM 3H IN ORDER TO ARGUE THE FOLLOWING MOTIONS RELATED TO DRS. SCHONFELD, ANDERSON, AND SADEK: PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING DRS. ANDERSON AND SADEK AND DEFENDANTS MOTION TO COMPEL THE SAME. DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM ALVIN J. SCHONFELD,D.O.. PLAINTIFFS' MOTION TO COMPEL AND/OR VERIFY COMPLIANCE WITH RULE 26(a)(1)(A)(ii). PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING SCREENING DOCUMENTS. PLAINTIFFS' TO BE FILED MOTION REGARDING THE W.R. GRACE DOCUMENTS. IT IS FURTHER ORDERED THAT BY 11/18/11, PLAINTIFFS SHALL FILE THEIR MOTION REGARDING THE W.R. GRACE DOCUMENTS. BY 11/23/11, DEFENDANTS' SHALL FILE THEIR RESPONSE TO THE MOTION.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/18/11. 11/21/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 11/21/2011) |
| 11/21/2011 | 237 | ORDER THAT PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO SUBMIT LONG FORM ANSWERS TO PLAINTIFFS' COMPLAINTS PURSUANT TO RULE 7 AND RULE 8(C) OF THE FEDERAL RULES OF CIVIL PROCEDURE (MDL 875 DOC. NO. 8188) IS DENIED AS MOOT. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 10/14/2011. 11/21/2011 ENTERED AND COPIES MAILED AND E-MAILED.(jcab) (Entered: 11/21/2011) |
| 11/21/2011 | 238 | NOTICE of Appearance by PETER A. MOIR on behalf of OWENS-ILLINOIS INC. with Certificate of Service(MOIR, PETER) (Entered: 11/21/2011) |
| 11/21/2011 | 239 | NOTICE OF APPEARANCE FOR AMANDA D. SUMMERLIN FOR GENERAL ELECTRIC COMPANY(dp, ) (Entered: 11/22/2011) |
| 11/22/2011 | 240 | NOTICE by OWENS-ILLINOIS INC. of Deposition of Barry I. Castleman (Attachments: # 1 Exhibit A)(STUDEBAKER, JENNIFER) (Entered: |

| | | |
|---|---|---|
| | | 11/22/2011) |
| 11/23/2011 | 241 | NOTICE by THE PROCTOR & GAMBLE COMPANY *Notice of Deposition of Kenneth S. Garza* (ARRANZ, JOHN) (Entered: 11/23/2011) |
| 11/25/2011 | 242 | RESPONSE to MOTION to Compel FORMAN PERRY WATKINS KRUTZ AND TARDY LLP TO TURN OVER W.R. GRACE STUDY DOCUMENTS RELATING TO DRS. SCHONFELD AND ANDERSON filed by CERTAIN DEFENDANTS. (Attachments: # 1 EXHIBIT A, # 2 EXHIBIT B, # 3 EXHIBIT C, # 4 EXHIBIT D, # 5 EXHIBIT E)(uh, ). (Attachments: # 1 EXHIBIT A, # 2 EXHIBIT B, # 3 EXHIBIT C, # 4 EXHIBIT D, # 5 EXHIBIT E)(uh, ) Modified on 11/25/2011 (td, ). (Entered: 11/25/2011) |
| 11/30/2011 | 243 | REPLY IN SUPPORT OF Plaintiff's Motion to Compel Forman, Perry, Watkins, Krutz & Tardy, LLP to turn over W.R. Grace Study Documents relating to Drs. Schonfeld and Anderson. (Attachments: # 1 PROPOSED ORDER, # 2 EXHIBIT A, # 3 EXHIBIT B-1, # 4 EXHIBIT B-2, # 5 EXHIBIT C-1 PART 1, # 6 EXHIBIT C-1 PART 2, # 7 EXHIBIT C-2, # 8 CERTIFICATE OF SERVICE)(uh, ) Modified on 12/1/2011 (td, ). (Entered: 11/30/2011) |
| 12/01/2011 | 244 | NOTICE by GENERAL ELECTRIC COMPANY *of Deposition of Dale B. Edwards, P.E.* (Attachments: # 1 Exhibit A)(SUMMERLIN, AMANDA) (Entered: 12/01/2011) |
| 12/02/2011 | 245 | CERTAIN DEFENDANTS' COMBINED MOTION FOR LEAVE TO FILE SUR-REPLY AND SUR-REPLY IN SUPPORT OF RESPONSE TO MOTION TO COMPEL FORMAN PERRY WATKINS KRUTZ AND TARDY LLP TO TURN OVER W.R. GRACE STUDY DOCUMENTS RELATING TO DRS. SCHONFELD AND ANDERSON. (Attachments: # 1 Exhibit, # 2 Exhibit)(dp, ) Modified on 12/2/2011 (dp, ). (Entered: 12/02/2011) |
| 12/02/2011 | 246 | ORDER THAT THE 4/8/2011 ORDER DISMISSING CBS CORPORATION (DOC. NO.35) FROM THE ABOVE-CAPTIONED CASE IS VACATED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 12/1/2011. 12/5/2011 ENTERED AND COPIES MAILED, E-MAILED. (kk, ) (Entered: 12/05/2011) |
| 12/05/2011 | 247 | NOTICE by GENERAL ELECTRIC COMPANY *of Deposition of Henry Anderson* (Attachments: # 1 Exhibit A)(SUMMERLIN, AMANDA) (Entered: 12/05/2011) |
| 12/06/2011 | 248 | NOTICE by OWENS-ILLINOIS INC. *of Deposition of Stan V. Smith* (Attachments: # 1 Exhibit A)(STUDEBAKER, JENNIFER) (Entered: 12/06/2011) |
| 12/09/2011 | 249 | NOTICE by OWENS-ILLINOIS INC. re 248 Notice (Other) *OF CANCELLATION OF DEPOSITION OF STAN V. SMITH* (STUDEBAKER, JENNIFER) (Entered: 12/09/2011) |
| 12/09/2011 | 250 | ORDER THAT PLAINTIFFS' MOTION FOR PROTECTIVE ORDER |

| | | |
|---|---|---|
| | | REGARDING DRS. ANDERSON AND SADEK IS GRANTED IN PART AND DENIED IN PART, DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM ALVIN J. SCHONFELD, D.O. IS GRANTED IN PART AND DENIED IN PART, AND PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING SCREENING DOCUMENTS IS GRANTED IN PART AND DENIED IN PART. IT IS FURTHER ORDERED THAT PLAINTIFFS MOTION TO COMPEL AND/OR VERIFY COMPLIANCE WITH RULE 26 (A)(1)(A)(ii) IS DENIED AND PLAINTIFFS' MOTION TO COMPEL FORMAN PERRY WATKINS KRUTZ & TARDY, LLP TO TURN OVER W.R. GRACE STUDY DOCUMENTS RELATING TO DRS. SCHONFELD ANN ANDERSON IS DENIED. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 12/9/2011. (Attachments: # 1 EXHIBIT A) 12/12/2011 ENTERED AND COPIES MAILED, AND E-MAILED.(uh, ) (Entered: 12/12/2011) |
| 12/13/2011 | 251 | MEMORANDUM OPINION THAT THE APPROPRIATE FOR PLAINTIFFS TO PURSUE THE RELIEF THEY SEEK IS WITH THE BANKRUPTCY COURT THAT ISSUED THE ORDER. ACCORDINGLY, WE HAVE DENIED PLAINTIFFS' MOTION.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 12/13/11. 12/14/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 12/14/2011) |
| 12/14/2011 | 252 | ORDER THAT THE DECEMBER 9, 2011 ORDER AND ACCOMPANYING MEMORANDUM DATED DECEMBER 13,2011 ARE AMENDED TO APPLY TO THE CASES LISTED IN EXHIBIT "A" ATTACHED.(SEE O1-875 DOCS. 8306, 8317 & 8313). SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 12/13/11. 12/14/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 12/14/2011) |
| 12/21/2011 | 253 | BY OUR ORDER OF DECEMBER 9, 2011 AND AS EXPLAINED IN OUR MEMORANDUM OPINION OF DECEMBER 12, 2011, WE DETERMINED THAT DEFENDANTS WERE ENTITLED TO THE DISCOVERY OF "MATERIALS NECESSARY TO MEASURE 'POSITIVE' AND/OR 'NEGATIVE' RATES," AND OF "MATERIALS REGARDING THE DAILY VOLUME OF SCREENINGS PERFORMED BY EACH DIAGNOSING DOCTOR." WE FURTHER DIRECTED PARTIES "TO WORK TOGETHER TO REACH AN AGREEMENT ON THE LEAST INTRUSIVE, MOST EXPEDITIOUS WAY TO PROVIDE THE DEFENDANTS THE INFORMATION REASONABLY NEEDED TO UNDERTAKE" THESE TESTING EXERCISES, ETC. (SEE 01-MD-875 DOC. NO. 8830 FOR COMPLETE CASE LIST) SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 12/20/2011. 12/23/2011 ENTERED AND COPIES MAILED AND E-MAILED. (aeg, ) (Entered: 12/23/2011) |
| 12/29/2011 | 254 | ORDER THAT PLAINTIFFS SHALL HAVE UNTIL 1/10/12 TO FILE ANY SUCH MOTION. IT IS FURTHER ORDERED THAT ALL MATERIALS TO BE PRODUCED PURSUANT TO THE 12/20 ORDER |

| | | |
|---|---|---|
| | | THAT WERE PREVIOUSLY TO BE PRODUCED BY 1/10/12, MUST BE PRODUCED ON OR BEFORE 1/17/12. FOLLOWING UPON A FURTHER REQUEST BY THE PLAINTIFFS FOR AN EXTENSION OF TIME TO PRODUCE THE MATERIALS SUBJECT TO THE ORDER OF 12/9/11, IT IS HEREBY FURTHER ORDERED THAT ALL MATERIALS THAT WERE PREVIOUSLY TO BE PRODUCED BY 12/30/11, MUST BE PRODUCED ON OR BEFORE 1/6/12.(SEE 01-875 PAPER NO. 8344 FOR FULL CASE LIST). SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 12/29/11. 12/29/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 12/29/2011) |
| 01/06/2012 | 255 | MOTION for Summary Judgment filed by RSCC WIRE & CABLE.Memorandum, Affidavit of Counsel, Certificate of Service. (SULLIVAN, JOSEPH) (Entered: 01/06/2012) |
| 01/06/2012 | 256 | MOTION for Summary Judgment filed by CBS CORPORATION.with Memorandum of Law and Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Text of Proposed Order) (LAUTH, RICHARD) (Entered: 01/06/2012) |
| 01/06/2012 | 257 | Report Of *Sheldon Rabinovitz* by CBS CORPORATION. (Attachments: # 1 Expert Materials of Sheldon Rabinovitz, # 2 Certificate of Service)(LAUTH, RICHARD) (Entered: 01/06/2012) |
| 01/06/2012 | 258 | MOTION for Summary Judgment filed by THE PROCTOR & GAMBLE COMPANY.Brief and Affidavit with Exhibits. (Attachments: # 1 Brief in Support of Motion, # 2 Affidavit of Counsel, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Text of Proposed Order) (ARRANZ, JOHN) (Entered: 01/06/2012) |
| 01/06/2012 | 259 | CERTIFICATE OF SERVICE by THE PROCTOR & GAMBLE COMPANY re 258 MOTION for Summary Judgment (ARRANZ, JOHN) (Entered: 01/06/2012) |
| 01/06/2012 | 260 | Report Of *Dr. Tom Howard* by CBS CORPORATION. (Attachments: # 1 Expert Materials of Tom Howard, # 2 Certificate of Service)(LAUTH, RICHARD) (Entered: 01/06/2012) |
| 01/06/2012 | 261 | Report Of *Dr. Peter Barrett* by CBS CORPORATION. (Attachments: # 1 Expert Materials of Dr. Peter Barrett, # 2 Certificate of Service)(LAUTH, RICHARD) (Entered: 01/06/2012) |
| 01/06/2012 | 262 | Report Of *Dr. David Weill* by CBS CORPORATION. (Attachments: # 1 Expert Materials of Dr. David Weill, # 2 Certificate of Service)(LAUTH, RICHARD) (Entered: 01/06/2012) |
| 01/06/2012 | 263 | Report Of *Disclosure and Expert Filing* by RAPID AMERICAN CORPORATION. (GROSS, AMIEL) (Entered: 01/06/2012) |
| 01/06/2012 | 264 | Disclosure with Certificate of Service by THE PROCTOR & GAMBLE COMPANY. (Attachments: # 1 Exhibit A- Report and Materials of Dr. Weill, # 2 Exhibit B - Report and Materials of Dr. Barrett, # 3 Exhibit C- Report and |

| | | |
|---|---|---|
| | | Materials of Dr. Dyson)(ARRANZ, JOHN) (Entered: 01/06/2012) |
| 01/06/2012 | 265 | Witness List by RSCC WIRE & CABLE. Certificate of Service (HONG, LAURA) (Entered: 01/06/2012) |
| 01/06/2012 | 266 | MOTION for Summary Judgment filed by RAPID AMERICAN CORPORATION.with Memorandum of Law, Declarations and Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B Part 1, # 3 Exhibit B Part 2, # 4 Text of Proposed Order)(GROSS, AMIEL) (Entered: 01/06/2012) |
| 01/06/2012 | 267 | Disclosure with Certificate of Service by OWENS-ILLINOIS INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (CASMERE, EDWARD) (Entered: 01/06/2012) |
| 01/06/2012 | 268 | MOTION for Summary Judgment, filed by THE OKONITE COMPANY. (NIQUET, JAMES) Modified on 1/9/2012 (md). (Entered: 01/06/2012) |
| 01/06/2012 | 269 | MEMORANDUM of Law in Support of 268 Motion for Summary Judgment, filed by THE OKONITE COMPANY, Affidavit, Exhibits. (Attachments: # 1 Affidavit, # 2 Affidavit)(NIQUET, JAMES) Modified on 1/9/2012 (md). (Entered: 01/06/2012) |
| 01/06/2012 | 270 | MOTION for Summary Judgment filed by OWENS-ILLINOIS INC... (Attachments: # 1 DEFENDANT OWENS-ILLINOIS, INC.'S LOCAL RULE 7.1(c) BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, # 2 DEFENDANT OWENS-ILLINOIS, INC.'S EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, # 3 DEFENDANT OWENS-ILLINOIS, INC.'S PROPOSED ORDER, # 4 DEFENDANT OWENS-ILLINOIS, INC.'S CERTIFICATE OF SERVICE FOR ITS MOTION FOR SUMMARY JUDGMENT)(CASMERE, EDWARD) (Entered: 01/06/2012) |
| 01/06/2012 | 271 | MOTION for Summary Judgment filed by CERTAINTEED CORPORATION.Brief, Affidavit. (Attachments: # 1 Brief, # 2 Affidavit of Daniel A. Manna, # 3 Text of Proposed Order)(MANNA, DANIEL) (Entered: 01/06/2012) |
| 01/06/2012 | 272 | MEMORANDUM of Law in Support of Motion for Summary Judgment, filed by GENERAL ELECTRIC COMPANY, Declaration. (Attachments: # 1 Affidavit Declaration, # 2 Exhibit Exhibit A)(GIERKE, NORA) Modified on 1/9/2012 (md). (Entered: 01/06/2012) |
| 01/09/2012 | 273 | Disclosure with Certificate of Service by RSCC WIRE & CABLE. (Attachments: # 1 Supplement Report of Dr. Peter Barrett, # 2 Supplement Report of Charles Blake, # 3 Supplement Report of Dr. David Weill) (SULLIVAN, JOSEPH) (Entered: 01/09/2012) |
| 01/11/2012 | 275 | PLAINTIFFS' COMBINED MOTION AND MEMORANDUM TO RECONSIDER ORDER ENTERED 12-20-2011 (SEE PAPER NO. 41 ON CASE 08-88250 FOR COMPLETE PDF) (Attachments: # 1 Certificate of Service)(stwe, ) (Entered: 01/13/2012) |
| 01/12/2012 | 274 | AFFIDAVIT *OF TRAVIS RHOADES IN SUPPORT OF THE OKONITE COMPANY'S MOTION FOR SUMMARY JUDGMENT* by THE OKONITE |

| | | |
|---|---|---|
| | | COMPANY. (Attachments: # 1 Text of Proposed Order)(NIQUET, JAMES) (Entered: 01/12/2012) |
| 01/13/2012 | 277 | ORDER THAT ORAL ARGUMENT ON ALL OPPOSED MOTIONS FOR SUMMARY JUDGMENT IN THE ABOVE CASES WILL BE HELD ON 3/27/2012 AT 10:00 A.M.; ETC.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/12/2012. 1/17/2012 ENTERED AND COPIES MAILED AND E-MAILED (kk, ) (Entered: 01/17/2012) |
| 01/16/2012 | 276 | MOTION in Limine filed by THE PROCTOR & GAMBLE COMPANY.Brief, Affidavit, Certificate of Service. (Attachments: # 1 Brief in Support of Motion In Limine, # 2 Affidavit, # 3 Exhibit A - C, # 4 Text of Proposed Order)(ARRANZ, JOHN) (Entered: 01/16/2012) |
| 01/17/2012 | 278 | MOTION in Limine filed by CERTAINTEED CORPORATION..(MANNA, DANIEL) (Entered: 01/17/2012) |
| 01/17/2012 | 279 | CERTIFICATE OF SERVICE by CERTAINTEED CORPORATION re 278 MOTION in Limine (MANNA, DANIEL) (Entered: 01/17/2012) |
| 01/17/2012 | 280 | CERTIFICATE OF SERVICE by CERTAINTEED CORPORATION of Rule 26(a)(2) Expert Disclosures (MANNA, DANIEL) (Entered: 01/17/2012) |
| 01/17/2012 | 281 | PLAINTIFFS' COMBINED MOTION AND MEMORANDUM FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL. CERTIFICATE OF SERVICE. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C).(ahf) (Entered: 01/18/2012) |
| 01/17/2012 | 282 | ORDER THAT PLAINTIFFS' COMBINED MOTION AND MEMORANDUM TO RECONSIDER ORDER ENTERED 12/20/2011 (E.G. 08-90011 DOC. NO. 26), IS DENIED. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 1/17/2012. 1/18/2012 ENTERED AND COPIES MAILED AND E-MAILED.(amas) (Entered: 01/18/2012) |
| 01/18/2012 | 283 | ORDER THAT THE PRODUCTION OF THOSE SPECIFIC DOCUMENTS THAT WERE THE SUBJECT OF PLAINTIFFS' MOTION TO RECONSIDER IS SUSPENDED SUBJECT TO FURTHER ORDER OF THE HONORABLE EDUARDO C. ROBRENO, FOLLOWING UPON PLAINTIFFS' ANTICIPATED MOTION TO RECONSIDER BEFORE JUDGE ROBRENO, AS MAY BE TO THEM UNDER 28 U.S.C.636(b)(1) (A). ACCORDINGLY, PLAINTIFFS' MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL (E.G.08-88250 DOC.42) IS DENIED AS MOOT.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 1/18/12. 1/19/12 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 01/19/2012) |
| 01/19/2012 | 284 | NOTICE of Adoption of Co-Defendants' Motions in Limine and Other Pretrial Motions filed by RSCC WIRE & CABLE, Certificate of Service. (SULLIVAN, JOSEPH) Modified on 1/20/2012 (md). (Entered: 01/19/2012) |
| 01/20/2012 | 285 | NOTICE by OWENS-ILLINOIS INC. re 240 Notice (Other) of Amended Notice of Deposition of Barry I. Castleman (Attachments: # 1 Exhibit A) |

| | | |
|---|---|---|
| | | (STUDEBAKER, JENNIFER) (Entered: 01/20/2012) |
| 01/20/2012 | 286 | NOTICE by OWENS-ILLINOIS INC. re 285 Notice (Other) *of Cancellation of Deposition of Barry I. Castleman* (STUDEBAKER, JENNIFER) (Entered: 01/20/2012) |
| 01/24/2012 | 287 | PLAINTIFFS' OBJECTIONS TO DECEMBER 20,2011 ORDER. (SEE 01-875 DOC NO. 8394 FOR CASE LIST)(dp, ) (Entered: 01/24/2012) |
| 01/27/2012 | 288 | STIPULATION of Dismissal *and No Opposition to Motion for Summary Judgment* by CERTAINTEED CORPORATION. (Attachments: # 1 Text of Proposed Order)(MANNA, DANIEL) (Entered: 01/27/2012) |
| 01/27/2012 | 289 | STIPULATION of Dismissal *and No Opposition to Motion for Summary Judgment* by RAPID AMERICAN CORPORATION.Proposed Order. (GROSS, AMIEL) (Entered: 01/27/2012) |
| 01/27/2012 | 290 | NOTICE by LLOYD ANDERSON re 271 MOTION for Summary Judgment, 258 MOTION for Summary Judgment, 255 MOTION for Summary Judgment, 256 MOTION for Summary Judgment, 270 MOTION for Summary Judgment, 268 MOTION for Summary Judgment, 266 MOTION for Summary Judgment *Plaintiffs' Brief on Asbestos Exposure Proximate Causation Law* (Attachments: # 1 Exhibit A, # 2 Declaration, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Certificate of Service)(CASCINO, MICHAEL) (Entered: 01/27/2012) |
| 01/27/2012 | 291 | RESPONSE in Opposition re 256 MOTION for Summary Judgment, 271 MOTION for Summary Judgment, 258 MOTION for Summary Judgment, 255 MOTION for Summary Judgment, 270 MOTION for Summary Judgment, 269 First MOTION for Summary Judgment, 268 MOTION for Summary Judgment, 266 MOTION for Summary Judgment filed by LLOYD ANDERSON. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(CASCINO, MICHAEL) (Entered: 01/27/2012) |
| 01/28/2012 | 292 | EXHIBIT *s and Declaration in Support of Doc. No. 291 (RESPONSE in Opposition re 256 MOTION for Summary Judgment, 271 MOTION for Summary Judgment, 258 MOTION for Summary Judgment, 255 MOTION for Summary Judgment, 270 MOTION for Summary Judgment, 269 First MOTION for Summary Judgment, 268 MOTION for Summary Judgment, 266 MOTION for Summary Judgment)* by LLOYD ANDERSON.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17 part 1, # 18 Exhibit 17 part 2, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22) (CASCINO, MICHAEL) (Entered: 01/28/2012) |
| 01/28/2012 | 293 | NOTICE by LLOYD ANDERSON re 291 Response in Opposition to Motion, *Plaintiffs' Brief on Westinghouse Corporate Knowledge, Resources, and Conduct Regarding Asbestos Hazards* (Attachments: # 1 Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 |

| | | |
|---|---|---|
| | | Exhibit 11, # 13 Exhibit 12, # 14 Certificate of Service)(CASCINO, MICHAEL) (Entered: 01/28/2012) |
| 01/28/2012 | 294 | NOTICE by LLOYD ANDERSON re 291 Response in Opposition to Motion, *Plaintiffs' Brief on the Wisconsin Construction Statute of Repose* (Attachments: # 1 Exhibit A, # 2 Declaration, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Certificate of Service)(CASCINO, MICHAEL) (Entered: 01/28/2012) |
| 01/30/2012 | 295 | STIPULATION of Dismissal *, Certificate of Service and Order for Dismissal* by RSCC WIRE & CABLE. (SULLIVAN, JOSEPH) (Entered: 01/30/2012) |
| 01/31/2012 | 296 | ORDER THAT THE DEFENDANT CERTAINTEED CORPORATION IS DISMISSED WITH PREJUDICE AND WITHOUT COST TO EITHER PARTY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/30/2012. 1/31/2012 ENTERED AND COPIES MAILED, E-MAILED(kk, ) (Entered: 01/31/2012) |
| 01/31/2012 | 297 | ORDER THAT THE DEFENDANT RAPID AMERICAN CORPORATION IS DISMISSED WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/30/2012. 1/31/2012 ENTERED AND COPIES MAILED, E-MAILED. (kk, ) (Entered: 01/31/2012) |
| 02/01/2012 | 298 | ORDER THAT THE 11/16/2012 SECOND AMENDED CASE MANAGEMENT AND SCHEDULING ORDER FOR THE "TOP TEN" CASES (DOC. NO.231) WHICH INCLUDES THE NINE (9) REMAINING CASES LISTED ABOVE SHALL BE AMENDED AS OUTLINED HEREIN. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/1/2012. 2/1/2012 ENTERED AND COPIES MAILED, E-MAILED.(kk, ) (Entered: 02/01/2012) |
| 02/01/2012 | 299 | ORDER THAT ALL MOTIONS IN LIMINE FILED BY DEFENDANTS PURSUANT TO THE DEADLINE ARTICULATED IN OUR ORDER ISSUED ON 11/16/2011 ARE DENIED WITHOUT PREJUDICE. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/1/2012.2/1/2012 ENTERED AND COPIES MAILED, E-MAILED.(kk, ) (Entered: 02/01/2012) |
| 02/01/2012 | 300 | ORDER THAT THE PLAINTIFF SHALL HAVE UNTIL 2/3/2012, TO FILE A MOTION FOR LEAVE TO SUPPLEMENT THEIR RESPONES; THE DEFENDANTS SHALL HAVE UNTIL 2/10/2012 TO FILE A RESPONSE, ETC. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/1/2012. 2/1/2012 ENTERED AND COPIES MAILED, E-MAILED.(kk, ) (Entered: 02/01/2012) |
| 02/01/2012 | 301 | ORDER THAT THE DEFENDANT RSCC WIRE & CABLE, INC. IS DISMISSED WITH PREJUDICE AND WITHOUT COST TO EITHER PARTY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/31/2012. 2/2/2012 ENTERED AND COPIES MAILED, E-MAILED. (kk, ) (Entered: 02/02/2012) |
| | | |

| 02/02/2012 | 302 | NOTICE of Appearance by CHRISTOPHER P.BANASZAK on behalf of GENERAL ELECTRIC COMPANY (P.BANASZAK, CHRISTOPHER) (Entered: 02/02/2012) |
| --- | --- | --- |
| 02/03/2012 | 303 | REPLY to Response to Motion re 258 MOTION for Summary Judgment filed by THE PROCTOR & GAMBLE COMPANY. (Attachments: # 1 Affidavit, # 2 Exhibit A- Part 1, # 3 Exhibit A- Part II, # 4 Notice of Filing)(ARRANZ, JOHN) (Entered: 02/03/2012) |
| 02/03/2012 | 304 | ANSWER to 146 Amended Complaint , CROSSCLAIM against All Defendants by STANDCO INDUSTRIES INC.(MALLOY, MARK) (Entered: 02/03/2012) |
| 02/03/2012 | 305 | NOTICE by STANDCO INDUSTRIES INC *of Lifting of Bankruptcy Stay* (MALLOY, MARK) (Entered: 02/03/2012) |
| 02/03/2012 | 306 | REPLY to Response to Motion re 256 MOTION for Summary Judgment filed by CBS CORPORATION. (LAUTH, RICHARD) (Entered: 02/03/2012) |
| 02/03/2012 | 307 | RESPONSE in Support re 272 MOTION for Summary Judgment filed by GENERAL ELECTRIC COMPANY. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G)(FONSTAD, JOHN) (Entered: 02/03/2012) |
| 02/03/2012 | 308 | MOTION For Leave to File Plaintiffs' Amended Brief on Asbestos Exposure Proximate Causaton Law re 300 Order, filed by LLOYD ANDERSON.Brief, Certificate of Service, Declaration. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Brief, # 5 Declaration, # 6 Exhibit 1, # 7 Exhibit 2, # 8 Exhibit 3, # 9 Exhibit 4, # 10 Exhibit 5, # 11 Exhibit 6, # 12 Exhibit 7, # 13 Exhibit 8, # 14 Certificate of Service)(CASCINO, MICHAEL) (Entered: 02/03/2012) |
| 02/08/2012 | 309 | ORDER THAT PLAINTIFFS' OBJECTIONS TO MAGISTRATE JUDGE STRAWBRIDGE'S 12/30/11 DISCOVERY ORDER ARE OVERRULED.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/6/12. 2/9/12 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 02/09/2012) |
| 02/08/2012 | 310 | ORDER THAT PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENED BRIEF ON ASBESTOS EPOSURE PROXIMATE CAUSATION LAW IS GRANTED AND ACCORDINGLY, PLAINTIFFS' AMENEDED BRIEF IS DEEMED FILED. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/8/12. 2/9/12 ENTERED AND COPIES MAILED, E-MAILED (kk, ) (Main Document 310 replaced on 2/9/2012) (kk, ). (Entered: 02/09/2012) |
| 02/08/2012 | 311 | Plaintiffs' Amended Brief on Asbestos Exposure Proximate Causation Law.. (kk, ) (Entered: 02/09/2012) |
| 02/09/2012 | 312 | NOTICE by GENERAL ELECTRIC COMPANY *of Deposition of Barry I. Castleman* (Attachments: # 1 Exhibit A)(SUMMERLIN, AMANDA) (Entered: 02/09/2012) |
| | | |

| | | |
|---|---|---|
| 02/14/2012 | 313 | ORDER THAT COUNSEL FOR PLAINTIFFS AND DESIGNATED MEMBERS OF THE DEFENSE LIAISON COUNCIL ARE COMPELLED TO APPEAR IN PHILADELPHIA ON 3/5/12 AT 9:30AM FOR A CONFERENCE ON COMPLIANCE WITH OUR AMENDED CASE MANAGEMENT AND SCHEDULING ORDER PERTAIN TO DRS. SCHONFELD, ANDERSON, AND SADEK OF 2/9/12 (SEE E.G; 08-89293 DOC.NO.96), AND ANY ISSUES ASSOCIATED WITH ANY OF OUR PREVIOUS ORDERS REGARDING THE PRODUCTION OF DOCUMENTS PERTAINING TO THESE DOCTORS. COUNSEL FOR ANY OTHER CONCERNED PARTIES MAY, BUT ARE NOT REQUIRED TO ATTEND. COUNSEL IN ATTENDANCE ARE EXPECTED TO RESERVE THE ENTIRE DAY FOR THE SESSION IN PHILADELPHIA. IF COUNSEL SO DESIRES, THE COURT WILL MAKE ITSELF AVAILABLE ON THIS DATE TO DISCUSS SETTLEMENT.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/14/12. 2/15/12 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 02/15/2012) |
| 02/15/2012 | 314 | ORDER THAT DEFENDANTS HAVE UNTIL 3/29/12 TO FILE ANY SUMMARY JUDGMENT MOTIONS DIRECTED AS PLAINTIFFS FAILURE TO WARN CLAIMS IN THE ANDERSON, BUSHMAKER AND GEHRT CASES; PLAINTIFFS SHALL HAVE UNTIL 4/5/12 TO FILE A RESPONSE TO ANY SUCH SUMMARY JUDGMENT MOTIONS; THE COURT WILL HEAR THESE MOTIONS ON 5/8/12, ETC.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/15/12. 2/16/12 ENTERED AND COPIES MAILED, E-MAILED (kk, ) (Entered: 02/16/2012) |
| 02/24/2012 | 315 | STIPULATION for no Opposition to the Okonite Company's 268 Motion for Summary Judgment, and Proposed Order, filed by THE OKONITE COMPANY. (Attachments: # 1 Text of Proposed Order)(NIQUET, JAMES) Modified on 2/27/2012 (md). (Entered: 02/24/2012) |
| 02/24/2012 | 316 | REPLY to Response to Motion re 308 MOTION For Leave to File Plaintiffs' Amended Brief on Asbestos Exposure Proximate Causaton Law re 300 Order, *Plaintiffs Reply Brief on Asbestos Exposure Proximate Causation Law* filed by LLOYD ANDERSON. (Attachments: # 1 Exhibit A)(CASCINO, MICHAEL) (Entered: 02/24/2012) |
| 02/27/2012 | 317 | ORDER THAT THE DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT LISTED IN EXHIBIT "A", ATTACHED, ARE GRANTED AS UNOPPOSED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/27/2012.2/28/2012 ENTERED AND COPIES MAILED, E-MAILED. (kk, ) (Entered: 02/28/2012) |
| 02/29/2012 | 318 | NOTICE by GENERAL ELECTRIC COMPANY re 312 Notice (Other) *AMENDED NOTICE OF DEPOSITION OF BARRY I. CASTLEMAN* (Attachments: # 1 Exhibit A)(SUMMERLIN, AMANDA) (Entered: 02/29/2012) |
| 03/02/2012 | 319 | MOTION for Leave to File Second Amended Complaint filed by LLOYD ANDERSON, Certificate of Service. (Attachments: # 1 Text of Proposed |

| | | |
|---|---|---|
| | | Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Certificate of Service)(CASCINO, MICHAEL) (See Paper 323 for corrected Exhibit #4 Second Amended Complaint) Modified on 3/5/2012 (md). (Entered: 03/02/2012) |
| 03/02/2012 | 320 | MOTION in Limine *to Exclude Testimony of Plaintiffs' Expert Dale Edwards, PE* filed by GENERAL ELECTRIC COMPANY.Certificate of Service. (Attachments: # 1 Exhibit Exhibit A)(FONSTAD, JOHN) (Entered: 03/02/2012) |
| 03/02/2012 | 321 | NOTICE by CBS CORPORATION of Adoption of Co-Defendants' Motions in Limine and Other Pre-Trial Motions. (LAUTH, RICHARD) Modified on 3/5/2012 (md). (Entered: 03/02/2012) |
| 03/02/2012 | 322 | MOTION in Limine *to Exclude Testimony of Plaintiffs Expert Kenneth Garza* filed by GENERAL ELECTRIC COMPANY.Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(FONSTAD, JOHN) (Entered: 03/02/2012) |
| 03/05/2012 | 323 | EXHIBIT 4 (corrected) Second Amended Complaint re: 319 Motion for Leave to File Second Amended Complaint by LLOYD ANDERSON. (CASCINO, MICHAEL) Modified on 3/5/2012 (md). (Entered: 03/05/2012) |
| 03/06/2012 | 324 | STIPULATION of Dismissal by STANDCO INDUSTRIES INC. (Attachments: # 1 Text of Proposed Order)(MALLOY, MARK) (Entered: 03/06/2012) |
| 03/08/2012 | 325 | ORDER THAT THE PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT IS GRANTED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 3/8/2012.3/9/2012 ENTERED AND COPIES MAILED, E-MAILED.(kk, ) (Entered: 03/09/2012) |
| 03/08/2012 | 326 | SECOND AMENDED COMPLAINT against CBS CORPORATION, GENERAL ELECTRIC COMPANY, MINNESOTA MINING & MANUFACTURING CO., OWENS-ILLINOIS INC., THE PROCTOR & GAMBLE COMPANY, BEVERLY ANDERSON, filed by BEVERLY ANDERSON. JURY TRIAL DEMANDED, EXHIBITS(kk, ) (Entered: 03/09/2012) |
| 03/09/2012 | 327 | ORDER THAT DEFENDANT STANDCO INDUSTRIES, INC. IS HEREBY DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY PARTY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 03/08/2012. 03/09/2012 ENTERED AND COPIES E-MAILED.(jmf, ) (Entered: 03/09/2012) |
| 03/09/2012 | 328 | NOTICE by LLOYD ANDERSON re 290 Notice (Other),, *Plaintiffs' Citation of Supplemental Authority Regarding Asbestos Exposure Proximate Causation Law* (Attachments: # 1 Wisconsin Court of Appeals Order of Unpublished Opinions, # 2 Exhibit A, # 3 Certificate of Service)(CASCINO, MICHAEL) (Entered: 03/09/2012) |
| 03/13/2012 | 329 | STIPULATION AND ORDER THAT DEFENDANT 3M COMPANY IS |

| | | |
|---|---|---|
| | | DISMISSED FROM THIS MATTER WITHOUT PREJUDICE AND WITHOUT COSTS TO EITHER PARTY; ETC.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 3/12/12. 3/13/12 ENTERED AND COPIES MAILED, E-MAILED.(jl, ) (Entered: 03/13/2012) |
| 03/17/2012 | 330 | RESPONSE in Opposition re 322 MOTION in Limine *to Exclude Testimony of Plaintiffs Expert Kenneth Garza*, 320 MOTION in Limine *to Exclude Testimony of Plaintiffs' Expert Dale Edwards, PE* filed by BEVERLY ANDERSON. (Attachments: # 1 Exhibit A, # 2 Declaration, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Certificate of Service)(CASCINO, MICHAEL) (Entered: 03/17/2012) |
| 03/19/2012 | 331 | ORDER THAT DEFENDANTS' MOTIONS LISTED IN EXHIBIT "A", ATTACHED, ARE GRANTED AS UNOPPOSED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 3/16/2012. 3/19/2012 ENTERED AND COPIES MAILED, E-MAILED.(kk, ) (Entered: 03/20/2012) |
| 03/20/2012 | 332 | MOTION for Leave to File Supplement to Pl.'s Resp. in Opp. to Def. CBS Corp.'s Mot. Summ. J. filed by BEVERLY ANDERSON, Affidavit, Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Affidavit, # 4 Text of Proposed Order, # 5 Certificate of Service)(CASCINO, MICHAEL) Modified on 3/21/2012 (md). (Entered: 03/20/2012) |
| 03/23/2012 | 333 | ANSWER to 326 Amended Complaint , CROSSCLAIM *and Answer to all Crossclaims* against All Defendants by THE PROCTOR & GAMBLE COMPANY.(ARRANZ, JOHN) (Entered: 03/23/2012) |
| 03/23/2012 | 334 | Amended MOTION for Summary Judgment filed by THE PROCTOR & GAMBLE COMPANY.Brief, Affidavit, Certificate of Service. (Attachments: # 1 Brief in Support of Amended Motion, # 2 Affidavit, # 3 Exhibit A - Second Amended Complaint and Answer to Second Amended Complaint, # 4 Exhibit B- Social Security Records, # 5 Exhibit C- Deposition of Lloyd Anderson, # 6 Exhibit D- Deposition of Ralph Commins, # 7 Exhibit E- Deposition of Patrick LaHaye, # 8 Text of Proposed Order)(ARRANZ, JOHN) (Entered: 03/23/2012) |
| 03/23/2012 | 335 | RESPONSE in Support re 320 MOTION in Limine *to Exclude Testimony of Plaintiffs' Expert Dale Edwards, PE* filed by GENERAL ELECTRIC COMPANY. (FONSTAD, JOHN) (Entered: 03/23/2012) |
| 03/23/2012 | 336 | RESPONSE in Support re 322 MOTION in Limine *to Exclude Testimony of Plaintiffs Expert Kenneth Garza* filed by GENERAL ELECTRIC COMPANY. (FONSTAD, JOHN) (Entered: 03/23/2012) |
| 03/26/2012 | 337 | ORDER THAT THE PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENT TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT CBS CORP.'S MOTION FOR SUMMARY JUDGMENT (DOC. NO.332) IS DENIED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 3/21/2012.3/26/2012 ENTERED AND COPIES MAILED, |

| | | |
|---|---|---|
| | | E-MAILED.(kk, ) (Entered: 03/26/2012) |
| 03/26/2012 | 338 | NOTICE by BEVERLY ANDERSON, LLOYD ANDERSON *of Anticipated Disposition Prior to Final Pre-Remand Conference* (Attachments: # 1 Certificate of Service)(CASCINO, MICHAEL) (Entered: 03/26/2012) |
| 03/29/2012 | 339 | MOTION for Summary Judgment *on Failure to Warn Claims* filed by GENERAL ELECTRIC COMPANY.Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(FONSTAD, JOHN) (Entered: 03/29/2012) |
| 03/29/2012 | 340 | ANSWER to 326 Amended Complaint *and any and all Cross Claims* by GENERAL ELECTRIC COMPANY.(GIERKE, NORA) (Entered: 03/29/2012) |
| 04/05/2012 | 341 | RESPONSE in Opposition re 339 MOTION for Summary Judgment *on Failure to Warn Claims* filed by BEVERLY ANDERSON, LLOYD ANDERSON. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Certificate of Service)(CASCINO, MICHAEL) (Entered: 04/05/2012) |
| 04/05/2012 | 342 | ORDER THAT THE DEFENDANT CBS CORPORATION MOTION FOR SUMMARY JUDGMENT (DOC. NO.256) IS GRANTED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/4/2012.4/5/2012 ENTERED AND COPIES MAILED, E-MAILED.(kk, ) (Entered: 04/06/2012) |
| 04/05/2012 | 343 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT GENERAL ELECTRIC COMPANY (DOC. NO.272) IS GRANTED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/5/2012. 4/6/2012 ENTERED AND COPIES MAILED, E-MAILED.(kk, ) (Entered: 04/06/2012) |
| 04/05/2012 | 344 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT PROCTER & GAMBLE PAPER PRODUCTS COMPANY (DOC. NO.258) IS DENIED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/5/2012.4/6/2012 ENTERED AND COPIES MAILED, E-MAILED.(kk, ) (Entered: 04/06/2012) |
| 04/09/2012 | 345 | Response to Plaintiff's Notice of Anticiapted Disposition Prior to Final Pre-Remand Conference by THE PROCTOR & GAMBLE COMPANY. Certificate of Service.(ARRANZ, JOHN) Modified on 4/10/2012 (ahf, ). (Entered: 04/09/2012) |
| 04/12/2012 | 346 | ORDER THAT THE DEFENDANT GENERAL ELECTRIC COMPANY'S MOTION FOR SUMMARY JUDGMENT IS DENIED AS MOOT. THE HEARING PREVIOUSLY SCHEDULED FOR 5/8/2012 IS CANCELLED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/12/2012.4/13/2012 ENTERED AND COPIES MAILED, E-MAILED.(kk, ) (Entered: 04/13/2012) |
| 04/27/2012 | 347 | PLAINTIFFS' OBJECTIONS TO SCHEDULING ORDERS ENTERED ON 4/12/2012. (SEE PAPER #8551 ON 01-MD-875 FOR PDF AND CASE |

| | | |
|---|---|---|
| | | LIST)(stwe, ) (Entered: 04/27/2012) |
| 04/30/2012 | 348 | CERTAIN DEFENDANTS' COMBINED MOTION AND BRIEF FOR PROTECTIVE ORDER CONCERNING REQUESTS TO ADMIT AND REQUESTS FOR PRODUCTION PROPOUNDED BY PLAINTIFFS. (stwe, )(SEE 01-MD-875 PAPER NO. 8554 FOR COMPLETE DOCUMENT PDF) Modified on 4/30/2012 (td, ). (Entered: 04/30/2012) |
| 05/02/2012 | 349 | PLAINTIFFS' MOTION FOR RULE 16 CONFERENCE.CERTIFICATE OF SERVICE (Attachments: # 1 Text of Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(dp, ) (Entered: 05/02/2012) |
| 05/03/2012 | 350 | ORDER THAT DEFENDANTS' RESPONSES TO PLAINTIFFS' OBJECTIONS TO SCHEDULING ORDERS ENTERED ON 4/12/12 (E.G. 08-88250 DOC.68) AND PLAINTIFFS' MOTION FOR RULE 16 CONFERENCE (E.G. 08-88250 DOC.71) SHALL BE CONSOLIDATED INTO ONE RESPONSE BRIEF AND SHALL BE DUE BY 5/9/12.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 5/3/12. 5/4/12 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 05/04/2012) |
| 05/10/2012 | 351 | PLAINTIFFS' RESPONSE IN OPPOSITION TO CERTAIN DEFENDANTS' MOTION FOR PROTECTIVE ORDER CONCERNING REQUESTS TO ADMIT AND REQUESTS FOR PRODUCTION PROPOUNDED BY PLAINTIFFS (Attachments: # 1 Text of Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(dp, ) (Entered: 05/10/2012) |
| 05/10/2012 | 352 | CERTAIN DEFENDANTS' COMBINED RESPONSE TO PLAINTIFFS' OBJECTIONS TO SCHEDULING ORDERS ENTERED 4/12/2012 AND PLAINTIFFS' MOTION FOR RULE 16 CONFERENCE (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D1, # 5 Exhibit D2, # 6 Exhibit D3, # 7 Exhibit D4, # 8 Exhibit E, # 9 Exhibit F1, # 10 Exhibit F2, # 11 Exhibit F3, # 12 Exhibit F4, # 13 Exhibit F5, # 14 Exhibit F6, # 15 Exhibit F7, # 16 Exhibit G, # 17 Exhibit H, # 18 Exhibit I)(stwe, ) (Entered: 05/10/2012) |
| 05/11/2012 | 353 | MOTION for Costs , *Expenses, and Attorneys' Fees* filed by OWENS-ILLINOIS INC..Certificate of Service. (Attachments: # 1 Exhibit A - E-Mail from E. Casmere to R. McCoy, # 2 Exhibit B - E-Mail from E. Casmere to R. McCoy)(WATSON, BRIAN) (Entered: 05/11/2012) |
| 05/15/2012 | 354 | ORDER THAT THE ABOVE-CAPTIONED CASE SHOULD BE REMANDED TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN FOR RESOLUTION OF ALL MATTERS PENDING WITHIN THIS CASE EXCEPT PUNITIVE DAMAGES. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/15/2012. 5/16/2012 ENTERED AND COPIES MAILED AND E-MAILED. (ems) (Entered: 05/16/2012) |
| 05/17/2012 | 355 | CERTAIN DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER CONCERNING REQUESTS TO ADMIT AND REQUESTS FOR PRODUCTION |

| | | |
|---|---|---|
| | | PROPOUNDED BY PLAINTIFFS. CERTIFICATE OF SERVICE. (SEE 8580 IN 01-MD-875 FOR COMPLETE DOCUMENT PDF) (Attachments: # 1 Exhibit)(dp, ) (Entered: 05/17/2012) |
| 05/17/2012 | 356 | ORDER THAT THE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER IS GRANTED. (SEE PAPER NO. 8585 ON 01-MD-875 FOR CASE LIST) SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 5/17/2012. (stwe, ) (Entered: 05/18/2012) |
| 05/17/2012 | 357 | CERTAIN DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER CONCERNING REQUESTS TO ADMIT AND REQUESTS FOR PRODUCTION PROPOUNDED BY PLAINTIFFS. (SEE 01-875 PAPER NO. 8586 FOR COMPLETE DOCUMENT PDF)(dp, ) (Entered: 05/18/2012) |
| 05/24/2012 | 358 | Objections by THE PROCTOR & GAMBLE COMPANY *to Remand*. (Attachments: # 1 Exhibit A- Coversheet, # 2 Exhibit A - Scheduling Order) (ARRANZ, JOHN) (Entered: 05/24/2012) |
| 05/29/2012 | 359 | ORDER THAT PLAINTIFF'S OBJECTIONS TO SCHEDULING ORDERS ENTERED APRIL 12, 2012, LISTED IN EXHIBIT "A," ATTACHED, ARE OVERRULED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/25/2012. 5/29/2012 ENTERED AND COPIES MAILED AND E-MAILED. (aeg, ) (Entered: 05/29/2012) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/08/2012 15:40:06 | | |
| **PACER Login:** | sm1039 | **Client Code:** | 1719-029 |
| **Description:** | Docket Report | **Search Criteria:** | 2:11-cv-63482-ER |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |