ATTYOPEN,CLOSED,TRANSFERRED

# United States District Court
## Eastern District of Wisconsin (Green Bay)
## CIVIL DOCKET FOR CASE #: 1:11-cv-00061-WCG

| | |
|---|---|
| Anderson v. AW Chesterton Company et al | Date Filed: 01/20/2011 |
| Assigned to: Judge William C Griesbach | Date Terminated: 03/10/2011 |
| Cause: 28:1332 Diversity-Asbestos Litigation | Jury Demand: Plaintiff |
| | Nature of Suit: 368 P.I. : Asbestos |
| | Jurisdiction: Diversity |

**Plaintiff**

**Lloyd Anderson**     represented by     **Michael P Cascino**
Cascino Vaughan Law Offices Ltd
220 S Ashland Ave
Chicago, IL 60607
312-944-0600
Fax: 312-944-1870
Email: ecf.cvlo@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AW Chesterton Company**     represented by     **Adam J Jagadich**
Segal McCambridge Singer & Mahoney Ltd
Sears Tower
233 S Wacker Dr - Ste 5500
Chicago, IL 60606
312-645-7800
Fax: 32-645-7711
Email: ajagadich@smsm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bayer CropScience Inc**     represented by     **Daniel A Manna**
*as successor to Rhone Poulenc AG Company Inc & Benjamin Foster Inc*
Foley & Lardner LLP
777 E Wisconsin Ave
Milwaukee, WI 53202-5300
414-319-7364
Fax: 414-297-4900
Email: dmanna@foley.com
*ATTORNEY TO BE NOTICED*

**Trevor J Will**
Foley & Lardner LLP

777 E Wisconsin Ave
Milwaukee, WI 53202-5300
414-271-2400
Fax: 414-297-4900
Email: twill@foley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bechtel Corporation**

**Defendant**

| | | |
|---|---|---|
| **Borg-Warner Inc** | represented by | **Scott J Thomsen** <br> Siesennop & Sullivan <br> 200 N Jefferson St <br> Milwaukee, WI 53202 <br> 414-223-7900 <br> Fax: 414-223-1199 <br> Email: sthomsen@s-s-law.com <br> *ATTORNEY TO BE NOTICED* |
| | | **W Wayne Siesennop** <br> Siesennop & Sullivan <br> 200 N Jefferson St <br> Milwaukee, WI 53202 <br> 414-223-7900 <br> Fax: 414-223-1199 <br> Email: wsiesennop@s-s-law.com <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

**Brake Supply Company Inc**

**Defendant**

**CBS Corporation**

**Defendant**

| | | |
|---|---|---|
| **Ceco Friction Products Inc** | represented by | **James T Murray , Jr** <br> Peterson Johnson & Murray SC <br> 733 N Van Buren St - 6th Fl <br> Milwaukee, WI 53202-4700 <br> 414-278-8800 <br> Fax: 414-278-0920 <br> Email: jmurray@pjmlaw.com <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Certainteed Corporation** | represented by | **Daniel A Manna** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

                                      **Trevor J Will**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crane Co**

**Defendant**

**Eaton Electrical Inc**
*as successor to Cutler Hammer Inc*

**Defendant**

**Elliott Company I**
*Individually and as successor to Elliott Turbomachinery Company*

**Defendant**

**Fenner Inc**

**Defendant**

**Foster Wheeler LLC**       represented by   **Lance E Mueller**
Celba LLC
225 E Mason St - 5th Fl
Milwaukee, WI 53202
414-906-0626
Fax: 414-906-0631
Email: lmueller@celba.com
*ATTORNEY TO BE NOTICED*

**Steven W Celba**
Celba LLC
225 E Mason St - 5th Fl
Milwaukee, WI 53202
414-906-0626
Fax: 414-906-0631
*ATTORNEY TO BE NOTICED*

**Timothy D Pagel**
Celba LLC
225 E Mason St - 5th Fl
Milwaukee, WI 53202
414-906-0626
Fax: 414-906-0631
Email: tpagel@celba.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**General Electric Company**

**Defendant**

**General Refractories Company**

**Defendant**

**Georgia-Pacific LLC**

**Defendant**

**Goodrich Corporation**　　　　　represented by　**Michael D Rosenberg**
　　　　　　　　　　　　　　　　　　　　　　　　Whyte Hirschboeck Dudek SC
　　　　　　　　　　　　　　　　　　　　　　　　555 E Wells St - Ste 1900
　　　　　　　　　　　　　　　　　　　　　　　　Milwaukee, WI 53202-3819
　　　　　　　　　　　　　　　　　　　　　　　　608-234-6068
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 608-258-7138
　　　　　　　　　　　　　　　　　　　　　　　　Email: mrosenberg@whdlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Graybar Services Inc**

**Defendant**

**Honeywell International Inc**

**Defendant**

**ITT Corporation**

**Defendant**

**Ingersoll Rand Company**　　　　represented by　**Daniel A Manna**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　**Trevor J Will**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Maremont Corporation**　　　　　represented by　**Daniel A Manna**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　**Trevor J Will**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Michelin North America Inc**
*as successor to Uniroyal Inc*

**Defendant**

**Minnesota Mining & Manufacturing Co**　　represented by　**Adam J Jagadich**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)

*ATTORNEY TO BE NOTICED*

**Edward J McCambridge**
Segal McCambridge Singer & Mahoney Ltd
Sears Tower
233 S Wacker Dr - Ste 5500
Chicago, IL 60606
312-645-7800
Fax: 312-645-7711
Email: EMcCambridge@smsm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Motion Industries Inc**

**Defendant**

**Navistar Inc**　　　　represented by　**Adam J Jagadich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Oakfabco Inc**　　　　represented by　**Brett B Larsen**
Hinshaw & Culbertson LLP
100 E Wisconsin Ave - Ste 2600
Milwaukee, WI 53202-4115
414-276-6464
Fax: 414-276-9220
Email: blarsen@hinshawlaw.com
*ATTORNEY TO BE NOTICED*

**Thomas R Schrimpf**
Hinshaw & Culbertson LLP
100 E Wisconsin Ave - Ste 2600
Milwaukee, WI 53202-4115
414-276-6464
Fax: 414-276-9220
Email: tschrimpf@hinshawlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Owens-Illinois Inc**　　　　represented by　**David T Morris**
Schiff Hardin LLP
Sears Tower
233 S Wacker Dr - Ste 6600
Chicago, IL 60606-6473
312-258-5642
Fax: 312-258-5600
Email: dmorris@schiffhardin.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pneumo Abex Corp**

**Defendant**

**RSCC Wire & Cable**  
*formerly known as*  
Rockbestos-Suprenant Cable Corporation

represented by **Joseph P Sullivan**  
Sanchez Daniels & Hoffman LLP  
333 W Wacker Dr - Ste 500  
Chicago, IL 60606  
312-641-1555  
Fax: 312-641-3004  
Email: jsullivan@sanchezdh.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rapid American Corporation**

represented by **Mark R Feldmann**  
Menn Law Firm Ltd  
2501 E Enterprise Ave  
PO Box 785  
Appleton, WI 54912-0785  
920-731-6631  
Fax: 920-734-0981  
Email: mark-feldmann@mennlaw.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Schneider Electric Engineering Services LLC**  
*as successot to Square D Company*

**Defendant**

**Standco Industries Inc**

**Defendant**

**The Okonite Company**

**Defendant**

**The Proctor & Gamble Company**

represented by **John P Arranz**  
Swanson Martin & Bell  
1 IBM Plaza  
330 N Wabash Ave - Ste 3300  
Chicago, IL 60611  
312-321-9100  
Fax: 312-321-0990  
Email: jarranz@smbtrials.com  
*ATTORNEY TO BE NOTICED*

**Margaret O Byrne**  
Swanson Martin & Bell  
1 IBM Plaza

        330 N Wabash Ave - Ste 3300  
        Chicago, IL 60611  
        312-321-9100  
        Fax: 312-321-0900  
        Email: pbyrne@smbtrials.com  
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Trane US Inc**   represented by   **Daniel A Manna**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

        **Trevor J Will**  
        (See above for address)  
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Union Carbide Corp**   represented by   **Daniel A Manna**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

        **Trevor J Will**  
        (See above for address)  
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Wagner Electric Company Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2011 | 1 | COMPLAINT with Jury Demand; against All Defendants by Anderson Lloyd. ( Filing Fee PAID $350 receipt number 0757-1238911) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(Cascino, Michael) |
| 01/20/2011 | 2 | NOTICE by All Plaintiffs (Cascino, Michael) |
| 01/20/2011 | 3 | CERTIFICATE by All Plaintiffs (Cascino, Michael) |
| 01/20/2011 |  | NOTICE Regarding assignment of this matter to Judge William C Griesbach ;Consent/refusal forms for Magistrate Judge Goodstein to be filed within 21 days;the consent/refusal form is available on our web site ;pursuant to Civil Local Rule 7.1 a disclosure statement is to be filed upon the first filing of any paper and should be filed now if not already filed. (blr) (Entered: 01/21/2011) |
| 01/21/2011 |  | Case Opening Modification(s); The following modification(s) have been made to your case entry: One or more party names have been modified due to incorrect punctuation - please remember to follow the Party Name Guidelines found on our website. ; Please refer to the attorney case opening instructions, the summons instructions and the party name guidelines for further guidance. |

| | | |
|---|---|---|
| | | Also, the Court prefers that documents be extracted directly from your word processing software whenever possible. These documents do not need to be re-filed; Please refer to the user manuals on electronic case filing found at www.wied.uscourts.gov (aw) |
| 02/09/2011 | 4 | Refusal to Jurisdiction by US Magistrate Judge by Lloyd Anderson. (Cascino, Michael) |
| 02/22/2011 | 5 | NOTICE of Appearance by Edward J McCambridge on behalf of Minnesota Mining & Manufacturing Co. Attorney(s) appearing: Edward J. McCambridge (McCambridge, Edward) |
| 02/23/2011 | | NOTICE of Electronic Filing Error to Edward McCambridge re 5 Notice of Appearance; The Court prefers that documents be extracted directly from your word processing software whenever possible. This document does not need to be re-filed; Please refer to the user manuals on electronic case filing found at www.wied.uscourts.gov (aw) |
| 02/26/2011 | 6 | NOTICE of Appearance by Mark R Feldmann on behalf of Rapid American Corporation. Attorney(s) appearing: Mark R. Feldmann (Feldmann, Mark) |
| 02/26/2011 | 7 | CERTIFICATE OF SERVICE by Rapid American Corporation (Feldmann, Mark) |
| 03/01/2011 | 8 | NOTICE of Appearance by Adam J Jagadich on behalf of Minnesota Mining & Manufacturing Co. Attorney(s) appearing: Adam Jagadich (Jagadich, Adam) |
| 03/01/2011 | 9 | NOTICE of Appearance by Adam J Jagadich on behalf of Navistar Inc. Attorney(s) appearing: Adam Jagadich (Jagadich, Adam) |
| 03/04/2011 | 10 | ANSWER to 1 Complaint with Jury Demand *Answer to Any Pending and Future Cross-Claims* by Borg-Warner Inc.(Thomsen, Scott) |
| 03/04/2011 | 11 | NOTICE of Appearance by Scott J Thomsen on behalf of Borg-Warner Inc. Attorney(s) appearing: W. Wayne Siesennop and Scott J. Thomsen (Thomsen, Scott) |
| 03/04/2011 | 12 | DISCLOSURE Statement by Borg-Warner Inc. (Thomsen, Scott) |
| 03/04/2011 | 13 | CERTIFICATE OF SERVICE by Borg-Warner Inc (Thomsen, Scott) |
| 03/05/2011 | 14 | *Short-Form* ANSWER to 1 Complaint by Bayer CropScience Inc.(Manna, Daniel) |
| 03/05/2011 | 15 | DISCLOSURE Statement by Bayer CropScience Inc. (Manna, Daniel) |
| 03/05/2011 | 16 | *Short-Form* ANSWER to 1 Complaint by Certainteed Corporation.(Manna, Daniel) |
| 03/05/2011 | 17 | DISCLOSURE Statement by Certainteed Corporation. (Manna, Daniel) |
| 03/05/2011 | 18 | *Short-Form* ANSWER to 1 Complaint by Ingersoll Rand Company, Trane US Inc.(Manna, Daniel) |
| 03/05/2011 | 19 | DISCLOSURE Statement by Ingersoll Rand Company. (Manna, Daniel) |

| Date | No. | Description |
|---|---|---|
| 03/05/2011 | 20 | DISCLOSURE Statement by Trane US Inc. (Manna, Daniel) |
| 03/05/2011 | 21 | *Short-Form* ANSWER to 1 Complaint by Maremont Corporation.(Manna, Daniel) |
| 03/05/2011 | 22 | DISCLOSURE Statement by Maremont Corporation. (Manna, Daniel) |
| 03/05/2011 | 23 | *Short-Form* ANSWER to 1 Complaint by Union Carbide Corp.(Manna, Daniel) |
| 03/05/2011 | 24 | DISCLOSURE Statement by Union Carbide Corp. (Manna, Daniel) |
| 03/05/2011 | 25 | CERTIFICATE OF SERVICE by Bayer CropScience Inc, Certainteed Corporation, Ingersoll Rand Company, Maremont Corporation, Trane US Inc, Union Carbide Corp (Manna, Daniel) |
| 03/07/2011 | 26 | NOTICE of Appearance by Adam J Jagadich on behalf of AW Chesterton Company. Attorney(s) appearing: Adam Jagadich (Jagadich, Adam) |
| 03/08/2011 | 27 | ANSWER to 1 Complaint by Goodrich Corporation. (Attachments: # 1 Certificate of Service)(Rosenberg, Michael) |
| 03/08/2011 | 28 | DISCLOSURE Statement by Goodrich Corporation. (Rosenberg, Michael) |
| 03/08/2011 | 29 | MOTION to Dismiss *pursuant to FRCP 12(b)(6)* by Minnesota Mining & Manufacturing Co. (Attachments: # 1 Text of Proposed Order Proposed Order)(McCambridge, Edward) |
| 03/10/2011 | 30 | CONDITIONAL TRANSFER ORDER from the MDL Panel (MDL No. 875) transferring this case to Eastern District of Pennsylvania on 03/02/11. (cc: all counsel)(cav) |
| 03/10/2011 | | Case Terminated (cav) |
| 03/10/2011 | 31 | NOTICE of Appearance by Joseph P Sullivan on behalf of RSCC Wire & Cable. Attorney(s) appearing: Joseph P. Sullivan (Sullivan, Joseph) |
| 03/10/2011 | 32 | ANSWER to Complaint AND COUNTERCLAIM filed by RSCC Wire & Cable. (Sullivan, Joseph) |
| 03/14/2011 | 33 | AMENDED ANSWER to *AND ANSWER TO ALL ANTICIPATED CROSS-CLAIMS* 1 Complaint filed by Goodrich Corporation. (Rosenberg, Michael) |
| 03/15/2011 | 34 | Refusal to Jurisdiction by US Magistrate Judge by Rapid American Corporation. (Feldmann, Mark) |
| 03/18/2011 | 35 | NOTICE of Appearance by Brett B Larsen on behalf of Oakfabco Inc. (Larsen, Brett) |
| 03/18/2011 | 36 | NOTICE of Appearance by Thomas R Schrimpf on behalf of Oakfabco Inc. (Schrimpf, Thomas) |
| 03/18/2011 | 37 | *Entry of Appearance, Short Form* ANSWER to 1 Complaint *Affirmative and Other Defenses* by Owens-Illinois Inc.(Morris, David) |
| 03/22/2011 | 38 | SUGGESTION OF BANKRUPTCY Upon the Record by Standco Industries |

| | | |
|---|---|---|
| | | Inc. (Malloy, Mark) |
| 03/23/2011 | 39 | ANSWER to 1 Complaint with Jury Demand by Oakfabco Inc.(Larsen, Brett) |
| 03/23/2011 | 40 | DISCLOSURE Statement by Oakfabco Inc. (Larsen, Brett) |
| 03/23/2011 | 41 | ANSWER to 1 Complaint by Navistar Inc.(Jagadich, Adam) |
| 03/23/2011 | 42 | ANSWER to 1 Complaint by AW Chesterton Company.(Jagadich, Adam) |
| 04/01/2011 | 43 | ANSWER to 1 Complaint with Jury Demand by Ceco Friction Products Inc. (Murray, James) |
| 04/01/2011 | 44 | DISCLOSURE Statement by Ceco Friction Products Inc. (Murray, James) |
| 04/05/2011 | 45 | ANSWER to Complaint AND CROSSCLAIM filed by Foster Wheeler LLC. (Pagel, Timothy) |
| 04/05/2011 | 46 | DISCLOSURE Statement by Foster Wheeler LLC. (Pagel, Timothy) |
| 04/18/2011 | 47 | ANSWER to Crossclaim re 32 , 45 , 10 , 14 , 33 , 39 , 42 , 18 , 23 , 21 , 16 , 27 , 37 , 41 filed by Ceco Friction Products Inc. (Murray, James) |
| 04/25/2011 | 48 | ANSWER to Crossclaim filed by Owens-Illinois Inc. (Morris, David) |
| 05/17/2012 | 49 | NOTICE of Appearance by John P Arranz on behalf of The Proctor & Gamble Company. Attorney(s) appearing: John P. Arranz (Arranz, John) |
| 05/17/2012 | 50 | NOTICE of Appearance by Margaret O Byrne on behalf of The Proctor & Gamble Company. Attorney(s) appearing: Margaret O. Byrne (Byrne, Margaret) |
| 05/24/2012 | 51 | OBJECTIONS by The Proctor & Gamble Company *to Remand*. (Attachments: # 1 Exhibit A - Coversheet, # 2 Exhibit A - Scheduling Order)(Arranz, John) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/08/2012 14:41:56 | | | |
| **PACER Login:** | sm1039 | **Client Code:** | 1719-029 |
| **Description:** | Docket Report | **Search Criteria:** | 1:11-cv-00061-WCG |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |