# Brayton✤Purcell LLP

## TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*

*ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
JENNIFER L. ALESIO
DAVID H. BACKENSTOE
ROBERT L. BARROW
JENNIFER C. BENADERET
SARAH N. BENDON
ASHLEY J. BENSON
GARY L. BRAYTON
RENE J. CASILLI
ANDREW CHEW
KIMBERLY J. CHU
HUGH C. COOK
JANETTE H. GLASER
JOHN B. GOLDSTEIN
MEREDITH B. GOOD*
RICHARD M. GRANT
CHRISTINA D. HART
CHRIS E. HERSOM
BRIAN D. HOLMBERG
GARY V JUDD
MATTHEW B. LEE
ELISABETH A. LEONARD, Ph.D
MICHAEL D. LEVINSON

PHYRA M. McCANDLESS
BRIANA E. McCARTHY
MAUREEN C. MCGOWAN
MICHAEL T. MILLER
NANCY A. MULLIKIN
EMMA NELSON-MUNSON
JAMES P. NEVIN
JAMIE A. NEWBOLD
KEENAN W. NG
OREN P. NOAH
BRENDA D. POSADA
JASON M. ROSE
FRAMTA SAECHAO
AMIR S. SARRESHTEHDARY
CHRISTINA C. SKUBIC
GEOFF T. SLONIKER
KSENIA L. SNYLYK
ERIC C. SOLOMON
LANCE R. STEWART
UMU K. TAFISI
JANE E. VETTO*
NANCY T. WILLIAMS

June 11, 2012

Clerk
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC 20002

    Re:    *Andre Wright v. Crown Cork & Seal Company, Inc., et al.*
            CAN 3:12-cv-02555 SBA, MDL-875, CTO 513

Dear Clerk:

    Please take notice that the above entitled matter has been remanded by the United States District Court for the Northern District of California, to the Superior Court for the City and County of San Francisco, by Stipulation to Remand Action and Order, issued on June 8, 2012.

    Enclosed is a copy of the Order for your records.

                         Very truly yours,

                          /s/ *Richard M. Grant*

                        Richard M. Grant
                        CA SB #55677
                        Attorney for Plaintiff Andre Wright

RMG:did
Enclosure(s)

ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
RICHARD M. GRANT, ESQ., S.B. #55677
E-Mail: rgrant@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE WRIGHT,

    Plaintiff,

vs.

CROWN CORK & SEAL COMPANY, INC., et al.

Case No. 3:12-cv-02555 SBA

STIPULATION TO REMAND ACTION TO STATE COURT AND ORDER THEREON

[Local Rules 7-1 and 7-12; FRCP 41]

Judge Saundra Brown Armstrong

Comes now Plaintiff ANDRE WRIGHT, ("Plaintiff") and Defendant SPIRAX SARCO, INC.("SPIRAX"), who file the following joint stipulation pursuant to Local Rules 7-1 and 7-12:

WHEREAS, Defendant SPIRAX removed this case to the United States District Court for the Northern District of California on May 17, 2012 on the ground that the Court has "federal officer" subject matter jurisdiction under 28 U.S.C. section 1442(a) based on Plaintiffs' allegations that decedent's injury was caused by alleged exposure to asbestos in

STIPULATION TO REMAND ACTION TO STATE COURT AND ORDER THEREON    1

1  SPIRAX's products on various U.S. Navy or U.S. Maritime Commission vessels, and on
2  defendant's allegations that the products were manufactured under the supervision and control
3  of the United States government; and
4      WHEREAS, Defendant SPIRAX was the sole removing defendant and no other
5  defendant joined in removal or filed a separate notice of removal; and
6      WHEREAS, Plaintiffs and Defendant SPIRAX, the affected parties, have now reached a
7  resolution of Plaintiff's claims against SPIRAX whereby Plaintiff agrees to waive all claims
8  against SPIRAX relating to or arising out of plaintiff's asbestos exposure at military jobsites or
9  aboard U.S. Navy, U.S. Government or U.S. Maritime Commission vessels. Specifically, as of
10 the date of this stipulation, plaintiff's claims against SPIRAX are limited to plaintiff's asbestos
11 exposure on the following vessels:
12         Joseph D. Potts
13         Harbor Princess
14         Harbor Prince
15     Should Plaintiff later discover or recall any other vessel or vessels, presently unknown,
16 which have not been previously identified to date by way of discovery responses or otherwise,
17 Plaintiff agrees to waive all claims against SPIRAX relating to or arising out of plaintiff's
18 asbestos exposure aboard any of such vessels if they are U.S. Navy, U.S. Government or U.S.
19 Maritime Commission vessels.
20     WHEREAS, Plaintiff will file a formal waiver of said claims with the Court prior to the
21 filing of this Stipulation; and
22     WHEREAS, Defendant SPIRAX'S desire for a federal forum for this action is now
23 moot given the resolution of the aforesaid claims against it; and
24     WHEREAS, Plaintiff waives and dismisses its cause of action for punitive damages
25 against SPIRAX; and
26     WHEREAS, pursuant to the parties' resolution, Plaintiffs and Defendant SPIRAX seek
27 to have this action remanded to state court,
28     IT IS HEREBY STIPULATED by the affected parties, Plaintiffs and Defendant

C:\Users\clark1\AppData\Local\Temp\notes06E812\sip-remand-SPISAR.wpd     2
STIPULATION TO REMAND ACTION TO STATE COURT AND ORDER THEREON

Case4:12-cv-02555-SBA   Document22   Filed06/08/12   Page3 of 3

1  SPIRAX that this action shall be, and hereby is immediately remanded to the San Francisco
2  County Superior Court, the court in which it was originally filed and from which it was
3  removed.
4
5  Dated: May _____, 2012                      BRAYTON ❖ PURCELL LLP
6
7                                                By:_____
                                                     Richard Grant
8                                                    Attorneys for Plaintiffs
9
10 Dated: May _____, 2012                      TUCKER ELLIS & WEST LLP
11
12
                                                  By:_____
13                                                   Lance D. Wilson
                                                     Attorneys for Defendant
14                                                   SPIRAX SARCO, INC.
15
16           **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
17       This case is REMANDED to the Superior Court of California, County of San
18 Francisco, Case No. CGC-09-275680.  The Clerk shall send a certified copy of this Order to the
19 Clerk of the Court for the Superior Court of California, County of San Francisco.
20
21 Dated: _6/7/12                                By: _Sandra B. Armstrong_____
22                                                   United States District Judge
23
24
25
26
27
28

C:\Users\clarkl\AppData\Local\Temp\notes06E812\stp-remand-SPISAR.wpd       3
STIPULATION TO REMAND ACTION TO STATE COURT AND ORDER THEREON

*Andre Wright v. Crown Cork & Seal Company, Inc., et al.*
United States District Court, NDCA Case No. 3:12-cv-02555 SBA

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the Clerk of the Court for the United States District Court by using the CM/ECF system on June 11, 2012:

CORRESPONDENCE RE: VACATE CTO 513 AS CASE HAS BEEN REMANDED TO STATE COURT

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage paid.

Dated this 11th day of June 2012.



Diane I. Davidowski

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

CERTIFICATE OF SERVICE

1

**Adams Nye Trapani Becht LLP**
222 Kearny Street, Seventh Floor
San Francisco, CA 94108
415-982-8955   415-982-2042 (fax)
**Defendants:**
  Amcord, Inc. (AMCORD)

**Archer Norris**
P.O. Box 8035
2033 N. Main Street, Suite 800
Walnut Creek, CA 94596
925-930-6600   925-930-6620 (fax)
**Defendants:**
  Highland Stucco and Lime Products, Inc. (HSTUC)

**Bassi, Edlin, Huie & Blum LLP**
500 Washington Street
Suite 700
San Francisco, CA 94111
415-397-9006   415-397-1339 (fax)
**Defendants:**
  J.T. Thorpe & Son, Inc. (THORPE)
  Lehigh Southwest Cement Company (LEHIGH)
  Parker-Hannifin Corporation (PARKHF)

**Becherer, Kannett & Schweitzer**
Water Tower
1255 Powell Street
Emeryville, CA 94608-2604
510-658-3600   510-658-1151 (fax)
**Defendants:**
  CSK Auto, Inc. (CSKAUT)

**Bishop, Barry, Drath**
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
510-596-0888   510-596-0899 (fax)
**Defendants:**
  Dahl-Beck Electric Company (DAHLB)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300   415-808-0333 (fax)
**Defendants:**
  Union Carbide Corporation (UNIONC)

**Burnham Brown**
1901 Harrison Street
14th Floor
Oakland, CA 94612
510-444-6800   510-835-6666 (fax)
**Defendants:**
  Borg-Warner Corporation by its Successor in Interest, BorgWarner Morse TEC Inc. (BWMORS)

**Crosby & Rowell, LLP**
299 Third Street, 2nd Floor
Oakland, CA 94607
510-267-0300   510-839-6610 (fax)
**Defendants:**
  Goulds Pumps, Inc. (GOULDP)

**DeHay & Elliston, LLP**
1111 Broadway
Suite 1950
Oakland, CA 94607
510-285-0750   510-285-0740 (fax)
**Defendants:**
  Hanson Permanente Cement, Inc. formerly known as Kaiser Cement Corporation (KAISCE)
  Kaiser Gypsum Company, Inc. (KAISGY)

**Foley & Mansfield PLLP**
300 Lakeside Drive, Suite 1900
Oakland, CA 94612
510-590-9500   510-590-9595 (fax)
**Defendants:**
  84 Lumber Company, A Limited Partnership (84LUMB)
  Cleaver-Brooks, Inc. (CLEAVR)
  William Powell Company, The (WILPOW)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
415-986-5900   415-986-8054 (fax)
**Defendants:**
  Ingersoll-Rand Company (INGRSL)

**Hassard Bonnington LLP**
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800   415-288-9802 (fax)
**Defendants:**
  Honeywell International, Inc. (HONEYW)

**Jackson Jenkins Renstrom LLP**
55 Francisco Street, 6th Floor
San Francisco, CA 94133
415-982-3600   415-982-3700 (fax)
**Defendants:**
  Sun Ship, LLC (SSHLLC)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
415-882-8200   415-882-8220 (fax)
**Defendants:**
  Crane Co. (CRANCO)

**Law Offices of Lucinda L. Storm, Esq.**
610A Third Street
San Francisco, CA 94107
415-777-6990   415-777-6992 (fax)
**Defendants:**
  Pacific Gas and Electric Company (PG&E)

**McKenna Long & Aldridge**
101 California Street
41st Floor
San Francisco, CA 94111
415-267-4000   415-267-4198 (fax)
**Defendants:**
  Certainteed Corporation (CERT)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000   415-442-1001 (fax)
**Defendants:**
  Yarway Corporation (YARWAY)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000   415-344-7050 (fax)
**Defendants:**
  Georgia-Pacific LLC (fka Georgia-Pacific Corporation) (GP)
  Honeywell International, Inc. (HONEYW)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
  CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) (VIACOM)
  Genuine Parts Company (GPC)

**Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP**
310 Golden Shore, Fourth Floor
Long Beach, CA 90802
562-436-3946   562-495-0564 (fax)
**Defendants:**
  Chevron Shipping Company (CHEVCO)
  Parex USA, Inc. ( fka Parexlahabra, Inc., fka La Habra Products, Inc.) (LAHAB)

**Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP**
One California Street, Suite 1910
San Francisco, CA 94111
415-788-8354   415-788-3625 (fax)
**Defendants:**
  ITT Corporation ( fka ITT Industries, Inc.) (ITTIND)
  Triple A Machine Shop, Inc. (AAA)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700   415-901-8701 (fax)
**Defendants:**
  Owens-Illinois, Inc. (OI)

**Sedgwick LLP**
333 Bush Street
30th Floor
San Francisco, CA 94104-2834
415-781-7900   415-781-2635 (fax)
**Defendants:**
  Pacific Gas and Electric Company (PG&E)

**Selman Breitman LLP**
11766 Wilshire Blvd., 6th Floor
Los Angeles, CA 90025
310-445-0800   310-473-2525 (fax)
**Defendants:**
  Douglass Insulation Company, Inc. (DOUGLS)

**Selman Breitman LLP**
33 New Montgomery
6th Floor
San Francisco, CA 94105
415-979-0400   415-979-2099 (fax)
**Defendants:**
  Mission Stucco Company (MISSTU)
  Olympic Glove & Safety Co., Inc., The (OLYGLO)
  Pep Boys Manny Moe & Jack of California, The (PEPBOY)
  Scott Co. of California (SCOTT)

**Steptoe & Johnson LLP**
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
213-439-9400   213-439-9599 (fax)
**Defendants:**
  Metropolitan Life Insurance Company (MET)

**Stratman, Patterson & Hunter**
505 - 14th Street, #400
Oakland, CA 94612
510-457-3440   510-238-9281 (fax)
**Defendants:**
  Hanson Permanente Cement, Inc. formerly known as Kaiser Cement Corporation (KAISCE)
  Kaiser Gypsum Company, Inc. (KAISGY)

**Tucker Ellis LLP**
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400   415-617-2409 (fax)
**Defendants:**
  Robertshaw Controls Company (SHAW)
  Spirax Sarco, Inc. (SPISAR)

**Vasquez, Estrada & Conway, LLP**
Courthouse Square
1000 Fourth Street, Suite 700
San Rafael, CA 94901
415-453-0555   415-453-0549 (fax)
**Defendants:**
  Copeland Lumber Yards, Inc. (COPLUM)
  Hill Brothers Chemical Company (HILLCH)

**Walsworth, Franklin, Bevins & McCall, LLP**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  Dowman Products, Inc. (DOWMAN)
  Thomas Dee Engineering Company (DEE)
  Westburne Supply, Inc. (WESSUP)

**Yaron & Associates**
601 California Street, 21st Floor
San Francisco, CA 94108
415-658-2929   415-658-2930 (fax)
**Defendants:**
  Puget Sound Commerce Center, Inc. ( fka Todd Shipyards Corporation) (TODD)