1  ALAN R. BRAYTON, ESQ., CA S.B. #73685
   DAVID R. DONADIO, ESQ., CA S.B. #154436
2  RICHARD M. GRANT, ESQ., S.B. #55677
   E-Mail: rgrant@braytonlaw.com
3  BRAYTON✦PURCELL LLP
   Attorneys at Law
4  222 Rush Landing Road
   P.O. Box 6169
5  Novato, California 94948-6169
   (415) 898-1555
6  (415) 898-1247 (Facsimile)

7  Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE WRIGHT, | Case No. 3:12-cv-02555 SBA |
| Plaintiff, | STIPULATION TO REMAND ACTION TO STATE COURT AND ORDER THEREON |
| vs. | |
| CROWN CORK & SEAL COMPANY, INC., et al. | [Local Rules 7-1 and 7-12; FRCP 41] |
| | Judge Saundra Brown Armstrong |

Comes now Plaintiff ANDRE WRIGHT, ("Plaintiff") and Defendant SPIRAX SARCO, INC. ("SPIRAX"), who file the following joint stipulation pursuant to Local Rules 7-1 and 7-12:

WHEREAS, Defendant SPIRAX removed this case to the United States District Court for the Northern District of California on May 17, 2012 on the ground that the Court has "federal officer" subject matter jurisdiction under 28 U.S.C. section 1442(a) based on Plaintiffs' allegations that decedent's injury was caused by alleged exposure to asbestos in

1  SPIRAX's products on various U.S. Navy or U.S. Maritime Commission vessels, and on
2  defendant's allegations that the products were manufactured under the supervision and control
3  of the United States government; and
4      WHEREAS, Defendant SPIRAX was the sole removing defendant and no other
5  defendant joined in removal or filed a separate notice of removal; and
6      WHEREAS, Plaintiffs and Defendant SPIRAX, the affected parties, have now reached a
7  resolution of Plaintiff's claims against SPIRAX whereby Plaintiff agrees to waive all claims
8  against SPIRAX relating to or arising out of plaintiff's asbestos exposure at military jobsites or
9  aboard U.S. Navy, U.S. Government or U.S. Maritime Commission vessels. Specifically, as of
10  the date of this stipulation, plaintiff's claims against SPIRAX are limited to plaintiff's asbestos
11  exposure on the following vessels:
12      Joseph D. Potts
13      Harbor Princess
14      Harbor Prince
15      Should Plaintiff later discover or recall any other vessel or vessels, presently unknown,
16  which have not been previously identified to date by way of discovery responses or otherwise,
17  Plaintiff agrees to waive all claims against SPIRAX relating to or arising out of plaintiff's
18  asbestos exposure aboard any of such vessels if they are U.S. Navy, U.S. Government or U.S.
19  Maritime Commission vessels.
20      WHEREAS, Plaintiff will file a formal waiver of said claims with the Court prior to the
21  filing of this Stipulation; and
22      WHEREAS, Defendant SPIRAX'S desire for a federal forum for this action is now
23  moot given the resolution of the aforesaid claims against it; and
24      WHEREAS, Plaintiff waives and dismisses its cause of action for punitive damages
25  against SPIRAX; and
26      WHEREAS, pursuant to the parties' resolution, Plaintiffs and Defendant SPIRAX seek
27  to have this action remanded to state court,
28      IT IS HEREBY STIPULATED by the affected parties, Plaintiffs and Defendant

1  SPIRAX that this action shall be, and hereby is immediately remanded to the San Francisco
2  County Superior Court, the court in which it was originally filed and from which it was
3  removed.
4
5  Dated: May _____, 2012                    BRAYTON ❖PURCELL LLP
6
7                                              By:_____
8                                                 Richard Grant
                                                  Attorneys for Plaintiffs
9
10 Dated: May_____, 2012                     TUCKER ELLIS & WEST LLP
11
12
13                                              By:_____
                                                  Lance D. Wilson
14                                                Attorneys for Defendant
                                                  SPIRAX SARCO, INC.
15
16      **PURSUANT TO STIPULATION**, **IT IS SO ORDERED**.
17      This case is REMANDED to the Superior Court of California, County of San
18 Francisco, Case No. CGC-09-275680.  The Clerk shall send a certified copy of this Order to the
19 Clerk of the Court for the Superior Court of California, County of San Francisco.
20
21 Dated: _6/7/12                              By: _____*Saundra B Armstrong*_____
22                                                  United States District Judge
23
24
25
26
27
28

C:\Users\clarkl\AppData\Local\Temp\notes06E812\stp-remand-SPISAR.wpd    3
STIPULATION TO REMAND ACTION TO STATE COURT AND ORDER THEREON