# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**

| | | |
|---|---|---|
| Andre Wright v. Crown Cork & Seal Company, et al., | ) | |
| N.D. California, C.A. No. 4:12-02555 | ) | MDL No. 875 |

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Wright*) on May, 24, 2012. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Wright* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Wright* was remanded to the Superior Court of California, County of San Francisco, by the Honorable Sandra B. Armstrong in an order filed on June 8, 2012.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-513" filed on May 24, 2012, is VACATED.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel