BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

---

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGTION (NO.VI) | MDL No. 875 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BEVERLY ANDERSON, individually and as )
Special Administrator of the ESTATE OF )
LLOYD ANDERSON, deceased, )
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　　) ED-PA: 11-CV-63482
v. )
　　　　　　　　　　　　　　　　　　　) MDL - 875
THE PROCTER & GAMBLE COMPANY, )
　　　　　　　　　　　　　　　　　　　) Transfer from WI-ED 11-CV-0061
　　　　　　　　　　　Defendant. )

## CERTIFICATE OF SERVICE

　　　　The undersigned being first duly sworn on oath deposes and states that on June 12, 2012, I served:

**THE PROCTER & GAMBLE PAPER PRODUCTS COMPANY'S AMENDED NOTICE OF APPEARANCE OF JOHN P. ARRANZ**

　　　　By forwarding to counsel via the court's electronic filing system and via electronic mail to the addresses listed below.

**Counsel for the Plaintiff:**
Michael Cascino
mcascino@cvlo.com;
Alan Vaughan
avaughan@cvlo.com;
Bob McCoy
bmccoy@cvlo.com; and
CVLO General Office E-mail
lstaff@cvlo.com.

Further, the undersigned being first duly sworn on oath deposes and states that on June 12, 2012, I served the following:

**THE PROCTER & GAMBLE PAPER PRODUCTS COMPANY'S AMENDED NOTICE OF APPEARANCE OF JOHN P. ARRANZ**

On the Clerk for the United States District Court for the Eastern District of Pennsylvania (MDL Court) and the Clerk for the United States District Court for the Eastern District of Wisconsin (Transferor Court) via the electronic filing system, pursuant to USJPL Rule 4.1(b).

/s/John P. Arranz