# SWANSON, MARTIN & BELL, LLP

ATTORNEYS AT LAW
330 NORTH WABASH • SUITE 3300
CHICAGO, ILLINOIS 60611
(312) 321-9100 • FAX (312) 321-0990

Writer's Direct Dial: (312) 222-8519
jarranz@smbtrials.com

June 12, 2012

**VIA THE ECF FILING SYSTEM**
Clerk for the Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20544-0005

> RE: *Beverly Anderson v. The Procter & Gamble Paper Products Company*
> **Cause No. 11-CV-61 (Eastern District of Wisconsin)**

Dear Clerk:

    I represent Defendant The Procter & Gamble Paper Products Company in the above cited action. Please be advised that the Clerk for the Eastern District of Wisconsin (Green Bay Division) corrected the name of my client on the docket from the incorrect "The Procter & Gamble Company" to the correct "The Procter & Gamble Paper Products Company". At the request of your office I have filed an Amended Notice of Appearance reflecting this correction.

    If you have any questions or concerns, please do not hesitate to contact me. I thank you for your assistance in this matter.

Very truly yours,

SWANSON, MARTIN & BELL, LLP

/s/ John P. Arranz

John P. Arranz

Enclosures

cc: Michael P. Cascino (Cascino Vaughn Law Office) – *via e-mail*