UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOSEPH SALERNO & CAROLYN SALERNO,

                Plaintiff,

        -against-

AERCO INTERNATIONAL et al,

                Defendants.

------------------------------------------------------------X

12 Civ. 4167 (JPO)

ORDER OF REMAND

J. PAUL OETKEN, District Judge:

    On June 8, 2012, the Court stated in an order that

> [t]he plaintiffs in this case have requested that the case be remanded to New York State Supreme Court, County of New York. In light of the representations from Plaintiffs' counsel that the removing defendant has settled the claims against it and does not object to remand, if no other defendant opposes remand, the Court will grant Plaintiffs' request. Any defendant who opposes Plaintiffs' request must inform the Court by fax by noon on June 11, 2012.

(Dkt. No. 5.) The time for submission of opposition papers has expired; no such submissions have been received. Further, in light of a stipulation of dismissal between Plaintiffs and the removing defendant, Crane Co., the Court dismissed Crane Co. from the case.

    Accordingly, Plaintiffs' request, construed as a motion for remand pursuant to 28 U.S.C. § 1447(c), is hereby GRANTED.

    The Clerk of Court is directed to remand this case to New York State Supreme Court, County of New York. Once the case is remanded out, the Clerk of Court is directed to close the case on this Court's docket.

SO ORDERED.

Dated: New York, New York
       June 11, 2012

                                        J. PAUL OETKEN
                                  United States District Judge

1