UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | | |
|---|---|---|
| Salerno, et al v. A.W. Aerco International, et al., | ) | |
| S.D. New York, C.A. No. 1:12-04167 | ) | MDL No. 875 |

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Salerno*) on June 5, 2012. In the absence of any opposition, the conditional transfer order was finalized with respect to *Salerno* on June 13, 2012. Transfer under 28 U.S.C. §1407 becomes effective with the filing of the Panel's order in the transferee district. In this instance, the Panel's order was filed in the Eastern District of Pennsylvania on June 13, 2012. The Panel has now been advised that *Salerno* was remanded to state court by the Honorable J. Paul Oetken in an order filed on June 11, 2012.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-514" filed on June 5, 2012, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel