Kevin M. Jordan (Texas State Bar No. 11014800), *admitted pro hac vice*
Andrew J. Yoder (Texas State Bar No. 24051552), *admitted pro hac vice*
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
(713) 229-1827
(713) 229-2827
kevin.jordan@bakerbotts.com
drew.yoder@bakerbotts.com

ATTORNEYS FOR DEFENDANT
UNION CARBIDE CORPORATION

Molly J. Mrowka (Cal. Bar No. 190133), *admitted pro hac vice*
HARTMAN, BLACKSTOCK & MOORE
182 Howard Street #414
San Francisco, California 94105
(415) 658-7446
(415) 963-3471 (fax)
molly.mrowka@andrewshartman.com

ATTORNEYS FOR DEFENDANT
MONTELLO, INC.

**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>(NO VI)<br><br>This Document Relates To:<br><br>*Robert F. Lyman and Samantha Lyman v. Asbestos Defendants,*<br><br>Transferred from the United States District Court for the Northern District of California Cause No. C-07-4240-SBA | Consolidated Under<br>MDL 875  (2:01-md-00875-ER)<br><br>Before the United States District Court For the Eastern District of Pennsylvania<br><br>Hon. Eduardo C. Robreno<br>E.D. PA No.  2:09-cv-62999-ER<br><br>**NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER OF DEFENDANTS UNION CARBIDE CORPORATION AND MONTELLO, INC.** |

Pursuant to Rule 10.2(b) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML Rules"), Defendants Union Carbide Corporation and Montello, Inc. respectfully file this Notice of Opposition to the Conditional Remand Order entered by the Panel on June 6, 2012.  Defendants will file


their Joint Motion to Vacate the Conditional Remand Order within fourteen (14) days of this Notice, pursuant to JPML Rule 10.2(e).

          Respectfully submitted,

**BAKER BOTTS L.L.P.**

Dated: Wednesday, June 13, 2012    BY: _/s/ Andrew J. Yoder_
                                             Andrew J. Yoder

**ATTORNEYS FOR DEFENDANT UNION CARBIDE CORPORATION**

**HARTMAN, BLACKSTOCK & MOORE**

Dated: Wednesday, June 13, 2012    BY: _/s/ Molly J. Mrowka_
                                             Molly J. Mrowka

**ATTORNEYS FOR DEFENDANT MONTELLO, INC.**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system on the following counsel of record, each of whom has consented to electronic service via the CM/ECF system, on the 13th day of June 2012:

David R. Donadio
Kimberly J.W.J. Chu
Brayton Purcell LLP
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169

Molly J. Mrowka
Hartman, Blackstock & Moore, PPC
182 Howard Street #414
San Francisco, CA  94105

Catherine Morris Krow
Nikka N. Rapkin
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105

_____
Andrew J. Yoder